**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**KATONIA LEE**                                               **CIVIL ACTION NO.:**
                                                              **5:22-cv-5075**

**VERSUS**

**THE LINCOLN NATIONAL LIFE**
**INSURANCE COMPANY**

### PLAINTIFF'S ANSWER TO LINCOLN'S COUNTERCLAIM

**NOW COMES** Plaintiff, **KATONIA LEE**, who responds to the Counterclaim of

Defendant, **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**, as follows:

Plaintiff admits that she has received certain amounts in disability payments from the

United States Social Security Administration but denies Defendant's alleged right or entitlement

to receive reimbursement of any alleged resulting overpayment of benefits from Lincoln under

contract, constructive trust, equity, unjust enrichment or other alleged legal ground or theory.

Plaintiff further avers that there exists no identifiable fund from any amounts she has received

from the United States Social Security Administration.

Plaintiff further denies all allegations and Defendant's right to any requested relief in its

prayer.

**WHEREFORE**, Plaintiff prays that Defendant's counterclaim be dismissed with

prejudice.

Respectfully Submitted,

s/J. Price McNamara

_____

**J. PRICE McNAMARA**
Bar Nos: LA 20291 & TX 24084626
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
Telephone: 225-201-8311
Facsimile: 225-201-8313
price@jpricemcnamara.com
Attorney for Complainant

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 30ᵗʰ day of June, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel

of record.

*/s/* J. Price McNamara

_____