**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**KATONIA LEE,**

**PLAINTIFF**

**v.**                     **CIVIL ACTION NO. 5:22-cv-05075-TLB-CDC**

**THE LINCOLN NATIONAL LIFE**
**INSURANCE COMPANY,**                     **DEFENDANT**

**JOINT STIPULATED RECORD**

Pursuant to the Scheduling Order entered by the Court on July 6, 2022 (Document 11), Plaintiff Katonia Lee and Defendant The Lincoln National Life Insurance Company submit this Joint Administrative Record.  Plaintiff and Defendant hereby stipulate to the authenticity and admission into evidence for all purposes in this action of Exhibits 1-3 that are listed below and attached hereto.  The exhibit pages have been consecutively numbered for reference.

        A.     Group Disability Income Policy (Lincoln/Lee 0001-0069);

        B.     Denial of Appeal Correspondence (Lincoln/Lee 0128-0137); and

        C.     Administrative Record (Lincoln/Lee 0070-0127 and 0138-1796).

Dated:  November 3, 2022.

Respectfully submitted,

By:    /s/ J. Price McNamara
    J. Price McNamara
    Bar Nos: LA 20291 & TX 24084626
    10455 Jefferson Highway, Ste. 2B
    Baton Rouge, LA 70809
    Phone: 225-201-8311
    Fax: 225-201-8313
    price@jpricemcnamara.com

    ATTORNEYS FOR PLAINTIFF

- AND –

By:    /s/ Iwana Rademaekers
    Iwana Rademaekers (Texas Bar # 16452560)
    LAW OFFICES OF IWANA RADEMAEKERS, P.C.
    17304 Preston Road, Suite 800
    Dallas, Texas 75252
    Main:  (214) 579-9319
    Fax:  (469) 444-6456
    Email:  iwana@rademaekerslaw.com

    ATTORNEYS FOR DEFENDANT