Page 1 of 1

## Claim Coversheet Report

| Find | Clear | Print | Save | New | Help |
|---|---|---|---|---|---|

Admin Notes  Claim  Class  Correspond  Doc List  Medical  SPELL Letters

Claim Number 8892419    Claim Last Updated 12/10/2021    Printed On 5/3/2022

### Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | KATONIA  LEE | SSN | | Birth Date | |
| Address | | Salary Amount $ | 1900.09 | Mode | B |
| | | Date of Hire | 12/08/2006 | | |
| | | Last Work Date | 11/07/2018 | | |
| | | Federal Tax | None | State Tax | No |
| Phone | | Phys Demands | Medium | | |

JobDesc ASST MGR-WM         _100014693  _010916

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Not TD Any Occ | Received Date | 05/31/2019 |
| Disability Date | 11/08/2018 | Close Date | 05/09/2021 | Reopen Date | |
| Sick Days Left | 182 | Max Ben Date | 12/05/2036 | RTW FT / PT | |
| Ben Begin Date | 05/09/2019 | Apprv Thru Date | 05/08/2021 | Gross Ben $ | |

Diagnosis 1 Code/Desc C83.30    Diffuse large B-cell lymphoma, unspecified site

Diagnosis 2 Code/Desc B20    Human immunodeficiency virus [HIV] disease

### Policyholder Information

| | | | |
|---|---|---|---|
| Customer ID | 05  -  290765 | WALMART, INC. | |
| Subsidiary | WM00 | WALMART, INC. | |
| Location | 1025XXXX | FACILITY CODE 1025 | |

Symb GF    Numeral 01    Product LTD    Funding CON    Bank Y    Calcs Y    Cntr Eff 12/01/2010

Class C2    ALL FULL-TIME ACTIVE ELIGIBLE NON-PUERTO RICO SALARIED ASSOCIATES, MAN

| | | | |
|---|---|---|---|
| Waiting Period: New/Mode-Current/Mode | 0 | 0 | Days in WRKWK |
| Elimination Period: Days/Type | 180 | Sickness | COLA: Mode/Duration |
| Successive Period: Period/Mode | 6 | Month | SS Integration:Type/Value | FSS |
| Partial Disability Type/Pct | QRP+ | 7.00 | Survivor Ben Months/Wait Period | 180 |

Non-Verifiable Symptoms Limit          Own Occupation Definition Limit 24    M/N Limit 24

Benefit %          Max Benefit $          Min Benefit $          Employer Contr %          Subro Ind Y

### Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date | |
|---|---|---|---|---|---|
| GF | 01 | LTD | C2 | 10/10/2008 | |

Additional Information:

EXHIBIT

C

**Lincoln/Lee 0070**



**Note Report**

| Report | Clear | Print | Help |

AS Accom  AS Event  Add Note  Appeal  Claim  Coord Claim Note  Correspond  Doc List  Employee  Leave  Life Claim  Lve Addtl Info

Lve Correspondence  Lve Program  Lve Work Sched  Medical  Medical History  Note  SPELL Letters  Scheduled Pmt  Task Print  Task Rpt

Tasks

Claim

\* **Claim/Event/Leave Number** 8892419    **Accommodation Number** [ ]

**Note type:** [ ]

Primary Sort Order    Sec

Note Type    ●

Note Number

● Note Date/Time

Accm. No.

---

**05/02/2022 4:14 PM - CLAIM Note 143**
Claim/Event/Leave: 8892419
NoteSubject : Legal
Other Subject : LAWSUIT FILED
Text: [05/02/2022 - MAINELLI, DEBRA]CLAIMANT HAS FILED A LAWSUIT. PLEASE DIRECT ANY FURTHER INQUIRY ON THIS CLAIM TO THE LITIGATION MANAGER.

**03/10/2022 10:06 AM - CLAIM Note 142**
Claim/Event/Leave: 8892419
NoteSubject : Other
Other Subject : FILE REQUEST
Text: [03/10/2022 - WALLACH, KRYSTAL]RECEIVED FILE REQUEST FROM LAW OFFICES OF J. PRICE MCNAMARA.

**03/09/2022 2:25 PM - CLAIM Note 141**
Claim/Event/Leave: 8892419
NoteSubject : Other
Other Subject : FILE COPY
Text: [03/09/2022 - PILAR, SARAH]COPY OF CLAIM FILE AND POLICY SENT TO ATTY SUPPORT@JPRICEMCNAMARA.COM VIA ONEDRIVE.

**03/08/2022 10:40 AM - CLAIM Note 140**
Claim/Event/Leave: 8892419
NoteSubject : LTR to Atty
Other Subject : FILE COPY
Text: [03/08/2022 - AVRETT, MARY]LETTER TO ATTORNEY PREPARED ADDRESSING REQUEST FOR DOCUMENTS/FILE COPY. SENDING FILE COPY REQUEST FORM AND LETTER TO HOME OFFICE TO BE SENT TO ATTORNEY.

**03/08/2022 10:39 AM - CLAIM Note 139**
Claim/Event/Leave: 8892419
NoteSubject : Other
Other Subject : CV'S
Text: [03/08/2022 - AVRETT, MARY]RECEIVED REQUESTED CVS.

**03/04/2022 8:20 AM - CLAIM Note 138**
Claim/Event/Leave: 8892419
NoteSubject : Other
Other Subject : ATTORNEY CORRESPONDE
Text: [03/04/2022 - AVRETT, MARY]RECEIVED LTR DATED 3/3/22 FROM LAW OFFICES OF J PRICE MCNAMARA REQUEST DOCUMENTS. NO AUTH PROVIDED. SENDING LETTER ADVISING AUTHORIZATION IS NEEDED BEFORE WE CAN PROVIDE THE INFORMATION.[03/04/2022 - AVRETT, MARY]CORRECTION. AUTH ON FILE.

**12/10/2021 9:29 AM - CLAIM Note 137**
Claim/Event/Leave: 8892419
NoteSubject : Appeal
Other Subject : OUT/UPHOLD
Text: [12/10/2021 - AVRETT, MARY]THE DETERMINATION TO DENY BENEFITS IS BEING MAINTAINED. THE INFORMATION RECEIVED ON APPEAL DOES NOT OFFER FINDINGS TO ALTER THE PRIOR DECISION TO DENY BENEFITS. UPHOLD LETTER SENT TO ATTORNEY.

**12/09/2021 4:12 PM - CLAIM Note 136**
Claim/Event/Leave: 8892419
NoteSubject : Other
Other Subject : VENDOR PAYMENT

**Lincoln/Lee 0071**

Text: [12/09/2021 - NAI, TIMOTHY]INVOICE DATED 12/02/2021 FROM ECN . INV #BOCA124130 IN THE AMT OF $1685.00 FOR PEER REVIEW INVOICE PAID IN FULL.

**12/06/2021 8:52 PM - CLAIM Note 135**
Claim/Event/Leave: 8892419
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 12/6/2021-REFERRAL RECEIVED BY VCM AND ASSIGNED TO MILLER, JASON. CLAIM/AS EVENT IS PENDING REVIEW.

**12/06/2021 3:55 PM - CLAIM Note 134**
Claim/Event/Leave: 8892419
NoteSubject : Other
Other Subject : TSA
Text: [12/06/2021 - AVRETT, MARY]RECEIVED AND REVIEWED TSA

**12/06/2021 2:13 PM - CLAIM Note 133**
Claim/Event/Leave: 8892419
NoteSubject : Voc Rehab
Other Subject : TSA
Text: [12/06/2021 - MILLER, JASON]THIS TRANSFERABLE SKILLS ANALYSIS IDENTIFIED OCCUPATIONS WITHIN THE INSURED S PHYSICAL ABILITIES AND IDENTIFIED SKILL LEVEL.

**12/03/2021 8:51 PM - CLAIM Note 132**
Claim/Event/Leave: 8892419
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 12/3/2021 - REFERRED TO MLS GROUP OF COMPANIES FOR PEER REVIEW.

**12/03/2021 8:51 PM - CLAIM Note 131**
Claim/Event/Leave: 8892419
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 12/3/2021 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**12/03/2021 1:03 PM - CLAIM Note 130**
Claim/Event/Leave: 8892419
NoteSubject : Ref to Voc Rehab
Other Subject : TSA
Text: [12/03/2021 - AVRETT, MARY]REFERRING CLAIM FOR TSA

**12/03/2021 1:03 PM - CLAIM Note 129**
Claim/Event/Leave: 8892419
NoteSubject : Peer Review
Other Subject : PSYCHIATRY
Text: [12/03/2021 - AVRETT, MARY]RECEIVED AND REVIEWED PEER BY PSYCHIATRY

**12/03/2021 11:57 AM - CLAIM Note 128**
Claim/Event/Leave: 8892419
NoteSubject : Other
Other Subject : INVOICE
Text: [12/03/2021 - AVRETT, MARY]RECEIVED ECN INVOICE: BOCA 124130, DATED 12/2/21 FOR PEER BY PSYCHIATRY. FORWARDED TO APPROPRIATE DEPT FOR PROCESSING.

**11/16/2021 8:50 PM - CLAIM Note 127**
Claim/Event/Leave: 8892419
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 11/16/2021 - REFERRED TO EXAM COORDINATORS - ECN FOR PEER REVIEW.

**11/16/2021 11:59 AM - CLAIM Note 126**
Claim/Event/Leave: 8892419
NoteSubject : Other
Other Subject : FILE COPY
Text: [11/16/2021 - KEEFER, DAWN]VCP FILE COPY REQUEST HAS BEEN COMPLETED AND SENT VIA ONE DRIVE TO THE EMAIL ADDRESS PROVIDED LEGACY@ECNIME.COM

**11/15/2021 4:17 PM - CLAIM Note 125**
Claim/Event/Leave: 8892419
NoteSubject : Appeal
Other Subject : STATUS
Text: [11/15/2021 - AVRETT, MARY]ERISA EXT LTR SENT TO ATTORNEY. CLAIM REFERRED TO CRT FOR PEER BY PSYCH

**11/12/2021 2:06 PM - CLAIM Note 124**
Claim/Event/Leave: 8892419

**Lincoln/Lee 0072**

NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [11/12/2021 - SPRAGUE, TAYLA]INVOICE DATED 11/11/21 FROM ECN INV#BOCA122603 IN THE AMT OF $960.00 FOR PEER REVIEW BY RASHMI JOSHI-INTERNAL MEDICINE INVOICE PAID IN FULL.

**11/12/2021 11:00 AM - CLAIM Note 123**
Claim/Event/Leave: 8892419
NoteSubject : Other
Other Subject : INVOICE
Text: [11/12/2021 - AVRETT, MARY]RECEIVED ECN INVOICE: BOCA 122603, DATED 11/11/21 FOR PEER BY IM. FORWARDED TO APPROPRIATE DEPT FOR PROCESSING

**11/03/2021 7:46 AM - CLAIM Note 122**
Claim/Event/Leave: 8892419
NoteSubject : Other
Other Subject : MAILED RESPONSE
Text: [11/03/2021 - AVRETT, MARY]RECEIVED MAILED RESPONSE DATED 10/25/21 FROM ATTORNEY

**10/28/2021 8:51 PM - CLAIM Note 121**
Claim/Event/Leave: 8892419
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 10/28/2021 - REFERRED TO EXAM COORDINATORS - ECN FOR PEER REVIEW.

**10/27/2021 11:12 AM - CLAIM Note 120**
Claim/Event/Leave: 8892419
NoteSubject : Appeal
Other Subject : STATUS
Text: [10/27/2021 - AVRETT, MARY]REFERRING CLAIM FOR PEER BY IM.

**10/26/2021 7:55 AM - CLAIM Note 119**
Claim/Event/Leave: 8892419
NoteSubject : Other
Other Subject : ATTORNEY LTR
Text: [10/26/2021 - AVRETT, MARY]RECEIVED LETTER DATED 10/25/21 FROM ATTORNEY ADVISING APPEAL SUBMISSION COMPLETE

**10/08/2021 7:10 AM - CLAIM Note 118**
Claim/Event/Leave: 8892419
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [10/08/2021 - AVRETT, MARY]RECEIVED INVOICE 116388-1, DTED 10/4/21 FROM MLS IN THE AMT OF $5040 FOR PEERS BY IM AND PMR. PAYMENT SET UP IN SYSTEM ONE. REFERRED TO MANGER FOR APPROVAL.

**10/05/2021 10:35 AM - CLAIM Note 117**
Claim/Event/Leave: 8892419
NoteSubject : LTR to EE
Other Subject :
Text: [10/05/2021 - TOOMASI, YASMINE]SENT R2R TO ATTY WITH COPY OF MDS, PM&R AND IM REVIEW - RESPONSE BY 10/25/2021

**10/05/2021 10:22 AM - CLAIM Note 116**
Claim/Event/Leave: 8892419
NoteSubject : Other
Other Subject : INVOICE
Text: [10/05/2021 - TOOMASI, YASMINE]RECD INVOICE FOR PM&R/IM REVIEWS - SENT FOR PROCESSING

**10/05/2021 10:22 AM - CLAIM Note 115**
Claim/Event/Leave: 8892419
NoteSubject : Other
Other Subject : PM&R/IM
Text: [10/05/2021 - TOOMASI, YASMINE]RECD PM&R AND IM REVIEWS - NO SUPPORT

**09/30/2021 12:46 PM - CLAIM Note 114**
Claim/Event/Leave: 8892419
NoteSubject : Other
Other Subject : MDS REVIEW
Text: [09/30/2021 - TOOMASI, YASMINE]RECD MDS REVIEW - NO SUPPORT FROM PSYCH PERSPECTIVE.

**09/30/2021 11:06 AM - MDS Note**
Claim/Leave: 8892419
Episode #: 4
Nurse Name: MUDRICK, WILLIAM
Service #: 17234459
Service Date: 09/30/2021

**Lincoln/Lee 0073**

Service Date: 09/30/2021
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, MARY, AVRETT
Note Type: INFORMATION OBTAINED DESC
Text: NDC REVIEW COMPLETE, SEE DOCUMENT LIST FOR REPORT

**09/21/2021 12:34 PM - CLAIM Note 113**
Claim/Event/Leave: 8892419
NoteSubject : Other
Other Subject : FILE COPY
Text: [09/21/2021 - HOFFNER, FAYE]MLS FILE COPY REQUEST-----HELLO, VCP REFERRAL PLEASE PROVIDE THE FOLLOWING FOR CLAIM NUMBER(S) 8892419 O ALL DOCUMENTS & LETTERS IN DOC LIST AND CORRESPONDENCE LINK EXCLUDING OUTGOING CORRESPONDENCE AND INVOICESPLEASE DELIVER INFORMATION TO: REFERRALS@MLS-IME.COM -----ADMIN COMPLETED AND SUBMITTED VIA SECURE ONE DRIVE WITH A BCC TO THE EXAMINER FOR THEIR REFERENCE OF SUBMISSISON.[09/21/2021 - HOFFNER, FAYE]****UPLOADED CLAIM FILE TO MLS CASE # 116388 FOR REVIEW*****

**09/20/2021 8:51 PM - CLAIM Note 112**
Claim/Event/Leave: 8892419
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 9/20/2021 - REFERRED TO MLS GROUP OF COMPANIES FOR PEER REVIEW.

**09/17/2021 12:56 PM - CLAIM Note 111**
Claim/Event/Leave: 8892419
NoteSubject : Ref to Other
Other Subject : MDS
Text: [09/17/2021 - AVRETT, MARY]ARU REVIEW FOR PSYCH R&LS ONLY. PEERS PENDING BY IM AND PMR. PLEASE REVIEW FOR R&L'S FOR PSYCH FOR THE PERIOD 5/9/21 FORWARD. SEE RECORDS PROVIDED ON APPEAL.

**09/17/2021 12:50 PM - CLAIM Note 110**
Claim/Event/Leave: 8892419
NoteSubject : Appeal
Other Subject : STATUS
Text: [09/17/2021 - AVRETT, MARY]REFERRING CLAIM FOR PEERS BY PMR AND IM. DAYS REMAINING 80 OF 90

**09/17/2021 11:13 AM - CLAIM Note 109**
Claim/Event/Leave: 8892419
NoteSubject : Appeal
Other Subject : MDS CLAIM CONSULT
Text: [09/17/2021 - ARVENITIS, KERRY]RECOMMEND PM&R PEER REVIEW, IM PEER REVIEW FOR NON-MUSCULOSKELETAL DIAGNOSIS AND MDS FOR PSYCH REVIEW.

**09/15/2021 8:36 AM - CLAIM Note 108**
Claim/Event/Leave: 8892419
NoteSubject : Appeal
Other Subject : STATUS
Text: [09/15/2021 - AVRETT, MARY]RESUMING APPEAL REVIEW. REFERRING CLAIM FOR MEDICAL REVIEW. DAYS REMAINING 86 OF 90.

**09/09/2021 12:58 PM - CLAIM Note 107**
Claim/Event/Leave: 8892419
NoteSubject : Appeal
Other Subject : STATUS
Text: [09/09/2021 - AVRETT, MARY]TOLLING APPEAL REVIEW FOR EXHIBITS SENT BY MAIL.[09/09/2021 - AVRETT, MARY]DAYS REMAINING 88 OF 90

**09/09/2021 12:58 PM - CLAIM Note 106**
Claim/Event/Leave: 8892419
NoteSubject : Appeal
Other Subject : INITIAL REVIEW
Text: [09/09/2021 - AVRETT, MARY]PRESCREEN COMPLETED. CODING IS ACCURATE. LTD FI ERISA. CLAIM FILED 05/31/2019. JD ON FILE. AUTH ON FILE. CLAIM DENIED NOT TD AO, DATE OF DENIAL WAS 05/10/2021. APPEAL TIMEFRAME IS 180 DAYS, APPEAL DUE 11/06/2021. LETTER OFAPPEAL RECEIVED 09/07/2021. ATTORNEY REPRESENTED. ACTION PLAN: REVIEW APPEAL AND FILE.

**09/09/2021 9:46 AM - CLAIM Note 105**
Claim/Event/Leave: 8892419
NoteSubject : Appeal
Other Subject : REFERRAL RECVD
Text: [09/09/2021 - AVERILL, REBECCA]ASSINGED TO MARY AVRETT

**09/08/2021 8:50 PM - CLAIM Note 104**
Claim/Event/Leave: 8892419
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL

**Lincoln/Lee 0074**

Text: 9/8/2021 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**09/08/2021 7:58 AM - CLAIM Note 103**
Claim/Event/Leave: 8892419
NoteSubject : Appeal
Other Subject :
Text: [09/08/2021 - MAGGIORE, ANGELO]AGREE WITH ARU REVIEW

**09/07/2021 4:39 PM - CLAIM Note 102**
Claim/Event/Leave: 8892419
NoteSubject : Other
Other Subject : APPEAL REQUEST
Text: [09/07/2021 - WALLACH, KRYSTAL]RECEIVED REQUEST FOR APPEAL FROM LAW OFFICES OF J. PRICE MCNAMARA.

**09/07/2021 4:38 PM - CLAIM Note 101**
Claim/Event/Leave: 8892419
NoteSubject : Ref to Appeals
Other Subject : M1:ARU
Text: [09/07/2021 - WALLACH, KRYSTAL]51 YOF, SALARY ASC, MEDIUM JD, ASST MGR, LDW 11/7/18, DOD 11/8/18, BBD 5/9/19. RECEIVED COMPLETED IM FFR DATED 5/1/21. DX: DIFFUSE LARGE B CELL LYMPHOMA (C85.90/C83.31) TREATED WITH CHEMOTHERAPY (Z92.21)IN THE SETTINGOF CHRONIC HUMAN IMMUNODEFICIENCY VIRUS (HIV) INFECTION (B20) FOR WHICH SHE IS ON LONG-TERM ANTIRETROVIRAL THERAPY (Z79.899). CO MORBIDS: OBESITY (E66.9), HYPERTENSION (I10), BACK PAIN (M54.5) AND PAST DUODENAL ULCER WITH HEMORRHAGE (BLEEDING -K26.0) LEADING TO ANEMIA (D64.9). RNLS: SHE HAS NO RESTRICTIONS OR LIMITATIONSON SITTING OR USING HER ARMS, HANDS AND FINGERS FOR REACHING, GRIPPING, GRASPING, OR OPERATING A COMPUTER KEYBOARD OR OTHER COMMON OFFICE EQUIPMENT. SHE CAN STAND AND WALKOCCASIONALLY, AND CONTINUOUSLY FOR UP TO 15 MINUTES AT A TIME OR UP TO A TOTAL OF 2.5 HOURS IN A TYPICAL 8-HOUR WORK DAY. SHE CAN BEND OR TWIST OCCASIONALLY AND CAN LIFT, CARRY, PUSH OR PULL ITEMS UP TO TEN POUNDS OCCASIONALLY. SHE CAN CROUCH, STOOP, KNEEL, CRAWL OR CLIMB RARELY. DURATION: INDEFINITELY AND LIKELY PERMANENTLY BUT THE CLAIMANT HAS SUSTAINED CAPACITY FOR FULL TIME WORK WITHIN THESE RESTRICTIONS AND LIMITATIONS DURING THIS PERIOD. RNLS REFERRED FOR TSA AND ALT OCCUPATIONS WEREIDENTIFIED, THEREFORE, ASC NO LONGER MEETS DEF OF DISABILITY AND DCM CLOSED CLAIM NOT TD AO ON 5/10/21 AND BENEFITS WERE PAID THRU 5/8/21. ON 9/7/21, DCM RECEIVED AN APPEAL REQUEST FROM EE'S ATTY: LAW OFFICES OF J. PRICE MCNAMARA ALONG WITH SIGNED AFFIDAVITS FROM THE EE AND THE EE'S CHILDREN. DCM RECOMMENDS REFERRING CLAIM TO ARU AT THIS TIME.

**08/25/2021 8:50 PM - CLAIM Note 100**
Claim/Event/Leave: 8892419
NoteSubject : OP/Collections
Other Subject : SCORE REFERRAL
Text: 8/25/2021 - REFERRED TO COLLECTIONS UNIT FOR FINANCIAL AND COLLECTION SERVICES.

**06/18/2021 4:40 PM - CLAIM Note 99**
Claim/Event/Leave: 8892419
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [06/18/2021 - SRP041, SRP041]INVOICE RECEIVED FROM RELEASEPOINT. , INV #714276, IN THE AMOUNT OF $67.00 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**06/01/2021 12:26 PM - CLAIM Note 98**
Claim/Event/Leave: 8892419
NoteSubject : Other
Other Subject : FILE COPY
Text: [06/01/2021 - NILES, CATHY]REQUEST TO SEND A COPY OF THE COMPLETE CLAIM FILE AND COVER LETTER HAS BEEN COMPLETED. SENT TO EMAIL SUPPORT@JPRICEMCNAMARA.COM THRU ONEDRIVE

**05/28/2021 3:04 PM - CLAIM Note 97**
Claim/Event/Leave: 8892419
NoteSubject : Other
Other Subject : ATTY REP
Text: [05/28/2021 - WALLACH, KRYSTAL]RECEIVED REQUEST FOR CLAIM FILE DATED 5/18/21.

**05/24/2021 7:32 AM - CLAIM Note 96**
Claim/Event/Leave: 8892419
NoteSubject : Medical Status
Other Subject : NNADI
Text: [05/24/2021 - WALLACH, KRYSTAL]RECEIVED NOTIFICATION FROM RP: PLEASE BE ADVISED THAT RELEASEPOINT HAS SUSPENDED THIS ORDER FOR THE FOLLOWING REASON: - CNR: MEDICAL FACILITY IS UNABLE TO LOCATE RECORDS FOR TIME FRAME REQ AND/OR PROVIDER LISTEDE-MAIL NOTICE TO CUSTOMER REQUESTED - CNR: BE ADVISED: WE HAVE RECEIVED A RESPONSE FOR NO RECORDS WITHIN THE TIME FRAME. WE ARE TRYING TO CALL THE PROVIDER TO OBTAIN THE LAST DATE OF SERVICE OR IF THE PATIENT WAS SEEN BY OTHER DOCTOR BUT WE ARE UNABLE TO GET A LIVE CONTACT. PLEASE ADVISE HOW WOULD YOU LIKE US TO PROCEED. THANK YOU.

**05/14/2021 11:26 AM - OVERPMT Note 8**
Claim/Event/Leave: 8892419

**Lincoln/Lee 0075**

NoteSubject : OP/Refund
Other Subject : LETTER TO CLAIMANT
Text: [05/14/2021 - LATOUR, REBEKAH]CLAIM CLOSED W OP BAL DUE OF $2,398.71. LETTER SENT TO CLAIMANT REQUESTING REFUND CHECK OR TO CALL TO DISCUSS REPAY PLAN.

**05/11/2021 7:51 AM - CLAIM Note 95**
Claim/Event/Leave: 8892419
NoteSubject : Medical Status
Other Subject : OCHSNER CANCER CTR B
Text: [05/11/2021 - WALLACH, KRYSTAL]RECEIVED NOTIFICATION FROM RP: PLEASE BE ADVISED THAT THE REQUEST LISTED ABOVE HAS EXCEEDED THE AGE OUR LIMIT SPECIFIED IN YOUR ACCOUNT SETUP WITH RELEASEPOINT, AND WE WILL NOT PURSUE FURTHER RETRIEVAL ACTIVITIES. IF YOU STILL REQUIRE THESE RECORDS, PLEASE PLACE A NEW REQUEST. THANK YOU, YOUR RELEASEPOINT PROCESSING TEAM

**05/10/2021 1:07 PM - PHONE Note 41**
Claim/Event/Leave: 8892419
NoteSubject : EE Called
Other Subject : RETURN CALL
Text: [05/10/2021 - WALLACH, KRYSTAL]ASC CALLED DCM BACK - DCM ADVISED THAT MEDICAL NO LONGER SUPPORTS DISABILITY SINCE THE MEDS SUPPORT THAT SHE HAS AT LEAST SED WORK CAPACITY SO WE HAVE CLOSED THE CLAIM AS OF 5/9/21. ASC ADVISED SHE CANT DO ANY WORK. DCM ACK AND ADVISED SHE HAS THE RIGHT TO APPEAL THE CLOSURE AND ADVISED SHE WOULD NEED TO PROVIDE A LETTER ADVISING WHY SHE WOULD LIKE TO APPEAL AND ADDITIONAL MEDS THAT WOULD SUPPORT DISABILITY - UNABLE TO DO ANY WORK AT THIS TIME. DCM CONFIRMED EMAILED CLOSURE LETTER TO HER TODAY AND TO CALL IF SHE HAS ANY QUESTIONS. ASC ASKED HOW LONG APPEALS PROCESS IS - DCM CONFIRMED SHE HAS 180 DAYS TO APPEAL AND THEN THEY WILL REVIEW AS NORMAL WHICH CAN TAKE 3 WEEKS FROM WHEN ALL MEDS RECEIVED THAT SHE WANTS REVIEWED. ASC ACK AND CALL ENDED.

**05/10/2021 12:55 PM - PHONE Note 40**
Claim/Event/Leave: 8892419
NoteSubject : Called EE
Other Subject : RE CLOSURE
Text: [05/10/2021 - WALLACH, KRYSTAL]DCM CALLED                   AND LEFT MESSAGE REQUESTING R/C TO DISCUSS STATUS OF LTD CLAIM.

**05/10/2021 12:55 PM - CLAIM Note 94**
Claim/Event/Leave: 8892419
NoteSubject : LTR to EE
Other Subject : CLOSURE
Text: [05/10/2021 - WALLACH, KRYSTAL]EMAILED TO ASC.

**05/10/2021 12:49 PM - CLAIM Note 93**
Claim/Event/Leave: 8892419
NoteSubject : Closed
Other Subject :
Text: [05/10/2021 - MAGGIORE, ANGELO]AGREE WITH DETERMINATION BASED ON FILE DOCUMENTATION

**05/10/2021 11:56 AM - CLAIM Note 92**
Claim/Event/Leave: 8892419
NoteSubject : Closed
Other Subject : REFER TO M1
Text: [05/10/2021 - WALLACH, KRYSTAL]51 YOF, SALARY ASC, MEDIUM JD, ASST MGR, LDW 11/7/18, DOD 11/8/18, BBD 5/9/19. RECEIVED COMPLETED IM FFR DATED 5/1/21. DX: DIFFUSE LARGE B CELL LYMPHOMA (C85.90/C83.31) TREATED WITH CHEMOTHERAPY (Z92.21)IN THE SETTINGOF CHRONIC HUMAN IMMUNODEFICIENCY VIRUS (HIV) INFECTION (B20) FOR WHICH SHE IS ON LONG-TERM ANTIRETROVIRAL THERAPY (Z79.899). CO MORBIDS: OBESITY (E66.9), HYPERTENSION (I10), BACK PAIN (M54.5) AND PAST DUODENAL ULCER WITH HEMORRHAGE (BLEEDING -K26.0) LEADING TO ANEMIA (D64.9). RNLS: SHE HAS NO RESTRICTIONS OR LIMITATIONSON SITTING OR USING HER ARMS, HANDS AND FINGERS FOR REACHING, GRIPPING, GRASPING, OR OPERATING A COMPUTER KEYBOARD OR OTHER COMMON OFFICE EQUIPMENT. SHE CAN STAND AND WALK OCCASIONALLY, AND CONTINUOUSLY FOR UP TO 15 MINUTES AT A TIME OR UP TO A TOTAL OF 2.5 HOURS IN A TYPICAL 8-HOUR WORK DAY. SHE CAN BEND OR TWIST OCCASIONALLY AND CAN LIFT, CARRY, PUSH OR PULL ITEMS UP TO TEN POUNDS OCCASIONALLY. SHE CAN CROUCH, STOOP, KNEEL, CRAWL OR CLIMB RARELY. DURATION: INDEFINITELY AND LIKELY PERMANENTLY BUT THE CLAIMANT HAS SUSTAINED CAPACITY FOR FULL TIME WORK WITHIN THESE RESTRICTIONS AND LIMITATIONS DURING THIS PERIOD. RNLS REFERRED FOR TSA AND ALT OCCUPATIONS WERE IDENTIFIED, THEREFORE, ASC NO LONGER MEETS DEF OF DISABILITY AND DCM RECOMMENDS CLOSING CLAIM NOT TD AO AT THIS TIME.

**05/06/2021 9:21 PM - CLAIM Note 91**
Claim/Event/Leave: 8892419
NoteSubject : Voc Rehab
Other Subject : TSA
Text: [05/06/2021 - NAGANUMA, HALEY]OCCUPATIONS IDENTIFIED: THE TRANSFERABLE SKILLS ANALYSIS IDENTIFIED OCCUPATIONS THAT ARE WITHIN MS. LEE S PHYSICAL ABILITIES AND WITHIN THEIR IDENTIFIED SKILL LEVEL. THE FOLLOWING ARE EXAMPLES OF OCCUPATIONS MS. LEE COULD PERFORM: SUPERVISOR, ORDER TAKERS; DISPATCHER, STREET DEPARTMENT; ORDER-CONTROL CLERK, BLOOD BANK. THE OCCUPATIONS MEET THEIR GAINFUL AMOUNT OF $2,280.10 IN THE NATIONAL ECONOMY. I HAVE NOT MET WITH THE MS. LEE FOR THE PURPOSE OF THISREVIEW. ALL OPINIONS ARE BASED ON REVIEW OF VOCATIONAL INFORMATION, MEDICAL RECORDS AND RESOURCES NOTED

**Lincoln/Lee 0076**

OPINIONS ARE BASED ON REVIEW OF VOCATIONAL INFORMATION, MEDICAL RECORDS AND RESOURCES NOTED.

**05/06/2021 11:58 AM - CLAIM Note 90**
Claim/Event/Leave: 8892419
NoteSubject : Med Records Rcvd
Other Subject : NNADI
Text: [05/06/2021 - WALLACH, KRYSTAL]RECEIVED OVN DATED 4/5/21.

**05/05/2021 8:51 PM - CLAIM Note 89**
Claim/Event/Leave: 8892419
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 5/5/2021-REFERRAL RECEIVED BY VCM AND ASSIGNED TO WILLIAMS, HALEY. CLAIM/AS EVENT IS PENDING REVIEW.

**05/03/2021 8:50 PM - CLAIM Note 88**
Claim/Event/Leave: 8892419
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 5/3/2021 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**05/03/2021 8:51 AM - CLAIM Note 87**
Claim/Event/Leave: 8892419
NoteSubject : Ref to Other
Other Subject : VOC
Text: [05/03/2021 - WALLACH, KRYSTAL]REFERRED FOR TSA. CONTRACT SPECIFICS: NONE MEDICAL AND DATE: IM FFR DATED 5/1 IN DOCS LIST GAINFUL: $1140.05 PAID BI WEEKLY C2 60%.

**05/03/2021 8:31 AM - CLAIM Note 86**
Claim/Event/Leave: 8892419
NoteSubject : Peer Review
Other Subject : COMPLETED
Text: [05/03/2021 - WALLACH, KRYSTAL]RECEIVED COMPLETED IM FFR DATED 5/1/21. DX: DIFFUSE LARGE B CELL LYMPHOMA (C85.90/C83.31) TREATED WITH CHEMOTHERAPY (Z92.21)IN THE SETTING OF CHRONIC HUMAN IMMUNODEFICIENCY VIRUS (HIV) INFECTION (B20) FOR WHICH SHE ISON LONG-TERM ANTIRETROVIRAL THERAPY (Z79.899). CO MORBIDS: OBESITY (E66.9), HYPERTENSION (I10), BACK PAIN (M54.5) AND PAST DUODENAL ULCER WITH HEMORRHAGE (BLEEDING - K26.0) LEADING TO ANEMIA (D64.9). RNLS: SHE HAS NO RESTRICTIONS OR LIMITATIONSON SITTING OR USING HER ARMS, HANDS AND FINGERS FOR REACHING, GRIPPING, GRASPING, OR OPERATING A COMPUTER KEYBOARD OR OTHER COMMON OFFICE EQUIPMENT. SHE CAN STAND AND WALK OCCASIONALLY, AND CONTINUOUSLY FOR UP TO 15 MINUTES AT A TIME OR UP TO A TOTAL OF 2.5 HOURS IN A TYPICAL 8-HOUR WORK DAY. SHE CAN BEND OR TWIST OCCASIONALLY AND CAN LIFT, CARRY, PUSH OR PULL ITEMS UP TO TEN POUNDS OCCASIONALLY. SHE CAN CROUCH, STOOP, KNEEL, CRAWL OR CLIMB RARELY. DURATION: INDEFINITELY AND LIKELY PERMANENTLY BUT THE CLAIMANT HAS SUSTAINED CAPACITY FOR FULL TIME WORK WITHIN THESE RESTRICTIONS AND LIMITATIONS DURING THIS PERIOD.

**04/23/2021 11:37 AM - PHONE Note 39**
Claim/Event/Leave: 8892419
NoteSubject : EE Called
Other Subject :
Text: [04/23/2021 - MURRAY, JENNIFER]ASC CALLED FOR UPDATE ON HER CLAIM. ADVISED ASC CLAIM IS CURRENTLY APPROVED AND UNDER CLINICAL REVIEW. ONCE REVIEW COMPLETED, SHE WILL RECEIVE AN UPDATE FROM HER DCM. ASC THANKED, NFQ

**04/20/2021 12:54 PM - CLAIM Note 85**
Claim/Event/Leave: 8892419
NoteSubject : Ref to Other
Other Subject : LFG CP
Text: [04/20/2021 - WALLACH, KRYSTAL]YOUR REFERRAL REQUEST WITH REQUESTED SPECIALTY OF MEDICINE - INTERNAL OR FAMILY FOR CLAIM NUMBER 8892419 HAS BEEN ASSIGNED TO DR. PAUL STANDER. THE ANTICIPATED DUE DATE FOR THIS REQUEST IS 05/01/2021.

**04/16/2021 1:36 PM - CLAIM Note 84**
Claim/Event/Leave: 8892419
NoteSubject : Ref to Other
Other Subject : LFG CP
Text: [04/16/2021 - WALLACH, KRYSTAL]REFERRED FOR IM FFR FOR CID.

**04/16/2021 1:31 PM - PHONE Note 38**
Claim/Event/Leave: 8892419
NoteSubject : Called EE
Other Subject : RETURN CALL
Text: [04/16/2021 - WALLACH, KRYSTAL]ASC LEFT MESSAGE 4/15 - CALLING TO LET DCM KNOW MEDICAL WAS SENT TO FAX# 4/14/21. DCM CALLED               AND ADVISED RECEIVED RECORDS AND ASKED IF SHE GOT THE RESULTS FROM BIOSPY - ASC UNSURE IF SHE DID. ASC ADVISED SHE GOES THERE EVERY 6 WEEKS. ASC ADVISED WILL GO SEE DR. KOLTON IN MAY TO DISCUSS THE BIOPSY. NO DISCUSSIONS ON IF SHE HAS TO DO CHEMO OR NOT. DCM CONFIRMED LAST TIME SEEN BY OSCHNER WAS 3/12/21. DCM CONFIRMED WILL SEND MEDICAL TO BE REVIEWED. ASC ACK AND CALL

**Lincoln/Lee 0077**

ENDED.

**04/15/2021 2:45 PM - CLAIM Note 83**
Claim/Event/Leave: 8892419
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [04/15/2021 - MITCHELL, CATHERINE]INVOICE DATED 4/13/2021 FROM MRO. INV #41379027 , IN THE AMT OF $126.50 FOR MEDICAL RECORDS FROM OCHSNER MEDICAL . INVOICE PAID IN FULL

**04/15/2021 9:13 AM - CLAIM Note 82**
Claim/Event/Leave: 8892419
NoteSubject : Med Records Rcvd
Other Subject : OSCHNER HEALTH SYSTE
Text: [04/15/2021 - WALLACH, KRYSTAL]RECEIVED OVN DATED 03/06/2020-3/12/21.

**04/13/2021 4:03 PM - CLAIM Note 81**
Claim/Event/Leave: 8892419
NoteSubject : Other
Other Subject : INVOICE
Text: [04/13/2021 - WALLACH, KRYSTAL]RECEIVED MRO INVOICE #41379027 DATED 4/13/21 FOR $126.50. REFERRED TO PS 4/13/21.

**04/13/2021 1:51 PM - CLAIM Note 80**
Claim/Event/Leave: 8892419
NoteSubject : Med Records Rcvd
Other Subject : NNADI
Text: [04/13/2021 - WALLACH, KRYSTAL]RECEIVED OVN AND LABS DATED 8/10/20-4/5/21.

**04/13/2021 1:48 PM - PHONE Note 37**
Claim/Event/Leave: 8892419
NoteSubject : Called EE
Other Subject :
Text: [04/13/2021 - WALLACH, KRYSTAL]DCM CALLED                AND LEFT MESSAGE ADVISING RP HAS NOT RECEIVED THE AUTH FOR OSCHNER YET AND REQUESTED IT BE SENT TO DCM AT 603-559-1994.[04/13/2021 - WALLACH, KRYSTAL] DCM CALLED BACK AND LEFT MESSAGE CONFIRMINGAUTH WAS RECEIVED FOR NNADI AND REQUEST WE RESENT WITH THE AUTH INCLUDED.

**04/12/2021 12:55 PM - PHONE Note 36**
Claim/Event/Leave: 8892419
NoteSubject : EE Called
Other Subject :
Text: [04/12/2021 - WALLACH, KRYSTAL]ASC CALLED TO SAY OSCHNER HAS SENT THE INVOICE 3 TIMES AND THEY WONT SEND THE MEDICAL UNTIL IT IS PAID. DCM EXPLAINED WE HAVE NOT RECEIVED IT AND VERIFIED IN RP WE HAVE NOT RECEIVED IT. DCM RECOMMENDED SHE HAS IT FAXED TO 603-559-1994. ASC U/S AND ADVISED SHE RECEIVED AND SIGNED AND RETURNED THE AUTH FOR NNADI. DCM CONFIRMED NOT IN SYSTEM YET BUT WILL SET A TASK TO CHECK AGAIN TOMORROW. ASC ACK AND CALL ENDED.

**04/06/2021 11:08 AM - PHONE Note 35**
Claim/Event/Leave: 8892419
NoteSubject : EE Called
Other Subject :
Text: [04/06/2021 - WALLACH, KRYSTAL]ASC ADVISED JUST GOT OFF PHONE WITH OSCHNER CANCER CENTER AND WAS TOLD THEY SENT THE INVOICE ON 3/26/21. DCM CONFIRMED IT HAS NOT BEEN RECEIVED YET BUT ONCE IT IS WE WILL PAY IT TO GET THE MEDICAL RECORDS. NFQ. CALL ENDED.

**04/05/2021 5:08 PM - PHONE Note 34**
Claim/Event/Leave: 8892419
NoteSubject : Called EE
Other Subject :
Text: [04/05/2021 - WALLACH, KRYSTAL]ASC LEFT MESSAGE 4/5/21 - CALLING AND SPOKE TO HOSPITAL - WAITING ON INVOICE TO BE PAID IN ORDER TO RELEASE RECORDS. DCM CALLED                AND LEFT MESSAGE ADVISING THAT NEITHER ONE OF THE FACILITIES WE REQUESTED MEDICAL FROM SENT US AN INVOICE.

**03/29/2021 4:03 PM - PHONE Note 33**
Claim/Event/Leave: 8892419
NoteSubject : Called EE
Other Subject : RETURN CALL
Text: [03/29/2021 - WALLACH, KRYSTAL]ASC LEFT MESSAGE 3/29/21 - CALLING IN REGARDS TO CLAIM - ASC DID RELEASE FORMS TWICE AND HERE AGAIN AT HOSPITAL ASKING FOR THEM TO RELEASE INFORMATION - THEY ARE SAYING SOMETHING ABOUT A FEE. DCM CALLED                ANDADVISED WE WILL PAY INVOICE BUT THEY NEED TOS END IT TO DCM. ASC ACK AND DCM ASKED WHICH DR IT WAS FOR AND ASC CONFIRMED KOLTON AND WILL SEE NNADI NEXT MONDAY. DCM ACK AND CALL ENDED.

**03/22/2021 4:13 PM - PHONE Note 32**
Claim/Event/Leave: 8892419

**Lincoln/Lee 0078**

Claim/Event/Leave: 8892419
NoteSubject : Called EE
Other Subject : RETURN CALL
Text: [03/22/2021 - WALLACH, KRYSTAL]ASC LEFT MESSAGE 3/22 - CALLED THE HOSPITAL FOR RECORDS AND THEY SAID
THEY DON T EMAIL OR FAX THEM. THEY WILL MAIL IT. THEY WILL TRY TO MAIL IT IN THE NEXT COUPLE OF DAYS. DCM
CALLED                 AND LEFT MESSAGE -CONFIRMED RECEIVED VM AND ONCE WE GET MEDS WE WILL REINSTATE
HER BENEFITS.

**03/22/2021 11:38 AM - PHONE Note 31**
Claim/Event/Leave: 8892419
NoteSubject : Called EE
Other Subject : DAY 45 - SUSPENSION
Text: [03/22/2021 - WALLACH, KRYSTAL]DCM CALLED                 AND LEFT MESSAGE ADVISING STILL OUTSTANDING
MEDS FROM KOLTON AND NNADI DUE 3/21/21 AND HAVE SUSPENDED THE BENEFITS. IF MEDS NOT RECEIVED BY 4/20/21,
CLAIM WILL BE CLOSED. NEED MEDS FROM KOLTON FROM 7/11/20-P AND NNADI FROM 8/11/20-P.

**03/22/2021 11:35 AM - CLAIM Note 79**
Claim/Event/Leave: 8892419
NoteSubject : LTR to EE
Other Subject : DAY 45 - SUSPENSION
Text: [03/22/2021 - WALLACH, KRYSTAL]EMAILED TO ASC.

**03/22/2021 11:23 AM - CLAIM Note 78**
Claim/Event/Leave: 8892419
NoteSubject : Other
Other Subject : SENIOR REVIEW
Text: [03/22/2021 - ARRINGTON, JUNE]AGREE WITH SUSPENSION OF BENEFITS AS MEDICAL NOT RECD NECESSARY FOR
ONGOING REVIEW OF ELIGIBILITY

**03/22/2021 10:39 AM - CLAIM Note 77**
Claim/Event/Leave: 8892419
NoteSubject : Ref to Other
Other Subject : SR - SUSPENSION
Text: [03/22/2021 - WALLACH, KRYSTAL]51 YOF, SALARY ASC, MEDIUM JD, ASST MGR, LDW 11/7/18, DOD 11/8/18, BBD 5/9/19.
PER MDS REVIEW COMPLETED ON 11/9/20 ASC PRESENTS WITH LYMPHOMA (C85.90) ASSOCIATED WITH A CHRONIC
IMMUNE CONDITION (B20). RLS FROM DR. NNADI, COMPLETED 10/6/20 ADVISES NOV 12/8/20 AND R&LS OF OCCASIONAL
LIFT/CARRY UP TO 10LBS, OCCASIONAL STAND/WALK IN PLACE FROM 10/1/20 TO 10/1/21. RLS FROM A. NORMAND
NP/ONCOLOGY ADVISED NO RLS. BASED ON THE PHYSICAL EXAMS, LABS AND NO REPORT OF SYMPTOMS OR SIDE
EFFECTS, IT WOULD SEEM ASSOCIATE WOULD BE ABLE TO PERFORM AT HIGHER THAN A DESK LEVEL; HOWEVER, AS SHE
IS PENDING REPEAT IMAGING WITH POSSIBLE PORT REMOVAL THIS MONTH, RECOMMEND DETERMINE WHEN SHE HAS
THE PET SCAN IMAGING, ONCE IMAGING HASOCCURRED, OBTAIN COPY OF THE REPORT AND THE MOST RECENT OVN
FROM ONCOLOGY DR. DANG. IF THERE IS RECURRENCE OF THE LYMPHOMA AND SHE BEGINS CHEMOTHERAPY, R&L S OF
LESS THAN SEDENTARY WILL BE REASONABLE FOR INITIATION OF TX; IF NO EVIDENCE OF DISEASE RECURRENCE
CONSIDER REFERRAL FOR IM PEER REVIEW. ASC IS SSDB AWARDED. DCM REQUESTED MEDICAL RECORDS FROM DR.
KOLTON AND DR. NNADI WHICH IS DUE NO LATER THAN 4/20/21. AS OF DAY 45 3/21/21 - DCM STILL OUTSTANDING ALL
MEDICAL RECORDS AND THEREFORE DCM RECOMMENDS SUSPENDING BENEFITS.

**03/08/2021 1:58 PM - PHONE Note 30**
Claim/Event/Leave: 8892419
NoteSubject : Called EE
Other Subject : DAY 30 - UPDATES
Text: [03/08/2021 - WALLACH, KRYSTAL]DCM CALLED                 AND LEFT MESSAGE ADVISING OUTSTANDING MEDS
FROM AP KOLTON AND NNADI - DUE 3/21 TO ENSURE NO PAYMENTS SUSPENDED.

**03/08/2021 10:16 AM - CLAIM Note 76**
Claim/Event/Leave: 8892419
NoteSubject : LTR to EE
Other Subject : BLANK AUTH
Text: [03/08/2021 - WALLACH, KRYSTAL]EMAILED BLANK AUTH TO KOTONIALEE1@GMAIL.COM FOR NNADI VIA RP.

**03/08/2021 10:15 AM - CLAIM Note 75**
Claim/Event/Leave: 8892419
NoteSubject : LTR to EE
Other Subject : DAY 30 - WARNING
Text: [03/08/2021 - WALLACH, KRYSTAL]EMAILED TO ASC INCLUDING LTD FORM.

**03/08/2021 10:11 AM - CLAIM Note 74**
Claim/Event/Leave: 8892419
NoteSubject : Medical Status
Other Subject : NNADI
Text: [03/08/2021 - WALLACH, KRYSTAL]DAY 30 - REVIEWED RP: DATE: 02/25/2021 7:39 PM (PT)CONTACT: NOTE: EMAILED TO
WALMARTRIGHTFAX@LFG.COM : REQUEST SUSPENDED DUPLICATE NOTICE PLEASE BE ADVISED THAT THE REQUEST
WAS REJECTED AS THE FACILITY WILL NOT RELEASERECORDS AFTER SIGNATURE DATE. THE AUTHORIZATION WAS
SIGNED ON 8/4/2020. PLEASE PROVIDE AN UPDATED AUTHORIZATION WITH HANDWRITTEN SIGNATURE SO WE MAY
PROCEED. THANK YOU. KASHMIR DATE: 02/25/2021 7:35 PM (PT)CONTACT: NOTE: DUPLICATE SUSPEND FORM SENT. LAST

**Lincoln/Lee 0079**

PROCEED. THANK YOU, KASHMIR DATE: 02/25/2021 1:00 PM (PT)CONTACT: NOTE: DUPLICATE SUSP AND FORM SENT, LAST FORM WAS SENT FEB 11 2021 AND SUSPEND REMINDER NOTIFIES DAYS WAS DATE: 02/25/2021 12:18 PM (PT)CONTACT: NOTE: FILE FAX1064452522.TIF ROUTED TO FILE DATE: 02/11/2021 6:37 AM (PT)CONTACT: NOTE: EMAILED TO KRYSTAL.WALLACH@LFG.COM PHYSICIAN AUTHO INCLUDED: FSA EMAILED BY RPNET USER KRYSTAL.WALLACH. DATE: 02/11/2021 6:37 AM (PT)CONTACT: NOTE: EMAILED TO KOTONIALEE1@GMAIL.COM PHYSICIAN AUTHO INCLUDED: FSA EMAILED BY RPNET USER KRYSTAL.WALLACH. DATE: 02/11/2021 6:24 AM (PT)CONTACT: NOTE: EMAILED TO WALMARTRIGHTFAX@LFG.COM : REQUEST SUSPENDED PLEASE BE ADVISED THAT THE REQUEST WAS REJECTED AS THE FACILITY WILL NOT RELEASE RECORDS AFTER SIGNATURE DATE. THE AUTHORIZATION WAS SIGNED ON 8/4/2020. PLEASE PROVIDE AN UPDATED AUTHORIZATIONWITH HANDWRITTEN SIGNATURE SO WE MAY PROCEED. THANK YOU, KASHMIR DATE: 02/11/2021 6:23 AM (PT)CONTACT: NOTE: PLEASE BE ADVISED THAT THE REQUEST WAS REJECTED AS THE FACILITY WILL NOT RELEASE RECORDS AFTER SIGNATURE DATE. THE AUTHORIZATION WAS SIGNEDON 8/4/2020. PLEASE PROVIDE AN UPDATED AUTHORIZATION WITH HANDWRITTEN SIGNATURE SO WE MAY PROCEED. THANK YOU, KASHMIR

**03/08/2021 10:10 AM - CLAIM Note 73**
Claim/Event/Leave: 8892419
NoteSubject : Medical Status
Other Subject : OCHSNER CANCER CTR B
Text: [03/08/2021 - WALLACH, KRYSTAL]DAY 30 - REVIEWED RP: DATE: 02/18/2021 2:02 PM (PT)CONTACT: NOTE: LETTER AND AUTHORIZATION FAXED TO PROVIDER: REGULAR AUTHO INCLUDED': FAX SUCCESSFUL TO (225) 761-5549 (FAXAGE): CARRIER LETTER OF REPRESENTATION INCLUDED WITH REQUEST. DATE: 02/18/2021 1:36 PM (PT) TIME @PROVIDER: 3:36 PM (CT)CONTACT: NOTE: DAY 15 STATUS CHECK - RELEASEPOINT WILL CONTINUE PHONE AND FAX FOLLOWUP UNTIL RECORDS ARE RELEASED: ** I CALLED 2257615410 AND REACHED THE FACILITY. I SPOKE TOALICIA AND SHE TRANSFERRED ME TO THEIR MEDICLA ECORDS DEPARTMENT, I REACEHD THEIR HEALTH INFORMATION MANAGEMENT THEN AFTER SELECTING THE OPTION I WAS ROUTED TO MRO. I SPOKE TO JANICE, SHE SAID THE REQUEST WAS DECLINED BECAUSE THE DATE OF SERVICE REQUESTED IS AFTER THE DATE SIGNED IN THE AU ... SHOW MORE DATE: 02/18/2021 6:39 AM (PT) TIME @PROVIDER: 8:39 AM (CT)CONTACT: NOTE: CONTACT UNAVAILABLE, SET REMINDER: ** I CALLED 2257615410 AND SPOKE WITH MONICA. I WAS TRANSFERRED TO RELEASE OF INFORMATION DEPARTMENT AND AFTER SELECTING OPTION 2 I GOT ROUTED TO MRO. I STAYED ON THE LINE FOR 3 MINUTES BUT UNABLE TO GET A LIVE REPRESENTATIVE. WE'LL CONTINUE TO FOLLOW UP. I FOUND SAME INFORMATION ONLINE. HTTPS://WWW.HEALTHGRADES.COM/GROUP-DIRECTORY/LA-LOUISIANA/BATON-ROUGE/OCHSNER-CANCER-CENTER-OYYXG5J REMINDER WAS SET FOR 2 ... SHOW MORE DATE: 02/11/2021 7:59 AM (PT) TIME @PROVIDER: 9:59 AM (CT) CONTACT: NOTE: DAY 10 STATUS CHECK - RELEASEPOINT WILL CONTINUE PHONE AND FAX FOLLOWUP UNTIL RECORDS ARE RELEASED: ** I CALLED 2257615410 AND I WAS CONNECTED TO MEDICAL RECORDS BUT THE PHONE WAS JUST RINGING. WE WILL CONTINUE TO FOLLOW UP. DATE: 02/08/2021 10:57 AM (PT)CONTACT: NOTE: LETTER AND AUTHORIZATION FAXED TO PROVIDER: REGULAR AUTHO INCLUDED': FAX SUCCESSFUL TO (225) 761-5549 (FAXAGE): CARRIER LETTER OF REPRESENTATION INCLUDED WITH REQUEST. DATE: 02/08/2021 10:09 AM (PT)CONTACT: NOTE: FAXING LIBERTY LETTER TO PROVIDER THE PROVIDER'S INFORMATION MATCHED THE INFORMATION ON THE ORIGINAL LOCATION. DATE: 02/08/2021 10:09 AM (PT)CONTACT: NOTE: PROVIDER CURRENTLY HAS AVG CYCLE TIME OF 4 CALENDAR DAYS. DATE: 02/05/2021 9:37 AM (PT)CONTACT: NOTE: NEW REQUEST RECEIVED VIA INTAKE FORMAT RPNET 2017 WITH FOLLOWING PROVIDER DATA: OCHSNER CANCER CTR BATON ROUGE 17050 MEDICAL CENTER DR BATON ROUGE, LA, 70816 (225) 761-5410 PROVIDER SET TO OCH360 LAST 5 REQUESTS FOR THIS PROVIDER HAVE TAKEN AN AVERAGE OF 4 CALENDAR DAYS. STANDARD AUTHO IMAGE FILE 20210205093323_0_OCH360_8995_LEE KATONIA LFG AUTH.TIF RECEIVED.CLIENT SELECTED CURRENT PROVIDER. PLEASE RE-VALIDATE PROVIDER SELECTION.

**03/03/2021 8:56 AM - CLAIM Note 72**
Claim/Event/Leave: 8892419
NoteSubject : Action Plan
Other Subject : RTW OO APR 2021
Text: [03/03/2021 - WALLACH, KRYSTAL]51 YOF, SALARY ASC, MEDIUM JD, ASST MGR, LDW 11/7/18, DOD 11/8/18, BBD 5/9/19. PER MDS REVIEW COMPLETED ON 11/9/20 ASC PRESENTS WITH LYMPHOMA (C85.90) ASSOCIATED WITH A CHRONIC IMMUNE CONDITION (B20). RLS FROM DR. NNADI, COMPLETED 10/6/20 ADVISES NOV 12/8/20 AND R&LS OF OCCASIONAL LIFT/CARRY UP TO 10LBS, OCCASIONAL STAND/WALK IN PLACE FROM 10/1/20 TO 10/1/21. RLS FROM A. NORMAND NP/ONCOLOGY ADVISED NO RLS. BASED ON THE PHYSICAL EXAMS, LABS AND NO REPORT OF SYMPTOMS OR SIDE EFFECTS, IT WOULD SEEM ASSOCIATE WOULD BE ABLE TO PERFORM AT HIGHER THAN A DESK LEVEL; HOWEVER, AS SHE IS PENDING REPEAT IMAGING WITH POSSIBLE PORT REMOVAL THIS MONTH, RECOMMEND DETERMINE WHEN SHE HAS THE PET SCAN IMAGING, ONCE IMAGING HASOCCURRED, OBTAIN COPY OF THE REPORT AND THE MOST RECENT OVN FROM ONCOLOGY DR. DANG. IF THERE IS RECURRENCE OF THE LYMPHOMA AND SHE BEGINS CHEMOTHERAPY, R&L S OF LESS THAN SEDENTARY WILL BE REASONABLE FOR INITIATION OF TX; IF NO EVIDENCE OF DISEASE RECURRENCE CONSIDER REFERRAL FOR IM PEER REVIEW. ASC IS SSDB AWARDED. DCM REQUESTED MEDICAL RECORDS FROM DR. KOLTON AND DR. NNADI WHICH IS DUE NO LATER THAN 4/20/21. ONCE MEDS RECEIVED DCM WILL REVIEW FOR ONGOING DISABILITY.

**02/26/2021 11:30 AM - CLAIM Note 71**
Claim/Event/Leave: 8892419
NoteSubject : LTR to EE
Other Subject :
Text: [02/26/2021 - BORNER, JANICE]EMAILED AUTH TO ASC TO COMPLETE FOR DR.NNADI/OCHSNER MED CTR.

**02/26/2021 11:25 AM - CLAIM Note 70**
Claim/Event/Leave: 8892419
NoteSubject : Medical Status
Other Subject : NNADI/OCHSNER MED
Text: [02/26/2021 - BORNER, JANICE]NAME: LEE, KATONIA POLICY/CLAIM/CERT: 8892419 RP ID: 7516023 INS. CO: LINCOLN FINANCIAL GROUP PROVIDER: OCHSNER MEDICAL CENTER ORIGINAL PROVIDER: DR. NNADI TRANSID: 54871698 IDENTIFIER/REQ BY: IDENTIFIER 2: 05-290765 IDENTIFIER 3: CASE MGR/SUPP EMAIL: PLEASE BE ADVISED THAT

RELEASEPOINT HAS SUSPENDED THIS ORDER FOR THE FOLLOWING REASON: DUPLICATE NOTICE PLEASE BE ADVISED THAT THE REQUEST WAS REJECTED AS THE FACILITY WILL NOT RELEASERECORDS AFTER SIGNATURE DATE. THE AUTHORIZATION WAS SIGNED ON 8/4/2020. PLEASE PROVIDE AN UPDATED AUTHORIZATION WITH HANDWRITTEN SIGNATURE SO WE MAY PROCEED.

**02/11/2021 9:33 AM - CLAIM Note 69**
Claim/Event/Leave: 8892419
NoteSubject : Medical Status
Other Subject : NNADI
Text: [02/11/2021 - WALLACH, KRYSTAL]RECEIVED NOTIFICATION FROM RP: PLEASE BE ADVISED THAT RELEASEPOINT HAS SUSPENDED THIS ORDER FOR THE FOLLOWING REASON: PLEASE BE ADVISED THAT THE REQUEST WAS REJECTED AS THE FACILITY WILL NOT RELEASE RECORDS AFTERSIGNATURE DATE. THE AUTHORIZATION WAS SIGNED ON 8/4/2020. PLEASE PROVIDE AN UPDATED AUTHORIZATION WITH HANDWRITTEN SIGNATURE SO WE MAY PROCEED. THANK YOU, KASHMIR

**02/11/2021 9:33 AM - CLAIM Note 68**
Claim/Event/Leave: 8892419
NoteSubject : LTR to EE
Other Subject : BLANK AUTH
Text: [02/11/2021 - WALLACH, KRYSTAL]EMAILED BLANK AUTH TO KOTONIALEE1@GMAIL.COM FOR NNADI

**02/05/2021 12:37 PM - CLAIM Note 67**
Claim/Event/Leave: 8892419
NoteSubject : Notice/Proof Review
Other Subject : DUE 3/21
Text: [02/05/2021 - WALLACH, KRYSTAL]LETTER EMAILED TO ASC NEEDING ALL MEDS FROM 7/11/20-P. DUE 3/21, DAY 75 = 4/20/21.

**02/05/2021 12:34 PM - CLAIM Note 66**
Claim/Event/Leave: 8892419
NoteSubject : Ref to Other
Other Subject : RELEASEPOINT
Text: [02/05/2021 - WALLACH, KRYSTAL]REQUESTED MEDICAL RECORDS VIA RP FROM: OCHSNER CANCER CTR BATON ROUGE(KOLTON 7/11/20-P) AND NNADI(8/11/20-P). LFG AUTH INCLUDED AND WM ACCOMMODATION FORM REQUESTED.

**02/05/2021 12:30 PM - PHONE Note 29**
Claim/Event/Leave: 8892419
NoteSubject : Called EE
Other Subject : 60 DAY F/U
Text: [02/05/2021 - WALLACH, KRYSTAL]DCM CALLED                    AND ASC CONFIRMED GOT SOME OF THE SCANS BACK - LOOKS LIKE EVERYTHING IS GOOD. THE CANCER IS STILL IN REMISSION. DCM ASKED HOW SHE IS FEELING GOOD - AND BAD - SYMPTOMS - ASC GETS DIZZINESS, NAUSEA, PAIN. ASC NO LONGER DOING CHEMO - THEY DON'T KNOW WHAT IS CAUSING THESE ISSUES. THE CANCER IS THERE BUT NOT AGGRESSIVE. DCM ASKED WHAT IS PREVENTING ASC FROM RTW AND ASC CONFIRMED CANCER AND SEVER PAIN IN BACK. ASC WILL SEE BACK SPECIALIST ON 2/11 - UNSURE OF DRS NAME. TREATING: DR. NNADI - HIV DR - LOV AUG/SEPT NOV 2ND WEEK IN MARCH, DR. KOLTON (ONCOLOGIST) (T)225-761-5410 LOV 3 WEEKS AGO NOV UNSURE OF WHEN. DCM ADVISED WILL REQUEST MEDS WHICH WILL BE DUE BY 3/21 TO REVIEW FOR CID -IF ASC HAS ANY WORK CAPACITY AFTER 5/8/21 SHE WOULD NOT BE ELIGIBLE FOR FOR THE BENEFIT. ASC ACK. DCM ADVISED WILL SEND LETTER TO HER VIA EMAIL ADVISING REQUESTED MEDS AND DUE 3/21. ASC ACK AND CALL ENDED.

**01/14/2021 3:30 PM - CLAIM Note 65**
Claim/Event/Leave: 8892419
NoteSubject : LTR to EE
Other Subject : CHG IN DCM
Text: [01/14/2021 - STOCKHAUSEN, BRITTANY]SENT ASC CHG IN DCM LTR.

**01/11/2021 4:15 PM - PHONE Note 28**
Claim/Event/Leave: 8892419
NoteSubject : Called EE
Other Subject :
Text: [01/11/2021 - STOCKHAUSEN, BRITTANY]CALLED ASC AT                    AND LVM TO RETURN DCM CALL.

**12/18/2020 4:56 PM - CLAIM Note 64**
Claim/Event/Leave: 8892419
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [12/18/2020 - SRP041, SRP041]INVOICE RECEIVED FROM RELEASEPOINT. , INV #713209, IN THE AMOUNT OF $45.00 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**12/09/2020 11:34 AM - CLAIM Note 63**
Claim/Event/Leave: 8892419
NoteSubject : Other
Other Subject : SENIOR REVIEW
Text: [12/09/2020 - MORRISON, MATTHEW]AGREE WITH ACTION PLAN. 11/09/2020 NCM REVIEW INDICATES: ASC IS PENDING REPEAT IMAGING WITH POSSIBLE PORT REMOVAL NOVEMBER 2020. RECOMMEND DETERMINE WHEN ASC HAS THE PET

**Lincoln/Lee 0081**

REPEAT IMAGING WITH POSSIBLE PORT REMOVAL NOVEMBER 2020, RECOMMEND DETERMINE WHEN ASC HAS THE PET SCAN IMAGING, ONCE IMAGING HAS OCCURRED, OBTAINCOPY OF THE REPORT AND THE MOST RECENT OVN FROM ONCOLOGY {DR. DANG}. IF THERE IS RECURRENCE OF THE LYMPHOMA AND SHE BEGINS CHEMOTHERAPY, R&L S OF LESS THAN SEDENTARY WILL BE REASONABLE FOR INITIATION OF TX; OF NO EVIDENCE OF DISEASE RECURRENCE CONSIDER REFERRAL FOR IM PEER REVIEW. TEE ON FILE.

**11/11/2020 1:01 PM - PHONE Note 27**
Claim/Event/Leave: 8892419
NoteSubject : Called EE
Other Subject :
Text: [11/11/2020 - STOCKHAUSEN, BRITTANY]CALLED ASC AT                AND ASC ADVISED HER NOV IS ON 11/17, WITH DR. DANG. ADVISED THAT SHE WILL HAVE SCANS DONE THAT DAY, AND UNSURE OF NEXT FU FOR RESULTS. DCM ADVISED OF ONGOING FU AND ADVISED ASC TO NOTIFY OF ANY MAJOR CHANGES AFTER RESULTS OF SCANS ARE DISCUSSED. ASC ACK UNDERSTANDING, THANKED, AND ADVISED NFQ.

**11/10/2020 9:58 AM - CLAIM Note 62**
Claim/Event/Leave: 8892419
NoteSubject : Action Plan
Other Subject : RTW OO FEB 2021
Text: [11/10/2020 - STOCKHAUSEN, BRITTANY]50 YOF, SALARY ASC, MEDIUM JD, ASST MGR, LDW 11/7/18, DOD 11/8/18, BBD 5/9/19. PER MDS REVIEW COMPLETED ON 11/9/20 ASC PRESENTS WITH LYMPHOMA (C85.90) ASSOCIATED WITH A CHRONIC IMMUNE CONDITION (B20). RLS FROM DR.NNADI, COMPLETED 10/6/20 ADVISES NOV 12/8/20 AND R&LS OF OCCASIONAL LIFT/CARRY UP TO 10LBS, OCCASIONAL STAND/WALK IN PLACE FROM 10/1/20 TO 10/1/21. RLS FROM A. NORMAND NP/ONCOLOGY ADVISED NO RLS. BASED ON THE PHYSICAL EXAMS, LABS AND NO REPORT OF SYMPTOMS OR SIDE EFFECTS, IT WOULD SEEM ASSOCIATE WOULD BE ABLE TO PERFORM AT HIGHER THAN A DESK LEVEL; HOWEVER, AS SHE IS PENDING REPEAT IMAGING WITH POSSIBLE PORT REMOVAL THIS MONTH, RECOMMEND DETERMINE WHEN SHE HAS THE PET SCAN IMAGING, ONCE IMAGINGHAS OCCURRED, OBTAIN COPY OF THE REPORT AND THE MOST RECENT OVN FROM ONCOLOGY DR. DANG. IF THERE IS RECURRENCE OF THE LYMPHOMA AND SHE BEGINS CHEMOTHERAPY, R&L S OF LESS THAN SEDENTARY WILL BE REASONABLE FOR INITIATION OF TX; IF NO EVIDENCE OF DISEASE RECURRENCE CONSIDER REFERRAL FOR IM PEER REVIEW. ASC IS SSDB AWARDED.

**11/09/2020 8:32 AM - MDS Note**
Claim/Leave: 8892419
Episode #: 3
Nurse Name: LYONS, KATIE
Service #: 17023205
Service Date: 11/09/2020
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, BRITTANY, STOCKHAUSEN
Note Type: INFORMATION OBTAINED DESC
Text: PLEASE SEE NURSING MEMORANDUM IN THE DOC LIST

**11/03/2020 10:59 AM - CLAIM Note 61**
Claim/Event/Leave: 8892419
NoteSubject : Ref to Managed Care
Other Subject : FFR LVL 2
Text: [11/03/2020 - STOCKHAUSEN, BRITTANY]49YOF, SALARY ASC, MEDIUM JD, ASST MGR, LDW 11/7/18, DOD 11/8/18, BBD 5/9/19. PER MDS REVIEW COMPLETED ON 8/21/19 DIAGNOSES REMAIN C83.30- DIFFUSE LARGE B-CELL LYMPHOMA, UNSPECIFIED SITE AND B20- HUMAN IMMUNODEFICIENCY VIRUS HIV DISEASE. R/LS OF LESS THAN SEDENTARY ARE SUPPORTED FOR AT LEAST 3 MORE MONTHS TO ALLOW FOR RECOVERY FROM CHEMO, AND TO REGAIN STRENGTH AND STAMINA. DCM WILL PLAN ON CONTINUING ONGOING FU FOR UPDATES ON RECOVERY AND TREATMENT. DCM WILL PLAN ON REQ UPDATED MED RECS TO INCL AP DANG, AND PULMONOLOGY IF ASSESSMENT HAS BEEN COMPLETED, ALONG WITH ANY OTHER DIAGNOSTIC REPORTS. DCM WILL PLAN ON REQ UPDATED MED RECS AFTER NOV, AND ONCE NEW CAT SCAN IS COMPLETED. ADDL MED RECS RCVD FORMDR. NNADI. RECOMMENDING RE-REFERRAL TO MDS FOR REVIEW TO DETERMINE IF ONGOING RLS REMAIN SUPPORTED AND IF SO FOR WHAT DURATION. IF RLS ARE STILL SUPPORTED WHEN WOULD ADDL MED REVIEW BE REASONABLE FOR ONGOING DURATION/ASSESSMENT? WHAT IS THE LIKELIHOOD OF ASC RTW AT MEDIUM OCC PRIOR TO CID MAY 8, 2021? IS ANY ADDL INFORMATION NEEDED FOR REVIEW? IS CP REVIEW RECOMMENDED AT THIS TIME FOR CID/AO REVIEW?

**11/01/2020 9:53 PM - CLAIM Note 60**
Claim/Event/Leave: 8892419
NoteSubject : Med Records Rcvd
Other Subject : NNADI
Text: [11/01/2020 - STOCKHAUSEN, BRITTANY]RCVD MED RECS FROM DR. NNADI. RECORDS INCL OVNS, TEST RESULTS, AND RLS FORM RANGING FROM 8/10/20 THRU 10/2/20. ADDED TO DOC LIST.

**10/30/2020 3:35 PM - PHONE Note 26**
Claim/Event/Leave: 8892419
NoteSubject : EE Called
Other Subject :
Text: [10/30/2020 - STOCKHAUSEN, BRITTANY]ASC CALLED TO ADVISED OF MED RECS BEING SUBMITTED FORM AP OFFICE DCM. DCM THANKED AND ADVISED WILL UPDATE ASC ONCE RCVD.

**10/30/2020 3:09 PM - PHONE Note 25**
Claim/Event/Leave: 8892419

NoteSubject : Called EE
Other Subject :
Text: [10/30/2020 - STOCKHAUSEN, BRITTANY]CALLED ASC AT                AND ADVISED THE INFORMATION FROM DR. NNADI HAS STILL NOT BEEN PROVIDED. DCM ADVISED INFORMATION NEEDS TO BE SUBMITTED TODAY OR CLAIM WILL BE CLOSED WITHOUT INFORMATION. DCM PROVIDED ASCWITH FAX NUMBER FOR INFORMATION TO BE SENT.

**10/15/2020 8:34 AM - CLAIM Note 59**
Claim/Event/Leave: 8892419
NoteSubject : Med Records Rcvd
Other Subject : NNADI
Text: [10/15/2020 - STOCKHAUSEN, BRITTANY]RCVD COMPLETED RLS FORM FROM DR. NNADI. RLS INDICATED TO BE SEDENTARY THRU 10/1/2021. ADDED TO DOC LIST.

**10/02/2020 3:51 PM - PHONE Note 24**
Claim/Event/Leave: 8892419
NoteSubject : EE Called
Other Subject : VM
Text: [10/02/2020 - STOCKHAUSEN, BRITTANY]ASC LVM ADVISING THAT AP OFFICE HAS INFO FROM DCM AND AP IS CURRENTLY OUT OF OFFICE. ADVISED THAT AP SHOULD BE SENDING INFO IN BY MONDAY OR TUESDAY AS IT JUST NEEDS HIS SIGNATURE BEFORE IT IS SENT TO DCM.

**09/30/2020 3:23 PM - CLAIM Note 58**
Claim/Event/Leave: 8892419
NoteSubject : Action Plan
Other Subject : RTW OO NOV 2020
Text: [09/30/2020 - STOCKHAUSEN, BRITTANY]49YOF, SALARY ASC, MEDIUM JD, ASST MGR, LDW 11/7/18, DOD 11/8/18, BBD 5/9/19. PER MDS REVIEW COMPLETED ON 8/21/19 DIAGNOSES REMAIN C83.30- DIFFUSE LARGE B-CELL LYMPHOMA, UNSPECIFIED SITE AND B20- HUMAN IMMUNODEFICIENCY VIRUS HIV DISEASE. R/LS OF LESS THAN SEDENTARY ARE SUPPORTED FOR AT LEAST 3 MORE MONTHS TO ALLOW FOR RECOVERY FROM CHEMO, AND TO REGAIN STRENGTH AND STAMINA. DCM WILL PLAN ON CONTINUING ONGOING FU FOR UPDATES ON RECOVERY AND TREATMENT. DCM WILL PLAN ON REQ UPDATED MED RECS TO INCL AP DANG, AND PULMONOLOGY IF ASSESSMENT HAS BEEN COMPLETED, ALONG WITH ANY OTHER DIAGNOSTIC REPORTS. DCM WILL PLAN ON REQ UPDATED MED RECS AFTER NOV, AND ONCE NEW CAT SCAN IS COMPLETED. UPDATED RECORDS AND CIDFORMS HAVE BEEN REQ FROM ASC. ASC WAS PLACED ON PROOF. ONCE UPDATED RECORDS ARE RCVD DCM WILL REFER FOR REVIEW TO DETERMINE ONGOING RLS AND DURATION. ASC IS SSDB AWARDED. ***ADDL MED RECS FROM DR NNADI ARE NEEDED FOR CLAIM REVIEW TO DETERMINE ONGOINGRLS AD DURATION, NP EXT GRANTED UNTIL 10/29/20.***

**09/30/2020 3:16 PM - PHONE Note 23**
Claim/Event/Leave: 8892419
NoteSubject : Called EE
Other Subject : DAY 75
Text: [09/30/2020 - STOCKHAUSEN, BRITTANY]CALLED ASC AT                AND ADVISED RECORDS FROM DR. NNADI REMAIN OUTSTANDING. DCM CONFIRMED WITH AS THAT SHE HAS SEEN AP THIS YEAR. DCM ADVISED THAT RP HAS REPORTED RESPONSE FROM PROVIDER INDICATING THAT THERE ARE NO AVAILABLE RECORDS FROM 1/1/20 THRU THE PRESENT. DCM ADVISED ASC TO FU WITH PROVIDER TO ENSURE ALL RECORDS WITHIN THAT TIME FRAME ARE SENT ASAP AS RECORDS WERE DUE ON 9/26/20. ASC ACK AND ADVISED SHE WOULD FU WITH PROVIDER.

**08/27/2020 1:38 PM - PHONE Note 22**
Claim/Event/Leave: 8892419
NoteSubject : Called EE
Other Subject : DAY 45
Text: [08/27/2020 - STOCKHAUSEN, BRITTANY]CALLED ASC AT                AND ADVISED RESPONSE WAS RCVD FROM AP FOR DR. NNADI INVOICE WAS PAID YESTERDAY AND THEY ARE AWAITING RECORDS. ASC ACK AND ADVISED NFQ.

**08/27/2020 1:31 PM - PHONE Note 21**
Claim/Event/Leave: 8892419
NoteSubject : EE Called
Other Subject : VM X2
Text: [08/27/2020 - STOCKHAUSEN, BRITTANY]ASC LVM REQ RET CALL ABOUT RECORDS FROM DR. NNADI. ADVISED THEY DID NOT RCV REQ AND ASKED DCM TO SEND REQ TO 225-761-5735.

**08/14/2020 12:09 PM - PHONE Note 20**
Claim/Event/Leave: 8892419
NoteSubject : Called EE
Other Subject : DAY 30
Text: [08/14/2020 - STOCKHAUSEN, BRITTANY]CALLED ASC AT                AND ADVISED OF ADDL MED RECS BEING REQ FROM DR. NNADI, AND THAT ALL OTHER RECORDS HAVE BEEN RCVD. ASC CAK UNDERSTANDING AND ADVISED NFQ.

**08/13/2020 4:24 PM - CLAIM Note 57**
Claim/Event/Leave: 8892419
NoteSubject : LTR to EE
Other Subject : NP WARNING
Text: [08/13/2020 - STOCKHAUSEN, BRITTANY]SENT LTR TO ASC NOTIFYING OF ADDL MED RECS THAT HAVE BEEN REQUESTED FROM AP DR. NNADI AND THAT REMAIN OUTSTANDING. INFORMATION DUE NO LATER THAN 9/26/20.

**Lincoln/Lee 0083**

**08/13/2020 11:04 AM - CLAIM Note 56**
Claim/Event/Leave: 8892419
NoteSubject : Other
Other Subject : FORMS
Text: [08/13/2020 - STOCKHAUSEN, BRITTANY]RCVD CIF, CSS, AQ, TEE AND AUTHS. ADDED TO DOC LIST.

**07/28/2020 8:49 AM - CLAIM Note 55**
Claim/Event/Leave: 8892419
NoteSubject : Ref to Other
Other Subject : RELEASEPOINT
Text: [07/28/2020 - STOCKHAUSEN, BRITTANY]REQ MED RECS WITH AUTH AND RLS FROM DR. NNADI FROM 1/1/20 THRU PRESENT.

**07/28/2020 8:37 AM - MDS Note**
Claim/Leave: 8892419
Episode #: 2
Nurse Name: LYONS, KATIE
Service #: 16968692
Service Date: 07/28/2020
Activity: PHONE CONTACT, CLAIMS
Contact Information: CLAIMS, BRITTANY, STOCKHAUSEN
Note Type: INFORMATION OBTAINED DESC
Text: DESK CONSULT WITH CS. REVIEWED OVN FROM DR. DANG {ONCOLOGY}; IN BRIEF ASSOCIATE WITH LYMPHOMA {TYPE OF CANCER} ASSOCIATED WITH A CHRONIC IMMUNE CONDITION SHE HAS. SHE COMPLETED CHEMOTHERAPY 6/2019 AND HAS CONTINUED TO BE MONITORED BY DR. DANG, NOTING AT THE 3/11/20 AND 7/10/20 OV THAT SHE IS DOING WELL, GAINING WEIGHT AND EXAMS ARE NORMAL WITH REDUCED WHITE BLOOD CELL COUNT NOTED. A RESTRICTIONS FORM FROM A. NORMAND {NP, ONCOLOGY} 7/21/20 ADVISES NOV 9/11/20 AND NO RESTRICTIONS TO ACTIVITY. IN SUMMARY, ASSOCIATE IS DOING WELL POST CHEMOTHERAPY FOR LYMPHOMA, WITH ONCOLOGY NOT RESTRICTING HER ACTIVITY; RECORDS FROM INFECTIOUS DISEASE ARE NEEDED TO FURTHER CLARIFY THE STATUS OF HER CHRONIC IMMUNE CONDITION {THE PRESENCE OF LYMPHOMA ASSOCIATED WITH HER IMMUNECONDITION INDICATES THE IMMUNE CONDITION IS ADVANCED, HOWEVER THERE ARE NO RECORDS TO CONFIRM THIS, NOR ASSOCIATED IMPAIRMENTS}. ONCE RECORDS FROM DR. NNADI {INFECTIOUS DISEASE} ARE RECEIVED, CONSIDER RE-REFERRAL TO NDC. CS IN AGREEMENT WITH ACTION PLAN.

**07/27/2020 9:48 AM - CLAIM Note 54**
Claim/Event/Leave: 8892419
NoteSubject : Med Records Rcvd
Other Subject : OSCHNER
Text: [07/27/2020 - STOCKHAUSEN, BRITTANY]RCVD RLS FORM FROM OSCHNER. NO RLS INDICATED. ADDED TO DOC LIST.

**07/23/2020 9:35 AM - CLAIM Note 53**
Claim/Event/Leave: 8892419
NoteSubject : Med Records Rcvd
Other Subject : OSCHNER
Text: [07/23/2020 - STOCKHAUSEN, BRITTANY]RCVD MED RECS FROM OSCHNER CANCER CENTER. RECORDS INCL OVNS RANGING FROM 3/6/20 THRU 7/10/20. ADDED TO DOC LIST.

**07/14/2020 4:18 PM - CLAIM Note 52**
Claim/Event/Leave: 8892419
NoteSubject : Action Plan
Other Subject : RTW OO OCT 2020
Text: [07/14/2020 - STOCKHAUSEN, BRITTANY]49YOF, SALARY ASC, MEDIUM JD, ASST MGR, LDW 11/7/18, DOD 11/8/18, BBD 5/9/19. PER MDS REVIEW COMPLETED ON 8/21/19 DIAGNOSES REMAIN C83.30- DIFFUSE LARGE B-CELL LYMPHOMA, UNSPECIFIED SITE AND B20- HUMAN IMMUNODEFICIENCY VIRUS HIV DISEASE. R/LS OF LESS THAN SEDENTARY ARE SUPPORTED FOR AT LEAST 3 MORE MONTHS TO ALLOW FOR RECOVERY FROM CHEMO, AND TO REGAIN STRENGTH AND STAMINA. DCM WILL PLAN ON CONTINUING ONGOING FU FOR UPDATES ON RECOVERY AND TREATMENT. DCM WILL PLAN ON REQ UPDATED MED RECS TO INCL AP DANG, AND PULMONOLOGY IF ASSESSMENT HAS BEEN COMPLETED, ALONG WITH ANY OTHER DIAGNOSTIC REPORTS. DCM WILL PLAN ON REQ UPDATED MED RECS AFTER NOV, AND ONCE NEW CAT SCAN IS COMPLETED. UPDATED RECORDS AND CIDFORMS HAVE BEEN REQ FROM ASC. ASC WAS PLACED ON PROOF. ONCE UPDATED RECORDS ARE RCVD DCM WILL REFER FOR REVIEW TO DETERMINE ONGOING RLS AND DURATION. ASC IS SSDB AWARDED.

**07/14/2020 4:17 PM - CLAIM Note 51**
Claim/Event/Leave: 8892419
NoteSubject : LTR to EE
Other Subject : NP/CID
Text: [07/14/2020 - STOCKHAUSEN, BRITTANY]SENT ASC NP CID FORMS ADVISING FO MED RECS BEING REQ FROM OSCHNER AND THAT INFORMATION IS DUE NO ALTER THAN 9/26/20.

**07/14/2020 4:16 PM - CLAIM Note 50**
Claim/Event/Leave: 8892419
NoteSubject : Ref to Other
Other Subject : RELEASEPOINT
Text: [07/14/2020 - STOCKHAUSEN, BRITTANY]REQ MED RECS FROM OSCHNER CANCER CTR FROM 1/1/20 THRU PRESENT.

Text: [07/14/2020 - STOCKHAUSEN, BRITTANY]REQ MED RECS FROM OSCHNER CANCER CTR FROM 1/1/20 THRU PRESENT.

**07/08/2020 3:45 PM - PHONE Note 19**
Claim/Event/Leave: 8892419
NoteSubject : Called EE
Other Subject :
Text: [07/08/2020 - STOCKHAUSEN, BRITTANY]CALLED ASC AT                    AND ASC ADVISED SHE IS DOING OKAY, NO CHANGES OR UPDATES TO TREATMENT. ADVISED HER NOV IS ON FRIDAY WITH OSCHNER. ADVISED SHE WAS ABLE TO GET HER LAST APPT IN JUNE. DCM ADVISED WILL REQUPDATED MED RECS AFTER NOVS AND WILL LET ASC KNOW IF ANYTHING ADDL IS NEEDED. ASC ACK AND ADVISED NFQ.

**05/20/2020 2:05 PM - CLAIM Note 49**
Claim/Event/Leave: 8892419
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [05/20/2020 - PILAR, SARAH]INVOICE RECEIVED ON 05/05/2020 FROM RELEASEPOINT. INVOICE #711890-779 IN THE AMOUNT OF $29.00. INVOICE PAID.

**05/06/2020 4:27 PM - PHONE Note 18**
Claim/Event/Leave: 8892419
NoteSubject : Called EE
Other Subject :
Text: [05/06/2020 - STOCKHAUSEN, BRITTANY]CALLED ASC AT                    AND ASC ADVISED NO UPDATES OR CHANGES SINCE LAST CONTACT. ADVISED HER NOV IS NOT UNTIL JUNE 8TH. ADVISED SHE DID HAVE AN APPT IN THE BEGINNING OF MARCH WITH DR. DANE OR DR. DELLIERE WITH OCHSNER. DCM ADVISED WILL ATTEMPT FU AGAIN WITH OSCHNER AND WILL FU WITH ASC AGAIN IN A FEW WEEKS. ASC ACK UNDERSTANDING, AND THANKED, ADVISED NFQ.

**05/06/2020 4:24 PM - PHONE Note 17**
Claim/Event/Leave: 8892419
NoteSubject : EE Called
Other Subject : VM
Text: [05/06/2020 - STOCKHAUSEN, BRITTANY]ASC LVM RETURNING MISSED CALL FROM DCM.

**05/06/2020 10:54 AM - CLAIM Note 48**
Claim/Event/Leave: 8892419
NoteSubject : LTR to EE
Other Subject : NP WARNING
Text: [05/06/2020 - STOCKHAUSEN, BRITTANY]SENT ASC NP WARNING LTR FOR CONTACT, DUE DATE 6/22/20.

**05/06/2020 10:46 AM - PHONE Note 16**
Claim/Event/Leave: 8892419
NoteSubject : Called EE
Other Subject : DAY 30
Text: [05/06/2020 - STOCKHAUSEN, BRITTANY]CALLED ASC AT                    AND LVM TO RETURN DCM CALL.[05/06/2020 - STOCKHAUSEN, BRITTANY].

**05/06/2020 10:41 AM - PHONE Note 15**
Claim/Event/Leave: 8892419
NoteSubject : EE Called
Other Subject : VM
Text: [05/06/2020 - STOCKHAUSEN, BRITTANY]ASC LVM RET MISSED CALL.

**04/23/2020 8:43 AM - CLAIM Note 47**
Claim/Event/Leave: 8892419
NoteSubject : Medical Status
Other Subject : OCHSNER MEDICAL CTR
Text: [04/23/2020 - STOCKHAUSEN, BRITTANY]RCVD UPDATE PER RP FOR OCHSNER MEDICAL CENTER - DATE: 04/22/2020 2:03 PM (CT)CONTACT: NOTE: EMAILED TO WALMARTRIGHTFAX@LFG.COM : SUSPEND NOTICE E-MAILED TO CUSTOMER DATE: 04/22/2020 2:03 PM (CT)CONTACT: NOTE: E-MAIL TO CUSTOMER REQUESTED BE ADVISED WE RECEIVED A RESPONSE FROM MRO STATING THAT NO RECORDS IN THE LOCATION WE ARE REQUESTING RECORDS. WE CALLED 2257615410 AND WE WERE TRANSFERRED TO MEDICAL RECORDS BUT ONLY REACHED VOICEMAIL. PLEASE ADVISE ON HOWTO PROCEED. THANK YOU. DATE: 04/21/2020 8:59 AM (CT) TIME @PROVIDER: 8:59 AM (CT)CONTACT: NOTE: FAX STATUS RESPONSE: WE HAVE ENCOUNTERED A FACILITY RELEASE ISSUE AND WE ARE ESCALATING THIS REQUEST TO A RELEASEPOINT SUPERVISOR FOR FURTHER HANDLING:** WE RECEIVED A RESPONSE FROM MRO STATING THAT NO RECORDS IN THE LOCATION WE ARE REQUESTING RECORDS FROM. I CALLED 2257615410 AND I WAS TRANSFERRED TO MEDICAL RECORDS BUT I ONLY REACHED VOICEMAIL. PLEASE BE ADVISED.***CANCELLED REQUEST***

**04/09/2020 11:49 AM - CLAIM Note 46**
Claim/Event/Leave: 8892419
NoteSubject : Action Plan
Other Subject : RTW OO JUL 2020
Text: [04/09/2020 - STOCKHAUSEN, BRITTANY]49YOF, SALARY ASC, MEDIUM JD, ASST MGR, LDW 11/7/18, DOD 11/8/18, BBD 5/9/19. PER MDS REVIEW COMPLETED ON 8/21/19 DIAGNOSES REMAIN C83.30- DIFFUSE LARGE B-CELL LYMPHOMA, UNSPECIFIED SITE AND B20- HUMAN IMMUNODEFICIENCY VIRUS HIV DISEASE. R/LS OF LESS THAN SEDENTARY ARE SUPPORTED FOR AT LEAST 3 MORE MONTHS TO ALLOW FOR RECOVERY FROM CHEMO, AND TO REGAIN STRENGTH AND

**Lincoln/Lee 0085**

STAMINA. DCM WILL PLAN ON CONTINUING ONGOING FU FOR UPDATES ON RECOVERY AND TREATMENT. DCM WILL PLAN ON REQ UPDATED MED RECS TO INCL AP DANG, AND PULMONOLOGY IF ASSESSMENT HAS BEEN COMPLETED, ALONG WITH ANY OTHER DIAGNOSTIC REPORTS. DCM WILL PLAN ON REQ UPDATED MED RECS AFTER NOV, AND ONCE NEW CAT SCAN IS COMPLETED. UPDATED RECORDS AND CONTACT FROM ASC HAS BEEN REQUESTED, ASC WAS PLACED ON PROOF. ONCE UPDATED RECORDS ARE RCVD DCM WILL REFER FOR REVIEW TO DETERMINE ONGOING RLS AND DURATION. ASC IS SSDB AWARDED.

**04/09/2020 11:47 AM - CLAIM Note 45**
Claim/Event/Leave: 8892419
NoteSubject : LTR to EE
Other Subject : NP/UTC
Text: [04/09/2020 - STOCKHAUSEN, BRITTANY]SENT ASC NP/UTC LTR, ADVISING OF MED RECS THAT HAVE BEEN REQUESTED FROM OSCHNER CENTER AND THAT CONTACT FROM ASC IS NEEDED NO LATER THAN 6/22/20.

**04/09/2020 11:44 AM - CLAIM Note 44**
Claim/Event/Leave: 8892419
NoteSubject : Ref to Other
Other Subject : RELEASEPOINT
Text: [04/09/2020 - STOCKHAUSEN, BRITTANY]REQ MED RECS WITH AUTH FROM OCHSNER CANCER CENTER BATON ROUGE, WITH AUTH REQ RECORDS FROM 1/1/20 THRU PRESENT.

**04/09/2020 11:41 AM - PHONE Note 14**
Claim/Event/Leave: 8892419
NoteSubject : Called EE
Other Subject :
Text: [04/09/2020 - STOCKHAUSEN, BRITTANY]CALLED ASC AT                     AND LVM TO RETURN DCM CALL.

**04/02/2020 4:19 PM - PHONE Note 13**
Claim/Event/Leave: 8892419
NoteSubject : Called EE
Other Subject :
Text: [04/02/2020 - STOCKHAUSEN, BRITTANY]CALLED ASC AT                     AND LVM TO RETURN DCM CALL.

**03/09/2020 10:22 AM - CLAIM Note 43**
Claim/Event/Leave: 8892419
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [03/09/2020 - YEREMIAN, KEVORK]INVOICE RECEIVED ON 03/04/2020 FROM RELEASEPOINT. INV # 711442-822, IN THE AMOUNT OF $75.00 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**02/14/2020 1:13 PM - OVERPMT Note 7**
Claim/Event/Leave: 8892419
NoteSubject : OP/SS
Other Subject : PHONE CALL
Text: [02/14/2020 - KEEGAN, JESSICA]ASSC CALLED AND STATED THAT SHE THOUGH ONLY A PORTION OF HER BENEFIT WOULD BE REDUCED. REVIEWED ASSC AND NOTIFIED ASSC THAT DUE TO NO RESPONSE FROM FIRST AND SECOND LETTER A FULL B/R WAS APPLIED TO HER OVERPAYMENT. ASSCSTATED NO LETTER WAS EVER RECEIVED AND THAT A DISCUSSION WITH THE DCM HAD OCCURRED AND DCM DID NOT ADVISE ASSC THAT A FULL B/R WOULD BE APPLIED. ASKED ASSC HOW MUCH WOULD BE POSSIBLE EACH PAY PERIOD. ASSC WANTS TO DO $200.00 BI-WEEKLY = $400.00 A MONTH. ADVISED ASSC THAT SINCE THIS IS PAST THE 12 MONTHS THAT I AM ABLE TO AUTHORIZE I WOULD HAVE TO SEND TO MANAGEMENT FOR APPROVAL. ASSC ASKED HOW MUCH IT WOULD BE FOR 12 MONTHS, ADVISED $705.00. ASSC STATED THAT WOULD NOT BE POSSIBLE. LET ASSC KNOWIWOULD SEND IT FOR REVIEW, A LETTER OF APPROVAL WILL GO OUT OR I WILL CALL ASSC WITH MIN OWED EACH PERIOD IF DENIED. ASSC ASKED HOW LONG UNTIL A RESPONSE IS RECEIVED, ADVISED WOULD BE TOWARDS THE MIDDLE/END OF NEXT WEEK. THANKED ME AND CALL ENDED. ****SENT REPAYMENT PLAN TO MANAGEMENT FOR REVIEW****[02/17/2020 - RANDALL, DANIELLE]APPROVED[02/18/2020 - KEEGAN, JESSICA]****SENT APPROVAL LETTER TO CLMT****

**02/14/2020 1:06 PM - PHONE Note 12**
Claim/Event/Leave: 8892419
NoteSubject : EE Called
Other Subject :
Text: [02/14/2020 - DELGADO, KEITH]ASC CALLED TO F/U ON CHECK BECAUSE SHE HASN'T REC'D ANYTHING AND WAS WONDERING IF THE LTD PAYMENT WAS GOING TOWARDS THE OP. DCM CONFIRMED THIS IS THE CASE AND ADVISED FRS REACHED OUT TO ASC TWICE TO TRY AND SET SOMETHINGUP. DCM ASKED IF ASC REC'D ANY LETTERS FROM FRS AND ASC SAID NO AND CONFIRMED ADDRESS ON FILE WAS CORRECT. ASC ASKED WHAT SHE COULD DO AND DCM ADVISED THEY NEED TO F/U WITH FRS TO DISCUSS AND PROVIDED FRS REP CONTACT INFO. ASC UNDERSTOOD, THANKED DCM, AND ENDED CALL.

**02/03/2020 11:50 AM - CLAIM Note 42**
Claim/Event/Leave: 8892419
NoteSubject : Action Plan
Other Subject : RTW OO APR 2020
Text: [02/03/2020 - STOCKHAUSEN, BRITTANY]49YOF, SALARY ASC, MEDIUM JD, ASST MGR, LDW 11/7/18, DOD 11/8/18, BBD 5/9/19. PER MDS REVIEW COMPLETED ON 8/21/19 DIAGNOSES REMAIN C83.30- DIFFUSE LARGE B-CELL LYMPHOMA,

**Lincoln/Lee 0086**

UNSPECIFIED SITE AND B20- HUMAN IMMUNODEFICIENCY VIRUS HIV DISEASE. R/LS OF LESS THAN SEDENTARY ARE SUPPORTED FOR AT LEAST 3 MORE MONTHS TO ALLOW FOR RECOVERY FROM CHEMO, AND TO REGAIN STRENGTH AND STAMINA. DCM WILL PLAN ON CONTINUING ONGOING FU FOR UPDATES ON RECOVERY AND TREATMENT. DCM WILL PLAN ON REQ UPDATED MED RECS TO INCL AP DANG, AND PULMONOLOGY IF ASSESSMENT HAS BEEN COMPLETED, ALONG WITH ANY OTHER DIAGNOSTIC REPORTS. DCM WILL PLAN ON REQ UPDATED MED RECS AFTER NOV, AND ONCE NEW CAT SCAN IS COMPLETED. PER UPDATE FROM ASC ON 2/3/20 RECENT CAT SCAN IS TO BE RESCHEDULED. ONCE UPDATED RECORDS ARE RCVD DCM WILL REFER FOR REVIEW TO DETERMINE ONGOING RLS AND DURATION. ASC IS SSDB AWARDED.

**02/03/2020 11:48 AM - PHONE Note 11**
Claim/Event/Leave: 8892419
NoteSubject : Called EE
Other Subject : DAY 30
Text: [02/03/2020 - STOCKHAUSEN, BRITTANY]CALLED ASC AT           AND ASC ADVISED SHE IS DOING OKAY. ADVISED EH IS STILL GOING TO DR EVERY 6-8 WEEKS AT THIS TIME. AND EVERY 3 MONTHS SHE HAS BEEN SCHEDULED FOR CAT SCANS. ADVISED SHE HAS TO RESCHEDULE THE ONE FOR LAST TUESDAY. ADVISED HER INSURANCE RULES HAVE CHANGED DUE TO FUNDS NEEDED UPFRONT. ADVISED HER NEXT OV WILL BE ON 2/10/20 FOR REGULAR OV AND WILL RESCHEDULE HER CAT SCAN AFTER. ADVISED NO NEW PROVIDERS AND STILL TREATING WITH THE SAME ONES A THIS TIME. ADVISED SHE DOES NOT TREAT WITH DR. ODEN. ONLY DR. DANG AND PROVIDERS AT OSCHNER. DMC ACK AND ADVISED ASC TO UPDATE DCM WITH ANY MAJOR CHANGES. ASC ACK UNDERSTANDING, THANKED, AND ADVISED NFQ.

**01/29/2020 8:50 PM - CLAIM Note 41**
Claim/Event/Leave: 8892419
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY DISABILITY INCOME (SSDI) HAS BEEN REASSIGNED TO REBEKAH LATOUR.

**01/29/2020 9:33 AM - OVERPMT Note 6**
Claim/Event/Leave: 8892419
NoteSubject : OP/SS
Other Subject : BENEFIT REDUCTION
Text: [01/29/2020 - KEEGAN, JESSICA]DUE TO NO RESPONSE FROM ASSC, ADDED FULL B/R OF $371.59 TO START THE RECOVERY OF THE OVP BALANCE OF $9,221.52. RECOVERY TIME WILL TAKE APPROX. 25 MONTHS, MOVED FILE TO MAINTENANCE FOR CONTINUED OVP MANAGEMENT.

**01/15/2020 8:49 AM - CLAIM Note 40**
Claim/Event/Leave: 8892419
NoteSubject : Med Records Rcvd
Other Subject : OCHSNER CANCER CTR
Text: [01/15/2020 - STOCKHAUSEN, BRITTANY]RCVD MED RECS FROM OCHSNER CANCER CTR, RECORDS INCL OVNS AND TEST RESULTS RANGING FROM 8/20/19 THRU 12/3/19. ADDED TO DOC LIST.

**01/07/2020 4:03 PM - OVERPMT Note 5**
Claim/Event/Leave: 8892419
NoteSubject : OP/SS
Other Subject : 2ND NOTICE
Text: [01/07/2020 - KEEGAN, JESSICA]SENT ASSC SECOND NOTICE TODAY FOR $9,221.52. FOLLOW UP HAS BEEN SET FOR PAYMENT

**01/03/2020 1:53 PM - CLAIM Note 39**
Claim/Event/Leave: 8892419
NoteSubject : LTR to EE
Other Subject : NP/UTC
Text: [01/03/2020 - STOCKHAUSEN, BRITTANY]SENT ASC UTC/NP LTR ADVISING OF MED RECS THAT HAVE BEEN REQUESTED FROM TREATING PROVIDERS INCL OCHSNER CANCER CENTER AND DR. GREG ODEN AND REQUESTING CONTACT FROM ASC NO LATER THAN 3/17/20.

**01/03/2020 1:47 PM - CLAIM Note 38**
Claim/Event/Leave: 8892419
NoteSubject : Ref to Other
Other Subject : RELEASEPOINT
Text: [01/03/2020 - STOCKHAUSEN, BRITTANY]REQUESTED MEDICAL RECORDS WITH AUTH AND RLS FORM FROM OCHSNER CANCER CENTER BATON ROUGE AND DR. GREG ODEN FROM 8/1/19 THRU PRESENT.

**01/03/2020 1:32 PM - PHONE Note 10**
Claim/Event/Leave: 8892419
NoteSubject : Called EE
Other Subject :
Text: [01/03/2020 - STOCKHAUSEN, BRITTANY]CALLED ASC AT           AND LVM TO RETURN DCM CALL.

**12/18/2019 12:29 PM - PHONE Note 9**
Claim/Event/Leave: 8892419
NoteSubject : Called EE

**Lincoln/Lee 0087**

NoteSubject : Called ~~LL~~
Other Subject :
Text: [12/18/2019 - STOCKHAUSEN, BRITTANY]CALLED ASC AT                     AND LVM TO RETURN DCM CALL.

**12/10/2019 6:03 PM - CLAIM Note 37**
Claim/Event/Leave: 8892419
NoteSubject : Action Plan
Other Subject : RTW OO MAR 2020
Text: [12/10/2019 - STOCKHAUSEN, BRITTANY]49YOF, SALARY ASC, MEDIUM JD, ASST MGR, LDW 11/7/18, DOD 11/8/18, BBD 5/9/19. PER MDS REVIEW COMPLETED ON 8/21/19 DIAGNOSES REMAIN C83.30- DIFFUSE LARGE B-CELL LYMPHOMA, UNSPECIFIED SITE AND B20- HUMAN IMMUNODEFICIENCY VIRUS HIV DISEASE. R/LS OF LESS THAN SEDENTARY ARE SUPPORTED FOR AT LEAST 3 MORE MONTHS TO ALLOW FOR RECOVERY FROM CHEMO, AND TO REGAIN STRENGTH AND STAMINA. DCM WILL PLAN ON CONTINUING ONGOING FU FOR UPDATES ON RECOVERY AND TREATMENT. DCM WILL PLAN ON REQ UPDATED MED RECS TO INCL AP DANG, AND PULMONOLOGY IF ASSESSMENT HAS BEEN COMPLETED, ALONG WITH ANY OTHER DIAGNOSTIC REPORTS. ONCE UPDATED RECORDS ARE RCVD DCM WILL REFER FOR REVIEW TO DETERMINE ONGOING RLS AND DURATION. ASC IS SSDB AWARDED.

**12/06/2019 11:22 AM - CLAIM Note 36**
Claim/Event/Leave: 8892419
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [12/06/2019 - MASON, TAMMY]INVOICE RECEIVED ON 10/10/19 FROM RELEASEPOINT . INVOICE # 710535- 2222 IN THE AMOUNT OF $ 227.20 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**11/26/2019 9:29 AM - OVERPMT Note 4**
Claim/Event/Leave: 8892419
NoteSubject : OP/SS
Other Subject : ****OVP CREATED
Text: [11/26/2019 - KEEGAN, JESSICA]THE OVERPAYMENT DUE IS $9,221.52 FOR THE PERIOD OF 05/09/19 THRU 10/23/19. CLAIMANT WAS ORIGINALLY PAID $13,680.60. PAY WAS RECALCULATED DUE TO SS DISABILITY AND CLAIMANT SHOULD HAVE BEEN PAID $4,459.08. DETAILED OP LETTER SENT TO CLAIMANT REQUESTING FULL PAYMENT. FOLLOW UP SET FOR REPAYMENT.

**11/11/2019 12:38 PM - OVERPMT Note 3**
Claim/Event/Leave: 8892419
NoteSubject : OP/SS
Other Subject : AWARD DETAIL
Text: [11/11/2019 - KEEGAN, JESSICA]AWARD LETTER RECD FROM ASSC. DOE 4/2019 $1,665.00. RETRO OF $1,665.00 W/ $0 ATTORNEY FEES DEDUCTED. 0 ELIG DEPS. APPLIED SSDB OFFSET OF $768.46. SET F/U TASK TO COMPLETE CALC

**11/05/2019 5:19 PM - CLAIM Note 35**
Claim/Event/Leave: 8892419
NoteSubject : Other
Other Subject : SSDB NOA
Text: [11/05/2019 - STOCKHAUSEN, BRITTANY]RCVD SSDB NOA LTR. ADDED TO DOC LIST.

**11/05/2019 12:21 PM - OVERPMT Note 2**
Claim/Event/Leave: 8892419
NoteSubject : OP/SS
Other Subject : AWARD DETAIL
Text: [11/05/2019 - KEEGAN, JESSICA]MAILED SS NOA REQUEST LETTER TO CLMT TODAY, SET FOLLOW UP TO RECEIVE.

**10/24/2019 11:29 AM - OVERPMT Note 1**
Claim/Event/Leave: 8892419
NoteSubject : OP/SS
Other Subject : AWARD DETAIL
Text: [10/24/2019 - KEEGAN, JESSICA]WAITING COPY OF AWARD INFO TO COMPLETE OVP CALCULATION. ONCE RECEIVED OVERPAYMENT CALCULATION WILL BE COMPLETED.

**10/17/2019 8:50 PM - CLAIM Note 34**
Claim/Event/Leave: 8892419
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY DISABILITY INCOME (SSDI) HAS BEEN RECEIVED AND ASSIGNED TO JESSICA KEEGAN.

**10/17/2019 8:50 PM - CLAIM Note 33**
Claim/Event/Leave: 8892419
NoteSubject : Ref to Other
Other Subject : FRS
Text: FOR SOCIAL SECURITY DISABILITY INCOME (SSDI).WITH A REASON OF .COMMENTS: ASC IS SSDB AWARDED. NOA LTR TO BE SENT.

**10/17/2019 1:42 PM - PHONE Note 8**
Claim/Event/Leave: 8892419

**Lincoln/Lee 0088**

NoteSubject : Called EE
Other Subject :
Text: [10/17/2019 - STOCKHAUSEN, BRITTANY]CALLED ASC AT                    AND AC ADVISED NO REAL CHANGES WITH CONDITION. ADVISED HER NOV IS IN NOVEMBER AND IN DECEMBER, AT OSCHNER CENTER. ASC ADVISED SHE WAS APPROVED FOR SSDB. ADVISED SHE HAS HAD TWO PAYMENTS. ASC ADVISED SHE DID NOT HAVE NOA. DCM ADVISED THAT ASC WILL HAVE OP FOR PAYMENTS ALREADY ISSUED, AND ADVISE OF ONGOING OFFSET FOR BENEFITS. DCM PROVIDED ASC WITH DCM FAX NUMBER FOR INFORMATION TO BE SENT. DCM OFFERED TO SUSPEND BENEFITS TO PREVENTONGOING OP, AND ASC DECLINED UNTIL AFTER NEXT CHECK ISSUE DATE (10/23). ASC ADVISED SHE DID NOT RCV ANY BACK PAY. DCM ADVISED NO NEED FOR UPDATED MED INFO AT THIS TIME, BUT DCM WILL FU WITH ASC AGAIN INA FEW WEEKS AFTER NOVS. ASC ACK SHE UNDERSTOOD,THANKED, AND ADVISED NFQ.

**09/05/2019 10:29 AM - CLAIM Note 32**
Claim/Event/Leave: 8892419
NoteSubject : Med Records Rcvd
Other Subject : DR. ODEN
Text: [09/05/2019 - STOCKHAUSEN, BRITTANY]RCVD MED RECS FROM DR. ODEN. RECORDS INCL OVNS AND TEST RESULTS FROM 11/7/18 THRU 1/21/19. ADDED TO DOC LIST.

**08/22/2019 2:20 PM - PHONE Note 7**
Claim/Event/Leave: 8892419
NoteSubject : Called EE
Other Subject :
Text: [08/22/2019 - STOCKHAUSEN, BRITTANY]CALLED ASC AT                    AND LV ADVISING OF SUPPORTIVE REVIEW. REQ RET CALL WITH STATUS UPDATE ON SSDB.

**08/22/2019 8:46 AM - CLAIM Note 31**
Claim/Event/Leave: 8892419
NoteSubject : Action Plan
Other Subject : RTW OO DEC 2019
Text: [08/22/2019 - STOCKHAUSEN, BRITTANY]49YOF, SALARY ASC, MEDIUM JD, ASST MGR, LDW 11/7/18, DOD 11/8/18, BBD 5/9/19. PER MDS REVIEW COMPLETED ON 8/21/19 DIAGNOSES REMAIN C83.30- DIFFUSE LARGE B-CELL LYMPHOMA, UNSPECIFIED SITE AND B20- HUMAN IMMUNODEFICIENCY VIRUS HIV DISEASE. R/LS OF LESS THAN SEDENTARY ARE SUPPORTED FOR AT LEAST 3 MORE MONTHS TO ALLOW FOR RECOVERY FROM CHEMO, AND TO REGAIN STRENGTH AND STAMINA. DCM WILL PLAN ON CONTINUING ONGOING FU FOR UPDATES ON RECOVERY AND TREATMENT. DCM WILL PLAN ON REQ UPDATED MED RECS FROM AP DANG, AND PULMONOLOGY IF ASSESSMENT HAS BEEN COMPLETED, ALONG WITH ANY OTHER DIAGNOSTIC REPORTS. ONCE UPDATED RECORDS ARE RCVD DCM WILL REFER FOR REVIEW TO DETERMINE ONGOING RLS AND DURATION. ASC HAS APPLIED FOR SSDB, POF NOT ON FILE.

**08/21/2019 6:17 PM - MDS Note**
Claim/Leave: 8892419
Episode #: 1
Nurse Name: ABERT, DEBRA
Service #: 16817097
Service Date: 08/21/2019
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, BRITTANY, STOCKHAUSEN
Note Type: INFORMATION OBTAINED DESC
Text: NURSE ASSESSMENT COMPLETE; SEE DOC LIST FOR FULL REPORT.

**08/15/2019 1:22 PM - CLAIM Note 30**
Claim/Event/Leave: 8892419
NoteSubject : Ref to Managed Care
Other Subject : FFR LVL 2
Text: [08/15/2019 - STOCKHAUSEN, BRITTANY]49YOF, SALARY ASC, MEDIUM JD, ASST MGR, LDW 11/7/18, DOD 11/8/18, BBD 5/9/19. CPIA COMPLETED ON 6/4/19 CONCLUDED THAT THE IMPAIRING DX IS DIFFUSE LARGE B CELL LYMPHOMA ON CHEMOTHERAPY ALONG WITH COMORBID OF ACQUIRED IMMUNE DEFICIENCY SYNDROME. R/LS ARE SUPPORTED FROM BBD ONGOING AND CONSIST OF ADLS ONLY FOR AN UNDETERMINED DURATION. UPDATED RECORDS RCVD FROM TREATING PROVIDERS. PLEASE ADVISE OF PROGNOSIS AND ONGOING RLS AND DURATION. WILL ASC BE ABLE TO RTWAT MEDIUM OCC PRIOR TO CID? AP CONTACT IS OKAY IF NEEDED.

**08/01/2019 12:36 PM - CLAIM Note 29**
Claim/Event/Leave: 8892419
NoteSubject : Med Records Rcvd
Other Subject : OSCHNER
Text: [08/01/2019 - STOCKHAUSEN, BRITTANY]RCVD MED RECS FROM OSCHNER. RECORDS INCL OVNS FROM 2/13/19 THRU 7/15/19. ADDED TO DOC LIST.

**07/17/2019 1:12 PM - PHONE Note 6**
Claim/Event/Leave: 8892419
NoteSubject : Called EE
Other Subject : DAY 45
Text: [07/17/2019 - STOCKHAUSEN, BRITTANY]CALLED ASC AT                    AND LVM ADVISING OF MED RECS THAT REMAIN OUTSTANDING.

**07/17/2019 12:35 PM - CLAIM Note 28**

**07/17/2019 12:25 PM - CLAIM Note 28**
Claim/Event/Leave: 8892419
NoteSubject : LTR to EE
Other Subject : NP EXT
Text: [07/17/2019 - STOCKHAUSEN, BRITTANY]SENT ASC NP EXT LTR FOR RECORDS FOR DR. ODEN, DUE NO LATER THAN 8/15/19.

**07/17/2019 12:19 PM - CLAIM Note 27**
Claim/Event/Leave: 8892419
NoteSubject : Medical Status
Other Subject : DR. ODEN
Text: [07/17/2019 - STOCKHAUSEN, BRITTANY]RCVD UPDATE PER RP FOR FR. ODEN - DATE: 07/16/2019 8:35 PM (CT) CONTACT: NOTE: REQUEST FOR STATUS FAXED TO PROVIDER: FAX SUCCESSFUL TO (601) 376-1494

**06/27/2019 6:40 AM - CLAIM Note 26**
Claim/Event/Leave: 8892419
NoteSubject : Other
Other Subject : LTD FORMS
Text: [06/27/2019 - ROBERTS, SONYA]RECEIVED THE TEE, SSRA, & FIQ.

**06/24/2019 2:47 PM - CLAIM Note 25**
Claim/Event/Leave: 8892419
NoteSubject : Other
Other Subject : ADD DD
Text: [06/24/2019 - WRIGHT, PATRICIA]ADDED ACCT            ROUTING

**06/24/2019 9:12 AM - CLAIM Note 24**
Claim/Event/Leave: 8892419
NoteSubject : Other
Other Subject : DD FORM
Text: [06/24/2019 - MURRAY, JENNIFER]ON 6/24/19, RCVD DD FORM.

**06/21/2019 10:07 AM - PHONE Note 5**
Claim/Event/Leave: 8892419
NoteSubject : Called EE
Other Subject : DAY 21
Text: [06/21/2019 - STOCKHAUSEN, BRITTANY]CALLED ASC AT            AND LVM ADVISING THAT MEDICAL RECORDS FROM DR ODEN REMAINING OUTSTANDING. DCM ADVISED ALL OTHER MEDICAL RECORDS HAVE BEEN RCVD AT THIS TIME. ADVISED ASC TO CALL WITH ANY QUESTIONS, ANDTO REACH OUT TO AP IF ASC DOES NOT HEAR FROM DCM BEFORE 7/17.

**06/21/2019 10:00 AM - CLAIM Note 23**
Claim/Event/Leave: 8892419
NoteSubject : LTR to EE
Other Subject : NP WARNING
Text: [06/21/2019 - STOCKHAUSEN, BRITTANY]SENT ASC NP WARNING LTR ADVISING THAT MEDICAL RECORDS FORM DR. ODEN REMAIN OUTSTANDING AND ARE DUE NO LATER THAN 7/17/19.

**06/21/2019 9:41 AM - CLAIM Note 22**
Claim/Event/Leave: 8892419
NoteSubject : Medical Status
Other Subject : ODEN
Text: [06/21/2019 - STOCKHAUSEN, BRITTANY]RCVD UPDATE PER RP FOR DR. GREG ODEN - DATE: 06/19/2019 2:48 PM (CT) CONTACT: NOTE: EMAILED TO JESSICA.STOVALL@MYMERITHEALTH.COM: REQUEST FOR STATUS EMAILED TO PROVIDER

**06/21/2019 9:01 AM - CLAIM Note 21**
Claim/Event/Leave: 8892419
NoteSubject : Med Records Rcvd
Other Subject : DR. SMITH-VANIZ
Text: [06/21/2019 - STOCKHAUSEN, BRITTANY]RCVD MED RECS FROM DR. SMITH-VANIZ, RECORDS INCL OVNS AND TEST RESULTS FROM 11/8/18 THRU 12/17/18. ADDED TO DOC LIST.

**06/11/2019 10:52 AM - CLAIM Note 20**
Claim/Event/Leave: 8892419
NoteSubject : Med Records Rcvd
Other Subject : OSCHNER
Text: [06/11/2019 - STOCKHAUSEN, BRITTANY]RCVD MED RECS FROM OSCHNER CANCER CENTER IN BATON ROUGE. RECORDS INCL OVNS AND TEST RESULTS RANGING FROM 01/22/19 THRU 06/04/19

**06/10/2019 2:45 PM - PHONE Note 4**
Claim/Event/Leave: 8892419
NoteSubject : Initial EE Interview
Other Subject : COMPLETE
Text: [06/10/2019 - STOCKHAUSEN, BRITTANY]ASSOCIATE'S LAST DAY OF WORK IS 11/7/2018. THE DATE OF DISABILITY FOR THE FILE IS 11/8/2018. ASSOCIATE'S JOB TITLE/JOB DUTIES INFO - ASST MGR-WM. TREATING PROVIDER(S) DR. GREG

ODEN - PCP - (601) 676-2832. CONFIRMEDSTILL TREATING; DR. GEORGE SMITH-VANIZ - (601) 376-2115. CONFIRMED STILL TREATING; OCHSNER CANCER CENTER BATON ROUGE -(225) 761-5410, NOV JUNE 2019. CONFIRMED STILL TREATING; SURGERY INFO - ULCERS REMOVAL IN NOVEMBER. ASSOCIATE HOSPITALIZED, SHRINERHOSPITAL BATON ROUGE, CHEMO SIDE EFFECTS, DATE(S) MAY 2019. CURRENT DISABLING DIAGNOSIS/SYMPTOMS - LYMPHOMA AND HIV. COMORBID CONDITION INFO - HBP. MEDICATIONS REPORTED - HBP MEDICATION, DEPRESSION MEDS. HEIGHT AND WEIGHT INFO - 5'2''/130LBS. ASSOCIATE ADVISED THEY ARE TOTALLY DISABLED. SS APPLICATION FILED. NO DEPENDENTS. ASSOCIATE IS SEPARATED/LEGALLY MARRIED. THE ASSOCIATE'S OUT OF WORK PLANS ARE AS FOLLOWS: CONTINUE ONGOING TREATMENT. EDUCATION INFO - SOME COLLEGE. CONFIRMED ADDRESS. DCM CONFIRMED DOB. REVIEWED DISTRIBUTION PREFERENCES TO AND UPDATED APPROPRIATE SYSTEM FIELDS TO REFLECT THESE PREFERENCES. ASSOCIATE ALTERNATIVE EMAIL KATONIALEE1@GMAIL.COM. SSDB APPLIED FOR IN MAY 2019. DCM ADVISED THE ASC OF THE PAYMENT STRUCTURE. DCM EXPLAINED HOW PAYMENTS WOULD BE ISSUED TO THE ASC. DCM EXPLAINED CLAIM PROCESS AND HOW DISABILITY IS DETERMINED. DISCUSSED PROVIDING AUTHORIZATION TO ALL TREATING PROVIDERS (IF NOT ALREADY ON FILE). PROVIDED DCM CONTACT INFORMATION AND EXPLAINED ALL APPLICABLE NEXT STEPS.

**06/05/2019 10:02 AM - CLAIM Note 19**
Claim/Event/Leave: 8892419
NoteSubject : LTR to EE
Other Subject : APP
Text: [06/05/2019 - STOCKHAUSEN, BRITTANY]SENT ASC APP LTR, INCL DD, FIQ, SSRA, TEE. DUE DATE 7/4/19.

**06/05/2019 8:38 AM - CLAIM Note 18**
Claim/Event/Leave: 8892419
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [06/05/2019 - MIDGETTE, MEGAN]AGREE WITH APPROVAL AND ACTION PLAN. RECOMMEND UPDATE SECONDARY DX CODE.

**06/05/2019 8:26 AM - CLAIM Note 17**
Claim/Event/Leave: 8892419
NoteSubject : Other
Other Subject : INITIAL PYMT CALC
Text: [06/05/2019 - STOCKHAUSEN, BRITTANY]SET UP SCHEDULED PAYMENT BASED ON EARNINGS HISTORY IN DOC LIST. $1900.09 BIWEEKLY SALARY AMOUNT. THE BENEFIT IS 60% OR $1140.05 NO OFFSETS OR DEDUCTIONS.

**06/05/2019 8:24 AM - CLAIM Note 16**
Claim/Event/Leave: 8892419
NoteSubject : Action Plan
Other Subject : RTW OO NOV 2019
Text: [06/05/2019 - STOCKHAUSEN, BRITTANY]49YOF, SALARY ASC, MEDIUM JD, ASST MGR, LDW 11/7/18, DOD 11/8/18, BBD 5/9/19. CPIA COMPLETED ON 6/4/19 CONCLUDED THAT THE IMPAIRING DX IS DIFFUSE LARGE B CELL LYMPHOMA ON CHEMOTHERAPY ALONG WITH COMORBID OF ACQUIRED IMMUNE DEFICIENCY SYNDROME. R/LS ARE SUPPORTED FROM BBD ONGOING AND CONSIST OF ADLS ONLY FOR AN UNDETERMINED DURATION. DCM WILL PLAN ON CONTINUING TO FU ON NP FOR RECORDS. ONCE UPDATED RECORDS ARE RCVD DCM WILL REFER FOR REVIEW TO DETERMINE ONGOING RLS AND DURATION. DCM WILL UPDATE CLAIM AND ADDL INCOME UPON COMPLETION OF II.

**06/05/2019 8:23 AM - CLAIM Note 15**
Claim/Event/Leave: 8892419
NoteSubject : Approved
Other Subject :
Text: [06/05/2019 - STOCKHAUSEN, BRITTANY]49YOF, SALARY ASC, MEDIUM JD, ASST MGR, LDW 11/7/18, DOD 11/8/18, BBD 5/9/19. CPIA COMPLETED ON 6/4/19 CONCLUDED THAT THE IMPAIRING DX IS DIFFUSE LARGE B CELL LYMPHOMA ON CHEMOTHERAPY ALONG WITH COMORBID OF ACQUIRED IMMUNE DEFICIENCY SYNDROME. R/LS ARE SUPPORTED FROM BBD ONGOING AND CONSIST OF ADLS ONLY FOR AN UNDETERMINED DURATION. DCM FINDS REASONABLE TO INITIALLY APPROVE CLAIM.

**06/05/2019 8:19 AM - CLAIM Note 14**
Claim/Event/Leave: 8892419
NoteSubject : Peer Review
Other Subject : COMPLETED
Text: [06/05/2019 - STOCKHAUSEN, BRITTANY]RCVD COMPLETED CPIA. ADDED TO DOC LIST.

**06/03/2019 5:32 PM - CLAIM Note 13**
Claim/Event/Leave: 8892419
NoteSubject : Ref to Other
Other Subject : CPIA
Text: [06/03/2019 - STOCKHAUSEN, BRITTANY]REFERRED CLAIM FOR CPIA WITH INT MED.

**06/03/2019 5:29 PM - CLAIM Note 12**
Claim/Event/Leave: 8892419
NoteSubject : Action Plan
Other Subject : PENDING
Text: [06/03/2019 - STOCKHAUSEN, BRITTANY]49YOF, SALARY ASC, MEDIUM JD, ASST MGR, LDW 11/7/18, DOD 11/8/18, BBD 5/9/19. CLAIM WAS FILED FOR ACUTE DUODENAL ULCER WITH HEMORRHAGE. RECORDS WERE RETRIEVED FROM SEDGWICK. RECORDS WERE REQ FROM ALL TREATING PROVIDERS AND ASC WAS PLACED ON NP. DCM WILL REFER

**Lincoln/Lee 0091**

CLAIM FOR REVIEW TO DETERMINE IF CURRENT RLS ARE SUPPORTED AT BBD ONGOING AND IF SO WHAT DURATION AND
IF ADDL RECORDS WILL STILL BE NEEDED. DCM WILL UPDATE CLAIM AND ADDL INCOME UPON COMPLETION OF II.

**06/03/2019 4:59 PM - CLAIM Note 11**
Claim/Event/Leave: 8892419
NoteSubject : LTR to EE
Other Subject : INITIAL NP
Text: [06/03/2019 - STOCKHAUSEN, BRITTANY]SENT ASC INITIAL NP LTR ADVISING THAT MEDICAL RECORDS HAVE BEEN
REQUESTED FROM ALL TREATING PROVIDERS INCL DR. GREG ODEN, OSCHNER CANCER CENTER BATON ROUGE, AND
DR. GEORGE SMITH-VANIZ, AND THAT RECORDS ARE DUE NO LATER THAN 7/17/19. INITIAL LTD FORMS HAVE BEEN RCVD.

**06/03/2019 4:55 PM - CLAIM Note 10**
Claim/Event/Leave: 8892419
NoteSubject : Ref to Other
Other Subject : RELEASEPOINT
Text: [06/03/2019 - STOCKHAUSEN, BRITTANY]REQUESTED MEDICAL WITH AUTH FROM DR. GREG ODEN, OSCHNER CANCER
CENTER BATON ROUGE, AND DR. GEORGE SMITH-VANIZ FROM 11/1/18 THRU PRESENT.

**06/03/2019 4:48 PM - PHONE Note 3**
Claim/Event/Leave: 8892419
NoteSubject : Initial EE Interview
Other Subject : ATTEMPT
Text: [06/03/2019 - STOCKHAUSEN, BRITTANY]CALLED ASC AT                    AND LVM TO RETURN DCM CALL.

**06/03/2019 4:16 PM - CLAIM Note 9**
Claim/Event/Leave: 8892419
NoteSubject : Med Records Rcvd
Other Subject : SEDGWICK
Text: [06/03/2019 - STOCKHAUSEN, BRITTANY]RETRIEVED MEDICAL RECORDS FROM SEDGWICK, RECORDS INCL OVNS,
TEST RESULTS D/C SUMMARY, AND APS FORMS RANGING FROM 11/8/18 THRU 4/1/19. ADDED TO DOC LIST.

**06/03/2019 4:03 PM - CLAIM Note 8**
Claim/Event/Leave: 8892419
NoteSubject : Job Description
Other Subject : ASST MGR
Text: [06/03/2019 - STOCKHAUSEN, BRITTANY]MEDIUM OCC. ADDED TO DOC LIST.

**05/31/2019 2:35 PM - CLAIM Note 7**
Claim/Event/Leave: 8892419
NoteSubject : Other
Other Subject :
Text: [05/31/2019 - FALLS, JENNIFER]FORMS RECEIVED AND CLAIM ASSIGNED TO LTD DCM.

**05/31/2019 2:35 PM - CLAIM Note 6**
Claim/Event/Leave: 8892419
NoteSubject : Other
Other Subject : WIN
Text: [05/31/2019 - FALLS, JENNIFER]WIN ELIG SCREENSHOTS 2017-2018 (SEE DOC LIST)

**05/15/2019 11:34 AM - CLAIM Note 5**
Claim/Event/Leave: 8892419
NoteSubject : LTR to EE
Other Subject : ACKS AND FORMS
Text: [05/15/2019 - VASQUEZ, LEAH]SENT SUBSEQUENT REQUEST FOR LTD FORMS. SEE DOC LIST.[05/16/2019 - WELLS,
ERIN].

**05/15/2019 11:31 AM - PHONE Note 2**
Claim/Event/Leave: 8892419
NoteSubject : EE Called
Other Subject : RE LTD BENS
Text: [05/15/2019 - VASQUEZ, LEAH]ASC CALLED TO CHECK ON CLAIM. DCM EXPLAINED FORMS WERE MAILED OUT 4/16 BUT
NOT YET RETURNED. ASC SAID SHE HAS NOT RECEIVED THEM AS THE                      IS HER SISTER'S HOUSE.
ASC IS CURRENTLY STAYING WITH HER FATHER AT                      DCM UPDATED EE DETAIL SCREEN AND WILL
MAIL ANOTHER SET OF THE FORMS. ONCE RECEIVED BACK, CLAIM WOULD BE ASSIGNED TO A DCM. ASC THANKED AND
HAD NFQ.[05/16/2019 - WELLS, ERIN].

**04/16/2019 4:31 PM - CLAIM Note 4**
Claim/Event/Leave: 8892419
NoteSubject : LTR to EE
Other Subject : ACKS AND FORMS
Text: [04/16/2019 - WELLS, ERIN]TA SENT LTD ESCALATION LTR AND THE FOLLOWING FORMS. AUTHORIZATION TO OBTAIN
AND RELEASE INFORMATION MEDICAL AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION PSYCHOTHERAPY
ACTIVITIES QUESTIONNAIRE CLAIMANT INFORMATION FORMCLAIMANT SUPPLEMENTARY STATEMENT COPY OF YOUR
DRIVERS LICENSE RFL LETTER. FORMS SHOULD BE RETURNED WITHIN 30 DAYS AND DEADLINE IS 5/14/19[04/16/2019 -
WELLS, ERIN]

**Lincoln/Lee 0092**

WELLS, ERIN].

**04/16/2019 4:31 PM - PHONE Note 1**
Claim/Event/Leave: 8892419
NoteSubject : Called EE
Other Subject : RE LTD BENS
Text: [04/16/2019 - WELLS, ERIN]CALLED           AND LEFT VM ADVISING THAT LTD FORMS WILL BE SENT TO ASC AND FILL OUT FORMS AND RETURN BY LIBERTY MUTUAL IF THINKING ASC WILL BE OOW BEYOND 6 MONTHS

**04/15/2019 11:29 AM - CLAIM Note 3**
Claim/Event/Leave: 8892419
NoteSubject : Other
Other Subject :
Text: [04/15/2019 - MAPP, LATASHA]INITIAL CLAIM REVIEW COMPLETED AND CLAIM ASSIGNED TO TRIAGE TEAM

**04/15/2019 9:59 AM - CLAIM Note 2**
Claim/Event/Leave: 8892419
NoteSubject : Other
Other Subject : WIN
Text: [04/15/2019 - WELLS, ERIN]2017-2018

**04/15/2019 9:50 AM - CLAIM Note 1**
Claim/Event/Leave: 8892419
NoteSubject : Other
Other Subject :
Text: [04/15/2019 - WELLS, ERIN]DCM RECEIVED LTD CLAIM CREATION EMAIL (SEE DOC LIST). ASSIGNED TO LTD DCM FOR REVIEW

**Lincoln/Lee 0093**

```
The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
```

```
J. PRICE MCNAMARA
LAW OFFICES OF J. PRICE MCNAMARA
10455 JEFFERSON HIGHWAY, STE 2
BATON ROUGE LA 70809
```

**Lincoln/Lee 0094**



The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

March 10, 2022

J. Price McNamara
Law Offices of J. Price McNamara
10455 JEFFERSON HIGHWAY, STE 2
BATON ROUGE, LA 70809

RE:    Long Term Disability (LTD) Benefits
       Walmart, Inc.
       Claim #: 8892419
       Claimant: Katonia Lee

Dear J. Price McNamara:


Per your request, please find the enclosed copy of the Walmart, Inc. Long Term Disability Policy along with the claim file.

If you have any questions regarding this matter, please contact me.

Sincerely,

Krystal Wallach
LTD Technical Specialist II
Phone No.: (877) 353-6404 Ext. 18246
Secure Fax No.: (603) 559-1994

1  of  1

**Lincoln/Lee 0095**

**From:** ClaimsHOAdmin
**Sent:** Wed, 9 Mar 2022 19:25:44 +0000
**To:** support@jpricemcnamara.com
**Subject:** {SEZ} File copy for Katonia Lee 8892419 (secure)

https://lfg-my.sharepoint.com/:f:/p/james_best/EkEY-G8gi9pPo_-HS3hwyoIBnuq9WLk4sD1uSq6mc313Tw?e=hrIto2

Hello,
Please find attached a copy of the requested records. To access enter case sensitive password, which is the first two letters of the claimants first name followed by the date of birth in the format MMDDYYYY.
*Password format example; claimant name Jane Smith, DOB July 7, 1960 would be Ja07071960.*
*This link will expire in 24 hours.*
**Please contact your claims examiner with any questions.**

Thank you,



Sarah Zarnowski
Team Lead, Operations Support
GP CLM Shared Services

Follow us on:

LincolnFinancial.com

*This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at 603-750-7550 and permanently delete the original and any copy of any e-mail and any printout thereof.*

**Lincoln/Lee 0096**

```
The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
```

```
J. PRICE MCNAMARA
LAW OFFICES OF J. PRICE MCNAMARA
10455 JEFFERSON HIGHWAY, STE 2
BATON ROUGE LA 70809
```

**Lincoln/Lee 0097**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1926

March 8, 2022

J. Price McNamara
Law Offices of J. Price McNamara
10455 JEFFERSON HIGHWAY, STE 2
BATON ROUGE, LA 70809

RE:   Long Term Disability (LTD) Benefits
      Walmart, Inc.
      Claim #: 8892419
      Claimant: Katonia Lee

Dear J. Price McNamara:

In response to your letter dated March 3, 2022, please find a OneDrive link for a complete copy of Ms. Katonia's LTD claim file and a copy of the LTD Policy applicable to her claim.  **Please note the OneDrive link will expire 24 hours after it is sent to you.**

Ms. Katonia's full and complete claim file includes all information that was received and considered in our evaluation of her claim.  This also includes all reports, notes, records, test results, correspondence, telephone conferences and curriculum vitae of any independent medical examiner/reviewer.

Each nurse is a graduate of an accredited nursing school and is required to maintain a current registered nurse license in their state of residence or  as required by law.  Additionally, our nurses attend clinical seminars and conferences on an ongoing basis to maintain additional certifications such as Certified Rehabilitation Registered Nurse (C.R.R.N.), Certified Disability Management Specialist (C.D.M.S.) and Certified Case Manager (C.C.M.).

You may contact the employer for governing plan documents.

Phone recordings are for quality assurance purposes only, and not made part of the claim file.

Lincoln adheres to all ERISA regulations and procedural requirements.  No claims handling manual(s); guidelines; policy and procedure manuals; administrative training documents, videos or tapes; and/or guides pertaining to disability claims resolutions were used to make this claim determination.

1  of 2

**Lincoln/Lee 0098**

If you have any questions regarding this matter, please contact me.

Sincerely,

Mary Avrett
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 16371
Secure Fax No.: (603) 430-1926

**Lincoln/Lee 0099**

# Mary Ellen Dirlam, MD, PhD, FACP, CPE

## EDUCATION

| | |
|---|---|
| 11/13 to 08/16 | Certified Physician Executive, American Association Physician Leaders |
| 08/13 to 03/14 | Banner Advanced Leadership Program, Cohort 3, Banner Health |
| 09/91 to 04/93 | MS, Statistical Analysis and Research Design, University of Michigan |
| 06/90 to 06/91 | Chief Resident, Internal Medicine, Good Samaritan Medical Center |
| 06/87 to 06/90 | Resident, Internal Medicine, Good Samaritan Medical Center |
| 08/83 to 05/87 | MD, University of Arizona |
| 08/78 to 07/83 | PhD, Biochemistry, Arizona State University |
| 08/73 to 05/78 | BS, Microbiology, Arizona State University |

## CERTIFICATION

- Certified Physician Executive, American Association Physician Leaders (2016)
- Fellow, American College of Physicians (2010)
- Recertified, American Board of Internal Medicine (2000, 2010,  2020)
- Board Certified, American Board of Internal Medicine (1990)

## PROFESSIONAL EXPERIENCE

- Preceptor, IM Resident ambulatory clinic (1990 to 2015, 2018 - present)
- Consulting IM physician, Lincoln Financial, Phoenix, AZ (2015 - present)
- Medical Director, Accountable Care/Population Health, Banner, Phoenix, AZ (2015 – 2017)
- Interim Medical Director, Liver Disease Center, Banner, Phoenix, AZ (2011-2012)
- Senior Medical Director, Banner Academic Practices, Phoenix, AZ (2010-2015)
- Medical Director, Banner Internal Medicine Center, Phoenix, AZ (1996 – 2010)
- Medical Director, Banner IM Residency Clinic, Phoenix, AZ (1993-1999)
- Faculty Physician, Banner IM Residency Program, Phoenix, AZ (1991-2015)
- Primary Care Physician, Banner Health, Phoenix, AZ (1993-2017)

## FACULTY APPOINTMENTS

- Assistant Professor, Clinical Medicine, Department of Medicine, University of Arizona College of Medicine, Tucson, AZ (1995-2015, 2018 - present)
- Coordinator, Banner Good Samaritan Internal Medicine University of Arizona Medical Student Ambulatory Care Curriculum (1999-2010)
- Associate Program Director, Banner IM Residency Program, Phoenix, AZ (1991-2010)

## CHAIRS AND PHYSICIAN LEADS

- Physician Lead, Banner Health Strategic Initiative, Improving the Reliability of Chronic Care Conditions
- Co-chair, Planning Committee, Advance Leadership Program Annual Retreat
- Physician Lead, Banner Health Strategic Initiative, Improving Diabetes Chronic Care
- Physician Lead, Test of Concept Design: Diabetes Tele-education
- Physician Lead, BCBS PCMH product

**Lincoln/Lee 0100**

- Physician Co-Lead Banner Health, Ambulatory Standards for Hyperlipidemia, Hypertension and Urinary Incontinence
- Banner Health Network Physician Lead, Chronic Disease Population Health, Pediatrics and Adult Care, Care1st Medicaid Product
- Physician Lead, Accountable Care Committee/Population Health, Banner Medical Group
- Physician Lead, Chronic Disease Management of High ED Utilizers, Banner Good Samaritan
- Physician Lead, Banner Good Sam Strategic Initiative, Ambulatory Excellence, Patient Engagement
- Chair, Primary Care Clinical Consensus Group
- Physician Lead Banner Health, Diabetes Standards for Ambulatory Care
- Chair, Physician Leadership Committee, Ambulatory, Banner Good Sam/Banner Medical Group Collaboration
- Physician Lead, PCMH TransforMed pilot, Ambulatory IM, Banner Good Samaritan

## OTHER PROFESSIONAL ACTIVITIES

- Curriculum development, ambulatory billing and coding, IM residents
- Curriculum development, shared medical visits, IM residents
- Curriculum development, business of medicine, IM residents
- Concept development, design, and implementation – faculty IM ambulatory private practice, Banner Good Samaritan
- Lecturer, U of A quarterly lecture series
- Co-facilitator, common medical emergencies for 3rd year medical students, SIM lab
- Co-facilitator, faculty learning community on the nature and nurture of medicine
- Co-facilitator, faculty learning community on ambulatory teaching
- Abstract reviewer: Banner Process for Innovative Ideas; Society for Medical Decision Making
- Co-chair, Toronto Annual Meeting, Society for Medical Decision Making
- Member: Educational Development Advisory Committee; Resident Review Preparation Committee; Joint Academic Review Committee
- Board of Directors: Prime Care; Banner Health Network

## AWARDS/HONORS

- Award for Leadership in Pioneer ACO Integration Banner Health Network (2016)
- American College of Physicians, Internist of the Year, Arizona Chapter (2015)
- Listed in the "Best Doctors in America" (2000-2002, 2005, 2007- 2012, 2016)
- Nominee for Clinical Science Educator of the Year; University of Arizona College of Medicine (2007/2008)
- Listed in the "Top Internal Medicine Physicians" by Phoenix Magazine (1998, 2001)
- "Dean's List for Excellence in Teaching in the Clinical Sciences", University of Arizona College of Medicine, Phoenix Campus (1998)

## RESEARCH

- "Shared medical visits - a curriculum to train Internal Medicine resident physicians"
- "Stabilization of INR in patients on chronic warfarin therapy", Grant Recipient of Imagine Grant
- "Adaptation of learning style theory in teaching medical students and residents in an ambulatory setting"
- "The Use of the SF36 in the Ambulatory Care Setting"

**Lincoln/Lee 0101**

- "Investigation of the Pharmacokinetics of GI and the Effects of GI 198745 on Semen Characteristics When Administered Daily for 12 Months to Healthy Male Subjects." Phase Two Study

## PROFESSIONAL PAPERS, PRESENTATIONS AND PUBLICATIONS

- IHI poster board presentation on "Population Health Management in Primary Care: Lessons Learned During Implementation of a Managed Medicaid ACO" at the 17th annual summit on "Improving Patient Care in the Office Practice and the Community" (March 2016)
- Workshop Presentation on Shared Medical Visits: Curriculum for Residents Ambulatory Practice; co- presenter Jayne Peterson, MD; National APDIM meeting - 2009
- Abstract winner for The Scholarly Teaching Symposium - 2009 UA College of Medicine-Phoenix "Changing Residents Perceptions of the SMV"; co-presenter Jayne Peterson, MD
- Dirlam, ME; Cunniff, C. Promoting Case-Based Instruction: Making Learning More Personal and Medicine More Relevant for Students; City Wide Best Practices of Medical Educators Series 2006
- Dirlam, ME "Domestic Violence: The Silent Epidemic", Primary Care Case Reviews, March 2000, Volume 3, No. 1
- Dirlam, ME; Green, Moe. Curriculum for Teaching Residents about Domestic Violence; 7th Annual Mountain West SGIM Meeting; Workshop; 1997
- Dirlam, ME; Vanderslice, B; Peirce, JP ''The Use and Acceptance of the SF36 in a Residents' Clinic''; 6th Annual Mountain West SGIM Meeting; Poster Session; 1996
- Peirce, J., Dirlam, ME; ''The use of the SF36 in the Ambulatory Care Setting''; 5th Annual Mountain West SGIM Meeting; Workshop; 1995
- Dirlam, ME; "Decision Analysis for Temporal Arteritis; poster session at annual meeting of the Society for Decision Making"; 1993
- Peirce, J; Raschke, R; Dirlam, ME; Maynard, G. The Multidisciplinary Research Elective; 2nd Annual Mountain West SGIM Meeting; 1993

## PROFESSIONAL ORGANIZATIONS

- American College of Physicians
- Institute for Healthcare Improvement
- American Association for Physician Leaders

**Lincoln/Lee 0102**

**TAHIR TELLIOGLU, M.D.**

**Asst. Professor of Psychiatry and Human Behavior,
Brown University, Alpert Medical School**

**175 Joseph Ct. Warwick RI, 02886
Tel (203) 843-2928
tiger37209@yahoo.com**

## PRACTICE AREAS:

- General Adult Psychiatry
- Addiction Psychiatry: Prescription Abuse, Opioid maintenance programs (methadone/Suboxone), alcohol abuse treatment
- Dual-Diagnose,
- Adult ADHD
- Physician Reviewer (clinical reviews of internal review of psychiatric cases for medical necessity, treatment appropriateness or administrative compliance).

## EDUCATION

**Medical School (M.D.) 06/1985 – 08/1991**
Istanbul University, Istanbul School of Medicine, Istanbul, Turkey.

**PhD-equivalent program in Pharmacology (Ph.D.-eq) 06/1994 – 06/1997**
Marmara University, School of Medicine, Dept of Pharmacology, Istanbul, Turkey.

## POSTGRADUATE TRAINING

**Residency: (Psychiatry) 10/2001 - 09/2005**
- Vanderbilt University Medical Center, Dept of Psychiatry, Nashville, TN.
- Yale University, Dept of Psychiatry, New Haven, CT

**Fellowship: (Substance Abuse) 10/2005 - 09/2006**
- Yale University, Department of Psychiatry, New Haven, CT.

## PROFESSIONAL LICENSES AND BOARD CERTIFICATION

- Medical License: RI (MD12140)
- American Board of Psychiatry and Neurology (ABPN)(certificate # 57424)

CV: Tellioglu, MD   1

**Lincoln/Lee 0103**

## HOSPITAL APPOINTMENTS

- Rhode Island Hospital, Providence, RI. Director, Division of Substance Abuse,  and Staff Psychiatrist, October 2006- present

## MEMBERSHIP IN SOCIETIES

- American Psychiatric Association (APA) 2001- present
- American Society of Addiction Medicine (ASAM) 2001- present
- Turkish Association for Psychopharmacology (TAP) -  Board Member of Foreign Relations

## WORK HISTORY

| | |
|---|---|
| 1991-1993 | **General Practitioner;** Turkish Ministry of Health, Konya Medical Center, Konya, Turkey. |
| 1993-1996 | **Ph.D.**; *Pharmacology* (PhD-equivalent program), MarmaraUniversity, School of Medicine, Dept of Pharmacology, Istanbul, Turkey. |
| 1996-1997 | **Research Fellow,** *Pharmacology*, Laboratorie de Pharm Medical et Clinique, INSERM U455, Faculté de Médecine, Toulouse, France. |
| 1997-1999 | **Postdoctoral Research Associate,** *Neuroscience*, Univ. of Pittsburgh, Department of Neuroscience, Pittsburgh, PA. |
| 1999-2001 | **Research Fellow,** *Clinical Pharmacology*, Vanderbilt University Medical Center, Div of Clinical Pharmacology, Nashville, TN. |
| 2001-2004 | **Resident Physician,** *Psychiatry*, Vanderbilt University Medical Center, Department of Psychiatry, Nashville, TN. |
| 2004-2005 | **Resident Physician,** *Psychiatry*, Yale University, Department of Psychiatry, New Haven, CT. |
| 2005- 2006 | **Clinical Fellow,** *Addiction Psychiatry*, Yale University, Department of Psychiatry, New Haven, CT. |
| Current | **Staff Psychiatrist & Division Director,** Rhode Island Hospital, Providence, RI. |

**Lincoln/Lee 0104**

## HONORS AND AWARDS

- *"Top 1 Percent"* among 750,000 applicants at The National University Qualifying Examination of Turkey, 1985.
- Research Fellowship: Dr. Orhan Birman Research Fellowship, Turkish Educational Foundation (TEV), 1996.
- North Atlantic Treaty Organization (NATO) A2 Research Fellowship, 1996.
- Scientific Publication Awards: Turkish Scientific Research Council (TUBITAK), 1996 and 1998.
- Science Award in Pharmacology: Novartis (Turkey) 1997 and 1998.
- Research Fellowship: Veterans' Administration Connecticut-Massachusetts Mental Illness Research Education and Clinical Center (MIRECC) 2005.
- American Psychiatric Assoc. (APA) Research Colloquium Scholarship for Junior Investigators May 22, 2005, Atlanta, GA.
- Meeting award: Sixth Annual Guze Symposium on Alcoholism, Washington University Medical Center, St. Louis, MO. March 2, 2006.
- American Psychiatric Assoc. (APA) Research Colloquium Scholarship for Junior Investigators. May 6, 2006, Toronto, Canada.
- Travel Award: The Association for Medical Education and Research in Substance Abuse (AMERSA) 30th National Conference, Washington, DC, November 2-4, 2006.

## PUBLICATION LIST

**Original Articles:**

1. **Tellioglu T**, Akin SB, Özkutlu U, Oktay S, Onat F. The role of brain acetylcholine in $GABA_A$ receptor antagonist-induced blood pressure changes in rats. *Euro J Pharmacol* 1996; 317, 301-307.
2. **Tellioglu T.,** Aker R., Oktay S., Onat F. Effect of brain acetylcholine depletion on bicuculline-induced cardiovascular and locomotor responses. *Int J Neurosci* 1997; 89:143-152.
3. **Tellioglu T**, Aslan N, Onat F, Oktay S. The Role of AV3V region in the pressor responses induced by amygdala stimulation in rats. *Euro J Pharmacol* 1997; 336(2-3):163-168.
4. **Tellioglu T**, Akin SB, Erin N, Berkman K, Oktay S. Alteration of cholinergic pressor and analgesic responses in AF64A-induced Alzheimer model in rats. *J Gen Pharmacol* 1998; 30(4):525-531.
5. Lazartigues E, Freslon JL, **Tellioglu T,** Brefel-Courbon C, Pelat M, Tran MA, Montastruc JL, Rascol O. Pressor and bradycardic effects of tacrine and other acetylcholinesterase inhibitors in rat. *Eur J Pharmacol* 1998; 361(1):61-71.
6. Onat F, **Tellioglu T,** Aker R, Goren Z, Iskender E, Oktay S. Effect of $GABA_A$ receptor stimulation on cholinomimetic-induced cardiovascular responses in rats. *Eur J Pharmacol* 1998; 362 :(2-3):173-181.
7. **Tellioglu T,** Oates JA, Biaggioni I. Munchausen Syndrome Presenting as Baroreflex Failure. *NEJM* 2000, 343 (8):581.

**Lincoln/Lee 0105**

8.  Iskender E, Aslan N, Goren Z, **Tellioglu T**, Akin S, Erin N, Aker R, Onat F, Berkman K, Oktay S. Plasma concentration-time profile of a single dose of enteric-coated omeprazole in male and female healthy volunteers. Marmara Medical Journal, 2000, 13(3):127-130.

9.  **Tellioglu T**, Robertson D. Orthostatic Intolerance in Behcet's Disease. *Autonomic Neuroscience: Basic and Clinical.* 89(1): 96-99, Jun 2001.

10. Robertson D, Flattem N, **Tellioglu T,** Carson R, Garland E, Shannon JR, Jordan J, Jacob G, Blakely RD, Biaggioni I. Familial orthostatic tachycardia due to norepinephrine transporter deficiency. *Ann N Y Acad Sci.* 2001 Jun;940:527-43.

11. Robertson D, Shannon JR, Jordan J, Davis TL, Diedrich A, Jacob G, Garland E, **Tellioglu T,** Biaggioni I. Multiple system atrophy: new developments in pathophysiology and therapy. *Parkinsonism Relat. Disord.* 2001 Jul;7(3):257-260.

12. **Tellioglu T,** Robertson D. Genetic or acquired deficits in the norepinephrine transporter: current understanding of clinical implications. Expert Rev Mol Med. 2001 Nov 19; 2001:1-10. (http://www-ermm.cbcu.cam.ac.uk/01003878h.htm)

13. D'Souza CD, Gil RB, Madonick S, Forselius-Bielen K, Braley G, Donahue L, Gueorguieva R, **Tellioglu T,** Krystal JH. Enhanced sensitivity to the euphoric effects of alcohol in schizophrenia. Neuropsychopharmacology. 2006 Sep 20.

14. Stein MD, Herman DS, Kettavong M, Cioe PA, Friedmann PD, **Tellioglu T**, Anderson BJ. Antidepressant treatment does not improve buprenorphine retention among opioid-dependent persons. *J Subst Abuse Treat.* 2010 Sep;39(2):157-66.

15. **Tellioglu T** The use of urine drug testing to monitor patients receiving chronic opioid therapy for persistent pain conditions. *Med Health R I.* 2008 Sep;91(9):279-80, 282

16. **Tellioglu T** Buprenorphine: a new alternative in the treatment of opioid addiction. *Bulletin of Clinical Psychopharmacology* 2010; 20: 261-265.

17. **Tellioglu T, Tellioglu** Z, Can medical marijuana be used in the treatment of psychiatric disorders? *Bulletin of Clinical Psychopharmacology* 2012; 22: 98-109.

18. **Tellioglu T, Celebi F.** Synthetic Marijuana: A Recent Turmoil in Substance Abuse. Bulletin of Clinical Psychopharmacology 2014;24(4).


**Abstracts and Presentations:**

1.  Akin S, Aslan N, **Tellioglu T,** Oktay S, Onat F.  The role of acetylcholine in GABA-A receptor-activated cardiovascular responses. Presented in: *XI. Turkish National Pharmacology Congress, Antalya, Turkey* 1994.

2.  Ulusoy NB, **Tellioglu T,** Akin SB, Akbulut H, Oktay S.  Clozapine contracts guinea-pig gallbladder via M4-cholinoreceptors. *Gastroenterology* 1995;108:A702.

3.  **Tellioglu T**, Akin SB, Erin N, Berkman K, Oktay S.  Alteration of cholinergic pressor response in AF64A-induced Alzheimer model in rats. *European Neuropsychopharmacology* 1996; Supp 1.

4.  Onat F, **Tellioglu T,** Gören Z, Oktay S, Berkman K.  Influence of GABA-A agonist, muscimol, on cardiovascular changes induced by carbachol in conscious rats.  Presented in: Society for Neuroscience, 26th Annual Meeting, Washington DC, USA, 1996.

5.  **Tellioglu** T, Aslan N, Onat F, Oktay S.  The role of AV3V region in the pressor responses induced by amygdala stimulation in rats.  Presented in: XIII Turkish Nat. Pharm Congress, Antalya, Turkey, 1996.

**Lincoln/Lee 0106**

6. **Tellioglu T**, Aker R, Onat F.  Role of dorsomedial hypothalamic nucleus in mediating cardiovascular responses to carbachol.  Presented in: Society for Neuroscience 27th Ann. Meeting, New Orleans, LA, 1997.

7. **Tellioglu T,** Sved AF.  Enhanced GABA$_A$-mediated inhibition of nucleus tractus solitarius following baroreceptor denervation in rats. Presented in: Society for Neuroscience 28th Ann. Meeting, Los Angeles, CA, 1998.

8. Carson RP, Appalsamy M, Diedrich A, **Tellioglu T**, Lonce S, Tsu W, Davis TL, Robertson D. A dysautonomic rat model of human postural tachycardia syndrome.  *Soc Neurosci* 1999; 25:2198.

9. Carson R, Appalsamy M, Diedrich A, **Tellioglu T,** Lonce S, Davis TL, Robertson D. Evaluation of partial dysautonomia and the role of gender in a rate model of POTS.  *Clin Auton Res* 1999; 9:213.

10. **Tellioglu T**, Appalsamy M, Carson R, Diedrich A, Davis TL, Robertson D. The effects of lamotrigine on basal and reflex-mediated sympathetic activity. *Clin Auton Res* 1999; 9:232

11. **Tellioglu T,** Shannon JR, Robertson D. Supine hypertension in autonomic failure. Presented in: AHA 73rd Scientific Meeting, November 2000, New Orleans, LA.

12. **Tellioglu T,** Shannon JR, Biaggioni I, Robertson RM, Robertson D. The relationships of postural sympathetic responses and dysautonomia in Orthostatic Intolerance. Presented in: AAS 11th International Symposium on the Autonomic Nervous System, October 27-29, 2000, Puerto Rico.

13. Garland E.M, Gainer JV, **Tellioglu T,** Robertson D. Angiotensin II type 1 receptor A/C 1166 gene polymorphism in orthostatic intolerance. Presented in: AAS 11th International Symposium on the Autonomic Nervous System, October 27-29, 2000, Puerto Rico.

14. **Tellioglu T,** Black B, Watkins W, Farley G, Robertson D, Robertson RM, Biaggioni I. Contribution of renal mechanisms to the hypertension of autonomic failure. 2001, Presented in: 74th Scientific Meeting, November 2001, Anaheim, California.

15. **Tellioglu T**, Black B, Watkins V, Farley G, Robertson RM, Biaggioni I. Sympathetically-Mediated Sodium Retention Does Not Contribute to the Hypertension of Autonomic Failure. Presented in: AAS 12th Intl Symposium on the Autonomic Nervous System, October 2001, Anaheim, CA.

16. **Tellioglu T**, Staley JK, D'Souza CD. SPECT imaging of nicotinic acetylcholine receptors (nAChR) in tobacco smokers with SCZ. Presented in: American Psychiatric Assoc. (APA) Research Colloquium for Junior Investigators May 22, 2005, Atlanta, GA.

17. **Tellioglu T,** Petrakis I, D'Souza CD, Ralevski E. Acamprosate for the Treatment of Alcohol Dependence in Patients with Schizophrenia. Presented in: American Psychiatric Assoc. (APA) Research Colloquium for Junior Investigators May 6, 2006, Toronto, Canada.

18. **Tellioglu T**, Partial Agonists in the Treatment of  Substance Use Disorders. Presented in: Turkish Association for Psychopharmacology (TAP) Psychopharmacology Therapeutics Update, 11-14 March 2010, Antalya, Turkey.

19. **Tellioglu T**, Latest Developments in the Treatment of Substance Use Disorders. Presented in: Turkish Association for Psychopharmacology (TAP) Psychopharmacology Therapeutics Update, 11-14 March 2010, Antalya, Turkey.

20. **Tellioglu T**, Medical marijuana use in psychiatry.  Presented in: Turkish Association for Psychopharmacology (TAP) Psychopharmacology Therapeutics Update, 15-18 November 2012, Antalya, Turkey.

**Lincoln/Lee 0107**

# RASHMI JOSHI, MD

12340 Darkwood road
San Diego, 92129

Phone: 858-729-4590
Email: drrashmi465@yahoo.com

**Board certified** in Internal Medicine
**Diplomat of American Board of Internal Medicine**
**Active DEA and California License**

**MEDICAL CONSULTANT:**

Board certified Internal Medicine physician with 10 plus years clinical experience. Highly motivated, team-oriented and compassionate with excellent communication skills. Adept in wide range of comprehensive outpatient and inpatient general internal medicine duties including taking histories; examining patients; ordering and interpreting diagnostic and laboratory studies; making diagnoses and administering appropriate treatment; completing procedures such as joint aspiration or injection and skin biopsy; conducting well women exams, ECG and pulmonary function test interpretation; administering and interpreting of cardiac stress testing; exchanging advice and consultation with physicians on the diagnosis and treatment of patients, admitting and discharging patients; supervising and providing consultation to other health care providers and chart review for quality assurance purposes.

**PROFESSIONAL BACKGROUND:**

**MEDICAL EDUCATION**

- MBBS, Government Medical College, Amritsar, Punjab (Aug 1996- April 2002)
- Premedical School, Government College, Punjab (June 1994- June1996)

**RESIDENCY**

Huntington Memorial Hospital, Pasadena, CA (June 2006- June 2009)

University of southern California, CA (June 2006 –June 2009)

Department of Internal Medicine

- Gained extensive hands-on experience in basic general medicine and as the intricacies of subspecialty internal medicine, including training in both outpatient and inpatient medicine.
- Responsible for teaching 3rd and 4th year medical students.
- Overall responsibility for a 377-bed acute care facility serving a diverse patient population.
- As a senior resident, responsibilities included supervising medical students and interns in ICU.

**LICENSURE & CERTIFICATIONS**

- Medical Board of California License
- Ca license number  # A10799
- Board certified Internal medicine ABIM
- ACLS
- BLS
- ECFMG certified

**Lincoln/Lee 0108**

- Active DEA and California license

**RESEARCH EXPERIENCE**

- BNP role in differentiating Cardiogenic vs. pulmonary causes of SOB
    - Role: Sub investigator under Alan S Maisel, MD Cardiology UCSD

**PROFESSIONAL EXPERIENCE:**

Aug 2009 to Feb 2010: Worked as a locums medicine provider in outpatient clinics, taking care of adult medicine patients.

Feb 2010 – Current : Staff physician VA San Diego Health Care System, and Clinical Assistant Professor, University of California San Diego Medical School**.**  Responsibilities included but not limited to treating veteran patients with many challenging chronic medical conditions, in outpatients/ inpatients settings. Teaching medical interns, residents, and students of UCSD Medical School rotating through the VA clinics and hospital.

March 2012 to Dec 2012:  physician advisor for EHRdocs for case  utilization reviews.

April 2016 to current : physician reviewer for Advanced medical reviews and Allmed healthcare

**PAST MEDICINE APPOINTMENTS**

- Intern, Government Medical College, Amritsar, Punjab (Jan 2001- Dec 2001 )
- Medical Officer, Civil Hospital, Hsp, Pb India (Jan 2002- June 2003)

**ACADEMIC HONORS**

- Valedictorian in High School at St Joseph's Covent School, Hoshiarpur
- Annand Memorial Trophy for excellence in Mathematics, St Josephs High.
- Honors student throughout in  Medical School Amritsar

**PROFESSIONAL AFFILIATIONS**

- American College of Physicians ( ACP )
- California Medical Association
- Association of Physicians of Indian Origin
- American Medical Association ( AMA)

**PERSONAL**

- Citizenship : US

**Lincoln/Lee 0109**

**From:**Feldman, Kylie <Kylie.Feldman@genexservices.com>
**Sent:**Fri, 4 Mar 2022 16:13:33 +0000
**To:**Avrett, Mary;BocaLegacy
**Subject:**RE: CV's
**Attachments:**CV_Tellioglu.doc, CV Joshi.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Mary,

I have attached the CV's for you!

**Kylie Feldman**
*Sr. Operations Manager/IME-Peer Services/Boca*
ECN, a division of Genex Services
**T**: 267.766.0231
**F**: 561.392.5881



**Access our portal at** View My Cases
All electronic communications from ECN / Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

**From:** Avrett, Mary <Mary.Avrett@lfg.com>
**Sent:** Friday, March 4, 2022 8:28 AM
**To:** BocaLegacy <legacy@ecnime.com>
**Subject:** CV's

**Lincoln/Lee 0110**

EXTERNAL: This email was received from outside of Genex Services. Please do not click links or open attachments unless you know the content is safe.

Good Morning,

Please provide copies of the CV's for Dr. Rashmi Joshi and Dr. Tahir Tellioglu.

Thank you!



| | |
|---|---|
| **Mary Avrett** | (888) 437-7611, Ext. 16371 Office |
| Claims, Specialist | |
| | (603) 430-1926 Fax |

**Lincoln Life Assurance Company of Boston**
LincolnFinancial.com



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

The information and any attachments contained in this email are confidential and proprietary, and may be protected under the law, including federal and state privacy laws. The information and attachments are intended solely for use by the individual or entity to whom this email is addressed. If you are not the intended recipient, you are notified that any use, dissemination, forwarding, or copying of this information or attachments is strictly prohibited. If you received this email in error, please notify the sender immediately and delete all copies of this email. Thank you.

**Lincoln/Lee 0111**

**SYSTEMONE FILE COPY REQUEST FORM**

| Requested By: | Mary Avrett |
|---|---|
| Date of Request: | 3/8/2022 |
| Claimant Name: | Katonia Lee |

**Claim number(s)** *Please list <u>only the claims required</u> for the file copy (i.e., LTD, STD, STAT, etc.)*

| 8892419 | | | | | | |
|---|---|---|---|---|---|---|

**Required for delivery via OneDrive:**

| Recipient Email Address: | SUPPORT@JPRICEMCNAMARA.COM |
|---|---|
| Recipient Name (if other than claimant): | |

*All SystemOne files copies are delivered via a secure link through OneDrive. If you require delivery by another method, please inquire with Claims Support by emailing ClaimsHOAdmin@lfg.com.

**Please select one of the following options:**

☒ **Request for Administrative Record (COMPLETE FILE)**
*Administrative Record will include the following for each claim number specified above.*
- ❖ Claim Note(s)
- ❖ Coversheet(s)
- ❖ ALL documents & letters in Doc List and Correspondence Link
- ❖ Surveillance video (*obtained by CE, if any*)
- ❖ Applicable policy (*obtained by CE*)

☐ **Request for Specific Records Only**
- ☐ Claim Note(s)
- ☐ Coversheet(s)
- ☐ Specific Letters in Correspondence Link/Doc List:

| Letter Name/date | Letter Name/date |
|---|---|
| Letter Name/date | Letter Name/date |

| Special Requests or Handling Instructions | |
|---|---|

**Please email completed file copy request to Claims Support team:** ClaimsHOAdmin@lfg.com
- o Requests will be completed within 2 business days.
- o Please Note: secure OneDrive links expire with 24 hours.
- o The password for the secure OneDrive link, unless otherwise specified in this request, is the first two letters of the claimant's first name followed by date of birth in the format **MMDDYYYY**. The first letter of the claimant name is uppercase, and password is case sensitive. **Ex: Ja08102010**.

**Lincoln/Lee 0112**

**From:**Avrett, Mary
**Sent:**Tue, 8 Mar 2022 15:45:36 +0000
**To:**ClaimsHOAdmin
**Subject:**File Copy Request Form 8892419
**Attachments:**File Copy Request Form.docx, 8892419-RESPOND-CLAIMANT-03.08.2022.pdf

Hello,

Attached is a File Copy Request Form and letter to the attorney.

Please let me know if you have any questions.

Thank you so much!!



**Mary Avrett**
Claims, Specialist

(888) 437-7611, Ext. 16371 Office

(603) 430-1926 Fax

**Lincoln Life Assurance Company of Boston**
LincolnFinancial.com



Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**Lincoln/Lee 0113**



**LAW OFFICES**
—— OF ——
**J. PRICE McNAMARA**

**J. PRICE McNAMARA**
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

**HOLDING INSURANCE COMPANIES TO THEIR PROMISES**

March 3, 2022

**SENT VIA CERTIFIED MAIL**
**& FAX  603-430-1926**

Lincoln Life Assurance Company of Boston Disability and Life Claims
**Attn: Mary Avrett**
PO Box 2578
Omaha NE 68172-9688

Re:   **Claimant: Katonia Lee**
      **Claim #: 8892419**
      **Walmart, Inc.**
      **Long-Term Disability (LTD) Benefits**

**REQUEST FOR COPY OF ADMINISTRATIVE RECORD**
**& ALL RELEVANT PLAN DOCUMENTS**

Dear Ms. Avrett,

I represent Katonia Lee in connection with a denial of benefits for long-term, short-term, and/or waiver of premium benefits. Please do not initiate contact with my client except through me, including any contact by telephone, postal mail or electronic means, including contact through insurer claim portals. This will further serve as a revocation of any and all previous consent for contact.

We request a copy of the entire administrative claims file to date, including, but not limited to the following, including all data or information that exists in electronic or digital form.

1.   All governing plan documents, including, but not limited to, the summary plan description, the plan itself, **and any and all policies of insurance covering the plan**.

2.   All documents that are "relevant" to the claim in question within the meaning of 29 C.F.R. §2560.503-1(m)(8). **This includes, by statute, not only documents "relied upon" in making a benefit determination, but also all documents "submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record or other information was relied upon in making the benefit determination."**

3.   The entire claim file including, but not limited to, any applications, correspondence, handwritten notes, any and all surveillance, e-mails, activity logs, medical or physician reports and records, vocational reports, evaluation notes and any and all commentary by any employee or person contracted by you or claimant or claimant's employer or any other person or entity regarding the claim, job descriptions from the employer, any other investigatory materials, correspondence by and between anyone else involved with this claim such as reviewers, consultants, employer and claimant, documentation setting forth the qualifications of any individual involved in rendering a decision or participating in the rendering of a

**Lincoln/Lee 0114**

decision in this matter, copies of criteria, protocols, rules or directives as to the evaluation of claims for insurance benefits (for example, claim manual and/or training materials).

4. Curriculum vitae for any physician or other consultant who played any part in the evaluation of this claim.

5. A copy of the audio recording and a transcript of each telephone conversation between the claimant or any representative of the insurer or Claims Administrator of Plan Administrator of the Plan. (See attached June 14, 2021 information letter from the United States Department of Labor declaring "relevant" information that must be produced under ERISA claims regulations.)

**Please email claim file to support@jpricemcnamara.com or mail to 10455 Jefferson Hwy., Suite 2B, Baton Rouge, LA 70809.**

If we do not receive timely (30 days) production of the above documents and audio recordings, we will seek statutory penalties.

### INSTRUCTIONS FOR ALL BENEFIT PAYMENTS

**Pursuant to our representation agreement with our client, all payments made to our client are to be made payable to the client and J. Price McNamara. Please mail all payments to 10455 Jefferson Highway, Ste. 2B, Baton Rouge, LA 70809. Our Tax ID Number is 72-1384876.**

**Strict compliance with this request is required by law until further written notice from this office. Failure to comply with this request will be considered intentional interference with contractual rights, resulting in appropriate legal response.**

\*\*Please confirm your receipt of this by fax or email.

With kind regards, I remain

Sincerely,

*Price McNamara*

J. Price McNamara
Law Offices of J. Price McNamara

JPM/cec
Enclosure

**Lincoln/Lee 0115**

**U.S. Department of Labor**         Employee Benefits Security Administration
                                     Washington, D.C. 20210



June 14, 2021

Cassie Springer Ayeni
President and Managing Attorney
Springer Ayeni, A Professional Law Corporation
4319 Piedmont Ave., 2nd Fl.
Oakland, CA 94611

Dear Ms. Springer Ayeni:

This responds to your inquiry regarding the claims procedure requirements under section 503 of Title I of the Employee Retirement Income Security Act of 1974, as amended (ERISA). In particular, you ask whether ERISA section 503 and the Department of Labor's implementing claims procedure regulation at 29 CFR 2560.503-1 require the responsible plan fiduciary to provide, upon a claimant's request, a copy of an audio recording and transcript of a telephone conversation between the claimant and a representative of the plan's insurer relating to an adverse benefit determination.

You are seeking guidance because you represent a claimant whose request for such a recording was denied. You indicate that the stated reasons for denial of the request for the audio recording are that the actual recording is distinct from the notes made available to you, which contemporaneously documented the content of the recorded conversation, and which became part of the "claim activity history through which [the insurer] develops, tracks and administers the claim." By contrast, the denial stated that the "recordings are for 'quality assurance purposes,'" and "are not created, maintained, or relied upon for claim administration purposes, and therefore are not part of the administrative record."

The Department may, when deemed appropriate and in the best interest of sound administration of ERISA, issue information letters calling attention to established principles under ERISA, even though an advisory opinion was requested. ERISA Procedure 76-1, section 5 (41 Fed. Reg. 36281 (Aug. 27, 1976)). We determined that it is appropriate to respond in the form of an information letter, the effect of which is described in section 11 of ERISA Procedure 76-1.

ERISA section 503 requires every employee benefit plan to "afford a reasonable opportunity to any participant whose claim for benefits has been denied for a full and fair review by the appropriate named fiduciary of the decision denying the claim." The Department's implementing regulations require employee benefit plans to "establish and maintain reasonable procedures governing the filing of benefit claims, notification of benefit determinations, and appeal of adverse benefit determinations." 29 CFR 2560.503-1(b). The regulations further require that the claims procedures of a plan will not provide a reasonable opportunity for a full and fair review of a denied claim, unless, among other things, "the claims procedures provide that a claimant shall be provided, upon request . . . copies of, all documents, records, and other information relevant to the claimant's claim for benefits." 29 CFR 2560.503-1(h)(2)(iii).

**Lincoln/Lee 0116**

The regulation at 29 CFR 2560.503-1(m)(8) provides that, for this purpose, a document, record, or other information is "'relevant' to a claimant's claim" if the document, record, or other information:

> (i) was relied upon in making the benefit determination; (ii) was submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record, or other information was relied upon in making the benefit determination; (iii) demonstrates compliance with the administrative processes and safeguards required pursuant to paragraph (b)(5); or (iv) constitutes a statement of policy or guidance with respect to the plan concerning the denied treatment option or benefit for the claimant's diagnosis, without regard to whether such advice or statement was relied upon in making the benefit determination.

As subparagraph (ii) states, information is relevant to a claimant's claim if it "was ... generated in the course of making the benefit determination," even if it was not "relied upon in making the benefit determination." Consequently, for purposes of subparagraph (ii) it is immaterial whether information was "not created, maintained, or relied upon **for** claim administration purposes." (emphasis added).

Furthermore, with respect to a claim that a recording is not required to be disclosed because it was generated for quality assurance purposes, as noted above, subparagraph (iii) in 29 CFR 2560.503-1(m)(8) states, information is relevant for purposes of the disclosure requirement if it "demonstrates compliance with the administrative processes and safeguards required pursuant to paragraph (b)(5)."[1] Thus, the fact that a recording was made for quality assurance purposes would support it being subject to a disclosure request for relevant "documents, records, and other information" under 29 CFR 2560.503-1(h)(2)(iii).

Further, nothing in the regulation requires that "relevant documents, records, or other information" consist only of paper or written materials. Rather, in the preamble to recent amendments to 29 CFR. 2560.503-1, the Department recognized that an audio recording can be part of a claimant's administrative record. In responding to commenters' concerns that proposed amendment language would prohibit claimants from submitting audio evidence in support of their claim, the Department clarified that no limit was intended on the types of evidence claimants can submit. In its response, the Department listed "video, audio, or other electronic media" as types of evidence plans cannot refuse to accept. 81 Fed. Reg. at 92325 (Dec. 19, 2016).

In summary, a recording or transcript of a conversation with a claimant would not be excluded from the requirements under 29 CFR 2560.503-1 to disclose relevant "documents, records, and other information" merely because the plan or claims administrator does not include the recording or transcript in its administrative record; does not treat the recording or transcript as part of the claim activity history through which the insurer develops, tracks and administers the claim; or because the recording or transcript was generated for quality assurance purposes.

---

[1] The claims procedure regulation at 29 CFR 2560.503-1(b)(5) requires that, to be deemed reasonable, claims procedures must, among other things, "contain administrative processes and safeguards designed to ensure and to verify that benefit clam determinations are made in accordance with governing plan documents and that, where appropriate, the plan provisions have been applied consistently with respect to similarly situated claimants." In this connection, the Department has stated that "a plan must provide a claimant upon request after receiving an adverse benefit determination . . . any information that the plan has generated or obtained in the process of ensuring and verifying that, in making the particular determination, the plan complied with its own administrative processes and safeguards that ensure and verify appropriately consistent decision

Lincoln/Lee 0117

We hope this information is of assistance to you.

Sincerely,


Eric Berger
Acting Chief, Division of Coverage, Reporting and Disclosure
Office of Regulations and Interpretations

Lincoln/Lee 0118

# FILEVINE

## Fax Confirmation

**To:**  (603) 430-1926                    **From:**  (225) 201-8313

**Doc:**  Fax_Lee - Ltr to Lincoln Req LTD CF - 03-03-22_2022-03-03-1217-PST.pdf          **Pages:**  5

**Sent:**  March 3, 2022 12:17 PM PST            **Rec'd:**  March 3, 2022 12:19 PM PST

**Lincoln/Lee 0119**

7/16/201

## William Michael Barreto, MD

*Work Experience*

| | |
|---|---|
| 3/2018 – Current | **Pain Management Associate Physician**<br>St. George Spine and Pain Institute<br>Offices: Visalia and Porterville, CA<br>Hospital Affiliation: Kaweah Delta Medical Center |
| 11/2013 – Current | **Physician Reviewer**<br>Maximus Federal Services<br>Pittsford, NY |
| 05/2009 – 6/2018 | **Pain Management Associate Physician**<br>Pain Medicine Associates<br>Offices: Long Beach, Fountain Valley, and Newport Beach CA<br>Hospital Affiliation: Hoag Hospital (Newport, Irvine, Orange<br>Coast Memorial Hospital, Long Beach Memorial Hospital |
| 12/2009 – Current | **Physician Advisor/Reviewer**<br>NMR Elite Physicians<br>(Workers compensation peer review group)<br>Rockford, IL |
| 11/2007 – 7/2009 | **Attending Physician, Physical Medicine and Rehabilitation**<br>Residency Clinic/Inpatient Rehabilitation<br>Jerry L. Pettis Memorial VA Hospital<br>Loma Linda, CA |
| 11/2006 – 12/2007 | **Founder/Co-medical Director**<br>Premier Medical Review<br>(CA Department of Workers Compensation peer review group)<br>Loma Linda, CA |
| 10/2004 – 9/2006 | **Assistant Medical Director**<br>Physician Based Medical Management<br>(CA Department of Workers Compensation peer review group)<br>Sherman Oaks, CA |

*Medical Training*

| | |
|---|---|
| 7/2008 – 6/2009 | **Loma Linda University Medical Center** |

**Lincoln/Lee 0120**

Loma Linda, CA
Pain Management Fellowship

| | |
|---|---|
| 7/2005 – 6/2007 | **Loma Linda University Medical Center** |
| 7/2003 – 6/2004 | Loma Linda, CA |
| | Residency in Physical Medicine & Rehabilitation |
| | |
| 7/2002 – 6/2003 | **Loma Linda University Medical Center** |
| | Loma Linda, CA |
| | Internship in Internal Medicine |

## Education

| | |
|---|---|
| 7/1998 – 6/2002 | **Loma Linda University School of Medicine** |
| | Loma Linda, CA |
| | Doctor of Medicine |
| | |
| 7/1993 – 6/1998 | **Pacific Union College** |
| | Angwin, CA |
| | B.S., Psychology |

## Committees

| | |
|---|---|
| 2012 – 2015 | **Confidential Line Committee** |
| | California Medical Board |
| | (Assist Physicians/Dentists with wellbeing/substance use issues) |
| | Sacramento, CA |
| | |
| 2008 – 2009 | **Department of Pain Management Steering Committee** |
| | Loma Linda University Medical Center |
| | Loma Linda, CA |
| | |
| 2007 – 2008 | **Department of Pain Management ACGME Site Review Committee** |
| | Loma Linda University Medical Center |
| | Loma Linda, CA |

## Presentations

| | |
|---|---|
| 5/2014 | **Integrative Health for Pain Relief Conference** |
| | **Chronic Use and Abuse: Pain Management** |
| | Hoag Hospital Irvine |
| | Irvine, CA |

**Lincoln/Lee 0121**

| | |
|---|---|
| 12/2011 | **Management of Acute Post-op Pain in the Chronic Pain Patient**<br>Hoag Hospital Irvine<br>Irvine, CA |
| 6/2010 | **Trigeminal Neuralgia Conference: Trigeminal Neuralgia a Pain Management Perspective**<br>Hoag Hospital Neurosciences Institute<br>Newport Beach, CA |
| 2002 – 2007 | **Lectures given during PM&R residency:** Kinesiology of the Spine; Kinesiology of the Shoulder; Evidence Based Medicine: A New Approach to Teaching the Practice of Medicine; Brain Cancer; Stroke; Traumatic Brain Injuries; Spinal Cord Injuries; Heterotopic Ossification; Therapeutic Modalities; Prosthetics; Physiology and Pathophysiology of the Limbic System; Case Control Studies; Median Neuropathies; Needle Insertion Activity, Endplate Noise and Fibrillation; Radiculopathies; Polyneuropathies; Brachial Plexopathies; AIDP; Motor Neuron Disease; Muscular Dystrophies; SSEP; Nerve Injury and Repair; Neuromuscular Junction Disorders; Kinesiology of the Hip; Plasticity and Regeneration in the Spinal Cord; Bladder Rounds |

## *Medical Licensure and Board Specialties*

| | |
|---|---|
| March 15, 2019 | Medical Board of Texas, License No. S0841, Exp. 5/31/21 |
| May 27, 2005 | Medical Board of California, License No. A91430, Exp. 3/31/21 |
| October 6, 2006 | DEA, License No. FB0014516, Exp. 7/31/21 |
| July 1, 2009 | Fellow American Board of Physical Medicine and Rehabilitation |
| September, 2009 | Subspecialty Certification in Pain Management |

## *References*

Available upon request

**Lincoln/Lee 0122**

3-Mar-2022  20:17    +12252018313                                    +16034301926                    p.1



**LAW OFFICES**

— OF —

**J. PRICE McNAMARA**

**J. PRICE McNAMARA**
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

**HOLDING INSURANCE COMPANIES TO THEIR PROMISES**

March 3, 2022

<u>SENT VIA CERTIFIED MAIL</u>
<u>& FAX  603-430-1926</u>

Lincoln Life Assurance Company of Boston Disability and Life Claims
**Attn: Mary Avrett**
PO Box 2578
Omaha NE 68172-9688

> Re:    **Claimant: Katonia Lee**
>         **Claim #: 8892419**
>         **Walmart, Inc.**
>         **Long-Term Disability (LTD) Benefits**
>
>         **REQUEST FOR COPY OF ADMINISTRATIVE RECORD**
>         **& ALL RELEVANT PLAN DOCUMENTS**

Dear Ms. Avrett,

I represent Katonia Lee in connection with a denial of benefits for long-term, short-term, and/or waiver of premium benefits. Please do not initiate contact with my client except through me, including any contact by telephone, postal mail or electronic means, including contact through insurer claim portals. This will further serve as a revocation of any and all previous consent for contact.

We request a copy of the entire administrative claims file to date, including, but not limited to the following, including all data or information that exists in electronic or digital form.

1.    All governing plan documents, including, but not limited to, the summary plan description, the plan itself, **and any and all policies of insurance covering the plan**.

2.    All documents that are "relevant" to the claim in question within the meaning of 29 C.F.R. §2560.503-1(m)(8). **This includes, by statute, not only documents "relied upon" in making a benefit determination, but also all documents "submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record or other information was relied upon in making the benefit determination."**

3.    The entire claim file including, but not limited to, any applications, correspondence, handwritten notes, any and all surveillance, e-mails, activity logs, medical or physician reports and records, vocational reports, evaluation notes and any and all commentary by any employee or person contracted by you or claimant or claimant's employer or any other person or entity regarding the claim, job descriptions from the employer, any other investigatory materials, correspondence by and between anyone else involved with this claim such as reviewers, consultants, employer and claimant, documentation setting forth the qualifications of any individual involved in rendering a decision or participating in the rendering of a

**Lincoln/Lee 0123**

decision in this matter, copies of criteria, protocols, rules or directives as to the evaluation of claims for insurance benefits (for example, claim manual and/or training materials).

4.   Curriculum vitae for any physician or other consultant who played any part in the evaluation of this claim.

5.   A copy of the audio recording and a transcript of each telephone conversation between the claimant or any representative of the insurer or Claims Administrator of Plan Administrator of the Plan. (See attached June 14, 2021 information letter from the United States Department of Labor declaring "relevant" information that must be produced under ERISA claims regulations.)

**Please email claim file to support@jpricemcnamara.com or mail to 10455 Jefferson Hwy., Suite 2B, Baton Rouge, LA 70809.**

If we do not receive timely (30 days) production of the above documents and audio recordings, we will seek statutory penalties.

**INSTRUCTIONS FOR ALL BENEFIT PAYMENTS**

**Pursuant to our representation agreement with our client, all payments made to our client are to be made payable to the client and J. Price McNamara. Please mail all payments to 10455 Jefferson Highway, Ste. 2B, Baton Rouge, LA 70809. Our Tax ID Number is 72-1384876.**

**Strict compliance with this request is required by law until further written notice from this office. Failure to comply with this request will be considered intentional interference with contractual rights, resulting in appropriate legal response.**

**Please confirm your receipt of this by fax or email.

With kind regards, I remain

Sincerely,

J. Price McNamara
Law Offices of J. Price McNamara

JPM/cec
Enclosure

**Lincoln/Lee 0124**

3-Mar-2022  20:18    +12252018313                                          +16034301926                    p.3

**U.S. Department of Labor**            Employee Benefits Security Administration
                                        Washington, D.C.  20210



June 14, 2021

Cassie Springer Ayeni
President and Managing Attorney
Springer Ayeni, A Professional Law Corporation
4319 Piedmont Ave., 2nd Fl.
Oakland, CA 94611

Dear Ms. Springer Ayeni:

This responds to your inquiry regarding the claims procedure requirements under section 503 of Title I of the Employee Retirement Income Security Act of 1974, as amended (ERISA).  In particular, you ask whether ERISA section 503 and the Department of Labor's implementing claims procedure regulation at 29 CFR 2560.503-1 require the responsible plan fiduciary to provide, upon a claimant's request, a copy of an audio recording and transcript of a telephone conversation between the claimant and a representative of the plan's insurer relating to an adverse benefit determination.

You are seeking guidance because you represent a claimant whose request for such a recording was denied.  You indicate that the stated reasons for denial of the request for the audio recording are that the actual recording is distinct from the notes made available to you, which contemporaneously documented the content of the recorded conversation, and which became part of the "claim activity history through which [the insurer] develops, tracks and administers the claim."  By contrast, the denial stated that the "recordings are for 'quality assurance purposes,'" and "are not created, maintained, or relied upon for claim administration purposes, and therefore are not part of the administrative record."

The Department may, when deemed appropriate and in the best interest of sound administration of ERISA, issue information letters calling attention to established principles under ERISA, even though an advisory opinion was requested.  ERISA Procedure 76-1, section 5 (41 Fed. Reg. 36281 (Aug. 27, 1976)).  We determined that it is appropriate to respond in the form of an information letter, the effect of which is described in section 11 of ERISA Procedure 76-1.

ERISA section 503 requires every employee benefit plan to "afford a reasonable opportunity to any participant whose claim for benefits has been denied for a full and fair review by the appropriate named fiduciary of the decision denying the claim."  The Department's implementing regulations require employee benefit plans to "establish and maintain reasonable procedures governing the filing of benefit claims, notification of benefit determinations, and appeal of adverse benefit determinations."  29 CFR 2560.503-1(b).  The regulations further require that the claims procedures of a plan will not provide a reasonable opportunity for a full and fair review of a denied claim, unless, among other things, "the claims procedures provide that a claimant shall be provided, upon request . . . copies of, all documents, records, and other information relevant to the claimant's claim for benefits."  29 CFR 2560.503-1(h)(2)(iii).

PAGE 3/5 * RCVD AT 3/3/2022 3:17:23 PM [Eastern Standard Time] * SVR:VA1PWFAX201/3 * DNIS:6034301926 * CSID:+16034301926 * ANI:12252018313 * DURATION (mm-ss):01-51

**Lincoln/Lee 0125**

The regulation at 29 CFR 2560.503-1(m)(8) provides that, for this purpose, a document, record, or other information is "'relevant' to a claimant's claim" if the document, record, or other information:

> (i) was relied upon in making the benefit determination; (ii) was submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record, or other information was relied upon in making the benefit determination; (iii) demonstrates compliance with the administrative processes and safeguards required pursuant to paragraph (b)(5); or (iv) constitutes a statement of policy or guidance with respect to the plan concerning the denied treatment option or benefit for the claimant's diagnosis, without regard to whether such advice or statement was relied upon in making the benefit determination.

As subparagraph (ii) states, information is relevant to a claimant's claim if it "was ... generated in the course of making the benefit determination," even if it was not "relied upon in making the benefit determination." Consequently, for purposes of subparagraph (ii) it is immaterial whether information was "not created, maintained, or relied upon **for** claim administration purposes." (emphasis added).

Furthermore, with respect to a claim that a recording is not required to be disclosed because it was generated for quality assurance purposes, as noted above, subparagraph (iii) in 29 CFR 2560.503-1(m)(8) states, information is relevant for purposes of the disclosure requirement if it "demonstrates compliance with the administrative processes and safeguards required pursuant to paragraph (b)(5)."[1] Thus, the fact that a recording was made for quality assurance purposes would support it being subject to a disclosure request for relevant "documents, records, and other information" under 29 CFR 2560.503-1(h)(2)(iii).

Further, nothing in the regulation requires that "relevant documents, records, or other information" consist only of paper or written materials. Rather, in the preamble to recent amendments to 29 CFR, 2560.503-1, the Department recognized that an audio recording can be part of a claimant's administrative record. In responding to commenters' concerns that proposed amendment language would prohibit claimants from submitting audio evidence in support of their claim, the Department clarified that no limit was intended on the types of evidence claimants can submit. In its response, the Department listed "video, audio, or other electronic media" as types of evidence plans cannot refuse to accept. 81 Fed. Reg. at 92325 (Dec. 19, 2016).

In summary, a recording or transcript of a conversation with a claimant would not be excluded from the requirements under 29 CFR 2560.503-1 to disclose relevant "documents, records, and other information" merely because the plan or claims administrator does not include the recording or transcript in its administrative record; does not treat the recording or transcript as part of the claim activity history through which the insurer develops, tracks and administers the claim; or because the recording or transcript was generated for quality assurance purposes.

---

[1] The claims procedure regulation at 29 CFR 2560.503-1(b)(5) requires that, to be deemed reasonable, claims procedures must, among other things, "contain administrative processes and safeguards designed to ensure and to verify that benefit claim determinations are made in accordance with governing plan documents and that, where appropriate, the plan provisions have been applied consistently with respect to similarly situated claimants." In this connection, the Department has stated that "a plan must provide a claimant upon request after receiving an adverse benefit determination . . . any information that the plan has generated or obtained in the process of ensuring and verifying that, in making the particular determination, the plan complied with its own administrative processes and safeguards that ensure and verify appropriately consistent decision making in accordance with the plan's terms." 65 Fed. Reg. at 70252 (Nov. 21, 2000).

2

**Lincoln/Lee 0126**

We hope this information is of assistance to you.

Sincerely,


Eric Berger
Acting Chief, Division of Coverage, Reporting and Disclosure
Office of Regulations and Interpretations

3

**Lincoln/Lee 0127**



**Lincoln Financial Group**
Group Protection

Jason E. Miller, Ed.M., CRC, F/ABVE
Senior Vocational Consultant

## TRANSFERABLE SKILLS ANALYSIS

| | |
|---|---|
| **Associate Name:** | Katonia Lee |
| **Claim Number:** | 8892419 |
| **Appeals Review Consultant:** | Mary Avrett |
| **Employer:** | Walmart, Inc. |
| **Biweekly Pre-Disability Earnings:** | $1,900.09 |
| **Biweekly Benefit Amount:** | $1.140.05 |
| **Date of Report:** | 12/06/21 |

A Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess the Insured's transferable skills to determine if alternative occupations exist in the national economy.

### RESOURCES / DOCUMENTATION UTILIZED:

- Job Description
- Training, Education & Experience (TE&E) Form
- 05/06/21 Transferable Skills Analysis
- Dictionary of Occupational Titles (DOT)

### RESTRICTIONS / LIMITATIONS:

I have been asked to base this review on the claimant's restrictions and limitations per a peer review completed by Rashmi Joshi, MD (Internal Medicine) on 11/11/21. They include:

- "Sit - frequently
- Stand occasionally
- Walk occasionally
- Reach at desk level - frequently with BUE
- Reach above shoulder, below waist - occasionally with BUE
- Fine Manipulation/Simple/Firm Grasp - Frequently with BUE
- Lift/Carry/Push/Pull - up to 10 Lbs occasionally
- Climb Stairs - occasionally
- Climb Ladders - never
- Balance - occasionally

**Lincoln/Lee 0138**

- Stoop - never
- Kneel - never
- Crawl - never
- See - constantly
- Hear - constantly
- Use Lower Extremities (foot controls) – occasionally"

**EDUCATION & TRAINING:**

| | |
|---|---|
| • Education: | HS Diploma; One year of college |
| • Certifications / Licensure: | None |
| • Computer Skills: | E-mail; Internet; Word Processing |

**WORK HISTORY:**

| DOT Code | Occupation Title | Years Performed | Strength Level |
|---|---|---|---|
| 185.167-046 | Manager, Retail Store | 12 | Light |
| 185.137-010 | Manager, Fast Food Services | 5 | Light |

**TRANSFERABLE SKILLS:**

Applying math skills to read and interpret business reports and records; analyzing and interpreting administrative policy and procedure; planning and organizing work of others; making decisions based on business reports or similar data; speaking and writing clearly; keeping records and inventorying stock; and dealing tactfully and courteously with the public, employees, or government officials.

**PROFILE ADJUSTMENTS:**

| | |
|---|---|
| • General Educational Development: | No adjustments performed. |
| • Strength: | Adjusted to sedentary based on restrictions/limitations. Post-hoc analysis was conducted to factor in sitting, standing, and walking restrictions and limitations above. |
| • Physical: | Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to unknown. Post-hoc analysis was conducted to factor in planar reaching restrictions and limitations above. |
| • Environmental: | Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to unknown. |
| • Noise: | Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to very loud. |
| • Aptitudes: | No adjustments performed. |
| • Situations: | 1. Performing repetitive or short-cycle work adjusted to yes based on need to fill in for staff during shortages. |

2

**Lincoln/Lee 0139**

| | | |
|---|---|---|
| | 2. | Working under specific instructions adjusted to yes based on need to follow supervisory instruction. |
| • Data: | 1. | Analyzing adjusted to yes based on need to understand company, customer, and employee needs, act on, and record information about, same. |
| | 2. | Compiling adjusted to yes based on need to understand company, customer, and employee needs, act on, and record information about, same. |
| | 3. | Computing adjusted to yes based on need to understand company, customer, and employee needs, act on, and record information about, same. |
| | 4. | Copying adjusted to yes based on need to understand company, customer, and employee needs, act on, and record information about, same. |
| | 5. | Comparing adjusted to yes based on need to understand company, customer, and employee needs, act on, and record information about, same. |
| • People: | 1. | Instructing adjusted to yes based on need to advice and teach staff. |
| | 2. | Serving adjusted to yes based on need to tend to the needs of customers. |
| | 3. | Taking instructions-helping adjusted to yes based on need to follow supervisory instruction. |
| • Things: | 1. | Manipulating adjusted to yes based on need to work with product, as well as clerical objects and equipment. |

**SUMMARY:**

This Transferable Skills Analysis identified occupations within the Insured's physical abilities and identified skill level.

Examples of occupations identified based on the national economy labor market and the Insured's ability profile analysis include:

| DOT Code | Occupation Title | Strength Level | Biweekly Wage* |
|---|---|---|---|
| 249.137-026 | Supervisor, Order Takers | Sedentary | $2,248 |
| 379.367-010 | Surveillance System Monitor | Sedentary | $1,357 |
| 237.367-022 | Information Clerk | Sedentary | $1,197 |

*\* Wage information is based on median 2020 national data from the Bureau of Labor Statistics*

*Note: occupations listed above verified through a review of physical demands from ERI **and/or** a review of material and substantial functions for sitting, standing, walking and reaching restrictions and limitations above. The remaining occupations listed in the prior review could either not be independently verified for planar reaching requirements or were no longer viable given the capacities outlined above.*

3

**Lincoln/Lee 0140**

I have not met with the Insured for the purpose of this review. All opinions are based on a review of medical records and resources listed only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance with this file.

Respectfully submitted,


*Electronically Signed*


Jason E. Miller, Ed.M., CRC, F/ABVE
Board Certified Vocational Expert
Certified Rehabilitation Counselor
Certified ADA Administrator
Senior Vocational Consultant
Group Protection
Lincoln Financial Group

4

**Lincoln/Lee 0141**

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|---|---|---|---|---|---|---|---|---|---|
| 185.167-046 | Manager, Retail Store | 7 | 12 | 0 | Y | N | N | L | 11.11.05 |
| 185.137-010 | Manager, Fast Food Services | 5 | 5 | 0 | Y | N | N | L | 11.11.04 |

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

|  | Changed From | Changed To |
|---|---|---|
| **Specific Vocational Preparation** | | |
| Maximum | 7 (2 to 4 years) | No Change |
| Minimum | 5 (6 months to 1 year) | 1 (Short demo only) |

**General Educational Development**

| | Changed From | Changed To |
|---|---|---|
| Reasoning | 4 Grades 9-12 | No Change |
| Mathematics | 4 Grades 9-12 | No Change |
| Language | 4 Grades 9-12 | No Change |

**Physical Demands**

| | | Changed From | Changed To |
|---|---|---|---|
| Strength | Maximum | L  Light | S  Sedentary |
| | Minimum | L  Light | S  Sedentary |
| Climbing | | Never | No Change |
| Balancing | | Never | Occasionally |
| Stooping | | Never | No Change |
| Kneeling | | Never | No Change |
| Crouching | | Never | Unknown |
| Crawling | | Never | No Change |
| Reaching | | Frequently | Unknown |
| Handling | | Frequently | No Change |
| Fingering | | Frequently | No Change |
| Feeling | | Never | Frequently |
| Talking | | Frequently | Unknown |
| Hearing | | Frequently | Constantly |
| Tasting/Smelling | | Never | Unknown |
| Near Acuity | | Frequently | Constantly |
| Far Acuity | | Never | Constantly |
| Depth Perception | | Never | Constantly |
| Accommodation | | Frequently | Constantly |
| Color Vision | | Never | Constantly |
| Field of Vision | | Never | Constantly |

**Environmental Conditions**

| | Changed From | Changed To |
|---|---|---|
| Exposure to Weather | Never | Unknown |
| Extreme Cold | Never | Unknown |
| Extreme Heat | Never | Unknown |
| Wet and/or Humid | Never | Unknown |
| Vibration | Never | Unknown |
| Atmospheric Conditions | Never | Unknown |
| Proximity to Moving Mechanical Parts | Never | Unknown |
| Exposure to Electrical Shock | Never | Unknown |
| Working in High Exposed Places | Never | Unknown |
| Exposure to Radiation | Never | Unknown |
| Working with Explosives | Never | Unknown |
| Exposure to Toxic or Caustic Chemicals | Never | Unknown |
| Other Environmental Conditions | Never | Unknown |
| Noise Intensity Level | Moderate | Very Loud |

**Lincoln/Lee 0142**

**DOT Aptitudes**

| | | |
|---|---|---|
| General Learning Ability | 2 (67-89 Percentile) | No Change |
| Verbal Aptitude | 2 (67-89 Percentile) | No Change |
| Numerical Aptitude | 3 (34-66 Percentile) | No Change |
| Spatial Aptitude | 4 (11-33 Percentile) | No Change |
| Form Perception | 3 (34-66 Percentile) | No Change |
| Clerical Aptitude | 3 (34-66 Percentile) | No Change |
| Motor Coordination | 4 (11-33 Percentile) | No Change |
| Finger Dexterity | 4 (11-33 Percentile) | No Change |
| Manual Dexterity | 4 (11-33 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | No Change |
| Color Discrimination | 5 (Below 11 Percentile) | No Change |

**Work Situations (Temperaments)**

| | | |
|---|---|---|
| Directing, Controlling, Planning | Yes | No Change |
| Performing Repetitive Work | No | Yes |
| Influencing People | No | No Change |
| Performing a Variety of Duties | Yes | No Change |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | No | No Change |
| Attaining Precise Limits/Tolerances | No | No Change |
| Following  Specific Instructions | No | Yes |
| Dealing with People | Yes | No Change |
| Making Judgments and Decisions | Yes | No Change |

**Work Functions - Data**

| | | |
|---|---|---|
| 0 Synthesizing | No | No Change |
| 1 Coordinating | Yes | No Change |
| 2 Analyzing | No | Yes |
| 3 Compiling | No | Yes |
| 4 Computing | No | Yes |
| 5 Copying | No | Yes |
| 6 Comparing | No | Yes |

**Work Functions - People**

| | | |
|---|---|---|
| 0 Mentoring | No | No Change |
| 1 Negotiating | No | No Change |
| 2 Instructing | No | Yes |
| 3 Supervising | Yes | No Change |
| 4 Diverting | No | No Change |
| 5 Persuading | No | No Change |
| 6 Speaking-Signaling | Yes | No Change |
| 7 Serving | No | Yes |
| 8 Taking Instructions-Helping | No | Yes |

**Work Functions - Things**

| | | |
|---|---|---|
| 0 Setting Up | No | No Change |
| 1 Precision Working | No | No Change |
| 2 Operating-Controlling | No | No Change |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | No | Yes |
| 5 Tending | No | No Change |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | Yes | No Change |

6

**Lincoln/Lee 0143**

**VOC Suite**

# VOCATIONAL CASE MANAGEMENT

## Transferable Skills Analysis

---

**PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING**

☑ JOB DESCRIPTION    (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)

☐ PHYSICAL JOB EVALUATION FORM (if available)

☑ UPDATED MEDICAL WITH CLEAR R&L'S        ☑ TRAINING-EDUCATION-EXPERIENCE FORM

☐ MANAGER APPROVAL (if required)        ☐ ATTORNEY INFO (if applicable)

---

FROM:    Mary Avrett                DATE:        Friday, December 3, 2021

## CLAIM BACKGROUND

---

Claimant Name:    KATONIA LEE            Claim Number:        8892419

☐ STD    ☑ FULLY INSURED            ( THRESHOLD $ )

☑ LTD    ☐ ASO    ☐ LIFE        Has MDS worked the claim?  ☑ YES  ☐ NO

Employer:  WALMART, INC.

Change In DEF. Date:    05/08/2021

Pre-Disability Earnings:    $1,900.09    /  B        Claim Service Type:    ADOP
                                          (mode)

---

**Document Locations**

☑ Document List        ☐ Correspondence        ☐ Paper File

---

**Case Manager's Recommendations / Reason For Referral:**

---

ARU TSA.  Please see review by IM dated 1111/21 in EDM.  $1140.05. paid bi weekly – C2 60%

---

DP 512

**Lincoln/Lee 0144**

TAHIR TELLIOGLU, MD
Board Certified General Psychiatry

December 2, 2021

CLAIMANT: LEE, KATONIA
DATE OF LOSS: 11/08/18
CLAIM NUMBER: 8892419
ECN NUMBER: 190824-2

**Records Received:**
I have been asked to review medical records on behalf of ECN, including the following:
Claim Information
04/15/2019-11/15/2021
Claim Information, 05/04/2019
Review, 11/11/2021
Clinical Review Mamo, 11/15/2021
Transferable Skills Analysis, 05/03/2021
Job Description, Undated
Legal documents
05/18/2021
09/07/2021
Claim Information
Call Log, 04/15/2019-10/27/2021
Provider List, 05/29/2019
Provider List, 08/04/2020
Signed Medical Authorization
Authorization For The Release of Protected Health Information, 08/04/2020
Authorization For The Release of Protected Health Information, 08/04/2020
Authorization For Release of Information, 04/12/2021
Activities Questionnaire, 05/29/2019
Claimant Statement, 05/29/2019
Employee Statement, 05/29/2019
Family Information Questionnaire, 06/17/2019
Claimant Statement, 08/04/2020

**Lincoln/Lee 0145**

Activities Questionnaire, 08/04/2020
Training-Education-Experience Form, Undated
Training-Education-Experience Form, Undated
Prior Reports IME and Peer
ICP Memo, 05/01/2021
ICP Memo, 09/17/2021
ICP Memo. 09/17/2021
Medical Record Review, 10/04/2021
Medical Record Review, 10/04/2021
Clinical Review Memo, 10/27/2021
ICP Memo, Undated
CT, Abdomen/Pelvis, 11/08/2018
X-Ray, Chest, 11/08/2018
X-Ray, Chest, 11/08/2018
Ultrasound, Liver, 11/09/2018
X-Ray, Chest, 11/09/2018
X-Ray, Chest, 11/10/2018
CT, Abdomen/Pelvis, 11/12/2018
CT, Abdomen/Pelvis, 12/17/2018
Ultrasound, Liver, 01/21/2019
Progress NT, 11/07/2018
Discharge Summary, 11/07/2018
OV, 11/08/2018
EGD RPT, 11/08/2018
OV, 11/08/2018
Pathology RPT, 11/08/2018
OV, 11/08/2018
Labs, 11/08/2018
OV, 11/08/2018
OV, 11/08/2018
Labs, 11/09/2018
Procedure NT, 11/09/2018
Labs, 11/10/2018
Pathology RPT, 11/12/2018
Nerve Test, 11/14/2018
Discharge Instruction, 11/16/2018
Discharge Summary, 11/16/2018
Labs, 11/16/2018
Attending Physician Statement, 11/27/2018
Follow Up, 12/04/2018

2

**Lincoln/Lee 0146**

OV, 12/04/2018

Labs, 12/06/2018

OV, 12/18/2018

Order, 12/19/2018

Procedure RPT, 12/26/2018

OV, 01/19/2019

OV, 01/19/2019

Discharge Summary, 01/19/2019

Labs, 01/20/2019

Discharge Summary, 01/21/2019

Labs, 01/21/2019

After Visit Summary, 02/18/2019

After Visit Summary, 03/11/2019

After Visit Summary, 04/01/2019

ED NT, 04/07/2019

After Visit Summary, 04/22/2019

Discharge Instruction, 04/22/2019

Nursing Memorandum, 08/21/2019

OV, 03/06/2020

OV, 07/10/2020

Restriction Form, 07/21/2020

Follow Up, 08/10/2020

Labs, 08/10/2020

Follow Up, 08/10/2020

Labs, 08/19/2020

Labs, 08/19/2020

Labs, 08/19/2020

Labs, 08/19/2020

Labs, 08/19/2020

Medication List, 08/24/2020

Labs, 08/24/2020

Restrictions Form, 10/06/2020

Nursing Memorandum, 11/09/2020

Follow Up, 04/05/2021

Labs, 04/05/2021

Labs, 04/05/2021

OV, 04/05/2021

Transferable Skills Analysis, 05/06/2021

Nursing Memorandum, 09/30/2021

BRMH Medical Surgical Unit, 01/22/2019–02/26/2019

3

**Lincoln/Lee 0147**

HGVC Hematology Oncology, 02/13/2019–07/15/2019
BRCC Hematology Oncology, 08/20/2019–12/31/2019
BRCH Laboratory Draw Station, 03/06/2020–03/12/2021
BRCH Infusion, 04/03/2021–07/09/2021
Medication List, Undated
Work Status, Undated
OV, Undated

### Phone Consult:

On 11/19/21 at 4:00 pm EST, I called Dr. Larzelere at (504) 842-0586. I left a voicemail message.

On 11/22/21 at 3:40 pm EST, I called Dr. Larzelere at (504) 842-0586. I left a voicemail message.

Attached to this report is the requested Lincoln Opinion Letter with questions for Dr. Larzelere, as attempts to conduct a peer-to-peer discussion were not successful.  However, no fax number was provided and when I called, the voice answering message did not provide an option to obtain a fax number.  Therefore, I am providing the letter for the Client to determine if they wish to forward it to Dr. Larzelere on my behalf.

### Summary of Treatment/Case History:

The claimant is currently a 51-year-old female (DOB                 whose job title is as an Assistant Manager. The claimant has diagnosis of diffuse large B-cell lymphoma, unspecified site. All records have been reviewed.

From 11/07/18 through 05/06/21 the claimant was seen by Jones Shunte, M.D. (Emergency Medicine), Michael Bookhardt, M.D. (Family Medicine) and George Smith-Vaniz, M.D. (Gastroenterologist). The claimant was seen for gastrointestinal (GI) bleeding, upper back pain for several months, early satiety, weight loss, feeling depressed, nausea, vomiting, weight loss with abnormal CT scan, severe anemia, stress and feeling weak. The claimant signed a medical authorization of release of information on 04/12/21. Claim information from 04/15/19 through 10/27/21 was documented for review. Claim information from 04/15/19 through 10/27/21 was documented for review. The claimant signed a medical authorization for the release of protected health information on 08/04/20. The claimant had diagnoses of upper GI bleeding secondary to gastric bleeding with hemorrhagic shock/pancreatic versus gastric mass with compression of the inferior vena cava (IVC) and weight loss. The treatment plan included being admitted to the intensive care units (ICU), intravenous (IV) fluids, blood transfusion, H2

4

**Lincoln/Lee 0148**

blockers, when stable an esophagogastroduodenoscopy (EGD), and probable biopsy of the abdominal lesion.

On 06/30/21 the claimant was treated for diagnosis of diffuse large B-cell lymphoma and human immunodeficiency virus (HIV) associated.

Legal documents were documented on 05/18/21 and 09/07/21.

Integrated care provider memo (ICP) memo questions were documented on 09/17/21.

Per nursing memorandum from Lincoln Financial Group dated 09/30/21. The claimant was referred by her oncologist Dr. Kovtun for psychiatric evaluation. She was seen by Dr. Larzelere on 04/21/21 via telehealth visits. She was unable to adapt to disease and treatment, navigate bereavement, and insomnia. The claimant was friendly and cooperative during the exam. She appeared anxious, depressed and sad. She was tearful and was not cognitively impaired. She reported subjective difficulty with her attention span and concentration. The claimant self-reported anxiety and depression screening and scores suggested moderate anxiety and depression. She had unresolved stressors which included the death of her mother and aunt both of whom she was extremely close to. She had good coping skills focusing on her family and prayer. She did not spend time ruminating about misfortunes in the past few years. Her daily activities were limited by pain and additional symptoms included diminished interests, insomnia, fatigue, tearfulness and social isolation. Her depression was somewhat alleviated by her ability to help her father and spend time with her family. She reported feeling nervous, and on edge. She had uncontrollable worry about her illness, pain, activity level, children and finances. She had excess worry that interfered with her enjoyment. She reported lifelong anxiety and was restless and irritable. She denied generalized anxiety and had no social phobias. She reported she could not sleep without the medication Ambien and had been taking it for two years. She was interested in restarting antidepressant medication and was eventually prescribed Effexor. Her diagnoses were ultimately noted to be adjustment disorder with mixed anxiety and depression. The claimant had a follow up on 05/19/21 with Dr. Larzelere. Her presentation was consistent with the prior visit. She reported she had a significant increase in anxiety and depression since her last visit. She was worried her pain would never be under control and she would never return to normal functioning. The claimant reported activities of daily living and driving were noted to be difficult. The focus was on cognitive behavioral interventions to help her with sleep, her stressors related to her diagnoses and treatment. She self-reported that symptoms were increased in severity. The last record on file by Dr. Larzelere was from 06/25/21. The claimant was engaged in behavior modifying psychotherapy. She reported less tearful periods using Effexor. She was able to sleep five to six hours per night with Ambien. She was worried over her physical condition and if she would ever return to normal; the concept of a new normal was discussed. Social isolation and depressive symptoms

5

**Lincoln/Lee 0149**

were noted. She reported fatigue, memory and concentration issues. She was fearful and nervous. The plan was for the claimant to be seen by psychiatry for medication evaluation to target depression, anxiety, grief and insomnia. The claimant submitted an affidavit dated 07/01/21 and 07/31/21 which indicated she had begun what appeared to be an increase in her Effexor dose. She indicated that when she took Ambien and the HIV medication, Biktarvy, she could not perform adequately. Her thinking was clouded which lead to errors. She had an inability to focus and keep pace. She was slower doing her activities of daily living. Focus was limited to no more than ten minutes when engaging with family and friends. She reported depression related thinking to include rumination on things she was no longer physically able to do. From a cognitive perspective, while the medications noted could cause some deficits, there was no clinical evaluation of cognition and concentration in the records. It was noted the claimant had been on Ambien for a least two years. Ambien was not intended to be used for an extended period. Typically, the Ambien is only prescribed for 4-6 weeks. It was not recommended for an individual to drive the day after taking Ambien. She reported activities of her daily living look her longer to do. The claimant had chronic pain which was certainly a contributing factor. The records were insufficient to determine to what extent her depression and anxiety could be contributing to inability to complete activities of daily living satisfactorily. She had some improvement in her depressive symptoms with the utilization of antidepressant medication. The records indicated that she could engage with family and, to an extent, with friends. Monthly therapy visits did not indicate severe level of clinical concern. The records did not describe a severity of symptoms that would support the presence of global functional impairment from a behavioral health diagnosis that required sustained restrictions and limitations as of 05/09/21.

A medical record review was documented on 10/04/21.

A clinical review memo was documented on 10/27/21.

Lab results were documented on 06/09/21.

Problem lists were documented on 04/03/21, 04/05/21, 04/06/21, 04/07/21, 04/12/21, 04/21/21, 04/23/21, 04/27/21, 04/30/21, 05/02/21, 05/03/21, 05/04/21, 05/05/21, 05/14/21, 05/19/21, 05/24/21, 05/25/21, 05/27/21, 05/28/21, 05/29/21, 06/01/21, 06/02/21, 06/03/21, 06/04/21, 06/08/21, 06/09/21, 06/10/21, 06/11/21, 06/14/21, 06/15/21, 06/17/21, 06/18/21, 06/19/21, 06/21/21, 06/22/21, 06/23/21, 06/24/21, 06/25/21, 06/28/21, 06/30/21, 07/02/21, 07/06/21, and 07/09/21.

A peer review by Rashmi Joshi, M.D. (Internal Medicine) was documented on 11/11/21.

A clinical review memo questions were documented on 11/15/21.

6

**Lincoln/Lee 0150**

An undated training education form was documented.

An undated training form was documented.

An undated ICP memo by Mary Ellen Dirlam, MD, PhD, FACP (Internal Medicine), was documented.

An undated medication list was documented.

An undated work status was documented by Dr. Smith-Vaniz which stated the claimant was unable to stand for long periods of time.

An undated office visit was documented. (Document was largely illegible due to poor scanning).

**Explanation of Findings:**

**1. What psychiatric diagnosis, per DSM V, is reasonably supported by the history and clinical presentation in the documentation provided?**

Not applicable. I have not determined that the claimant is/was impaired from a psychiatric perspective during the period of review .

Per documents reviewed, she has adjustment disorder with mixed anxiety and depression.

**2. Do the medical records provide evidence of impairment attributable to mental illness from 5/9/2021 to the present? If so, please describe how that translates into restrictions or limitations and for what period of time.**

Per the documents reviewed, the claimant is a 51-year-old female whose job title is an Assistant Manager. The claimant has diagnosis of diffuse large B-cell of lymphoma, unspecified site. It was questioned, from a psychiatric perspective, if there is any objective observable data in the records reviewed to support a psychiatric impairment or any need for restrictions or limitations in the work settings as of 05/09/21 to the present.

Documents prior to the review period indicate that she has been followed for medical conditions including gastrointestinal (GI) bleeding, upper back pain, early satiety, weight loss, nausea, vomiting, weight loss with abnormal CT scan, severe anemia, stress and feeling weak

7

**Lincoln/Lee 0151**

and depressed. She was diagnosed with diffuse large B-cell lymphoma and human immunodeficiency virus (HIV). She had uncontrollable worry about her illness, pain, activity level, children and finances. It was noted that she was unable to adapt to disease and treatment, navigate bereavement, and insomnia. She had unresolved stressors which included the death of her mother and aunt, both of whom she was extremely close to. On exams, she appeared anxious, depressed, sad, and tearful. She reported difficulty with her attention span and concentration. Her diagnoses were adjustment disorder with mixed anxiety and depression. The claimant had follow up appointments with Dr. Larzelere. The last record from this provider was from 06/25/21.

Despite the presence of multiple psychological stressors/symptoms, the clinical data does not offer convincing documentation of a psychiatric impairment. She reportedly has several medical conditions including diffuse large B-cell lymphoma and human immunodeficiency virus (HIV). She reports social stressors including worries about her illness, pain, activity level, children and finances. Her documented psychiatric symptoms are mainly self-reported and related to her stressors. There is insufficient elaboration of the extent of psychiatric symptoms and their impact on her work functioning. There is no evidence of quantified cognitive impairment. The claimant is receiving very limited mental health treatment which is not indicative of severe/impairing psychiatric condition. The frequency and intensity of psychiatric treatment is not consistent with the reported severity of symptoms sufficient to limit work activities.

Based on the medical facts from the available records, claim documentation, and any additional information obtained from the claimant's treating provider(s), from a psychiatric perspective there is insufficient objective observable data in the records reviewed to support a psychiatric impairment or any need for restrictions or limitations in the work settings as of 05/09/21 to the present.

Of note, the reviewer-physician never saw or assessed this claimant in person. Opinions submitted here were mainly made by the provided data collected from the reviewed medical records, and peer-to-peer conversations (if available). The final decision of disability is made by the disability /insurance company, but not by the reviewer(s).

**3. Are the severity and scope of the claimant's reported symptoms, consistent with the intensity and scope of treatment? Please provide medical evidence to support your answer.**

No. The severity and scope of the claimant's reported symptoms are not consistent with the intensity and scope of treatment. The claimant is receiving very limited mental health treatment that is not indicative of severe/impairing psychiatric condition.

8

**Lincoln/Lee 0152**

From a psychiatric perspective, it is expected that the claimant should be capable of performing the job activities while continuing the psychiatric assessments and treatments as planned in the outpatient settings.

**4. Please contact the treating provider to discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call. Please be sure to include the patient's name and purpose of call with any messages that are left for the treating provider. If AP contact is not successful, please send a letter to the treating provider outlining a summary of your assessment/findings and your questions for the treating provider.**

On 11/19/21 at 4:00 pm EST, I called Dr. Larzelere at (504) 842-0586. I left a voicemail message.

On 11/22/21 at 3:40 pm EST, I called Dr. Larzelere at (504) 842-0586. I left a voicemail message.

Attached to this report is the requested Lincoln Opinion Letter with questions for Dr. Larzelere, as attempts to conduct a peer-to-peer discussion were not successful.  However, no fax number was provided and when I called, the voice answering message did not provide an option to obtain a fax number.  Therefore, I am providing the letter for the Client to determine if they wish to forward it to Dr. Larzelere on my behalf.

**Conclusion:**
From a Psychiatric perspective, the claimant is able to work full time, 8 hours per day/40 hours per week without restrictions or limitations from 05/09/21 and forward.

---

**Reviewer Code:** 4759
This physician reviewer is board certified by the American Board of Psychiatry & Neurology in General Psychiatry. This reviewer is a member of the American Psychiatric Association, the American Society of Addiction Medicine and the Association for Medical Education and Research in Substance Abuse. This physician has been in active practice since 2001.

**Conflict of Interest Statement:**
This reviewer hereby certifies that he/she:

- Declares, under penalty of perjury, that the information contained in this report and its attachments, if any, is true and correct to the best of his/her knowledge and

9

**Lincoln/Lee 0153**

belief, except as to information that he/she has indicated was received from others. As to that information, this report accurately describes the information provided to him/her.

- Does not accept compensation for review activities that is dependent in any way on the specific outcome of the case;
- To the best of his/her knowledge, was not involved with the specific episode of care prior to referral of the case for review;
- To the best of his/her knowledge, has not had any prior involvement in the denial/appeal process for the case, regardless of whether the involvement was on behalf of any other peer review vendor;
- Has the scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review; and
- Has current, relevant experience and/or knowledge to render a determination for the case under the review;
- Does not have a material, familial, or financial conflict of interest regarding the referring entity; the insurance issuer or group health plan that is the subject of the review; the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure, or other therapy being recommended for the covered person whose treatment is the subject of the review;
- Was located in a state or territory of the United States when conducting this review

The written opinions conveyed herein represent the opinions of the physician reviewers and clinical advisors who reviewed the case. These case review opinions are provided pursuant to the recipient's request and in good faith, based on the medical records and information submitted to such reviewers for review, the published scientific medical literature, and other relevant information such as that available through federal agencies, institutes and professional associations. The health plan, organization or other party has requested and authorized this case review and clinician advisors have provided this case review pursuant to that request and authorization.  Unless otherwise expressly agreed in writing, the health plan, organization or other third party requesting or authorizing this review is responsible for policy interpretation, the final determination made regarding coverage, actual provision of coverage where applicable and/or eligibility for this case, and providing written notice of its determination to the patient/enrollee or their

10

**Lincoln/Lee 0154**

authorized representative and/or their treating provider, which shall include any information required by state and/or federal regulations.

11

**Lincoln/Lee 0155**



Exam Coordinators Network    A division of Genex Services, LLC

**Corporate Office**
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881

E-mail: info@ecnime.com    Web: www.ecnime.com

December 02, 2021        <u>UNABLE TO OBTAIN FAX NUMBER</u>

RE: Katonia Lee
CLAIM #: 8892419
ECN #: 190824-2
DATE OF LOSS: 11/8/2018
CASE TYPE: Long Term Disability
DATE OF BIRTH:

Dr. Larzelere
P: (504) 842-0586
F: No fax number provided or available on Phone answering message

Dear Dr. Larzelere:

This letter is to confirm that I am performing a record review regarding your patient Katonia Lee. My attempts to contact you were unsuccessful. Please see my opinion below:

*I have not determined that the claimant is/was impaired from a psychiatric perspective during the period of review . Per documents reviewed, she has adjustment disorder with mixed anxiety and depression.*

*Per the documents reviewed, the claimant is a 51-year-old female whose job title is an Assistant Manager. The claimant has diagnosis of diffuse large B-cell of lymphoma, unspecified site. It was questioned, from a psychiatric perspective, if there is any objective observable data in the records reviewed to support a psychiatric impairment or any need for restrictions or limitations in the work settings as of 05/09/21 to the present.*

*Documents prior to the review period indicate that she has been followed for medical conditions including gastrointestinal (GI) bleeding, upper back pain, early satiety, weight loss, nausea, vomiting, weight loss with abnormal CT scan, severe anemia, stress and feeling weak and depressed. She was diagnosed with diffuse large B-cell lymphoma and human immunodeficiency virus (HIV). She had uncontrollable worry about her illness, pain, activity level, children and finances. It was noted that she was unable to adapt to disease and treatment, navigate bereavement, and insomnia. She had unresolved stressors which included the death of her mother and aunt, both of whom she was extremely close to. On exams, she appeared anxious, depressed, sad, and tearful. She reported difficulty with her attention span and concentration. Her diagnoses were adjustment disorder with mixed anxiety and depression. The claimant had follow up appointments with Dr. Larzelere. The last record from this provider was from 06/25/21.*

*Despite the presence of multiple psychological stressors/symptoms, the clinical data does not offer convincing documentation of a psychiatric impairment. She reportedly has several medical*

Page **1** of **3**

**Lincoln/Lee 0156**



**Corporate Office**
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
**Toll Free: (877) 463-9463**
Local: (561) 922-5200
Fax: (561) 392-5881

E-mail: info@ecnime.com    Web: www.ecnime.com

*conditions including diffuse large B-cell lymphoma and human immunodeficiency virus (HIV). She reports social stressors including worries about her illness, pain, activity level, children and finances. Her documented psychiatric symptoms are mainly self-reported and related to her stressors. There is insufficient elaboration of the extent of psychiatric symptoms and their impact on her work functioning. There is no evidence of quantified cognitive impairment. The claimant is receiving very limited mental health treatment which is not indicative of severe/impairing psychiatric condition. The frequency and intensity of psychiatric treatment is not consistent with the reported severity of symptoms sufficient to limit work activities.*

*Based on the medical facts from the available records, claim documentation, and any additional information obtained from the claimant's treating provider(s), from a psychiatric perspective there is insufficient objective observable data in the records reviewed to support a psychiatric impairment or any need for restrictions or limitations in the work settings as of 05/09/21 to the present.*

**Questions:**

1. **What are the main obstacles preventing her ability to return to work?**

2. **Please advise if she receives regular psychiatric care, and if there is any change in treatment plans to improve her condition.**

3. **Does her condition require a higher level of psychiatric care, such as IOP/PHP?**

4. **Is there any substance use issue that may interfere with any of her functions at work?**

Agree:

_____
Signature and date

Comments:

_____

_____

_____

Page **2** of **3**

**Lincoln/Lee 0157**



Exam Coordinators Network    A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881

E-mail: info@ecnime.com    Web: www.ecnime.com

Disagree:

_____
Signature and date

If you disagree, please explain:

_____

_____

_____

**Please return within five (5) business days of receipt (12/09/2021). Please fax to:  Attention: 561-392-5881.**

*In the absence of a return communication, a decision will be made based on the information available in the file.*

Thank you in advance,

Sincerely,

Reviewer: TAHIR TELLIOGLU, MD
Specialty: PSYCHIATRY
License #: RI MD12140 Exp: 6/30/2022

**Lincoln/Lee 0158**

**From:**Staley, Sara <Sara.Staley@genexservices.com>
**Sent:**Thu, 2 Dec 2021 18:13:23 +0000
**To:**VendorReferrals
**Subject:**K. Lee Claim #8892419 secure
**Attachments:**message.html

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Due to its sensitivity, this message has been sent to you in a secured format.
**To view your message**
Save and open the attachment (message.html), and follow the instructions.
Sign in using the following email address: **Vendorreferrals@lfg.com**

This email and its contents are confidential and intended solely for the use of the addressee. Please notify the sender if you have received this email in error or simply delete it.

 Message encryption by Microsoft Office 365



**Lincoln/Lee 0159**



**ECN**
Exam Coordinators Network    A division of Genex Services, LLC

**Corporate Office**
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
**Toll Free: (877) 483-9463**
Local: (561) 922-5200
Fax: (561) 392-5881

E-mail: info@ecnime.com    Web: www.ecnime.com

| **Invoice:** | **BOCA 124130** | **Date** | **12/2/2021** |
|---|---|---|---|

*Bill To:*

**Mary Avrett**
**Lincoln Financial-London, KY**
**P.O. Box 7207**
**London, KY  40742**

| | |
|---|---|
| **Claim #** | 8892419 |
| **Date of Loss:** | 11/8/2018 |
| **ECN #** | 190824-2 |
| **Account #** | |

| **Claimant** | Katonia Lee |
|---|---|

| 11/17/2021 | Peer Review - Long Term Disability: Service Provider: Tahir Tellioglu, MD Specialty: Psychiatry | $1685.00 |
|---|---|---|

| | **SubTotal** | $1685.00 |
|---|---|---|

| | **Final Invoice Total** | $1685.00 |
|---|---|---|

*Remit To:*
Exam Coordinators Network
440 E. Swedesford Road
Suite 1000
Wayne, PA  19087

Terms:  Net 30 days
Tax Id #: 95-3327434

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS
SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

**Lincoln/Lee 0160**

**From:**ecn-no-reply@ecnime.com
**Sent:**16 Nov 2021 18:53:04 +0000
**To:**Avrett, Mary
**Subject:**Claim #8892419

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hello,

We have received the medical records for the above-referenced PR.

Thank you for the referral.

Have a great day!

ECN, a division of Genex
6111 Broken Sound Parkway NW
Suite 207
Boca Raton, FL 33487
1-877-463-9463

**Lincoln/Lee 0161**

**From:**Clinical Referral and Triage <Shelley.Plaisted@lfg.com>
**Sent:**Tue, 16 Nov 2021 13:12:17 +0000
**To:**Avrett, Mary
**Subject:**Urgent: Send Medicals to Peer Review Claim 8892419

Your referral for claim number 8892419 has been sent to an external vendor as no ICP is available to handle it

- Sent to Vendor: Exam Coordinators – ECN
- Email records to: legacy@ecnime.com

**Lincoln/Lee 0162**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Monday, November 15, 2021 4:17:06 PM |
| To: | SUPPORT@JPRICEMCNAMARA.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Walmart, Inc. Claim No. 8892419 Katonia Lee |
| Attachments: | hkbuxxuprlhwyrpakmzt_11625387.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Lee 0163**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1926

November 15, 2021

J. Price McNamara
Law Offices of J. Price McNamara
10455 JEFFERSON HIGHWAY, STE 2
BATON ROUGE, LA 70809

RE:    Long Term Disability (LTD) Benefits
       Walmart, Inc.
       Claim #: 8892419
       Claimant: Katonia Lee

Dear J. Price McNamara:

Lincoln National Life Insurance Company is responsible for managing claims for benefits under Walmart, Inc.'s LTD policy.

The purpose of this letter is to inform you we require additional time to render a determination on Ms. Lee's appeal. (Under the Employee Retirement Income Security Act of 1974 (ERISA), an appeal determination should be rendered within 45 days of receipt of the appeal, unless there are special circumstances which require a delay in making an appeal determination.  If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision.)

At this time, we need additional information which is necessary to render a full and fair determination on Ms. Lee's LTD appeal for benefits under the Policy.  Currently, we are awaiting a medical review.

We will make every effort to render a determination as soon as possible, but no later than December 30, 2021.

If you have any questions regarding this matter, please contact me.

Sincerely,

Mary Avrett
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 16371
Secure Fax No.: (603) 430-1926

1  of  1

**Lincoln/Lee 0164**

**Clinical Review Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| WALMART, INC. | KATONIA LEE | 8892419 |

| | | | |
|---|---|---|---|
| **Report Date:** | | | |
| **Referred By:** | Mary Avrett | **Claimant DOB:** | |
| **Referral Date:** | 11/15/2021 | **Job Title:** | ASST MGR-WM _100014693 _010916 |
| **Due Date:** | 11/29/2021 | **Medical/ Surgical Condition:** | depression/anxiety, HIV, Large B cell lymphonia, back pain |
| **Referral Type:** | Appeal Referral | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 11/07/2018 |
| | | **DOD:** | 11/08/2018 |
| **Physical Demands:** | | **BBD:** | 05/09/2019 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Referral Questions**

There are no core questions.

**Additional Questions**

Other 1) What psychiatric diagnosis, per DSM V, is reasonably supported by the history and clinical presentation in the documentation provided? 2) Do the medical records provide evidence of impairment attributable to mental illness from 5/9/2021 to the present? If so, please describe how that translates into restrictions or limitations and for what period of time.  3) Are the severity and scope of the claimant's reported symptoms, consistent with the intensity and scope of treatment?  Please provide medical evidence to support your answer. 4) Please contact treating providers Dr. LARZELERE at (504) 842-0586 to discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call.  Please be sure to include the patient's name and purpose of call with any messages that are left for the treating provider. If AP contact is not successful, please send a letter to the treating provider outlining a summary of your assessment/findings and your questions for the treating provider.

**Other Comments**

Other Comments - None

**Lincoln/Lee 0165**

**Analysis of Medical Documentation and Support for Responses to Referral Questions:**

**All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is:**

**Electronically Signed:**

**Lincoln/Lee 0166**

**RASHMI JOSHI, MD**
**Internal Med**

November 11, 2021

GENEX SERVICES, LLC. (LINCOLN FINANCIAL)

CLAIMANT: LEE, KATONIA
DATE OF LOSS: 11/08/18
CLAIM #: 8892419
ECN #: 190824-1

**Records Received:**
Job Description, Undated
Legal documents, 05/18/21
Legal documents, 09/07/21
Call Log, 04/15/19-10/27/21
Provider List, 05/29/19
Provider List, 08/04/20
Authorization For The Release of Protected Health Information, 08/04/20
Authorization For The Release of Protected Health Information, 08/04/20
Authorization For Release of Information, 04/12/21
Activities Questionnaire, 05/29/19
Claimant Statement, 05/29/19
Employee Statement, 05/29/19
Family Information Questionnaire, 06/17/19
Claimant Statement, 08/04/20
Activities Questionnaire, 08/04/20
Training-Education-Experience Form, Undated
Training-Education-Experience Form, Undated
ICP Memo, 05/01/21
ICP Memo, 09/17/21
ICP Memo. 09/17/21
Medical Record Review, 10/04/21
Medical Record Review, 10/04/21
Clinical Review Memo, 10/27/21
ICP Memo, Undated
CT, Abdomen/Pelvis, 11/08/18

1

**Lincoln/Lee 0167**

X-Ray, Chest, 11/08/18
X-Ray, Chest, 11/08/18
Ultrasound, Liver, 11/09/18
X-Ray, Chest, 11/09/18
X-Ray, Chest, 11/10/18
CT, Abdomen/Pelvis, 11/12/18
CT, Abdomen/Pelvis, 12/17/18
Ultrasound, Liver, 01/21/19
Progress NT, 11/07/18
Discharge Summary, 11/07/18
OV, 11/08/18
EGD RPT, 11/08/18
OV, 11/08/18
Pathology RPT, 11/08/18
OV, 11/08/18
Labs, 11/08/18
OV, 11/08/18
OV, 11/08/18
Labs, 11/09/18
Procedure NT, 11/09/18
Labs, 11/10/18
Pathology RPT, 11/12/18
Nerve Test, 11/14/18
Discharge Instruction, 11/16/18
Discharge Summary, 11/16/18
Labs, 11/16/18
Attending Physician Statement, 11/27/18
Follow Up, 12/04/18
OV, 12/04/18
Labs, 12/06/18
OV, 12/18/18
Order, 12/19/18
Procedure RPT, 12/26/18
OV, 01/19/19
OV, 01/19/19
Discharge Summary, 01/19/19
Labs, 01/20/19
Discharge Summary, 01/21/19
Labs, 01/21/19
After Visit Summary, 02/18/19
After Visit Summary, 03/11/19
After Visit Summary, 04/01/19
ED NT, 04/07/19
After Visit Summary, 04/22/19

2

**Lincoln/Lee 0168**

Discharge Instruction, 04/22/19
Nyursing Memorandum, 08/21/19
OV, 03/06/20
OV, 07/10/20
Restriction Form, 07/21/20
Follow Up, 08/10/20
Labs, 08/10/20
Follow Up, 08/10/20
Labs, 08/19/20
Labs, 08/19/20
Labs, 08/19/20
Labs, 08/19/20
Labs, 08/19/20
Medication List, 08/24/20
Labs, 08/24/20
Restrictions Form, 10/06/20
Nursing Memorandum, 11/09/20
Follow Up, 04/05/21
Labs, 04/05/21
Labs, 04/05/21
OV, 04/05/21
Transferable Skills Analysis, 05/06/21
Nursing Memorandum, 09/30/21
BRMH Medical Surgical Unit, 01/22/19-02/26/19
HGVC Hematology Oncology, 02/13/19-07/15/19
BRCC Hematology Oncology, 08/20/19-12/31/19
BRCH Laboratory Draw Station, 03/06/20-03/12/21
BRCH Infusion, 04/03/21-07/09/21
Medication List, Undated
Work Status, Undated
OV, Undated

**Phone Consult:**
On 11/05/21 at 3:00 PM PST, I called Dr. Harris at 225-754-3278 to complete a peer-to-peer review. The office was closed.

On 11/08/21 at 7:00 AM PST, I called Dr. Harris at 225-754-3278 to complete a peer-to-peer review. I left a message with Joanne.

On 11/09/21 at 7:20 AM PST, I called Dr. Harris at 225-754-3278 to complete a peer-to-peer review. I left a message.

On 11/05/21 at 3:00 PM PST, I called Dr. Kovtun at 225-761-5410 to complete a peer-to-peer review. The office was closed.

**Lincoln/Lee 0169**

On 11/08/21 at 7:00 AM PST, I called Dr. Kovtun at 225-761-5410 to complete a peer-to-peer review. I left a message with Danisha.

On 11/09/21 at 7:20 AM PST, I called Dr. Kovtun at 225-761-5410 to complete a peer-to-peer review. I left a message.

**Summary of Treatment/Case History:**
The claimant is a 51-year-old female whose job title is Assistant Manager. The claimant has diagnosis of diffuse large B-cell lymphoma, unspecified site. All medical records were reviewed.

From 11/07/18 through 08/21/19, the claimant was seen by George Vaniz., MD., (Internal Medicine), Olatunji Oluwatade, MD., (Infectious Disease), Shunte Jones, MD., (Emergency Medicine), Rodney Tregle, MD., (Emergency Medicine), Long Dang, MD., (Gastroenterology), Ronald Delrie, MD., (Hematology and Oncology), Case Rappelet, PA., (Physician Assistant), at BRMH and Merit Health Central. The claimant presented with gastrointestinal bleeding, vomiting blood/syncope, upper back pain, nausea, weight loss, severe anemia, intermittent high-grade fever, on/off bilateral chest pains which worsened with swallowing, vision problems, belly pain, and not being to eat after chemotherapy. The diagnoses included upper gastrointestinal (GI) bleed second gastric bleeding with hemorrhagic shock/pancreatic versus gastric mass with compression of inferior vena cava (IVC), weight loss, depression, peripancreatic mass, anemia from gastrointestinal bleed, serotonin-like syndrome, duodenal ulcer disease, dorsalgia, unspecified, hypertension, gastroesophageal reflux disease (GERD), intra-abdominal malignancy, likely lymphoma, involving the pancreas, duodenum, and liver, chemotherapy induced nausea and vomiting, chemotherapy induced nausea, biliary obstruction, and anemia, unspecified type. The treatment plan included labs, intravenous (IV) fluids, H2 blockers, streamline antibiotics, Zosyn, nicardipine, discharge instructions, omeprazole 20 mg, diagnostic radiology's, resuming hypertensive and proton pump inhibitors (PPIs), hydrocodone, citalopram 20 mg, metoprolol 50 mg, pantoprazole 40 mg, amlodipine 5 mg, ferrous sulfate 325 mg, morphine Contin 15 mg, Zofran, Compazine 10 mg, Phenergan 25 mg, oxycodone 5 mg, Bactrim DS 800-160 mg, Deltasone 20 mg, HydroDiuril 12.5 mg, and Norvasc 10 mg. Claim information/call log was documented on 04/15/19 through 10/27/21. An activities questionnaire was documented on 05/29/19 and 08/04/20. A claimant supplementary statement was documented on 05/29/19. An employee statement was documented on 05/29/19 and 08/04/20. A family information questionnaire was documented on 06/17/19. A computed tomography angiography (CTA) of the abdomen/pelvis with and without contrast was documented on 11/08/18. Radiographs of the chest were performed on 11/08/18, 11/09/18, 11/10/18, 02/26/19, 02/11/19, and 05/25/19. An ultrasound of the liver was completed on 11/09/18 revealed a large mass in the central abdomen extending into the porta hepatis displacing the left lobe the liver with no intrinsic abnormality of the liver identified. The ultrasound of the liver dated 01/21/19 showed: 1. Mild hepatomegaly with no focal liver lesion identified. 2. Biliary ductal dilation with common bile duct measuring 13 mm. This was likely secondary to a mass in the region of the pancreatic head as shown on the recent CT scan. A CT of the abdomen and pelvis with contrast was performed on 11/12/18 and showed complex mass/fluid collection within the midline upper abdomen which was similar in size with some new air within -it that was presumably iatrogenic. The CT of the abdomen and pelvis with contrast dated 12/17/18 revealed

4

**Lincoln/Lee 0170**

thick-walled cavitary soft tissue mass measuring approximately 8.7 cm in greatest diameter in the region of the pancreas and duodenum. This contained gas and contrast and appeared to connect to the duodenal lumen. Mass also produced mass effect upon surrounding structures including partial compression of the inferior vena cava. Findings were highly suggestive of malignancy of either pancreatic or duodenal origin. An esophagogastroduodenoscopy (EGD) was performed on 11/08/18 and an EGD ultrasonography (EUS) on 12/26/18. A surgical pathology report was done on 11/08/18. A visceral arteriogram with embolization with conscious sedation was performed on 11/09/18. The radiographs of the abdomen dated 01/23/19 revealed moderate constipation. The CT of the chest, abdomen and pelvis with contrast performed on 01/23/19 revealed: 1. Necrotic mass within the upper abdomen closely related to the head of the pancreas and porta hepatis. It could be pancreatic, biliary, or nodal in origin. The mass invades the lateral segment of the left lobe of the liver, it encased branches of this SMA and displaced the portal veins. 2. Severe intrahepatic bile duct dilation. It was difficult to define the common hepatic duct and common bile duct. 3. Enlargement of the left ovary versus an exophytic leiomyoma measuring 38 mm. 4. No evidence of metastatic disease to the chest. Labs were collected on 11/07/18, 11/08/18, 11/09/18, 11/10/18, 11/11/18, 11/12/18, 11/13/18, 11/14/18, 11/15/18, 11/16/18, 12/06/18, 01/19/19, 01/20/19, 01/21/19, 01/23/19, 01/24/19, 01/25/19, 01/26/19, 01/27/19, 01/28/19, 01/29/19, 01/30/19, 01/31/19, 02/01/19, 02/13/19, 02/26/19, 02/27/19, 02/28/19, 03/01/19, 04/01/19, 04/07/19, 05/25/19, 05/26/19, 08/20/19, 09/27/19, and 12/31/19. An after visit summary was documented on 02/18/19, 03/11/19, and 04/01/19, from Ochsner Cancer-Baton Rouge. An after visit summary was documented on 04/22/19 for a chemo infusion. A nursing memorandum was documented on 08/21/19. A CT bone marrow biopsy was performed on 01/29/19. Chemo administration intrathecal with LP was performed on 01/29/19. A 2D echo with color flow doppler was performed on 01/31/19. Insertion of the venous access port was done on 02/11/19. An electrocardiogram (EKG) was performed on 05/26/19. A nuclear medicine (NM) positron emission tomography (PET) CT routine dated 07/10/19 was performed on the skull to mid thigh. The CT of the chest abdomen and pelvis with contrast dated 09/26/19 revealed previously described mass within the region of the pancreatic head extending into the porta hepatis with less mass effect on the portal vein. A FL chemo administration intrathecal with LP was done on 04/02/19, 04/23/19, 05/14/19, and 06/04/19.

The claimant was seen on 03/06/20 by Cheree Bodden, NP., (Nurse Practitioner) for lab discussion and lymphoma surveillance. The claimant has acquired immunodeficiency syndrome (AIDS) related diffused large B-cell lymphoma (DLBCL) completed treatment status post 7 cycles of RCHOP with first 2 cycle dose reduced, status post 6 IT MTX. She reported doing well and had gained weight. Her antiviral medications were taken as prescribed. Of note, she had not been able to complete CT of the chest abdomen and pelvis with contrast due to cost. The physical examination was unremarkable. The diagnosis was lymphoma related to AIDS, AIDS, and B-cell lymphoma. The treatment plan included labs. Labs were collected and reviewed.

On 06/08/20, a CT of the chest, abdomen and pelvis revealed: 1. Continued decrease in abnormal tissue within the porta hepatis/region of the pancreatic head consistent with favorable responses to therapy. 2. Unchanged uterine leiomyoma.

Labs were collected on 06/08/20.

**Lincoln/Lee 0171**

A mammogram of both breasts was performed on 06/08/20.

On 07/10/20, the claimant was seen by Dr. Dang for lymphoma related to acquired immunodeficiency syndrome (AIDS). Labs dated 03/06/20, 08/20/19, and 01/23/19 were reviewed. The physical examination was unremarkable. The diagnosis was lymphoma related to AIDS. The treatment plan included removing port in 4 months and port flush every 2 months.

Labs were collected and reviewed on 07/10/20.

Per a nursing note dated 07/10/20 by Holly Roubique, RN., (Registered Nurse), the claimant arrived for a mediport flush. The procedure was tolerated well.

Per a restrictions form dated 07/21/20 by April Normand, FNPC., (Nurse Practitioner), the claimant had no restrictions.

A provider's list was noted on 08/04/20.

A signed medical authorization was documented on 08/04/20 and 04/12/21.

John Nnadi, MD., (Infectious Disease) saw the claimant on 08/10/20 for a follow up on human immunodeficiency virus (HIV) infection. She was feeling better since her last visit. She was on Biktarvy but had not recent labs this year. The physical examination was unremarkable. The diagnoses included lymphoma related to AIDS, and essential hypertension. The treatment plan included continuing Norvasc, oncology follow up, and Biktarvy.

Labs were collected on 08/10/20, 08/19/20, and 11/09/20.

Per an order dated 08/24/20, Dr. Nnadi requested Biktarvy 50–200– 25 mcg.

Per a nursing note dated 09/11/20, the claimant was seen by Christina Pruett, RN., (Registered Nurse) for port flush. The procedure was tolerated well. The claimant received AVS, confirmed next appointment and ambulated out of treatment room.

Per a restrictions form dated 10/06/20 by Dr. Nnadi, the claimant was able to work sedentary duty which included lifting/carrying up to 10 pounds occasionally, sitting over 50% of the time/walking occasionally. The restrictions were imposed from 10/01/20 through 10/01/21.

A nursing memorandum was completed on 11/09/20.

The CT of the chest abdomen and pelvis with contrast and CT of soft tissue neck with contrast dated 11/24/20 revealed: 1. There had been interval development of necrotic areas in the central regions of masses seen in the parotids. One of the larger masses was located in the left parotid and measured 19 mm in AP dimension by 11 mm in medial–lateral dimension. This was consistent with the claimant's

6

**Lincoln/Lee 0172**

history. 2. The uterus and ovaries were not optimally visualized. There was a mass adjacent to the fundus of the uterus that measures 4.1 cm in craniocaudal dimension by 4.4 cm in AP dimension by 5.0 cm in medial-lateral dimension. This was consistent with the claimant's history of a uterine fibroid. 3. There were several hernias through the anterior wall of the abdomen. There was a small fat filled umbilical hernia. The width of the mouth of this hernia measured 8 mm. The linea alba of the abdomen protruded anteriorly. 4. There was a 5 mm oval shaped area of hypodensity in the anterior aspect of the left lobe of the liver. It measured 5 mm on the prior examination.

The claimant was seen on 12/08/20 by Jeanette Kovtun, MD., (Oncology) for a follow up after a scan. It was noted that the claimant was transferring care from Dr. Dang. She noted feeling well and was in stable condition. She had some weight gain. The physical examination was unremarkable. The labs dated 12/08/20 were reviewed. The diagnoses included lymphoma related to AIDS, diffused large B-cell lymphoma of intra-abdominal lymph nodes, AIDS, and diffuse large b-cell lymphoma, unspecified body region. The treatment plan included labs, oxycodone 5 mg, and Ambien 5 mg.

Per a discharge summary dated 12/17/20, a parotid biopsy was performed by Dr. Kirsch and Mr. Rappelet. The diagnosis was parotid mass.

Labs were collected on 12/08/20, 12/17/20 and 12/22/20.

A cytology report dated 12/17/20 of right parotid area, fine needle aspiration showed mixed mature lymphocytes and macrophages, consistent with reactive lymph nodes sampling, no parotid epithelial cells identified, and no evidence of lymphomas by cytology or concurrent flow cytometric analysis.

An ultrasound biopsy parotid salivary gland was performed on 12/17/20.

The pathology report dated 12/22/20 of the right parotid node revealed negative for malignancy. Fibrosis with foreign body type granulomatous reaction with chronic inflammation. No definite evidence of lymph node.

Dr. Kovtun saw the claimant on 01/05/21 for continued diffused pain in the lower back ever since receiving intrathecal treatments for lymphoma 1.5 years ago. She noted this significantly impacted quality of life. She had never seen pain management. She continued to follow with infectious disease and a follow-up pending. The physical examination was unremarkable. Labs dated 12/17/20 were reviewed. The assessment included back pain, unspecified back location, unspecified back pain laterality, unspecified chronicity and diffused large B-cell lymphoma of lymph nodes of neck. The treatment plan included labs and referral to pain clinic.

Brandon Hicks, MD., (Pain Management) saw the claimant on 02/11/21 for evaluation of the lower back. She was referred by hematology/oncology department for further evaluation and management of pain. Of note, the claimant had past medical history of B-cell lymphoma status post chemotherapy and intrathecal treatments, human immunodeficiency virus (HIV)/AIDS, hypertension, and multiple other medical comorbidities. The pain started 1-2 years ago following her intrathecal therapy and symptoms had been worsening. The pain was located in the lumbosacral area without radiation into the lower

7

**Lincoln/Lee 0173**

extremities. The pain was described as throbbing, aching and rated 5/10 currently, 0/10 at its best and 6/10 on the worst day. The symptoms interfered with daily activity. The pain was exacerbated by prolonged sitting, increased activity. The pain was mitigated by rest. The claimant reported spending 2-4 hours per day reclining. The claimant reported 5-6 hours of uninterrupted sleep per night. The physical examination revealed tenderness on palpation over the midline at the L4-L5 space. Labs dated 12/08/20 were reviewed. The diagnosis was back pain, unspecified back location, unspecified back pain laterality, unspecified chronicity. The treatment plan included referral to pain clinic and starting Mobic 7.5 mg.

On 03/12/21, the claimant was seen by Dr. Kovtun for surveillance. She continued to have diffused pain primarily in the lower back ever since receiving intrathecal treatments for lymphoma 1.5 years ago. She had followed with pain management recommended Mobic and she denied notable improvement. Physical therapy was discussed although she declined. She was very emotional on evaluation due to family member with COVID-19 infection in-hospital and anniversary of deceased mother's birthday. The physical examination was unremarkable. Labs were collected and reviewed. The assessment included diffused large B-cell lymphoma of lymph nodes of neck, depressed mood, back pain, unspecified back location, unspecified pain laterality, unspecified chronicity, lymphoma, unspecified body region, unspecified lymphoma type, and elevated lactate dehydrogenase (LDH). The treatment plan included repeat imaging in 3 months, referral to social work, and referral with pain management and primary care.

The claimant was seen on 04/05/21 by Dr. Nnadi for a follow up visit of HIV infection. She was feeling better since the last visit. She was dealing with lots of family problems and her aunt would be terminally extubated. The physical examination was unremarkable. The diagnoses included lymphoma, unspecified body region, unspecified lymphoma type, AIDS, essential hypertension, lymphoma related to AIDS, diffused large B-cell lymphoma of intraabdominal lymph nodes, and diffused large B-cell lymphoma, unspecified body region. The treatment plan included Ambien 5 mg, blood works, continuing Biktarvy and oncology follow up.

Labs were collected on 04/05/21, 04/12/21, and 05/03/21.

The claimant was seen on 04/21/21 by Dr. Hicks for a follow-up on low back pain. At the last visit, she was started on Mobic and was provided home exercises for her to implement into her weekly routine at least 2-3 times a week. Since the last visit, she stated that the pain had been persistent rated 6/10. The physical examination revealed tenderness on palpation over the midline at the L4-L5 space. Labs dated 04/05/21 were reviewed. The diagnoses included sacroiliitis and hypertension, unspecified type. The treatment plan included sacroiliac joint injection with imaging.

On 04/21/21, the claimant was seen by Michele Larzelere, PhD., (Psychiatry) for a telemedicine psycho-oncology intake. The claimant complained of depression, anxiety, sleep and grief. The mental status exam showed low volume in speech, anxious, depressed and sad mood. Her affect was dysphoric and tearful. The diagnoses included diffused large B-cell lymphoma of lymph nodes of neck, adjustment disorder with mixed anxiety and depressed mood, bereavement and psychophysiological insomnia. The treatment plan included individual psychotherapy and medication management by physician. The

8

**Lincoln/Lee 0174**

claimant attended other sessions on 05/19/21 and 06/25/21.

An ICP memo was performed on 05/01/21.

On 05/03/21, the claimant was seen by Mary Hufft, PA-C., (Physician Assistant) for an annual exam. The physical exam was unremarkable. The diagnoses included essential hypertension, back pain, unspecified back location, unspecified pain laterality, lymphoma related to AIDS, and insomnia, unspecified type. The treatment plan included labs, referral to internal medicine, and Ambien.

A transferable skills analysis was performed on 05/06/21.

The claimant presented for a heparin flush on 05/14/21 with Lawanda Scott, RN., (Registered Nurse).

A progress note was documented on 05/14/21 by Victoria Charles, MSW (Social Worker).

Legal documents were documented on 05/18/21 and 09/07/21.

The claimant was seen on 05/25/21 for an initial psychiatry visit with Danell Brice, NP., (Nurse Practitioner) via telemedicine due to depression and anxiety. She reported depressed mood most of the day, nearly every day, anhedonia, changes in sleep, loss of energy, mental and emotional fatigue, diminished ability to concentrate and psychomotor retardation almost everyday and not wanting to get out of bed. The exam showed pain with ambulation, depressed mood and affect. The diagnoses included primary insomnia, depression, major, recurrent moderate, bereavement, and anxiety disorder due to known physiological condition. The treatment plans included medication management, Effexor XR 37.5 mg and Ambien 5 mg.

The claimant was seen on 06/03/21 by Dr. Hicks for a bilateral sacroiliac joint (SIJ) injection. The physical examination was unremarkable. The diagnosis was sacroiliitis. The plan included proceeding with injections. In-clinic bilateral SIJ injections were administered under fluoroscopy with Depo-Medrol 40 mg and 4mL bupivacaine 0.25%. The procedure was tolerated well. The claimant was given post procedure and discharge instructions to follow at home.

On 06/09/2021, a well woman exam was performed by Debra Welton, NP., (Nurse Practitioner). The physical examination revealed the cervix was very small. There was poor visualization and a blind pap. The diagnosis was papanocilaou smear for cervical cancer screening. The plan included referral to obstetrics/gynecology.

A cytology report was documented on 06/09/21.

A bilateral mammogram with tomography was performed on 06/09/21.

Labs were collected on 06/14/21.

The CT of the chest, abdomen and pelvis with contrast dated 06/14/21 revealed no evidence of

**Lincoln/Lee 0175**

recurrent or metastatic disease.

A telephone note was documented on 06/22/21.

Dr. Larzelere, saw the claimant on 06/25/21 for an individual psychotherapy session due to depression, anxiety and sleep via telemedicine. She reported coping with significant difficulty. She had gotten no benefit from pain medicine procedure on 6/03. There was some benefit starting with the Effexor (crying less) and Ambien (5-6 hours sleep/night). She was worried that her pain would never be under better control. The claimant had hopeless/helpless thoughts and was worried that she would never return to normal functioning. The importance of focusing on "new normal" was discussed. The claimant was using breathing exercises to cope with "shooting pains". Piano lessons were tried, but back pain prevented sitting at piano with arms outstretched. The mental status exam showed somewhat slowed speech, anxious and depressed mood, profusely tearful and dysphoric affect. It was noted that the claimant did not appear to be responding to internal stimuli during the session. The diagnosis was adjustment disorder with mixed anxiety and depressed mood. The treatment plan included individual psychotherapy and consult psychiatrist for medical evaluation.

On 06/30/21, Dr. Kovtun saw the claimant for a follow-up after biopsy. She followed with pain control for the lower back pain. Recently she established care with psychiatry which had been going well. The physical exam was unremarkable. Labs dated 06/14/21 was reviewed. The diagnoses included diffused large B-cell lymphoma of lymph nodes of neck and alkaline phosphate elevation. The treatment plan included follow up with psychiatry and pain management.

The claimant was seen on 07/02/21 by Angela Harris, DO., (Family Medicine) for an annual exam. She complained of leg and hand cramping that had been going on for a while. She was taking phentermine for weight loss and it helped. The physical exam showed the claimant was obese. The diagnoses included essential hypertension, muscle cramps, major depression, recurrent, chronic, lymphoma related to AIDS, obesity and immunization due. The plan included a refill for Norvasc 10 mg, Neurontin 100 mg, phentermine 37.5 mg, follow up with psychiatry and oncology.

Patient information was documented on 07/06/21 and 07/09/21.

On 09/17/21 and 10/27/21, a Clinical Review memo was documented.

A nursing memorandum was documented on 09/30/21.

A medical records review was completed on 10/04/21.

An undated training education experience form was completed.

An undated ICP memo was documented.

An undated medication list was documented.

10

**Lincoln/Lee 0176**

Per an undated work status by Dr. Vaniz the claimant was unable to stand for a long period of time. She needed periods of rest from standing for long periods.

The claimant was seen on an unknown date for EGD follow-up. The plan included surgery. (the handwritten note was partially illegible)

**Explanation of Findings:**

**1. What diagnoses are supported by the medical evidence?**

Low back pain – M54.5
Hodgkin lymphoma – C85.1
Anxiety – F41.9
Depression – F32.9

**2. Does the medical evidence support any diagnoses causing functional impairment from 05/09/21? Please explain your medical rationale as to why or why not.**

As stated above.

**3. If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc).**
**Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported.**

The claimant is a 51-year-old female whose job title is Assistant Manager, following is summary of medical records that are pertinent to this review:

From 11/07/18 through 08/21/19, the claimant was seen for a GI bleed and syncope, was diagnosed with lymphoma. An ultrasound of the liver was completed on 11/09/18 revealed a large mass in the central abdomen extending into the porta hepatis displacing the left lobe the liver with no intrinsic abnormality of the liver identified. The CT of the abdomen and pelvis with contrast dated 12/17/18 revealed thick-walled cavitary soft tissue mass measuring approximately 8.7 cm in greatest diameter in the region of the pancreas and duodenum. An esophagogastroduodenoscopy (EGD) was performed on 11/08/18 and an EGD ultrasonography (EUS) on 12/26/18. An after visit summary was documented on 04/22/19 for a chemotherapy infusion. Chemo administration intrathecal with LP was performed on 01/29/19. A FL chemo administration intrathecal with LP was done on 04/02/19, 04/23/19, 05/14/19, and 06/04/19.

On 03/06/20 seen for lymphoma surveillance. Diagnosis of acquired immunodeficiency syndrome (AIDS) related diffused large B-cell lymphoma (DLBCL), she completed treatment status post 7 cycles of RCHOP with first 2 cycle dose reduced, status post 6 IT methotrexate (MTX). On 06/08/20, a CT of the chest, abdomen and pelvis showed continued decrease in abnormal tissue within the porta

Lincoln/Lee 0177

hepatis/region of the pancreatic head consistent with favorable responses to therapy.

On 07/10/20, the claimant was seen by Dr. Dang for lymphoma related to AIDS. Plan included removing port in 4 months and port flush every 2 months. John Nnadi, MD., (Infectious Disease) saw the claimant on 08/10/20 for a follow up on human immunodeficiency virus (HIV) infection. Continued on Biktarvy. The pathology report dated 12/22/20 of the right parotid node revealed negative for malignancy.

Dr. Kovtun saw the claimant on 01/05/21. The claimant complained of pain in the lower back ever since receiving intrathecal treatments for lymphoma. She complained that this was impacting her quality of life. Was referred to pain clinic. Seen on 02/11/21 for evaluation of the lower back. The physical examination revealed tenderness on palpation over the midline at the L4-L5 space. Started on Mobic 7.5 mg. On 03/12/2021, seen for surveillance. She continued to have diffused pain. She was taking Mobic and she denied notable improvement. The claimant was seen on 04/21/21 by Dr. Hicks for a follow-up on low back pain, pain had been persistent rated 6/10. The physical examination revealed tenderness on palpation over the midline at the L4-L5 space, diagnosed with sacroiliitis. The treatment plan included sacroiliac joint injection with imaging.

On 04/21/21, the claimant was seen for depression, anxiety, sleep and grief. The treatment plan was individual psychotherapy and medication management. The claimant was seen on 05/25/21 seen for depression and anxiety. She reported depressed mood most of the day, nearly every day, anhedonia, changes in sleep, loss of energy, mental and emotional fatigue, diminished ability to concentrate and psychomotor retardation almost every day. She reported not wanting to get out of bed. Started on Effexor XR 37.5 mg and Ambien 5 mg. The claimant was seen on 06/03/21 by Dr. Hicks for a bilateral sacroiliac joint (SIJ) injection for pain. The CT of the chest, abdomen and pelvis with contrast dated 06/14/21 revealed no evidence of recurrent or metastatic disease.

06/25/21 seen for individual psychotherapy session due to depression, anxiety and sleep. She had gotten no benefit from the injection on 6/03. There was some benefit starting with the Effexor and Ambien. Plan to continued on individual psychotherapy and consult psychiatrist for medical evaluation.

On 06/30/21 seen for follow up for anxiety, depression, and pain management. The treatment plan included follow up with psychiatry and pain management.

Based on clinical information, the following restrictions are recommended to accommodate the claimant's chronic conditions of lower back pain, history of lymphoma. (I will defer any disability evaluation from a psychiatric perspective to a mental health provider).

The claimant can work full time (8 hours per day, 40 hours per week) with the following restrictions from 05/09/21 to present. These are bilateral.

- Sit - frequently
- Stand occasionally
- Walk occasionally
- Reach at desk level - frequently with BUE

12

**Lincoln/Lee 0178**

- Reach above shoulder, below waist - occasionally with BUE
- Fine Manipulation/Simple/Firm Grasp - Frequently with BUE
- Lift/Carry/Push/Pull - up to 10 Lbs occasionally
- Climb Stairs - occasionally
- Climb Ladders - never
- Balance - occasionally
- Stoop - never
- Kneel - never
- Crawl - never
- See - constantly
- Hear - constantly
- Use Lower Extremities (foot controls) - occasionally
- Rest breaks - no additional rest breaks are needed outside of the standard breaks provided to all employees (two breaks of 15 mins and one 30 mins lunch break)

No medication related side effects were identified.

This condition is expected to improve and the claimant can be reevaluated in 6 months (i.e. May 2022).

**4. Does the medical documentation support that any medical condition alone, or in combination would preclude the claimant from reliable sustained occupational functioning on a full-time basis? Please explain why or why not.**

As stated above, the claimant can work fulltime with restrictions for work as recommended above. (I will defer any disability evaluation from a psychiatric perspective to a mental health provider)

**5. Does the medical evidence support any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairment affects functional capacity.**

No medication related side effects were identified.

**6. Please contact treating provider Dr. Harris and Dr. Kovtun to discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call. Please be sure to include the patient's name and purpose of call with any messages that are left for the treating provider.**

On 11/05/21 at 3:00 PM PST, I called Dr. Harris at 225-754-3278 to complete a peer-to-peer review. The office was closed.

On 11/08/21 at 7:00 AM PST, I called Dr. Harris at 225-754-3278 to complete a peer-to-peer review. I left a message with Joanne.

On 11/09/21 at 7:20 AM PST, I called Dr. Harris at 225-754-3278 to complete a peer-to-peer review. I

13

**Lincoln/Lee 0179**

left a message.

On 11/05/21 at 3:00 PM PST, I called Dr. Kovtun at 225-761-5410 to complete a peer-to-peer review. The office was closed.

On 11/08/21 at 7:00 AM PST, I called Dr. Kovtun at 225-761-5410 to complete a peer-to-peer review. I left a message with Danisha.

On 11/09/21 at 7:20 AM PST, I called Dr. Kovtun at 225-761-5410 to complete a peer-to-peer review. I left a message.

**Conclusion:**
The claimant can work full time (8 hours per day, 40 hours per week) with the above restrictions and limitations from 05/09/21 to present.

---

**Reviewer Code:** 5145
The physician who provided this review is board certified by the American Board of Internal Medicine in General Internal Medicine. This reviewer is a member of the American College of Physicians and the American Medical Association. This reviewer has been in active practice since 2006.

**Conflict of Interest Statement:**
This reviewer hereby certifies that he/she:

- Declares, under penalty of perjury, that the information contained in this report and its attachments, if any, is true and correct to the best of his/her knowledge and belief, except as to information that he/she has indicated was received from others. As to that information, this report accurately describes the information provided to him/her.
- Does not accept compensation for review activities that is dependent in any way on the specific outcome of the case;
- To the best of his/her knowledge, was not involved with the specific episode of care prior to referral of the case for review;
- To the best of his/her knowledge, has not had any prior involvement in the denial/appeal process for the case, regardless of whether the involvement was on behalf of any other peer review vendor;
- Has the scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review; and
- Has current, relevant experience and/or knowledge to render a determination for the case under the review;
- Does not have a material, familial, or financial conflict of interest regarding the referring entity; the insurance issuer or group health plan that is the subject of the review; the covered person whose treatment is the subject of the review and the covered person's authorized representative,

14

**Lincoln/Lee 0180**

if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure, or other therapy being recommended for the covered person whose treatment is the subject of the review;

- Was located in a state or territory of the United States when conducting this review

The written opinions conveyed herein represent the opinions of the physician reviewers and clinical advisors who reviewed the case. These case review opinions are provided pursuant to the recipient's request and in good faith, based on the medical records and information submitted to such reviewers for review, the published scientific medical literature, and other relevant information such as that available through federal agencies, institutes and professional associations. The health plan, organization or other party has requested and authorized this case review and clinician advisors have provided this case review pursuant to that request and authorization. Unless otherwise expressly agreed in writing, the health plan, organization or other third party requesting or authorizing this review is responsible for policy interpretation, the final determination made regarding coverage, actual provision of coverage where applicable and/or eligibility for this case, and providing written notice of its determination to the patient/enrollee or their authorized representative and/or their treating provider, which shall include any information required by state and/or federal regulations.

Reviewer: RASHMI JOSHI, MD
Specialty: INTERNAL MEDICINE
License #: CA 107992 Exp: 1/31/2023

15

**Lincoln/Lee 0181**



**Corporate Office**
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881

E-mail: info@ecnime.com • Web: www.ecnime.com

Claimant Name: Katonia Lee
Claim Number: 8892419
Case Number: 190824-1

"I, Rashmi Joshi, MD, am a physician duly licensed to practice medicine in the State of CA.  I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

11/11/2021

_____
Signature of Physician                                        Date

Medical/Professional License # <u>CA 107992</u>

**Lincoln/Lee 0182**



**Corporate Office**
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
**Toll Free: (877) 463-9463**
Local: (561) 922-5200
Fax: (561) 392-5881

Exam Coordinators Network    A division of Genex Services, LLC

E-mail: intake@ecnme.com    Web: www.ecnme.com

November 11, 2021

Dr. Kovtum
T: (225) 761-5410
F: (225) 336-3111

CLAIMANT:  Katonia Lee
ECN #: 190824-1
CLAIM #: 8892419
DATE OF LOSS:  11/8/2018
DATE OF BIRTH:

Dr. Kovtun:

I was asked to review the records on your patient Katonia Lee.  The following are my findings:

Based on clinical information, the following restrictions are recommended to accommodate the claimant's chronic conditions of lower back pain, history of lymphoma.

The claimant can work full time (8 hours per day, 40 hours per week) with the following restrictions from 05/09/21 to present. These are bilateral.

- Sit - frequently
- Stand occasionally
- Walk occasionally
- Reach at desk level - frequently with BUE
- Reach above shoulder, below waist - occasionally with BUE
- Fine Manipulation/Simple/Firm Grasp - Frequently with BUE
- Lift/Carry/Push/Pull - up to 10 Lbs occasionally
- Climb Stairs - occasionally
- Climb Ladders - never
- Balance - occasionally
- Stoop - never
- Kneel - never
- Crawl - never
- See - constantly
- Hear - constantly
- Use Lower Extremities (foot controls) - occasionally
- Rest breaks - no additional rest breaks are needed outside of the standard breaks provided to all employees (two breaks of 15 mins and one 30 mins lunch break)

No medication related side effects were identified.

**Lincoln/Lee 0183**



**Corporate Office**
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
**Toll Free: (877) 463-9463**
Local: (561) 922-5200
Fax: (561) 392-5881

Exam Coordinators Network    A division of Genex Services, LLC    E-mail: intake@ecnme.com    Web: www.ecnme.com

This condition is expected to improve and the claimant can be reevaluated in 6 months (i.e. May 2022).

1. In your opinion, what are the claimant's work restrictions?
2. What is the claimant's plan of care and expectation of improvement?

Agree:

_____
Signature and date

Disagree:

_____
Signature and date

If you disagree, please explain:

_____

_____

_____

Please fill out and sign the above indicating your agreement or disagreement by 11/18/2021.

Sincerely,

*Rashmi Joshi, MD*

Rashmi Joshi, MD

**Lincoln/Lee 0184**



Exam Coordinators Network    A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881

E-mail: info@ecnime.com    Web: www.ecnime.com

November 11, 2021

Dr. Harris
T: (225) 754-3278
F: (225) 336-3111

CLAIMANT:   Katonia Lee
ECN #: 190824-1
CLAIM #: 8892419
DATE OF LOSS:  11/8/2018
DATE OF BIRTH:

Dr. Harris:

I was asked to review the records on your patient Katonia Lee.  The following are my findings:

Based on clinical information, the following restrictions are recommended to accommodate the claimant's chronic conditions of lower back pain, history of lymphoma.

The claimant can work full time (8 hours per day, 40 hours per week) with the following restrictions from 05/09/21 to present. These are bilateral.

• Sit - frequently
• Stand occasionally
• Walk occasionally
• Reach at desk level - frequently with BUE
• Reach above shoulder, below waist - occasionally with BUE
• Fine Manipulation/Simple/Firm Grasp - Frequently with BUE
• Lift/Carry/Push/Pull - up to 10 Lbs occasionally
• Climb Stairs - occasionally
• Climb Ladders - never
• Balance - occasionally
• Stoop - never
• Kneel - never
• Crawl - never
• See - constantly
• Hear - constantly
• Use Lower Extremities (foot controls) - occasionally
• Rest breaks - no additional rest breaks are needed outside of the standard breaks provided to all employees (two breaks of 15 mins and one 30 mins lunch break)

No medication related side effects were identified.

**Lincoln/Lee 0185**



Exam Coordinators Network    A division of Genex Services, LLC

**Corporate Office**
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com    Web: www.ecnime.com

This condition is expected to improve and the claimant can be reevaluated in 6 months (i.e. May 2022).

1. In your opinion, what are the claimant's work restrictions?
2. What is the claimant's plan of care and expectation of improvement?

Agree:

_____
Signature and date

Disagree:

_____
Signature and date

If you disagree, please explain:

_____

_____

_____

Please fill out and sign the above indicating your agreement or disagreement by 11/18/2021.

Sincerely,

*Rashmi Joshi, MD*

Rashmi Joshi, MD

**Lincoln/Lee 0186**

**From:**  Fax2Mail powered by OpenText
**To:**  Propst, Becky
**Subject:**  Lee-Harris
**Date:**  Thursday, November 11, 2021 2:43:32 PM

EXTERNAL: This email was received from outside of Genex Services. Please do not click links or open attachments unless you know the content is safe.

| MAIL2FAX DETAILED DELIVERY REPORT | |
|---|---|
| Attention | Becky Propst |
| Job Number | 1961876150 |
| Sent By User | F2M/06602744439 |
| Entered Fax2Mail System | 11/11 11:40 |
| Report Generated | 11/11 11:43 |
| Subject | Lee-Harris |
| Page Count | 4 (including cover sheet) |

| SUMMARY | | |
|---|---|---|
| Sent: 1 | Errors: 0 | Cancelled: 0 |
| Total: 1 | | |

| Destination | Status | Date | Time | Num. Retries |
|---|---|---|---|---|
| 225-336-3111 | SENT | 11/11 | 11:42 | 1 |

**Lincoln/Lee 0187**

| | |
|---|---|
| **From:** | Fax2Mail powered by OpenText |
| **To:** | Propst, Becky |
| **Subject:** | Lee-Kovtun |
| **Date:** | Thursday, November 11, 2021 2:44:15 PM |

EXTERNAL: This email was received from outside of Genex Services. Please do not click links or open attachments unless you know the content is safe.

| MAIL2FAX DETAILED DELIVERY REPORT | |
|---|---|
| **Attention** | Becky Propst |
| **Job Number** | 1537145552 |
| **Sent By User** | F2M/06602744439 |
| **Entered Fax2Mail System** | 11/11 11:41 |
| **Report Generated** | 11/11 11:44 |
| **Subject** | Lee-Kovtun |
| **Page Count** | 4 (including cover sheet) |

| SUMMARY | | |
|---|---|---|
| **Sent: 1** | **Errors: 0** | **Cancelled: 0** |
| **Total: 1** | | |

| Destination | Status | Date | Time | Num. Retries |
|---|---|---|---|---|
| 225-336-3111 | SENT | 11/11 | 11:43 | 1 |

**Lincoln/Lee 0188**

**From:** Russell, Joshua <Joshua.Russell@genexservices.com>
**Sent:** Thu, 11 Nov 2021 21:35:22 +0000
**To:** VendorReferrals
**Subject:** K. Lee CL# 8892419
**Attachments:** Invoice.pdf, Peer Review.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good Afternoon,
Attached please find the Peer Review and Invoice for the above referenced claimant.
Please advise if we can further assist you with this file.
Thanks for the referral,

**Joshua Russell**
*Quality Assurance Coordinator*
Exam Coordinators Network, a division of Genex Services
**T**: 877-463-9463
**F**: 561-392-5881
**Access our portal at: View My Cases**



All electronic communications from ECN / Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

All electronic communications from Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to

**Lincoln/Lee 0189**

comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

**Lincoln/Lee 0190**



**Corporate Office**
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881

Exam Coordinators Network    A division of Genex Services, LLC    E-mail: info@ecnime.com    Web: www.ecnime.com

**Invoice:**    **BOCA 122603**

*Bill To:*

**Mary Avrett**
**Lincoln Financial-London, KY**
**P.O. Box 7207**
**London, KY  40742**

**Date**    **11/11/2021**

| | |
|---|---|
| **Claim #** | 8892419 |
| **Date of Loss:** | 11/8/2018 |
| **ECN #** | 190824-1 |
| **Account #** | |

**Claimant**    Katonia Lee

| | | |
|---|---|---|
| 10/29/2021 | Peer Review - Long Term Disability: Service Provider: Rashmi Joshi, MD Specialty: Internal Medicine | $960.00 |

|  |  |
|---|---|
| **SubTotal** | $960.00 |
| **Final Invoice Total** | $960.00 |

*Remit To:*
Exam Coordinators Network
440 E. Swedesford Road
Suite 1000
Wayne, PA  19087

Terms:  Net 30 days
Tax Id #: 95-3327434

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS
SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

**Lincoln/Lee 0191**



**LAW OFFICES**
—— OF ——
**J. PRICE McNAMARA**

**J. PRICE McNAMARA**
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

**HOLDING INSURANCE COMPANIES TO THEIR PROMISES**

October 25, 2021

**SENT VIA CERTIFIED MAIL**
**& FAX 603-430-1926**

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
**Attn: Yasmine Toomasi**
PO Box 2578
Omaha NE 68172-9688

> Re:    **Claimant: Katonia Lee**
> **Long Term Disability (LTD) Benefits**
> **Walmart, Inc.**
> **Claim #: 8892419**

Dear Ms. Toomasi,

We are in receipt of your October 5, 2021 letter. We have completed our appeal submission at this time.

**Please confirm your receipt of this by fax or email.

With kind regards, I remain

Sincerely,

J. Price McNamara
Law Offices of J. Price McNamara

JPM/eej

**Lincoln/Lee 0192**

# FILEVINE

## Fax Confirmation

**To:** (603) 430-1926

**From:** (225) 201-8313

**Doc:** Fax_Lee - Ltr to Lincoln Re IME Submission Complete - 10-25-21_2021-10-25-1409-PDT.pdf

**Pages:** 1

**Sent:** October 25, 2021 2:09 PM PDT

**Rec'd:** October 25, 2021 2:10 PM PDT

**Lincoln/Lee 0193**

**From:**Couture, Jillian
**Sent:**Thu, 28 Oct 2021 16:33:52 +0000
**To:**Avrett, Mary
**Subject:**KATONIA LEE 8892419: Medicine - Internal or Family

Hello,

Your referral has been sent to an external vendor as no ICP is available to handle it.

♦♦Please note that you do not need to send medical records to the vendor ♦♦
This referral was included in the Sequoia pilot, and the records were processed through the Sequoia
technology and will be sent to the vendor by the Clinical Support Services team.

Sent to Vendor:  Exam Coordinators Network - ECN

Should additional medical be received post referral submission, please send the new medical only
directly to the vendor.

Thank you,


 **Jillian Couture**
Clinical Support Specialist
Group Protection Claims

**Lincoln Financial Group**
LincolnFinancial.com

603-200-6382 Office

**Clinical Support Services:**
**877-225-1740 ICP Hotline**
CSSTeam@LFG.com



**Lincoln/Lee 0194**

**From:**ecn-no-reply@ecnime.com
**Sent:**28 Oct 2021 18:13:10 +0000
**To:**Avrett, Mary
**Subject:**Claim #8892419


***This email is from an external source. Only open links and attachments from a Trusted Sender.***


Hello,

We have received the medical records for the above-referenced PR.

Thank you for the referral.

Have a great day!

ECN, a division of Genex
6111 Broken Sound Parkway NW
Suite 207
Boca Raton, FL 33487
1-877-463-9463

**Lincoln/Lee 0195**

**Clinical Review Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| WALMART, INC. | KATONIA LEE | 8892419 |

| | | | |
|---|---|---|---|
| **Report Date:** | | | |
| **Referred By:** | Mary Avrett | **Claimant DOB:** | |
| **Referral Date:** | 10/27/2021 | **Job Title:** | ASST MGR-WM_100014693_010916 |
| **Due Date:** | 11/10/2021 | **Medical/ Surgical Condition:** | Diffuse large B cell lymphoma, HIV, back pain, headaches, anxiety, depression, memory issues, obesity and HTN |
| **Referral Type:** | Appeal Referral | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 11/07/2018 |
| | | **DOD:** | 11/08/2018 |
| **Physical Demands:** | | **BBD:** | 05/09/2019 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Referral Questions**

There are no core questions.

**Additional Questions**

Other 1)        What diagnoses are supported by the medical evidence? 2)        Does the medical evidence support any diagnoses causing functional impairment from 5/9/2021? Please explain your medical rationale as to why or why not. 3)        If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported. 4)

Does the medical documentation support that any medical condition alone, or in combination would preclude the claimant from reliable sustained occupational functioning on a full-time basis?  Please explain why or why not. 5)        Does the medical evidence support any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairment affects functional capacity. 6)

Please contact treating provider Dr. Harris at (225) 754-3278, fax (225) 336-3111 and Dr. Kovtun at (225) 761-5410, fax (225) 336-3111 to discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your

**Lincoln/Lee 0196**

final assessment after the call.  Please be sure to include the patient's name and purpose of call with any messages that are left for the treating provider. If AP contact is not successful, please send a letter to the treating provider outlining a summary of your assessment/findings and your questions for the treating provider.


**Other Comments**
Other Comments - null


**Analysis of Medical Documentation and Support for Responses to Referral Questions:**


**All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is:**


**Electronically Signed:**



**LAW OFFICES**
———— OF ————
**J. PRICE McNAMARA**

**J. PRICE McNAMARA**
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
✉ support@jpricemcnamara.com
℡ (225) 201-8311 | 🖷 (225) 201-8313
**www.jpricemcnamara.com**

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

October 25, 2021

<u>SENT VIA CERTIFIED MAIL</u>
<u>& FAX  603-430-1926</u>

The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
**Attn: Yasmine Toomasi**
PO Box 2578
Omaha NE 68172-9688

Re:    Claimant: Katonia Lee
       **Long Term Disability (LTD) Benefits**
       **Walmart, Inc.**
       **Claim #: 8892419**

Dear Ms. Toomasi,

    We are in receipt of your October 5, 2021 letter. We have completed our appeal submission at this time.

    **Please confirm your receipt of this by fax or email.

    With kind regards, I remain

                                    Sincerely,

                                    *J. Price McNamara*
                                    **J. Price McNamara**
                                    Law Offices of J. Price McNamara

JPM/eej

**Lincoln/Lee 0198**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Tuesday, October 5, 2021 10:34:08 AM |
| To: | SUPPORT@JPRICEMCNAMARA.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Walmart, Inc. Claim No. 8892419 Katonia Lee |
| Attachments: | btchiqr0ft7srzx6t0jw_11356866.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Lee 0199**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-3840

October 5, 2021

J. Price McNamara
Law Offices of J. Price McNamara
10455 JEFFERSON HIGHWAY, STE 2
BATON ROUGE, LA 70809

RE:     Long Term Disability (LTD) Benefits
        Walmart, Inc.
        Claim #: 8892419
        Claimant: Katonia Lee

Dear J. Price McNamara:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under the Walmart Inc's Group Disability Policy.  We are writing regarding Ms. Lee's claim for LTD benefits under the Policy.

We are in process of reviewing Ms. Lee's appeal of our denial determination regarding the above-referenced claim.  The purpose of this letter and enclosure(s) is to provide you with an opportunity to review and comment on new/ additional evidence that has been received before a decision is rendered on Ms. Lee's appeal.

Please find attached a copy of the medical reviews which is new or additional evidence in connection with Ms. Lee's appeal.  You may review the medical reviews and provide a response to us, which we will consider in making our decision on Ms. Lee's appeal.  If we do not receive your response within 21 days of the date of this letter or October 25, 2021 we will proceed with making a determination on your appeal.

Upon receipt of your response, we will promptly complete our review and render a determination on Ms. Lee's appeal.  If your response is not received by October 25, 2021 we will render a determination based on the information contained in her file.

Due to these special circumstances, an extension of time to process Ms. Lee's appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln's control, which require a delay in making a determination. If additional time is needed,

1  of  2

**Lincoln/Lee 0200**

ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)]

Should you have any questions pertaining to the status of Ms. Lee's appeal, please contact me at the telephone number below.  Please include the claim number listed above in all communications.

If you have any questions regarding this matter, please contact her assigned Disability Case Manager at the number below.

Sincerely,

Yasmine Toomasi
Appeals Consultant
On Behalf Of: Mary Avrett
Phone No.: (888) 437-7611 Ext. 16371
Secure Fax No.: (603) 430-1926

Attachments:   8892419-MEDICAL-CORRESPONDENCE-09.30.2021
               8892419-MEDICAL-CP/PEER REVIEW-10.02.2021

Lincoln/Lee 0201



Date:      September 30, 2021

Subject:   **Appeal Nursing Memorandum**

Claim#:    8892419

Employee:   Katonia Lee

Date of Birth:

Date of Disability: 11/08/2018

Review of medical records on file completed.    NDC was requested to review the
records to determine the presence of impairment from behavior health diagnoses
from 5/9/21 forward.

In brief, the employee's clinical history includes the presence of chronic HIV
disease. The employee has pre-existing back pain and obesity. She began treatment
for lymphoma in late 2018 and successful treatment was completed in September
2019.

The employee was referred by her oncologist Dr. Kovtun for psychiatric
evaluation. The employee was seen by psychologist Dr. Larzelere on 4/21/21. This
note and future notes are all telehealth visits. The main issues is the employee's
ability to adapt to disease and treatment, navigate bereavement, and insomnia. The
employee is friendly and cooperative on exam. She appears anxious, depressed,
and sad. She is tearful and is not cognitively impaired. The employee reports
subjective difficulty with her attention span and concentration. Self-reported
anxiety and depression screening scores suggest moderate anxiety and depression.
The employee has unresolved stressors which include the death of her mother and
aunt who she was both extremely close to. The employee has good coping skills
focusing on her family and prayer. She does spend time ruminating about
misfortunes in the past few years. It is noted her daily activities are limited by pain.
Additional symptoms noted are diminished interest, insomnia, fatigue, tearfulness
and social isolation. The employee's depression is somewhat alleviated by her
ability to help her father and spend time with her family. The employee reports she
feels nervous and on edge. She has uncontrollable worry about her illness, pain,
activity level, children, and finances. She has excessive worry that interferes with

**Lincoln/Lee 0202**

her enjoyment. She is restless and irritable reports lifelong anxiety. The employee denies generalized anxiety. She has no social phobias. The employee reports she does not sleep without the medication Ambien and has been taking it for two years. She is interested in restarting antidepressant medication and is eventually prescribed Effexor. Diagnosis is ultimately noted to be adjustment disorder with mixed anxiety and depression.

The employee followed up on 5/19/21 with Dr. Larzelere. Her presentation is consistent with the prior visit. She reports she has a significant increase in anxiety and depression since her last visit. She is worried her pain will never be under control and will never return to normal functioning. She reports activities of daily living and driving are noted to be difficult. The focus was on cognitive behavioral interventions to help her with sleep, her stressors related to her diagnosis and treatment. Self-reported symptoms are increased in severity.

The last record in file by Dr. Larzelere is from 6/25/21. The employee is engaged in behavior modifying psychotherapy. The employee reports less tearful periods using Effexor. She can sleep 5 to 6 hours per night with Ambien. She is worried over her physical condition and if she will ever return to normal, and the concept of a new normal is discussed. Social isolation and depressive symptoms are noted. The employee reports fatigue, memory and concentration issues. She is fearful and nervous. The employee feels less depressed based on self-reported screening scores. The plan is for the employee to be seen by psychiatry for medication evaluation to target depression, anxiety, grief and insomnia.

The employee has also submitted affidavits dated 7/1/21 and 7/31/21 indicating she has begun what appears to be an increase in her Effexor dose. The employee indicates when she takes Ambien and the HIV medication Biktarvy she cannot perform adequately. Her thinking is clouded and leads to errors. She has an inability to focus and keep pace. She is slower doing her activities of daily living. Focus is limited to no more than 10 minutes when engaging with family and friends. The employee reports depression related thinking to include rumination on things she is no longer physically able to do.

From a cognitive perspective, while medications noted could cause some deficits, there is no clinical evaluation of cognition and concentration in the records. Of note, the employee has been on Ambien for at least two years. Ambien is not intended to be used for an extended period of time. Typically, the Ambien is only prescribed for 4-6 weeks. Regardless, it is not recommended an individual drives

**Lincoln/Lee 0203**

the day after taking Ambien. The employee reports activities of daily living take her longer to do. The employee does have chronic pain, and this certainly is a contributing factor. The records are insufficient to determine to what extent the employee's depression and anxiety could be contributing to inability to complete activities of daily living satisfactorily. The employee has had some improvement in her depressive symptoms with the utilization of antidepressant medication. The records indicate the employee can engage with family and to some extent with friends. Monthly therapy visits do not indicate a severe level of clinical concern.

In summary, the record does not contain an in-depth clinical evaluation of the employee's cognitive status. While it is recommended that driving should be limited after the use of Ambien, there is no clear indication the employee is unable and incapable of driving. In total, the record does not describe a severity of symptoms that would support the presence of global functional impairment from a behavioral health diagnosis that requires any sustained restrictions and limitations as of 5/9/21.

Discussed case with appeals review specialist, no further activity is needed.

Bill M., RN, BS, FLMI, CCM

Nurse Disability Appeals Consultant II, Lincoln Financial Group

Lincoln/Lee 0204

 

**MLS National Medical Evaluation Services**

9/27/2021

Dr. Harris
Re: KATONIA LEE

Hi Dr. Harris,

At the request of Lincoln Life Assurance Company of Boston, MLS has scheduled a medical record review with Dr. Stephen H Broomes, regarding your patient, referenced above. In lieu of a teleconference, Dr. Stephen H Broomes has provided the following questions:

Summary: The claimant is a 51-year-old female with a history of hypertension, anxiety, depression, biliary stricture, diffuse large B cell lymphoma of duodenum and pancreas, HIV, insomnia, jaundice, and stomach ulcer.


AP Questions:

Are there any more recent diagnostic studies done?

Please fax or email your response by 10/1/21 to 248-356-6757 or ahorvath@mlsgroupllc.com.


We will forward your response and any additional comments to the reviewing physician.

Thank You!

Amanda Horvath
Peer Review Services
MLS Group of Companies, LLC

**Lincoln/Lee 0205**

 

MLS National Medical Evaluation Services

MLS Group of Companies, LLC

9/27/2021

Dr. Hicks
Re: KATONIA LEE

Hi Dr. Hicks,

At the request of Lincoln Life Assurance Company of Boston, MLS has scheduled a medical record review with William Barreto, M.D., Board Certified: American Board of Physical Medicine and Rehabilitation and Pain Medicine, regarding your patient, referenced above. In lieu of a teleconference, William Barreto, M.D. has provided the following questions:

Summary:
The claimant is a 51-year-old female (                who ceased work on 11/08/2018 reportedly, due to Diffuse large B-cell lymphoma, unspecified site.

AP questions:
What are the restrictions and limitations?

What objective evidence supports those restrictions and limitations?

Does the patient have imaging to support restrictions and limitations?

What is the expected prognosis for any impairing conditions?

Please fax or email your response by 10/1/21 to 248-356-6757 or ahorvath@mlsgroupllc.com.

We will forward your response and any additional comments to the reviewing physician.

Thank You!

Amanda Horvath
Peer Review Services
MLS Group of Companies, LLC

**Lincoln/Lee 0206**





**MLS National Medical Evaluation Services**

9/27/2021

Dr. John Nnadi
Re: KATONIA LEE

Hi Dr. John Nnadi,

At the request of Lincoln Life Assurance Company of Boston, MLS has scheduled a medical record review with Dr. Stephen H Broomes, regarding your patient, referenced above. In lieu of a teleconference, Dr. Stephen H Broomes has provided the following questions:

Summary: The claimant is a 51-year-old female with a history of hypertension, anxiety, depression, biliary stricture, diffuse large B cell lymphoma of duodenum and pancreas, HIV, insomnia, jaundice, and stomach ulcer.

AP questions:
Are there any more recent diagnostic studies done?

Please fax or email your response by 10/1/21 to 248-356-6757 or ahorvath@mlsgroupllc.com.

We will forward your response and any additional comments to the reviewing physician.

Thank You!

Amanda Horvath
Peer Review Services
MLS Group of Companies, LLC

**Lincoln/Lee 0207**

  

**MLS National Medical Evaluation Services**

10/4/2021

RE:   Claimant Name          :     KATONIA LEE
      Client                 :     Lincoln Life Assurance Company of Boston - 92
      Referred By            :     Avrett, Mary
      Type of Review         :     Disability
      Type of Service        :     LTD
      Claim Number:          :     8892419

## MEDICAL DOCUMENTATION REVIEWED

I have reviewed all of the documents provided.

| Referral | | 09/08/21-09/20/21 |
|---|---|---|
| Progress notes | Ochsner Medical Center | 01/22/19-07/09/21 |
| Progress notes | Merit Health Central | 11/07/18-01/21/19 |
| UR Report | M.E., Dirlam, MD PhD FACP | 06/04/19 |
| UR Report | D. Abert, RN | 08/21/19 |
| UR Report | K.L., RN | 11/09/20 |
| UR Report | P. Stander, MD MBA FACP | 05/01/21 |
| X-Ray | Ochsner Medical Center | 01/23/19-05/25/19 |
| CT | Ochsner Medical Center | 01/23/19-06/14/21 |
| CT | Merit Health Central | 11/08/18-12/17/18 |
| Lab | Ochsner Medical Center | 01/22/19-06/14/21 |
| Lab | Merit Health Central | 11/07/18-01/21/19 |
| Other Test | Ochsner Medical Center | 01/31/19-06/09/21 |
| Other Test | Merit Health Central | 11/08/18-01/21/19 |
| Other Test | Baptist Health | 12/26/18 |
| Job | Walmart | undated |
| Misc | | 11/08/18-09/20/21 & undated |
| ROI | | 05/29/19-04/12/21 |

## SUMMARY OF PEER OUTREACH

TELECONFERENCE #1:
     1) AP NAME: Dr. Hicks

**Lincoln/Lee 0208**

Page - 2  Claimant Name: KATONIA LEE Claim Number: 8892419

2) DATE: 9/21/2021
3) TIME: 1:08 PM CT
4) PERSON SPOKEN WITH: Voicemail
5) POSITION OF PERSON SPOKEN WITH: Voicemail

SUMMARY OF CONVERSATION: A phone call to the office of Dr. Hicks in regards to the review.

TELECONFERENCE #2:
1) AP NAME: Dr. Hicks
2) DATE: 9/27/2021
3) TIME: 7:32 AM CT
4) PERSON SPOKEN WITH: Hollie
5) POSITION OF PERSON SPOKEN WITH: Patient Access Rep

SUMMARY OF CONVERSATION: A phone call to the office of Dr. Hicks at (225) 761-5200 was attempted on 9/27/2021 at 8:32 AM PT to discuss the requested care. The provider was unavailable; therefore, a message was left with Hollie, Patient Access Rep which included relevant contact information and schedule. No return phone call was received prior to the completion of this review.

## SUMMARY OF MEDICAL DOCUMENTATION

Diagnoses (ICD):  hypertension (I10), B-cell lymphoma (C85.10), anemia (D64.9), adjustment disorder with mixed anxiety and depressed mood (F43.23), psychophysiological insomnia (F51.04), sacroiliitis (M46.1), obesity (E66.9), chronic low back pain (M54.5)

Medications:

Ambien 5 mg, diclofenac 50 mg, hydrochlorothiazide 12.5 mg, Zofran 8 mg, Biktarvy 50-200-25 mg, amlodipine 10 mg, ferrous gluconate 37.5 mg, allopurinol 300 mg, venlafaxine 37.5 mg

Imaging:
06/14/2021 CT chest, abdomen, pelvis notes no evidence of recurrent metastatic disease.

Records Reviewed:

The claimant is a 51-year-old female (          who ceased work on 11/08/2018 reportedly, due to diffuse large B-cell lymphoma, unspecified site. All available data has been reviewed.

This is a female claimant with multiple issues to include previous lymphoma, AIDS, chronic low back pain, anxiety, depression, insomnia, obesity, and anemia. Multiple ONLC progress reports are provided for review. The claimant has undergone extensive care. More recently, the claimant has been evaluated for ongoing anxiety, depression, and chronic low back pain. However,

**Lincoln/Lee 0209**

Page - 3  Claimant Name: KATONIA LEE Claim Number: 8892419

although the claimant has multiple subjective complaints, no specific objective exam findings are documented. There is no provided Functional Capacity Evaluation (FCE). More recent imaging indicates no evidence of recurrent metastatic disease. The claimant underwent previous SI joint injection on 06/03/2021. Medications include Ambien 5 mg, diclofenac 50 mg, hydrochlorothiazide 12.5 mg, Zofran 8 mg, Biktarvy 50-200-25 mg, amlodipine 10 mg, ferrous gluconate 37.5 mg, allopurinol 300 mg, venlafaxine 37.5 mg. Documentation dates back to 2018.

Dates Under Review: from 5/9/2021 to the present.

09/07/2021 - Claimant attorneys appeal letter. The affidavit claims that the claimant has ongoing pain that causes sleepless nights, every night, and dramatic fatigue during the day, with or without the above referenced medications. The claimant needs several naps every day, or she does is off and falls asleep many times per day. The claimant notes she cannot sit, stand, or walk for more than 10 minutes before beginning to experience back pain. The claimant opined she is unable to kneel or climb and has trouble lifting her head and holding and up while walking because of back and neck pain. The claimant endorses headaches and difficulty gripping items with her hands. The claimant has to take constant breaks when trying to complete household tasks. The claimant also struggles with her memory and communication due to side effects of cancer treatment. The claimant has been diagnosed with anxiety and depression.

07/02/2021 - A. Harris, MD, progress report outlines annual exam and management of depression, lymphoma/AIDS. The claimant has comorbidities to include anxiety, hypertension, insomnia, jaundice, and stomach ulcers. No abnormal objective exam findings are documented.

06/30/2021 - J. Kovtun, MD, progress report outlines follow-up after biopsy. Previous treatment has included R-CHOP, intrathecal, completed 09/20/2019. The claimant is noted to be stable. The claimant continues to be followed up for pain control for low back pain and recently established care with a psychiatrist. No abnormal physical exam findings are documented.

06/25/2021, 05/19/2021 - M. Larzelere, PhD, progress report outlines depression and anxiety. The claimant is undergoing cognitive behavioral therapy. The claimant is profusely tearful, dysphoric. The claimant notes less crying with Effexor. The claimant is sleeping 5-6 hours at night with the use of Ambien. Assessment adjustment disorder with mixed anxiety and depressed mood.

06/09/2021 - D. Welton, NP, well woman examination.

06/03/2021 - B. Hicks, MD, procedural report for bilateral SI joint injections with local anesthetic. No abnormal physical examination is documented.

05/25/2021 - D. Brice, NP, outpatient psychiatry office visit. The claimant has complaints of depression and anxiety. The claimant has diagnoses to include cancer and HIV. The claimant notes inability to sleep and cries almost every day.

**Lincoln/Lee 0210**

Page - 4  Claimant Name: KATONIA LEE Claim Number: 8892419

**QUESTION**

**1. What diagnoses are supported by the medical evidence?**

Hypertension (I10), B-cell lymphoma (C85.10), anemia (D64.9), adjustment disorder with mixed anxiety and depressed mood (F43.23), psychophysiological insomnia (F51.04), sacroiliitis (M46.1), obesity (E66.9), chronic low back pain (M54.5)

**2. Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, please describe if there are any supported level of impairments which translates into restrictions and limitations from 5/9/2021 to the present?**
**Please explain your medical rationale as to why or why not and provide a detailed explanation**

From a PM&R standpoint, taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, there is no documentation to support impairment and therefore restrictions and limitations from 5/9/2021 to the present.

Provided documentation indicates chronic low back pain. The affidavit claims that the claimant has ongoing pain that causes sleepless nights, every night, and dramatic fatigue during the day, with or without the above referenced medications. The claimant needs several naps every day, or she does is off and falls asleep many times per day. The claimant notes she cannot sit, stand, or walk for more than 10 minutes before beginning to experience back pain. The claimant opined she is unable to kneel or climb and has trouble lifting her head and holding and up while walking because of back and neck pain. The claimant endorses headaches and difficulty gripping items with her hands. However, multiple progress and reports are provided for review with no abnormal objective exam findings. No abnormal imaging has been provided. There is no documentation of an FCE having been completed noting that the claimant has specific limitations as a result of chronic pain.

**3. If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported.**

Impairment is not supported. Provided documentation indicates chronic low back pain. The affidavit claims that the claimant has ongoing pain that causes sleepless nights, every night, and dramatic fatigue during the day, with or without the above referenced medications. The claimant needs several naps every day, or she does is off and falls asleep many times per day. The claimant notes she cannot sit, stand, or walk for more than 10 minutes before beginning to experience back pain. The claimant opined she is unable to kneel or climb and has trouble lifting her head and holding and up while walking because of back and neck pain. The claimant

Page - 5  Claimant Name: KATONIA LEE Claim Number: 8892419

endorses headaches and difficulty gripping items with her hands. However, multiple progress and reports are provided for review with no abnormal objective exam findings. No abnormal imaging has been provided. There is no documentation of an FCE having been completed noting that the claimant has specific limitations as a result of chronic pain.

**4. Does the medical documentation support that any medical condition alone, or in combination would preclude the claimant from sustained occupational functioning on a full-time basis? Please explain why or why not.**

No. The medical documentation does not support that any medical condition alone or in combination would preclude the claimant from sustained occupational functioning on a full-time basis. The affidavit claims that the claimant has ongoing pain that causes sleepless nights, every night, and dramatic fatigue during the day, with or without the above referenced medications. The claimant needs several naps every day, or she does is off and falls asleep many times per day. The claimant notes she cannot sit, stand, or walk for more than 10 minutes before beginning to experience back pain. The claimant opined she is unable to kneel or climb and has trouble lifting her head and holding and up while walking because of back and neck pain. The claimant endorses headaches and difficulty gripping items with her hands. However, multiple progress and reports are provided for review with no abnormal objective exam findings. No abnormal imaging has been provided. There is no documentation of an FCE having been completed noting that the claimant has specific limitations as a result of chronic pain.

**5. Does the medical evidence support any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairment affects functional capacity.**

No.

**6. Please contact treating provider**
**Dr. Hicks at (225) 761-5200, Fax (225) 236-5469 to discuss the claimant's condition, treatment, and functional capacity.**
**Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call.**
**Please be sure to include the patient's name and purpose of call with any messages that are left for the treating provider.**
**If AP contact is not successful, please send a letter to the treating provider outlining a summary of your assessment/findings and your questions for the treating provider.**

A phone call to the office of Dr. Hicks at (225) 761-5200 was attempted on 9/27/2021 at 8:32 AM PT to discuss the requested care. The provider was unavailable; therefore, a message was left with Hollie, Patient Access Rep which included relevant contact information and schedule. No return phone call was received prior to the completion of this review.

**Lincoln/Lee 0212**

Page - 6  Claimant Name: KATONIA LEE Claim Number: 8892419

On 9/27/2021, the following letter was faxed to Dr. Hicks. At the time of submission of this report, no response has been received.

Summary:
The claimant is a 51-year-old female (              who ceased work on 11/08/2018 reportedly, due to diffuse large B-cell lymphoma, unspecified site.

AP questions:
What are the restrictions and limitations?

What objective evidence supports those restrictions and limitations?

Does the patient have imaging to support restrictions and limitations?

What is the expected prognosis for any impairing conditions?

CONFLICT OF INTEREST:

*I certify that I have no relationship or affiliation with the beneficiary of this independent review or a significant past or present relationship with the Attending Provider and/or the treatment facility. I further certify that I have no familial or material professional or business relationship or incentive to promote the use of a certain product or service associated with the review of this case. I further certify that I have no direct or indirect financial incentive for a particular determination or ownership interest of greater than 5% between any affected parties.*

*This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.*

Sincerely,

William Barreto, M.D.
Board Certified: American Board of Physical Medicine and Rehabilitation
Board Certified: American Board of Physical Medicine and Rehabilitation, Pain Medicine
LA License #: 323262

*MLS attests to the fact that there is no conflict of interest with this review MLS attests that its compensation is not dependent on the specific outcome of this review. All opinions in this report are solely the opinions of the author. All opinions are advisory only, independently developed by the author and are based upon a reasonable degree of medical certainty and evidence-based medical concepts, considering the data available at the time of this report.*

**Lincoln/Lee 0213**

Page - 7  Claimant Name: KATONIA LEE Claim Number: 8892419

Lincoln/Lee 0214





MLS National Medical Evaluation Services

Phone: [illegible]    Fax: [illegible]    www.mlsgroupofco.com

10/4/2021

RE:    Claimant Name    :    KATONIA LEE
       Client            :    Lincoln Life Assurance Company of Boston - 92
       Referred By       :    Avrett, Mary
       Type of Review    :    Disability
       Type of Service   :    LTD
       Claim Number:     :    8892419

## MEDICAL DOCUMENTATION REVIEWED

I have reviewed all of the documents provided.

| Referral | | 09/08/21-09/20/21 |
|---|---|---|
| Progress notes | Ochsner Medical Center | 01/22/19-07/09/21 |
| Progress notes | Merit Health Central | 11/07/18-01/21/19 |
| UR Report | M.E., Dirlam, MD PhD FACP | 06/04/19 |
| UR Report | D. Abert, RN | 08/21/19 |
| UR Report | K.L., RN | 11/09/20 |
| UR Report | P. Stander, MD MBA FACP | 05/01/21 |
| X-Ray | Ochsner Medical Center | 01/23/19-05/25/19 |
| CT | Ochsner Medical Center | 01/23/19-06/14/21 |
| CT | Merit Health Central | 11/08/18-12/17/18 |
| Lab | Ochsner Medical Center | 01/22/19-06/14/21 |
| Lab | Merit Health Central | 11/07/18-01/21/19 |
| Other Test | Ochsner Medical Center | 01/31/19-06/09/21 |
| Other Test | Merit Health Central | 11/08/18-01/21/19 |
| Other Test | Baptist Health | 12/26/18 |
| Job | Walmart | undated |
| Misc | | 11/08/18-09/20/21 & undated |
| ROI | | 05/29/19-04/12/21 |

## SUMMARY OF PEER OUTREACH

TELECONFERENCE #1:
       1) AP NAME: Dr. Harris
       2) DATE: 9/22/2021
       3) TIME: 2:00 PM CT
       4) PERSON SPOKEN WITH: Jill

**Lincoln/Lee 0215**

Page - 2  Claimant Name: KATONIA LEE Claim Number: 8892419

      5) POSITION OF PERSON SPOKEN WITH: Office Staff

SUMMARY OF CONVERSATION: She will forward the message. A detailed information and a callback number was left.

TELECONFERENCE #2:
      1) AP NAME: Dr. Harris
      2) DATE: 9/24/2021
      3) TIME: 10:26 AM CT
      4) PERSON SPOKEN WITH: Rida
      5) POSITION OF PERSON SPOKEN WITH: Office Staff

SUMMARY OF CONVERSATION: She will forward the message. A detailed information and a callback number was left.

TELECONFERENCE #3:
      1) AP NAME: Dr. John Nnadi
      2) DATE: 9/22/2021
      3) TIME: 11:23 AM CT
      4) PERSON SPOKEN WITH: Hospital Receptionist
      5) POSITION OF PERSON SPOKEN WITH: Hospital Receptionist

SUMMARY OF CONVERSATION: Number says line is no longer available. Looked up online and found phone number 662-772-4000 for Baptist Hospital they also said they have no forwarding number and directed me to the Medical Staff Office where I had to leave a voicemail.

TELECONFERENCE #4:
      1) AP NAME: Dr. John Nnadi
      2) DATE: 9/23/2021
      3) TIME: 7:44 AM CT
      4) PERSON SPOKEN WITH: Janae
      5) POSITION OF PERSON SPOKEN WITH: Receptionist

SUMMARY OF CONVERSATION: Called (225) 305-6663 and message states it is not a working number. Found 225-754-3278 number online for Oshner Health, Dr. Nnadi is there. Left urgent message to call back to cell phone number.

TELECONFERENCE #5:
      1) AP NAME: Dr. John Nnadi
      2) DATE: 9/22/2021
      3) TIME: 2:05 PM CT
      4) PERSON SPOKEN WITH: Voice Prompt
      5) POSITION OF PERSON SPOKEN WITH: NA

**Lincoln/Lee 0216**

Page - 3  Claimant Name: KATONIA LEE Claim Number: 8892419

SUMMARY OF CONVERSATION: 9/22/2021 3:05 PM EST Dialed 225-305-6663.  The voice prompt mentioned it is not a working number.  The review company will be informed.

TELECONFERENCE #6:
     1) AP NAME: Dr. John Nnadi
     2) DATE: 9/24/2021
     3) TIME: 10:29 AM CT
     4) PERSON SPOKEN WITH: Virgie
     5) POSITION OF PERSON SPOKEN WITH: Receptionist

SUMMARY OF CONVERSATION: Dialed 225-754-3278 and spoke with Virgie.  She will forward the message.  A detailed message and a callback number was left.
**SUMMARY OF MEDICAL DOCUMENTATION**

The claimant is a 51-year-old female with a history of hypertension, anxiety, depression, biliary stricture, diffuse large B cell lymphoma of duodenum and pancreas, HIV, insomnia, jaundice, and stomach ulcer.

Date of Disability: 11/08/2018

The progress notes by Mary Claire Hufft, PAC, dated 05/03/2021, indicated that the claimant presented to establish care and for an annual exam. She complained of chronic back pain and occasional leg swelling. Her blood pressure (BP) was 118/76 mmHg, pulse 96 bpm, oxygen saturation (SpO2) 99%, and body mass index (BMI) 35.53 kg/m2. The physical exam was normal with no edema noted in bilateral lower extremities. The clinical impressions included essential hypertension, back pain, lymphoma related to AIDS, and insomnia.

The progress notes by Victoria Charles, MSW (Social Worker), dated 05/14/2021, indicated that the claimant's recent stressors were reviewed.

The telemedicine progress notes by Dr. Larzelere (Psychiatry), dated 05/19/2021, indicated that the claimant attended individual psychotherapy for adjustment disorder with mixed anxiety and depressed mood. The documented treatment dates were on 04/21/2021 and 06/25/2021.

The progress notes by Danell Brice, NP, dated 05/25/2021, indicated that the claimant presented for initial evaluation of depression and anxiety. She denied any suicidal ideation, homicidal ideation, or self-harm. The psychiatric exam noted depressed and blunted mood and affect. The clinical impressions were insomnia, recurrent major depression, bereavement, and anxiety disorder due to known physiological condition.

The H&P notes by Dr. Hicks (Pain Medicine), dated 06/03/2021, indicated that the claimant presented for bilateral sacroiliac joint injection. Her BP was 157/90 mmHg and BMI 34.39 kg/m2. The physical exam was normal. The clinical impression was sacroiliitis. Bilateral sacroiliac joint injection under fluoroscopy was performed.

**Lincoln/Lee 0217**

Page - 4  Claimant Name: KATONIA LEE Claim Number: 8892419

The progress notes by Debra Welton, NP, dated 06/09/2021, indicated that the claimant presented for a well woman exam. The physical exam was normal. Pap smear was negative for intraepithelial lesion or malignancy. The bilateral digital mammography with tomosynthesis was negative for evidence of malignancy.

A computed tomography (CT) scan of the chest, abdomen and pelvis, dated 06/14/2021, was negative for evidence of recurrent or metastatic disease.

The lab test results, dated 06/14/2021, revealed abnormal findings for MCV 99 (H), MCHC 31.0 (L), RDW 14.6 (H), BUN 21 (H), ALP 176 (H), eGFR 52 (L).

The progress notes by Dr. Kovtun (Internal Medicine) dated 06/30/2021 indicated that the claimant was seen for follow-up after biopsy. She was in stable clinical condition and denied any fever, chills, night sweats, or unintentional weight loss. Her BP was 133/87 mmHg. The physical exam was normal. The clinical impressions were diffuse large B-cell lymphoma of lymph nodes of neck and alkaline phosphatase elevation. Return visit in 3 months.

The progress notes by Dr. Harris (Family Medicine), dated 07/02/2021, indicated that the claimant presented to establish care and annual exam. She complained of leg and hand cramping but denied numbness or tingling. The physical exam noted obesity. The clinical impressions were essential hypertension, muscle cramps, recurrent major depression, lymphoma related to AIDS, and obesity. Follow-up visit in 4 weeks.

**QUESTION**

**1. What diagnoses are supported by the medical evidence?**

There are no diagnoses supported by the medical evidence.

**2. Does the medical evidence support any non-musculoskeletal diagnoses causing functional impairment from 5/9/2021 to the present? Please explain your medical rationale as to why or why not.**

The medical evidence does not support any non-musculoskeletal diagnoses causing functional impairment from 05/09/2021 to the present. The objective clinical findings were insufficient to support any physical functional impairment that would adversely affect the claimant's ability to work.

**3. If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported.**

**Lincoln/Lee 0218**

Page - 5  Claimant Name: KATONIA LEE Claim Number: 8892419

From an Internal Medicine perspective, functional impairment is not supported from 05/09/2021 to the present.

The claimant is a 51-year-old female with a history of hypertension, anxiety, depression, biliary stricture, diffuse large B cell lymphoma of duodenum and pancreas, HIV, insomnia, jaundice, and stomach ulcer.

Based on the medical facts from the available records, claim documentation, any additional information obtained from the claimant's treating providers, and from an Internal Medicine perspective, the claimant is not precluded from working in any capacity as of 05/09/2021 to the present.

The claimant presented to Mary Claire Hufft PAC on 05/03/2021 with complaints of chronic back pain and occasional leg swelling. Her blood pressure was 118/76 mmHg and body mass index 35.53 kg/m2. The physical exam findings were normal with no edema noted in bilateral lower extremities. The clinical impressions included essential hypertension, back pain, lymphoma related to AIDS, and insomnia. She was seen by Dr. Hicks (Pain Medicine) on 06/03/2021 with sacroiliitis and received steroid injections to the bilateral sacroiliac joints.

The claimant saw Danell Brice NP on 05/25/2021 for an initial evaluation of depression and anxiety. She denied any suicidal ideation, homicidal ideation, or self-harm. The psychiatric exam noted a depressed and blunted mood and affect. The clinical impressions were insomnia, recurrent major depression, bereavement, and anxiety disorder due to known physiological conditions. She attended individual psychotherapy with Dr. Larzelere from 04/21/2021 to 06/25/2021 for adjustment disorder with mixed anxiety and depressed mood.

The claimant presented to Dr. Kovtun (Internal Medicine) on 06/30/2021 for follow-up of diffuse large B-cell lymphoma of lymph nodes of the neck. She was in stable clinical condition and denied any fever, chills, night sweats, or unintentional weight loss. Her blood pressure was 133/87 mmHg and the physical exam was normal. A prior CT scan of the chest, abdomen, and pelvis on 06/14/2021 was negative for evidence of recurrent or metastatic disease. Her lab test revealed an elevated alkaline phosphatase. On 07/02/2021, the claimant went to Dr. Harris (Family Medicine) for leg and hand cramping. She denied any numbness or tingling, and her physical exam was unremarkable. The clinical impressions were essential hypertension, muscle cramps, recurrent major depression, lymphoma related to AIDS, and obesity.

Thus, from the medical information, the objective clinical findings were insufficient to support a physical functional impairment that would adversely affect the claimant's ability to work.

**4. Does the medical documentation support that any medical condition alone, or in combination would preclude the claimant from sustained occupational functioning on a full-time basis? Please explain why or why not.**

The documentation does not support that any medical condition alone, or in combination, that would preclude the claimant from sustained occupational functioning on a full-time basis. The

**Lincoln/Lee 0219**

Page - 6  Claimant Name: KATONIA LEE Claim Number: 8892419

objective clinical findings were insufficient to support any physical functional impairment from 05/09/2021 forward.

**5. Please contact treating providers**
**Dr. Harris at (225) 754-3278, fax (225) 336-3111 and**
**Dr. Nnadi at (225) 305-6663, fax (225) 761- 5735 to discuss the claimant's condition, treatment, and functional capacity.**
**Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider.**
**If not, please discuss your final assessment after the call.**
**Please be sure to include the patient's name and purpose of call with any messages that are left for the treating provider.**
**If AP contact is not successful, please send a letter to the treating provider outlining a summary of your assessment/findings and your questions for the treating provider.**

The following letter was faxed to Drs. Harris and Nnadi on 9/27/2021. I have not received a response as of 10/4/2021.

Summary:

The claimant is a 51-year-old female with a history of hypertension, anxiety, depression, biliary stricture, diffuse large B cell lymphoma of duodenum and pancreas, HIV, insomnia, jaundice, and stomach ulcer.

AP Questions:

Are there any more recent diagnostic studies done?

CONFLICT OF INTEREST:

*I certify that I have no relationship or affiliation with the beneficiary of this independent review or a significant past or present relationship with the Attending Provider and/or the treatment facility. I further certify that I have no familial or material professional or business relationship or incentive to promote the use of a certain product or service associated with the review of this case. I further certify that I have no direct or indirect financial incentive for a particular determination or ownership interest of greater than 5% between any affected parties.*

*This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.*

Sincerely,

**Lincoln/Lee 0220**

Page - 7  Claimant Name: KATONIA LEE Claim Number: 8892419



Stephen Broomes, M.D.
Board Certified: American Board of Internal Medicine; Hospital Medicine
American Medical Association
Society of Hospital Medicine
AL License #: MD.36043

*MLS attests to the fact that there is no conflict of interest with this review MLS attests that its compensation is not dependent on the specific outcome of this review. All opinions in this report are solely the opinions of the author. All opinions are advisory only, independently developed by the author and are based upon a reasonable degree of medical certainty and evidence-based medical concepts, considering the data available at the time of this report.*

**Lincoln/Lee 0221**

```
** SENDING NOTIFICATION : FAX SENT SUCCESSFULLY **

TIME SENT                                REMOTE CSID        DURATION   PAGES   STATUS
September 27, 2021 at 12:45:40 PM EDT    Ochsner Fax Server  56         2      Sent
```

# M L S

*MLS Group of Companies, Inc.*

# Confidential  FAX

**20750 Civic Center Dr. Suite 600**
**Southfield, MI 48076**
**248-945-9001**
**Fax 248-356-6757**
**www.mls-ime.com**

To: ToDrHarris

Fax Number: 912253363111

Pages: 2

Date/Time: 2021-09-27          12:44:44

Subject: AP questions

Note:

_____
IF YOU DO NOT RECEIVE ALL PAGES OR HAVE PROBLEMS WITH THIS TRANSMISSION, PLEASE CALL US AT
(248) 945-9001
THANK YOU

***HIPAA CONFIDENTIALITY NOTICE***

THE DOCUMENTS INSIDE THIS ELECTRONIC TRANSMISSION CONTAINS CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS LEGALLY PRIVILEGED. THIS INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMES ABOVE. THE AUTHORIZED RECIPIENT OF THIS INFORMATION IS PROHIBITED FROM DISCLOSING THIS INFORMATION TO ANY OTHER PARTY AND IS REQUIRED TO DESTROY THE INFORMATION AFTER ITS STATED NEED HAS BEEN FULFILLED, UNLESS OTHERWISE REQUIRED BY LAW.

IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION, OR ACTION TAKEN IN RELIANCE ON THE CONTENTS OF THESE DOCUMENTS IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS ELECTRONIC TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY TO ARRANGE FOR RETURN.
STRICTLY PROHIBITED. IF YOU RECEIVED THIS ELECTRONIC TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY TO ARRANGE FOR RETURN.

**Lincoln/Lee 0222**

```
** SENDING NOTIFICATION : FAX SENT SUCCESSFULLY **

TIME SENT                                    REMOTE CSID        DURATION   PAGES   STATUS
September 27, 2021 at 12:48:56 PM EDT         Ochsner Fax Server  61         2       Sent
```

# Confidential  FAX

## MLS Group of Companies, Inc.

**20750 Civic Center Dr. Suite 600**
**Southfield, MI 48076**
**248-945-9001**
**Fax 248-356-6757**
**www.mls-ime.com**

To: ToDrHicks

Fax Number: 912252365469

Pages: 2

Date/Time: 2021-09-27      12:42:48

Subject: AP questions

Note:

---

IF YOU DO NOT RECEIVE ALL PAGES OR HAVE PROBLEMS WITH THIS TRANSMISSION, PLEASE CALL US AT
(248) 945-9001
THANK YOU

***HIPAA CONFIDENTIALITY NOTICE***

THE DOCUMENTS INSIDE THIS ELECTRONIC TRANSMISSION CONTAINS CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS LEGALLY PRIVILEGED. THIS INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMES ABOVE. THE AUTHORIZED RECIPIENT OF THIS INFORMATION IS PROHIBITED FROM DISCLOSING THIS INFORMATION TO ANY OTHER PARTY AND IS REQUIRED TO DESTROY THE INFORMATION AFTER ITS STATED NEED HAS BEEN FULFILLED, UNLESS OTHERWISE REQUIRED BY LAW.

IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION, OR ACTION TAKEN IN RELIANCE ON THE CONTENTS OF THESE DOCUMENTS IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS ELECTRONIC TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY TO ARRANGE FOR RETURN.
STRICTLY PROHIBITED. IF YOU RECEIVED THIS ELECTRONIC TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY TO ARRANGE FOR RETURN.

**Lincoln/Lee 0223**

```
** SENDING NOTIFICATION : FAX SENT SUCCESSFULLY **

TIME SENT                              REMOTE CSID         DURATION  PAGES   STATUS
September 27, 2021 at 2:25:10 PM EDT   Ochsner Fax Server  58        2       Sent
```

# MLS

*MLS Group of Companies, Inc.*

# Confidential FAX

**20750 Civic Center Dr. Suite 600**
**Southfield, MI 48076**
**248-945-9001**
**Fax 248-356-6757**
**www.mls-ime.com**

To: ToDrNnadi

Fax Number: 912257545030

Pages: 2

Date/Time: 2021-09-27        14:24:12

Subject: AP questions

Note:

_____

**IF YOU DO NOT RECEIVE ALL PAGES OR HAVE PROBLEMS WITH THIS TRANSMISSION, PLEASE CALL US AT**
**(248) 945-9001**
**THANK YOU**

***HIPAA CONFIDENTIALITY NOTICE***

THE DOCUMENTS INSIDE THIS ELECTRONIC TRANSMISSION CONTAINS CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS LEGALLY PRIVILEGED. THIS INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMES ABOVE. THE AUTHORIZED RECIPIENT OF THIS INFORMATION IS PROHIBITED FROM DISCLOSING THIS INFORMATION TO ANY OTHER PARTY AND IS REQUIRED TO DESTROY THE INFORMATION AFTER ITS STATED NEED HAS BEEN FULFILLED, UNLESS OTHERWISE REQUIRED BY LAW.

IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION, OR ACTION TAKEN IN RELIANCE ON THE CONTENTS OF THESE DOCUMENTS IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS ELECTRONIC TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY TO ARRANGE FOR RETURN.
STRICTLY PROHIBITED. IF YOU RECEIVED THIS ELECTRONIC TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY TO ARRANGE FOR RETURN.

**Lincoln/Lee 0224**



**MLS National Medical Evaluation Services**

9/27/2021


Dr. Harris
Re: KATONIA LEE

Hi Dr. Harris,

At the request of Lincoln Life Assurance Company of Boston, MLS has scheduled a medical record review with Dr. Stephen H Broomes, regarding your patient, referenced above. In lieu of a teleconference, Dr. Stephen H Broomes has provided the following questions:

Summary: The claimant is a 51-year-old female with a history of hypertension, anxiety, depression, biliary stricture, diffuse large B cell lymphoma of duodenum and pancreas, HIV, insomnia, jaundice, and stomach ulcer.


AP Questions:

Are there any more recent diagnostic studies done?

Please fax or email your response by 10/1/21 to 248-356-6757 or ahorvath@mlsgroupllc.com.


We will forward your response and any additional comments to the reviewing physician.

Thank You!

Amanda Horvath
Peer Review Services
MLS Group of Companies, LLC


**Lincoln/Lee 0225**



9/27/2021


Dr. Hicks
Re: KATONIA LEE

Hi Dr. Hicks,

At the request of Lincoln Life Assurance Company of Boston, MLS has scheduled a medical record review with William Barreto, M.D., Board Certified: American Board of Physical Medicine and Rehabilitation and Pain Medicine, regarding your patient, referenced above.  In lieu of a teleconference, William Barreto, M.D. has provided the following questions:

Summary:
The claimant is a 51-year-old female (          who ceased work on 11/08/2018 reportedly, due to Diffuse large B-cell lymphoma, unspecified site.

AP questions:
What are the restrictions and limitations?

What objective evidence supports those restrictions and limitations?

Does the patient have imaging to support restrictions and limitations?

What is the expected prognosis for any impairing conditions?

Please fax or email your response by 10/1/21 to 248-356-6757 or ahorvath@mlsgroupllc.com.

We will forward your response and any additional comments to the reviewing physician.

Thank You!

Amanda Horvath
Peer Review Services
MLS Group of Companies, LLC


Lincoln/Lee 0226



MLS National Medical Evaluation Services

urac

9/27/2021

Dr. John Nnadi
Re: KATONIA LEE

Hi Dr. John Nnadi,

At the request of Lincoln Life Assurance Company of Boston, MLS has scheduled a medical record review with Dr. Stephen H Broomes, regarding your patient, referenced above. In lieu of a teleconference, Dr. Stephen H Broomes has provided the following questions:

Summary: The claimant is a 51-year-old female with a history of hypertension, anxiety, depression, biliary stricture, diffuse large B cell lymphoma of duodenum and pancreas, HIV, insomnia, jaundice, and stomach ulcer.

AP questions:
Are there any more recent diagnostic studies done?

Please fax or email your response by 10/1/21 to 248-356-6757 or ahorvath@mlsgroupllc.com.


We will forward your response and any additional comments to the reviewing physician.

Thank You!

Amanda Horvath
Peer Review Services
MLS Group of Companies, LLC

**Lincoln/Lee 0227**



MLS National Medical Evaluation Services

urac

10/4/2021

RE:    Claimant Name        :    KATONIA LEE
       Client               :    Lincoln Life Assurance Company of Boston - 92
       Referred By          :    Avrett, Mary
       Type of Review       :    Disability
       Type of Service      :    LTD
       Claim Number:        :    8892419

## MEDICAL DOCUMENTATION REVIEWED

I have reviewed all of the documents provided.

| Referral | | 09/08/21-09/20/21 |
|---|---|---|
| Progress notes | Ochsner Medical Center | 01/22/19-07/09/21 |
| Progress notes | Merit Health Central | 11/07/18-01/21/19 |
| UR Report | M.E., Dirlam, MD PhD FACP | 06/04/19 |
| UR Report | D. Abert, RN | 08/21/19 |
| UR Report | K.L., RN | 11/09/20 |
| UR Report | P. Stander, MD MBA FACP | 05/01/21 |
| X-Ray | Ochsner Medical Center | 01/23/19-05/25/19 |
| CT | Ochsner Medical Center | 01/23/19-06/14/21 |
| CT | Merit Health Central | 11/08/18-12/17/18 |
| Lab | Ochsner Medical Center | 01/22/19-06/14/21 |
| Lab | Merit Health Central | 11/07/18-01/21/19 |
| Other Test | Ochsner Medical Center | 01/31/19-06/09/21 |
| Other Test | Merit Health Central | 11/08/18-01/21/19 |
| Other Test | Baptist Health | 12/26/18 |
| Job | Walmart | undated |
| Misc | | 11/08/18-09/20/21 & undated |
| ROI | | 05/29/19-04/12/21 |

## SUMMARY OF PEER OUTREACH

TELECONFERENCE #1:
    1) AP NAME: Dr. Hicks

Lincoln/Lee 0228

Pa e - 2    laimant Name: K  TON   L    laim Number:    241

2) DATE: 9/21/2021
3) TIME: 1:08 PM CT
4) PERSON SPOKEN WITH: Voicemail
5) POSITION OF PERSON SPOKEN WITH: Voicemail

SUMMARY OF CONVERSATION: A phone call to the office of Dr. Hicks in regards to the review.

TELECONFERENCE #2:
    1) AP NAME: Dr. Hicks
    2) DATE: 9/27/2021
    3) TIME: 7:32 AM CT
    4) PERSON SPOKEN WITH: Hollie
    5) POSITION OF PERSON SPOKEN WITH: Patient Access Rep

SUMMARY OF CONVERSATION: A phone call to the office of Dr. Hicks at (225) 761-5200 was attempted on 9/27/2021 at 8:32 AM PT to discuss the requested care. The provider was unavailable; therefore, a message was left with Hollie, Patient Access Rep which included relevant contact information and schedule. No return phone call was received prior to the completion of this review.

**SUMMARY OF MEDICAL DOCUMENTATION**

Diagnoses (ICD):  hypertension (I10), B-cell lymphoma (C85.10), anemia (D64.9), adjustment disorder with mixed anxiety and depressed mood (F43.23), psychophysiological insomnia (F51.04), sacroiliitis (M46.1), obesity (E66.9), chronic low back pain (M54.5)

Medications:

Ambien 5 mg, diclofenac 50 mg, hydrochlorothiazide 12.5 mg, Zofran 8 mg, Biktarvy 50-200-25 mg, amlodipine 10 mg, ferrous gluconate 37.5 mg, allopurinol 300 mg, venlafaxine 37.5 mg

Imaging:
06/14/2021 CT chest, abdomen, pelvis notes no evidence of recurrent metastatic disease.

Records Reviewed:

The claimant is a 51-year-old female (            who ceased work on 11/08/2018 reportedly, due to diffuse large B-cell lymphoma, unspecified site. All available data has been reviewed.

This is a female claimant with multiple issues to include previous lymphoma, AIDS, chronic low back pain, anxiety, depression, insomnia, obesity, and anemia. Multiple ONLC progress reports are provided for review. The claimant has undergone extensive care. More recently, the claimant has been evaluated for ongoing anxiety, depression, and chronic low back pain. However,

**Lincoln/Lee 0229**

Pa e -    laimant Name: K  TON   L    laim Number:    241

although the claimant has multiple subjective complaints, no specific objective exam findings are documented. There is no provided Functional Capacity Evaluation (FCE). More recent imaging indicates no evidence of recurrent metastatic disease. The claimant underwent previous SI joint injection on 06/03/2021. Medications include Ambien 5 mg, diclofenac 50 mg, hydrochlorothiazide 12.5 mg, Zofran 8 mg, Biktarvy 50-200-25 mg, amlodipine 10 mg, ferrous gluconate 37.5 mg, allopurinol 300 mg, venlafaxine 37.5 mg. Documentation dates back to 2018.

Dates Under Review: from 5/9/2021 to the present.

09/07/2021 - Claimant attorneys appeal letter. The affidavit claims that the claimant has ongoing pain that causes sleepless nights, every night, and dramatic fatigue during the day, with or without the above referenced medications. The claimant needs several naps every day, or she does is off and falls asleep many times per day. The claimant notes she cannot sit, stand, or walk for more than 10 minutes before beginning to experience back pain. The claimant opined she is unable to kneel or climb and has trouble lifting her head and holding and up while walking because of back and neck pain. The claimant endorses headaches and difficulty gripping items with her hands. The claimant has to take constant breaks when trying to complete household tasks. The claimant also struggles with her memory and communication due to side effects of cancer treatment. The claimant has been diagnosed with anxiety and depression.

07/02/2021 - A. Harris, MD, progress report outlines annual exam and management of depression, lymphoma/AIDS. The claimant has comorbidities to include anxiety, hypertension, insomnia, jaundice, and stomach ulcers. No abnormal objective exam findings are documented.

06/30/2021 - J. Kovtun, MD, progress report outlines follow-up after biopsy. Previous treatment has included R-CHOP, intrathecal, completed 09/20/2019. The claimant is noted to be stable. The claimant continues to be followed up for pain control for low back pain and recently established care with a psychiatrist. No abnormal physical exam findings are documented.

06/25/2021, 05/19/2021 - M. Larzelere, PhD, progress report outlines depression and anxiety. The claimant is undergoing cognitive behavioral therapy. The claimant is profusely tearful, dysphoric. The claimant notes less crying with Effexor. The claimant is sleeping 5-6 hours at night with the use of Ambien. Assessment adjustment disorder with mixed anxiety and depressed mood.

06/09/2021 - D. Welton, NP, well woman examination.

06/03/2021 - B. Hicks, MD, procedural report for bilateral SI joint injections with local anesthetic. No abnormal physical examination is documented.

05/25/2021 - D. Brice, NP, outpatient psychiatry office visit. The claimant has complaints of depression and anxiety. The claimant has diagnoses to include cancer and HIV. The claimant notes inability to sleep and cries almost every day.

Pa e - 4    laimant Name: K  TON   L    laim Number:    241

## QUESTION

**1. What diagnoses are supported by the medical evidence?**

Hypertension (I10), B-cell lymphoma (C85.10), anemia (D64.9), adjustment disorder with mixed anxiety and depressed mood (F43.23), psychophysiological insomnia (F51.04), sacroiliitis (M46.1), obesity (E66.9), chronic low back pain (M54.5)

**2. Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, please describe if there are any supported level of impairments which translates into restrictions and limitations from 5/9/2021 to the present?**
**Please explain your medical rationale as to why or why not and provide a detailed explanation**

From a PM&R standpoint, taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, there is no documentation to support impairment and therefore restrictions and limitations from 5/9/2021 to the present.

Provided documentation indicates chronic low back pain. The affidavit claims that the claimant has ongoing pain that causes sleepless nights, every night, and dramatic fatigue during the day, with or without the above referenced medications. The claimant needs several naps every day, or she does is off and falls asleep many times per day. The claimant notes she cannot sit, stand, or walk for more than 10 minutes before beginning to experience back pain. The claimant opined she is unable to kneel or climb and has trouble lifting her head and holding and up while walking because of back and neck pain. The claimant endorses headaches and difficulty gripping items with her hands. However, multiple progress and reports are provided for review with no abnormal objective exam findings. No abnormal imaging has been provided. There is no documentation of an FCE having been completed noting that the claimant has specific limitations as a result of chronic pain.

**3. If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported.**

Impairment is not supported. Provided documentation indicates chronic low back pain. The affidavit claims that the claimant has ongoing pain that causes sleepless nights, every night, and dramatic fatigue during the day, with or without the above referenced medications. The claimant needs several naps every day, or she does is off and falls asleep many times per day. The claimant notes she cannot sit, stand, or walk for more than 10 minutes before beginning to experience back pain. The claimant opined she is unable to kneel or climb and has trouble lifting her head and holding and up while walking because of back and neck pain. The claimant

**Lincoln/Lee 0231**

Pa e - 5    laimant Name: K  TON   L     laim Number:     241

endorses headaches and difficulty gripping items with her hands. However, multiple progress and reports are provided for review with no abnormal objective exam findings. No abnormal imaging has been provided. There is no documentation of an FCE having been completed noting that the claimant has specific limitations as a result of chronic pain.

**4. Does the medical documentation support that any medical condition alone, or in combination would preclude the claimant from sustained occupational functioning on a full-time basis? Please explain why or why not.**

No. The medical documentation does not support that any medical condition alone or in combination would preclude the claimant from sustained occupational functioning on a full-time basis. The affidavit claims that the claimant has ongoing pain that causes sleepless nights, every night, and dramatic fatigue during the day, with or without the above referenced medications. The claimant needs several naps every day, or she does is off and falls asleep many times per day. The claimant notes she cannot sit, stand, or walk for more than 10 minutes before beginning to experience back pain. The claimant opined she is unable to kneel or climb and has trouble lifting her head and holding and up while walking because of back and neck pain. The claimant endorses headaches and difficulty gripping items with her hands. However, multiple progress and reports are provided for review with no abnormal objective exam findings. No abnormal imaging has been provided. There is no documentation of an FCE having been completed noting that the claimant has specific limitations as a result of chronic pain.

**5. Does the medical evidence support any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairment affects functional capacity.**

No.

**6. Please contact treating provider**
**Dr. Hicks at (225) 761-5200, Fax (225) 236-5469 to discuss the claimant's condition, treatment, and functional capacity.**
**Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call.**
**Please be sure to include the patient's name and purpose of call with any messages that are left for the treating provider.**
**If AP contact is not successful, please send a letter to the treating provider outlining a summary of your assessment/findings and your questions for the treating provider.**

A phone call to the office of Dr. Hicks at (225) 761-5200 was attempted on 9/27/2021 at 8:32 AM PT to discuss the requested care. The provider was unavailable; therefore, a message was left with Hollie, Patient Access Rep which included relevant contact information and schedule. No return phone call was received prior to the completion of this review.

**Lincoln/Lee 0232**

Pa e -    laimant Name: K  TON   L    laim Number:    241

On 9/27/2021, the following letter was faxed to Dr. Hicks. At the time of submission of this report, no response has been received.

Summary:
The claimant is a 51-year-old female (                 who ceased work on 11/08/2018 reportedly, due to diffuse large B-cell lymphoma, unspecified site.

AP questions:
What are the restrictions and limitations?

What objective evidence supports those restrictions and limitations?

Does the patient have imaging to support restrictions and limitations?

What is the expected prognosis for any impairing conditions?

CONFLICT OF INTEREST:

*I certify that I have no relationship or affiliation with the beneficiary of this independent review or a significant past or present relationship with the Attending Provider and/or the treatment facility. I further certify that I have no familial or material professional or business relationship or incentive to promote the use of a certain product or service associated with the review of this case. I further certify that I have no direct or indirect financial incentive for a particular determination or ownership interest of greater than 5% between any affected parties.*

*This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.*

Sincerely,

William Barreto, M.D.
Board Certified: American Board of Physical Medicine and Rehabilitation
Board Certified: American Board of Physical Medicine and Rehabilitation, Pain Medicine
LA License #: 323262

*MLS attests to the fact that there is no conflict of interest with this review MLS attests that its compensation is not dependent on the specific outcome of this review. All opinions in this report are solely the opinions of the author. All opinions are advisory only, independently developed by the author and are based upon a reasonable degree of medical certainty and evidence-based medical concepts, considering the data available at the time of this report.*

**Lincoln/Lee 0233**

Pa e -   laimant Name: K  TON   L   laim Number:   241

**Lincoln/Lee 0234**



MLS National Medical Evaluation Services

10/4/2021

RE:  Claimant Name     :    KATONIA LEE
     Client            :    Lincoln Life Assurance Company of Boston - 92
     Referred By       :    Avrett, Mary
     Type of Review    :    Disability
     Type of Service   :    LTD
     Claim Number:     :    8892419

## MEDICAL DOCUMENTATION REVIEWED

I have reviewed all of the documents provided.

| Referral | | 09/08/21-09/20/21 |
|---|---|---|
| Progress notes | Ochsner Medical Center | 01/22/19-07/09/21 |
| Progress notes | Merit Health Central | 11/07/18-01/21/19 |
| UR Report | M.E., Dirlam, MD PhD FACP | 06/04/19 |
| UR Report | D. Abert, RN | 08/21/19 |
| UR Report | K.L., RN | 11/09/20 |
| UR Report | P. Stander, MD MBA FACP | 05/01/21 |
| X-Ray | Ochsner Medical Center | 01/23/19-05/25/19 |
| CT | Ochsner Medical Center | 01/23/19-06/14/21 |
| CT | Merit Health Central | 11/08/18-12/17/18 |
| Lab | Ochsner Medical Center | 01/22/19-06/14/21 |
| Lab | Merit Health Central | 11/07/18-01/21/19 |
| Other Test | Ochsner Medical Center | 01/31/19-06/09/21 |
| Other Test | Merit Health Central | 11/08/18-01/21/19 |
| Other Test | Baptist Health | 12/26/18 |
| Job | Walmart | undated |
| Misc | | 11/08/18-09/20/21 & undated |
| ROI | | 05/29/19-04/12/21 |

## SUMMARY OF PEER OUTREACH

TELECONFERENCE #1:
    1) AP NAME: Dr. Harris
    2) DATE: 9/22/2021
    3) TIME: 2:00 PM CT
    4) PERSON SPOKEN WITH: Jill

**Lincoln/Lee 0235**

Pa e - 2    laimant Name: K  TON   L     laim Number:     241

5) POSITION OF PERSON SPOKEN WITH: Office Staff

SUMMARY OF CONVERSATION: She will forward the message. A detailed information and a callback number was left.

TELECONFERENCE #2:
    1) AP NAME: Dr. Harris
    2) DATE: 9/24/2021
    3) TIME: 10:26 AM CT
    4) PERSON SPOKEN WITH: Rida
    5) POSITION OF PERSON SPOKEN WITH: Office Staff

SUMMARY OF CONVERSATION: She will forward the message. A detailed information and a callback number was left.

TELECONFERENCE #3:
    1) AP NAME: Dr. John Nnadi
    2) DATE: 9/22/2021
    3) TIME: 11:23 AM CT
    4) PERSON SPOKEN WITH: Hospital Receptionist
    5) POSITION OF PERSON SPOKEN WITH: Hospital Receptionist

SUMMARY OF CONVERSATION: Number says line is no longer available.  Looked up online and found phone number 662-772-4000 for Baptist Hospital they also said they have no forwarding number and directed me to the Medical Staff Office where I had to leave a voicemail.

TELECONFERENCE #4:
    1) AP NAME: Dr. John Nnadi
    2) DATE: 9/23/2021
    3) TIME: 7:44 AM CT
    4) PERSON SPOKEN WITH: Janae
    5) POSITION OF PERSON SPOKEN WITH: Receptionist

SUMMARY OF CONVERSATION: Called (225) 305-6663 and message states it is not a working number.  Found 225-754-3278 number online for Oshner Health, Dr. Nnadi is there. Left urgent message to call back to cell phone number.

TELECONFERENCE #5:
    1) AP NAME: Dr. John Nnadi
    2) DATE: 9/22/2021
    3) TIME: 2:05 PM CT
    4) PERSON SPOKEN WITH: Voice Prompt
    5) POSITION OF PERSON SPOKEN WITH: NA

**Lincoln/Lee 0236**

Pa e -    laimant Name: K TON   L    laim Number:    241

SUMMARY OF CONVERSATION: 9/22/2021 3:05 PM EST Dialed 225-305-6663.  The voice prompt mentioned it is not a working number.  The review company will be informed.

TELECONFERENCE #6:
1) AP NAME: Dr. John Nnadi
2) DATE: 9/24/2021
3) TIME: 10:29 AM CT
4) PERSON SPOKEN WITH: Virgie
5) POSITION OF PERSON SPOKEN WITH: Receptionist

SUMMARY OF CONVERSATION: Dialed 225-754-3278 and spoke with Virgie.  She will forward the message.  A detailed message and a callback number was left.

**SUMMARY OF MEDICAL DOCUMENTATION**

The claimant is a 51-year-old female with a history of hypertension, anxiety, depression, biliary stricture, diffuse large B cell lymphoma of duodenum and pancreas, HIV, insomnia, jaundice, and stomach ulcer.

Date of Disability: 11/08/2018

The progress notes by Mary Claire Hufft, PAC, dated 05/03/2021, indicated that the claimant presented to establish care and for an annual exam. She complained of chronic back pain and occasional leg swelling. Her blood pressure (BP) was 118/76 mmHg, pulse 96 bpm, oxygen saturation (SpO2) 99%, and body mass index (BMI) 35.53 kg/m2. The physical exam was normal with no edema noted in bilateral lower extremities. The clinical impressions included essential hypertension, back pain, lymphoma related to AIDS, and insomnia.

The progress notes by Victoria Charles, MSW (Social Worker), dated 05/14/2021, indicated that the claimant's recent stressors were reviewed.

The telemedicine progress notes by Dr. Larzelere (Psychiatry), dated 05/19/2021, indicated that the claimant attended individual psychotherapy for adjustment disorder with mixed anxiety and depressed mood. The documented treatment dates were on 04/21/2021 and 06/25/2021.

The progress notes by Danell Brice, NP, dated 05/25/2021, indicated that the claimant presented for initial evaluation of depression and anxiety. She denied any suicidal ideation, homicidal ideation, or self-harm. The psychiatric exam noted depressed and blunted mood and affect. The clinical impressions were insomnia, recurrent major depression, bereavement, and anxiety disorder due to known physiological condition.

The H&P notes by Dr. Hicks (Pain Medicine), dated 06/03/2021, indicated that the claimant presented for bilateral sacroiliac joint injection. Her BP was 157/90 mmHg and BMI 34.39 kg/m2. The physical exam was normal. The clinical impression was sacroiliitis. Bilateral sacroiliac joint injection under fluoroscopy was performed.

**Lincoln/Lee 0237**

Pa e - 4    laimant Name: K TON   L    laim Number:    241

The progress notes by Debra Welton, NP, dated 06/09/2021, indicated that the claimant presented for a well woman exam. The physical exam was normal. Pap smear was negative for intraepithelial lesion or malignancy. The bilateral digital mammography with tomosynthesis was negative for evidence of malignancy.

A computed tomography (CT) scan of the chest, abdomen and pelvis, dated 06/14/2021, was negative for evidence of recurrent or metastatic disease.

The lab test results, dated 06/14/2021, revealed abnormal findings for MCV 99 (H), MCHC 31.0 (L), RDW 14.6 (H), BUN 21 (H), ALP 176 (H), eGFR 52 (L).

The progress notes by Dr. Kovtun (Internal Medicine) dated 06/30/2021 indicated that the claimant was seen for follow-up after biopsy. She was in stable clinical condition and denied any fever, chills, night sweats, or unintentional weight loss. Her BP was 133/87 mmHg. The physical exam was normal. The clinical impressions were diffuse large B-cell lymphoma of lymph nodes of neck and alkaline phosphatase elevation. Return visit in 3 months.

The progress notes by Dr. Harris (Family Medicine), dated 07/02/2021, indicated that the claimant presented to establish care and annual exam. She complained of leg and hand cramping but denied numbness or tingling. The physical exam noted obesity. The clinical impressions were essential hypertension, muscle cramps, recurrent major depression, lymphoma related to AIDS, and obesity. Follow-up visit in 4 weeks.

## QUESTION

**1. What diagnoses are supported by the medical evidence?**

There are no diagnoses supported by the medical evidence.

**2. Does the medical evidence support any non-musculoskeletal diagnoses causing functional impairment from 5/9/2021 to the present? Please explain your medical rationale as to why or why not.**

The medical evidence does not support any non-musculoskeletal diagnoses causing functional impairment from 05/09/2021 to the present. The objective clinical findings were insufficient to support any physical functional impairment that would adversely affect the claimant's ability to work.

**3. If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported.**

**Lincoln/Lee 0238**

Pa e - 5   laimant Name: K  TON   L    laim Number:    241

From an Internal Medicine perspective, functional impairment is not supported from 05/09/2021 to the present.

The claimant is a 51-year-old female with a history of hypertension, anxiety, depression, biliary stricture, diffuse large B cell lymphoma of duodenum and pancreas, HIV, insomnia, jaundice, and stomach ulcer.

Based on the medical facts from the available records, claim documentation, any additional information obtained from the claimant's treating providers, and from an Internal Medicine perspective, the claimant is not precluded from working in any capacity as of 05/09/2021 to the present.

The claimant presented to Mary Claire Hufft PAC on 05/03/2021 with complaints of chronic back pain and occasional leg swelling. Her blood pressure was 118/76 mmHg and body mass index 35.53 kg/m2. The physical exam findings were normal with no edema noted in bilateral lower extremities. The clinical impressions included essential hypertension, back pain, lymphoma related to AIDS, and insomnia. She was seen by Dr. Hicks (Pain Medicine) on 06/03/2021 with sacroiliitis and received steroid injections to the bilateral sacroiliac joints.

The claimant saw Danell Brice NP on 05/25/2021 for an initial evaluation of depression and anxiety. She denied any suicidal ideation, homicidal ideation, or self-harm. The psychiatric exam noted a depressed and blunted mood and affect. The clinical impressions were insomnia, recurrent major depression, bereavement, and anxiety disorder due to known physiological conditions. She attended individual psychotherapy with Dr. Larzelere from 04/21/2021 to 06/25/2021 for adjustment disorder with mixed anxiety and depressed mood.

The claimant presented to Dr. Kovtun (Internal Medicine) on 06/30/2021 for follow-up of diffuse large B-cell lymphoma of lymph nodes of the neck. She was in stable clinical condition and denied any fever, chills, night sweats, or unintentional weight loss. Her blood pressure was 133/87 mmHg and the physical exam was normal. A prior CT scan of the chest, abdomen, and pelvis on 06/14/2021 was negative for evidence of recurrent or metastatic disease. Her lab test revealed an elevated alkaline phosphatase. On 07/02/2021, the claimant went to Dr. Harris (Family Medicine) for leg and hand cramping. She denied any numbness or tingling, and her physical exam was unremarkable. The clinical impressions were essential hypertension, muscle cramps, recurrent major depression, lymphoma related to AIDS, and obesity.

Thus, from the medical information, the objective clinical findings were insufficient to support a physical functional impairment that would adversely affect the claimant's ability to work.

**4. Does the medical documentation support that any medical condition alone, or in combination would preclude the claimant from sustained occupational functioning on a full-time basis? Please explain why or why not.**

The documentation does not support that any medical condition alone, or in combination, that would preclude the claimant from sustained occupational functioning on a full-time basis. The

**Lincoln/Lee 0239**

Pa e -      laimant Name: K TON   L      laim Number:      241

objective clinical findings were insufficient to support any physical functional impairment from 05/09/2021 forward.

**5. Please contact treating providers**
**Dr. Harris at (225) 754-3278, fax (225) 336-3111 and**
**Dr. Nnadi at (225) 305-6663, fax (225) 761- 5735 to discuss the claimant's condition, treatment, and functional capacity.**
**Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider.**
**If not, please discuss your final assessment after the call.**
**Please be sure to include the patient's name and purpose of call with any messages that are left for the treating provider.**
**If AP contact is not successful, please send a letter to the treating provider outlining a summary of your assessment/findings and your questions for the treating provider.**

The following letter was faxed to Drs. Harris and Nnadi on 9/27/2021. I have not received a response as of 10/4/2021.

Summary:

The claimant is a 51-year-old female with a history of hypertension, anxiety, depression, biliary stricture, diffuse large B cell lymphoma of duodenum and pancreas, HIV, insomnia, jaundice, and stomach ulcer.

AP Questions:

Are there any more recent diagnostic studies done?

CONFLICT OF INTEREST:

*I certify that I have no relationship or affiliation with the beneficiary of this independent review or a significant past or present relationship with the Attending Provider and/or the treatment facility. I further certify that I have no familial or material professional or business relationship or incentive to promote the use of a certain product or service associated with the review of this case. I further certify that I have no direct or indirect financial incentive for a particular determination or ownership interest of greater than 5% between any affected parties.*

*This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.*

Sincerely,

**Lincoln/Lee 0240**

Pa e -     laimant Name: K  TON   L     laim Number:     241

Stephen Broomes, M.D.
Board Certified: American Board of Internal Medicine; Hospital Medicine
American Medical Association
Society of Hospital Medicine
AL License #: MD.36043

*MLS attests to the fact that there is no conflict of interest with this review MLS attests that its compensation is not dependent on the specific outcome of this review.  All opinions in this report are solely the opinions of the author. All opinions are advisory only, independently developed by the author and are based upon a reasonable degree of medical certainty and evidence-based medical concepts, considering the data available at the time of this report.*

**Lincoln/Lee 0241**

| ** SENDING NOTIFICATION : FAX SENT SUCCESSFULLY ** | | | | |
|---|---|---|---|---|
| TIME SENT | REMOTE CSID | DURATION | PAGES | STATUS |
| September 27, 2021 at 12:45:40 PM EDT | Ochsner Fax Server | 56 | 2 | Sent |



*MLS Group of Companies, Inc.*

# Confidential FAX

**20750 Civic Center Dr. Suite 600
Southfield, MI 48076
248-945-9001
Fax 248-356-6757
www.mls-ime.com**

To: ToDrHarris

Fax Number: 912253363111

Pages: 2

Date/Time: 2021-09-27          12:44:44

Subject: AP questions

Note:

---

**IF YOU DO NOT RECEIVE ALL PAGES OR HAVE PROBLEMS WITH THIS TRANSMISSION, PLEASE CALL US AT
(248) 945-9001
THANK YOU**

***HIPAA CONFIDENTIALITY NOTICE***

THE DOCUMENTS INSIDE THIS ELECTRONIC TRANSMISSION CONTAINS CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS LEGALLY PRIVILEGED. THIS INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMES ABOVE. THE AUTHORIZED RECIPIENT OF THIS INFORMATION IS PROHIBITED FROM DISCLOSING THIS INFORMATION TO ANY OTHER PARTY AND IS REQUIRED TO DESTROY THE INFORMATION AFTER ITS STATED NEED HAS BEEN FULFILLED, UNLESS OTHERWISE REQUIRED BY LAW.

IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION, OR ACTION TAKEN IN RELIANCE ON THE CONTENTS OF THESE DOCUMENTS IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS ELECTRONIC TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY TO ARRANGE FOR RETURN.
STRICTLY PROHIBITED. IF YOU RECEIVED THIS ELECTRONIC TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY TO ARRANGE FOR RETURN.

**Lincoln/Lee 0242**

| ** SENDING NOTIFICATION : FAX SENT SUCCESSFULLY ** | | | | |
|---|---|---|---|---|
| TIME SENT | REMOTE CSID | DURATION | PAGES | STATUS |
| September 27, 2021 at 12:48:56 PM EDT | Ochsner Fax Server | 61 | 2 | Sent |



*MLS Group of Companies, Inc.*

## Confidential FAX

**20750 Civic Center Dr. Suite 600
Southfield, MI 48076
248-945-9001
Fax 248-356-6757
www.mls-ime.com**

To: ToDrHicks

Fax Number: 912252365469

Pages: 2

Date/Time: 2021-09-27          12:42:48

Subject: AP questions

Note:

IF YOU DO NOT RECEIVE ALL PAGES OR HAVE PROBLEMS WITH THIS TRANSMISSION, PLEASE CALL US AT
(248) 945-9001
THANK YOU

***HIPAA CONFIDENTIALITY NOTICE***

THE DOCUMENTS INSIDE THIS ELECTRONIC TRANSMISSION CONTAINS CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS LEGALLY PRIVILEGED. THIS INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMES ABOVE. THE AUTHORIZED RECIPIENT OF THIS INFORMATION IS PROHIBITED FROM DISCLOSING THIS INFORMATION TO ANY OTHER PARTY AND IS REQUIRED TO DESTROY THE INFORMATION AFTER ITS STATED NEED HAS BEEN FULFILLED, UNLESS OTHERWISE REQUIRED BY LAW.

IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION, OR ACTION TAKEN IN RELIANCE ON THE CONTENTS OF THESE DOCUMENTS IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS ELECTRONIC TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY TO ARRANGE FOR RETURN.
STRICTLY PROHIBITED. IF YOU RECEIVED THIS ELECTRONIC TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY TO ARRANGE FOR RETURN.

**Lincoln/Lee 0243**

| ** SENDING NOTIFICATION : FAX SENT SUCCESSFULLY ** | | | | |
|---|---|---|---|---|
| TIME SENT<br>September 27, 2021 at 2:25:10 PM EDT | REMOTE CSID<br>Ochsner Fax Server | DURATION<br>58 | PAGES<br>2 | STATUS<br>Sent |



**MLS Group of Companies, Inc.**

# Confidential FAX

**20750 Civic Center Dr. Suite 600**
**Southfield, MI 48076**
**248-945-9001**
**Fax 248-356-6757**
**www.mls-ime.com**

To: ToDrNnadi

Fax Number: 912257545030

Pages: 2

Date/Time: 2021-09-27        14:24:12

Subject: AP questions

Note:

---

**IF YOU DO NOT RECEIVE ALL PAGES OR HAVE PROBLEMS WITH THIS TRANSMISSION, PLEASE CALL US AT**
**(248) 945-9001**
**THANK YOU**

***HIPAA CONFIDENTIALITY NOTICE***

THE DOCUMENTS INSIDE THIS ELECTRONIC TRANSMISSION CONTAINS CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS LEGALLY PRIVILEGED. THIS INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMES ABOVE. THE AUTHORIZED RECIPIENT OF THIS INFORMATION IS PROHIBITED FROM DISCLOSING THIS INFORMATION TO ANY OTHER PARTY AND IS REQUIRED TO DESTROY THE INFORMATION AFTER ITS STATED NEED HAS BEEN FULFILLED, UNLESS OTHERWISE REQUIRED BY LAW.

IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION, OR ACTION TAKEN IN RELIANCE ON THE CONTENTS OF THESE DOCUMENTS IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS ELECTRONIC TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY TO ARRANGE FOR RETURN.
STRICTLY PROHIBITED. IF YOU RECEIVED THIS ELECTRONIC TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY TO ARRANGE FOR RETURN.

**Lincoln/Lee 0244**

**From:**SWood@mlsgroupllc.com
**Sent:**Mon, 4 Oct 2021 07:15:21 -0400
**To:**Avrett, Mary
**Cc:**VendorReferrals
**Subject:**MLS review notification for case - 8892419 ID: MLS# 116388
**Attachments:**Dr. Harris Letter.doc, Dr. Hicks Letter.doc, Dr. Nnandi Letter.doc, harris fax conf.pdf, hicks conf.pdf, nnadi fax conf.pdf, Report_MLS_D2__R01_116388-1_v1.doc, Report_MLS_D2__R02_116388-1_v1.doc

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

This is to inform you that the review for your case #8892419 (MLS #116388, Initial, ) has been completed and is ready to be viewed on our website.

You can access the report via https://client.mlsgroupllc.com using your username and password.

Thank you for the referral,
MLS Group of Companies, LLC

Amanda Horvath
ahorvath@mlsgroupllc.com

Sharee Wood
SWood@mlsgroupllc.com

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

**Lincoln/Lee 0245**

**From:**ejones@mlsgroupllc.com
**Sent:**Mon, 4 Oct 2021 07:47:26 -0400
**To:**VendorReferrals
**Subject:**Invoice for 116388, Completed 10/4/2021 7:06 AM
**Attachments:**Invoice_116388-1_v1.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Please see attached for your most recent invoice.

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

**Lincoln/Lee 0246**

**Invoice**    **116388-1**                                              **MLS Group of Companies**

**Date of Invoice**                                                             P.O. Box 492417
                                                                          Redding CA  96049
                                                         248-945-9001 Fax:  248-356-6757

Lincoln Life Assurance Company of Boston - 92          **Case ID:**      8892419
P.O. Box 1525                                          **Referral ID:**  116388
Dover, NH 03821                                        **Name:**         KATONIA LEE
                                                       **Employer:**
**Attention:**                                         **Physician:**    William M Barreto, Stephen H
Mary Avrett                                                              Broomes,
                                                       **Specialty:**    Internal Medicine,Family
                                                                         Medicine,Physical Medicine &
                                                                         Rehabilitation
                                                       **Svc Date:**      10/4/2021

| Item | Rate |
|---|---|
| Peer Review | $5040.00 |

**Invoice Total**    $5040.00
**Receipt Total**    $0.00
**Invoice Balance**  $5040.00

Please visit our new web-site address located at www.mlsgroupllc.com

MLS Tax ID #: 38-3341904                          Please make checks payable to:
                                                    MLS Group of Companies

**Lincoln/Lee 0247**



Date:        September 30, 2021

Subject:   **Appeal Nursing Memorandum**

Claim#:   8892419

Employee:   Katonia Lee

Date of Birth:

Date of Disability: 11/08/2018

Review of medical records on file completed.    NDC was requested to review the records to determine the presence of impairment from behavior health diagnoses from 5/9/21 forward.

In brief, the employee's clinical history includes the presence of chronic HIV disease. The employee has pre-existing back pain and obesity. She began treatment for lymphoma in late 2018 and successful treatment was completed in September 2019.

The employee was referred by her oncologist Dr. Kovtun for psychiatric evaluation. The employee was seen by psychologist Dr. Larzelere on 4/21/21. This note and future notes are all telehealth visits. The main issues is the employee's ability to adapt to disease and treatment, navigate bereavement, and insomnia. The employee is friendly and cooperative on exam. She appears anxious, depressed, and sad. She is tearful and is not cognitively impaired. The employee reports subjective difficulty with her attention span and concentration. Self-reported anxiety and depression screening scores suggest moderate anxiety and depression. The employee has unresolved stressors which include the death of her mother and aunt who she was both extremely close to. The employee has good coping skills focusing on her family and prayer. She does spend time ruminating about misfortunes in the past few years. It is noted her daily activities are limited by pain. Additional symptoms noted are diminished interest, insomnia, fatigue, tearfulness and social isolation. The employee's depression is somewhat alleviated by her ability to help her father and spend time with her family. The employee reports she feels nervous and on edge. She has uncontrollable worry about her illness, pain, activity level, children, and finances. She has excessive worry that interferes with

**Lincoln/Lee 0248**

her enjoyment. She is restless and irritable reports lifelong anxiety. The employee denies generalized anxiety. She has no social phobias. The employee reports she does not sleep without the medication Ambien and has been taking it for two years. She is interested in restarting antidepressant medication and is eventually prescribed Effexor. Diagnosis is ultimately noted to be adjustment disorder with mixed anxiety and depression.

The employee followed up on 5/19/21 with Dr. Larzelere. Her presentation is consistent with the prior visit. She reports she has a significant increase in anxiety and depression since her last visit. She is worried her pain will never be under control and will never return to normal functioning. She reports activities of daily living and driving are noted to be difficult. The focus was on cognitive behavioral interventions to help her with sleep, her stressors related to her diagnosis and treatment. Self-reported symptoms are increased in severity.

The last record in file by Dr. Larzelere is from 6/25/21. The employee is engaged in behavior modifying psychotherapy. The employee reports less tearful periods using Effexor. She can sleep 5 to 6 hours per night with Ambien. She is worried over her physical condition and if she will ever return to normal, and the concept of a new normal is discussed. Social isolation and depressive symptoms are noted. The employee reports fatigue, memory and concentration issues. She is fearful and nervous. The employee feels less depressed based on self-reported screening scores. The plan is for the employee to be seen by psychiatry for medication evaluation to target depression, anxiety, grief and insomnia.

The employee has also submitted affidavits dated 7/1/21 and 7/31/21 indicating she has begun what appears to be an increase in her Effexor dose. The employee indicates when she takes Ambien and the HIV medication Biktarvy she cannot perform adequately. Her thinking is clouded and leads to errors. She has an inability to focus and keep pace. She is slower doing her activities of daily living. Focus is limited to no more than 10 minutes when engaging with family and friends. The employee reports depression related thinking to include rumination on things she is no longer physically able to do.

From a cognitive perspective, while medications noted could cause some deficits, there is no clinical evaluation of cognition and concentration in the records. Of note, the employee has been on Ambien for at least two years. Ambien is not intended to be used for an extended period of time. Typically, the Ambien is only prescribed for 4-6 weeks. Regardless, it is not recommended an individual drives

PAGE 2 OF 3

**Lincoln/Lee 0249**

the day after taking Ambien. The employee reports activities of daily living take her longer to do. The employee does have chronic pain, and this certainly is a contributing factor. The records are insufficient to determine to what extent the employee's depression and anxiety could be contributing to inability to complete activities of daily living satisfactorily. The employee has had some improvement in her depressive symptoms with the utilization of antidepressant medication. The records indicate the employee can engage with family and to some extent with friends. Monthly therapy visits do not indicate a severe level of clinical concern.

In summary, the record does not contain an in-depth clinical evaluation of the employee's cognitive status. While it is recommended that driving should be limited after the use of Ambien, there is no clear indication the employee is unable and incapable of driving. In total, the record does not describe a severity of symptoms that would support the presence of global functional impairment from a behavioral health diagnosis that requires any sustained restrictions and limitations as of 5/9/21.

Discussed case with appeals review specialist, no further activity is needed.

Bill M., RN, BS, FLMI, CCM

Nurse Disability Appeals Consultant II, Lincoln Financial Group

**Lincoln/Lee 0250**

**From:**Clinical Referral and Triage <Shelley.Plaisted@lfg.com>
**Sent:**Mon, 20 Sep 2021 18:19:07 +0000
**To:**Avrett, Mary
**Subject:**Urgent: Send Medicals to Peer Review Claim 8892419

Your referral for claim number 8892419 has been sent to an external vendor as no ICP is available to handle it

- Sent to Vendor: MLS National Medical Evaluation (MLS)
- Email records to: referrals@mls-ime.com

**Lincoln/Lee 0251**

**From:**Clinical Referral and Triage <Shelley.Plaisted@lfg.com>
**Sent:**Mon, 20 Sep 2021 18:19:24 +0000
**To:**Avrett, Mary
**Subject:**Urgent: Send Medicals to Peer Review Claim 8892419

Your referral for claim number 8892419 has been sent to an external vendor as no ICP is available to handle it

- Sent to Vendor: MLS National Medical Evaluation (MLS)
- Email records to: referrals@mls-ime.com

**Lincoln/Lee 0252**

**Clinical Review Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| WALMART, INC. | KATONIA LEE | 8892419 |

| | | | |
|---|---|---|---|
| **Report Date:** | | | |
| **Referred By:** | Mary Avrett | **Claimant DOB:** | |
| **Referral Date:** | 09/17/2021 | **Job Title:** | ASST MGR-WM _100014693 _010916 |
| **Due Date:** | 10/01/2021 | **Medical/ Surgical Condition:** | Large B Cell lymphoma, HIV, muscle cramps, HTN, MDD |
| **Referral Type:** | Appeal Referral | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 11/07/2018 |
| | | **DOD:** | 11/08/2018 |
| **Physical Demands:** | | **BBD:** | 05/09/2019 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Referral Questions**

There are no core questions.

**Additional Questions**

Other 1)        What diagnoses are supported by the medical evidence? 2)        Does the medical evidence support any non-musculoskeletal diagnoses causing functional impairment from 5/9/2021 to the present? Please explain your medical rationale as to why or why not. 3) If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported. 4)   Does the medical documentation support that any medical condition alone, or in combination would preclude the claimant from sustained occupational functioning on a full-time basis?  Please explain why or why not. 5)  Please contact treating providers Dr. Harris at (225) 754-3278, fax (225) 336-3111 and Dr. Nnadi at (225) 305-6663, fax (225) 761-5735 to discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call.  Please be sure to include the patient's name and purpose of call with any messages that are left for the treating provider. If AP contact is not successful, please send a letter to the treating provider outlining a summary of your assessment/findings and your questions for the treating provider.

**Lincoln/Lee 0253**

**Other Comments**
Other Comments - null

**Analysis of Medical Documentation and Support for Responses to Referral Questions:**

**All medical records provided by Lincoln Financial Group as of today's date were reviewed, including the most recent record in the file which is:**

**Electronically Signed:**

**Lincoln/Lee 0254**

**RClinical Review Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| WALMART, INC. | KATONIA LEE | 8892419 |

| | | | |
|---|---|---|---|
| **Report Date:** | | | |
| **Referred By:** | Mary Avrett | **Claimant DOB:** | |
| **Referral Date:** | 09/17/2021 | **Job Title:** | ASST MGR-WM _100014693 _010916 |
| **Due Date:** | 10/01/2021 | **Medical/ Surgical Condition:** | back pain, muscles weakness |
| **Referral Type:** | Appeal Referral | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | TCMS Special Circumstance | **LDW:** | 11/07/2018 |
| | | **DOD:** | 11/08/2018 |
| **Physical Demands:** | | **BBD:** | 05/09/2019 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Referral Questions**

There are no core questions.

**Additional Questions**

Other 1) What diagnoses are supported by the medical evidence? 2) Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, please describe if there are any supported level of impairments which translates into restrictions and limitations from 5/9/2021 to the present? Please explain your medical rationale as to why or why not and provide a detailed explanation. 3) If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported. 4) Does the medical documentation support that any medical condition alone, or in combination would preclude the claimant from sustained occupational functioning on a full-time basis?  Please explain why or why not. 5) Does the medical evidence support any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairment affects functional capacity. 6) Please contact treating provider Dr. Hicks at (225) 761-5200, Fax (225) 236-5469 to discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call.  Please be sure to include the patient's name and purpose of call with any messages that are left for the treating provider. If AP contact is not successful, please send a letter to

**Lincoln/Lee 0255**

the treating provider outlining a summary of your assessment/findings and your questions
for the treating provider.


**Other Comments**
Other Comments - null


**Analysis of Medical Documentation and Support for Responses to Referral Questions:**




**All medical records provided by Lincoln Financial Group as of today's date were reviewed,
including the most recent record in the file which is:**



**Electronically Signed:**

**Lincoln/Lee 0256**

| From: | LFGNotifications@LFG.com |
|---|---|
| Sent: | Wednesday, September 15, 2021 8:33:59 AM |
| To: | SUPPORT@JPRICEMCNAMARA.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Walmart, Inc. Claim No. 8892419 Katonia Lee |
| Attachments: | 1mommrqzusk04tzmjdgs_11223535.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Lee 0257**

 **Lincoln** Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1926

September 15, 2021

J. Price McNamara
Law Offices of J. Price McNamara
10455 JEFFERSON HIGHWAY, STE 2
BATON ROUGE, LA 70809

RE:     Long Term Disability (LTD) Benefits
        Walmart, Inc.
        Claim #: 8892419
        Claimant: Katonia Lee

Dear J. Price McNamara:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Walmart, Inc.'s LTD Policy. We are writing in reference to Katonia Lee's claim for LTD benefits under the Policy.

On September 13, 2021 we received enclosure 5.  We understand we have all of the information you intend to submit for our consideration of Ms. Lee's LTD appeal.

To assist us in evaluating Ms. Lee's eligibility for benefits we have referred her file for a medical review and assessment by a Board Certified Physician.

We anticipate a response from the reviewing physician no later than 30 days.  If there is an unexpected delay in receiving a response, we will contact you.  Otherwise, we will proceed with our review of Ms. Lee's appeal once the response is received.  We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of Ms. Lee's eligibility for benefits under the terms of the Policy.

In our correspondence dated September 9, 2021, you were advised that since our appeal review was suspended for you submit additional documentation, we exercised our right to take an extension under the Employee Retirement Income Security Act.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation.  We will contact you if there are special circumstances requiring a delay in Lincoln's response, and you will be notified of our decision no later than 90 days after the request for review was received.

1  of  2

**Lincoln/Lee 0258**

If you have any questions regarding this matter, please contact me.

Sincerely,

Mary Avrett
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 16371
Secure Fax No.: (603) 430-1926

**Lincoln/Lee 0259**



**LAW OFFICES**
— OF —
**J. PRICE McNAMARA**

**J. PRICE McNAMARA**
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

**HOLDING INSURANCE COMPANIES TO THEIR PROMISES**

September 7, 2021

**SENT VIA CERTIFIED MAIL**
**& FAX 603-427-1877**

Group Benefits Claims Appeal Unit
Lincoln Life Assurance Company of Boston
Charlotte WM
**ATTN: Appeal Review Unit**
PO Box 2578
Omaha NE 68172-9688

> **Re:** **Claimant: Katonia Lee**
> **Long Term Disability (LTD) Benefits**
> **Walmart, Inc.**
> **Claim #: 8892419**

Dear Sir/Madam,

My client, Katonia Lee, Claimant herein, hereby appeals, and/or supplements any prior appeal, from Lincoln Life Assurance Company of Boston's (alternatively called the "Plan" or "Insurer" herein) termination or denial of long term disability benefits, as well as any corresponding waiver of premium benefits resulting from the denial. In connection with this appeal, Claimant provides the following additional evidence, which concludes our submission on appeal at this time, subject to, requesting, and reserving the right to provide further evidence or comment for consideration in response to any new evidence generated by the Plan/Insurer in connection with this appeal after being given the opportunity to review such new evidence.

All such evidence, described above and submitted here, is to be made part of the administrative record for all purposes, including so that the court can consider it in any lawsuit if filed in this case.

1. Affidavits of Katonia Lee.
2. Affidavit of Mikeal Livas.
3. Affidavit of Riley Lee.
4. Affidavit of Brandon Harton.
5. Ochsner Medical Records from 04-03-21 to 07-09-21.

**Lincoln/Lee 0260**

Claimant: Katonia Lee
Claim #: 8892419
September 7, 2021 | 2

## LINCOLN LIFE ASSURANCE COMPANY OF BOSTON'S ROLE, AND ERISA'S PURPOSE IS TO PROMOTE THE INTERESTS OF EMPLOYEES AND THEIR BENEFICIARIES IN EMPLOYEE BENEFIT PLANS

Lincoln Life Assurance Company of Boston's position in this case demonstrates a purely adversarial role against its insured. The administrative record demonstrates a complete disregard of ERISA's broad remedial purposes which were intended to protect...participants in employee benefit plans and their beneficiaries...by providing for appropriate remedies, sanctions and ready access to Federal Courts. 29 U.S.C. 1001(b); quoted in *Varity Corporation v. Howe*, 116 S.Ct. 1065, 1078 (1996); *Black & Decker Disability Plan v. NORD*, 538 U.S.A. 22, 123 S.Ct. 1965, 1970 (2003) (ERISA was enacted to promote the interests of employees and their beneficiaries in employee benefit plans, and to protect contractually defined benefits. *Quoting Firestone Tire & Rubber Co. v. Bruch*, 489 U.S. 101, 113; 109 S.Ct. 948 (1989) (Internal quotation marks and citations omitted.)

### STANDARD OF REVIEW

If a benefit plan gives the administrator or fiduciary discretionary authority to determine eligibility for benefits or construe the terms of the plan, the Court applies the abuse of discretion standard and determines whether the administrator acted arbitrarily or capriciously. *Vega v. National Life Insurance Services, Inc.*, 188 F.3d 287, 295 (5th Cir.1999). A decision is arbitrary when made without a rational connection between the known facts and the decision or between the found facts and the evidence. *Lain v. UNUM Life Insurance Co. of America*, 279 F.3d 337, 342 (5th Cir.2002). The Court must determine if substantial evidence exists in the record to support the decision. *Meditrust Fin. Servs. Corp. v. The Sterling Chemicals, Inc.*, 168 F.3d 211, 215 (5th Cir.1999). Substantial evidence is more than a mere scintilla. It means such relevant evidence as a reasonable mind might accept as adequate to support a conclusion. *Girling Healthcare, Inc. v. Shalala*, 85 F.3d 211, 215 (5th Cir.1996).

Thus, an administrator's decision to deny benefits must be based on evidence, even if disputable, that clearly supports the basis for its denial. *Id.* (quoting *Vega*, 188 F.3d at 299). The Court owes no deference to an administrator's unsupported suspicions and will not uphold the denial of a claim solely because an administrator suspects something may be awry. *Vega*, 188 F.3d at 302. Simply put, there must be some concrete evidence in the administrative record that supports the denial of the claim. *Id.* If there is none, the Court must find that the administrator abused its discretion. *Lain*, 279 F.3d at 342 (quoting *Vega*, 188 F.3d at 302).

However, as here when the insurer responsible for paying claims is also the party charged with determining the validity of claims, the standard of review is less deferential because the administrator is operating under a conflict of interest. Such administrators have a financial incentive to deny the claim and often can find a reason to do so. *Vega*, 188 F.3d at 296. Federal courts have adopted a sliding scale standard of review for such cases. *Vega*, 188 F.3d at 296. Using this sliding scale approach, the Court gives less deference to the administrator in proportion to the administrator's apparent conflict. *Id.* Where an administrator is conflicted, the Court will be less likely to make forgiving inferences when confronted with a record that arguably does not support the administrator's decision. *Id.*, at 299.

In *Metro Life Insurance Co. v. Glenn*, 128 S.Ct. 2343 (2008), the Supreme Court held that an insurer that both administers benefits and is the funding source for the benefit payments faces a structural conflict of interest. In such cases, the presence of a conflict can be viewed as a tie-breaker in favor of the claimant. In *Glenn*, two factors the Court found significant included the insurer's encouragement of the claimant's application for Social Security disability benefits; however, when benefits were awarded, the determination

**Lincoln/Lee 0261**

Claimant: <u>Katonia Lee</u>
Claim #:  8892419
September 7, 2021 | 3

was disregarded.  The other factor that the Court cited was the insurer's selective review of the evidence.  The administrative record here demonstrates selective review of the evidence, and clear disregard of the opinions of all of the Claimant's treating physicians, crediting only the opinions of its own consultants hired for litigation purposes only.

## THE OFFICIAL ADMINISTRATIVE RECORD

If a claimant submits additional information or evidence to the administrator in a manner that gives the administrator a fair opportunity to consider it and to reconsider its decision denying benefits, that additional information should be treated as part of the administrative record.

More specifically, the Fifth Circuit, sitting *en banc*, spoke clearly in *Vega v. National Life Insurance Services, Inc.*, 188 F.3d 287 (5th Cir.1999) (en banc).  No dissents, no concurrences, the decision was unanimous.

> **We hold today** that the administrative record consists of relevant information made available to the administrator **prior to the complainant's filing of a lawsuit** and in a manner that gives the administrator a fair opportunity to consider it.  Thus, if the information in the doctors' affidavits had been presented to National Life **before filing this lawsuit** in time for their fair consideration, they could be treated as part of the record.[FN10]  Furthermore, in restricting the district court's review to evidence in the record, we are merely encouraging attorneys for claimants to make a good faith effort to resolve the claim with the administrator before filing suit in district court; we are not establishing a rule that will adversely affect the rights of claimants.
>
> > FN10.  Because there is no evidence in either the administrative record or the record before the district court to support the Vegas' contention that they presented the information in the doctors' affidavits to National Life, we cannot treat this information as part of the record.  However, had the Vegas demonstrated to the district court that the information in the doctors' affidavits was presented to the administrator, the district court should have treated that information as part of the record.

*Vega*, at 300 (emphasis added).

The *Vega* Court further explained:

> **Our motivating concern here is that our procedural rules encourage the parties to resolve their dispute at the administrator's level.**  If a claimant believes that the district court is a better forum to present his evidence and we permit the claimant to do so, the administrator's review of claims will be circumvented.  This result is plainly contrary to *Bruch*, which requires us to apply an abuse of discretion standard of review.  Although we recognize that there is a concern that a self-interested administrator can manipulate this process unfairly (e.g., by permitting the administrator to exclude from the record information that would weigh in favor of granting the claim), we think that this concern is largely unwarranted in the light of adequate safeguards that can be put in place.

**Lincoln/Lee 0262**

Claimant: <u>Katonia Lee</u>
Claim #:  8892419
September 7, 2021 | 4

> **Before filing suit, the claimant's lawyer can add additional evidence to the administrative record simply by submitting it to the administrator in a manner that gives the administrator a fair opportunity to consider it.** In *Moore*, we said that Awe may consider only the evidence that was available to the plan administrator in evaluating whether he abused his discretion in making the factual determination. *Moore, 993 F.2d at 102.* **If the claimant submits additional information to the administrator, however, and requests the administrator to reconsider his decision, that additional information should be treated as part of the administrative record.** *See, e.g., Wildbur,* **974 F.2d at 634-35. Thus, we have not in the past, nor do we now, set a particularly high bar to a party's seeking to introduce evidence into the administrative record.**

*Vega*, at 300 (emphasis added).

In *Estate of Bratton v. National Union Fire Insurance Company of Pittsburgh, P.A.*, 215 F.2d 516 (5th Cir.2000), the Fifth Circuit reaffirmed its en banc holding in *Vega*, stating again:

> The plan administrator has the obligation to identify the evidence in the administrative record **and the claimant must be afforded a reasonable opportunity to contest whether that record is complete.** *See Vega v. National Life Ins. Services*, 188 F.3d 287, 295, 299 (5th Cir.1999) (en banc) (citing *Barhan v. Ry-Ron Inc.*, 121 F.3d 198, 201-02) (5th Cir.1997)). Once the administrative record has been determined, the district court may not stray from it but for certain limited exceptions, such as the admission of evidence related to how an administrator has interpreted terms of the plan in other instances, and evidence, including expert opinion, that assists the district court in understanding the medical terminology or practice related to a claim. *See id.* At 299.<sup>FN5</sup> **Thus, the administrative record consists of relevant information made available to the administrator prior to the complainant's filing of a lawsuit and in a manner that gives the administrator a fair opportunity to consider it.** *See id.* If an administrator has made a decision denying benefits when the record does not support such a denial, the court may, upon finding an abuse of discretion on the administrator's part, award the amount due on the claim and attorney's fees. *See id.* At 302 (citing *Salley v. E.I. DuPont de Nemours & Co.*, 966 F.2d 1011, 1014 (5th Cir.1992)).
>
> > FN5. **Further, as a safeguard against possible abuse or mistake, the claimant's lawyer may add additional evidence to the administrative record simply by submitting it to the administrator in a manner that gives the administrator a fair opportunity to consider it.** *See Vega*, 188 F.3d at 300. **If the claimant submits additional information to the administrator, and requests the administrator to reconsider its decision, that additional information should be treated as part of the administrative record.** *See id.* at 300 (citing *Wildbur v. ARCO Chem. Co.*, 974 F.2d 631, 634-35 (5th Cir.1992))

*Id.*, at 521.

**Lincoln/Lee 0263**

Claimant: <u>Katonia Lee</u>
Claim #:  8892419
September 7, 2021 | 5

Accordingly, the documents enclosed herewith now form a part of the administrative record and must be considered, as must any further evidence or comment we supply for consideration in response to any new evidence generated by the Plan/Insurer in connection with this appeal after we are given the opportunity to review such new evidence.

<p align="center">**THE EVIDENCE IN THIS CASE OVERWHELMINGLY
SUPPORTS ENTITLEMENT TO DISABILITY BENEFITS**</p>

The evidence presented here, along with all prior evidence forming the administrative record, clearly establishes the Claimant's disability from her own occupation as well as any occupation as defined by the Plan/Policy in question. The Claimant's own detailed description of the debilitating manifestations of her medical condition is corroborated many times over by treating medical providers, family members and relatives. No contrary assertion can be argued with any credibility, on this record, under applicable law.

"'**[T]he subjective element of pain is an important factor to be considered in determining disability.**'" *Connors v. Conn. Gen. Life Ins. Co.*, 272 F.3d 127, 136 (2d Cir. 2001) (emphasis added) (quoting *Mimms v. Heckler*, 750 F.2d 180, 185 (2d Cir. 1984)). A plan administrator does not **necessarily** abuse its discretion **if** it requires objective support in addition to subjective reports of pain, however. *Hobson v. Metro. Life Ins. Co.*, 574 F.3d 75, 88 (2d Cir.2009). **But a determination that pain complaints lack credibility must have some evidentiary basis in the record**. See *Krizek v. Cigna Grp. Ins.*, 345 F.3d 91, 100 (2d Cir.2003). This logically applies to subjective complaints of pain and other disabling symptoms, as set forth in the Claimant's sworn testimony here. But contrary to law, the Plan here simply disregards those complaints.

Additionally, "**Plan administrators ... may not arbitrarily refuse to credit a claimant's reliable evidence, including the opinions of a treating physician[s]**." See *Black & Decker Disability Plan v. Nord*, 538 U.S. 822, 831, 123 S.Ct. 1965, 155 L.Ed.2d 1034 (2003); accord *Demirovic v. Bldg. Serv. 32 B–J Pension Fund*, 467 F.3d 208, 212 (2d Cir.2006). But disregard such evidence is exactly what the Plan did here, contrary to law.

Finally*, Rekstad v. U.S. Ban 6 Corp*, 451 F.3d 1114 (10th Cir. 2006), *McDonald v. Western-Southern LifeInsur. Co.*, 347 F.3d 161 (6th Cir. 2003) and *DiPietro v. Prudential Insurance Company of America*, 2004 U.S. Dist. LEXIS 5004 (N.D. III. 3/26/2004) **all value third-party observations as evidence of disability**, such as those of Claimant's family and others close to her having relevant knowledge. But the Plan here disregarded it all, contrary to prevailing law.

Analogous Fifth Circuit case law demonstrates that our record cannot support the denial. In *Salley v. E.I. Dupont de Nemours & Co*, 966 F.2d 1011, 116 (5th Cir. 1992) (emphasis added), the Fifth Circuit noted:

> Assuming it is error to grant a presumption in favor of the treating physician in an ERISA case, **the district court nevertheless may properly assess each case's individual circumstances and <u>evaluate the witnesses' credibility. If a court believes the treating physician is more credible than other witnesses, it is entitled to give greater weight to his or her testimony</u>. The record here is clear that the court made the decision as to credibility and properly relied heavily upon the testimony of the treating physician.**

More recently, the Fifth Circuit, affirming Judge Eldon E. Fallon's holding that Hartford's denial of benefits was an abuse of discretion, awarding attorney's fees, stated:

> To be sure, there were lacunas in the Hartford's experts' reports concerning relevant matters to which the plaintiffs' experts opined, which were not explained by the Hartford when denying the plaintiff's claims, as detailed in the district court's opinion. **The Hartford also failed to consider Schully's longstanding subjective complaints of pain, which were repeatedly corroborated by the**

<p align="right">**Lincoln/Lee 0264**</p>

Claimant: <u>Katonia Lee</u>
Claim #:  8892419
September 7, 2021 | 6

**physicians most familiar with his condition and which were consistent with the medical evidence. As we have often explained, there is no treating physician preference in the context of ERISA, <u>but neither may an administrator arbitrarily refuse to credit reliable evidence.</u>** See *Black & Decker Disability Plan v. Nord*, 538 U.S. 822, 834, 123 S.Ct. 1965, 155 L.Ed.2d 1034 (2003). **It surely should not effectively ignore it. Nor may an administrator rely on an expert opinion without considering its basis or whether, as was the case here, it is in plain conflict with the medical records.** *Gothard v. Metro. Life Ins. Co.*, 491 F.3d 246, 250 (5th Cir.2007).[1]

The *Schully* Court further stated: "Moreover, we believe the district court properly took note of Hartford's conflict of interest and used it as a factor in its analysis in a manner consistent with *Metropolitan Life Insurance Co. v. Glenn*, 554 US 105, 128 S.Ct. 2343, 171 L.Ed.2d 299 (2008)." *Id.*, at 439.  Affirming the district court's finding that Hartford "deliberately ignored" plaintiff's evidence in order to support its "preferential and predetermined conclusions," and finding significant evidence supporting that finding, the Fifth Circuit also affirmed the award of attorney's fees. *Id.*, at 439. The Plan's denial here is similar. This record is analogous, and the same result should apply.

Similarly, in *Burdett v. Unum Life Insurance Company of America*, 2008 WL 4469094 (E.D.La.2008) (J. Duval), the court reversed a plan administrator's denial of physical disability benefits under ERISA in part because, as here, the administrator had reached its decision by relying exclusively on the opinions of its own physicians, none of whom had ever treated the plaintiff in person.  In addition, the plan administrator, as here, had simply disregarded the opinions of the plaintiff's treating physicians. *Id.* The court noted that the plan administrator's almost wholesale disregard for the opinions of plaintiff's treating physicians suggested the presence of an increased level of bias. *Id.* The Plan's actions here reek of arbitrary bad faith far more than the administrator's actions in *Burdette*. The same result is warranted here.

Along similar lines, see *Majeski v. Metropolitan Life Ins. Co.*, 590 F.3d 478, 483-84 (7th Cir. 2009) (holding that denial decision was arbitrary where insurer selectively relied on pieces of evidence, while that evidence in context did not support the denial); *Leger v. Tribune Co.*, 557 F.3d 823, 832-33 (7th Cir.2009) (denial decision was arbitrary where, as here, the plan "cherry picked the statements from her medical history that supported the decision to terminate her benefits, while ignoring a wealth of evidence to support her claim that she was totally disabled"); *Glenn v. Metropolitan Life Ins. Co.*, 461 F.3d 660, 672-74 & n. 4 (6th Cir. 2006) (denial decision arbitrary where plan selectively considered evidence to reach decision unsupported by the record as a whole), aff'd 554 U.S. 105, 128 S.Ct. 2343, 171 L.Ed.2d 299 (2008).

As set forth above, this record demonstrates the Claimant's credible complaints of disabling manifestations of Claimant's medical condition, consistent throughout her doctor visits and communications with the Plan, escalating throughout years of consistent medical treatment records of well-respected treating physicians, detailed under oath in Claimant's affidavit, corroborated under oath in the affidavits of others with relevant knowledge and great credibility, supported by objective diagnoses and diagnostic studies, and all supported by treating physicians' opinions.

Faced with this record and a deserving claim, the financially conflicted Plan disregards and refuses to consider relevant evidence and instead parrots its contracted doctors who lacked the informed bases of treating physicians. This denial is wracked with omission, unsupported nonsensical conclusions and transparent, misleading advocacy for the Plan's cause of denial.[2]

## BAD FAITH

In *Gaither v. Aetna Life Ins. Co.*, 394 F.3d 792, 807-808 (10th Cir.2004), the court explained:

---

[1] *Schully, III v. Continental Casualty Company and Hartford Life Group Insurance Company*, 680 F.Ed. Appx. 437, 439 2010 WL 2332080 (5th Cir.2010)(emphasis and bracketed added).
[2] The injection of irrelevant and misleading material into the appeal committee's denial is further evidence that its conflict of interest affected the benefits decision. See *Durakovic v. Building Serivice 32 BJ Pension Fund*, 609 F.3d 133, 139 (2d Cir. 2010).

**Lincoln/Lee 0265**

Claimant: Katonia Lee
Claim #: 8892419
September 7, 2021 | 7

> Aetna's position seems to be that as a plan fiduciary, it plays a role like that of a judge in a purely adversarial proceeding, where the parties bear almost all of the responsibility for compiling the record, and the judge bears little or no responsibility to seek clarification when the evidence suggests the possibility of a legitimate claim. The authority just cited suggests that Aetna has the wrong model.

<div align="center">*   *   *</div>

> While a fiduciary has a duty to protect the plan's assets against spurious claims, it also has a duty to see that those entitled to benefits receive them. It must consider the interests of deserving beneficiaries as it would its own. An ERISA fiduciary presented with a claim that a little more evidence may prove valid should seek to get to the truth of the matter.

Bad faith in the ERISA context is not the same as what is thought of as subjective insurance bad faith. According to *Production & Maintenance Employees' Local 504, Laborers' Intl Union v. Roadmaster Corp.*, 954 F.2d 1397, 1405 (7th Cir. 1992):

> Despite the references to good faith and harassment we do not read [Meredith v. Navistar Intl Transp. Co., 935 F.2d 124, 129 (7th Cir. 1991)] to mean that a party must actually show subjective bad faith to justify a fee award. Requiring a showing of subjective bad faith would defeat the purpose of this presumption (modest though it may be) because of the difficulty of proving subjective bad faith. Attorney's fee litigation is time-consuming and tedious enough without adding subjective inquiries into litigants' and attorneys' good or bad faith. Instead, we take Meredith's reference to good faith and harassment simply to mean that a party who pursues a position that is not substantially justified--that is, a position without a solid basis--has, in an objective sense, really done nothing more than harass his opponent by putting him through the expense and bother of litigation for no good reason.

The loser's position is "substantially justified," when it is "justified to a degree that could satisfy a reasonable person." *Trustmark Life Ins. Co. v. University of Chicago Hosps.,* 207 F.3d 876, 884 (7th Cir. 2000)(citing *Pierce v. Underwood,* 487 U.S. 552, 565, 108 S. Ct. 2541 (1988)). Furthermore, to be "substantially justified the losing party's position needs to be more than merely not frivolous, but less than meritorious. "*Bittner v. Sadoff & Rudoy Industries*, 728 F.2d 820, 830 (7th Cir.1984)(see also, *Pierce*, 487 U.S. at 568, n1, "To be 'substantially justified' means, of course, more than merely undeserving of sanctions

for frivolousness.") The Court thus should not focus on a subjective bad faith finding, but rather examine the reasonableness of the defendant's arguments and the Court's analysis of those arguments to determine whether to award fees. Hence, in *Deal v. Prudential Insur.Co. of America*, 263 F.Supp.2d, 1138 (N.D.Ill. 2003), the court found that in the absence of a "solid basis" for the insurer's termination of benefits, fees were due. Likewise, in *Brown v. Continental Casualty Co.*, 2005 U.S. Dist. LEXIS 16681 (E.D.Pa. 8/11/2005), the court held that fee awards provide a deterrent against unjustified benefit denials. *Brown* also ruled that fees need not be in proportion to the recovery.

A lack of substantial evidence also supported the fee award in *Denault v. American United Life Insu.Co.*, 2003 U.S. Dist.LEXIS 24210 (S.D.Ind. 12/19/2003). Further, in *Hackett v. Xerox Corp. Long-Term Disability Income Plan*, 2005 U.S.Dist LEXIS 1154 (N.D.Ill. 1/24/2005), the court found that the determination of substantial justification is derived from the ultimate result in the case. Even though the

<div align="right">**Lincoln/Lee 0266**</div>

Claimant: <u>Katonia Lee</u>
Claim #:  8892419
September 7, 2021 | 8

district court had granted summary judgment to the defendant, reversal by the Court of Appeals with a finding that the defendant's conduct was arbitrary and capricious justified a fee award. Expanding further on that theme, in *Moon v. UNUM Provident Corp.*, 461 F.3d 639 (6th Cir. 2006) the court ruled the district court erred in using its own decision that had been reversed as the basis for concluding that substantial evidence supported the claim denial.

In *Carroll v. Lucent Technologies, Inc. Long-Term Disability Plan for Management Employees*, 2003 U.S. Dist.LEXIS 9789 (E.D.Pa. 5/22/2003), the court determined that an arbitrary and capricious finding was the equivalent of "bad faith." Also see, *Smith v. Continental Casualty Co.*, 2003 U.S. Dist. LEXIS 19945 (D.Md. 10/27/2003), which found that the insurer's refusal to credit the plaintiff's subjective pain complaints despite an abundance of supporting medical evidence justified a fee award (vacated by *Smith v. Continental Casualty Co.*, 369 F.3d 412 (4th Cir. 5/28/2004). Likewise in *Curtin v. Unum Life Insur.Co. of America*, 2004 U.S. Dist.LEXIS 544 (D.Me. 1/12/04), the court found a fee award justified as a deterrent to wrongful denial of claims.

<div align="center">

**COURT REVIEW**

</div>

Let this serve as notice of Claimant's intent to file suit immediately if the decision to deny benefits is not reversed. We will be seeking reimbursement of all costs and attorney's fees in connection with the court review, as the denial of this claim is nothing short of arbitrary, capricious and an abuse of discretion.

<div align="center">

**PAYMENT INSTRUCTIONS**

</div>

**Pursuant to our representation agreement with our client, all payments made to our client are to be made payable to the client and J. Price McNamara. Please mail all payments to 10455 Jefferson Highway, Ste. 2B, Baton Rouge, LA 70809. Our Tax ID Number is 72-1384876.**

**Strict compliance with this request is required by law until further written notice from this office. Failure to comply with this request will be considered intentional interference with contractual rights, resulting in appropriate legal response**.

Please confirm receipt of this letter by email (support@jpricemcnamara.com) or fax (225-201-8313).

Sincerely,

*Price McNamara*

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej
Enclosures
* Enclosure number 5 sent by certified mail only.

**Lincoln/Lee 0267**

**LAW OFFICES**
— OF —
**J. PRICE McNAMARA**

**J. PRICE McNAMARA**
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

September 7, 2021

**SENT VIA CERTIFIED MAIL**
**& FAX 603-427-1877**

Group Benefits Claims Appeal Unit
Lincoln Life Assurance Company of Boston
Charlotte WM
**ATTN: Appeal Review Unit**
PO Box 2578
Omaha NE 68172-9688

> Re:   **Claimant: Katonia Lee**
> **Long Term Disability (LTD) Benefits**
> **Walmart, Inc.**
> **Claim #: 8892419**

Dear Sir/Madam,

My client, Katonia Lee, Claimant herein, hereby appeals, and/or supplements any prior appeal, from Lincoln Life Assurance Company of Boston's (alternatively called the "Plan" or "Insurer" herein) termination or denial of long term disability benefits, as well as any corresponding waiver of premium benefits resulting from the denial. In connection with this appeal, Claimant provides the following additional evidence, which concludes our submission on appeal at this time, subject to, requesting, and reserving the right to provide further evidence or comment for consideration in response to any new evidence generated by the Plan/Insurer in connection with this appeal after being given the opportunity to review such new evidence.

All such evidence, described above and submitted here, is to be made part of the administrative record for all purposes, including so that the court can consider it in any lawsuit if filed in this case.

1. Affidavits of Katonia Lee.
2. Affidavit of Mikeal Livas.
3. Affidavit of Riley Lee.
4. Affidavit of Brandon Harton.
5. Ochsner Medical Records from 04-03-21 to 07-09-21.

**Lincoln/Lee 0268**

Claimant: Katonia Lee
Claim #: 8892419
September 7, 2021 | 2

## LINCOLN LIFE ASSURANCE COMPANY OF BOSTON'S ROLE, AND ERISA'S PURPOSE IS TO PROMOTE THE INTERESTS OF EMPLOYEES AND THEIR BENEFICIARIES IN EMPLOYEE BENEFIT PLANS

Lincoln Life Assurance Company of Boston's position in this case demonstrates a purely adversarial role against its insured. The administrative record demonstrates a complete disregard of ERISA's broad remedial purposes which were intended to protect...participants in employee benefit plans and their beneficiaries...by providing for appropriate remedies, sanctions and ready access to Federal Courts. 29 U.S.C. 1001(b); quoted in *Varity Corporation v. Howe*, 116 S.Ct. 1065, 1078 (1996); *Black & Decker Disability Plan v. NORD*, 538 U.S.A. 22, 123 S.Ct. 1965, 1970 (2003) (ERISA was enacted to promote the interests of employees and their beneficiaries in employee benefit plans, and to protect contractually defined benefits. *Quoting Firestone Tire & Rubber Co. v. Bruch*, 489 U.S. 101, 113; 109 S.Ct. 948 (1989) (Internal quotation marks and citations omitted.)

### STANDARD OF REVIEW

If a benefit plan gives the administrator or fiduciary discretionary authority to determine eligibility for benefits or construe the terms of the plan, the Court applies the abuse of discretion standard and determines whether the administrator acted arbitrarily or capriciously. *Vega v. National Life Insurance Services, Inc.*, 188 F.3d 287, 295 (5th Cir.1999). A decision is arbitrary when made without a rational connection between the known facts and the decision or between the found facts and the evidence. *Lain v. UNUM Life Insurance Co. of America*, 279 F.3d 337, 342 (5th Cir.2002). The Court must determine if substantial evidence exists in the record to support the decision. *Meditrust Fin. Servs. Corp. v. The Sterling Chemicals, Inc.*, 168 F.3d 211, 215 (5th Cir.1999). Substantial evidence is more than a mere scintilla. It means such relevant evidence as a reasonable mind might accept as adequate to support a conclusion. *Girling Healthcare, Inc. v. Shalala*, 85 F.3d 211, 215 (5th Cir.1996).

Thus, an administrator's decision to deny benefits must be based on evidence, even if disputable, that clearly supports the basis for its denial. *Id.* (quoting *Vega*, 188 F.3d at 299). The Court owes no deference to an administrator's unsupported suspicions and will not uphold the denial of a claim solely because an administrator suspects something may be awry. *Vega*, 188 F.3d at 302. Simply put, there must be some concrete evidence in the administrative record that supports the denial of the claim. *Id.* If there is none, the Court must find that the administrator abused its discretion. *Lain*, 279 F.3d at 342 (quoting *Vega*, 188 F.3d at 302).

However, as here when the insurer responsible for paying claims is also the party charged with determining the validity of claims, the standard of review is less deferential because the administrator is operating under a conflict of interest. Such administrators have a financial incentive to deny the claim and often can find a reason to do so. *Vega*, 188 F.3d at 296. Federal courts have adopted a sliding scale standard of review for such cases. *Vega*, 188 F.3d at 296. Using this sliding scale approach, the Court gives less deference to the administrator in proportion to the administrator's apparent conflict. *Id.* Where an administrator is conflicted, the Court will be less likely to make forgiving inferences when confronted with a record that arguably does not support the administrator's decision. *Id.*, at 299.

In *Metro Life Insurance Co. v. Glenn*, 128 S.Ct. 2343 (2008), the Supreme Court held that an insurer that both administers benefits and is the funding source for the benefit payments faces a structural conflict of interest. In such cases, the presence of a conflict can be viewed as a tie-breaker in favor of the claimant. In *Glenn*, two factors the Court found significant included the insurer's encouragement of the claimant's application for Social Security disability benefits; however, when benefits were awarded, the determination

**Lincoln/Lee 0269**

Claimant: <u>Katonia Lee</u>
Claim #:  8892419
September 7, 2021 | 3

was disregarded.  The other factor that the Court cited was the insurer's selective review of the evidence.  The administrative record here demonstrates selective review of the evidence, and clear disregard of the opinions of all of the Claimant's treating physicians, crediting only the opinions of its own consultants hired for litigation purposes only.

## THE OFFICIAL ADMINISTRATIVE RECORD

If a claimant submits additional information or evidence to the administrator in a manner that gives the administrator a fair opportunity to consider it and to reconsider its decision denying benefits, that additional information should be treated as part of the administrative record.

More specifically, the Fifth Circuit, sitting *en banc*, spoke clearly in *Vega v. National Life Insurance Services, Inc.*, 188 F.3d 287 (5th Cir.1999) (en banc).  No dissents, no concurrences, the decision was unanimous.

> **We hold today** that the administrative record consists of relevant information made available to the administrator **prior to the complainant's filing of a lawsuit** and in a manner that gives the administrator a fair opportunity to consider it.  Thus, if the information in the doctors' affidavits had been presented to National Life **before filing this lawsuit** in time for their fair consideration, they could be treated as part of the record.[FN10]  Furthermore, in restricting the district court's review to evidence in the record, we are merely encouraging attorneys for claimants to make a good faith effort to resolve the claim with the administrator before filing suit in district court; we are not establishing a rule that will adversely affect the rights of claimants.

>> FN10.  Because there is no evidence in either the administrative record or the record before the district court to support the Vegas' contention that they presented the information in the doctors' affidavits to National Life, we cannot treat this information as part of the record.  However, had the Vegas demonstrated to the district court that the information in the doctors' affidavits was presented to the administrator, the district court should have treated that information as part of the record.

*Vega*, at 300 (emphasis added).

The *Vega* Court further explained:

> **Our motivating concern here is that our procedural rules encourage the parties to resolve their dispute at the administrator's level.**  If a claimant believes that the district court is a better forum to present his evidence and we permit the claimant to do so, the administrator's review of claims will be circumvented.  This result is plainly contrary to *Bruch*, which requires us to apply an abuse of discretion standard of review.  Although we recognize that there is a concern that a self-interested administrator can manipulate this process unfairly (e.g., by permitting the administrator to exclude from the record information that would weigh in favor of granting the claim), we think that this concern is largely unwarranted in the light of adequate safeguards that can be put in place.

**Lincoln/Lee 0270**

Claimant: Katonia Lee
Claim #: 8892419
September 7, 2021 | 4

> **Before filing suit, the claimant's lawyer can add additional evidence to the administrative record simply by submitting it to the administrator in a manner that gives the administrator a fair opportunity to consider it.** In *Moore*, we said that Awe may consider only the evidence that was available to the plan administrator in evaluating whether he abused his discretion in making the factual determination. *Moore, 993 F.2d at 102.* **If the claimant submits additional information to the administrator, however, and requests the administrator to reconsider his decision, that additional information should be treated as part of the administrative record.** *See, e.g., Wildbur, 974 F.2d at 634-35.* **Thus, we have not in the past, nor do we now, set a particularly high bar to a party's seeking to introduce evidence into the administrative record.**

*Vega*, at 300 (emphasis added).

In *Estate of Bratton v. National Union Fire Insurance Company of Pittsburgh, P.A.*, 215 F.2d 516 (5th Cir.2000), the Fifth Circuit reaffirmed its en banc holding in *Vega*, stating again:

> The plan administrator has the obligation to identify the evidence in the administrative record **and the claimant must be afforded a reasonable opportunity to contest whether that record is complete.** *See Vega v. National Life Ins. Services*, 188 F.3d 287, 295, 299 (5th Cir.1999) (en banc) (citing *Barhan v. Ry-Ron Inc.*, 121 F.3d 198, 201-02) (5th Cir.1997)). Once the administrative record has been determined, the district court may not stray from it but for certain limited exceptions, such as the admission of evidence related to how an administrator has interpreted terms of the plan in other instances, and evidence, including expert opinion, that assists the district court in understanding the medical terminology or practice related to a claim. *See id.* At 299.[FN5] **Thus, the administrative record consists of relevant information made available to the administrator prior to the complainant's filing of a lawsuit and in a manner that gives the administrator a fair opportunity to consider it.** *See id.* If an administrator has made a decision denying benefits when the record does not support such a denial, the court may, upon finding an abuse of discretion on the administrator's part, award the amount due on the claim and attorney's fees. *See id.* At 302 (citing *Salley v. E.I. DuPont de Nemours & Co.*, 966 F.2d 1011, 1014 (5th Cir.1992)).

> > FN5. **Further, as a safeguard against possible abuse or mistake, the claimant's lawyer may add additional evidence to the administrative record simply by submitting it to the administrator in a manner that gives the administrator a fair opportunity to consider it.** *See Vega*, 188 F.3d at 300. **If the claimant submits additional information to the administrator, and requests the administrator to reconsider its decision, that additional information should be treated as part of the administrative record.** *See id.* at 300 (citing *Wildbur v. ARCO Chem. Co.*, 974 F.2d 631, 634-35 (5th Cir.1992))

*Id.*, at 521.

**Lincoln/Lee 0271**

Claimant: <u>Katonia Lee</u>
Claim #:  8892419
September 7, 2021 | 5

Accordingly, the documents enclosed herewith now form a part of the administrative record and must be considered, as must any further evidence or comment we supply for consideration in response to any new evidence generated by the Plan/Insurer in connection with this appeal after we are given the opportunity to review such new evidence.

<div align="center">

**THE EVIDENCE IN THIS CASE OVERWHELMINGLY
SUPPORTS ENTITLEMENT TO DISABILITY BENEFITS**

</div>

The evidence presented here, along with all prior evidence forming the administrative record, clearly establishes the Claimant's disability from her own occupation as well as any occupation as defined by the Plan/Policy in question. The Claimant's own detailed description of the debilitating manifestations of her medical condition is corroborated many times over by treating medical providers, family members and relatives. No contrary assertion can be argued with any credibility, on this record, under applicable law.

"'**[T]he subjective element of pain is an important factor to be considered in determining disability.'**" *Connors v. Conn. Gen. Life Ins. Co.*, 272 F.3d 127, 136 (2d Cir. 2001) (emphasis added) (quoting *Mimms v. Heckler*, 750 F.2d 180, 185 (2d Cir. 1984)). A plan administrator does not **necessarily** abuse its discretion **if** it requires objective support in addition to subjective reports of pain, however. *Hobson v. Metro. Life Ins. Co.*, 574 F.3d 75, 88 (2d Cir.2009). **But a determination that pain complaints lack credibility must have some evidentiary basis in the record**. See *Krizek v. Cigna Grp. Ins.*, 345 F.3d 91, 100 (2d Cir.2003). This logically applies to subjective complaints of pain and other disabling symptoms, as set forth in the Claimant's sworn testimony here. But contrary to law, the Plan here simply disregards those complaints.

Additionally, "**Plan administrators ... may not arbitrarily refuse to credit a claimant's reliable evidence, including the opinions of a treating physician[s]**." See *Black & Decker Disability Plan v. Nord*, 538 U.S. 822, 831, 123 S.Ct. 1965, 155 L.Ed.2d 1034 (2003); accord *Demirovic v. Bldg. Serv. 32 B–J Pension Fund*, 467 F.3d 208, 212 (2d Cir.2006). But disregard such evidence is exactly what the Plan did here, contrary to law.

Finally*, Rekstad v. U.S. Ban 6 Corp*, 451 F.3d 1114 (10th Cir. 2006), *McDonald v. Western-Southern LifeInsur. Co.*, 347 F.3d 161 (6th Cir. 2003) and *DiPietro v. Prudential Insurance Company of America*, 2004 U.S. Dist. LEXIS 5004 (N.D. III. 3/26/2004) **all value third-party observations as evidence of disability**, such as those of Claimant's family and others close to her having relevant knowledge. But the Plan here disregarded it all, contrary to prevailing law.

Analogous Fifth Circuit case law demonstrates that our record cannot support the denial.  In *Salley v. E.I. Dupont de Nemours & Co*, 966 F.2d 1011, 116 (5th Cir. 1992) (emphasis added), the Fifth Circuit noted:

> Assuming it is error to grant a presumption in favor of the treating physician in an ERISA case, **the district court nevertheless may properly assess each case's individual circumstances and <u>evaluate the witnesses' credibility. If a court believes the treating physician is more credible than other witnesses, it is entitled to give greater weight to his or her testimony</u>. The record here is clear that the court made the decision as to credibility and properly relied heavily upon the testimony of the treating physician.**

More recently, the Fifth Circuit, affirming Judge Eldon E. Fallon's holding that Hartford's denial of benefits was an abuse of discretion, awarding attorney's fees, stated:

> To be sure, there were lacunas in the Hartford's experts' reports concerning relevant matters to which the plaintiffs' experts opined, which were not explained by the Hartford when denying the plaintiff's claims, as detailed in the district court's opinion. **The Hartford also failed to consider Schully's longstanding subjective complaints of pain, which were repeatedly corroborated by the**

<div align="right">

**Lincoln/Lee 0272**

</div>

Claimant: <u>Katonia Lee</u>
Claim #:  8892419
September 7, 2021 | 6

**physicians most familiar with his condition and which were consistent with the medical evidence. As we have often explained, there is no treating physician preference in the context of ERISA, <u>but neither may an administrator arbitrarily refuse to credit reliable evidence.</u>** See *Black & Decker Disability Plan v. Nord*, 538 U.S. 822, 834, 123 S.Ct. 1965, 155 L.Ed.2d 1034 (2003). **<u>It surely should not effectively ignore it. Nor may an administrator rely on an expert opinion without considering its basis or whether, as was the case here, it is in plain conflict with the medical records.</u>** *Gothard v. Metro. Life Ins. Co.*, 491 F.3d 246, 250 (5th Cir.2007).[1]

The *Schully* Court further stated: "Moreover, we believe the district court properly took note of Hartford's conflict of interest and used it as a factor in its analysis in a manner consistent with *Metropolitan Life Insurance Co. v. Glenn*, 554 US 105, 128 S.Ct. 2343, 171 L.Ed.2d 299 (2008)." *Id.*, at 439. Affirming the district court's finding that Hartford "deliberately ignored" plaintiff's evidence in order to support its "preferential and predetermined conclusions," and finding significant evidence supporting that finding, the Fifth Circuit also affirmed the award of attorney's fees. *Id.*, at 439. The Plan's denial here is similar. This record is analogous, and the same result should apply.

Similarly, in *Burdett v. Unum Life Insurance Company of America*, 2008 WL 4469094 (E.D.La.2008) (J. Duval), the court reversed a plan administrator's denial of physical disability benefits under ERISA in part because, as here, the administrator had reached its decision by relying exclusively on the opinions of its own physicians, none of whom had ever treated the plaintiff in person. In addition, the plan administrator, as here, had simply disregarded the opinions of the plaintiff's treating physicians. *Id.* The court noted that the plan administrator's almost wholesale disregard for the opinions of plaintiff's treating physicians suggested the presence of an increased level of bias. *Id.* The Plan's actions here reek of arbitrary bad faith far more than the administrator's actions in *Burdette*. The same result is warranted here.

Along similar lines, see *Majeski v. Metropolitan Life Ins. Co.*, 590 F.3d 478, 483-84 (7th Cir. 2009) (holding that denial decision was arbitrary where insurer selectively relied on pieces of evidence, while that evidence in context did not support the denial); *Leger v. Tribune Co.*, 557 F.3d 823, 832-33 (7th Cir.2009) (denial decision was arbitrary where, as here, the plan "cherry picked the statements from her medical history that supported the decision to terminate her benefits, while ignoring a wealth of evidence to support her claim that she was totally disabled"); *Glenn v. Metropolitan Life Ins. Co.*, 461 F.3d 660, 672-74 & n. 4 (6th Cir. 2006) (denial decision arbitrary where plan selectively considered evidence to reach decision unsupported by the record as a whole), aff'd 554 U.S. 105, 128 S.Ct. 2343, 171 L.Ed.2d 299 (2008).

As set forth above, this record demonstrates the Claimant's credible complaints of disabling manifestations of Claimant's medical condition, consistent throughout her doctor visits and communications with the Plan, escalating throughout years of consistent medical treatment records of well-respected treating physicians, detailed under oath in Claimant's affidavit, corroborated under oath in the affidavits of others with relevant knowledge and great credibility, supported by objective diagnoses and diagnostic studies, and all supported by treating physicians' opinions.

Faced with this record and a deserving claim, the financially conflicted Plan disregards and refuses to consider relevant evidence and instead parrots its contracted doctors who lacked the informed bases of treating physicians. This denial is wracked with omission, unsupported nonsensical conclusions and transparent, misleading advocacy for the Plan's cause of denial.[2]

## BAD FAITH

In *Gaither v. Aetna Life Ins. Co.*, 394 F.3d 792, 807-808 (10th Cir.2004), the court explained:

---

[1] *Schully, III v. Continental Casualty Company and Hartford Life Group Insurance Company*, 680 F.Ed. Appx. 437, 439 2010 WL 2332080 (5th Cir.2010)(emphasis and bracketed added).

[2] The injection of irrelevant and misleading material into the appeal committee's denial is further evidence that its conflict of interest affected the benefits decision. See *Durakovic v. Building Serivice 32 BJ Pension Fund*, 609 F.3d 133, 139 (2d Cir. 2010).

**Lincoln/Lee 0273**

Claimant: Katonia Lee
Claim #: 8892419
September 7, 2021 | 7

> Aetna's position seems to be that as a plan fiduciary, it plays a role like that of a judge in a purely adversarial proceeding, where the parties bear almost all of the responsibility for compiling the record, and the judge bears little or no responsibility to seek clarification when the evidence suggests the possibility of a legitimate claim. The authority just cited suggests that Aetna has the wrong model.
>
> <p style="text-align:center">*    *    *</p>
>
> While a fiduciary has a duty to protect the plan's assets against spurious claims, it also has a duty to see that those entitled to benefits receive them. It must consider the interests of deserving beneficiaries as it would its own. An ERISA fiduciary presented with a claim that a little more evidence may prove valid should seek to get to the truth of the matter.

Bad faith in the ERISA context is not the same as what is thought of as subjective insurance bad faith. According to *Production & Maintenance Employees' Local 504, Laborers' Intl Union v. Roadmaster Corp.*, 954 F.2d 1397, 1405 (7th Cir. 1992):

> Despite the references to good faith and harassment we do not read [Meredith v. Navistar Intl Transp. Co., 935 F.2d 124, 129 (7th Cir. 1991)] to mean that a party must actually show subjective bad faith to justify a fee award. Requiring a showing of subjective bad faith would defeat the purpose of this presumption (modest though it may be) because of the difficulty of proving subjective bad faith. Attorney's fee litigation is time-consuming and tedious enough without adding subjective inquiries into litigants' and attorneys' good or bad faith. Instead, we take Meredith's reference to good faith and harassment simply to mean that a party who pursues a position that is not substantially justified--that is, a position without a solid basis--has, in an objective sense, really done nothing more than harass his opponent by putting him through the expense and bother of litigation for no good reason.

The loser's position is "substantially justified," when it is "justified to a degree that could satisfy a reasonable person." *Trustmark Life Ins. Co. v. University of Chicago Hosps.*, 207 F.3d 876, 884 (7th Cir. 2000)(citing *Pierce v. Underwood*, 487 U.S. 552, 565, 108 S. Ct. 2541 (1988)). Furthermore, to be "substantially justified the losing party's position needs to be more than merely not frivolous, but less than meritorious. "*Bittner v. Sadoff & Rudoy Industries*, 728 F.2d 820, 830 (7th Cir.1984)(see also, *Pierce*, 487 U.S. at 568, n1, "To be 'substantially justified' means, of course, more than merely undeserving of sanctions

for frivolousness.") The Court thus should not focus on a subjective bad faith finding, but rather examine the reasonableness of the defendant's arguments and the Court's analysis of those arguments to determine whether to award fees. Hence, in *Deal v. Prudential Insur.Co. of America*, 263 F.Supp.2d, 1138 (N.D.Ill. 2003), the court found that in the absence of a "solid basis" for the insurer's termination of benefits, fees were due. Likewise, in *Brown v. Continental Casualty Co.*, 2005 U.S. Dist. LEXIS 16681 (E.D.Pa. 8/11/2005), the court held that fee awards provide a deterrent against unjustified benefit denials. *Brown* also ruled that fees need not be in proportion to the recovery.

A lack of substantial evidence also supported the fee award in *Denault v. American United Life Insu.Co.*, 2003 U.S. Dist.LEXIS 24210 (S.D.Ind. 12/19/2003). Further, in *Hackett v. Xerox Corp. Long-Term Disability Income Plan*, 2005 U.S.Dist LEXIS 1154 (N.D.Ill. 1/24/2005), the court found that the determination of substantial justification is derived from the ultimate result in the case. Even though the

**Lincoln/Lee 0274**

Claimant: <u>Katonia Lee</u>
Claim #:  8892419
September 7, 2021 | 8

district court had granted summary judgment to the defendant, reversal by the Court of Appeals with a finding that the defendant's conduct was arbitrary and capricious justified a fee award.  Expanding further on that theme, in *Moon v. UNUM Provident Corp.*, 461 F.3d 639 (6th Cir. 2006) the court ruled the district court erred in using its own decision that had been reversed as the basis for concluding that substantial evidence supported the claim denial.

In *Carroll v. Lucent Technologies, Inc. Long-Term Disability Plan for Management Employees*, 2003 U.S. Dist.LEXIS 9789 (E.D.Pa. 5/22/2003), the court determined that an arbitrary and capricious finding was the equivalent of "bad faith."  Also see, *Smith v. Continental Casualty Co.*, 2003 U.S. Dist. LEXIS 19945 (D.Md. 10/27/2003), which found that the insurer's refusal to credit the plaintiff's subjective pain complaints despite an abundance of supporting medical evidence justified a fee award (vacated by *Smith v. Continental Casualty Co.*, 369 F.3d 412 (4th Cir. 5/28/2004).  Likewise in *Curtin v. Unum Life Insur.Co. of America*, 2004 U.S. Dist.LEXIS 544 (D.Me. 1/12/04), the court found a fee award justified as a deterrent to wrongful denial of claims.

## COURT REVIEW

Let this serve as notice of Claimant's intent to file suit immediately if the decision to deny benefits is not reversed.  We will be seeking reimbursement of all costs and attorney's fees in connection with the court review, as the denial of this claim is nothing short of arbitrary, capricious and an abuse of discretion.

## <u>PAYMENT INSTRUCTIONS</u>

**<u>Pursuant to our representation agreement with our client, all payments made to our client are to be made payable to the client and J. Price McNamara.  Please mail all payments to 10455 Jefferson Highway, Ste. 2B, Baton Rouge, LA 70809. Our Tax ID Number is 72-1384876.</u>**

**<u>Strict compliance with this request is required by law until further written notice from this office.  Failure to comply with this request will be considered intentional interference with contractual rights, resulting in appropriate legal response</u>**.

Please confirm receipt of this letter by email (support@jpricemcnamara.com) or fax (225-201-8313).

Sincerely,

*[signature]*

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej
Enclosures
* Enclosure number 5 sent by certified mail only.

**Lincoln/Lee 0275**

PARISH/COUNTY OF Wilkinson

STATE OF Mississippi

### AFFIDAVIT

**BEFORE ME**, the undersigned authority, came and appeared:

### KATONIA LEE

who after being duly sworn, did depose and state the following:

1.  The following has been true continuously since my last day of work related to my disability claim through the date of this Affidavit.

2.  If I try to exceed the activities described below, I experience severe pain which lasts for several days.

3.  I take the following prescription medications, at the following dosages and intervals each day:

    1.  Ambien* – 5 mg – 1 tablet taken by mouth once daily for sleep.
    2.  Diclofenac* – 50 mg – 1 tablet taken by mouth twice daily for pain.
    3.  Hydrochlorothiazide* – 12.5 mg – 1 tablet taken by mouth once daily for swelling and high blood pressure.
    4.  Ondansetron – 8 mg – 1 tablet by mouth every six hours as needed for nausea.
    5.  Biktarvy* – 50-200-25 mg – 1 tablet taken by mouth once daily for HIV.
    6.  Amlodipine* – 10 mg – 1 tablet taken by mouth once daily for high blood pressure.
    7.  Ferrous gluconate* – 37.5 mg – 1 tablet taken by mouth once daily for iron.
    8.  Allopurinol – 300 mg – 1 tablet by mouth once daily for gout.
    9.  Venlafaxine – 37.5 mg – 1 capsule taken by mouth twice daily for anxiety and depression.

4.  The above-referenced medications marked with an *, when taken, cause me to be unable to perform adequately mentally or physically. They cause my thinking to be clouded and slow, leading to errors and inability to keep a focused pace as required to accomplish any work timely, as my ability to do everything is much slower, including all activities of daily living, including but not limited to walking. They also cause nausea, constipation, headaches, dizziness, and my Hydrochlorothiazide causes frequent urination.

5.  With or without taking the above-referenced medications, my disability is severe, just more severe without taking them. Whether or not taking my medication, the physical and cognitive effects of my medical condition as described above do not change.

6.  The pain I experience causes sleepless nights every night and dramatic fatigue during the day, with or without the above-referenced medications, causing me to need several naps

**Lincoln/Lee 0276**

every day, or to doze off and fall asleep many times per day.

7.    I cannot sit, stand or walk for more than 10 minutes before I begin to experience back pain. I am unable to kneel or climb. I also have trouble lifting my head and holding it up while walking because of back and neck pain.

8.    I try to relieve my back pain by laying down for 20 to 30 minutes, 2 to 3 times daily, with a heating pad. I also take Aleve or Aspirin and apply icy hot for relief of the constant pain.

9.    When I experience headaches, I lay down in the dark for relief. I will take Tylenol and ibuprofen then spend most of the day in the bed with a cold towel on my forehead.

10.   On the days I am nauseous, I have to take my prescribed medication and lay down for 20-30 minutes at a time.

11.    I have difficulty gripping items with my hands because on some days I have little feeling in my hands and on others, they are constantly cramping.

12.   When trying to complete household tasks, I have to constantly take breaks because of the pain and headaches. Often times, I don't finish the housework. I rely on my daughter to help me with housework, walking my dog and taking me to most of my doctor appointments.

13.   I often struggle with my memory and communication due to the effects of my cancer treatment. For example, when I engage with family or friends, I struggle with focusing for more than 10 minutes.

14.   I have been diagnosed with anxiety and depression. I often fall into depression thinking about things I can no longer physically do like walking my dog, dancing, traveling, working, going to church, and spending time with my family. My disability has impacted all aspects of my life.

15.   The above statements are all true and based upon personal knowledge.

16.   This Affidavit is based exclusively on my own knowledge and words, but it was completed over the course of several weeks, a little at a time, and required many hours of total time, proof-reading, grammar and spelling to complete it.

*Katonia Lee*

**KATONIA LEE**

Sworn to and subscribed
before me this ___1___ day
of _____, 2021.

_____
NOTARY PUBLIC
Notary/Bar No.: __113588__
My Commission Expires _August 27, 2023_

STATE OF MISSISSIPPI
BOBBIE J HARRIS
NOTARY PUBLIC
ID No. 113688
Commission Expires
August 27, 2023
WILKINSON COUNTY

Lincoln/Lee 0277

PARISH/COUNTY OF Wilkinson

STATE OF mississippi

## AFFIDAVIT

**BEFORE ME,** the undersigned authority, came and appeared:

### KATONIA LEE

who after being duly sworn, did depose and state the following:

1. The following has been true continuously since my last day of work related to my disability claim through the date of this Affidavit.

2. If I try to exceed the activities described below, I experience severe pain which lasts for several days.

3. I take the following prescription medications, at the following dosages and intervals each day:

   1. Ambien* – 5 mg – 1 tablet taken by mouth once daily.
   2. Diclofenac* – 50 mg – 1 tablet taken by mouth twice daily.
   3. Hydrochlorothiazide* – 12.5 mg – 1 tablet taken by mouth once daily.
   4. Ondansetron – 8 mg – 1 tablet by mouth every six hours as needed.
   5. Amlodipine* – 10 mg – 1 tablet taken by mouth once daily.
   6. Ferrous gluconate* – 37.5 mg – 1 tablet taken by mouth once daily.
   7. Allopurinol – 300 mg – 1 tablet by mouth once daily.
   8. Venlafaxine – 37.5 mg – 1 capsule taken by mouth twice daily.

4. The above-referenced medications marked with an *, when taken, cause me to be unable to perform adequately mentally or physically. They cause my thinking to be clouded and slow, leading to errors and inability to keep a focused pace as required to accomplish any work timely, as my ability to do everything is much slower, including all activities of daily living, including but not limited to walking. They also cause nausea, constipation, headaches, dizziness, and my Hydrochlorothiazide causes frequent urination.

5. With or without taking the above-referenced medications, my disability is severe, just more severe without taking them. Whether or not taking my medication, the physical and cognitive effects of my medical condition as described above do not change.

6. The pain I experience causes sleepless nights every night and dramatic fatigue during the day, with or without the above-referenced medications, causing me to need several naps every day, or to doze off and fall asleep many times per day.

7. I cannot sit, stand or walk for more than 10 minutes before I begin to experience back pain.

**Lincoln/Lee 0278**

I am unable to kneel or climb. I also have trouble lifting my head and holding it up while walking because of back and neck pain.

8.  I try to relieve my back pain by laying down for 20 to 30 minutes, 2 to 3 times daily, with a heating pad. I also take Aleve or Aspirin and apply icy hot for relief of the constant pain.

9.  When I experience headaches, I lay down in the dark for relief. I will take Tylenol and ibuprofen then spend most of the day in the bed with a cold towel on my forehead.

10. On the days I am nauseous, I have to take my prescribed medication and lay down for 20-30 minutes at a time.

11. I have difficulty gripping items with my hands because on some days I have little feeling in my hands and on others, they are constantly cramping.

12. When trying to complete household tasks, I have to constantly take breaks because of the pain and headaches. Often times, I don't finish the housework. I rely on my daughter to help me with housework, walking my dog and taking me to most of my doctor appointments.

13. I often struggle with my memory and communication due to the effects of my cancer treatment. For example, when I engage with family or friends, I struggle with focusing for more than 10 minutes.

14. I have been diagnosed with anxiety and depression. I often fall into depression thinking about things I can no longer physically do like walking my dog, dancing, traveling, working, going to church, and spending time with my family. My disability has impacted all aspects of my life.

15. The above statements are all true and based upon personal knowledge.

16. This Affidavit is based exclusively on my own knowledge and words, but it was completed over the course of several weeks, a little at a time, and required many hours of total time, proof-reading, grammar and spelling to complete it.

_Katonia Lee_
**KATONIA LEE**

Sworn to and subscribed
before me this _8_ day
of _July_ , 2021.

_Bobbie G. Harris_
NOTARY PUBLIC
Notary/Bar No.: _113588_
My Commission Expires _August 27, 2023_

STATE OF MISSISSIPPI
BOBBIE J HARRIS
NOTARY PUBLIC
ID No. 113588
Commission Expires
August 27, 2023
WILKINSON COUNTY

**Lincoln/Lee 0279**

8/30/2021   5:18 PM   FROM: Office Depot #2648   TO: +12232018313   P. 4

PARISH/COUNTY OF _Wilkinson_

STATE OF _Mississippi_

## AFFIDAVIT

BEFORE ME, the undersigned authority, came and appeared:

### MIKEAL LIVAS

who after being duly sworn, did depose and state the following:

1.   I am Katonia Lee's daughter, and I help her with her care.

2.   I observe her and converse with her regularly.

3.   I have read her Affidavit, a copy of which is attached hereto as Exhibit 1.

4.   The entirety of her Affidavit is true and is consistent with my observations of her.

5.   The above is true and based upon personal knowledge.

_____
**MIKEAL LIVAS**

Sworn to and subscribed
before me this _29_ day
of _June_, 2021

_____
NOTARY PUBLIC
Notary/Bar No.: _113588_
My Commission Expires _August 27, 2023_

Lincoln/Lee 0280

6/30/2021  3:18 PM  FROM: Office Depot #2848   TO: +12232018313   P. 3

PARISH/COUNTY OF _Wilkinson_

STATE OF _Mississippi_

### AFFIDAVIT

**BEFORE ME,** the undersigned authority, came and appeared:

### RILEY LEE

who after being duly sworn, did depose and state the following:

1.  I am Katonia Lee's father, and I help her with her care.

2.  I observe her and converse with her regularly.

3.  I have read her Affidavit, a copy of which is attached hereto as Exhibit 1.

4.  The entirety of her Affidavit is true and is consistent with my observations of her.

5.  The above is true and based upon personal knowledge.

_Riley Lee_
RILEY LEE

Sworn to and subscribed
before me this _29_ day
of _June_, 202_1_.

_Bobbie J. Harris_
NOTARY PUBLIC
Notary/Bar No.: _113588_
My Commission Expires _August 27, 2023_

STATE OF MISSISSIPPI
BOBBIE J HARRIS
NOTARY PUBLIC
ID No. 113588
Commission Expires
August 27, 2023
WILKINSON COUNTY

**Lincoln/Lee 0281**

6/30/2021   3:18 PM   FROM: Office Depot #2648   TO: +12252018313   P.   2

PARISH/COUNTY OF _Wilkinson_

STATE OF _Mississippi_

### AFFIDAVIT

**BEFORE ME**, the undersigned authority, came and appeared:

### BRANDON HARTON

who after being duly sworn, did depose and state the following:

1. I am Katonia Lee's son, and I help her with her care.

2. I observe her and converse with her regularly.

3. I have read her Affidavit, a copy of which is attached hereto as Exhibit 1.

4. The entirety of her Affidavit is true and is consistent with my observations of her.

5. The above is true and based upon personal knowledge.

_____
**BRANDON HARTON**

Sworn to and subscribed
before me this _29_ day
of _June_, 2021.

_____
NOTARY PUBLIC
Notary/Bar No.: _113588_
My Commission Expires _August 27, 2023_

STATE OF MISSISSIPPI
BOBBIE J HARRIS
NOTARY PUBLIC
ID No. 113588
Commission Expires
August 27, 2023
WILKINSON COUNTY

**Lincoln/Lee 0282**

Medical Records Request

155664992



Preferred Name: **Katonia**

**Lee, Katonia**

Female, 51 y.o.,

MRN: 2325810
Language: English

Allergies: **No Known Allergies**

**BMI: 33.06 kg/m²**

82 kg (180 lb 12.4 oz), 5' 2" (1.575 m)
107bpm, 112/84, 97.8 °F (36.6 °C)
Specialty Comments:

**FYI**
Overdue Health Maintenance: **Health Maintenance**

**Adv Dir: None**

OUTPATIENT MEDICATIONS
allopurinol (ZYLOPRIM) 300 MG tablet
amLODIPine (NORVASC) 10 MG tablet
bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet
diclofenac (VOLTAREN) 50 MG EC tablet
ferrous gluconate 324 mg (37.5 mg iron) Tab
gabapentin (NEURONTIN) 100 MG capsule
hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab
ondansetron (ZOFRAN-ODT) 8 MG TbDL
phentermine (ADIPEX-P) 37.5 mg tablet
venlafaxine (EFFEXOR-XR) 37.5 MG 24 hr capsule
zolpidem (AMBIEN) 5 MG Tab

PROBLEM LIST
Psychiatric

Lee, Katonia - Medical Record Request

∧ Medical Record Request
Katonia Lee
Sent: Fri July 09, 2021  8:57 AM
To: P Him Roi Medical Record
Request Pool

Katonia Lee
MRN: 2325810    DOB:
Pt Home:

Entered:

2325810

## ✉ Message

Form Title: Medical Record Request
Submitted Data
----------------------------------------

MEDICAL RECORD REQUEST
Purpose of Release: Legal
Information Requested: Visit Summary, Pathology Reports, Laboratory, History Physical, Operative Report, xray Report
Please send records via email
Date or Dates of Service: 4/1/2021 7/9/2021
Additional comments:
Release to: J. Price McNamara
Address: 10455 Jefferson Highway Suite 2B
City: Baton Rouge State:   Louisiana (LA)   Zip:  70809
Phone: 225-240-4097
Email: support@jpricemcnamara.com
Fax Number: 225-201-8313
Acknowledgement of Fees
I understand there is a fee for medical records released to me. I will be billed for these services.
I understand medical information is forwarded to hospitals and physicians free of charge.
AUTHORIZATION:
I authorize the release of alcohol and/or drug abuse treatment and information.
I authorize the release of HIV test results and/or HIV treatment information.
I authorize the release of psychiatric information.
I authorize the release of genetic testing information
In authorizing the release of the confidential information identified above, I hereby waive all restrictions or privileges imposed by law and release Ochsner Medical Center and Ochsner Health Centers and its staff from any restriction or privilege imposed by law in connection with the disclosure or release of any professional record, observation or communication. I do understand that the information that is being released may be subject to re-disclosure by the recipient and may no longer be protected. I understand that my treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this authorization.

Printed by Anne Chenuau

Printed 7/9/2021 8:59:45 AM

**Lincoln/Lee 0283**

Medical Records Request



Preferred Name: **Katonia**

**Lee, Katonia**

Female, 51 y.o.,

MRN: 2325810
Language: English

**Allergies: No Known Allergies**

BMI: **33.06 kg/m²**

82 kg (180 lb 12.4 oz), 5' 2" (1.575 m)
107bpm, 112/84, 97.8 °F (36.6 °C)
Specialty Comments:

**FYI**
Overdue Health Maintenance: **Health Maintenance**

Adv Dir: **None**

**OUTPATIENT MEDICATIONS**
allopurinol (ZYLOPRIM) 300 MG tablet
amLODIPine (NORVASC) 10 MG tablet
bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet
diclofenac (VOLTAREN) 50 MG EC tablet
ferrous gluconate 324 mg (37.5 mg iron) Tab
gabapentin (NEURONTIN) 100 MG capsule
hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab
ondansetron (ZOFRAN-ODT) 8 MG TbDL
phentermine (ADIPEX-P) 37.5 mg tablet
venlafaxine (EFFEXOR-XR) 37.5 MG 24 hr capsule
zolpidem (AMBIEN) 5 MG Tab

**PROBLEM LIST**
Psychiatric

Online Signature:
true
Katonia Lee

## 📭 Medical Record Request

**Lee, Katonia** ➡ MyChart Medical Records Request Pool
Message sent on 7/9/21 8:57 AM

Form Title: Medical Record Request
Submitted Data

----------------------------------------

MEDICAL RECORD REQUEST

Purpose of Release: Legal

Information Requested: Visit Summary, Pathology Reports, Laboratory, History Physical, Operative Report, xray Report

Please send records via email
Date or Dates of Service: 4/1/2021 7/9/2021
Additional comments:

Release to: J. Price McNamara
Address: 10455 Jefferson Highway Suite 2B
City: Baton Rouge   State: Louisiana (LA)
Zip: 70809
Phone: 225-240-4097
Email: support@jpricemcnamara.com
Fax Number: 225-201-8313

Printed by Anne Chenuau

Printed 7/9/2021 8:59:45 AM

**Lincoln/Lee 0284**

Medical Records Request



Preferred Name: **Katonia**

Lee, Katonia

Female, 51 y.o.,

MRN: 2325810
Language: English

Allergies: **No Known Allergies**

BMI: **33.06 kg/m²**

82 kg (180 lb 12.4 oz), 5'
2" (1.575 m)
107bpm, 112/84, 97.8 °F (36.6 °
C)
Specialty Comments:

FYI
Overdue Health Maintenance:
**Health Maintenance**

Adv Dir: **None**

OUTPATIENT MEDICATIONS
allopurinol (ZYLOPRIM) 300 MG
tablet
amLODIPine (NORVASC) 10 MG
tablet
bictegrav-emtricit-tenofov ala
(BIKTARVY) 50-200-25 mg per
tablet
diclofenac (VOLTAREN) 50 MG
EC tablet
ferrous gluconate 324 mg (37.5
mg iron) Tab
gabapentin (NEURONTIN) 100
MG capsule
hydroCHLOROthiazide
(HYDRODIURIL) 12.5 MG Tab
ondansetron (ZOFRAN-ODT) 8
MG TbDL
phentermine (ADIPEX-P) 37.5
mg tablet
venlafaxine (EFFEXOR-XR) 37.5
MG 24 hr capsule
zolpidem (AMBIEN) 5 MG Tab

PROBLEM LIST
Psychiatric

Acknowledgement of Fees

I understand there is a fee for medical records released to me. I will be billed for these services.

I understand medical information is forwarded to hospitals and physicians free of charge.

AUTHORIZATION:
I authorize the release of alcohol and/or drug abuse treatment and information.
I authorize the release of HIV test results and/or HIV treatment information.
I authorize the release of psychiatric information.
I authorize the release of genetic testing information

In authorizing the release of the confidential information identified above, I hereby waive all restrictions or privileges imposed by law and release Ochsner Medical Center and Ochsner Health Centers and its staff from any restriction or privilege imposed by law in connection with the disclosure or release of any professional record, observation or communication. I do understand that the information that is being released may be subject to re-disclosure by the recipient and may no longer be protected. I understand that my treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this authorization.

Printed by Anne Chenuau

Printed 7/9/2021 8:59:45 AM

**Lincoln/Lee 0285**

Medical Records Request



Preferred Name: **Katonia**

## Lee, Katonia

Female, 51 y.o.,

MRN: 2325810
Language: English

Allergies: **No Known Allergies**

BMI: **33.06 kg/m²**

82 kg (180 lb 12.4 oz), 5'
2" (1.575 m)
107bpm, 112/84, 97.8 °F (36.6 °C)
Specialty Comments:

**FYI**

**Overdue Health Maintenance:
Health Maintenance**

Adv Dir: **None**

**OUTPATIENT MEDICATIONS**
allopurinol (ZYLOPRIM) 300 MG
tablet
amLODIPine (NORVASC) 10 MG
tablet
bictegrav-emtricit-tenofov ala
(BIKTARVY) 50-200-25 mg per
tablet
diclofenac (VOLTAREN) 50 MG
EC tablet
ferrous gluconate 324 mg (37.5
mg iron) Tab
gabapentin (NEURONTIN) 100
MG capsule
hydroCHLOROthiazide
(HYDRODIURIL) 12.5 MG Tab
ondansetron (ZOFRAN-ODT) 8
MG TbDL
phentermine (ADIPEX-P) 37.5
mg tablet
venlafaxine (EFFEXOR-XR) 37.5
MG 24 hr capsule
zolpidem (AMBIEN) 5 MG Tab

**PROBLEM LIST**
Psychiatric

Online Signature:
true
Katonia Lee

Printed by Anne Chenuau

Printed 7/9/2021 8:59:45 AM

**Lincoln/Lee 0286**

CC Payment Receipt

| | |
|---|---|
| Transaction Status: | **Approved** |
| Transaction Date and Time: | **7/15/2021 12:08:16 PM** |
| Transaction Reference No.: | **2935703** |
| Approval Code: | **0002800629** |
| Order Number: | **47885153** |
| Charge Amount: | **$109.95** |
| Credit Card Number: | **XXXXXXXXXXXX1288** |
| Credit Card Holder: | **John McNamara** |

**Lincoln/Lee 0287**

BRCH INFUSION
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:               Sex: F
Acct #: 72011256228
Enc. Date 7/9/2021

## 07/09/2021 - Appointment in Ochsner Cancer Center-Baton Rouge

**Appointment Status**

**Diagnoses**

None.

-                                                                                                                    -

**Problem List** as of 7/9/2021                                                                Date Reviewed: **7/2/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 4/21/2021 -<br>Present |
| **Bereavement** | ICD-10-CM: Z63.4<br>ICD-9-CM: V62.82 | | | 4/21/2021 -<br>Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04<br>ICD-9-CM: 307.42 | | | 4/21/2021 -<br>Present |
| **Sacroiliitis** | ICD-10-CM: M46.1<br>ICD-9-CM: 720.2 | | | 6/3/2021 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>4/5/2021 |

**Lincoln/Lee 0288**

BRCH INFUSION
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:                Sex: F
Acct #: 72011256228
Enc. Date 7/9/2021

### 07/09/2021 - Appointment in Ochsner Cancer Center-Baton Rouge (continued)

**Patient as-of Visit**

**Allergies** as of 7/9/2021

Allergies last reviewed by Angela Harris, DO on 7/2/2021 1610
No Known Allergies

**Immunizations** as of 7/9/2021

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021, 05/14/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |
| Pneumococcal Polysaccharide - 23 Valent | 07/02/2021 |

**Outpatient Medications at Start of Encounter as of 7/9/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM | | | | |
| TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **amLODIPine (NORVASC) 10 MG tablet** | 30 tablet | 6 | 7/2/2021 | |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| Notes to Pharmacy: . | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Fill Later | | | | |
| Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** | 60 tablet | 2 | 3/12/2021 | |
| Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily.  - Oral | | | | |
| Class: Historical Med | | | | |
| **gabapentin (NEURONTIN) 100 MG capsule** | 60 capsule | 1 | 7/2/2021 | |
| Sig - Route: Take 1 capsule (100 mg total) by mouth 2 (two) times daily. - Oral | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **phentermine (ADIPEX-P) 37.5 mg tablet** | 30 tablet | 0 | 7/2/2021 | |
| Sig - Route: Take 1 tablet (37.5 mg total) by mouth once daily. - Oral | | | | |
| **venlafaxine (EFFEXOR-XR) 37.5 MG 24 hr capsule** | 30 capsule | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 capsule (37.5 mg total) by mouth once daily. - Oral | | | | |
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |

**Follow-up Information**

None

**Follow Up Call**

No data filed

**Lincoln/Lee 0289**

| ONLC INTERVENTIONAL PAIN MEDICINE | Lee, Katonia | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 2325810, DOB: | Sex: F |
| | Acct #: 72013628069 | |
| | Enc. Date 7/6/2021 | |

## 07/06/2021 - Appointment in O'Neal - Interventional Pain

**Appointment Status**

Canceled (Show positions)

**Diagnoses**

None.

-                                                                                                                                                      -

**Problem List** as of 7/6/2021                                                                                    Date Reviewed: **7/2/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 4/21/2021 -<br>Present |
| **Bereavement** | ICD-10-CM: Z63.4<br>ICD-9-CM: V62.82 | | | 4/21/2021 -<br>Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04<br>ICD-9-CM: 307.42 | | | 4/21/2021 -<br>Present |
| **Sacroiliitis** | ICD-10-CM: M46.1<br>ICD-9-CM: 720.2 | | | 6/3/2021 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>4/5/2021 |

**Lincoln/Lee 0290**

| ONLC INTERVENTIONAL PAIN MEDICINE | Lee, Katonia |
| --- | --- |
| OCHSNER, BATON ROUGE REGION LA | MRN: 2325810, DOB:        Sex: F |
| | Acct #: 72013628069 |
| | Enc. Date 7/6/2021 |

### 07/06/2021 - Appointment in O'Neal - Interventional Pain (continued)

**Patient as-of Visit**

**Allergies** as of 7/6/2021

Allergies last reviewed by Angela Harris, DO on 7/2/2021 1610
No Known Allergies

**Immunizations** as of 7/6/2021

| Immunization | Administered On |
| --- | --- |
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021, 05/14/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |
| Pneumococcal Polysaccharide - 23 Valent | 07/02/2021 |

**Outpatient Medications at Start of Encounter as of 7/6/2021**

| | Disp | Refills | Start | End |
| --- | --- | --- | --- | --- |
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM | | | | |
| TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **amLODIPine (NORVASC) 10 MG tablet** | 30 tablet | 6 | 7/2/2021 | |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| Notes to Pharmacy: . | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Fill Later | | | | |
| Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** | 60 tablet | 2 | 3/12/2021 | |
| Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily.  - Oral | | | | |
| Class: Historical Med | | | | |
| **gabapentin (NEURONTIN) 100 MG capsule** | 60 capsule | 1 | 7/2/2021 | |
| Sig - Route: Take 1 capsule (100 mg total) by mouth 2 (two) times daily. - Oral | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **phentermine (ADIPEX-P) 37.5 mg tablet** | 30 tablet | 0 | 7/2/2021 | |
| Sig - Route: Take 1 tablet (37.5 mg total) by mouth once daily. - Oral | | | | |
| **venlafaxine (EFFEXOR-XR) 37.5 MG 24 hr capsule** | 30 capsule | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 capsule (37.5 mg total) by mouth once daily. - Oral | | | | |
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |

**Follow-up Information**

None

**Follow Up Call**

No data filed

**Lincoln/Lee 0291**

| | |
|---|---|
| ONLC INTERNAL MEDICINE<br>OCHSNER, BATON ROUGE REGION LA | Lee, Katonia<br>MRN: 2325810, DOB:          Sex: F<br>Acct #: 72013501528<br>Enc. Date 7/2/2021 |

## 07/02/2021 - Office Visit in O'Neal - Internal Medicine

### Reason for Visit

Establish Care
Annual Exam

### Diagnoses

| | Codes | Comments |
|---|---|---|
| **Essential hypertension**   -   Primary | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | |
| **Muscle cramps** | ICD-10-CM: R25.2<br>ICD-9-CM: 729.82 | |
| **Major depression, recurrent, chronic** | ICD-10-CM: F33.9<br>ICD-9-CM: 296.30 | |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | |
| **Obesity (BMI 30-39.9)** | ICD-10-CM: E66.9<br>ICD-9-CM: 278.00 | |
| **Immunization due** | ICD-10-CM: Z23<br>ICD-9-CM: V05.9 | |

### Problem List as of 7/2/2021

Date Reviewed: **7/2/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 4/21/2021 -<br>Present |
| **Bereavement** | ICD-10-CM: Z63.4<br>ICD-9-CM: V62.82 | | | 4/21/2021 -<br>Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04<br>ICD-9-CM: 307.42 | | | 4/21/2021 -<br>Present |
| **Sacroiliitis** | ICD-10-CM: M46.1<br>ICD-9-CM: 720.2 | | | 6/3/2021 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 | | | 2/13/2019 - |

**Lincoln/Lee 0292**

ONLC INTERNAL MEDICINE
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72013501528
Enc. Date 7/2/2021

**07/02/2021 - Office Visit in O'Neal - Internal Medicine (continued)**

**Problem List (continued)** as of 7/2/2021                                                  Date Reviewed: **7/2/2021**

|  | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| — | ICD-9-CM: 780.96 |  |  | 2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 |  |  | 2/26/2019 - |
|  | ICD-9-CM: 288.00, 780.61 |  |  | 3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 |  |  | 2/27/2019 - |
|  | ICD-9-CM: 112.0 |  |  | 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9 |  |  | 2/28/2019 - |
|  | ICD-9-CM: 780.60 |  |  | 3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9 |  |  | 5/25/2019 - |
|  | ICD-9-CM: 285.9 |  |  | 5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8 |  |  | 7/25/2019 - |
|  | ICD-9-CM: 793.19 |  |  | 4/5/2021 |

**Patient as-of Visit**

**Allergies** as of 7/2/2021

Allergies last reviewed by Angela Harris, DO on 7/2/2021 1610
No Known Allergies

**Immunizations** as of 7/2/2021

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021, 05/14/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |
| Pneumococcal Polysaccharide - 23 Valent | 07/02/2021 |

**Outpatient Medications at Start of Encounter as of 7/2/2021**

|  | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet (Taking)** | 30 tablet | 1 | 2/2/2019 |  |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral |  |  |  |  |
| Monica H Fefie, LPN 12/31/2019 10:46 AM |  |  |  |  |
| Erica M. Coffey, RN 2/7/2019 10:49 AM TAKE MORNING OF SURGERY WITH A SIP OF WATER. |  |  |  |  |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking)** | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral |  |  |  |  |
| Class: Fill Later |  |  |  |  |
| Prior authorization: Canceled - Other (The medication order is discontinued.) |  |  |  |  |
| **diclofenac (VOLTAREN) 50 MG EC tablet (Taking)** | 60 tablet | 2 | 3/12/2021 |  |
| Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral |  |  |  |  |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking)** |  |  |  |  |
| Sig - Route: Take 1 tablet by mouth once daily.  - Oral |  |  |  |  |
| Class: Historical Med |  |  |  |  |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab (Taking)** | 90 tablet | 3 | 3/15/2020 |  |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral |  |  |  |  |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking)** | 60 tablet | 1 | 4/22/2019 |  |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral |  |  |  |  |
| **venlafaxine (EFFEXOR-XR) 37.5 MG 24 hr capsule (Taking)** | 30 capsule | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 capsule (37.5 mg total) by mouth once daily. - Oral |  |  |  |  |
| **zolpidem (AMBIEN) 5 MG Tab (Taking)** | 30 tablet | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral |  |  |  |  |

**Lincoln/Lee 0293**

ONLC INTERNAL MEDICINE
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72013501528
Enc. Date 7/2/2021

### 07/02/2021 - Office Visit in O'Neal - Internal Medicine (continued)

**Outpatient Medications at Start of Encounter as of 7/2/2021 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| amLODIPine (NORVASC) 10 MG tablet (Taking)<br>Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral<br>Notes to Pharmacy: . | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| phentermine (ADIPEX-P) 37.5 mg tablet (Taking)<br>Sig - Route: Take 37.5 mg by mouth once daily. - Oral<br>Class: Historical Med | | | 5/6/2021 | 7/2/2021 |

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| allopurinol (ZYLOPRIM) 300 MG tablet (Taking)<br>Sig: Take 1 tablet (300 mg total) by mouth once daily.<br>Route: Oral | 30 tablet | 1 | 2/2/2019 | |
| amLODIPine (NORVASC) 10 MG tablet (Taking)<br>Sig: Take 1 tablet (10 mg total) by mouth once daily.<br>Notes to Pharmacy: .<br>Route: Oral | 30 tablet | 6 | 7/2/2021 | |
| bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking)<br>Sig: Take 1 tablet by mouth once daily.<br>Class: Fill Later<br>Route: Oral<br>Prior authorization: Canceled - Other (The medication order is discontinued.) | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| diclofenac (VOLTAREN) 50 MG EC tablet (Taking)<br>Sig: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain).<br>Route: Oral | 60 tablet | 2 | 3/12/2021 | |
| ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking)<br>Sig: Take 1 tablet by mouth once daily.<br>Class: Historical Med<br>Route: Oral | | | | |
| hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab (Taking)<br>Sig: Take 1 tablet (12.5 mg total) by mouth once daily.<br>Route: Oral | 90 tablet | 3 | 3/15/2020 | |
| ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking)<br>Sig: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea).<br>Route: Oral | 60 tablet | 1 | 4/22/2019 | |
| phentermine (ADIPEX-P) 37.5 mg tablet (Taking)<br>Sig: Take 1 tablet (37.5 mg total) by mouth once daily.<br>Route: Oral | 30 tablet | 0 | 7/2/2021 | |
| venlafaxine (EFFEXOR-XR) 37.5 MG 24 hr capsule (Taking)<br>Sig: Take 1 capsule (37.5 mg total) by mouth once daily.<br>Route: Oral | 30 capsule | 1 | 5/25/2021 | 7/24/2021 |
| zolpidem (AMBIEN) 5 MG Tab (Taking)<br>Sig: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep).<br>Route: Oral | 30 tablet | 1 | 5/25/2021 | 7/24/2021 |
| amLODIPine (NORVASC) 10 MG tablet (Taking/Discontinued)<br>Sig: Take 1 tablet (10 mg total) by mouth once daily.<br>Notes to Pharmacy: .<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| phentermine (ADIPEX-P) 37.5 mg tablet (Taking/Discontinued)<br>Sig: Take 37.5 mg by mouth once daily.<br>Class: Historical Med<br>Route: Oral<br>Reason for Discontinue: **Reorder** | | | 5/6/2021 | 7/2/2021 |

**Lincoln/Lee 0294**

ONLC INTERNAL MEDICINE
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72013501528
Enc. Date 7/2/2021

## 07/02/2021 - Office Visit in O'Neal - Internal Medicine (continued)

### Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **gabapentin (NEURONTIN) 100 MG capsule** | 60 capsule | 1 | 7/2/2021 | |
| Sig - Route: Take 1 capsule (100 mg total) by mouth 2 (two) times daily. - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet** | 30 tablet | 6 | 7/2/2021 | |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| Notes to Pharmacy: . | | | | |
| **phentermine (ADIPEX-P) 37.5 mg tablet** | 30 tablet | 0 | 7/2/2021 | |
| Sig - Route: Take 1 tablet (37.5 mg total) by mouth once daily. - Oral | | | | |

### Outpatient Medication Detail

| | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| **gabapentin (NEURONTIN) 100 MG capsule** | 60 capsule | 1 | 7/2/2021 | | -- |
| Sig - Route: Take 1 capsule (100 mg total) by mouth 2 (two) times daily. - Oral | | | | | |
| Sent to pharmacy as: gabapentin (NEURONTIN) 100 MG capsule | | | | | |
| Class: Normal | | | | | |
| Order: 647538843 | | | | | |
| Date/Time Signed: 7/2/2021 11:19 | | | | | |
| E-Prescribing Status: **Receipt confirmed by pharmacy** (7/2/2021 11:20 AM CDT) | | | | | |

### Outpatient Medication Detail

| | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| **amLODIPine (NORVASC) 10 MG tablet** | 30 tablet | 6 | 7/2/2021 | | No |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | | |
| Sent to pharmacy as: amLODIPine (NORVASC) 10 MG tablet | | | | | |
| Class: Normal | | | | | |
| Notes to Pharmacy: . | | | | | |
| Order: 647538845 | | | | | |
| Date/Time Signed: 7/2/2021 11:19 | | | | | |
| E-Prescribing Status: **Receipt confirmed by pharmacy** (7/2/2021 11:20 AM CDT) | | | | | |

### Outpatient Medication Detail

| | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| **phentermine (ADIPEX-P) 37.5 mg tablet** | 30 tablet | 0 | 7/2/2021 | | No |
| Sig - Route: Take 1 tablet (37.5 mg total) by mouth once daily. - Oral | | | | | |
| Sent to pharmacy as: phentermine (ADIPEX-P) 37.5 mg tablet | | | | | |
| Class: Normal | | | | | |
| Order: 647538846 | | | | | |
| Date/Time Signed: 7/2/2021 11:19 | | | | | |
| E-Prescribing Status: **Receipt confirmed by pharmacy** (7/2/2021 11:20 AM CDT) | | | | | |

## Progress Notes

### Progress Notes by Angela Harris, DO at 7/2/2021 10:40 AM

| | | |
|---|---|---|
| Author: Angela Harris, DO | Service: — | Author Type: Physician |
| Filed: 7/2/2021  4:10 PM | Encounter Date: 7/2/2021 | Creation Time: 7/2/2021 11:03 AM |
| Status: Signed | Editor: Angela Harris, DO (Physician) | |

## Subjective:

**Patient ID:** Katonia Lee is a 51 y.o. female.

**Chief Complaint:** Establish Care and Annual Exam

51 y.o. Black or African American female

**Lincoln/Lee 0295**

ONLC INTERNAL MEDICINE
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72013501528
Enc. Date 7/2/2021

**Progress Notes (continued)**

**Progress Notes by Angela Harris, DO at 7/2/2021 10:40 AM (continued)**

Patient presents with:
Establish Care
Annual Exam

HPI: Here today to establish care. She is new to me.
HTN--HCTZ and amlodipine.
    LDLCALC          81.8          05/03/2021
Her primary complaint is leg and hand cramping. She states this has been going on for a while. She denies numbness or tingling.

| | | |
|---|---|---|
| NA | 142 | 06/14/2021 |
| K | 4.8 | 06/14/2021 |
| CL | 105 | 06/14/2021 |
| CO2 | 25 | 06/14/2021 |
| BUN | 21 (H) | 06/14/2021 |
| CREATININE | 1.2 | 06/14/2021 |
| CALCIUM | 9.6 | 06/14/2021 |
| ANIONGAP | 12 | 06/14/2021 |
| ESTGFRAFRICA | >60 | 06/14/2021 |

Depression--compliant with venlafaxine. She is being managed by psychiatry.
Lymphoma/AIDS--management per oncology and ID.
She was taking phentermine for weight loss and it helped. She only took it for a month. She would like to take it again. She denies side effects.

Past Medical History:
Anxiety
Biliary stricture
Depression
1/21/2019: Diffuse large B cell lymphoma of duodenum and pancreas
Encounter for blood transfusion
HIV (human immunodeficiency virus infection)
Hypertension
Insomnia
Jaundice
Stomach ulcer
    Comment: bleeding
Therapy

Past Surgical History:
7/25/2019: BRONCHOSCOPY; Bilateral
    Comment: Procedure: Bronchoscopy Pt needs K+; Surgeon: Tarek M.
        Abdallah, MD; Location: BRMH ENDO; Service: Pulmonary;
        Laterality: Bilateral;
CESAREAN SECTION
1/25/2019: ERCP; N/A
    Comment: Procedure: ERCP (ENDOSCOPIC RETROGRADE
        CHOLANGIOPANCREATOGRAPHY); Surgeon: Janak N. Shah, MD;
        Location: NOMH ENDO (2ND FLR); Service: Endoscopy;
        Laterality: N/A;
4/30/2019: ERCP; Left
    Comment: Procedure: ERCP (ENDOSCOPIC RETROGRADE
        CHOLANGIOPANCREATOGRAPHY); Surgeon: Janak N. Shah, MD;
        Location: NOMH ENDO (2ND FLR); Service: Endoscopy;

**Lincoln/Lee 0296**

ONLC INTERNAL MEDICINE
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:                    Sex: F
Acct #: 72013501528
Enc. Date 7/2/2021

**Progress Notes (continued)**

Progress Notes by Angela Harris, DO at 7/2/2021 10:40 AM (continued)

Laterality: Left;  appt confirmed
ESOPHAGOGASTRODUODENOSCOPY
6/3/2021: INJECTION OF ANESTHETIC AGENT INTO SACROILIAC JOINT;
Bilateral
    Comment:  Procedure: Bilateral SIJ Injection with local;  Surgeon:
        Brandon L. Hicks, MD;  Location: HGVH PAIN MGT;  Service:
        Pain Management;  Laterality: Bilateral;
2/11/2019: INSERTION OF VENOUS ACCESS PORT; Left
    Comment:  Procedure: INSERTION, VENOUS ACCESS PORT;  Surgeon: Kyle
        A Jakob, MD;  Location: BRMH OR;  Service: General;
        Laterality: Left;

Review of patient's family history indicates:
Problem: Cancer
    Relation: Paternal Grandmother
        Age of Onset: (Not Specified)
Problem: Heart disease
    Relation: Mother
        Age of Onset: (Not Specified)
Problem: Breast cancer
    Relation: Maternal Aunt
        Age of Onset: (Not Specified)


Current Outpatient Medications on File Prior to Visit:
allopurinol (ZYLOPRIM) 300 MG tablet, Take 1 tablet (300 mg total) by mouth once daily., Disp: 30 tablet, Rfl: 1
bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet, Take 1 tablet by mouth once daily., Disp: 90 tablet, Rfl: 1
diclofenac (VOLTAREN) 50 MG EC tablet, Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain)., Disp: 60 tablet, Rfl: 2
ferrous gluconate 324 mg (37.5 mg iron) Tab, Take 1 tablet by mouth once daily. , Disp: , Rfl:
hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab, Take 1 tablet (12.5 mg total) by mouth once daily., Disp: 90 tablet, Rfl: 3
ondansetron (ZOFRAN-ODT) 8 MG TbDL, Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea)., Disp: 60 tablet, Rfl: 1
venlafaxine (EFFEXOR-XR) 37.5 MG 24 hr capsule, Take 1 capsule (37.5 mg total) by mouth once daily., Disp: 30 capsule, Rfl: 1
zolpidem (AMBIEN) 5 MG Tab, Take 1 tablet (5 mg total) by mouth nightly as needed (sleep)., Disp: 30 tablet, Rfl: 1
amLODIPine (NORVASC) 10 MG tablet, Take 1 tablet (10 mg total) by mouth once daily., Disp: 30 tablet, Rfl: 0
phentermine (ADIPEX-P) 37.5 mg tablet, Take 37.5 mg by mouth once daily., Disp: , Rfl:

Allergies:
Review of patient's allergies indicates:
No Known Allergies


**Review of Systems**
Constitutional: Positive for fatigue. Negative for fever and unexpected weight change.
HENT: Negative for trouble swallowing and voice change.

**Lincoln/Lee 0297**

ONLC INTERNAL MEDICINE
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:           Sex: F
Acct #: 72013501528
Enc. Date 7/2/2021

**Progress Notes (continued)**

**Progress Notes by Angela Harris, DO at 7/2/2021 10:40 AM (continued)**

Eyes: Negative for visual disturbance.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Positive for leg swelling **(sometimes)**. Negative for chest pain and palpitations.
Gastrointestinal: Positive for constipation. Negative for abdominal pain, blood in stool, change in bowel habit, diarrhea and change in bowel habit.
Genitourinary: Positive for frequency. Negative for difficulty urinating.
Musculoskeletal: Positive for arthralgias and back pain. Negative for gait problem.
Neurological: Positive for dizziness and headaches.
Psychiatric/Behavioral: Positive for dysphoric mood and sleep disturbance. The patient is nervous/anxious.


**Objective:**

<u>Physical Exam</u>
Vitals reviewed.
<u>Constitutional:</u>
   General: She is not in acute distress.
   Appearance: She is well-developed. She is obese. She is not ill-appearing.
<u>Eyes:</u>
   General: No scleral icterus.
<u>Cardiovascular:</u>
   Rate and Rhythm: Normal rate and regular rhythm.
   Heart sounds: Normal heart sounds.
<u>Pulmonary:</u>
   Effort: Pulmonary effort is normal. No respiratory distress.
   Breath sounds: Normal breath sounds.
<u>Abdominal:</u>
   General: Bowel sounds are normal.
   Palpations: Abdomen is soft.
<u>Musculoskeletal:</u>
   Right lower leg: No edema.
   Left lower leg: No edema.
<u>Neurological:</u>
   Mental Status: She is alert and oriented to person, place, and time.
<u>Psychiatric:</u>
   Behavior: Behavior normal.


**Assessment:**

1.    **Essential hypertension**
2.    Muscle cramps
3.    Major depression, recurrent, chronic
4.    Lymphoma related to acquired immunodeficiency syndrome (AIDS)
5.    Obesity (BMI 30-39.9)
6.    Immunization due

**Plan:**

Katonia was seen today for establish care and annual exam.

Diagnoses and all orders for this visit:

Generated on 7/9/21  2:26 PM                                                                 Page 11

**Lincoln/Lee 0298**

ONLC INTERNAL MEDICINE
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:                    Sex: F
Acct #: 72013501528
Enc. Date 7/2/2021

**Progress Notes (continued)**

**Progress Notes by Angela Harris, DO at 7/2/2021 10:40 AM (continued)**

## Essential hypertension
- Refill amLODIPine (NORVASC) 10 MG tablet; Take 1 tablet (10 mg total) by mouth once daily.
- Continue HCTZ

## Muscle cramps
- Trial of gabapentin (NEURONTIN) 100 MG capsule; Take 1 capsule (100 mg total) by mouth 2 (two) times daily. Discussed medication risks and benefits.

## Major depression, recurrent, chronic
- F/U with psychiatry

## Lymphoma related to acquired immunodeficiency syndrome (AIDS)
- F/U with oncology and ID

## Obesity (BMI 30-39.9)
- phentermine (ADIPEX-P) 37.5 mg tablet; Take 1 tablet (37.5 mg total) by mouth once daily.

## Immunization due
- (In Office Administered) Pneumococcal Polysaccharide Vaccine (23 Valent) (SQ/IM)

F/U in 4 weeks for muscle cramps and obesity (check b/p, pulse and weight).


Electronically signed by Angela Harris, DO on 7/2/2021  4:10 PM


-                                                                                              -

**Follow-up and Disposition History**

| 07/02/2021 1122 - Angela Harris, DO | |
|---|---|
| Check-out note: | Pneumovax today<br>Schedule f/u in 4 weeks with Claire for muscle cramps<br>Schedule or give pt number to schedule colonoscopy |

| 07/02/2021 1121 - Angela Harris, DO | |
|---|---|
| Check-out note: | Pneumovax today<br>Schedule f/u in 4 weeks with Claire for muscle cramps |

**Follow-up Information**

None

**Follow Up Call**

No data filed

**Lincoln/Lee 0299**

| BRCC HEMATOLOGY ONCOLOGY<br>OCHSNER, BATON ROUGE REGION LA | Lee, Katonia<br>MRN: 2325810, DOB:<br>Acct #: 72013452813<br>Enc. Date 6/30/2021 | Sex: F |
|---|---|---|

### 06/30/2021 - Office Visit in BR Cancer Center - Hematology Oncology

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **Diffuse large B-cell lymphoma of lymph nodes of neck**   -  Primary | ICD-10-CM: C83.31<br>ICD-9-CM: 202.81 | |
| **Alkaline phosphatase elevation** | ICD-10-CM: R74.8<br>ICD-9-CM: 790.5 | |

**Problem List** as of 6/30/2021                                                                  Date Reviewed: **6/30/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 4/21/2021 -<br>Present |
| **Bereavement** | ICD-10-CM: Z63.4<br>ICD-9-CM: V62.82 | | | 4/21/2021 -<br>Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04<br>ICD-9-CM: 307.42 | | | 4/21/2021 -<br>Present |
| **Sacroiliitis** | ICD-10-CM: M46.1<br>ICD-9-CM: 720.2 | | | 6/3/2021 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>4/5/2021 |

**Lincoln/Lee 0300**

BRCC HEMATOLOGY ONCOLOGY
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72013452813
Enc. Date 6/30/2021

### 06/30/2021 - Office Visit in BR Cancer Center - Hematology Oncology (continued)

**Patient as-of Visit**

**Allergies** as of 6/30/2021

Allergies last reviewed by Jeanette M. Kovtun, MD on 6/30/2021 1056
No Known Allergies

**Immunizations** as of 6/30/2021

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021, 05/14/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 6/30/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral<br><br><br>Monica H Fefie, LPN 12/31/2019 10:46 AM<br><br><br>Erica M. Coffey, RN 2/7/2019 10:49 AM<br>TAKE MORNING OF SURGERY WITH A SIP OF WATER. | 30 tablet | 1 | 2/2/2019 | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking)**<br>Sig - Route: Take 1 tablet by mouth once daily. - Oral<br>Class: Fill Later<br>Prior authorization: Canceled - Other (The medication order is discontinued.) | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| **diclofenac (VOLTAREN) 50 MG EC tablet (Taking)**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | 60 tablet | 2 | 3/12/2021 | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking)**<br>Sig - Route: Take 1 tablet by mouth once daily.  - Oral<br>Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab (Taking)**<br>Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | 90 tablet | 3 | 3/15/2020 | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking)**<br>Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | 60 tablet | 1 | 4/22/2019 | |
| **venlafaxine (EFFEXOR-XR) 37.5 MG 24 hr capsule (Taking)**<br>Sig - Route: Take 1 capsule (37.5 mg total) by mouth once daily. - Oral | 30 capsule | 1 | 5/25/2021 | 7/24/2021 |
| **zolpidem (AMBIEN) 5 MG Tab (Taking)**<br>Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | 30 tablet | 1 | 5/25/2021 | 7/24/2021 |
| **amLODIPine (NORVASC) 10 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral<br>Notes to Pharmacy: . | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| **phentermine (ADIPEX-P) 37.5 mg tablet (Taking)**<br>Sig - Route: Take 37.5 mg by mouth once daily. - Oral<br>Class: Historical Med | | | 5/6/2021 | 7/2/2021 |

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet (Taking)**<br>Sig: Take 1 tablet (300 mg total) by mouth once daily.<br>Route: Oral | 30 tablet | 1 | 2/2/2019 | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking)**<br>Sig: Take 1 tablet by mouth once daily. | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |

**Lincoln/Lee 0301**

BRCC HEMATOLOGY ONCOLOGY
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72013452813
Enc. Date 6/30/2021

## 06/30/2021 - Office Visit in BR Cancer Center - Hematology Oncology (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Class: Fill Later | | | | |
| Route: Oral | | | | |
| Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| diclofenac (VOLTAREN) 50 MG EC tablet (Taking) | 60 tablet | 2 | 3/12/2021 | |
| Sig: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). | | | | |
| Route: Oral | | | | |
| ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking) | | | | |
| Sig: Take 1 tablet by mouth once daily. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab (Taking) | 90 tablet | 3 | 3/15/2020 | |
| Sig: Take 1 tablet (12.5 mg total) by mouth once daily. | | | | |
| Route: Oral | | | | |
| ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking) | 60 tablet | 1 | 4/22/2019 | |
| Sig: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). | | | | |
| Route: Oral | | | | |
| venlafaxine (EFFEXOR-XR) 37.5 MG 24 hr capsule (Taking) | 30 capsule | 1 | 5/25/2021 | 7/24/2021 |
| Sig: Take 1 capsule (37.5 mg total) by mouth once daily. | | | | |
| Route: Oral | | | | |
| zolpidem (AMBIEN) 5 MG Tab (Taking) | 30 tablet | 1 | 5/25/2021 | 7/24/2021 |
| Sig: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). | | | | |
| Route: Oral | | | | |
| amLODIPine (NORVASC) 10 MG tablet (Taking/Discontinued) | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| Sig: Take 1 tablet (10 mg total) by mouth once daily. | | | | |
| Notes to Pharmacy: . | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| phentermine (ADIPEX-P) 37.5 mg tablet (Taking/Discontinued) | | | 5/6/2021 | 7/2/2021 |
| Sig: Take 37.5 mg by mouth once daily. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |

## Progress Notes

### Progress Notes by Jeanette M. Kovtun, MD at 6/30/2021 10:40 AM

| | | |
|---|---|---|
| Author: Jeanette M. Kovtun, MD | Service: — | Author Type: Physician |
| Filed: 6/30/2021  9:22 PM | Encounter Date: 6/30/2021 | Creation Time: 6/30/2021 10:56 AM |
| Status: Signed | Editor: Jeanette M. Kovtun, MD (Physician) | |

**Subjective:**

DATE OF VISIT: 6/30/21

Patient ID: Katonia Lee is a 51 y.o. female.   MR#: 2325810

REFERRING PROVIDER: No referring provider defined for this encounter.

 Primary Care Providers:
Angela Harris, DO, DO          (General)

**Lincoln/Lee 0302**

| BRCC HEMATOLOGY ONCOLOGY<br>OCHSNER, BATON ROUGE REGION LA | Lee, Katonia<br>MRN: 2325810, DOB:<br>Acct #: 72013452813<br>Enc. Date 6/30/2021 | Sex: F |
|---|---|---|

**Progress Notes (continued)**

**Progress Notes by Jeanette M. Kovtun, MD at 6/30/2021 10:40 AM (continued)**

**CHIEF COMPLAINT**:   Follow-up after biopsy

**ONCOLOGIC DIAGNOSIS**: Diffuse large B-cell lymphoma, HIV associated

**CURRENT TREATMENT:**  Surveillance

**PAST TREATMENT**:
R-CHOP, intrathecal, completed 09/20/2019


HPI

Stable clinical condition.  She follows with pain control for lower back pain more recently she has establish care with psychiatry which has been going well.  She denies any fevers chills night sweats or unintentional weight loss.

Review of Systems

A comprehensive 14-point review of systems was reviewed with patient and was negative other than as specified above.


**Objective:**

Physical Exam


**Vitals:**

|  | 06/30/21 1047 |
|---|---|
| BP: | 133/87 |
| Pulse: | 84 |
| Temp: | 97.7 °F (36.5 °C) |


ECOG: 0
General appearance: Generally well appearing, in no acute distress.
Head, eyes, ears, nose, and throat: Pupils round and equally reactive to light. Oropharynx clear with moist mucous membranes.
Lymph: No palpable cervical or supraclavicular lymphadenopathy.
Cardiovascular: Regular rate and rhythm, S1, S2, no audible murmurs.
Respiratory: Lungs clear to auscultation bilaterally.
Abdomen: Bowel sounds present, soft, nontender, nondistended. No palpable hepatosplenomegaly.
Extremities: Warm, without edema.
Neurologic: Alert and oriented. Grossly normal strength, coordination, and gait.
Skin: No rashes, ecchymoses or petechial lesion.


**Laboratory:**

No visits with results within 1 Day(s) from this visit.
Latest known visit with results is:
**Lab Visit on 06/14/2021**

| Component | Date | Value | Ref Range | Status |
|---|---|---|---|---|

**Lincoln/Lee 0303**

BRCC HEMATOLOGY ONCOLOGY
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72013452813
Enc. Date 6/30/2021

## Progress Notes (continued)

**Progress Notes by Jeanette M. Kovtun, MD at 6/30/2021 10:40 AM (continued)**

| | | | | | |
|---|---|---|---|---|---|
| • WBC | 06/14/2021 | 6.22 | 3.9 - 12.7 K/uL | Final |
| • RBC | 06/14/2021 | 4.12 | 4.00 - 5.40 M/uL | Final |
| • Hemoglobin | 06/14/2021 | 12.6 | 12.0 - 16.0 g/dL | Final |
| • Hematocrit | 06/14/2021 | 40.7 | 37.0 - 48.5 % | Final |
| • MCV | 06/14/2021 | 99* | 82.0 - 98.0 fL | Final |
| • MCH | 06/14/2021 | 30.6 | 27.0 - 31.0 pg | Final |
| • MCHC | 06/14/2021 | 31.0* | 32.0 - 36.0 g/dL | Final |
| • RDW | 06/14/2021 | 14.6* | 11.5 - 14.5 % | Final |
| • Platelets | 06/14/2021 | 178 | 150 - 450 K/uL | Final |
| • MPV | 06/14/2021 | 11.8 | 9.2 - 12.9 fL | Final |
| • Immature Granulocytes | 06/14/2021 | 0.2 | 0.0 - 0.5 % | Final |
| • Gran # (ANC) | 06/14/2021 | 2.6 | 1.8 - 7.7 K/uL | Final |
| • Immature Grans (Abs) | 06/14/2021 | 0.01 | 0.00 - 0.04 K/uL | Final |
| • Lymph # | 06/14/2021 | 2.9 | 1.0 - 4.8 K/uL | Final |
| • Mono # | 06/14/2021 | 0.5 | 0.3 - 1.0 K/uL | Final |
| • Eos # | 06/14/2021 | 0.1 | 0.0 - 0.5 K/uL | Final |
| • Baso # | 06/14/2021 | 0.02 | 0.00 - 0.20 K/uL | Final |
| • nRBC | 06/14/2021 | 0 | 0 /100 WBC | Final |
| • Gran % | 06/14/2021 | 42.0 | 38.0 - 73.0 % | Final |
| • Lymph % | 06/14/2021 | 46.9 | 18.0 - 48.0 % | Final |
| • Mono % | 06/14/2021 | 8.7 | 4.0 - 15.0 % | Final |
| • Eosinophil % | 06/14/2021 | 1.9 | 0.0 - 8.0 % | Final |
| • Basophil % | 06/14/2021 | 0.3 | 0.0 - 1.9 % | Final |
| • Differential Method | 06/14/2021 | Automated | | Final |
| • Sodium | 06/14/2021 | 142 | 136 - 145 mmol/L | Final |
| • Potassium | 06/14/2021 | 4.8 | 3.5 - 5.1 mmol/L | Final |
| • Chloride | 06/14/2021 | 105 | 95 - 110 mmol/L | Final |
| • CO2 | 06/14/2021 | 25 | 23 - 29 mmol/L | Final |
| • Glucose | 06/14/2021 | 99 | 70 - 110 mg/dL | Final |
| • BUN | 06/14/2021 | 21* | 6 - 20 mg/dL | Final |
| • Creatinine | 06/14/2021 | 1.2 | 0.5 - 1.4 mg/dL | Final |
| • Calcium | 06/14/2021 | 9.6 | 8.7 - 10.5 mg/dL | Final |
| • Total Protein | 06/14/2021 | 7.6 | 6.0 - 8.4 g/dL | Final |
| • Albumin | 06/14/2021 | 3.9 | 3.5 - 5.2 g/dL | Final |
| • Total Bilirubin | 06/14/2021 | 0.3 | 0.1 - 1.0 mg/dL | Final |
| • Alkaline Phosphatase | 06/14/2021 | 176* | 55 - 135 U/L | Final |
| • AST | 06/14/2021 | 17 | 10 - 40 U/L | Final |
| • ALT | 06/14/2021 | 18 | 10 - 44 U/L | Final |
| • Anion Gap | 06/14/2021 | 12 | 8 - 16 mmol/L | Final |
| • eGFR if African American | 06/14/2021 | >60 | >60 mL/min/1.73 m^2 | Final |
| • eGFR if non African American | 06/14/2021 | 52* | >60 mL/min/1.73 m^2 | Final |
| • LD | 06/14/2021 | 199 | 110 - 260 U/L | Final |

**Imaging:**

**Results for orders placed or performed during the hospital encounter of 06/14/21 (from the past 2160 hour(s))**
**CT Chest Abdomen Pelvis With Contrast**
*Impression*

**Lincoln/Lee 0304**

BRCC HEMATOLOGY ONCOLOGY
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72013452813
Enc. Date 6/30/2021

**Progress Notes (continued)**

**Progress Notes by Jeanette M. Kovtun, MD at 6/30/2021 10:40 AM (continued)**

*No evidence of recurrent or metastatic disease.  See findings above.*

*All CT scans at this facility use dose modulation, iterative reconstruction and/or weight based dosing when appropriate to reduce radiation dose to as low as reasonably achievable.*

| | |
|---|---|
| *Electronically signed by:* | *David Kirsch, MD* |
| *Date:* | *06/14/2021* |
| *Time:* | *12:35* |

No results found for this or any previous visit (from the past 2160 hour(s)).
No results found for this or any previous visit (from the past 2160 hour(s)).

**Assessment/Plan:**
**Diffuse large B-cell lymphoma of lymph nodes of neck**
- CBC Auto Differential; Future; Expected date: 06/30/2021
- Comprehensive Metabolic Panel; Future; Expected date: 06/30/2021
- Lactate Dehydrogenase; Future; Expected date: 06/30/2021

**Alkaline phosphatase elevation**

1. **Diffuse large B-cell lymphoma of lymph nodes of neck**
2. Alkaline phosphatase elevation

**Plan:**

**# DLBCL, HIV associated**:  Status post chemotherapy R-CHOP and intrathecal completed 09/20/2019.  Staging CT 06/20/2021 reviewed in detail without concerning findings to suggest recurrent disease.  Lab work within normal limits and no clinical concerns on history or physical exam today.  Mild alkaline phosphatase elevation similar to prior, continue to monitor.

**# depressed mood:**  Following with psychiatry

**# diffuse/lower back pain:**  Chronic lower back pain.  Recommend follow-up with pain management and primary care.

**Follow-Up:**
**Patient Instructions**
RV in 3 months with labs, npok

**Lincoln/Lee 0305**

BRCC HEMATOLOGY ONCOLOGY
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:        Sex: F
Acct #: 72013452813
Enc. Date 6/30/2021

## Progress Notes (continued)

**Progress Notes by Jeanette M. Kovtun, MD at 6/30/2021 10:40 AM (continued)**

Electronically signed by Jeanette M. Kovtun, MD on 6/30/2021  9:22 PM

**Follow-up and Disposition History**

06/30/2021 1112 - Jeanette M. Kovtun, MD

Dispositions:        • Follow up in about 3 months (around 9/30/2021).

**Follow-up Information**

None

**Follow Up Call**

No data filed

**Lincoln/Lee 0306**

| NOMC SPECIALTY PHARMACY<br>OCHSNER, SOUTH SHORE REGION LA | Lee, Katonia<br>MRN: 2325810, DOB:<br>Enc. Date 6/28/2021 | Sex: F |
|---|---|---|

### 06/28/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy

**Diagnoses**

None.

**Problem List** as of 6/28/2021                                                    Date Reviewed: **6/25/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 4/21/2021 -<br>Present |
| **Bereavement** | ICD-10-CM: Z63.4<br>ICD-9-CM: V62.82 | | | 4/21/2021 -<br>Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04<br>ICD-9-CM: 307.42 | | | 4/21/2021 -<br>Present |
| **Sacroiliitis** | ICD-10-CM: M46.1<br>ICD-9-CM: 720.2 | | | 6/3/2021 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>4/5/2021 |

**Patient as-of Visit**

**Allergies** as of 6/28/2021

Allergies last reviewed by Michele M. Larzelere, PhD on 6/25/2021 0807
No Known Allergies

**Lincoln/Lee 0307**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:        Sex: F
Enc. Date 6/28/2021

### 06/28/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy (continued)

**Patient as-of Visit (continued)**

**Immunizations** as of 6/28/2021

| Immunization | Administered On |
| --- | --- |
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021, 05/14/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 6/28/2021**

| | Disp | Refills | Start | End |
| --- | --- | --- | --- | --- |
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral Class: Fill Later Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** | 60 tablet | 2 | 3/12/2021 | |
| Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily.  - Oral Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **venlafaxine (EFFEXOR-XR) 37.5 MG 24 hr capsule** | 30 capsule | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 capsule (37.5 mg total) by mouth once daily. - Oral | | | | |
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Discontinued)** | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral Notes to Pharmacy: . Reason for Discontinue: **Reorder** | | | | |
| **phentermine (ADIPEX-P) 37.5 mg tablet (Discontinued)** | | | 5/6/2021 | 7/2/2021 |
| Sig - Route: Take 37.5 mg by mouth once daily. - Oral Class: Historical Med Reason for Discontinue: **Reorder** | | | | |

**Follow-up Information**

None

**Follow Up Call**

No data filed

---

**Lincoln/Lee 0308**

| NOMC CANPSYCH BENSON<br>OCHSNER, SOUTH SHORE REGION LA | Lee, Katonia<br>MRN: 2325810, DOB:<br>Acct #: 12049138102<br>Enc. Date 6/25/2021 | Sex: F |
|---|---|---|

### 06/25/2021 - Office Visit in Benson CancerCtr Psychiatry 3rd Fl

**Reason for Visit**

- Adaptation To Disease And Treatment
- Anxiety
- Depression
- Insomnia

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **Adjustment disorder with mixed anxiety and depressed mood**   - Primary | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | |

-                                                                                                                                        -

**Problem List** as of 6/25/2021                                                                                    Date Reviewed: **6/25/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 4/21/2021 -<br>Present |
| **Bereavement** | ICD-10-CM: Z63.4<br>ICD-9-CM: V62.82 | | | 4/21/2021 -<br>Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04<br>ICD-9-CM: 307.42 | | | 4/21/2021 -<br>Present |
| **Sacroiliitis** | ICD-10-CM: M46.1<br>ICD-9-CM: 720.2 | | | 6/3/2021 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |

**Lincoln/Lee 0309**

NOMC CANPSYCH BENSON
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:              Sex: F
Acct #: 12049138102
Enc. Date 6/25/2021

### 06/25/2021 - Office Visit in Benson CancerCtr Psychiatry 3rd Fl (continued)

**Problem List (continued)** as of 6/25/2021                                                        Date Reviewed: **6/25/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 5/25/2019 - 5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8 ICD-9-CM: 793.19 | | | 7/25/2019 - 4/5/2021 |

**Patient as-of Visit**

**Allergies** as of 6/25/2021

Allergies last reviewed by Michele M. Larzelere, PhD on 6/25/2021 0807
No Known Allergies

**Immunizations** as of 6/25/2021

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021, 05/14/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 6/25/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | 30 tablet | 1 | 2/2/2019 | |

Monica H Fefie, LPN 12/31/2019 10:46 AM

Erica M. Coffey, RN 2/7/2019 10:49 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** Sig - Route: Take 1 tablet by mouth once daily. - Oral Class: Fill Later Prior authorization: Canceled - Other (The medication order is discontinued.) | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| **diclofenac (VOLTAREN) 50 MG EC tablet** Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | 60 tablet | 2 | 3/12/2021 | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** Sig - Route: Take 1 tablet by mouth once daily. - Oral Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | 90 tablet | 3 | 3/15/2020 | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | 60 tablet | 1 | 4/22/2019 | |
| **venlafaxine (EFFEXOR-XR) 37.5 MG 24 hr capsule** Sig - Route: Take 1 capsule (37.5 mg total) by mouth once daily. - Oral | 30 capsule | 1 | 5/25/2021 | 7/24/2021 |
| **zolpidem (AMBIEN) 5 MG Tab** Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | 30 tablet | 1 | 5/25/2021 | 7/24/2021 |
| **amLODIPine (NORVASC) 10 MG tablet** Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral Notes to Pharmacy: . | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| **phentermine (ADIPEX-P) 37.5 mg tablet** Sig - Route: Take 37.5 mg by mouth once daily. - Oral Class: Historical Med | | | 5/6/2021 | 7/2/2021 |

### Progress Notes

**Lincoln/Lee 0310**

NOMC CANPSYCH BENSON
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 12049138102
Enc. Date 6/25/2021

## Progress Notes (continued)

### Progress Notes by Michele M. Larzelere, PhD at 6/25/2021  8:00 AM

| | | |
|---|---|---|
| Author: Michele M. Larzelere, PhD | Service: — | Author Type: Physician |
| Filed: 6/25/2021  9:01 AM | Encounter Date: 6/25/2021 | Creation Time: 6/25/2021  8:48 AM |
| Status: Signed | Editor: Michele M. Larzelere, PhD (Physician) | |
| **Sensitive Note** | | |

**Telemedicine PSYCHO-ONCOLOGY NOTE/ Individual Psychotherapy (patient not on premises due to COVID-19 restrictions)**

Consultation started: 6/25/2021 at 8:00 AM
The chief complaint leading to consultation is: adaptation to disease and treatment, depression, anxiety
The patient location is: Patient home in MS (Provider licensed in MS)
Virtual visit with synchronous audio and video
Patient alone at the time of consultation

Each patient provided medical services by telemedicine is:  (1) informed of the relationship between the physician and patient and the respective role of any other health care provider with respect to management of the patient; and (2) notified that he or she may decline to receive medical services by telemedicine and may withdraw from such care at any time.

**Crisis Disclaimer: Patient was informed that due to the virtual nature of the visit, that if a crisis develops, protocols will be implemented to ensure patient safety, including but not limited to: 1) Initiating a welfare check with local Law Enforcement, 2) Calling 911/National Crisis Hotline, and/or 3) Initiating PEC/CEC procedures.**

**Date**: 6/25/2021                    **Site of therapist**:  Jefferson Highway

**Therapeutic Intervention:** Met with patient.  Outpatient - Behavior modifying psychotherapy 45 min - CPT code 90834

**Referring provider:**

**Chief complaint/reason for encounter:** depression, anxiety and sleep
Met with patient to evaluate psychosocial adaptation to survivorship of DLBCL

The patient's last visit with me was on 5/19/2021.

**Objective:**

Katonia Lee arrived promptly for the session.  Ms. Lee was independently ambulatory at the time of session. The patient was fully cooperative throughout the session.
Appearance: age appropriate, casually  dressed, adequately  groomed
Behavior/Cooperation: friendly and cooperative
Speech: normal in rate and tone and appropriate quality, quantity and organization of sentences; somewhat slowed speech
Mood: anxious, depressed
Affect: profusely tearful, dysphoric
Thought Process: goal-directed, logical
Thought Content: normal,  No delusions or paranoia; did not appear to be responding to internal stimuli during the session
Orientation: grossly intact
Memory: Grossly intact
Attention Span/Concentration: Attends to session without distraction; reports no difficulty
Fund of Knowledge: average

**Lincoln/Lee 0311**

NOMC CANPSYCH BENSON
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 12049138102
Enc. Date 6/25/2021

**Progress Notes (continued)**

**Progress Notes by Michele M. Larzelere, PhD at 6/25/2021  8:00 AM (continued)**

Estimate of Intelligence: average from verbal skills and history
Cognition: grossly intact
Insight: patient has awareness of illness; good insight into own behavior and behavior of others
Judgment: the patient's behavior is adequate to circumstances


**Interval history and content of current session:** Patient discussed events and activities since the time of last visit. Discussed current adaptation to disease and treatment status. Reports to be coping with significant difficultyPatient reports she has gotten no benefit from pain medicine procedure on 6/3. She is noting some benefits starting with the Effexor ("crying less") and Ambien (5-6 hours sleep/night).  She is worried that her pain will never be under better control ("Is this how I have to live forever?"). Hopeless/helpless thoughts. SHe is worried she will never return to normal functioning.  Discussed importance of focusing on "new normal."  Patient is using breathing exercises to cope with "shooting pains."  Tried to start piano lessons, but back pain prevented sitting at piano with arms outstretched

Identified and evaluated psychosocial and environmental stressors secondary to diagnosis and treatment. No social interactions other than daughter and son. Not spending time with friends (drive too long, hurts her back to go see them). Cousins local. Discussed interaction between social isolation and depression.

Examined proactive behaviors that may be implemented to minimize or ameliorate psychosocial stressors secondary to diagnosis and treatment. PMR practiced during visit (upper body only due to back pain).

**Risk parameters:**  Patient reports no suicidal ideation
Patient reports no homicidal ideation
Patient reports no self-injurious behavior
Patient reports no violent behavior
**Safety needs:** None at this time

**Verbal deficits:** None

**Patient's response to intervention:**The patient's response to intervention is accepting, defeated.

**Progress toward goals and other mental status changes:**
The patient's progress toward goals is fair .

**Progress to date:**Progress - Ongoing, but Slow

**Goals from last visit:** Attempted, partially met

**Patient reported outcomes:**

**Distress Thermometer:**
**Distress Score**
Distress Score: 5

| **Practical Problems** | **Physical Problems** |
|---|---|
| Child Care: No | Appearance: No |
| Housing: Yes | Bathing / Dressing: No |
| Insurance / Financial: Yes | Breathing: No |
| Transportation: No | Changes in Urination: Yes |
| Work / School: No | Constipation: Yes |
| Treatment Decisions: Yes | Diarrhea: No |
| | Eating: Yes |

**Lincoln/Lee 0312**

NOMC CANPSYCH BENSON
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 12049138102
Enc. Date 6/25/2021

**Progress Notes (continued)**

Progress Notes by Michele M. Larzelere, PhD at 6/25/2021  8:00 AM (continued)

**Family Problems**
Dealing with Children: No
Dealing with Partner: No
Ability to Have Children: No

**Emotional Problems**
Depression: Yes
Fears: Yes
Nervousness: Yes
Sadness: Yes
Worry: Yes
Loss of Interest in Usual Activities: Yes

**Spiritual/Religions Concerns**
Spritual / Religious Concerns: No

Fatigue: Yes
Feeling Swollen: Yes
Fevers: No
Getting Around: Yes
Indigestion: No
Memory / Concentration: Yes
Mouth Sores: No
Nausea: Yes
Nose Dry / Congested: No
Pain: Yes
Sexual: No
Skin Dry / Itchy: No
Sleep: No
Substance Abuse: No
Tingling in Hands / Feet: No

**Other Problems**


   **PHQ-9=** <u>Initial visit</u>: 10

**PHQ ANSWERS**

**Q1.** Little interest or pleasure in doing things: Several days (06/25/21 0759)
**Q2.** Feeling down, depressed, or hopeless: Several days (06/25/21 0759)
**Q3.** Trouble falling or staying asleep, or sleeping too much: Several days (06/25/21 0759)
**Q4.** Feeling tired or having little energy: Several days (06/25/21 0759)
**Q5.** Poor appetite or overeating: Several days (06/25/21 0759)
**Q6.** Feeling bad about yourself - or that you are a failure or have let yourself or your family down: Several days (06/25/21 0759)
**Q7.** Trouble concentrating on things, such as reading the newspaper or watching television: Several days (06/25/21 0759)
**Q8.** Moving or speaking so slowly that other people could have noticed. Or the opposite - being so fidgety or restless that you have been moving around a lot more than usual: Several days (06/25/21 0759)
**Q9.**

**PHQ8 Score : 8 (06/25/21 0759)**
**PHQ-9 Total Score: 8 (06/25/21 0759)**


   **GAD-7=** <u>Initial visit</u>: 10

| GAD7 | 6/25/2021 |
|---|---|
| **1. Feeling nervous, anxious, or on edge?** | 1 |
| **2. Not being able to stop or control worrying?** | 2 |
| **3. Worrying too much about different things?** | 1 |
| **4. Trouble relaxing?** | 2 |
| **5. Being so restless that it is hard to sit still?** | 2 |
| **6. Becoming easily annoyed or irritable?** | 1 |
| **7. Feeling afraid as if something awful might happen?** | 1 |

**Lincoln/Lee 0313**

| NOMC CANPSYCH BENSON<br>OCHSNER, SOUTH SHORE REGION LA | Lee, Katonia<br>MRN: 2325810, DOB:<br>Acct #: 12049138102<br>Enc. Date 6/25/2021 | Sex: F |
|---|---|---|

**Progress Notes (continued)**

Progress Notes by Michele M. Larzelere, PhD at 6/25/2021  8:00 AM (continued)

**GAD-7 Score**                                    10

**Client Strengths:** verbal, intelligent, successful, good social support, good insight, commitment to wellness, strong faith, strong cultural traditions

**Treatment Plan:**individual psychotherapy and consult psychiatrist for medication evaluation
- **Target symptoms:** depression, anxiety , grief, Insomnia
- **Why chosen therapy is appropriate versus another modality:** relevant to diagnosis, patient responds to this modality, evidence based practice
- **Outcome monitoring methods:** self-report, observation, checklist/rating scale
- **Therapeutic intervention type:** behavior modifying psychotherapy
- **Prognosis**: Good

**Behavioral goals:**
Exercise:
Stress management:  Find a daily distractor activity (learn a new skill, watch a show) that doesn't require physical activity
  Brain candy reading
  Call Dr. Hicks for next steps-potential PT?
Social engagement: Time with cousins ("jail break")
Nutrition:
Smoking Cessation:
Therapy: relaxation training exercises daily- esp prior to bed- add upper body PMR to breathing exercise
  Continue sleep hygiene improvement
  F/u with psychiatry as scheduled

**Return to clinic**: 2 weeks

**Length of Service (minutes direct face-to-face contact):** 45

|  | | ICD-10-CM | ICD-9-CM |
|---|---|---|---|
| 1. | **Adjustment disorder with mixed anxiety and depressed mood** | F43.23 | 309.28 |

**Michele Larzelere, PhD**
**LA License #820**
**MS License #61 1074**

Electronically signed by Michele M. Larzelere, PhD on 6/25/2021  9:01 AM

-                     -

**Follow-up Information**

 None

**Follow Up Call**

**Lincoln/Lee 0314**

NOMC CANPSYCH BENSON
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 12049138102
Enc. Date 6/25/2021

**Follow Up Call (continued)**

No data filed

**Lincoln/Lee 0315**

| NOMC SPECIALTY PHARMACY OCHSNER, SOUTH SHORE REGION LA | Lee, Katonia MRN: 2325810, DOB: Enc. Date 6/25/2021 | Sex: F |
|---|---|---|

### 06/25/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy

**Diagnoses**

None.

**Problem List** as of 6/25/2021                                                          Date Reviewed: **6/25/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 2/12/2018 - Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | | | 1/21/2019 - Present |
| **Elevated LFTs** | ICD-10-CM: R79.89 ICD-9-CM: 790.6 | | | 1/21/2019 - Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10 ICD-9-CM: 202.80 | | | 1/22/2019 - Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20 ICD-9-CM: 042 | | | 1/24/2019 - Present |
| **Lymphoma** | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | | | 2/11/2019 - Present |
| **Anemia** | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 2/26/2019 - Present |
| **Other chest pain** | ICD-10-CM: R07.89 ICD-9-CM: 786.59 | | | 2/26/2019 - Present |
| **Biliary obstruction** | ICD-10-CM: K83.1 ICD-9-CM: 576.2 | | | 4/30/2019 - Present |
| **HIV disease** | ICD-10-CM: B20 ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21 ICD-9-CM: 782.1 | | | 8/20/2019 - Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | | | 4/21/2021 - Present |
| **Bereavement** | ICD-10-CM: Z63.4 ICD-9-CM: V62.82 | | | 4/21/2021 - Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04 ICD-9-CM: 307.42 | | | 4/21/2021 - Present |
| **Sacroiliitis** | ICD-10-CM: M46.1 ICD-9-CM: 720.2 | | | 6/3/2021 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | | | 1/21/2019 - 1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | | | 1/21/2019 - 2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | | | 1/21/2019 - 1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 ICD-9-CM: 780.96 | | | 2/13/2019 - 2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 - 3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 ICD-9-CM: 112.0 | | | 2/27/2019 - 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9 ICD-9-CM: 780.60 | | | 2/28/2019 - 3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 5/25/2019 - 5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8 ICD-9-CM: 793.19 | | | 7/25/2019 - 4/5/2021 |

**Patient as-of Visit**

**Allergies** as of 6/25/2021

Allergies last reviewed by Michele M. Larzelere, PhD on 6/25/2021 0807
No Known Allergies

**Lincoln/Lee 0316**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Enc. Date 6/25/2021

## 06/25/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy (continued)

**Patient as-of Visit (continued)**

**Immunizations** as of 6/25/2021

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021, 05/14/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 6/25/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |

Monica H Fefie, LPN 12/31/2019 10:46 AM

Erica M. Coffey, RN 2/7/2019 10:49 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Fill Later | | | | |
| Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** | 60 tablet | 2 | 3/12/2021 | |
| Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **venlafaxine (EFFEXOR-XR) 37.5 MG 24 hr capsule** | 30 capsule | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 capsule (37.5 mg total) by mouth once daily. - Oral | | | | |
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Discontinued)** | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| Notes to Pharmacy: . | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **phentermine (ADIPEX-P) 37.5 mg tablet (Discontinued)** | | | 5/6/2021 | 7/2/2021 |
| Sig - Route: Take 37.5 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| Reason for Discontinue: **Reorder** | | | | |

**Follow-up Information**

None

**Follow Up Call**

No data filed

**Lincoln/Lee 0317**

| NOMC SPECIALTY PHARMACY<br>OCHSNER, SOUTH SHORE REGION LA | Lee, Katonia<br>MRN: 2325810, DOB:<br>Enc. Date 6/24/2021 | Sex: F |
|---|---|---|

**06/24/2021 - Specialty Pharmacy in Main Campus - Specialty Pharmacy**

**Reason for Visit**

Refill Coordination

**Diagnoses**

None.

- -

**Problem List** as of 6/24/2021                                                                 Date Reviewed: **6/9/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 4/21/2021 -<br>Present |
| **Bereavement** | ICD-10-CM: Z63.4<br>ICD-9-CM: V62.82 | | | 4/21/2021 -<br>Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04<br>ICD-9-CM: 307.42 | | | 4/21/2021 -<br>Present |
| **Sacroiliitis** | ICD-10-CM: M46.1<br>ICD-9-CM: 720.2 | | | 6/3/2021 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>4/5/2021 |

**Patient as-of Visit**

**Lincoln/Lee 0318**

| NOMC SPECIALTY PHARMACY | Lee, Katonia | |
|---|---|---|
| OCHSNER, SOUTH SHORE REGION LA | MRN: 2325810, DOB: | Sex: F |
| | Enc. Date 6/24/2021 | |

### 06/24/2021 - Specialty Pharmacy in Main Campus - Specialty Pharmacy (continued)

**Patient as-of Visit (continued)**

**Allergies** as of 6/24/2021

Allergies last reviewed by Tasma Luke, RT on 6/14/2021 1207
No Known Allergies

**Immunizations** as of 6/24/2021

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021, 05/14/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 6/24/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM | | | | |
| TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Fill Later | | | | |
| Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** | 60 tablet | 2 | 3/12/2021 | |
| Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **venlafaxine (EFFEXOR-XR) 37.5 MG 24 hr capsule** | 30 capsule | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 capsule (37.5 mg total) by mouth once daily. - Oral | | | | |
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet** | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| Notes to Pharmacy: . | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Discontinued)** | 90 tablet | 0 | 6/8/2021 | 6/24/2021 |
| Sig - Route: Take by mouth. Test claim only - Oral | | | | |
| Reason for Discontinue: **Other - Commment Required** | | | | |
| Taylor S Shano, PharmD 6/24/2021  5:00 PM | | | | |
| Test claim | | | | |
| **phentermine (ADIPEX-P) 37.5 mg tablet** | | | 5/6/2021 | 7/2/2021 |
| Sig - Route: Take 37.5 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |

**Follow-up Information**

None

**Follow Up Call**

**Lincoln/Lee 0319**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Enc. Date 6/24/2021

**06/24/2021 - Specialty Pharmacy in Main Campus - Specialty Pharmacy (continued)**

**Follow Up Call (continued)**

No data filed

**Lincoln/Lee 0320**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Enc. Date 6/24/2021

**06/24/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy**

**Diagnoses**

None.

**Problem List** as of 6/24/2021                                                      Date Reviewed: **6/9/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 4/21/2021 -<br>Present |
| **Bereavement** | ICD-10-CM: Z63.4<br>ICD-9-CM: V62.82 | | | 4/21/2021 -<br>Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04<br>ICD-9-CM: 307.42 | | | 4/21/2021 -<br>Present |
| **Sacroiliitis** | ICD-10-CM: M46.1<br>ICD-9-CM: 720.2 | | | 6/3/2021 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>4/5/2021 |

**Patient as-of Visit**

**Allergies** as of 6/24/2021

Allergies last reviewed by Tasma Luke, RT on 6/14/2021 1207
No Known Allergies

Generated on 7/9/21  2:26 PM                                                           Page 34

**Lincoln/Lee 0321**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Enc. Date 6/24/2021

### 06/24/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy (continued)

**Patient as-of Visit (continued)**

**Immunizations** as of 6/24/2021

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021, 05/14/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 6/24/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |

Monica H Fefie, LPN 12/31/2019 10:46 AM

Erica M. Coffey, RN 2/7/2019 10:49 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Fill Later | | | | |
| Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** | 60 tablet | 2 | 3/12/2021 | |
| Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily.  - Oral | | | | |
| Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **venlafaxine (EFFEXOR-XR) 37.5 MG 24 hr capsule** | 30 capsule | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 capsule (37.5 mg total) by mouth once daily. - Oral | | | | |
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet** | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| Notes to Pharmacy: . | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 90 tablet | 0 | 6/8/2021 | 6/24/2021 |
| Sig - Route: Take by mouth. Test claim only - Oral | | | | |

Taylor S Shano, PharmD 6/24/2021  5:00 PM
Test claim

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **phentermine (ADIPEX-P) 37.5 mg tablet** | | | 5/6/2021 | 7/2/2021 |
| Sig - Route: Take 37.5 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |

**Follow-up Information**

None

**Follow Up Call**

No data filed

**Lincoln/Lee 0322**

| NOMC SPECIALTY PHARMACY OCHSNER, SOUTH SHORE REGION LA | Lee, Katonia MRN: 2325810, DOB: Enc. Date 6/23/2021 | Sex: F |
|---|---|---|

**06/23/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy**

**Diagnoses**

None.

**Problem List** as of 6/23/2021                                                                 Date Reviewed: **6/9/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 2/12/2018 - Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | | | 1/21/2019 - Present |
| **Elevated LFTs** | ICD-10-CM: R79.89 ICD-9-CM: 790.6 | | | 1/21/2019 - Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10 ICD-9-CM: 202.80 | | | 1/22/2019 - Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20 ICD-9-CM: 042 | | | 1/24/2019 - Present |
| **Lymphoma** | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | | | 2/11/2019 - Present |
| **Anemia** | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 2/26/2019 - Present |
| **Other chest pain** | ICD-10-CM: R07.89 ICD-9-CM: 786.59 | | | 2/26/2019 - Present |
| **Biliary obstruction** | ICD-10-CM: K83.1 ICD-9-CM: 576.2 | | | 4/30/2019 - Present |
| **HIV disease** | ICD-10-CM: B20 ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21 ICD-9-CM: 782.1 | | | 8/20/2019 - Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | | | 4/21/2021 - Present |
| **Bereavement** | ICD-10-CM: Z63.4 ICD-9-CM: V62.82 | | | 4/21/2021 - Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04 ICD-9-CM: 307.42 | | | 4/21/2021 - Present |
| **Sacroiliitis** | ICD-10-CM: M46.1 ICD-9-CM: 720.2 | | | 6/3/2021 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | | | 1/21/2019 - 1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | | | 1/21/2019 - 2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | | | 1/21/2019 - 1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 ICD-9-CM: 780.96 | | | 2/13/2019 - 2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 - 3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 ICD-9-CM: 112.0 | | | 2/27/2019 - 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9 ICD-9-CM: 780.60 | | | 2/28/2019 - 3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 5/25/2019 - 5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8 ICD-9-CM: 793.19 | | | 7/25/2019 - 4/5/2021 |

**Patient as-of Visit**

**Allergies** as of 6/23/2021

Allergies last reviewed by Tasma Luke, RT on 6/14/2021 1207
No Known Allergies

**Lincoln/Lee 0323**

| NOMC SPECIALTY PHARMACY | Lee, Katonia |
|---|---|
| OCHSNER, SOUTH SHORE REGION LA | MRN: 2325810, DOB:          Sex: F |
| | Enc. Date 6/23/2021 |

### 06/23/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy (continued)

**Patient as-of Visit (continued)**

**Immunizations** as of 6/23/2021

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021, 05/14/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 6/23/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM | | | | |
| TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Fill Later | | | | |
| Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** | 60 tablet | 2 | 3/12/2021 | |
| Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily.  - Oral | | | | |
| Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **venlafaxine (EFFEXOR-XR) 37.5 MG 24 hr capsule** | 30 capsule | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 capsule (37.5 mg total) by mouth once daily. - Oral | | | | |
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet** | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| Notes to Pharmacy: . | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Discontinued)** | 90 tablet | 0 | 6/8/2021 | 6/24/2021 |
| Sig - Route: Take by mouth. Test claim only - Oral | | | | |
| Reason for Discontinue: **Other - Commment Required** | | | | |
| Taylor S Shano, PharmD 6/24/2021  5:00 PM | | | | |
| Test claim | | | | |
| **phentermine (ADIPEX-P) 37.5 mg tablet** | | | 5/6/2021 | 7/2/2021 |
| Sig - Route: Take 37.5 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |

**Follow-up Information**

None

**Follow Up Call**

No data filed

**Lincoln/Lee 0324**

| BRCC HEMATOLOGY ONCOLOGY OCHSNER, BATON ROUGE REGION LA | Lee, Katonia MRN: 2325810, DOB: Enc. Date 6/22/2021 | Sex: F |
|---|---|---|

### 06/22/2021 - Documentation Only in BR Cancer Center - Hematology Oncology

**Diagnoses**

None.

**Problem List** as of 6/22/2021                                                                                               Date Reviewed: **6/9/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 2/12/2018 - Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | | | 1/21/2019 - Present |
| **Elevated LFTs** | ICD-10-CM: R79.89 ICD-9-CM: 790.6 | | | 1/21/2019 - Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10 ICD-9-CM: 202.80 | | | 1/22/2019 - Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20 ICD-9-CM: 042 | | | 1/24/2019 - Present |
| **Lymphoma** | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | | | 2/11/2019 - Present |
| **Anemia** | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 2/26/2019 - Present |
| **Other chest pain** | ICD-10-CM: R07.89 ICD-9-CM: 786.59 | | | 2/26/2019 - Present |
| **Biliary obstruction** | ICD-10-CM: K83.1 ICD-9-CM: 576.2 | | | 4/30/2019 - Present |
| **HIV disease** | ICD-10-CM: B20 ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21 ICD-9-CM: 782.1 | | | 8/20/2019 - Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | | | 4/21/2021 - Present |
| **Bereavement** | ICD-10-CM: Z63.4 ICD-9-CM: V62.82 | | | 4/21/2021 - Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04 ICD-9-CM: 307.42 | | | 4/21/2021 - Present |
| **Sacroiliitis** | ICD-10-CM: M46.1 ICD-9-CM: 720.2 | | | 6/3/2021 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | | | 1/21/2019 - 1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | | | 1/21/2019 - 2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | | | 1/21/2019 - 1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 ICD-9-CM: 780.96 | | | 2/13/2019 - 2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 - 3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 ICD-9-CM: 112.0 | | | 2/27/2019 - 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9 ICD-9-CM: 780.60 | | | 2/28/2019 - 3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 5/25/2019 - 5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8 ICD-9-CM: 793.19 | | | 7/25/2019 - 4/5/2021 |

**Patient as-of Visit**

**Allergies** as of 6/22/2021

Allergies last reviewed by Tasma Luke, RT on 6/14/2021 1207
No Known Allergies

**Lincoln/Lee 0325**

| BRCC HEMATOLOGY ONCOLOGY OCHSNER, BATON ROUGE REGION LA | Lee, Katonia MRN: 2325810, DOB: Enc. Date 6/22/2021 | Sex: F |
|---|---|---|

## 06/22/2021 - Documentation Only in BR Cancer Center - Hematology Oncology (continued)

**Patient as-of Visit (continued)**

**Immunizations** as of 6/22/2021

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021, 05/14/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 6/22/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | 30 tablet | 1 | 2/2/2019 | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | 60 tablet | 2 | 3/12/2021 | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** Sig - Route: Take 1 tablet by mouth once daily.  - Oral Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | 90 tablet | 3 | 3/15/2020 | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | 60 tablet | 1 | 4/22/2019 | |
| **venlafaxine (EFFEXOR-XR) 37.5 MG 24 hr capsule** Sig - Route: Take 1 capsule (37.5 mg total) by mouth once daily. - Oral | 30 capsule | 1 | 5/25/2021 | 7/24/2021 |
| **zolpidem (AMBIEN) 5 MG Tab** Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | 30 tablet | 1 | 5/25/2021 | 7/24/2021 |
| **amLODIPine (NORVASC) 10 MG tablet** Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral Notes to Pharmacy: . | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** Sig - Route: Take by mouth. Test claim only - Oral | 90 tablet | 0 | 6/8/2021 | 6/24/2021 |
| Taylor S Shano, PharmD 6/24/2021  5:00 PM Test claim | | | | |
| **phentermine (ADIPEX-P) 37.5 mg tablet** Sig - Route: Take 37.5 mg by mouth once daily. - Oral Class: Historical Med | | | 5/6/2021 | 7/2/2021 |

## Progress Notes

**Progress Notes by Victoria Joubert, LMSW at 6/22/2021  9:04 AM**

| Author: Victoria Joubert, LMSW Filed: 6/22/2021  9:06 AM Editor: Victoria Joubert, LMSW (Social Worker) | Service: — Encounter Date: 6/22/2021 | Author Type: Social Worker Status: Signed |
|---|---|---|

SW attempted to contact pt via phone to discuss disability appeal paperwork. Pt did not answer. SW left detailed VM requesting pt return call at earliest convenience. Will remain available.

Electronically signed by Victoria Joubert, LMSW on 6/22/2021  9:06 AM

**Lincoln/Lee 0326**

BRCC HEMATOLOGY ONCOLOGY
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Enc. Date 6/22/2021

-   -

**Follow-up Information**

    None

**Follow Up Call**

 No data filed

**Lincoln/Lee 0327**

| NOMC SPECIALTY PHARMACY<br>OCHSNER, SOUTH SHORE REGION LA | Lee, Katonia<br>MRN: 2325810, DOB:<br>Enc. Date 6/22/2021 | Sex: F |
|---|---|---|

### 06/22/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy

**Diagnoses**

None.

---

**Problem List** as of 6/22/2021                                                Date Reviewed: **6/9/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 4/21/2021 -<br>Present |
| **Bereavement** | ICD-10-CM: Z63.4<br>ICD-9-CM: V62.82 | | | 4/21/2021 -<br>Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04<br>ICD-9-CM: 307.42 | | | 4/21/2021 -<br>Present |
| **Sacroiliitis** | ICD-10-CM: M46.1<br>ICD-9-CM: 720.2 | | | 6/3/2021 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>4/5/2021 |

---

**Patient as-of Visit**

**Allergies** as of 6/22/2021

Allergies last reviewed by Tasma Luke, RT on 6/14/2021 1207
No Known Allergies

**Lincoln/Lee 0328**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Enc. Date 6/22/2021

### 06/22/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy (continued)

**Patient as-of Visit (continued)**

**Immunizations** as of 6/22/2021

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021, 05/14/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 6/22/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM | | | | |
| TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Fill Later | | | | |
| Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** | 60 tablet | 2 | 3/12/2021 | |
| Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily.  - Oral | | | | |
| Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **venlafaxine (EFFEXOR-XR) 37.5 MG 24 hr capsule** | 30 capsule | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 capsule (37.5 mg total) by mouth once daily. - Oral | | | | |
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Discontinued)** | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| Notes to Pharmacy: . | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Discontinued)** | 90 tablet | 0 | 6/8/2021 | 6/24/2021 |
| Sig - Route: Take by mouth. Test claim only - Oral | | | | |
| Reason for Discontinue: **Other - Commment Required** | | | | |
| Taylor S Shano, PharmD 6/24/2021  5:00 PM | | | | |
| Test claim | | | | |
| **phentermine (ADIPEX-P) 37.5 mg tablet (Discontinued)** | | | 5/6/2021 | 7/2/2021 |
| Sig - Route: Take 37.5 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| Reason for Discontinue: **Reorder** | | | | |

**Follow-up Information**

None

**Lincoln/Lee 0329**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Enc. Date 6/22/2021

**06/22/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy (continued)**

**Follow Up Call**

No data filed

**Lincoln/Lee 0330**

| BRCC HEMATOLOGY ONCOLOGY<br>OCHSNER, BATON ROUGE REGION LA | Lee, Katonia<br>MRN: 2325810, DOB:<br>Acct #: 72012927766<br>Enc. Date 6/21/2021 | Sex: F |
|---|---|---|

### 06/21/2021 - Appointment in BR Cancer Center - Hematology Oncology

**Appointment Status**

Rescheduled (Appointment Status was Pending)

**Diagnoses**

None.

-                                                                                              -

**Problem List** as of 6/21/2021                                    Date Reviewed: **6/9/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 4/21/2021 -<br>Present |
| **Bereavement** | ICD-10-CM: Z63.4<br>ICD-9-CM: V62.82 | | | 4/21/2021 -<br>Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04<br>ICD-9-CM: 307.42 | | | 4/21/2021 -<br>Present |
| **Sacroiliitis** | ICD-10-CM: M46.1<br>ICD-9-CM: 720.2 | | | 6/3/2021 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>4/5/2021 |

**Lincoln/Lee 0331**

BRCC HEMATOLOGY ONCOLOGY
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72012927766
Enc. Date 6/21/2021

### 06/21/2021 - Appointment in BR Cancer Center - Hematology Oncology (continued)

**Patient as-of Visit**

**Allergies** as of 6/21/2021

Allergies last reviewed by Tasma Luke, RT on 6/14/2021 1207
No Known Allergies

**Immunizations** as of 6/21/2021

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021, 05/14/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 6/21/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM | | | | |
| TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Fill Later | | | | |
| Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** | 60 tablet | 2 | 3/12/2021 | |
| Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily.  - Oral | | | | |
| Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **venlafaxine (EFFEXOR-XR) 37.5 MG 24 hr capsule** | 30 capsule | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 capsule (37.5 mg total) by mouth once daily. - Oral | | | | |
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Discontinued)** | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| Notes to Pharmacy: . | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Discontinued)** | 90 tablet | 0 | 6/8/2021 | 6/24/2021 |
| Sig - Route: Take by mouth. Test claim only - Oral | | | | |
| Reason for Discontinue: **Other - Commment Required** | | | | |
| Taylor S Shano, PharmD 6/24/2021  5:00 PM | | | | |
| Test claim | | | | |
| **phentermine (ADIPEX-P) 37.5 mg tablet (Discontinued)** | | | 5/6/2021 | 7/2/2021 |
| Sig - Route: Take 37.5 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| Reason for Discontinue: **Reorder** | | | | |

**Lincoln/Lee 0332**

BRCC HEMATOLOGY ONCOLOGY
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72012927766
Enc. Date 6/21/2021

**06/21/2021 - Appointment in BR Cancer Center - Hematology Oncology (continued)**

**Follow-up Information**

None

**Follow Up Call**

No data filed

**Lincoln/Lee 0333**

BRCH LABORATORY DRAW STATION
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:         Sex: F
Acct #: 72013363882
Enc. Date 6/21/2021

### 06/21/2021 - Appointment in Ochsner Medical Center - Baton Rouge

**Appointment Status**

Canceled (Appointment Status unknown?)

**Diagnoses**

None.

-                                                                          -

**Problem List** as of 6/21/2021                                    Date Reviewed: **6/9/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 4/21/2021 -<br>Present |
| **Bereavement** | ICD-10-CM: Z63.4<br>ICD-9-CM: V62.82 | | | 4/21/2021 -<br>Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04<br>ICD-9-CM: 307.42 | | | 4/21/2021 -<br>Present |
| **Sacroiliitis** | ICD-10-CM: M46.1<br>ICD-9-CM: 720.2 | | | 6/3/2021 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>4/5/2021 |

**Lincoln/Lee 0334**

BRCH LABORATORY DRAW STATION
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72013363882
Enc. Date 6/21/2021

### 06/21/2021 - Appointment in Ochsner Medical Center - Baton Rouge (continued)

**Patient as-of Visit**

**Allergies** as of 6/21/2021

Allergies last reviewed by Tasma Luke, RT on 6/14/2021 1207
No Known Allergies

**Immunizations** as of 6/21/2021

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021, 05/14/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 6/21/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral Class: Fill Later Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** | 60 tablet | 2 | 3/12/2021 | |
| Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily.  - Oral Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **venlafaxine (EFFEXOR-XR) 37.5 MG 24 hr capsule** | 30 capsule | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 capsule (37.5 mg total) by mouth once daily. - Oral | | | | |
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Discontinued)** | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral Notes to Pharmacy: . Reason for Discontinue: **Reorder** | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Discontinued)** | 90 tablet | 0 | 6/8/2021 | 6/24/2021 |
| Sig - Route: Take by mouth. Test claim only - Oral Reason for Discontinue: **Other - Commment Required** | | | | |
| Taylor S Shano, PharmD 6/24/2021  5:00 PM Test claim | | | | |
| **phentermine (ADIPEX-P) 37.5 mg tablet (Discontinued)** | | | 5/6/2021 | 7/2/2021 |
| Sig - Route: Take 37.5 mg by mouth once daily. - Oral Class: Historical Med Reason for Discontinue: **Reorder** | | | | |

**Lincoln/Lee 0335**

BRCH LABORATORY DRAW STATION
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72013363882
Enc. Date 6/21/2021

**06/21/2021 - Appointment in Ochsner Medical Center - Baton Rouge (continued)**

**Follow-up Information**

None

**Follow Up Call**

No data filed

**Lincoln/Lee 0336**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Enc. Date 6/19/2021

### 06/19/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy

**Diagnoses**

None.

**Problem List** as of 6/19/2021                                                                 Date Reviewed: **6/9/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 - Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 - Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 - Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 - Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 - Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 - Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 - Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 - Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 - Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 - Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 4/21/2021 - Present |
| **Bereavement** | ICD-10-CM: Z63.4<br>ICD-9-CM: V62.82 | | | 4/21/2021 - Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04<br>ICD-9-CM: 307.42 | | | 4/21/2021 - Present |
| **Sacroiliitis** | ICD-10-CM: M46.1<br>ICD-9-CM: 720.2 | | | 6/3/2021 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 - 1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 - 2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 - 1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 - 2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 - 3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 - 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 - 3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 - 5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 - 4/5/2021 |

**Patient as-of Visit**

**Allergies** as of 6/19/2021

Allergies last reviewed by Tasma Luke, RT on 6/14/2021 1207
No Known Allergies

**Lincoln/Lee 0337**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:        Sex: F
Enc. Date 6/19/2021

### 06/19/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy (continued)

**Patient as-of Visit (continued)**

**Immunizations** as of 6/19/2021

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021, 05/14/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 6/19/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM | | | | |
| TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Fill Later | | | | |
| Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** | 60 tablet | 2 | 3/12/2021 | |
| Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily.  - Oral | | | | |
| Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **venlafaxine (EFFEXOR-XR) 37.5 MG 24 hr capsule** | 30 capsule | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 capsule (37.5 mg total) by mouth once daily. - Oral | | | | |
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Discontinued)** | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| Notes to Pharmacy: . | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Discontinued)** | 90 tablet | 0 | 6/8/2021 | 6/24/2021 |
| Sig - Route: Take by mouth. Test claim only - Oral | | | | |
| Reason for Discontinue: **Other - Commment Required** | | | | |
| Taylor S Shano, PharmD 6/24/2021  5:00 PM | | | | |
| Test claim | | | | |
| **phentermine (ADIPEX-P) 37.5 mg tablet (Discontinued)** | | | 5/6/2021 | 7/2/2021 |
| Sig - Route: Take 37.5 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| Reason for Discontinue: **Reorder** | | | | |

**Follow-up Information**

None

---

**Lincoln/Lee 0338**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Enc. Date 6/19/2021

**06/19/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy (continued)**

**Follow Up Call**

No data filed

**Lincoln/Lee 0339**

| NOMC SPECIALTY PHARMACY OCHSNER, SOUTH SHORE REGION LA | Lee, Katonia MRN: 2325810, DOB: Enc. Date 6/18/2021 | Sex: F |
|---|---|---|

**06/18/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy**

**Diagnoses**

None.

**Problem List** as of 6/18/2021                                                    Date Reviewed: **6/9/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 2/12/2018 - Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | | | 1/21/2019 - Present |
| **Elevated LFTs** | ICD-10-CM: R79.89 ICD-9-CM: 790.6 | | | 1/21/2019 - Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10 ICD-9-CM: 202.80 | | | 1/22/2019 - Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20 ICD-9-CM: 042 | | | 1/24/2019 - Present |
| **Lymphoma** | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | | | 2/11/2019 - Present |
| **Anemia** | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 2/26/2019 - Present |
| **Other chest pain** | ICD-10-CM: R07.89 ICD-9-CM: 786.59 | | | 2/26/2019 - Present |
| **Biliary obstruction** | ICD-10-CM: K83.1 ICD-9-CM: 576.2 | | | 4/30/2019 - Present |
| **HIV disease** | ICD-10-CM: B20 ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21 ICD-9-CM: 782.1 | | | 8/20/2019 - Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | | | 4/21/2021 - Present |
| **Bereavement** | ICD-10-CM: Z63.4 ICD-9-CM: V62.82 | | | 4/21/2021 - Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04 ICD-9-CM: 307.42 | | | 4/21/2021 - Present |
| **Sacroiliitis** | ICD-10-CM: M46.1 ICD-9-CM: 720.2 | | | 6/3/2021 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | | | 1/21/2019 - 1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | | | 1/21/2019 - 2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | | | 1/21/2019 - 1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 ICD-9-CM: 780.96 | | | 2/13/2019 - 2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 - 3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 ICD-9-CM: 112.0 | | | 2/27/2019 - 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9 ICD-9-CM: 780.60 | | | 2/28/2019 - 3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 5/25/2019 - 5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8 ICD-9-CM: 793.19 | | | 7/25/2019 - 4/5/2021 |

**Patient as-of Visit**

**Allergies** as of 6/18/2021

Allergies last reviewed by Tasma Luke, RT on 6/14/2021 1207
No Known Allergies

**Lincoln/Lee 0340**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Enc. Date 6/18/2021

### 06/18/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy (continued)

**Patient as-of Visit (continued)**

**Immunizations** as of 6/18/2021

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021, 05/14/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 6/18/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** <br> Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | 30 tablet | 1 | 2/2/2019 | |

Monica H Fefie, LPN 12/31/2019 10:46 AM

Erica M. Coffey, RN 2/7/2019 10:49 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** <br> Sig - Route: Take 1 tablet by mouth once daily. - Oral <br> Class: Fill Later <br> Prior authorization: Canceled - Other (The medication order is discontinued.) | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| **diclofenac (VOLTAREN) 50 MG EC tablet** <br> Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | 60 tablet | 2 | 3/12/2021 | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** <br> Sig - Route: Take 1 tablet by mouth once daily. - Oral <br> Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** <br> Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | 90 tablet | 3 | 3/15/2020 | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** <br> Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | 60 tablet | 1 | 4/22/2019 | |
| **venlafaxine (EFFEXOR-XR) 37.5 MG 24 hr capsule** <br> Sig - Route: Take 1 capsule (37.5 mg total) by mouth once daily. - Oral | 30 capsule | 1 | 5/25/2021 | 7/24/2021 |
| **zolpidem (AMBIEN) 5 MG Tab** <br> Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | 30 tablet | 1 | 5/25/2021 | 7/24/2021 |
| **amLODIPine (NORVASC) 10 MG tablet (Discontinued)** <br> Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral <br> Notes to Pharmacy: . <br> Reason for Discontinue: **Reorder** | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Discontinued)** <br> Sig - Route: Take by mouth. Test claim only - Oral <br> Reason for Discontinue: **Other - Commment Required** | 90 tablet | 0 | 6/8/2021 | 6/24/2021 |

Taylor S Shano, PharmD 6/24/2021  5:00 PM
Test claim

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **phentermine (ADIPEX-P) 37.5 mg tablet (Discontinued)** <br> Sig - Route: Take 37.5 mg by mouth once daily. - Oral <br> Class: Historical Med <br> Reason for Discontinue: **Reorder** | | | 5/6/2021 | 7/2/2021 |

**Follow-up Information**

None

---

Generated on 7/9/21  2:26 PM

**Lincoln/Lee 0341**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Enc. Date 6/18/2021

**06/18/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy (continued)**

**Follow Up Call**

No data filed

**Lincoln/Lee 0342**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:                Sex: F
Enc. Date 6/17/2021

### 06/17/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy

**Diagnoses**

None.

**Problem List** as of 6/17/2021                                    Date Reviewed: **6/9/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 4/21/2021 -<br>Present |
| **Bereavement** | ICD-10-CM: Z63.4<br>ICD-9-CM: V62.82 | | | 4/21/2021 -<br>Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04<br>ICD-9-CM: 307.42 | | | 4/21/2021 -<br>Present |
| **Sacroiliitis** | ICD-10-CM: M46.1<br>ICD-9-CM: 720.2 | | | 6/3/2021 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>4/5/2021 |

**Patient as-of Visit**

**Allergies** as of 6/17/2021

Allergies last reviewed by Tasma Luke, RT on 6/14/2021 1207
No Known Allergies

Generated on 7/9/21  2:26 PM                                    Page 56

**Lincoln/Lee 0343**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Enc. Date 6/17/2021

### 06/17/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy (continued)

**Patient as-of Visit (continued)**

**Immunizations** as of 6/17/2021

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021, 05/14/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 6/17/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM | | | | |
| TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Fill Later | | | | |
| Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** | 60 tablet | 2 | 3/12/2021 | |
| Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily.  - Oral | | | | |
| Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **venlafaxine (EFFEXOR-XR) 37.5 MG 24 hr capsule** | 30 capsule | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 capsule (37.5 mg total) by mouth once daily. - Oral | | | | |
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Discontinued)** | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| Notes to Pharmacy: . | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Discontinued)** | 90 tablet | 0 | 6/8/2021 | 6/24/2021 |
| Sig - Route: Take by mouth. Test claim only - Oral | | | | |
| Reason for Discontinue: **Other - Commment Required** | | | | |
| Taylor S Shano, PharmD 6/24/2021  5:00 PM | | | | |
| Test claim | | | | |
| **phentermine (ADIPEX-P) 37.5 mg tablet (Discontinued)** | | | 5/6/2021 | 7/2/2021 |
| Sig - Route: Take 37.5 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| Reason for Discontinue: **Reorder** | | | | |

**Follow-up Information**

None

---

**Lincoln/Lee 0344**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Enc. Date 6/17/2021

**06/17/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy (continued)**

**Follow Up Call**

No data filed

**Lincoln/Lee 0345**

| NOMC SPECIALTY PHARMACY | Lee, Katonia | |
|---|---|---|
| OCHSNER, SOUTH SHORE REGION LA | MRN: 2325810, DOB: | Sex: F |
| | Enc. Date 6/15/2021 | |

**06/15/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy**

**Diagnoses**

None.

**Problem List** as of 6/15/2021                                                    Date Reviewed: **6/9/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 4/21/2021 -<br>Present |
| **Bereavement** | ICD-10-CM: Z63.4<br>ICD-9-CM: V62.82 | | | 4/21/2021 -<br>Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04<br>ICD-9-CM: 307.42 | | | 4/21/2021 -<br>Present |
| **Sacroiliitis** | ICD-10-CM: M46.1<br>ICD-9-CM: 720.2 | | | 6/3/2021 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>4/5/2021 |

**Patient as-of Visit**

**Allergies** as of 6/15/2021

Allergies last reviewed by Tasma Luke, RT on 6/14/2021 1207
No Known Allergies

**Lincoln/Lee 0346**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Enc. Date 6/15/2021

### 06/15/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy (continued)

**Patient as-of Visit (continued)**

**Immunizations** as of 6/15/2021

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021, 05/14/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 6/15/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM | | | | |
| TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Fill Later | | | | |
| Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** | 60 tablet | 2 | 3/12/2021 | |
| Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **venlafaxine (EFFEXOR-XR) 37.5 MG 24 hr capsule** | 30 capsule | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 capsule (37.5 mg total) by mouth once daily. - Oral | | | | |
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Discontinued)** | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| Notes to Pharmacy: . | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Discontinued)** | 90 tablet | 0 | 6/8/2021 | 6/24/2021 |
| Sig - Route: Take by mouth. Test claim only - Oral | | | | |
| Reason for Discontinue: **Other - Commment Required** | | | | |
| Taylor S Shano, PharmD 6/24/2021  5:00 PM | | | | |
| Test claim | | | | |
| **phentermine (ADIPEX-P) 37.5 mg tablet (Discontinued)** | | | 5/6/2021 | 7/2/2021 |
| Sig - Route: Take 37.5 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| Reason for Discontinue: **Reorder** | | | | |

**Follow-up Information**

None

---

**Lincoln/Lee 0347**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Enc. Date 6/15/2021

**06/15/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy (continued)**

**Follow Up Call**

No data filed

**Lincoln/Lee 0348**

ONLC INTERNAL MEDICINE
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:                    Sex: F
Acct #: 72013154943
Enc. Date 6/14/2021

## 06/14/2021 - Appointment in O'Neal - Internal Medicine

**Appointment Status**

Scheduled (in active Patient List)

**Diagnoses**

None.

**Problem List** as of 6/14/2021                                                    Date Reviewed: **6/9/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 4/21/2021 -<br>Present |
| **Bereavement** | ICD-10-CM: Z63.4<br>ICD-9-CM: V62.82 | | | 4/21/2021 -<br>Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04<br>ICD-9-CM: 307.42 | | | 4/21/2021 -<br>Present |
| **Sacroiliitis** | ICD-10-CM: M46.1<br>ICD-9-CM: 720.2 | | | 6/3/2021 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>4/5/2021 |

**Lincoln/Lee 0349**

| ONLC INTERNAL MEDICINE | Lee, Katonia | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 2325810, DOB: | Sex: F |
| | Acct #: 72013154943 | |
| | Enc. Date 6/14/2021 | |

## 06/14/2021 - Appointment in O'Neal - Internal Medicine (continued)

**Patient as-of Visit**

**Allergies** as of 6/14/2021

Allergies last reviewed by Tasma Luke, RT on 6/14/2021 1207
No Known Allergies

**Immunizations** as of 6/14/2021

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021, 05/14/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 6/14/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |
| | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM | | | | |
| TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** | 60 tablet | 2 | 3/12/2021 | |
| Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **venlafaxine (EFFEXOR-XR) 37.5 MG 24 hr capsule** | 30 capsule | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 capsule (37.5 mg total) by mouth once daily. - Oral | | | | |
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Discontinued)** | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| Notes to Pharmacy: . | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Discontinued)** | 90 tablet | 0 | 6/8/2021 | 6/24/2021 |
| Sig - Route: Take by mouth. Test claim only - Oral | | | | |
| Reason for Discontinue: **Other - Commment Required** | | | | |
| | | | | |
| Taylor S Shano, PharmD 6/24/2021  5:00 PM | | | | |
| Test claim | | | | |
| **phentermine (ADIPEX-P) 37.5 mg tablet (Discontinued)** | | | 5/6/2021 | 7/2/2021 |
| Sig - Route: Take 37.5 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| Reason for Discontinue: **Reorder** | | | | |

**Follow-up Information**

None

**Follow Up Call**

**Lincoln/Lee 0350**

ONLC INTERNAL MEDICINE
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72013154943
Enc. Date 6/14/2021

**06/14/2021 - Appointment in O'Neal - Internal Medicine (continued)**

**Follow Up Call (continued)**

No data filed

**Lincoln/Lee 0351**

| BRMH CT SCAN | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72012733761 | |
| | Adm: 6/14/2021 | |

### 06/14/2021 - CT CHST/ABD/PEL CON in Ochsner Medical Center - BR

#### Admission Information

| | | | | |
|---|---|---|---|---|
| Arrival Date/Time: | | Admit Date/Time: | 06/14/2021 1023 | IP Adm. Date/Time: |
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: |
| Means of Arrival: | | Primary Service: | Radiology | Secondary Service: |
| Transfer Source: | | Service Area: | OCHSNER SERVICE AREA | Unit: | Ochsner Medical Center - BR |
| Admit Provider: | | Attending Provider: | Jeanette M. Kovtun, MD | Referring Provider: | Jeanette M. Kovtun, MD |

#### Admission Information

| Attending Provider | Admission Dx | Admitted on |
|---|---|---|
| | | 06/14/21 |
| **Service** | **Isolation** | **Code Status** |
| Radiology | | Prior |
| **Allergies** | | |
| **No Known Allergies** | | |

#### Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 06/14/2021 | Home Or Self Care | None | None | Ochsner Medical Center - BR |

#### Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| C83.31 [Principal] | Diffuse large b-cell lymphoma, lymph nodes of head, face, and neck | | | | |

#### Patient as-of Visit

**Allergies** as of 6/14/2021

Allergies last reviewed by Tasma Luke, RT on 6/14/2021 1207
No Known Allergies

**Immunizations** as of 6/14/2021

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021, 05/14/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

Hospital Problem List as of 6/14/2021                    Reviewed: **6/9/2021 by Debra K. Welton, NP**

None

Non-Hospital Problem List as of 6/14/2021                    Reviewed: **6/9/2021 by Debra K. Welton, NP**

| | Codes | Last Modified |
|---|---|---|
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | 1/26/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | 1/31/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | 2/1/2019 |
| **Elevated LFTs** | ICD-10-CM: R79.89 ICD-9-CM: 790.6 | 2/1/2019 |
| **Lymphoma** | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | 2/11/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 | 2/27/2019 |

**Lincoln/Lee 0352**

BRMH CT SCAN
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72012733761
Adm: 6/14/2021

### 06/14/2021 - CT CHST/ABD/PEL CON in Ochsner Medical Center - BR (continued)

**Patient as-of Visit (continued)**

|  |  |  |
|---|---|---|
|  | ICD-9-CM: 780.96 |  |
| **B-cell lymphoma** | ICD-10-CM: C85.10 | 3/1/2019 |
|  | ICD-9-CM: 202.80 |  |
| **Anemia** | ICD-10-CM: D64.9 | 3/1/2019 |
|  | ICD-9-CM: 285.9 |  |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 | 3/1/2019 |
|  | ICD-9-CM: 288.00, 780.61 |  |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 | 3/1/2019 |
|  | ICD-9-CM: 112.0 |  |
| RESOLVED: Fever | ICD-10-CM: R50.9 | 3/1/2019 |
|  | ICD-9-CM: 780.60 |  |
| **Biliary obstruction** | ICD-10-CM: K83.1 | 4/30/2019 |
|  | ICD-9-CM: 576.2 |  |
| **Essential hypertension** | ICD-10-CM: I10 | 5/26/2019 |
|  | ICD-9-CM: 401.9 |  |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90 | 5/26/2019 |
|  | ICD-9-CM: 042, 202.80 |  |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20 | 5/26/2019 |
|  | ICD-9-CM: 042 |  |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9 | 5/26/2019 |
|  | ICD-9-CM: 285.9 |  |
| **Other chest pain** | ICD-10-CM: R07.89 | 6/26/2019 |
|  | ICD-9-CM: 786.59 |  |
| **HIV disease** | ICD-10-CM: B20 | 7/25/2019 |
|  | ICD-9-CM: 042 |  |
| **Rash** | ICD-10-CM: R21 | 8/20/2019 |
|  | ICD-9-CM: 782.1 |  |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8 | 4/5/2021 |
|  | ICD-9-CM: 793.19 |  |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23 | 4/21/2021 |
|  | ICD-9-CM: 309.28 |  |
| **Bereavement** | ICD-10-CM: Z63.4 | 4/21/2021 |
|  | ICD-9-CM: V62.82 |  |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04 | 4/21/2021 |
|  | ICD-9-CM: 307.42 |  |
| **Sacroiliitis** | ICD-10-CM: M46.1 | 6/3/2021 |
|  | ICD-9-CM: 720.2 |  |

**Imaging**

**CT Chest Abdomen Pelvis With Contrast [647538837] (Final result)**

Electronically signed by: **Crystal B. Thornton, RT on 01/05/21 1501**          Status: **Completed**
This order may be acted on in another encounter.

| | |
|---|---|
| Ordering user: Crystal B. Thornton, RT 01/05/21 1501 | Ordering provider: Jeanette M. Kovtun, MD |
| Authorized by: Jeanette M. Kovtun, MD | Ordering mode: Per Radiology Protocol: No cosign required |
| Frequency: STAT PRN 06/14/21 1023 - 1  occurrence | Class: Ancillary Performed |
| Quantity: 1 | Lab status: Final result |
| Indications comment: follow-up parotid, dlbcl hx | Instance released by: Carla Posey 6/14/2021 10:23 AM |

Diagnoses
Diffuse large B-cell lymphoma of lymph nodes of neck [C83.31]

**Questionnaire**

| Question | Answer |
|---|---|
| Is the patient allergic to iodine or contrast? | No |
| Is the patient on ANY Metformin drug such as Glucophage/Glucovance?        Should be off drug 48 hours after contrast. Check renal function before restart. | No |
| History of Kidney Disease - including: decreased kidney function, dialysis, kidney transplay, single kidney, kidney cancer, kidney surgery? | None |
| Diabetes? | No |

**Lincoln/Lee 0353**

BRMH CT SCAN
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72012733761
Adm: 6/14/2021

## 06/14/2021 - CT CHST/ABD/PEL CON in Ochsner Medical Center - BR (continued)

**Imaging (continued)**

| | |
|---|---|
| May the Radiologist modify the order per protocol to meet the clinical needs of the patient? | Yes |
| Oral/Rectal Contrast instructions: | Routine Oral Contrast |
| Special CT ABD Protocol Request? | Routine |

**Begin Exam Questions**

| | Answer | Comment |
|---|---|---|
| Is the patient pregnant? | No | |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Who verified the patient's identity and procedural site? | LUKE, TASMA | |

**CT Chest Abdomen Pelvis With Contrast [647538837]**          Resulted: 06/14/21 1235, Result status: Final result

Ordering provider: Jeanette M. Kovtun, MD  06/14/21 1023
Resulted by: David S. Kirsch, MD
Performed: 06/14/21 1050 - 06/14/21 1215
Resulting lab: MMODEL FLUENCY
Narrative:
EXAMINATION:
CT CHEST ABDOMEN PELVIS WITH CONTRAST (XPD)

Order status: Completed
Filed by: Interface, Rad Results In  06/14/21 1238
Accession number: 34906002

CLINICAL HISTORY:
follow-up parotid, dlbcl hx;Diffuse large b-cell lymphoma, lymph nodes of head, face, and neck

TECHNIQUE:
The patient was surveyed from the thoracic inlet through the pelvis after the administration of 100 cc Omni 350 IV contrast as well as oral contrast and data was reconstructed for coronal, sagittal, and axial images.

COMPARISON:
11/24/2020

FINDINGS:
Previously described parotid necrotic regions or not included on the current exam.  The soft tissues at the base of the neck are unremarkable.  The thyroid gland is normal in size and configuration.  Shotty axillary adenopathy.  Heterogeneous breast tissue.  Left-sided chest port partially visualized with the tip overlying the SVC.

There is no axillary, mediastinal, or hilar lymphadenopathy.  The hilar contours are unremarkable.  The esophagus is normal in course and contour.

The thoracic aorta is normal in course, caliber, and contour mild atherosclerotic calcifications.The heart does not appear enlarged and there is no pericardial effusion.  Moderate coronary artery disease at the ostia of the LAD.

The trachea and proximal airways are patent.  The lungs are symmetrically expanded and demonstrate no convincing evidence of consolidation, pleural thickening, pneumothorax, or pleural fluid.

The liver is normal in size and attenuation.  Stable 5 mm hypodensity within the left hepatic lobe.  The gallbladder shows no evidence of stones or pericholecystic fluid.  There is no intra-or extrahepatic biliary ductal dilatation.  Coils are seen in the region of the gastroduodenal artery.  Portal vein is patent.  Hepatic veins are patent.

The spleen, pancreas, and adrenal glands are unremarkable.

The kidneys are normal in size and location and concentrate and excrete contrast properly on delayed imaging.  There is no evidence of hydronephrosis.  The ureters appear normal in course and caliber without evidence of ureteral dilatation. The urinary bladder demonstrates no significant abnormality.

The abdominal aorta is normal in course and caliber with mild atherosclerotic calcifications.  Small fat containing umbilical hernia.

Small hiatal hernia.  The visualized loops of small bowel show no evidence of obstruction or inflammation. Large bowel is unremarkable with moderate constipation.  There is no ascites, free fluid, or intraperitoneal free air.

**Lincoln/Lee 0354**

BRMH CT SCAN
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72012733761
Adm: 6/14/2021

## 06/14/2021 - CT CHST/ABD/PEL CON in Ochsner Medical Center - BR (continued)

**Imaging (continued)**

Shotty retroperitoneal and inguinal adenopathy. Inguinal nodes are slightly more prominent on today's exam but demonstrate fatty hilum. Uterus is mildly enlarged with lesion off the fundus of the uterus similar to prior exam and likely reflects a pedunculated fibroid.

When viewed with bone windows the osseous structures are unremarkable. The extraperitoneal soft tissues are unremarkable.

Impression:

No evidence of recurrent or metastatic disease. See findings above.

All CT scans at this facility use dose modulation, iterative reconstruction and/or weight based dosing when appropriate to reduce radiation dose to as low as reasonably achievable.


Electronically signed by:   David Kirsch, MD
Date:                        06/14/2021
Time:                        12:35
Acknowledged by: Jeanette M. Kovtun, MD on 06/14/21 1239


**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
| --- | --- | --- | --- | --- |
| 396 - FFI | MMODEL FLUENCY | n/a | n/a | 01/15/18 0931 - Present |

**Indications**

Diffuse large B-cell lymphoma of lymph nodes of neck [C83.31 (ICD-10-CM)]

**Signed**

Electronically signed by David S. Kirsch, MD on 6/14/21 at 1235 CDT

**All Reviewers List**

Jeanette M. Kovtun, MD on 6/14/2021 12:39


**Discharge Instructions**                                                      Lee, Katonia (MRN 2325810)

None

**Follow-up Information**

None

**Lincoln/Lee 0355**

BRMH LABORATORY
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72012733761
Enc. Date 6/14/2021

## 06/14/2021 - Lab Visit in Ochsner Medical Center - BR

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **Diffuse large B-cell lymphoma of lymph nodes of neck** | ICD-10-CM: C83.31<br>ICD-9-CM: 202.81 | |

**Problem List** as of 6/14/2021                                                    Date Reviewed: **6/9/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 4/21/2021 -<br>Present |
| **Bereavement** | ICD-10-CM: Z63.4<br>ICD-9-CM: V62.82 | | | 4/21/2021 -<br>Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04<br>ICD-9-CM: 307.42 | | | 4/21/2021 -<br>Present |
| **Sacroiliitis** | ICD-10-CM: M46.1<br>ICD-9-CM: 720.2 | | | 6/3/2021 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>4/5/2021 |

**Patient as-of Visit**

**Lincoln/Lee 0356**

BRMH LABORATORY
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72012733761
Enc. Date 6/14/2021

## 06/14/2021 - Lab Visit in Ochsner Medical Center - BR (continued)

**Patient as-of Visit (continued)**

**Allergies** as of 6/14/2021

Allergies last reviewed by Tasma Luke, RT on 6/14/2021 1207
No Known Allergies

**Immunizations** as of 6/14/2021

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021, 05/14/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 6/14/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM | | | | |
| TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Fill Later | | | | |
| Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** | 60 tablet | 2 | 3/12/2021 | |
| Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily.  - Oral | | | | |
| Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **venlafaxine (EFFEXOR-XR) 37.5 MG 24 hr capsule** | 30 capsule | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 capsule (37.5 mg total) by mouth once daily. - Oral | | | | |
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Discontinued)** | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| Notes to Pharmacy: . | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Discontinued)** | 90 tablet | 0 | 6/8/2021 | 6/24/2021 |
| Sig - Route: Take by mouth. Test claim only - Oral | | | | |
| Reason for Discontinue: **Other - Commment Required** | | | | |
| Taylor S Shano, PharmD 6/24/2021  5:00 PM | | | | |
| Test claim | | | | |
| **phentermine (ADIPEX-P) 37.5 mg tablet (Discontinued)** | | | 5/6/2021 | 7/2/2021 |
| Sig - Route: Take 37.5 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| Reason for Discontinue: **Reorder** | | | | |

**Lincoln/Lee 0357**

BRMH LABORATORY
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:                Sex: F
Acct #: 72012733761
Enc. Date 6/14/2021

## 06/14/2021 - Lab Visit in Ochsner Medical Center - BR (continued)

**Labs**

### CBC Auto Differential [647538833] (Final result)

Electronically signed by: **Jeanette M. Kovtun, MD on 01/05/21 1501**                Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Jeanette M. Kovtun, MD 01/05/21 1501          Authorized by: Jeanette M. Kovtun, MD
Ordering mode: Standard
Frequency: STAT  01/05/21 -                                              Class: Lab Collect
Quantity: 1                                                                    Lab status: Final result
Instance released by: Carla Posey 6/14/2021 10:23 AM
Diagnoses
Diffuse large B-cell lymphoma of lymph nodes of neck [C83.31]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| A214009729:1 | Blood | Blood | NDH 06/14/21 1035 |

### CBC Auto Differential [647538833] (Abnormal)    Resulted: 06/14/21 1137, Result status: Final result

Order status: Completed                                  Filed by: Edi, Soft Lab Interface  06/14/21 1137
Collected by: NDH 06/14/21 1035                          Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
Acknowledged by: Jeanette M. Kovtun, MD on 06/14/21 1231

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 6.22 | 3.9 - 12.7 K/uL | — | BRLB |
| RBC | 4.12 | 4.00 - 5.40 M/uL | — | BRLB |
| Hemoglobin | 12.6 | 12.0 - 16.0 g/dL | — | BRLB |
| Hematocrit | 40.7 | 37.0 - 48.5 % | — | BRLB |
| MCV | 99 | 82.0 - 98.0 fL | H⌃ | BRLB |
| MCH | 30.6 | 27.0 - 31.0 pg | — | BRLB |
| MCHC | 31.0 | 32.0 - 36.0 g/dL | L⅄ | BRLB |
| RDW | 14.6 | 11.5 - 14.5 % | H⌃ | BRLB |
| Platelets | 178 | 150 - 450 K/uL | — | BRLB |
| MPV | 11.8 | 9.2 - 12.9 fL | — | BRLB |
| Immature Granulocytes | 0.2 | 0.0 - 0.5 % | — | BRLB |
| Gran # (ANC) | 2.6 | 1.8 - 7.7 K/uL | — | BRLB |
| Immature Grans (Abs) | 0.01 | 0.00 - 0.04 K/uL | — | BRLB |

Comment:
Mild elevation in immature granulocytes is non specific and
can be seen in a variety of conditions including stress response,
acute inflammation, trauma and pregnancy. Correlation with other
laboratory and clinical findings is essential.

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Lymph # | 2.9 | 1.0 - 4.8 K/uL | — | BRLB |
| Mono # | 0.5 | 0.3 - 1.0 K/uL | — | BRLB |
| Eos # | 0.1 | 0.0 - 0.5 K/uL | — | BRLB |
| Baso # | 0.02 | 0.00 - 0.20 K/uL | — | BRLB |
| nRBC | 0 | 0 /100 WBC | — | BRLB |
| Gran % | 42.0 | 38.0 - 73.0 % | — | BRLB |
| Lymph % | 46.9 | 18.0 - 48.0 % | — | BRLB |
| Mono % | 8.7 | 4.0 - 15.0 % | — | BRLB |
| Eosinophil % | 1.9 | 0.0 - 8.0 % | — | BRLB |
| Basophil % | 0.3 | 0.0 - 1.9 % | — | BRLB |
| Differential Method | Automated | — | — | BRLB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 393 - BRLB | OCHSNER MEDICAL CENTER - | Aimee Goodier, M.D. | 17000 Medical Center Drive | 11/22/19 0951 - Present |

**Lincoln/Lee 0358**

| BRMH LABORATORY | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72012733761 | |
| | Enc. Date 6/14/2021 | |

## 06/14/2021 - Lab Visit in Ochsner Medical Center - BR (continued)

**Labs (continued)**

BATON ROUGE                          Baton Rouge LA 70816

### Indications

Diffuse large B-cell lymphoma of lymph nodes of neck [C83.31 (ICD-10-CM)]

### All Reviewers List

Jeanette M. Kovtun, MD on 6/14/2021 12:31
Jeanette M. Kovtun, MD on 6/14/2021 11:21
Jeanette M. Kovtun, MD on 6/14/2021 11:09
Jeanette M. Kovtun, MD on 6/14/2021 11:06

### Comprehensive Metabolic Panel [647538834] (Final result)

Electronically signed by: **Jeanette M. Kovtun, MD on 01/05/21 1501**          Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Jeanette M. Kovtun, MD 01/05/21 1501          Authorized by: Jeanette M. Kovtun, MD
Ordering mode: Standard
Frequency: STAT  01/05/21 -                          Class: Lab Collect
Quantity: 1                              Lab status: Final result
Instance released by: Carla Posey 6/14/2021 10:23 AM
Diagnoses
Diffuse large B-cell lymphoma of lymph nodes of neck [C83.31]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| A214009729:2 | Blood | Blood | NDH 06/14/21 1035 |

### Comprehensive Metabolic Panel [647538834] (Abnormal)          Resulted: 06/14/21 1113, Result status: Final result

Order status: Completed                          Filed by: Edi, Soft Lab Interface  06/14/21 1113
Collected by: NDH 06/14/21 1035                  Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
Acknowledged by: Jeanette M. Kovtun, MD on 06/14/21 1121

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 142 | 136 - 145 mmol/L | — | BRLB |
| Potassium | 4.8 | 3.5 - 5.1 mmol/L | — | BRLB |
| Chloride | 105 | 95 - 110 mmol/L | — | BRLB |
| CO2 | 25 | 23 - 29 mmol/L | — | BRLB |
| Glucose | 99 | 70 - 110 mg/dL | — | BRLB |
| BUN | 21 | 6 - 20 mg/dL | H♣ | BRLB |
| Creatinine | 1.2 | 0.5 - 1.4 mg/dL | — | BRLB |
| Calcium | 9.6 | 8.7 - 10.5 mg/dL | — | BRLB |
| Total Protein | 7.6 | 6.0 - 8.4 g/dL | — | BRLB |
| Albumin | 3.9 | 3.5 - 5.2 g/dL | — | BRLB |
| Total Bilirubin | 0.3 | 0.1 - 1.0 mg/dL | — | BRLB |

Comment:
For infants and newborns, interpretation of results should be based
on gestational age, weight and in agreement with clinical
observations.

Premature Infant recommended reference ranges:
Up to 24 hours.............<8.0 mg/dL
Up to 48 hours...........<12.0 mg/dL
3-5 days..................<15.0 mg/dL
6-29 days.................<15.0 mg/dL

| | | | | |
|---|---|---|---|---|
| Alkaline Phosphatase | 176 | 55 - 135 U/L | H♣ | BRLB |
| AST | 17 | 10 - 40 U/L | — | BRLB |
| ALT | 18 | 10 - 44 U/L | — | BRLB |

Generated on 7/9/21  2:26 PM                                      Page 72

**Lincoln/Lee 0359**

BRMH LABORATORY
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:
Acct #: 72012733761
Enc. Date 6/14/2021

Sex: F

## 06/14/2021 - Lab Visit in Ochsner Medical Center - BR (continued)

### Labs (continued)

| | | | | |
|---|---|---|---|---|
| Anion Gap | 12 | 8 - 16 mmol/L | — | BRLB |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 | — | BRLB |
| eGFR if non African American | 52 | >60 mL/min/1.73 m^2 | A ! | BRLB |

Comment:
Calculation used to obtain the estimated glomerular filtration
rate (eGFR) is the CKD-EPI equation.

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 393 - BRLB | OCHSNER MEDICAL CENTER - BATON ROUGE | Aimee Goodier, M.D. | 17000 Medical Center Drive Baton Rouge LA 70816 | 11/22/19 0951 - Present |

### Indications

Diffuse large B-cell lymphoma of lymph nodes of neck [C83.31 (ICD-10-CM)]

### All Reviewers List

Jeanette M. Kovtun, MD on 6/14/2021 12:31
Jeanette M. Kovtun, MD on 6/14/2021 11:21

### Lactate Dehydrogenase [647538835] (Final result)

| | |
|---|---|
| Electronically signed by: **Jeanette M. Kovtun, MD on 03/12/21 1700** | Status: **Completed** |

This order may be acted on in another encounter.
Ordering user: Jeanette M. Kovtun, MD 03/12/21 1700          Authorized by: Jeanette M. Kovtun, MD
Ordering mode: Standard
Frequency: STAT  03/12/21 -                                  Class: Lab Collect
Quantity: 1                                                  Lab status: Final result
Instance released by: Carla Posey 6/14/2021 10:23 AM
Diagnoses
Diffuse large B-cell lymphoma of lymph nodes of neck [C83.31]

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| A214009729:3 | Blood | Blood | NDH 06/14/21 1035 |

| Lactate Dehydrogenase [647538835] | Resulted: 06/14/21 1108, Result status: Final result |
|---|---|

Order status: Completed                              Filed by: Edi, Soft Lab Interface  06/14/21 1108
Collected by: NDH 06/14/21 1035                      Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
Acknowledged by: Jeanette M. Kovtun, MD on 06/14/21 1109

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| LD | 199 | 110 - 260 U/L | — | BRLB |

Comment: Results are increased in hemolyzed samples.

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 393 - BRLB | OCHSNER MEDICAL CENTER - BATON ROUGE | Aimee Goodier, M.D. | 17000 Medical Center Drive Baton Rouge LA 70816 | 11/22/19 0951 - Present |

**Lincoln/Lee 0360**

BRMH LABORATORY
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72012733761
Enc. Date 6/14/2021

## 06/14/2021 - Lab Visit in Ochsner Medical Center - BR (continued)

**Labs (continued)**

### Indications

Diffuse large B-cell lymphoma of lymph nodes of neck [C83.31 (ICD-10-CM)]

### All Reviewers List

Jeanette M. Kovtun, MD on 6/14/2021 12:31
Jeanette M. Kovtun, MD on 6/14/2021 11:21
Jeanette M. Kovtun, MD on 6/14/2021 11:09

### Follow-up Information

None

### Follow Up Call

No data filed

**Lincoln/Lee 0361**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:                   Sex: F
Enc. Date 6/14/2021

**06/14/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy**

**Diagnoses**

None.

**Problem List** as of 6/14/2021                                                                 Date Reviewed: **6/9/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 - Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 - Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 - Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 - Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 - Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 - Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 - Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 - Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 - Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 - Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 4/21/2021 - Present |
| **Bereavement** | ICD-10-CM: Z63.4<br>ICD-9-CM: V62.82 | | | 4/21/2021 - Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04<br>ICD-9-CM: 307.42 | | | 4/21/2021 - Present |
| **Sacroiliitis** | ICD-10-CM: M46.1<br>ICD-9-CM: 720.2 | | | 6/3/2021 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 - 1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 - 2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 - 1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 - 2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 - 3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 - 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 - 3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 - 5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 - 4/5/2021 |

**Patient as-of Visit**

**Allergies** as of 6/14/2021

Allergies last reviewed by Tasma Luke, RT on 6/14/2021 1207
No Known Allergies

**Lincoln/Lee 0362**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:        Sex: F
Enc. Date 6/14/2021

### 06/14/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy (continued)

**Patient as-of Visit (continued)**

**Immunizations** as of 6/14/2021

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021, 05/14/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 6/14/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM | | | | |
| TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Fill Later | | | | |
| Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** | 60 tablet | 2 | 3/12/2021 | |
| Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily.  - Oral | | | | |
| Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **venlafaxine (EFFEXOR-XR) 37.5 MG 24 hr capsule** | 30 capsule | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 capsule (37.5 mg total) by mouth once daily. - Oral | | | | |
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Discontinued)** | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| Notes to Pharmacy: . | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Discontinued)** | 90 tablet | 0 | 6/8/2021 | 6/24/2021 |
| Sig - Route: Take by mouth. Test claim only - Oral | | | | |
| Reason for Discontinue: **Other - Commment Required** | | | | |
| Taylor S Shano, PharmD 6/24/2021  5:00 PM | | | | |
| Test claim | | | | |
| **phentermine (ADIPEX-P) 37.5 mg tablet (Discontinued)** | | | 5/6/2021 | 7/2/2021 |
| Sig - Route: Take 37.5 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| Reason for Discontinue: **Reorder** | | | | |

**Follow-up Information**

None

**Lincoln/Lee 0363**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Enc. Date 6/14/2021

**06/14/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy (continued)**

**Follow Up Call**

No data filed

**Lincoln/Lee 0364**

NOMC CANPSYCH BENSON
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 12049137918
Enc. Date 6/11/2021

---

### 06/11/2021 - Appointment in Benson CancerCtr Psychiatry 3rd Fl

**Appointment Status**

**Diagnoses**

None.

-                                                                                              -

**Problem List** as of 6/11/2021                                          Date Reviewed: **6/9/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 4/21/2021 -<br>Present |
| **Bereavement** | ICD-10-CM: Z63.4<br>ICD-9-CM: V62.82 | | | 4/21/2021 -<br>Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04<br>ICD-9-CM: 307.42 | | | 4/21/2021 -<br>Present |
| **Sacroiliitis** | ICD-10-CM: M46.1<br>ICD-9-CM: 720.2 | | | 6/3/2021 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>4/5/2021 |

---

**Lincoln/Lee 0365**

NOMC CANPSYCH BENSON
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 12049137918
Enc. Date 6/11/2021

## 06/11/2021 - Appointment in Benson CancerCtr Psychiatry 3rd Fl (continued)

### Patient as-of Visit

#### Allergies as of 6/11/2021

Allergies last reviewed by Debra K. Welton, NP on 6/9/2021 0941
No Known Allergies

#### Immunizations as of 6/11/2021

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021, 05/14/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

#### Outpatient Medications at Start of Encounter as of 6/11/2021

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet**<br>Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral<br><br>Monica H Fefie, LPN 12/31/2019 10:46 AM<br><br>Erica M. Coffey, RN 2/7/2019 10:49 AM<br>TAKE MORNING OF SURGERY WITH A SIP OF WATER. | 30 tablet | 1 | 2/2/2019 | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet**<br>Sig - Route: Take 1 tablet by mouth once daily. - Oral<br>Class: Fill Later<br>Prior authorization: Canceled - Other (The medication order is discontinued.) | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| **diclofenac (VOLTAREN) 50 MG EC tablet**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | 60 tablet | 2 | 3/12/2021 | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab**<br>Sig - Route: Take 1 tablet by mouth once daily.  - Oral<br>Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab**<br>Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | 90 tablet | 3 | 3/15/2020 | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL**<br>Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | 60 tablet | 1 | 4/22/2019 | |
| **venlafaxine (EFFEXOR-XR) 37.5 MG 24 hr capsule**<br>Sig - Route: Take 1 capsule (37.5 mg total) by mouth once daily. - Oral | 30 capsule | 1 | 5/25/2021 | 7/24/2021 |
| **zolpidem (AMBIEN) 5 MG Tab**<br>Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | 30 tablet | 1 | 5/25/2021 | 7/24/2021 |
| **amLODIPine (NORVASC) 10 MG tablet (Discontinued)**<br>Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral<br>Notes to Pharmacy: .<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Discontinued)**<br>Sig - Route: Take by mouth. Test claim only - Oral<br>Reason for Discontinue: **Other - Commment Required**<br><br>Taylor S Shano, PharmD 6/24/2021  5:00 PM<br>Test claim | 90 tablet | 0 | 6/8/2021 | 6/24/2021 |
| **phentermine (ADIPEX-P) 37.5 mg tablet (Discontinued)**<br>Sig - Route: Take 37.5 mg by mouth once daily. - Oral<br>Class: Historical Med<br>Reason for Discontinue: **Reorder** | | | 5/6/2021 | 7/2/2021 |

**Lincoln/Lee 0366**

NOMC CANPSYCH BENSON
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 12049137918
Enc. Date 6/11/2021

---

**06/11/2021 - Appointment in Benson CancerCtr Psychiatry 3rd Fl (continued)**

**Follow-up Information**

None

**Follow Up Call**

No data filed

**Lincoln/Lee 0367**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:
Enc. Date 6/10/2021

Sex: F

**06/10/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy**

**Diagnoses**

None.

**Problem List** as of 6/10/2021                                                    Date Reviewed: **6/9/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 4/21/2021 -<br>Present |
| **Bereavement** | ICD-10-CM: Z63.4<br>ICD-9-CM: V62.82 | | | 4/21/2021 -<br>Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04<br>ICD-9-CM: 307.42 | | | 4/21/2021 -<br>Present |
| **Sacroiliitis** | ICD-10-CM: M46.1<br>ICD-9-CM: 720.2 | | | 6/3/2021 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>4/5/2021 |

**Patient as-of Visit**

**Allergies** as of 6/10/2021

Allergies last reviewed by Debra K. Welton, NP on 6/9/2021 0941
No Known Allergies

**Lincoln/Lee 0368**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:        Sex: F
Enc. Date 6/10/2021

### 06/10/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy (continued)

**Patient as-of Visit (continued)**

**Immunizations** as of 6/10/2021

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021, 05/14/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 6/10/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM | | | | |
| TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Fill Later | | | | |
| Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** | 60 tablet | 2 | 3/12/2021 | |
| Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **venlafaxine (EFFEXOR-XR) 37.5 MG 24 hr capsule** | 30 capsule | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 capsule (37.5 mg total) by mouth once daily. - Oral | | | | |
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Discontinued)** | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| Notes to Pharmacy: . | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Discontinued)** | 90 tablet | 0 | 6/8/2021 | 6/24/2021 |
| Sig - Route: Take by mouth. Test claim only - Oral | | | | |
| Reason for Discontinue: **Other - Commment Required** | | | | |
| Taylor S Shano, PharmD 6/24/2021  5:00 PM | | | | |
| Test claim | | | | |
| **phentermine (ADIPEX-P) 37.5 mg tablet (Discontinued)** | | | 5/6/2021 | 7/2/2021 |
| Sig - Route: Take 37.5 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| Reason for Discontinue: **Reorder** | | | | |

**Follow-up Information**

None

Generated on 7/9/21  2:26 PM

**Lincoln/Lee 0369**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Enc. Date 6/10/2021

**06/10/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy (continued)**

**Follow Up Call**

No data filed

**Lincoln/Lee 0370**

ONLH MAMMOGRAPHY
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72013155004
Adm: 6/9/2021

## 06/09/2021 - MAMMO TOMO SCREENING in Ochsner Medical Center-O'Neal

### Admission Information

| | | | |
|---|---|---|---|
| Arrival Date/Time: | | Admit Date/Time: | 06/09/2021 0929 | IP Adm. Date/Time: |
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: |
| Means of Arrival: | | Primary Service: | | Secondary Service: |
| Transfer Source: | | Service Area: | OCHSNER SERVICE AREA | Unit: | Ochsner Medical Center-O'Neal |
| Admit Provider: | | Attending Provider: | Mary Claire W. Hufft, PA-C | Referring Provider: | Mary Claire W. Hufft, PA-C |

### Admission Information

| Attending Provider | Admission Dx | Admitted on |
|---|---|---|
| | | 06/09/21 |
| Service | Isolation | Code Status |
| | | Prior |

**Allergies**
**No Known Allergies**

### Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 06/09/2021 | Home Or Self Care | None | None | Ochsner Medical Center-O'Neal |

### Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| Z12.31 [Principal] | Encounter for screening mammogram for malignant neoplasm of breast | | | | |
| Z01.419 | Encounter for gynecological examination (general) (routine) without abnormal findings | | | | |
| Z12.4 | Encounter for screening for malignant neoplasm of cervix | | | | |

### Patient as-of Visit

**Allergies** as of 6/9/2021

Allergies last reviewed by Debra K. Welton, NP on 6/9/2021 0941
No Known Allergies

**Immunizations** as of 6/9/2021

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021, 05/14/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

Hospital Problem List as of 6/9/2021                          Reviewed: **6/9/2021 by Debra K. Welton, NP**

None

Non-Hospital Problem List as of 6/9/2021                      Reviewed: **6/9/2021 by Debra K. Welton, NP**

| | Codes | Last Modified |
|---|---|---|
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | 1/26/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | 1/31/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | 2/1/2019 |
| **Elevated LFTs** | ICD-10-CM: R79.89 ICD-9-CM: 790.6 | 2/1/2019 |

**Lincoln/Lee 0371**

ONLH MAMMOGRAPHY
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:      Sex: F
Acct #: 72013155004
Adm: 6/9/2021

## 06/09/2021 - MAMMO TOMO SCREENING in Ochsner Medical Center-O'Neal (continued)

**Patient as-of Visit (continued)**

| | | |
|---|---|---|
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | 2/11/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | 2/27/2019 |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | 3/1/2019 |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | 3/1/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | 3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | 3/1/2019 |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | 4/30/2019 |
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | 5/26/2019 |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | 5/26/2019 |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | 5/26/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | 5/26/2019 |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | 6/26/2019 |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | 7/25/2019 |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | 8/20/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | 4/5/2021 |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | 4/21/2021 |
| **Bereavement** | ICD-10-CM: Z63.4<br>ICD-9-CM: V62.82 | 4/21/2021 |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04<br>ICD-9-CM: 307.42 | 4/21/2021 |
| **Sacroiliitis** | ICD-10-CM: M46.1<br>ICD-9-CM: 720.2 | 6/3/2021 |

**Imaging**

**Mammo Digital Screening Bilat w/ Tomo [647538829] (Final result)**

Electronically signed by: **Mary Claire W. Hufft, PA-C on 05/03/21 1002**      Status: **Completed**
This order may be acted on in another encounter.

| | |
|---|---|
| Ordering user: Mary Claire W. Hufft, PA-C 05/03/21 1002 | Ordering provider: Mary Claire W. Hufft, PA-C |
| Authorized by: Mary Claire W. Hufft, PA-C | Ordering mode: Standard |
| Frequency: Routine PRN 06/09/21 0929 - 1  occurrence | Class: Ancillary Performed |
| Quantity: 1 | Lab status: Final result |

Instance released by: Christine C Gonzales 6/9/2021  9:29 AM
Diagnoses
Encounter for screening mammogram for malignant neoplasm of breast [Z12.31]

**Questionnaire**

| Question | Answer |
|---|---|
| May the Radiologist modify the order per protocol to meet the clinical needs of the patient? | Yes |
| Release to patient | Immediate |

Scan on 6/9/2021  9:56 AM by Melissa M. Flores, RT: mammography screening questionaire (below)

**Lincoln/Lee 0372**

ONLH MAMMOGRAPHY
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:        Sex: F
Acct #: 72013155004
Adm: 6/9/2021

---

**06/09/2021 - MAMMO TOMO SCREENING in Ochsner Medical Center-O'Neal (continued)**

**Imaging (continued)**

AC216465270

**Ochsner Medical Center-O'Neal Mammography Questionnaire**

Name: Katonia Lee ✓     DOB: ✓     MRN: 2325810     CSN: 216465270
Address:     PHONE:

Is this your first mammogram? ✓  If no, when and where was your last mammogram? _Ochsner 6/8/20_
Please describe any problems you are having with your breasts: _Routine._
_2nd Cova vaccine April (L) arm_

Height: _____  Weight: _____  Ethnicity: African American/Black

**Hormone History:** No relevant hormone history has been documented.
Is this information accurate? ✓     If no, please fill out the grid below:

| Hormone Replacement Therapy | Taking? | Start Date | End Date |
|---|---|---|---|
| | N | | |

**OB/Gyn History:**
Please fill out the grid below:

| | | | |
|---|---|---|---|
| Are you currently pregnant? | | Date of last menstrual period: | |
| Term (Number of live births): | 2 | Age at first menstrual period: | 14 |
| Age at first live birth: | 21 | Age at menopause: | 47 |

**Patient Medical History:** No relevant medical history has been documented. _lymphoma 2018_
Is this information accurate? ✓     If no, have you been diagnosed with any of the following?

| Breast cancer: | | Ductal hyperplasia, breast (usual): | | Lobular carcinoma in situ: | |
|---|---|---|---|---|---|
| Colon cancer: | | Endometrial Cancer: | | Ovarian cancer: | |
| Atypical hyperplasia, breast (ADH, ALH, atypia not otherwise specified): | | BRCA 1 Positive: | | BRCA 2 Positive: | |
| | | BRCA 1 Negative: | | BRCA 2 Negative: | |

**Patient Prior Procedures:** No relevant surgical history has been documented for this patient.
Is this information accurate? ✓     If no, have you had any of the following procedures performed?

| | Date | Laterality | | Date | Laterality | | Date | Laterality |
|---|---|---|---|---|---|---|---|---|
| Breast biopsy: | | | Breast lumpectomy: | | | Hysterectomy: | | |
| Breast excisional biopsy: | | | Breast reconstruction: | | | Mastectomy: | | |
| Breast cyst aspiration: | | | Breast reduction: | | | Ovary removal: | | |
| Breast implants: | | | | | | | | |

**Family History:** breast cancer in maternal aunt.
Is this information accurate? ✓     If not, please fill out the grid below. Include age of onset if known.

| Relationship | Breast Cancer | Ovarian Cancer | BRCA 1/2 Gene |
|---|---|---|---|
| Mother | | | |
| Father | | | |
| Sister | | | |
| Daughter | | | |
| Mother's Sister | ✓ | | |
| Mother's Brother | | | |
| Father's Sister | | | |
| Father's Brother | | | |
| Maternal Grandmother | | | |
| Maternal Grandfather | | | |
| Paternal Grandmother | | | |
| Paternal Grandfather | | | |
| Other | | | |

I attest that the information I have provided on this form is true to the best of my knowledge.
Signature _Katonia Lee_     Date _6/9/21_

(Auto sent to patient and ordering physician)
Form No. 20219 (Rev 12/19/2017)  PTMAMMO

---

**Begin Exam Questions**

| | Answer | Comment |
|---|---|---|
| Is the patient pregnant? | No | |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|

---

**Lincoln/Lee 0373**

ONLH MAMMOGRAPHY
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:             Sex: F
Acct #: 72013155004
Adm: 6/9/2021

## 06/09/2021 - MAMMO TOMO SCREENING in Ochsner Medical Center-O'Neal (continued)

**Imaging (continued)**

Who verified the patient's identity and
procedural site?
Outside Prior Status                    Films Not Requested

**Mammo Digital Screening Bilat w/ Tomo [647538829]**          Resulted: 06/09/21 1919, Result status: Final result

Ordering provider: Mary Claire W. Hufft, PA-C  06/09/21 0929       Order status: Completed
Resulted by: Maverick Leblanc, MD                                 Filed by: Maverick Leblanc, MD  06/09/21 1925
Performed: 06/09/21 0951 - 06/09/21 1004                          Accession number: 35264044
Resulting lab: OCHS MAMMOGRAPHY
Narrative:
Result:
Mammo Digital Screening Bilat w/ Tomo

History:
Patient is 51 y.o. and is seen for a screening mammogram.

Films Compared:
Prior images (if available) were compared.

Findings:
 This procedure was performed using tomosynthesis.
Computer-aided detection was utilized in the interpretation of this
examination.

The breasts have scattered areas of fibroglandular density. There is no
evidence of suspicious masses, microcalcifications or architectural
distortion.

Impression:

No mammographic evidence of malignancy.

BI-RADS Category 1: Negative

Recommendation:
Routine screening mammogram in 1 year is recommended.

Your estimated lifetime risk of breast cancer (to age 85) based on
Tyrer-Cuzick risk assessment model is Tyrer-Cuzick: 8.33 %. According to
the American Cancer Society, patients with a lifetime breast cancer risk
of 20% or higher might benefit from supplemental screening tests.

Acknowledged by: Mary Claire W. Hufft, PA-C on 06/10/21 1019

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **14 - MAMMO** | OCHS MAMMOGRAPHY | N/A | Unknown | 03/06/18 1518 - Present |

**Indications**

Encounter for screening mammogram for malignant neoplasm of breast [Z12.31 (ICD-10-CM)]

**Signed**

Electronically signed by Maverick Leblanc, MD on 6/9/21 at 1925 CDT

**All Reviewers List**

Mary Claire W. Hufft, PA-C on 6/10/2021 10:19

**Lincoln/Lee 0374**

ONLH MAMMOGRAPHY
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72013155004
Adm: 6/9/2021

**06/09/2021 - MAMMO TOMO SCREENING in Ochsner Medical Center-O'Neal (continued)**

**Imaging (continued)**

**Discharge Instructions**                                        Lee, Katonia (MRN 2325810)

None

**Follow-up Information**

None

**Lincoln/Lee 0375**

ONLC OBSTETRICS AND GYNECOLOGY
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:            Sex: F
Acct #: 72013155004
Enc. Date 6/9/2021

## 06/09/2021 - Office Visit in O'Neal - OB/ GYN

**Reason for Visit**

Well Woman

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **Routine gynecological examination**   -  Primary | ICD-10-CM: Z01.419 ICD-9-CM: V72.31 | |
| **Encounter for well woman exam** | ICD-10-CM: Z01.419 ICD-9-CM: V72.31 | |
| **Papanicolaou smear for cervical cancer screening** | ICD-10-CM: Z12.4 ICD-9-CM: V76.2 | |

**Problem List** as of 6/9/2021                                                              Date Reviewed: **6/9/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 2/12/2018 - Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | | | 1/21/2019 - Present |
| **Elevated LFTs** | ICD-10-CM: R79.89 ICD-9-CM: 790.6 | | | 1/21/2019 - Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10 ICD-9-CM: 202.80 | | | 1/22/2019 - Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20 ICD-9-CM: 042 | | | 1/24/2019 - Present |
| **Lymphoma** | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | | | 2/11/2019 - Present |
| **Anemia** | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 2/26/2019 - Present |
| **Other chest pain** | ICD-10-CM: R07.89 ICD-9-CM: 786.59 | | | 2/26/2019 - Present |
| **Biliary obstruction** | ICD-10-CM: K83.1 ICD-9-CM: 576.2 | | | 4/30/2019 - Present |
| **HIV disease** | ICD-10-CM: B20 ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21 ICD-9-CM: 782.1 | | | 8/20/2019 - Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | | | 4/21/2021 - Present |
| **Bereavement** | ICD-10-CM: Z63.4 ICD-9-CM: V62.82 | | | 4/21/2021 - Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04 ICD-9-CM: 307.42 | | | 4/21/2021 - Present |
| **Sacroiliitis** | ICD-10-CM: M46.1 ICD-9-CM: 720.2 | | | 6/3/2021 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | | | 1/21/2019 - 1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | | | 1/21/2019 - 2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | | | 1/21/2019 - 1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 ICD-9-CM: 780.96 | | | 2/13/2019 - 2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 - 3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 ICD-9-CM: 112.0 | | | 2/27/2019 - 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9 ICD-9-CM: 780.60 | | | 2/28/2019 - 3/1/2019 |

**Lincoln/Lee 0376**

ONLC OBSTETRICS AND GYNECOLOGY
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72013155004
Enc. Date 6/9/2021

## 06/09/2021 - Office Visit in O'Neal - OB/ GYN (continued)

**Problem List (continued)** as of 6/9/2021                                    Date Reviewed: **6/9/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>4/5/2021 |

### Patient as-of Visit

**Allergies** as of 6/9/2021

Allergies last reviewed by Debra K. Welton, NP on 6/9/2021 0941
No Known Allergies

**Immunizations** as of 6/9/2021

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021, 05/14/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

### Outpatient Medications at Start of Encounter as of 6/9/2021

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | 30 tablet | 1 | 2/2/2019 | |

Monica H Fefie, LPN 12/31/2019 10:46 AM

Erica M. Coffey, RN 2/7/2019 10:49 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **diclofenac (VOLTAREN) 50 MG EC tablet (Taking)**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | 60 tablet | 2 | 3/12/2021 | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking)**<br>Sig - Route: Take 1 tablet by mouth once daily.  - Oral<br>Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab (Taking)**<br>Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | 90 tablet | 3 | 3/15/2020 | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking)**<br>Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | 60 tablet | 1 | 4/22/2019 | |
| **venlafaxine (EFFEXOR-XR) 37.5 MG 24 hr capsule (Taking)**<br>Sig - Route: Take 1 capsule (37.5 mg total) by mouth once daily. - Oral | 30 capsule | 1 | 5/25/2021 | 7/24/2021 |
| **zolpidem (AMBIEN) 5 MG Tab (Taking)**<br>Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | 30 tablet | 1 | 5/25/2021 | 7/24/2021 |
| **amLODIPine (NORVASC) 10 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral<br>Notes to Pharmacy: . | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking)**<br>Sig - Route: Take by mouth. Test claim only - Oral | 90 tablet | 0 | 6/8/2021 | 6/24/2021 |

Taylor S Shano, PharmD 6/24/2021  5:00 PM
Test claim

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **phentermine (ADIPEX-P) 37.5 mg tablet (Taking)**<br>Sig - Route: Take 37.5 mg by mouth once daily. - Oral<br>Class: Historical Med | | | 5/6/2021 | 7/2/2021 |

---

Generated on 7/9/21  2:26 PM                                                        Page 90

**Lincoln/Lee 0377**

ONLC OBSTETRICS AND GYNECOLOGY
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72013155004
Enc. Date 6/9/2021

## 06/09/2021 - Office Visit in O'Neal - OB/ GYN (continued)

**Outpatient Medications at Start of Encounter as of 6/9/2021 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet<br>Sig - Route: Take 1 tablet by mouth once daily. - Oral<br>Class: Fill Later<br>Prior authorization: Canceled - Other (The medication order is discontinued.) | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| allopurinol (ZYLOPRIM) 300 MG tablet (Taking)<br>Sig: Take 1 tablet (300 mg total) by mouth once daily.<br>Route: Oral | 30 tablet | 1 | 2/2/2019 | |
| diclofenac (VOLTAREN) 50 MG EC tablet (Taking)<br>Sig: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain).<br>Route: Oral | 60 tablet | 2 | 3/12/2021 | |
| ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking)<br>Sig: Take 1 tablet by mouth once daily.<br>Class: Historical Med<br>Route: Oral | | | | |
| hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab (Taking)<br>Sig: Take 1 tablet (12.5 mg total) by mouth once daily.<br>Route: Oral | 90 tablet | 3 | 3/15/2020 | |
| ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking)<br>Sig: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea).<br>Route: Oral | 60 tablet | 1 | 4/22/2019 | |
| venlafaxine (EFFEXOR-XR) 37.5 MG 24 hr capsule (Taking)<br>Sig: Take 1 capsule (37.5 mg total) by mouth once daily.<br>Route: Oral | 30 capsule | 1 | 5/25/2021 | 7/24/2021 |
| zolpidem (AMBIEN) 5 MG Tab (Taking)<br>Sig: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep).<br>Route: Oral | 30 tablet | 1 | 5/25/2021 | 7/24/2021 |
| amLODIPine (NORVASC) 10 MG tablet (Taking/Discontinued)<br>Sig: Take 1 tablet (10 mg total) by mouth once daily.<br>Notes to Pharmacy: .<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking/Discontinued)<br>Sig: Take by mouth. Test claim only<br>Route: Oral<br>Reason for Discontinue: **Other - Commment Required** | 90 tablet | 0 | 6/8/2021 | 6/24/2021 |
| phentermine (ADIPEX-P) 37.5 mg tablet (Taking/Discontinued)<br>Sig: Take 37.5 mg by mouth once daily.<br>Class: Historical Med<br>Route: Oral<br>Reason for Discontinue: **Reorder** | | | 5/6/2021 | 7/2/2021 |

**Outpatient Medication Detail**

| | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| phentermine (ADIPEX-P) 37.5 mg tablet (Discontinued)<br>Sig - Route: Take 37.5 mg by mouth once daily. - Oral<br>Class: Historical Med<br>Reason for Discontinue: **Reorder**<br>Order: 647538827<br>Date/Time Signed: 6/9/2021 09:07 | | | 5/6/2021 | 7/2/2021 | -- |

**Lincoln/Lee 0378**

ONLC OBSTETRICS AND GYNECOLOGY
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72013155004
Enc. Date 6/9/2021

**06/09/2021 - Office Visit in O'Neal - OB/ GYN (continued)**

**Outpatient Medication Detail (continued)**

## Progress Notes

**Progress Notes by Debra K. Welton, NP at 6/9/2021  9:00 AM**

| | | |
|---|---|---|
| Author: Debra K. Welton, NP | Service: — | Author Type: Nurse Practitioner |
| Filed: 6/9/2021  9:42 AM | Encounter Date: 6/9/2021 | Creation Time: 6/9/2021  9:37 AM |
| Status: Signed | Editor: Debra K. Welton, NP (Nurse Practitioner) | |

CC: Well woman exam

HPI
Katonia Lee is a 51 y.o. female G2P2002 presents for a well woman exam.  LMP: No LMP recorded. Patient is postmenopausal..  No issues, problems, or complaints.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • B-cell lymphoma | 1/22/2019 |
| • Biliary stricture | |
| • Cancer | |
| *lymphoma]* | |
| • Depression | |
| • Diffuse large B cell lymphoma of duodenum and pancreas | 1/21/2019 |
| • Encounter for blood transfusion | |
| • HIV (human immunodeficiency virus infection) | |
| • Hx of psychiatric care | |
| *Celexa, Ambien* | |
| • Hypertension | |
| • Jaundice | |
| • Stomach ulcer | |
| *bleeding* | |
| • Therapy | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BRONCHOSCOPY | Bilateral | 7/25/2019 |
| *Procedure: Bronchoscopy Pt needs K+;  Surgeon: Tarek M. Abdallah, MD;  Location: BRMH ENDO; Service: Pulmonary;  Laterality: Bilateral;* | | |
| • CESAREAN SECTION | | |
| • ERCP | N/A | 1/25/2019 |
| *Procedure: ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY);  Surgeon: Janak N. Shah, MD;  Location: NOMH ENDO (2ND FLR);  Service: Endoscopy;  Laterality: N/A;* | | |
| • ERCP | Left | 4/30/2019 |
| *Procedure: ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY);  Surgeon: Janak N. Shah, MD;  Location: NOMH ENDO (2ND FLR);  Service: Endoscopy;  Laterality: Left;  appt confirmed* | | |
| • ESOPHAGOGASTRODUODENOSCOPY | | |
| • INJECTION OF ANESTHETIC AGENT INTO SACROILIAC JOINT | Bilateral | 6/3/2021 |
| *Procedure: Bilateral SIJ Injection with local;  Surgeon: Brandon L. Hicks, MD;  Location: HGVH PAIN MGT;  Service: Pain Management;  Laterality: Bilateral;* | | |
| • INSERTION OF VENOUS ACCESS PORT | Left | 2/11/2019 |
| *Procedure: INSERTION, VENOUS ACCESS PORT;  Surgeon: Kyle A Jakob, MD;  Location: BRMH* | | |

**Lincoln/Lee 0379**

ONLC OBSTETRICS AND GYNECOLOGY
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72013155004
Enc. Date 6/9/2021

**Progress Notes (continued)**

**Progress Notes by Debra K. Welton, NP at 6/9/2021  9:00 AM (continued)**

*OR;  Service: General;  Laterality: Left;*

**Social History**

Socioeconomic History
- Marital status:              Legally Separated
      Spouse name:            Not on file
- Number of children:       2
- Years of education:       Not on file
- Highest education level:  Not on file

Occupational History
- Not on file

Tobacco Use
- Smoking status:           Never Smoker
- Smokeless tobacco:        Never Used

Substance and Sexual Activity
- Alcohol use:              No
- Drug use:                 No
- Sexual activity:          Yes
      Partners:               Male
      Birth control/protection:   Post-menopausal

Other Topics                 Concern
- Patient feels they ought to cut   Not Asked
  down on drinking/drug use
- Patient annoyed by others   Not Asked
  criticizing their drinking/drug
  use
- Patient has felt bad or guilty   Not Asked
  about drinking/drug use
- Patient has had a drink/used   Not Asked
  drugs as an eye opener in the
  AM

Social History Narrative
*Lives with father*
*Mother deceased*
*2 adult children*
*Former Wal Mart store manager*

**Social Determinants of Health**

Financial Resource Strain:
- Difficulty of Paying Living Expenses:

Food Insecurity:
- Worried About Running Out of Food in the Last Year:
- Ran Out of Food in the Last Year:

Transportation Needs:
- Lack of Transportation (Medical):
- Lack of Transportation (Non-Medical):

Physical Activity:
- Days of Exercise per Week:
- Minutes of Exercise per Session:

Stress:

**Lincoln/Lee 0380**

ONLC OBSTETRICS AND GYNECOLOGY
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72013155004
Enc. Date 6/9/2021

**Progress Notes (continued)**

Progress Notes by Debra K. Welton, NP at 6/9/2021  9:00 AM (continued)

- Feeling of Stress :

Social Connections:
- Frequency of Communication with Friends and Family:
- Frequency of Social Gatherings with Friends and Family:
- Attends Religious Services:
- Active Member of Clubs or Organizations:
- Attends Club or Organization Meetings:
- Marital Status:

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Paternal Grandmother | |
| • Heart disease | Mother | |
| • Breast cancer | Maternal Aunt | |

**OB History**

| Gravida | Para | Term | Preterm | AB | Living |
|---|---|---|---|---|---|
| 2 | 2 | 2 | | | 2 |
| SAB | TAB | Ectopic | Multiple | Live Births | |
| | | | | 2 | |

Current Outpatient Medications:
- allopurinol (ZYLOPRIM) 300 MG tablet, Take 1 tablet (300 mg total) by mouth once daily., Disp: 30 tablet, Rfl: 1
- amLODIPine (NORVASC) 10 MG tablet, Take 1 tablet (10 mg total) by mouth once daily., Disp: 30 tablet, Rfl: 0
- bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet, Take by mouth. Test claim only, Disp: 90 tablet, Rfl: 0
- diclofenac (VOLTAREN) 50 MG EC tablet, Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain)., Disp: 60 tablet, Rfl: 2
- ferrous gluconate 324 mg (37.5 mg iron) Tab, Take 1 tablet by mouth once daily. , Disp: , Rfl:
- hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab, Take 1 tablet (12.5 mg total) by mouth once daily., Disp: 90 tablet, Rfl: 3
- ondansetron (ZOFRAN-ODT) 8 MG TbDL, Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea)., Disp: 60 tablet, Rfl: 1
- phentermine (ADIPEX-P) 37.5 mg tablet, Take 37.5 mg by mouth once daily., Disp: , Rfl:
- venlafaxine (EFFEXOR-XR) 37.5 MG 24 hr capsule, Take 1 capsule (37.5 mg total) by mouth once daily., Disp: 30 capsule, Rfl: 1
- zolpidem (AMBIEN) 5 MG Tab, Take 1 tablet (5 mg total) by mouth nightly as needed (sleep)., Disp: 30 tablet, Rfl: 1

GYNECOLOGY HISTORY:
Postmenopausal
Mammogram scheduled for 10 am today
Declines breast exam
Colonoscopy will be scheduled through PCP

DATA REVIEWED:
Last pap: over 5 to 6 years ago Normal results

BP 136/82 | Ht 5' 2" (1.575 m) | Wt 82.2 kg (181 lb 3.5 oz) | BMI 33.15 kg/m²

**Lincoln/Lee 0381**

ONLC OBSTETRICS AND GYNECOLOGY
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72013155004
Enc. Date 6/9/2021

**Progress Notes (continued)**

Progress Notes by Debra K. Welton, NP at 6/9/2021  9:00 AM (continued)

Review of Systems

Physical Exam
Constitutional:
   Appearance: She is well-developed.
Genitourinary:
   Pelvic exam was performed with patient supine.
   Vulva, inguinal canal, urethra, bladder, vagina, uterus, right adnexa, left adnexa and rectum normal.
   Genitourinary Comments: **Cervix very small**
**Poor visualization**
**Blind pap**
HENT:
   Head: Normocephalic.
   Nose: Nose normal.
   Mouth/Throat:
   Mouth: Mucous membranes are moist.
Eyes:
   Extraocular Movements: Extraocular movements intact.
Pulmonary:
   Effort: Pulmonary effort is normal.
Abdominal:
   General: Abdomen is flat.
   Palpations: Abdomen is soft.
Musculoskeletal:
   General: Normal range of motion.
   Cervical back: Normal range of motion.
Neurological:
   Mental Status: She is alert and oriented to person, place, and time.
Skin:
   General: Skin is warm and dry.
Psychiatric:
   Mood and Affect: Mood normal.
   Behavior: Behavior normal.
   Thought Content: Thought content normal.
   Judgment: Judgment normal.
Vitals reviewed.


**Routine gynecological examination**

**Encounter for well woman exam**
   - Ambulatory referral/consult to Obstetrics / Gynecology

**Papanicolaou smear for cervical cancer screening**
   - Liquid-Based Pap Smear, Screening
   - HPV High Risk Genotypes, PCR


Patient was counseled today on A.C.S. Pap guidelines (Q3) and recommendations for yearly pelvic exams, yearly

**Lincoln/Lee 0382**

ONLC OBSTETRICS AND GYNECOLOGY
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:           Sex: F
Acct #: 72013155004
Enc. Date 6/9/2021

## Progress Notes (continued)

### Progress Notes by Debra K. Welton, NP at 6/9/2021  9:00 AM (continued)

mammograms starting age 40, and clinical breast exams; to see her PCP for other health maintenance.


Electronically signed by Debra K. Welton, NP on 6/9/2021  9:42 AM

-                                                                                                      -

## Labs

### HPV High Risk Genotypes, PCR [647538831] (Final result)

| | |
|---|---|
| Electronically signed by: **Debra K. Welton, NP on 06/09/21 0939** | Status: **Completed** |
| Ordering user: Debra K. Welton, NP 06/09/21 0939 | Authorized by: Debra K. Welton, NP |
| Ordering mode: Standard | |
| Frequency: Routine  06/09/21 - | Class: Clinic Collect |
| Quantity: 1 | Lab status: Final result |

Diagnoses
Papanicolaou smear for cervical cancer screening [Z12.4]

#### Questionnaire

| Question | Answer |
|---|---|
| Source | Cervix |
| Release to patient | Immediate |

Order comments: Release to patient->Immediate

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| A209008285:3 | — | — | Grentia L. Brown, MA 06/09/21 0955 |

**HPV High Risk Genotypes, PCR [647538831]**          Resulted: 06/16/21 1334, Result status: Final result

| | |
|---|---|
| Order status: Completed | Filed by: Edi, Soft Lab Interface  06/16/21 1335 |
| Collected by: Grentia L. Brown, MA 06/09/21 0955 | Resulting lab: OCHSNER MEDICAL CENTER - NEW ORLEANS |
| Narrative: | |
| Release to patient->Immediate | |
| Acknowledged by: Debra K. Welton, NP on 06/16/21 1340 | |

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HPV other High Risk types, PCR<br>Comment: Other HPV genotypes include:<br>31,33,35,39,45,51,52,56,58,59,66 and 68. | Negative | Negative | — | OCLB |
| HPV High Risk type 16, PCR | Negative | Negative | — | OCLB |
| HPV High Risk type 18, PCR | Negative | Negative | — | OCLB |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 347 - OCLB | OCHSNER MEDICAL CENTER - NEW ORLEANS | Elise Occhipinti, M.D. | 1516 Jefferson Hwy New Orleans LA 70121 | 03/25/19 1044 - Present |

#### Indications

Papanicolaou smear for cervical cancer screening [Z12.4 (ICD-10-CM)]

#### All Reviewers List

Debra K. Welton, NP on 6/16/2021 13:40

**Lincoln/Lee 0383**

| ONLC OBSTETRICS AND GYNECOLOGY<br>OCHSNER, BATON ROUGE REGION LA | Lee, Katonia<br>MRN: 2325810, DOB:          Sex: F<br>Acct #: 72013155004<br>Enc. Date 6/9/2021 |
|---|---|

**Pathology**

---

**Liquid-Based Pap Smear, Screening [647538830] (Final result)**

| Electronically signed by: **Debra K. Welton, NP on 06/09/21 0939**<br>Ordering user: Debra K. Welton, NP 06/09/21 0939<br>Ordering mode: Standard<br>Frequency: Routine  06/09/21 -<br>Quantity: 1 | Status: **Completed** |
|---|---|

Ordering mode: Standard
Frequency: Routine  06/09/21 -                    Class: Clinic Collect
Quantity: 1                                      Lab status: Final result
Diagnoses
Papanicolaou smear for cervical cancer screening [Z12.4]

**Questionnaire**

| Question | Answer |
|---|---|
| Source: | Cervix, screening |
| Date of LMP: | Postmenopausal |
| Contraceptives: | None |
| PMP: | Yes |
| Estrogen Replacement Therapy: | No |
| Clinical Findings: | Routine |
| Prior Treatment: | No |
| Previous BX: | No |
| Release to patient | Immediate |

Order comments: Release to patient->Immediate

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| A209008285:1 | Genital | — | Grentia L. Brown, MA 06/09/21 0955 |

---

**Liquid-Based Pap Smear, Screening [647538830]**          Resulted: 06/15/21 1559, Result status: Final result

| Order status: Completed<br>Collected by: Grentia L. Brown, MA 06/09/21 0955 | Filed by: Interface, Lab In Hlseven  06/15/21 1559<br>Resulting lab: OCHS SOFT LAB |
|---|---|

Narrative:
Release to patient->Immediate
Acknowledged by: Debra K. Welton, NP on 06/16/21 1000

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Final Pathologic Diagnosis | -- | — | — | OCLB |
| Comment: Interp By Wendy Adams, CT (ASCP), Signed on 06/15/2021 at 15:32<br>Result:<br>Specimen Adequacy<br>Satisfactory for interpretation. Endocervical component is present.<br>Bethesda Category<br>Negative for intraepithelial lesion or malignancy.<br>Inflammation present. | | | | |
| Disclaimer | -- | — | — | OCLB |
| Result:<br>The Pap smear is a screening test that aids in the detection of cervical<br>cancer and cancer precursors. Both false positive and false negative results<br>can occur. The test should be used at regular intervals, and positive results<br>should be confirmed before definitive therapy.<br>This liquid based specimen is processed using the T2000 or T5000 Thin PrepPAP<br>System. This specimen has been analyzed by the ThinPrep Imaging System<br>(Hologic Corporation), an automated imaging and review system which assists<br>the laboratory in evaluating cells on ThinPrep PAP tests. Following automated<br>imaging, selected fields from every slide are reviewed by a cytotechnologist<br>and/or pathologist.<br>Screening was performed at Ochsner Hospital for Orthopedics and Sports<br>Medicine, 1221 S. Clearview Pkwy, Jefferson, LA 70121. | | | | |

View Image (below)

---

**Lincoln/Lee 0384**

ONLC OBSTETRICS AND GYNECOLOGY
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:        Sex: F
Acct #: 72013155004
Enc. Date 6/9/2021

**Pathology (continued)**

---

**OCHSNER MEDICAL CENTER -- NEW ORLEANS**
**PATHOLOGY & LABORATORY MEDICINE**
**WILLIAM G HELIS MEMORIAL LABORATORIES**
1514 JEFFERSON HIGHWAY - NEW ORLEANS, LA 70121
Ph (504) 842-3330 Fax (504) 842-3884

*CYTOLOGY REPORT*

**Patient Name** LEE, KATONIA                    **Accession #** OMG-21-16942

| | |
|---|---|
| Medical Record # 2325810 | Billing #      216465087 |
| Date of Birth          (51 Y F) | Collection Date   6/9/2021 09:55 |
| Location      ONLC-OBGYN | Received      6/10/2021 01:15 |
| | Reported      6/15/2021 15:32 |

**ORDERING / ATTENDING  PHYSICIAN(S)**
Ordering:      DEBRA K. WELTON
Attending:     DEBRA K. WELTON

**SPECIMEN**

1. Screening Cx Thinprep, Imager

**CLINICAL INFORMATION**
Routine

| | |
|---|---|
| LMP Date | Postmenopausal |
| PMP | Yes |
| Contraceptives | None |
| Estrogen Replacement Therapy | No |
| Prior Treatment | No |
| Previous Biopsy | No |
| Dx or indication for test | . |

**FINAL PATHOLOGIC DIAGNOSIS**

**Specimen Adequacy**
Satisfactory for interpretation. Endocervical component is present.

**Bethesda Category**
Negative for intraepithelial lesion or malignancy.
Inflammation present.

Diagnosed by ADAMS, WENDY
Electronically Signed By: Wendy Adams, CT (ASCP)              6/15/2021 15:32

Page 1 of 2

**Lincoln/Lee 0385**

ONLC OBSTETRICS AND GYNECOLOGY
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:　　Sex: F
Acct #: 72013155004
Enc. Date 6/9/2021

**Pathology (continued)**

| Patient Name | LEE, KATONIA | | Accession # | OMG-21-16942 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Medical Record # | 2325810 | Billing # | 216465087 |
| Date of Birth | (51 Y F) | Collection Date | 6/9/2021 09:55 |
| Location | ONLC-OBGYN | Received | 6/10/2021 01:15 |
| | | Reported | 6/15/2021 15:32 |

**Report Footnotes**

The Pap smear is a screening test that aids in the detection of cervical cancer and cancer precursors. Both false positive and false negative results can occur. The test should be used at regular intervals, and positive results should be confirmed before definitive therapy.
This liquid based specimen is processed using the T2000 or T5000 Thin PrepPAP System. This specimen has been analyzed by the ThinPrep Imaging System (Hologic Corporation), an automated imaging and review system which assists the laboratory in evaluating cells on ThinPrep PAP tests. Following automated imaging, selected fields from every slide are reviewed by a cytotechnologist and/or pathologist.

Screening was performed at Ochsner Hospital for Orthopedics and Sports Medicine, 1221 S. Clearview Pkwy, Jefferson, LA 70121.

GROSSINFO-Grossing Information

Sign Out performed at Ochsner Hospital for Orthopedics and Sports Medicine, 1221 S. Clearview Pkwy, Jefferson, LA, 70121

Page 2 of 2

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **200 - SOFTLAB** | OCHS SOFT LAB | N/A | N/A | 11/18/19 1042 - Present |
| **347 - OCLB** | OCHSNER MEDICAL CENTER - NEW ORLEANS | Elise Occhipinti, M.D. | 1516 Jefferson Hwy New Orleans LA 70121 | 03/25/19 1044 - Present |

**Indications**

**Lincoln/Lee 0386**

| ONLC OBSTETRICS AND GYNECOLOGY<br>OCHSNER, BATON ROUGE REGION LA | Lee, Katonia<br>MRN: 2325810, DOB:<br>Acct #: 72013155004<br>Enc. Date 6/9/2021 | Sex: F |
|---|---|---|

**Pathology (continued)**

Papanicolaou smear for cervical cancer screening [Z12.4 (ICD-10-CM)]

### All Reviewers List

Debra K. Welton, NP on 6/16/2021 13:40
Debra K. Welton, NP on 6/16/2021 10:00

### Follow-up Information

None

### Follow Up Call

No data filed

**Lincoln/Lee 0387**

| NOMC SPECIALTY PHARMACY<br>OCHSNER, SOUTH SHORE REGION LA | Lee, Katonia<br>MRN: 2325810, DOB:<br>Enc. Date 6/8/2021 | Sex: F |
|---|---|---|

### 06/08/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy

**Diagnoses**

None.

**Problem List** as of 6/8/2021                                                    Date Reviewed: **5/25/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 4/21/2021 -<br>Present |
| **Bereavement** | ICD-10-CM: Z63.4<br>ICD-9-CM: V62.82 | | | 4/21/2021 -<br>Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04<br>ICD-9-CM: 307.42 | | | 4/21/2021 -<br>Present |
| **Sacroiliitis** | ICD-10-CM: M46.1<br>ICD-9-CM: 720.2 | | | 6/3/2021 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>4/5/2021 |

**Patient as-of Visit**

**Allergies** as of 6/8/2021

Allergies last reviewed by Ngoc L. Nguyen, RN on 6/3/2021 0814
No Known Allergies

| Generated on 7/9/21  2:26 PM | Page 101 |
|---|---|

**Lincoln/Lee 0388**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:            Sex: F
Enc. Date 6/8/2021

**06/08/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy (continued)**

**Patient as-of Visit (continued)**

**Immunizations** as of 6/8/2021

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021, 05/14/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 6/8/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral Class: Fill Later Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** | 60 tablet | 2 | 3/12/2021 | |
| Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily.  - Oral Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **venlafaxine (EFFEXOR-XR) 37.5 MG 24 hr capsule** | 30 capsule | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 capsule (37.5 mg total) by mouth once daily. - Oral | | | | |
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet** | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral Notes to Pharmacy: . | | | | |

**Ordered Medications**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Discontinued)** | 90 tablet | 0 | 6/8/2021 | 6/24/2021 |
| Sig - Route: Take by mouth. Test claim only - Oral Reason for Discontinue: **Other - Commment Required** | | | | |

**Outpatient Medication Detail**

| | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Discontinued)** | 90 tablet | 0 | 6/8/2021 | 6/24/2021 | -- |
| Sig - Route: Take by mouth. Test claim only - Oral Class: Normal Reason for Discontinue: **Other - Commment Required** Order: 647538825 Date/Time Signed: 6/8/2021 15:00 | | | | | |

**Lincoln/Lee 0389**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Enc. Date 6/8/2021

**06/08/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy (continued)**

**Follow-up Information**

None

**Follow Up Call**

No data filed

**Lincoln/Lee 0390**

| NOMC SPECIALTY PHARMACY<br>OCHSNER, SOUTH SHORE REGION LA | Lee, Katonia<br>MRN: 2325810, DOB:<br>Enc. Date 6/4/2021 | Sex: F |
|---|---|---|

### 06/04/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy

**Diagnoses**

None.

**Problem List** as of 6/4/2021                                                   Date Reviewed: **5/25/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 4/21/2021 -<br>Present |
| **Bereavement** | ICD-10-CM: Z63.4<br>ICD-9-CM: V62.82 | | | 4/21/2021 -<br>Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04<br>ICD-9-CM: 307.42 | | | 4/21/2021 -<br>Present |
| **Sacroiliitis** | ICD-10-CM: M46.1<br>ICD-9-CM: 720.2 | | | 6/3/2021 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>4/5/2021 |

**Patient as-of Visit**

**Allergies** as of 6/4/2021

Allergies last reviewed by Ngoc L. Nguyen, RN on 6/3/2021 0814
No Known Allergies

**Lincoln/Lee 0391**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Enc. Date 6/4/2021

### 06/04/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy (continued)

**Patient as-of Visit (continued)**

**Immunizations** as of 6/4/2021

| Immunization | Administered On |
| --- | --- |
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021, 05/14/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 6/4/2021**

| | Disp | Refills | Start | End |
| --- | --- | --- | --- | --- |
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM | | | | |
| TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Fill Later | | | | |
| Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** | 60 tablet | 2 | 3/12/2021 | |
| Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **venlafaxine (EFFEXOR-XR) 37.5 MG 24 hr capsule** | 30 capsule | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 capsule (37.5 mg total) by mouth once daily. - Oral | | | | |
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Discontinued)** | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| Notes to Pharmacy: . | | | | |
| Reason for Discontinue: **Reorder** | | | | |

**Follow-up Information**

None

**Follow Up Call**

No data filed

**Lincoln/Lee 0392**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:                 Sex: F
Enc. Date 6/3/2021

### 06/03/2021 - Specialty Pharmacy in Main Campus - Specialty Pharmacy

**Reason for Visit**

**Refill Coordination**
**Referral Authorization**

**Diagnoses**

None.

---

-                                                                                    -

**Problem List** as of 6/3/2021                                    Date Reviewed: **5/25/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 4/21/2021 -<br>Present |
| **Bereavement** | ICD-10-CM: Z63.4<br>ICD-9-CM: V62.82 | | | 4/21/2021 -<br>Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04<br>ICD-9-CM: 307.42 | | | 4/21/2021 -<br>Present |
| **Sacroiliitis** | ICD-10-CM: M46.1<br>ICD-9-CM: 720.2 | | | 6/3/2021 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>4/5/2021 |

---

Generated on 7/9/21  2:26 PM                                                     Page 106

**Lincoln/Lee 0393**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Enc. Date 6/3/2021

**06/03/2021 - Specialty Pharmacy in Main Campus - Specialty Pharmacy (continued)**

**Patient as-of Visit**

**Allergies** as of 6/3/2021

Allergies last reviewed by Ngoc L. Nguyen, RN on 6/3/2021 0814
No Known Allergies

**Immunizations** as of 6/3/2021

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021, 05/14/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 6/3/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM | | | | |
| TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Fill Later | | | | |
| Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** | 60 tablet | 2 | 3/12/2021 | |
| Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily.  - Oral | | | | |
| Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **venlafaxine (EFFEXOR-XR) 37.5 MG 24 hr capsule** | 30 capsule | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 capsule (37.5 mg total) by mouth once daily. - Oral | | | | |
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet** | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| Notes to Pharmacy: . | | | | |

**Follow-up Information**

None

**Follow Up Call**

No data filed

**Lincoln/Lee 0394**

HGVH PAIN MANAGEMENT XRAY
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:        Sex: F
Acct #: 72013298620
Enc. Date 6/3/2021

## 06/03/2021 - Appointment in The Groves - Radiology

**Diagnoses**

None.

- ·

**Problem List** as of 6/3/2021                                        Date Reviewed: **5/25/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 2/12/2018 - Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | | | 1/21/2019 - Present |
| **Elevated LFTs** | ICD-10-CM: R79.89 ICD-9-CM: 790.6 | | | 1/21/2019 - Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10 ICD-9-CM: 202.80 | | | 1/22/2019 - Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20 ICD-9-CM: 042 | | | 1/24/2019 - Present |
| **Lymphoma** | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | | | 2/11/2019 - Present |
| **Anemia** | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 2/26/2019 - Present |
| **Other chest pain** | ICD-10-CM: R07.89 ICD-9-CM: 786.59 | | | 2/26/2019 - Present |
| **Biliary obstruction** | ICD-10-CM: K83.1 ICD-9-CM: 576.2 | | | 4/30/2019 - Present |
| **HIV disease** | ICD-10-CM: B20 ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21 ICD-9-CM: 782.1 | | | 8/20/2019 - Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | | | 4/21/2021 - Present |
| **Bereavement** | ICD-10-CM: Z63.4 ICD-9-CM: V62.82 | | | 4/21/2021 - Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04 ICD-9-CM: 307.42 | | | 4/21/2021 - Present |
| **Sacroiliitis** | ICD-10-CM: M46.1 ICD-9-CM: 720.2 | | | 6/3/2021 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | | | 1/21/2019 - 1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | | | 1/21/2019 - 2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | | | 1/21/2019 - 1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 ICD-9-CM: 780.96 | | | 2/13/2019 - 2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 - 3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 ICD-9-CM: 112.0 | | | 2/27/2019 - 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9 ICD-9-CM: 780.60 | | | 2/28/2019 - 3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 5/25/2019 - 5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8 ICD-9-CM: 793.19 | | | 7/25/2019 - 4/5/2021 |

**Patient as-of Visit**

**Allergies** as of 6/3/2021

Allergies last reviewed by Ngoc L. Nguyen, RN on 6/3/2021 0814

**Lincoln/Lee 0395**

HGVH PAIN MANAGEMENT XRAY
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72013298620
Enc. Date 6/3/2021

## 06/03/2021 - Appointment in The Groves - Radiology (continued)

**Patient as-of Visit (continued)**

No Known Allergies

**Immunizations** as of 6/3/2021

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021, 05/14/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 6/3/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM | | | | |
| TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Fill Later | | | | |
| Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** | 60 tablet | 2 | 3/12/2021 | |
| Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily.  - Oral | | | | |
| Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **venlafaxine (EFFEXOR-XR) 37.5 MG 24 hr capsule** | 30 capsule | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 capsule (37.5 mg total) by mouth once daily. - Oral | | | | |
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Discontinued)** | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| Notes to Pharmacy: . | | | | |
| Reason for Discontinue: **Reorder** | | | | |

**Imaging**

**FL Fluoro for Pain Management [647354233] (Final result)**

Electronically signed by: **Brandon L. Hicks, MD on 06/03/21 0903**          Status: **Completed**
Mode: Ordering in Verbal with readback mode
This order may be acted on in another encounter.          Communicated by: Ricketta M. Dunn, LPN
Ordering user: Ricketta M. Dunn, LPN 06/03/21 0837          Ordering provider: Brandon L. Hicks, MD
Authorized by: Brandon L. Hicks, MD          Ordering mode: Verbal with readback
Frequency: Routine Once 06/03/21 0838 - 1  occurrence          Class: Hospital Performed
Quantity: 1          Lab status: Final result
Instance released by: Ricketta M. Dunn, LPN (auto-released) 6/3/2021  8:37 AM

**Questionnaire**

| Question | Answer |
|---|---|
| Reason for exam: | Pain Management |

**Lincoln/Lee 0396**

HGVH PAIN MANAGEMENT XRAY
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:         Sex: F
Acct #: 72013298620
Enc. Date 6/3/2021

## 06/03/2021 - Appointment in The Groves - Radiology (continued)

**Imaging (continued)**

May the Radiologist modify the order per protocol to meet the clinical needs of the patient?

Yes

### Screening Form

#### General Information

Patient Name: Lee, Katonia
Date of Birth:
Legal Sex: Female

MRN: 2325810
Home Phone:
Mobile:

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| FL FLUORO FOR PAIN MANAGEMENT | Brandon L. Hicks, MD ☎225-761-5200 | Brandon L. Hicks, MD ☎225-761-5200 | 6/3/2021  8:45 AM HGVH PAIN2 HGVH PAIN MANAGEMENT XRAY |

#### Screening Form Questions

No questions have been answered for this form.

#### LMP/OB Status

##### OB Status

Postmenopausal

### Begin Exam Questions

| | Answer | Comment |
|---|---|---|
| Is the patient pregnant? | No | |

### End Exam Questions

| | Answer | Comment |
|---|---|---|
| Who verified the patient's identity and procedural site? | | |
| Fluoro time: | 0:20 | |

**FL Fluoro for Pain Management [647354233]**                Resulted: 06/03/21 0900, Result status: Final result

Ordering provider: Brandon L. Hicks, MD  06/03/21 0837
Filed by: Access, Silent Scheduler  06/03/21 0900
Accession number: 35497429
Narrative:
See OP Notes for results.

Order status: Completed
Performed: 06/03/21 0843 - 06/03/21 0900

IMPRESSION: See OP Notes for results.

This procedure was auto-finalized by: Virtual Radiologist

**Follow-up Information**

None

**Follow Up Call**

**Lincoln/Lee 0397**

HGVH PAIN MANAGEMENT XRAY
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72013298620
Enc. Date 6/3/2021

**06/03/2021 - Appointment in The Groves - Radiology (continued)**

**Follow Up Call (continued)**

No data filed

**Lincoln/Lee 0398**

HGVH PAIN MANAGEMENT
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:              Sex: F
Acct #: 72013298620
Adm: 6/3/2021

## 06/03/2021 - Admission (Discharged) in The Grove - Pain Management

### Admission Information

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | | Admit Date/Time: | 06/03/2021 0715 | IP Adm. Date/Time: | |
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: | |
| Means of Arrival: | | Primary Service: | Pain Medicine | Secondary Service: | |
| Transfer Source: | | Service Area: | OCHSNER SERVICE AREA | Unit: | The Grove - Pain Management |
| Admit Provider: | Brandon L. Hicks, MD | Attending Provider: | Brandon L. Hicks, MD | Referring Provider: | Brandon L. Hicks, MD |

### Admission Information

| Attending Provider | Admission Dx | Admitted on |
|---|---|---|
| | Sacroiliitis | 06/03/21 |
| **Service** | **Isolation** | **Code Status** |
| Pain Medicine | | Prior |
| **Allergies** | | |
| No Known Allergies | | |

### Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 06/03/2021 0927 | Home Or Self Care | Home Or Self Care | None | The Grove - Pain Management |

### Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| M46.1 **[Principal]** | Sacroiliitis, not elsewhere classified | | | | |
| M54.5 | Low back pain | | | | |
| Z21 | Asymptomatic human immunodeficiency virus (hiv) infection status | | | | |
| I10 | Essential (primary) hypertension | | | | |

### Patient as-of Visit

**Allergies** as of 6/3/2021

Allergies last reviewed by Ngoc L. Nguyen, RN on 6/3/2021 0814
No Known Allergies

**Immunizations** as of 6/3/2021

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021, 05/14/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

Hospital Problem List as of 6/3/2021                    Reviewed: **5/25/2021 by Danell B. Brice, NP**

| | Codes | Last Modified | POA |
|---|---|---|---|
| **Sacroiliitis** | ICD-10-CM: M46.1 ICD-9-CM: 720.2 | 6/3/2021 | Yes |

Non-Hospital Problem List as of 6/3/2021                    Reviewed: **5/25/2021 by Danell B. Brice, NP**

| | Codes | Last Modified |
|---|---|---|
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | 1/26/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | 1/31/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | 2/1/2019 |
| **Elevated LFTs** | ICD-10-CM: R79.89 | 2/1/2019 |

**Lincoln/Lee 0399**

HGVH PAIN MANAGEMENT
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72013298620
Adm: 6/3/2021

## 06/03/2021 - Admission (Discharged) in The Grove - Pain Management (continued)

**Patient as-of Visit (continued)**

| Diagnosis | ICD Codes | Date |
|---|---|---|
| | ICD-9-CM: 790.6 | |
| **Lymphoma** | ICD-10-CM: C85.90 | 2/11/2019 |
| | ICD-9-CM: 202.80 | |
| RESOLVED: Pain | ICD-10-CM: R52 | 2/27/2019 |
| | ICD-9-CM: 780.96 | |
| **B-cell lymphoma** | ICD-10-CM: C85.10 | 3/1/2019 |
| | ICD-9-CM: 202.80 | |
| **Anemia** | ICD-10-CM: D64.9 | 3/1/2019 |
| | ICD-9-CM: 285.9 | |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 | 3/1/2019 |
| | ICD-9-CM: 288.00, 780.61 | |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 | 3/1/2019 |
| | ICD-9-CM: 112.0 | |
| RESOLVED: Fever | ICD-10-CM: R50.9 | 3/1/2019 |
| | ICD-9-CM: 780.60 | |
| **Biliary obstruction** | ICD-10-CM: K83.1 | 4/30/2019 |
| | ICD-9-CM: 576.2 | |
| **Essential hypertension** | ICD-10-CM: I10 | 5/26/2019 |
| | ICD-9-CM: 401.9 | |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90 | 5/26/2019 |
| | ICD-9-CM: 042, 202.80 | |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20 | 5/26/2019 |
| | ICD-9-CM: 042 | |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9 | 5/26/2019 |
| | ICD-9-CM: 285.9 | |
| **Other chest pain** | ICD-10-CM: R07.89 | 6/26/2019 |
| | ICD-9-CM: 786.59 | |
| **HIV disease** | ICD-10-CM: B20 | 7/25/2019 |
| | ICD-9-CM: 042 | |
| **Rash** | ICD-10-CM: R21 | 8/20/2019 |
| | ICD-9-CM: 782.1 | |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8 | 4/5/2021 |
| | ICD-9-CM: 793.19 | |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23 | 4/21/2021 |
| | ICD-9-CM: 309.28 | |
| **Bereavement** | ICD-10-CM: Z63.4 | 4/21/2021 |
| | ICD-9-CM: V62.82 | |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04 | 4/21/2021 |
| | ICD-9-CM: 307.42 | |

**H&P Notes**

**06/03/2021**

**H&P by Brandon L. Hicks, MD at 6/3/2021 0829**

| | | |
|---|---|---|
| Author: Brandon L. Hicks, MD | Service: Pain Medicine | Author Type: Physician |
| Filed: 6/3/2021  8:29 AM | Date of Service: 6/3/2021  8:29 AM | Status: Signed |
| Editor: Brandon L. Hicks, MD (Physician) | | |

HPI
Patient presenting for Procedure(s) (LRB):
Bilateral SIJ Injection with local (Bilateral)


No health changes since previous encounter

**Past Medical History:**
Diagnosis                                          Date
  • Anxiety

**Lincoln/Lee 0400**

| HGVH PAIN MANAGEMENT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72013298620 | |
| | Adm: 6/3/2021 | |

**06/03/2021 - Admission (Discharged) in The Grove - Pain Management (continued)**

**H&P Notes (continued)**

- B-cell lymphoma                                                                1/22/2019
- Biliary stricture
- Cancer
  *lymphoma]*
- Depression
- Diffuse large B cell lymphoma of duodenum and pancreas                         1/21/2019
- Encounter for blood transfusion
- HIV (human immunodeficiency virus infection)
- Hx of psychiatric care
  *Celexa, Ambien*
- Hypertension
- Jaundice
- Stomach ulcer
  *bleeding*
- Therapy

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BRONCHOSCOPY | Bilateral | 7/25/2019 |

*Procedure: Bronchoscopy Pt needs K+;  Surgeon: Tarek M. Abdallah, MD;  Location: BRMH ENDO; Service: Pulmonary;  Laterality: Bilateral;*

- CESAREAN SECTION
- ERCP                                                        N/A            1/25/2019

*Procedure: ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY);  Surgeon: Janak N. Shah, MD;  Location: NOMH ENDO (2ND FLR);  Service: Endoscopy;  Laterality: N/A;*

- ERCP                                                        Left           4/30/2019

*Procedure: ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY);  Surgeon: Janak N. Shah, MD;  Location: NOMH ENDO (2ND FLR);  Service: Endoscopy;  Laterality: Left;  appt confirmed*

- ESOPHAGOGASTRODUODENOSCOPY
- INSERTION OF VENOUS ACCESS PORT                             Left           2/11/2019

*Procedure: INSERTION, VENOUS ACCESS PORT;  Surgeon: Kyle A Jakob, MD;  Location: BRMH OR;  Service: General;  Laterality: Left;*

Review of patient's allergies indicates:
No Known Allergies

No current facility-administered medications on file prior to encounter.

**Current Outpatient Medications on File Prior to Encounter**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • allopurinol (ZYLOPRIM) 300 MG tablet | Take 1 tablet (300 mg total) by mouth once daily. | 30 tablet | 1 |
| • amLODIPine (NORVASC) 10 MG tablet | Take 1 tablet (10 mg total) by mouth once daily. | 30 tablet | 0 |
| • bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet | Take 1 tablet by mouth once daily. | 90 tablet | 1 |
| • diclofenac (VOLTAREN) 50 MG EC tablet | Take 1 tablet (50 mg total) by mouth 2 | 60 tablet | 2 |

**Lincoln/Lee 0401**

HGVH PAIN MANAGEMENT
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72013298620
Adm: 6/3/2021

---

**06/03/2021 - Admission (Discharged) in The Grove - Pain Management (continued)**

**H&P Notes (continued)**

|  |  |  |  |
|---|---|---|---|
|  | (two) times daily as needed (pain). |  |  |
| • ferrous gluconate 324 mg (37.5 mg iron) Tab | Take 1 tablet by mouth once daily. |  |  |
| • hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab | Take 1 tablet (12.5 mg total) by mouth once daily. | 90 tablet | 3 |
| • ondansetron (ZOFRAN-ODT) 8 MG TbDL | Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). | 60 tablet | 1 |

PMHx, PSHx, Allergies, Medications reviewed in epic

ROS negative except pain complaints in HPI

OBJECTIVE:

BP (!) 157/90 (BP Location: Right arm, Patient Position: Sitting)  | Pulse 83  | Temp 98.9 °F (37.2 °C) (Temporal)  | Resp 18  | Ht 5' 1" (1.549 m)  | Wt 82.6 kg (181 lb 15.8 oz)  | SpO2 100%  | Breastfeeding No  | BMI 34.39 kg/m²

PHYSICAL EXAMINATION:

GENERAL: Well appearing, in no acute distress, alert and oriented x3.
PSYCH:  Mood and affect appropriate.
SKIN: Skin color, texture, turgor normal, no rashes or lesions which will impact the procedure.
CV: RRR with palpation of the radial artery.
PULM: No evidence of respiratory difficulty, symmetric chest rise. Clear to auscultation.
NEURO: Cranial nerves grossly intact.

Plan:

Proceed with procedure as planned Procedure(s) (LRB):
Bilateral SIJ Injection with local (Bilateral)

Brandon L. Hicks, MD
06/03/2021

Electronically signed by Brandon L. Hicks, MD at 6/3/2021  8:29 AM

---

**Discharge Summary Note**

**06/03/2021**

**Discharge Summary by Brandon L. Hicks, MD at 6/3/2021 0903**

---

**Lincoln/Lee 0402**

HGVH PAIN MANAGEMENT
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72013298620
Adm: 6/3/2021

**06/03/2021 - Admission (Discharged) in The Grove - Pain Management (continued)**

**Discharge Summary Note (continued)**

| Author: Brandon L. Hicks, MD <br> Filed: 6/3/2021 9:03 AM <br> Editor: Brandon L. Hicks, MD (Physician) | Service: Pain Medicine <br> Date of Service: 6/3/2021 9:03 AM | Author Type: Physician <br> Status: Signed |
|---|---|---|

**Discharge Note**
**Short Stay**

**SUMMARY**

**Admit Date**: 6/3/2021

**Attending Physician**: Brandon L. Hicks, MD

**Discharge Physician**: Brandon L. Hicks, MD

**Discharge Date**: 6/3/2021 9:03 AM

Procedure(s) (LRB):
Bilateral SIJ Injection with local (Bilateral)

**Final Diagnosis:** Sacroiliitis [M46.1]

**Disposition:** Home or self care

**Patient Instructions:**
**Current Discharge Medication List**

**CONTINUE these medications which have NOT CHANGED**

|  | Details |
|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | Take 1 tablet (300 mg total) by mouth once daily. <br> *Qty:* 30 tablet, *Refills:* 1 |
| **amLODIPine (NORVASC) 10 MG tablet** <br> Comments: . | Take 1 tablet (10 mg total) by mouth once daily. <br> *Qty:* 30 tablet, *Refills:* 0 |
| **diclofenac (VOLTAREN) 50 MG EC tablet** | Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). <br> *Qty:* 60 tablet, *Refills:* 2 |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | Take 1 tablet by mouth once daily. |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** <br> *Associated Diagnoses:* Essential hypertension | Take 1 tablet (12.5 mg total) by mouth once daily. <br> *Qty:* 90 tablet, *Refills:* 3 |

**Lincoln/Lee 0403**

HGVH PAIN MANAGEMENT
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:           Sex: F
Acct #: 72013298620
Adm: 6/3/2021

---

**06/03/2021 - Admission (Discharged) in The Grove - Pain Management (continued)**

**Discharge Summary Note (continued)**

---

| | |
|---|---|
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea).<br>*Qty:* 60 tablet, *Refills:* 1 |
| *Associated Diagnoses:* Chemotherapy-induced nausea | |

---

| | |
|---|---|
| **venlafaxine (EFFEXOR-XR) 37.5 MG 24 hr capsule** | Take 1 capsule (37.5 mg total) by mouth once daily.<br>*Qty:* 30 capsule, *Refills:* 1 |
| *Associated Diagnoses:* Depression, major, recurrent, moderate; Bereavement; Anxiety disorder due to known physiological condition | |

---

| | |
|---|---|
| **zolpidem (AMBIEN) 5 MG Tab** | Take 1 tablet (5 mg total) by mouth nightly as needed (sleep).<br>*Qty:* 30 tablet, *Refills:* 1 |
| *Associated Diagnoses:* Primary insomnia | |

---

| | |
|---|---|
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | Take 1 tablet by mouth once daily.<br>*Qty:* 90 tablet, *Refills:* 1 |

---

Discharge Diagnosis: Sacroiliitis [M46.1]
Condition on Discharge: Stable with no complications to procedure
Diet on Discharge: Same as before.
Activity: as per instruction sheet.
Discharge to: Home with a responsible adult.
Follow up: 2-4 weeks

Please call the office if you experience any weakness or loss of sensation, fever > 101.5, pain uncontrolled with oral medications, persistent nausea/vomiting/or diarrhea, redness or drainage from the incisions, or any other worrisome concerns. If physician on call was not reached or could not communicate with our office for any reason please go to the nearest emergency department

Electronically signed by Brandon L. Hicks, MD at 6/3/2021  9:03 AM

**Operative Note**

---

**06/03/2021**

**Op Note by Brandon L. Hicks, MD at 6/3/2021 0903**

| | | |
|---|---|---|
| Author: Brandon L. Hicks, MD | Service: Pain Medicine | Author Type: Physician |
| Filed: 6/3/2021  9:03 AM | Date of Service: 6/3/2021  9:03 AM | Status: Signed |
| Editor: Brandon L. Hicks, MD (Physician) | | |

**Sacroiliac Joint Injection under Fluoroscopy**

**Date of procedure 06/03/2021**

---

**Lincoln/Lee 0404**

HGVH PAIN MANAGEMENT
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:                Sex: F
Acct #: 72013298620
Adm: 6/3/2021

---

**06/03/2021 - Admission (Discharged) in The Grove - Pain Management (continued)**

**Operative Note (continued)**

---

Time-out taken to identify patient and procedure side prior to starting the procedure.

PROCEDURE:  Bilateral sacroiliac joint injection under fluoroscopy.

REASON FOR PROCEDURE: bilateral Sacroiliitis [M46.1]

PHYSICIAN: Brandon L. Hicks, MD

ASSISTANTS: None

MEDICATIONS INJECTED:  Depo-Medrol 40mg and 4 mL Bupivacaine 0.25%

LOCAL ANESTHETIC USED: Xylocaine 1% 5mL

SEDATION MEDICATIONS: Conscious sedation provided by M.D

The patient was monitored with continuous pulse oximetry, EKG, and intermittent blood pressure monitors.  The patient was hemodynamically stable throughout the entire process was responsive to voice, and breathing spontaneously.  Supplemental O2 was provided at 2L/min via nasal cannula.  Patient was comfortable for the duration of the procedure. (See nurse documentation and case log for sedation time)

There was a total of 2mg IV Midazolam and 25mcg Fentanyl titrated for the procedure

Total sedation time was <10 minutes

ESTIMATED BLOOD LOSS:  None.

COMPLICATIONS:  None.

TECHNIQUE:   Laying in the prone position, the patient was prepped and draped in the usual sterile fashion using ChloraPrep and fenestrated drape.  The area was determined under fluoroscopy.  Local Xylocaine was injected by raising a wheel and going down to the periosteum using a 27-gauge hypodermic needle.  The 3.5 inch 22-gauge spinal needle was introduce into the bilateral sacroiliac joint.  Negative pressure applied to confirm no intravascular placement.  Omnipaque was injected to confirm placement and to confirm that there was no vascular runoff.  The medication was then injected slowly.  The patient tolerated the procedure well.

The patient was monitored for approximately 30 minutes after the procedure.  Patient was given post procedure and discharge instructions to follow at home.  We will see the patient back in two weeks or the patient may call to inform of status. The patient was discharged in a stable condition

Electronically signed by Brandon L. Hicks, MD at 6/3/2021  9:03 AM

---

**Imaging**

---

**FL Fluoro for Pain Management [647354233] (Final result)**

Electronically signed by: **Brandon L. Hicks, MD on 06/03/21 0903**                Status: **Completed**

**Lincoln/Lee 0405**

HGVH PAIN MANAGEMENT
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72013298620
Adm: 6/3/2021

---

**06/03/2021 - Admission (Discharged) in The Grove - Pain Management (continued)**

**Imaging (continued)**

Mode: Ordering in Verbal with readback mode
This order may be acted on in another encounter.
Ordering user: Ricketta M. Dunn, LPN 06/03/21 0837
Authorized by: Brandon L. Hicks, MD
Frequency: Routine Once 06/03/21 0838 - 1 occurrence
Quantity: 1
Instance released by: Ricketta M. Dunn, LPN (auto-released) 6/3/2021 8:37 AM

Communicated by: Ricketta M. Dunn, LPN

Ordering provider: Brandon L. Hicks, MD
Ordering mode: Verbal with readback
Class: Hospital Performed
Lab status: Final result

### Questionnaire

| Question | Answer |
|---|---|
| Reason for exam: | Pain Management |
| May the Radiologist modify the order per protocol to meet the clinical needs of the patient? | Yes |

### Screening Form

#### General Information

Patient Name: Lee, Katonia
Date of Birth:
Legal Sex: Female

MRN: 2325810
Home Phone:
Mobile:

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| FL FLUORO FOR PAIN MANAGEMENT | Brandon L. Hicks, MD ☎225-761-5200 | Brandon L. Hicks, MD ☎225-761-5200 | 6/3/2021 8:45 AM HGVH PAIN2 HGVH PAIN MANAGEMENT XRAY |

#### Screening Form Questions

No questions have been answered for this form.

#### LMP/OB Status

##### OB Status

Postmenopausal

**Begin Exam Questions**

| | Answer | Comment |
|---|---|---|
| Is the patient pregnant? | No | |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Who verified the patient's identity and procedural site? | | |
| Fluoro time: | 0:20 | |

**FL Fluoro for Pain Management [647354233]**        Resulted: 06/03/21 0900, Result status: Final result

Ordering provider: Brandon L. Hicks, MD 06/03/21 0837
Filed by: Access, Silent Scheduler 06/03/21 0900
Accession number: 35497429
Narrative:
See OP Notes for results.

Order status: Completed
Performed: 06/03/21 0843 - 06/03/21 0900

IMPRESSION: See OP Notes for results.

This procedure was auto-finalized by: Virtual Radiologist

---

**Lincoln/Lee 0406**

HGVH PAIN MANAGEMENT
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72013298620
Adm: 6/3/2021

---

**06/03/2021 - Admission (Discharged) in The Grove - Pain Management (continued)**

**Imaging (continued)**

---

**Discharge Instructions**                                              Lee, Katonia (MRN 2325810)

| Date | Status | User | User Type | Discharge Note |
|------|--------|------|-----------|----------------|
| 06/03/21 0826 | Reviewed | Ngoc L. Nguyen, RN | Registered Nurse | Original |

Note:

1. Side effects may include: headache, restlessness at night, weakness to upper or lower extremities (arms or legs), flushing of the face and/ or neck. None are life threatening and will subside within 2-3 days.
2. If you have SEVERE headache with nausea and extreme pain, please call office (225-754-3278). Unless you usually have this type of migraine headache.
3. If you develop fever (greater than 101 F) or have any redness, swelling, or drainage at the injection site(s), please call off (225-754-3278). This may be a sign of infection.
4. If a rash or whelps (like hives) occur, please call the office (225-754-3278).
5. If you are a heart patient, please watch for symptoms such as swelling in your hands and feet and shortness of breath. If any of these symptoms occur, please notify your primary care/ heart doctor and go to the nearest emergency room.
6. If you have high blood pressure, you may experience an increase in your blood pressure over the next two weeks. Please continue to monitor your blood pressure and contact your primary care provider if your blood pressure does not return to baseline.
7. If you are a diabetic or you monitor your blood sugar, you may have an increase in your blood sugar over the next two weeks. If your blood sugar does not return to your baseline, please contact your primary care provider.
8. NO HEAT TO THE INJECTION SITE for the next 24 hours including: bath or shower, heating pad, moist heat, and / or hot tubs.
9. May use ice pack to injection site for any pain or discomfort. Apply ice pack for 20 minutes then remove for 20 minutes before re- applying to site. (recipe for homemade frozen gel pack below)
10. DO NOT DRIVE OR OPERATE HEAVY MACHINERY UNTIL TOMORROW MORNING.
11. OK to resume all medications unless otherwise directed by your doctor.
12. Injection(s) may take up to two weeks until full effects are noted.
13. You may return to normal activity/ work the following day.
14. Please do not receive a flu or pneumonia vaccine until one week after your procedure.

*Homemade Frozen Gel Ice Pack:*
1 bottle of rubbing alcohol
3 bottles of water (use rubbing alcohol bottle to measure)
2 large zip lock bags

Instructions:
1. Pour alcohol and water into zip lock bag. Make sure bag is large enough to allow for expansion.
2. Try to get as much air out of the freezer bag before sealing it shut.
3. Place the bag and its contents inside a second freezer bag to contain any leakage.
4. Leave the bag in the freezer for at least one hour.
5. When it's ready, place a towel between the gel pack and bare skin to avoid burning the skin.

Electronically signed by Ngoc L. Nguyen, RN at 6/3/2021  8:26 AM

**Follow-up Information**

None

---

Generated on 7/9/21  2:26 PM                                              Page 120

**Lincoln/Lee 0407**

| | |
|---|---|
| HGVH PAIN MANAGEMENT<br>17000 Medical Center Dr<br>Baton Rouge LA 70816 | Lee, Katonia<br>MRN: 2325810, DOB:          Sex: F<br>Acct #: 72013298620<br>Adm: 6/3/2021 |

**06/03/2021 - Admission (Discharged) in The Grove - Pain Management (continued)**

**Follow-up Information (continued)**

**Patient Instructions**

Provider: **Ngoc L. Nguyen, RN**

1. Side effects may include: headache, restlessness at night, weakness to upper or lower extremities (arms or legs), flushing of the face and/ or neck. None are life threatening and will subside within 2-3 days.
2. If you have SEVERE headache with nausea and extreme pain, please call office (225-754-3278). Unless you usually have this type of migraine headache.
3. If you develop fever (greater than 101 F) or have any redness, swelling, or drainage at the injection site(s), please call off (225-754-3278). This may be a sign of infection.
4. If a rash or whelps (like hives) occur, please call the office (225-754-3278).
5. If you are a heart patient, please watch for symptoms such as swelling in your hands and feet and shortness of breath. If any of these symptoms occur, please notify your primary care/ heart doctor and go to the nearest emergency room.
6. If you have high blood pressure, you may experience an increase in your blood pressure over the next two weeks. Please continue to monitor your blood pressure and contact your primary care provider if your blood pressure does not return to baseline.
7. If you are a diabetic or you monitor your blood sugar, you may have an increase in your blood sugar over the next two weeks. If your blood sugar does not return to your baseline, please contact your primary care provider.
8. NO HEAT TO THE INJECTION SITE for the next 24 hours including: bath or shower, heating pad, moist heat, and / or hot tubs.
9. May use ice pack to injection site for any pain or discomfort. Apply ice pack for 20 minutes then remove for 20 minutes before re- applying to site. (recipe for homemade frozen gel pack below)
10. DO NOT DRIVE OR OPERATE HEAVY MACHINERY UNTIL TOMORROW MORNING.
11. OK to resume all medications unless otherwise directed by your doctor.
12. Injection(s) may take up to two weeks until full effects are noted.
13. You may return to normal activity/ work the following day.
14. Please do not receive a flu or pneumonia vaccine until one week after your procedure.

.

***Homemade Frozen Gel Ice Pack:***
1 bottle of rubbing alcohol
3 bottles of water (use rubbing alcohol bottle to measure)
2 large zip lock bags

Instructions:
1. Pour alcohol and water into zip lock bag. Make sure bag is large enough to allow for expansion.
2. Try to get as much air out of the freezer bag before sealing it shut.
3. Place the bag and its contents inside a second freezer bag to contain any leakage.
4. Leave the bag in the freezer for at least one hour.
5. When it's ready, place a towel between the gel pack and bare skin to avoid burning the skin.

**Lincoln/Lee 0408**

| | |
|---|---|
| NOMC SPECIALTY PHARMACY<br>OCHSNER, SOUTH SHORE REGION LA | Lee, Katonia<br>MRN: 2325810, DOB:          Sex: F<br>Enc. Date 6/3/2021 |

**06/03/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy**

**Diagnoses**

None.

-                                                                                                                                                                  -

**Problem List** as of 6/3/2021                                                                                          Date Reviewed: **5/25/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 4/21/2021 -<br>Present |
| **Bereavement** | ICD-10-CM: Z63.4<br>ICD-9-CM: V62.82 | | | 4/21/2021 -<br>Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04<br>ICD-9-CM: 307.42 | | | 4/21/2021 -<br>Present |
| **Sacroiliitis** | ICD-10-CM: M46.1<br>ICD-9-CM: 720.2 | | | 6/3/2021 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>4/5/2021 |

**Patient as-of Visit**

**Allergies** as of 6/3/2021

Allergies last reviewed by Ngoc L. Nguyen, RN on 6/3/2021 0814
No Known Allergies

**Lincoln/Lee 0409**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Enc. Date 6/3/2021

## 06/03/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy (continued)

**Patient as-of Visit (continued)**

**Immunizations** as of 6/3/2021

| Immunization | Administered On |
| --- | --- |
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021, 05/14/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 6/3/2021**

| | Disp | Refills | Start | End |
| --- | --- | --- | --- | --- |
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM | | | | |
| TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Fill Later | | | | |
| Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** | 60 tablet | 2 | 3/12/2021 | |
| Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **venlafaxine (EFFEXOR-XR) 37.5 MG 24 hr capsule** | 30 capsule | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 capsule (37.5 mg total) by mouth once daily. - Oral | | | | |
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Discontinued)** | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| Notes to Pharmacy: . | | | | |
| Reason for Discontinue: **Reorder** | | | | |

**Follow-up Information**

None

**Follow Up Call**

No data filed

**Lincoln/Lee 0410**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:                    Sex: F
Enc. Date 6/2/2021

**06/02/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy**

**Diagnoses**

None.

**Problem List** as of 6/2/2021                                                      Date Reviewed: **5/25/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 4/21/2021 -<br>Present |
| **Bereavement** | ICD-10-CM: Z63.4<br>ICD-9-CM: V62.82 | | | 4/21/2021 -<br>Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04<br>ICD-9-CM: 307.42 | | | 4/21/2021 -<br>Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>4/5/2021 |

**Patient as-of Visit**

**Allergies** as of 6/2/2021

Allergies last reviewed by Brandon L. Hicks, MD on 6/2/2021 1709
No Known Allergies

**Lincoln/Lee 0411**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Enc. Date 6/2/2021

### 06/02/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy (continued)

**Patient as-of Visit (continued)**

**Immunizations** as of 6/2/2021

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021, 05/14/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 6/2/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |

Monica H Fefie, LPN 12/31/2019 10:46 AM

Erica M. Coffey, RN 2/7/2019 10:49 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Fill Later | | | | |
| Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** | 60 tablet | 2 | 3/12/2021 | |
| Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily.  - Oral | | | | |
| Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **venlafaxine (EFFEXOR-XR) 37.5 MG 24 hr capsule** | 30 capsule | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 capsule (37.5 mg total) by mouth once daily. - Oral | | | | |
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Discontinued)** | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| Notes to Pharmacy: . | | | | |
| Reason for Discontinue: **Reorder** | | | | |

**Follow-up Information**

None

**Follow Up Call**

No data filed

**Lincoln/Lee 0412**

| NOMC SPECIALTY PHARMACY OCHSNER, SOUTH SHORE REGION LA | Lee, Katonia MRN: 2325810, DOB: Enc. Date 6/1/2021 | Sex: F |
|---|---|---|

### 06/01/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy

**Diagnoses**

None.

**Problem List** as of 6/1/2021                                                                                     Date Reviewed: **5/25/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 2/12/2018 - Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | | | 1/21/2019 - Present |
| **Elevated LFTs** | ICD-10-CM: R79.89 ICD-9-CM: 790.6 | | | 1/21/2019 - Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10 ICD-9-CM: 202.80 | | | 1/22/2019 - Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20 ICD-9-CM: 042 | | | 1/24/2019 - Present |
| **Lymphoma** | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | | | 2/11/2019 - Present |
| **Anemia** | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 2/26/2019 - Present |
| **Other chest pain** | ICD-10-CM: R07.89 ICD-9-CM: 786.59 | | | 2/26/2019 - Present |
| **Biliary obstruction** | ICD-10-CM: K83.1 ICD-9-CM: 576.2 | | | 4/30/2019 - Present |
| **HIV disease** | ICD-10-CM: B20 ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21 ICD-9-CM: 782.1 | | | 8/20/2019 - Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | | | 4/21/2021 - Present |
| **Bereavement** | ICD-10-CM: Z63.4 ICD-9-CM: V62.82 | | | 4/21/2021 - Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04 ICD-9-CM: 307.42 | | | 4/21/2021 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | | | 1/21/2019 - 1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | | | 1/21/2019 - 2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | | | 1/21/2019 - 1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 ICD-9-CM: 780.96 | | | 2/13/2019 - 2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 - 3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 ICD-9-CM: 112.0 | | | 2/27/2019 - 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9 ICD-9-CM: 780.60 | | | 2/28/2019 - 3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 5/25/2019 - 5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8 ICD-9-CM: 793.19 | | | 7/25/2019 - 4/5/2021 |

**Patient as-of Visit**

**Allergies** as of 6/1/2021

Allergies last reviewed by Deborah Wells, MA on 5/31/2021 1517
No Known Allergies

**Lincoln/Lee 0413**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Enc. Date 6/1/2021

### 06/01/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy (continued)

**Patient as-of Visit (continued)**

**Immunizations** as of 6/1/2021

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021, 05/14/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 6/1/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet**<br>Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | 30 tablet | 1 | 2/2/2019 | |

Monica H Fefie, LPN 12/31/2019 10:46 AM


Erica M. Coffey, RN 2/7/2019 10:49 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet**<br>Sig - Route: Take 1 tablet by mouth once daily. - Oral<br>Class: Fill Later<br>Prior authorization: Canceled - Other (The medication order is discontinued.) | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| **diclofenac (VOLTAREN) 50 MG EC tablet**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | 60 tablet | 2 | 3/12/2021 | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab**<br>Sig - Route: Take 1 tablet by mouth once daily.  - Oral<br>Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab**<br>Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | 90 tablet | 3 | 3/15/2020 | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL**<br>Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | 60 tablet | 1 | 4/22/2019 | |
| **venlafaxine (EFFEXOR-XR) 37.5 MG 24 hr capsule**<br>Sig - Route: Take 1 capsule (37.5 mg total) by mouth once daily. - Oral | 30 capsule | 1 | 5/25/2021 | 7/24/2021 |
| **zolpidem (AMBIEN) 5 MG Tab**<br>Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | 30 tablet | 1 | 5/25/2021 | 7/24/2021 |
| **amLODIPine (NORVASC) 10 MG tablet (Discontinued)**<br>Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral<br>Notes to Pharmacy: .<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |

**Follow-up Information**

None

**Follow Up Call**

No data filed

**Lincoln/Lee 0414**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Enc. Date 5/29/2021

### 05/29/2021 - Specialty Pharmacy in Main Campus - Specialty Pharmacy

**Reason for Visit**

**Refill Coordination**

**Diagnoses**

None.

- -

**Problem List** as of 5/29/2021                                      Date Reviewed: **5/25/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10 <br> ICD-9-CM: 401.9 | | | 2/12/2018 - Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90 <br> ICD-9-CM: 042, 202.80 | | | 1/21/2019 - Present |
| **Elevated LFTs** | ICD-10-CM: R79.89 <br> ICD-9-CM: 790.6 | | | 1/21/2019 - Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10 <br> ICD-9-CM: 202.80 | | | 1/22/2019 - Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20 <br> ICD-9-CM: 042 | | | 1/24/2019 - Present |
| **Lymphoma** | ICD-10-CM: C85.90 <br> ICD-9-CM: 202.80 | | | 2/11/2019 - Present |
| **Anemia** | ICD-10-CM: D64.9 <br> ICD-9-CM: 285.9 | | | 2/26/2019 - Present |
| **Other chest pain** | ICD-10-CM: R07.89 <br> ICD-9-CM: 786.59 | | | 2/26/2019 - Present |
| **Biliary obstruction** | ICD-10-CM: K83.1 <br> ICD-9-CM: 576.2 | | | 4/30/2019 - Present |
| **HIV disease** | ICD-10-CM: B20 <br> ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21 <br> ICD-9-CM: 782.1 | | | 8/20/2019 - Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23 <br> ICD-9-CM: 309.28 | | | 4/21/2021 - Present |
| **Bereavement** | ICD-10-CM: Z63.4 <br> ICD-9-CM: V62.82 | | | 4/21/2021 - Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04 <br> ICD-9-CM: 307.42 | | | 4/21/2021 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0 <br> ICD-9-CM: 276.51 | | | 1/21/2019 - 1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 <br> ICD-9-CM: 789.00 | | | 1/21/2019 - 2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 <br> ICD-9-CM: 536.2 | | | 1/21/2019 - 1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 <br> ICD-9-CM: 780.96 | | | 2/13/2019 - 2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 <br> ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 - 3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 <br> ICD-9-CM: 112.0 | | | 2/27/2019 - 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9 <br> ICD-9-CM: 780.60 | | | 2/28/2019 - 3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9 <br> ICD-9-CM: 285.9 | | | 5/25/2019 - 5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8 <br> ICD-9-CM: 793.19 | | | 7/25/2019 - 4/5/2021 |

**Patient as-of Visit**

**Allergies** as of 5/29/2021

**Lincoln/Lee 0415**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Enc. Date 5/29/2021

### 05/29/2021 - Specialty Pharmacy in Main Campus - Specialty Pharmacy (continued)

**Patient as-of Visit (continued)**

Allergies last reviewed by Danell B. Brice, NP on 5/25/2021 0732
No Known Allergies

**Immunizations** as of 5/29/2021

| Immunization | Administered On |
| --- | --- |
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021, 05/14/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 5/29/2021**

| | Disp | Refills | Start | End |
| --- | --- | --- | --- | --- |
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM<br>TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral<br>Class: Fill Later<br>Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** | 60 tablet | 2 | 3/12/2021 | |
| Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily.  - Oral<br>Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **venlafaxine (EFFEXOR-XR) 37.5 MG 24 hr capsule** | 30 capsule | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 capsule (37.5 mg total) by mouth once daily. - Oral | | | | |
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet** | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral<br>Notes to Pharmacy: . | | | | |

**Follow-up Information**

None

**Follow Up Call**

No data filed

**Lincoln/Lee 0416**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:                Sex: F
Enc. Date 5/29/2021

**05/29/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy**

**Diagnoses**

None.

**Problem List** as of 5/29/2021                                                       Date Reviewed: **5/25/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 4/21/2021 -<br>Present |
| **Bereavement** | ICD-10-CM: Z63.4<br>ICD-9-CM: V62.82 | | | 4/21/2021 -<br>Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04<br>ICD-9-CM: 307.42 | | | 4/21/2021 -<br>Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>4/5/2021 |

**Patient as-of Visit**

**Allergies** as of 5/29/2021

Allergies last reviewed by Danell B. Brice, NP on 5/25/2021 0732
No Known Allergies

**Lincoln/Lee 0417**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Enc. Date 5/29/2021

### 05/29/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy (continued)

**Patient as-of Visit (continued)**

**Immunizations** as of 5/29/2021

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021, 05/14/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 5/29/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM | | | | |
| TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Fill Later | | | | |
| Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** | 60 tablet | 2 | 3/12/2021 | |
| Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **venlafaxine (EFFEXOR-XR) 37.5 MG 24 hr capsule** | 30 capsule | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 capsule (37.5 mg total) by mouth once daily. - Oral | | | | |
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet** | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| Notes to Pharmacy: . | | | | |

**Follow-up Information**

None

**Follow Up Call**

No data filed

---

**Lincoln/Lee 0418**

ONLC INTERVENTIONAL PAIN MEDICINE
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:    Sex: F
Acct #: 72013062425
Enc. Date 5/28/2021

## 05/28/2021 - Appointment in O'Neal - Interventional Pain

**Appointment Status**

Provided (Appointment was completed)

**Diagnoses**

None.

-                                                                                                      -

**Problem List** as of 5/28/2021                                                Date Reviewed: **5/25/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 4/21/2021 -<br>Present |
| **Bereavement** | ICD-10-CM: Z63.4<br>ICD-9-CM: V62.82 | | | 4/21/2021 -<br>Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04<br>ICD-9-CM: 307.42 | | | 4/21/2021 -<br>Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>4/5/2021 |

**Patient as-of Visit**

**Allergies** as of 5/28/2021

**Lincoln/Lee 0419**

ONLC INTERVENTIONAL PAIN MEDICINE
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72013062425
Enc. Date 5/28/2021

## 05/28/2021 - Appointment in O'Neal - Interventional Pain (continued)

### Patient as-of Visit (continued)

Allergies last reviewed by Danell B. Brice, NP on 5/25/2021 0732
No Known Allergies

### Immunizations as of 5/28/2021

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021, 05/14/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

### Outpatient Medications at Start of Encounter as of 5/28/2021

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM | | | | |
| TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Fill Later | | | | |
| Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** | 60 tablet | 2 | 3/12/2021 | |
| Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily.  - Oral | | | | |
| Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **venlafaxine (EFFEXOR-XR) 37.5 MG 24 hr capsule** | 30 capsule | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 capsule (37.5 mg total) by mouth once daily. - Oral | | | | |
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Discontinued)** | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| Notes to Pharmacy: . | | | | |
| Reason for Discontinue: **Reorder** | | | | |

### Follow-up Information

None

### Follow Up Call

No data filed

**Lincoln/Lee 0420**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:
Enc. Date 5/27/2021

Sex: F

**05/27/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy**

**Diagnoses**

None.

**Problem List** as of 5/27/2021                                                                                    Date Reviewed: **5/25/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 4/21/2021 -<br>Present |
| **Bereavement** | ICD-10-CM: Z63.4<br>ICD-9-CM: V62.82 | | | 4/21/2021 -<br>Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04<br>ICD-9-CM: 307.42 | | | 4/21/2021 -<br>Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>4/5/2021 |

**Patient as-of Visit**

**Allergies** as of 5/27/2021

Allergies last reviewed by Danell B. Brice, NP on 5/25/2021 0732
No Known Allergies

---

Generated on 7/9/21  2:26 PM

**Lincoln/Lee 0421**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Enc. Date 5/27/2021

### 05/27/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy (continued)

**Patient as-of Visit (continued)**

**Immunizations** as of 5/27/2021

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021, 05/14/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 5/27/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral Class: Fill Later Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** | 60 tablet | 2 | 3/12/2021 | |
| Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **venlafaxine (EFFEXOR-XR) 37.5 MG 24 hr capsule** | 30 capsule | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 capsule (37.5 mg total) by mouth once daily. - Oral | | | | |
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Discontinued)** | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral Notes to Pharmacy: . Reason for Discontinue: **Reorder** | | | | |

**Follow-up Information**

None

**Follow Up Call**

No data filed

---

**Lincoln/Lee 0422**

ONLC PSYCHIATRY
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:
Acct #: 72013308243
Enc. Date 5/25/2021

Sex: F

## 05/25/2021 - Office Visit in O'Neal - Psychiatry

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **Depression, major, recurrent, moderate** - Primary | ICD-10-CM: F33.1<br>ICD-9-CM: 296.32 | |
| **Primary insomnia** | ICD-10-CM: F51.01<br>ICD-9-CM: 307.42 | |
| **Bereavement** | ICD-10-CM: Z63.4<br>ICD-9-CM: V62.82 | |
| **Anxiety disorder due to known physiological condition** | ICD-10-CM: F06.4<br>ICD-9-CM: 300.00 | |

**Problem List** as of 5/25/2021                                                                Date Reviewed: **5/25/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 4/21/2021 -<br>Present |
| **Bereavement** | ICD-10-CM: Z63.4<br>ICD-9-CM: V62.82 | | | 4/21/2021 -<br>Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04<br>ICD-9-CM: 307.42 | | | 4/21/2021 -<br>Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8 | | | 7/25/2019 - |

**Lincoln/Lee 0423**

ONLC PSYCHIATRY
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72013308243
Enc. Date 5/25/2021

## 05/25/2021 - Office Visit in O'Neal - Psychiatry (continued)

**Problem List (continued)** as of 5/25/2021                                    Date Reviewed: **5/25/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| — | ICD-9-CM: 793.19 | | | 4/5/2021 |

**Patient as-of Visit**

**Allergies** as of 5/25/2021

Allergies last reviewed by Danell B. Brice, NP on 5/25/2021 0732
No Known Allergies

**Immunizations** as of 5/25/2021

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021, 05/14/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 5/25/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral Class: Fill Later Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** | 60 tablet | 2 | 3/12/2021 | |
| Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily.  - Oral Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet** | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral Notes to Pharmacy: . | | | | |
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 0 | 5/6/2021 | 5/25/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral Class: Print | | | | |

**Ordered Medications**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| **venlafaxine (EFFEXOR-XR) 37.5 MG 24 hr capsule** | 30 capsule | 1 | 5/25/2021 | 7/24/2021 |
| Sig - Route: Take 1 capsule (37.5 mg total) by mouth once daily. - Oral | | | | |

**Outpatient Medication Detail**

**Lincoln/Lee 0424**

ONLC PSYCHIATRY
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72013308243
Enc. Date 5/25/2021

## 05/25/2021 - Office Visit in O'Neal - Psychiatry (continued)

**Outpatient Medication Detail (continued)**

| | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 1 | 5/25/2021 | 7/24/2021 | -- |

Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral
Sent to pharmacy as: zolpidem (AMBIEN) 5 MG Tab
Class: Normal
Order: 636364088
Date/Time Signed: 5/25/2021 08:04
E-Prescribing Status: **Receipt confirmed by pharmacy** (5/25/2021  8:05 AM CDT)

**Outpatient Medication Detail**

| | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| **venlafaxine (EFFEXOR-XR) 37.5 MG 24 hr capsule** | 30 capsule | 1 | 5/25/2021 | 7/24/2021 | -- |

Sig - Route: Take 1 capsule (37.5 mg total) by mouth once daily. - Oral
Sent to pharmacy as: venlafaxine (EFFEXOR-XR) 37.5 MG 24 hr capsule
Class: Normal
Order: 636364089
Date/Time Signed: 5/25/2021 08:04
E-Prescribing Status: **Receipt confirmed by pharmacy** (5/25/2021  8:05 AM CDT)

## Progress Notes

**Progress Notes by Danell B. Brice, NP at 5/25/2021  7:30 AM**

| | | |
|---|---|---|
| Author: Danell B. Brice, NP | Service: — | Author Type: Nurse Practitioner |
| Filed: 5/25/2021 10:23 AM | Encounter Date: 5/25/2021 | Creation Time: 5/25/2021  7:32 AM |
| Status: Signed | Editor: Danell B. Brice, NP (Nurse Practitioner) | |
| **Sensitive Note** | | |

### Outpatient Psychiatry Initial Visit (MD/NP)

*Disclaimer: Evaluation and treatment is based on information presented to date. Any new information may affect assessment and findings.*

The patient location is: home

Visit type: audiovisual

60 minutes of total time spent on the encounter, which includes face to face time and non-face to face time preparing to see the patient (eg, review of tests), Obtaining and/or reviewing separately obtained history, Documenting clinical information in the electronic or other health record, Independently interpreting results (not separately reported) and communicating results to the patient/family/caregiver, or Care coordination (not separately reported).

Each patient to whom he or she provides medical services by telemedicine is:  (1) informed of the relationship between the physician and patient and the respective role of any other health care provider with respect to management of the patient; and (2) notified that he or she may decline to receive medical services by telemedicine and may withdraw from such care at any time.

**Lincoln/Lee 0425**

ONLC PSYCHIATRY
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72013308243
Enc. Date 5/25/2021

**Progress Notes (continued)**

Progress Notes by Danell B. Brice, NP at 5/25/2021  7:30 AM (continued)

**Crisis Disclaimer: Patient was informed that due to the virtual nature of the visit, that if a crisis develops, protocols will be implemented to ensure patient safety, including but not limited to: 1) Initiating a welfare check with local Law Enforcement, 2) Calling 911/National Crisis Hotline, and/or 3) Initiating PEC/CEC procedures.**

*Note: I reviewed Epic EHR_"Encounters" Info for general background info.*

*PMP reviewed this date*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/06/2021 | 1 | 05/06/2021 | 05/06/2021 | Phentermine 37.5 Mg Tablet | | | | | |
| 30.00  30 | An Tar | 4594460 | Wal (5839) | 0/0 | | Private Pay | LA | | |
| 04/05/2021 | 1 | 04/05/2021 | 04/05/2021 | Zolpidem Tartrate 5 Mg Tablet | | | | | |
| 30.00  30 | Jo Nna | 1308998-012 | Och (3938) | 0/0 | 0.25 LME | Comm Ins | LA | | |
| 02/08/2021 | 1 | 02/04/2021 | 02/08/2021 | Oxycodone Hcl 5 Mg Tablet | | | | | |
| 60.00  30 | Je Kov | 2255788 | Wal (5839) | 0/0 | 15.00 MME | Comm Ins | LA | | |
| 02/05/2021 | 1 | 01/08/2021 | 02/06/2021 | Zolpidem Tartrate 5 Mg Tablet | | | | | |
| 30.00  30 | Je Kov | 4593722 | Wal (5839) | 1/1 | 0.25 LME | Comm Ins | LA | | |
| 01/08/2021 | 1 | 01/08/2021 | 01/08/2021 | Zolpidem Tartrate 5 Mg Tablet | | | | | |
| 30.00  30 | Je Kov | 4593722 | Wal (5839) | 0/1 | 0.25 LME | Comm Ins | LA | | |
| 01/08/2021 | 1 | 01/08/2021 | 01/08/2021 | Oxycodone Hcl 5 Mg Tablet | | | | | |
| 60.00  8 | Je Kov | 2255604 | Wal (5839) | 0/0 | 56.25 MME | Comm Ins | LA | | |
| 12/08/2020 | 1 | 12/08/2020 | 12/08/2020 | Zolpidem Tartrate 5 Mg Tablet | | | | | |
| 30.00  30 | Je Kov | 1294105-012 | Och (3938) | 0/1 | 0.25 LME | Comm Ins | LA | | |
| 12/08/2020 | 1 | 12/08/2020 | 12/08/2020 | Oxycodone Hcl 5 Mg Tablet | | | | | |
| 60.00  8 | Je Kov | 1294104-012 | Och (3938) | 0/0 | 56.25 MME | Comm Ins | LA | | |
| 11/12/2020 | 1 | 11/12/2020 | 11/13/2020 | Zolpidem Tartrate 5 Mg Tablet | | | | | |
| 30.00  30 | Je Kov | 4593411 | Wal (5839) | 0/1 | 0.25 LME | Comm Ins | LA | | |
| 11/12/2020 | 1 | 11/12/2020 | 11/13/2020 | Oxycodone Hcl 5 Mg Tablet | | | | | |
| 60.00  8 | Je Kov | | | | | | | | |

5/25/2021

Katonia Lee, a 51 y.o. female, presenting for initial evaluation visit. Met with patient.

**Reason for Encounter:** Consult from dr. Harris.  " depression and anxiety"

**History of Present Illness:** Patient previously seen by Dr. Larzelere, PHD for therapy.
On 4/21 was noted:

First diagnosed with depression  over 3 years.  " started after her mother passed away"
Was not treated with medication, no therapy until recently. Has tried celexa in the past with limited response

Diagnosed with cancer; HIV

Verbalizes depressed mood most of the day, nearly every day; anhedonia; changes in sleep " I can't sleep"  ;loss of energy, mental and emotional fatigue; " I cry every day all day"  diminished ability to concentrate. Psychomotor retardation almost every day;  not wanting to get out of bed.

**Lincoln/Lee 0426**

ONLC PSYCHIATRY
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72013308243
Enc. Date 5/25/2021

**Progress Notes (continued)**

**Progress Notes by Danell B. Brice, NP at 5/25/2021  7:30 AM (continued)**

On scale from 0-10, with 0 being no depression and 10 being very depressed and need for hospitalization, patient verbalizes 4-5.
Denies suicidal ideations. Denies hx of self harm

Anxiety: " feel scared all of the time" Verbalizes excessive anxiety and worry, occurring every day for over 6 months. Worries about " everything"  Patient finds it difficult to control the worry; constantly feels on edge; easily fatigued; has difficulty concentrating; irritability; muscle tension; difficulty falling asleep and sleep is not restorative.

Anxiety has caused significant impairment in social and occupational functioning

She was diagnosed with cancer in 2018, she is in chronic pain.  Was in pain management, previously for lower back pain.  She is having injections for her back in June.

Insomnia: difficulty with initiation, and maintenance  She was previously taking ambien which helped her.

She is in constant pain, and " I am constantly worrying about everything"

Currently not taking any medication for depression/anxiety

WORLD   - DLROW
Proverb interpretation: people in glass house shouldn't throw stone " people should not judge others"
Identifies pen, paper, phone
Able to repeat, " no if ands or buts"

Denies suicidal or homicidal ideations; denies self-injury, cutting or burning

**Symptom Clusters**:
  **Depressive Disorder:**REPORTS depressed mood, appetite/weight change, sleep
                     change, tired/fatigued, concentration problems.
    **Anxiety Disorder:**hyperarousal symptoms, fatigue, muscle tension, sleep
                     problems, concentration problems, excessive worry.
      **Manic Disorder:**DENIES none.
  **Psychotic Disorder:**DENIES none.
       **Substance Use:**DENIES none.
    **Physical or Sexual**DENIES none.
                **Abuse:**

**Review Of Systems:**

Review of Systems
Constitutional: Positive for fatigue. Negative for activity change, appetite change and unexpected weight change.
HENT: Negative.
Eyes: Negative.  Negative for visual disturbance.
Respiratory: Negative.
Cardiovascular: Positive for leg swelling.
Gastrointestinal: Positive for constipation. Negative for diarrhea and nausea.

Generated on 7/9/21  2:26 PM                                                          Page 140

**Lincoln/Lee 0427**

ONLC PSYCHIATRY
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72013308243
Enc. Date 5/25/2021

## Progress Notes (continued)

**Progress Notes by Danell B. Brice, NP at 5/25/2021  7:30 AM (continued)**

Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Positive for back pain, gait problem, joint swelling, neck pain and neck stiffness.
   **Painful ambulation**
Skin: Negative.  Negative for color change.
Allergic/Immunologic: Negative.  Negative for food allergies.
Neurological: Positive for headaches. Negative for dizziness, tremors, seizures, speech difficulty, weakness and light-headedness.
Psychiatric/Behavioral: Positive for dysphoric mood and sleep disturbance. Negative for agitation, behavioral problems, confusion, decreased concentration, hallucinations, self-injury and suicidal ideas. The patient is nervous/anxious. The patient is not hyperactive.

**Current Evaluation:**

**Constitutional**

Vitals:Most recent vital signs, dated less than 90 days prior to this appointment, were reviewed.

Last 3 sets of Vitals

| Vitals - 1 value per visit | 4/21/2021 | 5/3/2021 | 5/14/2021 |
|---|---|---|---|
| SYSTOLIC | 160 | 118 | 136 |
| DIASTOLIC | 102 | 76 | 88 |
| PULSE | 87 | 96 | 76 |
| TEMPERATURE | - | 98.2 | 97.3 |
| RESPIRATIONS | - | 18 | 18 |
| SPO2 | - | 99 | 99 |
| Weight (lb) | 188.49 | 188.05 | - |
| Weight (kg) | 85.5 | 85.3 | - |
| HEIGHT | 5' 1" | 5' 1" | - |
| BODY MASS INDEX | 35.62 | 35.53 | - |
| VISIT REPORT | - | - | - |
| Pain Score | 6 | 5 | 0 |

Some recent data might be hidden

General:unremarkable, age appropriate, casually dressed, neatly groomed, lying in bed

**Musculoskeletal**

 Muscle Strength/Tone:not examined
   Gait & Station:non-ataxic, pain with ambulation

**Psychiatric**

   Speech:no latency; no press

---

Generated on 7/9/21  2:26 PM

**Lincoln/Lee 0428**

ONLC PSYCHIATRY
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72013308243
Enc. Date 5/25/2021

**Progress Notes (continued)**

**Progress Notes by Danell B. Brice, NP at 5/25/2021  7:30 AM (continued)**

Mood & Affect:depressed
congruent and appropriate, blunted
Thought Process:normal and logical, abstract, goal-directed
Associations:intact
Thought Content:normal, no suicidality, no homicidality, delusions, or paranoia
Insight:intact, has awareness of illness
Judgement:behavior is adequate to circumstances, age appropriate
Orientation:grossly intact, person, place, situation, time/date, day of week,
month of year, year
Memory:intact for content of interview, memory >3 objects at five mins
Language:grossly intact, able to name, able to repeat
Attention Span &able to focus
Concentration:
Fund of Knowledge:intact and appropriate to age and level of education, familiar with
aspects of current personal life

**Relevant Elements of Neurological Exam:** normal gait

**Psychiatric history:**   psychotropic management by PCP and has participated in counseling/psychotherapy on an outpatient basis in the past

**Previous Suicide Attempt:** denies

**Previous Psychotropic Medications: celexa**

**Medical history:**
Diagnosis
- Essential hypertension
- Lymphoma related to acquired immunodeficiency syndrome (AIDS)
- Elevated LFTs
- B-cell lymphoma
- AIDS (acquired immune deficiency syndrome)
- Lymphoma
- Anemia
- Other chest pain
- Biliary obstruction
- HIV disease
- Rash
- Adjustment disorder with mixed anxiety and depressed mood
- Bereavement
- Psychophysiological insomnia

Has B Cell lymphoma

**Family history of psychiatric illness: denies**

**Social history (marriage, employment, etc.):**  " i'm not able to work, I last worked November of 2018" Katonia Lee lives with her father and 21 year old daughter in Centreville, MS.  She is a former Wal Mart store manager (not working currently due to health considerations, on disability). Katonia Lee has been married 2x (currently separated

Generated on 7/9/21  2:26 PM

Page 142

**Lincoln/Lee 0429**

| ONLC PSYCHIATRY | Lee, Katonia | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 2325810, DOB: | Sex: F |
| | Acct #: 72013308243 | |
| | Enc. Date 5/25/2021 | |

### Progress Notes (continued)

**Progress Notes by Danell B. Brice, NP at 5/25/2021  7:30 AM (continued)**

from 2nd husband due to his infidelity. They were married 15 years. She 2 adult children. Her 28 year old son lives in Baton Rouge and works at Exxon. She has 3 sisters and 1 brother. They are a very close family.  The patient reports good social support from her father, daughter, and sisters.  Katonia Lee is an active member of the Baptist faith.  Katonia Lee's hobbies include spending time with family.

**Additional stressors:**  Mother died in 2019 just before patient was diagnosed with cancer- patient was very close to her mother

Mother's twin sister died of COVID-19 a few weeks ago

Financial strain (helping father since mother died- decreased income

*Close to sister and Aunt*

**Legal:denies**

**History of Physical or Sexual Abuse:** denies history or current physical/sexual abuse

**Support System:** family

**Substance Abuse History:**

**ETOH Use:**    No
**Tobacco Use:** No
**Illicit Drug Use:**  No
**Prescription Misuse:**No
**Caffeine:** 1-2 servings/day, AM and PM
**Exercise:**The patient engages in little, if any physical activity. The patient engaged in regular activity prior to illness (walking and Zumba)

**Laboratory Data**
**Lab Visit on 05/03/2021**

| Component | Date | Value | Ref Range | Status |
|---|---|---|---|---|
| • Cholesterol | 05/03/2021 | 158 | 120 - 199 mg/dL | Final |
| • Triglycerides | 05/03/2021 | 66 | 30 - 150 mg/dL | Final |
| • HDL | 05/03/2021 | 63 | 40 - 75 mg/dL | Final |
| • LDL Cholesterol | 05/03/2021 | 81.8 | 63 - 159 mg/dL | Final |
| • HDL/Cholesterol Ratio | 05/03/2021 | 39.9 | 20.0 - 50.0 % | Final |
| • Total Cholesterol/HDL Ratio | 05/03/2021 | 2.5 | 2.0 - 5.0 | Final |
| • Non-HDL Cholesterol | 05/03/2021 | 95 | mg/dL | Final |

**Medications**
**Outpatient Encounter Medications as of 5/25/2021**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • allopurinol (ZYLOPRIM) 300 MG tablet | Take 1 tablet (300 mg total) by mouth once daily. | 30 tablet | 1 |
| • amLODIPine (NORVASC) 10 MG tablet | Take 1 tablet (10 mg total) by mouth once daily. | 30 tablet | 0 |
| • bictegrav-emtricit-tenofov ala | Take 1 tablet by | 90 tablet | 1 |

Generated on 7/9/21  2:26 PM

**Lincoln/Lee 0430**

ONLC PSYCHIATRY
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:
Acct #: 72013308243
Enc. Date 5/25/2021

Sex: F

## Progress Notes (continued)

**Progress Notes by Danell B. Brice, NP at 5/25/2021  7:30 AM (continued)**

(BIKTARVY) 50-200-25 mg per  mouth once daily.
tablet

| Medication | Instructions | Quantity | Refills |
|---|---|---|---|
| • diclofenac (VOLTAREN) 50 MG EC tablet | Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). | 60 tablet | 2 |
| • ferrous gluconate 324 mg (37.5 mg iron) Tab | Take 1 tablet by mouth once daily. | | |
| • hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab | Take 1 tablet (12.5 mg total) by mouth once daily. | 90 tablet | 3 |
| • ondansetron (ZOFRAN-ODT) 8 MG TbDL | Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). | 60 tablet | 1 |
| • venlafaxine (EFFEXOR-XR) 37.5 MG 24 hr capsule | Take 1 capsule (37.5 mg total) by mouth once daily. | 30 capsule | 1 |
| • zolpidem (AMBIEN) 5 MG Tab | Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). | 30 tablet | 1 |
| • [DISCONTINUED] zolpidem (AMBIEN) 5 MG Tab | Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). | 30 tablet | 0 |

No facility-administered encounter medications on file as of 5/25/2021.

**Assessment – Diagnosis – Goals:**

**Impression:**

**Encounter Diagnoses**

| Name | Primary? |
|---|---|
| • Primary insomnia | |
| • Depression, major, recurrent, moderate | Yes |
| • Bereavement | |
| • Anxiety disorder due to known physiological condition | |

**Strengths and Liabilities:** Strength: Patient accepts guidance/feedback, Strength: Patient is expressive/articulate., Strength: Patient is intelligent., Strength: Patient is motivated for change., Strength: Patient has positive support network., Strength: Patient has reasonable judgment., Strength: Patient is stable., Liability: Patient has poor health., Liability: Patient lacks coping skills.

**Lincoln/Lee 0431**

ONLC PSYCHIATRY
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72013308243
Enc. Date 5/25/2021

**Progress Notes (continued)**

Progress Notes by Danell B. Brice, NP at 5/25/2021  7:30 AM (continued)

**Treatment Goals:**  Specify outcomes written in observable, behavioral terms:
Anxiety: reducing negative automatic thoughts, reducing physical symptoms of anxiety and reducing time spent worrying (<30 minutes/day)
Depression: increasing energy, increasing interest in usual activities, increasing motivation, reducing fatigue and reducing negative automatic thoughts

**Treatment Plan/Recommendations:**
- Medication Management: Continue current medications. The risks and benefits of medication were discussed with the patient.
- The treatment plan and follow up plan were reviewed with the patient.
- Start effexor xr 37.5 mg x 4 days , then increase to 75 mg
- ambien 5 mg prn hs
- Referred to sleep clinic

**Depression, major, recurrent, moderate**
- venlafaxine (EFFEXOR-XR) 37.5 MG 24 hr capsule; Take 1 capsule (37.5 mg total) by mouth once daily. Dispense: 30 capsule; Refill: 1

**Primary insomnia**
- zolpidem (AMBIEN) 5 MG Tab; Take 1 tablet (5 mg total) by mouth nightly as needed (sleep).  Dispense: 30 tablet; Refill: 1
- Ambulatory referral/consult to Sleep Disorders; Future; Expected date: 06/01/2021

**Bereavement**
- venlafaxine (EFFEXOR-XR) 37.5 MG 24 hr capsule; Take 1 capsule (37.5 mg total) by mouth once daily. Dispense: 30 capsule; Refill: 1

**Anxiety disorder due to known physiological condition**
- venlafaxine (EFFEXOR-XR) 37.5 MG 24 hr capsule; Take 1 capsule (37.5 mg total) by mouth once daily. Dispense: 30 capsule; Refill: 1

.

**Return to Clinic:** 1 week

**Reviewed pathophysiology of depression and anxiety. Discussed rationale behind treatment. Reviewed treatment options, including medication and psychotherapy. Reviewed pharmacology including onset of action, dosing, side effects, adverse reactions and duration of therapy (6-12 months).  Discussed the need to stay on medication if it is effective and not discontinue after a few weeks due to the probability of relapse.**

*Pt expressed appreciation for the visit today and did not have further question at this time though pt  was still informed to:*

Call / Walk In if problems.

Call Report Side Effects to Psyc MD

Encouraged to follow up with primary care / Gen Med MD for continued monitoring of general health and wellness.

Call 911  Or go to ER if Acute Concerns (*especially if any thoughts of harm to self or other*).

**Lincoln/Lee 0432**

ONLC PSYCHIATRY
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72013308243
Enc. Date 5/25/2021

**Progress Notes (continued)**

**Progress Notes by Danell B. Brice, NP at 5/25/2021  7:30 AM (continued)**

Understanding was expressed; and no further concerns nor questions were raised at this time.


Electronically signed by Danell B. Brice, NP on 5/25/2021 10:23 AM


- -

**Follow-up and Disposition History**

05/25/2021 1023 - Danell B. Brice, NP

| Dispositions: | • Follow up in about 2 weeks (around 6/8/2021), or if symptoms worsen or fail to improve, for medication management, assess new medication. |
|---|---|

**Follow-up Information**

None

**Follow Up Call**

No data filed

**Lincoln/Lee 0433**

| NOMC RETAIL PHARMACY - JEFF HWY OCHSNER, SOUTH SHORE REGION LA | Lee, Katonia MRN: 2325810, DOB: Enc. Date 5/24/2021 | Sex: F |
|---|---|---|

### 05/24/2021 - Pharmacy Visit in Jeff Hwy-Pharmacy and Wellness

**Diagnoses**

None.

---

**Problem List** as of 5/24/2021                                                      Date Reviewed: **5/19/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 2/12/2018 - Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | | | 1/21/2019 - Present |
| **Elevated LFTs** | ICD-10-CM: R79.89 ICD-9-CM: 790.6 | | | 1/21/2019 - Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10 ICD-9-CM: 202.80 | | | 1/22/2019 - Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20 ICD-9-CM: 042 | | | 1/24/2019 - Present |
| **Lymphoma** | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | | | 2/11/2019 - Present |
| **Anemia** | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 2/26/2019 - Present |
| **Other chest pain** | ICD-10-CM: R07.89 ICD-9-CM: 786.59 | | | 2/26/2019 - Present |
| **Biliary obstruction** | ICD-10-CM: K83.1 ICD-9-CM: 576.2 | | | 4/30/2019 - Present |
| **HIV disease** | ICD-10-CM: B20 ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21 ICD-9-CM: 782.1 | | | 8/20/2019 - Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | | | 4/21/2021 - Present |
| **Bereavement** | ICD-10-CM: Z63.4 ICD-9-CM: V62.82 | | | 4/21/2021 - Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04 ICD-9-CM: 307.42 | | | 4/21/2021 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | | | 1/21/2019 - 1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | | | 1/21/2019 - 2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | | | 1/21/2019 - 1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 ICD-9-CM: 780.96 | | | 2/13/2019 - 2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 - 3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 ICD-9-CM: 112.0 | | | 2/27/2019 - 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9 ICD-9-CM: 780.60 | | | 2/28/2019 - 3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 5/25/2019 - 5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8 ICD-9-CM: 793.19 | | | 7/25/2019 - 4/5/2021 |

---

**Patient as-of Visit**

---

**Allergies** as of 5/24/2021

Allergies last reviewed by Michele M. Larzelere, PhD on 5/19/2021 0840
No Known Allergies

---

**Lincoln/Lee 0434**

NOMC RETAIL PHARMACY - JEFF HWY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Enc. Date 5/24/2021

### 05/24/2021 - Pharmacy Visit in Jeff Hwy-Pharmacy and Wellness (continued)

**Patient as-of Visit (continued)**

**Immunizations** as of 5/24/2021

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021, 05/14/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 5/24/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral Class: Fill Later Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** | 60 tablet | 2 | 3/12/2021 | |
| Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily.  - Oral Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Discontinued)** | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral Notes to Pharmacy: . Reason for Discontinue: **Reorder** | | | | |
| **zolpidem (AMBIEN) 5 MG Tab (Discontinued)** | 30 tablet | 0 | 5/6/2021 | 5/25/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral Class: Print | | | | |

**Follow-up Information**

None

**Follow Up Call**

No data filed

**Lincoln/Lee 0435**

NOMC CANPSYCH BENSON
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 12048708851
Enc. Date 5/19/2021

### 05/19/2021 - Office Visit in Benson CancerCtr Psychiatry 3rd Fl

**Reason for Visit**

Adaptation To Disease And
Treatment
Anxiety
Depression
Insomnia

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **Adjustment disorder with mixed anxiety and depressed mood**   - Primary | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | |

**Problem List** as of 5/19/2021          Date Reviewed: **5/19/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 2/12/2018 - Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | | | 1/21/2019 - Present |
| **Elevated LFTs** | ICD-10-CM: R79.89 ICD-9-CM: 790.6 | | | 1/21/2019 - Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10 ICD-9-CM: 202.80 | | | 1/22/2019 - Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20 ICD-9-CM: 042 | | | 1/24/2019 - Present |
| **Lymphoma** | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | | | 2/11/2019 - Present |
| **Anemia** | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 2/26/2019 - Present |
| **Other chest pain** | ICD-10-CM: R07.89 ICD-9-CM: 786.59 | | | 2/26/2019 - Present |
| **Biliary obstruction** | ICD-10-CM: K83.1 ICD-9-CM: 576.2 | | | 4/30/2019 - Present |
| **HIV disease** | ICD-10-CM: B20 ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21 ICD-9-CM: 782.1 | | | 8/20/2019 - Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | | | 4/21/2021 - Present |
| **Bereavement** | ICD-10-CM: Z63.4 ICD-9-CM: V62.82 | | | 4/21/2021 - Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04 ICD-9-CM: 307.42 | | | 4/21/2021 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | | | 1/21/2019 - 1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | | | 1/21/2019 - 2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | | | 1/21/2019 - 1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 ICD-9-CM: 780.96 | | | 2/13/2019 - 2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 - 3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 ICD-9-CM: 112.0 | | | 2/27/2019 - 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9 ICD-9-CM: 780.60 | | | 2/28/2019 - 3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 5/25/2019 - 5/26/2019 |

**Lincoln/Lee 0436**

NOMC CANPSYCH BENSON
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:         Sex: F
Acct #: 12048708851
Enc. Date 5/19/2021

## 05/19/2021 - Office Visit in Benson CancerCtr Psychiatry 3rd Fl (continued)

**Problem List (continued)** as of 5/19/2021                                    Date Reviewed: **5/19/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| — RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>4/5/2021 |

**Patient as-of Visit**

**Allergies** as of 5/19/2021

Allergies last reviewed by Michele M. Larzelere, PhD on 5/19/2021 0840
No Known Allergies

**Immunizations** as of 5/19/2021

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021, 05/14/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 5/19/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet**<br>Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | 30 tablet | 1 | 2/2/2019 | |

    Monica H Fefie, LPN 12/31/2019 10:46 AM

    Erica M. Coffey, RN 2/7/2019 10:49 AM
    TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet**<br>Sig - Route: Take 1 tablet by mouth once daily. - Oral<br>Class: Fill Later<br>Prior authorization: Canceled - Other (The medication order is discontinued.) | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| **diclofenac (VOLTAREN) 50 MG EC tablet**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | 60 tablet | 2 | 3/12/2021 | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab**<br>Sig - Route: Take 1 tablet by mouth once daily. - Oral<br>Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab**<br>Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | 90 tablet | 3 | 3/15/2020 | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL**<br>Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | 60 tablet | 1 | 4/22/2019 | |
| **amLODIPine (NORVASC) 10 MG tablet**<br>Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral<br>Notes to Pharmacy: . | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| **zolpidem (AMBIEN) 5 MG Tab**<br>Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral<br>Class: Print | 30 tablet | 0 | 5/6/2021 | 5/25/2021 |

## Progress Notes

**Progress Notes by Michele M. Larzelere, PhD at 5/19/2021  8:00 AM**

| Author: Michele M. Larzelere, PhD | Service: — | Author Type: Physician |
|---|---|---|
| Filed: 5/19/2021 11:38 AM | Encounter Date: 5/19/2021 | Creation Time: 5/19/2021  9:10 AM |
| Status: Signed | Editor: Michele M. Larzelere, PhD (Physician) | |
| **Sensitive Note** | | |

**Lincoln/Lee 0437**

NOMC CANPSYCH BENSON
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 12048708851
Enc. Date 5/19/2021

## Progress Notes (continued)

**Progress Notes by Michele M. Larzelere, PhD at 5/19/2021  8:00 AM (continued)**

**Telemedicine PSYCHO-ONCOLOGY NOTE/ Individual Psychotherapy
(patient not on premises due to COVID-19 restrictions)**

Consultation started: 5/19/2021 at 9:10 AM
The chief complaint leading to consultation is: adaptation to disease and treatment, depression, anxiety
The patient location is: Patient home in MS (Provider licensed in MS)
Virtual visit with synchronous audio and video
Patient alone at the time of consultation

Each patient provided medical services by telemedicine is:  (1) informed of the relationship between the physician and patient and the respective role of any other health care provider with respect to management of the patient; and (2) notified that he or she may decline to receive medical services by telemedicine and may withdraw from such care at any time.

**Crisis Disclaimer: Patient was informed that due to the virtual nature of the visit, that if a crisis develops, protocols will be implemented to ensure patient safety, including but not limited to: 1) Initiating a welfare check with local Law Enforcement, 2) Calling 911/National Crisis Hotline, and/or 3) Initiating PEC/CEC procedures.**

**Date**: 5/19/2021          **Site of therapist**:  Jefferson Highway

**Therapeutic Intervention:** Met with patient.  Outpatient - Behavior modifying psychotherapy 45 min - CPT code 90834

**Referring provider:**

**Chief complaint/reason for encounter:** depression, anxiety and sleep
Met with patient to evaluate psychosocial adaptation to survivorship of DLBCL

Patient was last seen by me on 4/21/2021

**Objective:**

Katonia Lee arrived promptly for the session.  Ms. Lee was independently ambulatory at the time of session. The patient was fully cooperative throughout the session.
Appearance: age appropriate, casually  dressed, adequately  groomed
Behavior/Cooperation: friendly and cooperative
Speech: normal in rate and tone and appropriate quality, quantity and organization of sentences; somewhat slowed speech
Mood: anxious, depressed
Affect: profusely tearful, dysphoric
Thought Process: goal-directed, logical
Thought Content: normal,  No delusions or paranoia; did not appear to be responding to internal stimuli during the session
Orientation: grossly intact
Memory: Grossly intact
Attention Span/Concentration: Attends to session without distraction; reports no difficulty
Fund of Knowledge: average
Estimate of Intelligence: average from verbal skills and history
Cognition: grossly intact
Insight: patient has awareness of illness; good insight into own behavior and behavior of others
Judgment: the patient's behavior is adequate to circumstances

**Lincoln/Lee 0438**

NOMC CANPSYCH BENSON
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 12048708851
Enc. Date 5/19/2021

**Progress Notes (continued)**

Progress Notes by Michele M. Larzelere, PhD at 5/19/2021  8:00 AM (continued)

**Interval history and content of current session:** Patient discussed events and activities since the time of last visit. Discussed current adaptation to disease and treatment status. Reports to be coping with significant difficulty. SIGNIFICANT INCREASE IN ANXIETY AND DEPRESSION SINCE LAST VISIT. Patient describes increased financial concerns due to end of LTD (is on SSDI) and a delay in getting her pain procedure due to need for second COVID vaccination. She is worried that her pain will never be under better control ("tried 2 things" without benefit). Hopeless/helpless thoughts. SHe is worried she will never return to normal functioning and will not be able to care for herself in the future (although she can, with extreme effort, now). Driving, cleaning, cooking all difficult. She "thought it would have gone away by now." She struggles to accept assistance from others. Insomnia is worsening her anxiety and depression (out of Ambien since early May).  Evaluated cognitive response, paying particular attention to negative intrusive thoughts of a persistent and detrimental nature. Thoughts of this type are in evidence with severe distress. Identified and evaluated psychosocial and environmental stressors secondary to diagnosis and treatment.

Focused on providing cognitive behavioral therapy to address negative cognitions. Examined proactive behaviors that may be implemented to minimize or ameliorate psychosocial stressors secondary to diagnosis and treatment. Has been working to improve sleep hygiene. Has not done relaxation training exercises (using reading prior to bed to relax). Up at 6 am, early light encouraged, most of day reclining due to pain (denies naps)

   **Risk parameters:**  Patient reports no suicidal ideation
Patient reports no homicidal ideation
Patient reports no self-injurious behavior
Patient reports no violent behavior
   **Safety needs:**  None at this time

   **Verbal deficits:** None

   **Patient's response to intervention:**The patient's response to intervention is accepting, defeated.

   **Progress toward goals and other mental status changes:**
The patient's progress toward goals is fair .

   **Progress to date:**Progress - Ongoing, but Slow

   **Goals from last visit:** Attempted, partially met

   **Patient reported outcomes:**

   **Distress Thermometer:**
**Distress Score**
Distress Score: 8

| Practical Problems | Physical Problems |
|---|---|
| Child Care: No | Appearance: No |
| Housing: No | Bathing / Dressing: No |
| Insurance / Financial: Yes | Breathing: No |
| Transportation: No | Changes in Urination: Yes |
| Work / School: No | Constipation: No |
| Treatment Decisions: Yes | Diarrhea: No |
| | Eating: Yes |
| **Family Problems** | Fatigue: No |
| Dealing with Children: Yes | Feeling Swollen: Yes |

**Lincoln/Lee 0439**

NOMC CANPSYCH BENSON
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:                Sex: F
Acct #: 12048708851
Enc. Date 5/19/2021

**Progress Notes (continued)**

Progress Notes by Michele M. Larzelere, PhD at 5/19/2021  8:00 AM (continued)

| | |
|---|---|
| Dealing with Partner: No | Fevers: No |
| Ability to Have Children: No | Getting Around: Yes |
| | Indigestion: No |
| | Memory / Concentration: Yes |
| **Emotional Problems** | Mouth Sores: No |
| Depression: Yes | Nausea: Yes |
| Fears: Yes | Nose Dry / Congested: No |
| Nervousness: Yes | Pain: Yes |
| Sadness: Yes | Sexual: Yes |
| Worry: Yes | Skin Dry / Itchy: No |
| Loss of Interest in Usual Activities: Yes | Sleep: Yes |
| | Substance Abuse: No |
| **Spiritual/Religions Concerns** | Tingling in Hands / Feet: No |
| Spritual / Religious Concerns: No | |

**Other Problems**
Other Problems:: Crying often, no longer
want to be around people, feeling
incompetent

**PHQ-9= Initial visit:** 10

**PHQ ANSWERS**

**Q1.** Little interest or pleasure in doing things: Nearly every day (05/18/21 1939)
**Q2.** Feeling down, depressed, or hopeless: More than half the days (05/18/21 1939)
**Q3.** Trouble falling or staying asleep, or sleeping too much: Nearly every day (05/18/21 1939)
**Q4.** Feeling tired or having little energy: More than half the days (05/18/21 1939)
**Q5.** Poor appetite or overeating: More than half the days (05/18/21 1939)
**Q6.** Feeling bad about yourself - or that you are a failure or have let yourself or your family down: Several days (05/18/21 1939)
**Q7.** Trouble concentrating on things, such as reading the newspaper or watching television: Nearly every day (05/18/21 1939)
**Q8.** Moving or speaking so slowly that other people could have noticed. Or the opposite - being so fidgety or restless that you have been moving around a lot more than usual: More than half the days (05/18/21 1939)
**Q9.** Thoughts that you would be better off dead, or of hurting yourself in some way: Not at all (05/18/21 1939)

**PHQ8 Score : 18 (05/18/21 1939)**
**PHQ-9 Total Score: 18 (05/18/21 1939)**

**GAD-7= Initial visit:** 10

| GAD7 | 5/18/2021 |
|---|---|
| **1. Feeling nervous, anxious, or on edge?** | 2 |
| **2. Not being able to stop or control worrying?** | 2 |
| **3. Worrying too much about different things?** | 2 |
| **4. Trouble relaxing?** | 3 |
| **5. Being so restless that it is hard to sit still?** | 2 |
| **6. Becoming easily annoyed or irritable?** | 2 |
| **7. Feeling afraid as if something awful might happen?** | 2 |

**Lincoln/Lee 0440**

NOMC CANPSYCH BENSON
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 12048708851
Enc. Date 5/19/2021

**Progress Notes (continued)**

Progress Notes by Michele M. Larzelere, PhD at 5/19/2021  8:00 AM (continued)

**GAD-7 Score**                              15

**Client Strengths:** verbal, intelligent, successful, good social support, good insight, commitment to wellness, strong faith, strong cultural traditions

**Treatment Plan:** individual psychotherapy and consult psychiatrist for medication evaluation
- **Target symptoms:** depression, anxiety , grief, Insomnia
- **Why chosen therapy is appropriate versus another modality:** relevant to diagnosis, patient responds to this modality, evidence based practice
- **Outcome monitoring methods:** self-report, observation, checklist/rating scale
- **Therapeutic intervention type:** behavior modifying psychotherapy
- **Prognosis:** Good

**Behavioral goals:**
Exercise:
Stress management:  Find a daily distractor activity (learn a new skill, watch a show) that doesn't require physical activity
Social engagement:
Nutrition:
Smoking Cessation:
Therapy: relaxation training exercises daily- esp prior to bed
      Continue sleep hygiene improvement
      Here and now focus when "what if" worries start
      Call psychiatry department for visit

**Return to clinic:** 2 weeks

**Length of Service (minutes direct face-to-face contact):** 45

|     |                                                              | ICD-10-CM | ICD-9-CM |
| --- | ------------------------------------------------------------ | --------- | -------- |
| 1.  | **Adjustment disorder with mixed anxiety and depressed mood** | **F43.23** | **309.28** |

**Michele Larzelere, PhD**
**LA License #820**
**MS License #61 1074**

Electronically signed by Michele M. Larzelere, PhD on 5/19/2021 11:38 AM

**Follow-up Information**

None

**Follow Up Call**

No data filed

**Lincoln/Lee 0441**

| BRCC HEMATOLOGY ONCOLOGY OCHSNER, BATON ROUGE REGION LA | Lee, Katonia MRN: 2325810, DOB: Enc. Date 5/14/2021 | Sex: F |
|---|---|---|

### 05/14/2021 - Social Work in BR Cancer Center - Hematology Oncology

**Diagnoses**

None.

---

**Problem List** as of 5/14/2021                                                    Date Reviewed: **5/3/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 2/12/2018 - Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | | | 1/21/2019 - Present |
| **Elevated LFTs** | ICD-10-CM: R79.89 ICD-9-CM: 790.6 | | | 1/21/2019 - Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10 ICD-9-CM: 202.80 | | | 1/22/2019 - Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20 ICD-9-CM: 042 | | | 1/24/2019 - Present |
| **Lymphoma** | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | | | 2/11/2019 - Present |
| **Anemia** | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 2/26/2019 - Present |
| **Other chest pain** | ICD-10-CM: R07.89 ICD-9-CM: 786.59 | | | 2/26/2019 - Present |
| **Biliary obstruction** | ICD-10-CM: K83.1 ICD-9-CM: 576.2 | | | 4/30/2019 - Present |
| **HIV disease** | ICD-10-CM: B20 ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21 ICD-9-CM: 782.1 | | | 8/20/2019 - Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | | | 4/21/2021 - Present |
| **Bereavement** | ICD-10-CM: Z63.4 ICD-9-CM: V62.82 | | | 4/21/2021 - Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04 ICD-9-CM: 307.42 | | | 4/21/2021 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | | | 1/21/2019 - 1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | | | 1/21/2019 - 2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | | | 1/21/2019 - 1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 ICD-9-CM: 780.96 | | | 2/13/2019 - 2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 - 3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 ICD-9-CM: 112.0 | | | 2/27/2019 - 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9 ICD-9-CM: 780.60 | | | 2/28/2019 - 3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 5/25/2019 - 5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8 ICD-9-CM: 793.19 | | | 7/25/2019 - 4/5/2021 |

---

**Patient as-of Visit**

---

**Allergies** as of 5/14/2021

Allergies last reviewed by Lawanda Scott, RN on 5/14/2021 0814
No Known Allergies

---

**Lincoln/Lee 0442**

| BRCC HEMATOLOGY ONCOLOGY | Lee, Katonia |
|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 2325810, DOB:   Sex: F |
| | Enc. Date 5/14/2021 |

## 05/14/2021 - Social Work in BR Cancer Center - Hematology Oncology (continued)

**Patient as-of Visit (continued)**

**Immunizations** as of 5/14/2021

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021, 05/14/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 5/14/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| allopurinol (ZYLOPRIM) 300 MG tablet | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM | | | | |
| TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Fill Later | | | | |
| Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| diclofenac (VOLTAREN) 50 MG EC tablet | 60 tablet | 2 | 3/12/2021 | |
| Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | | | | |
| ferrous gluconate 324 mg (37.5 mg iron) Tab | | | | |
| Sig - Route: Take 1 tablet by mouth once daily.  - Oral | | | | |
| Class: Historical Med | | | | |
| hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| ondansetron (ZOFRAN-ODT) 8 MG TbDL | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| amLODIPine (NORVASC) 10 MG tablet | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| Notes to Pharmacy: . | | | | |
| zolpidem (AMBIEN) 5 MG Tab | 30 tablet | 0 | 5/6/2021 | 5/25/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| Class: Print | | | | |

## Progress Notes

**Progress Notes by Victoria Charles, MSW at 5/14/2021 11:21 AM**

| Author: Victoria Charles, MSW | Service: — | Author Type: Social Worker |
|---|---|---|
| Filed: 5/14/2021 11:36 AM | Encounter Date: 5/14/2021 | Status: Signed |
| Editor: Victoria Charles, MSW (Social Worker) | | |

SW met w/ pt in infusion pod to introduce self and provide support. Upon SW introduction, pt was tearful. SW and pt reviewed recent stressors that have led her to feeling overwhelmed and feel symptoms of depression (mother's death, health concerns, uncontrolled pain, caretaking for father, dtr going to college, aunt's passing due to covid). Pt already referred to and seeing Dr. Larzalere for psychology appts. Pt reports she is still in a lot of pain but sees Dr. Hicks for pain management. Pt reports trouble sleeping and is interested in receiving prescription for Ambien which she has taken w/ success in the past. Pt's main concern today is the fact that she was denied for further LTD through her employer. Pt provided SW w/ denial letter and requests assistance with appealing decision. SW provided emotional support and contact card and encouraged pt to reach out should she need to talk/process all she is going through. Pt agreed to to do so. Pt denied SI at this time. Pt's supportive factors are family support (dtr and sister) as well as faith/church. SW to f/u w/ LTD denial, script for Ambien/medications for depression. SW encouraged pt to keep appt w/ Dr. Larzelere on 5/19/21. Will continue to monitor and provide ongoing support.

**Lincoln/Lee 0443**

| BRCC HEMATOLOGY ONCOLOGY OCHSNER, BATON ROUGE REGION LA | Lee, Katonia MRN: 2325810, DOB: Enc. Date 5/14/2021 | Sex: F |
|---|---|---|

## Progress Notes (continued)

**Progress Notes by Victoria Charles, MSW at 5/14/2021 11:21 AM (continued)**

| **Oncology Social Work** |
|---|
| *Intake/Intervention*<br>Cancer Type: Malignant hem<br>MD Assigned: Jeanette Kovtun<br>Date of referral to social work: 05/14/21<br>Initial social work contact: 05/14/21<br>Referral to initial contact timeline: 0<br>Referral contact method: Instant message<br>Contact method: In person<br><br>General Referrals: Disability/FMLA Assistance;Psychosocial Assessment/Counseling<br>Psychosocial Assessment/Counseling: Emotional Support<br>Disability/FMLA Assistance: Employer-Sponsored LT/ST Disability<br><br>Support Systems: Family members<br>Barriers of Care: Comorbidities;Financial concerns<br>Financial Concerns: Other<br>Comorbidities: HIV, Pain Management |
| *Supportive Checklist* |
| *Follow Up*<br>No follow-ups on file. |

Electronically signed by Victoria Charles, MSW on 5/14/2021 11:36 AM

**Follow-up Information**

None

**Follow Up Call**

No data filed

**Lincoln/Lee 0444**

ONLC INTERNAL MEDICINE
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:            Sex: F
Acct #: 72013258262
Enc. Date 5/14/2021

## 05/14/2021 - Immunization in O'Neal - Internal Medicine

### Diagnoses

| | Codes | Comments |
|---|---|---|
| **Need for vaccination**   -  Primary | ICD-10-CM: Z23<br>ICD-9-CM: V05.9 | |

**Problem List** as of 5/14/2021                                                                    Date Reviewed: **5/3/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 4/21/2021 -<br>Present |
| **Bereavement** | ICD-10-CM: Z63.4<br>ICD-9-CM: V62.82 | | | 4/21/2021 -<br>Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04<br>ICD-9-CM: 307.42 | | | 4/21/2021 -<br>Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>4/5/2021 |

**Patient as-of Visit**

**Allergies** as of 5/14/2021

Generated on 7/9/21  2:26 PM                                                                    Page 158

**Lincoln/Lee 0445**

ONLC INTERNAL MEDICINE
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72013258262
Enc. Date 5/14/2021

## 05/14/2021 - Immunization in O'Neal - Internal Medicine (continued)

**Patient as-of Visit (continued)**

Allergies last reviewed by Lawanda Scott, RN on 5/14/2021 0814
No Known Allergies

**Immunizations** as of 5/14/2021

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021, 05/14/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 5/14/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |

Monica H Fefie, LPN 12/31/2019 10:46 AM

Erica M. Coffey, RN 2/7/2019 10:49 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Fill Later | | | | |
| Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** | 60 tablet | 2 | 3/12/2021 | |
| Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily.  - Oral | | | | |
| Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet** | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| Notes to Pharmacy: . | | | | |
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 0 | 5/6/2021 | 5/25/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| Class: Print | | | | |

**Follow-up Information**

None

**Follow Up Call**

No data filed

**Lincoln/Lee 0446**

BRCH INFUSION
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72011256227
Enc. Date 5/14/2021

## 05/14/2021 - Infusion in Ochsner Cancer Center-Baton Rouge

### Diagnoses

| | Codes | Comments |
|---|---|---|
| **Diffuse large B-cell lymphoma, unspecified body region** - Primary | ICD-10-CM: C83.30 ICD-9-CM: 202.80 | |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | |

-                                                                                              -

### Problem List as of 5/14/2021

Date Reviewed: **5/3/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 2/12/2018 - Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | | | 1/21/2019 - Present |
| **Elevated LFTs** | ICD-10-CM: R79.89 ICD-9-CM: 790.6 | | | 1/21/2019 - Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10 ICD-9-CM: 202.80 | | | 1/22/2019 - Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20 ICD-9-CM: 042 | | | 1/24/2019 - Present |
| **Lymphoma** | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | | | 2/11/2019 - Present |
| **Anemia** | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 2/26/2019 - Present |
| **Other chest pain** | ICD-10-CM: R07.89 ICD-9-CM: 786.59 | | | 2/26/2019 - Present |
| **Biliary obstruction** | ICD-10-CM: K83.1 ICD-9-CM: 576.2 | | | 4/30/2019 - Present |
| **HIV disease** | ICD-10-CM: B20 ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21 ICD-9-CM: 782.1 | | | 8/20/2019 - Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | | | 4/21/2021 - Present |
| **Bereavement** | ICD-10-CM: Z63.4 ICD-9-CM: V62.82 | | | 4/21/2021 - Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04 ICD-9-CM: 307.42 | | | 4/21/2021 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | | | 1/21/2019 - 1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | | | 1/21/2019 - 2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | | | 1/21/2019 - 1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 ICD-9-CM: 780.96 | | | 2/13/2019 - 2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 - 3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 ICD-9-CM: 112.0 | | | 2/27/2019 - 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9 ICD-9-CM: 780.60 | | | 2/28/2019 - 3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 5/25/2019 - 5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8 ICD-9-CM: 793.19 | | | 7/25/2019 - 4/5/2021 |

### Patient as-of Visit

**Lincoln/Lee 0447**

BRCH INFUSION
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72011256227
Enc. Date 5/14/2021

### 05/14/2021 - Infusion in Ochsner Cancer Center-Baton Rouge (continued)

**Patient as-of Visit (continued)**

**Allergies** as of 5/14/2021

Allergies last reviewed by Lawanda Scott, RN on 5/14/2021 0814
No Known Allergies

**Immunizations** as of 5/14/2021

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021, 05/14/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 5/14/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM | | | | |
| TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Fill Later | | | | |
| Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** | 60 tablet | 2 | 3/12/2021 | |
| Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily.  - Oral | | | | |
| Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet** | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| Notes to Pharmacy: . | | | | |
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 0 | 5/6/2021 | 5/25/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| Class: Print | | | | |

**Ordered Facility-Administered Medications**

| | Dose | Freq | Start | End |
|---|---|---|---|---|
| **sodium chloride 0.9% flush 10 mL (Discontinued)** | 10 mL | As needed (PRN) | 5/14/2021 | 5/14/2021 |
| Route: Intravenous | | | | |
| Reason for Discontinue: **Patient Discharge** | | | | |
| **heparin, porcine (PF) 100 unit/mL injection flush 500 Units (Discontinued)** | 500 Units | As needed (PRN) | 5/14/2021 | 5/14/2021 |
| Route: Intravenous | | | | |
| Reason for Discontinue: **Patient Discharge** | | | | |

**All Meds and Administrations**

**Lincoln/Lee 0448**

BRCH INFUSION
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72011256227
Enc. Date 5/14/2021

### 05/14/2021 - Infusion in Ochsner Cancer Center-Baton Rouge (continued)

**All Meds and Administrations (continued)**

**heparin, porcine (PF) 100 unit/mL injection flush 500 Units [636364085]**

| | |
|---|---|
| Ordering Provider: Jeanette M. Kovtun, MD | Status: Discontinued (Past End Date/Time), Reason: Patient Discharge |
| Ordered On: 05/14/21 0814 | Starts/Ends: 05/14/21 0815 - 05/14/21 1130 |
| Dose (Remaining/Total): 500 Units (—/—) | Route: Intravenous |
| Frequency: As needed (PRN) | Rate/Duration: — / — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 05/14/21 0825 | Given | 500 Units | Intravenous | Performed by: Lawanda Scott, RN Scanned Package: 6425333335 |

**sodium chloride 0.9% flush 10 mL [636364084]**

| | |
|---|---|
| Ordering Provider: Jeanette M. Kovtun, MD | Status: Discontinued (Past End Date/Time), Reason: Patient Discharge |
| Ordered On: 05/14/21 0814 | Starts/Ends: 05/14/21 0814 - 05/14/21 1130 |
| Dose (Remaining/Total): 10 mL (—/—) | Route: Intravenous |
| Frequency: As needed (PRN) | Rate/Duration: — / — |
| Admin Instructions: to maintain patency | |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 05/14/21 0825 | Given | 10 mL | Intravenous | Performed by: Lawanda Scott, RN Scanned Package: 8290306553 |

**Clinic-Administered Medication Detail**

| | Dose | Frequency | Start | End | DAW |
|---|---|---|---|---|---|
| **sodium chloride 0.9% flush 10 mL (Discontinued)** | 10 mL | As needed (PRN) | 5/14/2021 | 5/14/2021 | -- |

Admin Instructions: to maintain patency
Class: Normal
Route: Intravenous
Reason for Discontinue: **Patient Discharge**
Order: 636364084
Date/Time Signed: 5/14/2021 08:14

**Clinic-Administered Medication Detail**

| | Dose | Frequency | Start | End | DAW |
|---|---|---|---|---|---|
| **heparin, porcine (PF) 100 unit/mL injection flush 500 Units (Discontinued)** | 500 Units | As needed (PRN) | 5/14/2021 | 5/14/2021 | -- |

Class: Normal
Route: Intravenous
Reason for Discontinue: **Patient Discharge**
Order: 636364085
Date/Time Signed: 5/14/2021 08:14

**Clinic-Administered Medication Detail**

| | Dose | Frequency | Start | End | DAW |
|---|---|---|---|---|---|
| **heparin, porcine (PF) 100 unit/mL injection flush 500 Units** | 500 Units | As needed (PRN) | 5/14/2021 | | -- |

Route: Intravenous
Order: 636364083
Date/Time Signed: 5/14/2021 08:14

**Lincoln/Lee 0449**

BRCH INFUSION
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72011256227
Enc. Date 5/14/2021

## 05/14/2021 - Infusion in Ochsner Cancer Center-Baton Rouge (continued)

**Clinic-Administered Medication Detail**

|  | Dose | Frequency | Start | End | DAW |
|---|---|---|---|---|---|
| **sodium chloride 0.9% flush 10 mL** | 10 mL | As needed (PRN) | 5/14/2021 |  | -- |

Admin Instructions: to maintain patency
Route: Intravenous
Order: 636364082
Date/Time Signed: 5/14/2021 08:14

## Progress Notes

**Nursing by Lawanda Scott, RN at 5/14/2021  8:00 AM**

| Author: Lawanda Scott, RN | Service: — | Author Type: Registered Nurse |
|---|---|---|
| Filed: 5/14/2021  9:27 AM | Encounter Date: 5/14/2021 | Status: Signed |
| Editor: Lawanda Scott, RN (Registered Nurse) | | |

Patient tolerated heparin flush well; flushes well. Huber needle removed; band-aid to site.

Electronically signed by Lawanda Scott, RN on 5/14/2021  9:27 AM

**Follow-up Information**

None

**Follow Up Call**

No data filed

**Lincoln/Lee 0450**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Enc. Date 5/5/2021

**05/05/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy**

**Diagnoses**

None.

**Problem List** as of 5/5/2021                                    Date Reviewed: **5/3/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 4/21/2021 -<br>Present |
| **Bereavement** | ICD-10-CM: Z63.4<br>ICD-9-CM: V62.82 | | | 4/21/2021 -<br>Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04<br>ICD-9-CM: 307.42 | | | 4/21/2021 -<br>Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>4/5/2021 |

**Patient as-of Visit**

**Allergies** as of 5/5/2021

Allergies last reviewed by Nkeemeha Harris, MA on 5/3/2021 1145
No Known Allergies

**Lincoln/Lee 0451**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Enc. Date 5/5/2021

### 05/05/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy (continued)

**Patient as-of Visit (continued)**

**Immunizations** as of 5/5/2021

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 5/5/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** <br> Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | 30 tablet | 1 | 2/2/2019 | |

Monica H Fefie, LPN 12/31/2019 10:46 AM


Erica M. Coffey, RN 2/7/2019 10:49 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** <br> Sig - Route: Take 1 tablet by mouth once daily. - Oral <br> Class: Fill Later <br> Prior authorization: Canceled - Other (The medication order is discontinued.) | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| **diclofenac (VOLTAREN) 50 MG EC tablet** <br> Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | 60 tablet | 2 | 3/12/2021 | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** <br> Sig - Route: Take 1 tablet by mouth once daily. - Oral <br> Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** <br> Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | 90 tablet | 3 | 3/15/2020 | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** <br> Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | 60 tablet | 1 | 4/22/2019 | |
| **amLODIPine (NORVASC) 10 MG tablet (Discontinued)** <br> Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral <br> Notes to Pharmacy: . <br> Reason for Discontinue: **Reorder** | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| **zolpidem (AMBIEN) 5 MG Tab (Discontinued)** <br> Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral <br> Class: Print | 30 tablet | 0 | 5/6/2021 | 5/25/2021 |

**Follow-up Information**

None

**Follow Up Call**

No data filed

**Lincoln/Lee 0452**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Enc. Date 5/4/2021

**05/04/2021 - Specialty Pharmacy in Main Campus - Specialty Pharmacy**

**Reason for Visit**

   **Refill Coordination**

**Diagnoses**

   None.

**Problem List** as of 5/4/2021                                                        Date Reviewed: **5/3/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 4/21/2021 -<br>Present |
| **Bereavement** | ICD-10-CM: Z63.4<br>ICD-9-CM: V62.82 | | | 4/21/2021 -<br>Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04<br>ICD-9-CM: 307.42 | | | 4/21/2021 -<br>Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>4/5/2021 |

**Patient as-of Visit**

   **Allergies** as of 5/4/2021

**Lincoln/Lee 0453**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Enc. Date 5/4/2021

## 05/04/2021 - Specialty Pharmacy in Main Campus - Specialty Pharmacy (continued)

**Patient as-of Visit (continued)**

Allergies last reviewed by Nkeemeha Harris, MA on 5/3/2021 1145
No Known Allergies

**Immunizations** as of 5/4/2021

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 5/4/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |

Monica H Fefie, LPN 12/31/2019 10:46 AM

Erica M. Coffey, RN 2/7/2019 10:49 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Fill Later | | | | |
| Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** | 60 tablet | 2 | 3/12/2021 | |
| Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily.  - Oral | | | | |
| Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet** | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| Notes to Pharmacy: . | | | | |
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 0 | 4/5/2021 | 5/3/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| Class: Print | | | | |

**Follow-up Information**

None

**Follow Up Call**

No data filed

**Lincoln/Lee 0454**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Enc. Date 5/4/2021

**05/04/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy**

**Diagnoses**

None.

**Problem List** as of 5/4/2021                                                                      Date Reviewed: **5/3/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 2/12/2018 - Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | | | 1/21/2019 - Present |
| **Elevated LFTs** | ICD-10-CM: R79.89 ICD-9-CM: 790.6 | | | 1/21/2019 - Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10 ICD-9-CM: 202.80 | | | 1/22/2019 - Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20 ICD-9-CM: 042 | | | 1/24/2019 - Present |
| **Lymphoma** | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | | | 2/11/2019 - Present |
| **Anemia** | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 2/26/2019 - Present |
| **Other chest pain** | ICD-10-CM: R07.89 ICD-9-CM: 786.59 | | | 2/26/2019 - Present |
| **Biliary obstruction** | ICD-10-CM: K83.1 ICD-9-CM: 576.2 | | | 4/30/2019 - Present |
| **HIV disease** | ICD-10-CM: B20 ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21 ICD-9-CM: 782.1 | | | 8/20/2019 - Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | | | 4/21/2021 - Present |
| **Bereavement** | ICD-10-CM: Z63.4 ICD-9-CM: V62.82 | | | 4/21/2021 - Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04 ICD-9-CM: 307.42 | | | 4/21/2021 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | | | 1/21/2019 - 1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | | | 1/21/2019 - 2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | | | 1/21/2019 - 1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 ICD-9-CM: 780.96 | | | 2/13/2019 - 2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 - 3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 ICD-9-CM: 112.0 | | | 2/27/2019 - 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9 ICD-9-CM: 780.60 | | | 2/28/2019 - 3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 5/25/2019 - 5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8 ICD-9-CM: 793.19 | | | 7/25/2019 - 4/5/2021 |

**Patient as-of Visit**

**Allergies** as of 5/4/2021

Allergies last reviewed by Nkeemeha Harris, MA on 5/3/2021 1145
No Known Allergies

---

**Lincoln/Lee 0455**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:        Sex: F
Enc. Date 5/4/2021

### 05/04/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy (continued)

**Patient as-of Visit (continued)**

**Immunizations** as of 5/4/2021

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 5/4/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM | | | | |
| TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Fill Later | | | | |
| Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** | 60 tablet | 2 | 3/12/2021 | |
| Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily.  - Oral | | | | |
| Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Discontinued)** | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| Notes to Pharmacy: . | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **zolpidem (AMBIEN) 5 MG Tab (Discontinued)** | 30 tablet | 0 | 5/6/2021 | 5/25/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| Class: Print | | | | |

**Follow-up Information**

None

**Follow Up Call**

No data filed

**Lincoln/Lee 0456**

| ONLC INTERNAL MEDICINE | Lee, Katonia |
|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 2325810, DOB:        Sex: F |
| | Enc. Date 5/3/2021 |

## 05/03/2021 - Refill in O'Neal - Internal Medicine

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | |
| **Diffuse large B-cell lymphoma of intra-abdominal lymph nodes** | ICD-10-CM: C83.33<br>ICD-9-CM: 202.83 | |
| **Diffuse large B-cell lymphoma, unspecified body region** | ICD-10-CM: C83.30<br>ICD-9-CM: 202.80 | |

**Problem List** as of 5/3/2021                                      Date Reviewed: **5/3/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 4/21/2021 -<br>Present |
| **Bereavement** | ICD-10-CM: Z63.4<br>ICD-9-CM: V62.82 | | | 4/21/2021 -<br>Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04<br>ICD-9-CM: 307.42 | | | 4/21/2021 -<br>Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>4/5/2021 |

**Lincoln/Lee 0457**

ONLC INTERNAL MEDICINE
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:           Sex: F
Enc. Date 5/3/2021

## 05/03/2021 - Refill in O'Neal - Internal Medicine (continued)

**Problem List (continued)** as of 5/3/2021                 Date Reviewed: **5/3/2021**

**Patient as-of Visit**

**Allergies** as of 5/3/2021

Allergies last reviewed by Nkeemeha Harris, MA on 5/3/2021 1145
No Known Allergies

**Immunizations** as of 5/3/2021

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 5/3/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM | | | | |
| TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Fill Later | | | | |
| Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** | 60 tablet | 2 | 3/12/2021 | |
| Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily.  - Oral | | | | |
| Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet** | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| Notes to Pharmacy: . | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Discontinued)** | 90 tablet | 0 | 4/5/2021 | 5/3/2021 |
| Sig - Route: Take by mouth. Test claim only - Oral | | | | |
| Reason for Discontinue: **Duplicate Order** | | | | |
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 0 | 4/5/2021 | 5/3/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| Class: Print | | | | |
| **zolpidem (AMBIEN) 5 MG Tab (Discontinued)** | 30 tablet | 0 | 4/5/2021 | 5/3/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed. - Oral | | | | |
| Reason for Discontinue: **Duplicate Order** | | | | |

**Ordered Medications**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **zolpidem (AMBIEN) 5 MG Tab (Discontinued)** | 30 tablet | 0 | 5/6/2021 | 5/25/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| Class: Print | | | | |

Generated on 7/9/21  2:26 PM               Page 171

**Lincoln/Lee 0458**

ONLC INTERNAL MEDICINE
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Enc. Date 5/3/2021

## 05/03/2021 - Refill in O'Neal - Internal Medicine (continued)

### Approved

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 0 | 5/6/2021 | 5/25/2021 |

Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral
Class: Print
DAW: No
Authorizing Provider: John O. Nnadi, MD, FACP

### Outpatient Medication Detail

| | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| **zolpidem (AMBIEN) 5 MG Tab (Discontinued)** | 30 tablet | 0 | 5/6/2021 | 5/25/2021 | No |

Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral
Class: Print
Order: 632134586
Date/Time Signed: 5/6/2021 06:18

### Follow-up Information

None

### Follow Up Call

No data filed

**Lincoln/Lee 0459**

ONLH LABORATORY
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72013155023
Enc. Date 5/3/2021

## 05/03/2021 - Lab Visit in Ochsner Medical Center-O'neal

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | |

**Problem List** as of 5/3/2021                                                 Date Reviewed: **5/3/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 4/21/2021 -<br>Present |
| **Bereavement** | ICD-10-CM: Z63.4<br>ICD-9-CM: V62.82 | | | 4/21/2021 -<br>Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04<br>ICD-9-CM: 307.42 | | | 4/21/2021 -<br>Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>4/5/2021 |

**Patient as-of Visit**

**Allergies** as of 5/3/2021

Generated on 7/9/21  2:26 PM                                                     Page 173

**Lincoln/Lee 0460**

ONLH LABORATORY
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72013155023
Enc. Date 5/3/2021

## 05/03/2021 - Lab Visit in Ochsner Medical Center-O'neal (continued)

### Patient as-of Visit (continued)

Allergies last reviewed by Nkeemeha Harris, MA on 5/3/2021 1145
No Known Allergies

### Immunizations as of 5/3/2021

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

### Outpatient Medications at Start of Encounter as of 5/3/2021

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |

Monica H Fefie, LPN 12/31/2019 10:46 AM

Erica M. Coffey, RN 2/7/2019 10:49 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Fill Later | | | | |
| Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** | 60 tablet | 2 | 3/12/2021 | |
| Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily.  - Oral | | | | |
| Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Discontinued)** | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| Notes to Pharmacy: . | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Discontinued)** | 90 tablet | 0 | 4/5/2021 | 5/3/2021 |
| Sig - Route: Take by mouth. Test claim only - Oral | | | | |
| Reason for Discontinue: **Duplicate Order** | | | | |
| **zolpidem (AMBIEN) 5 MG Tab (Discontinued)** | 30 tablet | 0 | 4/5/2021 | 5/3/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| Class: Print | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **zolpidem (AMBIEN) 5 MG Tab (Discontinued)** | 30 tablet | 0 | 4/5/2021 | 5/3/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed. - Oral | | | | |
| Reason for Discontinue: **Duplicate Order** | | | | |

### Labs

#### Lipid Panel [632134585] (Final result)

| | |
|---|---|
| Electronically signed by: **Mary Claire W. Hufft, PA-C on 05/03/21 1004** | Status: **Completed** |
| This order may be acted on in another encounter. | |
| Ordering user: Mary Claire W. Hufft, PA-C 05/03/21 1004 | Ordering provider: Mary Claire W. Hufft, PA-C |
| Authorized by: Mary Claire W. Hufft, PA-C | Ordering mode: Standard |

**Lincoln/Lee 0461**

ONLH LABORATORY
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:              Sex: F
Acct #: 72013155023
Enc. Date 5/3/2021

## 05/03/2021 - Lab Visit in Ochsner Medical Center-O'neal (continued)

**Labs (continued)**

Frequency: Routine  05/03/21 -                    Class: Lab Collect
Quantity: 1                                        Lab status: Final result
Instance released by: Lajuan Walker 5/3/2021 10:21 AM
Diagnoses
Essential hypertension [I10]

### Specimen Information

| ID | Type | Source | Collected By |
|----|------|--------|--------------|
| A103009626:1 | Blood | Blood | SE2 05/03/21 1029 |

**Lipid Panel [632134585]**                    Resulted: 05/04/21 1417, Result status: Final result

Ordering provider: Mary Claire W. Hufft, PA-C  05/03/21 1021      Order status: Completed
Filed by: Edi, Soft Lab Interface  05/04/21 1419                  Collected by: SE2 05/03/21 1029
Resulting lab: OCHSNER MEDICAL CENTER - NEW ORLEANS
Acknowledged by: Mary Claire W. Hufft, PA-C on 05/05/21 0812

### Components

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| Cholesterol | 158 | 120 - 199 mg/dL | — | OCLB |

Comment:
The National Cholesterol Education Program (NCEP) has set the
following guidelines (reference ranges) for Cholesterol:
Optimal.....................<200 mg/dL
Borderline High.............200-239 mg/dL
High........................> or = 240 mg/dL

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| Triglycerides | 66 | 30 - 150 mg/dL | — | OCLB |

Comment:
The National Cholesterol Education Program (NCEP) has set the
following guidelines (reference values) for triglycerides:
Normal......................<150 mg/dL
Borderline High.............150-199 mg/dL
High........................200-499 mg/dL

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| HDL | 63 | 40 - 75 mg/dL | — | OCLB |

Comment:
The National Cholesterol Education Program (NCEP) has set the
following guidelines (reference values) for HDL Cholesterol:
Low...............<40 mg/dL
Optimal...........>60 mg/dL

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| LDL Cholesterol | 81.8 | 63 - 159 mg/dL | — | OCLB |

Comment:
The National Cholesterol Education Program (NCEP) has set the
following guidelines (reference values) for LDL Cholesterol:
Optimal......................<130 mg/dL
Borderline High...............130-159 mg/dL
High..........................160-189 mg/dL
Very High.....................>190 mg/dL

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| HDL/Cholesterol Ratio | 39.9 | 20.0 - 50.0 % | — | OCLB |
| Total Cholesterol/HDL Ratio | 2.5 | 2.0 - 5.0 | — | OCLB |
| Non-HDL Cholesterol | 95 | mg/dL | — | OCLB |

Comment:
Risk category and Non-HDL cholesterol goals:
Coronary heart disease (CHD)or equivalent (10-year risk of CHD >20%):
Non-HDL cholesterol goal    <130 mg/dL
Two or more CHD risk factors and 10-year risk of CHD <= 20%:
Non-HDL cholesterol goal    <160 mg/dL
0 to 1 CHD risk factor:
Non-HDL cholesterol goal    <190 mg/dL

**Lincoln/Lee 0462**

ONLH LABORATORY
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72013155023
Enc. Date 5/3/2021

## 05/03/2021 - Lab Visit in Ochsner Medical Center-O'neal (continued)

**Labs (continued)**

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 347 - OCLB | OCHSNER MEDICAL CENTER - NEW ORLEANS | Elise Occhipinti, M.D. | 1516 Jefferson Hwy New Orleans LA 70121 | 03/25/19 1044 - Present |

**Indications**

Essential hypertension [I10 (ICD-10-CM)]

**All Reviewers List**

Mary Claire W. Hufft, PA-C on 5/5/2021 08:12

**Follow-up Information**

None

**Follow Up Call**

No data filed

**Lincoln/Lee 0463**

ONLC INTERNAL MEDICINE
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72013155023
Enc. Date 5/3/2021

## 05/03/2021 - Office Visit in O'Neal - Internal Medicine

### Reason for Visit

| Annual Exam | advised pt that she will be unable to est care with PA |
|---|---|

### Diagnoses

| | Codes | Comments |
|---|---|---|
| Essential hypertension  -  Primary | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | |
| Back pain, unspecified back location, unspecified back pain laterality, unspecified chronicity | ICD-10-CM: M54.9<br>ICD-9-CM: 724.5 | |
| Lymphoma related to acquired immunodeficiency syndrome (AIDS) | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | |
| Insomnia, unspecified type | ICD-10-CM: G47.00<br>ICD-9-CM: 780.52 | |
| Encounter for screening mammogram for malignant neoplasm of breast | ICD-10-CM: Z12.31<br>ICD-9-CM: V76.12 | |
| Encounter for well woman exam | ICD-10-CM: Z01.419<br>ICD-9-CM: V72.31 | |
| Screen for colon cancer | ICD-10-CM: Z12.11<br>ICD-9-CM: V76.51 | |

### Problem List as of 5/3/2021

Date Reviewed: **5/3/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Essential hypertension | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 - Present |
| Lymphoma related to acquired immunodeficiency syndrome (AIDS) | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 - Present |
| Elevated LFTs | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 - Present |
| B-cell lymphoma | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 - Present |
| AIDS (acquired immune deficiency syndrome) | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 - Present |
| Lymphoma | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 - Present |
| Anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 - Present |
| Other chest pain | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 - Present |
| Biliary obstruction | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 - Present |
| HIV disease | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| Rash | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 - Present |
| Adjustment disorder with mixed anxiety and depressed mood | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 4/21/2021 - Present |
| Bereavement | ICD-10-CM: Z63.4<br>ICD-9-CM: V62.82 | | | 4/21/2021 - Present |
| Psychophysiological insomnia | ICD-10-CM: F51.04<br>ICD-9-CM: 307.42 | | | 4/21/2021 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 - 1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 - 2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 - 1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 - 2/27/2019 |

**Lincoln/Lee 0464**

ONLC INTERNAL MEDICINE
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:        Sex: F
Acct #: 72013155023
Enc. Date 5/3/2021

### 05/03/2021 - Office Visit in O'Neal - Internal Medicine (continued)

**Problem List (continued)** as of 5/3/2021                                                    Date Reviewed: **5/3/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 - 3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 ICD-9-CM: 112.0 | | | 2/27/2019 - 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9 ICD-9-CM: 780.60 | | | 2/28/2019 - 3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 5/25/2019 - 5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8 ICD-9-CM: 793.19 | | | 7/25/2019 - 4/5/2021 |

**Patient as-of Visit**

**Allergies** as of 5/3/2021

Allergies last reviewed by Nkeemeha Harris, MA on 5/3/2021 1145
No Known Allergies

**Immunizations** as of 5/3/2021

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 5/3/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet (Taking)** Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | 30 tablet | 1 | 2/2/2019 | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking)** Sig - Route: Take 1 tablet by mouth once daily. - Oral Class: Fill Later Prior authorization: Canceled - Other (The medication order is discontinued.) | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| **diclofenac (VOLTAREN) 50 MG EC tablet (Taking)** Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | 60 tablet | 2 | 3/12/2021 | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking)** Sig - Route: Take 1 tablet by mouth once daily. - Oral Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab (Taking)** Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | 90 tablet | 3 | 3/15/2020 | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking)** Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | 60 tablet | 1 | 4/22/2019 | |
| **amLODIPine (NORVASC) 10 MG tablet (Taking)** Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral Notes to Pharmacy: . | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| **zolpidem (AMBIEN) 5 MG Tab (Taking)** Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral Class: Print | 30 tablet | 0 | 4/5/2021 | 5/3/2021 |

**Lincoln/Lee 0465**

ONLC INTERNAL MEDICINE
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72013155023
Enc. Date 5/3/2021

---

### 05/03/2021 - Office Visit in O'Neal - Internal Medicine (continued)

#### Outpatient Medications at Start of Encounter as of 5/3/2021 (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet**<br>Sig - Route: Take by mouth. Test claim only - Oral | 90 tablet | 0 | 4/5/2021 | 5/3/2021 |
| **zolpidem (AMBIEN) 5 MG Tab**<br>Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed. - Oral | 30 tablet | 0 | 4/5/2021 | 5/3/2021 |

#### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet (Taking)**<br>Sig: Take 1 tablet (300 mg total) by mouth once daily.<br>Route: Oral | 30 tablet | 1 | 2/2/2019 | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking)**<br>Sig: Take 1 tablet by mouth once daily.<br>Class: Fill Later<br>Route: Oral<br>Prior authorization: Canceled - Other (The medication order is discontinued.) | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| **diclofenac (VOLTAREN) 50 MG EC tablet (Taking)**<br>Sig: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain).<br>Route: Oral | 60 tablet | 2 | 3/12/2021 | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking)**<br>Sig: Take 1 tablet by mouth once daily.<br>Class: Historical Med<br>Route: Oral | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab (Taking)**<br>Sig: Take 1 tablet (12.5 mg total) by mouth once daily.<br>Route: Oral | 90 tablet | 3 | 3/15/2020 | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking)**<br>Sig: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea).<br>Route: Oral | 60 tablet | 1 | 4/22/2019 | |
| **amLODIPine (NORVASC) 10 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (10 mg total) by mouth once daily.<br>Notes to Pharmacy: .<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| **zolpidem (AMBIEN) 5 MG Tab (Taking/Discontinued)**<br>Sig: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep).<br>Class: Print<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 4/5/2021 | 5/3/2021 |

### Progress Notes

#### Progress Notes by Mary Claire W. Hufft, PA-C at 5/3/2021 9:20 AM

| | | |
|---|---|---|
| Author: Mary Claire W. Hufft, PA-C | Service: — | Author Type: Physician Assistant |
| Filed: 5/3/2021 10:11 AM | Encounter Date: 5/3/2021 | Creation Time: 5/3/2021 9:23 AM |
| Status: Signed | Editor: Mary Claire W. Hufft, PA-C (Physician Assistant) | |

**Subjective:**

**Patient ID:** Katonia Lee is a 51 y.o. female.

**Chief Complaint:** Annual Exam (advised pt that she will be unable to est care with PA)

---

**Lincoln/Lee 0466**

ONLC INTERNAL MEDICINE
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:            Sex: F
Acct #: 72013155023
Enc. Date 5/3/2021

**Progress Notes (continued)**

Progress Notes by Mary Claire W. Hufft, PA-C at 5/3/2021  9:20 AM (continued)

Patient is new to clinic, being seen today to establish care at this location.
Current concern is back pain, chronic, seen by Dr. Hicks
Also followed by Id and Hem/Onc

BP typically well controlled

Review of Systems
Constitutional: Negative for chills, diaphoresis and fever.
HENT: Negative for congestion, rhinorrhea and sore throat.
Respiratory: Negative for cough, shortness of breath and wheezing.
Cardiovascular: Positive for leg swelling **(occasionally)**. Negative for chest pain and palpitations.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Skin: Negative for rash.
Neurological: Negative for dizziness, light-headedness and headaches.

**Objective:**
BP 118/76 | Pulse 96 | Temp 98.2 °F (36.8 °C) (Tympanic) | Resp 18 | Ht 5' 1" (1.549 m) | Wt 85.3 kg (188 lb 0.8 oz) | SpO2 99% | BMI 35.53 kg/m²
**Physical Exam**
Constitutional:
   General: She is not in acute distress.
   Appearance: Normal appearance. She is well-developed. She is not ill-appearing.
HENT:
   Head: Normocephalic and atraumatic.
Cardiovascular:
   Rate and Rhythm: Normal rate and regular rhythm.
   Heart sounds: Normal heart sounds. No murmur heard.

Pulmonary:
   Effort: Pulmonary effort is normal. No respiratory distress.
   Breath sounds: Normal breath sounds. No decreased breath sounds.
Musculoskeletal:
   Right lower leg: No edema.
   Left lower leg: No edema.
Skin:
   General: Skin is warm and dry.
   Findings: No rash.
Psychiatric:
   Speech: Speech normal.
   Behavior: Behavior normal.
   Thought Content: Thought content normal.

**Assessment:**

1.   **Essential hypertension**
2.   Back pain, unspecified back location, unspecified back pain laterality, unspecified chronicity
3.   Lymphoma related to acquired immunodeficiency syndrome (AIDS)
4.   Insomnia, unspecified type
5.   Encounter for screening mammogram for malignant neoplasm of breast
6.   Encounter for well woman exam
7.   Screen for colon cancer

**Lincoln/Lee 0467**

ONLC INTERNAL MEDICINE
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:
Acct #: 72013155023
Enc. Date 5/3/2021

Sex: F

## Progress Notes (continued)

Progress Notes by Mary Claire W. Hufft, PA-C at 5/3/2021  9:20 AM (continued)

**Plan:**
**Essential hypertension**
- Lipid Panel; Future; Expected date: 05/03/2021

**Back pain, unspecified back location, unspecified back pain laterality, unspecified chronicity**
- Ambulatory referral/consult to Internal Medicine

**Lymphoma related to acquired immunodeficiency syndrome (AIDS)**
    Followed by ID

**Insomnia, unspecified type**
    Takes ambien nightly

**Encounter for screening mammogram for malignant neoplasm of breast**
- Mammo Digital Screening Bilat w/ Tomo; Future; Expected date: 05/03/2021

**Encounter for well woman exam**
- Ambulatory referral/consult to Obstetrics / Gynecology; Future; Expected date: 05/10/2021

**Screen for colon cancer**
- Case Request Endoscopy: COLONOSCOPY


Will pend ambien refill to Dr. Nnadi

Fasting lab and f/u with Dr. Harris to establish care

Reviewed health maintenance

Discussed worsening signs/symptoms and when to return to clinic or go to ED.
Patient expresses understanding and agrees with treatment plan.

    Electronically signed by Mary Claire W. Hufft, PA-C on 5/3/2021 10:11 AM

-                                                                                                  .

**Follow-up and Disposition History**

05/03/2021 1004 - Mary Claire W. Hufft, PA-C

| Check-out note: | F/u Dr. Harris to establish care |
| | Mammogram (after 6/8) |
| | GYN appt |
| | Fasting lab |

05/03/2021 1002 - Mary Claire W. Hufft, PA-C

| Check-out note: | F/u Dr. Harris to establish care |
| | Mammogram (after 6/8) |
| | GYN appt |

05/03/2021 1002 - Mary Claire W. Hufft, PA-C

| Check-out note: | F/u Dr. Harris to establish care |
| | Mammogram (after 6/8) |

Lincoln/Lee 0468

ONLC INTERNAL MEDICINE
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:                Sex: F
Acct #: 72013155023
Enc. Date 5/3/2021

**Follow-up and Disposition History (continued)**

**Follow-up Information**

None

**Follow Up Call**

No data filed

**Lincoln/Lee 0469**

| ONLC INFECTIOUS DISEASE | Lee, Katonia | |
| OCHSNER, BATON ROUGE REGION LA | MRN: 2325810, DOB: | Sex: F |
| | Enc. Date 5/3/2021 | |

### 05/03/2021 - Refill in O'Neal - Infectious Disease

**Reason for Visit**

   Medication Refill

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20 <br> ICD-9-CM: 042 | |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90 <br> ICD-9-CM: 042, 202.80 | |
| **Diffuse large B-cell lymphoma of intra-abdominal lymph nodes** | ICD-10-CM: C83.33 <br> ICD-9-CM: 202.83 | |
| **Diffuse large B-cell lymphoma, unspecified body region** | ICD-10-CM: C83.30 <br> ICD-9-CM: 202.80 | |

**Problem List** as of 5/3/2021                                                                                  Date Reviewed: **5/3/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10 <br> ICD-9-CM: 401.9 | | | 2/12/2018 - Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90 <br> ICD-9-CM: 042, 202.80 | | | 1/21/2019 - Present |
| **Elevated LFTs** | ICD-10-CM: R79.89 <br> ICD-9-CM: 790.6 | | | 1/21/2019 - Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10 <br> ICD-9-CM: 202.80 | | | 1/22/2019 - Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20 <br> ICD-9-CM: 042 | | | 1/24/2019 - Present |
| **Lymphoma** | ICD-10-CM: C85.90 <br> ICD-9-CM: 202.80 | | | 2/11/2019 - Present |
| **Anemia** | ICD-10-CM: D64.9 <br> ICD-9-CM: 285.9 | | | 2/26/2019 - Present |
| **Other chest pain** | ICD-10-CM: R07.89 <br> ICD-9-CM: 786.59 | | | 2/26/2019 - Present |
| **Biliary obstruction** | ICD-10-CM: K83.1 <br> ICD-9-CM: 576.2 | | | 4/30/2019 - Present |
| **HIV disease** | ICD-10-CM: B20 <br> ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21 <br> ICD-9-CM: 782.1 | | | 8/20/2019 - Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23 <br> ICD-9-CM: 309.28 | | | 4/21/2021 - Present |
| **Bereavement** | ICD-10-CM: Z63.4 <br> ICD-9-CM: V62.82 | | | 4/21/2021 - Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04 <br> ICD-9-CM: 307.42 | | | 4/21/2021 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0 <br> ICD-9-CM: 276.51 | | | 1/21/2019 - 1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 <br> ICD-9-CM: 789.00 | | | 1/21/2019 - 2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 <br> ICD-9-CM: 536.2 | | | 1/21/2019 - 1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 <br> ICD-9-CM: 780.96 | | | 2/13/2019 - 2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 <br> ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 - 3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 <br> ICD-9-CM: 112.0 | | | 2/27/2019 - 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9 <br> ICD-9-CM: 780.60 | | | 2/28/2019 - 3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9 | | | 5/25/2019 - |

**Lincoln/Lee 0470**

| ONLC INFECTIOUS DISEASE | Lee, Katonia | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 2325810, DOB: | Sex: F |
| | Enc. Date 5/3/2021 | |

## 05/03/2021 - Refill in O'Neal - Infectious Disease (continued)

**Problem List (continued)** as of 5/3/2021      Date Reviewed: **5/3/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| — <br> RESOLVED: Multiple lung nodules on CT | ICD-9-CM: 285.9 <br> ICD-10-CM: R91.8 <br> ICD-9-CM: 793.19 | | | 5/26/2019 <br> 7/25/2019 - <br> 4/5/2021 |

### Patient as-of Visit

**Allergies** as of 5/3/2021

Allergies last reviewed by Nkeemeha Harris, MA on 5/3/2021 1145
No Known Allergies

**Immunizations** as of 5/3/2021

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

### Outpatient Medications at Start of Encounter as of 5/3/2021

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **zolpidem (AMBIEN) 5 MG Tab (Taking)** <br> Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral <br> Class: Print | 30 tablet | 0 | 4/5/2021 | 5/3/2021 |
| **allopurinol (ZYLOPRIM) 300 MG tablet** <br> Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral <br><br>    Monica H Fefie, LPN 12/31/2019 10:46 AM <br><br><br>    Erica M. Coffey, RN 2/7/2019 10:49 AM <br>    TAKE MORNING OF SURGERY WITH A SIP OF WATER. | 30 tablet | 1 | 2/2/2019 | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** <br> Sig - Route: Take 1 tablet by mouth once daily. - Oral <br> Class: Fill Later <br> Prior authorization: Canceled - Other (The medication order is discontinued.) | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| **diclofenac (VOLTAREN) 50 MG EC tablet** <br> Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | 60 tablet | 2 | 3/12/2021 | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** <br> Sig - Route: Take 1 tablet by mouth once daily.  - Oral <br> Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** <br> Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | 90 tablet | 3 | 3/15/2020 | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** <br> Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | 60 tablet | 1 | 4/22/2019 | |
| **amLODIPine (NORVASC) 10 MG tablet** <br> Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral <br> Notes to Pharmacy: . | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Discontinued)** <br> Sig - Route: Take by mouth. Test claim only - Oral <br> Reason for Discontinue: **Duplicate Order** | 90 tablet | 0 | 4/5/2021 | 5/3/2021 |
| **zolpidem (AMBIEN) 5 MG Tab (Discontinued)** <br> Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed. - Oral <br> Reason for Discontinue: **Duplicate Order** | 30 tablet | 0 | 4/5/2021 | 5/3/2021 |

### Medications the Patient Reported Taking

**Lincoln/Lee 0471**

ONLC INFECTIOUS DISEASE
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Enc. Date 5/3/2021

### 05/03/2021 - Refill in O'Neal - Infectious Disease (continued)

**Medications the Patient Reported Taking (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **zolpidem (AMBIEN) 5 MG Tab (Taking/Discontinued)** | 30 tablet | 0 | 4/5/2021 | 5/3/2021 |

Sig: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep).
Class: Print
Route: Oral
Reason for Discontinue: **Reorder**

**Refused**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 0 | 5/6/2021 | 6/5/2021 |

Sig - Route:  Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral
Class:  Print
DAW:  No
Reason for Refusal:  **Other (See comments)**
Reason for Refusal Comment:  see PCP
Refused By:  John O. Nnadi, MD, FACP

**Outpatient Medication Detail**

| | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 0 | 5/6/2021 | 6/5/2021 | No |

Request refused: Other (See comments) (see PCP)
Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral
Class: Print
Order: 636364081
Date/Time Signed: 5/6/2021 06:17

**Follow-up Information**

None

**Follow Up Call**

No data filed

**Lincoln/Lee 0472**

ONLC INFECTIOUS DISEASE
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:                    Sex: F
Enc. Date 5/2/2021

## 05/02/2021 - Refill in O'Neal - Infectious Disease

**Reason for Visit**

**Medication Refill**

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | |
| **Diffuse large B-cell lymphoma of intra-abdominal lymph nodes** | ICD-10-CM: C83.33<br>ICD-9-CM: 202.83 | |
| **Diffuse large B-cell lymphoma, unspecified body region** | ICD-10-CM: C83.30<br>ICD-9-CM: 202.80 | |

**Problem List** as of 5/2/2021                                                                 Date Reviewed: **4/21/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 4/21/2021 -<br>Present |
| **Bereavement** | ICD-10-CM: Z63.4<br>ICD-9-CM: V62.82 | | | 4/21/2021 -<br>Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04<br>ICD-9-CM: 307.42 | | | 4/21/2021 -<br>Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9 | | | 5/25/2019 - |

**Lincoln/Lee 0473**

ONLC INFECTIOUS DISEASE
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:        Sex: F
Enc. Date 5/2/2021

## 05/02/2021 - Refill in O'Neal - Infectious Disease (continued)

**Problem List (continued)** as of 5/2/2021                                      Date Reviewed: **4/21/2021**

| — | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| RESOLVED: Multiple lung nodules on CT | ICD-9-CM: 285.9<br>ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 5/26/2019<br>7/25/2019 -<br>4/5/2021 |

### Patient as-of Visit

**Allergies** as of 5/2/2021

Allergies last reviewed by Brandon L. Hicks, MD on 4/21/2021 1428
No Known Allergies

**Immunizations** as of 5/2/2021

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

### Outpatient Medications at Start of Encounter as of 5/2/2021

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **zolpidem (AMBIEN) 5 MG Tab (Taking)**<br>Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral<br>Class: Print | 30 tablet | 0 | 4/5/2021 | 5/3/2021 |
| **allopurinol (ZYLOPRIM) 300 MG tablet**<br>Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral<br><br>Monica H Fefie, LPN 12/31/2019 10:46 AM<br><br><br>Erica M. Coffey, RN 2/7/2019 10:49 AM<br>TAKE MORNING OF SURGERY WITH A SIP OF WATER. | 30 tablet | 1 | 2/2/2019 | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet**<br>Sig - Route: Take 1 tablet by mouth once daily. - Oral<br>Class: Fill Later<br>Prior authorization: Canceled - Other (The medication order is discontinued.) | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| **diclofenac (VOLTAREN) 50 MG EC tablet**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | 60 tablet | 2 | 3/12/2021 | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab**<br>Sig - Route: Take 1 tablet by mouth once daily.  - Oral<br>Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab**<br>Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | 90 tablet | 3 | 3/15/2020 | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL**<br>Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | 60 tablet | 1 | 4/22/2019 | |
| **amLODIPine (NORVASC) 10 MG tablet**<br>Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral<br>Notes to Pharmacy: . | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet**<br>Sig - Route: Take by mouth. Test claim only - Oral | 90 tablet | 0 | 4/5/2021 | 5/3/2021 |
| **zolpidem (AMBIEN) 5 MG Tab**<br>Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed. - Oral | 30 tablet | 0 | 4/5/2021 | 5/3/2021 |

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **zolpidem (AMBIEN) 5 MG Tab (Taking/Discontinued)** | 30 tablet | 0 | 4/5/2021 | 5/3/2021 |

**Lincoln/Lee 0474**

ONLC INFECTIOUS DISEASE
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Enc. Date 5/2/2021

## 05/02/2021 - Refill in O'Neal - Infectious Disease (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). | | | | |

Class: Print
Route: Oral
Reason for Discontinue: **Reorder**

### Refused

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **zolpidem (AMBIEN) 5 MG** Tab | 30 tablet | 0 | 5/6/2021 | 6/5/2021 |

Sig - Route:  Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral
Class:  Print
DAW:  No
Reason for Refusal:  **Duplicate**
Refused By:  John O. Nnadi, MD, FACP

### Outpatient Medication Detail

| | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| **zolpidem (AMBIEN) 5 MG** Tab | 30 tablet | 0 | 5/6/2021 | 6/5/2021 | No |

Request refused: Duplicate
Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral
Class: Print
Order: 632134579
Date/Time Signed: 5/6/2021 06:18

### Follow-up Information

None

### Follow Up Call

No data filed

**Lincoln/Lee 0475**

| NOMC SPECIALTY PHARMACY<br>OCHSNER, SOUTH SHORE REGION LA | Lee, Katonia<br>MRN: 2325810, DOB:<br>Enc. Date 4/30/2021 | Sex: F |
|---|---|---|

### 04/30/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy

**Diagnoses**

None.

**Problem List** as of 4/30/2021                                                                Date Reviewed: **4/21/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 4/21/2021 -<br>Present |
| **Bereavement** | ICD-10-CM: Z63.4<br>ICD-9-CM: V62.82 | | | 4/21/2021 -<br>Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04<br>ICD-9-CM: 307.42 | | | 4/21/2021 -<br>Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>4/5/2021 |

**Patient as-of Visit**

**Allergies** as of 4/30/2021

Allergies last reviewed by Brandon L. Hicks, MD on 4/21/2021 1428
No Known Allergies

**Lincoln/Lee 0476**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:        Sex: F
Enc. Date 4/30/2021

### 04/30/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy (continued)

**Patient as-of Visit (continued)**

**Immunizations** as of 4/30/2021

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 4/30/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |

Monica H Fefie, LPN 12/31/2019 10:46 AM

Erica M. Coffey, RN 2/7/2019 10:49 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Fill Later | | | | |
| Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** | 60 tablet | 2 | 3/12/2021 | |
| Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Discontinued)** | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| Notes to Pharmacy: . | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Discontinued)** | 90 tablet | 0 | 4/5/2021 | 5/3/2021 |
| Sig - Route: Take by mouth. Test claim only - Oral | | | | |
| Reason for Discontinue: **Duplicate Order** | | | | |
| **zolpidem (AMBIEN) 5 MG Tab (Discontinued)** | 30 tablet | 0 | 4/5/2021 | 5/3/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| Class: Print | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **zolpidem (AMBIEN) 5 MG Tab (Discontinued)** | 30 tablet | 0 | 4/5/2021 | 5/3/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed. - Oral | | | | |
| Reason for Discontinue: **Duplicate Order** | | | | |

**Follow-up Information**

None

**Follow Up Call**

No data filed

**Lincoln/Lee 0477**

| NOMC RETAIL PHARMACY - JEFF HWY OCHSNER, SOUTH SHORE REGION LA | Lee, Katonia MRN: 2325810, DOB: Enc. Date 4/27/2021 | Sex: F |
|---|---|---|

### 04/27/2021 - Pharmacy Visit in Jeff Hwy-Pharmacy and Wellness

**Diagnoses**

   None.

**Problem List** as of 4/27/2021                                                                                    Date Reviewed: **4/21/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 2/12/2018 - Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | | | 1/21/2019 - Present |
| **Elevated LFTs** | ICD-10-CM: R79.89 ICD-9-CM: 790.6 | | | 1/21/2019 - Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10 ICD-9-CM: 202.80 | | | 1/22/2019 - Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20 ICD-9-CM: 042 | | | 1/24/2019 - Present |
| **Lymphoma** | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | | | 2/11/2019 - Present |
| **Anemia** | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 2/26/2019 - Present |
| **Other chest pain** | ICD-10-CM: R07.89 ICD-9-CM: 786.59 | | | 2/26/2019 - Present |
| **Biliary obstruction** | ICD-10-CM: K83.1 ICD-9-CM: 576.2 | | | 4/30/2019 - Present |
| **HIV disease** | ICD-10-CM: B20 ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21 ICD-9-CM: 782.1 | | | 8/20/2019 - Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | | | 4/21/2021 - Present |
| **Bereavement** | ICD-10-CM: Z63.4 ICD-9-CM: V62.82 | | | 4/21/2021 - Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04 ICD-9-CM: 307.42 | | | 4/21/2021 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | | | 1/21/2019 - 1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | | | 1/21/2019 - 2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | | | 1/21/2019 - 1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 ICD-9-CM: 780.96 | | | 2/13/2019 - 2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 - 3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 ICD-9-CM: 112.0 | | | 2/27/2019 - 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9 ICD-9-CM: 780.60 | | | 2/28/2019 - 3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 5/25/2019 - 5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8 ICD-9-CM: 793.19 | | | 7/25/2019 - 4/5/2021 |

**Patient as-of Visit**

**Allergies** as of 4/27/2021

   Allergies last reviewed by Brandon L. Hicks, MD on 4/21/2021 1428
   No Known Allergies

**Lincoln/Lee 0478**

NOMC RETAIL PHARMACY - JEFF HWY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:        Sex: F
Enc. Date 4/27/2021

### 04/27/2021 - Pharmacy Visit in Jeff Hwy-Pharmacy and Wellness (continued)

**Patient as-of Visit (continued)**

**Immunizations** as of 4/27/2021

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 4/27/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet**<br>Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | 30 tablet | 1 | 2/2/2019 | |

Monica H Fefie, LPN 12/31/2019 10:46 AM


Erica M. Coffey, RN 2/7/2019 10:49 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet**<br>Sig - Route: Take 1 tablet by mouth once daily. - Oral<br>Class: Fill Later<br>Prior authorization: Canceled - Other (The medication order is discontinued.) | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| **diclofenac (VOLTAREN) 50 MG EC tablet**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | 60 tablet | 2 | 3/12/2021 | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab**<br>Sig - Route: Take 1 tablet by mouth once daily.  - Oral<br>Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab**<br>Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | 90 tablet | 3 | 3/15/2020 | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL**<br>Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | 60 tablet | 1 | 4/22/2019 | |
| **amLODIPine (NORVASC) 10 MG tablet (Discontinued)**<br>Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral<br>Notes to Pharmacy: .<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Discontinued)**<br>Sig - Route: Take by mouth. Test claim only - Oral<br>Reason for Discontinue: **Duplicate Order** | 90 tablet | 0 | 4/5/2021 | 5/3/2021 |
| **zolpidem (AMBIEN) 5 MG Tab (Discontinued)**<br>Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral<br>Class: Print<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 4/5/2021 | 5/3/2021 |
| **zolpidem (AMBIEN) 5 MG Tab (Discontinued)**<br>Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed. - Oral<br>Reason for Discontinue: **Duplicate Order** | 30 tablet | 0 | 4/5/2021 | 5/3/2021 |

**Follow-up Information**

None

**Follow Up Call**

No data filed

**Lincoln/Lee 0479**

ONLC INTERNAL MEDICINE
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:　　　　Sex: F
Acct #: 72013036450
Enc. Date 4/23/2021

### 04/23/2021 - Immunization in O'Neal - Internal Medicine

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **Need for vaccination** - Primary | ICD-10-CM: Z23<br>ICD-9-CM: V05.9 | |

**Problem List** as of 4/23/2021　　　　　　　　　　　　　　　　Date Reviewed: **4/21/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 4/21/2021 -<br>Present |
| **Bereavement** | ICD-10-CM: Z63.4<br>ICD-9-CM: V62.82 | | | 4/21/2021 -<br>Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04<br>ICD-9-CM: 307.42 | | | 4/21/2021 -<br>Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>4/5/2021 |

**Patient as-of Visit**

**Allergies** as of 4/23/2021

Generated on 7/9/21  2:26 PM　　　　　　　　　　　　　　　　　　　Page 193

**Lincoln/Lee 0480**

ONLC INTERNAL MEDICINE
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:        Sex: F
Acct #: 72013036450
Enc. Date 4/23/2021

## 04/23/2021 - Immunization in O'Neal - Internal Medicine (continued)

### Patient as-of Visit (continued)

Allergies last reviewed by Brandon L. Hicks, MD on 4/21/2021 1428
No Known Allergies

### Immunizations as of 4/23/2021

| Immunization | Administered On |
| --- | --- |
| COVID-19, MRNA, LN-S, PF (Pfizer) | 04/23/2021 |
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

### Outpatient Medications at Start of Encounter as of 4/23/2021

| | Disp | Refills | Start | End |
| --- | --- | --- | --- | --- |
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM<br>TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral<br>Class: Fill Later<br>Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** | 60 tablet | 2 | 3/12/2021 | |
| Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily.  - Oral<br>Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet** | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral<br>Notes to Pharmacy: . | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 90 tablet | 0 | 4/5/2021 | 5/3/2021 |
| Sig - Route: Take by mouth. Test claim only - Oral | | | | |
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 0 | 4/5/2021 | 5/3/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral<br>Class: Print | | | | |
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 0 | 4/5/2021 | 5/3/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed. - Oral | | | | |

### Follow-up Information

None

### Follow Up Call

No data filed

---

**Lincoln/Lee 0481**

ONLC INTERVENTIONAL PAIN MEDICINE
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:            Sex: F
Acct #: 72012462848
Enc. Date 4/21/2021

## 04/21/2021 - Office Visit in O'Neal - Interventional Pain

### Reason for Visit

Back Pain

### Diagnoses

| | Codes | Comments |
|---|---|---|
| **Sacroiliitis** - Primary | ICD-10-CM: M46.1<br>ICD-9-CM: 720.2 | |
| **Hypertension, unspecified type** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | |

**Problem List** as of 4/21/2021                                Date Reviewed: **4/21/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 4/21/2021 -<br>Present |
| **Bereavement** | ICD-10-CM: Z63.4<br>ICD-9-CM: V62.82 | | | 4/21/2021 -<br>Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04<br>ICD-9-CM: 307.42 | | | 4/21/2021 -<br>Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>4/5/2021 |

**Lincoln/Lee 0482**

ONLC INTERVENTIONAL PAIN MEDICINE
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72012462848
Enc. Date 4/21/2021

## 04/21/2021 - Office Visit in O'Neal - Interventional Pain (continued)

**Problem List (continued)** as of 4/21/2021                                    Date Reviewed: **4/21/2021**

**Patient as-of Visit**

**Allergies** as of 4/21/2021

Allergies last reviewed by Brandon L. Hicks, MD on 4/21/2021 1428
No Known Allergies

**Immunizations** as of 4/21/2021

| Immunization | Administered On |
|---|---|
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 4/21/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet (Taking)** <br> Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | 30 tablet | 1 | 2/2/2019 | |

Monica H Fefie, LPN 12/31/2019 10:46 AM

Erica M. Coffey, RN 2/7/2019 10:49 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking)** <br> Sig - Route: Take 1 tablet by mouth once daily. - Oral <br> Class: Fill Later <br> Prior authorization: Canceled - Other (The medication order is discontinued.) | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| **diclofenac (VOLTAREN) 50 MG EC tablet (Taking)** <br> Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | 60 tablet | 2 | 3/12/2021 | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking)** <br> Sig - Route: Take 1 tablet by mouth once daily.  - Oral <br> Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab (Taking)** <br> Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | 90 tablet | 3 | 3/15/2020 | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking)** <br> Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | 60 tablet | 1 | 4/22/2019 | |
| **amLODIPine (NORVASC) 10 MG tablet (Taking)** <br> Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | 90 tablet | 3 | 3/15/2020 | 4/21/2021 |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking)** <br> Sig - Route: Take by mouth. Test claim only - Oral | 90 tablet | 0 | 4/5/2021 | 5/3/2021 |
| **zolpidem (AMBIEN) 5 MG Tab (Taking)** <br> Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral <br> Class: Print | 30 tablet | 0 | 4/5/2021 | 5/3/2021 |
| **zolpidem (AMBIEN) 5 MG Tab (Taking)** <br> Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed. - Oral | 30 tablet | 0 | 4/5/2021 | 5/3/2021 |
| **citalopram (CELEXA) 20 MG tablet** <br> Sig - Route: Take 20 mg by mouth once daily. - Oral <br> Class: Historical Med | | | | 4/21/2021 |

Monica H Fefie, LPN 12/31/2019 10:46 AM

Erica M. Coffey, RN 2/7/2019 10:53 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

**Lincoln/Lee 0483**

ONLC INTERVENTIONAL PAIN MEDICINE
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72012462848
Enc. Date 4/21/2021

## 04/21/2021 - Office Visit in O'Neal - Interventional Pain (continued)

**Outpatient Medications at Start of Encounter as of 4/21/2021 (continued)**

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet (Taking)**<br>Sig: Take 1 tablet (300 mg total) by mouth once daily.<br>Route: Oral | 30 tablet | 1 | 2/2/2019 | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking)**<br>Sig: Take 1 tablet by mouth once daily.<br>Class: Fill Later<br>Route: Oral<br>Prior authorization: Canceled - Other (The medication order is discontinued.) | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| **diclofenac (VOLTAREN) 50 MG EC tablet (Taking)**<br>Sig: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain).<br>Route: Oral | 60 tablet | 2 | 3/12/2021 | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking)**<br>Sig: Take 1 tablet by mouth once daily.<br>Class: Historical Med<br>Route: Oral | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab (Taking)**<br>Sig: Take 1 tablet (12.5 mg total) by mouth once daily.<br>Route: Oral | 90 tablet | 3 | 3/15/2020 | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking)**<br>Sig: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea).<br>Route: Oral | 60 tablet | 1 | 4/22/2019 | |
| **amLODIPine (NORVASC) 10 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (10 mg total) by mouth once daily.<br>Route: Oral | 90 tablet | 3 | 3/15/2020 | 4/21/2021 |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking/Discontinued)**<br>Sig: Take by mouth. Test claim only<br>Route: Oral<br>Reason for Discontinue: **Duplicate Order** | 90 tablet | 0 | 4/5/2021 | 5/3/2021 |
| **zolpidem (AMBIEN) 5 MG Tab (Taking/Discontinued)**<br>Sig: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep).<br>Class: Print<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 4/5/2021 | 5/3/2021 |
| **zolpidem (AMBIEN) 5 MG Tab (Taking/Discontinued)**<br>Sig: Take 1 tablet (5 mg total) by mouth nightly as needed.<br>Route: Oral<br>Reason for Discontinue: **Duplicate Order** | 30 tablet | 0 | 4/5/2021 | 5/3/2021 |

### Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amLODIPine (NORVASC) 10 MG tablet (Discontinued)**<br>Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral<br>Notes to Pharmacy: .<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |

### Outpatient Medication Detail

| | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| **amLODIPine (NORVASC) 10 MG tablet (Discontinued)**<br>Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | 30 tablet | 0 | 4/21/2021 | 7/2/2021 | -- |

Generated on 7/9/21  2:26 PM

**Lincoln/Lee 0484**

ONLC INTERVENTIONAL PAIN MEDICINE
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72012462848
Enc. Date 4/21/2021

---

**04/21/2021 - Office Visit in O'Neal - Interventional Pain (continued)**

**Outpatient Medication Detail (continued)**

| | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| Sent to pharmacy as: amLODIPine (NORVASC) 10 MG tablet<br>Class: Normal<br>Notes to Pharmacy: .<br>Reason for Discontinue: **Reorder**<br>Order: 632134576<br>Date/Time Signed: 4/21/2021 13:51 | | | | | |

---

## Progress Notes

**Progress Notes by Brandon L. Hicks, MD at 4/21/2021 1:20 PM**

| | | |
|---|---|---|
| Author: Brandon L. Hicks, MD<br>Filed: 4/21/2021 2:28 PM<br>Status: Signed | Service: —<br>Encounter Date: 4/21/2021<br>Editor: Brandon L. Hicks, MD (Physician) | Author Type: Physician<br>Creation Time: 4/21/2021 10:23 AM |

### Established Patient Chronic Pain Note (Follow up visit)

Chief Complaint:
**Chief Complaint**
Patient presents with
- Back Pain


SUBJECTIVE:

Katonia Lee is a 51 y.o. female who presents to the clinic for a follow-up appointment for lower back pain.  At the last visit, she was started on Mobic 7.5 mg b.i.d. p.r.n..  Provided home exercises for her to implement into her weekly routine at least 2 to 3 times a week.  Since the last visit, Katonia Lee states the pain has been persistant. Current pain intensity is 6/10.

Patient denies night fever/night sweats, urinary incontinence, bowel incontinence, significant weight loss, significant motor weakness and loss of sensations.

Pain Disability Index Review:

| Last 3 PDI Scores | 4/21/2021 |
|---|---|
| **Pain Disability Index (PDI)** | 28 |


Initial HPI 02/11/2021:
Katonia Lee is a 51 y.o. female who presents to the clinic for the evaluation of lower back pain.  She was referred by hematology/oncology department for further evaluation and management of this pain.  Of note, patient has past medical history of B-cell lymphoma status post chemotherapy and intrathecal treatments, HIV/aids, hypertension, and multiple other medical comorbidities as listed in her chart.  The pain started 1-2 years ago following her intrathecal therapy and symptoms have been worsening.The pain is located in the lumbosacral area without radiation into the lower extremities.  The pain is described as Throbbing, aching and is rated as 5/10. The pain is rated with a score of  0/10 on the BEST day and a score of 6/10 on the WORST day.  Symptoms interfere with daily activity. The pain is exacerbated by prolonged sitting, increased activity.  The pain is mitigated by rest. The patient reports spending 2-4 hours per day reclining. The patient reports 5-7 hours of uninterrupted sleep per night.


Non-Pharmacologic Treatments:
Physical Therapy/Home Exercise: no
Ice/Heat:yes

---

**Lincoln/Lee 0485**

| ONLC INTERVENTIONAL PAIN MEDICINE | Lee, Katonia | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 2325810, DOB: | Sex: F |
| | Acct #: 72012462848 | |
| | Enc. Date 4/21/2021 | |

## Progress Notes (continued)

**Progress Notes by Brandon L. Hicks, MD at 4/21/2021  1:20 PM (continued)**

TENS: no
Acupuncture: no
Massage: no
Chiropractic: no
Other: no

Pain Medications:
- Opioids: Percocet
- Adjuvant Medications: Celexa, Ambien, allopurinol
- Anti-Coagulants: None

PMP report:  Reviewed and consistent with medication use as prescribed.

**Prescriptions**                                                                 *Highlighted drugs could not be included in score c
Total Prescriptions: 51
Total Private Pay: 1

| Fill Date | ID | Written | Drug | Qty | Days | Prescriber | Rx # | Pharmacy | Refill | Daily Dose* | Pymt Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | 1 | 04/05/2021 | Zolpidem Tartrate 5 MG Tablet | 30.00 | 30 | Jo Nna | 130899... | Och (3938) | 0 | 0.25 LME | Comm Ins |
| 02/08/2021 | 1 | 02/04/2021 | Oxycodone Hcl 5 MG Tablet | 60.00 | 30 | Je Kov | 2255788 | Wal (5839) | 0 | 15.00 MME | Comm Ins |
| 02/05/2021 | 1 | 01/08/2021 | Zolpidem Tartrate 5 MG Tablet | 30.00 | 30 | Je Kov | 4593722 | Wal (5839) | 1 | 0.25 LME | Comm Ins |
| 01/08/2021 | 1 | 01/08/2021 | Oxycodone Hcl 5 MG Tablet | 60.00 | 8 | Je Kov | 2255604 | Wal (5839) | 0 | 56.25 MME | Comm Ins |
| 01/08/2021 | 1 | 01/08/2021 | Zolpidem Tartrate 5 MG Tablet | 30.00 | 30 | Je Kov | 4593722 | Wal (5839) | 0 | 0.25 LME | Comm Ins |
| 12/08/2020 | 1 | 12/08/2020 | Zolpidem Tartrate 5 MG Tablet | 30.00 | 30 | Je Kov | 129410... | Och (3938) | 0 | 0.25 LME | Comm Ins |
| 12/08/2020 | 1 | 12/08/2020 | Oxycodone Hcl 5 MG Tablet | 60.00 | 8 | Je Kov | 129410... | Och (3938) | 0 | 56.25 MME | Comm Ins |
| 11/12/2020 | 1 | 11/12/2020 | Zolpidem Tartrate 5 MG Tablet | 30.00 | 30 | Je Kov | 4593411 | Wal (5839) | 0 | 0.25 LME | Comm Ins |
| 11/12/2020 | 1 | 11/12/2020 | Oxycodone Hcl 5 MG Tablet | 60.00 | 8 | Je Kov | **4593411** | Wal (5839) | 0 | 56.25 MME | Comm Ins |
| 10/14/2020 | 1 | 10/12/2020 | Zolpidem Tartrate 5 MG Tablet | 30.00 | 30 | Lo Dan | 128696... | Och (3938) | 0 | 0.25 LME | Comm Ins |
| 10/12/2020 | 1 | 10/12/2020 | Oxycodone Hcl 5 MG Tablet | 56.00 | 7 | Lo Dan | 128696... | Och (3938) | 0 | 60.00 MME | Comm Ins |
| 09/16/2020 | 1 | 09/16/2020 | Oxycodone Hcl 5 MG Tablet | 60.00 | 8 | Lo Dan | 128366... | Och (3938) | 0 | 56.25 MME | Comm Ins |
| 09/16/2020 | 1 | 09/16/2020 | Zolpidem Tartrate 5 MG Tablet | 30.00 | 30 | Lo Dan | 128372... | Och (3938) | 0 | 0.25 LME | Comm Ins |
| 08/20/2020 | 1 | 08/20/2020 | Zolpidem Tartrate 5 MG Tablet | 30.00 | 30 | Lo Dan | 4592917 | Wal (5839) | 0 | 0.25 LME | Comm Ins |
| 08/20/2020 | 1 | 08/20/2020 | Oxycodone Hcl 5 MG Tablet | 60.00 | 8 | Lo Dan | 2254703 | Wal (5839) | 0 | 56.25 MME | Comm Ins |
| 07/29/2020 | 1 | 07/29/2020 | Zolpidem Tartrate 5 MG Tablet | 30.00 | 30 | Lo Dan | 127819... | Och (3938) | 0 | 0.25 LME | Comm Ins |

Pain Procedures:
Denies

Imaging:
No pertinent imaging available to review

PMHx,PSHx, Social history, and Family history:
I have reviewed the patient's medical, surgical, social, and family history in detail and updated the computerized patient record.

---

**Lincoln/Lee 0486**

ONLC INTERVENTIONAL PAIN MEDICINE
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72012462848
Enc. Date 4/21/2021

**Progress Notes (continued)**

Progress Notes by Brandon L. Hicks, MD at 4/21/2021  1:20 PM (continued)

Review of patient's allergies indicates:
No Known Allergies

**Current Outpatient Medications**

| Medication | Sig |
| --- | --- |
| • allopurinol (ZYLOPRIM) 300 MG tablet | Take 1 tablet (300 mg total) by mouth once daily. |
| • bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet | Take 1 tablet by mouth once daily. |
| • bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet | Take by mouth. Test claim only |
| • diclofenac (VOLTAREN) 50 MG EC tablet | Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). |
| • ferrous gluconate 324 mg (37.5 mg iron) Tab | Take 1 tablet by mouth once daily. |
| • hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab | Take 1 tablet (12.5 mg total) by mouth once daily. |
| • ondansetron (ZOFRAN-ODT) 8 MG TbDL | Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). |
| • zolpidem (AMBIEN) 5 MG Tab | Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). |
| • zolpidem (AMBIEN) 5 MG Tab | Take 1 tablet (5 mg total) by mouth nightly as needed. |
| • amLODIPine (NORVASC) 10 MG tablet | Take 1 tablet (10 mg total) by mouth once daily. |

No current facility-administered medications for this visit.

REVIEW OF SYSTEMS:

GENERAL:  No weight loss, malaise or fevers.
HEENT:   No recent changes in vision or hearing
NECK:  Negative for lumps, no difficulty with swallowing.
RESPIRATORY:  Negative for cough, wheezing or shortness of breath, patient denies any recent URI.
CARDIOVASCULAR:  Negative for chest pain, leg swelling or palpitations.
GI:  Negative for abdominal discomfort, blood in stools or black stools or change in bowel habits.
MUSCULOSKELETAL:  See HPI.
SKIN:  Negative for lesions, rash, and itching.
PSYCH:  No mood disorder or recent psychosocial stressors.  Patients sleep is not disturbed secondary to pain.
HEMATOLOGY/LYMPHOLOGY:  Negative for prolonged bleeding, bruising easily or swollen nodes.  Patient is not currently taking any anti-coagulants
NEURO:   No history of headaches, syncope, paralysis, seizures or tremors.
All other reviewed and negative other than HPI.

OBJECTIVE:

**Lincoln/Lee 0487**

| ONLC INTERVENTIONAL PAIN MEDICINE<br>OCHSNER, BATON ROUGE REGION LA | Lee, Katonia<br>MRN: 2325810, DOB:         Sex: F<br>Acct #: 72012462848<br>Enc. Date 4/21/2021 |
|---|---|

**Progress Notes (continued)**

**Progress Notes by Brandon L. Hicks, MD at 4/21/2021 1:20 PM (continued)**

BP (!) 160/102  | Pulse 87  | Ht 5' 1" (1.549 m)  | Wt 85.5 kg (188 lb 7.9 oz)  | BMI 35.62 kg/m²

PHYSICAL EXAMINATION:

GENERAL: Well appearing, in no acute distress, alert and oriented x3.
PSYCH:  Mood and affect appropriate.
SKIN: Skin color, texture, turgor normal, no rashes or lesions.
HEAD/FACE:  Normocephalic, atraumatic. Cranial nerves grossly intact.
CV: RRR with palpation of the radial artery.
PULM: No evidence of respiratory difficulty, symmetric chest rise.
GI:  Soft and non-tender.
BACK:  Tenderness palpation over the midline at the L4-5 space.  Straight leg raising in the sitting and supine positions is negative to radicular pain. No pain to palpation over the facet joints of the lumbar spine or spinous processes. Normal range of motion without pain reproduction.
EXTREMITIES: Peripheral joint ROM is full and pain free without obvious instability or laxity in all four extremities. No deformities, edema, or skin discoloration. Good capillary refill.
MUSCULOSKELETAL:  Hip and knee provocative maneuvers are negative.  There is no pain with palpation over the sacroiliac joints bilaterally.  FABERs test is negative.  FADIRs test is negative.   Bilateral upper and lower extremity strength is normal and symmetric.  No atrophy or tone abnormalities are noted.
NEURO: Bilateral upper and lower extremity coordination and muscle stretch reflexes are physiologic and symmetric.  Plantar response are downgoing. No clonus.  No loss of sensation is noted.
GAIT: normal.

LABS:
**Lab Results**

| Component | Value | Date |
|---|---|---|
| WBC | 4.94 | 04/05/2021 |
| HGB | 12.6 | 04/05/2021 |
| HCT | 40.0 | 04/05/2021 |
| MCV | 97 | 04/05/2021 |
| PLT | 183 | 04/05/2021 |

CMP
**Sodium**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 04/05/2021 | 139 | 136 - 145 mmol/L | Final |

**Potassium**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 04/05/2021 | 3.9 | 3.5 - 5.1 mmol/L | Final |

**Chloride**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 04/05/2021 | 103 | 95 - 110 mmol/L | Final |

**$CO_2$**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 04/05/2021 | 24 | 23 - 29 mmol/L | Final |

**Lincoln/Lee 0488**

ONLC INTERVENTIONAL PAIN MEDICINE
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72012462848
Enc. Date 4/21/2021

**Progress Notes (continued)**

**Progress Notes by Brandon L. Hicks, MD at 4/21/2021  1:20 PM (continued)**

**Glucose**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 04/05/2021 | 95 | 70 - 110 mg/dL | Final |

**BUN**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 04/05/2021 | 13 | 6 - 20 mg/dL | Final |

**Creatinine**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 04/05/2021 | 0.9 | 0.5 - 1.4 mg/dL | Final |

**Calcium**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 04/05/2021 | 9.3 | 8.7 - 10.5 mg/dL | Final |

**Total Protein**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 04/05/2021 | 7.9 | 6.0 - 8.4 g/dL | Final |

**Albumin**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 04/05/2021 | 4.0 | 3.5 - 5.2 g/dL | Final |

**Total Bilirubin**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 04/05/2021 | 0.3 | 0.1 - 1.0 mg/dL | Final |

Comment:
*For infants and newborns, interpretation of results should be based on gestational age, weight and in agreement with clinical observations.*

*Premature Infant recommended reference ranges:*
*Up to 24 hours.............<8.0 mg/dL*
*Up to 48 hours............<12.0 mg/dL*
*3-5 days..................<15.0 mg/dL*
*6-29 days.................<15.0 mg/dL*

**Alkaline Phosphatase**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 04/05/2021 | 167 (H) | 55 - 135 U/L | Final |

**AST**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 04/05/2021 | 22 | 10 - 40 U/L | Final |

**ALT**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 04/05/2021 | 17 | 10 - 44 U/L | Final |

**Anion Gap**

Generated on 7/9/21  2:26 PM

Page 202

**Lincoln/Lee 0489**

ONLC INTERVENTIONAL PAIN MEDICINE
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72012462848
Enc. Date 4/21/2021

**Progress Notes (continued)**

**Progress Notes by Brandon L. Hicks, MD at 4/21/2021  1:20 PM (continued)**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 04/05/2021 | 12 | 8 - 16 mmol/L | Final |

**eGFR if African American**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 04/05/2021 | >60.0 | >60 mL/min/1.73 m^2 | Final |

**eGFR if non African American**

| Date | Value | Ref Range | Status |
|------|-------|-----------|--------|
| 04/05/2021 | >60.0 | >60 mL/min/1.73 m^2 | Final |

Comment:
*Calculation used to obtain the estimated glomerular filtration rate (eGFR) is the CKD-EPI equation.*

**Lab Results**

| Component | Value | Date |
|-----------|-------|------|
| HGBA1C | 4.4 | 01/23/2019 |

ASSESSMENT: 51 y.o. year old female with lower back pain, consistent with

1.   **Sacroiliitis**          **IR SI Joint Injection w/Imaging**
                               **IR SI Joint Injection w/Imaging**
                               **Case Request-RAD/Other Procedure Area:**
                               **Bilateral SIJ Injection with local**

2.   Hypertension, unspecified type

PLAN:
- Interventions:  scheduled for bilateral sacroiliac joint injections under fluoroscopy for diagnostic and therapeutic purposes.  Explained procedure in detail, risks, benefits, and alternatives with the patient today and she elected to pursue this intervention at this time.

- Anticoagulation use: no

- Medications: I have stressed the importance of physical activity and a home exercise plan to help with pain and improve health. and Patient can continue with medications for now since they are providing benefits, using them appropriately, and without side effects.   continue diclofenac 50 mg b.i.d. p.r.n..  We will also refill amlodipine 10 mg daily as she reports that she is currently out of this blood pressure medication and does not establish care with a new primary care provider until next month.

- Therapy:  Patient deferred formal physical therap., continue with home exercises

- Labs:  Reviewed

**Lincoln/Lee 0490**

ONLC INTERVENTIONAL PAIN MEDICINE
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:        Sex: F
Acct #: 72012462848
Enc. Date 4/21/2021

**Progress Notes (continued)**

**Progress Notes by Brandon L. Hicks, MD at 4/21/2021  1:20 PM (continued)**

- Imaging:  No pertinent imaging available to review, consider lumbar x-rays in the future if warranted.

- Consults/Referrals:  None at this time

- Records:  Reviewed/Obtain old records from outside physicians and imaging

- Follow up visit: return to clinic in  4 weeks post procedure or as needed

- Counseled patient regarding the importance of activity modification and physical therapy

- This condition does not require this patient to take time off of work, and the primary goal of our Pain Management services is to improve the patient's functional capacity.

- Patient Questions: Answered all of the patient's questions regarding diagnosis, therapy, and treatment

The above plan and management options were discussed at length with patient. Patient is in agreement with the above and verbalized understanding.


Brandon L. Hicks, MD
Interventional Pain Management
Ochsner Baton Rouge

*Disclaimer:*
This note was prepared using voice recognition system and is likely to have sound alike errors that may have been overlooked even after proof reading.  Please call me with any questions


Electronically signed by Brandon L. Hicks, MD on 4/21/2021  2:28 PM

-                                                                                              -

**Follow-up Information**

None

**Follow Up Call**

No data filed

**Lincoln/Lee 0491**

NOMC CANPSYCH BENSON
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 12048039306
Enc. Date 4/21/2021

---

### 04/21/2021 - Office Visit in Benson CancerCtr Psychiatry 3rd Fl

**Reason for Visit**

**Adaptation To Disease And**
**Treatment**
**Anxiety**
**Depression**
**Insomnia**
**Adjustment Disorder**

**Diagnoses**

|  | Codes | Comments |
|---|---|---|
| **Adjustment disorder with mixed anxiety and depressed mood**   -  Primary | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | |
| **Diffuse large B-cell lymphoma of lymph nodes of neck** | ICD-10-CM: C83.31<br>ICD-9-CM: 202.81 | |
| **Bereavement** | ICD-10-CM: Z63.4<br>ICD-9-CM: V62.82 | |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04<br>ICD-9-CM: 307.42 | |

**Problem List** as of 4/21/2021                                                                           Date Reviewed: **4/21/2021**

|  | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 4/21/2021 -<br>Present |
| **Bereavement** | ICD-10-CM: Z63.4<br>ICD-9-CM: V62.82 | | | 4/21/2021 -<br>Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04<br>ICD-9-CM: 307.42 | | | 4/21/2021 -<br>Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 | | | 2/26/2019 - |

**Lincoln/Lee 0492**

| NOMC CANPSYCH BENSON<br>OCHSNER, SOUTH SHORE REGION LA | Lee, Katonia<br>MRN: 2325810, DOB:<br>Acct #: 12048039306<br>Enc. Date 4/21/2021 | Sex: F |
|---|---|---|

## 04/21/2021 - Office Visit in Benson CancerCtr Psychiatry 3rd Fl (continued)

**Problem List (continued)** as of 4/21/2021                                     Date Reviewed: **4/21/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| — | ICD-9-CM: 288.00, 780.61 | | | 3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>4/5/2021 |

### Patient as-of Visit

**Allergies** as of 4/21/2021

Allergies last reviewed by Brandon L. Hicks, MD on 4/21/2021 1428
No Known Allergies

**Immunizations** as of 4/21/2021

| Immunization | Administered On |
|---|---|
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

### Outpatient Medications at Start of Encounter as of 4/21/2021

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet**<br>Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | 30 tablet | 1 | 2/2/2019 | |

Monica H Fefie, LPN 12/31/2019 10:46 AM

Erica M. Coffey, RN 2/7/2019 10:49 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet**<br>Sig - Route: Take 1 tablet by mouth once daily. - Oral<br>Class: Fill Later<br>Prior authorization: Canceled - Other (The medication order is discontinued.) | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| **diclofenac (VOLTAREN) 50 MG EC tablet**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | 60 tablet | 2 | 3/12/2021 | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab**<br>Sig - Route: Take 1 tablet by mouth once daily.  - Oral<br>Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab**<br>Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | 90 tablet | 3 | 3/15/2020 | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL**<br>Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | 60 tablet | 1 | 4/22/2019 | |
| **amLODIPine (NORVASC) 10 MG tablet**<br>Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | 90 tablet | 3 | 3/15/2020 | 4/21/2021 |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet**<br>Sig - Route: Take by mouth. Test claim only - Oral | 90 tablet | 0 | 4/5/2021 | 5/3/2021 |
| **citalopram (CELEXA) 20 MG tablet**<br>Sig - Route: Take 20 mg by mouth once daily. - Oral<br>Class: Historical Med | | | | 4/21/2021 |

**Lincoln/Lee 0493**

NOMC CANPSYCH BENSON
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:            Sex: F
Acct #: 12048039306
Enc. Date 4/21/2021

**04/21/2021 - Office Visit in Benson CancerCtr Psychiatry 3rd Fl (continued)**

**Outpatient Medications at Start of Encounter as of 4/21/2021 (continued)**

|  | Disp | Refills | Start | End |
|---|---|---|---|---|
| Monica H Fefie, LPN 12/31/2019 10:46 AM |  |  |  |  |
| Erica M. Coffey, RN 2/7/2019 10:53 AM<br>TAKE MORNING OF SURGERY WITH A SIP OF WATER. |  |  |  |  |
| **zolpidem (AMBIEN) 5 MG Tab**<br>Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral<br>Class: Print | 30 tablet | 0 | 4/5/2021 | 5/3/2021 |
| **zolpidem (AMBIEN) 5 MG Tab**<br>Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed. - Oral | 30 tablet | 0 | 4/5/2021 | 5/3/2021 |

## Progress Notes

**Progress Notes by Michele M. Larzelere, PhD at 4/21/2021 8:00 AM**

| Author: Michele M. Larzelere, PhD | Service: — | Author Type: Physician |
|---|---|---|
| Filed: 4/21/2021 7:08 PM | Encounter Date: 4/21/2021 | Creation Time: 4/21/2021 9:19 AM |
| Status: Signed | Editor: Michele M. Larzelere, PhD (Physician) | |
| **Sensitive Note** | | |

### TELEMEDICINE PSYCHO-ONCOLOGY INTAKE

Consultation started: 4/21/2021 at 8:02 AM
The chief complaint leading to consultation is: adaptation to disease and treatment, bereavement, insomnia
Virtual visit with synchronous audio and video for a portion of the visit, virtual visit with synchronous audio only due to patient internet limitations for part of the visit. There were no changes in the form or function of the visit due to audio medium, no decrease in standard of care.
The patient location is: Patient home in Centreville, MS (clinician licensed in MS)
Patient alone at the time of consultation.

Each patient provided medical services by telemedicine is: (1) informed of the relationship between the physician and patient and the respective role of any other health care provider with respect to management of the patient; and (2) notified that he or she may decline to receive medical services by telemedicine and may withdraw from such care at any time

**Crisis Disclaimer: Patient was informed that due to the virtual nature of the visit, that if a crisis develops, protocols will be implemented to ensure patient safety, including but not limited to: 1) Initiating a welfare check with local Law Enforcement, 2) Calling 911/National Crisis Hotline, and/or 3) Initiating PEC/CEC procedures.**

**Diagnostic Interview - CPT 90791**

**Site of Clinician:** Jefferson Highway

**Evaluation Length (direct face-to-face time):** 1 hour

**Referral Source:**    Oncologist: Kovtun, Jeanette M., MD
        PCP: Sonia McField, FNP, FNP (Inactive)- Needs new PCP

**Clinical status of patient:** Outpatient

Katonia Lee, a 51 y.o. female, seen for initial evaluation visit. Met with patient.

**Lincoln/Lee 0494**

NOMC CANPSYCH BENSON
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 12048039306
Enc. Date 4/21/2021

**Progress Notes (continued)**

Progress Notes by Michele M. Larzelere, PhD at 4/21/2021  8:00 AM (continued)

**Chief complaint/reason for encounter:** adjustment to illness, depression, anxiety, sleep and grief

**Medical/Surgical History:**
**Patient Active Problem List**
Diagnosis
  • Essential hypertension
  • Lymphoma related to acquired immunodeficiency syndrome (AIDS)
  • Elevated LFTs
  • B-cell lymphoma
  • AIDS (acquired immune deficiency syndrome)
  • Lymphoma
  • Anemia
  • Other chest pain
  • Biliary obstruction
  • HIV disease
  • Rash
  • Adjustment disorder with mixed anxiety and depressed mood
  • Bereavement
  • Psychophysiological insomnia


**Health Behaviors:**
  **ETOH Use:**    No
  **Tobacco Use:** No
  **Illicit Drug Use:**  No
  **Prescription Misuse:** No
  **Caffeine:** 1-2 servings/day, AM and PM
  **Exercise:** The patient engages in little, if any physical activity. The patient engaged in regular activity prior to illness (walking and Zumba)
  **Firearms:**  Yes

**Family History:**
  **Psychiatric illness:**  No
  **Alcohol/Drug Abuse:**        No
  **Suicide:**        No

**Past Psychiatric History:**
  **Inpatient treatment:** No
  **Outpatient treatment:**        Yes     (1 outpatient psychotherapy visit after mother's death, stopped going because of cancer diagnosis)
  **Prior substance abuse treatment:** No
  **Suicide Attempts:**    No
  **Psychotropic Medications:**  Current: Ambien
          Past: Celexa (stopped taking it 2 years ago)
          Current medications as per below, allergies reviewed in chart.

**Current Outpatient Medications**
Medication
  • allopurinol (ZYLOPRIM) 300 MG tablet
  • amLODIPine (NORVASC) 10 MG tablet
  • bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet
  • bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet

**Lincoln/Lee 0495**

NOMC CANPSYCH BENSON
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 12048039306
Enc. Date 4/21/2021

**Progress Notes (continued)**

**Progress Notes by Michele M. Larzelere, PhD at 4/21/2021  8:00 AM (continued)**

- citalopram (CELEXA) 20 MG tablet
- diclofenac (VOLTAREN) 50 MG EC tablet
- ferrous gluconate 324 mg (37.5 mg iron) Tab
- hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab
- ondansetron (ZOFRAN-ODT) 8 MG TbDL
- zolpidem (AMBIEN) 5 MG Tab
- zolpidem (AMBIEN) 5 MG Tab

No current facility-administered medications for this visit.

**Social situation/Stressors**: Katonia Lee lives with her father and 21 year old daughter in Centreville, MS.  She is a former Wal Mart store manager (not working currently due to health considerations, on disability). Katonia Lee has been married 2x (currently separated from 2nd husband due to his infidelity. They were married 15 years. She 2 adult children. Her 28 year old son lives in Baton Rouge and works at Exxon. She has 3 sisters and 1 brother. They are a very close family.  The patient reports good social support from her father, daughter, and sisters. Katonia Lee is an active member of the Baptist faith.  Katonia Lee's hobbies include spending time with family.
**Additional stressors:**  Mother died in 2019 just before patient was diagnosed with cancer- patient was very close to her mother
        Mother's twin sister died of COVID-19 a few weeks ago
        Financial strain (helping father since mother died- decreased income)

**Strengths:**Housing stability, Able to vocalize needs, Values and traditions, Motivation, readiness for change, Setting and pursuing goals, hopes, dreams, aspirations, Interpersonal relationships and supports available - family, relatives, friends and Cultural/spiritual/religious and community involvement
**Liabilities:** Complicated medical illness and Financial strain

**Current Evaluation:**

**Mental Status Exam**: Katonia Lee arrived promptly for the assessment session. The patient was fully cooperative throughout the interview and was an adequate historian
Appearance: age appropriate, casually  dressed, well groomed
Behavior/Cooperation: friendly and cooperative
Speech: normal in rate and tone. Low volume, appropriate quality, quantity and organization of sentences
Mood: anxious, depressed, sad
Affect: dysphoric, tearful
Thought Process: goal-directed, logical
Thought Content: normal, no suicidality, no homicidality, delusions, or paranoia;did not appear to be responding to internal stimuli during the interview.
Orientation: grossly intact
Memory: Grossly intact
Attention Span/Concentration: Attends to interview without distraction; reports subjective difficulty
Fund of Knowledge: average
Estimate of Intelligence: average from verbal skills and history
Cognition: grossly intact
Insight: patient has awareness of illness; good insight into own behavior and behavior of others
Judgment: the patient's behavior is adequate to circumstances

**Distress Score**
Distress Score: 8

**Lincoln/Lee 0496**

NOMC CANPSYCH BENSON
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:        Sex: F
Acct #: 12048039306
Enc. Date 4/21/2021

## Progress Notes (continued)

**Progress Notes by Michele M. Larzelere, PhD at 4/21/2021  8:00 AM (continued)**

**Practical Problems**
Child Care: No
Housing: No
Insurance / Financial: Yes
Transportation: No
Work / School: No
Treatment Decisions: No

**Family Problems**
Dealing with Children: No
Dealing with Partner: No
Ability to Have Children: No

**Emotional Problems**
Depression: Yes
Fears: Yes
Nervousness: Yes
Sadness: Yes
Worry: Yes
Loss of Interest in Usual Activities: Yes

**Spiritual/Religions Concerns**
Spritual / Religious Concerns: Yes

**Physical Problems**
Appearance: Yes
Bathing / Dressing: No
Breathing: No

Changes in Urination: Yes
Constipation: No
Diarrhea: No

Eating: Yes
Fatigue: No
Feeling Swollen: Yes

Fevers: No

Getting Around: Yes

Indigestion: No
Memory / Concentration: Yes
Mouth Sores: No
Nausea: Yes
Nose Dry / Congested: No
Pain: Yes
Sexual: Yes
Skin Dry / Itchy: No
Sleep: Yes

Substance Abuse: No
Tingling in Hands / Feet: No

**Other Problems**

**PHQ ANSWERS**

**Q1.** Little interest or pleasure in doing things: Several days (04/19/21 1246)
**Q2.** Feeling down, depressed, or hopeless: Several days (04/19/21 1246)
**Q3.** Trouble falling or staying asleep, or sleeping too much: More than half the days (04/19/21 1246)
**Q4.** Feeling tired or having little energy: More than half the days (04/19/21 1246)
**Q5.** Poor appetite or overeating: More than half the days (04/19/21 1246)
**Q6.** Feeling bad about yourself - or that you are a failure or have let yourself or your family down: Not at all (04/19/21 1246)
**Q7.** Trouble concentrating on things, such as reading the newspaper or watching television: Several days (04/19/21 1246)
**Q8.** Moving or speaking so slowly that other people could have noticed. Or the opposite - being so fidgety or restless that you have been moving around a lot more than usual: Several days (04/19/21 1246)
**Q9.** Thoughts that you would be better off dead, or of hurting yourself in some way: Not at all (04/19/21 1246)

**Lincoln/Lee 0497**

NOMC CANPSYCH BENSON
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:
Acct #: 12048039306
Enc. Date 4/21/2021

Sex: F

---

### Progress Notes (continued)

**Progress Notes by Michele M. Larzelere, PhD at 4/21/2021  8:00 AM (continued)**

---

**PHQ8 Score : 10 (04/19/21 1246)**
**PHQ-9 Total Score: 10 (04/19/21 1246)**

**GAD-7 Answers**

| GAD7 | 4/19/2021 |
|---|---|
| 1. Feeling nervous, anxious, or on edge? | 1 |
| 2. Not being able to stop or control worrying? | 2 |
| 3. Worrying too much about different things? | 2 |
| 4. Trouble relaxing? | 2 |
| 5. Being so restless that it is hard to sit still? | 2 |
| 6. Becoming easily annoyed or irritable? | 1 |
| 7. Feeling afraid as if something awful might happen? | 0 |
| **GAD-7 Score** | 10 |

GAD-7 Score: 10
Interpretation: Moderate Anxiety

**History of present illness:**
**Oncology History**
**Lymphoma related to acquired immunodeficiency syndrome (AIDS)**
1/21/2019          **Initial Diagnosis**
                          Lymphoma related to acquired immunodeficiency syndrome (AIDS)


1/31/2019 -          **Chemotherapy**
                          Treatment Summary
                          Plan Name: OP RITUXIMAB Q3M (MAINTENANCE)
                          Treatment Goal: Palliative
                          Status: Inactive
                          Start Date: 1/27/2019
                          End Date: 1/27/2019
                          Provider: Ronald D. Delrie Jr., MD
                          Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride
                          0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous,
                          Clinic/HOD 1 time, 1 of 2 cycles
                          Administration: 664 mg (1/27/2019)

                          Plan Name: R-EPOCH INPATIENT
                          Treatment Goal: Curative
                          Status: Inactive
                          Start Date: 1/31/2019
                          End Date: 1/31/2019
                          Provider: Ronald D. Delrie Jr., MD
                          Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium
                          chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg, Intravenous, Every
                          24 hours (non-standard times), 1 of 4 cycles
                          Administration: 1,270 mg (1/31/2019)

                          riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL
                          infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time, 0
                          of 3 cycles

---

**Lincoln/Lee 0498**

NOMC CANPSYCH BENSON
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 12048039306
Enc. Date 4/21/2021

**Progress Notes (continued)**

**Progress Notes by Michele M. Larzelere, PhD at 4/21/2021  8:00 AM (continued)**

DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine (ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, , Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles

Plan Name: OP R-CHOP Q3W
Treatment Goal: Curative
Status: Active
Start Date: 2/18/2019
End Date: 6/3/2019 (Planned)
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: DOXOrubicin chemo injection 20 mg, 12.5 mg/m2 = 20 mg (25 % of original dose 50 mg/m2), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Dose modification: 12.5 mg/m2 (25 % of original dose 50 mg/m2, Cycle 1, Reason: Original Dose Changed)
Administration: 20 mg (2/18/2019), 20 mg (3/11/2019)

vinCRIStine (ONCOVIN) 2 mg in sodium chloride 0.9% 50 mL chemo infusion, 2 mg (100 % of original dose 2 mg), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Dose modification: 2 mg (original dose 2 mg, Cycle 1, Reason: MD Discretion, Comment: capping vincristine at 2 mg)
Administration: 2 mg (2/18/2019), 2 mg (3/11/2019)

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,180 mg in sodium chloride 0.9% 309 mL chemo infusion, 750 mg/m2 = 1,180 mg, Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Administration: 1,180 mg (2/18/2019), 1,210 mg (3/11/2019)

methotrexate (PF) 6 mg in sodium chloride 0.9% (NORMAL SALINE FLUSH) 3 mL INTRATHECAL chemo injection, , Intrathecal, Clinic/HOD 1 time, 0 of 4 cycles

**B-cell lymphoma**

    **Chemotherapy**
    Treatment Summary
    Plan Name: OP RITUXIMAB Q3M (MAINTENANCE)
    Treatment Goal: Palliative
    Status: Inactive
    Start Date: 1/27/2019
    End Date: 1/27/2019
    Provider: Ronald D. Delrie Jr., MD
    Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride 0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous, Clinic/HOD 1 time, 1 of 2 cycles
    Administration: 664 mg (1/27/2019)

    Plan Name: R-EPOCH INPATIENT
    Treatment Goal: Curative
    Status: Inactive
    Start Date: 1/31/2019
    End Date: 1/31/2019

**Lincoln/Lee 0499**

NOMC CANPSYCH BENSON
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 12048039306
Enc. Date 4/21/2021

**Progress Notes (continued)**

**Progress Notes by Michele M. Larzelere, PhD at 4/21/2021  8:00 AM (continued)**

Provider: Ronald D. Delrie Jr., MD
Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg, Intravenous, Every 24 hours (non-standard times), 1 of 4 cycles
Administration: 1,270 mg (1/31/2019)

riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time, 0 of 3 cycles

DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine (ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, , Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles

Plan Name: OP R-CHOP Q3W
Treatment Goal: Curative
Status: Active
Start Date: 2/1/2019 (Planned)
End Date: 5/17/2019 (Planned)
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: DOXOrubicin chemo injection 84 mg, 50 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

vinCRIStine (ONCOVIN) 2.4 mg in sodium chloride 0.9% 50 mL chemo infusion, 1.4 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 250 mL chemo infusion, 750 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

riTUXimab (RITUXAN) 375 mg/m2 = 634 mg in sodium chloride 0.9% 634 mL infusion (conc: 1 mg/mL), 375 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

Katonia Lee has adjusted to illness with difficulty due to unresolved prior stressors (death of mother). Since her diagnosis, her marriage has dissolved and her mother's twin has also died. She copes primarily through active coping strategies, focus on family and prayer. It distresses her to think about how much easier her treatment would have been if her mother were still alive. She spends a lot of time ruminating about her misfortunes during the past few years. Her daily activities remain limited by pain. (She is seeing pain management.)  She has engaged in appropriate information gathering.  The patient has excellent family/friend support.  Her support system is coping well with the diagnosis/treatment/prognosis. Illness-related psychosocial stressors include financial strain , absence from work, difficulty meeting family responsibilities and changes in ability to engage in leisure activities.  The patient has a good partnership with her OMC oncology treatment team. The patient reports the following barriers to healthcare: distance from Ochsner Baton Rouge.

**Areas assessed:**
- **Mood: Depression:** depressed mood, diminished interest, weight gain, insomnia, fatigue, poor concentration, tearfulness and social isolation; her depression is somewhat mitigated by her ability to help her father and time with family; she understands that grief has added to her sadness, but believes, "It is not normal to be this sad all the time."; no prior; no SI/HI; PHQ-9=10

**Lincoln/Lee 0500**

NOMC CANPSYCH BENSON
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 12048039306
Enc. Date 4/21/2021

**Progress Notes (continued)**

**Progress Notes by Michele M. Larzelere, PhD at 4/21/2021  8:00 AM (continued)**

- **Mania:** Denies
- **Psychosis:** Denies
- **Anxiety:** Feeling nervous, anxious, or on edge, Uncontrollable worry (about illness, pain, activities, children, finances), Excessive worry (interfering with enjoyment), Difficulty relaxing, Restlessness and Irritability; lifelong anxiety;  GAD-7= 10
  - **Generalized anxiety:** Denies
  - **Panic Disorder:** Denies
  - **Social/specific phobia:** Denies
  - **OCD:** Denies
- **Trauma:** Robbed when leaving work when she was younger, no PTSD sequelae
- **Sexual Dysfunction:**  Denies, but has not had a sexual partner since cancer treatment
- **Substance abuse:** denied
- **Cognitive functioning:** denied
- **Health behaviors:** sedentary at present
- **Sleep:** "don't sleep at all without Ambien," Ambien x 2 years, no stable sleep schedule, sleep interrupted by pain , 30 min+ extended sleep onset latency and multiple x WASO (with variable re-onset difficulty), no reported apneic events, no naps  and no restless legs- occasional neuropathic pain, AM caffeine, PM caffeine, (+) sleep hygiene considerations and (+) psychophysiological factors, (+) use of OTC (past Tylenol PM- "stopped working) , (+) use of melatonin (1x "did not work")  and (+) use of hypnotics (Ambien 5 mg)
- **Pain:** see pain management note
- **CAM Therapies:**      None

**Assessment – Diagnosis – Goals:**

|   |   | ICD-10-CM | ICD-9-CM |
|---|---|---|---|
| 1. | Diffuse large B-cell lymphoma of lymph nodes of neck | C83.31 | 202.81 |
| 2. | Adjustment disorder with mixed anxiety and depressed mood | F43.23 | 309.28 |
| 3. | Bereavement | Z63.4 | V62.82 |
| 4. | Psychophysiological insomnia | F51.04 | 307.42 |

**Plan:** individual psychotherapy and medication management by physician

**Summary and Recommendations**
Katonia Lee is a 51 y.o. female referred by Dr. Kovtun for psychological evaluation and treatment.  Ms. Lee appears to be coping with difficulty with the combined stressors of her cancer survivorship and bereavement (mother and aunt). She is interested in CBT to address depression/anxiety/insomnia and will follow up with me for that purpose. Patient is no longer taking the Celexa listed on her medication list. She is interested in re-starting an antidepressant. Information about relaxation training and sleep hygiene was given to her. Information about online grief therapy was also provided to her.

**GOALS:**
**Purchase and begin reading Feeling Great**
**Relaxation exercises (instructions and options sent to patient)**
**Sleep hygiene (list sent to patient) and sleep tracking**
**Discuss psychotropic medications with MD**

**Lincoln/Lee 0501**

NOMC CANPSYCH BENSON
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 12048039306
Enc. Date 4/21/2021

## Progress Notes (continued)

**Progress Notes by Michele M. Larzelere, PhD at 4/21/2021  8:00 AM (continued)**

Michele M.Larzelere, PhD
Clinical Psychologist
LA License #820
MS License #61 1074


Electronically signed by Michele M. Larzelere, PhD on 4/21/2021  7:08 PM


-                                                                                                    -

**Follow-up Information**

None

**Follow Up Call**

No data filed

Lincoln/Lee 0502

ONLC RETAIL PHARMACY - BR/ONEAL
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:           Sex: F
Enc. Date 4/21/2021

### 04/21/2021 - Pharmacy Visit in O'Neal - Retail Pharmacy

**Diagnoses**

None.

**Problem List** as of 4/21/2021                                              Date Reviewed: **4/21/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 4/21/2021 -<br>Present |
| **Bereavement** | ICD-10-CM: Z63.4<br>ICD-9-CM: V62.82 | | | 4/21/2021 -<br>Present |
| **Psychophysiological insomnia** | ICD-10-CM: F51.04<br>ICD-9-CM: 307.42 | | | 4/21/2021 -<br>Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>4/5/2021 |

**Patient as-of Visit**

**Allergies** as of 4/21/2021

Allergies last reviewed by Brandon L. Hicks, MD on 4/21/2021 1428
No Known Allergies

**Lincoln/Lee 0503**

ONLC RETAIL PHARMACY - BR/ONEAL
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Enc. Date 4/21/2021

## 04/21/2021 - Pharmacy Visit in O'Neal - Retail Pharmacy (continued)

**Patient as-of Visit (continued)**

**Immunizations** as of 4/21/2021

| Immunization | Administered On |
|---|---|
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 4/21/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet**<br>Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | 30 tablet | 1 | 2/2/2019 | |

Monica H Fefie, LPN 12/31/2019 10:46 AM

Erica M. Coffey, RN 2/7/2019 10:49 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet**<br>Sig - Route: Take 1 tablet by mouth once daily. - Oral<br>Class: Fill Later<br>Prior authorization: Canceled - Other (The medication order is discontinued.) | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| **diclofenac (VOLTAREN) 50 MG EC tablet**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | 60 tablet | 2 | 3/12/2021 | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab**<br>Sig - Route: Take 1 tablet by mouth once daily.  - Oral<br>Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab**<br>Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | 90 tablet | 3 | 3/15/2020 | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL**<br>Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | 60 tablet | 1 | 4/22/2019 | |
| **amLODIPine (NORVASC) 10 MG tablet (Discontinued)**<br>Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | 90 tablet | 3 | 3/15/2020 | 4/21/2021 |
| **amLODIPine (NORVASC) 10 MG tablet (Discontinued)**<br>Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral<br>Notes to Pharmacy: .<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 4/21/2021 | 7/2/2021 |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Discontinued)**<br>Sig - Route: Take by mouth. Test claim only - Oral<br>Reason for Discontinue: **Duplicate Order** | 90 tablet | 0 | 4/5/2021 | 5/3/2021 |
| **citalopram (CELEXA) 20 MG tablet (Discontinued)**<br>Sig - Route: Take 20 mg by mouth once daily. - Oral<br>Class: Historical Med<br>Reason for Discontinue: **Duplicate Order** | | | | 4/21/2021 |

Monica H Fefie, LPN 12/31/2019 10:46 AM

Erica M. Coffey, RN 2/7/2019 10:53 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **zolpidem (AMBIEN) 5 MG Tab (Discontinued)**<br>Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral<br>Class: Print<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 4/5/2021 | 5/3/2021 |
| **zolpidem (AMBIEN) 5 MG Tab (Discontinued)**<br>Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed. - Oral<br>Reason for Discontinue: **Duplicate Order** | 30 tablet | 0 | 4/5/2021 | 5/3/2021 |

**Lincoln/Lee 0504**

| | | |
|---|---|---|
| ONLC RETAIL PHARMACY - BR/ONEAL | Lee, Katonia | |
| OCHSNER, BATON ROUGE REGION LA | MRN: 2325810, DOB: | Sex: F |
| | Enc. Date 4/21/2021 | |

**04/21/2021 - Pharmacy Visit in O'Neal - Retail Pharmacy (continued)**

**Follow-up Information**

None

**Follow Up Call**

No data filed

**Lincoln/Lee 0505**

NOMC CANPSYCH BENSON
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:            Sex: F
Acct #: 12047879240
Enc. Date 4/12/2021

## 04/12/2021 - Appointment in Benson CancerCtr Psychiatry 3rd Fl

**Appointment Status**

[illegible]

**Diagnoses**

None.

-                                                                                                    -

**Problem List** as of 4/12/2021                                          Date Reviewed: **4/5/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>4/5/2021 |

**Patient as-of Visit**

**Allergies** as of 4/12/2021

Allergies last reviewed by Van Le on 4/7/2021 0936
No Known Allergies

**Immunizations** as of 4/12/2021

**Lincoln/Lee 0506**

NOMC CANPSYCH BENSON
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 12047879240
Enc. Date 4/12/2021

## 04/12/2021 - Appointment in Benson CancerCtr Psychiatry 3rd Fl (continued)

**Patient as-of Visit (continued)**

| Immunization | Administered On |
|---|---|
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 4/12/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |

Monica H Fefie, LPN 12/31/2019 10:46 AM

Erica M. Coffey, RN 2/7/2019 10:49 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Fill Later | | | | |
| Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** | 60 tablet | 2 | 3/12/2021 | |
| Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily.  - Oral | | | | |
| Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Discontinued)** | 90 tablet | 3 | 3/15/2020 | 4/21/2021 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Discontinued)** | 90 tablet | 0 | 4/5/2021 | 5/3/2021 |
| Sig - Route: Take by mouth. Test claim only - Oral | | | | |
| Reason for Discontinue: **Duplicate Order** | | | | |
| **citalopram (CELEXA) 20 MG tablet (Discontinued)** | | | | 4/21/2021 |
| Sig - Route: Take 20 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| Reason for Discontinue: **Duplicate Order** | | | | |

Monica H Fefie, LPN 12/31/2019 10:46 AM

Erica M. Coffey, RN 2/7/2019 10:53 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **zolpidem (AMBIEN) 5 MG Tab (Discontinued)** | 30 tablet | 0 | 4/5/2021 | 5/3/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| Class: Print | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **zolpidem (AMBIEN) 5 MG Tab (Discontinued)** | 30 tablet | 0 | 4/5/2021 | 5/3/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed. - Oral | | | | |
| Reason for Discontinue: **Duplicate Order** | | | | |

**Follow-up Information**

None

**Follow Up Call**

**Lincoln/Lee 0507**

NOMC CANPSYCH BENSON
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 12047879240
Enc. Date 4/12/2021

## 04/12/2021 - Appointment in Benson CancerCtr Psychiatry 3rd Fl (continued)

**Follow Up Call (continued)**

No data filed

**Lincoln/Lee 0508**

BRCH LABORATORY DRAW STATION
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:              Sex: F
Acct #: 72012733819
Enc. Date 4/12/2021

### 04/12/2021 - Appointment in Ochsner Medical Center - Baton Rouge

**Appointment Status**

Diagnoses

None.

-                                                                                            -

**Problem List** as of 4/12/2021                                      Date Reviewed: **4/5/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>4/5/2021 |

**Patient as-of Visit**

**Allergies** as of 4/12/2021

Allergies last reviewed by Van Le on 4/7/2021 0936
No Known Allergies

**Immunizations** as of 4/12/2021

Generated on 7/9/21  2:26 PM                                               Page 222

**Lincoln/Lee 0509**

BRCH LABORATORY DRAW STATION
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:     Sex: F
Acct #: 72012733819
Enc. Date 4/12/2021

## 04/12/2021 - Appointment in Ochsner Medical Center - Baton Rouge (continued)

### Patient as-of Visit (continued)

| Immunization | Administered On |
|---|---|
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

### Outpatient Medications at Start of Encounter as of 4/12/2021

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM<br>TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral<br>Class: Fill Later<br>Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** | 60 tablet | 2 | 3/12/2021 | |
| Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily.  - Oral<br>Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Discontinued)** | 90 tablet | 3 | 3/15/2020 | 4/21/2021 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Discontinued)** | 90 tablet | 0 | 4/5/2021 | 5/3/2021 |
| Sig - Route: Take by mouth. Test claim only - Oral<br>Reason for Discontinue: **Duplicate Order** | | | | |
| **citalopram (CELEXA) 20 MG tablet (Discontinued)** | | | | 4/21/2021 |
| Sig - Route: Take 20 mg by mouth once daily. - Oral<br>Class: Historical Med<br>Reason for Discontinue: **Duplicate Order** | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:53 AM<br>TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **zolpidem (AMBIEN) 5 MG Tab (Discontinued)** | 30 tablet | 0 | 4/5/2021 | 5/3/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral<br>Class: Print<br>Reason for Discontinue: **Reorder** | | | | |
| **zolpidem (AMBIEN) 5 MG Tab (Discontinued)** | 30 tablet | 0 | 4/5/2021 | 5/3/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed. - Oral<br>Reason for Discontinue: **Duplicate Order** | | | | |

### Follow-up Information

None

### Follow Up Call

**Lincoln/Lee 0510**

BRCH LABORATORY DRAW STATION
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72012733819
Enc. Date 4/12/2021

**04/12/2021 - Appointment in Ochsner Medical Center - Baton Rouge (continued)**

**Follow Up Call (continued)**

No data filed

**Lincoln/Lee 0511**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Enc. Date 4/7/2021

### 04/07/2021 - Specialty Pharmacy in Main Campus - Specialty Pharmacy

**Reason for Visit**

**Refill Coordination**

**Diagnoses**

None.

-                                                                              -

**Problem List** as of 4/7/2021                                    Date Reviewed: **4/5/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>4/5/2021 |

**Patient as-of Visit**

**Allergies** as of 4/7/2021

Allergies last reviewed by Van Le on 4/7/2021 0936
No Known Allergies

**Immunizations** as of 4/7/2021

| Immunization | Administered On |
|---|---|

**Lincoln/Lee 0512**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Enc. Date 4/7/2021

## 04/07/2021 - Specialty Pharmacy in Main Campus - Specialty Pharmacy (continued)

**Patient as-of Visit (continued)**

| | |
|---|---|
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 4/7/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM | | | | |
| TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Fill Later | | | | |
| Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** | 60 tablet | 2 | 3/12/2021 | |
| Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily.  - Oral | | | | |
| Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet** | 90 tablet | 3 | 3/15/2020 | 4/21/2021 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 90 tablet | 0 | 4/5/2021 | 5/3/2021 |
| Sig - Route: Take by mouth. Test claim only - Oral | | | | |
| **citalopram (CELEXA) 20 MG tablet** | | | | 4/21/2021 |
| Sig - Route: Take 20 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:53 AM | | | | |
| TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 0 | 4/5/2021 | 5/3/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| Class: Print | | | | |
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 0 | 4/5/2021 | 5/3/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed. - Oral | | | | |

**Follow-up Information**

None

**Follow Up Call**

No data filed

**Lincoln/Lee 0513**

| NOMC SPECIALTY PHARMACY | Lee, Katonia | |
|---|---|---|
| OCHSNER, SOUTH SHORE REGION LA | MRN: 2325810, DOB: | Sex: F |
| | Enc. Date 4/7/2021 | |

### 04/07/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy

**Diagnoses**

None.

**Problem List** as of 4/7/2021                                                                                      Date Reviewed: **4/5/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>4/5/2021 |

**Patient as-of Visit**

**Allergies** as of 4/7/2021

Allergies last reviewed by Van Le on 4/7/2021 0936
No Known Allergies

**Immunizations** as of 4/7/2021

| Immunization | Administered On |
|---|---|
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Lincoln/Lee 0514**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Enc. Date 4/7/2021

**04/07/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy (continued)**

**Outpatient Medications at Start of Encounter as of 4/7/2021**

|  | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 |  |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM<br>TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral<br>Class: Fill Later<br>Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** | 60 tablet | 2 | 3/12/2021 | |
| Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral<br>Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Discontinued)** | 90 tablet | 3 | 3/15/2020 | 4/21/2021 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Discontinued)** | 90 tablet | 0 | 4/5/2021 | 5/3/2021 |
| Sig - Route: Take by mouth. Test claim only - Oral<br>Reason for Discontinue: **Duplicate Order** | | | | |
| **citalopram (CELEXA) 20 MG tablet (Discontinued)** | | | | 4/21/2021 |
| Sig - Route: Take 20 mg by mouth once daily. - Oral<br>Class: Historical Med<br>Reason for Discontinue: **Duplicate Order** | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:53 AM<br>TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **zolpidem (AMBIEN) 5 MG Tab (Discontinued)** | 30 tablet | 0 | 4/5/2021 | 5/3/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral<br>Class: Print<br>Reason for Discontinue: **Reorder** | | | | |
| **zolpidem (AMBIEN) 5 MG Tab (Discontinued)** | 30 tablet | 0 | 4/5/2021 | 5/3/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed. - Oral<br>Reason for Discontinue: **Duplicate Order** | | | | |

**Follow-up Information**

None

**Follow Up Call**

No data filed

**Lincoln/Lee 0515**

| ONLH LABORATORY<br>17000 Medical Center Dr<br>Baton Rouge LA 70816 | Lee, Katonia<br>MRN: 2325810, DOB:<br>Enc. Date 4/6/2021 | Sex: F |
|---|---|---|

### 04/06/2021 - Appointment in Ochsner Medical Center-O'neal

**Appointment Status**

*[illegible]*

**Diagnoses**

None.

- -

**Problem List** as of 4/6/2021        Date Reviewed: **4/5/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>4/5/2021 |

**Patient as-of Visit**

**Allergies** as of 4/6/2021

Allergies last reviewed by Charlene Henderson, MA on 4/5/2021 1144
No Known Allergies

**Immunizations** as of 4/6/2021

| Immunization | Administered On |
|---|---|

**Lincoln/Lee 0516**

ONLH LABORATORY
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:            Sex: F
Enc. Date 4/6/2021

## 04/06/2021 - Appointment in Ochsner Medical Center-O'neal (continued)

**Patient as-of Visit (continued)**

| | |
|---|---|
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 4/6/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM | | | | |
| TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Fill Later | | | | |
| Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** | 60 tablet | 2 | 3/12/2021 | |
| Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily.  - Oral | | | | |
| Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Discontinued)** | 90 tablet | 3 | 3/15/2020 | 4/21/2021 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Discontinued)** | 90 tablet | 0 | 4/5/2021 | 5/3/2021 |
| Sig - Route: Take by mouth. Test claim only - Oral | | | | |
| Reason for Discontinue: **Duplicate Order** | | | | |
| **citalopram (CELEXA) 20 MG tablet (Discontinued)** | | | | 4/21/2021 |
| Sig - Route: Take 20 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| Reason for Discontinue: **Duplicate Order** | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:53 AM | | | | |
| TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **zolpidem (AMBIEN) 5 MG Tab (Discontinued)** | 30 tablet | 0 | 4/5/2021 | 5/3/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| Class: Print | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **zolpidem (AMBIEN) 5 MG Tab (Discontinued)** | 30 tablet | 0 | 4/5/2021 | 5/3/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed. - Oral | | | | |
| Reason for Discontinue: **Duplicate Order** | | | | |

**Follow-up Information**

None

**Follow Up Call**

No data filed

**Lincoln/Lee 0517**

ONLC INFECTIOUS DISEASE
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72012733612
Enc. Date 4/5/2021

## 04/05/2021 - Office Visit in O'Neal - Infectious Disease

### Reason for Visit

HIV Positive/AIDS

### Diagnoses

| | Codes | Comments |
|---|---|---|
| **Lymphoma, unspecified body region, unspecified lymphoma type** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | |
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | |
| **Diffuse large B-cell lymphoma of intra-abdominal lymph nodes** | ICD-10-CM: C83.33<br>ICD-9-CM: 202.83 | |
| **Diffuse large B-cell lymphoma, unspecified body region** | ICD-10-CM: C83.30<br>ICD-9-CM: 202.80 | |

### Problem List as of 4/5/2021

Date Reviewed: **4/5/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |

**Lincoln/Lee 0518**

| ONLC INFECTIOUS DISEASE<br>OCHSNER, BATON ROUGE REGION LA | Lee, Katonia<br>MRN: 2325810, DOB:    Sex: F<br>Acct #: 72012733612<br>Enc. Date 4/5/2021 |
|---|---|

## 04/05/2021 - Office Visit in O'Neal - Infectious Disease (continued)

**Problem List (continued)** as of 4/5/2021                                                      Date Reviewed: **4/5/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| ⎯ RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>4/5/2021 |

### Patient as-of Visit

**Allergies** as of 4/5/2021

Allergies last reviewed by Charlene Henderson, MA on 4/5/2021 1144
No Known Allergies

**Immunizations** as of 4/5/2021

| Immunization | Administered On |
|---|---|
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

### Outpatient Medications at Start of Encounter as of 4/5/2021

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | 30 tablet | 1 | 2/2/2019 | |

Monica H Fefie, LPN 12/31/2019 10:46 AM

Erica M. Coffey, RN 2/7/2019 10:49 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **diclofenac (VOLTAREN) 50 MG EC tablet (Taking)**<br>Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | 60 tablet | 2 | 3/12/2021 | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking)**<br>Sig - Route: Take 1 tablet by mouth once daily.  - Oral<br>Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab (Taking)**<br>Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | 90 tablet | 3 | 3/15/2020 | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking)**<br>Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | 60 tablet | 1 | 4/22/2019 | |
| **amLODIPine (NORVASC) 10 MG tablet (Taking)**<br>Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | 90 tablet | 3 | 3/15/2020 | 4/21/2021 |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking)**<br>Sig - Route: Take 1 tablet by mouth once daily. - Oral<br>Class: Fill Later<br>Prior authorization: Canceled - Other (The medication order is discontinued.) | 30 tablet | 4 | 2/1/2021 | 4/5/2021 |
| **citalopram (CELEXA) 20 MG tablet (Taking)**<br>Sig - Route: Take 20 mg by mouth once daily. - Oral<br>Class: Historical Med | | | | 4/21/2021 |

Monica H Fefie, LPN 12/31/2019 10:46 AM

Erica M. Coffey, RN 2/7/2019 10:53 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **zolpidem (AMBIEN) 5 MG Tab (Taking)**<br>Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | 30 tablet | 1 | 1/8/2021 | 4/5/2021 |

Dejohnna T Battley, MA 3/12/2021 11:21 AM
Patient has ran out of medication, is requesting refill

**Lincoln/Lee 0519**

ONLC INFECTIOUS DISEASE
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72012733612
Enc. Date 4/5/2021

## 04/05/2021 - Office Visit in O'Neal - Infectious Disease (continued)

Outpatient Medications at Start of Encounter as of 4/5/2021 (continued)

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet (Taking)**<br>Sig: Take 1 tablet (300 mg total) by mouth once daily.<br>Route: Oral | 30 tablet | 1 | 2/2/2019 | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking)**<br>Sig: Take 1 tablet by mouth once daily.<br>Class: Fill Later<br>Route: Oral<br>Prior authorization: Canceled - Other (The medication order is discontinued.) | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| **diclofenac (VOLTAREN) 50 MG EC tablet (Taking)**<br>Sig: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain).<br>Route: Oral | 60 tablet | 2 | 3/12/2021 | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking)**<br>Sig: Take 1 tablet by mouth once daily.<br>Class: Historical Med<br>Route: Oral | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab (Taking)**<br>Sig: Take 1 tablet (12.5 mg total) by mouth once daily.<br>Route: Oral | 90 tablet | 3 | 3/15/2020 | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking)**<br>Sig: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea).<br>Route: Oral | 60 tablet | 1 | 4/22/2019 | |
| **amLODIPine (NORVASC) 10 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (10 mg total) by mouth once daily.<br>Route: Oral | 90 tablet | 3 | 3/15/2020 | 4/21/2021 |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet by mouth once daily.<br>Class: Fill Later<br>Route: Oral<br>Reason for Discontinue: **Reorder**<br>Prior authorization: Canceled - Other (The medication order is discontinued.) | 30 tablet | 4 | 2/1/2021 | 4/5/2021 |
| **citalopram (CELEXA) 20 MG tablet (Taking/Discontinued)**<br>Sig: Take 20 mg by mouth once daily.<br>Class: Historical Med<br>Route: Oral<br>Reason for Discontinue: **Duplicate Order** | | | | 4/21/2021 |
| **zolpidem (AMBIEN) 5 MG Tab (Taking/Discontinued)**<br>Sig: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep).<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 1 | 1/8/2021 | 4/5/2021 |
| **zolpidem (AMBIEN) 5 MG Tab (Taking/Discontinued)**<br>Sig: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep).<br>Class: Print<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 4/5/2021 | 5/3/2021 |

### Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **zolpidem (AMBIEN) 5 MG Tab (Discontinued)**<br>Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral<br>Class: Print | 30 tablet | 0 | 4/5/2021 | 5/3/2021 |

**Lincoln/Lee 0520**

ONLC INFECTIOUS DISEASE
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72012733612
Enc. Date 4/5/2021

## 04/05/2021 - Office Visit in O'Neal - Infectious Disease (continued)

**Ordered Medications (continued)**

|  | Disp | Refills | Start | End |
|---|---|---|---|---|
| Reason for Discontinue: **Reorder** |  |  |  |  |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral |  |  |  |  |
| Class: Fill Later |  |  |  |  |
| Prior authorization: Canceled - Other (The medication order is discontinued.) |  |  |  |  |

**Outpatient Medication Detail**

|  | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 90 tablet | 1 | 4/5/2021 | 7/28/2021 | No |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral |  |  |  |  |  |
| Sent to pharmacy as: bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet |  |  |  |  |  |
| Class: Fill Later |  |  |  |  |  |
| Order: 626051955 |  |  |  |  |  |
| Date/Time Signed: 4/5/2021 12:17 |  |  |  |  |  |
| Prior authorization: Canceled - Other (The medication order is discontinued.) |  |  |  |  |  |

**Outpatient Medication Detail**

|  | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| **zolpidem (AMBIEN) 5 MG Tab (Discontinued)** | 30 tablet | 0 | 4/5/2021 | 5/3/2021 | No |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral |  |  |  |  |  |
| Class: Print |  |  |  |  |  |
| Reason for Discontinue: **Reorder** |  |  |  |  |  |
| Order: 587423737 |  |  |  |  |  |
| Date/Time Signed: 4/5/2021 12:16 |  |  |  |  |  |

## Progress Notes

**Progress Notes by John O. Nnadi, MD at 4/5/2021 11:40 AM**

| Author: John O. Nnadi, MD | Service: — | Author Type: Physician |
|---|---|---|
| Filed: 4/6/2021  8:46 AM | Encounter Date: 4/5/2021 | Creation Time: 4/5/2021 12:11 PM |
| Status: Addendum | Editor: John O. Nnadi, MD (Physician) |  |
| Related Notes: Original Note by John O. Nnadi, MD (Physician) filed at 4/5/2021 12:18 PM | | |

### HIV Follow-up Visit

Katonia Lee is here for follow-up of HIV infection. She is feeling better since her last visit.
She is dealing with lots of family problems and her Aunty will be terminally extubated today.

Patient is compliant with HIV medications.She is on Biktarvy.
Patient does not have side effects with the HIV medications.none

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

Review of Systems
Constitutional: Negative for chills, diaphoresis, fever, malaise/fatigue and weight loss.
Eyes: Negative for blurred vision, double vision, photophobia and pain.

### Physical Exam

Vitals and nursing note reviewed.
HENT:

**Lincoln/Lee 0521**

| ONLC INFECTIOUS DISEASE | Lee, Katonia | |
| OCHSNER, BATON ROUGE REGION LA | MRN: 2325810, DOB: | Sex: F |
| | Acct #: 72012733612 | |
| | Enc. Date 4/5/2021 | |

**Progress Notes (continued)**

**Progress Notes by John O. Nnadi, MD at 4/5/2021 11:40 AM (continued)**

Head: Normocephalic.
Right Ear: Tympanic membrane normal.
Nose: Nose normal.
Mouth/Throat:
Mouth: Mucous membranes are moist.
<u>Cardiovascular</u>:
Rate and Rhythm: Normal rate.
<u>Musculoskeletal</u>:
Cervical back: Normal range of motion.
<u>Skin</u>:
General: Skin is warm.
<u>Neurological</u>:
General: No focal deficit present.
Mental Status: She is alert.

**Immunization History**

| Administered | Date(s) Administered |
| --- | --- |
| • Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Assessment:**

1. Lymphoma, unspecified body region, unspecified lymphoma type
2. AIDS (acquired immune deficiency syndrome)    zolpidem (AMBIEN) 5 MG Tab
3. Essential hypertension
4. Lymphoma related to acquired    zolpidem (AMBIEN) 5 MG Tab
   immunodeficiency syndrome (AIDS)
5. Diffuse large B-cell lymphoma of intra-abdominal zolpidem (AMBIEN) 5 MG Tab
   lymph nodes
6. Diffuse large B-cell lymphoma, unspecified body zolpidem (AMBIEN) 5 MG Tab
   region

**Plan:**
**Problem List Items Addressed This Visit**

**Essential hypertension**
Follow PCP,needs optimal control

**Lymphoma related to acquired immunodeficiency syndrome (AIDS)**
Relevant Medications
zolpidem (AMBIEN) 5 MG Tab

**B-cell lymphoma**
Relevant Medications
zolpidem (AMBIEN) 5 MG Tab

**AIDS (acquired immune deficiency syndrome)**
Will need to do blood work today, will continue Biktarvy

**Lincoln/Lee 0522**

ONLC INFECTIOUS DISEASE
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72012733612
Enc. Date 4/5/2021

**Progress Notes (continued)**

**Progress Notes by John O. Nnadi, MD at 4/5/2021 11:40 AM (continued)**

Relevant Medications
    zolpidem (AMBIEN) 5 MG Tab

**Lymphoma**
Oncology follow up

Relevant Medications
    zolpidem (AMBIEN) 5 MG Tab

The patient has been counseled regarding the importance of compliance with every dose of HIV medications. Possible side effects have been reviewed and the patient's questions have been answered.
Total time spent   46mins .
Time was spent preparing to see the patient -review of tests, obtaining and reviewing separately obtained history , performing appropriate examination and evaluation , counseling and educating the patient /family /caregiver, documenting clinical information in the chart, independently interpreting results and communicating results to the patient /family , care coordination , ordering medications,tests or procedures  and referring and communicating with other health care professionals

Electronically signed by John O. Nnadi, MD on 4/6/2021  8:46 AM

-                                                                                                    -

**Follow-up and Disposition History**

04/05/2021 1218 - John O. Nnadi, MD
    Dispositions:                • Follow up in about 4 months (around 8/5/2021).

**Follow-up Information**
    None

**Follow Up Call**
No data filed

**Lincoln/Lee 0523**

ONLH LABORATORY
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72012918261
Enc. Date 4/5/2021

## 04/05/2021 - Lab Visit in Ochsner Medical Center-O'neal

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | |

**Problem List** as of 4/5/2021                                           Date Reviewed: **4/5/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>4/5/2021 |

**Patient as-of Visit**

**Allergies** as of 4/5/2021

Allergies last reviewed by Charlene Henderson, MA on 4/5/2021 1144
No Known Allergies

**Immunizations** as of 4/5/2021

| Immunization | Administered On |
|---|---|

Generated on 7/9/21  2:26 PM                                           Page 237

**Lincoln/Lee 0524**

ONLH LABORATORY
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72012918261
Enc. Date 4/5/2021

## 04/05/2021 - Lab Visit in Ochsner Medical Center-O'neal (continued)

### Patient as-of Visit (continued)

| | |
|---|---|
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

### Outpatient Medications at Start of Encounter as of 4/5/2021

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM | | | | |
| TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Fill Later | | | | |
| Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** | 60 tablet | 2 | 3/12/2021 | |
| Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily.  - Oral | | | | |
| Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Discontinued)** | 90 tablet | 3 | 3/15/2020 | 4/21/2021 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Discontinued)** | 30 tablet | 4 | 2/1/2021 | 4/5/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Fill Later | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Discontinued)** | 90 tablet | 0 | 4/5/2021 | 5/3/2021 |
| Sig - Route: Take by mouth. Test claim only - Oral | | | | |
| Reason for Discontinue: **Duplicate Order** | | | | |
| **citalopram (CELEXA) 20 MG tablet (Discontinued)** | | | | 4/21/2021 |
| Sig - Route: Take 20 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| Reason for Discontinue: **Duplicate Order** | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:53 AM | | | | |
| TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **zolpidem (AMBIEN) 5 MG Tab (Discontinued)** | 30 tablet | 1 | 1/8/2021 | 4/5/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| Dejohnna T Battley, MA 3/12/2021 11:21 AM | | | | |
| Patient has ran out of medication, is requesting refill | | | | |
| **zolpidem (AMBIEN) 5 MG Tab (Discontinued)** | 30 tablet | 0 | 4/5/2021 | 5/3/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| Class: Print | | | | |

**Lincoln/Lee 0525**

ONLH LABORATORY
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72012918261
Enc. Date 4/5/2021

## 04/05/2021 - Lab Visit in Ochsner Medical Center-O'neal (continued)

**Outpatient Medications at Start of Encounter as of 4/5/2021 (continued)**

|  | Disp | Refills | Start | End |
|---|---|---|---|---|
| Reason for Discontinue: **Reorder** |  |  |  |  |
| zolpidem (AMBIEN) 5 MG Tab (Discontinued) | 30 tablet | 0 | 4/5/2021 | 5/3/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed. - Oral |  |  |  |  |
| Reason for Discontinue: **Duplicate Order** |  |  |  |  |

**Labs**

### CD4 T-Helper Cells [626051957] (Final result)

| | |
|---|---|
| Electronically signed by: **John O. Nnadi, MD on 08/10/20 0135** | Status: **Completed** |

This order may be acted on in another encounter.

Ordering user: John O. Nnadi, MD 08/10/20 0135          Authorized by: John O. Nnadi, MD
Ordering mode: Standard
Frequency: Routine  08/10/20 -          Class: Lab Collect
Quantity: 1          Lab status: Final result
Instance released by: Taylor Pollard 4/5/2021 12:36 PM
Diagnoses
AIDS (acquired immune deficiency syndrome) [B20]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| A005012346:1 | Blood | Blood | RML 04/05/21 1253 |

### CD4 T-Helper Cells [626051957] (Abnormal)          Resulted: 04/06/21 1730, Result status: Final result

Order status: Completed          Filed by: Edi, Soft Lab Interface  04/06/21 1736
Collected by: RML 04/05/21 1253          Resulting lab: OCHSNER MEDICAL CENTER - NEW ORLEANS
Acknowledged by
John O. Nnadi, MD, FACP on 04/09/21 0843
Charlene Henderson, MA on 04/13/21 1038

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| CD4 % Helper T Cell | 26.2 | 28 - 57 % | L ⍨ | OCLB |
| Absolute CD4 | 545 | 300 - 1400 cells/ul | — | OCLB |

Comment:
This test was developed and its performance characteristics
determined by Ochsner Clinic Foundation Flow Cytometry Laboratory.
It has not been cleared or approved by the U.S. Food and Drug
Administration. The FDA has determined that such clearance or
approval is not necessary.  This test is used for clinical purposes.
It should not be regarded as investigational or for research.  This
laboratory is certified under CLIA-88 as qualified to perform high
complexity clinical laboratory testing.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 347 - OCLB | OCHSNER MEDICAL CENTER - NEW ORLEANS | Elise Occhipinti, M.D. | 1516 Jefferson Hwy New Orleans LA 70121 | 03/25/19 1044 - Present |

**Indications**

AIDS (acquired immune deficiency syndrome) [B20 (ICD-10-CM)]

**All Reviewers List**

Charlene Henderson, MA on 4/13/2021 10:38
John O. Nnadi, MD, FACP on 4/13/2021 10:22

**Lincoln/Lee 0526**

ONLH LABORATORY
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:                Sex: F
Acct #: 72012918261
Enc. Date 4/5/2021

## 04/05/2021 - Lab Visit in Ochsner Medical Center-O'neal (continued)

**Labs (continued)**

John O. Nnadi, MD, FACP on 4/9/2021 08:43

**HIV RNA, quantitative, PCR [626051958] (Final result)**

| | |
|---|---|
| Electronically signed by: **John O. Nnadi, MD on 08/10/20 0135** | Status: **Completed** |

This order may be acted on in another encounter.

Ordering user: John O. Nnadi, MD 08/10/20 0135               Authorized by: John O. Nnadi, MD
Ordering mode: Standard
Frequency: Routine  08/10/20 -                               Class: Lab Collect
Quantity: 1                                                   Lab status: Final result
Instance released by: Taylor Pollard 4/5/2021 12:36 PM
Diagnoses
AIDS (acquired immune deficiency syndrome) [B20]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| A005012347:2 | Blood | Blood | RML 04/05/21 1253 |

**HIV RNA, quantitative, PCR [626051958]**        Resulted: 04/08/21 1442, Result status: Final result

Order status: Completed                          Filed by: Edi, Soft Lab Interface  04/09/21 1051
Collected by: RML 04/05/21 1253                  Resulting lab: WARDE MCL REFERENCE LAB
Acknowledged by
John O. Nnadi, MD, FACP on 04/13/21 1022
Charlene Henderson, MA on 04/13/21 1038

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HIV-1 RNA, Qual | Not detected | Not detected | — | WARDE |
| HIV 1 RNA Ultra | <40 | <40 Copies/mL | — | WARDE |
| Log HIV Copies/mL | <1.60 | <1.60 Log (10) Copies/mL | — | WARDE |
| HIV UQ Date Received | 4/7/21 | — | — | WARDE |
| HIV UQ Date Reported | 4/8/21 | — | — | WARDE |

Comment:
This test utilizes a real-time reverse-transcriptase
polymerase chain reaction test from Abbott Molecular
Systems to amplify a portion of the pol/integrase region
of the HIV-1 genome. This test is intended for use in
conjunction with clinical presentation and other laboratory
markers as an indicator of disease prognosis.  This test
may also be used as an aid in assessing the viral response
to antiretroviral treatment as measured by changes in
plasma HIV-1 RNA levels.  This test should not be used to
establish a diagnosis of  HIV-1 infection. The lower limit
of quantitation is 40 copies/mL  (1.60 log cy/mL) and the
upper limit of quantitation is 10,000,000 copies/mL
(7.00 log cy/mL). The qualitative limit of detection
is 20 copies/mL (1.30 log cy/mL).

Specimens reported as DETECTED but <40 cy/mL contain
detectable level of HIV-1 RNA but the viral load is below
the limit of quantitation. A  Not detected  result does
not rule out infection.

Test performed at
 Warde Medical Laboratory,
300 W. Textile Rd, Ann Arbor, MI  48108     800-876-6522
William G. Finn, MD  - Medical Director

**Lincoln/Lee 0527**

ONLH LABORATORY
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72012918261
Enc. Date 4/5/2021

## 04/05/2021 - Lab Visit in Ochsner Medical Center-O'neal (continued)

**Labs (continued)**

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **224 - WARDE** | WARDE MCL REFERENCE LAB | William G. Finn, MD | 300 West Textile Road ANN ARBOR MI 48108 | 04/10/15 1117 - Present |

### Indications

AIDS (acquired immune deficiency syndrome) [B20 (ICD-10-CM)]

### All Reviewers List

Charlene Henderson, MA on 4/13/2021 10:38
John O. Nnadi, MD, FACP on 4/13/2021 10:22

### CBC auto differential [626051959] (Final result)

Electronically signed by: **John O. Nnadi, MD on 08/10/20 0135**                      Status: **Completed**
This order may be acted on in another encounter.
Ordering user: John O. Nnadi, MD 08/10/20 0135              Authorized by: John O. Nnadi, MD
Ordering mode: Standard
Frequency: Routine  08/10/20 -                              Class: Lab Collect
Quantity: 1                                                 Lab status: Final result
Instance released by: Taylor Pollard 4/5/2021 12:36 PM
Diagnoses
AIDS (acquired immune deficiency syndrome) [B20]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| A005012348:3 | Blood | Blood | RML 04/05/21 1253 |

### CBC auto differential [626051959] (Abnormal)

Resulted: 04/06/21 0057, Result status: Final result

Order status: Completed                                     Filed by: Edi, Soft Lab Interface  04/06/21 0057
Collected by: RML 04/05/21 1253                             Resulting lab: OCHSNER MEDICAL CENTER - NEW ORLEANS
Acknowledged by
John O. Nnadi, MD, FACP on 04/09/21 0843
Charlene Henderson, MA on 04/13/21 1038

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 4.94 | 3.9 - 12.7 K/uL | — | OCLB |
| RBC | 4.13 | 4.00 - 5.40 M/uL | — | OCLB |
| Hemoglobin | 12.6 | 12.0 - 16.0 g/dL | — | OCLB |
| Hematocrit | 40.0 | 37.0 - 48.5 % | — | OCLB |
| MCV | 97 | 82.0 - 98.0 fL | — | OCLB |
| MCH | 30.5 | 27.0 - 31.0 pg | — | OCLB |
| MCHC | 31.5 | 32.0 - 36.0 g/dL | L ⌄ | OCLB |
| RDW | 16.6 | 11.5 - 14.5 % | H ⌃ | OCLB |
| Platelets | 183 | 150 - 450 K/uL | — | OCLB |
| MPV | 12.2 | 9.2 - 12.9 fL | — | OCLB |
| Immature Granulocytes | 0.2 | 0.0 - 0.5 % | — | OCLB |
| Gran # (ANC) | 1.9 | 1.8 - 7.7 K/uL | — | OCLB |
| Immature Grans (Abs) | 0.01 | 0.00 - 0.04 K/uL | — | OCLB |

Comment:
Mild elevation in immature granulocytes is non specific and
can be seen in a variety of conditions including stress response,
acute inflammation, trauma and pregnancy. Correlation with other
laboratory and clinical findings is essential.

| | | | | |
|---|---|---|---|---|
| Lymph # | 2.4 | 1.0 - 4.8 K/uL | — | OCLB |
| Mono # | 0.5 | 0.3 - 1.0 K/uL | — | OCLB |
| Eos # | 0.1 | 0.0 - 0.5 K/uL | — | OCLB |

**Lincoln/Lee 0528**

ONLH LABORATORY
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:               Sex: F
Acct #: 72012918261
Enc. Date 4/5/2021

## 04/05/2021 - Lab Visit in Ochsner Medical Center-O'neal (continued)

**Labs (continued)**

| | | | | |
|---|---|---|---|---|
| Baso # | 0.02 | 0.00 - 0.20 K/uL | — | OCLB |
| nRBC | 0 | 0 /100 WBC | — | OCLB |
| Gran % | 39.1 | 38.0 - 73.0 % | — | OCLB |
| Lymph % | 48.2 | 18.0 - 48.0 % | H^ | OCLB |
| Mono % | 9.3 | 4.0 - 15.0 % | — | OCLB |
| Eosinophil % | 2.8 | 0.0 - 8.0 % | — | OCLB |
| Basophil % | 0.4 | 0.0 - 1.9 % | — | OCLB |
| Differential Method | Automated | — | — | OCLB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 347 - OCLB | OCHSNER MEDICAL CENTER - NEW ORLEANS | Elise Occhipinti, M.D. | 1516 Jefferson Hwy New Orleans LA 70121 | 03/25/19 1044 - Present |

**Indications**

AIDS (acquired immune deficiency syndrome) [B20 (ICD-10-CM)]

**All Reviewers List**

Charlene Henderson, MA on 4/13/2021 10:38
John O. Nnadi, MD, FACP on 4/13/2021 10:22
John O. Nnadi, MD, FACP on 4/9/2021 08:43

**Comprehensive metabolic panel [626051960] (Final result)**

Electronically signed by: **John O. Nnadi, MD on 08/10/20 0135**          Status: **Completed**
This order may be acted on in another encounter.
Ordering user: John O. Nnadi, MD 08/10/20 0135
Ordering mode: Standard                                    Authorized by: John O. Nnadi, MD
Frequency: Routine  08/10/20 -                             Class: Lab Collect
Quantity: 1                                                Lab status: Final result
Instance released by: Taylor Pollard 4/5/2021 12:36 PM
Diagnoses
AIDS (acquired immune deficiency syndrome) [B20]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| A005012348:4 | Blood | Blood | RML 04/05/21 1253 |

**Comprehensive metabolic panel [626051960] (Abnormal)**          Resulted: 04/05/21 2339, Result status: Final result

Order status: Completed                          Filed by: Edi, Soft Lab Interface  04/05/21 2339
Collected by: RML 04/05/21 1253                  Resulting lab: OCHSNER MEDICAL CENTER - NEW ORLEANS
Acknowledged by
John O. Nnadi, MD, FACP on 04/09/21 0843
Charlene Henderson, MA on 04/13/21 1038

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 139 | 136 - 145 mmol/L | — | OCLB |
| Potassium | 3.9 | 3.5 - 5.1 mmol/L | — | OCLB |
| Chloride | 103 | 95 - 110 mmol/L | — | OCLB |
| CO2 | 24 | 23 - 29 mmol/L | — | OCLB |
| Glucose | 95 | 70 - 110 mg/dL | — | OCLB |
| BUN | 13 | 6 - 20 mg/dL | — | OCLB |
| Creatinine | 0.9 | 0.5 - 1.4 mg/dL | — | OCLB |
| Calcium | 9.3 | 8.7 - 10.5 mg/dL | — | OCLB |
| Total Protein | 7.9 | 6.0 - 8.4 g/dL | — | OCLB |

**Lincoln/Lee 0529**

ONLH LABORATORY
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:                    Sex: F
Acct #: 72012918261
Enc. Date 4/5/2021

## 04/05/2021 - Lab Visit in Ochsner Medical Center-O'neal (continued)

**Labs (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Albumin | 4.0 | 3.5 - 5.2 g/dL | — | OCLB | |
| Total Bilirubin | 0.3 | 0.1 - 1.0 mg/dL | — | OCLB | |

Comment:
For infants and newborns, interpretation of results should be based
on gestational age, weight and in agreement with clinical
observations.

Premature Infant recommended reference ranges:
Up to 24 hours.............<8.0 mg/dL
Up to 48 hours............<12.0 mg/dL
3-5 days..................<15.0 mg/dL
6-29 days.................<15.0 mg/dL

| | | | | | |
|---|---|---|---|---|---|
| Alkaline Phosphatase | 167 | 55 - 135 U/L | H $^{\text{A}}$ | OCLB | |
| AST | 22 | 10 - 40 U/L | — | OCLB | |
| ALT | 17 | 10 - 44 U/L | — | OCLB | |
| Anion Gap | 12 | 8 - 16 mmol/L | — | OCLB | |
| eGFR if African American | >60.0 | >60 mL/min/1.73 m^2 | — | OCLB | |
| eGFR if non African American | >60.0 | >60 mL/min/1.73 m^2 | — | OCLB | |

Comment:
Calculation used to obtain the estimated glomerular filtration
rate (eGFR) is the CKD-EPI equation.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **347 - OCLB** | OCHSNER MEDICAL CENTER - NEW ORLEANS | Elise Occhipinti, M.D. | 1516 Jefferson Hwy New Orleans LA 70121 | 03/25/19 1044 - Present |

**Indications**

AIDS (acquired immune deficiency syndrome) [B20 (ICD-10-CM)]

**All Reviewers List**

Charlene Henderson, MA on 4/13/2021 10:38
John O. Nnadi, MD, FACP on 4/13/2021 10:22
John O. Nnadi, MD, FACP on 4/9/2021 08:43

**Follow-up Information**

None

**Follow Up Call**

No data filed

**Lincoln/Lee 0530**

| NOMC SPECIALTY PHARMACY<br>OCHSNER, SOUTH SHORE REGION LA | Lee, Katonia<br>MRN: 2325810, DOB:<br>Enc. Date 4/5/2021 | Sex: F |
|---|---|---|

### 04/05/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy

**Diagnoses**

None.

---

**Problem List** as of 4/5/2021                                                      Date Reviewed: **4/5/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>4/5/2021 |

---

**Patient as-of Visit**

---

**Allergies** as of 4/5/2021

Allergies last reviewed by Charlene Henderson, MA on 4/5/2021 1144
No Known Allergies

---

**Immunizations** as of 4/5/2021

| Immunization | Administered On |
|---|---|
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

---

**Lincoln/Lee 0531**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Enc. Date 4/5/2021

### 04/05/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy (continued)

**Outpatient Medications at Start of Encounter as of 4/5/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Fill Later | | | | |
| Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** | 60 tablet | 2 | 3/12/2021 | |
| Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet** | 90 tablet | 3 | 3/15/2020 | 4/21/2021 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Discontinued)** | 30 tablet | 4 | 2/1/2021 | 4/5/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Fill Later | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| **citalopram (CELEXA) 20 MG tablet** | | | | 4/21/2021 |
| Sig - Route: Take 20 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:53 AM TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **zolpidem (AMBIEN) 5 MG Tab (Discontinued)** | 30 tablet | 1 | 1/8/2021 | 4/5/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| Dejohnna T Battley, MA 3/12/2021 11:21 AM Patient has ran out of medication, is requesting refill | | | | |
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 0 | 4/5/2021 | 5/3/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| Class: Print | | | | |

**Ordered Medications**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Discontinued)** | 90 tablet | 0 | 4/5/2021 | 5/3/2021 |
| Sig - Route: Take by mouth. Test claim only - Oral | | | | |
| Reason for Discontinue: **Duplicate Order** | | | | |

**Outpatient Medication Detail**

**Lincoln/Lee 0532**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Enc. Date 4/5/2021

**04/05/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy (continued)**

**Outpatient Medication Detail (continued)**

| | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Discontinued)**<br>Sig - Route: Take by mouth. Test claim only - Oral<br>Class: Normal<br>Reason for Discontinue: **Duplicate Order**<br>Order: 626051961<br>Date/Time Signed: 4/5/2021 19:02 | 90 tablet | 0 | 4/5/2021 | 5/3/2021 | -- |

**Follow-up Information**

None

**Follow Up Call**

No data filed

**Lincoln/Lee 0533**

ONLC RETAIL PHARMACY - BR/ONEAL
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Enc. Date 4/5/2021

## 04/05/2021 - Pharmacy Visit in O'Neal - Retail Pharmacy

**Diagnoses**

None.

**Problem List** as of 4/5/2021                                                                Date Reviewed: **4/5/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>4/5/2021 |

**Patient as-of Visit**

**Allergies** as of 4/5/2021

Allergies last reviewed by Charlene Henderson, MA on 4/5/2021 1144
No Known Allergies

**Immunizations** as of 4/5/2021

| Immunization | Administered On |
|---|---|
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Lincoln/Lee 0534**

ONLC RETAIL PHARMACY - BR/ONEAL
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Enc. Date 4/5/2021

## 04/05/2021 - Pharmacy Visit in O'Neal - Retail Pharmacy (continued)

**Outpatient Medications at Start of Encounter as of 4/5/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |

Monica H Fefie, LPN 12/31/2019 10:46 AM

Erica M. Coffey, RN 2/7/2019 10:49 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 90 tablet | 1 | 4/5/2021 | 7/28/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Fill Later | | | | |
| Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** | 60 tablet | 2 | 3/12/2021 | |
| Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet** | 90 tablet | 3 | 3/15/2020 | 4/21/2021 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Discontinued)** | 30 tablet | 4 | 2/1/2021 | 4/5/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Fill Later | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| **citalopram (CELEXA) 20 MG tablet** | | | | 4/21/2021 |
| Sig - Route: Take 20 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |

Monica H Fefie, LPN 12/31/2019 10:46 AM

Erica M. Coffey, RN 2/7/2019 10:53 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **zolpidem (AMBIEN) 5 MG Tab (Discontinued)** | 30 tablet | 1 | 1/8/2021 | 4/5/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |

Dejohnna T Battley, MA 3/12/2021 11:21 AM
Patient has ran out of medication, is requesting refill

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 0 | 4/5/2021 | 5/3/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| Class: Print | | | | |

**Ordered Medications**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **zolpidem (AMBIEN) 5 MG Tab (Discontinued)** | 30 tablet | 0 | 4/5/2021 | 5/3/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed. - Oral | | | | |
| Reason for Discontinue: **Duplicate Order** | | | | |

**Outpatient Medication Detail**

| | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| **zolpidem (AMBIEN) 5 MG Tab (Discontinued)** | 30 tablet | 0 | 4/5/2021 | 5/3/2021 | -- |

**Lincoln/Lee 0535**

ONLC RETAIL PHARMACY - BR/ONEAL
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Enc. Date 4/5/2021

### 04/05/2021 - Pharmacy Visit in O'Neal - Retail Pharmacy (continued)

**Outpatient Medication Detail (continued)**

| | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|

Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed. - Oral
Class: Normal
Reason for Discontinue: **Duplicate Order**
Order: 626051956
Date/Time Signed: 4/5/2021 12:34

**Follow-up Information**

None

**Follow Up Call**

No data filed

**Lincoln/Lee 0536**

| NOMC SPECIALTY PHARMACY | Lee, Katonia | |
|---|---|---|
| OCHSNER, SOUTH SHORE REGION LA | MRN: 2325810, DOB: | Sex: F |
| | Enc. Date 4/3/2021 | |

### 04/03/2021 - Specialty Pharmacy in Main Campus - Specialty Pharmacy

**Diagnoses**

None.

‑                                                                                            ‑

**Problem List** as of 4/3/2021                                          Date Reviewed: **3/12/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **Multiple lung nodules on CT** | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |

**Patient as-of Visit**

**Allergies** as of 4/3/2021

Allergies last reviewed by Phaon A. Dunbar, RN on 3/12/2021 1119
No Known Allergies

**Immunizations** as of 4/3/2021

| Immunization | Administered On |
|---|---|
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Lincoln/Lee 0537**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Enc. Date 4/3/2021

### 04/03/2021 - Specialty Pharmacy in Main Campus - Specialty Pharmacy (continued)

**Outpatient Medications at Start of Encounter as of 4/3/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM | | | | |
| TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** | 60 tablet | 2 | 3/12/2021 | |
| Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily.  - Oral | | | | |
| Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet** | 90 tablet | 3 | 3/15/2020 | 4/21/2021 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 30 tablet | 4 | 2/1/2021 | 4/5/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Fill Later | | | | |
| Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| **citalopram (CELEXA) 20 MG tablet** | | | | 4/21/2021 |
| Sig - Route: Take 20 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:53 AM | | | | |
| TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 1 | 1/8/2021 | 4/5/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| Dejohnna T Battley, MA 3/12/2021 11:21 AM | | | | |
| Patient has ran out of medication, is requesting refill | | | | |

---

**Follow-up Information**

None

---

**Follow Up Call**

No data filed

---

Generated on 7/9/21  2:26 PM                                                                 Page 251

**Lincoln/Lee 0538**

| NOMC SPECIALTY PHARMACY OCHSNER, SOUTH SHORE REGION LA | Lee, Katonia MRN: 2325810, DOB: Enc. Date 4/3/2021 | Sex: F |
|---|---|---|

## 04/03/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy

**Diagnoses**

None.

**Problem List** as of 4/3/2021                                                        Date Reviewed: **3/12/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 2/12/2018 - Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | | | 1/21/2019 - Present |
| **Elevated LFTs** | ICD-10-CM: R79.89 ICD-9-CM: 790.6 | | | 1/21/2019 - Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10 ICD-9-CM: 202.80 | | | 1/22/2019 - Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20 ICD-9-CM: 042 | | | 1/24/2019 - Present |
| **Lymphoma** | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | | | 2/11/2019 - Present |
| **Anemia** | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 2/26/2019 - Present |
| **Other chest pain** | ICD-10-CM: R07.89 ICD-9-CM: 786.59 | | | 2/26/2019 - Present |
| **Biliary obstruction** | ICD-10-CM: K83.1 ICD-9-CM: 576.2 | | | 4/30/2019 - Present |
| **Multiple lung nodules on CT** | ICD-10-CM: R91.8 ICD-9-CM: 793.19 | | | 7/25/2019 - Present |
| **HIV disease** | ICD-10-CM: B20 ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21 ICD-9-CM: 782.1 | | | 8/20/2019 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | | | 1/21/2019 - 1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | | | 1/21/2019 - 2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | | | 1/21/2019 - 1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 ICD-9-CM: 780.96 | | | 2/13/2019 - 2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 - 3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 ICD-9-CM: 112.0 | | | 2/27/2019 - 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9 ICD-9-CM: 780.60 | | | 2/28/2019 - 3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 5/25/2019 - 5/26/2019 |

**Patient as-of Visit**

**Allergies** as of 4/3/2021

Allergies last reviewed by Phaon A. Dunbar, RN on 3/12/2021 1119
No Known Allergies

**Immunizations** as of 4/3/2021

| Immunization | Administered On |
|---|---|
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Lincoln/Lee 0539**

NOMC SPECIALTY PHARMACY
OCHSNER, SOUTH SHORE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Enc. Date 4/3/2021

**04/03/2021 - Pharmacy Visit in Main Campus - Specialty Pharmacy (continued)**

**Outpatient Medications at Start of Encounter as of 4/3/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM<br>TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** | 60 tablet | 2 | 3/12/2021 | |
| Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily.  - Oral<br>Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet** | 90 tablet | 3 | 3/15/2020 | 4/21/2021 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 30 tablet | 4 | 2/1/2021 | 4/5/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral<br>Class: Fill Later<br>Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| **citalopram (CELEXA) 20 MG tablet** | | | | 4/21/2021 |
| Sig - Route: Take 20 mg by mouth once daily. - Oral<br>Class: Historical Med | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:53 AM<br>TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 1 | 1/8/2021 | 4/5/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| Dejohnna T Battley, MA 3/12/2021 11:21 AM<br>Patient has ran out of medication, is requesting refill | | | | |

**Follow-up Information**

None

**Follow Up Call**

No data filed

# END OF REPORT

**Lincoln/Lee 0540**

## Lincoln Financial Group Appeal Referral

**Appeal Referral From:    WALMART**

| | | | |
|---|---|---|---|
| Office: | 88D | Manager: BILL, ERIN | Case Mgr: WALLACH, KRYSTAL |

Claimant Name:  KATONIA   LEE                    Claim #:  8892419

Occupation (Job Title):  ASST MGR-WM              Date Sent:  9/8/2021

Diagnosis:  C83.30 Diffuse large B-cell lymphoma, unspecified site,  B20 Human immunodeficiency virus [HIV] disease

Date of Disability:  11/8/2018          Date Benefits Began:  5/9/2019

Maximum Duration:  12/5/2036          Paid Through:  5/8/2021

Date of Denial or (DB451):  5/10/2021     Date Appeal Received:  9/7/2021

*This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder:  WALMART, INC.

Product:  LTD          Funding:  CON

Is Claimant Eligible for LTD?  N

Erisa or Non-Erisa?  ERISA Plan

**Document Locations**

- ☑ Paperless
- ☐ Bilingual - translation complete
- ☐ Paper File
- ☐ Surveillance disk(s)

*\*Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

ER Contact Addresses (including email address):

Phone No.                    FAX No.

Account Specific or Unique Contract Issues / Additional Info:

**Lincoln/Lee 0541**

| From: | LFGNotifications@LFG.com |
|---|---|
| Sent: | Thursday, September 9, 2021 1:05:35 PM |
| To: | SUPPORT@JPRICEMCNAMARA.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Walmart, Inc. Claim No. 8892419 Katonia Lee |
| Attachments: | pcaq1ywa1oion86t7z6a_11188222.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Lee 0542**



Lincoln Life Assurance Company of Boston
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1926

September 9, 2021

J. Price McNamara
Law Offices of J. Price McNamara
10455 JEFFERSON HIGHWAY, STE 2
BATON ROUGE, LA 70809

RE:    Long Term Disability (LTD) Benefits
       Walmart, Inc.
       Claim #: 8892419
       Claimant: Katonia Lee

Dear J. Price McNamara:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term
Disability (LTD) benefits under Walmart, Inc.'s  LTD Policy. We are writing in reference to Katonia
Lee's claim for LTD benefits under the Policy.

We received your request for review of the recent claim determination on Ms. Lee's LTD claim on
September 7, 2021 which indicates enclosure 5 was sent by certified mail.  As we are continuing to
wait for enclosure 5, an extension of time to process Ms. Lee's appeal is required and we are
exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be
rendered within 45 days of receipt of appeal, unless there are special circumstances beyond
Lincoln's control, which require a delay in making a determination. If additional time is needed,
ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA
Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe
is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your
claim. (Tolled: accumulation of time is suspended.)]

Since we are waiting for the additional documentation to arrive that was sent by mail, the days from
the date of this letter until we receive your submission are not counted as part of the appeal
determination period.

1  of  2

**Lincoln/Lee 0543**

If you have any questions regarding this matter, please contact me.

Sincerely,

Mary Avrett
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 16371
Secure Fax No.: (603) 430-1926

**Lincoln/Lee 0544**



**LAW OFFICES**
·········· OF ··········
**J. PRICE McNAMARA**

**J. PRICE McNAMARA**
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

HOLDING INSURANCE COMPANIES TO THEIR PROMISES

September 7, 2021

**SENT VIA CERTIFIED MAIL**
**& FAX 603-427-1877**

Group Benefits Claims Appeal Unit
Lincoln Life Assurance Company of Boston
Charlotte WM
**ATTN: Appeal Review Unit**
PO Box 2578
Omaha NE 68172-9688

> **Re:**   **Claimant: Katonia Lee**
> **Long Term Disability (LTD) Benefits**
> **Walmart, Inc.**
> **Claim #: 8892419**

Dear Sir/Madam,

My client, Katonia Lee, Claimant herein, hereby appeals, and/or supplements any prior appeal, from Lincoln Life Assurance Company of Boston's (alternatively called the "Plan" or "Insurer" herein) termination or denial of long term disability benefits, as well as any corresponding waiver of premium benefits resulting from the denial. In connection with this appeal, Claimant provides the following additional evidence, which concludes our submission on appeal at this time, subject to, requesting, and reserving the right to provide further evidence or comment for consideration in response to any new evidence generated by the Plan/Insurer in connection with this appeal after being given the opportunity to review such new evidence.

All such evidence, described above and submitted here, is to be made part of the administrative record for all purposes, including so that the court can consider it in any lawsuit if filed in this case.

1. Affidavits of Katonia Lee.
2. Affidavit of Mikeal Livas.
3. Affidavit of Riley Lee.
4. Affidavit of Brandon Harton.
5. Ochsner Medical Records from 04-03-21 to 07-09-21.

**Lincoln/Lee 0545**

Claimant: Katonia Lee
Claim #: 8892419
September 7, 2021 | 2

## LINCOLN LIFE ASSURANCE COMPANY OF BOSTON'S ROLE, AND ERISA'S PURPOSE IS TO PROMOTE THE INTERESTS OF EMPLOYEES AND THEIR BENEFICIARIES IN EMPLOYEE BENEFIT PLANS

Lincoln Life Assurance Company of Boston's position in this case demonstrates a purely adversarial role against its insured. The administrative record demonstrates a complete disregard of ERISA's broad remedial purposes which were intended to protect...participants in employee benefit plans and their beneficiaries...by providing for appropriate remedies, sanctions and ready access to Federal Courts. 29 U.S.C. 1001(b); quoted in *Varity Corporation v. Howe*, 116 S.Ct. 1065, 1078 (1996); *Black & Decker Disability Plan v. NORD*, 538 U.S.A. 22, 123 S.Ct. 1965, 1970 (2003) (ERISA was enacted to promote the interests of employees and their beneficiaries in employee benefit plans, and to protect contractually defined benefits. *Quoting Firestone Tire & Rubber Co. v. Bruch*, 489 U.S. 101, 113; 109 S.Ct. 948 (1989) (Internal quotation marks and citations omitted.)

### STANDARD OF REVIEW

If a benefit plan gives the administrator or fiduciary discretionary authority to determine eligibility for benefits or construe the terms of the plan, the Court applies the abuse of discretion standard and determines whether the administrator acted arbitrarily or capriciously. *Vega v. National Life Insurance Services, Inc.*, 188 F.3d 287, 295 (5th Cir.1999). A decision is arbitrary when made without a rational connection between the known facts and the decision or between the found facts and the evidence. *Lain v. UNUM Life Insurance Co. of America*, 279 F.3d 337, 342 (5th Cir.2002). The Court must determine if substantial evidence exists in the record to support the decision. *Meditrust Fin. Servs. Corp. v. The Sterling Chemicals, Inc.*, 168 F.3d 211, 215 (5th Cir.1999). Substantial evidence is more than a mere scintilla. It means such relevant evidence as a reasonable mind might accept as adequate to support a conclusion. *Girling Healthcare, Inc. v. Shalala*, 85 F.3d 211, 215 (5th Cir.1996).

Thus, an administrator's decision to deny benefits must be based on evidence, even if disputable, that clearly supports the basis for its denial. *Id.* (quoting *Vega*, 188 F.3d at 299). The Court owes no deference to an administrator's unsupported suspicions and will not uphold the denial of a claim solely because an administrator suspects something may be awry. *Vega*, 188 F.3d at 302. Simply put, there must be some concrete evidence in the administrative record that supports the denial of the claim. *Id.* If there is none, the Court must find that the administrator abused its discretion. *Lain*, 279 F.3d at 342 (quoting *Vega*, 188 F.3d at 302).

However, as here when the insurer responsible for paying claims is also the party charged with determining the validity of claims, the standard of review is less deferential because the administrator is operating under a conflict of interest. Such administrators have a financial incentive to deny the claim and often can find a reason to do so. *Vega*, 188 F.3d at 296. Federal courts have adopted a sliding scale standard of review for such cases. *Vega*, 188 F.3d at 296. Using this sliding scale approach, the Court gives less deference to the administrator in proportion to the administrator's apparent conflict. *Id.* Where an administrator is conflicted, the Court will be less likely to make forgiving inferences when confronted with a record that arguably does not support the administrator's decision. *Id.*, at 299.

In *Metro Life Insurance Co. v. Glenn*, 128 S.Ct. 2343 (2008), the Supreme Court held that an insurer that both administers benefits and is the funding source for the benefit payments faces a structural conflict of interest. In such cases, the presence of a conflict can be viewed as a tie-breaker in favor of the claimant. In *Glenn*, two factors the Court found significant included the insurer's encouragement of the claimant's application for Social Security disability benefits; however, when benefits were awarded, the determination

**Lincoln/Lee 0546**

Claimant: <u>Katonia Lee</u>
Claim #:  8892419
September 7, 2021 | 3

was disregarded.  The other factor that the Court cited was the insurer's selective review of the evidence.  The administrative record here demonstrates selective review of the evidence, and clear disregard of the opinions of all of the Claimant's treating physicians, crediting only the opinions of its own consultants hired for litigation purposes only.

## THE OFFICIAL ADMINISTRATIVE RECORD

If a claimant submits additional information or evidence to the administrator in a manner that gives the administrator a fair opportunity to consider it and to reconsider its decision denying benefits, that additional information should be treated as part of the administrative record.

More specifically, the Fifth Circuit, sitting *en banc*, spoke clearly in *Vega v. National Life Insurance Services, Inc.*, 188 F.3d 287 (5th Cir.1999) (en banc).  No dissents, no concurrences, the decision was unanimous.

> **We hold today** that the administrative record consists of relevant information made available to the administrator **prior to the complainant's filing of a lawsuit** and in a manner that gives the administrator a fair opportunity to consider it.  Thus, if the information in the doctors' affidavits had been presented to National Life **before filing this lawsuit** in time for their fair consideration, they could be treated as part of the record.[FN10]  Furthermore, in restricting the district court's review to evidence in the record, we are merely encouraging attorneys for claimants to make a good faith effort to resolve the claim with the administrator before filing suit in district court; we are not establishing a rule that will adversely affect the rights of claimants.
>
> > FN10.  Because there is no evidence in either the administrative record or the record before the district court to support the Vegas' contention that they presented the information in the doctors' affidavits to National Life, we cannot treat this information as part of the record.  However, had the Vegas demonstrated to the district court that the information in the doctors' affidavits was presented to the administrator, the district court should have treated that information as part of the record.

*Vega*, at 300 (emphasis added).

The *Vega* Court further explained:

> **Our motivating concern here is that our procedural rules encourage the parties to resolve their dispute at the administrator's level.**  If a claimant believes that the district court is a better forum to present his evidence and we permit the claimant to do so, the administrator's review of claims will be circumvented.  This result is plainly contrary to *Bruch*, which requires us to apply an abuse of discretion standard of review.  Although we recognize that there is a concern that a self-interested administrator can manipulate this process unfairly (e.g., by permitting the administrator to exclude from the record information that would weigh in favor of granting the claim), we think that this concern is largely unwarranted in the light of adequate safeguards that can be put in place.

**Lincoln/Lee 0547**

Claimant: <u>Katonia Lee</u>
Claim #:  8892419
September 7, 2021 | 4

> **Before filing suit, the claimant's lawyer can add additional evidence to the administrative record simply by submitting it to the administrator in a manner that gives the administrator a fair opportunity to consider it.** In *Moore*, we said that Awe may consider only the evidence that was available to the plan administrator in evaluating whether he abused his discretion in making the factual determination. *Moore, 993 F.2d at 102.* **If the claimant submits additional information to the administrator, however, and requests the administrator to reconsider his decision, that additional information should be treated as part of the administrative record.** *See, e.g., Wildbur, 974 F.2d at 634-35.* **Thus, we have not in the past, nor do we now, set a particularly high bar to a party's seeking to introduce evidence into the administrative record.**

*Vega*, at 300 (emphasis added).

In *Estate of Bratton v. National Union Fire Insurance Company of Pittsburgh, P.A.*, 215 F.2d 516 (5ᵗʰ Cir.2000), the Fifth Circuit reaffirmed its en banc holding in *Vega*, stating again:

> The plan administrator has the obligation to identify the evidence in the administrative record **and the claimant must be afforded a reasonable opportunity to contest whether that record is complete.** *See Vega v. National Life Ins. Services*, 188 F.3d 287, 295, 299 (5ᵗʰ Cir.1999) (en banc) (citing *Barhan v. Ry-Ron Inc.*, 121 F.3d 198, 201-02) (5ᵗʰ Cir.1997)). Once the administrative record has been determined, the district court may not stray from it but for certain limited exceptions, such as the admission of evidence related to how an administrator has interpreted terms of the plan in other instances, and evidence, including expert opinion, that assists the district court in understanding the medical terminology or practice related to a claim. *See id.* At 299.ᶠᴺ⁵ **Thus, the administrative record consists of relevant information made available to the administrator prior to the complainant's filing of a lawsuit and in a manner that gives the administrator a fair opportunity to consider it.** *See id.* If an administrator has made a decision denying benefits when the record does not support such a denial, the court may, upon finding an abuse of discretion on the administrator's part, award the amount due on the claim and attorney's fees. *See id.* At 302 (citing *Salley v. E.I. DuPont de Nemours & Co.*, 966 F.2d 1011, 1014 (5ᵗʰ Cir.1992)).
>
> > FN5. **Further, as a safeguard against possible abuse or mistake, the claimant's lawyer may add additional evidence to the administrative record simply by submitting it to the administrator in a manner that gives the administrator a fair opportunity to consider it.** *See Vega*, 188 F.3d at 300. **If the claimant submits additional information to the administrator, and requests the administrator to reconsider its decision, that additional information should be treated as part of the administrative record.** *See id.* at 300 (citing *Wildbur v. ARCO Chem. Co.*, 974 F.2d 631, 634-35 (5ᵗʰ Cir.1992))

*Id.*, at 521.

**Lincoln/Lee 0548**

Claimant: <u>Katonia Lee</u>
Claim #: 8892419
September 7, 2021 | 5

Accordingly, the documents enclosed herewith now form a part of the administrative record and must be considered, as must any further evidence or comment we supply for consideration in response to any new evidence generated by the Plan/Insurer in connection with this appeal after we are given the opportunity to review such new evidence.

### THE EVIDENCE IN THIS CASE OVERWHELMINGLY SUPPORTS ENTITLEMENT TO DISABILITY BENEFITS

The evidence presented here, along with all prior evidence forming the administrative record, clearly establishes the Claimant's disability from her own occupation as well as any occupation as defined by the Plan/Policy in question. The Claimant's own detailed description of the debilitating manifestations of her medical condition is corroborated many times over by treating medical providers, family members and relatives. No contrary assertion can be argued with any credibility, on this record, under applicable law.

"'**[T]he subjective element of pain is an important factor to be considered in determining disability.**'" *Connors v. Conn. Gen. Life Ins. Co.*, 272 F.3d 127, 136 (2d Cir. 2001) (emphasis added) (quoting *Mimms v. Heckler*, 750 F.2d 180, 185 (2d Cir. 1984)). A plan administrator does not **necessarily** abuse its discretion **if** it requires objective support in addition to subjective reports of pain, however. *Hobson v. Metro. Life Ins. Co.*, 574 F.3d 75, 88 (2d Cir.2009). **But a determination that pain complaints lack credibility must have some evidentiary basis in the record**. See *Krizek v. Cigna Grp. Ins.*, 345 F.3d 91, 100 (2d Cir.2003). This logically applies to subjective complaints of pain and other disabling symptoms, as set forth in the Claimant's sworn testimony here. But contrary to law, the Plan here simply disregards those complaints.

Additionally, "**Plan administrators ... may not arbitrarily refuse to credit a claimant's reliable evidence, including the opinions of a treating physician[s]**." See *Black & Decker Disability Plan v. Nord*, 538 U.S. 822, 831, 123 S.Ct. 1965, 155 L.Ed.2d 1034 (2003); accord *Demirovic v. Bldg. Serv. 32 B–J Pension Fund*, 467 F.3d 208, 212 (2d Cir.2006). But disregard such evidence is exactly what the Plan did here, contrary to law.

Finally, *Rekstad v. U.S. Ban 6 Corp*, 451 F.3d 1114 (10th Cir. 2006), *McDonald v. Western-Southern Life Insur. Co.*, 347 F.3d 161 (6th Cir. 2003) and *DiPietro v. Prudential Insurance Company of America*, 2004 U.S. Dist. LEXIS 5004 (N.D. Ill. 3/26/2004) **all value third-party observations as evidence of disability**, such as those of Claimant's family and others close to her having relevant knowledge. But the Plan here disregarded it all, contrary to prevailing law.

Analogous Fifth Circuit case law demonstrates that our record cannot support the denial. In *Salley v. E.I. Dupont de Nemours & Co*, 966 F.2d 1011, 116 (5th Cir. 1992) (emphasis added), the Fifth Circuit noted:

> Assuming it is error to grant a presumption in favor of the treating physician in an ERISA case, **the district court nevertheless may properly assess each case's individual circumstances and <u>evaluate the witnesses' credibility. If a court believes the treating physician is more credible than other witnesses, it is entitled to give greater weight to his or her testimony</u>. The record here is clear that the court made the decision as to credibility and properly relied heavily upon the testimony of the treating physician.**

More recently, the Fifth Circuit, affirming Judge Eldon E. Fallon's holding that Hartford's denial of benefits was an abuse of discretion, awarding attorney's fees, stated:

> To be sure, there were lacunas in the Hartford's experts' reports concerning relevant matters to which the plaintiffs' experts opined, which were not explained by the Hartford when denying the plaintiff's claims, as detailed in the district court's opinion. **The Hartford also failed to consider Schully's longstanding subjective complaints of pain, which were repeatedly corroborated by the**

PAGE 5/15 * RCVD AT 9/7/2021 10:40:50 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/1 * DNIS:6034271877 * CSID:+12252018313 * ANI:12252018313 * DURATION (mm-ss):07-51

**Lincoln/Lee 0549**

Claimant: <u>Katonia Lee</u>
Claim #:  8892419
September 7, 2021 | 6

> **physicians most familiar with his condition and which were consistent with the medical evidence. As we have often explained, there is no treating physician preference in the context of ERISA, <u>but neither may an administrator arbitrarily refuse to credit reliable evidence.</u>** See *Black & Decker Disability Plan v. Nord*, 538 U.S. 822, 834, 123 S.Ct. 1965, 155 L.Ed.2d 1034 (2003). **<u>It surely should not effectively ignore it. Nor may an administrator rely on an expert opinion without considering its basis or whether, as was the case here, it is in plain conflict with the medical records.</u>** *Gothard v. Metro. Life Ins. Co.*, 491 F.3d 246, 250 (5th Cir.2007).[1]

The *Schully* Court further stated: "Moreover, we believe the district court properly took note of Hartford's conflict of interest and used it as a factor in its analysis in a manner consistent with *Metropolitan Life Insurance Co. v. Glenn*, 554 US 105, 128 S.Ct. 2343, 171 L.Ed.2d 299 (2008)." *Id.*, at 439.  Affirming the district court's finding that Hartford "deliberately ignored" plaintiff's evidence in order to support its "preferential and predetermined conclusions," and finding significant evidence supporting that finding, the Fifth Circuit also affirmed the award of attorney's fees. *Id.*, at 439. The Plan's denial here is similar. This record is analogous, and the same result should apply.

Similarly, in *Burdett v. Unum Life Insurance Company of America*, 2008 WL 4469094 (E.D.La.2008) (J. Duval), the court reversed a plan administrator's denial of physical disability benefits under ERISA in part because, as here, the administrator had reached its decision by relying exclusively on the opinions of its own physicians, none of whom had ever treated the plaintiff in person.  In addition, the plan administrator, as here, had simply disregarded the opinions of the plaintiff's treating physicians. *Id.* The court noted that the plan administrator's almost wholesale disregard for the opinions of plaintiff's treating physicians suggested the presence of an increased level of bias. *Id.* The Plan's actions here reek of arbitrary bad faith far more than the administrator's actions in *Burdette*. The same result is warranted here.

Along similar lines, see *Majeski v. Metropolitan Life Ins. Co.*, 590 F.3d 478, 483-84 (7th Cir. 2009) (holding that denial decision was arbitrary where insurer selectively relied on pieces of evidence, while that evidence in context did not support the denial); *Leger v. Tribune Co.*, 557 F.3d 823, 832-33 (7th Cir.2009) (denial decision was arbitrary where, as here, the plan "cherry picked the statements from her medical history that supported the decision to terminate her benefits, while ignoring a wealth of evidence to support her claim that she was totally disabled"); *Glenn v. Metropolitan Life Ins. Co.*, 461 F.3d 660, 672-74 & n. 4 (6th Cir. 2006) (denial decision arbitrary where plan selectively considered evidence to reach decision unsupported by the record as a whole), aff'd 554 U.S. 105, 128 S.Ct. 2343, 171 L.Ed.2d 299 (2008).

As set forth above, this record demonstrates the Claimant's credible complaints of disabling manifestations of Claimant's medical condition, consistent throughout her doctor visits and communications with the Plan, escalating throughout years of consistent medical treatment records of well-respected treating physicians, detailed under oath in Claimant's affidavit, corroborated under oath in the affidavits of others with relevant knowledge and great credibility, supported by objective diagnoses and diagnostic studies, and all supported by treating physicians' opinions.

Faced with this record and a deserving claim, the financially conflicted Plan disregards and refuses to consider relevant evidence and instead parrots its contracted doctors who lacked the informed bases of treating physicians. This denial is wracked with omission, unsupported nonsensical conclusions and transparent, misleading advocacy for the Plan's cause of denial.[2]

## BAD FAITH

In *Gaither v. Aetna Life Ins. Co.*, 394 F.3d 792, 807-808 (10th Cir.2004), the court explained:

---

[1] *Schully, III v. Continental Casualty Company and Hartford Life Group Insurance Company*, 680 F.Ed. Appx. 437, 439 2010 WL 2332080 (5th Cir.2010)(emphasis and bracketed added).

[2] The injection of irrelevant and misleading material into the appeal committee's denial is further evidence that its conflict of interest affected the benefits decision. See *Durakovic v. Building Serivce 32 BJ Pension Fund*, 609 F.3d 133, 139 (2d Cir. 2010).

**Lincoln/Lee 0550**

Claimant: <u>Katonia Lee</u>
Claim #: 8892419
September 7, 2021 | 7

> Aetna's position seems to be that as a plan fiduciary, it plays a role like that of
> a judge in a purely adversarial proceeding, where the parties bear almost all of
> the responsibility for compiling the record, and the judge bears little or no
> responsibility to seek clarification when the evidence suggests the possibility of
> a legitimate claim. The authority just cited suggests that Aetna has the wrong
> model.
>
> <p align="center">*   *   *</p>
>
> While a fiduciary has a duty to protect the plan's assets against spurious claims,
> it also has a duty to see that those entitled to benefits receive them. It must
> consider the interests of deserving beneficiaries as it would its own. An ERISA
> fiduciary presented with a claim that a little more evidence may prove valid
> should seek to get to the truth of the matter.

Bad faith in the ERISA context is not the same as what is thought of as subjective insurance bad faith. According to *Production & Maintenance Employees' Local 504, Laborers' Intl Union v. Roadmaster Corp.*, 954 F.2d 1397, 1405 (7th Cir. 1992):

> Despite the references to good faith and harassment we do not read [Meredith
> v. Navistar Intl Transp. Co., 935 F.2d 124, 129 (7th Cir. 1991)] to mean that a
> party must actually show subjective bad faith to justify a fee award. Requiring
> a showing of subjective bad faith would defeat the purpose of this presumption
> (modest though it may be) because of the difficulty of proving subjective bad
> faith. Attorney's fee litigation is time-consuming and tedious enough without
> adding subjective inquiries into litigants' and attorneys' good or bad faith.
> Instead, we take Meredith's reference to good faith and harassment simply to
> mean that a party who pursues a position that is not substantially justified--that
> is, a position without a solid basis--has, in an objective sense, really done
> nothing more than harass his opponent by putting him through the expense and
> bother of litigation for no good reason.

The loser's position is "substantially justified," when it is "justified to a degree that could satisfy a reasonable person." *Trustmark Life Ins. Co. v. University of Chicago Hosps.*, 207 F.3d 876, 884 (7th Cir. 2000)(citing *Pierce v. Underwood*, 487 U.S. 552, 565, 108 S. Ct. 2541 (1988)). Furthermore, to be "substantially justified the losing party's position needs to be more than merely not frivolous, but less than meritorious. *"Bittner v. Sadoff & Rudoy Industries*, 728 F.2d 820, 830 (7th Cir.1984)(see also, *Pierce*, 487 U.S. at 568, n1, "To be 'substantially justified' means, of course, more than merely undeserving of sanctions

for frivolousness.") The Court thus should not focus on a subjective bad faith finding, but rather examine the reasonableness of the defendant's arguments and the Court's analysis of those arguments to determine whether to award fees. Hence, in *Deal v. Prudential Insur.Co. of America*, 263 F.Supp.2d, 1138 (N.D.Ill. 2003), the court found that in the absence of a "solid basis" for the insurer's termination of benefits, fees were due. Likewise, in *Brown v. Continental Casualty Co.*, 2005 U.S. Dist. LEXIS 16681 (E.D.Pa. 8/11/2005), the court held that fee awards provide a deterrent against unjustified benefit denials. *Brown* also ruled that fees need not be in proportion to the recovery.

A lack of substantial evidence also supported the fee award in *Denault v. American United Life Insu.Co.*, 2003 U.S. Dist.LEXIS 24210 (S.D.Ind. 12/19/2003). Further, in *Hackett v. Xerox Corp. Long-Term Disability Income Plan*, 2005 U.S.Dist LEXIS 1154 (N.D.Ill. 1/24/2005), the court found that the determination of substantial justification is derived from the ultimate result in the case. Even though the

**Lincoln/Lee 0551**

Claimant: <u>Katonia Lee</u>
Claim #:  8892419
September 7, 2021 | 8

district court had granted summary judgment to the defendant, reversal by the Court of Appeals with a finding that the defendant's conduct was arbitrary and capricious justified a fee award.  Expanding further on that theme, in *Moon v. UNUM Provident Corp.*, 461 F.3d 639 (6th Cir. 2006) the court ruled the district court erred in using its own decision that had been reversed as the basis for concluding that substantial evidence supported the claim denial.

In *Carroll v. Lucent Technologies, Inc. Long-Term Disability Plan for Management Employees*, 2003 U.S. Dist.LEXIS 9789 (E.D.Pa. 5/22/2003), the court determined that an arbitrary and capricious finding was the equivalent of "bad faith."  Also see, *Smith v. Continental Casualty Co.*, 2003 U.S. Dist. LEXIS 19945 (D.Md. 10/27/2003), which found that the insurer's refusal to credit the plaintiff's subjective pain complaints despite an abundance of supporting medical evidence justified a fee award (vacated by *Smith v. Continental Casualty Co.*, 369 F.3d 412 (4th Cir. 5/28/2004).  Likewise in *Curtin v. Unum Life Insur.Co. of America*, 2004 U.S. Dist.LEXIS 544 (D.Me. 1/12/04), the court found a fee award justified as a deterrent to wrongful denial of claims.

<div align="center">

**COURT REVIEW**

</div>

Let this serve as notice of Claimant's intent to file suit immediately if the decision to deny benefits is not reversed.  We will be seeking reimbursement of all costs and attorney's fees in connection with the court review, as the denial of this claim is nothing short of arbitrary, capricious and an abuse of discretion.

<div align="center">

**<u>PAYMENT INSTRUCTIONS</u>**

</div>

**Pursuant to our representation agreement with our client, all payments made to our client are to be made payable to the client and J. Price McNamara.  Please mail all payments to 10455 Jefferson Highway, Ste. 2B, Baton Rouge, LA 70809. Our Tax ID Number is 72-1384876.**

**Strict compliance with this request is required by law until further written notice from this office.  Failure to comply with this request will be considered intentional interference with contractual rights, resulting in appropriate legal response**.

Please confirm receipt of this letter by email (support@jpricemcnamara.com) or fax (225-201-8313).

Sincerely,

*J. Price McNamara*

**J. Price McNamara**
**Law Offices of J. Price McNamara**

JPM/eej
Enclosures
\* Enclosure number 5 sent by certified mail only.

**Lincoln/Lee 0552**

PARISH/COUNTY OF Wilkinson

STATE OF Mississippi

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, came and appeared:

### KATONIA LEE

who after being duly sworn, did depose and state the following:

1.    The following has been true continuously since my last day of work related to my disability claim through the date of this Affidavit.

2.    If I try to exceed the activities described below, I experience severe pain which lasts for several days.

3.    I take the following prescription medications, at the following dosages and intervals each day:

    1.  Ambien* – 5 mg – 1 tablet taken by mouth once daily for sleep.
    2.  Diclofenac* – 50 mg – 1 tablet taken by mouth twice daily for pain.
    3.  Hydrochlorothiazide* – 12.5 mg – 1 tablet taken by mouth once daily for swelling and high blood pressure.
    4.  Ondansetron – 8 mg – 1 tablet by mouth every six hours as needed for nausea.
    5.  Biktarvy* – 50-200-25 mg – 1 tablet taken by mouth once daily for HIV.
    6.  Amlodipine* – 10 mg – 1 tablet taken by mouth once daily for high blood pressure.
    7.  Ferrous gluconate* – 37.5 mg – 1 tablet taken by mouth once daily for iron.
    8.  Allopurinol – 300 mg – 1 tablet by mouth once daily for gout.
    9.  Venlafaxine – 37.5 mg – 1 capsule taken by mouth twice daily for anxiety and depression.

4.    The above-referenced medications marked with an *, when taken, cause me to be unable to perform adequately mentally or physically. They cause my thinking to be clouded and slow, leading to errors and inability to keep a focused pace as required to accomplish any work timely, as my ability to do everything is much slower, including all activities of daily living, including but not limited to walking. They also cause nausea, constipation, headaches, dizziness, and my Hydrochlorothiazide causes frequent urination.

5.    With or without taking the above-referenced medications, my disability is severe, just more severe without taking them. Whether or not taking my medication, the physical and cognitive effects of my medical condition as described above do not change.

6.    The pain I experience causes sleepless nights every night and dramatic fatigue during the day, with or without the above-referenced medications, causing me to need several naps

PAGE 9/15 * RCVD AT 9/7/2021 10:40:50 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/1 * DNIS:6034271877 * CSID:+12252018313 * ANI:12252018313 * DURATION (mm-ss):07-51

**Lincoln/Lee 0553**

every day, or to doze off and fall asleep many times per day.

7. I cannot sit, stand or walk for more than 10 minutes before I begin to experience back pain. I am unable to kneel or climb. I also have trouble lifting my head and holding it up while walking because of back and neck pain.

8. I try to relieve my back pain by laying down for 20 to 30 minutes, 2 to 3 times daily, with a heating pad. I also take Aleve or Aspirin and apply icy hot for relief of the constant pain.

9. When I experience headaches, I lay down in the dark for relief. I will take Tylenol and ibuprofen then spend most of the day in the bed with a cold towel on my forehead.

10. On the days I am nauseous, I have to take my prescribed medication and lay down for 20-30 minutes at a time.

11. I have difficulty gripping items with my hands because on some days I have little feeling in my hands and on others, they are constantly cramping.

12. When trying to complete household tasks, I have to constantly take breaks because of the pain and headaches. Often times, I don't finish the housework. I rely on my daughter to help me with housework, walking my dog and taking me to most of my doctor appointments.

13. I often struggle with my memory and communication due to the effects of my cancer treatment. For example, when I engage with family or friends, I struggle with focusing for more than 10 minutes.

14. I have been diagnosed with anxiety and depression. I often fall into depression thinking about things I can no longer physically do like walking my dog, dancing, traveling, working, going to church, and spending time with my family. My disability has impacted all aspects of my life.

15. The above statements are all true and based upon personal knowledge.

16. This Affidavit is based exclusively on my own knowledge and words, but it was completed over the course of several weeks, a little at a time, and required many hours of total time, proof-reading, grammar and spelling to complete it.

**KATONIA LEE**

Sworn to and subscribed
before me this ___1___ day
of _____, 2021.

_____
NOTARY PUBLIC
Notary/Bar No.: __11358__
My Commission Expires __August 27, 2023__

STATE OF MISSISSIPPI
BOBBIE J HARRIS
NOTARY PUBLIC
ID No. 113688
Commission Expires
August 27, 2023
WILKINSON COUNTY

Lincoln/Lee 0554

7/9/2021   6:08 PM   FROM: Office Depot #2648    TO: +12252018313    P.   2

**PARISH/COUNTY OF** Wilkinson

**STATE OF** mississippi

<div align="center">

**AFFIDAVIT**

</div>

**BEFORE ME**, the undersigned authority, came and appeared:

<div align="center">

**KATONIA LEE**

</div>

who after being duly sworn, did depose and state the following:

1.     The following has been true continuously since my last day of work related to my disability claim through the date of this Affidavit.

2.     If I try to exceed the activities described below, I experience severe pain which lasts for several days.

3.     I take the following prescription medications, at the following dosages and intervals each day:

    1. Ambien* – 5 mg – 1 tablet taken by mouth once daily.
    2. Diclofenac* – 50 mg – 1 tablet taken by mouth twice daily.
    3. Hydrochlorothiazide* – 12.5 mg – 1 tablet taken by mouth once daily.
    4. Ondansetron – 8 mg – 1 tablet by mouth every six hours as needed.
    5. Amlodipine* – 10 mg – 1 tablet taken by mouth once daily.
    6. Ferrous gluconate* – 37.5 mg – 1 tablet taken by mouth once daily.
    7. Allopurinol – 300 mg – 1 tablet by mouth once daily.
    8. Venlafaxine – 37.5 mg – 1 capsule taken by mouth twice daily.

4.     The above-referenced medications marked with an *, when taken, cause me to be unable to perform adequately mentally or physically. They cause my thinking to be clouded and slow, leading to errors and inability to keep a focused pace as required to accomplish any work timely, as my ability to do everything is much slower, including all activities of daily living, including but not limited to walking. They also cause nausea, constipation, headaches, dizziness, and my Hydrochlorothiazide causes frequent urination.

5.     With or without taking the above-referenced medications, my disability is severe, just more severe without taking them. Whether or not taking my medication, the physical and cognitive effects of my medical condition as described above do not change.

6.     The pain I experience causes sleepless nights every night and dramatic fatigue during the day, with or without the above-referenced medications, causing me to need several naps every day, or to doze off and fall asleep many times per day.

7.     I cannot sit, stand or walk for more than 10 minutes before I begin to experience back pain.

PAGE 11/15 * RCVD AT 9/7/2021 10:40:50 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/1 * DNIS:6034271877 * CSID:+12252018313 * ANI:12252018313 * DURATION (mm-ss):07-51

**Lincoln/Lee 0555**

I am unable to kneel or climb. I also have trouble lifting my head and holding it up while walking because of back and neck pain.

8. I try to relieve my back pain by laying down for 20 to 30 minutes, 2 to 3 times daily, with a heating pad. I also take Aleve or Aspirin and apply icy hot for relief of the constant pain.

9. When I experience headaches, I lay down in the dark for relief. I will take Tylenol and ibuprofen then spend most of the day in the bed with a cold towel on my forehead.

10. On the days I am nauseous, I have to take my prescribed medication and lay down for 20-30 minutes at a time.

11. I have difficulty gripping items with my hands because on some days I have little feeling in my hands and on others, they are constantly cramping.

12. When trying to complete household tasks, I have to constantly take breaks because of the pain and headaches. Often times, I don't finish the housework. I rely on my daughter to help me with housework, walking my dog and taking me to most of my doctor appointments.

13. I often struggle with my memory and communication due to the effects of my cancer treatment. For example, when I engage with family or friends, I struggle with focusing for more than 10 minutes.

14. I have been diagnosed with anxiety and depression. I often fall into depression thinking about things I can no longer physically do like walking my dog, dancing, traveling, working, going to church, and spending time with my family. My disability has impacted all aspects of my life.

15. The above statements are all true and based upon personal knowledge.

16. This Affidavit is based exclusively on my own knowledge and words, but it was completed over the course of several weeks, a little at a time, and required many hours of total time, proof-reading, grammar and spelling to complete it.

*Katonia Lee*

**KATONIA LEE**

Sworn to and subscribed before me this ___8___ day of ___July___, 2021.

_____
NOTARY PUBLIC
Notary/Bar No.: __113588__
My Commission Expires: __August 27, 2023__

STATE OF MISSISSIPPI
BOBBIE J HARRIS
NOTARY PUBLIC
ID No. 113588
Commission Expires
August 27, 2023
WILKINSON COUNTY

Lincoln/Lee 0556

8/30/2021  3:18 PM  FROM: Office Depot #2848    TO: +12252018313    P.  4

PARISH/COUNTY OF ___Wilkinson___

STATE OF ___Mississippi___

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, came and appeared:

### MIKEAL LIVAS

who after being duly sworn, did depose and state the following:

1. I am Katonia Lee's daughter, and I help her with her care.

2. I observe her and converse with her regularly.

3. I have read her Affidavit, a copy of which is attached hereto as Exhibit 1.

4. The entirety of her Affidavit is true and is consistent with my observations of her.

5. The above is true and based upon personal knowledge.

_____
**MIKEAL LIVAS**

Sworn to and subscribed
before me this _29_ day
of _June_, 2021

_____
NOTARY PUBLIC
Notary/Bar No.: _113588_
My Commission Expires _August 27, 2023_

**Lincoln/Lee 0557**

8/30/2021  5:18 PM  FROM: Office Depot #2648    TO: +12252018313    P.  3

PARISH/COUNTY OF _Wilkinson_

STATE OF _Mississippi_

### AFFIDAVIT

**BEFORE ME**, the undersigned authority, came and appeared:

### RILEY LEE

who after being duly sworn, did depose and state the following:

1.    I am Katonia Lee's father, and I help her with her care.

2.    I observe her and converse with her regularly.

3.    I have read her Affidavit, a copy of which is attached hereto as Exhibit 1.

4.    The entirety of her Affidavit is true and is consistent with my observations of her.

5.    The above is true and based upon personal knowledge.

_Riley Lee_
_____
**RILEY LEE**

Sworn to and subscribed
before me this _29_ day
of _June_ , 202_1_

_Bobbie J. Harris_
NOTARY PUBLIC
Notary/Bar No.: _113588_
My Commission Expires _August 27, 2023_

Lincoln/Lee 0558

8/30/2021  3:18 PM  FROM: Office Depot #2848    TO: +12252018313    P.  2

PARISH/COUNTY OF _Wilkinson_

STATE OF _Mississippi_

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, came and appeared:

## BRANDON HARTON

who after being duly sworn, did depose and state the following:

1.    I am Katonia Lee's son, and I help her with her care.

2.    I observe her and converse with her regularly.

3.    I have read her Affidavit, a copy of which is attached hereto as Exhibit 1.

4.    The entirety of her Affidavit is true and is consistent with my observations of her.

5.    The above is true and based upon personal knowledge.

_____
**BRANDON HARTON**

Sworn to and subscribed
before me this _29_ day
of _June_ , 20_21_ .

_____
NOTARY PUBLIC
Notary/Bar No.: _113588_
My Commission Expires _August 27, 2023_

STATE OF MISSISSIPPI
BOBBIE J HARRIS
NOTARY PUBLIC
ID No. 113588
Commission Expires
August 27, 2023
WILKINSON COUNTY

PAGE 15/15 * RCVD AT 9/7/2021 10:40:50 AM [Eastern Daylight Time] * SVR:VA1PWFAX101/1 * DNIS:6034271877 * CSID:+12252018313 * ANI:12252018313 * DURATION (mm-ss):07-51

**Lincoln/Lee 0559**

## OVERPAYMENT REFERRAL (Collection Agency and Closed File Administration)

**Instructions:** **Written approval from the ASO customer is required prior to referral completion. All overpayments and all applicable claim note(s) must be entered into SystemOne prior to submitting this referral.**

*Referral Type:*

☑ *Collection Agency*

☐ *Closed Claim (Operations Analysis)*

**The ASO customer must know that a Collection Agency recovery fee of 25 - 30% of the total overpayment collected will be incurred by the ASO customer.**

**All closed claims with outstanding WC or Subrogation liens should be referred to the Subrogation Unit.**

| | |
|---|---|
| Today's Date: **8/25/2021** | Office #: **0096** |
| Case Managers Name **Rebekah Latour** | Phone: **(888) 437-7611** |
| | Extension: **15917** |

Claim Number(s): **8892419**

Reason(s) For Overpayment:
☑ Social Security  ☐ Pension  ☐ RTW
☐ Partial Disability  ☐ Stat Benefits  ☐ WC

Document Location
☑ Document List
☐ Correspondence
☐ Paper File

Total SystemOne Overpayment Due Amount: **$2,398.71**

Total ASO or RBO Takeover Overpayment:

**Less Attorney Fees**

Total Overpayment to be Collected: **$2,398.71**

Date Overpayment Incurred: **11/26/2019**

Date Overpayment Communication Sent to Claimant
Letter 1: **11/26/2019**
Letter 2: **5/14/2021**

Future Benefit Reduction Recovery Amount (if any):

Weekly ☐  Bi-weekly ☑  Monthly ☐

Date of next payment: **N/A**

Date of last claimant phone contact (or attempt): **5/24/2021**

Claim Closure Date (if applicable): **5/9/2021**

Claim Closure Reason (if applicable): **NOAO**

Is Claim Closure in Appeal? (if applicable): ☐ Yes  ☑ No

**DEBTOR**

Claimant Name: **KATONIA LEE**

Claimant Social Security Number:          Claimant Telephone Number:

Claimant Address:
Street 1
Street 2
City, St, Zip

Customer Name: **WALMART, INC.**

Product Type (STAT, STD, LTD): **LTD**    Funding Type (ASO w/checks or Fully Insured: **FI**

*Comments (if any)*

---

*For Operations Analysis Use Only*

**Collection Agency Assigned:**          **Record #**

**Date of Referral:**          **File Recommendation/Notes:**

**Referred by:**

**Date of Closure:**

DIS OPS ANAL-OP MGT 1 (7/99)

**Lincoln/Lee 0560**

## Billing Statement:

**ReleasePoint**

**Invoice Date: 06/03/2021          Invoice #: 714276-1900**
**Lincoln Financial Group**

**Invoice for Requests for Medical Information completed between May 1 2021 and May 31 2021**

**L-WALMAR**                                         **Bill Code: LIBSFU**

| RP # Cust ID | Patient Name Provider Name | Status | Date Req By | RP Fee | Med Fee | Rush | QC Amt Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 7516023 8892419 | LEE, KATONIA OCHSNER MEDICAL CENTER | Canceled | 02/05/21 | $ 5.00 | $ 57.00 | $ 0.00 | $ 0.00 12 | **$ 62.00** |
| 7516022 8892419 | LEE, KATONIA OCHSNER CANCER CTR BATON RO... | Canceled | 02/05/21 | $ 5.00 | $ 0.00 | $ 0.00 | $ 0.00 0 | **$ 5.00** |

**ReleasePoint**

**405 W. Foothill Blvd**
**Suite 204**
**Claremont, CA 91711**

**Total Amount Due:**          **$ 67.00**

**Tax ID: 95-2843455**

**Lincoln/Lee 0561**



**LAW OFFICES**
OF
**J. PRICE McNAMARA**

**J. PRICE McNAMARA**
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
E: support@jpricemcnamara.com
P: (225) 201-8311 | F: (225) 201-8313
www.jpricemcnamara.com

**HOLDING INSURANCE COMPANIES TO THEIR PROMISES**

May 18, 2021

**SENT VIA CERTIFIED MAIL**
**& FAX 603-427-1877**

Group Benefits Claims Appeal Unit
Lincoln Life Assurance Company of Boston
Charlotte WM
**Attn: Krystal Wallach**
PO Box 2578
Omaha NE 68172-9688

> Re:    **Claimant: Katonia Lee**
>        **Long Term Disability (LTD) Benefits**
>        **Walmart, Inc.**
>        **Claim #: 8892419**

**REQUEST FOR COPY OF ADMINISTRATIVE RECORD**
**& ALL RELEVANT PLAN DOCUMENTS**

Dear Ms. Wallach,

I represent Katonia Lee in connection with a denial of benefits for long-term, short-term, and/or waiver of premium benefits. We request a copy of the entire administrative claims file to date, including, but not limited to the following, including all data or information that exists in electronic or digital form.

1. All governing plan documents, including, but not limited to, the summary plan description, the plan itself, and any and all policies of insurance covering the plan.

2. All documents that are "relevant" to the claim in question within the meaning of 29 C.F.R. §2560.503-1(m)(8). **This includes, by statute, not only documents "relied upon" in making a benefit determination, but also all documents "submitted, considered, or generated in the course of making the benefit determination, without regard to whether such document, record or other information was relied upon in making the benefit determination."**

3. The entire claim file including, but not limited to, any applications, correspondence, handwritten notes, any and all surveillance, e-mails, activity logs, medical or physician reports and records, vocational reports, evaluation notes and any and all commentary by any employee or person contracted by you or claimant or claimant's employer or any other person or entity regarding the claim, job descriptions from the employer, any other investigatory materials, correspondence by and between anyone else involved with this claim such as reviewers, consultants, employer and claimant, documentation setting forth the qualifications of any individual involved in rendering a decision or participating in the rendering of a decision in this matter, copies of criteria, protocols, rules or directives as to the evaluation of claims for insurance benefits (for example, claim manual and/or training materials).

**Lincoln/Lee 0562**

Claimant: Katonia Lee
Claim #: 8892419
May 19, 2021 | 2

4. Curriculum vitae for any physician or other consultant who played any part in the evaluation of this claim.

**Please email claim file to support@jpricemcnamara.com or mail to 10455 Jefferson Hwy., Suite 2B, Baton Rouge, LA 70809.**

If we do not receive timely (30 days) production of the above documents, we will seek statutory penalties.

\*\*Please confirm your receipt of this by fax or email.

With kind regards, I remain

Sincerely,

J. Price McNamara
Law Offices of J. Price McNamara

JPM/eej

**Lincoln/Lee 0563**

# ⍊ FILEVINE

## Fax Confirmation

**To:**  (603) 427-1877                          **From:**  (225) 201-8313

**Doc:**  Fax_Lee - Ltr to Lincoln Financial Req CF and Plan Docs - 05-18-21_2021-05-19-0856-PDT.pdf          **Pages:**  2

**Sent:**  May 19, 2021 8:56 AM PDT          **Rec'd:**  May 19, 2021 8:57 AM PDT

**Lincoln/Lee 0564**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688




J. PRICE MCNAMARA
10455 JEFFERSON HIGHWAY, STE 2
BATON ROUGE LA 70809

**Lincoln/Lee 0565**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

May 28, 2021

J. Price McNamara
10455 JEFFERSON HIGHWAY, STE 2
BATON ROUGE, LA 70809

RE:    Long Term Disability (LTD) Benefits
       Walmart, Inc.
       Claim #: 8892419
       Claimant: Katonia Lee

Dear J. Price McNamara:

Per your request, please find the enclosed copy of the Walmart, Inc. Long Term Disability Policy
and claim file for Ms. Katonia Lee.

If you have any questions regarding this matter, please contact me.

Sincerely,

Krystal Wallach
LTD Technical Specialist II
Phone No.: (877) 353-6404 Ext. 18246
Secure Fax No.: (603) 559-1994

1  of  1

**Lincoln/Lee 0566**

| From: | LFGNotifications@LFG.com |
|---|---|
| Sent: | Friday, May 14, 2021 11:25:53 AM |
| To: | KATONIALEE1@GMAIL.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Walmart, Inc. Claim No. 8892419 Katonia Lee |
| Attachments: | nh0hchhajdoj4iymhwal_10475335.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Lee 0567**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

May 14, 2021

Ms. Katonia Lee

RE:    Long Term Disability (LTD) Benefits
       Walmart, Inc.
       Claim #: 8892419

Dear Ms. Katonia Lee:

This letter is regarding your outstanding overpayment with Lincoln Life Assurance Company of Boston, in the amount of $2,398.71. While your disability claim remained open, your net benefit was applied to this balance.

We have been notified that your disability claim recently closed, and we must now make alternate payment arrangements to satisfy this overpayment.

Please remit payment of $2,298.71, payable to Lincoln Life Assurance Company of Boston by June 4, 2021 Please mail payment to:

**LINCOLN LIFE ASSURANCE COMPANY of BOSTON**
**GROUP PROTECTION DISABILITY CLAIMS**
**REFUND/RECOVERY**
**P.O.BOX 26028**
**GREENSBORO, NC 27499-9760**

Please also include your claim number (8892419#) to ensure accurate payment application.

If you are not able to repay this amount in full, please contact me to discuss a payment plan acceptable to both parties.  Failure to do so may result in your file being referred to an outside collection agency.
If you have any questions regarding this matter, please contact me.

Sincerely,

Rebekah Latour
Financial Operations Administrator II

1  of  2

**Lincoln/Lee 0568**

Phone No.: (888) 437-7611 Ext. 15917
Secure Fax No.: (603) 559-0318

**Lincoln/Lee 0569**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Monday, May 10, 2021 12:54:42 PM |
| To: | KATONIALEE1@GMAIL.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Walmart, Inc. Claim No. 8892419 Katonia Lee |
| Attachments: | svnbtmvsaenywikccln0_10441201.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Lee 0570**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

May 10, 2021

Ms. Katonia Lee

RE:    Long Term Disability (LTD) Benefits
       Walmart, Inc.
       Claim #: 8892419

Dear Ms. Katonia Lee:

We are writing to follow up on your long-term disability (LTD) claim under the Walmart, Inc. Group Disability Income Policy (LTD Policy), which Lincoln Life Assurance Company of Boston (Lincoln) manages. **We've reviewed the medical information received for your claim and regret to inform you that your LTD benefits will end as of May 8, 2021.**

We know this is a disappointing result and want to provide you with all the information you need to understand how we made this decision. Please read below to understand why we cannot continue your LTD benefits, as well as actions you can take if you do not agree with this decision.

**Why Your Benefits Are Ending:**

Your claim had been previously approved for diffuse large B-cell lymphoma, unspecified site and human immunodeficiency virus [HIV] disease impacting your ability to perform the duties of your own occupation as an Assistant Manager.

To receive LTD benefits, you must continue to meet the definition of "Disability" in the LTD Policy. The definition of "Disability" under the LTD Policy is:

*"**Disability**" or "**Disabled**" means:*

*1. For persons other than truck drivers, pilots, co-pilots, and crewmembers of an aircraft:*

   *i.   that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

   *ii.   thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

**Lincoln/Lee 0571**

*"**Any Occupation**" means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*

This means that in order to be found "Disabled" under the LTD Policy as of (CID date), evidence must show that your injury or sickness prevents you from performing any occupation you are reasonably fitted to perform based on your training, education, experience, age, and physical and mental capacity.

To understand the details of your medical condition, we asked for related medical information from your physician(s) and we received:

- Medical records from Oschner Health System dated January 22, 2019 through March 12, 2021.

- Medical records from Dr. Smith-Vaniz dated November 8, 2018 through December 17, 2018.

- Medical records from Dr. Oden dated November 7, 2018 through January 21, 2019.

- Medical records from Dr. Nnadi dated August 10, 2020 through April 5, 2021.

To fully understand the impact of your medical condition on your ability to work, we had a board-certified physician in Internal Medicine conduct a clinical review and assessment. The consulting physician reviewed the medical documentation listed above. The consulting physician concluded the following:

*I reviewed all of the voluminous pages records provided to me going back to 2018 up until the most recent records from April 2021 which document numerous outpatient visits that the claimant has had with her treating physicians, treatment records of her past chemotherapy and immunotherapy, as well as the results of various laboratory blood tests, imaging studies and other diagnostic tests. The records document that the claimant is a 51 year-old female with known chronic Human Immunodeficiency Virus (HIV) infection who was diagnosed with Diffuse Large B-cell Lymphoma, a malignancy of white blood cells, in late 2018. The claimant was successfully treated through September 2019 with an aggressive chemotherapy regimen with a goal of cure that consisted of six cycles of R-CHOP (rituximab, cyclophosphamide, doxorubicin, vincristine) as well as four cycles of intrathecal (injection of medication into the cerebrospinal space around the spinal cord) methotrexate.*

*Based on the documentation in the most recent records of care provided to me, which document office visits that the claimant had with her treating physicians in March and April 2021 (over a year and a half since completion of her treatments for lymphoma), there is no evidence on physical examination, laboratory blood testing or imaging studies of any residual or recurrent lymphoma at this time. The claimant's complete blood count and laboratory tests of kidney, liver, metabolic and nutritional parameters are all within the normal range. The claimant's HIV status is also well compensated with long-term comprehensive oral antiretroviral medication with the most recent laboratory testing showing no detectable HIV virus in her blood and her CD4 cell count (specialized white blood cells that are susceptible to destruction by HIV) is also in the*

2  of 6

**Lincoln/Lee 0572**

*normal range. The claimant has had no recent symptoms or evidence of infection with common or opportunistic (unusual infections that occur in individuals who have a weakened immune system) organisms. In summary, based on the documentation in the records provided to me, communications from the claimant's treating clinicians, and taking into account the entire clinical picture, the claimant does have some slight impairment in her ability to reliably perform her usual life and work activities, primarily in terms of limits on performing very strenuous physical exertion from 04/01/2021 to the present and going forward, due to her underlying HIV infection and past lymphoma and its treatments. She has no restrictions or limitations on sitting or using her arms, hands and fingers for reaching, gripping, grasping, or operating a computer keyboard or other common office equipment. She can stand and walk occasionally, and continuously for up to 15 minutes at a time or up to a total of 2.5 hours in a typical 8-hour work day. She can bend or twist occasionally and can lift, carry, push or pull items up to ten pounds occasionally. She can crouch, stoop, kneel, crawl or climb rarely. These restrictions and limitations are present from 04/01/2021 to the present and going forward indefinitely and likely permanently but the claimant has sustained capacity for full time work within these restrictions and limitations during this period.*

We then had a Vocational Specialist review your current capabilities, training, education, and experience. The review identified your transferable job skills as:

**Communication Skills**
- Ability to communicate effectively with others.
- Ability to follow written and verbal instructions.

**Customer Service Skills**
- Ability to provide excellent customer service.
- Ability to answer questions and concerns.

**Management Skills**
- Ability to oversee others.
- Ability to delegate responsibility.
- Ability to hire and train others.
- Ability to schedule others to meet business needs.
- Ability to identify employee's needs and concerns.
- Ability to implement company policies and procedures.
- Ability to maintain inventory.
- Ability to maintain a clean and safe work environment.
- Ability to complete paperwork, reports, and logs.

**Manual Skills**
- Ability to lift, stack, turn and place items.

**Sales Skills**
- Ability to display and sell items.
- Ability to drive financials.
- Ability to budget and forecast sales.

**General Work Skills**
- Ability to identify problems.

**Lincoln/Lee 0573**

- Ability to attend to detail.
- Ability to plan ahead.
- Ability to maintain a clean and safe work environment

Based on this result, you could perform the following occupations:

| Occupation | National Mean Monthly Wage |
| --- | --- |
| Supervisor, Order Takers | $4,870 |
| Dispatcher, Street Department | $3,415 |
| Order-Control Clerk, Blood Bank | $2,965 |

Since the medical documentation and review identified that you could perform the above occupations, we found you no longer meet the criteria for LTD benefits.

We will continue to provide you benefits through May 8, 2021 and your claim will be closed effective May 9, 2021.

We realize that you've been awarded disability benefits by the Social Security Administration ("SSA"), and therefore our decision not to approve LTD benefits may be confusing. Here is some further information:

- The SSA uses its own set of criteria for awarding benefits. Based on the information they considered, they concluded that you are not able to perform work on a full-time basis.
- Your LTD benefit decision was based on the specific terms and conditions of the Walmart, Inc. Group Disability Income Policy ("the Policy"). We fully considered all medical and vocational documentation we received in accordance with the terms of the Policy, and determined benefits are no longer payable based on the information currently contained in your file.

**What You Need to Know About an Overpayment:**

Please be aware that you received an overpayment on your LTD claim due to your Social Security Disability Award. Since those payments were awarded for the same period that we paid you LTD benefits, you will need to repay the amount of LTD benefits that have been overpaid to you as a result of your receipt of your Social Security Disability Award. A representative from our Financial Review Services will contact you to help you understand the repayment due.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

**What You Can Do If You Believe Your Benefits Should Continue:**
We want you to know all your options. **If you disagree with our decision to close your claim, you may submit an appeal**.

Under the Employee Retirement Income Security Act of 1974 ("ERISA"), you or your representative may request a full and fair review of this determination by writing to the address

4  of 6

**Lincoln/Lee 0574**

below:

<div align="center">

Group Benefits Claims Appeal Unit
Lincoln Life Assurance Company of Boston
Charlotte WM
P.O. Box 2578
Omaha NE 68172-9688
ATTN: Appeal Review Unit

</div>

Contents of appeal.
The written request for review must be sent within 180 days from the receipt of this letter.  In your request for review, please include the following:

- The reasons you feel the decision to deny LTD coverage is incorrect;
- Medical documentation from April 6, 2021 that supports your inability to perform the duties of **any occupation** on a full time basis. This information should include office treatment notes, test results, imaging, or any medical consultations; as well as any additional comments, documents, records, or other information, including any Social Security decision you may have received that you feel will support your claim.

Right to request documents.
You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination.  If Lincoln does not receive your written request for review within 180 days from the receipt date of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Period for review.
Under normal circumstances, we will send you a full written explanation of the final decision within 45 days of the date that your request is received.  If special circumstances cause a delay in our decision, we will notify you of the final decision no later than 90 days after your request for review is received. We will let you know if this applies to you.

Right to bring civil action.
You have the right to bring a civil action under section 502(a) of ERISA if your appeal is denied.

Language translation assistance.
If you require language translation assistance, please contact Lincoln to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

Si necesita traducci n, cont cteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelaci n.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

Nothing in this letter should be construed as a waiver of any of Lincoln's rights and defenses under the above captioned LTD Policy, and all of these rights and defenses are reserved to Lincoln, whether or not they are specifically mentioned herein.

**If You Also Have a Leave of Absence (in addition to your long-term disability claim):**

<div align="center">

5  of 6

</div>

**Lincoln/Lee 0575**

Sedgwick manages leave of absence reporting for all Walmart associates. You can get information about your leave status in three ways:

- **By phone:** Call the Walmart Disability & Leave Service Center at Sedgwick at (800) 492-5678. Representatives are available to answer your questions Monday through Friday from 7 a.m. to 7 p.m. and Saturday 8 a.m. to 4 p.m. CT.
- **Automated phone support:** Call the Sedgwick interactive voice response (IVR) system at (800) 492-5678.
- **Online:** Access the mySedgwick   website through one.walmart.com.

Thank you for the opportunity to help with your claim. If you have any questions, please feel free to call us at 877-363-6404.

If you have any questions regarding this matter, please contact me.

Sincerely,

Krystal Wallach
LTD Technical Specialist II
Phone No.: (877) 353-6404 Ext. 18246
Secure Fax No.: (603) 559-1994

6  of 6

**Lincoln/Lee 0576**



## Transferable Skills Analysis

**Date:** 5/6/2021
**Claimant:** Katonia Lee
**Claim #:** 8892419
**Policyholder:**  Walmart, Inc.

A Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess Ms. Lee's transferable skills to determine if alternative occupations exist in the national economy that would meet their gainful earning requirement of $2,280.10 a month.

**The following documentation was reviewed:**

- Job Description
- DOT
- TE&E
- Peer Review completed by Paul E. Stander, MD, MBA, FACP, Board Certified, Internal Medicine on 5/1/2021.

**Education & Training:**
Education: Ms. Lee completed the 12th grade and has her high school diploma. Post-Secondary education includes completing 2 years of college.

Certifications/Licensures:  Ms. Lee lists no certifications/licensures.

Volunteer Activities: Ms. Lee lists no volunteer activities.

Last 15 years of Work History:

- Management, Walmart, Inc. 2006-Current
  - Responsible for ensuring shelves were being stocked, deposits, scheduling and customer service.
- Management, New Orleans Hamburger 2001-2006
  - Responsible for inventory, deposits, scheduling, and customer service.


Ms. Lee does have computer skills. She is familiar with email.

**Work History:**

| DOT Code | Job Title/Occupation Title | SVP | Yrs. | Strength |
|---|---|---|---|---|
| 185.167-046 | Manager, Retail Store | 7 | 12 | L |
| 185.137-010 | Manager, Fast Food Services | 5 | 5 | L |

**Restrictions and Limitations:**

- Restrictions and Limitations used for this analysis was based off of Peer Review completed by Paul E. Stander, MD, MBA, FACP, Board Certified, Internal Medicine on 5/1/2021.
  - She has no restrictions or limitations on sitting or using her arms, hands and fingers for reaching, gripping, grasping, or operating a computer keyboard or other common office equipment.
  - She can stand and walk occasionally, and continuously for up to 15 minutes at a time or up to a total of 2.5 hours in a typical 8-hour work day.
  - She can bend or twist occasionally and can lift, carry, push or pull items up to ten pounds occasionally.
  - She can crouch, stoop, kneel, crawl or climb rarely.

**Skills & Abilities:**

**Communication Skills**

**Lincoln/Lee 0577**

- Ability to communicate effectively with others.
- Ability to follow written and verbal instructions.

**Customer Service Skills**

- Ability to provide excellent customer service.
- Ability to answer questions and concerns.

**Management Skills**
- Ability to oversee others.
- Ability to delegate responsibility.
- Ability to hire and train others.
- Ability to schedule others to meet business needs.
- Ability to identify employee's needs and concerns.
- Ability to implement company policies and procedures.
- Ability to maintain inventory.
- Ability to maintain a clean and safe work environment.
- Ability to complete paperwork, reports, and logs.

**Manual Skills**

- Ability to lift, stack, turn and place items.

**Sales Skills**
- Ability to display and sell items.
- Ability to drive financials.
- Ability to budget and forecast sales.

**General Work Skills**

- Ability to identify problems.
- Ability to attend to detail.
- Ability to plan ahead.
- Ability to maintain a clean and safe work environment

**Profile Adjustments:**

- Specific Vocational Preparation was left at Ms. Lee's demonstrated history level of 7.
- GED for reasoning, math, and language were left at Ms. Lee's demonstrated history level.
- Strength Physical Demand level was changed to sedentary per the restrictions and limitations.
- Positional Demands including reaching, handling, and fingering were changed to constantly per the restrictions and limitations.
- Balancing, feeling, talking, hearing, tasting/smelling, near acuity, far acuity, depth perception, accommodation, color vision, and field of vision were changed to unknown as no restrictions and limitations were listed.
- All other positional demands were left at Ms. Lee's demonstrated history level as they fit the outlined restrictions and limitations.
- All Environmental conditions were changed to unknown as no restrictions and limitations were listed except working in high exposed places was left at never per the restrictions and limitations.
- Noise level was changed to very loud as no restrictions and limitations were listed.
- Aptitudes was left unchanged.
- Work Situations including working under specific instructions was changed from no to yes as she must follow company policies and procedures.
- Work Functions-Data
  - Analyzing, compiling, computing, copying, and comparing were changed from no to yes as she lists computer skills, is scheduling others to meet business needs, is driving the financials of the store, and is completing paperwork and logs.
- Work Function-People
  - Instructing was changed from no to yes as her job description lists she is training and mentoring others.
  - Serving was changed from no to yes as she is providing direct customer service.
  - Taking Instructions-Helping was changed from no to yes as she works under a supervisor.
- Work Functions- Things

Updated 5/6/21

**Lincoln/Lee 0578**

o    Work Functions-Things were left at Ms. Lee's demonstrated history level.

**Examples of Occupations identified based on (National) labor market and claimants ability profile analysis:**

| DOT Code | Occupation | SVP | Str | National Median Monthly Wage |
|---|---|---|---|---|
| 249.137-026 | Supervisor, Order Takers | 5 | S | $4,870 |
| 239.3677-030 | Dispatcher, Street Department | 3 | S | $3,415 |
| 245.367-026 | Order-Control Clerk, Blood Bank | 3 | S | $2,965 |

*Wage Information is based on median 2020 Bureau of Labor Statistical Data*

**Summary:**

*Occupations Identified:*

The Transferable Skills Analysis identified occupations that are within Ms. Lee's physical abilities and within their identified skill level. The following are examples of occupations Ms. Lee could perform: Supervisor, Order Takers; Dispatcher, Street Department; Order-Control Clerk, Blood Bank.

The occupations meet their gainful amount of $2,280.10 in the national economy.

I have not met with the Ms. Lee for the purpose of this review.  All opinions are based on review of vocational information, medical records and resources noted.

Haley Naganuma, MS, CRC
Vocational Rehabilitation Counselor

**Name:** Lee, Katonia                                                                 **SSN:**
                                                                                              **Case:**

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|---|---|---|---|---|---|---|---|---|---|
| 185.167-046 | Manager, Retail Store | 7 | 12 | 0 | Y | N | N | L | 11.11.05 |
| 185.137-010 | Manager, Fast Food Services | 5 | 5 | 0 | Y | N | N | L | 11.11.04 |

**Name:** Lee, Katonia                                                                 **SSN:**
                                                                                              **Case:**

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

|  | Changed From | Changed To |
|---|---|---|
| **Specific Vocational Preparation** | | |
| Maximum | 7 (2 to 4 years) | No Change |
| Minimum | 5 (6 months to 1 year) | 1 (Short demo only) |
| **General Educational Development** | | |
| Reasoning | 4 Grades 9-12 | No Change |
| Mathematics | 4 Grades 9-12 | No Change |
| Language | 4 Grades 9-12 | No Change |
| **Physical Demands** | | |
| Strength Maximum | L  Light | S  Sedentary |
| Minimum | L  Light | S  Sedentary |
| Climbing | Never | No Change |
| Balancing | Never | Unknown |

Updated 5/6/21

**Lincoln/Lee 0579**

| | | |
|---|---|---|
| Stooping | Never | No Change |
| Kneeling | Never | No Change |
| Crouching | Never | No Change |
| Crawling | Never | No Change |
| Reaching | Frequently | Constantly |
| Handling | Frequently | Constantly |
| Fingering | Frequently | Constantly |
| Feeling | Never | Unknown |
| Talking | Frequently | Unknown |
| Hearing | Frequently | Unknown |
| Tasting/Smelling | Never | Unknown |
| Near Acuity | Frequently | Unknown |
| Far Acuity | Never | Unknown |
| Depth Perception | Never | Unknown |
| Accommodation | Frequently | Unknown |
| Color Vision | Never | Unknown |
| Field of Vision | Never | Unknown |

**Environmental Conditions**

| | | |
|---|---|---|
| Exposure to Weather | Never | Unknown |
| Extreme Cold | Never | Unknown |
| Extreme Heat | Never | Unknown |
| Wet and/or Humid | Never | Unknown |
| Vibration | Never | Unknown |
| Atmospheric Conditions | Never | Unknown |
| Proximity to Moving Mechanical Parts | Never | Unknown |
| Exposure to Electrical Shock | Never | Unknown |
| Working in High Exposed Places | Never | No Change |
| Exposure to Radiation | Never | Unknown |
| Working with Explosives | Never | Unknown |
| Exposure to Toxic or Caustic Chemicals | Never | Unknown |
| Other Environmental Conditions | Never | Unknown |
| Noise Intensity Level | Moderate | Very Loud |

**DOT Aptitudes**

| | | |
|---|---|---|
| General Learning Ability | 2 (67-89 Percentile) | No Change |
| Verbal Aptitude | 2 (67-89 Percentile) | No Change |
| Numerical Aptitude | 3 (34-66 Percentile) | No Change |
| Spatial Aptitude | 4 (11-33 Percentile) | No Change |
| Form Perception | 3 (34-66 Percentile) | No Change |
| Clerical Aptitude | 3 (34-66 Percentile) | No Change |
| Motor Coordination | 4 (11-33 Percentile) | No Change |
| Finger Dexterity | 4 (11-33 Percentile) | No Change |
| Manual Dexterity | 4 (11-33 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | No Change |
| Color Discrimination | 5 (Below 11 Percentile) | No Change |

**Work Situations (Temperaments)**

| | | |
|---|---|---|
| Directing, Controlling, Planning | Yes | No Change |
| Performing Repetitive Work | No | No Change |
| Influencing People | No | No Change |
| Performing a Variety of Duties | Yes | No Change |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | No | No Change |
| Attaining Precise Limits/Tolerances | No | No Change |
| Following  Specific Instructions | No | Yes |
| Dealing with People | Yes | No Change |
| Making Judgments and Decisions | Yes | No Change |

**Work Functions - Data**

| | | |
|---|---|---|
| 0 Synthesizing | No | No Change |

Updated 5/6/21

**Lincoln/Lee 0580**

| 1 Coordinating | Yes | No Change |
| 2 Analyzing | No | Yes |
| 3 Compiling | No | Yes |
| 4 Computing | No | Yes |
| 5 Copying | No | Yes |
| 6 Comparing | No | Yes |

**Work Functions - People**

| 0 Mentoring | No | No Change |
| 1 Negotiating | No | No Change |
| 2 Instructing | No | Yes |
| 3 Supervising | Yes | No Change |
| 4 Diverting | No | No Change |
| 5 Persuading | No | No Change |
| 6 Speaking-Signaling | Yes | No Change |
| 7 Serving | No | Yes |
| 8 Taking Instructions-Helping | No | Yes |

**Work Functions - Things**

| 0 Setting Up | No | No Change |
| 1 Precision Working | No | No Change |
| 2 Operating-Controlling | No | No Change |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | No | No Change |
| 5 Tending | No | No Change |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | Yes | No Change |

Updated 5/6/21

**Lincoln/Lee 0581**

**Medical Record Overview**

**ReleasePoint**

**Date:**    May 6, 2021

**Patient Name:**    LEE, KATONIA

**Records From:**    Dr. NNadi

**RP ID:** 7516023

**Client ID:** 8892419

,
(225) 305-6663

**Source:**  L-WALMAR

**Request Scope:**  From August 11, 2020 to Present

**Req By:**
05-290765

**Chart Range:**    04/05/2021 - 04/05/2021

**SSN:**

|  |  |  |  | Starts on |
| --- | --- | --- | --- | --- |
| **Classification** | **From** | **To** | **Total** | **Page** |
| Progress Notes | Apr 5 2021 | Apr 5 2021 | 7 | 2 |
| Request Correspondence |  |  | 5 | 9 |

**Total Page Count:**    12

**Notes From QC:**

REQUESTED ITEMS NOT RECEIVED, SENDING TO SUPERVISOR FOR REVIEW

We only received medical records. Kindly request for the completed form as requested in s/a. Thanks.

**Lincoln/Lee 0582**

**Progress Notes - 04/05/2021**

| ONLC INFECTIOUS DISEASE | Lee, Katonia | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 2325810, DOB: | Sex: F |
| | Acct #: 72012733612 | |
| | Enc. Date 4/5/2021 | |

### 04/05/2021 - Office Visit in O'Neal - Infectious Disease

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Lee, Katonia | 2325810 | | Female | (51 yrs) |

| Address | Phone | Email |
|---|---|---|
| | (M) | |
| | (H) | |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| Verified | Sonia McField, FNP601-944-5964 | 04/05/21 | 05/05/21 |

**Lincoln/Lee 0583**

**Progress Notes - 04/05/2021**

| ONLC INFECTIOUS DISEASE | Lee, Katonia | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 2325810, DOB: | Sex: F |
| | Acct #: 72012733612 | |
| | Enc. Date 4/5/2021 | |

## 04/05/2021 - Office Visit in O'Neal - Infectious Disease (continued)

**Reason for Visit**

HIV Positive/AIDS

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| Lymphoma, unspecified body region, unspecified lymphoma type | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | |
| AIDS (acquired immune deficiency syndrome) | ICD-10-CM: B20 ICD-9-CM: 042 | |
| Essential hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | |
| Lymphoma related to acquired immunodeficiency syndrome (AIDS) | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | |
| Diffuse large B-cell lymphoma of intra-abdominal lymph nodes | ICD-10-CM: C83.33 ICD-9-CM: 202.83 | |
| Diffuse large B-cell lymphoma, unspecified body region | ICD-10-CM: C83.30 ICD-9-CM: 202.80 | |

**Problem List** as of 4/5/2021         Date Reviewed: **4/5/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Essential hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 2/12/2018 - Present |
| Lymphoma related to acquired immunodeficiency syndrome (AIDS) | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | | | 1/21/2019 - Present |
| Elevated LFTs | ICD-10-CM: R79.89 ICD-9-CM: 790.6 | | | 1/21/2019 - Present |
| B-cell lymphoma | ICD-10-CM: C85.10 ICD-9-CM: 202.80 | | | 1/22/2019 - Present |
| AIDS (acquired immune deficiency syndrome) | ICD-10-CM: B20 ICD-9-CM: 042 | | | 1/24/2019 - Present |
| Lymphoma | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | | | 2/11/2019 - Present |
| Anemia | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 2/26/2019 - Present |
| Other chest pain | ICD-10-CM: R07.89 ICD-9-CM: 786.09 | | | 2/26/2019 - Present |
| Biliary obstruction | ICD-10-CM: K83.1 ICD-9-CM: 576.2 | | | 4/30/2019 - Present |
| HIV disease | ICD-10-CM: B20 ICD-9-CM: 042 | | | Unknown - Present |
| Rash | ICD-10-CM: R21 ICD-9-CM: 782.1 | | | 8/20/2019 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | | | 1/21/2019 - 1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.09 | | | 1/21/2019 - 2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | | | 1/21/2019 - 1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 ICD-9-CM: 780.96 | | | 2/13/2019 - 2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 - 3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 ICD-9-CM: 112.0 | | | 2/27/2019 - 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9 ICD-9-CM: 780.60 | | | 2/28/2019 - 3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 5/26/2019 - 5/26/2019 |

**Lincoln/Lee 0584**

**Progress Notes - 04/05/2021**

| | |
|---|---|
| ONLC INFECTIOUS DISEASE<br>OCHSNER, BATON ROUGE REGION LA | Lee, Katonia<br>MRN: 2325810, DOB:            Sex: F<br>Acct #: 72012733612<br>Enc. Date 4/5/2021 |

### 04/05/2021 - Office Visit in O'Neal - Infectious Disease (continued)

**Problem List (continued)** as of 4/5/2021                                       Date Reviewed: **4/5/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| RESOLVED: Multiple lung nodules on CT | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>4/5/2021 |

**Patient as-of Visit**

**Allergies** as of 4/5/2021

Allergies last reviewed by Charlene Henderson, MA on 4/5/2021 1144
No Known Allergies

**Immunizations** as of 4/5/2021

| Immunization | Administered On |
|---|---|
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 4/5/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet (Taking)** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |

Monica H Felle, LPN 12/31/2019 10:46 AM

Erica M. Coffey, RN 2/7/2019 10:49 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **diclofenac (VOLTAREN) 50 MG EC tablet (Taking)** | 60 tablet | 2 | 3/12/2021 | |
| Sig - Route: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain). - Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking)** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab (Taking)** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking)** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Taking)** | 90 tablet | 3 | 3/15/2020 | 4/21/2021 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking)** | 30 tablet | 4 | 2/1/2021 | 4/5/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Fill Later | | | | |
| Prior authorization: Canceled - Other (The medication order is discontinued.) | | | | |
| **citalopram (CELEXA) 20 MG tablet (Taking)** | | | | 4/21/2021 |
| Sig - Route: Take 20 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |

Monica H Felle, LPN 12/31/2019 10:46 AM

Erica M. Coffey, RN 2/7/2019 10:53 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **zolpidem (AMBIEN) 5 MG Tab (Taking)** | 30 tablet | 1 | 1/8/2021 | 4/5/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |

Dejohna T Battley, MA 3/12/2021 11:21 AM
Patient has ran out of medication, is requesting refill

**Lincoln/Lee 0585**

**Progress Notes - 04/05/2021**

ONLC INFECTIOUS DISEASE
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72012733612
Enc. Date 4/5/2021

### 04/05/2021 - Office Visit in O'Neal - Infectious Disease (continued)

**Outpatient Medications at Start of Encounter as of 4/5/2021 (continued)**

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet (Taking)**<br>Sig: Take 1 tablet (300 mg total) by mouth once daily.<br>Route: Oral | 30 tablet | 1 | 2/2/2019 | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking)**<br>Sig: Take 1 tablet by mouth once daily.<br>Class: Fill Later<br>Route: Oral<br>Prior authorization: Waiting for Auth Details | 90 tablet | 1 | 4/5/2021 | 7/4/2021 |
| **diclofenac (VOLTAREN) 50 MG EC tablet (Taking)**<br>Sig: Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed (pain).<br>Route: Oral | 60 tablet | 2 | 3/12/2021 | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking)**<br>Sig: Take 1 tablet by mouth once daily.<br>Class: Historical Med<br>Route: Oral | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab (Taking)**<br>Sig: Take 1 tablet (12.5 mg total) by mouth once daily.<br>Route: Oral | 90 tablet | 3 | 3/15/2020 | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking)**<br>Sig: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea).<br>Route: Oral | 60 tablet | 1 | 4/22/2019 | |
| **zolpidem (AMBIEN) 5 MG Tab (Taking)**<br>Sig: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep).<br>Class: Print<br>Route: Oral | 30 tablet | 0 | 4/5/2021 | 5/5/2021 |
| **amLODIPine (NORVASC) 10 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (10 mg total) by mouth once daily.<br>Route: Oral | 90 tablet | 3 | 3/15/2020 | 4/21/2021 |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet by mouth once daily.<br>Class: Fill Later<br>Route: Oral<br>Reason for Discontinue: **Reorder**<br>Prior authorization: Canceled - Other (The medication order is discontinued.) | 30 tablet | 4 | 2/1/2021 | 4/5/2021 |
| **citalopram (CELEXA) 20 MG tablet (Taking/Discontinued)**<br>Sig: Take 20 mg by mouth once daily.<br>Class: Historical Med<br>Route: Oral<br>Reason for Discontinue: **Duplicate Order** | | | | 4/21/2021 |
| **zolpidem (AMBIEN) 5 MG Tab (Taking/Discontinued)**<br>Sig: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep).<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 1 | 1/8/2021 | 4/5/2021 |

**Ordered Medications**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **zolpidem (AMBIEN) 5 MG Tab**<br>Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral<br>Class: Print | 30 tablet | 0 | 4/5/2021 | 5/5/2021 |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 90 tablet | 1 | 4/5/2021 | 7/4/2021 |

**Lincoln/Lee 0586**

**Progress Notes - 04/05/2021**

| ONLC INFECTIOUS DISEASE | Lee, Katonia | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 2325810, DOB: | Sex: F |
| | Acct #: 72012733612 | |
| | Enc. Date 4/5/2021 | |

### 04/05/2021 - Office Visit in O'Neal - Infectious Disease (continued)

**Ordered Medications (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|

Sig - Route: Take 1 tablet by mouth once daily. - Oral
Class: Fill Later
Prior authorization: Waiting for Auth Details

**Outpatient Medication Detail**

| | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet | 90 tablet | 1 | 4/5/2021 | 7/4/2021 | No |

Sig - Route: Take 1 tablet by mouth once daily. - Oral
Sent to pharmacy as: bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet
Class: Fill Later
Order: 626051955
Date/Time Signed: 4/5/2021 12:17
Prior authorization: Waiting for Auth Details

**Outpatient Medication Detail**

| | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| zolpidem (AMBIEN) 5 MG Tab | 30 tablet | 0 | 4/5/2021 | 5/5/2021 | No |

Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral
Class: Print
Order: 587423737
Date/Time Signed: 4/5/2021 12:16

### Progress Notes

**Progress Notes by John O. Nnadi, MD at 4/5/2021 11:40 AM**

| Author: John O. Nnadi, MD | Service: — | Author Type: Physician |
|---|---|---|
| Filed: 4/6/2021  8:46 AM | Encounter Date: 4/5/2021 | Creation Time: 4/5/2021 12:11 PM |
| Status: Addendum | Editor: John O. Nnadi, MD (Physician) | |

Related Notes: Original Note by John O. Nnadi, MD (Physician) filed at 4/5/2021 12:18 PM

**HIV Follow-up Visit**

Katonia Lee is here for follow-up of HIV infection. She is feeling better since her last visit.
She is dealing with lots of family problems and her Aunty will be terminally extubated today.


Patient is compliant with HIV medications.She is on Biktarvy.
Patient does not have side effects with the HIV medications.none


The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

Review of Systems
Constitutional: Negative for chills, diaphoresis, fever, malaise/fatigue and weight loss.
Eyes: Negative for blurred vision, double vision, photophobia and pain.


**Physical Exam**

Vitals and nursing note reviewed.
HENT:
  Head: Normocephalic.
  Right Ear: Tympanic membrane normal.
  Nose: Nose normal.

**Lincoln/Lee 0587**

**Progress Notes - 04/05/2021**

| | |
|---|---|
| ONLC INFECTIOUS DISEASE | Lee, Katonia |
| OCHSNER, BATON ROUGE REGION LA | MRN: 2325810, DOB:        Sex: F |
| | Acct #: 72012733612 |
| | Enc. Date 4/5/2021 |

**Progress Notes (continued)**

**Progress Notes by John O. Nnadi, MD at 4/5/2021 11:40 AM (continued)**

Mouth/Throat:
  Mouth: Mucous membranes are moist.
Cardiovascular:
  Rate and Rhythm: Normal rate.
Musculoskeletal:
  Cervical back: Normal range of motion.
Skin:
  General: Skin is warm.
Neurological:
  General: No focal deficit present.
  Mental Status: She is alert.

Immunization History

| Administered | Date(s) Administered |
|---|---|
| • Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Assessment:**

| | | |
|---|---|---|
| 1. | Lymphoma, unspecified body region, unspecified lymphoma type | |
| 2. | AIDS (acquired immune deficiency syndrome) | zolpidem (AMBIEN) 5 MG Tab |
| 3. | Essential hypertension | |
| 4. | Lymphoma related to acquired immunodeficiency syndrome (AIDS) | zolpidem (AMBIEN) 5 MG Tab |
| 5. | Diffuse large B-cell lymphoma of intra-abdominal lymph nodes | zolpidem (AMBIEN) 5 MG Tab |
| 6. | Diffuse large B-cell lymphoma, unspecified body region | zolpidem (AMBIEN) 5 MG Tab |

**Plan:**

Problem List Items Addressed This Visit

  **Essential hypertension**
    Follow PCP,needs optimal control

  **Lymphoma related to acquired immunodeficiency syndrome (AIDS)**
    Relevant Medications
      zolpidem (AMBIEN) 5 MG Tab

  **B-cell lymphoma**
    Relevant Medications
      zolpidem (AMBIEN) 5 MG Tab

  **AIDS (acquired immune deficiency syndrome)**
    Will need to do blood work today, will continue Biktarvy

    Relevant Medications

---

Generated on 4/28/21  1:50 PM                                                                 Page 6

**Lincoln/Lee 0588**

**Progress Notes - 04/05/2021**

| | | |
|---|---|---|
| ONLC INFECTIOUS DISEASE<br>OCHSNER, BATON ROUGE REGION LA | Lee, Katonia<br>MRN: 2325810, DOB:<br>Acct #: 72012733612<br>Enc. Date 4/5/2021 | Sex: F |

**Progress Notes (continued)**

**Progress Notes by John O. Nnadi, MD at 4/5/2021 11:40 AM (continued)**

> zolpidem (AMBIEN) 5 MG Tab

**Lymphoma**
Oncology follow up

Relevant Medications
> zolpidem (AMBIEN) 5 MG Tab

The patient has been counseled regarding the importance of compliance with every dose of HIV medications. Possible side effects have been reviewed and the patient's questions have been answered.
Total time spent   46mins .
Time was spent preparing to see the patient -review of tests, obtaining and reviewing separately obtained history , performing appropriate examination and evaluation , counseling and educating the patient /family /caregiver, documenting clinical information in the chart, independently interpreting results and communicating results to the patient /family , care coordination , ordering medications,tests or procedures  and referring and communicating with other health care professionals

Electronically signed by John O. Nnadi, MD on 4/5/2021  8:48 AM

---

**Follow-up and Disposition History**

04/05/2021 1218 - John O. Nnadi, MD
Dispositions:      •   Follow up in about 4 months (around 8/5/2021).

**Follow-up Information**

None

**Follow Up Call**

No data filed

# END OF REPORT

---

**Lincoln/Lee 0589**

Request Corresponden

**MRO**
**1000 Madison Avenue**
**Suite 100**
**Norristown, PA 19403**
**Ph: (610) 994-7500 Opt. 1**

# Medical Records Transmittal

Date:            4/29/2021
Request Number:  42131072
Page Count:      7

### Your requested medical records are attached.

Patient Name:       KATONIA LEE
Medical Facility:   Ochsner Main Campus Jefferson
Requester:          Kevin Michael Lituania
Organization:       ReleasePoint, Inc./PORTAL

Your reference number:  7516023

Thank you,

*MRO*
*MROcorp.com*

**Lincoln/Lee 0590**

Request Corresponden

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376



Lincoln
Financial Group

**OCHSNER MEDICAL CENTER**
**1514 JEFFERSON HWY 1ST FLR**
**ATTN: MEDICAL RECORDS**
**NEW ORLEANS, LA 70121**

Apr 12, 2021
Re:  Long Term Disability Benefits
Claim#  7516023          8892419
Claimant   LEE, KATONIA
Claimant DOB
Provider Portal   https //portal releasepoint com
Access Key   OCHSNE

Dear   1,1,1,2,2,*,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information

MRC

From August 11, 2020 to Present
Please provide all medical records for the timeframe and request
Dr NNadi to fill out w/m accommodation form- seen by Dr NNadi

APR 1 3 2021

Initials:

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination  The information can be faxed to our office at our secure fax number  (213) 884-4921  or mailed to the above address

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due  If you're a hospital, only abstract records are required  admission, history/physical, OP reports, DX summaries, etc  Fees from Copy Services and Hospitals require approval if over $100 00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company  This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature

If you have any questions regarding this matter, please contact me

Sincerely,
   Kevin Michael Lituania

Disability Information Specialist
Phone No   (213) 269-4240
Fax No   (213) 884-4921



RPID:  7516023

**Lincoln/Lee 0591**

**Request Corresponden**



**RPid #7516023**

## Restrictions Form

Patient Name _____ Date of Birth _____ Claim Number _____

### To be completed by a Physician:

Date First Treated: _____

Date Last Treated: _____

Next Office Visit _____

Diagnosis(es) with ICD 10 Codes _____

Physician's Area of Specialty _____

**For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **No Restrictions**
- ☐ **No Work Capacity**
- ☐ **Sedentary** - Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally
- ☐ **Light** - Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently
- ☐ **Medium** - Lifting / carrying up to 50 pounds occasionally, sitting, standing and / or walking constantly
- ☐ **Heavy** - Lifting / carrying up to 100 pounds occasionally, sitting, standing and / or walking constantly
- ☐ **Very Heavy** - Lifting / carrying over 100 pounds occasionally, sitting, standing and / or walking constantly

*Occasionally – Up to 20 minutes/Hour and Up to 2 ½ Hours/Day*

*Frequently – Up to 40 Minutes/Hour and Up to 5 ½ Hours/Day*

*Constantly - Over 40 Minutes/Hour and Over 5 ½ Hours/Day*

**Restrictions Imposed From (Please Date)** _____ **To** _____

**Defer Restrictions to (Please add Provider's Name and Specialty):** _____

If impairment is related to lifting, please confirm how much your patient can lift using both arms in combination:

_____

**Additional Restrictions:** _____

_____

**Provider's Name (Please Print):** _____ **Signature** _____ **Date.** _____

RPID: 7516023

**Lincoln/Lee 0592**

Request Corresponden

**Ochsner**
Health System

**RPid #7516023**
**AUTHORIZATION FOR RELEASE OF**
**CONFIDENTIAL INFORMATION**
*(See back of form for facility locations)*

Patient's Name  LEE, KATONIA _____ Date of Birth _____

Address _____ Phone # . _____

I, __Katonia  Lee_____, hereby authorize
FULL NAME OF PATIENT

OCHSNER MEDICAL CENTER                              to release information specified below from my
NAME OF HOSPITAL / PHYSICIAN / FACILITY
medical records covering the dates of service ___08/11/2020___ to __Present_____

The information which is checked (X) below is to be released to:

Lincoln Financial Group c/o ReleasePoint, Inc
NAME OF HOSPITAL  PHYSICIAN  SERVICE AGENCY OR THIRD PARTY (Provide fax # if hospital or physician)

PO Box 1390, St. Peters, MO  63376
ADDRESS                                    CITY                    STATE          ZIP

Purpose for Release.  ☐Medical  ☐Insurance  ☐Legal  ☒Other  Claims - Disability Insurance

Check off items being released:

|  |  |  |
|---|---|---|
| | ☐Pathology Reports | ☐ X-ray Report _____ |
| ☐Discharge Summary | ☐Laboratory | ☐ Radiology films |
| ☐Discharge Instructions/After Visit Summary | ☐Cardiology | ☐ ER Record |
| ☐History & Physical | ☐Clinic Visit | ☐ Entire Record |
| ☐Consultation Reports | ☐Abstract | Other  all PHI, excluding x-ray films |
| ☐Progress Notes | ☐Operative Report | |

Method of Delivery:  ☐Paper  ☐Fax # _____ ☒Email  providers@releasepoint.com

The patient's express authorization is required to release certain types of records, including alcohol and/or drug abuse  treatment and information, HIV testing and treatment, psychiatric treatment, and genetic testing (defined in the Genetic Information Non-Discrimination Act of 2008 - GINA, section 201 7 A and B). To authorize release of this information, please read and sign the following:

I, _____ , authorize the release of **alcohol and/or drug abuse** treatment and information.
(Patient's Signature)

I, _____ , authorize the release of **HIV test results** and/or HIV treatment information.
(Patient's Signature)

I, _____ , authorize the release of **psychiatric** information.
(Patient's Signature)

I, _____ , authorize the release of **genetic testing** information.
(Patient's Signature)

In authorizing the release of the confidential information identified above, I hereby waive all restrictions or privileges imposed by law and release Ochsner Health System and its affiliates and their staff from any restriction or privilege imposed by law in connection with the disclosure or release of any professional record, observation or communication. I do understand that the information that is being released may be subject to re-disclosure by the recipient and may no longer be protected.  I understand that my treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this authorization

This authorization may be revoked in writing at any time, except to the extent that Ochsner Health System and its affiliates have already taken action in reliance on it  Letters to revoke this authorization should be addressed to Ochsner Medical Center, Release of Information Department, 1201 Dickory Avenue, Harahan, LA 70123.

If not previously revoked in writing, this authorization will terminate or expire upon (state the specific date, event, or condition)

_____One year_____
If expiration date is left blank, authorization will expire within one year.

_Katonic Lee_____ __Self_____ _4-12-21_____
SIGNATURE OF PATIENT  OR AUTHORIZED REPRESENTATIVE      RELATIONSHIP TO PATIENT        DATE SIGNED

_____ _____
ADDRESS                                    PHONE NUMBER

_____ _____
SIGNATURE OF WITNESS (if patient is unable to sign)    RELATIONSHIP TO PATIENT OR CREDENTIALS    DATE SIGNED

FOR HIM USE ONLY:  Date Rec'd _____ Date Processed _____ Time Frame _____ Processed By _____ # Pages/Amount _____
Form No. 20651 (Rev 7/10/2015)

RPID: 7516023

**Lincoln/Lee 0593**

Request Corresponden

 **Lincoln** Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates

The Lincoln National Life
Insurance Company
Service Office
8801 Indian Hills Drive
Omaha, NE 88114-4068
toll free (800) 423-2765
www.Lincoln4benefits.com

2/17/2021

To Whom It May Concern,

Lincoln Life Assurance Company of Boston, a Lincoln National Life Insurance company, authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:
- Electronic mail to: charts@releasepoint.com
- Secure fax to: (213)884-4921. There is no limit on the number of pages faxed

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

Kathryn Leombruno
Director, Claims Operations
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates
Affiliates are separately responsible for their own financial and contractual obligations

RPID: 7516023

**Lincoln/Lee 0594**

# Quality Assurance Report

## Request Information

Report Date:   May 6, 2021

Patient Name:   LEE, KATONIA

Provider Name: OCHSNER MEDICAL CENTER

**RP ID:** 7516023

## Quality Assurance Information

Scope Requested: **From August 11, 2020 to Present**

Special Request:

Please provide all medical records for the timeframe and request Dr. NNadi to fill out w/m accommodation form- seen by: Dr. NNadi

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

REQUESTED ITEMS NOT RECEIVED, SENDING TO SUPERVISOR FOR REVIEW    We only received medical records. Kindly request for the completed form as requested in s/a. Thanks.

Chart Reviewed By:  AGVIV

**Lincoln/Lee 0595**

**VOC Suite**

# VOCATIONAL CASE MANAGEMENT

## Transferable Skills Analysis

---

**PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING**

☐ JOB DESCRIPTION  (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)

☐ PHYSICAL JOB EVALUATION FORM (if available)

☐ UPDATED MEDICAL WITH CLEAR R&L'S          ☐ TRAINING-EDUCATION-EXPERIENCE FORM

☐ MANAGER APPROVAL (if required)          ☐ ATTORNEY INFO (if applicable)

---

FROM:    Krystal Wallach                    DATE:              Monday, May 3, 2021

## CLAIM BACKGROUND

---

Claimant Name:    KATONIA LEE                Claim Number:        8892419

☐ STD   ☑ FULLY INSURED          ( THRESHOLD $ )

☑ LTD   ☐ ASO   ☐ LIFE          Has MDS worked the claim?  ☑ YES  ☐ NO

Employer:  WALMART, INC.

Change In DEF. Date:      05/08/2021

Pre-Disability Earnings:    $1,900.09   / B          Claim Service Type:    ADOP
                                        (mode)

---

**Document Locations**

☑ Document List        ☐ Correspondence        ☐ Paper File

---

**Case Manager's Recommendations / Reason For Referral:**

Contract Specifics:none
Medical and Date:IM FFR dated 5/1 in docs list
Gainful:$1140.05 – paid bi weekly – C2 60%
tee in docs list dated 6/25/19

DP 512

**Lincoln/Lee 0596**

ICP Memo

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| WALMART, INC. | KATONIA LEE | 8892419 |

| | | | |
|---|---|---|---|
| Referred By: | Krystal Wallach | Claimant DOB: | |
| Referral Date: | 04/16/2021 | Job Title: | ASST MGR-WM |
| Due Date: | 05/01/2021 | Medical/ Surgical Condition: | Diffuse large B-cell Lymphoma and Human Immunodeficiency Virus [HIV] disease |
| Referral Type: | Standard File Review | Disability Occupational Type: | |
| Reason for Priority Handling: | | Product Type: | LTD |
| Other Considerations | | LDW: | 11/07/2018 |
| Report Date: | 05/01/2021 | DOD: | 11/08/2018 |
| Physical Demands: | | BBD: | 05/09/2019 |
| Non-Medical Issue: | No | Non-Medical Issue Details: | |

**Core Questions**

**1. Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s)**

The records document that the claimant's primary diagnoses are Diffuse Large B Cell Lymphoma (C85.90/C83.31) treated with chemotherapy (Z92.21)in the setting of chronic Human Immunodeficiency Virus (HIV) Infection (B20) for which she is on long-term antiretroviral therapy (Z79.899).

**2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD with ICD 10 Codes(s)**

The records document that the claimant has comorbid conditions of Obesity (E66.9), Hypertension (I10), Back Pain (M54.5) and past Duodenal Ulcer with Hemorrhage (bleeding - K26.0) leading to Anemia (D64.9).

**3. Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 04/01/2021 to present, and comment on the expected duration.**
**a. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.**

**Lincoln/Lee 0597**

I reviewed all of the voluminous pages records provided to me going back to 2018 up until the most recent records from April 2021 which document numerous outpatient visits that the claimant has had with her treating physicians, treatment records of her past chemotherapy and immunotherapy, as well as the results of various laboratory blood tests, imaging studies and other diagnostic tests.  The records document that the claimant is a 51 year-old female with known chronic Human Immunodeficiency Virus (HIV) infection who was diagnosed with Diffuse Large B-cell Lymphoma, a malignancy of white blood cells, in late 2018.  The claimant was successfully treated through September 2019 with an aggressive chemotherapy regimen with a goal of cure that consisted of six cycles of R-CHOP (rituximab, cyclophosphamide, doxorubicin, vincristine) as well as four cycles of intrathecal (injection of medication into the cerebrospinal space around the spinal cord) methotrexate. Based on the documentation in the most recent records of care provided to me, which document office visits that the claimant had with her treating physicians in March and April 2021 (over a year and a half since completion of her treatments for lymphoma), there is no evidence on physical examination, laboratory blood testing or imaging studies of any residual or recurrent lymphoma at this time.  The claimant's complete blood count and laboratory tests of kidney, liver, metabolic and nutritional parameters are all within the normal range.  The claimant's HIV status is also well compensated with long-term comprehensive oral antiretroviral medication with the most recent laboratory testing showing no detectable HIV virus in her blood and her CD4 cell count (specialized white blood cells that are susceptible to destruction by HIV) is also in the normal range.  The claimant has had no recent symptoms or evidence of infection with common or opportunistic (unusual infections that occur in individuals who have a weakened immune system) organisms.   In summary, based on the documentation in the records provided to me, communications from the claimant's treating clinicians, and taking into account the entire clinical picture, the claimant does have some slight impairment in her ability to reliably perform her usual life and work activities, primarily in terms of limits on performing very strenuous physical exertion from 04/01/2021 to the present and going forward, due to her underlying HIV infection and past lymphoma and its treatments.  She has no restrictions or limitations on sitting or using her arms, hands and fingers for reaching, gripping, grasping, or operating a computer keyboard or other common office equipment.  She can stand and walk occasionally, and continuously for up to 15 minutes at a time or up to a total of 2.5 hours in a typical 8-hour work day.  She can bend or twist occasionally and can lift, carry, push or pull items up to ten pounds occasionally.  She can crouch, stoop, kneel, crawl or climb rarely.  These restrictions and limitations are present from 04/01/2021 to the present and going forward indefinitely and likely permanently but the claimant has sustained capacity for full time work within these restrictions and limitations during this period.

**4. Treatment Opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)? Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?**

Yes, treatment is consistent with the standard of care and the claimant is compliant with treatment recommendations.

**Lincoln/Lee 0598**

**5. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts, child or elder care issues, or legal issues)?**

No

**Additional Questions**

**Is the insured capable of full-time, sustained work within the restrictions and limitations you identified (if any)?  Please explain.**

Yes, as stated above the claimant has sustained capacity for full time work within the modest restrictions and limitations outlined above from from 04/01/2021 to the present and going forward indefinitely and likely permanently.   There is no evidence on physical examination, laboratory blood testing or imaging studies of any residual or recurrent lymphoma at this time and the claimant's HIV status is also well compensated as described above.   The claimant has had no recent symptoms or evidence of infection with common or opportunistic organisms.

**If AP contact may clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence, the AP contact information is:  1. Dr. Kovtun (T)225-761-5410 2. Dr. NNadi (T) 225-305-6663 \*\*Document 2 attempts within 5 business days with initial and final memorandum as indicated, as well as AP letter\*\***

It is not necessary to contact this physician at this time as there is communication from them indicating functional capacity compatible with that outlined above.

**Electronically signed:**

**Paul E. Stander, MD, MBA, FACP**
**Board Certified, Internal Medicine**

**Lincoln/Lee 0599**

# Fax

| | | | |
|---|---|---|---|
| To: | Records Department | From: | Ochsner Health System |
| Fax: | 16035591994 | Fax: | |
| Company: | Lincoln Financial Group | Voice: | |

Date:      4/14/2021 8:29:03 PM

Subject:   KATONIA LEE(#41379027)

Comments:

---

This fax originated from a Biscom FAXCOM® Fax Server.  Secure Document Delivery - Everytime.  Visit us at www.biscom.com

**Lincoln/Lee 0600**

Ochsner Fax Server    3/15/2021 4:36:22 PM    PAGE    16/113    Fax Server    PAGE 2    OF 182

**Ochsner**
Health System

## AUTHORIZATION FOR RELEASE OF CONFIDENTIAL INFORMATION
*(See back of form for facility locations)*

```
MRO
MAR 1 2 2021
Initials:
```

Patient's Name Katania Lee _____ Date of Birth _____

Address _____ Phone # _____

I, Katania Lee _____, hereby authorize
FULL NAME OF PATIENT

Lincoln Financial Ochsner _____ to release information specified below from my
NAME OF HOSPITAL / PHYSICIAN / FACILITY
medical records covering the dates of service 01-01-2020 to 03-31-2021

The information which is checked (X) below is to be released to:
Lincoln Financial    603-334-7428
NAME OF HOSPITAL, PHYSICIAN, SERVICE AGENCY OR THIRD PARTY (Provide fax # if hospital or physician)

P.O. Box 7216 London, KY 40742-2216
ADDRESS    CITY    STATE    ZIP

Purpose for Release: ☐ Medical ☑ Insurance ☐ Legal ☐ Other _____

*Purpose of Release is not required for patient/personal representative requests.*
Check off items being released:

| | | |
|---|---|---|
| ☐ Discharge Summary | ☐ Pathology Reports | ☐ X-ray Report _____ |
| ☐ Discharge Instructions/After Visit Summary | ☐ Laboratory | ☐ Radiology films |
| ☐ History & Physical | ☐ Cardiology | ☐ ER Record |
| ☐ Consultation Reports | ☑ Clinic Visit | ☑ Entire Record |
| ☐ Progress Notes | ☐ Abstract | Other _____ |
| | ☐ Operative Report | |

Method of Delivery:    ☐ Paper    ☑ Fax # 603-334-7428    ☐ Email _____

The patient's express authorization is required to release certain types of records, including alcohol and/or drug abuse treatment and information, HIV testing and treatment, psychiatric treatment, and genetic testing (defined in the Genetic Information Non-Discrimination Act of 2006 - GINA, section 201 7 A and B). To authorize release of this information, please read and sign the following:

I, _Katania Lee_____ authorize the release of **alcohol and/or drug abuse** treatment and information.
(Patient's Signature)

I, _Katania Lee_____ authorize the release of **HIV test results** and/or HIV treatment information.
(Patient's Signature)

I, _Katania Lee_____ authorize the release of **psychiatric** information.
(Patient's Signature)

I, _Katania Lee_____ authorize the release of **genetic testing** information.
(Patient's Signature)

In authorizing the release of the confidential information identified above, I hereby waive all restrictions or privileges imposed by law and release Ochsner Health System and its affiliates and their staff from any restriction or privilege imposed by law in connection with the disclosure or release of any professional record, observation or communication. I do understand that the information that is being released may be subject to re-disclosure by the recipient and may no longer be protected. I understand that my treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this authorization.

This authorization may be revoked in writing at any time, except to the extent that Ochsner Health System and its affiliates have already taken action in reliance on it. Letters to revoke this authorization should be addressed to Ochsner Medical Center, Release of Information Department, 1201 Dickory Avenue, Harahan, LA 70123.

If not previously revoked in writing, this authorization will terminate or expire upon (state the specific date, event, or condition):

If expiration date is left blank, authorization will expire within one year.

_Katania Lee_____    _Self_____    3-12-21
SIGNATURE OF PATIENT OR AUTHORIZED REPRESENTATIVE    RELATIONSHIP TO PATIENT    DATE SIGNED

_____    _____
ADDRESS    PHONE NUMBER

_____    _____    _____
SIGNATURE OF WITNESS (if patient is unable to sign)    RELATIONSHIP TO PATIENT OR CREDENTIALS    DATE SIGNED

FOR HIM USE ONLY: Date Rec'd____ Date Processed____ Time Frame____ Processed By____ # Pages/Amount____
Form No. 20651    (Rev. 06/25/2018)

**Lincoln/Lee 0601**

## Philip Aurely

| | |
|---|---|
| **From:** | Katonia Lee <katonialee1@gmail.com> |
| **Sent:** | Monday, April 12, 2021 2:00 PM |
| **To:** | Client Services |
| **Subject:** | 41379027 |

**[EXTERNAL]** This email originated outside of the MRO organization. <u>**DO NOT CLICK**</u> links or attachments unless you recognize the sender and know the content is safe.

Hi my name is Katonia Lee, I am contacting you because the fax number that was provide for you to send the invoice so my medical records can be release, Financial Lincoln is having difficulty in receiving the invoice. Can you please resend the invoice and medical records  to new fax number which is 603-559-1994. Please this is an urgent matter. Thank you

Sincerely
Katonia Lee

1

Lincoln/Lee 0602

CC Payment Receipt

Transaction Status:              **Approved**

Transaction Date and Time:       **4/14/2021 2:10:48 PM**

Transaction Reference No.:       **2771248**

Approval Code:                   **0002646386**

Order Number:                    **41379027**

Charge Amount:                   **$126.50**

Credit Card Number:              **XXXXXXXXXXXXX5208**

Credit Card Holder:              **katonia lee**

**Lincoln/Lee 0603**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 5    OF 182

BRCC HEMATOLOGY ONCOLOGY                    Lee, Katonia
OCHSNER, BATON ROUGE REGION LA             MRN: 2325810, DOB:          Sex: F
                                           Acct #: 72012712991
                                           Enc. Date 3/12/2021

## 03/12/2021 - Office Visit in BR Cancer Center - Hematology Oncology

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|------|-----------|-----|-----------------|------------|
| Lee, Katonia | 2325810 | | Female | (51 yrs) |

| Address | Phone | Email |
|---------|-------|-------|
| | | |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|-----------|-----|--------------------|--------------------|
| Verified | Sonia McField, FNP601-944-5964 | 03/12/21 | 04/11/21 |

Generated on 3/25/21  5:30 PM                                         Page 1

**Lincoln/Lee 0604**

04/14/2021 8:29:23 PM -0400 FAXCOM                          PAGE 6    OF 182

BRCC HEMATOLOGY ONCOLOGY                Lee, Katonia
OCHSNER, BATON ROUGE REGION LA          MRN: 2325810, DOB:          Sex: F
                                        Acct #: 72012712991
                                        Enc. Date 3/12/2021

## 03/12/2021 - Office Visit in BR Cancer Center - Hematology Oncology (continued)

### Diagnoses

| | Codes | Comments |
|---|---|---|
| Diffuse large B-cell lymphoma of lymph nodes of neck    - Primary | ICD-10-CM: C83.31 ICD-9-CM: 202.81 | |
| Depressed mood | ICD-10-CM: R45.89 ICD-9-CM: 799.29 | |
| Back pain, unspecified back location, unspecified back pain laterality, unspecified chronicity | ICD-10-CM: M54.9 ICD-9-CM: 724.5 | |
| Lymphoma, unspecified body region, unspecified lymphoma type | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | |
| Elevated LDH | ICD-10-CM: R74.02 ICD-9-CM: 790.4 | |

### Problem List as of 3/12/2021                                    Date Reviewed: **3/12/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Essential hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 2/12/2018 - Present |
| Lymphoma related to acquired immunodeficiency syndrome (AIDS) | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | | | 1/21/2019 - Present |
| Elevated LFTs | ICD-10-CM: R79.89 ICD-9-CM: 790.6 | | | 1/21/2019 - Present |
| B-cell lymphoma | ICD-10-CM: C85.10 ICD-9-CM: 202.80 | | | 1/22/2019 - Present |
| AIDS (acquired immune deficiency syndrome) | ICD-10-CM: B20 ICD-9-CM: 042 | | | 1/24/2019 - Present |
| Lymphoma | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | | | 2/11/2019 - Present |
| Anemia | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 2/26/2019 - Present |
| Other chest pain | ICD-10-CM: R07.89 ICD-9-CM: 786.59 | | | 2/26/2019 - Present |
| Biliary obstruction | ICD-10-CM: K83.1 ICD-9-CM: 576.2 | | | 4/30/2019 - Present |
| Multiple lung nodules on CT | ICD-10-CM: R91.8 ICD-9-CM: 793.19 | | | 7/25/2019 - Present |
| HIV disease | ICD-10-CM: B20 ICD-9-CM: 042 | | | Unknown - Present |
| Rash | ICD-10-CM: R21 ICD-9-CM: 782.1 | | | 8/20/2019 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | | | 1/21/2019 - 1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | | | 1/21/2019 - 2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | | | 1/21/2019 - 1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 ICD-9-CM: 780.96 | | | 2/13/2019 - 2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 - 3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 ICD-9-CM: 112.0 | | | 2/27/2019 - 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9 ICD-9-CM: 780.60 | | | 2/28/2019 - 3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 5/25/2019 - 5/26/2019 |

**Patient as-of Visit**

Generated on 3/25/21  5:30 PM                                              Page 2

**Lincoln/Lee 0605**

04/14/2021 8:29:23 PM -0400 FAXCOM                                           PAGE 7    OF 182

BRCC HEMATOLOGY ONCOLOGY                          Lee, Katonia
OCHSNER, BATON ROUGE REGION LA                    MRN: 2325810, DOB:              Sex: F
                                                  Acct #: 72012712991
                                                  Enc. Date 3/12/2021

## 03/12/2021 - Office Visit in BR Cancer Center - Hematology Oncology (continued)

### Patient as-of Visit (continued)

**Allergies** as of 3/12/2021

Allergies last reviewed by Phaon A. Dunbar, RN on 3/12/2021 1119
No Known Allergies

**Immunizations** as of 3/12/2021

| Immunization | Administered On |
|---|---|
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

### Outpatient Medications at Start of Encounter as of 3/12/2021

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet (Taking)** <br> Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | 30 tablet | 1 | 2/2/2019 | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM <br><br> Erica M. Coffey, RN 2/7/2019 10:49 AM <br> TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Taking)** <br> Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | 90 tablet | 3 | 3/15/2020 | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking)** <br> Sig - Route: Take 1 tablet by mouth once daily. - Oral <br> Class: Fill Later <br> Prior authorization: Waiting for Auth Details | 30 tablet | 4 | 2/1/2021 | |
| **citalopram (CELEXA) 20 MG tablet (Taking)** <br> Sig - Route: Take 20 mg by mouth once daily. - Oral <br> Class: Historical Med | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM <br><br> Erica M. Coffey, RN 2/7/2019 10:53 AM <br> TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking)** <br> Sig - Route: Take 1 tablet by mouth once daily. - Oral <br> Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab (Taking)** <br> Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | 90 tablet | 3 | 3/15/2020 | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking)** <br> Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | 60 tablet | 1 | 4/22/2019 | |
| **meloxicam (MOBIC) 7.5 MG tablet (Taking)** <br> Sig - Route: Take 1 tablet (7.5 mg total) by mouth 2 (two) times daily with meals. as needed for pain - Oral | 60 tablet | 2 | 2/11/2021 | 3/12/2021 |
| **zolpidem (AMBIEN) 5 MG Tab** <br> Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | 30 tablet | 1 | 1/8/2021 | 7/9/2021 |
| Dejohnna T Battley, MA 3/12/2021 11:21 AM <br> Patient has ran out of medication, is requesting refill | | | | |

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet (Taking)** <br> Sig: Take 1 tablet (300 mg total) by mouth once daily. <br> Route: Oral | 30 tablet | 1 | 2/2/2019 | |

Generated on 3/25/21  5:30 PM                                                        Page 3

**Lincoln/Lee 0606**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 8    OF 182

BRCC HEMATOLOGY ONCOLOGY                          Lee, Katonia
OCHSNER, BATON ROUGE REGION LA                    MRN: 2325810, DOB:            Sex: F
                                                  Acct #: 72012712991
                                                  Enc. Date 3/12/2021

## 03/12/2021 - Office Visit in BR Cancer Center - Hematology Oncology (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amLODIPine (NORVASC) 10 MG tablet (Taking)**<br>Sig: Take 1 tablet (10 mg total) by mouth once daily.<br>Route: Oral | 90 tablet | 3 | 3/15/2020 | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking)**<br>Sig: Take 1 tablet by mouth once daily.<br>Class: Fill Later<br>Route: Oral<br>Prior authorization: Waiting for Auth Details | 30 tablet | 4 | 2/1/2021 | |
| **citalopram (CELEXA) 20 MG tablet (Taking)**<br>Sig: Take 20 mg by mouth once daily.<br>Class: Historical Med<br>Route: Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking)**<br>Sig: Take 1 tablet by mouth once daily.<br>Class: Historical Med<br>Route: Oral | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab (Taking)**<br>Sig: Take 1 tablet (12.5 mg total) by mouth once daily.<br>Route: Oral | 90 tablet | 3 | 3/15/2020 | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking)**<br>Sig: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea).<br>Route: Oral | 60 tablet | 1 | 4/22/2019 | |
| **meloxicam (MOBIC) 7.5 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (7.5 mg total) by mouth 2 (two) times daily with meals. as needed for pain<br>Route: Oral<br>Reason for Discontinue: **Alternate therapy** | 60 tablet | 2 | 2/11/2021 | 3/12/2021 |

## Progress Notes

**Progress Notes by Jeanette M. Kovtun, MD at 3/12/2021 11:20 AM**

| | | |
|---|---|---|
| Author: Jeanette M. Kovtun, MD | Service: — | Author Type: Physician |
| Filed: 3/12/2021 5:13 PM | Encounter Date: 3/12/2021 | Creation Time: 3/12/2021 11:52 AM |
| Status: Signed | Editor: Jeanette M. Kovtun, MD (Physician) | |

### Subjective:

DATE OF VISIT: 3/12/21


Patient ID: Katonia Lee is a 51 y.o. female.  MR#: 2325810

REFERRING PROVIDER: No referring provider defined for this encounter.

 Primary Care Providers:
Sonia McField, FNP (Inactive), FNP  (General)

**CHIEF COMPLAINT:**   Follow-up after biopsy

**ONCOLOGIC DIAGNOSIS:**  Diffuse large B-cell lymphoma, HIV associated

**CURRENT TREATMENT:** Surveillance

---

Generated on 3/25/21  5:30 PM                                                Page 4

**Lincoln/Lee 0607**

BRCC HEMATOLOGY ONCOLOGY                          Lee, Katonia
OCHSNER, BATON ROUGE REGION LA                    MRN: 2325810, DOB:          Sex: F
                                                  Acct #: 72012712991
                                                  Enc. Date 3/12/2021

## Progress Notes (continued)

**Progress Notes by Jeanette M. Kovtun, MD at 3/12/2021 11:20 AM (continued)**

**PAST TREATMENT:**
R-CHOP, intrathecal, completed 09/20/2019


HPI

She continues to have diffuse pain primarily in lower back ever since receiving intrathecal treatments for lymphoma 1.5 years ago.  She has followed with pain management recommended Mobic and she denies notable improvement. Physical therapy was discussed although she declined.  She is very emotional today due to family member with COVID infection in-hospital and anniversary of deceased mother's birthday.  No current infectious symptoms, fever, chills, night sweats, unintentional weight loss, lymphadenopathy.


Review of Systems

A comprehensive 14-point review of systems was reviewed with patient and was negative other than as specified above.


## Objective:

Physical Exam


Vitals:
                03/12/21 1128
BP:             (!) 140/100
Pulse:
Temp:


ECOG: 0
General appearance: Generally well appearing, in no acute distress.
Head, eyes, ears, nose, and throat: Pupils round and equally reactive to light. Oropharynx clear with moist mucous membranes.
Lymph: No palpable cervical or supraclavicular lymphadenopathy.
Cardiovascular: Regular rate and rhythm, S1, S2, no audible murmurs.
Respiratory: Lungs clear to auscultation bilaterally.
Abdomen: Bowel sounds present, soft, nontender, nondistended. No palpable hepatosplenomegaly.
Extremities: Warm, without edema.
Neurologic: Alert and oriented. Grossly normal strength, coordination, and gait.
Skin: No rashes, ecchymoses or petechial lesion.


Laboratory:

Lab Visit on 03/12/2021

| Component | Date | Value | Ref Range | Status |
|---|---|---|---|---|
| • WBC | 03/12/2021 | 4.63 | 3.9 - 12.7 K/uL | Final |
| • RBC | 03/12/2021 | 4.25 | 4.00 - 5.40 M/uL | Final |
| • Hemoglobin | 03/12/2021 | 12.7 | 12.0 - 16.0 g/dL | Final |

Generated on 3/25/21 5:30 PM                                              Page 5

**Lincoln/Lee 0608**

04/14/2021 8:29:23 PM -0400 FAXCOM　　　　　　　　　　　　　　　PAGE 10　OF 182

BRCC HEMATOLOGY ONCOLOGY　　　　　　Lee, Katonia
OCHSNER, BATON ROUGE REGION LA　　　　MRN: 2325810, DOB:　　　Sex: F
　　　　　　　　　　　　　　　　　　　　　　　Acct #: 72012712991
　　　　　　　　　　　　　　　　　　　　　　　Enc. Date 3/12/2021

## Progress Notes (continued)

**Progress Notes by Jeanette M. Kovtun, MD at 3/12/2021 11:20 AM (continued)**

| | | | | |
|---|---|---|---|---|
| • Hematocrit | 03/12/2021 | 40.0 | 37 - 48 % | Final |
| • MCV | 03/12/2021 | 94 | 82.0 - 98.0 fL | Final |
| • MCH | 03/12/2021 | 29.9 | 27.0 - 31.0 pg | Final |
| • MCHC | 03/12/2021 | 31.8* | 32 - 36 g/dL | Final |
| • RDW | 03/12/2021 | 14.4 | 11.5 - 14.5 % | Final |
| • Platelets | 03/12/2021 | 188 | 150 - 350 K/uL | Final |
| • MPV | 03/12/2021 | 11.4 | 9.2 - 12.9 fL | Final |
| • Immature Granulocytes | 03/12/2021 | 0.0 | 0.0 - 0.5 % | Final |
| • Gran # (ANC) | 03/12/2021 | 2.1 | 1.8 - 7.7 K/uL | Final |
| • Immature Grans (Abs) | 03/12/2021 | 0.00 | 0.00 - 0.04 K/uL | Final |
| • Lymph # | 03/12/2021 | 2.0 | 1.0 - 4.8 K/uL | Final |
| • Mono # | 03/12/2021 | 0.3 | 0.3 - 1.0 K/uL | Final |
| • Eos # | 03/12/2021 | 0.2 | 0.0 - 0.5 K/uL | Final |
| • Baso # | 03/12/2021 | 0.02 | 0.00 - 0.20 K/uL | Final |
| • nRBC | 03/12/2021 | 0 | 0 /100 WBC | Final |
| • Gran % | 03/12/2021 | 45.2 | 38.0 - 73.0 % | Final |
| • Lymph % | 03/12/2021 | 43.4 | 18 - 48 % | Final |
| • Mono % | 03/12/2021 | 7.1 | 4 - 15 % | Final |
| • Eosinophil % | 03/12/2021 | 3.9 | 0.0 - 8.0 % | Final |
| • Basophil % | 03/12/2021 | 0.4 | 0 - 1 % | Final |
| • Differential Method | 03/12/2021 | Automated | | Final |
| • Sodium | 03/12/2021 | 140 | 136 - 145 mmol/L | Final |
| • Potassium | 03/12/2021 | 3.7 | 3.5 - 5.1 mmol/L | Final |
| • Chloride | 03/12/2021 | 103 | 95 - 110 mmol/L | Final |
| • CO2 | 03/12/2021 | 28 | 23 - 29 mmol/L | Final |
| • Glucose | 03/12/2021 | 125* | 70 - 110 mg/dL | Final |
| • BUN | 03/12/2021 | 12 | 6 - 20 mg/dL | Final |
| • Creatinine | 03/12/2021 | 1.0 | 0.5 - 1.4 mg/dL | Final |
| • Calcium | 03/12/2021 | 9.2 | 8.7 - 10.5 mg/dL | Final |
| • Total Protein | 03/12/2021 | 7.5 | 6.0 - 8.4 g/dL | Final |
| • Albumin | 03/12/2021 | 3.9 | 3.5 - 5.2 g/dL | Final |
| • Total Bilirubin | 03/12/2021 | 0.3 | 0.1 - 1.0 mg/dL | Final |
| • Alkaline Phosphatase | 03/12/2021 | 189* | 55 - 135 U/L | Final |
| • AST | 03/12/2021 | 18 | 10 - 40 U/L | Final |
| • ALT | 03/12/2021 | 12 | 10 - 44 U/L | Final |
| • Anion Gap | 03/12/2021 | 9 | 8 - 16 mmol/L | Final |
| • eGFR if African American | 03/12/2021 | >60 | >60 mL/min/1.73 m^2 | Final |
| • eGFR if non African American | 03/12/2021 | >60 | >60 mL/min/1.73 m^2 | Final |
| • LD | 03/12/2021 | 313* | 110 - 260 U/L | Final |
| • TSH | 03/12/2021 | 1.554 | 0.40 - 4.00 uIU/mL | Final |
| • Free T4 | 03/12/2021 | 0.96 | 0.71 - 1.51 ng/dL | Final |

**Imaging:**

No results found for this or any previous visit (from the past 2160 hour(s)).
No results found for this or any previous visit (from the past 2160 hour(s)).
No results found for this or any previous visit (from the past 2160 hour(s)).

---

Generated on 3/25/21 5:30 PM　　　　　　　　　　　　　　　　　　　　　　　Page 6

**Lincoln/Lee 0609**

04/14/2021 8:29:23 PM -0400 FAXCOM                                          PAGE 11   OF 182

BRCH LABORATORY DRAW STATION                    Lee, Katonia
17000 Medical Center Dr                         MRN: 2325810, DOB:                Sex: F
Baton Rouge LA 70816                            Acct #: 72010268618
                                                Enc. Date 3/6/2020

## 03/06/2020 - Lab Visit in Ochsner Medical Center - Baton Rouge (continued)

**Labs (continued)**

This order may be acted on in another encounter.
Ordering user: Cheree S. Bodden, NP 03/06/20 1432          Authorized by: Cheree S. Bodden, NP
Ordering mode: Standard
Frequency: STAT 03/06/20 -                                 Class: Lab Collect
Quantity: 1                                                Lab status: Final result
Instance released by: Carol Hunter 3/6/2020 2:35 PM
Diagnoses
Lymphoma related to acquired immunodeficiency syndrome (AIDS) [B20, C85.90]
Diffuse large B-cell lymphoma of lymph nodes of neck [C83.31]
AIDS (acquired immune deficiency syndrome) [B20]

### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| 8706012400:1 | Blood | Blood | JL 03/06/20 1436 |

**CBC auto differential [457992542] (Abnormal)**                 Resulted: 03/06/20 1456, Result status: Final result

Order status: Completed                                Filed by: Edi, Soft Lab Interface 03/06/20 1456
Collected by: JL 03/06/20 1436                         Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
Acknowledged by: Cheree S. Bodden, NP on 03/09/20 0734

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 3.68 | 3.9 - 12.7 K/uL | L ✱ | BRLB |
| RBC | 3.95 | 4.00 - 5.40 M/uL | L ✱ | BRLB |
| Hemoglobin | 12.1 | 12.0 - 16.0 g/dL | — | BRLB |
| Hematocrit | 38.4 | 37 - 48 % | — | BRLB |
| MCV | 97 | 82.0 - 98.0 fL | — | BRLB |
| MCH | 30.6 | 27.0 - 31.0 pg | — | BRLB |
| MCHC | 31.5 | 32.0 - 36.0 g/dL | L ✱ | BRLB |
| RDW | 13.4 | 11.5 - 14.5 % | — | BRLB |
| Platelets | 152 | 150 - 350 K/uL | — | BRLB |
| MPV | 12.1 | 9.2 - 12.9 fL | — | BRLB |
| Immature Granulocytes | 0.3 | 0.0 - 0.5 % | — | BRLB |
| Gran # (ANC) | 1.4 | 1.8 - 7.7 K/uL | L ✱ | BRLB |
| Immature Grans (Abs) | 0.01 | 0.00 - 0.04 K/uL | — | BRLB |

Comment:
Mild elevation in immature granulocytes is non specific and
can be seen in a variety of conditions including stress response,
acute inflammation, trauma and pregnancy. Correlation with other
laboratory and clinical findings is essential.

| | | | | |
|---|---|---|---|---|
| Lymph # | 1.7 | 1.0 - 4.8 K/uL | — | BRLB |
| Mono # | 0.4 | 0.3 - 1.0 K/uL | — | BRLB |
| Eos # | 0.2 | 0.0 - 0.5 K/uL | — | BRLB |
| Baso # | 0.01 | 0.00 - 0.20 K/uL | — | BRLB |
| nRBC | 0 | 0 /100 WBC | — | BRLB |
| Gran % | 36.7 | 38.0 - 73.0 % | L ✱ | BRLB |
| Lymph % | 46.7 | 18 - 48 % | — | BRLB |
| Mono % | 10.6 | 4 - 15 % | — | BRLB |
| Eosinophil % | 5.4 | 0.0 - 8.0 % | — | BRLB |
| Basophil % | 0.3 | 0 - 1 % | — | BRLB |
| Differential Method | Automated | — | — | BRLB |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 393 - BRLB | OCHSNER MEDICAL CENTER - | Aimee Goodier, M.D. | 17000 Medical Center Drive | 11/22/19 0951 - Present |

Generated on 3/25/21 5:31 PM                                                    Page 175

**Lincoln/Lee 0610**

04/14/2021 8:29:23 PM -0400 FAXCOM                                          PAGE 12   OF 182

BRCH LABORATORY DRAW STATION                Lee, Katonia
17000 Medical Center Dr                     MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                        Acct #: 72010268618
                                            Enc. Date 3/6/2020

## 03/06/2020 - Lab Visit in Ochsner Medical Center - Baton Rouge (continued)

**Labs (continued)**

BATON ROUGE                             Baton Rouge LA 70816

### Indications

Lymphoma related to acquired immunodeficiency syndrome (AIDS) [B20, C85.90 (ICD-10-CM)]
Diffuse large B-cell lymphoma of lymph nodes of neck [C83.31 (ICD-10-CM)]
AIDS (acquired immune deficiency syndrome) [B20 (ICD-10-CM)]

### All Reviewers List

Cheree S. Bodden, NP on 3/9/2020 07:34

**Comprehensive metabolic panel [457992543] (Final result)**

Electronically signed by: **Cheree S. Bodden, NP on 03/06/20 1432**                  Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Cheree S. Bodden, NP 03/06/20 1432           Authorized by: Cheree S. Bodden, NP
Ordering mode: Standard
Frequency: STAT  03/06/20 -                                 Class: Lab Collect
Quantity: 1                                                 Lab status: Final result
Instance released by: Carol Hunter 3/6/2020  2:35 PM
Diagnoses
Lymphoma related to acquired immunodeficiency syndrome (AIDS) [B20, C85.90]
Diffuse large B-cell lymphoma of lymph nodes of neck [C83.31]
AIDS (acquired immune deficiency syndrome) [B20]

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| 8706012400:2 | Blood | Blood | JL 03/06/20 1436 |

**Comprehensive metabolic panel [457992543] (Abnormal)**            Resulted: 03/06/20 1507, Result status: Final result

Order status: Completed                          Filed by: Edi, Soft Lab Interface  03/06/20 1507
Collected by: JL 03/06/20 1436                   Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
Acknowledged by: Cheree S. Bodden, NP on 03/09/20 0734

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 139 | 136 - 145 mmol/L | — | BRLB |
| Potassium | 3.8 | 3.5 - 5.1 mmol/L | — | BRLB |
| Chloride | 104 | 95 - 110 mmol/L | — | BRLB |
| CO2 | 27 | 23 - 29 mmol/L | — | BRLB |
| Glucose | 128 | 70 - 110 mg/dL | H ^ | BRLB |
| BUN | 10 | 6 - 20 mg/dL | — | BRLB |
| Creatinine | 0.8 | 0.5 - 1.4 mg/dL | — | BRLB |
| Calcium | 9.2 | 8.7 - 10.5 mg/dL | — | BRLB |
| Total Protein | 7.1 | 6.0 - 8.4 g/dL | — | BRLB |
| Albumin | 3.6 | 3.5 - 5.2 g/dL | — | BRLB |
| Total Bilirubin | 0.3 | 0.1 - 1.0 mg/dL | — | BRLB |

Comment:
For infants and newborns, interpretation of results should be based
on gestational age, weight and in agreement with clinical
observations.
Premature Infant recommended reference ranges:
Up to 24 hours.............<8.0 mg/dL
Up to 48 hours...........<12.0 mg/dL
3-5 days..................<15.0 mg/dL
6-29 days.................<15.0 mg/dL

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Alkaline Phosphatase | 173 | 55 - 135 U/L | H ^ | BRLB |
| AST | 19 | 10 - 40 U/L | — | BRLB |
| ALT | 12 | 10 - 44 U/L | — | BRLB |

Generated on 3/25/21  5:31 PM                                                        Page 176

**Lincoln/Lee 0611**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 13   OF 182

BRCH LABORATORY DRAW STATION                    Lee, Katonia
17000 Medical Center Dr                         MRN: 2325810, DOB:                 Sex: F
Baton Rouge LA 70816                            Acct #: 72010268618
                                               Enc. Date 3/6/2020

## 03/06/2020 - Lab Visit in Ochsner Medical Center - Baton Rouge (continued)

**Labs (continued)**

| | | | | | |
|---|---|---|---|---|---|
| Anion Gap | 8 | 8 - 16 mmol/L | — | | BRLB |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 | — | | BRLB |
| eGFR if non African American | >60 | >60 mL/min/1.73 m^2 | — | | BRLB |

Comment:
Calculation used to obtain the estimated glomerular filtration
rate (eGFR) is the CKD-EPI equation.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 393 - BRLB | OCHSNER MEDICAL CENTER - BATON ROUGE | Aimee Goodier, M.D. | 17000 Medical Center Drive Baton Rouge LA 70816 | 11/22/19 0951 - Present |

**Indications**

Lymphoma related to acquired immunodeficiency syndrome (AIDS) [B20, C85.90 (ICD-10-CM)]
Diffuse large B-cell lymphoma of lymph nodes of neck [C83.31 (ICD-10-CM)]
AIDS (acquired immune deficiency syndrome) [B20 (ICD-10-CM)]

**All Reviewers List**

Cheree S. Bodden, NP on 3/9/2020 07:34

### Lactate dehydrogenase [457992544] (Final result)

Electronically signed by: **Cheree S. Bodden, NP on 03/06/20 1432**                  Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Cheree S. Bodden, NP 03/06/20 1432          Authorized by: Cheree S. Bodden, NP
Ordering mode: Standard
Frequency: STAT  03/06/20 -                                Class: Lab Collect
Quantity: 1                                                Lab status: Final result
Instance released by: Carol Hunter 3/6/2020  2:35 PM
Diagnoses
Lymphoma related to acquired immunodeficiency syndrome (AIDS) [B20, C85.90]
Diffuse large B-cell lymphoma of lymph nodes of neck [C83.31]
AIDS (acquired immune deficiency syndrome) [B20]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 8706012400:3 | Blood | Blood | JL 03/06/20 1436 |

**Lactate dehydrogenase [457992544]**          Resulted: 03/06/20 1503, Result status: Final result

Order status: Completed                              Filed by: Edi, Soft Lab Interface  03/06/20 1503
Collected by: JL 03/06/20 1436                       Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
Acknowledged by: Cheree S. Bodden, NP on 03/09/20 0734

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| LD | 168 | 110 - 260 U/L | — | BRLB |

Comment: Results are increased in hemolyzed samples.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 393 - BRLB | OCHSNER | Aimee Goodier, | 17000 Medical Center | 11/22/19 0951 - Present |

Generated on 3/25/21 5:31 PM                                                      Page 177

**Lincoln/Lee 0612**

04/14/2021 8:29:23 PM -0400 FAXCOM                                          PAGE 14    OF 182

BRCH LABORATORY DRAW STATION                    Lee, Katonia
17000 Medical Center Dr                          MRN: 2325810, DOB:            Sex: F
Baton Rouge LA 70816                             Acct #: 72010268618
                                                 Enc. Date 3/6/2020

**03/06/2020 - Lab Visit in Ochsner Medical Center - Baton Rouge (continued)**

**Labs (continued)**

MEDICAL CENTER -   M.D.              Drive
BATON ROUGE                         Baton Rouge LA 70816

**Indications**

Lymphoma related to acquired immunodeficiency syndrome (AIDS) [B20, C85.90 (ICD-10-CM)]
Diffuse large B-cell lymphoma of lymph nodes of neck [C83.31 (ICD-10-CM)]
AIDS (acquired immune deficiency syndrome) [B20 (ICD-10-CM)]

**All Reviewers List**

Cheree S. Bodden, NP on 3/9/2020 07:34

**Follow-up Information**

None

**Follow Up Call**

No data filed

# END OF REPORT

**Lincoln/Lee 0613**

BRCC HEMATOLOGY ONCOLOGY             Lee, Katonia
OCHSNER, BATON ROUGE REGION LA       MRN: 2325810, DOB:          Sex: F
                                     Acct #: 72010236521
                                     Enc. Date 3/6/2020

## Progress Notes (continued)

**Progress Notes by Cheree S. Bodden, NP at 3/6/2020  2:30 PM (continued)**

    Comprehensive metabolic panel
    Lactate dehydrogenase
    CT Chest Abdomen Pelvis With Contrast

### AIDS (acquired immune deficiency syndrome)
Relevant Orders
    *CBC auto differential (Completed)*
    *Comprehensive metabolic panel (Completed)*
    *Lactate dehydrogenase (Completed)*
    CBC auto differential
    Comprehensive metabolic panel
    Lactate dehydrogenase

Oncology
### B-cell lymphoma
Relevant Orders
    *CBC auto differential (Completed)*
    *Comprehensive metabolic panel (Completed)*
    *Lactate dehydrogenase (Completed)*
    CBC auto differential
    Comprehensive metabolic panel
    Lactate dehydrogenase
    CT Chest Abdomen Pelvis With Contrast
    *Case request GI: COLONOSCOPY (Completed)*

## Other Visit Diagnoses
### Breast cancer screening
Relevant Orders
    MAMMOGRAM SCREENING

### Colon cancer screening
Relevant Orders
    *Case request GI: COLONOSCOPY (Completed)*

## Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 3.68 (L) | 03/06/2020 |
| HGB | 12.1 | 03/06/2020 |
| HCT | 38.4 | 03/06/2020 |
| MCV | 97 | 03/06/2020 |
| PLT | 152 | 03/06/2020 |

## BMP
## Lab Results

| Component | Value | Date |
|---|---|---|
| NA | 139 | 03/06/2020 |
| K | 3.8 | 03/06/2020 |
| CL | 104 | 03/06/2020 |
| CO2 | 27 | 03/06/2020 |
| BUN | 10 | 03/06/2020 |
| CREATININE | 0.8 | 03/06/2020 |
| CALCIUM | 9.2 | 03/06/2020 |
| ANIONGAP | 8 | 03/06/2020 |

Generated on 3/25/21  5:31 PM                                             Page 169

**Lincoln/Lee 0614**

04/14/2021 8:29:23 PM -0400 FAXCOM                           PAGE 16   OF 182

BRCC HEMATOLOGY ONCOLOGY                  Lee, Katonia
OCHSNER, BATON ROUGE REGION LA            MRN: 2325810, DOB:            Sex: F
                                          Acct #: 72010236521
                                          Enc. Date 3/6/2020

## Progress Notes (continued)

**Progress Notes by Cheree S. Bodden, NP at 3/6/2020 2:30 PM (continued)**

| | | |
|---|---|---|
| ESTGFRAFRICA | >60 | 03/06/2020 |
| EGFRNONAA | >60 | 03/06/2020 |

### Lab Results

| Component | Value | Date |
|---|---|---|
| ALT | 12 | 03/06/2020 |
| AST | 19 | 03/06/2020 |
| ALKPHOS | 173 (H) | 03/06/2020 |
| BILITOT | 0.3 | 03/06/2020 |

## Plan:

**Lymphoma related to acquired immunodeficiency syndrome (AIDS)**
- CBC auto differential; Future; Expected date: 03/06/2020
- Comprehensive metabolic panel; Future; Expected date: 03/06/2020
- Lactate dehydrogenase; Future; Expected date: 03/06/2020
- CBC auto differential; Future; Expected date: 03/06/2020
- Comprehensive metabolic panel; Future; Expected date: 03/06/2020
- Lactate dehydrogenase; Future; Expected date: 03/06/2020
- CT Chest Abdomen Pelvis With Contrast; Future; Expected date: 03/06/2020

**Diffuse large B-cell lymphoma of lymph nodes of neck**
- CBC auto differential; Future; Expected date: 03/06/2020
- Comprehensive metabolic panel; Future; Expected date: 03/06/2020
- Lactate dehydrogenase; Future; Expected date: 03/06/2020
- CBC auto differential; Future; Expected date: 03/06/2020
- Comprehensive metabolic panel; Future; Expected date: 03/06/2020
- Lactate dehydrogenase; Future; Expected date: 03/06/2020
- CT Chest Abdomen Pelvis With Contrast; Future; Expected date: 03/06/2020
- Case request GI: COLONOSCOPY

**AIDS (acquired immune deficiency syndrome)**
- CBC auto differential; Future; Expected date: 03/06/2020
- Comprehensive metabolic panel; Future; Expected date: 03/06/2020
- Lactate dehydrogenase; Future; Expected date: 03/06/2020
- CBC auto differential; Future; Expected date: 03/06/2020
- Comprehensive metabolic panel; Future; Expected date: 03/06/2020
- Lactate dehydrogenase; Future; Expected date: 03/06/2020

**Breast cancer screening**
- MAMMOGRAM SCREENING; Future; Expected date: 03/06/2020

**Colon cancer screening**
- Case request GI: COLONOSCOPY

Follow up in 3 months with cbc, cmp, ldh - CT of chest/abdomen/pelvis with contrast prior to next visit - see Dr. Dang. Also ordered screening mammogram and colonoscopy.

Thank You,
Cheree' S. Bodden, FNP-C

**Lincoln/Lee 0615**

BRCC HEMATOLOGY ONCOLOGY                    Lee, Katonia
OCHSNER, BATON ROUGE REGION LA             MRN: 2325810, DOB:          Sex: F
                                           Acct #: 72010236521
                                           Enc. Date 3/6/2020

## Progress Notes (continued)

**Progress Notes by Cheree S. Bodden, NP at 3/6/2020  2:30 PM (continued)**

Electronically signed by Cheree S. Bodden, NP on 3/9/2020  8:27 AM

### Follow-up and Disposition History

03/09/2020 0827 - Cheree S. Bodden, NP

Dispositions:              • Follow up in about 3 months (around 6/6/2020).

### Follow-up Information

None

### Follow Up Call

No data filed

PAGE 17/182 * RCVD AT 4/14/2021 8:29:22 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/0 * DNIS:6035591994 * CSID: * ANI: * DURATION (mm-ss):181-01

**Lincoln/Lee 0616**

BRCH LABORATORY DRAW STATION                 Lee, Katonia
17000 Medical Center Dr                      MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                         Acct #: 72010268618
                                             Enc. Date 3/6/2020

## 03/06/2020 - Lab Visit in Ochsner Medical Center - Baton Rouge

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|------|-----------|-----|-----------------|------------|
| Lee, Katonia | 2325810 | | Female | (50 yrs) |

| Address | Phone | Email | | |
|---------|-------|-------|--|--|
| | | | | |

| Reg Status | PCP | Date Last Verified | Next Review Date | |
|-----------|-----|--------------------|--------------------|--|
| Verified | Sonia McField, FNP601-944-5964 | 03/12/21 | 04/11/21 | |

**Lincoln/Lee 0617**

04/14/2021 8:29:23 PM -0400 FAXCOM

BRCH LABORATORY DRAW STATION
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72010268618
Enc. Date 3/6/2020

## 03/06/2020 - Lab Visit in Ochsner Medical Center - Baton Rouge (continued)

### Diagnoses

| | Codes | Comments |
|---|---|---|
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | |
| **Diffuse large B-cell lymphoma of lymph nodes of neck** | ICD-10-CM: C83.31 ICD-9-CM: 202.81 | |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20 ICD-9-CM: 042 | |

**Problem List** as of 3/6/2020                                 Date Reviewed: **12/31/2019**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 2/12/2018 - Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | | | 1/21/2019 - Present |
| **Elevated LFTs** | ICD-10-CM: R94.5 ICD-9-CM: 790.6 | | | 1/21/2019 - Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10 ICD-9-CM: 202.80 | | | 1/22/2019 - Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20 ICD-9-CM: 042 | | | 1/24/2019 - Present |
| **Lymphoma** | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | | | 2/11/2019 - Present |
| **Anemia** | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 2/26/2019 - Present |
| **Other chest pain** | ICD-10-CM: R07.89 ICD-9-CM: 786.59 | | | 2/26/2019 - Present |
| **Biliary obstruction** | ICD-10-CM: K83.1 ICD-9-CM: 576.2 | | | 4/30/2019 - Present |
| **Multiple lung nodules on CT** | ICD-10-CM: R91.8 ICD-9-CM: 793.19 | | | 7/25/2019 - Present |
| **HIV disease** | ICD-10-CM: B20 ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21 ICD-9-CM: 782.1 | | | 8/20/2019 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | | | 1/21/2019 - 1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | | | 1/21/2019 - 2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | | | 1/21/2019 - 1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 ICD-9-CM: 780.96 | | | 2/13/2019 - 2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 - 3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 ICD-9-CM: 112.0 | | | 2/27/2019 - 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9 ICD-9-CM: 780.60 | | | 2/28/2019 - 3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 5/25/2019 - 5/26/2019 |

### Patient as-of Visit

**Allergies** as of 3/6/2020

Allergies last reviewed by Taisha Stevens, LPN on 3/6/2020 1446
No Known Allergies

Generated on 3/25/21  5:31 PM

**Lincoln/Lee 0618**

04/14/2021 8:29:23 PM -0400 FAXCOM                          PAGE 20   OF 182

BRCH LABORATORY DRAW STATION                    Lee, Katonia
17000 Medical Center Dr                         MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                            Acct #: 72010268618
                                                Enc. Date 3/6/2020

## 03/06/2020 - Lab Visit in Ochsner Medical Center - Baton Rouge (continued)

**Patient as-of Visit (continued)**

**Immunizations** as of 3/6/2020

| Immunization | Administered On |
|---|---|
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 3/6/2020**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |

Monica H Fefie, LPN 12/31/2019 10:46 AM

Erica M. Coffey, RN 2/7/2019 10:49 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | | | | |
|---|---|---|---|---|
| **citalopram (CELEXA) 20 MG tablet** | | | | |
| Sig - Route: Take 20 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |

Monica H Fefie, LPN 12/31/2019 10:46 AM

Erica M. Coffey, RN 2/7/2019 10:53 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily.  - Oral | | | | |
| Class: Historical Med | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **prochlorperazine (COMPAZINE) 10 MG tablet** | 60 tablet | 1 | 4/22/2019 | 4/21/2020 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet** | 90 tablet | 3 | 9/27/2019 | 3/15/2020 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 30 tablet | 1 | 2/24/2020 | 4/28/2020 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| **doxycycline (VIBRAMYCIN) 100 MG Cap** | 10 capsule | 0 | 8/20/2019 | 7/31/2020 |
| Sig - Route: Take 1 capsule (100 mg total) by mouth once daily. - Oral | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 9/27/2019 | 3/15/2020 |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **oxyCODONE (ROXICODONE) 5 MG immediate release tablet** | 60 tablet | 0 | 2/17/2020 | 3/15/2020 |
| Sig - Route: Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain (medically necessary). - Oral | | | | |
| Earliest Fill Date: 2/17/2020 | | | | |
| Notes to Pharmacy: Quantity medically necessary for greater than 7 days | | | | |
| **predniSONE (DELTASONE) 20 MG tablet** | 25 tablet | 0 | 6/24/2019 | 7/31/2020 |
| Sig: Take 5 tablets (100mg total) by mouth once daily for 5 days | | | | |
| **promethazine (PHENERGAN) 25 MG tablet** | 60 tablet | 1 | 4/22/2019 | 7/31/2020 |
| Sig - Route: Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. - Oral | | | | |
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 1 | 2/17/2020 | 3/15/2020 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |

**Labs**

**CBC auto differential [457992542] (Final result)**

Electronically signed by: **Cheree S. Bodden, NP on 03/06/20 1432**                    Status: **Completed**

Generated on 3/25/21  5:31 PM                                                     Page 174

**Lincoln/Lee 0619**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 21   OF 182

BRCC HEMATOLOGY ONCOLOGY                        Lee, Katonia
OCHSNER, BATON ROUGE REGION LA                  MRN: 2325810, DOB:        Sex: F
                                                Acct #: 72010236521
                                                Enc. Date 3/6/2020

### 03/06/2020 - Office Visit in BR Cancer Center - Hematology Oncology (continued)

**Patient as-of Visit (continued)**

**Allergies** as of 3/6/2020

Allergies last reviewed by Taisha Stevens, LPN on 3/6/2020 1446
No Known Allergies

**Immunizations** as of 3/6/2020

| Immunization | Administered On |
|---|---|
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 3/6/2020**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet (Taking)** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |

Monica H Fefie, LPN 12/31/2019 10:46 AM

Erica M. Coffey, RN 2/7/2019 10:49 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **citalopram (CELEXA) 20 MG tablet (Taking)** | | | | |
| Sig - Route: Take 20 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |

Monica H Fefie, LPN 12/31/2019 10:46 AM

Erica M. Coffey, RN 2/7/2019 10:53 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking)** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking)** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **prochlorperazine (COMPAZINE) 10 MG tablet (Taking)** | 60 tablet | 1 | 4/22/2019 | 4/21/2020 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Taking)** | 90 tablet | 3 | 9/27/2019 | 3/15/2020 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking)** | 30 tablet | 1 | 2/24/2020 | 4/28/2020 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| **doxycycline (VIBRAMYCIN) 100 MG Cap (Taking)** | 10 capsule | 0 | 8/20/2019 | 7/31/2020 |
| Sig - Route: Take 1 capsule (100 mg total) by mouth once daily. - Oral | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab (Taking)** | 90 tablet | 3 | 9/27/2019 | 3/15/2020 |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **oxyCODONE (ROXICODONE) 5 MG immediate release tablet (Taking)** | 60 tablet | 0 | 2/17/2020 | 3/15/2020 |
| Sig - Route: Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain (medically necessary). - Oral | | | | |
| Earliest Fill Date: 2/17/2020 | | | | |
| Notes to Pharmacy: Quantity medically necessary for greater than 7 days | | | | |
| **predniSONE (DELTASONE) 20 MG tablet (Taking)** | 25 tablet | 0 | 6/24/2019 | 7/31/2020 |
| Sig: Take 5 tablets (100mg total) by mouth once daily for 5 days | | | | |
| **promethazine (PHENERGAN) 25 MG tablet (Taking)** | 60 tablet | 1 | 4/22/2019 | 7/31/2020 |
| Sig - Route: Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. - Oral | | | | |
| **zolpidem (AMBIEN) 5 MG Tab (Taking)** | 30 tablet | 1 | 2/17/2020 | 3/15/2020 |

Generated on 3/25/21 5:31 PM                                              Page 163

**Lincoln/Lee 0620**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 22   OF 182

BRCC HEMATOLOGY ONCOLOGY                    Lee, Katonia
OCHSNER, BATON ROUGE REGION LA             MRN: 2325810, DOB:        Sex: F
                                           Acct #: 72010236521
                                           Enc. Date 3/6/2020

## 03/06/2020 - Office Visit in BR Cancer Center - Hematology Oncology (continued)

**Outpatient Medications at Start of Encounter as of 3/6/2020 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| allopurinol (ZYLOPRIM) 300 MG tablet (Taking)<br>Sig: Take 1 tablet (300 mg total) by mouth once daily.<br>Route: Oral | 30 tablet | 1 | 2/2/2019 | |
| citalopram (CELEXA) 20 MG tablet (Taking)<br>Sig: Take 20 mg by mouth once daily.<br>Class: Historical Med<br>Route: Oral | | | | |
| ferrous gluconate 324 mg (37.5 mg iron) Tab<br>(Taking)<br>Sig: Take 1 tablet by mouth once daily.<br>Class: Historical Med<br>Route: Oral | | | | |
| ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking)<br>Sig: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea).<br>Route: Oral | 60 tablet | 1 | 4/22/2019 | |
| prochlorperazine (COMPAZINE) 10 MG tablet<br>(Taking/Expired)<br>Sig: Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (nausea).<br>Route: Oral | 60 tablet | 1 | 4/22/2019 | 4/21/2020 |
| amLODIPine (NORVASC) 10 MG tablet<br>(Taking/Discontinued)<br>Sig: Take 1 tablet (10 mg total) by mouth once daily.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 90 tablet | 3 | 9/27/2019 | 3/15/2020 |
| bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking/Discontinued)<br>Sig: Take 1 tablet by mouth once daily.<br>Route: Oral | 30 tablet | 1 | 2/24/2020 | 4/28/2020 |
| doxycycline (VIBRAMYCIN) 100 MG Cap<br>(Taking/Discontinued)<br>Sig: Take 1 capsule (100 mg total) by mouth once daily.<br>Route: Oral<br>Reason for Discontinue: **Patient no longer taking** | 10 capsule | 0 | 8/20/2019 | 7/31/2020 |
| hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG<br>Tab (Taking/Discontinued)<br>Sig: Take 1 tablet (12.5 mg total) by mouth once daily.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 90 tablet | 3 | 9/27/2019 | 3/15/2020 |
| oxyCODONE (ROXICODONE) 5 MG immediate<br>release tablet (Taking/Discontinued)<br>Sig: Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain (medically necessary).<br>Earliest Fill Date: 2/17/2020<br>Notes to Pharmacy: Quantity medically necessary for greater than 7 days<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 60 tablet | 0 | 2/17/2020 | 3/15/2020 |
| predniSONE (DELTASONE) 20 MG tablet<br>(Taking/Discontinued)<br>Sig: Take 5 tablets (100mg total) by mouth once daily for 5 days<br>Reason for Discontinue: **Patient no longer taking** | 25 tablet | 0 | 6/24/2019 | 7/31/2020 |
| promethazine (PHENERGAN) 25 MG tablet<br>(Taking/Discontinued)<br>Sig: Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea.<br>Route: Oral<br>Reason for Discontinue: **Patient no longer taking** | 60 tablet | 1 | 4/22/2019 | 7/31/2020 |
| zolpidem (AMBIEN) 5 MG Tab<br>(Taking/Discontinued) | 30 tablet | 1 | 2/17/2020 | 3/15/2020 |

Generated on 3/25/21 5:31 PM                                              Page 164

**Lincoln/Lee 0621**

BRCC HEMATOLOGY ONCOLOGY                    Lee, Katonia
OCHSNER, BATON ROUGE REGION LA             MRN: 2325810, DOB:          Sex: F
                                           Acct #: 72010236521
                                           Enc. Date 3/6/2020

## 03/06/2020 - Office Visit in BR Cancer Center - Hematology Oncology (continued)

### Medications the Patient Reported Taking (continued)

|  | Disp | Refills | Start | End |
|---|---|---|---|---|

Sig: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep).
Route: Oral
Reason for Discontinue: **Reorder**

### Progress Notes

#### Progress Notes by Cheree S. Bodden, NP at 3/6/2020 2:30 PM

| | | |
|---|---|---|
| Author: Cheree S. Bodden, NP | Service: — | Author Type: Nurse Practitioner |
| Filed: 3/9/2020 8:27 AM | Encounter Date: 3/6/2020 | Creation Time: 3/9/2020 8:19 AM |
| Status: Signed | Editor: Cheree S. Bodden, NP (Nurse Practitioner) | |

**Subjective:**

**Patient ID:** Katonia Lee is a 50 y.o. female.

**Chief Complaint:** Lab discussion; lymphoma surveillance

**HPI:** Patient is a 50 year old AA female with AIDS-related DLBCL completed treatment s/p 7 cycles of RCHOP with 1st 2 cycles dose reduced, s/p 6 IT MTX.

Today she states that she is doing well. Has gained weight. States taking her antiviral medications as prescribed. Last CD4 count >200. Followed by Dr. Nnnadi - infectious disease doctor. States has not been able to complete CT of chest abdomen and pelvis with contrast due to cost. Denies fever, chills, night sweats, unintentional weight loss, abdominal pain, swollen lymph nodes. She is past due on age appropriate cancer screenings including mammography and colonoscopy.

Social History

Socioeconomic History
- Marital status:            Legally Separated
     Spouse name:            Not on file
- Number of children:        Not on file
- Years of education:        Not on file
- Highest education level:   Not on file
Occupational History
- Not on file
Social Needs
- Financial resource strain: Not on file
- Food insecurity:
     Worry:                  Not on file
     Inability:              Not on file
- Transportation needs:
     Medical:                Not on file
     Non-medical:            Not on file
Tobacco Use
- Smoking status:            Never Smoker
- Smokeless tobacco:         Never Used
Substance and Sexual Activity
- Alcohol use:               No
     Frequency:              Never
- Drug use:                  No
- Sexual activity:           Not on file
Lifestyle

**Lincoln/Lee 0622**

BRCC HEMATOLOGY ONCOLOGY                          Lee, Katonia
OCHSNER, BATON ROUGE REGION LA                    MRN: 2325810, DOB:           Sex: F
                                                 Acct #: 72010236521
                                                 Enc. Date 3/6/2020

## Progress Notes (continued)

### Progress Notes by Cheree S. Bodden, NP at 3/6/2020 2:30 PM (continued)

- Physical activity:
  - Days per week:        Not on file
  - Minutes per session:  Not on file
- Stress:                 Not on file

Relationships
- Social connections:
  - Talks on phone:                        Not on file
  - Gets together:                         Not on file
  - Attends religious service:             Not on file
  - Active member of club or organization: Not on file
  - Attends meetings of clubs or organizations: Not on file
  - Relationship status:                   Not on file

Other Topics                 Concern
- Not on file

Social History Narrative
- Not on file

### Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| Cancer | Paternal Grandmother | |
| Heart disease | Mother | |

### Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| BRONCHOSCOPY | Bilateral | 7/25/2019 |

*Procedure: Bronchoscopy Pt needs K+; Surgeon: Tarek M. Abdallah, MD; Location: BRMH ENDO; Service: Pulmonary; Laterality: Bilateral;*

- CESAREAN SECTION

| Procedure | Laterality | Date |
|---|---|---|
| ERCP | N/A | 1/25/2019 |

*Procedure: ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY); Surgeon: Janak N. Shah, MD; Location: NOMH ENDO (2ND FLR); Service: Endoscopy; Laterality: N/A;*

| Procedure | Laterality | Date |
|---|---|---|
| ERCP | Left | 4/30/2019 |

*Procedure: ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY); Surgeon: Janak N. Shah, MD; Location: NOMH ENDO (2ND FLR); Service: Endoscopy; Laterality: Left; appt confirmed*

- ESOPHAGOGASTRODUODENOSCOPY

| Procedure | Laterality | Date |
|---|---|---|
| INSERTION OF VENOUS ACCESS PORT | Left | 2/11/2019 |

*Procedure: INSERTION, VENOUS ACCESS PORT; Surgeon: Kyle A Jakob, MD; Location: BRMH OR; Service: General; Laterality: Left;*

### Past Medical History:

| Diagnosis | Date |
|---|---|
| B-cell lymphoma | 1/22/2019 |
| Biliary stricture | |
| Cancer *lymphoma]* | |
| Diffuse large B cell lymphoma of duodenum and pancreas | 1/21/2019 |
| Encounter for blood transfusion | |
| HIV (human immunodeficiency virus infection) | |
| Hypertension | |

Generated on 3/25/21 5:31 PM                                          Page 166

**Lincoln/Lee 0623**

04/14/2021 8:29:23 PM -0400 FAXCOM                           PAGE 25    OF 182

BRCC HEMATOLOGY ONCOLOGY                    Lee, Katonia
OCHSNER, BATON ROUGE REGION LA              MRN: 2325810, DOB:            Sex: F
                                           Acct #: 72010236521
                                           Enc. Date 3/6/2020

## Progress Notes (continued)

**Progress Notes by Cheree S. Bodden, NP at 3/6/2020  2:30 PM (continued)**

- Jaundice
- Stomach ulcer
  *bleeding*


Review of Systems
Constitutional: Negative.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Negative.
Skin: Negative.
Allergic/Immunologic: Positive for immunocompromised state.
Neurological: Negative.
Hematological: Negative.
Psychiatric/Behavioral: Negative.


**Medication List with Changes/Refills**
**Current Medications**

| Medication | Instructions |
|---|---|
| ALLOPURINOL (ZYLOPRIM) 300 MG TABLET | Take 1 tablet (300 mg total) by mouth once daily. |
| AMLODIPINE (NORVASC) 10 MG TABLET | Take 1 tablet (10 mg total) by mouth once daily. |
| BICTEGRAV-EMTRICIT-TENOFOV ALA (BIKTARVY) 50-200-25 MG PER TABLET | Take 1 tablet by mouth once daily. |
| CITALOPRAM (CELEXA) 20 MG TABLET | Take 20 mg by mouth once daily. |
| DOXYCYCLINE (VIBRAMYCIN) 100 MG CAP | Take 1 capsule (100 mg total) by mouth once daily. |
| FERROUS GLUCONATE 324 MG (37.5 MG IRON) TAB | Take 1 tablet by mouth once daily. |
| HYDROCHLOROTHIAZIDE (HYDRODIURIL) 12.5 MG TAB | Take 1 tablet (12.5 mg total) by mouth once daily. |
| ONDANSETRON (ZOFRAN-ODT) 8 MG TBDL | Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). |
| OXYCODONE (ROXICODONE) 5 MG IMMEDIATE RELEASE TABLET | Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain (medically necessary). |
| PREDNISONE (DELTASONE) 20 MG TABLET | Take 5 tablets (100mg total) by mouth once daily for 5 days |
| PROCHLORPERAZINE (COMPAZINE) 10 MG TABLET | Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (nausea). |

Generated on 3/25/21  5:31 PM                                          Page 167

**Lincoln/Lee 0624**

04/14/2021 8:29:23 PM -0400 FAXCOM                         PAGE 26   OF 182

BRCC HEMATOLOGY ONCOLOGY                 Lee, Katonia
OCHSNER, BATON ROUGE REGION LA           MRN: 2325810, DOB:        Sex: F
                                         Acct #: 72010236521
                                         Enc. Date 3/6/2020

## Progress Notes (continued)

### Progress Notes by Cheree S. Bodden, NP at 3/6/2020  2:30 PM (continued)

| PROMETHAZINE (PHENERGAN) 25 MG TABLET | Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. |
| ZOLPIDEM (AMBIEN) 5 MG TAB | Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). |

## Objective:

Vitals:

|        | 03/06/20 1445 |
|--------|---------------|
| BP:    | (!) 142/91    |
| Pulse: | 102           |
| Resp:  | 18            |
| Temp:  | 98.3 °F (36.8 °C) |

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae and EOM are normal.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. Bowel sounds are normal.
Musculoskeletal: Normal range of motion.
Lymphadenopathy:
    Head (right side): No submental, no submandibular, no tonsillar, no preauricular, no posterior auricular and no occipital adenopathy present.
    Head (left side): No submental, no submandibular, no tonsillar, no preauricular, no posterior auricular and no occipital adenopathy present.
  She has no cervical adenopathy.
  She has no axillary adenopathy.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry. She is not diaphoretic.
Psychiatric: She has a normal mood and affect. Her speech is normal and behavior is normal. Judgment and thought content normal. She is not actively hallucinating. Cognition and memory are normal. She is attentive.
Nursing note and vitals reviewed.

## Assessment:

Problem List Items Addressed This Visit

ID
**Lymphoma related to acquired immunodeficiency syndrome (AIDS) - Primary**
  Relevant Orders
    *CBC auto differential (Completed)*
    *Comprehensive metabolic panel (Completed)*
    *Lactate dehydrogenase (Completed)*
    CBC auto differential

Generated on 3/25/21  5:31 PM                                    Page 168

**Lincoln/Lee 0625**

ONLH MAMMOGRAPHY                          Lee, Katonia
17000 Medical Center Dr                   MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                      Acct #: 72010400713
                                          Adm: 6/8/2020

## 06/08/2020 - MAMMO SCREEN in Ochsner Medical Center-O'Neal

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|------|-----------|-----|-----------------|------------|
| Lee, Katonia | 2325810 | | Female | (50 yrs) |

| Address | Phone | Email | | |
|---------|-------|-------|---|---|
| | | | | |

| Reg Status | PCP | Date Last Verified | Next Review Date | |
|-----------|-----|-------------------|------------------|---|
| Verified | Sonia McField, FNP601-944-5964 | 03/12/21 | 04/11/21 | |

---

Generated on 3/25/21  5:31 PM                                         Page 157

**Lincoln/Lee 0626**

04/14/2021 8:29:23 PM -0400 FAXCOM                                      PAGE 28   OF 182

ONLH MAMMOGRAPHY                          Lee, Katonia
17000 Medical Center Dr                   MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                      Acct #: 72010400713
                                          Adm: 6/8/2020

## 06/08/2020 - MAMMO SCREEN in Ochsner Medical Center-O'Neal (continued)

### Admission Information

| | | | | |
|---|---|---|---|---|
| Arrival Date/Time: | | Admit Date/Time: | 06/08/2020 1015 | IP Adm. Date/Time: |
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: |
| Means of Arrival: | | Primary Service: | Radiology | Secondary Service: |
| Transfer Source: | | Service Area: | OCHSNER SERVICE AREA | Unit: | Ochsner Medical Center-O'Neal |
| Admit Provider: | | Attending Provider: | Cheree S. Bodden, NP | Referring Provider: | Cheree S. Bodden, NP |

### Admission Information

| Attending Provider | Admission Dx | Admitted on |
|---|---|---|
| | | 06/08/20 |
| **Service** | **Isolation** | **Code Status** |
| | | Prior |
| **Allergies** | | |
| No Known Allergies | | |

### Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 06/08/2020 2359 | Home Or Self Care | None | None | Ochsner Medical Center-O'Neal |

### Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| Z12.31 [Principal] | Encounter for screening mammogram for malignant neoplasm of breast | | | | |
| B20 | Human immunodeficiency virus (HIV) disease | | | | |
| C83.31 | Diffuse large b-cell lymphoma, lymph nodes of head, face, and neck | | | | |
| C85.90 | Non-Hodgkin lymphoma, unspecified, unspecified site | | | | |

### Patient as-of Visit

**Allergies** as of 6/8/2020

Allergies last reviewed by Crystal B. Thornton, RT on 6/8/2020 1149
No Known Allergies

**Immunizations** as of 6/8/2020

| Immunization | Administered On |
|---|---|
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

Hospital Problem List as of 6/8/2020                    Reviewed: **3/9/2020 by Cheree S. Bodden, NP**

None

Non-Hospital Problem List as of 6/8/2020                Reviewed: **3/9/2020 by Cheree S. Bodden, NP**

| | Codes | Last Modified |
|---|---|---|
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | 1/26/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | 1/31/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | 2/1/2019 |
| **Elevated LFTs** | ICD-10-CM: R94.5 ICD-9-CM: 790.6 | 2/1/2019 |
| **Lymphoma** | ICD-10-CM: C85.90 | 2/11/2019 |

Generated on 3/25/21 5:31 PM                                            Page 158

**Lincoln/Lee 0627**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 29    OF 182

ONLH MAMMOGRAPHY                          Lee, Katonia
17000 Medical Center Dr                   MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                      Acct #: 72010400713
                                          Adm: 6/8/2020

## 06/08/2020 - MAMMO SCREEN in Ochsner Medical Center-O'Neal (continued)

**Patient as-of Visit (continued)**

|  |  |  |
|---|---|---|
|  | ICD-9-CM: 202.80 |  |
| RESOLVED: Pain | ICD-10-CM: R52 | 2/27/2019 |
|  | ICD-9-CM: 780.96 |  |
| **B-cell lymphoma** | ICD-10-CM: C85.10 | 3/1/2019 |
|  | ICD-9-CM: 202.80 |  |
| **Anemia** | ICD-10-CM: D64.9 | 3/1/2019 |
|  | ICD-9-CM: 285.9 |  |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 | 3/1/2019 |
|  | ICD-9-CM: 288.00, 780.61 |  |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 | 3/1/2019 |
|  | ICD-9-CM: 112.0 |  |
| RESOLVED: Fever | ICD-10-CM: R50.9 | 3/1/2019 |
|  | ICD-9-CM: 780.60 |  |
| **Biliary obstruction** | ICD-10-CM: K83.1 | 4/30/2019 |
|  | ICD-9-CM: 576.2 |  |
| **Essential hypertension** | ICD-10-CM: I10 | 5/26/2019 |
|  | ICD-9-CM: 401.9 |  |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90 | 5/26/2019 |
|  | ICD-9-CM: 042, 202.80 |  |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20 | 5/26/2019 |
|  | ICD-9-CM: 042 |  |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9 | 5/26/2019 |
|  | ICD-9-CM: 285.9 |  |
| **Other chest pain** | ICD-10-CM: R07.89 | 6/26/2019 |
|  | ICD-9-CM: 786.59 |  |
| **Multiple lung nodules on CT** | ICD-10-CM: R91.8 | 7/25/2019 |
|  | ICD-9-CM: 793.19 |  |
| **HIV disease** | ICD-10-CM: B20 | 7/25/2019 |
|  | ICD-9-CM: 042 |  |
| **Rash** | ICD-10-CM: R21 | 8/20/2019 |
|  | ICD-9-CM: 782.1 |  |

**Imaging for Abstract**

**Mammo Digital Screening Bilat w/ Tomo [525505243] (Final result)**

| **Mammo Digital Screening Bilat w/ Tomo [525505243]** | Resulted: 06/09/20 0849, Result status: Final result |
|---|---|

Ordering provider: Cheree S. Bodden, NP  06/08/20 0936      Order status: Completed
Resulted by: Sumanth K. Reddy, DO                           Filed by: Sumanth K. Reddy, DO  06/09/20 0850
Performed: 06/08/20 0940 - 06/08/20 1010                    Accession number: 32281806
Resulting lab: OCHS MAMMOGRAPHY
Narrative:
Result:
Mammo Digital Screening Bilat w/ Tomo

History:
Patient is 50 y.o. and is seen for a screening mammogram.

Films Compared:
Prior images (if available) were compared.

Findings:
This procedure was performed using tomosynthesis. Computer-aided detection
was utilized in the interpretation of this examination.

The breasts have scattered areas of fibroglandular density. There is no
evidence of suspicious masses, microcalcifications or architectural
distortion.

Impression:
No mammographic evidence of malignancy.

---

Generated on 3/25/21  5:31 PM                                                Page 159

**Lincoln/Lee 0628**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 30   OF 182

ONLH MAMMOGRAPHY                         Lee, Katonia
17000 Medical Center Dr                  MRN: 2325810, DOB:            Sex: F
Baton Rouge LA 70816                     Acct #: 72010400713
                                         Adm: 6/8/2020

## 06/08/2020 - MAMMO SCREEN in Ochsner Medical Center-O'Neal (continued)

**Imaging for Abstract (continued)**

BI-RADS Category 1: Negative

Recommendation:
Routine screening mammogram in 1 year is recommended.

Your estimated lifetime risk of breast cancer (to age 85) based on
Tyrer-Cuzick risk assessment model is Tyrer-Cuzick: 10.43 %. According to
the American Cancer Society, patients with a lifetime breast cancer risk
of 20% or higher might benefit from supplemental screening tests.

Acknowledged by
Cheree S. Bodden, NP on 06/09/20 0854
Jaquel Watts, MA on 06/09/20 0914

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **14 - MAMMO** | OCHS MAMMOGRAPHY | N/A | Unknown | 03/06/18 1518 - Present |

**Indications**

Breast cancer screening [Z12.39 (ICD-10-CM)]

**Signed**

Electronically signed by Sumanth K. Reddy, DO on 6/9/20 at 0850 CDT

**All Reviewers List**

Jaquel Watts, MA on 6/9/2020 09:14
Cheree S. Bodden, NP on 6/9/2020 08:54

**Discharge Instructions**                                    Lee, Katonia (MRN 2325810)

None

**Follow-up Information**

None

Lincoln/Lee 0629

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 31    OF 182

BRCC HEMATOLOGY ONCOLOGY                        Lee, Katonia
OCHSNER, BATON ROUGE REGION LA                  MRN: 2325810, DOB:           Sex: F
                                                Acct #: 72010236521
                                                Enc. Date 3/6/2020

## 03/06/2020 - Office Visit in BR Cancer Center - Hematology Oncology

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Lee, Katonia | 2325810 | | Female | (50 yrs) |

| Address | Phone | Email | | |
|---|---|---|---|---|
| | | | | |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| Verified | Sonia McField, FNP601-944-5964 | 03/12/21 | 04/11/21 |

Generated on 3/25/21  5:31 PM                                           Page 161

PAGE 31/182 * RCVD AT 4/14/2021 8:29:22 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/0 * DNIS:6035591994 * CSID: * ANI: * DURATION (mm-ss):181-01

**Lincoln/Lee 0630**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 32   OF 182

BRCC HEMATOLOGY ONCOLOGY                    Lee, Katonia
OCHSNER, BATON ROUGE REGION LA             MRN: 2325810, DOB:          Sex: F
                                           Acct #: 72010236521
                                           Enc. Date 3/6/2020

## 03/06/2020 - Office Visit in BR Cancer Center - Hematology Oncology (continued)

### Diagnoses

| | Codes | Comments |
|---|---|---|
| Lymphoma related to acquired immunodeficiency syndrome (AIDS) - Primary | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | |
| Diffuse large B-cell lymphoma of lymph nodes of neck | ICD-10-CM: C83.31 ICD-9-CM: 202.81 | |
| AIDS (acquired immune deficiency syndrome) | ICD-10-CM: B20 ICD-9-CM: 042 | |
| Breast cancer screening | ICD-10-CM: Z12.39 ICD-9-CM: V76.10 | |
| Colon cancer screening | ICD-10-CM: Z12.11 ICD-9-CM: V76.51 | |

### Problem List as of 3/6/2020                                     Date Reviewed: **12/31/2019**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Essential hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 2/12/2018 - Present |
| Lymphoma related to acquired immunodeficiency syndrome (AIDS) | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | | | 1/21/2019 - Present |
| Elevated LFTs | ICD-10-CM: R94.5 ICD-9-CM: 790.6 | | | 1/21/2019 - Present |
| B-cell lymphoma | ICD-10-CM: C85.10 ICD-9-CM: 202.80 | | | 1/22/2019 - Present |
| AIDS (acquired immune deficiency syndrome) | ICD-10-CM: B20 ICD-9-CM: 042 | | | 1/24/2019 - Present |
| Lymphoma | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | | | 2/11/2019 - Present |
| Anemia | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 2/26/2019 - Present |
| Other chest pain | ICD-10-CM: R07.89 ICD-9-CM: 786.59 | | | 2/26/2019 - Present |
| Biliary obstruction | ICD-10-CM: K83.1 ICD-9-CM: 576.2 | | | 4/30/2019 - Present |
| Multiple lung nodules on CT | ICD-10-CM: R91.8 ICD-9-CM: 793.19 | | | 7/25/2019 - Present |
| HIV disease | ICD-10-CM: B20 ICD-9-CM: 042 | | | Unknown - Present |
| Rash | ICD-10-CM: R21 ICD-9-CM: 782.1 | | | 8/20/2019 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | | | 1/21/2019 - 1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | | | 1/21/2019 - 2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | | | 1/21/2019 - 1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 ICD-9-CM: 780.96 | | | 2/13/2019 - 2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 - 3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 ICD-9-CM: 112.0 | | | 2/27/2019 - 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9 ICD-9-CM: 780.60 | | | 2/28/2019 - 3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 5/25/2019 - 5/26/2019 |

### Patient as-of Visit

Generated on 3/25/21 5:31 PM                                              Page 162

**Lincoln/Lee 0631**

BRMH CT SCAN
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:
Acct #: 72010400713
Adm: 6/8/2020

Sex: F

## 06/08/2020 - CT CHST/ABD/PEL CON in Ochsner Medical Center - BR (continued)

### Imaging for Abstract (continued)

Electronically signed by Karl M. Nettles Jr., MD on 6/8/20 at 1240 CDT

#### All Reviewers List

Jaquel Watts, MA on 6/8/2020 14:28
Cheree S. Bodden, NP on 6/8/2020 12:53

---

**Discharge Instructions**                                    Lee, Katonia (MRN 2325810)

None

**Follow-up Information**

None

---

**Lincoln/Lee 0632**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 34    OF 182

BRMH LABORATORY                          Lee, Katonia
17000 Medical Center Dr                  MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                     Acct #: 72010400713
                                         Enc. Date 6/8/2020

### 06/08/2020 - Lab Visit in Ochsner Medical Center - BR

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|------|-----------|-----|-----------------|-----------|
| Lee, Katonia | 2325810 | | Female | (50 yrs) |

| Address | Phone | Email |
|---------|-------|-------|
| | | |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|-----------|-----|--------------------|------------------|
| Verified | Sonia McField, FNP601-944-5964 | 03/12/21 | 04/11/21 |

**PAGE 34/182 * RCVD AT 4/14/2021 8:29:22 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/0 * DNIS:6035591994 * CSID: * ANI: * DURATION (mm-ss):181-01**

**Lincoln/Lee 0633**

04/14/2021 8:29:23 PM -0400 FAXCOM                                          PAGE 35   OF 182

BRMH LABORATORY
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:              Sex: F
Acct #: 72010400713
Enc. Date 6/8/2020

## 06/08/2020 - Lab Visit in Ochsner Medical Center - BR (continued)

### Diagnoses

|  | Codes | Comments |
|---|---|---|
| Lymphoma | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 |  |

**Problem List** as of 6/8/2020                                          Date Reviewed: **3/9/2020**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R94.5<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **Multiple lung nodules on CT** | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |

### Patient as-of Visit

**Allergies** as of 6/8/2020

Allergies last reviewed by Crystal B. Thornton, RT on 6/8/2020 1149
No Known Allergies

**Immunizations** as of 6/8/2020

| Immunization | Administered On |
|---|---|

Generated on 3/25/21 5:31 PM                                          Page 153

**Lincoln/Lee 0634**

BRMH LABORATORY                              Lee, Katonia
17000 Medical Center Dr                      MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                         Acct #: 72010400713
                                             Enc. Date 6/8/2020

## 06/08/2020 - Lab Visit in Ochsner Medical Center - BR (continued)

### Patient as-of Visit (continued)

Pneumococcal Conjugate - 13 Valent                    03/01/2019

### Outpatient Medications at Start of Encounter as of 6/8/2020

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |

> Monica H Fefie, LPN 12/31/2019 10:46 AM
>
> Erica M. Coffey, RN 2/7/2019 10:49 AM
> TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amLODIPine (NORVASC) 10 MG tablet** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| **citalopram (CELEXA) 20 MG tablet** | | | | |
| Sig - Route: Take 20 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |

> Monica H Fefie, LPN 12/31/2019 10:46 AM
>
> Erica M. Coffey, RN 2/7/2019 10:53 AM
> TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Discontinued)** | 30 tablet | 1 | 4/28/2020 | 6/26/2020 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **doxycycline (VIBRAMYCIN) 100 MG Cap (Discontinued)** | 10 capsule | 0 | 8/20/2019 | 7/31/2020 |
| Sig - Route: Take 1 capsule (100 mg total) by mouth once daily. - Oral | | | | |
| Reason for Discontinue: **Patient no longer taking** | | | | |
| **oxyCODONE (ROXICODONE) 5 MG immediate release tablet (Discontinued)** | 60 tablet | 0 | 5/11/2020 | 6/8/2020 |
| Sig - Route: Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain (medically necessary). - Oral | | | | |
| Earliest Fill Date: 5/11/2020 | | | | |
| Notes to Pharmacy: Quantity medically necessary for greater than 7 days | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **oxyCODONE (ROXICODONE) 5 MG immediate release tablet (Discontinued)** | 60 tablet | 0 | 6/8/2020 | 7/2/2020 |
| Sig - Route: Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain (medically necessary). - Oral | | | | |
| Earliest Fill Date: 6/8/2020 | | | | |
| Notes to Pharmacy: Quantity medically necessary for greater than 7 days | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **predniSONE (DELTASONE) 20 MG tablet (Discontinued)** | 25 tablet | 0 | 6/24/2019 | 7/31/2020 |
| Sig: Take 5 tablets (100mg total) by mouth once daily for 5 days | | | | |
| Reason for Discontinue: **Patient no longer taking** | | | | |
| **promethazine (PHENERGAN) 25 MG tablet (Discontinued)** | 60 tablet | 1 | 4/22/2019 | 7/31/2020 |
| Sig - Route: Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. - Oral | | | | |
| Reason for Discontinue: **Patient no longer taking** | | | | |

Generated on 3/25/21  5:31 PM                                           Page 154

**Lincoln/Lee 0635**

BRMH LABORATORY                          Lee, Katonia
17000 Medical Center Dr                  MRN: 2325810, DOB:        Sex: F
Baton Rouge LA 70816                     Acct #: 72010400713
                                         Enc. Date 6/8/2020

## 06/08/2020 - Lab Visit in Ochsner Medical Center - BR (continued)

**Outpatient Medications at Start of Encounter as of 6/8/2020 (continued)**

|  | Disp | Refills | Start | End |
|---|---|---|---|---|
| zolpidem (AMBIEN) 5 MG Tab (Discontinued) | 30 tablet | 1 | 5/11/2020 | 6/8/2020 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| zolpidem (AMBIEN) 5 MG Tab (Discontinued) | 30 tablet | 1 | 6/8/2020 | 7/2/2020 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |

**Labs**

### Creatinine, serum [525505249] (Final result)

Electronically signed by: **David S. Kirsch, MD** on 06/08/20 0802                    Status: **Completed**
Mode: Ordering in Standard Radiology mode                    Communicated by: Crystal B. Thornton, RT
This order may be acted on in another encounter.
Ordering user: Crystal B. Thornton, RT 06/08/20 0659          Ordering provider: David S. Kirsch, MD
Authorized by: David S. Kirsch, MD                            Ordering mode: Standard Radiology
Frequency: STAT  06/08/20 -                                   Class: Lab Collect
Quantity: 1                                                   Lab status: Final result
Instance released by: Carla Posey 6/8/2020  2:41 PM
Diagnoses
Lymphoma [C85.90]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 9008012612:1 | Blood | Blood | BDD 06/08/20 1030 |

### Creatinine, serum [525505249]                    Resulted: 06/08/20 1501, Result status: Final result

Ordering provider: David S. Kirsch, MD  06/08/20 1441        Order status: Completed
Filed by: Edi, Soft Lab Interface  06/08/20 1501             Collected by: BDD 06/08/20 1030
Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
Acknowledged by
David S. Kirsch, MD on 06/08/20 1511
Crystal B. Thornton, RT on 06/17/20 0718

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Creatinine | 0.9 | 0.5 - 1.4 mg/dL | — | BRLB |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 | — | BRLB |
| eGFR if non African American | >60 | >60 mL/min/1.73 m^2 | — | BRLB |

Comment:
Calculation used to obtain the estimated glomerular filtration
rate (eGFR) is the CKD-EPI equation.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 393 - BRLB | OCHSNER MEDICAL CENTER - BATON ROUGE | Aimee Goodier, M.D. | 17000 Medical Center Drive Baton Rouge LA 70816 | 11/22/19 0951 - Present |

**Indications**

Lymphoma [C85.90 (ICD-10-CM)]

**All Reviewers List**

Crystal B. Thornton, RT on 6/17/2020 07:18

**Lincoln/Lee 0636**

BRMH LABORATORY                                    Lee, Katonia
17000 Medical Center Dr                            MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                               Acct #: 72010400713
                                                   Enc. Date 6/8/2020

## 06/08/2020 - Lab Visit in Ochsner Medical Center - BR (continued)

**Labs (continued)**

David S. Kirsch, MD on 6/8/2020 15:11

**Follow-up Information**

None

**Follow Up Call**

No data filed

**Lincoln/Lee 0637**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 39   OF 182

BRCH LABORATORY DRAW STATION                Lee, Katonia
17000 Medical Center Dr                     MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                        Acct #: 72010816044
                                            Enc. Date 7/10/2020

## 07/10/2020 - Lab Visit in Ochsner Medical Center - Baton Rouge (continued)

### Labs (continued)

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Anion Gap | 7 | 8 - 16 mmol/L | L ˅ | BRLB |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 | — | BRLB |
| eGFR if non African American | 59 | >60 mL/min/1.73 m^2 | A ! | BRLB |

Comment:
Calculation used to obtain the estimated glomerular filtration
rate (eGFR) is the CKD-EPI equation.

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 393 - BRLB | OCHSNER MEDICAL CENTER - BATON ROUGE | Aimee Goodier, M.D. | 17000 Medical Center Drive Baton Rouge LA 70816 | 11/22/19 0951 - Present |

### Indications

Lymphoma related to acquired immunodeficiency syndrome (AIDS) [B20, C85.90 (ICD-10-CM)]
Diffuse large B-cell lymphoma of lymph nodes of neck [C83.31 (ICD-10-CM)]
AIDS (acquired immune deficiency syndrome) [B20 (ICD-10-CM)]

### All Reviewers List

Cheree S. Bodden, NP on 7/10/2020 12:48
Cheree S. Bodden, NP on 7/10/2020 12:12

### Lactate dehydrogenase [525505255] (Final result)

Electronically signed by: **Cheree S. Bodden, NP on 03/06/20 1454**                    Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Cheree S. Bodden, NP 03/06/20 1454            Authorized by: Cheree S. Bodden, NP
Ordering mode: Standard
Frequency: STAT  03/06/20 -                                  Class: Lab Collect
Quantity: 1                                                  Lab status: Final result
Instance released by: Alison R Schexnayder 7/10/2020 11:30 AM
Diagnoses
Lymphoma related to acquired immunodeficiency syndrome (AIDS) [B20, C85.90]
Diffuse large B-cell lymphoma of lymph nodes of neck [C83.31]
AIDS (acquired immune deficiency syndrome) [B20]

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| 9110011311:3 | Blood | Blood | HTC 07/10/20 1136 |

#### Lactate dehydrogenase [525505255]                Resulted: 07/10/20 1237, Result status: Final result

Order status: Completed                        Filed by: Edi, Soft Lab Interface  07/10/20 1237
Collected by: HTC 07/10/20 1136                Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
Acknowledged by: Cheree S. Bodden, NP on 07/10/20 1248

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| LD | 161 | 110 - 260 U/L | — | BRLB |

Comment: Results are increased in hemolyzed samples.

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|

Generated on 3/25/21  5:31 PM                                              Page 145

**Lincoln/Lee 0638**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 40    OF 182

BRCH LABORATORY DRAW STATION                    Lee, Katonia
17000 Medical Center Dr                          MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                             Acct #: 72010816044
                                                 Enc. Date 7/10/2020

## 07/10/2020 - Lab Visit in Ochsner Medical Center - Baton Rouge (continued)

**Labs (continued)**

| 393 - BRLB | OCHSNER MEDICAL CENTER - BATON ROUGE | Aimee Goodier, M.D. | 17000 Medical Center Drive Baton Rouge LA 70816 | 11/22/19 0951 - Present |

**Indications**

Lymphoma related to acquired immunodeficiency syndrome (AIDS) [B20, C85.90 (ICD-10-CM)]
Diffuse large B-cell lymphoma of lymph nodes of neck [C83.31 (ICD-10-CM)]
AIDS (acquired immune deficiency syndrome) [B20 (ICD-10-CM)]

**All Reviewers List**

Cheree S. Bodden, NP on 7/10/2020 12:48

**Follow-up Information**

None

**Follow Up Call**

No data filed

Generated on 3/25/21  5:31 PM                                                Page 146

**Lincoln/Lee 0639**

BRMH CT SCAN
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:
Acct #: 72010400713
Adm: 6/8/2020

Sex: F

### 06/08/2020 - CT CHST/ABD/PEL CON in Ochsner Medical Center - BR

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Lee, Katonia | 2325810 | | Female | (50 yrs) |

| Address | Phone | Email |
|---|---|---|
| | | |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| Verified | Sonia McField, FNP601-944-5964 | 03/12/21 | 04/11/21 |

**Lincoln/Lee 0640**

04/14/2021 8:29:23 PM -0400 FAXCOM                                PAGE 42    OF 182

BRMH CT SCAN                              Lee, Katonia
17000 Medical Center Dr                   MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                      Acct #: 72010400713
                                          Adm: 6/8/2020

## 06/08/2020 - CT CHST/ABD/PEL CON in Ochsner Medical Center - BR (continued)

### Admission Information

| | | | |
|---|---|---|---|
| Arrival Date/Time: | Admit Date/Time: | 06/08/2020 1015 | IP Adm. Date/Time: |
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: |
| Means of Arrival: | Primary Service: | Radiology | Secondary Service: |
| Transfer Source: | Service Area: | OCHSNER SERVICE AREA | Unit: | Ochsner Medical Center - BR |
| Admit Provider: | Attending Provider: | Cheree S. Bodden, NP | Referring Provider: | Cheree S. Bodden, NP |

### Admission Information

| Attending Provider | Admission Dx | Admitted on |
|---|---|---|
| | | 06/08/20 |
| **Service** | **Isolation** | **Code Status** |
| Radiology | | Prior |

**Allergies**

No Known Allergies

### Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 06/08/2020 2359 | Home Or Self Care | None | None | Ochsner Medical Center - BR |

### Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| Z12.31 [Principal] | Encounter for screening mammogram for malignant neoplasm of breast | | | | |
| B20 | Human immunodeficiency virus (HIV) disease | | | | |
| C83.31 | Diffuse large b-cell lymphoma, lymph nodes of head, face, and neck | | | | |
| C85.90 | Non-Hodgkin lymphoma, unspecified, unspecified site | | | | |

### Patient as-of Visit

**Allergies** as of 6/8/2020

Allergies last reviewed by Crystal B. Thornton, RT on 6/8/2020 1149
No Known Allergies

**Immunizations** as of 6/8/2020

| Immunization | Administered On |
|---|---|
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

Hospital Problem List as of 6/8/2020                    Reviewed: **3/9/2020 by Cheree S. Bodden, NP**

None

Non-Hospital Problem List as of 6/8/2020                Reviewed: **3/9/2020 by Cheree S. Bodden, NP**

| | Codes | Last Modified |
|---|---|---|
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | 1/26/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | 1/31/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | 2/1/2019 |
| **Elevated LFTs** | ICD-10-CM: R94.5 ICD-9-CM: 790.6 | 2/1/2019 |
| **Lymphoma** | ICD-10-CM: C85.90 | 2/11/2019 |

Generated on 3/25/21 5:31 PM                                          Page 148

**Lincoln/Lee 0641**

BRMH CT SCAN                          Lee, Katonia
17000 Medical Center Dr              MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                 Acct #: 72010400713
                                     Adm: 6/8/2020

## 06/08/2020 - CT CHST/ABD/PEL CON in Ochsner Medical Center - BR (continued)

### Patient as-of Visit (continued)

|  |  |  |
|---|---|---|
|  | ICD-9-CM: 202.80 |  |
| RESOLVED: Pain | ICD-10-CM: R52 | 2/27/2019 |
|  | ICD-9-CM: 780.96 |  |
| **B-cell lymphoma** | ICD-10-CM: C85.10 | 3/1/2019 |
|  | ICD-9-CM: 202.80 |  |
| **Anemia** | ICD-10-CM: D64.9 | 3/1/2019 |
|  | ICD-9-CM: 285.9 |  |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 | 3/1/2019 |
|  | ICD-9-CM: 288.00, 780.61 |  |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 | 3/1/2019 |
|  | ICD-9-CM: 112.0 |  |
| RESOLVED: Fever | ICD-10-CM: R50.9 | 3/1/2019 |
|  | ICD-9-CM: 780.60 |  |
| **Biliary obstruction** | ICD-10-CM: K83.1 | 4/30/2019 |
|  | ICD-9-CM: 576.2 |  |
| **Essential hypertension** | ICD-10-CM: I10 | 5/26/2019 |
|  | ICD-9-CM: 401.9 |  |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90 | 5/26/2019 |
|  | ICD-9-CM: 042, 202.80 |  |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20 | 5/26/2019 |
|  | ICD-9-CM: 042 |  |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9 | 5/26/2019 |
|  | ICD-9-CM: 285.9 |  |
| **Other chest pain** | ICD-10-CM: R07.89 | 6/26/2019 |
|  | ICD-9-CM: 786.59 |  |
| **Multiple lung nodules on CT** | ICD-10-CM: R91.8 | 7/25/2019 |
|  | ICD-9-CM: 793.19 |  |
| **HIV disease** | ICD-10-CM: B20 | 7/25/2019 |
|  | ICD-9-CM: 042 |  |
| **Rash** | ICD-10-CM: R21 | 8/20/2019 |
|  | ICD-9-CM: 782.1 |  |

### Imaging for Abstract

#### CT Chest Abdomen Pelvis With Contrast [525505245] (Final result)

| CT Chest Abdomen Pelvis With Contrast [525505245] | Resulted: 06/08/20 1240, Result status: Final result |
|---|---|
| Order status: Completed | Resulted by: Karl M. Nettles Jr., MD |
| Filed by: Interface, Rad Results In  06/08/20 1242 | Performed: 06/08/20 1114 - 06/08/20 1149 |
| Accession number: 32281801 | Resulting lab: MMODEL FLUENCY |

Narrative:
EXAMINATION:
CT CHEST ABDOMEN PELVIS WITH CONTRAST (XPD)

CLINICAL HISTORY:
Neoplasm - lymphoma; Human immunodeficiency virus (HIV) disease

TECHNIQUE:
Axial images of the chest, abdomen, and pelvis were acquired after the use of 75 cc Omni350 IV contrast. Oral contrast was not administered.  Coronal and sagittal reconstructions were also obtained.  All CT scans at this facility use dose modulation, iterative reconstruction and/or weight based dosing when appropriate to reduce radiation dose to as low as reasonably achievable.

COMPARISON:
Prior CT from September 26, 2009 and PET-CT scan from July 10, 2019 were reviewed.

FINDINGS:
Thoracic soft tissues: Left-sided MediPort in place.

Aorta: Normal in course and caliber.

Heart: Normal in size. No pericardial effusion.

PAGE 43/182 * RCVD AT 4/14/2021 8:29:22 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/0 * DNIS:6035591994 * CSID: * ANI: * DURATION (mm-ss):181-01

**Lincoln/Lee 0642**

04/14/2021 8:29:23 PM -0400 FAXCOM                                        PAGE 44   OF 182

BRMH CT SCAN                                    Lee, Katonia
17000 Medical Center Dr                        MRN: 2325810, DOB:                Sex: F
Baton Rouge LA 70816                           Acct #: 72010400713
                                               Adm: 6/8/2020

## 06/08/2020 - CT CHST/ABD/PEL CON in Ochsner Medical Center - BR (continued)

**Imaging for Abstract (continued)**

Hila/Mediastinum: No lymphadenopathy

Lungs: No dominant pulmonary nodules or other significant CT abnormality.

Liver: Normal in size and attenuation.

Gallbladder: Unremarkable.

Bile Ducts: No evidence of dilated ducts.

Pancreas: Again demonstrated are multiple endovascular coils in relation to the GDA.  The previously demonstrated hypermetabolic tissue near the porta hepatis and head of the pancreas continues to diminish/resolved.  Minimal hazy tissue within the aortocaval region also diminished in the interval.

Spleen: Unremarkable.

Adrenals: Unremarkable.

Kidneys/ Ureters: The kidneys enhance homogeneously.

Bladder: No significant abnormality.

Reproductive organs: Exophytic leiomyoma projecting or from uterine fundus is unchanged.  Measures 43 mm craniocaudal by 52 mm transverse by 38 mm AP.

GI Tract/Mesentery: No evidence of bowel obstruction or inflammation.

Peritoneal Space: No ascites. No free air.

Retroperitoneum:  No lymphadenopathy.

Abdominal wall:  Unremarkable.

Vasculature: No evidence of abdominal aortic aneurysm.

Bones: No acute findings.  Age-appropriate degenerative changes.

Impression:

1. Continued decrease in abnormal tissue within the porta hepatis/region of the pancreatic head consistent with favorable response to therapy.
2. Unchanged uterine leiomyoma.


Electronically signed by:   Karl Nettles Jr., MD
Date:                       06/08/2020
Time:                       12:40
Acknowledged by
Cheree S. Bodden, NP on 06/08/20 1253
Jaquel Watts, MA on 06/08/20 1428


**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
| --- | --- | --- | --- | --- |
| 396 - FFI | MMODEL FLUENCY | n/a | n/a | 01/15/18 0931 - Present |

**Indications**

Lymphoma related to acquired immunodeficiency syndrome (AIDS) [B20, C85.90 (ICD-10-CM)]
Diffuse large B-cell lymphoma of lymph nodes of neck [C83.31 (ICD-10-CM)]

**Signed**

PAGE 44/182 * RCVD AT 4/14/2021 8:29:22 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/0 * DNIS:6035591994 * CSID: * ANI: * DURATION (mm-ss):181-01

**Lincoln/Lee 0643**

| BRCC HEMATOLOGY ONCOLOGY | Lee, Katonia | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 2325810, DOB: | Sex: F |
| | Acct #: 72010819070 | |
| | Enc. Date 7/10/2020 | |

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 7/10/2020 11:20 AM (continued)**

General: Skin is warm and dry.

Neurological:

Mental Status: She is alert and oriented to person, place, and time.

Psychiatric:

Behavior: Behavior normal.

Thought Content: Thought content normal.

Judgment: Judgment normal.

## Assessment:

1.    **Lymphoma related to acquired immunodeficiency syndrome (AIDS)**

## Plan:

**Lymphoma related to acquired immunodeficiency syndrome (AIDS)**

Will remove port in 4 months if NED on PET.

Port flush every 2 months.

- NM PET CT Routine Skull to Mid Thigh; Future; Expected date: 11/13/2020
- CBC auto differential; Future; Expected date: 07/10/2020
- Comprehensive metabolic panel; Future; Expected date: 07/10/2020
- Lactate Dehydrogenase; Future; Expected date: 07/10/2020

Electronically signed by Long H. Dang, MD on 7/10/2020 12:10 PM

**Follow-up Information**

None

**Follow Up Call**

No data filed

**Lincoln/Lee 0644**

04/14/2021 8:29:23 PM -0400 FAXCOM                                   PAGE 46    OF 182

BRCH LABORATORY DRAW STATION                    Lee, Katonia
17000 Medical Center Dr                         MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                            Acct #: 72010816044
                                                Enc. Date 7/10/2020

---

### 07/10/2020 - Lab Visit in Ochsner Medical Center - Baton Rouge

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|------|-----------|-----|-----------------|-----------|
| Lee, Katonia | 2325810 | | Female | (50 yrs) |

| Address | Phone | Email | | |
|---------|-------|-------|--|--|
| | | | | |

| Reg Status | PCP | Date Last Verified | Next Review Date | |
|------------|-----|--------------------|------------------|--|
| Verified | Sonia McField, FNP601-944-5964 | 03/12/21 | 04/11/21 | |

---

Generated on 3/25/21  5:31 PM                                          Page 140

**Lincoln/Lee 0645**

04/14/2021 8:29:23 PM -0400 FAXCOM                          PAGE 47   OF 182

BRCH LABORATORY DRAW STATION          Lee, Katonia
17000 Medical Center Dr               MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                  Acct #: 72010816044
                                      Enc. Date 7/10/2020

## 07/10/2020 - Lab Visit in Ochsner Medical Center - Baton Rouge (continued)

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | |
| **Diffuse large B-cell lymphoma of lymph nodes of neck** | ICD-10-CM: C83.31 ICD-9-CM: 202.81 | |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20 ICD-9-CM: 042 | |

**Problem List** as of 7/10/2020                                Date Reviewed: **7/10/2020**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 2/12/2018 - Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | | | 1/21/2019 - Present |
| **Elevated LFTs** | ICD-10-CM: R94.5 ICD-9-CM: 790.6 | | | 1/21/2019 - Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10 ICD-9-CM: 202.80 | | | 1/22/2019 - Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20 ICD-9-CM: 042 | | | 1/24/2019 - Present |
| **Lymphoma** | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | | | 2/11/2019 - Present |
| **Anemia** | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 2/26/2019 - Present |
| **Other chest pain** | ICD-10-CM: R07.89 ICD-9-CM: 786.59 | | | 2/26/2019 - Present |
| **Biliary obstruction** | ICD-10-CM: K83.1 ICD-9-CM: 576.2 | | | 4/30/2019 - Present |
| **Multiple lung nodules on CT** | ICD-10-CM: R91.8 ICD-9-CM: 793.19 | | | 7/25/2019 - Present |
| **HIV disease** | ICD-10-CM: B20 ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21 ICD-9-CM: 782.1 | | | 8/20/2019 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | | | 1/21/2019 - 1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | | | 1/21/2019 - 2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | | | 1/21/2019 - 1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 ICD-9-CM: 780.96 | | | 2/13/2019 - 2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 - 3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 ICD-9-CM: 112.0 | | | 2/27/2019 - 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9 ICD-9-CM: 780.60 | | | 2/28/2019 - 3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 5/25/2019 - 5/26/2019 |

**Patient as-of Visit**

**Allergies** as of 7/10/2020

Allergies last reviewed by Erin E. Ringo, RN on 7/10/2020 1255
No Known Allergies

Generated on 3/25/21  5:31 PM                                          Page 141

**Lincoln/Lee 0646**

BRCH LABORATORY DRAW STATION
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:              Sex: F
Acct #: 72010816044
Enc. Date 7/10/2020

## 07/10/2020 - Lab Visit in Ochsner Medical Center - Baton Rouge (continued)

### Patient as-of Visit (continued)

**Immunizations** as of 7/10/2020

| Immunization | Administered On |
|---|---|
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

### Outpatient Medications at Start of Encounter as of 7/10/2020

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |

Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral

Monica H Fefie, LPN 12/31/2019 10:46 AM

Erica M. Coffey, RN 2/7/2019 10:49 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amLODIPine (NORVASC) 10 MG tablet** | 90 tablet | 3 | 3/15/2020 | |

Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral

**citalopram (CELEXA) 20 MG tablet**
Sig - Route: Take 20 mg by mouth once daily. - Oral
Class: Historical Med

Monica H Fefie, LPN 12/31/2019 10:46 AM

Erica M. Coffey, RN 2/7/2019 10:53 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

**ferrous gluconate 324 mg (37.5 mg iron) Tab**
Sig - Route: Take 1 tablet by mouth once daily. - Oral
Class: Historical Med

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |

Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |

Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 30 tablet | 1 | 6/26/2020 | 8/24/2020 |

Sig - Route: Take 1 tablet by mouth once daily. - Oral

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **doxycycline (VIBRAMYCIN) 100 MG Cap** | 10 capsule | 0 | 8/20/2019 | 7/31/2020 |

Sig - Route: Take 1 capsule (100 mg total) by mouth once daily. - Oral

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **oxyCODONE (ROXICODONE) 5 MG immediate release tablet** | 60 tablet | 0 | 7/2/2020 | 7/29/2020 |

Sig - Route: Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain (medically necessary). - Oral
Earliest Fill Date: 7/2/2020
Notes to Pharmacy: Quantity medically necessary for greater than 7 days

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **predniSONE (DELTASONE) 20 MG tablet** | 25 tablet | 0 | 6/24/2019 | 7/31/2020 |

Sig: Take 5 tablets (100mg total) by mouth once daily for 5 days

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **promethazine (PHENERGAN) 25 MG tablet** | 60 tablet | 1 | 4/22/2019 | 7/31/2020 |

Sig - Route: Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. - Oral

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 1 | 7/2/2020 | 7/29/2020 |

Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral

### Labs

**CBC auto differential [525505253] (Final result)**

Electronically signed by: **Cheree S. Bodden, NP** on 03/06/20 1454                    Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Cheree S. Bodden, NP 03/06/20 1454                    Authorized by: Cheree S. Bodden, NP

---

**Lincoln/Lee 0647**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 49   OF 182

BRCH LABORATORY DRAW STATION          Lee, Katonia
17000 Medical Center Dr               MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                  Acct #: 72010816044
                                      Enc. Date 7/10/2020

## 07/10/2020 - Lab Visit in Ochsner Medical Center - Baton Rouge (continued)

### Labs (continued)

Ordering mode: Standard
Frequency: STAT  03/06/20 -                    Class: Lab Collect
Quantity: 1                                    Lab status: Final result
Instance released by: Alison R Schexnayder 7/10/2020 11:30 AM
Diagnoses
Lymphoma related to acquired immunodeficiency syndrome (AIDS) [B20, C85.90]
Diffuse large B-cell lymphoma of lymph nodes of neck [C83.31]
AIDS (acquired immune deficiency syndrome) [B20]

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| 9110011311:1 | Blood | Blood | HTC 07/10/20 1136 |

**CBC auto differential [525505253] (Abnormal)**      Resulted: 07/10/20 1144, Result status: Final result

Order status: Completed                        Filed by: Edi, Soft Lab Interface  07/10/20 1144
Collected by: HTC 07/10/20 1136                Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
Acknowledged by: Cheree S. Bodden, NP on 07/10/20 1145

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 3.76 | 3.9 - 12.7 K/uL | L ˅ | BRLB |
| RBC | 4.23 | 4.00 - 5.40 M/uL | — | BRLB |
| Hemoglobin | 12.8 | 12.0 - 16.0 g/dL | — | BRLB |
| Hematocrit | 40.7 | 37 - 48 % | — | BRLB |
| MCV | 96 | 82.0 - 98.0 fL | — | BRLB |
| MCH | 30.3 | 27.0 - 31.0 pg | — | BRLB |
| MCHC | 31.4 | 32.0 - 36.0 g/dL | L ˅ | BRLB |
| RDW | 13.6 | 11.5 - 14.5 % | — | BRLB |
| Platelets | 160 | 150 - 350 K/uL | — | BRLB |
| MPV | 11.2 | 9.2 - 12.9 fL | — | BRLB |
| Immature Granulocytes | 0.3 | 0.0 - 0.5 % | — | BRLB |
| Gran # (ANC) | 1.4 | 1.8 - 7.7 K/uL | L ˅ | BRLB |
| Immature Grans (Abs) | 0.01 | 0.00 - 0.04 K/uL | — | BRLB |

Comment:
Mild elevation in immature granulocytes is non specific and
can be seen in a variety of conditions including stress response,
acute inflammation, trauma and pregnancy. Correlation with other
laboratory and clinical findings is essential.

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Lymph # | 1.9 | 1.0 - 4.8 K/uL | — | BRLB |
| Mono # | 0.4 | 0.3 - 1.0 K/uL | — | BRLB |
| Eos # | 0.1 | 0.0 - 0.5 K/uL | — | BRLB |
| Baso # | 0.01 | 0.00 - 0.20 K/uL | — | BRLB |
| nRBC | 0 | 0 /100 WBC | — | BRLB |
| Gran % | 37.2 | 38.0 - 73.0 % | L ˅ | BRLB |
| Lymph % | 50.0 | 18 - 48 % | H ˄ | BRLB |
| Mono % | 9.3 | 4 - 15 % | — | BRLB |
| Eosinophil % | 2.9 | 0.0 - 8.0 % | — | BRLB |
| Basophil % | 0.3 | 0 - 1 % | — | BRLB |
| Differential Method | Automated | — | — | BRLB |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 393 - BRLB | OCHSNER MEDICAL CENTER - BATON ROUGE | Aimee Goodier, M.D. | 17000 Medical Center Drive Baton Rouge LA 70816 | 11/22/19 0951 - Present |

---

Generated on 3/25/21  5:31 PM                                          Page 143

**Lincoln/Lee 0648**

04/14/2021 8:29:23 PM -0400 FAXCOM                                   PAGE 50   OF 182

BRCH LABORATORY DRAW STATION                  Lee, Katonia
17000 Medical Center Dr                       MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                          Acct #: 72010816044
                                              Enc. Date 7/10/2020

## 07/10/2020 - Lab Visit in Ochsner Medical Center - Baton Rouge (continued)

**Labs (continued)**

### Indications

Lymphoma related to acquired immunodeficiency syndrome (AIDS) [B20, C85.90 (ICD-10-CM)]
Diffuse large B-cell lymphoma of lymph nodes of neck [C83.31 (ICD-10-CM)]
AIDS (acquired immune deficiency syndrome) [B20 (ICD-10-CM)]

### All Reviewers List

Cheree S. Bodden, NP on 7/10/2020 12:48
Cheree S. Bodden, NP on 7/10/2020 12:12
Cheree S. Bodden, NP on 7/10/2020 11:45

### Comprehensive metabolic panel [525505254] (Final result)

Electronically signed by: **Cheree S. Bodden, NP on 03/06/20 1454**                     Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Cheree S. Bodden, NP 03/06/20 1454          Authorized by: Cheree S. Bodden, NP
Ordering mode: Standard
Frequency: STAT  03/06/20 -                                Class: Lab Collect
Quantity: 1                                                Lab status: Final result
Instance released by: Alison R Schexnayder 7/10/2020 11:30 AM
Diagnoses
Lymphoma related to acquired immunodeficiency syndrome (AIDS) [B20, C85.90]
Diffuse large B-cell lymphoma of lymph nodes of neck [C83.31]
AIDS (acquired immune deficiency syndrome) [B20]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 9110011311:2 | Blood | Blood | HTC 07/10/20 1136 |

Comprehensive metabolic panel [525505254] (Abnormal)          Resulted: 07/10/20 1205, Result status: Final result

Order status: Completed                          Filed by: Edi, Soft Lab Interface  07/10/20 1205
Collected by: HTC 07/10/20 1136                  Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
Acknowledged by: Cheree S. Bodden, NP on 07/10/20 1212

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 142 | 136 - 145 mmol/L | — | BRLB |
| Potassium | 3.9 | 3.5 - 5.1 mmol/L | — | BRLB |
| Chloride | 105 | 95 - 110 mmol/L | — | BRLB |
| CO2 | 30 | 23 - 29 mmol/L | H * | BRLB |
| Glucose | 109 | 70 - 110 mg/dL | — | BRLB |
| BUN | 15 | 6 - 20 mg/dL | — | BRLB |
| Creatinine | 1.1 | 0.5 - 1.4 mg/dL | — | BRLB |
| Calcium | 9.6 | 8.7 - 10.5 mg/dL | — | BRLB |
| Total Protein | 7.4 | 6.0 - 8.4 g/dL | — | BRLB |
| Albumin | 3.8 | 3.5 - 5.2 g/dL | — | BRLB |
| Total Bilirubin | 0.4 | 0.1 - 1.0 mg/dL | — | BRLB |

Comment:
For infants and newborns, interpretation of results should be based
on gestational age, weight and in agreement with clinical
observations.
Premature Infant recommended reference ranges:
Up to 24 hours.............<8.0 mg/dL
Up to 48 hours...........<12.0 mg/dL
3-5 days.................<15.0 mg/dL
6-29 days.................<15.0 mg/dL

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Alkaline Phosphatase | 181 | 55 - 135 U/L | H * | BRLB |
| AST | 17 | 10 - 40 U/L | — | BRLB |
| ALT | 8 | 10 - 44 U/L | L ⌄ | BRLB |

Generated on 3/25/21  5:31 PM                                                Page 144

**Lincoln/Lee 0649**

BRCC HEMATOLOGY ONCOLOGY                     Lee, Katonia
OCHSNER, BATON ROUGE REGION LA               MRN: 2325810, DOB:              Sex: F
                                             Acct #: 72010819070
                                             Enc. Date 7/10/2020

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 7/10/2020 11:20 AM (continued)**

infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time, 0 of 3 cycles

DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine (ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, , Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles

Plan Name: OP R-CHOP Q3W
Treatment Goal: Curative
Status: Active
Start Date: 2/18/2019
End Date: 6/3/2019 (Planned)
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: DOXOrubicin chemo injection 20 mg, 12.5 mg/m2 = 20 mg (25 % of original dose 50 mg/m2), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Dose modification: 12.5 mg/m2 (25 % of original dose 50 mg/m2, Cycle 1, Reason: Original Dose Changed)
Administration: 20 mg (2/18/2019), 20 mg (3/11/2019)

vinCRIStine (ONCOVIN) 2 mg in sodium chloride 0.9% 50 mL chemo infusion, 2 mg (100 % of original dose 2 mg), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Dose modification: 2 mg (original dose 2 mg, Cycle 1, Reason: MD Discretion, Comment: capping vincristine at 2 mg)
Administration: 2 mg (2/18/2019), 2 mg (3/11/2019)

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,180 mg in sodium chloride 0.9% 309 mL chemo infusion, 750 mg/m2 = 1,180 mg, Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Administration: 1,180 mg (2/18/2019), 1,210 mg (3/11/2019)

methotrexate (PF) 6 mg in sodium chloride 0.9% (NORMAL SALINE FLUSH) 3 mL INTRATHECAL chemo injection, , Intrathecal, Clinic/HOD 1 time, 0 of 4 cycles

**B-cell lymphoma**

Chemotherapy
Treatment Summary
Plan Name: OP RITUXIMAB Q3M (MAINTENANCE)
Treatment Goal: Palliative
Status: Inactive
Start Date: 1/27/2019
End Date: 1/27/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride 0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous, Clinic/HOD 1 time, 1 of 2 cycles
Administration: 664 mg (1/27/2019)

Plan Name: R-EPOCH INPATIENT
Treatment Goal: Curative
Status: Inactive

Generated on 3/25/21 5:31 PM                                    Page 133

**Lincoln/Lee 0650**

BRCC HEMATOLOGY ONCOLOGY                      Lee, Katonia
OCHSNER, BATON ROUGE REGION LA               MRN: 2325810, DOB:          Sex: F
                                             Acct #: 72010819070
                                             Enc. Date 7/10/2020

## Progress Notes (continued)

### Progress Notes by Long H. Dang, MD at 7/10/2020 11:20 AM (continued)

Start Date: 1/31/2019
End Date: 1/31/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg, Intravenous, Every 24 hours (non-standard times), 1 of 4 cycles
Administration: 1,270 mg (1/31/2019)

riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time, 0 of 3 cycles

DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine (ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, , Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles

Plan Name: OP R-CHOP Q3W
Treatment Goal: Curative
Status: Active
Start Date: 2/1/2019 (Planned)
End Date: 5/17/2019 (Planned)
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: DOXOrubicin chemo injection 84 mg, 50 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

vinCRIStine (ONCOVIN) 2.4 mg in sodium chloride 0.9% 50 mL chemo infusion, 1.4 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 250 mL chemo infusion, 750 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

riTUXimab (RITUXAN) 375 mg/m2 = 634 mg in sodium chloride 0.9% 634 mL infusion (conc: 1 mg/mL), 375 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • B-cell lymphoma | 1/22/2019 |
| • Biliary stricture | |
| • Cancer | |
| *lymphoma]* | |
| • Diffuse large B cell lymphoma of duodenum and pancreas | 1/21/2019 |
| • Encounter for blood transfusion | |
| • HIV (human immunodeficiency virus infection) | |
| • Hypertension | |
| • Jaundice | |
| • Stomach ulcer | |
| *bleeding* | |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|

Generated on 3/25/21 5:31 PM                                          Page 134

**Lincoln/Lee 0651**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 53    OF 182

BRCC HEMATOLOGY ONCOLOGY                      Lee, Katonia
OCHSNER, BATON ROUGE REGION LA                MRN: 2325810, DOB:          Sex: F
                                              Acct #: 72010819070
                                              Enc. Date 7/10/2020

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 7/10/2020 11:20 AM (continued)**

- Cancer                    Paternal Grandmother
- Heart disease             Mother
- Breast cancer             Maternal Aunt

**Social History**

*Socioeconomic History*
- Marital status:            Legally Separated
    Spouse name:             Not on file
- Number of children:        Not on file
- Years of education:        Not on file
- Highest education level:   Not on file

*Occupational History*
- Not on file

*Social Needs*
- Financial resource strain:  Not on file
- Food insecurity
    Worry:                    Not on file
    Inability:                Not on file
- Transportation needs
    Medical:                  Not on file
    Non-medical:              Not on file

*Tobacco Use*
- Smoking status:            Never Smoker
- Smokeless tobacco:         Never Used

*Substance and Sexual Activity*
- Alcohol use:               No
    Frequency:               Never
- Drug use:                  No
- Sexual activity:           Not on file

*Lifestyle*
- Physical activity
    Days per week:           Not on file
    Minutes per session:     Not on file
- Stress:                    Not on file

*Relationships*
- Social connections
    Talks on phone:          Not on file
    Gets together:           Not on file
    Attends religious service: Not on file
    Active member of club or  Not on file
    organization:
    Attends meetings of clubs  Not on file
    or organizations:
    Relationship status:     Not on file

*Other Topics*                Concern
- Not on file

*Social History Narrative*
- Not on file

**Past Surgical History:**

| Procedure | Laterality | Date |
|-----------|------------|------|
| • BRONCHOSCOPY | Bilateral | 7/25/2019 |

*Procedure: Bronchoscopy Pt needs K+;  Surgeon: Tarek M. Abdallah, MD;  Location: BRMH ENDO;  Service:*

Generated on 3/25/21  5:31 PM                                              Page 135

**Lincoln/Lee 0652**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 54    OF 182

BRCC HEMATOLOGY ONCOLOGY                        Lee, Katonia
OCHSNER, BATON ROUGE REGION LA                  MRN: 2325810, DOB:            Sex: F
                                                Acct #: 72010819070
                                                Enc. Date 7/10/2020

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 7/10/2020 11:20 AM (continued)**

*Pulmonary;  Laterality: Bilateral;*
- CESAREAN SECTION
- ERCP                                                          N/A            1/25/2019
  *Procedure: ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY);  Surgeon: Janak N. Shah, MD;  Location: NOMH ENDO (2ND FLR);  Service: Endoscopy;  Laterality: N/A;*
- ERCP                                                          Left           4/30/2019
  *Procedure: ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY);  Surgeon: Janak N. Shah, MD;  Location: NOMH ENDO (2ND FLR);  Service: Endoscopy;  Laterality: Left;  appt confirmed*
- ESOPHAGOGASTRODUODENOSCOPY
- INSERTION OF VENOUS ACCESS PORT                               Left           2/11/2019
  *Procedure: INSERTION, VENOUS ACCESS PORT;  Surgeon: Kyle A Jakob, MD;  Location: BRMH OR; Service: General;  Laterality: Left;*

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| allopurinol (ZYLOPRIM) 300 MG tablet | Take 1 tablet (300 mg total) by mouth once daily. (Patient taking differently: Take 300 mg by mouth every morning. ) | 30 tablet | 1 |
| amLODIPine (NORVASC) 10 MG tablet | Take 1 tablet (10 mg total) by mouth once daily. | 90 tablet | 3 |
| bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet | Take 1 tablet by mouth once daily. | 30 tablet | 1 |
| citalopram (CELEXA) 20 MG tablet | Take 20 mg by mouth once daily. | | |
| doxycycline (VIBRAMYCIN) 100 MG Cap | Take 1 capsule (100 mg total) by mouth once daily. | 10 capsule | 0 |
| ferrous gluconate 324 mg (37.5 mg iron) Tab | Take 1 tablet by mouth once daily. | | |
| hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab | Take 1 tablet (12.5 mg total) by mouth once daily. | 90 tablet | 3 |
| ondansetron (ZOFRAN-ODT) 8 MG TbDL | Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). | 60 tablet | 1 |
| oxyCODONE (ROXICODONE) 5 MG immediate release tablet | Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain (medically necessary). | 60 tablet | 0 |
| predniSONE (DELTASONE) 20 MG tablet | Take 5 tablets (100mg total) by mouth once daily for 5 days | 25 tablet | 0 |
| promethazine (PHENERGAN) 25 MG tablet | Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. | 60 tablet | 1 |
| zolpidem (AMBIEN) 5 MG Tab | Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). | 30 tablet | 1 |

Generated on 3/25/21  5:31 PM                                                   Page 136

**Lincoln/Lee 0653**

BRCC HEMATOLOGY ONCOLOGY                    Lee, Katonia
OCHSNER, BATON ROUGE REGION LA             MRN: 2325810, DOB:          Sex: F
                                           Acct #: 72010819070
                                           Enc. Date 7/10/2020

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 7/10/2020 11:20 AM (continued)**

No current facility-administered medications for this visit.

**Labs:**

Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 3.68 (L) | 03/06/2020 |
| HGB | 12.1 | 03/06/2020 |
| HCT | 38.4 | 03/06/2020 |
| MCV | 97 | 03/06/2020 |
| PLT | 152 | 03/06/2020 |

BMP

Lab Results

| Component | Value | Date |
|---|---|---|
| NA | 139 | 03/06/2020 |
| K | 3.8 | 03/06/2020 |
| CL | 104 | 03/06/2020 |
| CO2 | 27 | 03/06/2020 |
| BUN | 10 | 03/06/2020 |
| CREATININE | 0.9 | 06/08/2020 |
| CALCIUM | 9.2 | 03/06/2020 |
| ANIONGAP | 8 | 03/06/2020 |
| ESTGFRAFRICA | >60 | 06/08/2020 |
| EGFRNONAA | >60 | 06/08/2020 |

Lab Results

| Component | Value | Date |
|---|---|---|
| ALT | 12 | 03/06/2020 |
| AST | 19 | 03/06/2020 |
| ALKPHOS | 173 (H) | 03/06/2020 |
| BILITOT | 0.3 | 03/06/2020 |

Lab Results

| Component | Value | Date |
|---|---|---|
| IRON | 77 | 08/20/2019 |
| TIBC | 379 | 08/20/2019 |
| FERRITIN | 684 (H) | 08/20/2019 |

Lab Results

| Component | Value | Date |
|---|---|---|
| VITAMINB12 | 1042 (H) | 08/20/2019 |

Lab Results

| Component | Value | Date |
|---|---|---|
| FOLATE | 3.3 (L) | 08/20/2019 |

Lab Results

| Component | Value | Date |
|---|---|---|
| TSH | 1.014 | 01/23/2019 |

**Lincoln/Lee 0654**

BRCC HEMATOLOGY ONCOLOGY                  Lee, Katonia
OCHSNER, BATON ROUGE REGION LA            MRN: 2325810, DOB:        Sex: F
                                         Acct #: 72010819070
                                         Enc. Date 7/10/2020

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 7/10/2020 11:20 AM (continued)**

I have reviewed the radiology reports and examined the scan/xray images.

Review of Systems
Constitutional: Negative.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Negative.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative.
Hematological: Negative.
Psychiatric/Behavioral: Negative.

ECOG SCORE
  0 - Fully active-able to carry on all pre-disease performance without restriction

## Objective:

Vitals:
                07/10/20 1147
BP:             123/82
Pulse:          84
Temp:           97.9 °F (36.6 °C)
Body mass index is 33.06 kg/m².
**Physical Exam**
Vitals signs and nursing note reviewed.
Constitutional:
   Appearance: She is well-developed.
HENT:
   Head: Normocephalic and atraumatic.
Eyes:
   Conjunctiva/sclera: Conjunctivae normal.
Neck:
   Musculoskeletal: Normal range of motion and neck supple.
Cardiovascular:
   Rate and Rhythm: Normal rate and regular rhythm.
Pulmonary:
   Effort: Pulmonary effort is normal.
   Breath sounds: Normal breath sounds.
Abdominal:
   General: Bowel sounds are normal.
   Palpations: Abdomen is soft.
Musculoskeletal: Normal range of motion.
Skin:

Generated on 3/25/21 5:31 PM                                      Page 138

**Lincoln/Lee 0655**

04/14/2021 8:29:23 PM -0400 FAXCOM                    PAGE 57   OF 182

BRCH INFUSION
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:                    Sex: F
Acct #: 72010819601
Enc. Date 7/10/2020

## 07/10/2020 - Infusion in Ochsner Cancer Center-Baton Rouge (continued)

### Clinic-Administered Medication Detail (continued)

| | Dose | Frequency | Start | End | DAW |
|---|---|---|---|---|---|
| **heparin, porcine (PF) 100 unit/mL injection flush 500 Units (Discontinued)**<br>Class: Normal<br>Route: Intravenous<br>Order: 525505262<br>Date/Time Signed: 7/10/2020 13:39 | 500 Units | Clinic/HOD 1 time | 9/11/2020 | | -- |

### Clinic-Administered Medication Detail

| | Dose | Frequency | Start | End | DAW |
|---|---|---|---|---|---|
| **sodium chloride 0.9% flush 10 mL (Discontinued)**<br>Class: Normal<br>Route: Intravenous<br>Order: 525505263<br>Date/Time Signed: 7/10/2020 13:39 | 10 mL | Clinic/HOD 1 time | 9/11/2020 | | -- |

## Progress Notes

### Nursing by Holly E. Roubique, RN at 7/10/2020 12:30 PM

| Author: Holly E. Roubique, RN | Service: — | Author Type: Registered Nurse |
|---|---|---|
| Filed: 7/10/2020  3:04 PM | Encounter Date: 7/10/2020 | Status: Signed |
| Editor: Holly E. Roubique, RN (Registered Nurse) | | |

Pt here for Mediport Flush. _____L_ chestwall mediport accessed with a 20g 1" huber via sterile technique.  No blood return noted. Flushing well.  Offered Activase.  Pt refused.   Flushed with 10ml NS and 5 ml heparin solution. Needle D/C, site without redness, swelling, or drainage noted.  Dressing applied.  Patient tolerated well.  Patient to return to clinic in___2 mos___

Electronically signed by Holly E. Roubique, RN on 7/10/2020  3:04 PM

### Follow-up Information

None

### Follow Up Call

No data filed

**Lincoln/Lee 0656**

BRCC HEMATOLOGY ONCOLOGY
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:
Acct #: 72010819070
Enc. Date 7/10/2020

Sex: F

## 07/10/2020 - Office Visit in BR Cancer Center - Hematology Oncology

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|------|-----------|-----|-----------------|------------|
| Lee, Katonia | 2325810 | | Female | (50 yrs) |

| Address | Phone | Email |
|---------|-------|-------|
| | | |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|-----------|-----|--------------------|------------------|
| Verified | Sonia McField, FNP601-944-5964 | 03/12/21 | 04/11/21 |

**Lincoln/Lee 0657**

04/14/2021 8:29:23 PM -0400 FAXCOM                          PAGE 59    OF 182

BRCC HEMATOLOGY ONCOLOGY              Lee, Katonia
OCHSNER, BATON ROUGE REGION LA        MRN: 2325810, DOB:        Sex: F
                                      Acct #: 72010819070
                                      Enc. Date 7/10/2020

## 07/10/2020 - Office Visit in BR Cancer Center - Hematology Oncology (continued)

### Diagnoses

| | Codes | Comments |
|---|---|---|
| Lymphoma related to acquired immunodeficiency syndrome (AIDS)   -  Primary | ICD-10-CM: B20, C85.90  ICD-9-CM: 042, 202.80 | |

### Problem List as of 7/10/2020                                                    Date Reviewed: **7/10/2020**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10  ICD-9-CM: 401.9 | | | 2/12/2018 -  Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90  ICD-9-CM: 042, 202.80 | | | 1/21/2019 -  Present |
| **Elevated LFTs** | ICD-10-CM: R94.5  ICD-9-CM: 790.6 | | | 1/21/2019 -  Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10  ICD-9-CM: 202.80 | | | 1/22/2019 -  Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20  ICD-9-CM: 042 | | | 1/24/2019 -  Present |
| **Lymphoma** | ICD-10-CM: C85.90  ICD-9-CM: 202.80 | | | 2/11/2019 -  Present |
| **Anemia** | ICD-10-CM: D64.9  ICD-9-CM: 285.9 | | | 2/26/2019 -  Present |
| **Other chest pain** | ICD-10-CM: R07.89  ICD-9-CM: 786.59 | | | 2/26/2019 -  Present |
| **Biliary obstruction** | ICD-10-CM: K83.1  ICD-9-CM: 576.2 | | | 4/30/2019 -  Present |
| **Multiple lung nodules on CT** | ICD-10-CM: R91.8  ICD-9-CM: 793.19 | | | 7/25/2019 -  Present |
| **HIV disease** | ICD-10-CM: B20  ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21  ICD-9-CM: 782.1 | | | 8/20/2019 -  Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0  ICD-9-CM: 276.51 | | | 1/21/2019 -  1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9  ICD-9-CM: 789.00 | | | 1/21/2019 -  2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2  ICD-9-CM: 536.2 | | | 1/21/2019 -  1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52  ICD-9-CM: 780.96 | | | 2/13/2019 -  2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81  ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -  3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0  ICD-9-CM: 112.0 | | | 2/27/2019 -  3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9  ICD-9-CM: 780.60 | | | 2/28/2019 -  3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9  ICD-9-CM: 285.9 | | | 5/25/2019 -  5/26/2019 |

### Patient as-of Visit

**Allergies** as of 7/10/2020

Allergies last reviewed by Erin E. Ringo, RN on 7/10/2020 1255
No Known Allergies

**Immunizations** as of 7/10/2020

| Immunization | Administered On |
|---|---|

Generated on 3/25/21  5:31 PM                                              Page 129

**Lincoln/Lee 0658**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 60   OF 182

BRCC HEMATOLOGY ONCOLOGY                        Lee, Katonia
OCHSNER, BATON ROUGE REGION LA                  MRN: 2325810, DOB:            Sex: F
                                                Acct #: 72010819070
                                                Enc. Date 7/10/2020

### 07/10/2020 - Office Visit in BR Cancer Center - Hematology Oncology (continued)

**Patient as-of Visit (continued)**

| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 7/10/2020**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet (Taking)** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |
|   Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
|   Erica M. Coffey, RN 2/7/2019 10:49 AM | | | | |
|   TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Taking)** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| **citalopram (CELEXA) 20 MG tablet (Taking)** | | | | |
| Sig - Route: Take 20 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
|   Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
|   Erica M. Coffey, RN 2/7/2019 10:53 AM | | | | |
|   TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking)** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab (Taking)** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking)** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking)** | 30 tablet | 1 | 6/26/2020 | 8/24/2020 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| **doxycycline (VIBRAMYCIN) 100 MG Cap (Taking)** | 10 capsule | 0 | 8/20/2019 | 7/31/2020 |
| Sig - Route: Take 1 capsule (100 mg total) by mouth once daily. - Oral | | | | |
| **oxyCODONE (ROXICODONE) 5 MG immediate release tablet (Taking)** | 60 tablet | 0 | 7/2/2020 | 7/29/2020 |
| Sig - Route: Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain (medically necessary). - Oral | | | | |
| Earliest Fill Date: 7/2/2020 | | | | |
| Notes to Pharmacy: Quantity medically necessary for greater than 7 days | | | | |
| **predniSONE (DELTASONE) 20 MG tablet (Taking)** | 25 tablet | 0 | 6/24/2019 | 7/31/2020 |
| Sig: Take 5 tablets (100mg total) by mouth once daily for 5 days | | | | |
| **promethazine (PHENERGAN) 25 MG tablet (Taking)** | 60 tablet | 1 | 4/22/2019 | 7/31/2020 |
| Sig - Route: Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. - Oral | | | | |
| **zolpidem (AMBIEN) 5 MG Tab (Taking)** | 30 tablet | 1 | 7/2/2020 | 7/29/2020 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet (Taking)** | 30 tablet | 1 | 2/2/2019 | |
| Sig: Take 1 tablet (300 mg total) by mouth once daily. | | | | |
| Route: Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Taking)** | 90 tablet | 3 | 3/15/2020 | |
| Sig: Take 1 tablet (10 mg total) by mouth once daily. | | | | |
| Route: Oral | | | | |
| **citalopram (CELEXA) 20 MG tablet (Taking)** | | | | |

Generated on 3/25/21  5:31 PM                                                      Page 130

**Lincoln/Lee 0659**

BRCC HEMATOLOGY ONCOLOGY                    Lee, Katonia
OCHSNER, BATON ROUGE REGION LA             MRN: 2325810, DOB:          Sex: F
                                           Acct #: 72010819070
                                           Enc. Date 7/10/2020

## 07/10/2020 - Office Visit in BR Cancer Center - Hematology Oncology (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig: Take 20 mg by mouth once daily.<br>Class: Historical Med<br>Route: Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking)**<br>Sig: Take 1 tablet by mouth once daily.<br>Class: Historical Med<br>Route: Oral | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab (Taking)**<br>Sig: Take 1 tablet (12.5 mg total) by mouth once daily.<br>Route: Oral | 90 tablet | 3 | 3/15/2020 | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking)**<br>Sig: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea).<br>Route: Oral | 60 tablet | 1 | 4/22/2019 | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet by mouth once daily.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 1 | 6/26/2020 | 8/24/2020 |
| **doxycycline (VIBRAMYCIN) 100 MG Cap (Taking/Discontinued)**<br>Sig: Take 1 capsule (100 mg total) by mouth once daily.<br>Route: Oral<br>Reason for Discontinue: **Patient no longer taking** | 10 capsule | 0 | 8/20/2019 | 7/31/2020 |
| **oxyCODONE (ROXICODONE) 5 MG immediate release tablet (Taking/Discontinued)**<br>Sig: Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain (medically necessary).<br>Earliest Fill Date: 7/2/2020<br>Notes to Pharmacy: Quantity medically necessary for greater than 7 days<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 60 tablet | 0 | 7/2/2020 | 7/29/2020 |
| **predniSONE (DELTASONE) 20 MG tablet (Taking/Discontinued)**<br>Sig: Take 5 tablets (100mg total) by mouth once daily for 5 days<br>Reason for Discontinue: **Patient no longer taking** | 25 tablet | 0 | 6/24/2019 | 7/31/2020 |
| **promethazine (PHENERGAN) 25 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea.<br>Route: Oral<br>Reason for Discontinue: **Patient no longer taking** | 60 tablet | 1 | 4/22/2019 | 7/31/2020 |
| **zolpidem (AMBIEN) 5 MG Tab (Taking/Discontinued)**<br>Sig: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep).<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 1 | 7/2/2020 | 7/29/2020 |

### Clinic-Administered Medication Detail

| | Dose | Frequency | Start | End | DAW |
|---|---|---|---|---|---|
| **heparin, porcine (PF) 100 unit/mL injection flush 500 Units (Discontinued)**<br>Class: Normal<br>Route: Intravenous<br>Order: 525505260<br>Date/Time Signed: 7/10/2020 13:19 | 500 Units | Clinic/HOD 1 time | 7/10/2020 | | -- |

### Clinic-Administered Medication Detail

**Lincoln/Lee 0660**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 62    OF 182

BRCC HEMATOLOGY ONCOLOGY                         Lee, Katonia
OCHSNER, BATON ROUGE REGION LA                   MRN: 2325810, DOB:              Sex: F
                                                 Acct #: 72010819070
                                                 Enc. Date 7/10/2020

## 07/10/2020 - Office Visit in BR Cancer Center - Hematology Oncology (continued)

**Clinic-Administered Medication Detail (continued)**

| | Dose | Frequency | Start | End | DAW |
|---|---|---|---|---|---|
| **sodium chloride 0.9% flush 10 mL (Discontinued)** | 10 mL | Clinic/HOD 1 time | 7/10/2020 | | -- |

Class: Normal
Route: Intravenous
Order: 525505261
Date/Time Signed: 7/10/2020 13:19

## Progress Notes

**Progress Notes by Long H. Dang, MD at 7/10/2020 11:20 AM**

| Author: Long H. Dang, MD | Service: — | Author Type: Physician |
|---|---|---|
| Filed: 7/10/2020 12:10 PM | Encounter Date: 7/10/2020 | Creation Time: 7/9/2020 7:08 PM |
| Status: Signed | Editor: Long H. Dang, MD (Physician) | |

**Subjective:**

**Patient ID:** Katonia Lee is a 50 y.o. female.

**Chief Complaint:** Lymphoma related to acquired immunodeficiency syndrome (AIDS) [B20, C85.90]
HPI: We have an opportunity to see Ms. Katonia Lee in Hematology Oncology clinic at Ochsner Medical Center on 07/09/2020. Ms. Katonia Lee is a 50 y.o. woman AIDS-related DLBCL completed treatment s/p 7 cycles of RCHOP with 1st 2 cycles dose reduced, s/p 6 IT MTX. Reports doing well.

**Oncology History**
**Lymphoma related to acquired immunodeficiency syndrome (AIDS)**
1/21/2019            **Initial Diagnosis**
                     Lymphoma related to acquired immunodeficiency syndrome (AIDS)

1/31/2019 -          **Chemotherapy**
                     Treatment Summary
                     Plan Name: OP RITUXIMAB Q3M (MAINTENANCE)
                     Treatment Goal: Palliative
                     Status: Inactive
                     Start Date: 1/27/2019
                     End Date: 1/27/2019
                     Provider: Ronald D. Delrie Jr., MD
                     Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride
                     0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous,
                     Clinic/HOD 1 time, 1 of 2 cycles
                     Administration: 664 mg (1/27/2019)

                     Plan Name: R-EPOCH INPATIENT
                     Treatment Goal: Curative
                     Status: Inactive
                     Start Date: 1/31/2019
                     End Date: 1/31/2019
                     Provider: Ronald D. Delrie Jr., MD
                     Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium
                     chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg, Intravenous, Every
                     24 hours (non-standard times), 1 of 4 cycles
                     Administration: 1,270 mg (1/31/2019)

                     riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL

Generated on 3/25/21 5:31 PM                                              Page 132

**Lincoln/Lee 0661**

ONLC INFECTIOUS DISEASE
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72011032568
Enc. Date 8/10/2020

## Progress Notes (continued)

**Progress Notes by John O. Nnadi, MD at 8/10/2020 11:00 AM (continued)**

| Latest Ref Rng & Units | | |
|---|---|---|
| Absolute CD4 300 - 1400 cells/ul | 257.0 (L) | 119 (L) |

Patient is compliant with HIV medications.
Patient does not have side effects with the HIV medications.none

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

Review of Systems
Constitutional: Negative.  Negative for chills, diaphoresis, fever, malaise/fatigue and weight loss.
HENT: Negative for hearing loss.
Eyes: Negative for blurred vision, double vision and photophobia.
Respiratory: Negative for cough and hemoptysis.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Negative for heartburn, nausea and vomiting.
Genitourinary: Negative for dysuria and urgency.
Skin: Negative for itching and rash.
Neurological: Negative for dizziness and tingling.
Endo/Heme/Allergies: Negative for environmental allergies. Does not bruise/bleed easily.
Psychiatric/Behavioral: Negative.  Negative for depression and suicidal ideas.

Physical Exam
Constitutional: She is oriented to person, place, and time. Vital signs are normal. She appears well-developed.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Pupils are equal, round, and reactive to light. Conjunctivae and EOM are normal.
Neck: Normal range of motion. Neck supple. No thyroid mass and no thyromegaly present.
Cardiovascular: Normal rate, normal heart sounds and intact distal pulses.
Pulmonary/Chest: Effort normal and breath sounds normal. No accessory muscle usage. No respiratory distress.
Abdominal: Soft. Bowel sounds are normal. She exhibits no mass. There is no abdominal tenderness.
Musculoskeletal: Normal range of motion.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is intact. No rash noted.
Psychiatric: She has a normal mood and affect.
Nursing note and vitals reviewed.

Immunization History

| Administered | Date(s) Administered |
|---|---|
| • Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Assessment:**

**Lincoln/Lee 0662**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 64    OF 182

ONLC INFECTIOUS DISEASE                        Lee, Katonia
OCHSNER, BATON ROUGE REGION LA                 MRN: 2325810, DOB:          Sex: F
                                               Acct #: 72011032568
                                               Enc. Date 8/10/2020

## Progress Notes (continued)

**Progress Notes by John O. Nnadi, MD at 8/10/2020 11:00 AM (continued)**

1.  Lymphoma related to acquired
    immunodeficiency syndrome (AIDS)
2.  AIDS (acquired immune deficiency syndrome)
3.  Essential hypertension

### Plan:
**Problem List Items Addressed This Visit**

**Essential hypertension**
Will continue Norvasc

**Lymphoma related to acquired immunodeficiency syndrome (AIDS)**
Will continue oncology follow up

**AIDS (acquired immune deficiency syndrome)**
Will continue Biktarvy , will follow repeat HIV labs today .
Encouraged to be compliant with therapy .

The patient has been counseled regarding the importance of compliance with every dose of HIV medications. Possible side effects have been reviewed and the patient's questions have been answered.

Electronically signed by John O. Nnadi, MD on 8/10/2020 11:24 AM

**Follow-up and Disposition History**

08/10/2020 1124 - John O. Nnadi, MD

Dispositions:              •   Follow up in about 4 months (around 12/10/2020).

**Follow-up Information**

None

**Follow Up Call**

No data filed

Generated on 3/25/21  5:31 PM                                            Page 122

**Lincoln/Lee 0663**

BRCH INFUSION                                    Lee, Katonia
17000 Medical Center Dr                          MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                             Acct #: 72010819601
                                                 Enc. Date 7/10/2020

## 07/10/2020 - Infusion in Ochsner Cancer Center-Baton Rouge

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|------|-----------|-----|-----------------|-----------|
| Lee, Katonia | 2325810 | | Female | (50 yrs) |

| Address | Phone | Email | | |
|---------|-------|-------|--|--|
| | | | | |

| Reg Status | PCP | Date Last Verified | Next Review Date | |
|-----------|-----|-------------------|------------------|--|
| Verified | Sonia McField, FNP601-944-5964 | 03/12/21 | 04/11/21 | |

PAGE 65/182 * RCVD AT 4/14/2021 8:29:22 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/0 * DNIS:6035591994 * CSID: * ANI: * DURATION (mm-ss):181-01

**Lincoln/Lee 0664**

BRCH INFUSION                          Lee, Katonia
17000 Medical Center Dr                MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                   Acct #: 72010819601
                                       Enc. Date 7/10/2020

## 07/10/2020 - Infusion in Ochsner Cancer Center-Baton Rouge (continued)

### Diagnoses

| | Codes | Comments |
|---|---|---|
| **Diffuse large B-cell lymphoma, unspecified body region**   - Primary | ICD-10-CM: C83.30 ICD-9-CM: 202.80 | |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | |

### Problem List as of 7/10/2020

Date Reviewed: **7/10/2020**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 2/12/2018 - Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | | | 1/21/2019 - Present |
| **Elevated LFTs** | ICD-10-CM: R94.5 ICD-9-CM: 790.6 | | | 1/21/2019 - Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10 ICD-9-CM: 202.80 | | | 1/22/2019 - Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20 ICD-9-CM: 042 | | | 1/24/2019 - Present |
| **Lymphoma** | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | | | 2/11/2019 - Present |
| **Anemia** | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 2/26/2019 - Present |
| **Other chest pain** | ICD-10-CM: R07.89 ICD-9-CM: 786.59 | | | 2/26/2019 - Present |
| **Biliary obstruction** | ICD-10-CM: K83.1 ICD-9-CM: 576.2 | | | 4/30/2019 - Present |
| **Multiple lung nodules on CT** | ICD-10-CM: R91.8 ICD-9-CM: 793.19 | | | 7/25/2019 - Present |
| **HIV disease** | ICD-10-CM: B20 ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21 ICD-9-CM: 782.1 | | | 8/20/2019 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | | | 1/21/2019 - 1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | | | 1/21/2019 - 2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | | | 1/21/2019 - 1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 ICD-9-CM: 780.96 | | | 2/13/2019 - 2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 - 3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 ICD-9-CM: 112.0 | | | 2/27/2019 - 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9 ICD-9-CM: 780.60 | | | 2/28/2019 - 3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 5/25/2019 - 5/26/2019 |

### Patient as-of Visit

**Allergies** as of 7/10/2020

Allergies last reviewed by Erin E. Ringo, RN on 7/10/2020 1255
No Known Allergies

**Lincoln/Lee 0665**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 67    OF 182

BRCH INFUSION                          Lee, Katonia
17000 Medical Center Dr                MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                   Acct #: 72010819601
                                       Enc. Date 7/10/2020

## 07/10/2020 - Infusion in Ochsner Cancer Center-Baton Rouge (continued)

### Patient as-of Visit (continued)

**Immunizations** as of 7/10/2020

| Immunization | Administered On |
|---|---|
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

### Outpatient Medications at Start of Encounter as of 7/10/2020

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **amLODIPine (NORVASC) 10 MG tablet** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| **citalopram (CELEXA) 20 MG tablet** | | | | |
| Sig - Route: Take 20 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:53 AM TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 30 tablet | 1 | 6/26/2020 | 8/24/2020 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| **doxycycline (VIBRAMYCIN) 100 MG Cap** | 10 capsule | 0 | 8/20/2019 | 7/31/2020 |
| Sig - Route: Take 1 capsule (100 mg total) by mouth once daily. - Oral | | | | |
| **oxyCODONE (ROXICODONE) 5 MG immediate release tablet** | 60 tablet | 0 | 7/2/2020 | 7/29/2020 |
| Sig - Route: Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain (medically necessary). - Oral Earliest Fill Date: 7/2/2020 Notes to Pharmacy: Quantity medically necessary for greater than 7 days | | | | |
| **predniSONE (DELTASONE) 20 MG tablet** | 25 tablet | 0 | 6/24/2019 | 7/31/2020 |
| Sig: Take 5 tablets (100mg total) by mouth once daily for 5 days | | | | |
| **promethazine (PHENERGAN) 25 MG tablet** | 60 tablet | 1 | 4/22/2019 | 7/31/2020 |
| Sig - Route: Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. - Oral | | | | |
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 1 | 7/2/2020 | 7/29/2020 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |

### Ordered Facility-Administered Medications

| | Dose | Freq | Start | End |
|---|---|---|---|---|
| **heparin, porcine (PF) 100 unit/mL injection flush 500 Units** | 500 Units | Clinic/HOD 1 time | 7/10/2020 | 7/10/2020 |
| Route: Intravenous | | | | |
| **sodium chloride 0.9% flush 10 mL** | 10 mL | Clinic/HOD 1 time | 7/10/2020 | 7/10/2020 |

Generated on 3/25/21 5:31 PM                                                 Page 125

**Lincoln/Lee 0666**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 68    OF 182

BRCH INFUSION                              Lee, Katonia
17000 Medical Center Dr                    MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                       Acct #: 72010819601
                                           Enc. Date 7/10/2020

## 07/10/2020 - Infusion in Ochsner Cancer Center-Baton Rouge (continued)

### Ordered Facility-Administered Medications (continued)

| | Dose | Freq | Start | End |
|---|---|---|---|---|
| Route: Intravenous | | | | |

### All Meds and Administrations

#### heparin, porcine (PF) 100 unit/mL injection flush 500 Units [525505265]

Ordering Provider: Long H. Dang, MD          Status: Completed (Past End Date/Time)
Ordered On: 07/10/20 1339                    Starts/Ends: 07/10/20 1345 - 07/10/20 1230
Dose (Remaining/Total): 500 Units (0/1)      Route: Intravenous
Frequency: Clinic/HOD 1 time                 Rate/Duration: — / —

| Line | Med Link Info | Comment |
|---|---|---|
| Port A Cath Single Lumen left subclavian | 07/10/20 1230 by Holly E. Roubique, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 07/10/20 1230 | Given | 500 Units | Intravenous | Performed by: Holly E. Roubique, RN<br>Comments: exp 1/2022<br>Scanned Package: 6425333335 |

#### sodium chloride 0.9% flush 10 mL [525505266]

Ordering Provider: Long H. Dang, MD          Status: Completed (Past End Date/Time)
Ordered On: 07/10/20 1339                    Starts/Ends: 07/10/20 1345 - 07/10/20 1230
Dose (Remaining/Total): 10 mL (0/1)          Route: Intravenous
Frequency: Clinic/HOD 1 time                 Rate/Duration: — / —

| Line | Med Link Info | Comment |
|---|---|---|
| Port A Cath Single Lumen left subclavian | 07/10/20 1230 by Holly E. Roubique, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 07/10/20 1230 | Given | 10 mL | Intravenous | Performed by: Holly E. Roubique, RN<br>Scanned Package: 8452100026 |

### Clinic-Administered Medication Detail

| | Dose | Frequency | Start | End | DAW |
|---|---|---|---|---|---|
| **heparin, porcine (PF) 100 unit/mL injection flush 500 Units** | 500 Units | Clinic/HOD 1 time | 7/10/2020 | 7/10/2020 | -- |

Class: Normal
Route: Intravenous
Order: 525505265
Date/Time Signed: 7/10/2020 13:39

### Clinic-Administered Medication Detail

| | Dose | Frequency | Start | End | DAW |
|---|---|---|---|---|---|
| **sodium chloride 0.9% flush 10 mL** | 10 mL | Clinic/HOD 1 time | 7/10/2020 | 7/10/2020 | -- |

Class: Normal
Route: Intravenous
Order: 525505266
Date/Time Signed: 7/10/2020 13:39

### Clinic-Administered Medication Detail

**Lincoln/Lee 0667**

04/14/2021 8:29:23 PM -0400 FAXCOM                                      PAGE 69   OF 182

ONLH LABORATORY                              Lee, Katonia
17000 Medical Center Dr                      MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                         Acct #: 72011033208
                                             Enc. Date 8/10/2020

## 08/10/2020 - Lab Visit in Ochsner Medical Center-O'neal (continued)

### Labs (continued)

Ordering mode: Standard
Frequency: Routine  08/10/20 -                    Class: Lab Collect
Quantity: 1                                       Lab status: Final result
Instance released by: Victoria C Anyanwu 8/10/2020 11:37 AM
Diagnoses
AIDS (acquired immune deficiency syndrome) [B20]

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| 9210011713:4 | Blood | Blood | DRL 08/10/20 1218 |

Comprehensive metabolic panel [525505277] (Abnormal)          Resulted: 08/10/20 2314, Result status: Final result

Order status: Completed                           Filed by: Edi, Soft Lab Interface  08/10/20 2315
Collected by: DRL 08/10/20 1218                   Resulting lab: OCHSNER MEDICAL CENTER - NEW ORLEANS
Acknowledged by: John O. Nnadi, MD on 08/19/20 0951

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 140 | 136 - 145 mmol/L | — | OCLB |
| Potassium | 3.9 | 3.5 - 5.1 mmol/L | — | OCLB |
| Chloride | 101 | 95 - 110 mmol/L | — | OCLB |
| CO2 | 27 | 23 - 29 mmol/L | — | OCLB |
| Glucose | 99 | 70 - 110 mg/dL | — | OCLB |
| BUN | 10 | 6 - 20 mg/dL | — | OCLB |
| Creatinine | 0.9 | 0.5 - 1.4 mg/dL | — | OCLB |
| Calcium | 10.2 | 8.7 - 10.5 mg/dL | — | OCLB |
| Total Protein | 7.9 | 6.0 - 8.4 g/dL | — | OCLB |
| Albumin | 4.2 | 3.5 - 5.2 g/dL | — | OCLB |
| Total Bilirubin | 0.4 | 0.1 - 1.0 mg/dL | — | OCLB |

Comment:
For infants and newborns, interpretation of results should be based
on gestational age, weight and in agreement with clinical
observations.
Premature Infant recommended reference ranges:
Up to 24 hours.............<8.0 mg/dL
Up to 48 hours............<12.0 mg/dL
3-5 days.................<15.0 mg/dL
6-29 days.................<15.0 mg/dL

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Alkaline Phosphatase | 197 | 55 - 135 U/L | H^ | OCLB |
| AST | 19 | 10 - 40 U/L | — | OCLB |
| ALT | 10 | 10 - 44 U/L | — | OCLB |
| Anion Gap | 12 | 8 - 16 mmol/L | | OCLB |
| eGFR if African American | >60.0 | >60 mL/min/1.73 m^2 | — | OCLB |
| eGFR if non African American | >60.0 | >60 mL/min/1.73 m^2 | — | OCLB |

Comment:
Calculation used to obtain the estimated glomerular filtration
rate (eGFR) is the CKD-EPI equation.

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 347 - OCLB | OCHSNER MEDICAL CENTER - NEW ORLEANS | Elise Occhipinti, M.D. | 1516 Jefferson Hwy New Orleans LA 70121 | 03/25/19 1044 - Present |

Generated on 3/25/21  5:31 PM                                                        Page 115

**Lincoln/Lee 0668**

ONLH LABORATORY                                    Lee, Katonia
17000 Medical Center Dr                            MRN: 2325810, DOB:           Sex: F
Baton Rouge LA 70816                               Acct #: 72011033208
                                                   Enc. Date 8/10/2020

## 08/10/2020 - Lab Visit in Ochsner Medical Center-O'neal (continued)

### Labs (continued)

#### Indications

AIDS (acquired immune deficiency syndrome) [B20 (ICD-10-CM)]

#### All Reviewers List

John O. Nnadi, MD on 8/19/2020 09:51

### Follow-up Information

None

### Follow Up Call

No data filed

**Lincoln/Lee 0669**

ONLC INFECTIOUS DISEASE
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:
Acct #: 72011032568
Enc. Date 8/10/2020

Sex: F

## 08/10/2020 - Office Visit in O'Neal - Infectious Disease

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Lee, Katonia | 2325810 | | Female | (50 yrs) |

| Address | Phone | Email | | |
|---|---|---|---|---|
| | | | | |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| Verified | Sonia McField, FNP601-944-5964 | 03/12/21 | 04/11/21 |

**Lincoln/Lee 0670**

04/14/2021 8:29:23 PM -0400 FAXCOM                                   PAGE 72   OF 182

ONLC INFECTIOUS DISEASE                 Lee, Katonia
OCHSNER, BATON ROUGE REGION LA          MRN: 2325810, DOB:          Sex: F
                                        Acct #: 72011032568
                                        Enc. Date 8/10/2020

---

## 08/10/2020 - Office Visit in O'Neal - Infectious Disease (continued)

**Reason for Visit**

Follow-up

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| Lymphoma related to acquired immunodeficiency syndrome (AIDS) | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | |
| AIDS (acquired immune deficiency syndrome) | ICD-10-CM: B20 ICD-9-CM: 042 | |
| Essential hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | |

**Problem List** as of 8/10/2020                                    Date Reviewed: **8/10/2020**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Essential hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 2/12/2018 - Present |
| Lymphoma related to acquired immunodeficiency syndrome (AIDS) | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | | | 1/21/2019 - Present |
| Elevated LFTs | ICD-10-CM: R94.5 ICD-9-CM: 790.6 | | | 1/21/2019 - Present |
| B-cell lymphoma | ICD-10-CM: C85.10 ICD-9-CM: 202.80 | | | 1/22/2019 - Present |
| AIDS (acquired immune deficiency syndrome) | ICD-10-CM: B20 ICD-9-CM: 042 | | | 1/24/2019 - Present |
| Lymphoma | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | | | 2/11/2019 - Present |
| Anemia | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 2/26/2019 - Present |
| Other chest pain | ICD-10-CM: R07.89 ICD-9-CM: 786.59 | | | 2/26/2019 - Present |
| Biliary obstruction | ICD-10-CM: K83.1 ICD-9-CM: 576.2 | | | 4/30/2019 - Present |
| Multiple lung nodules on CT | ICD-10-CM: R91.8 ICD-9-CM: 793.19 | | | 7/25/2019 - Present |
| HIV disease | ICD-10-CM: B20 ICD-9-CM: 042 | | | Unknown - Present |
| Rash | ICD-10-CM: R21 ICD-9-CM: 782.1 | | | 8/20/2019 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | | | 1/21/2019 - 1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | | | 1/21/2019 - 2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | | | 1/21/2019 - 1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 ICD-9-CM: 780.96 | | | 2/13/2019 - 2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 - 3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 ICD-9-CM: 112.0 | | | 2/27/2019 - 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9 ICD-9-CM: 780.60 | | | 2/28/2019 - 3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 5/25/2019 - 5/26/2019 |

**Patient as-of Visit**

---

PAGE 72/182 * RCVD AT 4/14/2021 8:29:22 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/0 * DNIS:6035591994 * CSID: * ANI: * DURATION (mm-ss):181-01

**Lincoln/Lee 0671**

04/14/2021 8:29:23 PM -0400 FAXCOM                                           PAGE 73   OF 182

ONLC INFECTIOUS DISEASE                          Lee, Katonia
OCHSNER, BATON ROUGE REGION LA                   MRN: 2325810, DOB:          Sex: F
                                                 Acct #: 72011032568
                                                 Enc. Date 8/10/2020

## 08/10/2020 - Office Visit in O'Neal - Infectious Disease (continued)

### Patient as-of Visit (continued)

**Allergies** as of 8/10/2020

Allergies last reviewed by Charlene Henderson, MA on 8/10/2020 1105
No Known Allergies

**Immunizations** as of 8/10/2020

| Immunization | Administered On |
|---|---|
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

### Outpatient Medications at Start of Encounter as of 8/10/2020

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| allopurinol (ZYLOPRIM) 300 MG tablet (Taking) | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |

Monica H Fefie, LPN 12/31/2019 10:46 AM

Erica M. Coffey, RN 2/7/2019 10:49 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| amLODIPine (NORVASC) 10 MG tablet (Taking) | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| citalopram (CELEXA) 20 MG tablet (Taking) | | | | |
| Sig - Route: Take 20 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |

Monica H Fefie, LPN 12/31/2019 10:46 AM

Erica M. Coffey, RN 2/7/2019 10:53 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking) | | | | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab (Taking) | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking) | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking) | 30 tablet | 1 | 6/26/2020 | 8/24/2020 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| oxyCODONE (ROXICODONE) 5 MG immediate release tablet (Taking) | 60 tablet | 0 | 7/29/2020 | 8/20/2020 |
| Sig - Route: Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain (medically necessary). - Oral | | | | |
| Earliest Fill Date: 7/29/2020 | | | | |
| Notes to Pharmacy: Quantity medically necessary for greater than 7 days | | | | |
| zolpidem (AMBIEN) 5 MG Tab (Taking) | 30 tablet | 1 | 7/29/2020 | 8/20/2020 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| allopurinol (ZYLOPRIM) 300 MG tablet (Taking) | 30 tablet | 1 | 2/2/2019 | |
| Sig: Take 1 tablet (300 mg total) by mouth once daily. Route: Oral | | | | |
| amLODIPine (NORVASC) 10 MG tablet (Taking) | 90 tablet | 3 | 3/15/2020 | |
| Sig: Take 1 tablet (10 mg total) by mouth once daily. | | | | |

Generated on 3/25/21 5:31 PM                                                  Page 119

**Lincoln/Lee 0672**

04/14/2021 8:29:23 PM -0400 FAXCOM                                PAGE 74   OF 182

ONLC INFECTIOUS DISEASE                     Lee, Katonia
OCHSNER, BATON ROUGE REGION LA              MRN: 2325810, DOB:          Sex: F
                                           Acct #: 72011032568
                                           Enc. Date 8/10/2020

## 08/10/2020 - Office Visit in O'Neal - Infectious Disease (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Route: Oral | | | | |
| **citalopram (CELEXA) 20 MG tablet (Taking)** | | | | |
| Sig: Take 20 mg by mouth once daily. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking)** | | | | |
| Sig: Take 1 tablet by mouth once daily. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab (Taking)** | 90 tablet | 3 | 3/15/2020 | |
| Sig: Take 1 tablet (12.5 mg total) by mouth once daily. | | | | |
| Route: Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking)** | 60 tablet | 1 | 4/22/2019 | |
| Sig: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). | | | | |
| Route: Oral | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking/Discontinued)** | 30 tablet | 1 | 6/26/2020 | 8/24/2020 |
| Sig: Take 1 tablet by mouth once daily. | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **oxyCODONE (ROXICODONE) 5 MG immediate release tablet (Taking/Discontinued)** | 60 tablet | 0 | 7/29/2020 | 8/20/2020 |
| Sig: Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain (medically necessary). | | | | |
| Earliest Fill Date: 7/29/2020 | | | | |
| Notes to Pharmacy: Quantity medically necessary for greater than 7 days | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **zolpidem (AMBIEN) 5 MG Tab (Taking/Discontinued)** | 30 tablet | 1 | 7/29/2020 | 8/20/2020 |
| Sig: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |

## Progress Notes

### Progress Notes by John O. Nnadi, MD at 8/10/2020 11:00 AM

| | | |
|---|---|---|
| Author: John O. Nnadi, MD | Service: — | Author Type: Physician |
| Filed: 8/10/2020 11:24 AM | Encounter Date: 8/10/2020 | Creation Time: 8/10/2020 11:17 AM |
| Status: Signed | Editor: John O. Nnadi, MD (Physician) | |

### HIV Follow-up Visit

Katonia Lee is here for follow-up of HIV infection. She is feeling better since her last visit.
She is on Biktarvy but has not had recent labs this year .
Latest HIV labs-

| Component<br>Latest Ref Rng & Units | 12/31/2019 | 7/22/2019 |
|---|---|---|
| | | 10:25 AM |
| HIV 1 RNA Ultra<br><40 Copies/mL | <40 | <40 |

| Component | 12/31/2019 | 7/22/2019 |
|---|---|---|

PAGE 74/182 * RCVD AT 4/14/2021 8:29:22 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/0 * DNIS:6035591994 * CSID: * ANI: * DURATION (mm-ss):181-01

**Lincoln/Lee 0673**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 75   OF 182

ONLH LABORATORY                          Lee, Katonia
17000 Medical Center Dr                  MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                     Acct #: 72011033208
                                         Enc. Date 8/10/2020

### 08/10/2020 - Lab Visit in Ochsner Medical Center-O'neal

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Lee, Katonia | 2325810 | | Female | (50 yrs) |

| Address | Phone | Email |
|---|---|---|
| | | |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| Verified | Sonia McField, FNP601-944-5964 | 03/12/21 | 04/11/21 |

Generated on 3/25/21  5:31 PM                                        Page 109

**Lincoln/Lee 0674**

04/14/2021 8:29:23 PM -0400 FAXCOM                              PAGE 76   OF 182

ONLH LABORATORY                          Lee, Katonia
17000 Medical Center Dr                  MRN: 2325810, DOB:            Sex: F
Baton Rouge LA 70816                     Acct #: 72011033208
                                         Enc. Date 8/10/2020

## 08/10/2020 - Lab Visit in Ochsner Medical Center-O'neal (continued)

### Diagnoses

| | Codes | Comments |
|---|---|---|
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | |

### Problem List as of 8/10/2020

Date Reviewed: **8/10/2020**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R94.5<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **Multiple lung nodules on CT** | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |

### Patient as-of Visit

**Allergies** as of 8/10/2020

Allergies last reviewed **by** Charlene Henderson, MA on 8/10/2020 1105
No Known Allergies

**Immunizations** as of 8/10/2020

| Immunization | Administered On |
|---|---|

Generated on 3/25/21  5:31 PM                                    Page 110

**Lincoln/Lee 0675**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 77   OF 182

ONLH LABORATORY                              Lee, Katonia
17000 Medical Center Dr                      MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                         Acct #: 72011033208
                                             Enc. Date 8/10/2020

## 08/10/2020 - Lab Visit in Ochsner Medical Center-O'neal (continued)

### Patient as-of Visit (continued)

Pneumococcal Conjugate - 13 Valent                    03/01/2019

### Outpatient Medications at Start of Encounter as of 8/10/2020

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |

Monica H Fefie, LPN 12/31/2019 10:46 AM

Erica M. Coffey, RN 2/7/2019 10:49 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amLODIPine (NORVASC) 10 MG tablet** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| **citalopram (CELEXA) 20 MG tablet** | | | | |
| Sig - Route: Take 20 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |

Monica H Fefie, LPN 12/31/2019 10:46 AM

Erica M. Coffey, RN 2/7/2019 10:53 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Discontinued)** | 30 tablet | 1 | 6/26/2020 | 8/24/2020 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **oxyCODONE (ROXICODONE) 5 MG immediate release tablet (Discontinued)** | 60 tablet | 0 | 7/29/2020 | 8/20/2020 |
| Sig - Route: Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain (medically necessary). - Oral | | | | |
| Earliest Fill Date: 7/29/2020 | | | | |
| Notes to Pharmacy: Quantity medically necessary for greater than 7 days | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **zolpidem (AMBIEN) 5 MG Tab (Discontinued)** | 30 tablet | 1 | 7/29/2020 | 8/20/2020 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |

### Labs

**CD4 T-Helper Cells [525505274] (Final result)**

Electronically signed by: **John O. Nnadi, MD on 08/10/20 0135**                    Status: **Completed**
This order may be acted on in another encounter.
Ordering user: John O. Nnadi, MD 08/10/20 0135                 Authorized by: John O. Nnadi, MD
Ordering mode: Standard
Frequency: Routine  08/10/20 -                                Class: Lab Collect
Quantity: 1                                                   Lab status: Final result
Instance released by: Victoria C Anyanwu 8/10/2020 11:37 AM
Diagnoses
AIDS (acquired immune deficiency syndrome) [B20]
   **Specimen Information**

Generated on 3/25/21  5:31 PM                                              Page 111

**Lincoln/Lee 0676**

04/14/2021 8:29:23 PM -0400 FAXCOM                              PAGE 78   OF 182

ONLH LABORATORY                          Lee, Katonia
17000 Medical Center Dr                  MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                     Acct #: 72011033208
                                         Enc. Date 8/10/2020

## 08/10/2020 - Lab Visit in Ochsner Medical Center-O'neal (continued)

### Labs (continued)

| ID | Type | Source | Collected By |
|---|---|---|---|
| 9210011711:1 | Blood | Blood | DRL 08/10/20 1218 |

**CD4 T-Helper Cells [525505274] (Abnormal)**          Resulted: 08/11/20 1358, Result status: Final result

Order status: Completed                  Filed by: Edi, Soft Lab Interface  08/11/20 1405
Collected by: DRL 08/10/20 1218          Resulting lab: OCHSNER MEDICAL CENTER - NEW ORLEANS
Acknowledged by: John O. Nnadi, MD on 08/19/20 0951

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| CD4 % Helper T Cell | 19.8 | 28 - 57 % | L ▼ | OCLB |
| Absolute CD4 | 301.0 | 300 - 1400 cells/ul | — | OCLB |

Comment:
This test was developed and its performance characteristics
determined by Ochsner Clinic Foundation Flow Cytometry Laboratory.
It has not been cleared or approved by the U.S. Food and Drug
Administration. The FDA has determined that such clearance or
approval is not necessary.  This test is used for clinical purposes.
It should not be regarded as investigational or for research.  This
laboratory is certified under CLIA-88 as qualified to perform high
complexity clinical laboratory testing.

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 347 - OCLB | OCHSNER MEDICAL CENTER - NEW ORLEANS | Elise Occhipinti, M.D. | 1516 Jefferson Hwy New Orleans LA 70121 | 03/25/19 1044 - Present |

#### Indications

AIDS (acquired immune deficiency syndrome) [B20 (ICD-10-CM)]

#### All Reviewers List

John O. Nnadi, MD on 8/19/2020 09:51

**HIV RNA, quantitative, PCR [525505275] (Final result)**

Electronically signed by: **John O. Nnadi, MD on 08/10/20 0135**                          Status: **Completed**
This order may be acted on in another encounter.
Ordering user: John O. Nnadi, MD 08/10/20 0135          Authorized by: John O. Nnadi, MD
Ordering mode: Standard
Frequency: Routine  08/10/20 -                           Class: Lab Collect
Quantity: 1                                              Lab status: Final result
Instance released by: Victoria C Anyanwu 8/10/2020 11:37 AM
Diagnoses
AIDS (acquired immune deficiency syndrome) [B20]

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| 9210011712:2 | Blood | Blood | DRL 08/10/20 1218 |

**HIV RNA, quantitative, PCR [525505275]**          Resulted: 08/16/20 1008, Result status: Final result

Order status: Completed                  Filed by: Edi, Soft Lab Interface  08/16/20 1008
Collected by: DRL 08/10/20 1218          Resulting lab: WARDE MCL REFERENCE LAB
Acknowledged by: John O. Nnadi, MD on 08/19/20 0951

#### Components

Generated on 3/25/21  5:31 PM                                              Page 112

**Lincoln/Lee 0677**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 79    OF 182

ONLH LABORATORY                                    Lee, Katonia
17000 Medical Center Dr                            MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                               Acct #: 72011033208
                                                   Enc. Date 8/10/2020

## 08/10/2020 - Lab Visit in Ochsner Medical Center-O'neal (continued)

**Labs (continued)**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HIV-1 RNA, Qual | Not detected | Not detected | — | WARDE |
| HIV 1 RNA Ultra | <40 | <40 Copies/mL | — | WARDE |
| Log HIV Copies/mL | <1.60 | <1.60 Log (10) Copies/mL | — | WARDE |
| HIV UQ Date Received | 8/12/20 | — | — | WARDE |
| HIV UQ Date Reported | 8/14/20 | — | — | WARDE |

Comment:
This test utilizes a real-time reverse-transcriptase
polymerase chain reaction test from Abbott Molecular
Systems to amplify a portion of the pol/integrase region
of the HIV-1 genome. This test is intended for use in
conjunction with clinical presentation and other laboratory
markers as an indicator of disease prognosis. This test
may also be used as an aid in assessing the viral response
to antiretroviral treatment as measured by changes in
plasma HIV-1 RNA levels. This test should not be used to
establish a diagnosis of HIV-1 infection. The lower limit
of quantitation is 40 copies/mL  (1.60 log cy/mL) and the
upper limit of quantitation is 10,000,000 copies/mL
(7.00 log cy/mL). The qualitative limit of detection
is 20 copies/mL (1.30 log cy/mL).
Specimens reported as DETECTED but <40 cy/mL contain
detectable level of HIV-1 RNA but the viral load is below
the limit of quantitation. A  Not detected  result does
not rule out infection.
Test performed at War
de Medical Laboratory,
300 W. Textile Rd, Ann Arbor, MI  48108     800-876-6522
William G. Finn, MD  - Medical Director

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **224 - WARDE** | WARDE MCL REFERENCE LAB | William G. Finn, MD | 300 West Textile Road ANN ARBOR MI 48108 | 04/10/15 1117 - Present |

**Indications**

AIDS (acquired immune deficiency syndrome) [B20 (ICD-10-CM)]

**All Reviewers List**

John O. Nnadi, MD on 8/19/2020 09:51

### CBC auto differential [525505276] (Final result)

Electronically signed by: **John O. Nnadi, MD on 08/10/20 0135**                    Status: **Completed**
This order may be acted on in another encounter.
Ordering user: John O. Nnadi, MD 08/10/20 0135                    Authorized by: John O. Nnadi, MD
Ordering mode: Standard
Frequency: Routine  08/10/20 -                                    Class: Lab Collect
Quantity: 1                                                       Lab status: Final result
Instance released by: Victoria C Anyanwu 8/10/2020 11:37 AM
Diagnoses
AIDS (acquired immune deficiency syndrome) [B20]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 9210011713:3 | Blood | Blood | DRL 08/10/20 1218 |

Generated on 3/25/21  5:31 PM                                    Page 113

**Lincoln/Lee 0678**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 80   OF 182

ONLH LABORATORY                          Lee, Katonia
17000 Medical Center Dr                  MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                     Acct #: 72011033208
                                         Enc. Date 8/10/2020

### 08/10/2020 - Lab Visit in Ochsner Medical Center-O'neal (continued)

**Labs (continued)**

CBC auto differential [525505276] (Abnormal)              Resulted: 08/10/20 2136, Result status: Final result

Order status: Completed                          Filed by: Edi, Soft Lab Interface 08/10/20 2136
Collected by: DRL 08/10/20 1218                  Resulting lab: OCHSNER MEDICAL CENTER - NEW ORLEANS
Acknowledged by: John O. Nnadi, MD on 08/19/20 0951

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 4.32 | 3.9 - 12.7 K/uL | — | OCLB |
| RBC | 4.56 | 4.00 - 5.40 M/uL | — | OCLB |
| Hemoglobin | 13.6 | 12.0 - 16.0 g/dL | — | OCLB |
| Hematocrit | 44.0 | 37 - 48 % | — | OCLB |
| MCV | 97 | 82.0 - 98.0 fL | — | OCLB |
| MCH | 29.8 | 27.0 - 31.0 pg | — | OCLB |
| MCHC | 30.9 | 32.0 - 36.0 g/dL | L ⌄ | OCLB |
| RDW | 13.7 | 11.5 - 14.5 % | — | OCLB |
| Platelets | 130 | 150 - 350 K/uL | L ⌄ | OCLB |
| MPV | 13.4 | 9.2 - 12.9 fL | H ⌃ | OCLB |
| Immature Granulocytes | 0.2 | 0.0 - 0.5 % | — | OCLB |
| Gran # (ANC) | 2.3 | 1.8 - 7.7 K/uL | — | OCLB |
| Immature Grans (Abs) | 0.01 | 0.00 - 0.04 K/uL | — | OCLB |

Comment:
Mild elevation in immature granulocytes is non specific and
can be seen in a variety of conditions including stress response,
acute inflammation, trauma and pregnancy. Correlation with other
laboratory and clinical findings is essential.

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Lymph # | 1.6 | 1.0 - 4.8 K/uL | — | OCLB |
| Mono # | 0.4 | 0.3 - 1.0 K/uL | — | OCLB |
| Eos # | 0.1 | 0.0 - 0.5 K/uL | — | OCLB |
| Baso # | 0.02 | 0.00 - 0.20 K/uL | — | OCLB |
| nRBC | 0 | 0 /100 WBC | — | OCLB |
| Gran % | 52.5 | 38.0 - 73.0 % | — | OCLB |
| Lymph % | 36.8 | 18 - 48 % | — | OCLB |
| Mono % | 8.1 | 4 - 15 % | — | OCLB |
| Eosinophil % | 1.9 | 0.0 - 8.0 % | — | OCLB |
| Basophil % | 0.5 | 0 - 1 % | — | OCLB |
| Differential Method | Automated | — | — | OCLB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 347 - OCLB | OCHSNER MEDICAL CENTER - NEW ORLEANS | Elise Occhipinti, M.D. | 1516 Jefferson Hwy New Orleans LA 70121 | 03/25/19 1044 - Present |

**Indications**

AIDS (acquired immune deficiency syndrome) [B20 (ICD-10-CM)]

**All Reviewers List**

John O. Nnadi, MD on 8/19/2020 09:51

**Comprehensive metabolic panel [525505277] (Final result)**

Electronically signed by: **John O. Nnadi, MD on 08/10/20 0135**                          Status: **Completed**
This order may be acted on in another encounter.
Ordering user: John O. Nnadi, MD 08/10/20 0135              Authorized by: John O. Nnadi, MD

Generated on 3/25/21  5:31 PM                                                    Page 114

**Lincoln/Lee 0679**

BRCH INFUSION                            Lee, Katonia
17000 Medical Center Dr                  MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                     Acct #: 72011256216
                                         Enc. Date 9/11/2020

---

### 09/11/2020 - Infusion in Ochsner Cancer Center-Baton Rouge

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|------|-----------|-----|-----------------|-----------|
| Lee, Katonia | 2325810 | | Female | (50 yrs) |

| Address | Phone | Email | | |
|---------|-------|-------|--|--|
| | | | | |

| Reg Status | PCP | Date Last Verified | Next Review Date | |
|-----------|-----|--------------------|------------------|--|
| Verified | Sonia McField, FNP601-944-5964 | 03/12/21 | 04/11/21 | |

**Lincoln/Lee 0680**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 82  OF 182

BRCH INFUSION                          Lee, Katonia
17000 Medical Center Dr                MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                   Acct #: 72011256216
                                       Enc. Date 9/11/2020

---

## 09/11/2020 - Infusion in Ochsner Cancer Center-Baton Rouge (continued)

### Reason for Visit

| | |
|---|---|
| Lymphoma | port flush |

### Diagnoses

| | Codes | Comments |
|---|---|---|
| Diffuse large B-cell lymphoma, unspecified body region  - Primary | ICD-10-CM: C83.30<br>ICD-9-CM: 202.80 | |
| Lymphoma related to acquired immunodeficiency syndrome (AIDS) | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | |

### Problem List as of 9/11/2020

Date Reviewed: **8/10/2020**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Essential hypertension | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| Lymphoma related to acquired immunodeficiency syndrome (AIDS) | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| Elevated LFTs | ICD-10-CM: R94.5<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| B-cell lymphoma | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| AIDS (acquired immune deficiency syndrome) | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| Lymphoma | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| Anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| Other chest pain | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| Biliary obstruction | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| Multiple lung nodules on CT | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>Present |
| HIV disease | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| Rash | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |

### Patient as-of Visit

**Allergies** as of 9/11/2020

Allergies last reviewed by Christina Pruett, RN on 9/11/2020 0813

---

Generated on 3/25/21  5:31 PM                                         Page 104

**Lincoln/Lee 0681**

BRCH INFUSION                                   Lee, Katonia
17000 Medical Center Dr                         MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                            Acct #: 72011256216
                                                Enc. Date 9/11/2020

## 09/11/2020 - Infusion in Ochsner Cancer Center-Baton Rouge (continued)

### Patient as-of Visit (continued)

No Known Allergies

**Immunizations** as of 9/11/2020

| Immunization | Administered On |
|---|---|
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

### Outpatient Medications at Start of Encounter as of 9/11/2020

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet (Taking)** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |

Monica H Fefie, LPN 12/31/2019 10:46 AM

Erica M. Coffey, RN 2/7/2019 10:49 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amLODIPine (NORVASC) 10 MG tablet (Taking)** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| **citalopram (CELEXA) 20 MG tablet (Taking)** | | | | |
| Sig - Route: Take 20 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |

Monica H Fefie, LPN 12/31/2019 10:46 AM

Erica M. Coffey, RN 2/7/2019 10:53 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking)** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab (Taking)** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking)** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking)** | 30 tablet | 4 | 8/25/2020 | 2/1/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| **oxyCODONE (ROXICODONE) 5 MG immediate release tablet (Taking)** | 60 tablet | 0 | 8/20/2020 | 9/16/2020 |
| Sig - Route: Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain (medically necessary). - Oral | | | | |
| Earliest Fill Date: 8/20/2020 | | | | |
| Notes to Pharmacy: Quantity medically necessary for greater than 7 days | | | | |
| **zolpidem (AMBIEN) 5 MG Tab (Taking)** | 30 tablet | 1 | 8/20/2020 | 9/16/2020 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet (Taking)** | 30 tablet | 1 | 2/2/2019 | |
| Sig: Take 1 tablet (300 mg total) by mouth once daily. Route: Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Taking)** | 90 tablet | 3 | 3/15/2020 | |
| Sig: Take 1 tablet (10 mg total) by mouth once daily. Route: Oral | | | | |
| **citalopram (CELEXA) 20 MG tablet (Taking)** | | | | |

Generated on 3/25/21 5:31 PM                                              Page 105

**Lincoln/Lee 0682**

04/14/2021 8:29:23 PM -0400 FAXCOM                          PAGE 84    OF 182

BRCH INFUSION                              Lee, Katonia
17000 Medical Center Dr                    MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                       Acct #: 72011256216
                                           Enc. Date 9/11/2020

## 09/11/2020 - Infusion in Ochsner Cancer Center-Baton Rouge (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig: Take 20 mg by mouth once daily.<br>Class: Historical Med<br>Route: Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking)**<br>Sig: Take 1 tablet by mouth once daily.<br>Class: Historical Med<br>Route: Oral | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab (Taking)**<br>Sig: Take 1 tablet (12.5 mg total) by mouth once daily.<br>Route: Oral | 90 tablet | 3 | 3/15/2020 | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking)**<br>Sig: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea).<br>Route: Oral | 60 tablet | 1 | 4/22/2019 | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet by mouth once daily.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 4 | 8/25/2020 | 2/1/2021 |
| **oxyCODONE (ROXICODONE) 5 MG immediate release tablet (Taking/Discontinued)**<br>Sig: Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain (medically necessary).<br>Earliest Fill Date: 8/20/2020<br>Notes to Pharmacy: Quantity medically necessary for greater than 7 days<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 60 tablet | 0 | 8/20/2020 | 9/16/2020 |
| **zolpidem (AMBIEN) 5 MG Tab (Taking/Discontinued)**<br>Sig: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep).<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 1 | 8/20/2020 | 9/16/2020 |

### Ordered Facility-Administered Medications

| | Dose | Freq | Start | End |
|---|---|---|---|---|
| **heparin, porcine (PF) 100 unit/mL injection flush 500 Units**<br><br>Route: Intravenous | 500 Units | Clinic/HOD 1 time | 9/11/2020 | 9/11/2020 |
| **sodium chloride 0.9% flush 10 mL**<br><br>Route: Intravenous | 10 mL | Clinic/HOD 1 time | 9/11/2020 | 9/11/2020 |

### All Meds and Administrations

---

Generated on 3/25/21  5:31 PM                                              Page 106

**Lincoln/Lee 0683**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 85    OF 182

BRCH INFUSION                                  Lee, Katonia
17000 Medical Center Dr                        MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                           Acct #: 72011256216
                                               Enc. Date 9/11/2020

## 09/11/2020 - Infusion in Ochsner Cancer Center-Baton Rouge (continued)

**All Meds and Administrations (continued)**

### heparin, porcine (PF) 100 unit/mL injection flush 500 Units [525505284]

| | |
|---|---|
| Ordering Provider: Long H. Dang, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/11/20 0809 | Starts/Ends: 09/11/20 0815 - 09/11/20 0821 |
| Dose (Remaining/Total): 500 Units (0/1) | Route: Intravenous |
| Frequency: Clinic/HOD 1 time | Rate/Duration: — / — |

| Line | Med Link Info | Comment |
|---|---|---|
| Port A Cath Single Lumen left subclavian | 09/11/20 0821 by Christina Pruett, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/11/20 0821 | Given | 500 Units | Intravenous | Performed by: Christina Pruett, RN<br>Scanned Package: 6425333335 |

### sodium chloride 0.9% flush 10 mL [525505285]

| | |
|---|---|
| Ordering Provider: Long H. Dang, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 09/11/20 0809 | Starts/Ends: 09/11/20 0815 - 09/11/20 0821 |
| Dose (Remaining/Total): 10 mL (0/1) | Route: Intravenous |
| Frequency: Clinic/HOD 1 time | Rate/Duration: — / — |

| Line | Med Link Info | Comment |
|---|---|---|
| Port A Cath Single Lumen left subclavian | 09/11/20 0821 by Christina Pruett, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 09/11/20 0821 | Given | 10 mL | Intravenous | Performed by: Christina Pruett, RN<br>Scanned Package: 8290306553 |

**Clinic-Administered Medication Detail**

| | Dose | Frequency | Start | End | DAW |
|---|---|---|---|---|---|
| **heparin, porcine (PF) 100 unit/mL injection flush 500 Units** | 500 Units | Clinic/HOD 1 time | 9/11/2020 | 9/11/2020 | -- |

Class: Normal
Route: Intravenous
Order: 525505284
Date/Time Signed: 9/11/2020 08:09

**Clinic-Administered Medication Detail**

| | Dose | Frequency | Start | End | DAW |
|---|---|---|---|---|---|
| **sodium chloride 0.9% flush 10 mL** | 10 mL | Clinic/HOD 1 time | 9/11/2020 | 9/11/2020 | -- |

Class: Normal
Route: Intravenous
Order: 525505285
Date/Time Signed: 9/11/2020 08:09

**Clinic-Administered Medication Detail**

| | Dose | Frequency | Start | End | DAW |
|---|---|---|---|---|---|
| **heparin, porcine (PF) 100 unit/mL injection flush 500 Units (Discontinued)** | 500 Units | Clinic/HOD 1 time | 11/13/2020 | | -- |

Class: Normal
Route: Intravenous
Order: 525505281
Date/Time Signed: 9/11/2020 08:09

Generated on 3/25/21  5:31 PM                                          Page 107

**Lincoln/Lee 0684**

BRCH INFUSION
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:
Acct #: 72011256216
Enc. Date 9/11/2020

Sex: F

## 09/11/2020 - Infusion in Ochsner Cancer Center-Baton Rouge (continued)

**Clinic-Administered Medication Detail**

| | Dose | Frequency | Start | End | DAW |
|---|---|---|---|---|---|
| **sodium chloride 0.9% flush 10 mL (Discontinued)** | 10 mL | Clinic/HOD 1 time | 11/13/2020 | | -- |

Class: Normal
Route: Intravenous
Order: 525505282
Date/Time Signed: 9/11/2020 08:09

## Progress Notes

**Nursing by Christina Pruett, RN at 9/11/2020  8:00 AM**

| Author: Christina Pruett, RN | Service: — | Author Type: SMH Infusion Nurse |
|---|---|---|
| Filed: 9/11/2020  8:34 AM | Encounter Date: 9/11/2020 | Status: Signed |
| Editor: Christina Pruett, RN (SMH Infusion Nurse) | | |

Patient arrived for port flush. PAC in left chest wall accessed with Huber needle using sterile technique. Assessment documented. No blood return. Patient states no blood return last port flush. Huber needle removed after being flushed with NS and Heparin 500 units. Bandaid applied to site. Patient tolerated well. Patient received AVS, confirmed next appt date and time, and ambulated out of treatment room.

Electronically signed by Christina Pruett, RN on 9/11/2020  8:34 AM

**Follow-up Information**

None

**Follow Up Call**

No data filed

**Lincoln/Lee 0685**

BRMH CT SCAN                              Lee, Katonia
17000 Medical Center Dr                  MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                     Acct #: 72011753044
                                         Adm: 11/24/2020

## 11/24/2020 - CT CHST/ABD/PEL CON in Ochsner Medical Center - BR (continued)

### Patient as-of Visit (continued)

|  |  |  |
|---|---|---|
|  | ICD-9-CM: 202.80 |  |
| **Anemia** | ICD-10-CM: D64.9 | 3/1/2019 |
|  | ICD-9-CM: 285.9 |  |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 | 3/1/2019 |
|  | ICD-9-CM: 288.00, 780.61 |  |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 | 3/1/2019 |
|  | ICD-9-CM: 112.0 |  |
| RESOLVED: Fever | ICD-10-CM: R50.9 | 3/1/2019 |
|  | ICD-9-CM: 780.60 |  |
| **Biliary obstruction** | ICD-10-CM: K83.1 | 4/30/2019 |
|  | ICD-9-CM: 576.2 |  |
| **Essential hypertension** | ICD-10-CM: I10 | 5/26/2019 |
|  | ICD-9-CM: 401.9 |  |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90 | 5/26/2019 |
|  | ICD-9-CM: 042, 202.80 |  |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20 | 5/26/2019 |
|  | ICD-9-CM: 042 |  |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9 | 5/26/2019 |
|  | ICD-9-CM: 285.9 |  |
| **Other chest pain** | ICD-10-CM: R07.89 | 6/26/2019 |
|  | ICD-9-CM: 786.59 |  |
| **Multiple lung nodules on CT** | ICD-10-CM: R91.8 | 7/25/2019 |
|  | ICD-9-CM: 793.19 |  |
| **HIV disease** | ICD-10-CM: B20 | 7/25/2019 |
|  | ICD-9-CM: 042 |  |
| **Rash** | ICD-10-CM: R21 | 8/20/2019 |
|  | ICD-9-CM: 782.1 |  |

### Imaging for Abstract

#### CT Chest Abdomen Pelvis With Contrast [575196859] (Final result)

| **CT Chest Abdomen Pelvis With Contrast [575196859]** | Resulted: 11/24/20 1702, Result status: Final result |
|---|---|
| Order status: Completed | Resulted by: R. Reece Newsome Sr., MD |
| Filed by: Interface, Rad Results In  11/24/20 1704 | Performed: 11/24/20 1518 - 11/24/20 1629 |
| Accession number: 34053178 | Resulting lab: MMODEL FLUENCY |

Narrative:
EXAMINATION:
CT CHEST ABDOMEN PELVIS WITH CONTRAST (XPD); CT SOFT TISSUE NECK WITH CONTRAST

CLINICAL HISTORY:
Human immunodeficiency virus (HIV) diseaseplease restage lymphoma; uterine fibroid

TECHNIQUE:
Standard neck, chest, abdomen, and pelvis CT protocol with IV contrast was performed.  100 mL of Omnipaque 350 contrast material was used for this examination.  There was no oral contrast administered.

COMPARISON:
Comparison was made to a CT of the chest, abdomen, and pelvis performed on 06/08/2020.  Comparison was also made to a PET-CT examination performed on 07/10/2019.

FINDINGS:
Finding: There has been interval development of necrotic areas in the central regions of masses seen in the parotids.  One of the larger masses is located in the left parotid and measures 19 mm in craniocaudal dimension by 12 mm in AP dimension by 11 mm in medial-lateral dimension.

The size of the heart is within normal limits.  There are minimal dependent atelectatic changes in both lungs.  There is no pneumothorax or pleural effusion.

There is a 5 mm oval shaped area of hypodensity in the anterior aspect of the left lobe of the liver.  It measured 5 mm on the prior examination.  The gallbladder, pancreas, spleen, adrenals, and kidneys are normal in appearance. The ureters and the urinary bladder are normal in appearance.  The uterus and ovaries were not optimally visualized.  There is a mass adjacent to the fundus of

PAGE 87/182 * RCVD AT 4/14/2021 8:29:22 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/0 * DNIS:6035591994 * CSID: * ANI: * DURATION (mm-ss):181-01

**Lincoln/Lee 0686**

04/14/2021 8:29:23 PM -0400 FAXCOM                                                    PAGE 88   OF 182

BRMH CT SCAN                                          Lee, Katonia
17000 Medical Center Dr                              MRN: 2325810, DOB:                  Sex: F
Baton Rouge LA 70816                                 Acct #: 72011753044
                                                     Adm: 11/24/2020

## 11/24/2020 - CT CHST/ABD/PEL CON in Ochsner Medical Center - BR (continued)

### Imaging for Abstract (continued)

the uterus at measures 4.1 cm in craniocaudal dimension by 4.4 cm in AP dimension by 5.0 cm in medial-lateral dimension. The appendix and the rest of the gastrointestinal system are normal in appearance. There is no free fluid within the abdomen or pelvis. There is no pneumoperitoneum. There is a mild amount of atherosclerosis. There are several hernias through the anterior wall of the abdomen. There is a small fat filled umbilical hernia. The width of the mouth of this hernia measures 8 mm. The linea alba of the abdomen protrudes anteriorly.

Impression:

1. There has been interval development of necrotic areas in the central regions of masses seen in the parotids. One of the larger masses is located in the left parotid and measures 19 mm in craniocaudal dimension by 12 mm in AP dimension by 11 mm in medial-lateral dimension. This is consistent with the patient's history.
2. The uterus and ovaries were not optimally visualized. There is a mass adjacent to the fundus of the uterus at measures 4.1 cm in craniocaudal dimension by 4.4 cm in AP dimension by 5.0 cm in medial-lateral dimension. This is consistent with the patient's history of a uterine fibroid.
3. There are several hernias through the anterior wall of the abdomen. There is a small fat filled umbilical hernia. The width of the mouth of this hernia measures 8 mm. The linea alba of the abdomen protrudes anteriorly.
4. There is a 5 mm oval shaped area of hypodensity in the anterior aspect of the left lobe of the liver. It measured 5 mm on the prior examination.
All CT scans at this facility use dose modulation, iterative reconstruction, and/or weight base dosing when appropriate to reduce radiation dose when appropriate to reduce radiation dose to as low as reasonably achievable.

Electronically signed by:   Robert Newsome, MD
Date:                       11/24/2020
Time:                       17:02
Acknowledged by: Long H. Dang, MD on 11/24/20 2046

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 396 - FFI | MMODEL FLUENCY | n/a | n/a | 01/15/18 0931 - Present |

### Indications

Lymphoma related to acquired immunodeficiency syndrome (AIDS) [B20, C85.90 (ICD-10-CM)]

### Signed

Electronically signed by R. Reece Newsome Sr., MD on 11/24/20 at 1702 CST

### All Reviewers List

Long H. Dang, MD on 11/24/2020 20:46

### Discharge Instructions                                              Lee, Katonia (MRN 2325810)

None

### Follow-up Information

None

Generated on 3/25/21 5:31 PM                                                          Page 98

**Lincoln/Lee 0687**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 89    OF 182

BRMH CT SCAN                              Lee, Katonia
17000 Medical Center Dr                   MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                      Acct #: 72011753044
                                          Adm: 11/24/2020

### 11/24/2020 - CT IV CONTRAST in Ochsner Medical Center - BR

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|------|-----------|-----|-----------------|------------|
| Lee, Katonia | 2325810 | | Female | (50 yrs) |

| Address | Phone | Email | | |
|---------|-------|-------|--|--|
| | | | | |

| Reg Status | PCP | Date Last Verified | Next Review Date | |
|------------|-----|--------------------|------------------|--|
| Verified | Sonia McField, FNP601-944-5964 | 03/12/21 | 04/11/21 | |

Generated on 3/25/21  5:31 PM                                          Page 99

**Lincoln/Lee 0688**

04/14/2021 8:29:23 PM -0400 FAXCOM                                      PAGE 90    OF 182

BRMH CT SCAN                              Lee, Katonia
17000 Medical Center Dr                  MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                     Acct #: 72011753044
                                         Adm: 11/24/2020

## 11/24/2020 - CT IV CONTRAST in Ochsner Medical Center - BR (continued)

### Admission Information

| Arrival Date/Time: | | Admit Date/Time: | 11/24/2020 1507 | IP Adm. Date/Time: | |
|---|---|---|---|---|---|
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: | |
| Means of Arrival: | | Primary Service: | | Secondary Service: | |
| Transfer Source: | | Service Area: | OCHSNER SERVICE AREA | Unit: | Ochsner Medical Center - BR |
| Admit Provider: | | Attending Provider: | Long H. Dang, MD | Referring Provider: | Long H. Dang, MD |

### Admission Information

| Attending Provider | Admission Dx | Admitted on |
|---|---|---|
| | | 11/24/20 |
| **Service** | **Isolation** | **Code Status** |
| | | Prior |
| **Allergies** | | |
| No Known Allergies | | |

### Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 11/24/2020 | Home Or Self Care | None | None | Ochsner Medical Center - BR |

### Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| B20 [Principal] | Human immunodeficiency virus (HIV) disease | | | | |
| C85.90 | Non-Hodgkin lymphoma, unspecified, unspecified site | | | | |

### Patient as-of Visit

**Allergies** as of 11/24/2020

Allergies last reviewed by Crystal B. Thornton, RT on 11/24/2020 1618
No Known Allergies

**Immunizations** as of 11/24/2020

| Immunization | Administered On |
|---|---|
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

Hospital Problem List as of 11/24/2020                    Reviewed: **8/10/2020 by John O. Nnadi, MD**

None

Non-Hospital Problem List as of 11/24/2020               Reviewed: **8/10/2020 by John O. Nnadi, MD**

| | Codes | Last Modified |
|---|---|---|
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | 1/26/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | 1/31/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | 2/1/2019 |
| **Elevated LFTs** | ICD-10-CM: R79.89 ICD-9-CM: 790.6 | 2/1/2019 |
| **Lymphoma** | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | 2/11/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 ICD-9-CM: 780.96 | 2/27/2019 |
| **B-cell lymphoma** | ICD-10-CM: C85.10 | 3/1/2019 |

Generated on 3/25/21 5:31 PM                                                       Page 100

**Lincoln/Lee 0689**

04/14/2021 8:29:23 PM -0400 FAXCOM                                      PAGE 91   OF 182

BRMH CT SCAN                                    Lee, Katonia
17000 Medical Center Dr                         MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                            Acct #: 72011753044
                                                Adm: 11/24/2020

## 11/24/2020 - CT IV CONTRAST in Ochsner Medical Center - BR (continued)

**Patient as-of Visit (continued)**

|  |  |  |
|---|---|---|
|  | ICD-9-CM: 202.80 |  |
| **Anemia** | ICD-10-CM: D64.9 | 3/1/2019 |
|  | ICD-9-CM: 285.9 |  |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 | 3/1/2019 |
|  | ICD-9-CM: 288.00, 780.61 |  |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 | 3/1/2019 |
|  | ICD-9-CM: 112.0 |  |
| RESOLVED: Fever | ICD-10-CM: R50.9 | 3/1/2019 |
|  | ICD-9-CM: 780.60 |  |
| **Biliary obstruction** | ICD-10-CM: K83.1 | 4/30/2019 |
|  | ICD-9-CM: 576.2 |  |
| **Essential hypertension** | ICD-10-CM: I10 | 5/26/2019 |
|  | ICD-9-CM: 401.9 |  |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90 | 5/26/2019 |
|  | ICD-9-CM: 042, 202.80 |  |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20 | 5/26/2019 |
|  | ICD-9-CM: 042 |  |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9 | 5/26/2019 |
|  | ICD-9-CM: 285.9 |  |
| **Other chest pain** | ICD-10-CM: R07.89 | 6/26/2019 |
|  | ICD-9-CM: 786.59 |  |
| **Multiple lung nodules on CT** | ICD-10-CM: R91.8 | 7/25/2019 |
|  | ICD-9-CM: 793.19 |  |
| **HIV disease** | ICD-10-CM: B20 | 7/25/2019 |
|  | ICD-9-CM: 042 |  |
| **Rash** | ICD-10-CM: R21 | 8/20/2019 |
|  | ICD-9-CM: 782.1 |  |

**Imaging for Abstract**

### CT Soft Tissue Neck With Contrast [575196856] (Final result)

| **CT Soft Tissue Neck With Contrast [575196856]** | Resulted: 11/24/20 1702, Result status: Final result |
|---|---|

Order status: Completed                         Resulted by: R. Reece Newsome Sr., MD
Filed by: Interface, Rad Results In  11/24/20 1704    Performed: 11/24/20 1610 - 11/24/20 1632
Accession number: 34053046                      Resulting lab: MMODEL FLUENCY
Narrative:
EXAMINATION:
CT CHEST ABDOMEN PELVIS WITH CONTRAST (XPD); CT SOFT TISSUE NECK WITH CONTRAST

CLINICAL HISTORY:
Human immunodeficiency virus (HIV) diseaseplease restage lymphoma; uterine fibroid

TECHNIQUE:
Standard neck, chest, abdomen, and pelvis CT protocol with IV contrast was performed.  100 mL of Omnipaque 350 contrast material was used for this examination.  There was no oral contrast administered.

COMPARISON:
Comparison was made to a CT of the chest, abdomen, and pelvis performed on 06/08/2020.  Comparison was also made to a PET-CT examination performed on 07/10/2019.

FINDINGS:
Finding: There has been interval development of necrotic areas in the central regions of masses seen in the parotids.  One of the larger masses is located in the left parotid and measures 19 mm in craniocaudal dimension by 12 mm in AP dimension by 11 mm in medial-lateral dimension.

The size of the heart is within normal limits.  There are minimal dependent atelectatic changes in both lungs.  There is no pneumothorax or pleural effusion.

There is a 5 mm oval shaped area of hypodensity in the anterior aspect of the left lobe of the liver.  It measured 5 mm on the prior examination.  The gallbladder, pancreas, spleen, adrenals, and kidneys are normal in appearance. The ureters and the urinary bladder are normal in appearance.  The uterus and ovaries were not optimally visualized.  There is a mass adjacent to the fundus of

Generated on 3/25/21  5:31 PM                                            Page 101

**Lincoln/Lee 0690**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 92    OF 182

BRMH CT SCAN                              Lee, Katonia
17000 Medical Center Dr                   MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                      Acct #: 72011753044
                                          Adm: 11/24/2020

## 11/24/2020 - CT IV CONTRAST in Ochsner Medical Center - BR (continued)

### Imaging for Abstract (continued)

the uterus at measures 4.1 cm in craniocaudal dimension by 4.4 cm in AP dimension by 5.0 cm in medial-lateral dimension. The appendix and the rest of the gastrointestinal system are normal in appearance. There is no free fluid within the abdomen or pelvis. There is no pneumoperitoneum. There is a mild amount of atherosclerosis. There are several hernias through the anterior wall of the abdomen. There is a small fat filled umbilical hernia. The width of the mouth of this hernia measures 8 mm. The linea alba of the abdomen protrudes anteriorly.

Impression:

1. There has been interval development of necrotic areas in the central regions of masses seen in the parotids. One of the larger masses is located in the left parotid and measures 19 mm in craniocaudal dimension by 12 mm in AP dimension by 11 mm in medial-lateral dimension. This is consistent with the patient's history.
2. The uterus and ovaries were not optimally visualized. There is a mass adjacent to the fundus of the uterus at measures 4.1 cm in craniocaudal dimension by 4.4 cm in AP dimension by 5.0 cm in medial-lateral dimension. This is consistent with the patient's history of a uterine fibroid.
3. There are several hernias through the anterior wall of the abdomen. There is a small fat filled umbilical hernia. The width of the mouth of this hernia measures 8 mm. The linea alba of the abdomen protrudes anteriorly.
4. There is a 5 mm oval shaped area of hypodensity in the anterior aspect of the left lobe of the liver. It measured 5 mm on the prior examination.
All CT scans at this facility use dose modulation, iterative reconstruction, and/or weight base dosing when appropriate to reduce radiation dose when appropriate to reduce radiation dose to as low as reasonably achievable.


Electronically signed by:   Robert Newsome, MD
Date:                       11/24/2020
Time:                       17:02
Acknowledged by: Long H. Dang, MD on 11/24/20 2046


### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 396 - FFI | MMODEL FLUENCY | n/a | n/a | 01/15/18 0931 - Present |

### Indications

Lymphoma related to acquired immunodeficiency syndrome (AIDS) [B20, C85.90 (ICD-10-CM)]

### Signed

Electronically signed by R. Reece Newsome Sr., MD on 11/24/20 at 1702 CST

### All Reviewers List

Long H. Dang, MD on 11/24/2020 20:46


### Discharge Instructions                                    Lee, Katonia (MRN 2325810)

None

### Follow-up Information

None

Lincoln/Lee 0691

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 93   OF 182

BRCC HEMATOLOGY ONCOLOGY                    Lee, Katonia
OCHSNER, BATON ROUGE REGION LA             MRN: 2325810, DOB:              Sex: F
                                           Acct #: 72011809529
                                           Enc. Date 12/8/2020

## Progress Notes (continued)

**Progress Notes by Jeanette M. Kovtun, MD at 12/8/2020 11:20 AM (continued)**

Respiratory: Lungs clear to auscultation bilaterally.
Abdomen: Bowel sounds present, soft, nontender, nondistended. No palpable hepatosplenomegaly.
Extremities: Warm, without edema.
Neurologic: Alert and oriented. Grossly normal strength, coordination, and gait.
Skin: No rashes, ecchymoses or petechial lesion.


Laboratory:

Lab Visit on 12/08/2020

| Component | Date | Value | Ref Range | Status |
|---|---|---|---|---|
| • Sodium | 12/08/2020 | 140 | 136 - 145 mmol/L | Final |
| • Potassium | 12/08/2020 | 4.1 | 3.5 - 5.1 mmol/L | Final |
| • Chloride | 12/08/2020 | 105 | 95 - 110 mmol/L | Final |
| • CO2 | 12/08/2020 | 32* | 23 - 29 mmol/L | Final |
| • Glucose | 12/08/2020 | 95 | 70 - 110 mg/dL | Final |
| • BUN | 12/08/2020 | 13 | 6 - 20 mg/dL | Final |
| • Creatinine | 12/08/2020 | 0.9 | 0.5 - 1.4 mg/dL | Final |
| • Calcium | 12/08/2020 | 9.3 | 8.7 - 10.5 mg/dL | Final |
| • Total Protein | 12/08/2020 | 7.4 | 6.0 - 8.4 g/dL | Final |
| • Albumin | 12/08/2020 | 3.9 | 3.5 - 5.2 g/dL | Final |
| • Total Bilirubin | 12/08/2020 | 0.3 | 0.1 - 1.0 mg/dL | Final |
| • Alkaline Phosphatase | 12/08/2020 | 178* | 55 - 135 U/L | Final |
| • AST | 12/08/2020 | 15 | 10 - 40 U/L | Final |
| • ALT | 12/08/2020 | 8* | 10 - 44 U/L | Final |
| • Anion Gap | 12/08/2020 | 3* | 8 - 16 mmol/L | Final |
| • eGFR if African American | 12/08/2020 | >60 | >60 mL/min/1.73 m^2 | Final |
| • eGFR if non African American | 12/08/2020 | >60 | >60 mL/min/1.73 m^2 | Final |
| • WBC | 12/08/2020 | 3.99 | 3.90 - 12.70 K/uL | Final |
| • RBC | 12/08/2020 | 4.01 | 4.00 - 5.40 M/uL | Final |
| • Hemoglobin | 12/08/2020 | 12.3 | 12.0 - 16.0 g/dL | Final |
| • Hematocrit | 12/08/2020 | 38.0 | 37.0 - 48.5 % | Final |
| • MCV | 12/08/2020 | 95 | 82 - 98 fL | Final |
| • MCH | 12/08/2020 | 30.7 | 27.0 - 31.0 pg | Final |
| • MCHC | 12/08/2020 | 32.4 | 32.0 - 36.0 g/dL | Final |
| • RDW | 12/08/2020 | 14.9* | 11.5 - 14.5 % | Final |
| • Platelets | 12/08/2020 | 164 | 150 - 350 K/uL | Final |
| • MPV | 12/08/2020 | 11.6 | 9.2 - 12.9 fL | Final |
| • Immature Granulocytes | 12/08/2020 | 0.5 | 0.0 - 0.5 % | Final |
| • Gran # (ANC) | 12/08/2020 | 1.8 | 1.8 - 7.7 K/uL | Final |
| • Immature Grans (Abs) | 12/08/2020 | 0.02 | 0.00 - 0.04 K/uL | Final |
| • Lymph # | 12/08/2020 | 1.7 | 1.0 - 4.8 K/uL | Final |
| • Mono # | 12/08/2020 | 0.4 | 0.3 - 1.0 K/uL | Final |
| • Eos # | 12/08/2020 | 0.1 | 0.0 - 0.5 K/uL | Final |
| • Baso # | 12/08/2020 | 0.01 | 0.00 - 0.20 K/uL | Final |
| • nRBC | 12/08/2020 | 0 | 0 /100 WBC | Final |
| • Gran % | 12/08/2020 | 45.5 | 38.0 - 73.0 % | Final |
| • Lymph % | 12/08/2020 | 42.4 | 18.0 - 48.0 % | Final |
| • Mono % | 12/08/2020 | 9.0 | 4.0 - 15.0 % | Final |
| • Eosinophil % | 12/08/2020 | 2.3 | 0.0 - 8.0 % | Final |
| • Basophil % | 12/08/2020 | 0.3 | 0.0 - 1.9 % | Final |
| • Differential Method | 12/08/2020 | Automated | | Final |

Generated on 3/25/21  5:31 PM                                                Page 91

**Lincoln/Lee 0692**

BRCC HEMATOLOGY ONCOLOGY                         Lee, Katonia
OCHSNER, BATON ROUGE REGION LA                   MRN: 2325810, DOB:              Sex: F
                                                 Acct #: 72011809529
                                                 Enc. Date 12/8/2020

## Progress Notes (continued)

**Progress Notes by Jeanette M. Kovtun, MD at 12/8/2020 11:20 AM (continued)**

| | | | | |
|---|---|---|---|---|
| • LD | 12/08/2020 | 169 | 110 - 260 U/L | Final |

**Imaging:**

Results for orders placed or performed during the hospital encounter of 11/24/20 (from the past 2160 hour(s))
CT Chest Abdomen Pelvis With Contrast
*Impression*
*1. There has been interval development of necrotic areas in the central regions of masses seen in the parotids. One of the larger masses is located in the left parotid and measures 19 mm in craniocaudal dimension by 12 mm in AP dimension by 11 mm in medial-lateral dimension. This is consistent with the patient's history.*
*2. The uterus and ovaries were not optimally visualized. There is a mass adjacent to the fundus of the uterus at measures 4.1 cm in craniocaudal dimension by 4.4 cm in AP dimension by 5.0 cm in medial-lateral dimension. This is consistent with the patient's history of a uterine fibroid.*
*3. There are several hernias through the anterior wall of the abdomen. There is a small fat filled umbilical hernia. The width of the mouth of this hernia measures 8 mm. The linea alba of the abdomen protrudes anteriorly.*
*4. There is a 5 mm oval shaped area of hypodensity in the anterior aspect of the left lobe of the liver. It measured 5 mm on the prior examination.*
*All CT scans at this facility use dose modulation, iterative reconstruction, and/or weight base dosing when appropriate to reduce radiation dose when appropriate to reduce radiation dose to as low as reasonably achievable.*

*Electronically signed by:      Robert Newsome, MD*
*Date:                          11/24/2020*
*Time:                          17:02*
Results for orders placed or performed during the hospital encounter of 11/24/20 (from the past 2160 hour(s))
CT Soft Tissue Neck With Contrast
*Impression*
*1. There has been interval development of necrotic areas in the central regions of masses seen in the parotids. One of the larger masses is located in the left parotid and measures 19 mm in craniocaudal dimension by 12 mm in AP dimension by 11 mm in medial-lateral dimension. This is consistent with the patient's history.*
*2. The uterus and ovaries were not optimally visualized. There is a mass adjacent to the fundus of the uterus at measures 4.1 cm in craniocaudal dimension by 4.4 cm in AP dimension by 5.0 cm in medial-lateral dimension. This is consistent with the patient's history of a uterine fibroid.*
*3. There are several hernias through the anterior wall of the abdomen. There is a small fat filled umbilical hernia. The width of the mouth of this hernia measures 8 mm. The linea alba of the abdomen protrudes anteriorly.*
*4. There is a 5 mm oval shaped area of hypodensity in the anterior aspect of the left lobe of the liver. It measured 5 mm on the prior examination.*
*All CT scans at this facility use dose modulation, iterative reconstruction,*

Generated on 3/25/21  5:31 PM                                              Page 92

**Lincoln/Lee 0693**

BRCC HEMATOLOGY ONCOLOGY                    Lee, Katonia
OCHSNER, BATON ROUGE REGION LA             MRN: 2325810, DOB:              Sex: F
                                           Acct #: 72011809529
                                           Enc. Date 12/8/2020

**Progress Notes (continued)**

**Progress Notes by Jeanette M. Kovtun, MD at 12/8/2020 11:20 AM (continued)**

*and/or weight base dosing when appropriate to reduce radiation dose when appropriate to reduce radiation dose to as low as reasonably achievable.*


*Electronically signed by:*     *Robert Newsome, MD*
*Date:*                         *11/24/2020*
*Time:*                         *17:02*


No results found for this or any previous visit (from the past 2160 hour(s)).
No results found for this or any previous visit (from the past 2160 hour(s)).


Pathology:


**Assessment/Plan:**

**Lymphoma related to acquired immunodeficiency syndrome (AIDS)**
- CBC Auto Differential; Future; Expected date: 03/08/2021
- Comprehensive Metabolic Panel; Future; Expected date: 03/08/2021
- Lactate Dehydrogenase; Future; Expected date: 03/08/2021
- oxyCODONE (ROXICODONE) 5 MG immediate release tablet; Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain (medically necessary). Dispense: 60 tablet; Refill: 0
- zolpidem (AMBIEN) 5 MG Tab; Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). Dispense: 30 tablet; Refill: 1

**Diffuse large B-cell lymphoma of intra-abdominal lymph nodes**
- Comprehensive Metabolic Panel; Future; Expected date: 12/08/2020
- CBC Auto Differential; Future; Expected date: 12/08/2020
- Lactate Dehydrogenase; Future; Expected date: 12/08/2020
- CBC Auto Differential; Future; Expected date: 03/08/2021
- Comprehensive Metabolic Panel; Future; Expected date: 03/08/2021
- Lactate Dehydrogenase; Future; Expected date: 03/08/2021
- oxyCODONE (ROXICODONE) 5 MG immediate release tablet; Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain (medically necessary). Dispense: 60 tablet; Refill: 0
- zolpidem (AMBIEN) 5 MG Tab; Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). Dispense: 30 tablet; Refill: 1

**AIDS (acquired immune deficiency syndrome)**
- oxyCODONE (ROXICODONE) 5 MG immediate release tablet; Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain (medically necessary). Dispense: 60 tablet; Refill: 0
- zolpidem (AMBIEN) 5 MG Tab; Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). Dispense: 30 tablet; Refill: 1

**Diffuse large B-cell lymphoma, unspecified body region**
- oxyCODONE (ROXICODONE) 5 MG immediate release tablet; Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain (medically necessary). Dispense: 60 tablet; Refill: 0
- zolpidem (AMBIEN) 5 MG Tab; Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). Dispense: 30 tablet; Refill: 1

**Lincoln/Lee 0694**

BRCC HEMATOLOGY ONCOLOGY                         Lee, Katonia
OCHSNER, BATON ROUGE REGION LA                   MRN: 2325810, DOB:           Sex: F
                                                 Acct #: 72011809529
                                                 Enc. Date 12/8/2020

## Progress Notes (continued)

**Progress Notes by Jeanette M. Kovtun, MD at 12/8/2020 11:20 AM (continued)**

1. **Lymphoma related to acquired immunodeficiency syndrome (AIDS)**
2. Diffuse large B-cell lymphoma of intra-abdominal lymph nodes
3. AIDS (acquired immune deficiency syndrome)
4. Diffuse large B-cell lymphoma, unspecified body region

### Plan:

**# DLBCL, AIDS associated**:  Status post chemotherapy R-CHOP and intrathecal completed 09/20/2019.  Reviewed CT imaging surveillance today.  There is note of parotid abnormality; May be consistent with lymph nodes unclear if pathologic.  Will discuss further with Radiology recommendation for follow-up evaluation.  No other notable concerning findings on imaging, lab work or history/physical exam concerning for recurrent disease.

**# AIDS:**  Follow-up with Infectious Disease, alkaline phosphatase elevation similar to prior review medication associated.

**Follow-Up:**
**Patient Instructions**
 Labs today
RV in 3 months with labs same day prior

Electronically signed by Jeanette M. Kovtun, MD on 12/8/2020 10:19 PM

### Follow-up and Disposition History

12/08/2020 1209 - Jeanette M. Kovtun, MD
Dispositions:                    • Follow up in about 3 months (around 3/8/2021).

### Follow-up Information
    None

### Follow Up Call
No data filed

Generated on 3/25/21  5:31 PM                                              Page 94

**Lincoln/Lee 0695**

BRMH CT SCAN
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:                Sex: F
Acct #: 72011753044
Adm: 11/24/2020

## 11/24/2020 - CT CHST/ABD/PEL CON in Ochsner Medical Center - BR

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|------|-----------|-----|-----------------|------------|
| Lee, Katonia | 2325810 | | Female | (50 yrs) |

| Address | Phone | Email | | |
|---------|-------|-------|--|--|
| | | | | |

| Reg Status | PCP | Date Last Verified | Next Review Date | |
|-----------|-----|--------------------|------------------|--|
| Verified | Sonia McField, FNP601-944-5964 | 03/12/21 | 04/11/21 | |

Generated on 3/25/21  5:31 PM                                    Page 95

**Lincoln/Lee 0696**

04/14/2021 8:29:23 PM -0400 FAXCOM                                      PAGE 98    OF 182

BRMH CT SCAN                                      Lee, Katonia
17000 Medical Center Dr                          MRN: 2325810, DOB:            Sex: F
Baton Rouge LA 70816                             Acct #: 72011753044
                                                 Adm: 11/24/2020

## 11/24/2020 - CT CHST/ABD/PEL CON in Ochsner Medical Center - BR (continued)

### Admission Information

| Arrival Date/Time: | | Admit Date/Time: | 11/24/2020 1507 | IP Adm. Date/Time: | |
|---|---|---|---|---|---|
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: | |
| Means of Arrival: | | Primary Service: | | Secondary Service: | |
| Transfer Source: | | Service Area: | OCHSNER SERVICE AREA | Unit: | Ochsner Medical Center - BR |
| Admit Provider: | | Attending Provider: | Long H. Dang, MD | Referring Provider: | Long H. Dang, MD |

### Admission Information

| Attending Provider | Admission Dx | Admitted on |
|---|---|---|
| | | 11/24/20 |
| **Service** | **Isolation** | **Code Status** |
| | | Prior |

### Allergies
No Known Allergies

### Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 11/24/2020 | Home Or Self Care | None | None | Ochsner Medical Center - BR |

### Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| B20 [Principal] | Human immunodeficiency virus (HIV) disease | | | | |
| C85.90 | Non-Hodgkin lymphoma, unspecified, unspecified site | | | | |

### Patient as-of Visit

**Allergies** as of 11/24/2020

Allergies last reviewed by Crystal B. Thornton, RT on 11/24/2020 1618
No Known Allergies

**Immunizations** as of 11/24/2020

| Immunization | Administered On |
|---|---|
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

Hospital Problem List as of 11/24/2020                    Reviewed: **8/10/2020 by John O. Nnadi, MD**

None

Non-Hospital Problem List as of 11/24/2020               Reviewed: **8/10/2020 by John O. Nnadi, MD**

| | Codes | Last Modified |
|---|---|---|
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | 1/26/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | 1/31/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | 2/1/2019 |
| **Elevated LFTs** | ICD-10-CM: R79.89 ICD-9-CM: 790.6 | 2/1/2019 |
| **Lymphoma** | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | 2/11/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 ICD-9-CM: 780.96 | 2/27/2019 |
| **B-cell lymphoma** | ICD-10-CM: C85.10 | 3/1/2019 |

Generated on 3/25/21  5:31 PM                                                    Page 96

**Lincoln/Lee 0697**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 99    OF 182

BRCC HEMATOLOGY ONCOLOGY                    Lee, Katonia
OCHSNER, BATON ROUGE REGION LA             MRN: 2325810, DOB:            Sex: F
                                           Acct #: 72011809529
                                           Enc. Date 12/8/2020

## 12/08/2020 - Office Visit in BR Cancer Center - Hematology Oncology (continued)

### Outpatient Medication Detail (continued)

| | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| **oxyCODONE (ROXICODONE) 5 MG immediate release tablet (Discontinued)** | 60 tablet | 0 | 12/8/2020 | 1/8/2021 | No |

Sig - Route: Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain (medically necessary). - Oral
Sent to pharmacy as: oxyCODONE (ROXICODONE) 5 MG immediate release tablet
Class: Normal
Earliest Fill Date: 12/8/2020
Notes to Pharmacy: Quantity medically necessary for greater than 7 days
Reason for Discontinue: **Reorder**
Order: 584005794
Date/Time Signed: 12/8/2020 12:12

### Outpatient Medication Detail

| | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| **zolpidem (AMBIEN) 5 MG Tab (Discontinued)** | 30 tablet | 1 | 12/8/2020 | 1/8/2021 | No |

Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral
Sent to pharmacy as: zolpidem (AMBIEN) 5 MG Tab
Class: Normal
Reason for Discontinue: **Reorder**
Order: 584005795
Date/Time Signed: 12/8/2020 12:12

## Progress Notes

### Progress Notes by Jeanette M. Kovtun, MD at 12/8/2020 11:20 AM

| | | |
|---|---|---|
| Author: Jeanette M. Kovtun, MD | Service: — | Author Type: Physician |
| Filed: 12/8/2020 10:19 PM | Encounter Date: 12/8/2020 | Creation Time: 12/8/2020 12:08 PM |
| Status: Signed | Editor: Jeanette M. Kovtun, MD (Physician) | |

## Subjective:

DATE OF VISIT: 12/8/20

Patient ID: Katonia Lee is a 51 y.o. female.  MR#: 2325810

REFERRING PROVIDER: No referring provider defined for this encounter.

Primary Care Providers:
Sonia McField, FNP (Inactive), FNP  (General)

**CHIEF COMPLAINT:**   Follow-up after scan

**ONCOLOGIC DIAGNOSIS:** Diffuse large B-cell lymphoma, AIDS associated

**CURRENT TREATMENT:** Surveillance

**PAST TREATMENT:**
R-CHOP, intrathecal, completed 09/20/2019

**ONCOLOGIC HISTORY:**

**Oncology History**
**Lymphoma related to acquired immunodeficiency syndrome (AIDS)**

Generated on 3/25/21  5:31 PM                                              Page 85

**Lincoln/Lee 0698**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 100   OF 182

BRCC HEMATOLOGY ONCOLOGY          Lee, Katonia
OCHSNER, BATON ROUGE REGION LA    MRN: 2325810, DOB:          Sex: F
                                  Acct #: 72011809529
                                  Enc. Date 12/8/2020

## Progress Notes (continued)

**Progress Notes by Jeanette M. Kovtun, MD at 12/8/2020 11:20 AM (continued)**

| | |
|---|---|
| 1/21/2019 | **Initial Diagnosis**<br>Lymphoma related to acquired immunodeficiency syndrome (AIDS) |
| 1/31/2019 - | **Chemotherapy**<br>Treatment Summary<br>Plan Name: OP RITUXIMAB Q3M (MAINTENANCE)<br>Treatment Goal: Palliative<br>Status: Inactive<br>Start Date: 1/27/2019<br>End Date: 1/27/2019<br>Provider: Ronald D. Delrie Jr., MD<br>Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride 0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous, Clinic/HOD 1 time, 1 of 2 cycles<br>Administration: 664 mg (1/27/2019)<br><br>Plan Name: R-EPOCH INPATIENT<br>Treatment Goal: Curative<br>Status: Inactive<br>Start Date: 1/31/2019<br>End Date: 1/31/2019<br>Provider: Ronald D. Delrie Jr., MD<br>Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg, Intravenous, Every 24 hours (non-standard times), 1 of 4 cycles<br>Administration: 1,270 mg (1/31/2019)<br><br>riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time, 0 of 3 cycles<br><br>DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine (ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, , Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles<br><br>Plan Name: OP R-CHOP Q3W<br>Treatment Goal: Curative<br>Status: Active<br>Start Date: 2/18/2019<br>End Date: 6/3/2019 (Planned)<br>Provider: Ronald D. Delrie Jr., MD<br>Chemotherapy: DOXOrubicin chemo injection 20 mg, 12.5 mg/m2 = 20 mg (25 % of original dose 50 mg/m2), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles<br>Dose modification: 12.5 mg/m2 (25 % of original dose 50 mg/m2, Cycle 1, Reason: Original Dose Changed)<br>Administration: 20 mg (2/18/2019), 20 mg (3/11/2019)<br><br>vinCRIStine (ONCOVIN) 2 mg in sodium chloride 0.9% 50 mL chemo infusion, 2 mg (100 % of original dose 2 mg), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles<br>Dose modification: 2 mg (original dose 2 mg, Cycle 1, Reason: MD Discretion, Comment: capping vincristine at 2 mg)<br>Administration: 2 mg (2/18/2019), 2 mg (3/11/2019) |

Generated on 3/25/21 5:31 PM                                              Page 86

**Lincoln/Lee 0699**

BRCC HEMATOLOGY ONCOLOGY                    Lee, Katonia
OCHSNER, BATON ROUGE REGION LA             MRN: 2325810, DOB:          Sex: F
                                           Acct #: 72011809529
                                           Enc. Date 12/8/2020

## Progress Notes (continued)

**Progress Notes by Jeanette M. Kovtun, MD at 12/8/2020 11:20 AM (continued)**

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,180 mg in sodium chloride 0.9%
309 mL chemo infusion, 750 mg/m2 = 1,180 mg, Intravenous, Clinic/HOD 1 time, 2
of 6 cycles
Administration: 1,180 mg (2/18/2019), 1,210 mg (3/11/2019)

methotrexate (PF) 6 mg in sodium chloride 0.9% (NORMAL SALINE FLUSH) 3 mL
INTRATHECAL chemo injection, , Intrathecal, Clinic/HOD 1 time, 0 of 4 cycles

**B-cell lymphoma**

**Chemotherapy**
Treatment Summary
Plan Name: OP RITUXIMAB Q3M (MAINTENANCE)
Treatment Goal: Palliative
Status: Inactive
Start Date: 1/27/2019
End Date: 1/27/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride
0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous,
Clinic/HOD 1 time, 1 of 2 cycles
Administration: 664 mg (1/27/2019)

Plan Name: R-EPOCH INPATIENT
Treatment Goal: Curative
Status: Inactive
Start Date: 1/31/2019
End Date: 1/31/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium
chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg, Intravenous, Every
24 hours (non-standard times), 1 of 4 cycles
Administration: 1,270 mg (1/31/2019)

riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL
infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time, 0
of 3 cycles

DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine
(ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, , Intravenous,
Every 24 hours (non-standard times), 0 of 3 cycles

Plan Name: OP R-CHOP Q3W
Treatment Goal: Curative
Status: Active
Start Date: 2/1/2019 (Planned)
End Date: 5/17/2019 (Planned)
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: DOXOrubicin chemo injection 84 mg, 50 mg/m2, Intravenous,
Clinic/HOD 1 time, 0 of 6 cycles

Generated on 3/25/21 5:31 PM                                    Page 87

**Lincoln/Lee 0700**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 102   OF 182

BRCC HEMATOLOGY ONCOLOGY                    Lee, Katonia
OCHSNER, BATON ROUGE REGION LA             MRN: 2325810, DOB:              Sex: F
                                           Acct #: 72011809529
                                           Enc. Date 12/8/2020

## Progress Notes (continued)

### Progress Notes by Jeanette M. Kovtun, MD at 12/8/2020 11:20 AM (continued)

vinCRIStine (ONCOVIN) 2.4 mg in sodium chloride 0.9% 50 mL chemo infusion, 1.4 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 250 mL chemo infusion, 750 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

riTUXimab (RITUXAN) 375 mg/m2 = 634 mg in sodium chloride 0.9% 634 mL infusion (conc: 1 mg/mL), 375 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

**Cancer Staging**
Lymphoma related to acquired immunodeficiency syndrome (AIDS)
 - Clinical stage from 2/6/2019: Stage II bulky (Diffuse large B-cell lymphoma) - Signed by Burke J. Brooks, MD on 2/6/2019

HPI

I had the pleasure meeting with Lee for the 1st time follow-up after CT scan.  She is transferring her care from Dr. Dang.  She notes feeling well in stable condition no acute complaints today.  No fevers chills night sweats or unintentional weight loss.  She has had some
Weight gain.
Review of Systems

A comprehensive 14-point review of systems was reviewed with patient and was negative other than as specified above.

PAST MEDICAL HISTORY:
Past Medical History:

| Diagnosis | Date |
|---|---|
| • B-cell lymphoma | 1/22/2019 |
| • Biliary stricture | |
| • Cancer *lymphoma]* | |
| • Diffuse large B cell lymphoma of duodenum and pancreas | 1/21/2019 |
| • Encounter for blood transfusion | |
| • HIV (human immunodeficiency virus infection) | |
| • Hypertension | |
| • Jaundice | |
| • Stomach ulcer *bleeding* | |

PAST SURGICAL HISTORY:
Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • BRONCHOSCOPY | Bilateral | 7/25/2019 |
| *Procedure: Bronchoscopy Pt needs K+; Surgeon: Tarek M. Abdallah, MD; Location: BRMH ENDO;* | | |

Generated on 3/25/21  5:31 PM                                              Page 88

**Lincoln/Lee 0701**

04/14/2021 8:29:23 PM -0400 FAXCOM                              PAGE 103   OF 182

| BRCC HEMATOLOGY ONCOLOGY | Lee, Katonia | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 2325810, DOB: | Sex: F |
| | Acct #: 72011809529 | |
| | Enc. Date 12/8/2020 | |

**Progress Notes (continued)**

**Progress Notes by Jeanette M. Kovtun, MD at 12/8/2020 11:20 AM (continued)**

*Service: Pulmonary;  Laterality: Bilateral;*
- CESAREAN SECTION
- ERCP                                                        N/A            1/25/2019
  *Procedure: ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY);  Surgeon: Janak N. Shah, MD;  Location: NOMH ENDO (2ND FLR);  Service: Endoscopy;  Laterality: N/A;*
- ERCP                                                        Left           4/30/2019
  *Procedure: ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY);  Surgeon: Janak N. Shah, MD;  Location: NOMH ENDO (2ND FLR);  Service: Endoscopy;  Laterality: Left;  appt confirmed*
- ESOPHAGOGASTRODUODENOSCOPY
- INSERTION OF VENOUS ACCESS PORT                             Left           2/11/2019
  *Procedure: INSERTION, VENOUS ACCESS PORT;  Surgeon: Kyle A Jakob, MD;  Location: BRMH OR;  Service: General;  Laterality: Left;*


ALLERGIES:
Allergies as of 12/08/2020
- (No Known Allergies)


MEDICATIONS:
Outpatient Medications Marked as Taking for the 12/8/20 encounter
(Office Visit) with Jeanette M. Kovtun, MD

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • allopurinol (ZYLOPRIM) 300 MG tablet | Take 1 tablet (300 mg total) by mouth once daily. | 30 tablet | 1 |
| • amLODIPine (NORVASC) 10 MG tablet | Take 1 tablet (10 mg total) by mouth once daily. | 90 tablet | 3 |
| • bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet | Take 1 tablet by mouth once daily. | 30 tablet | 4 |
| • citalopram (CELEXA) 20 MG tablet | Take 20 mg by mouth once daily. | | |
| • ferrous gluconate 324 mg (37.5 mg iron) Tab | Take 1 tablet by mouth once daily. | | |
| • hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab | Take 1 tablet (12.5 mg total) by mouth once daily. | 90 tablet | 3 |
| • ondansetron (ZOFRAN-ODT) 8 MG TbDL | Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). | 60 tablet | 1 |
| • oxyCODONE (ROXICODONE) 5 MG immediate release tablet | Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain (medically necessary). | 60 tablet | 0 |
| • zolpidem (AMBIEN) 5 MG Tab | Take 1 tablet (5 mg | 30 tablet | 1 |

Generated on 3/25/21  5:31 PM                                                           Page 89

**Lincoln/Lee 0702**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 104    OF 182

| BRCC HEMATOLOGY ONCOLOGY<br>OCHSNER, BATON ROUGE REGION LA | Lee, Katonia<br>MRN: 2325810, DOB:<br>Acct #: 72011809529<br>Enc. Date 12/8/2020 | Sex: F |

## Progress Notes (continued)

### Progress Notes by Jeanette M. Kovtun, MD at 12/8/2020 11:20 AM (continued)

| | | | |
|---|---|---|---|
| | total) by mouth nightly as needed (sleep). | | |
| • [DISCONTINUED] oxyCODONE (ROXICODONE) 5 MG immediate release tablet | Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain (medically necessary). | 60 tablet | 0 |
| • [DISCONTINUED] zolpidem (AMBIEN) 5 MG Tab | Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). | 30 tablet | 1 |

SOCIAL HISTORY:
Social History

Tobacco Use
- Smoking status:                Never Smoker
- Smokeless tobacco:         Never Used

Substance Use Topics
- Alcohol use:                     No
  - Frequency:                    Never

FAMILY HISTORY:
family history includes Breast cancer in her maternal aunt; Cancer in her paternal grandmother; Heart disease in her mother.

## Objective:

Physical Exam

Vitals:

|  | 12/08/20 1127 |
|---|---|
| BP: | (!) 161/104 |
| Pulse: | 69 |
| Temp: | 97.9 °F (36.6 °C) |

ECOG: 0
General appearance: Generally well appearing, in no acute distress.
Head, eyes, ears, nose, and throat: Pupils round and equally reactive to light. Oropharynx clear with moist mucous membranes.
Lymph: No palpable cervical or supraclavicular lymphadenopathy.
Cardiovascular: Regular rate and rhythm, S1, S2, no audible murmurs.

Generated on 3/25/21 5:31 PM                                                                Page 90

**Lincoln/Lee 0703**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 105   OF 182

BRCH LABORATORY DRAW STATION          Lee, Katonia
17000 Medical Center Dr               MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                  Acct #: 72011896940
                                      Enc. Date 12/8/2020

## 12/08/2020 - Lab Visit in Ochsner Medical Center - Baton Rouge (continued)

**Labs (continued)**

BATON ROUGE                           Baton Rouge LA 70816

### All Reviewers List

Jeanette M. Kovtun, MD on 12/8/2020 15:23

### CBC Auto Differential [584005797] (Final result)

Electronically signed by: **Jeanette M. Kovtun, MD on 12/08/20 1207**                Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Jeanette M. Kovtun, MD 12/08/20 1207      Authorized by: Jeanette M. Kovtun, MD
Ordering mode: Standard
Frequency: STAT  12/08/20 -                               Class: Lab Collect
Quantity: 1                                               Lab status: Final result
Instance released by: Maggie Houghton 12/8/2020 12:31 PM
Diagnoses
Diffuse large B-cell lymphoma of intra-abdominal lymph nodes [C83.33]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 9608013398:2 | Blood | Blood | HTC 12/08/20 1238 |

CBC Auto Differential [584005797] (Abnormal)              Resulted: 12/08/20 1255, Result status: Final result

Order status: Completed                                   Filed by: Edi, Soft Lab Interface  12/08/20 1255
Collected by: HTC 12/08/20 1238                           Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
Acknowledged by: Jeanette M. Kovtun, MD on 12/08/20 1329

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 3.99 | 3.9 - 12.7 K/uL | — | BRLB |
| RBC | 4.01 | 4.00 - 5.40 M/uL | — | BRLB |
| Hemoglobin | 12.3 | 12.0 - 16.0 g/dL | — | BRLB |
| Hematocrit | 38.0 | 37 - 48 % | — | BRLB |
| MCV | 95 | 82.0 - 98.0 fL | — | BRLB |
| MCH | 30.7 | 27.0 - 31.0 pg | — | BRLB |
| MCHC | 32.4 | 32.0 - 36.0 g/dL | — | BRLB |
| RDW | 14.9 | 11.5 - 14.5 % | H ^ | BRLB |
| Platelets | 164 | 150 - 350 K/uL | — | BRLB |
| MPV | 11.6 | 9.2 - 12.9 fL | — | BRLB |
| Immature Granulocytes | 0.5 | 0.0 - 0.5 % | — | BRLB |
| Gran # (ANC) | 1.8 | 1.8 - 7.7 K/uL | — | BRLB |
| Immature Grans (Abs) | 0.02 | 0.00 - 0.04 K/uL | — | BRLB |

Comment:
Mild elevation in immature granulocytes is non specific and
can be seen in a variety of conditions including stress response,
acute inflammation, trauma and pregnancy. Correlation with other
laboratory and clinical findings is essential.

| | | | | |
|---|---|---|---|---|
| Lymph # | 1.7 | 1.0 - 4.8 K/uL | — | BRLB |
| Mono # | 0.4 | 0.3 - 1.0 K/uL | — | BRLB |
| Eos # | 0.1 | 0.0 - 0.5 K/uL | — | BRLB |
| Baso # | 0.01 | 0.00 - 0.20 K/uL | — | BRLB |
| nRBC | 0 | 0 /100 WBC | — | BRLB |
| Gran % | 45.5 | 38.0 - 73.0 % | — | BRLB |
| Lymph % | 42.4 | 18 - 48 % | — | BRLB |
| Mono % | 9.0 | 4 - 15 % | — | BRLB |
| Eosinophil % | 2.3 | 0.0 - 8.0 % | — | BRLB |
| Basophil % | 0.3 | 0 - 1 % | — | BRLB |
| Differential Method | Automated | — | — | BRLB |

Generated on 3/25/21  5:30 PM                                                      Page 79

**Lincoln/Lee 0704**

BRCH LABORATORY DRAW STATION
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:                    Sex: F
Acct #: 72011896940
Enc. Date 12/8/2020

## 12/08/2020 - Lab Visit in Ochsner Medical Center - Baton Rouge (continued)

**Labs (continued)**

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 393 - BRLB | OCHSNER MEDICAL CENTER - BATON ROUGE | Aimee Goodier, M.D. | 17000 Medical Center Drive Baton Rouge LA 70816 | 11/22/19 0951 - Present |

### All Reviewers List

Jeanette M. Kovtun, MD on 12/8/2020 15:23
Jeanette M. Kovtun, MD on 12/8/2020 13:29

### Lactate Dehydrogenase [584005798] (Final result)

Electronically signed by: **Jeanette M. Kovtun, MD on 12/08/20 1207**                    Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Jeanette M. Kovtun, MD 12/08/20 1207          Authorized by: Jeanette M. Kovtun, MD
Ordering mode: Standard
Frequency: STAT  12/08/20 -                                   Class: Lab Collect
Quantity: 1                                                   Lab status: Final result
Instance released by: Maggie Houghton 12/8/2020 12:31 PM
Diagnoses
Diffuse large B-cell lymphoma of intra-abdominal lymph nodes [C83.33]

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| 9608013398:3 | Blood | Blood | HTC 12/08/20 1238 |

### Lactate Dehydrogenase [584005798]                        Resulted: 12/08/20 1322, Result status: Final result

Order status: Completed                          Filed by: Edi, Soft Lab Interface  12/08/20 1322
Collected by: HTC 12/08/20 1238                  Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
Acknowledged by: Jeanette M. Kovtun, MD on 12/08/20 1329

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| LD | 169 | 110 - 260 U/L | — | BRLB |

Comment: Results are increased in hemolyzed samples.

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 393 - BRLB | OCHSNER MEDICAL CENTER - BATON ROUGE | Aimee Goodier, M.D. | 17000 Medical Center Drive Baton Rouge LA 70816 | 11/22/19 0951 - Present |

### All Reviewers List

Jeanette M. Kovtun, MD on 12/8/2020 15:23
Jeanette M. Kovtun, MD on 12/8/2020 13:29

### Follow-up Information

None

### Follow Up Call

No data filed

Generated on 3/25/21  5:30 PM                                              Page 80

**Lincoln/Lee 0705**

BRCC HEMATOLOGY ONCOLOGY                          Lee, Katonia
OCHSNER, BATON ROUGE REGION LA                    MRN: 2325810, DOB:              Sex: F
                                                  Acct #: 72011809529
                                                  Enc. Date 12/8/2020

## 12/08/2020 - Office Visit in BR Cancer Center - Hematology Oncology

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Lee, Katonia | 2325810 | | Female | (51 yrs) |

| Address | Phone | Email | | |
|---|---|---|---|---|
| | | | | |

| Reg Status | PCP | Date Last Verified | Next Review Date | |
|---|---|---|---|---|
| Verified | Sonia McField, FNP601-944-5964 | 03/12/21 | 04/11/21 | |

PAGE 107/182 * RCVD AT 4/14/2021 8:29:22 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/0 * DNIS:6035591994 * CSID: * ANI: * DURATION (mm-ss):181-01

**Lincoln/Lee 0706**

04/14/2021 8:29:23 PM -0400 FAXCOM                              PAGE 108   OF 182

BRCC HEMATOLOGY ONCOLOGY                    Lee, Katonia
OCHSNER, BATON ROUGE REGION LA             MRN: 2325810, DOB:          Sex: F
                                           Acct #: 72011809529
                                           Enc. Date 12/8/2020

## 12/08/2020 - Office Visit in BR Cancer Center - Hematology Oncology (continued)

### Diagnoses

| | Codes | Comments |
|---|---|---|
| Lymphoma related to acquired immunodeficiency syndrome (AIDS) - Primary | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | |
| Diffuse large B-cell lymphoma of intra-abdominal lymph nodes | ICD-10-CM: C83.33<br>ICD-9-CM: 202.83 | |
| AIDS (acquired immune deficiency syndrome) | ICD-10-CM: B20<br>ICD-9-CM: 042 | |
| Diffuse large B-cell lymphoma, unspecified body region | ICD-10-CM: C83.30<br>ICD-9-CM: 202.80 | |

### Problem List as of 12/8/2020                              Date Reviewed: **12/8/2020**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **Multiple lung nodules on CT** | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |

### Patient as-of Visit

**Allergies** as of 12/8/2020

Allergies last reviewed by Jeanette M. Kovtun, MD on 12/8/2020 2213

Generated on 3/25/21  5:31 PM                                          Page 82

**Lincoln/Lee 0707**

04/14/2021 8:29:23 PM -0400 FAXCOM                                      PAGE 109   OF 182

BRCC HEMATOLOGY ONCOLOGY                    Lee, Katonia
OCHSNER, BATON ROUGE REGION LA             MRN: 2325810, DOB:           Sex: F
                                           Acct #: 72011809529
                                           Enc. Date 12/8/2020

## 12/08/2020 - Office Visit in BR Cancer Center - Hematology Oncology (continued)

### Patient as-of Visit (continued)

No Known Allergies

**Immunizations** as of 12/8/2020

| Immunization | Administered On |
|---|---|
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

### Outpatient Medications at Start of Encounter as of 12/8/2020

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet (Taking)** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |

Monica H Fefie, LPN 12/31/2019 10:46 AM

Erica M. Coffey, RN 2/7/2019 10:49 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amLODIPine (NORVASC) 10 MG tablet (Taking)** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| **citalopram (CELEXA) 20 MG tablet (Taking)** | | | | |
| Sig - Route: Take 20 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |

Monica H Fefie, LPN 12/31/2019 10:46 AM

Erica M. Coffey, RN 2/7/2019 10:53 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking)** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab (Taking)** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking)** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking)** | 30 tablet | 4 | 8/25/2020 | 2/1/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| **oxyCODONE (ROXICODONE) 5 MG immediate release tablet (Taking)** | 60 tablet | 0 | 11/12/2020 | 12/8/2020 |
| Sig - Route: Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain (medically necessary). - Oral | | | | |
| Earliest Fill Date: 11/12/2020 | | | | |
| Notes to Pharmacy: Quantity medically necessary for greater than 7 days | | | | |
| **zolpidem (AMBIEN) 5 MG Tab (Taking)** | 30 tablet | 1 | 11/12/2020 | 12/8/2020 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet (Taking)** | 30 tablet | 1 | 2/2/2019 | |
| Sig: Take 1 tablet (300 mg total) by mouth once daily. | | | | |
| Route: Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Taking)** | 90 tablet | 3 | 3/15/2020 | |
| Sig: Take 1 tablet (10 mg total) by mouth once daily. | | | | |
| Route: Oral | | | | |
| **citalopram (CELEXA) 20 MG tablet (Taking)** | | | | |

Generated on 3/25/21 5:31 PM                                           Page 83

**Lincoln/Lee 0708**

BRCC HEMATOLOGY ONCOLOGY                      Lee, Katonia
OCHSNER, BATON ROUGE REGION LA               MRN: 2325810, DOB:          Sex: F
                                             Acct #: 72011809529
                                             Enc. Date 12/8/2020

## 12/08/2020 - Office Visit in BR Cancer Center - Hematology Oncology (continued)

**Medications the Patient Reported Taking (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig: Take 20 mg by mouth once daily.<br>Class: Historical Med<br>Route: Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking)**<br>Sig: Take 1 tablet by mouth once daily.<br>Class: Historical Med<br>Route: Oral | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab (Taking)**<br>Sig: Take 1 tablet (12.5 mg total) by mouth once daily.<br>Route: Oral | 90 tablet | 3 | 3/15/2020 | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking)**<br>Sig: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea).<br>Route: Oral | 60 tablet | 1 | 4/22/2019 | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet by mouth once daily.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 4 | 8/25/2020 | 2/1/2021 |
| **oxyCODONE (ROXICODONE) 5 MG immediate release tablet (Taking/Discontinued)**<br>Sig: Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain (medically necessary).<br>Earliest Fill Date: 11/12/2020<br>Notes to Pharmacy: Quantity medically necessary for greater than 7 days<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 60 tablet | 0 | 11/12/2020 | 12/8/2020 |
| **oxyCODONE (ROXICODONE) 5 MG immediate release tablet (Taking/Discontinued)**<br>Sig: Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain (medically necessary).<br>Earliest Fill Date: 12/8/2020<br>Notes to Pharmacy: Quantity medically necessary for greater than 7 days<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 60 tablet | 0 | 12/8/2020 | 1/8/2021 |
| **zolpidem (AMBIEN) 5 MG Tab (Taking/Discontinued)**<br>Sig: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep).<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 1 | 11/12/2020 | 12/8/2020 |
| **zolpidem (AMBIEN) 5 MG Tab (Taking/Discontinued)**<br>Sig: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep).<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 1 | 12/8/2020 | 1/8/2021 |

**Ordered Medications**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **oxyCODONE (ROXICODONE) 5 MG immediate release tablet (Discontinued)**<br>Sig - Route: Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain (medically necessary). - Oral<br>Earliest Fill Date: 12/8/2020<br>Notes to Pharmacy: Quantity medically necessary for greater than 7 days<br>Reason for Discontinue: **Reorder** | 60 tablet | 0 | 12/8/2020 | 1/8/2021 |
| **zolpidem (AMBIEN) 5 MG Tab (Discontinued)**<br>Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 1 | 12/8/2020 | 1/8/2021 |

**Outpatient Medication Detail**

**Lincoln/Lee 0709**

04/14/2021 8:29:23 PM -0400 FAXCOM                                        PAGE 111   OF 182

BRMH ULTRASOUND                          Lee, Katonia
17000 Medical Center Dr                  MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                     Acct #: 72011927546
                                         Adm: 12/17/2020

### 12/17/2020 - US BIOPSY in Ochsner Medical Center - BR (continued)

**Pathology (continued)**

**All Reviewers List**

Jeanette M. Kovtun, MD on 2/18/2021 21:48
Jeanette M. Kovtun, MD on 1/30/2021 16:09
Jeanette M. Kovtun, MD on 1/20/2021 11:49
Jeanette M. Kovtun, MD on 1/6/2021 07:13
Jeanette M. Kovtun, MD on 12/23/2020 09:50
Jeanette M. Kovtun, MD on 12/22/2020 14:43

**Imaging for Abstract**

**US Biopsy Parotid Salivary Gland (xpd) [584005801] (Final result)**

| **US Biopsy Parotid Salivary Gland (xpd) [584005801]** | Resulted: 12/17/20 1409, Result status: Final result |
|---|---|
| Order status: Completed | Resulted by: David S. Kirsch, MD |
| Filed by: Interface, Rad Results In  12/17/20 1412 | Performed: 12/17/20 1226 - 12/17/20 1400 |
| Accession number: 34302762 | Resulting lab: MMODEL FLUENCY |

Narrative:
EXAMINATION:
US BIOPSY PAROTID SALIVARY GLAND (XPD)

CLINICAL HISTORY:
abnormal bilateral parotid mass/lymph node.;  Other diseases of salivary glands

TECHNIQUE:
Real-time ultrasonography was utilized to perform a core biopsy.  Grayscale and color Doppler spot images were obtained.

COMPARISON:
None

FINDINGS:
The patient was informed of the risks, benefits, and alternatives to the procedure and had  questions answered. The patient demonstrated verbal understanding and signed the informed consent.

The patient was then prepped and draped in a sterile fashion and local anesthesia was achieved via a 1% lidocaine solution.

Using sonographic guidance, a 22-gauge needle was then inserted into the right parotid lesion and a sample was returned. Multiple passes were made using a 20 gauge core.  The patient tolerated the procedure without an immediate complication.

Left parotid lesion appeared small and was not biopsy

Impression:

Ultrasound guided core biopsy of a right parotid lesion

Electronically signed by:  David Kirsch, MD
Date:                                  12/17/2020
Time:                                  14:09
Acknowledged by: Jeanette M. Kovtun, MD on 12/17/20 1555

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 396 - FFI | MMODEL FLUENCY | n/a | n/a | 01/15/18 0931 - Present |

**Signed**

Electronically signed by David S. Kirsch, MD on 12/17/20 at 1409 CST

**All Reviewers List**

Generated on 3/25/21  5:30 PM                                             Page 73

**Lincoln/Lee 0710**

BRMH ULTRASOUND                          Lee, Katonia
17000 Medical Center Dr                  MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                     Acct #: 72011927546
                                         Adm: 12/17/2020

### 12/17/2020 - US BIOPSY in Ochsner Medical Center - BR (continued)

**Imaging for Abstract (continued)**

Jeanette M. Kovtun, MD on 12/17/2020 15:55

**Discharge Instructions**                              Lee, Katonia (MRN 2325810)

None

**Follow-up Information**

None

---

Generated on 3/25/21  5:30 PM                                      Page 74

**Lincoln/Lee 0711**

04/14/2021 8:29:23 PM -0400 FAXCOM                              PAGE 113   OF 182

BRCH LABORATORY DRAW STATION                    Lee, Katonia
17000 Medical Center Dr                         MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                            Acct #: 72011896940
                                                Enc. Date 12/8/2020

---

### 12/08/2020 - Lab Visit in Ochsner Medical Center - Baton Rouge

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|------|-----------|-----|-----------------|-----------|
| Lee, Katonia | 2325810 | | Female | (51 yrs) |

| Address | Phone | Email | | |
|---------|-------|-------|---|---|
| | | | | |

| Reg Status | PCP | Date Last Verified | Next Review Date | |
|-----------|-----|--------------------|------------------|---|
| Verified | Sonia McField, FNP601-944-5964 | 03/12/21 | 04/11/21 | |

---

Generated on 3/25/21  5:30 PM                                          Page 75

**Lincoln/Lee 0712**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 114   OF 182

BRCH LABORATORY DRAW STATION          Lee, Katonia
17000 Medical Center Dr               MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                  Acct #: 72011896940
                                      Enc. Date 12/8/2020

## 12/08/2020 - Lab Visit in Ochsner Medical Center - Baton Rouge (continued)

### Diagnoses

| | Codes | Comments |
|---|---|---|
| **Diffuse large B-cell lymphoma of intra-abdominal lymph nodes** | ICD-10-CM: C83.33 ICD-9-CM: 202.83 | |

**Problem List** as of 12/8/2020                                    Date Reviewed: **12/8/2020**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 2/12/2018 - Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | | | 1/21/2019 - Present |
| **Elevated LFTs** | ICD-10-CM: R79.89 ICD-9-CM: 790.6 | | | 1/21/2019 - Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10 ICD-9-CM: 202.80 | | | 1/22/2019 - Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20 ICD-9-CM: 042 | | | 1/24/2019 - Present |
| **Lymphoma** | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | | | 2/11/2019 - Present |
| **Anemia** | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 2/26/2019 - Present |
| **Other chest pain** | ICD-10-CM: R07.89 ICD-9-CM: 786.59 | | | 2/26/2019 - Present |
| **Biliary obstruction** | ICD-10-CM: K83.1 ICD-9-CM: 576.2 | | | 4/30/2019 - Present |
| **Multiple lung nodules on CT** | ICD-10-CM: R91.8 ICD-9-CM: 793.19 | | | 7/25/2019 - Present |
| **HIV disease** | ICD-10-CM: B20 ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21 ICD-9-CM: 782.1 | | | 8/20/2019 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | | | 1/21/2019 - 1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | | | 1/21/2019 - 2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | | | 1/21/2019 - 1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 ICD-9-CM: 780.96 | | | 2/13/2019 - 2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 - 3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 ICD-9-CM: 112.0 | | | 2/27/2019 - 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9 ICD-9-CM: 780.60 | | | 2/28/2019 - 3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 5/25/2019 - 5/26/2019 |

### Patient as-of Visit

**Allergies** as of 12/8/2020

Allergies last reviewed **by** Jeanette M. Kovtun, MD on 12/8/2020 2213
No Known Allergies

**Immunizations** as of 12/8/2020

| Immunization | Administered On |
|---|---|

**Lincoln/Lee 0713**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 115  OF 182

BRCH LABORATORY DRAW STATION                      Lee, Katonia
17000 Medical Center Dr                           MRN: 2325810, DOB:           Sex: F
Baton Rouge LA 70816                              Acct #: 72011896940
                                                  Enc. Date 12/8/2020

## 12/08/2020 - Lab Visit in Ochsner Medical Center - Baton Rouge (continued)

### Patient as-of Visit (continued)

Pneumococcal Conjugate - 13 Valent                        03/01/2019

### Outpatient Medications at Start of Encounter as of 12/8/2020

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |

> Monica H Fefie, LPN 12/31/2019 10:46 AM
>
> Erica M. Coffey, RN 2/7/2019 10:49 AM
> TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amLODIPine (NORVASC) 10 MG tablet** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| **citalopram (CELEXA) 20 MG tablet** | | | | |
| Sig - Route: Take 20 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |

> Monica H Fefie, LPN 12/31/2019 10:46 AM
>
> Erica M. Coffey, RN 2/7/2019 10:53 AM
> TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily.  - Oral | | | | |
| Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Discontinued)** | 30 tablet | 4 | 8/25/2020 | 2/1/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **oxyCODONE (ROXICODONE) 5 MG immediate release tablet (Discontinued)** | 60 tablet | 0 | 11/12/2020 | 12/8/2020 |
| Sig - Route: Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain (medically necessary). - Oral | | | | |
| Earliest Fill Date: 11/12/2020 | | | | |
| Notes to Pharmacy: Quantity medically necessary for greater than 7 days | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **oxyCODONE (ROXICODONE) 5 MG immediate release tablet (Discontinued)** | 60 tablet | 0 | 12/8/2020 | 1/8/2021 |
| Sig - Route: Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain (medically necessary). - Oral | | | | |
| Earliest Fill Date: 12/8/2020 | | | | |
| Notes to Pharmacy: Quantity medically necessary for greater than 7 days | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **zolpidem (AMBIEN) 5 MG Tab (Discontinued)** | 30 tablet | 1 | 11/12/2020 | 12/8/2020 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **zolpidem (AMBIEN) 5 MG Tab (Discontinued)** | 30 tablet | 1 | 12/8/2020 | 1/8/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |

### Labs

**Comprehensive Metabolic Panel [584005796] (Final result)**

Electronically signed by: **Jeanette M. Kovtun, MD** on 12/08/20 1207                    Status: **Completed**

Generated on 3/25/21  5:30 PM                                                        Page 77

**Lincoln/Lee 0714**

04/14/2021 8:29:23 PM -0400 FAXCOM                                PAGE 116   OF 182

BRCH LABORATORY DRAW STATION                    Lee, Katonia
17000 Medical Center Dr                         MRN: 2325810, DOB:                Sex: F
Baton Rouge LA 70816                            Acct #: 72011896940
                                                Enc. Date 12/8/2020

## 12/08/2020 - Lab Visit in Ochsner Medical Center - Baton Rouge (continued)

**Labs (continued)**

This order may be acted on in another encounter.
Ordering user: Jeanette M. Kovtun, MD 12/08/20 1207         Authorized by: Jeanette M. Kovtun, MD
Ordering mode: Standard
Frequency: STAT 12/08/20 -                                  Class: Lab Collect
Quantity: 1                                                 Lab status: Final result
Instance released by: Maggie Houghton 12/8/2020 12:31 PM
Diagnoses
Diffuse large B-cell lymphoma of intra-abdominal lymph nodes [C83.33]

### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| 9608013398:1 | Blood | Blood | HTC 12/08/20 1238 |

**Comprehensive Metabolic Panel [584005796] (Abnormal)**        Resulted: 12/08/20 1329, Result status: Final result

Order status: Completed                         Filed by: Edi, Soft Lab Interface 12/08/20 1329
Collected by: HTC 12/08/20 1238                 Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
Acknowledged by: Jeanette M. Kovtun, MD on 12/08/20 1523

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 140 | 136 - 145 mmol/L | — | BRLB |
| Potassium | 4.1 | 3.5 - 5.1 mmol/L | — | BRLB |
| Chloride | 105 | 95 - 110 mmol/L | — | BRLB |
| CO2 | 32 | 23 - 29 mmol/L | H | BRLB |
| Glucose | 95 | 70 - 110 mg/dL | — | BRLB |
| BUN | 13 | 6 - 20 mg/dL | — | BRLB |
| Creatinine | 0.9 | 0.5 - 1.4 mg/dL | — | BRLB |
| Calcium | 9.3 | 8.7 - 10.5 mg/dL | — | BRLB |
| Total Protein | 7.4 | 6.0 - 8.4 g/dL | — | BRLB |
| Albumin | 3.9 | 3.5 - 5.2 g/dL | — | BRLB |
| Total Bilirubin | 0.3 | 0.1 - 1.0 mg/dL | — | BRLB |

Comment:
For infants and newborns, interpretation of results should be based
on gestational age, weight and in agreement with clinical
observations.
Premature Infant recommended reference ranges:
Up to 24 hours............<8.0 mg/dL
Up to 48 hours............<12.0 mg/dL
3-5 days.................<15.0 mg/dL
6-29 days................<15.0 mg/dL

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Alkaline Phosphatase | 178 | 55 - 135 U/L | H | BRLB |
| AST | 15 | 10 - 40 U/L | — | BRLB |
| ALT | 8 | 10 - 44 U/L | L | BRLB |
| Anion Gap | 3 | 8 - 16 mmol/L | L | BRLB |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 | — | BRLB |
| eGFR if non African American | >60 | >60 mL/min/1.73 m^2 | — | BRLB |

Comment:
Calculation used to obtain the estimated glomerular filtration
rate (eGFR) is the CKD-EPI equation.

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 393 - BRLB | OCHSNER MEDICAL CENTER - | Aimee Goodier, M.D. | 17000 Medical Center Drive | 11/22/19 0951 - Present |

Generated on 3/25/21  5:30 PM                                              Page 78

**Lincoln/Lee 0715**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 117  OF 182

BRMH ULTRASOUND                               Lee, Katonia
17000 Medical Center Dr                       MRN: 2325810, DOB:            Sex: F
Baton Rouge LA 70816                          Acct #: 72011927546
                                              Adm: 12/17/2020

## 12/17/2020 - US BIOPSY in Ochsner Medical Center - BR (continued)

**Pathology (continued)**

### Questionnaire

| Question | Answer |
|---|---|
| Source: | Lymph node (non radiology, clinician performed, no path adequacy) |
| Specific Site: | right parotid area |
| Other Requests: | no |
| Total number of passes: | 1 |
| Number of air dried slides submitted: | 0 |
| Number of fixed slides submitted: | 0 |
| Additional Material Submitted: | cytolyte |

### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| 9617012338:3 | — | — | Ryan L. Moore 12/17/20 1229 |

**Cytology-FNA Non-Radiology Clinician Performed w/o on site [587423689]**     Resulted: 12/21/20 1104, Result status: Final result

Ordering provider: Jeanette M. Kovtun, MD  12/17/20 1229          Order status: Completed
Filed by: Interface, Lab In Hlseven  12/21/20 1104              Collected by: Ryan L. Moore 12/17/20 1229
Resulting lab: OCHS SOFT LAB
Acknowledged by
Jeanette M. Kovtun, MD on 12/21/20 1308
John O. Nnadi, MD on 12/23/20 1120

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Final Pathologic Diagnosis | -- | — | — | BRLB |

Comment: Interp By Aleksandra Lessa Sowder, M.D., Signed on 12/21/2020 at 10:37
Result:
Right parotid area, fine needle aspiration (1 thin prep):
- Mixed mature lymphocytes and macrophages, consistent with reactive lymph
node sampling
- No parotid epithelial cells identified
- No evidence of lymphoma by cytology or concurrent flow cytometric analysis
(see separate report)

View Image (below)

**Lincoln/Lee 0716**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 118  OF 182

BRMH ULTRASOUND                          Lee, Katonia
17000 Medical Center Dr                  MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                     Acct #: 72011927546
                                         Adm: 12/17/2020

## 12/17/2020 - US BIOPSY in Ochsner Medical Center - BR (continued)

**Pathology (continued)**



**OCHSNER MEDICAL CENTER -- NEW ORLEANS**
**PATHOLOGY & LABORATORY MEDICINE**
**WILLIAM G HELIS MEMORIAL LABORATORIES**
Pathology and Laboratory Medicine 1514 JEFFERSON HIGHWAY - NEW ORLEANS, LA 70121
Ph (504) 842-3330 Fax (504) 842-3884

### CYTOLOGY REPORT

**Patient Name** LEE, KATONIA                    **Accession #  BRF-20-332**

| | |
|---|---|
| Medical Record # 2325810 | Billing # 197168103 |
| Date of Birth          (51 Y F) | Collection Date   12/17/2020 12:29 |
| Location          BRMH-ULSOUND | Received          12/17/2020 14:16 |
| | Reported          12/21/2020 10:37 |

**ORDERING / ATTENDING PHYSICIAN(S)**
Ordering:      JEANETTE M. KOVTUN
Attending:     JEANETTE M. KOVTUN

**CLINICAL INFORMATION**
.

**Gross Description**
cytolyt
1 thin prep
gr

**SPECIMEN**

1. FNA Lymph Node (Clinician), right parotid area

**FINAL PATHOLOGIC DIAGNOSIS**

Right parotid area, fine needle aspiration (1 thin prep):
- Mixed mature lymphocytes and macrophages, consistent with reactive lymph node sampling
- No parotid epithelial cells identified
- No evidence of lymphoma by cytology or concurrent flow cytometric analysis (see separate report)

**Comments**

**Microscopic Examination**

Diagnosed by SOWDER, ALEKSANDRA
Electronically Signed By:  Aleksandra Lessa Sowder, M.D.              12/21/2020 10:37
**Report Footnotes**

Page 1 of 2

PAGE 118/182 * RCVD AT 4/14/2021 8:29:22 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/0 * DNIS:6035591994 * CSID: * ANI: * DURATION (mm-ss):181-01

**Lincoln/Lee 0717**

BRMH ULTRASOUND                                    Lee, Katonia
17000 Medical Center Dr                            MRN: 2325810, DOB:            Sex: F
Baton Rouge LA 70816                               Acct #: 72011927546
                                                   Adm: 12/17/2020

### 12/17/2020 - US BIOPSY in Ochsner Medical Center - BR (continued)

**Pathology (continued)**

| Patient Name | LEE, KATONIA | | Accession # BRF-20-332 |
|---|---|---|---|
| Medical Record # | 2325810 | Billing # | 197168103 |
| Date of Birth | (51 Y F) | Collection Date | 12/17/2020 12:29 |
| Location | BRMH-ULSOUND | Received | 12/17/2020 14:16 |
| | | Reported | 12/21/2020 10:37 |

Sign Out performed at OMC-Baton Rouge Hospital, 17000 Medical Center Dr., Baton Rouge, LA. 70816

Page 2 of 2

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 200 - SOFTLAB | OCHS SOFT LAB | N/A | N/A | 11/18/19 1042 - Present |
| 393 - BRLB | OCHSNER MEDICAL CENTER - BATON ROUGE | Aimee Goodier, M.D. | 17000 Medical Center Drive Baton Rouge LA 70816 | 11/22/19 0951 - Present |

**Lincoln/Lee 0718**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 120   OF 182

| | | |
|---|---|---|
| BRMH ULTRASOUND | Lee, Katonia | |
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72011927546 | |
| | Adm: 12/17/2020 | |

## 12/17/2020 - US BIOPSY in Ochsner Medical Center - BR (continued)

### Pathology (continued)

#### All Reviewers List

Jeanette M. Kovtun, MD on 2/18/2021 21:48
Jeanette M. Kovtun, MD on 1/30/2021 16:09
Jeanette M. Kovtun, MD on 1/20/2021 11:49
Jeanette M. Kovtun, MD on 1/6/2021 07:13
John O. Nnadi, MD on 12/23/2020 11:20
Jeanette M. Kovtun, MD on 12/23/2020 09:50
Jeanette M. Kovtun, MD on 12/22/2020 14:43
Jeanette M. Kovtun, MD on 12/21/2020 13:08

#### Specimen to Pathology, Radiology Lymph nodes [587423691] (Final result)

Electronically signed by: **Ryan L. Moore on 12/17/20 1229**                 Status: **Completed**
Ordering user: Ryan L. Moore 12/17/20 1229          Ordering provider: Jeanette M. Kovtun, MD
Authorized by: Jeanette M. Kovtun, MD               Ordering mode: Per Radiology Protocol: No cosign required
Frequency: Routine Once 12/17/20 1227 - 1  occurrence    Class: Unit Collect
Quantity: 1                                         Lab status: Final result
Instance released by: Ryan L. Moore (auto-released) 12/17/2020 12:29 PM

##### Questionnaire

| Question | Answer |
|---|---|
| Source: | Lymph nodes |
| Clinical Information: | right parotid node |

##### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| 9617012334:2 | Lymph node | — | Ryan L. Moore 12/17/20 1229 |

#### Specimen to Pathology, Radiology Lymph nodes [587423691]          Resulted: 12/22/20 1403, Result status: Final result

Ordering provider: Jeanette M. Kovtun, MD  12/17/20 1229      Order status: Completed
Filed by: Interface, Lab In HIseven  12/22/20 1403            Collected by: Ryan L. Moore 12/17/20 1229
Resulting lab: OCHS SOFT LAB
Acknowledged by: Jeanette M. Kovtun, MD on 12/22/20 1443

##### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Final Pathologic Diagnosis | -- | — | — | BRLB |
| Comment: Interp By Mona Bansal, M.D., Signed on 12/22/2020 at 13:39 Result: "RIGHT PAROTID NODE", BIOPSY: Negative for malignancy Fibrosis with foreign body type granulomatous reaction with chronic inflammation No definite evidence of lymph node | | | | |
| Gross | -- | — | — | BRLB |
| Result: Surgery ID:  2325810;  Pathology ID:  2325810 1.  Received in formalin labeled "right parotid" is a single pale tan tissue core, 0.7 cm in greatest dimension.  The specimen is entirely embedded in 1 cassette. BRS-20-6186-1-A Grossed by: Kevin King | | | | |

View Image (below)

---

Generated on 3/25/21  5:30 PM                                                        Page 70

**Lincoln/Lee 0719**

BRMH ULTRASOUND                          Lee, Katonia
17000 Medical Center Dr                  MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                     Acct #: 72011927546
                                         Adm: 12/17/2020

## 12/17/2020 - US BIOPSY in Ochsner Medical Center - BR (continued)

**Pathology (continued)**

**Y Ochsner**
Pathology and Laboratory Medicine

**OCHSNER MEDICAL CENTER -- NEW ORLEANS**
**PATHOLOGY & LABORATORY MEDICINE**
**WILLIAM G HELIS MEMORIAL LABORATORIES**
1514 JEFFERSON HIGHWAY - NEW ORLEANS, LA 70121
Ph (504) 842-3330 Fax (504) 842-3884

*PATHOLOGY REPORT*

**Patient Name LEE, KATONIA**                    **Accession # BRS-20-6186**

| | | | |
|---|---|---|---|
| Medical Record # 2325810 | | Billing # | 197168103 |
| Date of Birth | (51 Y F) | Collection Date | 12/17/2020 12:29 |
| Location | BRMH-ULSOUND | Received | 12/17/2020 14:39 |
| | | Reported | 12/22/2020 13:39 |

**ORDERING/ATTENDING PHYSICIAN(S)**
Ordering: JEANETTE M. KOVTUN          Attending: JEANETTE M. KOVTUN
**CLINICAL DIAGNOSIS / INFORMATION**

**SPECIMEN**

1. right parotid node

**FINAL PATHOLOGIC DIAGNOSIS**
"RIGHT PAROTID NODE", BIOPSY:
Negative for malignancy
Fibrosis with foreign body type granulomatous reaction with chronic inflammation
No definite evidence of lymph node
Diagnosed by BANSAL, MONA
Electronically Signed By:   Mona Bansal, M.D.                    12/22/2020 13:39

**Gross Description**
Surgery ID: 2325810; Pathology ID: 2325810
1. Received in formalin labeled "right parotid" is a single pale tan tissue core, 0.7 cm in greatest dimension.
The specimen is entirely embedded in 1 cassette.
BRS-20-6186-1-A

Grossed by: Kevin King

**Report Footnotes**

Grossing was performed at OMC-Baton Rouge Hospital, 17000 Medical Center Dr., Baton Rouge, LA, 70816

Sign Out performed at OMC - New Orleans, 1516 Jefferson Highway, New Orleans, LA, 70121

Page 1 of 2

**Lincoln/Lee 0720**

04/14/2021 8:29:23 PM -0400 FAXCOM                    PAGE 122   OF 182

BRMH ULTRASOUND                          Lee, Katonia
17000 Medical Center Dr                  MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                     Acct #: 72011927546
                                         Adm: 12/17/2020

## 12/17/2020 - US BIOPSY in Ochsner Medical Center - BR (continued)

**Pathology (continued)**

| | | | |
|---|---|---|---|
| **Patient Name** LEE, KATONIA | | **Accession #** BRS-20-6186 | |
| Medical Record # 2325810 | | Billing # | 197168103 |
| Date of Birth | (51 Y F) | Collection Date | 12/17/2020 12:29 |
| Location | BRMH-ULSOUND | Received | 12/17/2020 14:39 |
| | | Reported | 12/22/2020 13:39 |

Page 2 of 2

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **200 - SOFTLAB** | OCHS SOFT LAB | N/A | N/A | 11/18/19 1042 - Present |
| **393 - BRLB** | OCHSNER MEDICAL CENTER - BATON ROUGE | Aimee Goodier, M.D. | 17000 Medical Center Drive Baton Rouge LA 70816 | 11/22/19 0951 - Present |

PAGE 122/182 * RCVD AT 4/14/2021 8:29:22 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/0 * DNIS:6035591994 * CSID: * ANI: * DURATION (mm-ss):181-01

**Lincoln/Lee 0721**

BRMH ULTRASOUND                          Lee, Katonia
17000 Medical Center Dr                  MRN: 2325810, DOB:           Sex: F
Baton Rouge LA 70816                     Acct #: 72011927546
                                         Adm: 12/17/2020

**12/17/2020 - US BIOPSY in Ochsner Medical Center - BR (continued)**

**H&P Notes (continued)**

Electronically signed by:    Robert Newsome, MD
Date:                        11/24/2020
Time:                        17:02

Results for orders placed or performed during the hospital encounter of 11/24/20 (from the past 2160 hour(s))

CT Soft Tissue Neck With Contrast

*Impression*

*1. There has been interval development of necrotic areas in the central regions of masses seen in the parotids. One of the larger masses is located in the left parotid and measures 19 mm in craniocaudal dimension by 12 mm in AP dimension by 11 mm in medial-lateral dimension. This is consistent with the patient's history.*

*2. The uterus and ovaries were not optimally visualized. There is a mass adjacent to the fundus of the uterus at measures 4.1 cm in craniocaudal dimension by 4.4 cm in AP dimension by 5.0 cm in medial-lateral dimension. This is consistent with the patient's history of a uterine fibroid.*

*3. There are several hernias through the anterior wall of the abdomen. There is a small fat filled umbilical hernia. The width of the mouth of this hernia measures 8 mm. The linea alba of the abdomen protrudes anteriorly.*

*4. There is a 5 mm oval shaped area of hypodensity in the anterior aspect of the left lobe of the liver. It measured 5 mm on the prior examination.*

*All CT scans at this facility use dose modulation, iterative reconstruction, and/or weight base dosing when appropriate to reduce radiation dose when appropriate to reduce radiation dose to as low as reasonably achievable.*

Electronically signed by:    Robert Newsome, MD
Date:                        11/24/2020
Time:                        17:02

No results found for this or any previous visit (from the past 2160 hour(s)).
No results found for this or any previous visit (from the past 2160 hour(s)).

**Pathology:**

**Assessment/Plan:**

**Lymphoma related to acquired immunodeficiency syndrome (AIDS)**
- CBC Auto Differential; Future; Expected date: 03/08/2021
- Comprehensive Metabolic Panel; Future; Expected date: 03/08/2021
- Lactate Dehydrogenase; Future; Expected date: 03/08/2021
- oxyCODONE (ROXICODONE) 5 MG immediate release tablet; Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain (medically necessary). Dispense: 60 tablet; Refill: 0
- zolpidem (AMBIEN) 5 MG Tab; Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). Dispense: 30 tablet; Refill: 1

**Diffuse large B-cell lymphoma of intra-abdominal lymph nodes**
- Comprehensive Metabolic Panel; Future; Expected date: 12/08/2020

Generated on 3/25/21  5:30 PM                                         Page 61

**Lincoln/Lee 0722**

04/14/2021 8:29:23 PM -0400 FAXCOM                                      PAGE 124   OF 182

BRMH ULTRASOUND                          Lee, Katonia
17000 Medical Center Dr                  MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                     Acct #: 72011927546
                                         Adm: 12/17/2020

### 12/17/2020 - US BIOPSY in Ochsner Medical Center - BR (continued)

**H&P Notes (continued)**

- CBC Auto Differential; Future; Expected date: 12/08/2020
- Lactate Dehydrogenase; Future; Expected date: 12/08/2020
- CBC Auto Differential; Future; Expected date: 03/08/2021
- Comprehensive Metabolic Panel; Future; Expected date: 03/08/2021
- Lactate Dehydrogenase; Future; Expected date: 03/08/2021
- oxyCODONE (ROXICODONE) 5 MG immediate release tablet; Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain (medically necessary).  Dispense: 60 tablet; Refill: 0
- zolpidem (AMBIEN) 5 MG Tab; Take 1 tablet (5 mg total) by mouth nightly as needed (sleep).  Dispense: 30 tablet; Refill: 1

### AIDS (acquired immune deficiency syndrome)
- oxyCODONE (ROXICODONE) 5 MG immediate release tablet; Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain (medically necessary).  Dispense: 60 tablet; Refill: 0
- zolpidem (AMBIEN) 5 MG Tab; Take 1 tablet (5 mg total) by mouth nightly as needed (sleep).  Dispense: 30 tablet; Refill: 1

### Diffuse large B-cell lymphoma, unspecified body region
- oxyCODONE (ROXICODONE) 5 MG immediate release tablet; Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain (medically necessary).  Dispense: 60 tablet; Refill: 0
- zolpidem (AMBIEN) 5 MG Tab; Take 1 tablet (5 mg total) by mouth nightly as needed (sleep).  Dispense: 30 tablet; Refill: 1


1.    **Lymphoma related to acquired immunodeficiency syndrome (AIDS)**
2.    Diffuse large B-cell lymphoma of intra-abdominal lymph nodes
3.    AIDS (acquired immune deficiency syndrome)
4.    Diffuse large B-cell lymphoma, unspecified body region


### Plan:

**# DLBCL, AIDS associated**:  Status post chemotherapy R-CHOP and intrathecal completed 09/20/2019.  Reviewed CT imaging surveillance today.  There is note of parotid abnormality; May be consistent with lymph nodes unclear if pathologic.  Will discuss further with Radiology recommendation for follow-up evaluation.  No other notable concerning findings on imaging, lab work or history/physical exam concerning for recurrent disease.

**# AIDS**:  Follow-up with Infectious Disease, alkaline phosphatase elevation similar to prior review medication associated.


**Follow-Up:**
**Patient Instructions**
 Labs today
RV in 3 months with labs same day prior


Electronically signed by Jeanette M. Kovtun, MD at 12/8/2020 10:19 PM


Generated on 3/25/21  5:30 PM                                           Page 62

**Lincoln/Lee 0723**

BRMH ULTRASOUND                              Lee, Katonia
17000 Medical Center Dr                      MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                         Acct #: 72011927546
                                             Adm: 12/17/2020

### 12/17/2020 - US BIOPSY in Ochsner Medical Center - BR (continued)

**H&P Notes (continued)**

**Discharge Summary Note**

**12/17/2020**

**Discharge Summary by Case Rappelet, PA at 12/17/2020 1100**

| | | |
|---|---|---|
| Author: Case Rappelet, PA | Service: Radiology | Author Type: Physician Assistant |
| Filed: 12/17/2020 12:35 PM | Date of Service: 12/17/2020 11:00 AM | Status: Signed |
| Editor: Case Rappelet, PA (Physician Assistant) | | Cosigner: David S. Kirsch, MD at 12/17/2020 1:30 PM |

Pre Op Diagnosis: parotid mass

Post Op Diagnosis: same

Procedure: Parotid biopsy

Procedure performed by: Kirsch MD, Rappelet PA-C

Written Informed Consent Obtained: Yes

Specimen Removed: yes

Estimated Blood Loss: minimal

Findings: Local anesthesia and moderate sedation were used.

The patient tolerated the procedure well and there were no complications.

Sterile technique was performed in the right parotid, lidocaine was used as a local anesthetic. Multiple samples taken from the right parotid mass. Pt tolerated the procedure well without immediate complications. Please see radiologist report for details. F/u with PCP and/or ordering physician.

Electronically signed by Case Rappelet, PA at 12/17/2020 12:35 PM
Electronically signed by David S. Kirsch, MD at 12/17/2020 1:30 PM

**Labs**

**AFB Culture & Smear [587423695] (Final result)**

Electronically signed by: **Ryan L. Moore on 12/17/20 1354**                    Status: **Completed**
Ordering user: Ryan L. Moore 12/17/20 1354              Ordering provider: Jeanette M. Kovtun, MD
Authorized by: Jeanette M. Kovtun, MD                   Ordering mode: Per Radiology Protocol: No cosign required
Frequency: ASAP Once 12/17/20 1354 - 1 occurrence       Class: Unit Collect
Quantity: 1                                             Lab status: Final result
Instance released by: Ryan L. Moore (auto-released) 12/17/2020 1:54 PM

**Questionnaire**

| Question | Answer |
|---|---|
| ASAP | Yes |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 9617013982:4 | Biopsy | Neck | Ryan L. Moore 12/17/20 1355 |

**Lincoln/Lee 0724**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 126  OF 182

BRMH ULTRASOUND                              Lee, Katonia
17000 Medical Center Dr                      MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                         Acct #: 72011927546
                                             Adm: 12/17/2020

## 12/17/2020 - US BIOPSY in Ochsner Medical Center - BR (continued)

**Labs (continued)**

### AFB Culture & Smear [587423695]                          Resulted: 02/18/21 2127, Result status: Final result

Ordering provider: Jeanette M. Kovtun, MD  12/17/20 1354          Order status: Completed
Filed by: Edi, Soft Lab Interface  02/18/21 2127                 Collected by: Ryan L. Moore 12/17/20 1355
Resulting lab: OCHSNER MEDICAL CENTER - NEW ORLEANS
Acknowledged by: Jeanette M. Kovtun, MD on 02/18/21 2148

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| AFB Culture & Smear | No growth after 8 weeks. | — | — | OCLB |
| AFB CULTURE STAIN | No acid fast bacilli seen. | — | — | OCLB |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 347 - OCLB | OCHSNER MEDICAL CENTER - NEW ORLEANS | Elise Occhipinti, M.D. | 1516 Jefferson Hwy New Orleans LA 70121 | 03/25/19 1044 - Present |

#### All Reviewers List

Jeanette M. Kovtun, MD on 2/18/2021 21:48
Jeanette M. Kovtun, MD on 1/30/2021 16:09
Jeanette M. Kovtun, MD on 1/20/2021 11:49
Jeanette M. Kovtun, MD on 1/6/2021 07:13
John O. Nnadi, MD on 12/23/2020 11:20
Jeanette M. Kovtun, MD on 12/23/2020 09:50
Jeanette M. Kovtun, MD on 12/22/2020 14:43
Jeanette M. Kovtun, MD on 12/21/2020 13:08
John O. Nnadi, MD on 12/21/2020 08:13
Jeanette M. Kovtun, MD on 12/18/2020 21:38
Jeanette M. Kovtun, MD on 12/18/2020 16:05
Jeanette M. Kovtun, MD on 12/18/2020 13:24

### Fungus culture [587423697] (Final result)

Electronically signed by: **Ryan L. Moore on 12/17/20 1355**                         Status: **Completed**
Ordering user: Ryan L. Moore 12/17/20 1355          Ordering provider: Jeanette M. Kovtun, MD
Authorized by: Jeanette M. Kovtun, MD               Ordering mode: Per Radiology Protocol: No cosign required
Frequency: STAT STAT 12/17/20 1355 - 1  occurrence  Class: Unit Collect
Quantity: 1                                         Lab status: Final result
Instance released by: Ryan L. Moore (auto-released) 12/17/2020  1:55 PM

#### Questionnaire

| Question | Answer |
|---|---|
| ASAP | Yes |

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| 9617013983:5 | Biopsy | Neck | Ryan L. Moore 12/17/20 1355 |

### Fungus culture [587423697]                             Resulted: 01/20/21 1103, Result status: Final result

Ordering provider: Jeanette M. Kovtun, MD  12/17/20 1355         Order status: Completed
Filed by: Edi, Soft Lab Interface  01/20/21 1104                 Collected by: Ryan L. Moore 12/17/20 1355
Resulting lab: OCHSNER MEDICAL CENTER - NEW ORLEANS
Acknowledged by: Jeanette M. Kovtun, MD on 01/20/21 1149

---

PAGE 126/182 * RCVD AT 4/14/2021 8:29:22 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/0 * DNIS:6035591994 * CSID: * ANI: * DURATION (mm-ss):181-01

**Lincoln/Lee 0725**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 127  OF 182

BRMH ULTRASOUND                           Lee, Katonia
17000 Medical Center Dr                   MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                      Acct #: 72011927546
                                          Adm: 12/17/2020

## 12/17/2020 - US BIOPSY in Ochsner Medical Center - BR (continued)

**Labs (continued)**

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Fungus (Mycology) Culture | No fungus isolated after 4 weeks | — | — | OCLB |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 347 - OCLB | OCHSNER MEDICAL CENTER - NEW ORLEANS | Elise Occhipinti, M.D. | 1516 Jefferson Hwy New Orleans LA 70121 | 03/25/19 1044 - Present |

### All Reviewers List

Jeanette M. Kovtun, MD on 2/18/2021 21:48
Jeanette M. Kovtun, MD on 1/30/2021 16:09
Jeanette M. Kovtun, MD on 1/20/2021 11:49
Jeanette M. Kovtun, MD on 1/6/2021 07:13
Jeanette M. Kovtun, MD on 12/23/2020 09:50

**Leukemia/Lymphoma Screen - Lymph Node Has a separate specimen been submitted and ordered for surgical pathology? Yes [587423690] (Final result)**

Electronically signed by: **Ryan L. Moore on 12/17/20 1229**                      Status: **Completed**
Ordering user: Ryan L. Moore 12/17/20 1229          Ordering provider: Jeanette M. Kovtun, MD
Authorized by: Jeanette M. Kovtun, MD               Ordering mode: Per Radiology Protocol: No cosign required
Frequency: ASAP Once 12/17/20 1227 - 1  occurrence  Class: Unit Collect
Quantity: 1                                          Lab status: Final result
Instance released by: Ryan L. Moore (auto-released) 12/17/2020 12:29 PM

### Questionnaire

| Question | Answer |
|---|---|
| Lymph node biopsy site: | right parotid |
| Indication: | C85.90 Lymphoma |
| Has a separate specimen been submitted and ordered for surgical pathology? | Yes |
| ASAP | Yes |

Order comments: Lymph node biopsy site:->right parotid Has a separate specimen been submitted and ordered for surgical pathology?->Yes

### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| 9617012331:1 | Lymph node | Lymph Node | Ryan L. Moore 12/17/20 1229 |

**Leukemia/Lymphoma Screen - Lymph Node Has a separate specimen been submitted and ordered for surgical pathology? Yes [587423690]**                    Resulted: 12/18/20 1424, Result status: Final result

Ordering provider: Jeanette M. Kovtun, MD  12/17/20 1229        Order status: Completed
Filed by: Edi, Soft Lab Interface  12/18/20 1430               Collected by: Ryan L. Moore 12/17/20 1229
Resulting lab: OCHSNER MEDICAL CENTER - NEW ORLEANS
Narrative:
Lymph node biopsy site:->right parotid
Has a separate specimen been submitted and ordered for
surgical pathology?->Yes
Acknowledged by
Jeanette M. Kovtun, MD on 12/18/20 1605
John O. Nnadi, MD on 12/23/20 1120

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|

Generated on 3/25/21  5:30 PM                                                Page 65

**Lincoln/Lee 0726**

04/14/2021 8:29:23 PM -0400 FAXCOM                              PAGE 128   OF 182

BRMH ULTRASOUND                          Lee, Katonia
17000 Medical Center Dr                  MRN: 2325810, DOB:           Sex: F
Baton Rouge LA 70816                     Acct #: 72011927546
                                         Adm: 12/17/2020

## 12/17/2020 - US BIOPSY in Ochsner Medical Center - BR (continued)

### Labs (continued)

| | | | | |
|---|---|---|---|---|
| Lymph Node Interpretation | No abnormal hematopoietic population is detected in this sample. See comment. | — | — | OCLB |

Comment: Interp By Li Huang, MD, Signed on 12/18/2020 at 14:24

| | | | | |
|---|---|---|---|---|
| Lymph Node Antibodies Analyzed | -- | — | — | OCLB |

Result:
All analyzed: CD2, CD3, CD4, CD5, CD7, CD8, CD10, CD13, CD19, CD20, CD34, CD103, KAPPA, LAMBDA,CD45 and 7AAD.

| | | | | |
|---|---|---|---|---|
| Lymph Node Comment | -- | — | — | OCLB |

Comment:
This test was developed and its performance characteristics
determined by Ochsner Clinic Foundation Flow Cytometry Laboratory.
It has not been cleared or approved by the U.S. Food and Drug
Administration. The FDA has determined that such clearance or
approval is not necessary. This test is used for clinical purposes.
It should not be regarded as investigational or for research. This
laboratory is certified under CLIA-88 as qualified to perform high
complexity clinical laboratory testing.

Result:
Flow cytometric analysis of lymph node shows populations of polyclonal B
lymphocytes and T lymphocytes that are immunophenotypically unremarkable.
The blast gate is not increased. However, a small lymph gate is noted.
Correlate with tissue morphology.
Flow differential: Lymphocytes 20.0%, Monocytes 1.2%, Granulocytes 35.9%,
Blast 0.1%, Debris/nRBC 42.1%, Viability 92.0%.

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 347 - OCLB | OCHSNER MEDICAL CENTER - NEW ORLEANS | Elise Occhipinti, M.D. | 1516 Jefferson Hwy New Orleans LA 70121 | 03/25/19 1044 - Present |

### All Reviewers List

Jeanette M. Kovtun, MD on 2/18/2021 21:48
Jeanette M. Kovtun, MD on 1/30/2021 16:09
Jeanette M. Kovtun, MD on 1/20/2021 11:49
Jeanette M. Kovtun, MD on 1/6/2021 07:13
John O. Nnadi, MD on 12/23/2020 11:20
Jeanette M. Kovtun, MD on 12/23/2020 09:50
Jeanette M. Kovtun, MD on 12/22/2020 14:43
Jeanette M. Kovtun, MD on 12/21/2020 13:08
Jeanette M. Kovtun, MD on 12/18/2020 21:38
Jeanette M. Kovtun, MD on 12/18/2020 16:05

### Pathology

**Cytology-FNA Non-Radiology Clinician Performed w/o on site [587423689] (Final result)**

Electronically signed by: **Ryan L. Moore on 12/17/20 1229**                    Status: **Completed**
Ordering user: Ryan L. Moore 12/17/20 1229          Ordering provider: Jeanette M. Kovtun, MD
Authorized by: Jeanette M. Kovtun, MD               Ordering mode: Per Radiology Protocol: No cosign required
Frequency: Routine Once 12/17/20 1227 - 1 occurrence   Class: Unit Collect
Quantity: 1                                          Lab status: Final result
Instance released by: Ryan L. Moore (auto-released) 12/17/2020 12:29 PM

Generated on 3/25/21 5:30 PM                                        Page 66

**Lincoln/Lee 0727**

BRMH ULTRASOUND                          Lee, Katonia
17000 Medical Center Dr                  MRN: 2325810, DOB:            Sex: F
Baton Rouge LA 70816                     Acct #: 72011927546
                                         Adm: 12/17/2020

**12/17/2020 - US BIOPSY in Ochsner Medical Center - BR (continued)**

**H&P Notes (continued)**

of 3 cycles

DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine (ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, , Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles

Plan Name: OP R-CHOP Q3W
Treatment Goal: Curative
Status: Active
Start Date: 2/18/2019
End Date: 6/3/2019 (Planned)
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: DOXOrubicin chemo injection 20 mg, 12.5 mg/m2 = 20 mg (25 % of original dose 50 mg/m2), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Dose modification: 12.5 mg/m2 (25 % of original dose 50 mg/m2, Cycle 1, Reason: Original Dose Changed)
Administration: 20 mg (2/18/2019), 20 mg (3/11/2019)

vinCRIStine (ONCOVIN) 2 mg in sodium chloride 0.9% 50 mL chemo infusion, 2 mg (100 % of original dose 2 mg), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Dose modification: 2 mg (original dose 2 mg, Cycle 1, Reason: MD Discretion, Comment: capping vincristine at 2 mg)
Administration: 2 mg (2/18/2019), 2 mg (3/11/2019)

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,180 mg in sodium chloride 0.9% 309 mL chemo infusion, 750 mg/m2 = 1,180 mg, Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Administration: 1,180 mg (2/18/2019), 1,210 mg (3/11/2019)

methotrexate (PF) 6 mg in sodium chloride 0.9% (NORMAL SALINE FLUSH) 3 mL INTRATHECAL chemo injection, , Intrathecal, Clinic/HOD 1 time, 0 of 4 cycles

**B-cell lymphoma**

**Chemotherapy**
Treatment Summary
Plan Name: OP RITUXIMAB Q3M (MAINTENANCE)
Treatment Goal: Palliative
Status: Inactive
Start Date: 1/27/2019
End Date: 1/27/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride 0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous, Clinic/HOD 1 time, 1 of 2 cycles
Administration: 664 mg (1/27/2019)

Plan Name: R-EPOCH INPATIENT
Treatment Goal: Curative
Status: Inactive
Start Date: 1/31/2019

Generated on 3/25/21 5:30 PM                                         Page 55

**Lincoln/Lee 0728**

04/14/2021 8:29:23 PM -0400 FAXCOM                                        PAGE 130   OF 182

BRMH ULTRASOUND                              Lee, Katonia
17000 Medical Center Dr                      MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                         Acct #: 72011927546
                                             Adm: 12/17/2020

### 12/17/2020 - US BIOPSY in Ochsner Medical Center - BR (continued)

**H&P Notes (continued)**

End Date: 1/31/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium
chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg, Intravenous, Every
24 hours (non-standard times), 1 of 4 cycles
Administration: 1,270 mg (1/31/2019)

riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL
infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time, 0
of 3 cycles

DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine
(ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, , Intravenous,
Every 24 hours (non-standard times), 0 of 3 cycles

Plan Name: OP R-CHOP Q3W
Treatment Goal: Curative
Status: Active
Start Date: 2/1/2019 (Planned)
End Date: 5/17/2019 (Planned)
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: DOXOrubicin chemo injection 84 mg, 50 mg/m2, Intravenous,
Clinic/HOD 1 time, 0 of 6 cycles

vinCRIStine (ONCOVIN) 2.4 mg in sodium chloride 0.9% 50 mL chemo infusion, 1.4
mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9%
250 mL chemo infusion, 750 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

riTUXimab (RITUXAN) 375 mg/m2 = 634 mg in sodium chloride 0.9% 634 mL
infusion (conc: 1 mg/mL), 375 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

Cancer Staging
Lymphoma related to acquired immunodeficiency syndrome (AIDS)
 - Clinical stage from 2/6/2019: Stage II bulky (Diffuse large B-cell lymphoma) - Signed by Burke J. Brooks, MD on
   2/6/2019

HPI

I had the pleasure meeting with Lee for the 1st time follow-up after CT scan.  She is transferring her care from Dr.
Dang.  She notes feeling well in stable condition no acute complaints today.  No fevers chills night sweats or
unintentional weight loss.  She has had some
Weight gain.
Review of Systems

A comprehensive 14-point review of systems was reviewed with patient and was negative other than as specified

Generated on 3/25/21 5:30 PM                                                              Page 56

**Lincoln/Lee 0729**

04/14/2021 8:29:23 PM -0400 FAXCOM                          PAGE 131   OF 182

BRMH ULTRASOUND                              Lee, Katonia
17000 Medical Center Dr                      MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                         Acct #: 72011927546
                                             Adm: 12/17/2020

**12/17/2020 - US BIOPSY in Ochsner Medical Center - BR (continued)**

**H&P Notes (continued)**

above.

PAST MEDICAL HISTORY:
Past Medical History:

| Diagnosis | Date |
|---|---|
| • B-cell lymphoma | 1/22/2019 |
| • Biliary stricture | |
| • Cancer *lymphoma]* | |
| • Diffuse large B cell lymphoma of duodenum and pancreas | 1/21/2019 |
| • Encounter for blood transfusion | |
| • HIV (human immunodeficiency virus infection) | |
| • Hypertension | |
| • Jaundice | |
| • Stomach ulcer *bleeding* | |

PAST SURGICAL HISTORY:
Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • BRONCHOSCOPY | Bilateral | 7/25/2019 |

*Procedure: Bronchoscopy Pt needs K+;  Surgeon: Tarek M. Abdallah, MD;  Location: BRMH ENDO; Service: Pulmonary;  Laterality: Bilateral;*

| • CESAREAN SECTION | | |
|---|---|---|
| • ERCP | N/A | 1/25/2019 |

*Procedure: ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY);  Surgeon: Janak N. Shah, MD;  Location: NOMH ENDO (2ND FLR);  Service: Endoscopy;  Laterality: N/A;*

| • ERCP | Left | 4/30/2019 |
|---|---|---|

*Procedure: ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY);  Surgeon: Janak N. Shah, MD;  Location: NOMH ENDO (2ND FLR);  Service: Endoscopy;  Laterality: Left;  appt confirmed*

| • ESOPHAGOGASTRODUODENOSCOPY | | |
|---|---|---|
| • INSERTION OF VENOUS ACCESS PORT | Left | 2/11/2019 |

*Procedure: INSERTION, VENOUS ACCESS PORT;  Surgeon: Kyle A Jakob, MD;  Location: BRMH OR;  Service: General;  Laterality: Left;*

ALLERGIES:
Allergies as of 12/08/2020
• (No Known Allergies)

MEDICATIONS:
Outpatient Medications Marked as Taking for the 12/8/20 encounter
(Office Visit) with Jeanette M. Kovtun, MD

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • allopurinol (ZYLOPRIM) 300 MG tablet | Take 1 tablet (300 mg total) by mouth once daily. | 30 tablet | 1 |
| • amLODIPine (NORVASC) 10 MG tablet | Take 1 tablet (10 mg total) by mouth once | 90 tablet | 3 |

**Lincoln/Lee 0730**

04/14/2021 8:29:23 PM -0400 FAXCOM                                      PAGE 132   OF 182

BRMH ULTRASOUND                          Lee, Katonia
17000 Medical Center Dr                  MRN: 2325810, DOB:           Sex: F
Baton Rouge LA 70816                     Acct #: 72011927546
                                         Adm: 12/17/2020

## 12/17/2020 - US BIOPSY in Ochsner Medical Center - BR (continued)

### H&P Notes (continued)

| | | | |
|---|---|---|---|
| | daily. | | |
| • bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet | Take 1 tablet by mouth once daily. | 30 tablet | 4 |
| • citalopram (CELEXA) 20 MG tablet | Take 20 mg by mouth once daily. | | |
| • ferrous gluconate 324 mg (37.5 mg iron) Tab | Take 1 tablet by mouth once daily. | | |
| • hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab | Take 1 tablet (12.5 mg total) by mouth once daily. | 90 tablet | 3 |
| • ondansetron (ZOFRAN-ODT) 8 MG TbDL | Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). | 60 tablet | 1 |
| • oxyCODONE (ROXICODONE) 5 MG immediate release tablet | Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain (medically necessary). | 60 tablet | 0 |
| • zolpidem (AMBIEN) 5 MG Tab | Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). | 30 tablet | 1 |
| • [DISCONTINUED] oxyCODONE (ROXICODONE) 5 MG immediate release tablet | Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain (medically necessary). | 60 tablet | 0 |
| • [DISCONTINUED] zolpidem (AMBIEN) 5 MG Tab | Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). | 30 tablet | 1 |

SOCIAL HISTORY:
Social History

Tobacco Use
• Smoking status:            Never Smoker
• Smokeless tobacco:         Never Used
Substance Use Topics
• Alcohol use:               No
    Frequency:               Never

FAMILY HISTORY:

Generated on 3/25/21  5:30 PM                                          Page 58

**Lincoln/Lee 0731**

04/14/2021 8:29:23 PM -0400 FAXCOM                          PAGE 133  OF 182

BRMH ULTRASOUND                          Lee, Katonia
17000 Medical Center Dr                  MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                     Acct #: 72011927546
                                         Adm: 12/17/2020

**12/17/2020 - US BIOPSY in Ochsner Medical Center - BR (continued)**

**H&P Notes (continued)**

family history includes Breast cancer in her maternal aunt; Cancer in her paternal grandmother; Heart disease in her mother.

**Objective:**

Physical Exam

Vitals:

|       | 12/08/20 1127      |
|-------|--------------------|
| BP:   | (I) 161/104        |
| Pulse:| 69                 |
| Temp: | 97.9 °F (36.6 °C)  |

ECOG: 0
General appearance: Generally well appearing, in no acute distress.
Head, eyes, ears, nose, and throat: Pupils round and equally reactive to light. Oropharynx clear with moist mucous membranes.
Lymph: No palpable cervical or supraclavicular lymphadenopathy.
Cardiovascular: Regular rate and rhythm, S1, S2, no audible murmurs.
Respiratory: Lungs clear to auscultation bilaterally.
Abdomen: Bowel sounds present, soft, nontender, nondistended. No palpable hepatosplenomegaly.
Extremities: Warm, without edema.
Neurologic: Alert and oriented. Grossly normal strength, coordination, and gait.
Skin: No rashes, ecchymoses or petechial lesion.

**Laboratory:**

Lab Visit on 12/08/2020

| Component | Date | Value | Ref Range | Status |
|-----------|------|-------|-----------|--------|
| • Sodium | 12/08/2020 | 140 | 136 - 145 mmol/L | Final |
| • Potassium | 12/08/2020 | 4.1 | 3.5 - 5.1 mmol/L | Final |
| • Chloride | 12/08/2020 | 105 | 95 - 110 mmol/L | Final |
| • CO2 | 12/08/2020 | 32* | 23 - 29 mmol/L | Final |
| • Glucose | 12/08/2020 | 95 | 70 - 110 mg/dL | Final |
| • BUN | 12/08/2020 | 13 | 6 - 20 mg/dL | Final |
| • Creatinine | 12/08/2020 | 0.9 | 0.5 - 1.4 mg/dL | Final |
| • Calcium | 12/08/2020 | 9.3 | 8.7 - 10.5 mg/dL | Final |
| • Total Protein | 12/08/2020 | 7.4 | 6.0 - 8.4 g/dL | Final |
| • Albumin | 12/08/2020 | 3.9 | 3.5 - 5.2 g/dL | Final |
| • Total Bilirubin | 12/08/2020 | 0.3 | 0.1 - 1.0 mg/dL | Final |
| • Alkaline Phosphatase | 12/08/2020 | 178* | 55 - 135 U/L | Final |
| • AST | 12/08/2020 | 15 | 10 - 40 U/L | Final |
| • ALT | 12/08/2020 | 8* | 10 - 44 U/L | Final |
| • Anion Gap | 12/08/2020 | 3* | 8 - 16 mmol/L | Final |
| • eGFR if African American | 12/08/2020 | >60 | >60 mL/min/1.73 m^2 | Final |
| • eGFR if non African American | 12/08/2020 | >60 | >60 mL/min/1.73 m^2 | Final |
| • WBC | 12/08/2020 | 3.99 | 3.90 - 12.70 K/uL | Final |

Generated on 3/25/21 5:30 PM                                         Page 59

**Lincoln/Lee 0732**

BRMH ULTRASOUND                          Lee, Katonia
17000 Medical Center Dr                  MRN: 2325810, DOB:           Sex: F
Baton Rouge LA 70816                     Acct #: 72011927546
                                         Adm: 12/17/2020

**12/17/2020 - US BIOPSY in Ochsner Medical Center - BR (continued)**

**H&P Notes (continued)**

| | | | | |
|---|---|---|---|---|
| • RBC | 12/08/2020 | 4.01 | 4.00 - 5.40 M/uL | Final |
| • Hemoglobin | 12/08/2020 | 12.3 | 12.0 - 16.0 g/dL | Final |
| • Hematocrit | 12/08/2020 | 38.0 | 37.0 - 48.5 % | Final |
| • MCV | 12/08/2020 | 95 | 82 - 98 fL | Final |
| • MCH | 12/08/2020 | 30.7 | 27.0 - 31.0 pg | Final |
| • MCHC | 12/08/2020 | 32.4 | 32.0 - 36.0 g/dL | Final |
| • RDW | 12/08/2020 | 14.9* | 11.5 - 14.5 % | Final |
| • Platelets | 12/08/2020 | 164 | 150 - 350 K/uL | Final |
| • MPV | 12/08/2020 | 11.6 | 9.2 - 12.9 fL | Final |
| • Immature Granulocytes | 12/08/2020 | 0.5 | 0.0 - 0.5 % | Final |
| • Gran # (ANC) | 12/08/2020 | 1.8 | 1.8 - 7.7 K/uL | Final |
| • Immature Grans (Abs) | 12/08/2020 | 0.02 | 0.00 - 0.04 K/uL | Final |
| • Lymph # | 12/08/2020 | 1.7 | 1.0 - 4.8 K/uL | Final |
| • Mono # | 12/08/2020 | 0.4 | 0.3 - 1.0 K/uL | Final |
| • Eos # | 12/08/2020 | 0.1 | 0.0 - 0.5 K/uL | Final |
| • Baso # | 12/08/2020 | 0.01 | 0.00 - 0.20 K/uL | Final |
| • nRBC | 12/08/2020 | 0 | 0 /100 WBC | Final |
| • Gran % | 12/08/2020 | 45.5 | 38.0 - 73.0 % | Final |
| • Lymph % | 12/08/2020 | 42.4 | 18.0 - 48.0 % | Final |
| • Mono % | 12/08/2020 | 9.0 | 4.0 - 15.0 % | Final |
| • Eosinophil % | 12/08/2020 | 2.3 | 0.0 - 8.0 % | Final |
| • Basophil % | 12/08/2020 | 0.3 | 0.0 - 1.9 % | Final |
| • Differential Method | 12/08/2020 | Automated | | Final |
| • LD | 12/08/2020 | 169 | 110 - 260 U/L | Final |

**Imaging:**

Results for orders placed or performed during the hospital encounter of
11/24/20 (from the past 2160 hour(s))
CT Chest Abdomen Pelvis With Contrast
*Impression*
*1. There has been interval development of necrotic areas in the central*
*regions of masses seen in the parotids. One of the larger masses is*
*located in the left parotid and measures 19 mm in craniocaudal dimension*
*by 12 mm in AP dimension by 11 mm in medial-lateral dimension. This is*
*consistent with the patient's history.*
*2. The uterus and ovaries were not optimally visualized. There is a mass*
*adjacent to the fundus of the uterus at measures 4.1 cm in craniocaudal*
*dimension by 4.4 cm in AP dimension by 5.0 cm in medial-lateral*
*dimension. This is consistent with the patient's history of a uterine fibroid.*
*3. There are several hernias through the anterior wall of the abdomen.*
*There is a small fat filled umbilical hernia. The width of the mouth of this*
*hernia measures 8 mm. The linea alba of the abdomen protrudes anteriorly.*
*4. There is a 5 mm oval shaped area of hypodensity in the anterior aspect*
*of the left lobe of the liver. It measured 5 mm on the prior examination.*
*All CT scans at this facility use dose modulation, iterative reconstruction,*
*and/or weight base dosing when appropriate to reduce radiation dose when*
*appropriate to reduce radiation dose to as low as reasonably achievable.*

**Lincoln/Lee 0733**

04/14/2021 8:29:23 PM -0400 FAXCOM                                PAGE 135   OF 182

BRCC HEMATOLOGY ONCOLOGY                    Lee, Katonia
OCHSNER, BATON ROUGE REGION LA             MRN: 2325810, DOB:            Sex: F
                                           Acct #: 72011937442
                                           Enc. Date 1/5/2021

## Progress Notes (continued)

### Progress Notes by Jeanette M. Kovtun, MD at 1/5/2021 2:00 PM (continued)

*Electronically signed by:*     *Robert Newsome, MD*
*Date:*                         *11/24/2020*
*Time:*                         *17:02*

No results found for this or any previous visit (from the past 2160 hour(s)).
No results found for this or any previous visit (from the past 2160 hour(s)).

**Pathology:**

## Assessment/Plan:

**Back pain, unspecified back location, unspecified back pain laterality, unspecified chronicity**
- Ambulatory referral/consult to Pain Clinic; Future; Expected date: 01/12/2021

**Diffuse large B-cell lymphoma of lymph nodes of neck**
- CBC Auto Differential; Future; Expected date: 07/05/2021
- Comprehensive Metabolic Panel; Future; Expected date: 07/05/2021
- CT Chest Abdomen Pelvis W W/O Contrast (XPD); Future; Expected date: 07/05/2021

1. **Back pain, unspecified back location, unspecified back pain laterality, unspecified chronicity**
2. Diffuse large B-cell lymphoma of lymph nodes of neck

## Plan:

**# DLBCL, HIV associated**: Status post chemotherapy R-CHOP and intrathecal completed 09/20/2019. Reviewed CT imaging surveillance showing parotid abnormality status post biopsy reviewed with her today without evidence of lymphoma and infectious studies negative, recommend follow-up with Infectious Disease. Unclear etiology but recommend follow-up on repeat imaging will get surveillance imaging in 6 months to follow this up.

**# HIV**: Follow-up with Infectious Disease

**# diffuse/lower back pain**: Persistent pain in diffuse lower back area since intrathecal therapy 09/20/2019. Recommend assessment by pain management. Referral placed.

**Follow-Up:**
**Patient Instructions**
Referral to pain management
RV in 6 months with ct and labs prior

20 minutes of total time spent on the encounter, which includes face to face time and non-face to face time preparing to see the patient (eg, review of tests), Obtaining and/or reviewing separately obtained history, Documenting clinical information in the electronic or other health record, Independently interpreting results (not separately reported) and communicating results to the patient/family/caregiver, or Care coordination (not separately reported).

**Lincoln/Lee 0734**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 136   OF 182

BRCC HEMATOLOGY ONCOLOGY                          Lee, Katonia
OCHSNER, BATON ROUGE REGION LA                    MRN: 2325810, DOB:          Sex: F
                                                  Acct #: 72011937442
                                                  Enc. Date 1/5/2021

## Progress Notes (continued)

**Progress Notes by Jeanette M. Kovtun, MD at 1/5/2021  2:00 PM (continued)**

Electronically signed by Jeanette M. Kovtun, MD on 1/5/2021  5:59 PM

### Follow-up and Disposition History

01/05/2021 1502 - Jeanette M. Kovtun, MD
   Dispositions:              • Follow up in about 6 months (around 7/5/2021).

### Follow-up Information

   None

### Follow Up Call

No data filed

**Lincoln/Lee 0735**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 137   OF 182

BRMH ULTRASOUND                              Lee, Katonia
17000 Medical Center Dr                      MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                         Acct #: 72011927546
                                             Adm: 12/17/2020

## 12/17/2020 - US BIOPSY in Ochsner Medical Center - BR

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Lee, Katonia | 2325810 | | Female | 51 yrs) |

| Address | Phone | Email | | |
|---|---|---|---|---|
| | | | | |

| Reg Status | PCP | Date Last Verified | Next Review Date | |
|---|---|---|---|---|
| Verified | Sonia McField, FNP601-944-5964 | 03/12/21 | 04/11/21 | |

PAGE 137/182 * RCVD AT 4/14/2021 8:29:22 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/0 * DNIS:6035591994 * CSID: * ANI: * DURATION (mm-ss):181-01

**Lincoln/Lee 0736**

04/14/2021 8:29:23 PM -0400 FAXCOM                                      PAGE 138  OF 182

BRMH ULTRASOUND                              Lee, Katonia
17000 Medical Center Dr                      MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                         Acct #: 72011927546
                                             Adm: 12/17/2020

## 12/17/2020 - US BIOPSY in Ochsner Medical Center - BR (continued)

### Admission Information

| | | | |
|---|---|---|---|
| Arrival Date/Time: | Admit Date/Time: | 12/17/2020 1100 | IP Adm. Date/Time: |
| Admission Type: Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: |
| Means of Arrival: | Primary Service: | Radiology | Secondary Service: |
| Transfer Source: | Service Area: | OCHSNER SERVICE AREA | Unit: Ochsner Medical Center - BR |
| Admit Provider: | Attending Provider: | Jeanette M. Kovtun, MD | Referring Provider: Jeanette M. Kovtun, MD |

### Admission Information

| Attending Provider | Admission Dx | Admitted on |
|---|---|---|
| | | 12/17/20 |

| Service | Isolation | Code Status |
|---|---|---|
| Radiology | | Prior |

| Allergies |
|---|
| No Known Allergies |

### Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 12/17/2020 2359 | Home Or Self Care | None | None | Ochsner Medical Center - BR |

### Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| K11.8 [Principal] | Other diseases of salivary glands | | | | |

### Patient as-of Visit

**Allergies** as of 12/17/2020

Allergies last reviewed by Case Rappelet, PA on 12/17/2020 1234
No Known Allergies

**Immunizations** as of 12/17/2020

| Immunization | Administered On |
|---|---|
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

Hospital Problem List as of 12/17/2020                    Reviewed: **12/8/2020 by Jeanette M. Kovtun, MD**

None

Non-Hospital Problem List as of 12/17/2020               Reviewed: **12/8/2020 by Jeanette M. Kovtun, MD**

| | Codes | Last Modified |
|---|---|---|
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | 1/26/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | 1/31/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | 2/1/2019 |
| **Elevated LFTs** | ICD-10-CM: R79.89 ICD-9-CM: 790.6 | 2/1/2019 |
| **Lymphoma** | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | 2/11/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 ICD-9-CM: 780.96 | 2/27/2019 |
| **B-cell lymphoma** | ICD-10-CM: C85.10 | 3/1/2019 |

Generated on 3/25/21 5:30 PM                                                              Page 52

**Lincoln/Lee 0737**

04/14/2021 8:29:23 PM -0400 FAXCOM                                        PAGE 139   OF 182

BRMH ULTRASOUND                              Lee, Katonia
17000 Medical Center Dr                      MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                         Acct #: 72011927546
                                             Adm: 12/17/2020

## 12/17/2020 - US BIOPSY in Ochsner Medical Center - BR (continued)

### Patient as-of Visit (continued)

|  | | |
|---|---|---|
|  | ICD-9-CM: 202.80 | |
| **Anemia** | ICD-10-CM: D64.9 | 3/1/2019 |
|  | ICD-9-CM: 285.9 | |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 | 3/1/2019 |
|  | ICD-9-CM: 288.00, 780.61 | |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 | 3/1/2019 |
|  | ICD-9-CM: 112.0 | |
| RESOLVED: Fever | ICD-10-CM: R50.9 | 3/1/2019 |
|  | ICD-9-CM: 780.60 | |
| **Biliary obstruction** | ICD-10-CM: K83.1 | 4/30/2019 |
|  | ICD-9-CM: 576.2 | |
| **Essential hypertension** | ICD-10-CM: I10 | 5/26/2019 |
|  | ICD-9-CM: 401.9 | |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90 | 5/26/2019 |
|  | ICD-9-CM: 042, 202.80 | |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20 | 5/26/2019 |
|  | ICD-9-CM: 042 | |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9 | 5/26/2019 |
|  | ICD-9-CM: 285.9 | |
| **Other chest pain** | ICD-10-CM: R07.89 | 6/26/2019 |
|  | ICD-9-CM: 786.59 | |
| **Multiple lung nodules on CT** | ICD-10-CM: R91.8 | 7/25/2019 |
|  | ICD-9-CM: 793.19 | |
| **HIV disease** | ICD-10-CM: B20 | 7/25/2019 |
|  | ICD-9-CM: 042 | |
| **Rash** | ICD-10-CM: R21 | 8/20/2019 |
|  | ICD-9-CM: 782.1 | |

### H&P Notes

#### 12/17/2020

**Interval H&P Note by Case Rappelet, PA at 12/17/2020 1100**

| | | |
|---|---|---|
| Author: Case Rappelet, PA | Service: Radiology | Author Type: Physician Assistant |
| Filed: 12/17/2020 12:05 PM | Date of Service: 12/17/2020 11:00 AM | Status: Signed |
| Editor: Case Rappelet, PA (Physician Assistant) | | Cosigner: David S. Kirsch, MD at 12/17/2020 1:30 PM |

The patient has been examined and the H&P has been reviewed:

I concur with the findings and no changes have occurred since H&P was written.

There are no hospital problems to display for this patient.

Electronically signed by Case Rappelet, PA at 12/17/2020 12:05 PM
Electronically signed by David S. Kirsch, MD at 12/17/2020 1:30 PM

**Source Note**

| | | |
|---|---|---|
| Author: Jeanette M. Kovtun, MD | Service: — | Author Type: Physician |
| Filed: 12/8/2020 10:19 PM | Date of Service: 12/8/2020 11:20 AM | Status: Signed |
| Editor: Jeanette M. Kovtun, MD (Physician) | | |

### Subjective:

PAGE 139/182 * RCVD AT 4/14/2021 8:29:22 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/0 * DNIS:6035591994 * CSID: * ANI: * DURATION (mm-ss):181-01

**Lincoln/Lee 0738**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 140   OF 182

| | |
|---|---|
| BRMH ULTRASOUND<br>17000 Medical Center Dr<br>Baton Rouge LA 70816 | Lee, Katonia<br>MRN: 2325810, DOB:          Sex: F<br>Acct #: 72011927546<br>Adm: 12/17/2020 |

**12/17/2020 - US BIOPSY in Ochsner Medical Center - BR (continued)**

**H&P Notes (continued)**

DATE OF VISIT: 12/8/20

Patient ID: Katonia Lee is a 51 y.o. female.  MR#: 2325810

REFERRING PROVIDER: No referring provider defined for this encounter.

Primary Care Providers:
Sonia McField, FNP (Inactive), FNP  (General)

**CHIEF COMPLAINT**:   Follow-up after scan

**ONCOLOGIC DIAGNOSIS**:  Diffuse large B-cell lymphoma, AIDS associated

**CURRENT TREATMENT**:  Surveillance

**PAST TREATMENT**:
R-CHOP, intrathecal, completed 09/20/2019

**ONCOLOGIC HISTORY:**

**Oncology History**
**Lymphoma related to acquired immunodeficiency syndrome (AIDS)**

| | |
|---|---|
| 1/21/2019 | **Initial Diagnosis**<br>Lymphoma related to acquired immunodeficiency syndrome (AIDS) |
| 1/31/2019 - | **Chemotherapy**<br>Treatment Summary<br>Plan Name: OP RITUXIMAB Q3M (MAINTENANCE)<br>Treatment Goal: Palliative<br>Status: Inactive<br>Start Date: 1/27/2019<br>End Date: 1/27/2019<br>Provider: Ronald D. Delrie Jr., MD<br>Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride<br>0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous,<br>Clinic/HOD 1 time, 1 of 2 cycles<br>Administration: 664 mg (1/27/2019)<br><br>Plan Name: R-EPOCH INPATIENT<br>Treatment Goal: Curative<br>Status: Inactive<br>Start Date: 1/31/2019<br>End Date: 1/31/2019<br>Provider: Ronald D. Delrie Jr., MD<br>Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium<br>chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg, Intravenous, Every<br>24 hours (non-standard times), 1 of 4 cycles<br>Administration: 1,270 mg (1/31/2019)<br><br>riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL<br>infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time, 0 |

Generated on 3/25/21  5:30 PM                                                      Page 54

**Lincoln/Lee 0739**

BRCC HEMATOLOGY ONCOLOGY
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:             Sex: F
Acct #: 72011937442
Enc. Date 1/5/2021

## 01/05/2021 - Office Visit in BR Cancer Center - Hematology Oncology (continued)

### Diagnoses

| | Codes | Comments |
|---|---|---|
| Back pain, unspecified back location, unspecified back pain laterality, unspecified chronicity   - Primary | ICD-10-CM: M54.9 ICD-9-CM: 724.5 | |
| Diffuse large B-cell lymphoma of lymph nodes of neck | ICD-10-CM: C83.31 ICD-9-CM: 202.81 | |

**Problem List** as of 1/5/2021                                      Date Reviewed: **1/5/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 2/12/2018 - Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | | | 1/21/2019 - Present |
| **Elevated LFTs** | ICD-10-CM: R79.89 ICD-9-CM: 790.6 | | | 1/21/2019 - Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10 ICD-9-CM: 202.80 | | | 1/22/2019 - Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20 ICD-9-CM: 042 | | | 1/24/2019 - Present |
| **Lymphoma** | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | | | 2/11/2019 - Present |
| **Anemia** | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 2/26/2019 - Present |
| **Other chest pain** | ICD-10-CM: R07.89 ICD-9-CM: 786.59 | | | 2/26/2019 - Present |
| **Biliary obstruction** | ICD-10-CM: K83.1 ICD-9-CM: 576.2 | | | 4/30/2019 - Present |
| **Multiple lung nodules on CT** | ICD-10-CM: R91.8 ICD-9-CM: 793.19 | | | 7/25/2019 - Present |
| **HIV disease** | ICD-10-CM: B20 ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21 ICD-9-CM: 782.1 | | | 8/20/2019 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | | | 1/21/2019 - 1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | | | 1/21/2019 - 2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | | | 1/21/2019 - 1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 ICD-9-CM: 780.96 | | | 2/13/2019 - 2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 - 3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 ICD-9-CM: 112.0 | | | 2/27/2019 - 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9 ICD-9-CM: 780.60 | | | 2/28/2019 - 3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 5/25/2019 - 5/26/2019 |

### Patient as-of Visit

**Allergies** as of 1/5/2021

Allergies last reviewed by Jeanette M. Kovtun, MD on 1/5/2021 1755
No Known Allergies

PAGE 141/182 * RCVD AT 4/14/2021 8:29:22 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/0 * DNIS:6035591994 * CSID: * ANI: * DURATION (mm-ss):181-01

**Lincoln/Lee 0740**

04/14/2021 8:29:23 PM -0400 FAXCOM                                     PAGE 142   OF 182

BRCC HEMATOLOGY ONCOLOGY                    Lee, Katonia
OCHSNER, BATON ROUGE REGION LA             MRN: 2325810, DOB:          Sex: F
                                           Acct #: 72011937442
                                           Enc. Date 1/5/2021

## 01/05/2021 - Office Visit in BR Cancer Center - Hematology Oncology (continued)

### Patient as-of Visit (continued)

**Immunizations** as of 1/5/2021

| Immunization | Administered On |
|---|---|
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

### Outpatient Medications at Start of Encounter as of 1/5/2021

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet (Taking)** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |

    Monica H Fefie, LPN 12/31/2019 10:46 AM

    Erica M. Coffey, RN 2/7/2019 10:49 AM
    TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amLODIPine (NORVASC) 10 MG tablet (Taking)** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| **citalopram (CELEXA) 20 MG tablet (Taking)** | | | | |
| Sig - Route: Take 20 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |

    Monica H Fefie, LPN 12/31/2019 10:46 AM

    Erica M. Coffey, RN 2/7/2019 10:53 AM
    TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking)** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily.  - Oral | | | | |
| Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab (Taking)** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking)** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking)** | 30 tablet | 4 | 8/25/2020 | 2/1/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| **oxyCODONE (ROXICODONE) 5 MG immediate release tablet (Taking)** | 60 tablet | 0 | 12/8/2020 | 1/8/2021 |
| Sig - Route: Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain (medically necessary). - Oral | | | | |
| Earliest Fill Date: 12/8/2020 | | | | |
| Notes to Pharmacy: Quantity medically necessary for greater than 7 days | | | | |
| **zolpidem (AMBIEN) 5 MG Tab (Taking)** | 30 tablet | 1 | 12/8/2020 | 1/8/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet (Taking)** | 30 tablet | 1 | 2/2/2019 | |
| Sig: Take 1 tablet (300 mg total) by mouth once daily. | | | | |
| Route: Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Taking)** | 90 tablet | 3 | 3/15/2020 | |
| Sig: Take 1 tablet (10 mg total) by mouth once daily. | | | | |
| Route: Oral | | | | |
| **citalopram (CELEXA) 20 MG tablet (Taking)** | | | | |
| Sig: Take 20 mg by mouth once daily. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |

Generated on 3/25/21  5:30 PM                                                    Page 44

**Lincoln/Lee 0741**

BRCC HEMATOLOGY ONCOLOGY
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:                 Sex: F
Acct #: 72011937442
Enc. Date 1/5/2021

## 01/05/2021 - Office Visit in BR Cancer Center - Hematology Oncology (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking)**<br>Sig: Take 1 tablet by mouth once daily.<br>Class: Historical Med<br>Route: Oral | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab (Taking)**<br>Sig: Take 1 tablet (12.5 mg total) by mouth once daily.<br>Route: Oral | 90 tablet | 3 | 3/15/2020 | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking)**<br>Sig: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea).<br>Route: Oral | 60 tablet | 1 | 4/22/2019 | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet by mouth once daily.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 4 | 8/25/2020 | 2/1/2021 |
| **oxyCODONE (ROXICODONE) 5 MG immediate release tablet (Taking/Discontinued)**<br>Sig: Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain (medically necessary).<br>Earliest Fill Date: 12/8/2020<br>Notes to Pharmacy: Quantity medically necessary for greater than 7 days<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 60 tablet | 0 | 12/8/2020 | 1/8/2021 |
| **zolpidem (AMBIEN) 5 MG Tab (Taking/Discontinued)**<br>Sig: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep).<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 1 | 12/8/2020 | 1/8/2021 |

## Progress Notes

### Progress Notes by Jeanette M. Kovtun, MD at 1/5/2021 2:00 PM

| | | |
|---|---|---|
| Author: Jeanette M. Kovtun, MD | Service: — | Author Type: Physician |
| Filed: 1/5/2021 5:59 PM | Encounter Date: 1/5/2021 | Creation Time: 1/5/2021 2:53 PM |
| Status: Signed | Editor: Jeanette M. Kovtun, MD (Physician) | |

### Subjective:

DATE OF VISIT: 1/5/21

Patient ID: Katonia Lee is a 51 y.o. female.  MR#: 2325810

REFERRING PROVIDER: No referring provider defined for this encounter.

Primary Care Providers:
Sonia McField, FNP (Inactive), FNP  (General)

**CHIEF COMPLAINT:**   Follow-up after biopsy

**ONCOLOGIC DIAGNOSIS:**  Diffuse large B-cell lymphoma, HIV associated

**CURRENT TREATMENT:** Surveillance

---

Generated on 3/25/21  5:30 PM                                    Page 45

**Lincoln/Lee 0742**

BRCC HEMATOLOGY ONCOLOGY
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72011937442
Enc. Date 1/5/2021

## Progress Notes (continued)

Progress Notes by Jeanette M. Kovtun, MD at 1/5/2021 2:00 PM (continued)

**PAST TREATMENT:**
R-CHOP, intrathecal, completed 09/20/2019

HPI

She continues to have diffuse pain primarily in lower back ever since receiving intrathecal treatments for lymphoma 1.5 years ago. She notes this significantly impacts quality of life. She has never seen pain management. She continues to follow with Infectious Disease and follow-up pending. Taking medications as prescribed. Today we reviewed results of biopsy of parotid.
No fevers, chills, night sweats or unintentional weight loss or notable changes to her health since last visit.

Review of Systems

A comprehensive 14-point review of systems was reviewed with patient and was negative other than as specified above.

## Objective:

Physical Exam

Vitals:

|       | 01/05/21 1436 |
|-------|---------------|
| BP:   | (!) 149/97    |
| Pulse: | 96           |
| Temp: | 98.3 °F (36.8 °C) |

ECOG: 0
General appearance: Generally well appearing, in no acute distress.
Head, eyes, ears, nose, and throat: Pupils round and equally reactive to light. Oropharynx clear with moist mucous membranes.
Lymph: No palpable cervical or supraclavicular lymphadenopathy.
Cardiovascular: Regular rate and rhythm, S1, S2, no audible murmurs.
Respiratory: Lungs clear to auscultation bilaterally.
Abdomen: Bowel sounds present, soft, nontender, nondistended. No palpable hepatosplenomegaly.
Extremities: Warm, without edema.
Neurologic: Alert and oriented. Grossly normal strength, coordination, and gait.
Skin: No rashes, ecchymoses or petechial lesion.

Laboratory:

No visits with results within 1 Day(s) from this visit.
Latest known visit with results is:
Hospital Outpatient Visit on 12/17/2020

| Component | Date | Value | Ref Range | Status |
|-----------|------|-------|-----------|--------|
| • Final Pathologic Diagnosis | 12/17/2020 | | | Final |

Value:Right parotid area, fine needle aspiration (1 thin prep):
- Mixed mature lymphocytes and macrophages, consistent with reactive lymph

Generated on 3/25/21 5:30 PM                                              Page 46

**Lincoln/Lee 0743**

BRCC HEMATOLOGY ONCOLOGY                    Lee, Katonia
OCHSNER, BATON ROUGE REGION LA             MRN: 2325810, DOB:          Sex: F
                                           Acct #: 72011937442
                                           Enc. Date 1/5/2021

## Progress Notes (continued)

**Progress Notes by Jeanette M. Kovtun, MD at 1/5/2021  2:00 PM (continued)**

node sampling
- No parotid epithelial cells identified
- No evidence of lymphoma by cytology or concurrent flow cytometric analysis
(see separate report)

| | | | |
|---|---|---|---|
| • Lymph Node Interpretation | 12/17/2020 | No abnormal hematopoietic population is detected in this sample. See comment. | Final |
| • Lymph Node Antibodies Analyzed | 12/17/2020 | | Final |

Value:All analyzed: CD2, CD3, CD4, CD5, CD7, CD8, CD10, CD13, CD19, CD20, CD34, CD103, KAPPA, LAMBDA,CD45 and 7AAD.

| | | |
|---|---|---|
| • Lymph Node Comment | 12/17/2020 | Final |

Value:Flow cytometric analysis of  lymph node shows populations of polyclonal B lymphocytes and T lymphocytes that are immunophenotypically unremarkable.
The blast gate is not increased.  However, a small lymph gate is noted.
Correlate with tissue morphology.
Flow differential:  Lymphocytes 20.0%, Monocytes 1.2%, Granulocytes  35.9%,
Blast  0.1%, Debris/nRBC 42.1%,  Viability 92.0%.

| | | |
|---|---|---|
| • Final Pathologic Diagnosis | 12/17/2020 | Final |

Value:"RIGHT PAROTID NODE", BIOPSY:
Negative for malignancy
Fibrosis with foreign body type granulomatous reaction with chronic inflammation
No definite evidence of lymph node

| | | |
|---|---|---|
| • Gross | 12/17/2020 | Final |

Value:Surgery ID:  2325810;  Pathology ID:  2325810
1.  Received in formalin labeled "right parotid" is a single pale tan tissue
core, 0.7 cm in greatest dimension.  The specimen is entirely embedded in 1
cassette.
BRS-20-6186-1-A
Grossed by: Kevin King

| | | | |
|---|---|---|---|
| • AFB Culture & Smear | 12/17/2020 | Culture in progress | Preliminary |
| • AFB CULTURE STAIN | 12/17/2020 | No acid fast bacilli seen. | Final |
| • Fungus (Mycology) Culture | 12/17/2020 | Culture in progress | Preliminary |

---

Generated on 3/25/21  5:30 PM                                              Page 47

**Lincoln/Lee 0744**

BRCC HEMATOLOGY ONCOLOGY
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:            Sex: F
Acct #: 72011937442
Enc. Date 1/5/2021

**Progress Notes (continued)**

**Progress Notes by Jeanette M. Kovtun, MD at 1/5/2021  2:00 PM (continued)**

**Imaging:**

Results for orders placed or performed during the hospital encounter of 11/24/20 (from the past 2160 hour(s))
CT Chest Abdomen Pelvis With Contrast
*Impression*
*1. There has been interval development of necrotic areas in the central regions of masses seen in the parotids.  One of the larger masses is located in the left parotid and measures 19 mm in craniocaudal dimension by 12 mm in AP dimension by 11 mm in medial-lateral dimension.  This is consistent with the patient's history.*
*2. The uterus and ovaries were not optimally visualized.  There is a mass adjacent to the fundus of the uterus at measures 4.1 cm in craniocaudal dimension by 4.4 cm in AP dimension by 5.0 cm in medial-lateral dimension.  This is consistent with the patient's history of a uterine fibroid.*
*3. There are several hernias through the anterior wall of the abdomen. There is a small fat filled umbilical hernia. The width of the mouth of this hernia measures 8 mm. The linea alba of the abdomen protrudes anteriorly.*
*4. There is a 5 mm oval shaped area of hypodensity in the anterior aspect of the left lobe of the liver. It measured 5 mm on the prior examination.*
*All CT scans at this facility use dose modulation, iterative reconstruction, and/or weight base dosing when appropriate to reduce radiation dose when appropriate to reduce radiation dose to as low as reasonably achievable.*

*Electronically signed by:      Robert Newsome, MD*
*Date:                          11/24/2020*
*Time:                          17:02*

Results for orders placed or performed during the hospital encounter of 11/24/20 (from the past 2160 hour(s))
CT Soft Tissue Neck With Contrast
*Impression*
*1. There has been interval development of necrotic areas in the central regions of masses seen in the parotids.  One of the larger masses is located in the left parotid and measures 19 mm in craniocaudal dimension by 12 mm in AP dimension by 11 mm in medial-lateral dimension.  This is consistent with the patient's history.*
*2. The uterus and ovaries were not optimally visualized.  There is a mass adjacent to the fundus of the uterus at measures 4.1 cm in craniocaudal dimension by 4.4 cm in AP dimension by 5.0 cm in medial-lateral dimension.  This is consistent with the patient's history of a uterine fibroid.*
*3. There are several hernias through the anterior wall of the abdomen. There is a small fat filled umbilical hernia. The width of the mouth of this hernia measures 8 mm. The linea alba of the abdomen protrudes anteriorly.*
*4. There is a 5 mm oval shaped area of hypodensity in the anterior aspect of the left lobe of the liver. It measured 5 mm on the prior examination.*
*All CT scans at this facility use dose modulation, iterative reconstruction, and/or weight base dosing when appropriate to reduce radiation dose when appropriate to reduce radiation dose to as low as reasonably achievable.*

**Lincoln/Lee 0745**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 147   OF 182

BRCH INFUSION                          Lee, Katonia
17000 Medical Center Dr                MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                   Acct #: 72011256225
                                       Enc. Date 1/5/2021

## 01/05/2021 - Infusion in Ochsner Cancer Center-Baton Rouge

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Lee, Katonia | 2325810 | | Female | (51 yrs) |

| Address | Phone | Email | | |
|---|---|---|---|---|
| | | | | |

| Reg Status | PCP | Date Last Verified | Next Review Date | |
|---|---|---|---|---|
| Verified | Sonia McField, FNP601-944-5964 | 03/12/21 | 04/11/21 | |

**Lincoln/Lee 0746**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 148   OF 182

BRCH INFUSION                          Lee, Katonia
17000 Medical Center Dr                MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                   Acct #: 72011256225
                                       Enc. Date 1/5/2021

---

## 01/05/2021 - Infusion in Ochsner Cancer Center-Baton Rouge (continued)

**Reason for Visit**

mediport flush

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **Diffuse large B-cell lymphoma, unspecified body region   -  Primary** | ICD-10-CM: C83.30 ICD-9-CM: 202.80 | |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | |

**Problem List** as of 1/5/2021                                      Date Reviewed: **1/5/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 2/12/2018 - Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | | | 1/21/2019 - Present |
| **Elevated LFTs** | ICD-10-CM: R79.89 ICD-9-CM: 790.6 | | | 1/21/2019 - Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10 ICD-9-CM: 202.80 | | | 1/22/2019 - Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20 ICD-9-CM: 042 | | | 1/24/2019 - Present |
| **Lymphoma** | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | | | 2/11/2019 - Present |
| **Anemia** | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 2/26/2019 - Present |
| **Other chest pain** | ICD-10-CM: R07.89 ICD-9-CM: 786.59 | | | 2/26/2019 - Present |
| **Biliary obstruction** | ICD-10-CM: K83.1 ICD-9-CM: 576.2 | | | 4/30/2019 - Present |
| **Multiple lung nodules on CT** | ICD-10-CM: R91.8 ICD-9-CM: 793.19 | | | 7/25/2019 - Present |
| **HIV disease** | ICD-10-CM: B20 ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21 ICD-9-CM: 782.1 | | | 8/20/2019 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | | | 1/21/2019 - 1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | | | 1/21/2019 - 2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | | | 1/21/2019 - 1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 ICD-9-CM: 780.96 | | | 2/13/2019 - 2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 - 3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 ICD-9-CM: 112.0 | | | 2/27/2019 - 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9 ICD-9-CM: 780.60 | | | 2/28/2019 - 3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 5/25/2019 - 5/26/2019 |

**Patient as-of Visit**

**Allergies** as of 1/5/2021

Allergies last reviewed by Jeanette M. Kovtun, MD on 1/5/2021 1755

---

Generated on 3/25/21  5:30 PM                                        Page 38

**Lincoln/Lee 0747**

BRCH INFUSION
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:              Sex: F
Acct #: 72011256225
Enc. Date 1/5/2021

## 01/05/2021 - Infusion in Ochsner Cancer Center-Baton Rouge (continued)

### Patient as-of Visit (continued)

No Known Allergies

### Immunizations as of 1/5/2021

| Immunization | Administered On |
|---|---|
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

### Outpatient Medications at Start of Encounter as of 1/5/2021

|  | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **amLODIPine (NORVASC) 10 MG tablet** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| **citalopram (CELEXA) 20 MG tablet** | | | | |
| Sig - Route: Take 20 mg by mouth once daily. - Oral Class: Historical Med | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:53 AM TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 30 tablet | 4 | 8/25/2020 | 2/1/2021 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| **oxyCODONE (ROXICODONE) 5 MG immediate release tablet** | 60 tablet | 0 | 12/8/2020 | 1/8/2021 |
| Sig - Route: Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain (medically necessary). - Oral Earliest Fill Date: 12/8/2020 Notes to Pharmacy: Quantity medically necessary for greater than 7 days | | | | |
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 1 | 12/8/2020 | 1/8/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |

### Ordered Facility-Administered Medications

|  | Dose | Freq | Start | End |
|---|---|---|---|---|
| **heparin, porcine (PF) 100 unit/mL injection flush 500 Units** | 500 Units | Clinic/HOD 1 time | 1/5/2021 | 1/5/2021 |
| Route: Intravenous | | | | |
| **sodium chloride 0.9% flush 10 mL** | 10 mL | Clinic/HOD 1 time | 1/5/2021 | 1/5/2021 |
| Route: Intravenous | | | | |

### All Meds and Administrations

Generated on 3/25/21  5:30 PM                                              Page 39

**Lincoln/Lee 0748**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 150   OF 182

BRCH INFUSION                          Lee, Katonia
17000 Medical Center Dr                MRN: 2325810, DOB:            Sex: F
Baton Rouge LA 70816                   Acct #: 72011256225
                                       Enc. Date 1/5/2021

## 01/05/2021 - Infusion in Ochsner Cancer Center-Baton Rouge (continued)

### All Meds and Administrations (continued)

#### heparin, porcine (PF) 100 unit/mL injection flush 500 Units [587423705]

| | |
|---|---|
| Ordering Provider: Long H. Dang, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 01/05/21 1534 | Starts/Ends: 01/05/21 1545 - 01/05/21 1548 |
| Dose (Remaining/Total): 500 Units (0/1) | Route: Intravenous |
| Frequency: Clinic/HOD 1 time | Rate/Duration: — / — |

| Line | Med Link Info | Comment |
|---|---|---|
| Port A Cath Single Lumen left subclavian | 01/05/21 1548 by Daphne P Caldwell, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 01/05/21 1548 | Given | 500 Units | Intravenous | Performed by: Daphne P Caldwell, RN<br>Comments: exp. 11/21<br>Scanned Package: 6380760051 |

#### sodium chloride 0.9% flush 10 mL [587423706]

| | |
|---|---|
| Ordering Provider: Long H. Dang, MD | Status: Completed (Past End Date/Time) |
| Ordered On: 01/05/21 1534 | Starts/Ends: 01/05/21 1545 - 01/05/21 1548 |
| Dose (Remaining/Total): 10 mL (0/1) | Route: Intravenous |
| Frequency: Clinic/HOD 1 time | Rate/Duration: — / — |

| Line | Med Link Info | Comment |
|---|---|---|
| Port A Cath Single Lumen left subclavian | 01/05/21 1548 by Daphne P Caldwell, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 01/05/21 1548 | Given | 10 mL | Intravenous | Performed by: Daphne P Caldwell, RN<br>Scanned Package: 8290306553 |

### Clinic-Administered Medication Detail

| | Dose | Frequency | Start | End | DAW |
|---|---|---|---|---|---|
| **heparin, porcine (PF) 100 unit/mL injection flush 500 Units** | 500 Units | Clinic/HOD 1 time | 1/5/2021 | 1/5/2021 | -- |

Class: Normal
Route: Intravenous
Order: 587423705
Date/Time Signed: 1/5/2021 15:34

### Clinic-Administered Medication Detail

| | Dose | Frequency | Start | End | DAW |
|---|---|---|---|---|---|
| **sodium chloride 0.9% flush 10 mL** | 10 mL | Clinic/HOD 1 time | 1/5/2021 | 1/5/2021 | -- |

Class: Normal
Route: Intravenous
Order: 587423706
Date/Time Signed: 1/5/2021 15:34

### Clinic-Administered Medication Detail

| | Dose | Frequency | Start | End | DAW |
|---|---|---|---|---|---|
| **heparin, porcine (PF) 100 unit/mL injection flush 500 Units (Discontinued)** | 500 Units | Clinic/HOD 1 time | 1/5/2021 | | -- |

Class: Normal
Route: Intravenous
Order: 587423702

Generated on 3/25/21  5:30 PM                                          Page 40

**Lincoln/Lee 0749**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 151   OF 182

BRCH INFUSION                          Lee, Katonia
17000 Medical Center Dr                MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                   Acct #: 72011256225
                                       Enc. Date 1/5/2021

## 01/05/2021 - Infusion in Ochsner Cancer Center-Baton Rouge (continued)

### Clinic-Administered Medication Detail (continued)

| | Dose | Frequency | Start | End | DAW |
|---|---|---|---|---|---|
| Date/Time Signed: 1/5/2021 15:34 | | | | | |

### Clinic-Administered Medication Detail

| | Dose | Frequency | Start | End | DAW |
|---|---|---|---|---|---|
| sodium chloride 0.9% flush 10 mL (Discontinued) | 10 mL | Clinic/HOD 1 time | 1/5/2021 | | -- |

Class: Normal
Route: Intravenous
Order: 587423703
Date/Time Signed: 1/5/2021 15:34

### Follow-up Information

None

### Follow Up Call

No data filed

Generated on 3/25/21  5:30 PM                                              Page 41

**Lincoln/Lee 0750**

BRCC HEMATOLOGY ONCOLOGY
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:
Acct #: 72011937442
Enc. Date 1/5/2021

Sex: F

## 01/05/2021 - Office Visit in BR Cancer Center - Hematology Oncology

### Patient Demographics

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|------|-----------|-----|-----------------|------------|
| Lee, Katonia | 2325810 | | Female | (51 yrs) |

| Address | Phone | Email |
|---------|-------|-------|
| | | |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|-----------|-----|--------------------|------------------|
| Verified | Sonia McField, FNP601-944-5964 | 03/12/21 | 04/11/21 |

---

**Lincoln/Lee 0751**

HGVC INTERVENTIONAL PAIN MEDICINE
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:                    Sex: F
Acct #: 72012462422
Enc. Date 2/11/2021

## Progress Notes (continued)

Progress Notes by Brandon L. Hicks, MD at 2/11/2021  4:20 PM (continued)

- Attends Religious Services:
- Active Member of Clubs or Organizations:
- Attends Club or Organization Meetings:
- Marital Status:

### Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Paternal Grandmother | |
| • Heart disease | Mother | |
| • Breast cancer | Maternal Aunt | |

Review of patient's allergies indicates:
No Known Allergies

### Current Outpatient Medications

| Medication | Sig |
|---|---|
| • amLODIPine (NORVASC) 10 MG tablet | Take 1 tablet (10 mg total) by mouth once daily. |
| • bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet | Take 1 tablet by mouth once daily. |
| • citalopram (CELEXA) 20 MG tablet | Take 20 mg by mouth once daily. |
| • ferrous gluconate 324 mg (37.5 mg iron) Tab | Take 1 tablet by mouth once daily. |
| • hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab | Take 1 tablet (12.5 mg total) by mouth once daily. |
| • ondansetron (ZOFRAN-ODT) 8 MG TbDL | Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). |
| • oxyCODONE (ROXICODONE) 5 MG immediate release tablet | Take 1 tablet (5 mg total) by mouth every 12 (twelve) hours as needed for Pain (medically necessary). |
| • zolpidem (AMBIEN) 5 MG Tab | Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). |
| • allopurinol (ZYLOPRIM) 300 MG tablet | Take 1 tablet (300 mg total) by mouth once daily. (Patient not taking: Reported on 2/11/2021) |
| • meloxicam (MOBIC) 7.5 MG tablet | Take 1 tablet (7.5 mg total) by mouth 2 (two) times daily with meals. as needed for pain |

No current facility-administered medications for this visit.

Review of Systems

GENERAL:  No weight loss, malaise or fevers.
HEENT:  No recent changes in vision or hearing
NECK:  Negative for lumps, no difficulty with swallowing.
RESPIRATORY:  Negative for cough, wheezing or shortness of breath, patient denies any recent URI.
CARDIOVASCULAR:  Negative for chest pain, leg swelling or palpitations.
GI:  Negative for abdominal discomfort, blood in stools or black stools or change in bowel habits.

**Lincoln/Lee 0752**

04/14/2021 8:29:23 PM -0400 FAXCOM                                        PAGE 154    OF 182

HGVC INTERVENTIONAL PAIN MEDICINE               Lee, Katonia
OCHSNER, BATON ROUGE REGION LA                  MRN: 2325810, DOB:              Sex: F
                                                Acct #: 72012462422
                                                Enc. Date 2/11/2021

### Progress Notes (continued)

**Progress Notes by Brandon L. Hicks, MD at 2/11/2021  4:20 PM (continued)**

MUSCULOSKELETAL:  See HPI.
SKIN:  Negative for lesions, rash, and itching.
PSYCH:  No mood disorder or recent psychosocial stressors.  Patients sleep is not disturbed secondary to pain.
HEMATOLOGY/LYMPHOLOGY:  Negative for prolonged bleeding, bruising easily or swollen nodes.  Patient is not currently taking any anti-coagulants
NEURO:   No history of headaches, syncope, paralysis, seizures or tremors.
All other reviewed and negative other than HPI.

OBJECTIVE:

BP (!) 139/92  | Pulse 83  | Ht 5' 1" (1.549 m)  | Wt 81.7 kg (180 lb 1.9 oz) | BMI 34.03 kg/m²

Physical Exam

GENERAL: Well appearing, in no acute distress, alert and oriented x3.
PSYCH:  Mood and affect appropriate.
SKIN: Skin color, texture, turgor normal, no rashes or lesions.
HEAD/FACE:  Normocephalic, atraumatic. Cranial nerves grossly intact.
CV: RRR with palpation of the radial artery.
PULM: No evidence of respiratory difficulty, symmetric chest rise.
GI:  Soft and non-tender.
BACK:  Tenderness palpation over the midline at the L4-5 space.  Straight leg raising in the sitting and supine positions is negative to radicular pain. No pain to palpation over the facet joints of the lumbar spine or spinous processes. Normal range of motion without pain reproduction.
EXTREMITIES: Peripheral joint ROM is full and pain free without obvious instability or laxity in all four extremities. No deformities, edema, or skin discoloration. Good capillary refill.
MUSCULOSKELETAL: Hip and knee provocative maneuvers are negative.  There is no pain with palpation over the sacroiliac joints bilaterally.  FABERs test is negative.  FADIRs test is negative.   Bilateral upper and lower extremity strength is normal and symmetric.  No atrophy or tone abnormalities are noted.
NEURO: Bilateral upper and lower extremity coordination and muscle stretch reflexes are physiologic and symmetric. Plantar response are downgoing. No clonus.  No loss of sensation is noted.
GAIT: normal.

LABS:
Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 3.99 | 12/08/2020 |
| HGB | 12.3 | 12/08/2020 |
| HCT | 38.0 | 12/08/2020 |
| MCV | 95 | 12/08/2020 |
| PLT | 164 | 12/08/2020 |

CMP
Sodium

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 12/08/2020 | 140 | 136 - 145 mmol/L | Final |

Potassium

Generated on 3/25/21  5:30 PM                                             Page 32

**Lincoln/Lee 0753**

HGVC INTERVENTIONAL PAIN MEDICINE
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:                Sex: F
Acct #: 72012462422
Enc. Date 2/11/2021

## Progress Notes (continued)

**Progress Notes by Brandon L. Hicks, MD at 2/11/2021 4:20 PM (continued)**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 12/08/2020 | 4.1 | 3.5 - 5.1 mmol/L | Final |

**Chloride**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 12/08/2020 | 105 | 95 - 110 mmol/L | Final |

**CO2**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 12/08/2020 | 32 (H) | 23 - 29 mmol/L | Final |

**Glucose**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 12/08/2020 | 95 | 70 - 110 mg/dL | Final |

**BUN**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 12/08/2020 | 13 | 6 - 20 mg/dL | Final |

**Creatinine**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 12/08/2020 | 0.9 | 0.5 - 1.4 mg/dL | Final |

**Calcium**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 12/08/2020 | 9.3 | 8.7 - 10.5 mg/dL | Final |

**Total Protein**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 12/08/2020 | 7.4 | 6.0 - 8.4 g/dL | Final |

**Albumin**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 12/08/2020 | 3.9 | 3.5 - 5.2 g/dL | Final |

**Total Bilirubin**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 12/08/2020 | 0.3 | 0.1 - 1.0 mg/dL | Final |

Comment:
*For infants and newborns, interpretation of results should be based
on gestational age, weight and in agreement with clinical
observations.*
*Premature Infant recommended reference ranges:*
*Up to 24 hours.............<8.0 mg/dL*
*Up to 48 hours............<12.0 mg/dL*
*3-5 days..................<15.0 mg/dL*
*6-29 days.................<15.0 mg/dL*

**Alkaline Phosphatase**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 12/08/2020 | 178 (H) | 55 - 135 U/L | Final |

Generated on 3/25/21 5:30 PM                                                      Page 33

**Lincoln/Lee 0754**

04/14/2021 8:29:23 PM -0400 FAXCOM                              PAGE 156   OF 182

| HGVC INTERVENTIONAL PAIN MEDICINE<br>OCHSNER, BATON ROUGE REGION LA | Lee, Katonia<br>MRN: 2325810, DOB:<br>Acct #: 72012462422<br>Enc. Date 2/11/2021 | Sex: F |
|---|---|---|

### Progress Notes (continued)

Progress Notes by Brandon L. Hicks, MD at 2/11/2021  4:20 PM (continued)

**AST**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 12/08/2020 | 15 | 10 - 40 U/L | Final |

**ALT**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 12/08/2020 | 8 (L) | 10 - 44 U/L | Final |

**Anion Gap**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 12/08/2020 | 3 (L) | 8 - 16 mmol/L | Final |

**eGFR if African American**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 12/08/2020 | >60 | >60 mL/min/1.73 m^2 | Final |

**eGFR if non African American**

| Date | Value | Ref Range | Status |
|---|---|---|---|
| 12/08/2020 | >60 | >60 mL/min/1.73 m^2 | Final |

Comment:
*Calculation used to obtain the estimated glomerular filtration
rate (eGFR) is the CKD-EPI equation.*

**Lab Results**

| Component | Value | Date |
|---|---|---|
| HGBA1C | 4.4 | 01/23/2019 |

ASSESSMENT: 51 y.o. year old female with lower back pain, consistent with

| 1. | Back pain, unspecified back location, unspecified back pain laterality, unspecified chronicity | Ambulatory referral/consult to Pain Clinic |
|---|---|---|

PLAN:
- Interventions: None at this time.

- Anticoagulation use: no

- Medications: I have stressed the importance of physical activity and a home exercise plan to help with pain and improve health. and Patient can continue with medications for now since they are providing benefits, using them appropriately, and without side effects.  Start Mobic 7.5 mg b.i.d. p.r.n. for inflammatory source pain.

Generated on 3/25/21  5:30 PM                                          Page 34

**Lincoln/Lee 0755**

HGVC INTERVENTIONAL PAIN MEDICINE                Lee, Katonia
OCHSNER, BATON ROUGE REGION LA                   MRN: 2325810, DOB:          Sex: F
                                                 Acct #: 72012462422
                                                 Enc. Date 2/11/2021

### Progress Notes (continued)

Progress Notes by Brandon L. Hicks, MD at 2/11/2021  4:20 PM (continued)

- Therapy:  Patient deferred formal physical therapy, will provide home exercises for her to implement 2-3 times weekly.

- Labs:  Reviewed

- Imaging:  No pertinent imaging available to review, consider lumbar x-rays in the future if warranted.

- Consults/Referrals:  None at this time

- Records:  Reviewed/Obtain old records from outside physicians and imaging

- Follow up visit: return to clinic in 10-12 weeks or as needed

- Counseled patient regarding the importance of activity modification and physical therapy

- This condition does not require this patient to take time off of work, and the primary goal of our Pain Management services is to improve the patient's functional capacity.

- Patient Questions: Answered all of the patient's questions regarding diagnosis, therapy, and treatment


The above plan and management options were discussed at length with patient. Patient is in agreement with the above and verbalized understanding.

I discussed the goals of interventional chronic pain management with the patient on today's visit.  I explained the utility of injections for diagnostic and therapeutic purposes.  We discussed a multimodal approach to pain including treating the patient's given worst pain at any given time.  We will use a systematic approach to addressing pain.  We will also adopt a multimodal approach that includes injections, adjuvant medications, physical therapy, at times psychiatry. There may be a limited role for opioid use intermittently in the treatment of pain, more particularly for acute pain although no one approach can be used as a sole treatment modality.

I emphasized the importance of regular exercise, core strengthening and stretching, diet and weight loss as a cornerstone of long-term pain management.


Brandon L. Hicks, MD
Interventional Pain Management
Ochsner Baton Rouge

*Disclaimer:*
This note was prepared using voice recognition system and is likely to have sound alike errors that may have been overlooked even after proof reading.  Please call me with any questions


Electronically signed by Brandon L. Hicks, MD on 2/11/2021  6:04 PM


**Follow-up Information**

  None

Generated on 3/25/21  5:30 PM                                            Page 35

**Lincoln/Lee 0756**

HGVC INTERVENTIONAL PAIN MEDICINE
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:                    Sex: F
Acct #: 72012462422
Enc. Date 2/11/2021

**Follow Up Call**

No data filed

**Lincoln/Lee 0757**

04/14/2021 8:29:23 PM -0400 FAXCOM                          PAGE 159   OF 182

HGVC INTERVENTIONAL PAIN MEDICINE
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:              Sex: F
Acct #: 72012462422
Enc. Date 2/11/2021

---

## 02/11/2021 - Office Visit in The Grove - Medical Services (continued)

### Reason for Visit

**Low-back Pain**

### Diagnoses

| | Codes | Comments |
|---|---|---|
| **Chronic myofascial pain    - Primary** | ICD-10-CM: M79.18, G89.29<br>ICD-9-CM: 729.1, 338.29 | |
| **Back pain, unspecified back location, unspecified back pain laterality, unspecified chronicity** | ICD-10-CM: M54.9<br>ICD-9-CM: 724.5 | |

---

**Problem List** as of 2/11/2021                                Date Reviewed: **2/11/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 - Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 - Present |
| **Elevated LFTs** | ICD-10-CM: R79.89<br>ICD-9-CM: 790.6 | | | 1/21/2019 - Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 - Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 - Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 - Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 - Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 - Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 - Present |
| **Multiple lung nodules on CT** | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 - Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 - 1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 - 2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 - 1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 - 2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 - 3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 - 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 - 3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 - 5/26/2019 |

---

### Patient as-of Visit

**Allergies** as of 2/11/2021

---

Generated on 3/25/21  5:30 PM                                                    Page 25

**Lincoln/Lee 0758**

04/14/2021 8:29:23 PM -0400 FAXCOM                            PAGE 160   OF 182

HGVC INTERVENTIONAL PAIN MEDICINE            Lee, Katonia
OCHSNER, BATON ROUGE REGION LA               MRN: 2325810, DOB:          Sex: F
                                             Acct #: 72012462422
                                             Enc. Date 2/11/2021

### 02/11/2021 - Office Visit in The Grove - Medical Services (continued)

**Patient as-of Visit (continued)**

Allergies last reviewed by Brandon L. Hicks, MD on 2/11/2021 1804
No Known Allergies

**Immunizations** as of 2/11/2021

| Immunization | Administered On |
|---|---|
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 2/11/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amLODIPine (NORVASC) 10 MG tablet (Taking)** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking)** | 30 tablet | 4 | 2/1/2021 | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Fill Later | | | | |
| Prior authorization: Waiting for Auth Details | | | | |
| **citalopram (CELEXA) 20 MG tablet (Taking)** | | | | |
| Sig - Route: Take 20 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:53 AM | | | | |
| TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking)** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab (Taking)** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking)** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **oxyCODONE (ROXICODONE) 5 MG immediate release tablet (Taking)** | 60 tablet | 0 | 2/8/2021 | 3/10/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth every 12 (twelve) hours as needed for Pain (medically necessary). - Oral | | | | |
| Earliest Fill Date: 2/8/2021 | | | | |
| Notes to Pharmacy: Quantity medically necessary for greater than 7 days | | | | |
| **zolpidem (AMBIEN) 5 MG Tab (Taking)** | 30 tablet | 1 | 1/8/2021 | 7/9/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| Dejohnna T Battley, MA 3/12/2021 11:21 AM | | | | |
| Patient has ran out of medication, is requesting refill | | | | |
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM | | | | |
| TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amLODIPine (NORVASC) 10 MG tablet (Taking)** | 90 tablet | 3 | 3/15/2020 | |

Generated on 3/25/21  5:30 PM                                          Page 26

**Lincoln/Lee 0759**

04/14/2021 8:29:23 PM -0400 FAXCOM                                          PAGE 161   OF 182

HGVC INTERVENTIONAL PAIN MEDICINE              Lee, Katonia
OCHSNER, BATON ROUGE REGION LA                 MRN: 2325810, DOB:          Sex: F
                                               Acct #: 72012462422
                                               Enc. Date 2/11/2021

### 02/11/2021 - Office Visit in The Grove - Medical Services (continued)

#### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig: Take 1 tablet (10 mg total) by mouth once daily.<br>Route: Oral | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking)**<br>Sig: Take 1 tablet by mouth once daily.<br>Class: Fill Later<br>Route: Oral<br>Prior authorization: Waiting for Auth Details | 30 tablet | 4 | 2/1/2021 | |
| **citalopram (CELEXA) 20 MG tablet (Taking)**<br>Sig: Take 20 mg by mouth once daily.<br>Class: Historical Med<br>Route: Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking)**<br>Sig: Take 1 tablet by mouth once daily.<br>Class: Historical Med<br>Route: Oral | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab (Taking)**<br>Sig: Take 1 tablet (12.5 mg total) by mouth once daily.<br>Route: Oral | 90 tablet | 3 | 3/15/2020 | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking)**<br>Sig: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea).<br>Route: Oral | 60 tablet | 1 | 4/22/2019 | |
| **oxyCODONE (ROXICODONE) 5 MG immediate release tablet (Taking/Expired)**<br>Sig: Take 1 tablet (5 mg total) by mouth every 12 (twelve) hours as needed for Pain (medically necessary).<br>Earliest Fill Date: 2/8/2021<br>Notes to Pharmacy: Quantity medically necessary for greater than 7 days<br>Route: Oral | 60 tablet | 0 | 2/8/2021 | 3/10/2021 |
| **zolpidem (AMBIEN) 5 MG Tab (Taking)**<br>Sig: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep).<br>Route: Oral | 30 tablet | 1 | 1/8/2021 | 7/9/2021 |

#### Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **meloxicam (MOBIC) 7.5 MG tablet (Discontinued)**<br>Sig - Route: Take 1 tablet (7.5 mg total) by mouth 2 (two) times daily with meals. as needed for pain - Oral<br>Reason for Discontinue: **Alternate therapy** | 60 tablet | 2 | 2/11/2021 | 3/12/2021 |

#### Outpatient Medication Detail

| | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| **meloxicam (MOBIC) 7.5 MG tablet (Discontinued)**<br>Sig - Route: Take 1 tablet (7.5 mg total) by mouth 2 (two) times daily with meals. as needed for pain - Oral<br>Sent to pharmacy as: meloxicam (MOBIC) 7.5 MG tablet<br>Class: Normal<br>Reason for Discontinue: **Alternate therapy**<br>Order: 587423714<br>Date/Time Signed: 2/11/2021 16:53<br>E-Prescribing Status: **Receipt confirmed by pharmacy** (2/11/2021 4:54 PM CST) | 60 tablet | 2 | 2/11/2021 | 3/12/2021 | -- |

### Progress Notes

#### Progress Notes by Brandon L. Hicks, MD at 2/11/2021 4:20 PM

| | | |
|---|---|---|
| Author: Brandon L. Hicks, MD | Service: — | Author Type: Physician |
| Filed: 2/11/2021 6:04 PM | Encounter Date: 2/11/2021 | Creation Time: 2/11/2021 4:36 PM |
| Status: Signed | Editor: Brandon L. Hicks, MD (Physician) | |

---

Generated on 3/25/21 5:30 PM                                                          Page 27

PAGE 161/182 * RCVD AT 4/14/2021 8:29:22 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/0 * DNIS:6035591994 * CSID: * ANI: * DURATION (mm-ss):181-01

**Lincoln/Lee 0760**

HGVC INTERVENTIONAL PAIN MEDICINE         Lee, Katonia
OCHSNER, BATON ROUGE REGION LA            MRN: 2325810, DOB:            Sex: F
                                          Acct #: 72012462422
                                          Enc. Date 2/11/2021

**Progress Notes (continued)**

Progress Notes by Brandon L. Hicks, MD at 2/11/2021  4:20 PM (continued)

### New Patient Chronic Pain Note (Initial Visit)

Referring Physician: Kovtun, Jeanette M., MD

PCP: Sonia McField, FNP, FNP (Inactive)

Chief Complaint:
Chief Complaint
Patient presents with
- Low-back Pain

SUBJECTIVE:

Katonia Lee is a 51 y.o. female who presents to the clinic for the evaluation of lower back pain.  She was referred by hematology/oncology department for further evaluation and management of this pain.  Of note, patient has past medical history of B-cell lymphoma status post chemotherapy and intrathecal treatments, HIV/aids, hypertension, and multiple other medical comorbidities as listed in her chart.  The pain started 1-2 years ago following her intrathecal therapy and symptoms have been worsening.The pain is located in the lumbosacral area without radiation into the lower extremities.  The pain is described as Throbbing, aching and is rated as 5/10. The pain is rated with a score of 0/10 on the BEST day and a score of 6/10 on the WORST day.  Symptoms interfere with daily activity. The pain is exacerbated by prolonged sitting, increased activity.  The pain is mitigated by rest. The patient reports spending 2-4 hours per day reclining. The patient reports 5-7 hours of uninterrupted sleep per night.

Patient denies night fever/night sweats, urinary incontinence, bowel incontinence, significant weight loss, significant motor weakness and loss of sensations.

Pain Disability Index Review:
 No flowsheet data found.

Non-Pharmacologic Treatments:
Physical Therapy/Home Exercise: no
Ice/Heat:yes
TENS: no
Acupuncture: no
Massage: no
Chiropractic: no
Other: no

Pain Medications:
- Opioids: Percocet
- Adjuvant Medications: Celexa, Ambien, allopurinol
- Anti-Coagulants: None

PMP report:  Reviewed and consistent with medication use as prescribed.

---

Generated on 3/25/21  5:30 PM                                          Page 28

**Lincoln/Lee 0761**

04/14/2021 8:29:23 PM -0400 FAXCOM　　　　　　　　　　　　PAGE 163　OF 182

HGVC INTERVENTIONAL PAIN MEDICINE　　　　　　Lee, Katonia
OCHSNER, BATON ROUGE REGION LA　　　　　　　　MRN: 2325810, DOB:　　　Sex: F
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Acct #: 72012462422
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Enc. Date 2/11/2021

## Progress Notes (continued)

**Progress Notes by Brandon L. Hicks, MD at 2/11/2021 4:20 PM (continued)**

**Prescriptions**

Total Prescriptions: 55
Total Private Pay: 1

*Highlighted drugs could not be included in above data sets*

| Fill Date | ID | Written | Drug | Qty | Days | Prescriber | Rx # | Pharmacy | Refills | Daily Dose' | Pymt Type | PMP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/08/2021 | 1 | 02/04/2021 | Oxycodone Hcl 5 MG Tablet | 60.00 | 30 | Je Kov | 2255788 | Wal (5839) | 0 | 15.00 MME | Comm Ins | LA |
| 02/05/2021 | 1 | 01/08/2021 | Zolpidem Tartrate 5 MG Tablet | 30.00 | 30 | Je Kov | 4593722 | Wal (5839) | 1 | 0.25 LME | Comm Ins | LA |
| 01/08/2021 | 1 | 01/08/2021 | Oxycodone Hcl 5 MG Tablet | 60.00 | 8 | Je Kov | 2255604 | Wal (5839) | 0 | 56.25 MME | Comm Ins | LA |
| 01/08/2021 | 1 | 01/08/2021 | Zolpidem Tartrate 5 MG Tablet | 30.00 | 30 | Je Kov | 4593722 | Wal (5839) | 0 | 0.25 LME | Comm Ins | LA |
| 12/08/2020 | 1 | 12/08/2020 | Zolpidem Tartrate 5 MG Tablet | 30.00 | 30 | Je Kov | 129410 | Och (3938) | 0 | 0.25 LME | Comm Ins | LA |
| 12/08/2020 | 1 | 12/08/2020 | Oxycodone Hcl 5 MG Tablet | 60.00 | 8 | Je Kov | 129410 | Och (3938) | 0 | 56.25 MME | Comm Ins | LA |
| 11/12/2020 | 1 | 11/12/2020 | Zolpidem Tartrate 5 MG Tablet | 30.00 | 30 | Je Kov | 4593451 | Wal (5839) | 0 | 0.25 LME | Comm Ins | LA |
| 11/12/2020 | 1 | 11/12/2020 | Oxycodone Hcl 5 MG Tablet | 60.00 | 8 | Je Kov | 2255229 | Wal (5839) | 0 | 56.25 MME | Comm Ins | LA |
| 10/14/2020 | 1 | 10/12/2020 | Zolpidem Tartrate 5 MG Tablet | 30.00 | 30 | Lo Dan | 128696 | Och (3938) | 0 | 0.25 LME | Comm Ins | LA |
| 10/12/2020 | 1 | 10/12/2020 | Oxycodone Hcl 5 MG Tablet | 56.00 | 7 | Lo Dan | 128696 | Och (3938) | 0 | 60.00 MME | Comm Ins | LA |
| 09/16/2020 | 1 | 09/16/2020 | Oxycodone Hcl 5 MG Tablet | 60.00 | 8 | Lo Dan | 126366 | Och (3938) | 0 | 56.25 MME | Comm Ins | LA |
| 09/16/2020 | 1 | 09/16/2020 | Zolpidem Tartrate 5 MG Tablet | 30.00 | 30 | Lo Dan | 128372 | Och (3938) | 0 | 0.25 LME | Comm Ins | LA |
| 08/20/2020 | 1 | 08/20/2020 | Zolpidem Tartrate 5 MG Tablet | 30.00 | 30 | Lo Dan | 4592017 | Wal (5839) | 0 | 0.25 LME | Comm Ins | LA |
| 08/20/2020 | 1 | 08/20/2020 | Oxycodone Hcl 5 MG Tablet | 60.00 | 8 | Lo Dan | 2254763 | Wal (5839) | 0 | 56.25 MME | Comm Ins | LA |
| 07/29/2020 | 1 | 07/29/2020 | Zolpidem Tartrate 5 MG Tablet | 30.00 | 30 | Lo Dan | 127019 | Och (3938) | 0 | 0.25 LME | Comm Ins | LA |
| 07/29/2020 | 1 | 07/29/2020 | Oxycodone Hcl 5 MG | 60.00 | 8 | Lo Dan | 127019 | Och (3938) | 0 | 56.25 MME | Comm Ins | LA |

Pain Procedures:
Denies

Imaging:
No pertinent imaging available to review

## Past Medical History:

| Diagnosis | Date |
|---|---|
| • B-cell lymphoma | 1/22/2019 |
| • Biliary stricture | |
| • Cancer *lymphoma]* | |
| • Diffuse large B cell lymphoma of duodenum and pancreas | 1/21/2019 |
| • Encounter for blood transfusion | |
| • HIV (human immunodeficiency virus infection) | |
| • Hypertension | |
| • Jaundice | |
| • Stomach ulcer *bleeding* | |

## Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • BRONCHOSCOPY | Bilateral | 7/25/2019 |

Procedure: Bronchoscopy Pt needs K+;  Surgeon: Tarek M. Abdallah, MD;  Location: BRMH ENDO;
Service: Pulmonary;  Laterality: Bilateral;

• CESAREAN SECTION

Generated on 3/25/21  5:30 PM　　　　　　　　　　　　　　　　　　　　　　　　Page 29

**Lincoln/Lee 0762**

HGVC INTERVENTIONAL PAIN MEDICINE
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72012462422
Enc. Date 2/11/2021

## Progress Notes (continued)

**Progress Notes by Brandon L. Hicks, MD at 2/11/2021  4:20 PM (continued)**

- ERCP                                                            N/A          1/25/2019
  *Procedure: ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY); Surgeon: Janak N. Shah, MD; Location: NOMH ENDO (2ND FLR); Service: Endoscopy; Laterality: N/A;*
- ERCP                                                            Left         4/30/2019
  *Procedure: ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY); Surgeon: Janak N. Shah, MD; Location: NOMH ENDO (2ND FLR); Service: Endoscopy; Laterality: Left; appt confirmed*
- ESOPHAGOGASTRODUODENOSCOPY
- INSERTION OF VENOUS ACCESS PORT                                 Left         2/11/2019
  *Procedure: INSERTION, VENOUS ACCESS PORT; Surgeon: Kyle A Jakob, MD; Location: BRMH OR; Service: General; Laterality: Left;*

## Social History

### Socioeconomic History
- Marital status:            Legally Separated
    - Spouse name:           Not on file
- Number of children:        Not on file
- Years of education:        Not on file
- Highest education level:   Not on file

### Occupational History
- Not on file

### Tobacco Use
- Smoking status:            Never Smoker
- Smokeless tobacco:         Never Used

### Substance and Sexual Activity
- Alcohol use:               No
- Drug use:                  No
- Sexual activity:           Not on file

### Other Topics              Concern
- Not on file

### Social History Narrative
- Not on file

## Social Determinants of Health

### Financial Resource Strain:
- Difficulty of Paying Living Expenses:

### Food Insecurity:
- Worried About Running Out of Food in the Last Year:
- Ran Out of Food in the Last Year:

### Transportation Needs:
- Lack of Transportation (Medical):
- Lack of Transportation (Non-Medical):

### Physical Activity:
- Days of Exercise per Week:
- Minutes of Exercise per Session:

### Stress:
- Feeling of Stress :

### Social Connections:
- Frequency of Communication with Friends and Family:
- Frequency of Social Gatherings with Friends and Family:

Generated on 3/25/21  5:30 PM                                              Page 30

**Lincoln/Lee 0763**

04/14/2021 8:29:23 PM -0400 FAXCOM                          PAGE 165   OF 182

BRCH INFUSION                          Lee, Katonia
17000 Medical Center Dr                MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                   Acct #: 72011256226
                                       Enc. Date 3/12/2021

## 03/12/2021 - Infusion in Ochsner Cancer Center-Baton Rouge (continued)

### Diagnoses

| | Codes | Comments |
|---|---|---|
| **Diffuse large B-cell lymphoma, unspecified body region**  - Primary | ICD-10-CM: C83.30 ICD-9-CM: 202.80 | |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | |

**Problem List** as of 3/12/2021                           Date Reviewed: **3/12/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 2/12/2018 - Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | | | 1/21/2019 - Present |
| **Elevated LFTs** | ICD-10-CM: R79.89 ICD-9-CM: 790.6 | | | 1/21/2019 - Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10 ICD-9-CM: 202.80 | | | 1/22/2019 - Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20 ICD-9-CM: 042 | | | 1/24/2019 - Present |
| **Lymphoma** | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | | | 2/11/2019 - Present |
| **Anemia** | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 2/26/2019 - Present |
| **Other chest pain** | ICD-10-CM: R07.89 ICD-9-CM: 786.59 | | | 2/26/2019 - Present |
| **Biliary obstruction** | ICD-10-CM: K83.1 ICD-9-CM: 576.2 | | | 4/30/2019 - Present |
| **Multiple lung nodules on CT** | ICD-10-CM: R91.8 ICD-9-CM: 793.19 | | | 7/25/2019 - Present |
| **HIV disease** | ICD-10-CM: B20 ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21 ICD-9-CM: 782.1 | | | 8/20/2019 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | | | 1/21/2019 - 1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | | | 1/21/2019 - 2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | | | 1/21/2019 - 1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 ICD-9-CM: 780.96 | | | 2/13/2019 - 2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 - 3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 ICD-9-CM: 112.0 | | | 2/27/2019 - 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9 ICD-9-CM: 780.60 | | | 2/28/2019 - 3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 5/25/2019 - 5/26/2019 |

### Patient as-of Visit

**Allergies** as of 3/12/2021

Allergies last reviewed by Phaon A. Dunbar, RN on 3/12/2021 1119
No Known Allergies

---

Generated on 3/25/21  5:30 PM                                Page 19

**Lincoln/Lee 0764**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 166   OF 182

BRCH INFUSION                            Lee, Katonia
17000 Medical Center Dr                  MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                     Acct #: 72011256226
                                         Enc. Date 3/12/2021

## 03/12/2021 - Infusion in Ochsner Cancer Center-Baton Rouge (continued)

### Patient as-of Visit (continued)

**Immunizations** as of 3/12/2021

| Immunization | Administered On |
|---|---|
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

### Outpatient Medications at Start of Encounter as of 3/12/2021

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet (Taking)** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Taking)** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking)** | 30 tablet | 4 | 2/1/2021 | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral Class: Fill Later Prior authorization: Waiting for Auth Details | | | | |
| **citalopram (CELEXA) 20 MG tablet (Taking)** | | | | |
| Sig - Route: Take 20 mg by mouth once daily. - Oral Class: Historical Med | | | | |
| Monica H Fefie, LPN 12/31/2019 10:46 AM | | | | |
| Erica M. Coffey, RN 2/7/2019 10:53 AM TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking)** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab (Taking)** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking)** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **zolpidem (AMBIEN) 5 MG Tab (Taking)** | 30 tablet | 1 | 1/8/2021 | 7/9/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| Dejohnna T Battley, MA 3/12/2021 11:21 AM Patient has ran out of medication, is requesting refill | | | | |
| **meloxicam (MOBIC) 7.5 MG tablet (Taking)** | 60 tablet | 2 | 2/11/2021 | 3/12/2021 |
| Sig - Route: Take 1 tablet (7.5 mg total) by mouth 2 (two) times daily with meals. as needed for pain - Oral | | | | |

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet (Taking)** | 30 tablet | 1 | 2/2/2019 | |
| Sig: Take 1 tablet (300 mg total) by mouth once daily. Route: Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Taking)** | 90 tablet | 3 | 3/15/2020 | |
| Sig: Take 1 tablet (10 mg total) by mouth once daily. Route: Oral | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking)** | 30 tablet | 4 | 2/1/2021 | |

Generated on 3/25/21 5:30 PM                                                    Page 20

**Lincoln/Lee 0765**

BRCH INFUSION
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:                Sex: F
Acct #: 72011256226
Enc. Date 3/12/2021

## 03/12/2021 - Infusion in Ochsner Cancer Center-Baton Rouge (continued)

**Medications the Patient Reported Taking (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig: Take 1 tablet by mouth once daily.<br>Class: Fill Later<br>Route: Oral<br>Prior authorization: Waiting for Auth Details | | | | |
| **citalopram (CELEXA) 20 MG tablet (Taking)**<br>Sig: Take 20 mg by mouth once daily.<br>Class: Historical Med<br>Route: Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking)**<br>Sig: Take 1 tablet by mouth once daily.<br>Class: Historical Med<br>Route: Oral | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab (Taking)**<br>Sig: Take 1 tablet (12.5 mg total) by mouth once daily.<br>Route: Oral | 90 tablet | 3 | 3/15/2020 | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking)**<br>Sig: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea).<br>Route: Oral | 60 tablet | 1 | 4/22/2019 | |
| **zolpidem (AMBIEN) 5 MG Tab (Taking)**<br>Sig: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep).<br>Route: Oral | 30 tablet | 1 | 1/8/2021 | 7/9/2021 |
| **meloxicam (MOBIC) 7.5 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (7.5 mg total) by mouth 2 (two) times daily with meals. as needed for pain<br>Route: Oral<br>Reason for Discontinue: **Alternate therapy** | 60 tablet | 2 | 2/11/2021 | 3/12/2021 |

**Ordered Facility-Administered Medications**

| | Dose | Freq | Start | End |
|---|---|---|---|---|
| **sodium chloride 0.9% flush 10 mL (Discontinued)**<br>Route: Intravenous<br>Reason for Discontinue: **Patient Discharge** | 10 mL | As needed (PRN) | 3/12/2021 | 3/12/2021 |
| **heparin, porcine (PF) 100 unit/mL injection flush 500 Units (Discontinued)**<br>Route: Intravenous<br>Reason for Discontinue: **Patient Discharge** | 500 Units | As needed (PRN) | 3/12/2021 | 3/12/2021 |

**All Meds and Administrations**

**Lincoln/Lee 0766**

BRCH INFUSION
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:                  Sex: F
Acct #: 72011256226
Enc. Date 3/12/2021

## 03/12/2021 - Infusion in Ochsner Cancer Center-Baton Rouge (continued)

**All Meds and Administrations (continued)**

### heparin, porcine (PF) 100 unit/mL injection flush 500 Units [587423727]

| | |
|---|---|
| Ordering Provider: Jeanette M. Kovtun, MD | Status: Discontinued (Past End Date/Time), Reason: Patient Discharge |
| Ordered On: 03/12/21 1119 | Starts/Ends: 03/12/21 1130 - 03/12/21 1633 |
| Dose (Remaining/Total): 500 Units (—/—) | Route: Intravenous |
| Frequency: As needed (PRN) | Rate/Duration: — / — |

| Line | Med Link Info | Comment |
|---|---|---|
| Port A Cath Single Lumen left subclavian | 03/12/21 1245 by Holly E. Roubique, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 03/12/21 1245 | Given | 500 Units | Intravenous | Performed by: Holly E. Roubique, RN<br>Comments: exp 11/2022<br>Scanned Package: 6425333335 |

### sodium chloride 0.9% flush 10 mL [587423726]

| | |
|---|---|
| Ordering Provider: Jeanette M. Kovtun, MD | Status: Discontinued (Past End Date/Time), Reason: Patient Discharge |
| Ordered On: 03/12/21 1119 | Starts/Ends: 03/12/21 1119 - 03/12/21 1633 |
| Dose (Remaining/Total): 10 mL (—/—) | Route: Intravenous |
| Frequency: As needed (PRN) | Rate/Duration: — / — |
| Admin Instructions: to maintain patency | |

| Line | Med Link Info | Comment |
|---|---|---|
| Port A Cath Single Lumen left subclavian | 03/12/21 1245 by Holly E. Roubique, RN | — |

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 03/12/21 1245 | Given | 10 mL | Intravenous | Performed by: Holly E. Roubique, RN<br>Scanned Package: 8452100026 |

**Clinic-Administered Medication Detail**

| | Dose | Frequency | Start | End | DAW |
|---|---|---|---|---|---|
| **sodium chloride 0.9% flush 10 mL (Discontinued)** | 10 mL | As needed (PRN) | 3/12/2021 | 3/12/2021 | -- |

Admin Instructions: to maintain patency
Class: Normal
Route: Intravenous
Reason for Discontinue: **Patient Discharge**
Order: 587423726
Date/Time Signed: 3/12/2021 11:19

**Clinic-Administered Medication Detail**

| | Dose | Frequency | Start | End | DAW |
|---|---|---|---|---|---|
| **heparin, porcine (PF) 100 unit/mL injection flush 500 Units (Discontinued)** | 500 Units | As needed (PRN) | 3/12/2021 | 3/12/2021 | -- |

Class: Normal
Route: Intravenous
Reason for Discontinue: **Patient Discharge**
Order: 587423727
Date/Time Signed: 3/12/2021 11:19

**Clinic-Administered Medication Detail**

**Lincoln/Lee 0767**

BRCH INFUSION
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:                    Sex: F
Acct #: 72011256226
Enc. Date 3/12/2021

## 03/12/2021 - Infusion in Ochsner Cancer Center-Baton Rouge (continued)

### Clinic-Administered Medication Detail (continued)

| | Dose | Frequency | Start | End | DAW |
|---|---|---|---|---|---|
| **sodium chloride 0.9% flush 10 mL** | 10 mL | As needed (PRN) | 3/12/2021 | | -- |

Admin Instructions: to maintain patency
Route: Intravenous
Order: 587423724
Date/Time Signed: 3/12/2021 11:18

### Clinic-Administered Medication Detail

| | Dose | Frequency | Start | End | DAW |
|---|---|---|---|---|---|
| **heparin, porcine (PF) 100 unit/mL injection flush 500 Units** | 500 Units | As needed (PRN) | 3/12/2021 | | -- |

Route: Intravenous
Order: 587423725
Date/Time Signed: 3/12/2021 11:18

## Progress Notes

### Nursing by Holly E. Roubique, RN at 3/12/2021 8:00 AM

| | | |
|---|---|---|
| Author: Holly E. Roubique, RN | Service: — | Author Type: Registered Nurse |
| Filed: 3/12/2021 2:32 PM | Encounter Date: 3/12/2021 | Status: Signed |
| Editor: Holly E. Roubique, RN (Registered Nurse) | | |

Pt here for Mediport Flush. ____L__ chestwall mediport accessed with a 20g 1" huber via sterile technique. Excellent blood return noted. Flushed with 10ml NS and 5 ml heparin solution. Needle D/C, site without redness, swelling, or drainage noted. Dressing applied. Patient tolerated well. Patient to return to clinic in____8 wks__

Electronically signed by Holly E. Roubique, RN on 3/12/2021 2:32 PM

### Follow-up Information

None

### Follow Up Call

No data filed

**Lincoln/Lee 0768**

HGVC INTERVENTIONAL PAIN MEDICINE
OCHSNER, BATON ROUGE REGION LA

Lee, Katonia
MRN: 2325810, DOB:
Acct #: 72012462422
Enc. Date 2/11/2021

Sex: F

## 02/11/2021 - Office Visit in The Grove - Medical Services

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| Lee, Katonia | 2325810 | xxx-xx-1670 | Female | (51 yrs) |

| Address | Phone | Email | | |
|---|---|---|---|---|
| | | | | |

| Reg Status | PCP | Date Last Verified | Next Review Date | |
|---|---|---|---|---|
| Verified | Sonia McField, FNP601-944-5964 | 03/12/21 | 04/11/21 | |

**Lincoln/Lee 0769**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 171   OF 182

BRCH LABORATORY DRAW STATION                    Lee, Katonia
17000 Medical Center Dr                         MRN: 2325810, DOB:               Sex: F
Baton Rouge LA 70816                            Acct #: 72012713024
                                                Enc. Date 3/12/2021

## 03/12/2021 - Lab Visit in Ochsner Medical Center - Baton Rouge (continued)

**Labs (continued)**

Instance released by: Kamajlit Thompson, LPN 3/12/2021 12:07 PM
Diagnoses
Diffuse large B-cell lymphoma of lymph nodes of neck [C83.31]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 9912012027:8 | Blood | Blood | IDW 03/12/21 1213 |

**FREE T4 [587423733]**                         Resulted: 03/12/21 1247, Result status: Final result

Order status: Completed                          Filed by: Edi, Soft Lab Interface  03/12/21 1247
Collected by: IDW 03/12/21 1213                  Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
Acknowledged by
Jeanette M. Kovtun, MD on 03/12/21 1700
Kamajlit Thompson, LPN on 03/15/21 1610

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Free T4 | 0.96 | 0.71 - 1.51 ng/dL | — | BRLB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 393 - BRLB | OCHSNER MEDICAL CENTER - BATON ROUGE | Aimee Goodier, M.D. | 17000 Medical Center Drive Baton Rouge LA 70816 | 11/22/19 0951 - Present |

**Indications**

Diffuse large B-cell lymphoma of lymph nodes of neck [C83.31 (ICD-10-CM)]

**All Reviewers List**

Kamajlit Thompson, LPN on 3/15/2021 16:10
Jeanette M. Kovtun, MD on 3/12/2021 17:00

**CBC Auto Differential [587423719] (Final result)**

Electronically signed by: **Jeanette M. Kovtun, MD on 12/08/20 1210**        Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Jeanette M. Kovtun, MD 12/08/20 1210          Authorized by: Jeanette M. Kovtun, MD
Ordering mode: Standard
Frequency: STAT  12/08/20 -                                   Class: Lab Collect
Quantity: 1                                                   Lab status: Final result
Instance released by: Taylor Pollard 3/12/2021 10:58 AM
Diagnoses
Lymphoma related to acquired immunodeficiency syndrome (AIDS) [B20, C85.90]
Diffuse large B-cell lymphoma of intra-abdominal lymph nodes [C83.33]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 9912010021:1 | Blood | Blood | HTC 03/12/21 1100 |

**CBC Auto Differential [587423719] (Abnormal)**          Resulted: 03/12/21 1126, Result status: Final result

Order status: Completed                          Filed by: Edi, Soft Lab Interface  03/12/21 1126
Collected by: HTC 03/12/21 1100                  Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
Acknowledged by
Jeanette M. Kovtun, MD on 03/12/21 1700
Kamajlit Thompson, LPN on 03/15/21 1610

**Components**

**Lincoln/Lee 0770**

04/14/2021 8:29:23 PM -0400 FAXCOM                              PAGE 172   OF 182

BRCH LABORATORY DRAW STATION            Lee, Katonia
17000 Medical Center Dr                 MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                    Acct #: 72012713024
                                        Enc. Date 3/12/2021

## 03/12/2021 - Lab Visit in Ochsner Medical Center - Baton Rouge (continued)

**Labs (continued)**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 4.63 | 3.9 - 12.7 K/uL | — | BRLB |
| RBC | 4.25 | 4.00 - 5.40 M/uL | — | BRLB |
| Hemoglobin | 12.7 | 12.0 - 16.0 g/dL | — | BRLB |
| Hematocrit | 40.0 | 37 - 48 % | — | BRLB |
| MCV | 94 | 82.0 - 98.0 fL | — | BRLB |
| MCH | 29.9 | 27.0 - 31.0 pg | — | BRLB |
| MCHC | 31.8 | 32.0 - 36.0 g/dL | L ♥ | BRLB |
| RDW | 14.4 | 11.5 - 14.5 % | — | BRLB |
| Platelets | 188 | 150 - 350 K/uL | — | BRLB |
| MPV | 11.4 | 9.2 - 12.9 fL | — | BRLB |
| Immature Granulocytes | 0.0 | 0.0 - 0.5 % | — | BRLB |
| Gran # (ANC) | 2.1 | 1.8 - 7.7 K/uL | — | BRLB |
| Immature Grans (Abs) | 0.00 | 0.00 - 0.04 K/uL | — | BRLB |

Comment:
Mild elevation in immature granulocytes is non specific and
can be seen in a variety of conditions including stress response,
acute inflammation, trauma and pregnancy. Correlation with other
laboratory and clinical findings is essential.

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Lymph # | 2.0 | 1.0 - 4.8 K/uL | — | BRLB |
| Mono # | 0.3 | 0.3 - 1.0 K/uL | — | BRLB |
| Eos # | 0.2 | 0.0 - 0.5 K/uL | — | BRLB |
| Baso # | 0.02 | 0.00 - 0.20 K/uL | — | BRLB |
| nRBC | 0 | 0 /100 WBC | — | BRLB |
| Gran % | 45.2 | 38.0 - 73.0 % | — | BRLB |
| Lymph % | 43.4 | 18 - 48 % | — | BRLB |
| Mono % | 7.1 | 4 - 15 % | — | BRLB |
| Eosinophil % | 3.9 | 0.0 - 8.0 % | — | BRLB |
| Basophil % | 0.4 | 0 - 1 % | — | BRLB |
| Differential Method | Automated | — | — | BRLB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 393 - BRLB | OCHSNER MEDICAL CENTER - BATON ROUGE | Aimee Goodier, M.D. | 17000 Medical Center Drive Baton Rouge LA 70816 | 11/22/19 0951 - Present |

**Indications**

Lymphoma related to acquired immunodeficiency syndrome (AIDS) [B20, C85.90 (ICD-10-CM)]
Diffuse large B-cell lymphoma of intra-abdominal lymph nodes [C83.33 (ICD-10-CM)]

**All Reviewers List**

Kamajlit Thompson, LPN on 3/15/2021 16:10
Jeanette M. Kovtun, MD on 3/12/2021 17:00

**Comprehensive Metabolic Panel [587423720] (Final result)**

Electronically signed by: **Jeanette M. Kovtun, MD on 12/08/20 1210**                Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Jeanette M. Kovtun, MD 12/08/20 1210            Authorized by: Jeanette M. Kovtun, MD
Ordering mode: Standard
Frequency: STAT  12/08/20 -                                    Class: Lab Collect
Quantity: 1                                                    Lab status: Final result
Instance released by: Taylor Pollard 3/12/2021 10:58 AM
Diagnoses
Lymphoma related to acquired immunodeficiency syndrome (AIDS) [B20, C85.90]

Generated on 3/25/21  5:30 PM                                                     Page 14

**Lincoln/Lee 0771**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 173   OF 182

BRCH LABORATORY DRAW STATION          Lee, Katonia
17000 Medical Center Dr                MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                   Acct #: 72012713024
                                       Enc. Date 3/12/2021

## 03/12/2021 - Lab Visit in Ochsner Medical Center - Baton Rouge (continued)

**Labs (continued)**

Diffuse large B-cell lymphoma of intra-abdominal lymph nodes [C83.33]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 9912010021:2 | Blood | Blood | HTC 03/12/21 1100 |

**Comprehensive Metabolic Panel [587423720] (Abnormal)**          Resulted: 03/12/21 1157, Result status: Final result

Order status: Completed                      Filed by: Edi, Soft Lab Interface  03/12/21 1157
Collected by: HTC 03/12/21 1100              Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
Acknowledged by
Jeanette M. Kovtun, MD on 03/12/21 1700
Kamajlit Thompson, LPN on 03/15/21 1610

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 140 | 136 - 145 mmol/L | — | BRLB |
| Potassium | 3.7 | 3.5 - 5.1 mmol/L | — | BRLB |
| Chloride | 103 | 95 - 110 mmol/L | — | BRLB |
| CO2 | 28 | 23 - 29 mmol/L | — | BRLB |
| Glucose | 125 | 70 - 110 mg/dL | H * | BRLB |
| BUN | 12 | 6 - 20 mg/dL | — | BRLB |
| Creatinine | 1.0 | 0.5 - 1.4 mg/dL | — | BRLB |
| Calcium | 9.2 | 8.7 - 10.5 mg/dL | — | BRLB |
| Total Protein | 7.5 | 6.0 - 8.4 g/dL | — | BRLB |
| Albumin | 3.9 | 3.5 - 5.2 g/dL | — | BRLB |
| Total Bilirubin | 0.3 | 0.1 - 1.0 mg/dL | — | BRLB |

Comment:
For infants and newborns, interpretation of results should be based
on gestational age, weight and in agreement with clinical
observations.

Premature Infant recommended reference ranges:
Up to 24 hours.............<8.0 mg/dL
Up to 48 hours............<12.0 mg/dL
3-5 days.................<15.0 mg/dL
6-29 days.................<15.0 mg/dL

| | | | | |
|---|---|---|---|---|
| Alkaline Phosphatase | 189 | 55 - 135 U/L | H * | BRLB |
| AST | 18 | 10 - 40 U/L | — | BRLB |
| ALT | 12 | 10 - 44 U/L | — | BRLB |
| Anion Gap | 9 | 8 - 16 mmol/L | — | BRLB |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 | — | BRLB |
| eGFR if non African American | >60 | >60 mL/min/1.73 m^2 | — | BRLB |

Comment:
Calculation used to obtain the estimated glomerular filtration
rate (eGFR) is the CKD-EPI equation.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 393 - BRLB | OCHSNER MEDICAL CENTER - BATON ROUGE | Aimee Goodier, M.D. | 17000 Medical Center Drive Baton Rouge LA 70816 | 11/22/19 0951 - Present |

**Indications**

Lymphoma related to acquired immunodeficiency syndrome (AIDS) [B20, C85.90 (ICD-10-CM)]

Generated on 3/25/21  5:30 PM                                                  Page 15

**Lincoln/Lee 0772**

04/14/2021 8:29:23 PM -0400 FAXCOM                                         PAGE 174   OF 182

BRCH LABORATORY DRAW STATION            Lee, Katonia
17000 Medical Center Dr                 MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                    Acct #: 72012713024
                                        Enc. Date 3/12/2021

## 03/12/2021 - Lab Visit in Ochsner Medical Center - Baton Rouge (continued)

### Labs (continued)

Diffuse large B-cell lymphoma of intra-abdominal lymph nodes [C83.33 (ICD-10-CM)]

#### All Reviewers List

Kamajlit Thompson, LPN on 3/15/2021 16:10
Jeanette M. Kovtun, MD on 3/12/2021 17:00

### Lactate Dehydrogenase [587423721] (Final result)

Electronically signed by: **Jeanette M. Kovtun, MD on 12/08/20 1210**                    Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Jeanette M. Kovtun, MD 12/08/20 1210            Authorized by: Jeanette M. Kovtun, MD
Ordering mode: Standard
Frequency: STAT  12/08/20 -                                    Class: Lab Collect
Quantity: 1                                                    Lab status: Final result
Instance released by: Taylor Pollard 3/12/2021 10:58 AM
Diagnoses
Lymphoma related to acquired immunodeficiency syndrome (AIDS) [B20, C85.90]
Diffuse large B-cell lymphoma of intra-abdominal lymph nodes [C83.33]

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| 9912010021:3 | Blood | Blood | HTC 03/12/21 1100 |

Lactate Dehydrogenase [587423721] (Abnormal)                  Resulted: 03/12/21 1156, Result status: Final result

Order status: Completed                              Filed by: Edi, Soft Lab Interface  03/12/21 1156
Collected by: HTC 03/12/21 1100                      Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
Acknowledged by
Jeanette M. Kovtun, MD on 03/12/21 1700
Kamajlit Thompson, LPN on 03/15/21 1610

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| LD | 313 | 110 - 260 U/L | H ^ | BRLB |

Comment: Results are increased in hemolyzed samples.

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **393 - BRLB** | OCHSNER MEDICAL CENTER - BATON ROUGE | Aimee Goodier, M.D. | 17000 Medical Center Drive Baton Rouge LA 70816 | 11/22/19 0951 - Present |

#### Indications

Lymphoma related to acquired immunodeficiency syndrome (AIDS) [B20, C85.90 (ICD-10-CM)]
Diffuse large B-cell lymphoma of intra-abdominal lymph nodes [C83.33 (ICD-10-CM)]

#### All Reviewers List

Kamajlit Thompson, LPN on 3/15/2021 16:10
Jeanette M. Kovtun, MD on 3/12/2021 17:00

### Follow-up Information

None

### Follow Up Call

No data filed

Generated on 3/25/21  5:30 PM                                                          Page 16

**Lincoln/Lee 0773**

BRCH LABORATORY DRAW STATION          Lee, Katonia
17000 Medical Center Dr               MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                  Acct #: 72012713024
                                      Enc. Date 3/12/2021

**03/12/2021 - Lab Visit in Ochsner Medical Center - Baton Rouge (continued)**

**Follow Up Call (continued)**

**Lincoln/Lee 0774**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 176   OF 182

BRCH INFUSION                              Lee, Katonia
17000 Medical Center Dr                    MRN: 2325810, DOB:           Sex: F
Baton Rouge LA 70816                       Acct #: 72011256226
                                           Enc. Date 3/12/2021

## 03/12/2021 - Infusion in Ochsner Cancer Center-Baton Rouge

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|------|-----------|-----|-----------------|-----------|
| Lee, Katonia | 2325810 | | Female | (51 yrs) |

| Address | Phone | Email | | |
|---------|-------|-------|---|---|
| | | | | |

| Reg Status | PCP | Date Last Verified | Next Review Date | |
|-----------|-----|-------------------|------------------|---|
| Verified | Sonia McField, FNP601-944-5964 | 03/12/21 | 04/11/21 | |

PAGE 176/182 * RCVD AT 4/14/2021 8:29:22 PM [Eastern Daylight Time] * SVR:VA1PWFAX201/0 * DNIS:6035591994 * CSID: * ANI: * DURATION (mm-ss):181-01

**Lincoln/Lee 0775**

BRCC HEMATOLOGY ONCOLOGY                    Lee, Katonia
OCHSNER, BATON ROUGE REGION LA             MRN: 2325810, DOB:            Sex: F
                                           Acct #: 72012712991
                                           Enc. Date 3/12/2021

## Progress Notes (continued)

**Progress Notes by Jeanette M. Kovtun, MD at 3/12/2021 11:20 AM (continued)**

**Pathology:**

## Assessment/Plan:

**Diffuse large B-cell lymphoma of lymph nodes of neck**
- TSH; Future; Expected date: 03/12/2021
- FREE T4; Future; Expected date: 03/12/2021
- Lactate Dehydrogenase; Future; Expected date: 04/12/2021

**Depressed mood**
- Ambulatory referral/consult to Oncology Social Work; Future; Expected date: 03/19/2021

**Back pain, unspecified back location, unspecified back pain laterality, unspecified chronicity**
- Ambulatory referral/consult to Internal Medicine; Future; Expected date: 03/19/2021

**Lymphoma, unspecified body region, unspecified lymphoma type**

**Elevated LDH**

1. **Diffuse large B-cell lymphoma of lymph nodes of neck**
2. Depressed mood
3. Back pain, unspecified back location, unspecified back pain laterality, unspecified chronicity
4. Lymphoma, unspecified body region, unspecified lymphoma type
5. Elevated LDH

## Plan:

**# DLBCL, HIV associated**: Status post chemotherapy R-CHOP and intrathecal completed 09/20/2019.  Reviewed CT imaging surveillance showing parotid abnormality status post biopsy reviewed with her today without evidence of lymphoma and infectious studies negative, recommend follow-up with Infectious Disease.  She does have mild increase in LDH which can be seen in hemolyzed sample.  Recommend short interval repeat LDH in 1 month. Ordered follow-up on repeat imaging will get surveillance imaging in 3 months.

**# HIV**: Follow-up with Infectious Disease

**# depressed mood:** Anniversary of disease mother birthday and family member with COVID in-hospital.  We discussed extensively her concerns regarding health of family member.  Offered information on COVID vaccine for her another family.  Referral to social work placed.

**# diffuse/lower back pain:** Chronic lower back pain.  Recommend follow-up with pain management and primary care, referral placed.

**Follow-Up:**
**Patient Instructions**
Please add thyroid labs to today's labs
Internal medicine referral
Social work referral

Generated on 3/25/21  5:30 PM                                                    Page 7

**Lincoln/Lee 0776**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 178   OF 182

BRCC HEMATOLOGY ONCOLOGY                        Lee, Katonia
OCHSNER, BATON ROUGE REGION LA                  MRN: 2325810, DOB:          Sex: F
                                                Acct #: 72012712991
                                                Enc. Date 3/12/2021

## Progress Notes (continued)

**Progress Notes by Jeanette M. Kovtun, MD at 3/12/2021 11:20 AM (continued)**

Recommended patient follow-up with ID and Pain management and consider physical therapy for back pain
RV in 6 months with labs same day prior
Repeat LDH in 1 month

Electronically signed by Jeanette M. Kovtun, MD on 3/12/2021  5:13 PM

---

**Follow-up and Disposition History**

03/12/2021 1201 - Jeanette M. Kovtun, MD
   Dispositions:              • Follow up in about 6 months (around 9/12/2021).

**Follow-up Information**

   None

**Follow Up Call**

   No data filed

---

Generated on 3/25/21  5:30 PM                                           Page 8

**Lincoln/Lee 0777**

BRCH LABORATORY DRAW STATION            Lee, Katonia
17000 Medical Center Dr                 MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                    Acct #: 72012713024
                                        Enc. Date 3/12/2021

### 03/12/2021 - Lab Visit in Ochsner Medical Center - Baton Rouge

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|------|-----------|-----|-----------------|-----------|
| Lee, Katonia | 2325810 | | Female | (51 yrs) |

| Address | Phone | Email | | |
|---------|-------|-------|--|--|
| | | | | |

| Reg Status | PCP | Date Last Verified | Next Review Date | |
|-----------|-----|--------------------|-------------------|--|
| Verified | Sonia McField, FNP601-944-5964 | 03/12/21 | 04/11/21 | |

Generated on 3/25/21  5:30 PM                                        Page 9

**Lincoln/Lee 0778**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 180    OF 182

BRCH LABORATORY DRAW STATION          Lee, Katonia
17000 Medical Center Dr               MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                  Acct #: 72012713024
                                      Enc. Date 3/12/2021

## 03/12/2021 - Lab Visit in Ochsner Medical Center - Baton Rouge (continued)

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | |
| **Diffuse large B-cell lymphoma of intra-abdominal lymph nodes** | ICD-10-CM: C83.33 ICD-9-CM: 202.83 | |
| **Diffuse large B-cell lymphoma of lymph nodes of neck** | ICD-10-CM: C83.31 ICD-9-CM: 202.81 | |

**Problem List** as of 3/12/2021                                    Date Reviewed: **3/12/2021**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 2/12/2018 - Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | | | 1/21/2019 - Present |
| **Elevated LFTs** | ICD-10-CM: R79.89 ICD-9-CM: 790.6 | | | 1/21/2019 - Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10 ICD-9-CM: 202.80 | | | 1/22/2019 - Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20 ICD-9-CM: 042 | | | 1/24/2019 - Present |
| **Lymphoma** | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | | | 2/11/2019 - Present |
| **Anemia** | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 2/26/2019 - Present |
| **Other chest pain** | ICD-10-CM: R07.89 ICD-9-CM: 786.59 | | | 2/26/2019 - Present |
| **Biliary obstruction** | ICD-10-CM: K83.1 ICD-9-CM: 576.2 | | | 4/30/2019 - Present |
| **Multiple lung nodules on CT** | ICD-10-CM: R91.8 ICD-9-CM: 793.19 | | | 7/25/2019 - Present |
| **HIV disease** | ICD-10-CM: B20 ICD-9-CM: 042 | | | Unknown - Present |
| **Rash** | ICD-10-CM: R21 ICD-9-CM: 782.1 | | | 8/20/2019 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | | | 1/21/2019 - 1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | | | 1/21/2019 - 2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | | | 1/21/2019 - 1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 ICD-9-CM: 780.96 | | | 2/13/2019 - 2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 - 3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 ICD-9-CM: 112.0 | | | 2/27/2019 - 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9 ICD-9-CM: 780.60 | | | 2/28/2019 - 3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 5/25/2019 - 5/26/2019 |

**Patient as-of Visit**

**Allergies** as of 3/12/2021
Allergies last reviewed by Phaon A. Dunbar, RN on 3/12/2021 1119
No Known Allergies

Generated on 3/25/21  5:30 PM                                        Page 10

**Lincoln/Lee 0779**

04/14/2021 8:29:23 PM -0400 FAXCOM                                    PAGE 181   OF 182

BRCH LABORATORY DRAW STATION                Lee, Katonia
17000 Medical Center Dr                     MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                        Acct #: 72012713024
                                            Enc. Date 3/12/2021

## 03/12/2021 - Lab Visit in Ochsner Medical Center - Baton Rouge (continued)

### Patient as-of Visit (continued)

**Immunizations** as of 3/12/2021

| Immunization | Administered On |
|---|---|
| Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Outpatient Medications at Start of Encounter as of 3/12/2021**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |

> Monica H Fefie, LPN 12/31/2019 10:46 AM

> Erica M. Coffey, RN 2/7/2019 10:49 AM
> TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amLODIPine (NORVASC) 10 MG tablet** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 30 tablet | 4 | 2/1/2021 | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Fill Later | | | | |
| Prior authorization. Waiting for Auth Details | | | | |
| **citalopram (CELEXA) 20 MG tablet** | | | | |
| Sig - Route: Take 20 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |

> Monica H Fefie, LPN 12/31/2019 10:46 AM

> Erica M. Coffey, RN 2/7/2019 10:53 AM
> TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 3/15/2020 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 1 | 1/8/2021 | 7/9/2021 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |

> Dejohnna T Battley, MA 3/12/2021 11:21 AM
> Patient has ran out of medication, is requesting refill

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **meloxicam (MOBIC) 7.5 MG tablet** | 60 tablet | 2 | 2/11/2021 | 3/12/2021 |
| Sig - Route: Take 1 tablet (7.5 mg total) by mouth 2 (two) times daily with meals. as needed for pain - Oral | | | | |

**Clinic-Administered Medication Detail**

| | Dose | Frequency | Start | End | DAW |
|---|---|---|---|---|---|
| **heparin, porcine (PF) 100 unit/mL injection flush 500 Units (Discontinued)** | 500 Units | As needed (PRN) | 3/12/2021 | | -- |
| Route: Intravenous | | | | | |
| Order: 587423723 | | | | | |
| Date/Time Signed: 3/12/2021 11:17 | | | | | |

Generated on 3/25/21  5:30 PM                                          Page 11

**Lincoln/Lee 0780**

04/14/2021 8:29:23 PM -0400 FAXCOM                                          PAGE 182   OF 182

BRCH LABORATORY DRAW STATION                    Lee, Katonia
17000 Medical Center Dr                         MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                            Acct #: 72012713024
                                                Enc. Date 3/12/2021

## 03/12/2021 - Lab Visit in Ochsner Medical Center - Baton Rouge (continued)

**Clinic-Administered Medication Detail**

| | Dose | Frequency | Start | End | DAW |
|---|---|---|---|---|---|
| **sodium chloride 0.9% flush 10 mL (Discontinued)** | 10 mL | As needed (PRN) | 3/12/2021 | | -- |

Admin Instructions: to maintain patency
Route: Intravenous
Order: 587423722
Date/Time Signed: 3/12/2021 11:17

**Labs**

### TSH [587423732] (Final result)

Electronically signed by: **Jeanette M. Kovtun, MD on 03/12/21 1200**                                  Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Jeanette M. Kovtun, MD 03/12/21 1200          Authorized by: Jeanette M. Kovtun, MD
Ordering mode: Standard
Frequency: Routine  03/12/21 -                               Class: Lab Collect
Quantity: 1                                                  Lab status: Final result
Instance released by: Kamajlit Thompson, LPN 3/12/2021 12:07 PM
Diagnoses
Diffuse large B-cell lymphoma of lymph nodes of neck [C83.31]

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 9912012027:7 | Blood | Blood | IDW 03/12/21 1213 |

**TSH [587423732]**                                  Resulted: 03/12/21 1246, Result status: Final result

Order status: Completed                          Filed by: Edi, Soft Lab Interface  03/12/21 1246
Collected by: IDW 03/12/21 1213                  Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
Acknowledged by
Jeanette M. Kovtun, MD on 03/12/21 1700
Kamajlit Thompson, LPN on 03/15/21 1610

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TSH | 1.554 | 0.40 - 4.00 uIU/mL | — | BRLB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 393 - BRLB | OCHSNER MEDICAL CENTER - BATON ROUGE | Aimee Goodier, M.D. | 17000 Medical Center Drive Baton Rouge LA 70816 | 11/22/19 0951 - Present |

**Indications**

Diffuse large B-cell lymphoma of lymph nodes of neck [C83.31 (ICD-10-CM)]

**All Reviewers List**

Kamajlit Thompson, LPN on 3/15/2021 16:10
Jeanette M. Kovtun, MD on 3/12/2021 17:00

### FREE T4 [587423733] (Final result)

Electronically signed by: **Jeanette M. Kovtun, MD on 03/12/21 1200**                                  Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Jeanette M. Kovtun, MD 03/12/21 1200          Authorized by: Jeanette M. Kovtun, MD
Ordering mode: Standard
Frequency: STAT  03/12/21 -                                  Class: Lab Collect
Quantity: 1                                                  Lab status: Final result

Generated on 3/25/21  5:30 PM                                                          Page 12

**Lincoln/Lee 0781**

Ochsner Fax Server    4/13/2021 10:32:29 AM  PAGE  1/019  Fax Server



# FAX

**To: 6035591994**

Company:
Fax: 6035591994
Phone:

**From: 2024033**

Fax:
Phone:
E-mail:  charlene.henderson@ochsner.org

**NOTES:**

**Date and time of transmission:** Tuesday, April 13, 2021 10:32:12 AM
**Number of pages including this cover sheet:** 19

PAGE 1/19 * RCVD AT 4/13/2021 11:32:28 AM [Eastern Daylight Time] * SVR:VA1PWFAX401/3 * DNIS:6035591994 * CSID:Ochsner Fax Server * ANI:15047546301 * DURATION (mm-ss):07

**Lincoln/Lee 0782**

Lee, Katonia (MR # 2325810) DOB:

# Lee, Katonia

MRN: 2325810

**Office Visit** 8/10/2020
O'Neal - Infectious Disease

Provider: John O. Nnadi, MD (Infectious Diseases)
Primary diagnosis: Lymphoma related to acquired immunodeficiency syndrome (AIDS)
Reason for Visit: Follow-up

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 156/97 ! (Abnormal) Pulse 99 Temp 98.2 °F (36.8 °C) Wt 81.6 kg (179 lb 14.3 oz) BMI 32.90 kg/m² BSA 1.89 m² |
| Flowsheets: | Anthropometrics |
| SmartForms: | OHS AMB - FALL RISK |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Instructions

📅 Follow up in about 4 months (around 12/10/2020).

After Visit Summary (Printed 8/10/2020)

## Progress Notes

John O. Nnadi, MD (Physician) • Infectious Diseases - Encounter Date: 8/10/2020 • Creation Time: 8/10/2020
11:17 AM • Signed

### HIV Follow-up Visit
Katonia Lee is here for follow-up of HIV infection. She is feeling better since her last visit.
She is on Biktarvy but has not had recent labs this year .
Latest HIV labs-

| Component Latest Ref Rng & Units | 12/31/2019 | 7/22/2019 |
|---|---|---|
| | | 10:25 AM |
| HIV 1 RNA Ultra <40 Copies/mL | <40 | <40 |

| Component Latest Ref Rng & Units | 12/31/2019 | 7/22/2019 |
|---|---|---|
| Absolute CD4 300 - 1400 cells/ul | 257.0 (L) | 119 (L) |

Patient is compliant with HIV medications.
Patient does not have side effects with the HIV medications.none

The following portions of the patient's history were reviewed and updated as appropriate:
allergies, current medications, past family history, past medical history, past social history, past
surgical history and problem list.

Printed by Charlene Henderson, MA at 4/5/21 12:35 PM

Page 1 of 5

**Lincoln/Lee 0783**

Lee, Katonia (MR # 2325810) DOB:

Review of Systems
Constitutional: Negative.  Negative for chills, diaphoresis, fever, malaise/fatigue and weight loss.
HENT: Negative for hearing loss.
Eyes: Negative for blurred vision, double vision and photophobia.
Respiratory: Negative for cough and hemoptysis.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Negative for heartburn, nausea and vomiting.
Genitourinary: Negative for dysuria and urgency.
Skin: Negative for itching and rash.
Neurological: Negative for dizziness and tingling.
Endo/Heme/Allergies: Negative for environmental allergies. Does not bruise/bleed easily.
Psychiatric/Behavioral: Negative.  Negative for depression and suicidal ideas.

Physical Exam
Constitutional: She is oriented to person, place, and time. Vital signs are normal. She appears well-developed.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Pupils are equal, round, and reactive to light. Conjunctivae and EOM are normal.
Neck: Normal range of motion. Neck supple. No thyroid mass and no thyromegaly present.
Cardiovascular: Normal rate, normal heart sounds and intact distal pulses.
Pulmonary/Chest: Effort normal and breath sounds normal. No accessory muscle usage. No respiratory distress.
Abdominal: Soft. Bowel sounds are normal. She exhibits no mass. There is no abdominal tenderness.
Musculoskeletal: Normal range of motion.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is intact. No rash noted.
Psychiatric: She has a normal mood and affect.
Nursing note and vitals reviewed.

**Immunization History**

| Administered | Date(s) Administered |
|---|---|
| • Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

**Assessment:**
1.  Lymphoma related to acquired immunodeficiency syndrome (AIDS)
2.  AIDS (acquired immune deficiency syndrome)
3.  Essential hypertension

**Plan:**
**Problem List Items Addressed This Visit**

Printed by Charlene Henderson, MA at 4/5/21 12:35 PM

**Lincoln/Lee 0784**

Lee, Katonia (MR # 2325810) DOB:

**Essential hypertension**
Will continue Norvasc

**Lymphoma related to acquired immunodeficiency syndrome (AIDS)**
Will continue oncology follow up

**AIDS (acquired immune deficiency syndrome)**
Will continue Biktarvy , will follow repeat HIV labs today .
Encouraged to be compliant with therapy .

The patient has been counseled regarding the importance of compliance with every dose of HIV medications. Possible side effects have been reviewed and the patient's questions have been answered.

Not recorded

## All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|------|-------------|--------------|------------------|-----------|-----|
| 99214 | PR OFFICE/OUTPT VISIT,EST,LEVL IV | 8/10/2020 | John O. Nnadi, MD | S$GLB | 1 |
| 999999213 | PR PBB SHADOW E&M-EST. PATIENT-LVL III | 8/10/2020 | John O. Nnadi, MD | PBBFAC | 1 |
| 3080F | PR MOST RECENT DIASTOLIC BLOOD PRESSURE >= 90 MM HG | 8/10/2020 | John O. Nnadi, MD | S$GLB, CPTII | 1 |
| 3077F | PR MOST RECENT SYSTOLIC BLOOD PRESSURE >= 140 MM HG | 8/10/2020 | John O. Nnadi, MD | S$GLB, CPTII | 1 |
| 3008F | PR BODY MASS INDEX (BMI) DOCUMENTED | 8/10/2020 | John O. Nnadi, MD | S$GLB, CPTII | 1 |

## Level of Service

Level of Service

**PR OFFICE/OUTPT VISIT,EST,LEVL IV [99214]**

## BestPractice Advisories

Click to view BestPractice Advisory history

## AVS Reports

| Date/Time | Report | Action | User |
|-----------|--------|--------|------|
| 8/10/2020 11:28 AM | After Visit Summary | Printed | Charlene Henderson, MA |
| 8/10/2020 11:24 AM | After Visit Summary | Automatically Generated | John O. Nnadi, MD |

## 🗋 Encounter-Level Documents - 08/10/2020:

After Visit Summary - Document on 8/10/2020 11:28 AM by Charlene Henderson, MA: After Visit Summary

After Visit Summary - Document on 8/10/2020 11:24 AM by John O. Nnadi, MD: After Visit Summary

**Lincoln/Lee 0785**

Lee, Katonia (MR # 2325810) DOB:

## ✧ Visit Diagnoses and Associated Orders

Lymphoma related to acquired immunodeficiency syndrome (AIDS)
ICD-10-CM: B20, C85.90
ICD-9-CM: 042, 202.80

AIDS (acquired immune deficiency syndrome)
ICD-10-CM: B20
ICD-9-CM: 042

Essential hypertension
ICD-10-CM: I10
ICD-9-CM: 401.9

## ⊘ Problem List

as of 8/10/2020

| | Noted - Resolved |
|---|---|
| Derm | |
| Rash | 8/20/2019 - Present |
| Pulmonary | |
| Multiple lung nodules on CT | 7/25/2019 - Present |
| Cardiac/Vascular | |
| Essential hypertension | 2/12/2018 - Present |
| Current Assessment & Plan 8/10/2020 Office Visit Written 8/10/2020 11:22 AM by John O. Nnadi, MD Will continue Norvasc Older notes not displayed | |
| ID | |
| Lymphoma related to acquired immunodeficiency syndrome (AIDS) | 1/21/2019 - Present |
| Current Assessment & Plan 8/10/2020 Office Visit Written 8/10/2020 11:20 AM by John O. Nnadi, MD Will continue oncology follow up Older notes not displayed | |
| AIDS (acquired immune deficiency syndrome) | 1/24/2019 - Present |
| Current Assessment & Plan 8/10/2020 Office Visit Written 8/10/2020 11:21 AM by John O. Nnadi, MD Will continue Biktarvy , will follow repeat HIV labs today . Encouraged to be compliant with therapy . Older notes not displayed | |
| HIV disease | Unknown - Present |
| Oncology | |
| B-cell lymphoma | 1/22/2019 - Present |
| Older notes not displayed | |
| Lymphoma | 2/11/2019 - Present |
| Older notes not displayed | |
| Anemia | 2/26/2019 - Present |
| Older notes not displayed | |

Printed by Charlene Henderson, MA at 4/5/21 12:35 PM

Lincoln/Lee 0786

Lee, Katonia (MR # 2325810) DOB:

|  | Noted - Resolved |
|---|---|
| GI | |
| Elevated LFTs | 1/21/2019 - Present |
| Older notes not displayed | |
| Biliary obstruction | 4/30/2019 - Present |
| Other | |
| Other chest pain | 2/26/2019 - Present |
| Older notes not displayed | |

## Orders Placed

None

## Medication Changes
As of 8/10/2020 11:05 AM

None

## Fall Risk

Patient Mobility Status: Ambulatory
Number of falls in the past 12 months?: 0
Fall Risk?: No

## Visit Diagnoses

Lymphoma related to acquired immunodeficiency syndrome (AIDS) B20, C85.90
AIDS (acquired immune deficiency syndrome) B20
Essential hypertension I10

Printed by Charlene Henderson, MA at 4/5/21 12:35 PM                    Page 5 of 5

Lincoln/Lee 0787

Lee, Katonia (MR # 2325810) DOB:

# Lee, Katonia

MRN: 2325810

**Office Visit** 4/5/2021
O'Neal - Infectious Disease

Provider: John O. Nnadi, MD (Infectious Diseases)
Primary diagnosis: Lymphoma, unspecified body region, unspecified lymphoma type
Reason for Visit: HIV Positive/AIDS; Referred by Aaareferral Self

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 163/107 ❗ (Abnormal) Pulse 112 ❗ (Abnormal) Temp 98.4 °F (36.9 °C) Wt 84.4 kg (186 lb 1.1 oz) BMI 35.16 kg/m$^2$ BSA 1.91 m$^2$ |
| Flowsheets: | Anthropometrics |
| SmartForms: | OHS AMB - FALL RISK |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Instructions

📅 Follow up in about 4 months (around 8/5/2021).

After Visit Summary (Printed 4/5/2021)

## Progress Notes

John O. Nnadi, MD (Physician) • Infectious Diseases • Encounter Date: 4/5/2021 • Creation Time: 4/5/2021 12:11 PM • Signed

### HIV Follow-up Visit
Katonia Lee is here for follow-up of HIV infection. She is feeling better since her last visit. She is dealing with lots of family problems and her Aunty will be terminally extubated today.

Patient is compliant with HIV medications.She is on Biktarvy.
Patient does not have side effects with the HIV medications.none

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

Review of Systems
Constitutional: Negative for chills, diaphoresis, fever, malaise/fatigue and weight loss.
Eyes: Negative for blurred vision, double vision, photophobia and pain.

### Physical Exam
Vitals and nursing note reviewed.
HENT:
  Head: Normocephalic.
  Right Ear: Tympanic membrane normal.
  Nose: Nose normal.
  Mouth/Throat:
  Mouth: Mucous membranes are moist.
Cardiovascular:

Printed by Charlene Henderson, MA at 4/5/21 12:36 PM

Page 1 of 5

**Lincoln/Lee 0788**

Lee, Katonia (MR # 2325810) DOB:

Rate and Rhythm: Normal rate.
Musculoskeletal:
  Cervical back: Normal range of motion.
Skin:
  General: Skin is warm.
Neurological:
  General: No focal deficit present.
  Mental Status: She is alert.

## Immunization History

| Administered | Date(s) Administered |
|---|---|
| • Pneumococcal Conjugate - 13 Valent | 03/01/2019 |

## Assessment:

1. Lymphoma, unspecified body region, unspecified lymphoma type
2. AIDS (acquired immune deficiency syndrome)          zolpidem (AMBIEN) 5 MG Tab
3. Essential hypertension
4. Lymphoma related to acquired immunodeficiency syndrome (AIDS)          zolpidem (AMBIEN) 5 MG Tab
5. Diffuse large B-cell lymphoma of intra-abdominal lymph nodes          zolpidem (AMBIEN) 5 MG Tab
6. Diffuse large B-cell lymphoma, unspecified body region          zolpidem (AMBIEN) 5 MG Tab

## Plan:
## Problem List Items Addressed This Visit

**Essential hypertension**
  Follow PCP,needs optimal control

**Lymphoma related to acquired immunodeficiency syndrome (AIDS)**
  Relevant Medications
    zolpidem (AMBIEN) 5 MG Tab

**B-cell lymphoma**
  Relevant Medications
    zolpidem (AMBIEN) 5 MG Tab

**AIDS (acquired immune deficiency syndrome)**
  Will need to do blood work today, will continue Biktarvy

  Relevant Medications
    zolpidem (AMBIEN) 5 MG Tab

**Lymphoma**
  Oncology follow up

  Relevant Medications

Printed by Charlene Henderson, MA at 4/5/21 12:36 PM                    Page 2 of 5

**Lincoln/Lee 0789**

Lee, Katonia (MR # 2325810) DOB:

zolpidem (AMBIEN) 5 MG Tab

The patient has been counseled regarding the importance of compliance with every dose of HIV medications. Possible side effects have been reviewed and the patient's questions have been answered.

Not recorded

## All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|------|-------------|--------------|------------------|-----------|-----|
| 99214 | PR OFFICE/OUTPT VISIT,EST,LEVL IV | 4/5/2021 | John O. Nnadi, MD | | 1 |
| 999999213 | PR PBB SHADOW E&M-EST. PATIENT-LVL III | 4/5/2021 | John O. Nnadi, MD | PBBFAC | 1 |
| 3080F | PR MOST RECENT DIASTOLIC BLOOD PRESSURE >= 90 MM HG | 4/5/2021 | John O. Nnadi, MD | | 1 |
| 3077F | PR MOST RECENT SYSTOLIC BLOOD PRESSURE >= 140 MM HG | 4/5/2021 | John O. Nnadi, MD | | 1 |
| 3008F | PR BODY MASS INDEX (BMI) DOCUMENTED | 4/5/2021 | John O. Nnadi, MD | | 1 |

## Level of Service

Level of Service

**PR OFFICE/OUTPT VISIT, EST, LEVL IV, 30-39 MIN [99214]**

## BestPractice Advisories

Click to view BestPractice Advisory history

## AVS Reports

| Date/Time | Report | Action | User |
|-----------|--------|--------|------|
| 4/5/2021 12:20 PM | After Visit Summary | Printed | Charlene Henderson, MA |
| 4/5/2021 12:18 PM | After Visit Summary | Automatically Generated | John O. Nnadi, MD |

## 🗎 Encounter-Level Documents - 04/05/2021:

After Visit Summary - Document on 4/5/2021 12:20 PM by Charlene Henderson, MA: After Visit Summary

After Visit Summary - Document on 4/5/2021 12:18 PM by John O. Nnadi, MD: After Visit Summary

## ✎ Visit Diagnoses and Associated Orders

Lymphoma, unspecified body region, unspecified lymphoma type
ICD-10-CM: C85.90
ICD-9-CM: 202.80

AIDS (acquired immune deficiency syndrome)

Printed by Charlene Henderson, MA at 4/5/21 12:36 PM                    Page 3 of 5

**Lincoln/Lee 0790**

Lee, Katonia (MRN 2325810)

## Result Image Hyperlink
(Link Unavailable) Show images for CBC auto differential

# Results

(!) CBC auto differential (Acc# 9210011713:3) (Order 525505276)

## Reviewed By
John O. Nnadi, MD on 8/19/2020 09:51

## MyChart Results Release
MyChart Status: Active    ⚡ Results Release

### (!) CBC auto differential
Order: 525505276

Status: Final result   Visible to patient: Yes (Patient Portal) Next appt: 04/12/2021 at 08:40 AM in Lab (BATON ROUGE CC LAB) Dx: AIDS (acquired immune deficiency synd...

(i) **Newer results are available.**

| | Ref Range & Units | 7 mo ago | 8 mo ago |
|---|---|---|---|
| WBC | 3.9 - 12.7 K/uL | 4.32 | 3.76 ⌄ |
| RBC | 4.00 - 5.40 M/uL | 4.56 | 4.23 |
| Hemoglobin | 12.0 - 16.0 g/dL | 13.6 | 12.8 |
| Hematocrit | 37.0 - 48.5 % | 44.0 | 40.7 |
| MCV | 82.0 - 98.0 fL | 97 | 96 |
| MCH | 27.0 - 31.0 pg | 29.8 | 30.3 |
| MCHC | 32.0 - 36.0 g/dL | 30.9 ⌄ | 31.4 ⌄ |
| RDW | 11.5 - 14.5 % | 13.7 | 13.6 |
| Platelets | 150 - 350 K/uL | 130 ⌄ | 160 |
| MPV | 9.2 - 12.9 fL | 13.4 ⌃ | 11.2 |
| Immature Granulocytes | 0.0 - 0.5 % | 0.2 | 0.3 |
| Gran # (ANC) | 1.8 - 7.7 K/uL | 2.3 | 1.4 ⌄ |
| Immature Grans (Abs) | 0.00 - 0.04 K/uL | 0.01 | 0.01 CM |

Comment: Mild elevation in immature granulocytes is non specific and can be seen in a variety of conditions including stress response, acute inflammation, trauma and pregnancy. Correlation with other laboratory and clinical findings is essential.

| | Ref Range & Units | 7 mo ago | 8 mo ago |
|---|---|---|---|
| Lymph # | 1.0 - 4.8 K/uL | 1.6 | 1.9 |
| Mono # | 0.3 - 1.0 K/uL | 0.4 | 0.4 |
| Eos # | 0.0 - 0.5 K/uL | 0.1 | 0.1 |
| Baso # | 0.00 - 0.20 K/uL | 0.02 | 0.01 |
| nRBC | 0 /100 WBC | 0 | 0 |
| Gran % | 38.0 - 73.0 % | 52.5 | 37.2 ⌄ |
| Lymph % | 18.0 - 48.0 % | 36.8 | 50.0 ⌃ |
| Mono % | 4.0 - 15.0 % | 8.1 | 9.3 |
| Eosinophil % | 0.0 - 8.0 % | 1.9 | 2.9 |
| Basophil % | 0.0 - 1.9 % | 0.5 | 0.3 |
| Differential Method | | Automated | Automated |

Lincoln/Lee 0791

Lee, Katonia (MRN 2325810)

## Result Image Hyperlink

(Link Unavailable) Show images for Comprehensive metabolic panel

# Results

ⓘ Comprehensive metabolic panel (Acc# 9210011713:4) (Order 525505277)

## Reviewed By
John O. Nnadi, MD on 8/19/2020 09:51

## MyChart Results Release
MyChart Status: Active    ⚲ Results Release

### ⓘ Comprehensive metabolic panel

Order: 525505277

Status: Final result   Visible to patient: Yes (Patient Portal) Next appt: 04/12/2021 at 08:40 AM in Lab (BATON ROUGE CC LAB) Dx: AIDS (acquired immune deficiency synd...

ⓘ Newer results are available.

|  | Ref Range & Units | 7 mo ago | 8 mo ago |
|---|---|---|---|
| Sodium | 136 - 145 mmol/L | 140 | 142 |
| Potassium | 3.5 - 5.1 mmol/L | 3.9 | 3.9 |
| Chloride | 95 - 110 mmol/L | 101 | 105 |
| CO2 | 23 - 29 mmol/L | 27 | 30 ⌃ |
| Glucose | 70 - 110 mg/dL | 99 | 109 |
| BUN | 6 - 20 mg/dL | 10 | 15 |
| Creatinine | 0.5 - 1.4 mg/dL | 0.9 | 1.1 |
| Calcium | 8.7 - 10.5 mg/dL | 10.2 | 9.6 |
| Total Protein | 6.0 - 8.4 g/dL | 7.9 | 7.4 |
| Albumin | 3.5 - 5.2 g/dL | 4.2 | 3.8 |
| Total Bilirubin | 0.1 - 1.0 mg/dL | 0.4 | 0.4 CM |

Comment: For infants and newborns, interpretation of results should be based on gestational age, weight and in agreement with clinical observations.
Premature Infant recommended reference ranges:
Up to 24 hours.............<8.0 mg/dL
Up to 48 hours...........<12.0 mg/dL
3-5 days.................<15.0 mg/dL
6-29 days...............<15.0 mg/dL

| Alkaline Phosphatase | 55 - 135 U/L | 197 ⌃ | 181 ⌃ |
|---|---|---|---|
| AST | 10 - 40 U/L | 19 | 17 |
| ALT | 10 - 44 U/L | 10 | 8 ⌄ |
| Anion Gap | 8 - 16 mmol/L | 12 | 7 ⌄ |
| eGFR if African American | >60 mL/min/1.73 m^2 | >60.0 | >60 |
| eGFR if non African American | >60 mL/min/1.73 m^2 | >60.0 | 59 ! CM |

Comment: Calculation used to obtain the estimated glomerular filtration rate (eGFR) is the CKD-EPI equation.

Lee, Katonia (MRN 2325810) Printed by Charlene Henderson, MA [290773] at 4/5/21 12...   Page 1 of 2

Lincoln/Lee 0792

Lee, Katonia (MRN 2325810)

## Result Image Hyperlink

(Link Unavailable) Show images for HIV RNA, quantitative, PCR

# Results

HIV RNA, quantitative, PCR (Acc# 9210011712:2) (Order 525505275)

## Reviewed By

John O. Nnadi, MD on 8/19/2020 09:51

## MyChart Results Release

MyChart Status: Active    ⚡ Results Release

## HIV RNA, quantitative, PCR

Status: Final result   Visible to patient: Yes (Patient Portal) Next appt: 04/12/2021 at 08:40 AM in Lab
(BATON ROUGE CC LAB) Dx: AIDS (acquired immune deficiency synd...

|  | Ref Range & Units | 7 mo ago | 1 yr ago |
|---|---|---|---|
| HIV-1 RNA, Qual | Not detected | Not detected | DETECTED ! |
| HIV 1 RNA Ultra | <40 Copies/mL | <40 | <40 |
| Log HIV Copies/mL | <1.60 Log (10) Copies/mL | <1.60 | <1.60 |
| HIV UQ Date Received |  | 8/12/20 | 1/3/20 |
| HIV UQ Date Reported |  | 8/14/20 | 1/3/20 CM |

Comment: This test utilizes a real-time reverse-transcriptase
polymerase chain reaction test from Abbott Molecular
Systems to amplify a portion of the pol/integrase region
of the HIV-1 genome. This test is intended for use in
conjunction with clinical presentation and other laboratory
markers as an indicator of disease prognosis.  This test
may also be used as an aid in assessing the viral response
to antiretroviral treatment as measured by changes in
plasma HIV-1 RNA levels.  This test should not be used to
establish a diagnosis of  HIV-1 infection. The lower limit
of quantitation is 40 copies/mL  (1.60 log cy/mL) and the
upper limit of quantitation is 10,000,000 copies/mL
(7.00 log cy/mL). The qualitative limit of detection
is 20 copies/mL (1.30 log cy/mL).
Specimens reported as DETECTED but <40 cy/mL contain
detectable level of HIV-1 RNA but the viral load is below
the limit of quantitation. A  Not detected  result does
not rule out infection.
Test performed at Warde Medical Laboratory,
300 W. Textile Rd, Ann Arbor, MI  48108    800-876-6522
William G. Finn, MD  - Medical Director

| Resulting Agency | | WARDE MCL REFERENCE LAB | WARDE MCL REFERENCE LAB |
|---|---|---|---|

Specimen Collected: 08/10/20 12:18           Last Resulted: 08/16/20 10:08

🗐 Order Details   🜨 View Encounter   🜲 Lab and Collection Details   ⇥ Routing   ↻ Result History

CM=Additional comments

Lee, Katonia (MRN 2325810) Printed by Charlene Henderson, MA [290773] at 4/5/21 12...   Page 1 of 2

**Lincoln/Lee 0793**

Ochsner Fax Server    4/13/2021 10:32:29 AM    PAGE    13/019    Fax Server

Lee, Katonia (MRN 2325810)

## Result Image Hyperlink

(Link Unavailable) Show images for CD4 T-Helper Cells

# Results

⊕ CD4 T-Helper Cells (Acc# 9210011711;1) (Order 525505274)

## Reviewed By

John O. Nnadi, MD on 8/19/2020 09:51

## MyChart Results Release

MyChart Status: Active    ⚡ Results Release

### ⊕ CD4 T-Helper Cells

Order: 525505274

Status: **Final result**   Visible to patient: **Yes** (Patient Portal) Next appt: 04/12/2021 at 08:40 AM in Lab (BATON ROUGE CC LAB) Dx: AIDS (acquired immune deficiency synd...

|  | Ref Range & Units | 7 mo ago | 1 yr ago |
|---|---|---|---|
| CD4 % Helper T Cell | 28 - 57 % | 19.8 ⌄ | 16.7 ⌄ |
| Absolute CD4 | 300 - 1400 cells/ul | 301.0 | 257.0 ⌄ CM |

Comment: This test was developed and its performance characteristics determined by Ochsner Clinic Foundation Flow Cytometry Laboratory. It has not been cleared or approved by the U.S. Food and Drug Administration. The FDA has determined that such clearance or approval is not necessary. This test is used for clinical purposes. It should not be regarded as investigational or for research. This laboratory is certified under CLIA-88 as qualified to perform high complexity clinical laboratory testing.

| Resulting Agency | OCHSNER MEDICAL CENTER - NEW ORLEANS | OCHSNER MEDICAL CENTER - NEW ORLEANS |
|---|---|---|

Specimen Collected: 08/10/20 12:18        Last Resulted: 08/11/20 13:58

🗐 Order Details  🔱 View Encounter  ⋓ Lab and Collection Details  ⊠ Routing  ⟲ Result History

CM=Additional comments

## All Reviewers List

John O. Nnadi, MD on 8/19/2020 09:51

View Complete Results

## ⅋ Ordering Encounter Report

Encounter Report for Accession #9210011711;1

## Blood Administration

View: 04/02/21 1238 to 04/05/21 1238 (72 Hours)    Sort by: **Time**

None

## ⬜ Order-Level Documents:

There are no order-level documents.

## View SmartLink Info

Lee, Katonia (MRN 2325810) Printed by Charlene Henderson, MA [290773] at 4/5/21 12...   Page 1 of 2

**Lincoln/Lee 0794**

Lee, Katonia (MRN 2325810)                                  Encounter Date: 04/05/2021



Preferred Name: Katonia

## Katonia Lee

Female, 51 y.o.,
Phone:                    (M)

Care Team:

**Sonia McField, FNP**
PCP - General

**John O. Nnadi, MD, FACP**
Ref Provider

Language: English
Need Interp: No

Allergies Last Reviewed:
04/07/21
Allergies: No Known Allergies
Digital Medicine: None

Health Maintenance: Due

**FYI**
Therigy ID

Primary Ins.: UNITED
HEALTHCARE
MRN: 2325810
Pt Comm Pref: Patient Portal,
Mail
Last MyChart Login: 4/10/2021
12:58 AM, This patient has never
logged into the MyChart mobile
app
Next Appt: With Infectious
Diseases (John O Nnadi, MD,
FACP)
08/09/2021 at 10:20 AM
My Sticky Note:
Specialty Comments:
Last Encounter Center: None
Last Enc in Dept: None
Last Enc this Prov: None
Last Contact Department:
NOMC CANPSYCH BENSON

✉ **Message**                          Received: 4/13/2021 10:22 AM

John O. Nnadi, MD, FACP ➡ P Nnadi John Staff
HIV is well controlled

## Associated Results

⚕ **HIV RNA, quantitative, PCR**         Order: 626051958

Status: Final result   Visible to patient: Yes (Patient Portal) Dx: AIDS
(acquired immune deficiency synd...

|  | Ref Range & Units | 8 d ago | 8 mo ago | 1 yr ago |
|---|---|---|---|---|
| HIV-1 RNA, Qual | Not detected | Not detected | Not detected | DETECTED ! |
| HIV 1 RNA Ultra | <40 Copies/mL | <40 | <40 | <40 |
| Log HIV Copies/mL | <1.60 Log (10) Copies/mL | <1.60 | <1.60 | <1.60 |
| HIV UQ Date Received |  | 4/7/21 | 8/12/20 | 1/3/20 |
| HIV UQ Date Reported |  | 4/8/21 | 8/14/20 CM | 1/3/20 CM |

Comment: This test utilizes a real-time reverse-transcriptase
polymerase chain reaction test from Abbott Molecular
Systems to amplify a portion of the pol/integrase region
of the HIV-1 genome. This test is intended for use in
conjunction with clinical presentation and other laboratory
markers as an indicator of disease prognosis. This test
may also be used as an aid in assessing the viral response
to antiretroviral treatment as measured by changes in
plasma HIV-1 RNA levels. This test should not be used to
establish a diagnosis of  HIV-1 infection. The lower limit

Lee, Katonia (MRN 2325810) Printed by Charlene Henderson, MA [290773] at 4/13/21 1... Page 1 of 6

**Lincoln/Lee 0795**

Ochsner Fax Server    4/13/2021 10:32:29 AM   PAGE  15/019   Fax Server

Lee, Katonia (MRN 2325810)                                    Encounter Date: 04/05/2021



**Preferred Name: Katonia**

## Katonia Lee

Female, 51 y.o.,
Phone:                    (M)

Care Team:

**Sonia McField, FNP**
PCP - General                ,
**John O. Nnadi, MD,
FACP**
Ref Provider

Language: English
Need Interp: No

Allergies Last Reviewed:
04/07/21
Allergies: No Known Allergies
Digital Medicine: None

Health Maintenance: Due

FYI
Therigy ID

Primary Ins.: UNITED
HEALTHCARE
MRN: 2325810
Pt Comm Pref: Patient Portal,
Mail
Last MyChart Login: 4/10/2021
12:58 AM, This patient has never
logged into the MyChart mobile
app
Next Appt: With Infectious
Diseases (John O Nnadi, MD,
FACP)
08/09/2021 at 10:20 AM
My Sticky Note:
Specialty Comments:
Last Encounter Center: None
Last Enc in Dept: None
Last Enc this Prov: None
Last Contact Department:
NOMC CANPSYCH BENSON

of quantitation is 40 copies/mL  (1.60 log
cy/mL) and the
upper limit of quantitation is 10,000,000
copies/mL
(7.00 log cy/mL). The qualitative limit of
detection
is 20 copies/mL (1.30 log cy/mL).

Specimens reported as DETECTED but <40 cy/mL
contain
detectable level of HIV-1 RNA but the viral load
is below
the limit of quantitation. A  Not detected
 result does
not rule out infection.

Test performed at Warde Medical Laboratory,
300 W. Textile Rd, Ann Arbor, MI  48108      800-
876-6522
William G. Finn, MD  - Medical Director

| Resulting Agency | WARDE MCL REFERENCE LAB | WARDE MCL REFERENCE LAB | WARDE MCL REFERENCE LAB |
|---|---|---|---|

Specimen Collected: 04/05/21    Last Resulted: 04/08/21 14:42
12:53

⧉ Order Details  ⅋ View Encounter
⬚ Lab and Collection Details  ⤳ Routing  ↻ Result History

CM=Additional comments

### Result Care Coordination

🔖 **Result Notes**

**Nnadi, John O., MD, FACP**
4/13/2021 10:22 AM CDT



HIV is well controlled

---

ⓘ **CD4 T-Helper Cells**                    Order: 626051957

Status: **Final result**  Visible to patient: Yes (Patient Portal) Dx: AIDS
(acquired immune deficiency synd...

|  | Ref Range & Units | 8 d ago | 8 mo ago | 1 yr ago |
|---|---|---|---|---|
| CD4 % Helper T Cell | 28 - 57 % | 26.2 ▼ | 19.8 ▼ | 16.7 ▼ |

Lee, Katonia (MRN 2325810) Printed by Charlene Henderson, MA [290773] at 4/13/21 1...  Page 2 of 6

**Lincoln/Lee 0796**

Lee, Katonia (MRN 2325810)                                      Encounter Date: 04/05/2021



Preferred Name: Katonia

## Katonia Lee
Female, 51 y.o.,
Phone:                    (M)

Care Team:

Sonia McField, FNP
PCP - General

John O. Nnadi, MD, FACP
Ref Provider

Language: English
Need Interp: No

Allergies Last Reviewed:
04/07/21
Allergies: No Known Allergies
Digital Medicine: None

Health Maintenance: Due

FYI
Therigy ID

Primary Ins.: UNITED
HEALTHCARE
MRN: 2325810
Pt Comm Pref: Patient Portal,
Mail
Last MyChart Login: 4/10/2021
12:58 AM, This patient has never
logged into the MyChart mobile
app
Next Appt: With Infectious
Diseases (John O Nnadi, MD,
FACP)
08/09/2021 at 10:20 AM
My Sticky Note:
Specialty Comments:
Last Encounter Center: None
Last Enc in Dept: None
Last Enc this Prov: None
Last Contact Department:
NOMC CANPSYCH BENSON

| | Ref Range & Units | | | |
|---|---|---|---|---|
| Absolute CD4 | 300 - 1400 cells/ul | 545 | 301.0 CM | 257.0 CM |

Comment: This test was developed and its performance characteristics
determined by Ochsner Clinic Foundation Flow Cytometry Laboratory.
It has not been cleared or approved by the U.S. Food and Drug
Administration. The FDA has determined that such clearance or
approval is not necessary. This test is used for clinical purposes.
It should not be regarded as investigational or for research. This
laboratory is certified under CLIA-88 as qualified to perform high
complexity clinical laboratory testing.

| Resulting Agency | OCHSNER MEDICAL CENTER - NEW ORLEANS | OCHSNER MEDICAL CENTER - NEW ORLEANS | OCHSNER MEDICAL CENTER - NEW ORLEANS |
|---|---|---|---|

Specimen Collected: 04/05/21    Last Resulted: 04/06/21 17:30
12:53

Order Details    View Encounter
Lab and Collection Details    Routing    Result History

CM=Additional comments

### Result Care Coordination

Result Notes

Nnadi, John O., MD, FACP
4/13/2021 10:22 AM CDT

HIV is well controlled

### (!) CBC auto differential                    Order: 626051959

Status: Final result   Visible to patient: Yes (Patient Portal) Dx: AIDS
(acquired immune deficiency synd...

| | Ref Range & Units | 8 d ago | 1 mo ago | 4 mo ago |
|---|---|---|---|---|
| WBC | 3.9 - 12.7 K/uL | 4.94 | 4.65 | 3.99 |

Lee, Katonia (MRN 2325810) Printed by Charlene Henderson, MA [290773] at 4/13/21 1...   Page 3 of 6

**Lincoln/Lee 0797**

Lee, Katonia (MRN 2325810)                                      Encounter Date: 04/05/2021



**Preferred Name: Katonia**

## Katonia Lee

Female, 51 y.o.,
Phone:                    (M)

Care Team:

Sonia McField, FNP
PCP - General

John O. Nnadi, MD, FACP
Ref Provider

Language: English
Need Interp: No

Allergies Last Reviewed: 04/07/21
Allergies: No Known Allergies
Digital Medicine: None

Health Maintenance: Due

**FYI**
**Therigy ID**

Primary Ins.: UNITED HEALTHCARE
MRN: 2325810
Pt Comm Pref: Patient Portal, Mail

Last MyChart Login: 4/10/2021 12:58 AM, This patient has never logged into the MyChart mobile app
Next Appt: With Infectious Diseases (John O Nnadi, MD, FACP)
08/09/2021 at 10:20 AM
My Sticky Note:
Specialty Comments:
Last Encounter Center: None
Last Enc in Dept: None
Last Enc this Prov: None
Last Contact Department: NOMC CANPSYCH BENSON

| Test | Range | | | |
|---|---|---|---|---|
| RBC | 4.00 - 5.40 M/uL | 4.13 | 4.25 | 4.01 |
| Hemoglobin | 12.0 - 16.0 g/dL | 12.6 | 12.7 | 12.3 |
| Hematocrit | 37.0 - 48.5 % | 40.0 | 40.0 | 38.0 |
| MCV | 82.0 - 98.0 fL | 97 | 94 | 95 |
| MCH | 27.0 - 31.0 pg | 30.5 | 29.9 | 30.7 |
| MCHC | 32.0 - 36.0 g/dL | 31.5 ▼ | 31.8 ▼ | 32.4 |
| RDW | 11.5 - 14.5 % | 16.6 ▲ | 14.4 | 14.9 ▲ |
| Platelets | 150 - 450 K/uL | 183 | 188 R | 164 R |
| MPV | 9.2 - 12.9 fL | 12.2 | 11.4 | 11.6 |
| Immature Granulocytes | 0.0 - 0.5 % | 0.2 | 0.0 | 0.5 |
| Gran # (ANC) | 1.8 - 7.7 K/uL | 1.9 | 2.1 | 1.8 |
| Immature Grans (Abs) | 0.00 - 0.04 K/uL | 0.01 | 0.00 CM | 0.02 CM |

Comment: Mild elevation in immature granulocytes is non specific and
can be seen in a variety of conditions including stress response,
acute inflammation, trauma and pregnancy. Correlation with other
laboratory and clinical findings is essential.

| | | | | |
|---|---|---|---|---|
| Lymph # | 1.0 - 4.8 K/uL | 2.4 | 2.0 | 1.7 |
| Mono # | 0.3 - 1.0 K/uL | 0.5 | 0.3 | 0.4 |
| Eos # | 0.0 - 0.5 K/uL | 0.1 | 0.2 | 0.1 |
| Baso # | 0.00 - 0.20 K/uL | 0.02 | 0.02 | 0.01 |
| nRBC | 0 /100 WBC | 0 | 0 | 0 |
| Gran % | 38.0 - 73.0 % | 39.1 | 45.2 | 45.5 |
| Lymph % | 18.0 - 48.0 % | 48.2 ▲ | 43.4 | 42.4 |
| Mono % | 4.0 - 15.0 % | 9.3 | 7.1 | 9.0 |
| Eosinophil % | 0.0 - 8.0 % | 2.8 | 3.9 | 2.3 |
| Basophil % | 0.0 - 1.9 % | 0.4 | 0.4 | 0.3 |
| Differential Method | | Automated | Automated | Automated |
| Resulting Agency | | OCHSNER MEDICAL CENTER - NEW ORLEANS | OCHSNER MEDICAL CENTER - BATON ROUGE | OCHSNER MEDICAL CENTER - BATON ROUGE |

Lee, Katonia (MRN 2325810) Printed by Charlene Henderson, MA [290773] at 4/13/21 1... Page 4 of 6

**Lincoln/Lee 0798**

Lee, Katonia (MRN 2325810)                                      Encounter Date: 04/05/2021



**Preferred Name: Katonia**

## Katonia Lee

Female, 51 y.o.,
Phone:                    (M)

Care Team:

Sonia McField, FNP
PCP - General

John O. Nnadi, MD,
FACP
Ref Provider

Language: English
Need Interp: No

Allergies Last Reviewed:
04/07/21
Allergies: No Known Allergies
Digital Medicine: None

Health Maintenance: Due

FYI
Therigy ID

Primary Ins.: UNITED
HEALTHCARE
MRN: 2325810
Pt Comm Pref: Patient Portal,
Mail
Last MyChart Login: 4/10/2021
12:58 AM, This patient has never
logged into the MyChart mobile
app
Next Appt: With Infectious
Diseases (John O Nnadi, MD,
FACP)
08/09/2021 at 10:20 AM
My Sticky Note:
Specialty Comments:
Last Encounter Center: None
Last Enc in Dept: None
Last Enc this Prov: None
Last Contact Department:
NOMC CANPSYCH BENSON

Specimen Collected: 04/05/21    12:53        Last Resulted: 04/06/21 00:57

Order Details    View Encounter
Lab and Collection Details    Routing    Result History
CM=Additional comments  R=Reference range differs from displayed range

### Result Care Coordination

Result Notes

 Nnadi, John O., MD, FACP
4/13/2021 10:22 AM CDT

HIV is well controlled

---

### ⚠ Comprehensive metabolic panel    Order: 626051960

Status: Final result   Visible to patient: Yes (Patient Portal) Dx: AIDS (acquired immune deficiency synd...

| | Ref Range & Units | 8 d ago | 1 mo ago | 4 mo ago |
|---|---|---|---|---|
| **Sodium** | 136 - 145 mmol/L | 139 | 140 | 140 |
| **Potassium** | 3.5 - 5.1 mmol/L | 3.9 | 3.7 | 4.1 |
| **Chloride** | 95 - 110 mmol/L | 103 | 103 | 105 |
| **CO2** | 23 - 29 mmol/L | 24 | 28 | 32 ^ |
| **Glucose** | 70 - 110 mg/dL | 95 | 125 ^ | 95 |
| **BUN** | 6 - 20 mg/dL | 13 | 12 | 13 |
| **Creatinine** | 0.5 - 1.4 mg/dL | 0.9 | 1.0 | 0.9 |
| **Calcium** | 8.7 - 10.5 mg/dL | 9.3 | 9.2 | 9.3 |
| **Total Protein** | 6.0 - 8.4 g/dL | 7.9 | 7.5 | 7.4 |
| **Albumin** | 3.5 - 5.2 g/dL | 4.0 | 3.9 | 3.9 |
| **Total Bilirubin** | 0.1 - 1.0 mg/dL | 0.3 | 0.3 CM | 0.3 CM |

Comment: For infants and newborns, interpretation
of results should be based
on gestational age, weight and in agreement with
clinical
observations.

---

Lee, Katonia (MRN 2325810) Printed by Charlene Henderson, MA [290773] at 4/13/21 1...  Page 5 of 6

**Lincoln/Lee 0799**

Lee, Katonia (MRN 2325810)                                Encounter Date: 04/05/2021



Preferred Name: Katonia

## Katonia Lee

Female, 51 y.o.,

Phone:                        (M)

Care Team:

**Sonia McField, FNP**
PCP - General

John O. Nnadi, MD,
FACP
Ref Provider

Language: English
Need Interp: No

Allergies Last Reviewed:
04/07/21
Allergies: No Known Allergies
Digital Medicine: None

Health Maintenance: Due

FYI
Therigy ID

Primary Ins.: UNITED
HEALTHCARE
MRN: 2325810
Pt Comm Pref: Patient Portal,
Mail
Last MyChart Login: 4/10/2021
12:58 AM, This patient has never
logged into the MyChart mobile
app
Next Appt: With Infectious
Diseases (John O Nnadi, MD,
FACP)
08/09/2021 at 10:20 AM
My Sticky Note:
Specialty Comments:
Last Encounter Center: None
Last Enc in Dept: None
Last Enc this Prov: None
Last Contact Department:
NOMC CANPSYCH BENSON

Premature Infant recommended reference ranges:
Up to 24 hours.............<8.0 mg/dL
Up to 48 hours............<12.0 mg/dL
3-5 days..................<15.0 mg/dL
6-29 days.................<15.0 mg/dL

| | | | | |
|---|---|---|---|---|
| Alkaline Phosphatase | 55 - 135 U/L | 167 ^ | 189 ^ | 178 ^ |
| AST | 10 - 40 U/L | 22 | 18 | 15 |
| ALT | 10 - 44 U/L | 17 | 12 | 8 ∨ |
| Anion Gap | 8 - 16 mmol/L | 12 | 9 | 3 ∨ |
| eGFR if African American | >60 mL/min/1.73 m^2 | >60.0 | >60 | >60 |
| eGFR if non African American | >60 mL/min/1.73 m^2 | >60.0 | >60 CM | >60 CM |

Comment: Calculation used to obtain the estimated glomerular filtration
rate (eGFR) is the CKD-EPI equation.

| Resulting Agency | OCHSNER MEDICAL CENTER - NEW ORLEANS | OCHSNER MEDICAL CENTER - BATON ROUGE | OCHSNER MEDICAL CENTER - BATON ROUGE |
|---|---|---|---|

Specimen Collected: 04/05/21    Last Resulted: 04/05/21 23:39
12:53

Order Details    View Encounter
Lab and Collection Details    Routing    Result History
CM=Additional comments

### Result Care Coordination

Result Notes

 Nnadi, John O., MD, FACP
4/13/2021 10:22 AM CDT

HIV is well controlled

**Lincoln/Lee 0800**

04/13/2021 2:11:51 PM -0400 FAXCOM                                    PAGE 1    OF 1

**MRO**
1000 Madison Avenue, Suite 100
Norristown, PA 19403

**Invoice**
41379027
April 13, 2021

 **MRO**

Phone:  **(610) 994-7500 Opt. 1**
Fax:  **(610) 962-8421**

*(Follow Up Notice)*

**Records Department**
Lincoln Financial Group
P.O. Box 7216
London, KY  40742

On  3/16/2021  the following healthcare provider received your request for copies of medical records:
**Ochsner Baton Rouge Medical Center**
17000 Medical Center Drive
Baton Rouge, LA  70816

You requested records for:  KATONIA LEE

This is your invoice for providing the copies of the medical records.

Your Reference ID:

MRO Request ID:    41379027
MRO Online Tracking Number:  OCHSY35NFKWCH

**You can track and pay for your request online at:**
**www.roilog.com**

**Fees**

| | |
|---|---|
| Search and Retrieval Fee: | $25.00 |
| Number of Pages: | 178 |
| Tier 1: | $25.00 |
| Tier 2: | $76.50 |
| Tier 3: | $0.00 |
| Media pages/materials: | 0 |
| Media Fee: | $0.00 |
| Certification Fee: | $0.00 |
| Adjustments: | $0.00 |
| Postage: | $0.00 |
| Sales Tax: | $0.00 |
| TOTAL: | $126.50 |
| Paid at Facility: | ( $0.00) |
| Paid to MRO: | ( $0.00) |
| **BALANCE DUE:** | $126.50 |

Records consisting of more than 75 pages may
be sent on CD-ROM.

Cancelled requests or unpaid invoices may be
subject to a cancellation fee.

**PAYMENT**

*You may pay  this invoice online at:*
**www.roilog.com**
*You can send a check to:*
**MRO**
P.O. Box 6410,
Southeastern, PA 19398-6410
MRO Tax ID (EIN): 01-0661910

*Please write the Invoice # on the check or
return this invoice with the payment.*

By proceeding with this order, you are representing that you: have reviewed, understood, and approved the charges; have agreed to pay them;
and have agreed to the following terms. Any dispute relating to the charges in this invoice must be presented before proceeding with this order.
Any dispute not so presented is waived. Presentation of a dispute must be made by telephone (610) 994-7500 Opt. 1. All disputes regarding the charges
in this invoice, whether presented by you or by MRO, must be resolved by arbitration under the Federal Arbitration Act through one or more neutral
arbitrators before the American Arbitration Association (AAA). Your dispute will be resolved by the arbitrators, and not by a judge or a jury.
Class arbitrations are not permitted. Disputes must be brought only in the claimant's individual capacity and not as a representative or member
of a class. An arbitrator may not consolidate your dispute with the dispute of anyone else nor preside over any form of class proceeding. Upon request
by you at the time a dispute is presented, MRO will pay the AAA fee for arbitration of your dispute.

**Please contact MRO at (610) 994-7500 Opt. 1 for any questions regarding this invoice.
MRO is the medical copy request processor for:
Ochsner Baton Rouge Medical Center.**

**Lincoln/Lee 0801**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Monday, March 22, 2021 10:38:33 AM |
| To: | KOTONIALEE1@GMAIL.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Walmart, Inc. Claim No. 8892419 Katonia Lee |
| Attachments: | eessnr5hrxnmajlt3jeq_10148373.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Lee 0802**

 Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

March 22, 2021

Ms. Katonia Lee

RE:    Long Term Disability (LTD) Benefits
        Walmart, Inc.
        Claim #: 8892419

Dear Ms. Katonia Lee:

We are writing to follow up with you on your claim for long-term disability (LTD) benefits under the Walmart Inc. Group Disability Income Policy (Policy), which Lincoln Life Assurance Company of Boston (Lincoln) manages.

We regret to inform you that your benefits have been suspended as of March 11, 2021 because we have not received all of the requested information needed to evaluate your ongoing eligibility for LTD benefits. This means that you will not receive further payments from us for your claim unless the requested information, as noted below, is received.

As you may remember, we requested updated medical records from your treating providers from July 11, 2020 through present on February 5, 2021. A Follow up letter was sent to you notifying you of the status of our requests on March 8, 2021.

To date, we have not received any medical records from your treating providers.

To date, the following information remains outstanding:

- Medical records from Ochsner Cancer Center Baton Rouge for Dr. Kolton for dates July 11, 2020 through present.

- Medical records from Dr. Nnadi for dates August 11, 2020 through present.

You may be able to continue to receive benefits if we receive all of the outstanding information by April 20, 2021.

1  of  2

**Lincoln/Lee 0803**

**What You Need to Do By April 20, 2021:**

Please follow up with your treating providers to ensure the requested medical documentation will be submitted to Lincoln Financial. Please be advised that your providers may have received a request from our medical records retrieval vendor on our behalf.

Please ensure we receive all requested information to avoid your benefits being discontinued. If we do not receive the requested information by April 20, 2021, your claim may be closed. Once we review the information received by the above due date, we'll contact you by phone to provide you with an update on your claim.

Thank you for the opportunity to help with your claim. If you have any questions or would like to discuss next steps, please contact us at the number below.

If you have any questions regarding this matter, please contact me.

Sincerely,

Krystal Wallach
LTD Technical Specialist I
Phone No.: (877) 353-6404 Ext. 18246
Secure Fax No.: (603) 559-1994

Attachments:   8892419-EMPLOYEE/CLAIMANT-AUTHORIZATION-02.12.2021

2  of 2

**Lincoln/Lee 0804**

 **Ochsner** Health System

**RPid #7516023**
**AUTHORIZATION FOR RELEASE OF**
**CONFIDENTIAL INFORMATION**
*(See back of form for facility locations)*

Patient's Name  LEE, KATONIA                                        Date of Birth _____

Address _____   Phone # _____

I, _____ , hereby authorize
                          FULL NAME OF PATIENT
OCHSNER MEDICAL CENTER                    to release information specified below from my
             NAME OF HOSPITAL / PHYSICIAN / FACILITY
medical records covering the dates of service ____08/11/2020____ to  Present_____

The information which is checked (X) below is to be released to:

Lincoln Financial Group c/o ReleasePoint, Inc.
NAME OF HOSPITAL, PHYSICIAN, SERVICE AGENCY OR THIRD PARTY (Provide fax # if hospital or physician)

PO Box 1390, St. Peters, MO  63376
ADDRESS                                          CITY              STATE          ZIP

Purpose for Release:  ☐Medical    ☐Insurance    ☐Legal   X☐ Other   Claims - Disability Insurance

Check off items being released:
| | |
☐Pathology Reports

☐Discharge Summary                        ☐Laboratory              ☐X-ray Report _____
☐Discharge Instructions/After Visit Summary  ☐Cardiology              ☐Radiology films
☐History & Physical                       ☐Clinic Visit             ☐ER Record
☐Consultation Reports                     ☐Abstract                 ☐Entire Record
☐Progress Notes                           ☐Operative Report         Other _all PHI, excluding x-ray films_

Method of Delivery:    ☐Paper   ☐Fax # _____   X☐ Email _providers@releasepoint.com_

The patient's express authorization is required to release certain types of records, including alcohol and/or drug abuse treatment and information, HIV testing and treatment, psychiatric treatment, and genetic testing (defined in the Genetic Information Non-Discrimination Act of 2008 - GINA, section 201 7 A and B). To authorize release of this information, please read and sign the following:

I, _____ , authorize the release of **alcohol and/or drug abuse** treatment and information.
        *(Patient's Signature)*

I, _____ , authorize the release of **HIV test results** and/or HIV treatment information.
        *(Patient's Signature)*

I, _____ , authorize the release of **psychiatric** information.
        *(Patient's Signature)*

I, _____ , authorize the release of **genetic testing** information.
        *(Patient's Signature)*

In authorizing the release of the confidential information identified above, I hereby waive all restrictions or privileges imposed by law and release Ochsner Health System and its affiliates and their staff from any restriction or privilege imposed by law in connection with the disclosure or release of any professional record, observation or communication. I do understand that the information that is being released may be subject to re-disclosure by the recipient and may no longer be protected. I understand that my treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this authorization.

This authorization may be revoked in writing at any time, except to the extent that Ochsner Health System and its affiliates have already taken action in reliance on it. Letters to revoke this authorization should be addressed to Ochsner Medical Center, Release of Information Department, 1201 Dickory Avenue, Harahan, LA 70123.

If not previously revoked in writing, this authorization will terminate or expire upon (state the specific date, event, or condition):
                One year
**If expiration date is left blank, authorization will expire within one year.**

_____   _____   _____
SIGNATURE OF PATIENT OR AUTHORIZED REPRESENTATIVE   RELATIONSHIP TO PATIENT          DATE SIGNED

_____   _____
ADDRESS                                          PHONE NUMBER

_____   _____   _____
SIGNATURE OF WITNESS (if patient is unable to sign)   RELATIONSHIP TO PATIENT OR CREDENTIALS   DATE SIGNED

FOR HIM USE ONLY: Date Rec'd _____ Date Processed _____ Time Frame _____ Processed By _____ # Pages/Amount _____
Form No. 20651  (Rev. 7/10/2015)

**Lincoln/Lee 0805**



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life
Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

1/22/2020

To Whom It May Concern,

Lincoln Life Assurance Company of Boston, a Lincoln National Life Insurance company, authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:
- Electronic mail to: charts@releasepoint.com
- Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

*Kathryn Leombruno*
Director, Claims Operations
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016  Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

**Lincoln/Lee 0806**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Monday, March 8, 2021 10:15:16 AM |
| To: | KOTONIALEE1@GMAIL.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Walmart, Inc. Claim No. 8892419 Katonia Lee |
| Attachments: | wcnmtaizovrzekzy1izh_10062383.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Lee 0807**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

March 8, 2021

Ms. Katonia Lee

RE:    Long Term Disability (LTD) Benefits
       Walmart, Inc.
       Claim #: 8892419

Dear Ms. Katonia Lee:

We are writing to follow up with you on your claim for long-term disability (LTD) benefits under the Walmart Inc. Group Disability Income Policy (Policy). This is a friendly reminder that there is action you need to take to continue to receive LTD benefits.

As you may remember, we requested updated medical records from your treating providers from July 11, 2020 through present on February 5, 2021.

To date, we have not received any of the requested information.

To date, the following information remains outstanding:
- Medical records from Dr. Kolton and Dr. Nnadi for dates July 11, 2020 through present.

**What You Need to Do By March 21, 2021:**

Please follow up with your treating providers to ensure the requested medical documentation will be submitted to Lincoln Financial. Please be advised that your providers may have received a request from our medical records retrieval vendor on our behalf.

Please ensure we receive all requested information to avoid your benefits being discontinued. If we do not receive all of the requested information by March 21, 2021, your benefits may be suspended. If we do not receive the requested information by April 20, 2021, your claim may be closed.

Once we review the information received by the above due date, we'll contact you by phone to provide you with an update on your claim.

Thank you for the opportunity to help with your claim. If you have any questions or would like to discuss next steps, please contact us at the number below.

1  of  2

**Lincoln/Lee 0808**

If you have any questions regarding this matter, please contact me.

Sincerely,

Krystal Wallach
LTD Technical Specialist I
Phone No.: (877) 353-6404 Ext. 18246
Secure Fax No.: (603) 559-1994

Attachments:    Authorization - Medical
                Authorization

**Lincoln/Lee 0809**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:**  Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization.  If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration.  The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____ Date: _____

Date of Birth: _____ Claim Number: __8892419____

**A copy of this authorization will be considered as valid as the original.**

pg. 1  Authorization-Standard-2020

**Lincoln/Lee 0810**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, governmental agency, MIB Inc., policy holder, reinsurance companies, policy or benefit plan administrator and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** To evaluate and administer my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING AND ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____  Relationship _____

Signature of claimant or legal representative _____  Date: _____

Date of Birth: _____  Claim Number: __8892419____

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.Psychotherapy.2020

**Lincoln/Lee 0811**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Friday, February 26, 2021 11:30:05 AM |
| To: | KOTONIALEE1@GMAIL.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Walmart, Inc. Claim No. 8892419 Katonia Lee |
| Attachments: | ddiio99iw2kbxxnpyb7u_10009441.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Lee 0812**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

February 26, 2021

Ms. Katonia Lee

RE:    Long Term Disability (LTD) Benefits
       Walmart, Inc.
       Claim #: 8892419

Dear Ms. Katonia Lee:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Walmart, Inc.'s Associates' Health and Welfare Plan ("LTD Policy"). We are writing in reference to your claim for LTD benefits under the Policy.

Please complete the enclosed authorization form and return to our office. You may email to wmrtcsu@lfg.com or fax to 603-559-1994.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by March 5, 2021.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Janice Borner
Sr Ltd Specialist
On Behalf Of: Krystal Wallach
Phone No.: (877) 353-6404 Ext. 18246
Secure Fax No.: (603) 559-1994

Attachments:   8892419-EMPLOYEE/CLAIMANT-AUTHORIZATION-02.12.2021

1  of  1

**Lincoln/Lee 0813**

 **Ochsner** Health System

**RPid #7516023**
**AUTHORIZATION FOR RELEASE OF**
**CONFIDENTIAL INFORMATION**
*(See back of form for facility locations)*

Patient's Name  LEE, KATONIA                                        Date of Birth _____

Address _____  Phone # _____

I, _____ , hereby authorize
FULL NAME OF PATIENT

OCHSNER MEDICAL CENTER                    to release information specified below from my
NAME OF HOSPITAL / PHYSICIAN / FACILITY

medical records covering the dates of service  __08/11/2020__  to  Present _____

The information which is checked (X) below is to be released to:

Lincoln Financial Group c/o ReleasePoint, Inc.

NAME OF HOSPITAL. PHYSICIAN. SERVICE AGENCY OR THIRD PARTY (Provide fax # if hospital or physician)

PO Box 1390, St. Peters, MO  63376

ADDRESS                                    CITY        Other  STATE        ZIP

Purpose for Release:  ☐Medical    ☐Insurance    ☐Legal  X☐Other  Claims - Disability Insurance

Check off items being released:

☐Discharge Summary                        ☐Pathology Reports        ☐X-ray Report _____
☐Discharge Instructions/After Visit Summary  ☐Laboratory              ☐Radiology films
☐History & Physical                       ☐Cardiology              ☐ER Record
☐Consultation Reports                     ☐Clinic Visit            ☐Entire Record
☐Progress Notes                           ☐Abstract                Other _all PHI, excluding x-ray films_
                                          ☐Operative Report

Method of Delivery:  ☐Paper  ☐Fax # _____  X☐Email _providers@releasepoint.com_

The patient's express authorization is required to release certain types of records, including alcohol and/or drug abuse treatment and information, HIV testing and treatment, psychiatric treatment, and genetic testing (defined in the Genetic Information Non-Discrimination Act of 2008 - GINA, section 201 7 A and B). To authorize release of this information, please read and sign the following:

I, _____ , authorize the release of **alcohol and/or drug abuse** treatment and information.
(Patient's Signature)

I, _____ , authorize the release of **HIV test results** and/or HIV treatment information.
(Patient's Signature)

I, _____ , authorize the release of **psychiatric** information.
(Patient's Signature)

I, _____ , authorize the release of **genetic testing** information.
(Patient's Signature)

In authorizing the release of the confidential information identified above, I hereby waive all restrictions or privileges imposed by law and release Ochsner Health System and its affiliates and their staff from any restriction or privilege imposed by law in connection with the disclosure or release of any professional record, observation or communication. I do understand that the information that is being released may be subject to re-disclosure by the recipient and may no longer be protected. I understand that my treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this authorization.

This authorization may be revoked in writing at any time, except to the extent that Ochsner Health System and its affiliates have already taken action in reliance on it. Letters to revoke this authorization should be addressed to Ochsner Medical Center, Release of Information Department, 1201 Dickory Avenue, Harahan, LA  70123.

If not previously revoked in writing, this authorization will terminate or expire upon (state the specific date, event, or condition):

One year

**If expiration date is left blank, authorization will expire within one year.**

SIGNATURE OF PATIENT OR AUTHORIZED REPRESENTATIVE        RELATIONSHIP TO PATIENT        DATE SIGNED

ADDRESS                                                  PHONE NUMBER

SIGNATURE OF WITNESS (if patient is unable to sign)      RELATIONSHIP TO PATIENT OR CREDENTIALS   DATE SIGNED

FOR HIM USE ONLY: Date Rec'd _____ Date Processed _____ Time Frame _____ Processed By _____ # Pages/Amount _____

Form No. 20651  (Rev. 7/10/2015)

**Lincoln/Lee 0814**



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

1/22/2020

To Whom It May Concern,

Lincoln Life Assurance Company of Boston, a Lincoln National Life Insurance company, authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:
- Electronic mail to: charts@releasepoint.com
- Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

*Kathryn Leombruno*
*Director, Claims Operations*
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

**Lincoln/Lee 0815**

 **Ochsner** Health System

## RPid #7516023
## AUTHORIZATION FOR RELEASE OF
## CONFIDENTIAL INFORMATION

*(See back of form for facility locations)*

Patient's Name  LEE, KATONIA                     Date of Birth _____

Address _____  Phone # _____

I, _____ , hereby authorize
FULL NAME OF PATIENT

OCHSNER MEDICAL CENTER          to release information specified below from my
NAME OF HOSPITAL / PHYSICIAN / FACILITY

medical records covering the dates of service ___08/11/2020___ to  Present _____

The information which is checked (X) below is to be released to:

Lincoln Financial Group c/o ReleasePoint, Inc.

NAME OF HOSPITAL. PHYSICIAN. SERVICE AGENCY OR THIRD PARTY (Provide fax # if hospital or physician)

PO Box 1390, St. Peters, MO  63376

| ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|

Purpose for Release:  ☐Medical  ☐Insurance  ☐Legal  ☒Other  Claims - Disability Insurance

Check off items being released:

☐Discharge Summary  ☐Pathology Reports  ☐ X-ray Report _____
☐Discharge Instructions/After Visit Summary  ☐Laboratory  ☐ Radiology films
☐History & Physical  ☐Cardiology  ☐ ER Record
☐Consultation Reports  ☐Clinic Visit  ☐ Entire Record
☐Progress Notes  ☐Abstract  Other _all PHI, excluding x-ray films_
    ☐Operative Report

Method of Delivery:  ☐Paper  ☐Fax # _____  ☒ Email _providers@releasepoint.com_

The patient's express authorization is required to release certain types of records, including alcohol and/or drug abuse treatment and information, HIV testing and treatment, psychiatric treatment, and genetic testing (defined in the Genetic Information Non-Discrimination Act of 2008 - GINA, section 201 7 A and B). To authorize release of this information, please read and sign the following:

I, _____ , authorize the release of **alcohol and/or drug abuse** treatment and information.
(Patient's Signature)

I, _____ , authorize the release of **HIV test results** and/or HIV treatment information.
(Patient's Signature)

I, _____ , authorize the release of **psychiatric** information.
(Patient's Signature)

I, _____ , authorize the release of **genetic testing** information.
(Patient's Signature)

In authorizing the release of the confidential information identified above, I hereby waive all restrictions or privileges imposed by law and release Ochsner Health System and its affiliates and their staff from any restriction or privilege imposed by law in connection with the disclosure or release of any professional record, observation or communication. I do understand that the information that is being released may be subject to re-disclosure by the recipient and may no longer be protected. I understand that my treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this authorization.

This authorization may be revoked in writing at any time, except to the extent that Ochsner Health System and its affiliates have already taken action in reliance on it. Letters to revoke this authorization should be addressed to Ochsner Medical Center, Release of Information Department, 1201 Dickory Avenue, Harahan, LA 70123.

If not previously revoked in writing, this authorization will terminate or expire upon (state the specific date, event, or condition):
_____ One year _____
**If expiration date is left blank, authorization will expire within one year.**

_____  _____  _____
SIGNATURE OF PATIENT OR AUTHORIZED REPRESENTATIVE  RELATIONSHIP TO PATIENT  DATE SIGNED

_____  _____
ADDRESS  PHONE NUMBER

_____  _____  _____
SIGNATURE OF WITNESS (if patient is unable to sign)  RELATIONSHIP TO PATIENT OR CREDENTIALS  DATE SIGNED

**FOR HIM USE ONLY:** Date Rec'd _____ Date Processed _____ Time Frame _____ Processed By _____ # Pages/Amount _____

Form No. 20651  (Rev. 7/10/2015)

**Lincoln/Lee 0816**



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life
Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

1/22/2020

To Whom It May Concern,

Lincoln Life Assurance Company of Boston, a Lincoln National Life Insurance company, authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:
- Electronic mail to: charts@releasepoint.com
- Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.


Sincerely,

*Kathryn Leombruno*
Director, Claims Operations
Lincoln Financial Group Claims




ReleasePoint
PO Box 1390
St. Peters, MO 63376




©2016  Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

**Lincoln/Lee 0817**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Friday, February 5, 2021 12:37:03 PM |
| To: | KOTONIALEE1@GMAIL.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Walmart, Inc. Claim No. 8892419 Katonia Lee |
| Attachments: | u9fuamydupz8makiqbvz_9883866.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**Lincoln/Lee 0818**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

February 5, 2021

Ms. Katonia Lee

RE:    Long Term Disability (LTD) Benefits
       Walmart, Inc.
       Claim #: 8892419

Dear Ms. Katonia Lee:

We are writing to follow up with you on your claim for long-term disability (LTD) benefits, which Lincoln manages.

To continue receiving disability benefits, we need you and you along with Dr. Kolton and Dr. Nnadi to provide an update on your condition.

**What You Need to Do By March 21, 2021:**
1. **Check in with Dr. Kolton and Dr. Nnadi to ensure they have sent the required information.** On February 5, 2021 they received a request for your medical records on from our medical records vendor, on our behalf.

2. **If you're being treated by any other attending physicians or specialists, including physical therapy providers, request that they send us records pertinent to your disability.** They should provide updated office treatment notes, test results, operative reports, prescription histories, and treatment plans from July 11, 2020 through the present. They can send in the information by:

   - Mail to Lincoln Life Assurance Company of Boston, Group Protection Disability Claims, PO Box 2578 Omaha, NE 68172-9688
   - Email to WMRTCSU@lfg.com
   - Fax to 877-353-6412

Please ensure we receive all the requested information above on time to avoid your benefits being discontinued. If we do not receive the requested information and a return call from you by March 21, 2021 your benefits may be suspended – and if we do not receive them by April 20, 2021, your claim may be closed.

Once we receive and review all of the requested information outlined above, we'll contact you by

1  of 2

**Lincoln/Lee 0819**

phone to provide you with an update on your claim.

Thank you for the opportunity to help with your claim. If you have any questions or would like to discuss next steps, please contact us at the number below. The team at Lincoln wishes you the best on your recovery.

If you have any questions regarding this matter, please contact me.

Sincerely,

Krystal Wallach
LTD Technical Specialist I
Phone No.: (877) 353-6404 Ext. 18246
Secure Fax No.: (603) 559-1994

2 of 2

**Lincoln/Lee 0820**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. KATONIA LEE

**Lincoln/Lee 0821**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

January 15, 2021

Ms. Katonia Lee

RE:    Long Term Disability (LTD) Benefits
       Walmart, Inc.
       Claim #: 8892419

Dear Ms. Katonia Lee:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Walmart, Inc.'s Associates' Health and Welfare Plan ("LTD Policy"). We are writing in reference to your claim for LTD benefits under the Policy.

In our continued efforts to serve you promptly and courteously, we have adjusted our caseload assignments.

As a result, Krystal Wallach has been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Brittany Stockhausen
LTD Specialist I
On Behalf Of: Krystal Wallach
Phone No.: (877) 353-6404 Ext. 18246
Secure Fax No.: (603) 559-1994

1  of  1

**Lincoln/Lee 0822**

## Billing Statement:

ReleasePoint

**Invoice Date: 12/02/2020**          **Invoice #: 713209-1441**
**Lincoln Financial Group**

**Invoice for Requests for Medical Information completed between Nov 1 2020 and Nov 30 2020**

**L-WALMAR**                                                    **Bill Code: LIBSFU**

| RP #<br>Cust ID | Patient Name<br>Provider Name | Status | Date<br>Req By | RP Fee | Med Fee | Rush | QC Amt<br>Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 6697846<br>8892419 | LEE, KATONIA<br>OCHSNER CLINIC OF BATON ROUGE | Complete | 07/23/20<br>B Stockhausen | $ 8.00 | $ 0.00 | $ 0.00 | $ 0.00<br>22 | **$ 8.00** |
| 6757636<br>8892419 | LEE, KATONIA<br>OCHSNER MEDICAL CENTER | Canceled | 11/05/20<br>B Stockhausen | $ 4.00 | $ 25.00 | $ 0.00 | $ 0.00<br>0 | **$ 29.00** |
| 7019086<br>8892419 | LEE, KATONIA<br>OCHSNER CLINIC OF BATON ROUGE | Complete | 11/02/20<br>B Stockhausen | $ 8.00 | $ 0.00 | $ 0.00 | $ 0.00<br>17 | **$ 8.00** |

**ReleasePoint**

**405 W. Foothill Blvd**
**Suite 204**
**Claremont, CA 91711**

**Total Amount Due:**          **$ 45.00**

**Tax ID: 95-2843455**

**Lincoln/Lee 0823**



Date:        November 9, 2020

Subject:    **Nursing Memorandum**

*Claim#:*  8892419

*Claimant:*  Katonia Lee

*Clinical Assessment:*

Please see prior NDC desk consult 7/28/20. In brief, associate with lymphoma {C85.90} associated with a chronic immune condition {B20}, she completed chemotherapy 6/2019 and f/u with Dr. Dang has revealed she has been doing well, regaining weight with plan to remove chemotherapy port if imaging 11/2020 reveals no evidence of disease. Comorbid conditions include high blood pressure, biliary stricture and hx of bleeding stomach ulcer. Updated records from Dr. Nnadi {infectious disease} reveal LOV 8/10/20 a which time she presented feeling better, no recent labs, but has been compliant with meds for her chronic immune condition with no side effects; physical exam was normal and she was recommended to remain compliant with meds, f/u with oncology, obtain labs and f/u 4 months. Labs 8/10/20 overall were stable, labs for chronic immune condition stable, virus undetectable and a liver enzyme level remained elevated, but less so {likely elevated associated with either the lymphoma and / or her hx of liver disease}. A restrictions form from Dr. NNadi, 10/6/20 advises NOV 12/8/20 and R&L's of occasional lift / carry up to 10lbs, occasional stand / walk in place from 10/1/20 to 10/1/21. The last restrictions form from A. Normand {NP / oncology} advised no restrictions to her activity.

In summary, associate with lymphoma associated with her chronic immune condition, this indicates her chronic immune condition is advanced; the lymphoma seems to have responded to chemotherapy {pending repeat imaging this month, with possible port removal} and her chronic immune condition is stable on meds. She reports no current symptoms or medication side effects and physical exam revealed elevated blood pressure {for which she is on medication}, but otherwise was normal. Based on the physical exams, labs and no report of symptoms or side effects, it would seem associate would be able to perform at higher than a desk level; however, as she is pending repeat imaging with possible port removal this month, recommend determine when she has the PET scan imaging, once imaging has occurred, obtain copy of the report and the most recent OVN from oncology {Dr. Dang}. If there is recurrence of the lymphoma and she begins chemotherapy, R&L's of less than sedentary will be reasonable for initiation of tx; of no evidence of disease recurrence consider referral for IM peer review. CS advised of NDC memorandum, if no further NDC activity, file will be removed from assignment by end of day.

Katie L., RN

Nurse Disability Consultant, Lincoln Financial Group

FOR INTERNAL DISTRIBUTION ONLY

**Lincoln/Lee 0824**

**Medical Record Overview**

**ReleasePoint**

**Date:**    November 2, 2020

**Patient Name:**    LEE, KATONIA

**Records From:**    OCHSNER CLINIC OF BATON ROUGE
17000 Medical Center
Baton Rouge, LA  70816
(225) 761-5410

**RP ID:** 7019086

**Client ID:** 8892419

**Source:** L-WALMAR

**Request Scope:** From July 11, 2020 to Present

**Req By:**  B Stockhausen
05-290765

**Chart Range:**    07/10/2020 - 08/10/2020

SSN:

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Jul 10 2020 | Aug 10 2020 | 16 | 2 |
| Non Medical/Other | | | 1 | 18 |

**Total Page Count:**    17

**Notes From QC:**

**Lincoln/Lee 0825**

Progress Notes - 08/10/2020
_____

Lee, Katonia (MR # 2325810) DOB:

# Lee, Katonia
MRN: 2325810
_____

**Office Visit** 8/10/2020     Provider: John O. Nnadi, MD (Infectious Diseases)
O'Neal - Infectious Disease    Primary diagnosis: Lymphoma related to acquired immunodeficiency syndrome (AIDS)
Reason for Visit: Follow-up

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 156/97 ❗ (Abnormal) Pulse 99 Temp 98.2 °F (36.8 °C) Wt 81.6 kg (179 lb 14.3 oz) BMI 32.90 kg/m² BSA 1.89 m² |
| Flowsheets: | Anthropometrics |
| SmartForms: | ⚡ OHS AMB - FALL RISK |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Instructions

▦ Follow up in about 4 months (around 12/10/2020).

After Visit Summary (Printed 8/10/2020)

## Progress Notes    John O. Nnadi, MD (Physician) • Infectious Diseases • 8/10/2020 11:00 AM • Signed

### HIV Follow-up Visit
Katonia Lee is here for follow-up of HIV infection. She is feeling better since her last visit. She is on Biktarvy but has not had recent labs this year .
Latest HIV labs-

| Component Latest Ref Rng & Units | 12/31/2019 | 7/22/2019 |
|---|---|---|
| | | 10:25 AM |
| HIV 1 RNA Ultra <40 Copies/mL | <40 | <40 |

| Component Latest Ref Rng & Units | 12/31/2019 | 7/22/2019 |
|---|---|---|
| Absolute CD4 300 - 1400 cells/ul | 257.0 (L) | 119 (L) |

Patient is compliant with HIV medications.
Patient does not have side effects with the HIV medications.none

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

Printed by Takeasha Drake, LMSW at 10/30/20 12:00 PM      Page 1 of 5

**Lincoln/Lee 0826**

Progress Notes - 08/10/2020

Lee, Katonia (MR # 2325810) DOB:

Review of Systems
Constitutional: Negative.  Negative for chills, diaphoresis, fever, malaise/fatigue and weight loss.
HENT: Negative for hearing loss.
Eyes: Negative for blurred vision, double vision and photophobia.
Respiratory: Negative for cough and hemoptysis.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Negative for heartburn, nausea and vomiting.
Genitourinary: Negative for dysuria and urgency.
Skin: Negative for itching and rash.
Neurological: Negative for dizziness and tingling.
Endo/Heme/Allergies: Negative for environmental allergies. Does not bruise/bleed easily.
Psychiatric/Behavioral: Negative.  Negative for depression and suicidal ideas.

Physical Exam
Constitutional: She is oriented to person, place, and time. Vital signs are normal. She appears well-developed.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Pupils are equal, round, and reactive to light. Conjunctivae and EOM are normal.
Neck: Normal range of motion. Neck supple. No thyroid mass and no thyromegaly present.
Cardiovascular: Normal rate, normal heart sounds and intact distal pulses.
Pulmonary/Chest: Effort normal and breath sounds normal. No accessory muscle usage. No respiratory distress.
Abdominal: Soft. Bowel sounds are normal. She exhibits no mass. There is no abdominal tenderness.
Musculoskeletal: Normal range of motion.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is intact. No rash noted.
Psychiatric: She has a normal mood and affect.
Nursing note and vitals reviewed.

**Immunization History**
Administered                                                    Date(s) Administered
• Pneumococcal Conjugate - 13 Valent        03/01/2019

**Assessment:**
1. Lymphoma related to acquired immunodeficiency syndrome (AIDS)
2. AIDS (acquired immune deficiency syndrome)
3. Essential hypertension

**Plan:**
**Problem List Items Addressed This Visit**

**Essential hypertension**
Will continue Norvasc

Ochsner Fax Server        10/30/2020 12:34:05 PM    PAGE    15/018    Fax Server

**Lincoln/Lee 0827**

Progress Notes - 08/10/2020

Lee, Katonia (MR # 2325810) DOB:

**Lymphoma related to acquired immunodeficiency syndrome (AIDS)**
Will continue oncology follow up

**AIDS (acquired immune deficiency syndrome)**
Will continue Biktarvy , will follow repeat HIV labs today .
Encouraged to be compliant with therapy .

The patient has been counseled regarding the importance of compliance with every dose of HIV medications. Possible side effects have been reviewed and the patient's questions have been answered.

Not recorded

## All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99214 | PR OFFICE/OUTPT VISIT,EST,LEVL IV | 8/10/2020 | John O. Nnadi, MD | S$GLB | 1 |
| 999999213 | PR PBB SHADOW E&M-EST. PATIENT-LVL III | 8/10/2020 | John O. Nnadi, MD | PBBFAC | 1 |
| 3080F | PR MOST RECENT DIASTOLIC BLOOD PRESSURE >= 90 MM HG | 8/10/2020 | John O. Nnadi, MD | S$GLB, CPTII | 1 |
| 3077F | PR MOST RECENT SYSTOLIC BLOOD PRESSURE >= 140 MM HG | 8/10/2020 | John O. Nnadi, MD | S$GLB, CPTII | 1 |
| 3008F | PR BODY MASS INDEX (BMI) DOCUMENTED | 8/10/2020 | John O. Nnadi, MD | S$GLB, CPTII | 1 |

## Level of Service

Level of Service

**PR OFFICE/OUTPT VISIT,EST,LEVL IV [99214]**

## BestPractice Advisories

Click to view BestPractice Advisory history

## AVS Reports

| Date/Time | Report | Action | User |
|---|---|---|---|
| 8/10/2020 11:28 AM | After Visit Summary | Printed | Charlene Henderson, MA |
| 8/10/2020 11:24 AM | After Visit Summary | Automatically Generated | John O. Nnadi, MD |

## 🗎 Encounter-Level Documents - 08/10/2020:

After Visit Summary - Document on 8/10/2020 11:28 AM by Charlene Henderson, MA: After Visit Summary

After Visit Summary - Document on 8/10/2020 11:24 AM by John O. Nnadi, MD: After Visit Summary

## ✍ Visit Diagnoses and Associated Orders

Lymphoma related to acquired immunodeficiency syndrome (AIDS)

**Lincoln/Lee 0828**

Progress Notes - 08/10/2020

Lee, Katonia (MR # 2325810) DOB:

ICD-10-CM: B20, C85.90
ICD-9-CM: 042, 202.80

AIDS (acquired immune deficiency syndrome)
ICD-10-CM: B20
ICD-9-CM: 042

Essential hypertension
ICD-10-CM: I10
ICD-9-CM: 401.9

## ⬓ Problem List

as of 8/10/2020

| | Noted - Resolved |
|---|---|
| Derm | |
| Rash | 8/20/2019 - Present |
| Pulmonary | |
| Multiple lung nodules on CT | 7/25/2019 - Present |
| Cardiac/Vascular | |
| Essential hypertension | 2/12/2018 - Present |
| Current Assessment & Plan 8/10/2020 Office Visit Written 8/10/2020 11:22 AM by John O. Nnadi, MD Will continue Norvasc | |
| All Assessment & Plan Notes | |
| ID | |
| Lymphoma related to acquired immunodeficiency syndrome (AIDS) | 1/21/2019 - Present |
| Current Assessment & Plan 8/10/2020 Office Visit Written 8/10/2020 11:20 AM by John O. Nnadi, MD Will continue oncology follow up | |
| All Assessment & Plan Notes | |
| AIDS (acquired immune deficiency syndrome) | 1/24/2019 - Present |
| Current Assessment & Plan 8/10/2020 Office Visit Written 8/10/2020 11:21 AM by John O. Nnadi, MD Will continue Biktarvy , will follow repeat HIV labs today . Encouraged to be compliant with therapy . | |
| All Assessment & Plan Notes | |
| HIV disease | Unknown - Present |
| Oncology | |
| B-cell lymphoma | 1/22/2019 - Present |
| All Assessment & Plan Notes | |
| Lymphoma | 2/11/2019 - Present |
| Anemia | 2/26/2019 - Present |
| All Assessment & Plan Notes | |
| GI | |
| Elevated LFTs | 1/21/2019 - Present |
| All Assessment & Plan Notes | |
| Biliary obstruction | 4/30/2019 - Present |

Printed by Takeasha Drake, LMSW at 10/30/20 12:00 PM                                Page 4 of 5

10/30/2020 12:34:05 PM    PAGE    17/018    Fax Server

**Lincoln/Lee 0829**

**Progress Notes - 08/10/2020**

Lee, Katonia (MR # 2325810) DOB:

| | Noted - Resolved |
|---|---|
| Other | |
| Other chest pain | 2/26/2019 - Present |
| All Assessment & Plan Notes | |

## Orders Placed

None

## Medication Changes

As of 8/10/2020 11:05 AM

None

## Fall Risk

Patient Mobility Status: Ambulatory
Number of falls in the past 12 months?: 0
Fall Risk?: No

## Visit Diagnoses

Lymphoma related to acquired immunodeficiency syndrome (AIDS) B20, C85.90
AIDS (acquired immune deficiency syndrome) B20
Essential hypertension I10

Ochsner Fax Server    10/30/2020 12:34:05 PM    PAGE    18/018    Fax Server

**Lincoln/Lee 0830**

Progress Notes - 07/10/2020

Lee, Katonia (MR # 2325810) DOB:

# Lee, Katonia

MRN: 2325810

**Office Visit** 7/10/2020
BR Cancer Center -
Hematology Oncology

Provider: Long H. Dang, MD (Hematology and Oncology)
Primary diagnosis: Lymphoma related to acquired immunodeficiency syndrome (AIDS)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 123/82 Pulse 84 Temp 97.9 °F (36.6 °C) (Oral) Wt 82 kg (180 lb 12.4 oz) SpO2 99% BMI 33.06 kg/m² BSA 1.89 m² Pain Sc 0-No pain   More Vitals |
| Flowsheets: | Anthropometrics, Depression Patient Health Questionnaire (PHQ2) |
| SmartForms: | ⚹ OHS AMB - FALL RISK • ⚹ ECOG SCORE |
| Encounter Info: | Billing Info, History, Allergies. Detailed Report |

## Instructions

After Visit Summary (Automatic SnapShot taken 7/10/2020),
PRT TX Calendar (Automatic SnapShot taken 7/10/2020)

## Progress Notes

Long H. Dang, MD (Physician) • Hematology and Oncology • 7/10/2020 11:20 AM • Signed

**Subjective:**

**Patient ID:** Katonia Lee is a 50 y.o. female.

**Chief Complaint:** Lymphoma related to acquired immunodeficiency syndrome (AIDS) [B20, C85.90]
HPI: We have an opportunity to see Ms. Katonia Lee in Hematology Oncology clinic at Ochsner Medical Center on 07/09/2020. Ms. Katonia Lee is a 50 y.o. woman AIDS-related DLBCL completed treatment s/p 7 cycles of RCHOP with 1st 2 cycles dose reduced, s/p 6 IT MTX. Reports doing well.

**Oncology History**
**Lymphoma related to acquired immunodeficiency syndrome (AIDS)**
1/21/2019     **Initial Diagnosis**
              Lymphoma related to acquired immunodeficiency syndrome (AIDS)

1/31/2019 -     **Chemotherapy**
              Treatment Summary
              Plan Name: OP RITUXIMAB Q3M (MAINTENANCE)
              Treatment Goal: Palliative
              Status: Inactive
              Start Date: 1/27/2019
              End Date: 1/27/2019
              Provider: Ronald D. Delrie Jr., MD
              Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride 0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous, Clinic/HOD 1 time, 1 of 2 cycles
              Administration: 664 mg (1/27/2019)

              Plan Name: R-EPOCH INPATIENT

Ochsner Fax Server    10/30/2020 12:34:05 PM    PAGE    3/018    Fax Server

**Lincoln/Lee 0831**

Progress Notes - 07/10/2020

Lee, Katonia (MR # 2325810) DOB:

Treatment Goal: Curative
Status: Inactive
Start Date: 1/31/2019
End Date: 1/31/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg, Intravenous, Every 24 hours (non-standard times), 1 of 4 cycles
Administration: 1,270 mg (1/31/2019)

riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time, 0 of 3 cycles

DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine (ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, , Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles

Plan Name: OP R-CHOP Q3W
Treatment Goal: Curative
Status: Active
Start Date: 2/18/2019
End Date: 6/3/2019 (Planned)
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: DOXOrubicin chemo injection 20 mg, 12.5 mg/m2 = 20 mg (25 % of original dose 50 mg/m2), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Dose modification: 12.5 mg/m2 (25 % of original dose 50 mg/m2, Cycle 1, Reason: Original Dose Changed)
Administration: 20 mg (2/18/2019), 20 mg (3/11/2019)

vinCRIStine (ONCOVIN) 2 mg in sodium chloride 0.9% 50 mL chemo infusion, 2 mg (100 % of original dose 2 mg), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Dose modification: 2 mg (original dose 2 mg, Cycle 1, Reason: MD Discretion, Comment: capping vincristine at 2 mg)
Administration: 2 mg (2/18/2019), 2 mg (3/11/2019)

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,180 mg in sodium chloride 0.9% 309 mL chemo infusion, 750 mg/m2 = 1,180 mg, Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Administration: 1,180 mg (2/18/2019), 1,210 mg (3/11/2019)

methotrexate (PF) 6 mg in sodium chloride 0.9% (NORMAL SALINE FLUSH) 3 mL INTRATHECAL chemo injection, , Intrathecal, Clinic/HOD 1 time, 0 of 4 cycles

**B-cell lymphoma**

Chemotherapy
Treatment Summary
Plan Name: OP RITUXIMAB Q3M (MAINTENANCE)
Treatment Goal: Palliative

Printed by Takeasha Drake, LMSW at 10/30/20 11:59 AM

Page 2 of 11

**Lincoln/Lee 0832**

**Progress Notes - 07/10/2020**

Lee, Katonia (MR # 2325810) DOB:

Status: Inactive
Start Date: 1/27/2019
End Date: 1/27/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride 0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous, Clinic/HOD 1 time, 1 of 2 cycles
Administration: 664 mg (1/27/2019)

Plan Name: R-EPOCH INPATIENT
Treatment Goal: Curative
Status: Inactive
Start Date: 1/31/2019
End Date: 1/31/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg, Intravenous, Every 24 hours (non-standard times), 1 of 4 cycles
Administration: 1,270 mg (1/31/2019)

riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time, 0 of 3 cycles

DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine (ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, , Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles

Plan Name: OP R-CHOP Q3W
Treatment Goal: Curative
Status: Active
Start Date: 2/1/2019 (Planned)
End Date: 5/17/2019 (Planned)
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: DOXOrubicin chemo injection 84 mg, 50 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

vinCRIStine (ONCOVIN) 2.4 mg in sodium chloride 0.9% 50 mL chemo infusion, 1.4 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 250 mL chemo infusion, 750 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

riTUXimab (RITUXAN) 375 mg/m2 = 634 mg in sodium chloride 0.9% 634 mL infusion (conc: 1 mg/mL), 375 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • B-cell lymphoma | 1/22/2019 |
| • Biliary stricture | |

Ocshner Fax Server          10/30/2020 12:34:05 PM    PAGE  5/018    Fax Server

**Lincoln/Lee 0833**

**Progress Notes - 07/10/2020**

Lee, Katonia (MR # 2325810) DOB:

- Cancer
  *lymphoma]*
- Diffuse large B cell lymphoma of duodenum and pancreas          1/21/2019
- Encounter for blood transfusion
- HIV (human immunodeficiency virus infection)
- Hypertension
- Jaundice
- Stomach ulcer
  *bleeding*

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Paternal Grandmother | |
| • Heart disease | Mother | |
| • Breast cancer | Maternal Aunt | |

**Social History** ⌄

**Socioeconomic History**

- Marital status:   Legally Separated
  Spouse        Not on file
  name:
- Number of      Not on file
  children:
- Years of       Not on file
  education:
- Highest        Not on file
  education
  level:

**Occupational History**

- Not on file

**Social Needs**

- Financial      Not on file
  resource strain:
- Food insecurity
  Worry:        Not on file
  Inability:     Not on file
- Transportation needs
  Medical:      Not on file
  Non-medical:  Not on file

**Tobacco Use**

- Smoking       Never Smoker
  status:
- Smokeless      Never Used
  tobacco:

**Substance and Sexual Activity**

- Alcohol use:    No
  Frequency:     Never
- Drug use:       No
- Sexual activity:  Not on file

**Lifestyle**

- Physical activity
  Days per       Not on file
  week:

Printed by Takeasha Drake, LMSW at 10/30/20 11:59 AM          Page 4 of 11

**Lincoln/Lee 0834**

Progress Notes - 07/10/2020

Lee, Katonia (MR # 2325810) DOB:

| | |
|---|---|
| Minutes per session: | Not on file |
| • Stress: | Not on file |

Relationships

• Social connections

| | |
|---|---|
| Talks on phone: | Not on file |
| Gets together: | Not on file |
| Attends religious service: | Not on file |
| Active member of club or organization: | Not on file |
| Attends meetings of clubs or organizations: | Not on file |
| Relationship status: | Not on file |

Other Topics        Concern

• Not on file

Social History Narrative

• Not on file

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BRONCHOSCOPY | Bilateral | 7/25/2019 |

*Procedure: Bronchoscopy Pt needs K+; Surgeon: Tarek M. Abdallah, MD; Location: BRMH ENDO; Service: Pulmonary; Laterality: Bilateral;*

| | | |
|---|---|---|
| • CESAREAN SECTION | | |
| • ERCP | N/A | 1/25/2019 |

*Procedure: ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY); Surgeon: Janak N. Shah, MD; Location: NOMH ENDO (2ND FLR); Service: Endoscopy; Laterality: N/A;*

| | | |
|---|---|---|
| • ERCP | Left | 4/30/2019 |

*Procedure: ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY); Surgeon: Janak N. Shah, MD; Location: NOMH ENDO (2ND FLR); Service: Endoscopy; Laterality: Left; appt confirmed*

| | | |
|---|---|---|
| • ESOPHAGOGASTRODUODENOSCOPY | | |
| • INSERTION OF VENOUS ACCESS PORT | Left | 2/11/2019 |

*Procedure: INSERTION, VENOUS ACCESS PORT; Surgeon: Kyle A Jakob, MD; Location: BRMH OR; Service: General; Laterality: Left;*

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • allopurinol (ZYLOPRIM) 300 MG tablet | Take 1 tablet (300 mg total) by mouth once daily. (Patient taking differently: Take 300 mg by mouth every morning. ) | 30 tablet | 1 |
| • amLODIPine (NORVASC) 10 MG tablet | Take 1 tablet (10 mg total) by mouth once daily. | 90 tablet | 3 |

Printed by Takeasha Drake, LMSW at 10/30/20 11:59 AM                    Page 5 of 11

**Lincoln/Lee 0835**

**Progress Notes - 07/10/2020**

Lee, Katonia (MR # 2325810) DOB:

- bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet — Take 1 tablet by mouth once daily. — 30 tablet — 1
- citalopram (CELEXA) 20 MG tablet — Take 20 mg by mouth once daily.
- doxycycline (VIBRAMYCIN) 100 MG Cap — Take 1 capsule (100 mg total) by mouth once daily. — 10 capsule — 0
- ferrous gluconate 324 mg (37.5 mg iron) Tab — Take 1 tablet by mouth once daily.
- hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab — Take 1 tablet (12.5 mg total) by mouth once daily. — 90 tablet — 3
- ondansetron (ZOFRAN-ODT) 8 MG TbDL — Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). — 60 tablet — 1
- oxyCODONE (ROXICODONE) 5 MG immediate release tablet — Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain (medically necessary). — 60 tablet — 0
- predniSONE (DELTASONE) 20 MG tablet — Take 5 tablets (100mg total) by mouth once daily for 5 days — 25 tablet — 0
- promethazine (PHENERGAN) 25 MG tablet — Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. — 60 tablet — 1
- zolpidem (AMBIEN) 5 MG Tab — Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). — 30 tablet — 1

No current facility-administered medications for this visit.

**Labs:**

Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 3.68 (L) | 03/06/2020 |
| HGB | 12.1 | 03/06/2020 |
| HCT | 38.4 | 03/06/2020 |
| MCV | 97 | 03/06/2020 |
| PLT | 152 | 03/06/2020 |

BMP

Lab Results

| Component | Value | Date |
|---|---|---|
| NA | 139 | 03/06/2020 |
| K | 3.8 | 03/06/2020 |
| CL | 104 | 03/06/2020 |
| CO2 | 27 | 03/06/2020 |
| BUN | 10 | 03/06/2020 |
| CREATININE | 0.9 | 06/08/2020 |
| CALCIUM | 9.2 | 03/06/2020 |

Printed by Takeasha Drake, LMSW at 10/30/20 11:59 AM

ocnsher Fax Server    10/30/2020 12:34:05 PM    PAGE    8/018    Fax Server
**Lincoln/Lee 0836**

Progress Notes - 07/10/2020

Lee, Katonia (MR # 2325810) DOB:

| | | |
|---|---|---|
| ANIONGAP | 8 | 03/06/2020 |
| ESTGFRAFRICA | >60 | 06/08/2020 |
| EGFRNONAA | >60 | 06/08/2020 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| ALT | 12 | 03/06/2020 |
| AST | 19 | 03/06/2020 |
| ALKPHOS | 173 (H) | 03/06/2020 |
| BILITOT | 0.3 | 03/06/2020 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| IRON | 77 | 08/20/2019 |
| TIBC | 379 | 08/20/2019 |
| FERRITIN | 684 (H) | 08/20/2019 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| VITAMINB12 | 1042 (H) | 08/20/2019 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| FOLATE | 3.3 (L) | 08/20/2019 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| TSH | 1.014 | 01/23/2019 |

I have reviewed the radiology reports and examined the scan/xray images.

Review of Systems
Constitutional: Negative.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Negative.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative.
Hematological: Negative.
Psychiatric/Behavioral: Negative.

ECOG SCORE
    0 - Fully active-able to carry on all pre-disease performance without restriction

**Objective:**

**Vitals:**
                07/10/20 1147
BP:         123/82
Pulse:      84

Printed by Takeasha Drake, LMSW at 10/30/20 11:59 AM          Page 7 of 11

Ochsner Fax Server          10/30/2020 12:34:05 PM    PAGE    9/018    Fax Server

**Lincoln/Lee 0837**

Progress Notes - 07/10/2020

Lee, Katonia (MR # 2325810) DOB:

Temp:        97.9 °F (36.6 °C)
Body mass index is 33.06 kg/m².
**Physical Exam**
Vitals signs and nursing note reviewed.
Constitutional:
  Appearance: She is well-developed.
HENT:
  Head: Normocephalic and atraumatic.
Eyes:
  Conjunctiva/sclera: Conjunctivae normal.
Neck:
  Musculoskeletal: Normal range of motion and neck supple.
Cardiovascular:
  Rate and Rhythm: Normal rate and regular rhythm.
Pulmonary:
  Effort: Pulmonary effort is normal.
  Breath sounds: Normal breath sounds.
Abdominal:
  General: Bowel sounds are normal.
  Palpations: Abdomen is soft.
Musculoskeletal: Normal range of motion.
Skin:
  General: Skin is warm and dry.
Neurological:
  Mental Status: She is alert and oriented to person, place, and time.
Psychiatric:
  Behavior: Behavior normal.
  Thought Content: Thought content normal.
  Judgment: Judgment normal.

**Assessment:**

1.   **Lymphoma related to acquired immunodeficiency syndrome (AIDS)**

**Plan:**

**Lymphoma related to acquired immunodeficiency syndrome (AIDS)**
Will remove port in 4 months if NED on PET.
Port flush every 2 months.
  - NM PET CT Routine Skull to Mid Thigh; Future; Expected date: 11/13/2020
  - CBC auto differential; Future; Expected date: 07/10/2020
  - Comprehensive metabolic panel; Future; Expected date: 07/10/2020
  - Lactate Dehydrogenase; Future; Expected date: 07/10/2020

Printed by Takeasha Drake, LMSW at 10/30/20 11:59 AM                                    Page 8 of 11

**Lincoln/Lee 0838**

**Progress Notes - 07/10/2020**

Lee, Katonia (MR # 2325810) DOB:

## Other Notes

All notes

Addendum Note from Long H. Dang, MD (Hematology and Oncology)

Not recorded

## All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|------|-------------|--------------|------------------|-----------|-----|
| 99214 | PR OFFICE/OUTPT VISIT,EST,LEVL IV | 7/10/2020 | Long H. Dang, MD | S$GLB | 1 |
| 999999213 | PR PBB SHADOW E&M-EST. PATIENT-LVL III | 7/10/2020 | Long H. Dang, MD | PBBFAC | 1 |
| 3079F | PR MOST RECENT DIASTOLIC BLOOD PRESSURE 80-89 MM HG | 7/10/2020 | Long H. Dang, MD | S$GLB, CPTII | 1 |
| 3074F | PR MOST RECENT SYSTOLIC BLOOD PRESSURE < 130 MM HG | 7/10/2020 | Long H. Dang, MD | S$GLB, CPTII | 1 |
| 3008F | PR BODY MASS INDEX (BMI) DOCUMENTED | 7/10/2020 | Long H. Dang, MD | S$GLB, CPTII | 1 |

## Level of Service

Level of Service

**PR OFFICE/OUTPT VISIT,EST,LEVL IV [99214]**

## BestPractice Advisories

Click to view BestPractice Advisory history

## AVS Reports

| Date/Time | Report | Action | User |
|-----------|--------|--------|------|
| 7/10/2020 1:23 PM | PRT TX Calendar | Automatically Generated | Long H. Dang, MD |
| 7/10/2020 1:23 PM | After Visit Summary | Automatically Generated | Long H. Dang, MD |
| 7/10/2020 12:10 PM | PRT TX Calendar | Automatically Generated | Long H. Dang, MD |
| 7/10/2020 12:10 PM | After Visit Summary | Automatically Generated | Long H. Dang, MD |

## ☐ Encounter-Level Documents - 07/10/2020:

After Visit Summary - Document on 7/10/2020 1:23 PM by Long H. Dang, MD: PRT TX Calendar

After Visit Summary - Document on 7/10/2020 1:23 PM by Long H. Dang, MD: After Visit Summary

After Visit Summary - Document on 7/10/2020 12:10 PM by Long H. Dang, MD: PRT TX Calendar

After Visit Summary - Document on 7/10/2020 12:10 PM by Long H. Dang, MD: After Visit Summary

## ⚕ Visit Diagnoses and Associated Orders

Lymphoma related to acquired immunodeficiency syndrome (AIDS)  - Primary

Printed by Takeasha Drake, LMSW at 10/30/20 11:59 AM

Page 9 of 11

**Lincoln/Lee 0839**

**Progress Notes - 07/10/2020**

Lee, Katonia (MR # 2325810) DOB:

ICD-10-CM: B20, C85.90
ICD-9-CM: 042, 202.80
NM PET CT Routine Skull to Mid Thigh [IMG3078 Custom]  - *Future Order*
CBC auto differential [LAB1748 Custom]  - *Future Order*
Comprehensive metabolic panel [LAB17 Custom]  -- *Future Order*
Lactate Dehydrogenase [LAB96 Custom]  - *Future Order*

## ✍ Problem List

as of 7/10/2020

|  | Noted - Resolved |
|---|---|
| Derm |  |
| **Rash** | 8/20/2019 - Present |
| Pulmonary |  |
| **Multiple lung nodules on CT** | 7/25/2019 - Present |
| Cardiac/Vascular |  |
| **Essential hypertension** | 2/12/2018 - Present |
| All Assessment & Plan Notes |  |
| ID |  |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | 1/21/2019 - Present |
| All Assessment & Plan Notes |  |
| **AIDS (acquired immune deficiency syndrome)** | 1/24/2019 - Present |
| All Assessment & Plan Notes |  |
| **HIV disease** | Unknown - Present |
| Oncology |  |
| **B-cell lymphoma** | 1/22/2019 - Present |
| All Assessment & Plan Notes |  |
| **Lymphoma** | 2/11/2019 - Present |
| **Anemia** | 2/26/2019 - Present |
| All Assessment & Plan Notes |  |
| GI |  |
| **Elevated LFTs** | 1/21/2019 - Present |
| All Assessment & Plan Notes |  |
| **Biliary obstruction** | 4/30/2019 - Present |
| Other |  |
| **Other chest pain** | 2/26/2019 - Present |
| All Assessment & Plan Notes |  |

## Linked Episodes

ONCOLOGY TREATMENT Noted 1/26/2019

## Orders Placed

CBC auto differential

Printed by Takeasha Drake, LMSW at 10/30/20 11:59 AM                    Page 10 of 11

**Lincoln/Lee 0840**

**Progress Notes - 07/10/2020**

Lee, Katonia (MR # 2325810) DOB:

Comprehensive metabolic panel
Lactate Dehydrogenase
NM PET CT Routine Skull to Mid Thigh

## Medication Changes

As of 7/10/2020 11:50 AM

None

## Fall Risk

Patient Mobility Status: Ambulatory
Number of falls in the past 12 months?: 0
Fall Risk?: No

## Visit Diagnoses

Lymphoma related to acquired immunodeficiency syndrome (AIDS) B20, C85.90

Printed by Takeasha Drake, LMSW at 10/30/20 11:59 AM                    Page 11 of 11

**Lincoln/Lee 0841**

Non Medical/Other

**Ochsner**
Health System

# Fax

Date: 10/30/2020

ATTN:

Company: Lincoln Financial

Fax: 218-834-4921

Phone:

RE: Claim # 7019086
048

From: Sarah Dulaney, MSW, LCSW ☐
Ashley Snowden, MSW, LMSW ☐
Takeasha Drake, MSW, LMSW ☐
Ashlyn Bridges, MSW Intern ☐
Mallory Buuck, MSW Intern ☐

Department: Hematology/Oncology

Phone: 225-761-5649 (The Grove)
225-754-5092 (Cancer Ctr)

Fax: 225-761-5508 (The Grove)
225-754-5019 (Cancer Ctr)

Number of pages (incl. cover sheet): (7)

**Hematology/Oncology and Radiation Oncology**
Burke J. Brooks, MD, FACP
Ruben D. Fabrega, MD
Long H. Dang, MD
Jeanette Kovtun, MD
Daniel Ezekwudo, MD
Rockne Hymel, III, MD
Sydney Prescott, RN, MSN, NP-C
April Normand, NP
Cheree Bodden, NP
Tyesha Taylor, NP

Ochsner Health, a part of Ochsner Clinic Foundation

10310 The Grove Blvd • Baton Rouge, LA 70836 • Phone 225-761-5200 • Fax 225-761-5508 • www.ochsner.org

IF THERE ARE ANY PROBLEMS WITH THIS TRANSMISSION, PLEASE CALL IMMEDIATELY. THANK YOU.

CONFIDENTIALITY NOTICE: The accompanying facsimile is intended solely for the use of the use of the recipient designated above. Document(s) transmitted herewith may contain information that is confidential and privileged. Delivery, distribution or dissemination of this communication other than to the intended recipient is strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone.

**Lincoln/Lee 0842**

# Quality Assurance Report

## Request Information

Report Date:    November 2, 2020                    **RP ID:** 7019086

Patient Name:   LEE, KATONIA

Provider Name: OCHSNER CLINIC OF BATON ROUGE

## Quality Assurance Information

Scope Requested: **From July 11, 2020 to Present**

Special Request:
   - Seen By: OCHSNER CLINIC OF BATON ROUGE

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By:  PGUEV

**Lincoln/Lee 0843**

Ochsner Fax Server    10/30/2020 2:47:32 PM    PAGE    1/011    Fax Server



**To: 6033347428**

Company:
    Fax: 6033347428
Phone:

**From: 2024033**

Fax:
Phone:
E-mail: charlene.henderson@ochsner.org

---

**NOTES:**

---

**Date and time of transmission:** Friday, October 30, 2020 2:47:18 PM
**Number of pages including this cover sheet:** 11

PAGE 1/11 * RCVD AT 10/30/2020 3:47:30 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/0 * DNIS:6033347428 * CSID:Ochsner Fax Server * ANI:15042497902 * DURATION (mm-ss):05

Lincoln/Lee 0844

Ochsner Fax Server    10/30/2020 2:47:32 PM    PAGE    2/011    Fax Server

09/23/20  09:14:27  Lincoln Financial    -)    Ochsner Fax Server Lincoln Financial Gr Page 002



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

September 23, 2020

Dr. John Nnadi
Ochsner Medical Center - Baton Rouge
17000 MEDICAL CENTER DR.
BATON ROUGE, LA 70816

RE:    Long Term Disability (LTD) Benefits
       Walmart, Inc.
       Claim #: 8892419
       Claimant: Katonia Lee
       Claimant D.O.B.:

Dear Dr. John Nnadi:

We are the Disability Claim Administrator for your patient, Katonia Lee.

To evaluate Ms. Lee's eligibility for disability benefits and to help facilitate a return to work, when
appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from
  January 1, 2020 through present
- Restrictions and Limitations Form

- Completion of the Enclosed Forms:

  X  WM Restrictions Form
  ___  Other

We ask that you provide this information by September 30, 2020. Failure to provide the requested
information may result in an adverse benefit or claim determination. The information can be faxed
to our office at our secure fax number (603) 334-7428 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and
amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities
under HIPAA as a health care provider, and our associated responsibility of ensuring this
information is protected against deliberate or inadvertent misuse or disclosure.

1  of 2

**Lincoln/Lee 0845**

09/23/20  09:15:03  Lincoln Financial    ->    Ochsner Fax Server Lincoln Financial Gr Page 004

*Faxed 10/13/20*

# Lincoln
### Financial Group®

## Restrictions Form

Patient Name: **Katonia Lee** _____ Date of Birth: _____ Claim Number: _____

### To be completed by a Physician:

Date First Treated: __2/19/19__

Date Last Treated: __8/10/20__

Next Office Visit: __12/8/20__

Diagnosis(es) with ICD 10 Codes: __HIV - B20__

Physician's Area of Specialty: __ID__

For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- ☐ **No Restrictions**
- ☐ **No Work Capacity**
- ☒ **Sedentary** - Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **Light** - Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **Medium** - Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **Heavy** - Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **Very Heavy** - Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

*Occasionally* – Up to 20 minutes/Hour and Up to 2 ½ Hours/Day

*Frequently* – Up to 40 Minutes/Hour and Up to 5 ½ Hours/Day

*Constantly* - Over 40 Minutes/Hour and Over 5 ½ Hours/Day

Restrictions Imposed From (Please Date) __10/1/20__    To __10/1/21__

Defer Restrictions to (Please add Provider's Name and Specialty): __John Nnadi, md - ID__

If impairment is related to lifting, please confirm how much your patient can lift using both arms in combination:

_____

Additional Restrictions : _____

Provider's Name (Please Print): __John Nnadi, md__ Signature : __John Nnadi__ Date : __10/6/20__

**Lincoln/Lee 0846**

Lee, Katonia (MRN 2325810)                                    Encounter Date: 08/10/2020

# Katonia Lee

Description: Female DOB:

8/10/2020 11:00 AM   Office Visit
MRN: 2325810

Provider: John O. Nnadi, MD  Department: Onlc Infectious Disease

## Reason for Visit

Follow-up

## Follow-up and Dispositions

- Follow up in about 4 months (around 12/10/2020).

Follow-up and Disposition History

## Visit Diagnoses and Associated Orders

Lymphoma related to acquired immunodeficiency syndrome (AIDS)
ICD-10-CM: B20, C85.90
ICD-9-CM: 042, 202.80

AIDS (acquired immune deficiency syndrome)
ICD-10-CM: B20
ICD-9-CM: 042

Essential hypertension
ICD-10-CM: I10
ICD-9-CM: 401.9

## Vital Signs - Last Recorded

Most recent update: 8/10/2020 11:11 AM

| BP | Pulse | Temp | Wt | BMI |
|---|---|---|---|---|
| 156/97 ! | 99 | 98.2 °F (36.8 °C) | 81.6 kg (179 lb 14.3 oz) | 32.90 kg/m² |

## Fall Risk

Patient Mobility Status: Ambulatory
Number of falls in the past 12 months?: 0
Fall Risk?: No

## Last Filed Values

| | Value | Time | User |
|---|---|---|---|
| Fall Risk | No | 8/10/2020 11:04 AM | Charlene Henderson, MA |

## Progress Notes

### John O. Nnadi, MD at 8/10/2020 11:00 AM

Status: Signed

#### HIV Follow-up Visit

Katonia Lee is here for follow-up of HIV infection. She is feeling better since her last visit. She is on Biktarvy but has not had recent labs this year .
Latest HIV labs-

| Component | 12/31/2019 | 7/22/2019 |
|---|---|---|
| Latest Ref Rng & Units | | |

Lee, Katonia (MRN 2325810) Printed by Charlene Henderson, MA [290773] at 10/30/20 ...   Page 1 of 7

**Lincoln/Lee 0847**

Ochsner Fax Server    10/30/2020 2:47:32 PM    PAGE    5/011    Fax Server

Lee, Katonia (MRN 2325810)                                     Encounter Date: 08/10/2020

|                              |          | 10:25 AM |
|------------------------------|----------|----------|
| HIV 1 RNA Ultra <40 Copies/mL | <40      | <40      |

| Component Latest Ref Rng & Units | 12/31/2019 | 7/22/2019 |
|----------------------------------|-----------|-----------|
| Absolute CD4 300 - 1400 cells/ul | 257.0 (L) | 119 (L)   |

Patient is compliant with HIV medications.
Patient does not have side effects with the HIV medications.none

The following portions of the patient's history were reviewed and updated as appropriate:
allergies, current medications, past family history, past medical history, past social history,
past surgical history and problem list.

Review of Systems
Constitutional: Negative.  Negative for chills, diaphoresis, fever, malaise/fatigue and weight
loss.
HENT: Negative for hearing loss.
Eyes: Negative for blurred vision, double vision and photophobia.
Respiratory: Negative for cough and hemoptysis.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Negative for heartburn, nausea and vomiting.
Genitourinary: Negative for dysuria and urgency.
Skin: Negative for itching and rash.
Neurological: Negative for dizziness and tingling.
Endo/Heme/Allergies: Negative for environmental allergies. Does not bruise/bleed easily.
Psychiatric/Behavioral: Negative.  Negative for depression and suicidal ideas.

Physical Exam
Constitutional: She is oriented to person, place, and time. Vital signs are normal. She
appears well-developed.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Pupils are equal, round, and reactive to light. Conjunctivae and EOM are normal.
Neck: Normal range of motion. Neck supple. No thyroid mass and no thyromegaly present.
Cardiovascular: Normal rate, normal heart sounds and intact distal pulses.
Pulmonary/Chest: Effort normal and breath sounds normal. No accessory muscle usage. No
respiratory distress.
Abdominal: Soft. Bowel sounds are normal. She exhibits no mass. There is no abdominal
tenderness.
Musculoskeletal: Normal range of motion.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is intact. No rash noted.
Psychiatric: She has a normal mood and affect.
Nursing note and vitals reviewed.

PAGE 5/11 * RCVD AT 10/30/2020 3:47:30 PM [Eastern Daylight Time] * SVR:VA1PWFAX301/0 * DNIS:6033347428 * CSID:Ochsner Fax Server * ANI:15042497902 * DURATION (mm-ss):0

**Lincoln/Lee 0848**

Lee, Katonia (MRN 2325810)                                    Encounter Date: 08/10/2020

**Immunization History**
Administered                                    Date(s) Administered
• Pneumococcal Conjugate - 13 Valent          03/01/2019

**Assessment:**
1. Lymphoma related to acquired immunodeficiency syndrome (AIDS)
2. AIDS (acquired immune deficiency syndrome)
3. Essential hypertension

**Plan:**
**Problem List Items Addressed This Visit**

**Essential hypertension**
Will continue Norvasc

**Lymphoma related to acquired immunodeficiency syndrome (AIDS)**
Will continue oncology follow up

**AIDS (acquired immune deficiency syndrome)**
Will continue Biktarvy , will follow repeat HIV labs today .
Encouraged to be compliant with therapy .

The patient has been counseled regarding the importance of compliance with every dose of HIV medications. Possible side effects have been reviewed and the patient's questions have been answered.

**Essential hypertension - John O. Nnadi, MD at 8/10/2020 11:21 AM**

Status: Written
Related Problem: Essential hypertension
Will continue Norvasc

**AIDS (acquired immune deficiency syndrome) - John O. Nnadi, MD at 8/10/2020 11:21 AM**

Status: Written
Related Problem: AIDS (acquired immune deficiency syndrome)
Will continue Biktarvy , will follow repeat HIV labs today .
Encouraged to be compliant with therapy .

**Lymphoma related to acquired immunodeficiency syndrome (AIDS) - John O. Nnadi, MD at 8/10/2020 11:20 AM**

Status: Written
Related Problem: Lymphoma related to acquired immunodeficiency syndrome (AIDS)
Will continue oncology follow up

**Medications at End of Encounter**

**Lincoln/Lee 0849**

Page 1 of 2

# Katonia Lee

8/24/2020 2:57 PM   Refill
MRN: 2325810

Description: **Female** DOB:           Provider: **John O. Nnadi, MD**
Department: **Onlc Infectious Disease** Dept Phone: **225-761-5200**

## Medication

bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet [181905]

### Outpatient Medication Detail

|  | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet | 30 tablet | 4 | 8/25/2020 |  | No |

  Sig - Route: Take 1 tablet by mouth once daily. - Oral
  Sent to pharmacy as: bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet
  Class: Normal
  Order: 525505280
  Date/Time Signed: 8/25/2020 12:25

### Pharmacy

  OCHSNER SPECIALTY PHARMACY

### Relevant Medication Information

  None found.

### Ordering Encounter Report

  Associated Reports
  View Encounter

### Warnings History

  Total number of overridden warnings: 4
                          Full Warnings History

### Order Audit Trail

  Number of times this order has been changed since signing: **7**
                          Order Audit Trail

### Order Provider Info

|  |  | Office phone | Pager | E-mail |
|---|---|---|---|---|
| Ordering User | John O. Nnadi, MD | 225-304-6663 | -- | JNNADI@OCHSNER.ORG |
| Authorizing Provider | John O. Nnadi, MD | 225-304-6663 | -- | -- |
| Pended By (on 08/24/2020 1457) | Tanisha Brooks | -- | -- | 2025694@OCHSNER.ORG |

## bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet [5255052B0]

  Electronically signed by: **John O. Nnadi, MD** on **08/25/20 1225**          Status: **Active**
  Ordering user: John O. Nnadi, MD 08/25/20 1225    Ordering provider: John O. Nnadi, MD

**Lincoln/Lee 0850**

Lee, Katonia (MRN 2325810)

# Lee, Katonia #2325810 (CSN: 182779500) (50 y.o. F)

## Results

ⓘ Comprehensive metabolic panel (Acc# 9210011713:4) (Order 525505277)

| Reviewed By | MyChart Results Release |
|---|---|
| John O. Nnadi, MD on 8/19/2020 09:51 | MyChart Status: Declined |

### ⓘ Comprehensive metabolic panel

Order: 525505277

Status: Final result   Visible to patient: No (inaccessible in Patient Portal) Next appt: 11/09/2020 at 08:15 AM in Radiology (BRCH PET CT1) Dx: AIDS (acquired immune deficiency synd...

| | Ref Range & Units | 2mo ago | 3mo ago | 4mo ago |
|---|---|---|---|---|
| Sodium | 136 - 145 mmol/L | 140 | 142 | |
| Potassium | 3.5 - 5.1 mmol/L | 3.9 | 3.9 | |
| Chloride | 95 - 110 mmol/L | 101 | 105 | |
| CO2 | 23 - 29 mmol/L | 27 | 30 ⌃ | |
| Glucose | 70 - 110 mg/dL | 99 | 109 | |
| BUN | 6 - 20 mg/dL | 10 | 15 | |
| Creatinine | 0.5 - 1.4 mg/dL | 0.9 | 1.1 | 0.9 |
| Calcium | 8.7 - 10.5 mg/dL | 10.2 | 9.6 | |
| Total Protein | 6.0 - 8.4 g/dL | 7.9 | 7.4 | |
| Albumin | 3.5 - 5.2 g/dL | 4.2 | 3.8 | |
| Total Bilirubin | 0.1 - 1.0 mg/dL | 0.4 | 0.4 CM | |

> Comment: For infants and newborns, interpretation of results should be based on gestational age, weight and in agreement with clinical observations.
> Premature Infant recommended reference ranges:
> Up to 24 hours.............<8.0 mg/dL
> Up to 48 hours............<12.0 mg/dL
> 3-5 days.................<15.0 mg/dL
> 6-29 days................<15.0 mg/dL

| | Ref Range & Units | 2mo ago | 3mo ago | 4mo ago |
|---|---|---|---|---|
| Alkaline Phosphatase | 55 - 135 U/L | 197 ⌃ | 181 ⌃ | |
| AST | 10 - 40 U/L | 19 | 17 | |
| ALT | 10 - 44 U/L | 10 | 8 ⌄ | |
| Anion Gap | 8 - 16 mmol/L | 12 | 7 ⌄ | |
| eGFR if African American | >60 mL/min/1.73 m^2 | >60.0 | >60 | >60 |
| eGFR if non African American | >60 mL/min/1.73 m^2 | >60.0 | 59 ! CM | >60 CM |

> Comment: Calculation used to obtain the estimated glomerular filtration rate (eGFR) is the CKD-EPI equation.

| Resulting Agency | | OCLB | BRLB | BRLB |
|---|---|---|---|---|

Lee, Katonia (MRN 2325810) Printed by Charlene Henderson, MA [290773] at 10/30/20 ...   Page 1 of 2

Lincoln/Lee 0851

Lee, Katonia (MRN 2325810)

# Lee, Katonia #2325810 (CSN: 182779500) (50 y.o. F)

## Results

⚠ CBC auto differential (Acc# 9210011713:3) (Order 525505276)

| Reviewed By | MyChart Results Release |
|---|---|
| John O. Nnadi, MD on 8/19/2020 09:51 | MyChart Status: Declined |

### ⚠ CBC auto differential

Order: 525505276

Status: Final result   Visible to patient: No (inaccessible in Patient Portal) Next appt: 11/09/2020 at 08:15 AM in Radiology (BRCH PET CT1) Dx: AIDS (acquired immune deficiency synd...

| | Ref Range & Units | 2mo ago | 3mo ago | 7mo ago |
|---|---|---|---|---|
| WBC | 3.90 - 12.70 K/uL | 4.32 | 3.76 ⌄ | 3.68 ⌄ |
| RBC | 4.00 - 5.40 M/uL | 4.56 | 4.23 | 3.95 ⌄ |
| Hemoglobin | 12.0 - 16.0 g/dL | 13.6 | 12.8 | 12.1 |
| Hematocrit | 37.0 - 48.5 % | 44.0 | 40.7 | 38.4 |
| MCV | 82 - 98 fL | 97 | 96 | 97 |
| MCH | 27.0 - 31.0 pg | 29.8 | 30.3 | 30.6 |
| MCHC | 32.0 - 36.0 g/dL | 30.9 ⌄ | 31.4 ⌄ | 31.5 ⌄ |
| RDW | 11.5 - 14.5 % | 13.7 | 13.6 | 13.4 |
| Platelets | 150 - 350 K/uL | 130 ⌄ | 160 | 152 |
| MPV | 9.2 - 12.9 fL | 13.4 ⌃ | 11.2 | 12.1 |
| Immature Granulocytes | 0.0 - 0.5 % | 0.2 | 0.3 | 0.3 |
| Gran # (ANC) | 1.8 - 7.7 K/uL | 2.3 | 1.4 ⌄ | 1.4 ⌄ |
| Immature Grans (Abs) | 0.00 - 0.04 K/uL | 0.01 | 0.01 CM | 0.01 CM |

Comment: Mild elevation in immature granulocytes is non specific and can be seen in a variety of conditions including stress response, acute inflammation, trauma and pregnancy. Correlation with other laboratory and clinical findings is essential.

| | Ref Range & Units | 2mo ago | 3mo ago | 7mo ago |
|---|---|---|---|---|
| Lymph # | 1.0 - 4.8 K/uL | 1.6 | 1.9 | 1.7 |
| Mono # | 0.3 - 1.0 K/uL | 0.4 | 0.4 | 0.4 |
| Eos # | 0.0 - 0.5 K/uL | 0.1 | 0.1 | 0.2 |
| Baso # | 0.00 - 0.20 K/uL | 0.02 | 0.01 | 0.01 |
| nRBC | 0 /100 WBC | 0 | 0 | 0 |
| Gran % | 38.0 - 73.0 % | 52.5 | 37.2 ⌄ | 36.7 ⌄ |
| Lymph % | 18.0 - 48.0 % | 36.8 | 50.0 ⌃ | 46.7 |
| Mono % | 4.0 - 15.0 % | 8.1 | 9.3 | 10.6 |
| Eosinophil % | 0.0 - 8.0 % | 1.9 | 2.9 | 5.4 |
| Basophil % | 0.0 - 1.9 % | 0.5 | 0.3 | 0.3 |
| Differential Method | | Automated | Automated | Automated |

Lee, Katonia (MRN 2325810) Printed by Charlene Henderson, MA [290773] at 10/30/20 ...   Page 1 of 2

Lincoln/Lee 0852

Lee, Katonia (MRN 2325810)

# Lee, Katonia #2325810 (CSN: 182779500) (50 y.o. F)

## Results

⊕ CD4 T-Helper Cells (Acc# 9210011711:1) (Order 525505274)

**Reviewed By**

John O. Nnadi, MD on 8/19/2020 09:51

**MyChart Results Release**

MyChart Status:
Declined

### ⊕ CD4 T-Helper Cells

Order: 525505274

Status: Final result   Visible to patient: No (inaccessible in Patient Portal) Next appt: 11/09/2020 at 08:15 AM in Radiology (BRCH PET CT1) Dx: AIDS (acquired immune deficiency synd...

| | Ref Range & Units | 2mo ago | 10mo ago | 1yr ago |
|---|---|---|---|---|
| CD4 % Helper T Cell | 28 - 57 % | 19.8 ▼ | 16.7 ▼ | 23.7 ▼ |
| Absolute CD4 | 300 - 1400 cells/ul | 301.0 | 257.0 ▼ CM | 119 ▼ CM |

Comment: This test was developed and its performance characteristics determined by Ochsner Clinic Foundation Flow Cytometry Laboratory. It has not been cleared or approved by the U.S. Food and Drug Administration. The FDA has determined that such clearance or approval is not necessary.  This test is used for clinical purposes. It should not be regarded as investigational or for research.  This laboratory is certified under CLIA-88 as qualified to perform high complexity clinical laboratory testing.

| Resulting Agency | | OCLB | OCLB | OCLB |
|---|---|---|---|---|

Specimen Collected: 08/10/20 12:18    Last Resulted: 08/11/20 13:58    Lab Flowsheet Order Details View Encounter Lab and Collection Details Routing Result History

CM=Additional comments

## All Reviewers List

John O. Nnadi, MD on 8/19/2020 09:51

⊀ Lab Inquiry                    View Complete Results

Ordering Encounter Report
Encounter Report

## Blood Administration

Expand All  Collapse All

View: **72 Hours**                    Sort by: **Time**

None

## ☐ Order-Level Documents:

There are no order-level documents.

## View SmartLink Info

CD4 T-Helper Cells (Order #525505274) on 8/10/20

Lee, Katonia (MRN 2325810) Printed by Charlene Henderson, MA [290773] at 10/30/20 ...   Page 1 of 2

Lincoln/Lee 0853

Lee, Katonia (MRN 2325810)

# Lee, Katonia #2325810 (CSN: 182779500) (50 y.o. F)

## Results

HIV RNA, quantitative, PCR (Acc# 9210011712;2) (Order 525505275)

| Reviewed By | MyChart Results Release |
|---|---|
| John O. Nnadi, MD on 8/19/2020 09:51 | MyChart Status: Declined |

### HIV RNA, quantitative, PCR

Order: 525505275

Status: Final result   Visible to patient: No (inaccessible in Patient Portal) Next appt: 11/09/2020 at 08:15 AM in Radiology (BRCH PET CT1) Dx: AIDS (acquired immune deficiency synd...

| | Ref Range & Units | 2mo ago (8/10/20) | 10mo ago (12/31/19) | 1yr ago (7/22/19) | 1yr ago (7/22/19) | 1yr ago (7/22/19) |
|---|---|---|---|---|---|---|
| HIV-1 RNA, Qual | Not detected | Not detected | DETECTED ! | DETECTED ! | DETECTED ! | DETECTED ! |
| HIV 1 RNA Ultra | <40 Copies/mL | <40 | <40 | <40 | <40 | <40 |
| Log HIV Copies/mL | <1.60 Log (10) Copies/mL | <1.60 | <1.60 | <1.60 | <1.60 | <1.60 |
| HIV UQ Date Received | | 8/12/20 | 1/3/20 | 7/24/19 | 7/24/19 | 7/24/19 |
| HIV UQ Date Reported | | 8/14/20 | 1/3/20 CM | 7/26/19 CM | 7/26/19 CM | 7/26/19 CM |

Comment: This test utilizes a real-time reverse-transcriptase polymerase chain reaction test from Abbott Molecular Systems to amplify a portion of the pol/integrase region of the HIV-1 genome. This test is intended for use in conjunction with clinical presentation and other laboratory markers as an indicator of disease prognosis. This test may also be used as an aid in assessing the viral response to antiretroviral treatment as measured by changes in plasma HIV-1 RNA levels. This test should not be used to establish a diagnosis of HIV-1 infection. The lower limit of quantitation is 40 copies/mL (1.60 log cy/mL) and the upper limit of quantitation is 10,000,000 copies/mL (7.00 log cy/mL). The qualitative limit of detection is 20 copies/mL (1.30 log cy/mL).
Specimens reported as DETECTED but <40 cy/mL contain detectable level of HIV-1 RNA but the viral load is below the limit of quantitation. A Not detected result does not rule out infection.
Test performed at Warde Medical Laboratory, 300 W. Textile Rd, Ann Arbor, MI  48108   800-876-6522
William G. Finn, MD  - Medical Director

| | | | | | |
|---|---|---|---|---|---|
| Resulting Agency | WARDE | WARDE | WARDE | WARDE | WARDE |

**Lincoln/Lee 0854**

Ochsner Fax Server    10/30/2020 2:59:11 PM    PAGE    1/011    Fax Server



# FAX

**To: 6033347428**

Company:

Fax: 6033347428

Phone:

**From: 2024033**

Fax:

Phone:

E-mail: charlene.henderson@ochsner.org

## NOTES:

**Date and time of transmission:** Friday, October 30, 2020 2:47:18 PM

**Number of pages including this cover sheet:** 11

PAGE 1/11 * RCVD AT 10/30/2020 3:59:10 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/1 * DNIS:6033347428 * CSID:Ochsner Fax Server * ANI:5042497902 * DURATION (mm-ss):05-0

**Lincoln/Lee 0855**

09/23/20  09:14:27  Lincoln Financial    ->    Ochsner Fax Server Lincoln Financial Gr Page 002



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

September 23, 2020

Dr. John Nnadi
Ochsner Medical Center - Baton Rouge
17000 MEDICAL CENTER DR.
BATON ROUGE, LA 70816

RE:    Long Term Disability (LTD) Benefits
       Walmart, Inc.
       Claim #: 8892419
       Claimant: Katonia Lee
       Claimant D.O.B.:

Dear Dr. John Nnadi:

We are the Disability Claim Administrator for your patient, Katonia Lee.

To evaluate Ms. Lee's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2020 through present
- Restrictions and Limitations Form

- Completion of the Enclosed Forms:

     X   WM Restrictions Form
    ___  Other

We ask that you provide this information by September 30, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-7428 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

1 of 2

Lincoln/Lee 0856

Ochsner Fax Server    10/30/2020 2:59:11 PM    PAGE    3/011    Fax Server

09/23/20  09:15:03  Lincoln Financial    ->    Ochsner Fax Server Lincoln Financial Gr Page 004

# Lincoln
**Financial Group®**

*Faxed 10/13/20*

## Restrictions Form

Patient Name: _Katonia Lee_ _____ Date of Birth: _____ Claim Number: _____

### To be completed by a Physician:

Date First Treated: _2/19/19_

Date Last Treated: _8/10/20_

Next Office Visit: _12/8/20_

Diagnosis(es) with ICD 10 Codes: _HIV- B20_

Physician's Area of Specialty: _ID_

For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- ☐ **No Restrictions**
- ☐ **No Work Capacity**
- ☒ **Sedentary** - Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **Light** - Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **Medium** - Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **Heavy** - Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **Very Heavy** - Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

*Occasionally – Up to 20 minutes/Hour and Up to 2 ½ Hours/Day*

*Frequently – Up to 40 Minutes/Hour and Up to 5 ½ Hours/Day*

*Constantly - Over 40 Minutes/Hour and Over 5 ½ Hours/Day*

Restrictions Imposed From (Please Date) _10/1/20_ To _10/1/21_

Defer Restrictions to (Please add Provider's Name and Specialty): _John Nnadi, MD -ID_

If impairment is related to lifting, please confirm how much your patient can lift using both arms in combination:

_____

Additional Restrictions : _____

Provider's Name (Please Print): _John Nnadi, MD_ Signature : _____ Date : _10/6/20_

**Lincoln/Lee 0857**

Lee, Katonia (MRN 2325810)                                    Encounter Date: 08/10/2020

# Katonia Lee

8/10/2020 11:00 AM   Office Visit
MRN: 2325810

Description: Female DOB:          Provider: John O. Nnadi, MD  Department: Onlc Infectious Disease

## Reason for Visit

Follow-up

## Follow-up and Dispositions

- Follow up in about 4 months (around 12/10/2020).

Follow-up and Disposition History

## Visit Diagnoses and Associated Orders

Lymphoma related to acquired immunodeficiency syndrome (AIDS)
ICD-10-CM: B20, C85.90
ICD-9-CM: 042, 202.80

AIDS (acquired immune deficiency syndrome)
ICD-10-CM: B20
ICD-9-CM: 042

Essential hypertension
ICD-10-CM: I10
ICD-9-CM: 401.9

## Vital Signs - Last Recorded

Most recent update: 8/10/2020 11:11 AM

| BP | Pulse | Temp | Wt | BMI |
|---|---|---|---|---|
| 156/97 ! | 99 | 98.2 °F (36.8 °C) | 81.6 kg (179 lb 14.3 oz) | 32.90 kg/m² |

## Fall Risk

Patient Mobility Status: Ambulatory
Number of falls in the past 12 months?: 0
Fall Risk?: No

## Last Filed Values

| | Value | Time | User |
|---|---|---|---|
| Fall Risk | No | 8/10/2020 11:04 AM | Charlene Henderson, MA |

## Progress Notes

### John O. Nnadi, MD at 8/10/2020 11:00 AM

Status: Signed

#### HIV Follow-up Visit

Katonia Lee is here for follow-up of HIV infection. She is feeling better since her last visit.
She is on Biktarvy but has not had recent labs this year .
Latest HIV labs-

| Component | 12/31/2019 | 7/22/2019 |
|---|---|---|
| Latest Ref Rng & Units | | |

Lee, Katonia (MRN 2325810) Printed by Charlene Henderson, MA [290773] at 10/30/20 ...   Page 1 of 7

**Lincoln/Lee 0858**

Ochsner Fax Server    10/30/2020 2:59:11 PM    PAGE    5/011    Fax Server

Lee, Katonia (MRN 2325810)                                    Encounter Date: 08/10/2020

|                              |        | 10:25 AM |
|------------------------------|--------|----------|
| HIV 1 RNA Ultra <40 Copies/mL | <40    | <40      |

| Component Latest Ref Rng & Units | 12/31/2019 | 7/22/2019 |
|----------------------------------|------------|-----------|
| Absolute CD4 300 - 1400 cells/ul | 257.0 (L)  | 119 (L)   |

Patient is compliant with HIV medications.
Patient does not have side effects with the HIV medications.none

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

Review of Systems
Constitutional: Negative.  Negative for chills, diaphoresis, fever, malaise/fatigue and weight loss.
HENT: Negative for hearing loss.
Eyes: Negative for blurred vision, double vision and photophobia.
Respiratory: Negative for cough and hemoptysis.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Negative for heartburn, nausea and vomiting.
Genitourinary: Negative for dysuria and urgency.
Skin: Negative for itching and rash.
Neurological: Negative for dizziness and tingling.
Endo/Heme/Allergies: Negative for environmental allergies. Does not bruise/bleed easily.
Psychiatric/Behavioral: Negative.  Negative for depression and suicidal ideas.

Physical Exam
Constitutional: She is oriented to person, place, and time. Vital signs are normal. She appears well-developed.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Pupils are equal, round, and reactive to light. Conjunctivae and EOM are normal.
Neck: Normal range of motion. Neck supple. No thyroid mass and no thyromegaly present.
Cardiovascular: Normal rate, normal heart sounds and intact distal pulses.
Pulmonary/Chest: Effort normal and breath sounds normal. No accessory muscle usage. No respiratory distress.
Abdominal: Soft. Bowel sounds are normal. She exhibits no mass. There is no abdominal tenderness.
Musculoskeletal: Normal range of motion.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is intact. No rash noted.
Psychiatric: She has a normal mood and affect.
Nursing note and vitals reviewed.

PAGE 5/11 * RCVD AT 10/30/2020 3:59:10 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/1 * DNIS:6033347428 * CSID:Ochsner Fax Server * ANI:5042497902 * DURATION (mm-ss):05

**Lincoln/Lee 0859**

Lee, Katonia (MRN 2325810)                                    Encounter Date: 08/10/2020

**Immunization History**

Administered                                    Date(s) Administered
• Pneumococcal Conjugate - 13 Valent            03/01/2019

**Assessment:**
1. Lymphoma related to acquired immunodeficiency syndrome (AIDS)
2. AIDS (acquired immune deficiency syndrome)
3. Essential hypertension

**Plan:**

**Problem List Items Addressed This Visit**

**Essential hypertension**
Will continue Norvasc

**Lymphoma related to acquired immunodeficiency syndrome (AIDS)**
Will continue oncology follow up

**AIDS (acquired immune deficiency syndrome)**
Will continue Biktarvy , will follow repeat HIV labs today .
Encouraged to be compliant with therapy .

The patient has been counseled regarding the importance of compliance with every dose of HIV medications. Possible side effects have been reviewed and the patient's questions have been answered.

**Essential hypertension - John O. Nnadi, MD at 8/10/2020 11:21 AM**

Status: Written
Related Problem: Essential hypertension
Will continue Norvasc

**AIDS (acquired immune deficiency syndrome) - John O. Nnadi, MD at 8/10/2020 11:21 AM**

Status: Written
Related Problem: AIDS (acquired immune deficiency syndrome)
Will continue Biktarvy , will follow repeat HIV labs today .
Encouraged to be compliant with therapy .

**Lymphoma related to acquired immunodeficiency syndrome (AIDS) - John O. Nnadi, MD at 8/10/2020 11:20 AM**

Status: Written
Related Problem: Lymphoma related to acquired immunodeficiency syndrome (AIDS)
Will continue oncology follow up

## Medications at End of Encounter

**Lincoln/Lee 0860**

Ochsner Fax Server    10/30/2020 2:59:11 PM    PAGE    7/011    Fax Server

Page 1 of 2

# Katonia Lee

8/24/2020 2:57 PM   Refill
MRN: 2325810

Description: **Female DOB:**          Provider: **John O. Nnadi, MD**
Department: **Onlc Infectious Disease** Dept Phone: **225-761-5200**

## Medication

bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet [181905]

## Outpatient Medication Detail

|  | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet | 30 tablet | 4 | 8/25/2020 |  | No |

Sig - Route: Take 1 tablet by mouth once daily. - Oral
Sent to pharmacy as: bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet
Class: Normal
Order: 525505280
Date/Time Signed: 8/25/2020 12:25

## Pharmacy

OCHSNER SPECIALTY PHARMACY

## Relevant Medication Information

None found.

## Ordering Encounter Report

Associated Reports
View Encounter

## Warnings History

Total number of overridden warnings: 4
Full Warnings History

## Order Audit Trail

Number of times this order has been changed since signing: 7
Order Audit Trail

## Order Provider Info

|  |  | Office phone | Pager | E-mail |
|---|---|---|---|---|
| Ordering User | John O. Nnadi, MD | 225-304-6663 | -- | JNNADI@OCHSNER.ORG |
| Authorizing Provider | John O. Nnadi, MD | 225-304-6663 | -- | -- |
| Pended By (on 08/24/2020 1457) | Tanisha Brooks | -- | -- | 2025694@OCHSNER.ORG |

## bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet [5255052B0]

Electronically signed by: **John O. Nnadi, MD** on 08/25/20 1225          Status: **Active**
Ordering user: John O. Nnadi, MD 08/25/20 1225      Ordering provider: John O. Nnadi, MD

——PAGE 7/11 * RCVD AT 10/30/2020 3:59:10 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/1 * DNIS:6033347428 * CSID:Ochsner Fax Server * ANI:5042497902 * DURATION (mm-ss):05-(

**Lincoln/Lee 0861**

Ochsner Fax Server    10/30/2020 2:59:11 PM    PAGE    8/011    Fax Server

Lee, Katonia (MRN 2325810)

# Lee, Katonia #2325810 (CSN: 182779500) (50 y.o. F)

## Results

(!) Comprehensive metabolic panel (Acc# 9210011713:4) (Order 525505277)

### Reviewed By

John O. Nnadi, MD on 8/19/2020 09:51

### MyChart Results Release

MyChart Status:
Declined

---

(!) **Comprehensive metabolic panel**                              Order: 525505277

Status: Final result   Visible to patient: No (inaccessible in Patient Portal) Next appt: 11/09/2020 at 08:15 AM in Radiology (BRCH PET CT1) Dx: AIDS (acquired immune deficiency synd...

| | Ref Range & Units | 2mo ago | 3mo ago | 4mo ago |
|---|---|---|---|---|
| Sodium | 136 - 145 mmol/L | 140 | 142 | |
| Potassium | 3.5 - 5.1 mmol/L | 3.9 | 3.9 | |
| Chloride | 95 - 110 mmol/L | 101 | 105 | |
| CO2 | 23 - 29 mmol/L | 27 | 30 ^ | |
| Glucose | 70 - 110 mg/dL | 99 | 109 | |
| BUN | 6 - 20 mg/dL | 10 | 15 | |
| Creatinine | 0.5 - 1.4 mg/dL | 0.9 | 1.1 | 0.9 |
| Calcium | 8.7 - 10.5 mg/dL | 10.2 | 9.6 | |
| Total Protein | 6.0 - 8.4 g/dL | 7.9 | 7.4 | |
| Albumin | 3.5 - 5.2 g/dL | 4.2 | 3.8 | |
| Total Bilirubin | 0.1 - 1.0 mg/dL | 0.4 | 0.4 CM | |

> Comment: For infants and newborns, interpretation of results should be based on gestational age, weight and in agreement with clinical observations.
> Premature Infant recommended reference ranges:
> Up to 24 hours.............<8.0 mg/dL
> Up to 48 hours............<12.0 mg/dL
> 3-5 days..................<15.0 mg/dL
> 6-29 days................<15.0 mg/dL

| | Ref Range & Units | 2mo ago | 3mo ago | 4mo ago |
|---|---|---|---|---|
| Alkaline Phosphatase | 55 - 135 U/L | 197 ^ | 181 ^ | |
| AST | 10 - 40 U/L | 19 | 17 | |
| ALT | 10 - 44 U/L | 10 | 8 v | |
| Anion Gap | 8 - 16 mmol/L | 12 | 7 v | |
| eGFR if African American | >60 mL/min/1.73 m^2 | >60.0 | >60 | >60 |
| eGFR if non African American | >60 mL/min/1.73 m^2 | >60.0 | 59 ! CM | >60 CM |

> Comment: Calculation used to obtain the estimated glomerular filtration rate (eGFR) is the CKD-EPI equation.

| | | 2mo ago | 3mo ago | 4mo ago |
|---|---|---|---|---|
| Resulting Agency | | OCLB | BRLB | BRLB |

---

PAGE 8/11 * RCVD AT 10/30/2020 3:59:10 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/1 * DNIS:6033347428 * CSID:Ochsner Fax Server * ANI:5042497902 * DURATION (mm-ss):05-0

**Lincoln/Lee 0862**

Lee, Katonia (MRN 2325810)

# Lee, Katonia #2325810 (CSN: 182779500) (50 y.o. F)

# Results

(!) CBC auto differential (Acc# 9210011713:3) (Order 525505276)

**Reviewed By**

John O. Nnadi, MD on 8/19/2020 09:51

**MyChart Results Release**

MyChart Status:
Declined

## (!) CBC auto differential

Order: 525505276

Status: Final result   Visible to patient: No (inaccessible in Patient Portal) Next appt: 11/09/2020 at 08:15 AM in Radiology (BRCH PET CT1) Dx: AIDS (acquired immune deficiency synd...

| | Ref Range & Units | 2mo ago | 3mo ago | 7mo ago |
|---|---|---|---|---|
| WBC | 3.90 - 12.70 K/uL | 4.32 | 3.76 ⌄ | 3.68 ⌄ |
| RBC | 4.00 - 5.40 M/uL | 4.56 | 4.23 | 3.95 ⌄ |
| Hemoglobin | 12.0 - 16.0 g/dL | 13.6 | 12.8 | 12.1 |
| Hematocrit | 37.0 - 48.5 % | 44.0 | 40.7 | 38.4 |
| MCV | 82 - 98 fL | 97 | 96 | 97 |
| MCH | 27.0 - 31.0 pg | 29.8 | 30.3 | 30.6 |
| MCHC | 32.0 - 36.0 g/dL | 30.9 ⌄ | 31.4 ⌄ | 31.5 ⌄ |
| RDW | 11.5 - 14.5 % | 13.7 | 13.6 | 13.4 |
| Platelets | 150 - 350 K/uL | 130 ⌄ | 160 | 152 |
| MPV | 9.2 - 12.9 fL | 13.4 ⌃ | 11.2 | 12.1 |
| Immature Granulocytes | 0.0 - 0.5 % | 0.2 | 0.3 | 0.3 |
| Gran # (ANC) | 1.8 - 7.7 K/uL | 2.3 | 1.4 ⌄ | 1.4 ⌄ |
| Immature Grans (Abs) | 0.00 - 0.04 K/uL | 0.01 | 0.01 CM | 0.01 CM |

Comment: Mild elevation in immature granulocytes is non specific and can be seen in a variety of conditions including stress response, acute inflammation, trauma and pregnancy. Correlation with other laboratory and clinical findings is essential.

| | Ref Range & Units | 2mo ago | 3mo ago | 7mo ago |
|---|---|---|---|---|
| Lymph # | 1.0 - 4.8 K/uL | 1.6 | 1.9 | 1.7 |
| Mono # | 0.3 - 1.0 K/uL | 0.4 | 0.4 | 0.4 |
| Eos # | 0.0 - 0.5 K/uL | 0.1 | 0.1 | 0.2 |
| Baso # | 0.00 - 0.20 K/uL | 0.02 | 0.01 | 0.01 |
| nRBC | 0 /100 WBC | 0 | 0 | 0 |
| Gran % | 38.0 - 73.0 % | 52.5 | 37.2 ⌄ | 36.7 ⌄ |
| Lymph % | 18.0 - 48.0 % | 36.8 | 50.0 ⌃ | 46.7 |
| Mono % | 4.0 - 15.0 % | 8.1 | 9.3 | 10.6 |
| Eosinophil % | 0.0 - 8.0 % | 1.9 | 2.9 | 5.4 |
| Basophil % | 0.0 - 1.9 % | 0.5 | 0.3 | 0.3 |
| Differential Method | | Automated | Automated | Automated |

**Lincoln/Lee 0863**

Lee, Katonia (MRN 2325810)

# Lee, Katonia #2325810 (CSN: 182779500) (50 y.o. F)

## Results

( ) CD4 T-Helper Cells (Acc# 9210011711:1) (Order 525505274)

| Reviewed By | MyChart Results Release |
|---|---|
| John O. Nnadi, MD on 8/19/2020 09:51 | MyChart Status:<br>Declined |

### ( ) CD4 T-Helper Cells

Order: 525505274

Status: Final result   Visible to patient: No (inaccessible in Patient Portal) Next appt: 11/09/2020 at 08:15 AM in Radiology (BRCH PET CT1) Dx: AIDS (acquired immune deficiency synd...

|  | Ref Range & Units | 2mo ago | 10mo ago | 1yr ago |
|---|---|---|---|---|
| CD4 % Helper T Cell | 28 - 57 % | 19.8 ▼ | 16.7 ▼ | 23.7 ▼ |
| Absolute CD4 | 300 - 1400 cells/ul | 301.0 | 257.0 ▼ CM | 119 ▼ CM |

Comment: This test was developed and its performance characteristics determined by Ochsner Clinic Foundation Flow Cytometry Laboratory. It has not been cleared or approved by the U.S. Food and Drug Administration. The FDA has determined that such clearance or approval is not necessary. This test is used for clinical purposes. It should not be regarded as investigational or for research. This laboratory is certified under CLIA-88 as qualified to perform high complexity clinical laboratory testing.

| Resulting Agency | OCLB | OCLB | OCLB |
|---|---|---|---|

| Specimen Collected:<br>08/10/20 12:18 | Last Resulted: 08/11/20<br>13:58 | Lab Flowsheet Order Details View Encounter Lab<br>and Collection Details Routing Result History |
|---|---|---|

CM=Additional comments

### All Reviewers List

John O. Nnadi, MD on 8/19/2020 09:51

                     ↗ Lab Inquiry                  View Complete Results

Ordering Encounter Report
Encounter Report

### Blood Administration

Expand All  Collapse All

View: **72 Hours**               Sort by: **Time**

None

### Order-Level Documents:

There are no order-level documents.

### View SmartLink Info

CD4 T-Helper Cells (Order #525505274) on 8/10/20

Lee, Katonia (MRN 2325810) Printed by Charlene Henderson, MA [290773] at 10/30/20 ...   Page 1 of 2

Lincoln/Lee 0864

Lee, Katonia (MRN 2325810)

# Lee, Katonia #2325810 (CSN: 182779500) (50 y.o. F)

## Results

HIV RNA, quantitative, PCR (Acc# 9210011712:2) (Order 525505275)

### Reviewed By

John O. Nnadi, MD on 8/19/2020 09:51

### MyChart Results Release

MyChart Status:
Declined

### HIV RNA, quantitative, PCR

Order: 525505275

Status: Final result　Visible to patient: No (inaccessible in Patient Portal) Next appt: 11/09/2020 at 08:15 AM in Radiology (BRCH PET CT1) Dx: AIDS (acquired immune deficiency synd...

| | Ref Range & Units | 2mo ago (8/10/20) | 10mo ago (12/31/19) | 1yr ago (7/22/19) | 1yr ago (7/22/19) | 1yr ago (7/22/19) |
|---|---|---|---|---|---|---|
| HIV-1 RNA, Qual | Not detected | Not detected | DETECTED ! | DETECTED ! | DETECTED ! | DETECTED ! |
| HIV 1 RNA Ultra | <40 Copies/mL | <40 | <40 | <40 | <40 | <40 |
| Log HIV Copies/mL | <1.60 Log (10) Copies/mL | <1.60 | <1.60 | <1.60 | <1.60 | <1.60 |
| HIV UQ Date Received | | 8/12/20 | 1/3/20 | 7/24/19 | 7/24/19 | 7/24/19 |
| HIV UQ Date Reported | | 8/14/20 | 1/3/20 CM | 7/26/19 CM | 7/26/19 CM | 7/26/19 CM |

Comment: This test utilizes a real-time reverse-transcriptase polymerase chain reaction test from Abbott Molecular Systems to amplify a portion of the pol/integrase region of the HIV-1 genome. This test is intended for use in conjunction with clinical presentation and other laboratory markers as an indicator of disease prognosis. This test may also be used as an aid in assessing the viral response to antiretroviral treatment as measured by changes in plasma HIV-1 RNA levels. This test should not be used to establish a diagnosis of HIV-1 infection. The lower limit of quantitation is 40 copies/mL (1.60 log cy/mL) and the upper limit of quantitation is 10,000,000 copies/mL (7.00 log cy/mL). The qualitative limit of detection is 20 copies/mL (1.30 log cy/mL).
Specimens reported as DETECTED but <40 cy/mL contain detectable level of HIV-1 RNA but the viral load is below the limit of quantitation. A Not detected result does not rule out infection.
Test performed at Warde Medical Laboratory,
300 W. Textile Rd, Ann Arbor, MI 48108　800-876-6522
William G. Finn, MD - Medical Director

| Resulting Agency | | | WARDE | WARDE | WARDE | WARDE | WARDE |
|---|---|---|---|---|---|---|---|

**Lincoln/Lee 0865**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

| | |
|---|---|
| Date: | October 15, 2020 |
| To: | DR. JOHN NNADI<br>OCHSNER MEDICAL CENTER - BATON ROUGE<br>17000 MEDICAL CENTER DR.<br>BATON ROUGE LA 70816 |
| Attn: | Medical Records |
| Fax: | (225) 761-5735 |
| From: | Brittany Stockhausen<br>LTD Specialist I<br>Phone No.: Phone No.: (877) 353-6404<br>Secure Fax No.: (603) 334-7428 |
| Total Pages<br>(Including Cover): | 5 |
| RE: | Claim #:    8892419<br>Claimant:    Katonia Lee<br><br>Walmart, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 353-6404 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Lee 0866**

 Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

October 15, 2020

Dr. John Nnadi
Ochsner Medical Center - Baton Rouge
17000 MEDICAL CENTER DR.
BATON ROUGE, LA 70816

RE:   Long Term Disability (LTD) Benefits
      Walmart, Inc.
      Claim #: 8892419
      Claimant: Katonia Lee
      Claimant D.O.B.:

Dear Dr. John Nnadi:

We are the Disability Claim Administrator for your patient, Katonia Lee.

To evaluate Ms. Lee's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2020 through present

We ask that you provide this information by October 29, 2020.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 334-7428 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Lee allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Lee's signature.

If you have any questions regarding this matter, please contact me.

**Lincoln/Lee 0867**

Sincerely,

Brittany Stockhausen
LTD Specialist I
Phone No.: (877) 353-6404 Ext. 18185
Secure Fax No.: (603) 334-7428

Attachments:   8892419-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.12.2020

**Lincoln/Lee 0868**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)   _Katonia Lee_

Name of legal representative, if applicable (print) _____  Relationship _____

Signature of claimant or legal representative   _Katonia Lee_

Date of Birth: _____  Claim Number: _8892419_  Date: _8-4-20_

**A copy of this authorization will be considered as valid as the original**

pg. 1 Psychotherapy.2015

**Lincoln/Lee 0869**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

### AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:**  Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT :**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization.  If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration.  The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _Katonia Lee_

Name of legal representative, if applicable (print) _Katonia Lee_     Relationship _Self_

Signature of claimant or legal representative _Katonia Lee_

Date of Birth: _____   Claim Number: _8892419_   Date: _8-4-20_

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2018

**Lincoln/Lee 0870**



**To: 6033347428**

Company:

Fax: 6033347428

Phone:


**From: 2024033**

Fax:

Phone:

E-mail: charlene.henderson@ochsner.org

---

## NOTES:

---

**Date and time of transmission:** Tuesday, October 13, 2020 10:16:00 AM

**Number of pages including this cover sheet:** 02

**Lincoln/Lee 0871**

09/23/20  09:15:03  Lincoln Financial    ->    Ochsner Fax Server Lincoln Financial Gr Page 004

# Lincoln
### Financial Group®

## Restrictions Form

Patient Name: _Katonia Lee_ _____ Date of Birth: _____ Claim Number: _____

### To be completed by a Physician:

Date First Treated: _2/19/19_

Date Last Treated: _8/10/20_

Next Office Visit: _12/8/20_

Diagnosis(es) with ICD 10 Codes: _HIV- B20_

Physician's Area of Specialty: _ID_

For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- ☐ **No Restrictions**
- ☐ **No Work Capacity**
- ☒ **Sedentary** - Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **Light** - Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **Medium** - Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **Heavy** - Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **Very Heavy** - Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

*Occasionally – Up to 20 minutes/Hour and Up to 2 ½ Hours/Day*

*Frequently – Up to 40 Minutes/Hour and Up to 5 ½ Hours/Day*

*Constantly - Over 40 Minutes/Hour and Over 5 ½ Hours/Day*

Restrictions Imposed From (Please Date) _10/1/20_ To _10/1/21_

Defer Restrictions to (Please add Provider's Name and Specialty): _John Nnadi, MD -ID_

If impairment is related to lifting, please confirm how much your patient can lift using both arms in combination:

_____

Additional Restrictions : _____

Provider's Name (Please Print): _John Nnadi, MD_ Signature : _____ Date : _10/6/20_

**Lincoln/Lee 0872**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MS. KATONIA LEE

**Lincoln/Lee 0873**

 **Lincoln** Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

October 1, 2020

Ms. Katonia Lee

RE:     Long Term Disability (LTD) Benefits
        Walmart, Inc.
        Claim #: 8892419

Dear Ms. Katonia Lee:

We are writing with regard to your claim for disability benefits under Walmart, Inc.'s Associates'
Health and Welfare Plan ("LTD Policy"). We are writing in reference to your claim for LTD
benefits under the Policy.

We are in the process of evaluating your claim for disability benefits, but are unable to complete our
investigation based on the information submitted. To make a determination, we require additional
medical records from Dr. Nnadi from January 1, 2020 through the present.

This information has been requested from Dr. Nnadi and we have asked that it be returned by
October 29, 2020. Once this information is received, it will be reviewed and a determination will be
made.

Please contact Dr. Nnadi to encourage a response to our request.

If you have any questions about your disability benefits, please feel free to contact me.

Sincerely,

Brittany Stockhausen
LTD Specialist I
Phone No.: (877) 353-6404 Ext. 18185
Secure Fax No.: (603) 334-7428

1  of  1

**Lincoln/Lee 0874**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

| | |
|---|---|
| Date: September 23, 2020 | |
| To: | DR. JOHN NNADI<br>OCHSNER MEDICAL CENTER - BATON ROUGE<br>17000 MEDICAL CENTER DR.<br>BATON ROUGE LA 70816 |
| Attn: | Medical Records<br>Restrictions and Limitations Form |
| Fax: | (225) 761-5735 |
| From: | Brittany Stockhausen<br>LTD Specialist I<br>Phone No.: Phone No.: (877) 353-6404<br>Secure Fax No.: (603) 334-7428 |
| Total Pages<br>(Including Cover):    6 | |
| RE:<br><br>Claim #:    8892419<br>Claimant:   Katonia Lee<br><br>Walmart, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 353-6404 and permanently shred the original and any copy of any fax and any printout thereof.

**Lincoln/Lee 0875**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

September 23, 2020

Dr. John Nnadi
Ochsner Medical Center - Baton Rouge
17000 MEDICAL CENTER DR.
BATON ROUGE, LA 70816

RE:    Long Term Disability (LTD) Benefits
       Walmart, Inc.
       Claim #: 8892419
       Claimant: Katonia Lee
       Claimant D.O.B.:

Dear Dr. John Nnadi:

We are the Disability Claim Administrator for your patient, Katonia Lee.

To evaluate Ms. Lee's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2020 through present
- Restrictions and Limitations Form

- Completion of the Enclosed Forms:

  X   WM Restrictions Form
  ___   Other

We ask that you provide this information by September 30, 2020.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 334-7428 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

1  of  2

**Lincoln/Lee 0876**

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Ms. Lee allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Lee's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brittany Stockhausen
LTD Specialist I
Phone No.: (877) 353-6404 Ext. 18185
Secure Fax No.: (603) 334-7428

Attachments:   WM Restrictions Form
               8892419-EMPLOYEE/CLAIMANT-AUTHORIZATION-08.12.2020

Lincoln/Lee 0877



# Restrictions Form

Patient Name: _____ Date of Birth: _____ Claim Number: _____

## To be completed by a Physician:

Date First Treated: _____

Date Last Treated: _____

Next Office Visit: _____

Diagnosis(es) with ICD 10 Codes: _____

Physician's Area of Specialty: _____

**For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **No Restrictions**

☐ **No Work Capacity**

☐ **Sedentary** - Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.

☐ **Light** - Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.

☐ **Medium** - Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.

☐ **Heavy** - Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.

☐ **Very Heavy** - Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

*Occasionally – Up to 20 minutes/Hour and Up to 2 ½ Hours/Day*

*Frequently – Up to 40 Minutes/Hour and Up to 5 ½ Hours/Day*

*Constantly - Over 40 Minutes/Hour and Over 5 ½ Hours/Day*

**Restrictions Imposed From (Please Date)** _____ **To** _____

**Defer Restrictions to (Please add Provider's Name and Specialty):** _____

**If impairment is related to lifting, please confirm how much your patient can lift using both arms in combination:**

_____

**Additional Restrictions** : _____

_____

**Provider's Name (Please Print):** _____ **Signature** : _____ **Date** : _____

**Lincoln/Lee 0878**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)  _Katoris Lee_

Name of legal representative, if applicable (print)  _____  Relationship _____

Signature of claimant or legal representative  _Katoria Lee_

Date of Birth: _____  Claim Number: _8892419_  Date: _8-4-20_

**A copy of this authorization will be considered as valid as the original**

pg. 1 Psychotherapy.2015

**Lincoln/Lee 0879**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT :**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _Katonia Lee_____

Name of legal representative, if applicable (print) _Katonia Lee_____ Relationship _Self_____

Signature of claimant or legal representative _Katonic Lee_____

Date of Birth: __ _____ Claim Number: _8892419____ Date: _8-4-20_____

**A copy of this authorization will be considered as valid as the original.**

pg. 1  Authorization-Standard-2018

**Lincoln/Lee 0880**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MS. KATONIA LEE

**Lincoln/Lee 0881**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

August 14, 2020

Ms. Katonia Lee

RE:    Long Term Disability (LTD) Benefits
       Walmart, Inc.
       Claim #: 8892419

Dear Ms. Katonia Lee:

We are writing to follow up with you on your claim for long-term disability (LTD) benefits under the Walmart Inc. Group Disability Income Policy (Policy). This is a friendly reminder that there is action you need to take to continue to receive LTD benefits.

As you may remember, we requested forms from you and updated medical records from your providers on July 14, 2020. This is a follow up letter to notify you of the status of our requests on August 13, 2020.

To date, we have the received the following information:
   • Forms requested from you and records from Oschner Cancer Center

To date, the following information remains outstanding:
   • We have since requested updated medical records from Dr. Nnadi on July 28, 2020

**What You Need to Do By August 27, 2020**

Please follow up with your treating providers to ensure the requested medical documentation will be submitted to Lincoln Financial. Please be advised that your providers may have received a request from our medical records retrieval vendor on our behalf.

Please ensure we receive all requested information to avoid your benefits being discontinued. If we do not receive all of the requested information by August 27, 2020, your benefits may be suspended. If we do not receive the requested information by September 26, 2020, your claim may be closed.

Once we review the information received by the above due date, we'll contact you by phone to provide you with an update on your claim.

Thank you for the opportunity to help with your claim. If you have any questions or would like to discuss next steps, please contact us at the number below.

1  of  2

**Lincoln/Lee 0882**

If you have any questions regarding this matter, please contact me.

Sincerely,

Brittany Stockhausen
LTD Specialist I
Phone No.: (877) 353-6404 Ext. 18185
Secure Fax No.: (603) 334-7428

**Lincoln/Lee 0883**



# CLAIMANT INFORMATION FORM

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return To:**  Brittany Stockhausen

| | |
|---|---|
| EMPLOYEE/CLAIMANT NAME:  Katonia Lee | |
| CLAIM NO:  8892419 | |
| EMPLOYER/SPONSOR:  Walmart, Inc. | DATE OF BIRTH: |

## TO BE COMPLETED BY EMPLOYEE:

Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2020 to present.  *If additional space is needed, please use a separate sheet of paper.*

### MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:

Name: Merit Health
Specialty: _____
Address: Jackson, MS

Telephone No. : (___) _____ Fax No. : (___) _____

Name: Baptist Hospital
Specialty: _____
Address: Jackson, MS

Telephone No. : (___) _____ Fax No. : (___) _____

Name: Oschner
Specialty: _____
Address: Baton Rouge, LA

Telephone No. : (___) _____ Fax No. : (___) _____

Name: _____
Specialty: _____
Address: _____

Telephone No. : (___) _____ Fax No. : (___) _____

### MEDICAL INSURANCE CARRIER(S):

Name: United Health
Specialty: _____
Address: _____

Telephone No. : (___) _____ Fax No. : (___) _____

Name: _____
Specialty: _____
Address: _____

Telephone No. : (___) _____ Fax No. : (___) _____

### PHARMACY(S):

Name: Walmart
Specialty: _____
Address: Jackson, LA

Telephone No. : (___) _____ Fax No. : (___) _____

Name: Oschner
Specialty: _____
Address: Baton Rouge, LA

Telephone No. : (___) _____ Fax No. : (___) _____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**Lincoln/Lee 0884**

SIGNATURE: _Katsic Lee_____ DATE: _8-4 20_____

Lincoln/Lee 0885

# CLAIMANT SUPPLEMENTARY STATEMENT

**Lincoln Financial Group®**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

Return to: Brittany Stockhausen

**EMPLOYEE/CLAIMANT NAME:** Katonia Lee    **CLAIM #:** 8892419

**EMPLOYER:** Walmart, Inc.    **DATE OF BIRTH:**

| Full Name (Last, First, Middle In t.) | Social Security # | Email Address |
|---|---|---|
| Katonia Lee | | |

| Street Address | City | State | Zip Code |
|---|---|---|---|
| | | | |

| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status |
|---|---|---|
| | | Married |

| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |
|---|---|---|
| Mickus Robinson | 2 | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Mikeal Uvas    Relationship to you? daughter    Tel #

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. No

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. No

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? No

Do you hold a professional license? If yes, for what purpose? No

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. No

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. No

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. No

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| | ✓ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ✓ | | Social Security (disability or retirement) | $ 1691 month | 5-19 | | 4-19 |
| | ✓ | Social Security (for your spouse/dependents) | $ | | | |
| | ✓ | Short Term Disability or State Disability | $ | | | |
| | ✓ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| | ✓ | Workers' Compensation | $ | | | |
| | ✓ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| | ✓ | Other income/money/benefit (describe) | | | | |

If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.

**EMPLOYEE'S PRINTED NAME:** Katonia Lee

**DATE:** 8-4-20    **EMPLOYEE'S SIGNATURE:** Katonia Lee

DP 409

**Lincoln/Lee 0886**

## ACTIVITIES QUESTIONNAIRE

**Lincoln Financial Group®**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return To:** Brittany Stockhausen

_page 1 of 3_

EMPLOYEE/CLAIMANT NAME: Katonia Lee

CLAIM NO: 8892419                                    DATE OF BIRTH:

EMPLOYER/SPONSOR: Walmart, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

sit _1-2 hours_     stand _1 hour_     walk _5-10 minutes_

How many hours a day do you:

sit _4-6 hours_     stand _1 hour_     walk _5-10 minutes_

Do you take a nap during the day?

Yes ___✓___     No _____

If Yes, for how long? _3 hours_     At what time of the day? _anytime_

How many hours a day do you spend in bed? _7-8 hours_

Do you require any assistive devices such as a:

cane _____ walker _____ crutches _____ wheelchair _____ other _____

How long are you able to sit in a car? _30 minutes_

Do you hold a valid driver's license?

Yes ___✓___     No _____

If No, please explain: _____

If Yes, how long are you able to drive a car? _I can't drive due to my medication_

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you? _by phone_

Do you have children?

Yes ___✓___     No _____     If Yes, what are their dates of birth ! _____

Do you need help caring for your children?

Yes _____     No ___✓___

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes _____     No ___✓___     If Yes, please explain _____

How many times a day do you leave the house during the week? _1-2_

On the weekends? _1_

How often do you run errands? _I don't run errands. My daughter run errands_

Please describe what errands you most commonly run: _____

**Lincoln/Lee 0887**



**Lincoln**
**Financial Group®**

| ACTIVITIES QUESTIONNAIRE |
| --- |
| *page 2 of 3* |

How often do you get outdoors? *I only get outdoors to visit the doctor*

Are you left or right hand dominant?        Left _____        Right __✓__

Are you able to work in your garden?        Yes _____        No __✓__

Are you able to work on your house?         Yes _____        No __✓__

Are you able to wash your car?              Yes _____        No __✓__

How much time is spent daily on your home computer?
__✓__ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

How much time is spent weekly on your home computer?
__✓__ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_____ Pay bills _____ Read news/articles _____ Use search engines _____ Send emails

_____ Visit chat rooms _____ Photos  Other: _____

What computer software applications do you utilize. Please check all that apply:

_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics

_____ Photo software (Photoshop) _____ Programming  Other: _____

Do you have a working home copy machine/fax machine? _____ Yes __✓__ No

If yes, please explain purpose and usage: _____

The following questions intend to identify whether or not you are able to <u>independently</u> conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
| --- | --- | --- |
| Grocery Shopping | daughter | No |
| Carrying groceries into the house | daughter | No |
| Cooking meals | father | No |
| Cleaning after meals | daughter | No |
| Cleaning bathrooms | daughter | No |
| Vacuuming | daughter | No |
| Doing the laundry | daughter & myself | No |
| Opening and responding to mail | daughter | No |
| Managing your finances | daughter | No |
| Balancing your checkbook | daughter | No |
| Bathing yourself | myself | No |
| Styling your own hair | myself | No |
| Getting dressed | myself | No |
| Going up and down stairs | myself | Yes. I hold on to someone |

Have you been confined to a hospital within the last 12 months? Yes _____ No __✓__

If Yes, please provide reason and hospital contact information: ———————————————

—————————————————————————————————————————

**Lincoln/Lee 0888**

**Lincoln**
**Financial Group®**

How often do you travel or take vacation? __I don't travel__

Where do you go? How do you get there (transportation method)? _____

_____

Are you able to pursue your hobbies?    Yes _____    No __✓__

If Yes, please describe _____

Do you participate in an exercise program?    Yes _____    No __✓__

If Yes, please describe _____

Do you do any Volunteer work?    Yes _____    No __✓__

If Yes:

    how many hours per day? _____

    how many hours per week? _____

    for whom? _____

Are you working for wages?    Yes _____    No __✓__

If Yes, please provide employer's name _____

**Describe in your own words, what prevents you from engaging in any gainful employment.**

__I am unable to sit and stand for long periods of time because of my medication__

**Please describe your daily routine: (If more space is needed, please use the back of this form)**

__I wake up, wash my face, brush my teeth, watch tv, eat, and sleep most of the day__

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

_____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

_____

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: __Katoris Lee__    Date: __8-4-20__

Signature: __Katoris Lee__

**Lincoln/Lee 0889**

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

EMPLOYEE/CLAIMANT NAME: Katonia Lee

CLAIM NO: 8892419

EMPLOYER/SPONSOR: Walmart, Inc.                    DATE OF BIRTH:

## Please fill out each section completely

**EDUCATIONAL BACKGROUND:** (If you have a resume, please attach)

Highest Grade Completed: 12th                    Check if earned: ☐ GED ☑ HS Diploma

Vocational Training: N/A                    Certificate Program completed: N/A

Associates Degree: N/A                    College: number of years: 2

Bachelor's Degree: BA /BS Major: N/A          Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: _____

Professional Training, License, Certificates(s): N/A

Are you currently attending any classes: ☐ Y ☑ N    If yes, provide name of school: _____

List any other Training or Classes Attended or Plan to Attend: N/A

Primary language spoken: English          Other language(s) spoken fluently: _____

Additional Skills, Hobbies & Volunteer Work: N/A

Did you serve in the Armed Forces? ☐ Y ☑ N    From: _____    To: _____

Branch of Service: _____          Specialty: _____

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: Walmart          Department: Management    From: 2006 To: 2019
Job Title(s): Management
Supervisory Experience ☑ Y    ☐ N
Tasks/Duties/Physical Requirements (please be specific): Responsible for ensuring shelves were being stocked, deposits, scheduling and customer service

2. Company: New Orleans Hamburger Department: Management    From: 2001 To: 2006
Job Title(s): Management
Supervisory Experience ☑ Y    ☐ N
Tasks/Duties (please be specific): Responsible for inventory, deposits, scheduling, and customer service

A Lincoln Financial Group Company                    1

**Lincoln/Lee 0890**

3. Company: _____ Department: _____ From: _____ To: _____

   Job Title(s): _____

   Supervisory Experience  ☐ Y   ☐ N

   Tasks/Duties (please be specific): _____

   _____

4. Company: _____ Department: _____ From: _____ To: _____

   Job Title(s): _____

   Supervisory Experience  ☐ Y   ☐ N

   Tasks/Duties (please be specific): _____

   _____

5. Company: _____ Department: _____ From: _____ To: _____

   Job Title(s): _____

   Supervisory Experience  ☐ Y   ☐ N

   Tasks/Duties (please be specific): _____

   _____

## Computer Utilization:

Computer Training/Courses, Certifications: _____

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☑ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: _____ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer?  ☑ None  ☐ 1-2 hours  ☐ 2-3 hours  ☐ 3+ hours

How much time is spent daily on your home computer?  ☑ None  ☐ 1-2 hours  ☐ 2-3 hours  ☐ 3+ hours

Keyboarding/Typing Experience:  ☐ Yes  ☑ No  If yes, WPM (words per minute) _____
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: _____  Work: _____

SIGNATURE: _Kobric Lee_   PHONE NO: _____

A Lincoln Financial Group Company

2.

Lincoln/Lee 0891



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)  _Katonis Lee_

Name of legal representative, if applicable (print) _____  Relationship _____

Signature of claimant or legal representative  _Katonia Lee_

Date of Birth: __  _____  Claim Number: __8892419__  Date: _8-4-20_

**A copy of this authorization will be considered as valid as the original**

pg. 1 Psychotherapy.2015

**Lincoln/Lee 0892**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:
* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents
**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT :
I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)  ___Katonia Lee___

Name of legal representative, if applicable (print) ___Katonia Lee___   Relationship ___Self___

Signature of claimant or legal representative ___Katonia Lee___

Date of Birth: _____   Claim Number: ___8892419___   Date: ___8-4-20___

**A copy of this authorization will be considered as valid as the original.**

pg. 1  Authorization-Standard-2018

**Lincoln/Lee 0893**

Ochsner Fax Server    7/24/2020 10:12:45 AM    PAGE    1/002    Fax Server

# FAX

**To: 8773536412**

Company:
Fax: 8773536412
Phone:

**From: 1032532**

Fax:
Phone: +1 (504) 833-2337
E-mail: carla.brashearduplechin@ochsner.org

---

## NOTES:

---

**Date and time of transmission:** Friday, July 24, 2020 10:12:34 AM
**Number of pages including this cover sheet:** 02

PAGE 1/2 * RCVD AT 7/24/2020 11:12:44 AM [Eastern Daylight Time] * SVR:VA1PWFAX201/0 * DNIS:8773536412 * CSID:Ochsner Fax Server * ANI:5042497902 * DURATION (mm-ss):00-54

**Lincoln/Lee 0894**

Ochsner Fax Server    7/24/2020 10:12:45 AM    PAGE    2/002    Fax Server

From WFI Incorporated 1.626.628.9628 Mon Jul 20 13:22:42 2020 MDT Page 4 of 5

877 - 353 - 6412


**Lincoln**
Financial Group®

## Restrictions Form

Patient Name: __Katonia Lee__    Date of Birth: _____    Claim Number: _____

### To be completed by a Physician:

Date First Treated: __2/5/2019__

Date Last Treated: __7/10/2020__

Next Office Visit: __9/11/2020__

Diagnosis(es) with ICD 10 Codes: __C83.30__

Physician's Area of Specialty: __Oncology__

For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

☑ **No Restrictions**

☐ **No Work Capacity**

☐ **Sedentary** - Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.

☐ **Light** - Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.

☐ **Medium** - Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.

☐ **Heavy** - Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.

☐ **Very Heavy** - Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

*Occasionally – Up to 20 minutes/Hour and Up to 2 ½ Hours/Day*

*Frequently – Up to 40 Minutes/Hour and Up to 5 ½ Hours/Day*

*Constantly - Over 40 Minutes/Hour and Over 5 ½ Hours/Day*

Restrictions Imposed From (Please Date) __N/A__    To __N/A__

Defer Restrictions to (Please add Provider's Name and Specialty): _____

If impairment is related to lifting, please confirm how much your patient can lift using both arms in combination:

_____

Additional Restrictions : _____

Provider's Name (Please Print): __April Normand, FNPC__ Signature : _____ Date: RPID: 6697846
7/21/2020

LEE, KATONIA    MRN:    2325810

**Lincoln/Lee 0895**

**Medical Record Overview**

**ReleasePoint**

**Date:**    July 23, 2020

**Patient Name:**    LEE, KATONIA

**Records From:**    OCHSNER CANCER CENTER BATON ROUGE    **RP ID:** 6697846

BATON ROUGE, LA    **Client ID:** 8892419
(225) 761-5410
    **Source:** L-WALMAR
**Request Scope:** From January 1, 2020 to Present

**Chart Range:**    03/06/2020 - 07/10/2020    **Req By:** B Stockhausen
05-290765

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Mar 6 2020 | Jul 10 2020 | 21 | 2 |
| Request Correspondence | | | 1 | 23 |
| **Total Page Count:** | | | 22 | |

**Notes From QC:**

REQUESTED ITEMS NOT RECEIVED

received medical records within scope

we need a completed form seen by Ocshner Cancer center baton rouge scope 1/1/2020 - Present

**Lincoln/Lee 0896**

Lee, Katonia (MR # 2325810) DOB:

# Lee, Katonia

MRN: 2325810

**Office Visit** 7/10/2020          Provider: Long H. Dang, MD (Hematology and Oncology)
BR Cancer Center –             Primary diagnosis: Lymphoma related to acquired immunodeficiency
Hematology Oncology            syndrome (AIDS)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 123/82 Pulse 84 Temp 97.9 °F (36.6 °C) (Oral) Wt 82 kg (180 lb 12.4 oz) SpO2 99% BMI 33.06 kg/m² BSA 1.89 m² Pain Sc 0-No pain   More Vitals |
| Flowsheets: | Anthropometrics, Depression Patient Health Questionnaire (PHQ2) |
| SmartForms: | ⋆ OHS AMB - FALL RISK • ⋆ ECOG SCORE |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Instructions

After Visit Summary (Automatic SnapShot taken 7/10/2020),
PRT TX Calendar (Automatic SnapShot taken 7/10/2020)

## Progress Notes

Long H. Dang, MD (Physician) • Hematology and Oncology • 7/10/2020 11:20 AM • Signed

**Subjective:**

**Patient ID:** Katonia Lee is a 50 y.o. female.

**Chief Complaint:** Lymphoma related to acquired immunodeficiency syndrome (AIDS) [B20, C85.90]
HPI: We have an opportunity to see Ms. Katonia Lee in Hematology Oncology clinic at Ochsner Medical Center on 07/09/2020. Ms. Katonia Lee is a 50 y.o. woman AIDS-related DLBCL completed treatment s/p 7 cycles of RCHOP with 1st 2 cycles dose reduced, s/p 6 IT MTX. Reports doing well.

**Oncology History**
**Lymphoma related to acquired immunodeficiency syndrome (AIDS)**
1/21/2019          **Initial Diagnosis**
                   Lymphoma related to acquired immunodeficiency syndrome (AIDS)

1/31/2019 -        **Chemotherapy**
                   Treatment Summary
                   Plan Name: OP RITUXIMAB Q3M (MAINTENANCE)
                   Treatment Goal: Palliative
                   Status: Inactive
                   Start Date: 1/27/2019
                   End Date: 1/27/2019
                   Provider: Ronald D. Delrie Jr., MD
                   Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium
                   chloride 0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg,
                   Intravenous, Clinic/HOD 1 time, 1 of 2 cycles
                   Administration: 664 mg (1/27/2019)

                   Plan Name: R-EPOCH INPATIENT

Printed by Carla E. Brashear-Duplechin, LPN at 7/21/20 3:53 PM                    Page 1 of 11

**Lincoln/Lee 0897**

Lee, Katonia (MR # 2325810) DOB:

Treatment Goal: Curative
Status: Inactive
Start Date: 1/31/2019
End Date: 1/31/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg, Intravenous, Every 24 hours (non-standard times), 1 of 4 cycles
Administration: 1,270 mg (1/31/2019)

riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time, 0 of 3 cycles

DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine (ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, , Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles

Plan Name: OP R-CHOP Q3W
Treatment Goal: Curative
Status: Active
Start Date: 2/18/2019
End Date: 6/3/2019 (Planned)
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: DOXOrubicin chemo injection 20 mg, 12.5 mg/m2 = 20 mg (25 % of original dose 50 mg/m2), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Dose modification: 12.5 mg/m2 (25 % of original dose 50 mg/m2, Cycle 1, Reason: Original Dose Changed)
Administration: 20 mg (2/18/2019), 20 mg (3/11/2019)

vinCRIStine (ONCOVIN) 2 mg in sodium chloride 0.9% 50 mL chemo infusion, 2 mg (100 % of original dose 2 mg), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Dose modification: 2 mg (original dose 2 mg, Cycle 1, Reason: MD Discretion, Comment: capping vincristine at 2 mg)
Administration: 2 mg (2/18/2019), 2 mg (3/11/2019)

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,180 mg in sodium chloride 0.9% 309 mL chemo infusion, 750 mg/m2 = 1,180 mg, Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Administration: 1,180 mg (2/18/2019), 1,210 mg (3/11/2019)

methotrexate (PF) 6 mg in sodium chloride 0.9% (NORMAL SALINE FLUSH) 3 mL INTRATHECAL chemo injection, , Intrathecal, Clinic/HOD 1 time, 0 of 4 cycles

**B-cell lymphoma**
**Chemotherapy**
Treatment Summary
Plan Name: OP RITUXIMAB Q3M (MAINTENANCE)
Treatment Goal: Palliative

Printed by Carla E. Brashear-Duplechin, LPN at 7/21/20 3:53 PM                    Page 2 of 11

**Lincoln/Lee 0898**

Lee, Katonia (MR # 2325810) DOB:

Status: Inactive
Start Date: 1/27/2019
End Date: 1/27/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride 0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous, Clinic/HOD 1 time, 1 of 2 cycles
Administration: 664 mg (1/27/2019)

Plan Name: R-EPOCH INPATIENT
Treatment Goal: Curative
Status: Inactive
Start Date: 1/31/2019
End Date: 1/31/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg, Intravenous, Every 24 hours (non-standard times), 1 of 4 cycles
Administration: 1,270 mg (1/31/2019)

riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time, 0 of 3 cycles

DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine (ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, , Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles

Plan Name: OP R-CHOP Q3W
Treatment Goal: Curative
Status: Active
Start Date: 2/1/2019 (Planned)
End Date: 5/17/2019 (Planned)
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: DOXOrubicin chemo injection 84 mg, 50 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

vinCRIStine (ONCOVIN) 2.4 mg in sodium chloride 0.9% 50 mL chemo infusion, 1.4 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 250 mL chemo infusion, 750 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

riTUXimab (RITUXAN) 375 mg/m2 = 634 mg in sodium chloride 0.9% 634 mL infusion (conc: 1 mg/mL), 375 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

Past Medical History:

| Diagnosis | Date |
|---|---|
| • B-cell lymphoma | 1/22/2019 |

Printed by Carla E. Brashear-Duplechin, LPN at 7/21/20 3:53 PM                    Page 3 of 11

**Lincoln/Lee 0899**

Lee, Katonia (MR # 2325810) DOB:

- Biliary stricture
- Cancer
  *lymphoma]*
- Diffuse large B cell lymphoma of duodenum and pancreas          1/21/2019
- Encounter for blood transfusion
- HIV (human immunodeficiency virus infection)
- Hypertension
- Jaundice
- Stomach ulcer
  *bleeding*

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Paternal Grandmother | |
| • Heart disease | Mother | |
| • Breast cancer | Maternal Aunt | |

**Social History**

Socioeconomic History
- Marital status:            Legally Separated
    Spouse name:          Not on file
- Number of children:      Not on file
- Years of education:       Not on file
- Highest education level:  Not on file

Occupational History
- Not on file

Social Needs
- Financial resource strain:   Not on file
- Food insecurity
    Worry:                  Not on file
    Inability:              Not on file
- Transportation needs
    Medical:               Not on file
    Non-medical:           Not on file

Tobacco Use
- Smoking status:          Never Smoker
- Smokeless tobacco:       Never Used

Substance and Sexual Activity
- Alcohol use:             No
    Frequency:            Never
- Drug use:                No
- Sexual activity:         Not on file

Lifestyle
- Physical activity
    Days per week:         Not on file
    Minutes per session:   Not on file
- Stress:                  Not on file

Relationships
- Social connections
    Talks on phone:        Not on file
    Gets together:         Not on file
    Attends religious       Not on file
    service:

Printed by Carla E. Brashear-Duplechin, LPN at 7/21/20 3:53 PM          Page 4 of 11

**Lincoln/Lee 0900**

Progress Notes - 07/10/2020                 7/21/2020 4:01:48 PM  PAGE  39/061   Fax Server

Lee, Katonia (MR # 2325810) DOB:

| | |
|---|---|
| Active member of club or organization: | Not on file |
| Attends meetings of clubs or organizations: | Not on file |
| Relationship status: | Not on file |

Other Topics                          Concern
  • Not on file
Social History Narrative
  • Not on file

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • BRONCHOSCOPY | Bilateral | 7/25/2019 |

Procedure: Bronchoscopy Pt needs K+;  Surgeon: Tarek M. Abdallah, MD;  Location: BRMH ENDO; Service: Pulmonary;  Laterality: Bilateral;

| | | |
|---|---|---|
| • CESAREAN SECTION | | |
| • ERCP | N/A | 1/25/2019 |

Procedure: ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY);  Surgeon: Janak N. Shah, MD;  Location: NOMH ENDO (2ND FLR);  Service: Endoscopy;  Laterality: N/A;

| | | |
|---|---|---|
| • ERCP | Left | 4/30/2019 |

Procedure: ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY);  Surgeon: Janak N. Shah, MD;  Location: NOMH ENDO (2ND FLR);  Service: Endoscopy;  Laterality: Left; appt confirmed

| | | |
|---|---|---|
| • ESOPHAGOGASTRODUODENOSCOPY | | |
| • INSERTION OF VENOUS ACCESS PORT | Left | 2/11/2019 |

Procedure: INSERTION, VENOUS ACCESS PORT;  Surgeon: Kyle A Jakob, MD;  Location: BRMH OR;  Service: General;  Laterality: Left;

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • allopurinol (ZYLOPRIM) 300 MG tablet | Take 1 tablet (300 mg total) by mouth once daily. (Patient taking differently: Take 300 mg by mouth every morning. ) | 30 tablet | 1 |
| • amLODIPine (NORVASC) 10 MG tablet | Take 1 tablet (10 mg total) by mouth once daily. | 90 tablet | 3 |
| • bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet | Take 1 tablet by mouth once daily. | 30 tablet | 1 |
| • citalopram (CELEXA) 20 MG tablet | Take 20 mg by mouth once daily. | | |
| • doxycycline (VIBRAMYCIN) 100 MG Cap | Take 1 capsule (100 mg total) by mouth once daily. | 10 capsule | 0 |
| • ferrous gluconate 324 mg (37.5 mg iron) Tab | Take 1 tablet by mouth once daily. | | |
| • hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab | Take 1 tablet (12.5 mg total) by mouth once daily. | 90 tablet | 3 |
| • ondansetron (ZOFRAN-ODT) 8 MG TbDL | Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). | 60 tablet | 1 |

Printed by Carla E. Brashear-Duplechin, LPN at 7/21/20 3:53 PM                    Page 5 of 11

**Lincoln/Lee 0901**

Lee, Katonia (MR # 2325810) DOB:

| | | | |
|---|---|---|---|
| • oxyCODONE (ROXICODONE) 5 MG immediate release tablet | Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain (medically necessary). | 60 tablet | 0 |
| • predniSONE (DELTASONE) 20 MG tablet | Take 5 tablets (100mg total) by mouth once daily for 5 days | 25 tablet | 0 |
| • promethazine (PHENERGAN) 25 MG tablet | Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. | 60 tablet | 1 |
| • zolpidem (AMBIEN) 5 MG Tab | Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). | 30 tablet | 1 |

No current facility-administered medications for this visit.

**Labs:**

**Lab Results**

| Component | Value | Date |
|---|---|---|
| WBC | 3.68 (L) | 03/06/2020 |
| HGB | 12.1 | 03/06/2020 |
| HCT | 38.4 | 03/06/2020 |
| MCV | 97 | 03/06/2020 |
| PLT | 152 | 03/06/2020 |

BMP

**Lab Results**

| Component | Value | Date |
|---|---|---|
| NA | 139 | 03/06/2020 |
| K | 3.8 | 03/06/2020 |
| CL | 104 | 03/06/2020 |
| CO2 | 27 | 03/06/2020 |
| BUN | 10 | 03/06/2020 |
| CREATININE | 0.9 | 06/08/2020 |
| CALCIUM | 9.2 | 03/06/2020 |
| ANIONGAP | 8 | 03/06/2020 |
| ESTGFRAFRICA | >60 | 06/08/2020 |
| EGFRNONAA | >60 | 06/08/2020 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| ALT | 12 | 03/06/2020 |
| AST | 19 | 03/06/2020 |
| ALKPHOS | 173 (H) | 03/06/2020 |
| BILITOT | 0.3 | 03/06/2020 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| IRON | 77 | 08/20/2019 |
| TIBC | 379 | 08/20/2019 |
| FERRITIN | 684 (H) | 08/20/2019 |

**Lincoln/Lee 0902**

Lee, Katonia (MR # 2325810) DOB:

**Lab Results**

| Component | Value | Date |
|---|---|---|
| VITAMINB12 | 1042 (H) | 08/20/2019 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| FOLATE | 3.3 (L) | 08/20/2019 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| TSH | 1.014 | 01/23/2019 |

I have reviewed the radiology reports and examined the scan/xray images.

Review of Systems
Constitutional: Negative.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Negative.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative.
Hematological: Negative.
Psychiatric/Behavioral: Negative.

**ECOG SCORE**
0 - Fully active-able to carry on all pre-disease performance without restriction

**Objective:**

**Vitals:**
07/10/20 1147
BP:        123/82
Pulse:     84
Temp:      97.9 °F (36.6 °C)
Body mass index is 33.06 kg/m².
**Physical Exam**
Vitals signs and nursing note reviewed.
Constitutional:
  Appearance: She is well-developed.
HENT:
  Head: Normocephalic and atraumatic.
Eyes:

**Lincoln/Lee 0903**

Lee, Katonia (MR # 2325810) DOB:

    Conjunctiva/sclera: Conjunctivae normal.
Neck:
  Musculoskeletal: Normal range of motion and neck supple.
Cardiovascular:
  Rate and Rhythm: Normal rate and regular rhythm.
Pulmonary:
  Effort: Pulmonary effort is normal.
  Breath sounds: Normal breath sounds.
Abdominal:
  General: Bowel sounds are normal.
  Palpations: Abdomen is soft.
Musculoskeletal: Normal range of motion.
Skin:
  General: Skin is warm and dry.
Neurological:
  Mental Status: She is alert and oriented to person, place, and time.
Psychiatric:
  Behavior: Behavior normal.
  Thought Content: Thought content normal.
  Judgment: Judgment normal.

**Assessment:**

1.    **Lymphoma related to acquired immunodeficiency syndrome (AIDS)**

**Plan:**

**Lymphoma related to acquired immunodeficiency syndrome (AIDS)**
Will remove port in 4 months if NED on PET.
Port flush every 2 months.
- NM PET CT Routine Skull to Mid Thigh; Future; Expected date: 11/13/2020
- CBC auto differential; Future; Expected date: 07/10/2020
- Comprehensive metabolic panel; Future; Expected date: 07/10/2020
- Lactate Dehydrogenase; Future; Expected date: 07/10/2020

## Other Notes
<div align="right">All notes</div>

  Addendum Note from Long H. Dang, MD (Hematology and Oncology)

Not recorded

## All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers Qty |
|------|-------------|--------------|------------------|---------------|

Printed by Carla E. Brashear-Duplechin, LPN at 7/21/20 3:53 PM          Page 8 of 11

**Lincoln/Lee 0904**

Lee, Katonia (MR # 2325810) DOB:

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99214 | PR OFFICE/OUTPT VISIT,EST,LEVL IV | 7/10/2020 | Long H. Dang, MD | S$GLB | 1 |
| 999999213 | PR PBB SHADOW E&M-EST. PATIENT-LVL III | 7/10/2020 | Long H. Dang, MD | PBBFAC | 1 |
| 3079F | PR MOST RECENT DIASTOLIC BLOOD PRESSURE 80-89 MM HG | 7/10/2020 | Long H. Dang, MD | S$GLB, CPTII | 1 |
| 3074F | PR MOST RECENT SYSTOLIC BLOOD PRESSURE < 130 MM HG | 7/10/2020 | Long H. Dang, MD | S$GLB, CPTII | 1 |
| 3008F | PR BODY MASS INDEX (BMI) DOCUMENTED | 7/10/2020 | Long H. Dang, MD | S$GLB, CPTII | 1 |

## Level of Service

| Level of Service |
|---|
| **PR OFFICE/OUTPT VISIT,EST,LEVL IV [99214]** |

## BestPractice Advisories

Click to view BestPractice Advisory history

## AVS Reports

| Date/Time | Report | Action | User |
|---|---|---|---|
| 7/10/2020 1:23 PM | PRT TX Calendar | Automatically Generated | Long H. Dang, MD |
| 7/10/2020 1:23 PM | After Visit Summary | Automatically Generated | Long H. Dang, MD |
| 7/10/2020 12:10 PM | PRT TX Calendar | Automatically Generated | Long H. Dang, MD |
| 7/10/2020 12:10 PM | After Visit Summary | Automatically Generated | Long H. Dang, MD |

## 🗋 Encounter-Level Documents - 07/10/2020:

After Visit Summary - Document on 7/10/2020 1:23 PM by Long H. Dang, MD: PRT TX Calendar

After Visit Summary - Document on 7/10/2020 1:23 PM by Long H. Dang, MD: After Visit Summary

After Visit Summary - Document on 7/10/2020 12:10 PM by Long H. Dang, MD: PRT TX Calendar

After Visit Summary - Document on 7/10/2020 12:10 PM by Long H. Dang, MD: After Visit Summary

## ⊗ Visit Diagnoses and Associated Orders

Lymphoma related to acquired immunodeficiency syndrome (AIDS)  - Primary
ICD-10-CM: B20, C85.90
ICD-9-CM: 042, 202.80
NM PET CT Routine Skull to Mid Thigh [IMG3078 Custom]  - *Future Order*
CBC auto differential [LAB1748 Custom]  - *Future Order*
Comprehensive metabolic panel [LAB17 Custom]  - *Future Order*
Lactate Dehydrogenase [LAB96 Custom]  - *Future Order*

**Lincoln/Lee 0905**

Lee, Katonia (MR # 2325810) DOB:

## ✎ Problem List

as of 7/10/2020

|  | Noted - Resolved |
|---|---|
| Derm |  |
| Rash | 8/20/2019 - Present |
| Pulmonary |  |
| Multiple lung nodules on CT | 7/25/2019 - Present |
| Cardiac/Vascular |  |
| Essential hypertension | 2/12/2018 - Present |
| All Assessment & Plan Notes |  |
| ID |  |
| Lymphoma related to acquired immunodeficiency syndrome (AIDS) | 1/21/2019 - Present |
| All Assessment & Plan Notes |  |
| AIDS (acquired immune deficiency syndrome) | 1/24/2019 - Present |
| All Assessment & Plan Notes |  |
| HIV disease | Unknown - Present |
| Oncology |  |
| B-cell lymphoma | 1/22/2019 - Present |
| All Assessment & Plan Notes |  |
| Lymphoma | 2/11/2019 - Present |
| Anemia | 2/26/2019 - Present |
| All Assessment & Plan Notes |  |
| GI |  |
| Elevated LFTs | 1/21/2019 - Present |
| All Assessment & Plan Notes |  |
| Biliary obstruction | 4/30/2019 - Present |
| Other |  |
| Other chest pain | 2/26/2019 - Present |
| All Assessment & Plan Notes |  |

## Linked Episodes

ONCOLOGY TREATMENT Noted 1/26/2019

## Orders Placed

CBC auto differential
Comprehensive metabolic panel
Lactate Dehydrogenase
NM PET CT Routine Skull to Mid Thigh

## Medication Changes

As of 7/10/2020 11:50 AM

None

Printed by Carla E. Brashear-Duplechin, LPN at 7/21/20 3:53 PM          Page 10 of 11

Lincoln/Lee 0906

Lee, Katonia (MR # 2325810) DOB:

## Fall Risk

Patient Mobility Status: Ambulatory
Number of falls in the past 12 months?: 0
Fall Risk?: No

## Visit Diagnoses

Lymphoma related to acquired immunodeficiency syndrome (AIDS) B20, C85.90

**Lincoln/Lee 0907**

Progress Notes - 03/06/2020          7/21/2020 4:01:48 PM   PAGE  25/061   Fax Server

Lee, Katonia (MR # 2325810) DOB:

# Lee, Katonia                                                    MRN: 2325810

**Office Visit** 3/6/2020              Provider: Cheree S. Bodden, NP (Hematology and Oncology)
BR Cancer Center -                    Primary diagnosis: Lymphoma related to acquired immunodeficiency
Hematology Oncology                   syndrome (AIDS)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 142/91 ❗ (Abnormal) Pulse 102 Temp 98.3 °F (36.8 °C) (Oral) Resp 18 |
| | Ht 5' 2" (1.575 m) Wt 74.4 kg (164 lb 0.4 oz) SpO2 99% BMI 30.00 kg/m$^2$ BSA 1.8 m$^2$ |
| | Pain Sc 0-No pain |
| Flowsheets: | Anthropometrics, Distress Management, |
| | Depression Patient Health Questionnaire (PHQ2) |
| SmartForms: | ≁ OHS AMB - FALL RISK |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Instructions

▦ Follow up in about 3 months (around 6/6/2020).

After Visit Summary (Printed 3/6/2020), PRT TX Calendar (Printed 3/6/2020)

## Progress Notes

Cheree S. Bodden, NP (Nurse Practitioner) · Hematology and Oncology · 3/6/2020  2:30 PM · Signed

**Subjective:**

**Patient ID:** Katonia Lee is a 50 y.o. female.

**Chief Complaint:** Lab discussion; lymphoma surveillance

**HPI:** Patient is a 50 year old AA female with AIDS-related DLBCL completed treatment s/p 7 cycles of RCHOP with 1st 2 cycles dose reduced, s/p 6 IT MTX.

Today she states that she is doing well. Has gained weight. States taking her antiviral medications as prescribed. Last CD4 count >200. Followed by Dr. Nnnadi - infectious disease doctor. States has not been able to complete CT of chest abdomen and pelvis with contrast due to cost. Denies fever, chills, night sweats, unintentional weight loss, abdominal pain, swollen lymph nodes. She is past due on age appropriate cancer screenings including mammography and colonoscopy.

Social History

Socioeconomic History
· Marital status:          Legally Separated
    Spouse name:          Not on file
· Number of children:     Not on file
· Years of education:     Not on file
· Highest education level: Not on file
Occupational History
· Not on file

Printed by Carla E. Brashear-Duplechin, LPN at 7/21/20 3:53 PM          Page 1 of 10

**Lincoln/Lee 0908**

Lee, Katonia (MR # 2325810) DOB:

**Social Needs**
- Financial resource strain:    Not on file
- Food insecurity:
  - Worry:    Not on file
  - Inability:    Not on file
- Transportation needs:
  - Medical:    Not on file
  - Non-medical:    Not on file

**Tobacco Use**
- Smoking status:    Never Smoker
- Smokeless tobacco:    Never Used

**Substance and Sexual Activity**
- Alcohol use:    No
  - Frequency:    Never
- Drug use:    No
- Sexual activity:    Not on file

**Lifestyle**
- Physical activity:
  - Days per week:    Not on file
  - Minutes per session:    Not on file
- Stress:    Not on file

**Relationships**
- Social connections:
  - Talks on phone:    Not on file
  - Gets together:    Not on file
  - Attends religious service:    Not on file
  - Active member of club or organization:    Not on file
  - Attends meetings of clubs or organizations:    Not on file
  - Relationship status:    Not on file

**Other Topics**    Concern
- Not on file

**Social History Narrative**
- Not on file

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| Cancer | Paternal Grandmother | |
| Heart disease | Mother | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| BRONCHOSCOPY | Bilateral | 7/25/2019 |

Procedure: Bronchoscopy Pt needs K+;  Surgeon: Tarek M. Abdallah, MD;  Location: BRMH ENDO; Service: Pulmonary;  Laterality: Bilateral;

| Procedure | Laterality | Date |
|---|---|---|
| CESAREAN SECTION | | |
| ERCP | N/A | 1/25/2019 |

Procedure: ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY);  Surgeon: Janak N. Shah, MD;  Location: NOMH ENDO (2ND FLR);  Service: Endoscopy;  Laterality: N/A;

| Procedure | Laterality | Date |
|---|---|---|
| ERCP | Left | 4/30/2019 |

Printed by Carla E. Brashear-Duplechin, LPN at 7/21/20 3:53 PM                    Page 2 of 10

**Lincoln/Lee 0909**

Lee, Katonia (MR # 2325810) DOB:

Procedure: ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY); Surgeon: Janak N. Shah, MD; Location: NOMH ENDO (2ND FLR); Service: Endoscopy; Laterality: Left; appt confirmed

- ESOPHAGOGASTRODUODENOSCOPY
- INSERTION OF VENOUS ACCESS PORT          Left          2/11/2019
  Procedure: INSERTION, VENOUS ACCESS PORT; Surgeon: Kyle A Jakob, MD; Location: BRMH OR; Service: General; Laterality: Left;

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • B-cell lymphoma | 1/22/2019 |
| • Biliary stricture | |
| • Cancer *lymphoma]* | |
| • Diffuse large B cell lymphoma of duodenum and pancreas | 1/21/2019 |
| • Encounter for blood transfusion | |
| • HIV (human immunodeficiency virus infection) | |
| • Hypertension | |
| • Jaundice | |
| • Stomach ulcer *bleeding* | |

Review of Systems
Constitutional: Negative.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Negative.
Skin: Negative.
Allergic/Immunologic: Positive for immunocompromised state.
Neurological: Negative.
Hematological: Negative.
Psychiatric/Behavioral: Negative.

**Medication List with Changes/Refills**

| Current Medications | |
|---|---|
| ALLOPURINOL (ZYLOPRIM) 300 MG TABLET | Take 1 tablet (300 mg total) by mouth once daily. |
| AMLODIPINE (NORVASC) 10 MG TABLET | Take 1 tablet (10 mg total) by mouth once daily. |
| BICTEGRAV-EMTRICIT-TENOFOV ALA (BIKTARVY) 50-200-25 MG PER TABLET | Take 1 tablet by mouth once daily. |
| CITALOPRAM (CELEXA) 20 MG TABLET | Take 20 mg by mouth once daily. |
| DOXYCYCLINE (VIBRAMYCIN) 100 MG CAP | Take 1 capsule (100 mg total) by mouth once daily. |

**Lincoln/Lee 0910**

Lee, Katonia (MR # 2325810) DOB:

| | |
|---|---|
| FERROUS GLUCONATE 324 MG (37.5 MG IRON) TAB | Take 1 tablet by mouth once daily. |
| HYDROCHLOROTHIAZIDE (HYDRODIURIL) 12.5 MG TAB | Take 1 tablet (12.5 mg total) by mouth once daily. |
| ONDANSETRON (ZOFRAN-ODT) 8 MG TBDL | Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). |
| OXYCODONE (ROXICODONE) 5 MG IMMEDIATE RELEASE TABLET | Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain (medically necessary). |
| PREDNISONE (DELTASONE) 20 MG TABLET | Take 5 tablets (100mg total) by mouth once daily for 5 days |
| PROCHLORPERAZINE (COMPAZINE) 10 MG TABLET | Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (nausea). |
| PROMETHAZINE (PHENERGAN) 25 MG TABLET | Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. |
| ZOLPIDEM (AMBIEN) 5 MG TAB | Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). |

**Objective:**

Vitals:

|  | 03/06/20 1445 |
|---|---|
| BP: | (!) 142/91 |
| Pulse: | 102 |
| Resp: | 18 |
| Temp: | 98.3 °F (36.8 °C) |

Physical Exam

Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae and EOM are normal.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. Bowel sounds are normal.
Musculoskeletal: Normal range of motion.
Lymphadenopathy:
    Head (right side): No submental, no submandibular, no tonsillar, no preauricular, no posterior auricular and no occipital adenopathy present.
    Head (left side): No submental, no submandibular, no tonsillar, no preauricular, no posterior auricular and no occipital adenopathy present.
  She has no cervical adenopathy.
  She has no axillary adenopathy.
Neurological: She is alert and oriented to person, place, and time.

Printed by Carla E. Brashear-Duplechin, LPN at 7/21/20 3:53 PM                    Page 4 of 10

**Lincoln/Lee 0911**

Lee, Katonia (MR # 2325810) DOB:

Skin: Skin is warm and dry. She is not diaphoretic.
Psychiatric: She has a normal mood and affect. Her speech is normal and behavior is normal.
Judgment and thought content normal. She is not actively hallucinating. Cognition and memory
are normal. She is attentive.
Nursing note and vitals reviewed.

## Assessment:

### Problem List Items Addressed This Visit

ID
**Lymphoma related to acquired immunodeficiency syndrome (AIDS) - Primary**
Relevant Orders
*CBC auto differential (Completed)*
*Comprehensive metabolic panel (Completed)*
*Lactate dehydrogenase (Completed)*
CBC auto differential
Comprehensive metabolic panel
Lactate dehydrogenase
CT Chest Abdomen Pelvis With Contrast

**AIDS (acquired immune deficiency syndrome)**
Relevant Orders
*CBC auto differential (Completed)*
*Comprehensive metabolic panel (Completed)*
*Lactate dehydrogenase (Completed)*
CBC auto differential
Comprehensive metabolic panel
Lactate dehydrogenase

Oncology
**B-cell lymphoma**
Relevant Orders
*CBC auto differential (Completed)*
*Comprehensive metabolic panel (Completed)*
*Lactate dehydrogenase (Completed)*
CBC auto differential
Comprehensive metabolic panel
Lactate dehydrogenase
CT Chest Abdomen Pelvis With Contrast
*Case request GI: COLONOSCOPY (Completed)*

**Other Visit Diagnoses**
**Breast cancer screening**
Relevant Orders
MAMMOGRAM SCREENING

**Colon cancer screening**
Relevant Orders
*Case request GI: COLONOSCOPY (Completed)*

**Lab Results**
Component                          Value              Date

---

Printed by Carla E. Brashear-Duplechin, LPN at 7/21/20 3:53 PM                Page 5 of 10

**Lincoln/Lee 0912**

Lee, Katonia (MR # 2325810) DOB:

| | | |
|---|---|---|
| WBC | 3.68 (L) | 03/06/2020 |
| HGB | 12.1 | 03/06/2020 |
| HCT | 38.4 | 03/06/2020 |
| MCV | 97 | 03/06/2020 |
| PLT | 152 | 03/06/2020 |

**BMP**

**Lab Results**

| Component | Value | Date |
|---|---|---|
| NA | 139 | 03/06/2020 |
| K | 3.8 | 03/06/2020 |
| CL | 104 | 03/06/2020 |
| CO2 | 27 | 03/06/2020 |
| BUN | 10 | 03/06/2020 |
| CREATININE | 0.8 | 03/06/2020 |
| CALCIUM | 9.2 | 03/06/2020 |
| ANIONGAP | 8 | 03/06/2020 |
| ESTGFRAFRICA | >60 | 03/06/2020 |
| EGFRNONAA | >60 | 03/06/2020 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| ALT | 12 | 03/06/2020 |
| AST | 19 | 03/06/2020 |
| ALKPHOS | 173 (H) | 03/06/2020 |
| BILITOT | 0.3 | 03/06/2020 |

**Plan:**

**Lymphoma related to acquired immunodeficiency syndrome (AIDS)**
- CBC auto differential; Future; Expected date: 03/06/2020
- Comprehensive metabolic panel; Future; Expected date: 03/06/2020
- Lactate dehydrogenase; Future; Expected date: 03/06/2020
- CBC auto differential; Future; Expected date: 03/06/2020
- Comprehensive metabolic panel; Future; Expected date: 03/06/2020
- Lactate dehydrogenase; Future; Expected date: 03/06/2020
- CT Chest Abdomen Pelvis With Contrast; Future; Expected date: 03/06/2020

**Diffuse large B-cell lymphoma of lymph nodes of neck**
- CBC auto differential; Future; Expected date: 03/06/2020
- Comprehensive metabolic panel; Future; Expected date: 03/06/2020
- Lactate dehydrogenase; Future; Expected date: 03/06/2020
- CBC auto differential; Future; Expected date: 03/06/2020
- Comprehensive metabolic panel; Future; Expected date: 03/06/2020
- Lactate dehydrogenase; Future; Expected date: 03/06/2020
- CT Chest Abdomen Pelvis With Contrast; Future; Expected date: 03/06/2020
- Case request GI: COLONOSCOPY

**AIDS (acquired immune deficiency syndrome)**
- CBC auto differential; Future; Expected date: 03/06/2020
- Comprehensive metabolic panel; Future; Expected date: 03/06/2020
- Lactate dehydrogenase; Future; Expected date: 03/06/2020

Printed by Carla E. Brashear-Duplechin, LPN at 7/21/20 3:53 PM          Page 6 of 10

**Lincoln/Lee 0913**

Lee, Katonia (MR # 2325810) DOB:

- CBC auto differential; Future; Expected date: 03/06/2020
- Comprehensive metabolic panel; Future; Expected date: 03/06/2020
- Lactate dehydrogenase; Future; Expected date: 03/06/2020

**Breast cancer screening**
- MAMMOGRAM SCREENING; Future; Expected date: 03/06/2020

**Colon cancer screening**
- Case request GI: COLONOSCOPY

Follow up in 3 months with cbc, cmp, ldh - CT of chest/abdomen/pelvis with contrast prior to next visit - see Dr. Dang.  Also ordered screening mammogram and colonoscopy.


Thank You,
Cheree' S. Bodden, FNP-C

Not recorded

## All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|------|-------------|--------------|------------------|-----------|-----|
| 99214 | PR OFFICE/OUTPT VISIT,EST,LEVL IV | 3/6/2020 | Cheree S. Bodden, NP | S$GLB | 1 |
| 999999214 | PR PBB SHADOW E&M-EST. PATIENT-LVL IV | 3/6/2020 | Cheree S. Bodden, NP | PBBFAC | 1 |
| 3080F | PR MOST RECENT DIASTOLIC BLOOD PRESSURE >= 90 MM HG | 3/6/2020 | Cheree S. Bodden, NP | S$GLB, CPTII | 1 |
| 3077F | PR MOST RECENT SYSTOLIC BLOOD PRESSURE >= 140 MM HG | 3/6/2020 | Cheree S. Bodden, NP | S$GLB, CPTII | 1 |
| 3008F | PR BODY MASS INDEX (BMI) DOCUMENTED | 3/6/2020 | Cheree S. Bodden, NP | S$GLB, CPTII | 1 |

## Level of Service

Level of Service
**PR OFFICE/OUTPT VISIT,EST,LEVL IV [99214]**

## BestPractice Advisories

Click to view BestPractice Advisory history

## AVS Reports

| Date/Time | Report | Action | User |
|-----------|--------|--------|------|
| 3/6/2020 3:22 PM | PRT TX Calendar | Printed | Taisha Stevens, LPN |
| 3/6/2020 3:22 PM | After Visit Summary | Printed | Taisha Stevens, LPN |
| 3/6/2020 3:21 PM | PRT TX Calendar | Printed | Taisha Stevens, LPN |
| 3/6/2020 3:21 PM | After Visit Summary | Printed | Taisha Stevens, LPN |

## 🗋 Encounter-Level Documents - 03/06/2020:

**Lincoln/Lee 0914**

Lee, Katonia (MR # 2325810) DOB:

After Visit Summary - Document on 3/6/2020 3:22 PM by Taisha Stevens, LPN: PRT TX Calendar

After Visit Summary - Document on 3/6/2020 3:22 PM by Taisha Stevens, LPN: After Visit Summary

After Visit Summary - Document on 3/6/2020 3:21 PM by Taisha Stevens, LPN: PRT TX Calendar

After Visit Summary - Document on 3/6/2020 3:21 PM by Taisha Stevens, LPN: After Visit Summary

## �|  Visit Diagnoses and Associated Orders

Lymphoma related to acquired immunodeficiency syndrome (AIDS)  - Primary
ICD-10-CM: B20, C85.90
ICD-9-CM: 042, 202.80
CBC auto differential [LAB1748 Custom]  - *Future Order*
Comprehensive metabolic panel [LAB17 Custom]  - *Future Order*
Lactate dehydrogenase [LAB96 Custom]  - *Future Order*
CBC auto differential [LAB1748 Custom]  - *Future Order*
Comprehensive metabolic panel [LAB17 Custom]  - *Future Order*
Lactate dehydrogenase [LAB96 Custom]  - *Future Order*
CT Chest Abdomen Pelvis With Contrast [IMG4878 Custom]  - *Future Order*

Diffuse large B-cell lymphoma of lymph nodes of neck
ICD-10-CM: C83.31
ICD-9-CM: 202.81
CBC auto differential [LAB1748 Custom]  - *Future Order*
Comprehensive metabolic panel [LAB17 Custom]  - *Future Order*
Lactate dehydrogenase [LAB96 Custom]  - *Future Order*
CBC auto differential [LAB1748 Custom]  - *Future Order*
Comprehensive metabolic panel [LAB17 Custom]  - *Future Order*
Lactate dehydrogenase [LAB96 Custom]  - *Future Order*
CT Chest Abdomen Pelvis With Contrast [IMG4878 Custom]  - *Future Order*
Case request GI: COLONOSCOPY [GI5 Custom]

AIDS (acquired immune deficiency syndrome)
ICD-10-CM: B20
ICD-9-CM: 042
CBC auto differential [LAB1748 Custom]  - *Future Order*
Comprehensive metabolic panel [LAB17 Custom]  - *Future Order*
Lactate dehydrogenase [LAB96 Custom]  - *Future Order*
CBC auto differential [LAB1748 Custom]  - *Future Order*
Comprehensive metabolic panel [LAB17 Custom]  - *Future Order*
Lactate dehydrogenase [LAB96 Custom]  - *Future Order*

Breast cancer screening
ICD-10-CM: Z12.39
ICD-9-CM: V76.10

Colon cancer screening

Printed by Carla E. Brashear-Duplechin, LPN at 7/21/20 3:53 PM                                    Page 8 of 10

**Lincoln/Lee 0915**

Lee, Katonia (MR # 2325810) DOB:

ICD-10-CM: Z12.11
ICD-9-CM: V76.51
Case request GI: COLONOSCOPY [GI5 Custom]

## ✍ Problem List

as of 3/6/2020

|  | Noted - Resolved |
| --- | --- |
| Derm |  |
| Rash | 8/20/2019 - Present |
| Pulmonary |  |
| Multiple lung nodules on CT | 7/25/2019 - Present |
| Cardiac/Vascular |  |
| Essential hypertension | 2/12/2018 - Present |
| All Assessment & Plan Notes |  |
| ID |  |
| Lymphoma related to acquired immunodeficiency syndrome (AIDS) | 1/21/2019 - Present |
| All Assessment & Plan Notes |  |
| AIDS (acquired immune deficiency syndrome) | 1/24/2019 - Present |
| All Assessment & Plan Notes |  |
| HIV disease | Unknown - Present |
| Oncology |  |
| B-cell lymphoma | 1/22/2019 - Present |
| All Assessment & Plan Notes |  |
| Lymphoma | 2/11/2019 - Present |
| Anemia | 2/26/2019 - Present |
| All Assessment & Plan Notes |  |
| GI |  |
| Elevated LFTs | 1/21/2019 - Present |
| All Assessment & Plan Notes |  |
| Biliary obstruction | 4/30/2019 - Present |
| Other |  |
| Other chest pain | 2/26/2019 - Present |
| All Assessment & Plan Notes |  |

## Linked Episodes

ONCOLOGY TREATMENT Noted 1/26/2019

## Orders Placed

CBC auto differential (Resulted 3/6/2020, Abnormal)
CBC auto differential (Resulted 7/10/2020, Abnormal)
Comprehensive metabolic panel (Resulted 3/6/2020, Abnormal)
Comprehensive metabolic panel (Resulted 7/10/2020, Abnormal)

Lincoln/Lee 0916

Lee, Katonia (MR # 2325810) DOB:

Lactate dehydrogenase (Resulted 3/6/2020)
Lactate dehydrogenase (Resulted 7/10/2020)
CT Chest Abdomen Pelvis With Contrast (Resulted 6/8/2020)
Case request GI: COLONOSCOPY

## Medication Changes

As of 3/9/2020  8:19 AM

None

## Fall Risk

Patient Mobility Status: Ambulatory
Number of falls in the past 12 months?: 0
Fall Risk?: No

## Visit Diagnoses

Lymphoma related to acquired immunodeficiency syndrome (AIDS) B20. C85.90
Diffuse large B-cell lymphoma of lymph nodes of neck C83.31
AIDS (acquired immune deficiency syndrome) B20
Breast cancer screening Z12.39
Colon cancer screening Z12.11

Printed by Carla E. Brashear-Duplechin, LPN at 7/21/20 3:53 PM                    Page 10 of 10

Lincoln/Lee 0917



**To: 2138844921**

Company:
Fax: 2138844921
Phone:

**From: 2016884**

Fax:
Phone:
E-mail: kamajlit.thompson@ochsner.org

**NOTES:**

**Date and time of transmission:** Tuesday, July 21, 2020 4:01:08 PM
**Number of pages including this cover sheet:** 61

**Lincoln/Lee 0918**

# Quality Assurance Report

## Request Information

Report Date:    July 23, 2020                          **RP ID:** 6697846

Patient Name:   LEE, KATONIA

Provider Name: OCHSNER CLINIC OF BATON ROUGE

## Quality Assurance Information

Scope Requested: **From January 1, 2020 to Present**

Special Request:
Please provide all medical records for the timeframe
and complete the attached restrictions form- Seen By:
OCHSNER CANCER CENTER BATON ROUGE

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:
REQUESTED ITEMS NOT RECEIVED  received medical records
within scope  we need a completed form seen by Ocshner
Cancer center baton rouge scope 1/1/2020 - Present

Chart Reviewed By:  DRODO

**Lincoln/Lee 0919**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MS. KATONIA LEE

**Lincoln/Lee 0920**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

July 15, 2020

Ms. Katonia Lee

RE:    Long Term Disability (LTD) Benefits
       Walmart, Inc.
       Claim #: 8892419

Dear Ms. Katonia Lee:

We are writing with regard to your claim for Long Term Disability (LTD) benefits under Walmart, Inc.'s Group Disability Income Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

You are currently receiving benefits based on your inability to perform the material and substantial duties of your own occupation.

To remain eligible for benefits beyond the 24th month, you must be disabled from any occupation. As your benefits began on May 9, 2019, the change in definition will occur on May 9, 2021. We are currently gathering information to assess your continued eligibility for benefits beyond this date.

As part of our investigation, we will be contacting your treating physician(s). If you have changed physicians or been treated by other physicians in the last 12 months, please provide us with the full names and mailing addresses of these physicians.

Please complete the following forms and return them in the envelope provided by August 12, 2020:

    X   Activities Questionnaire Form
    X   Authorization - Medical
    X   Claimant Information Form
    X   Claimant Supplementary Statement
    X   Training Education Experience
    X   Authorization
        Other

1  of  3

**Lincoln/Lee 0921**

Walmart, Inc.'s LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than September 26, 2020 as required under the terms of the Policy.

Please be advised that we are unable to evaluate eligibility for continued benefits without this information. In the absence of this information, your claim may be closed.

To continue receiving disability benefits, we need you and Oschner Cancer Center to provide an update on your condition.

**What You Need to Do By Agust 27, 2020:**
1. **Check in with Oschner Cancer Center to ensure they have sent the required information.** On July 14, 2020 they received a request for your medical records on from our medical records vendor, on our behalf.
2. **If you're being treated by any other attending physicians or specialists, including physical therapy providers, request that they send us records pertinent to your disability.** They should provide office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 1, 2020 through the present. They can send in the information by:

   - Mail to Lincoln Life Assurance Company of Boston, Group Protection Disability Claims, PO Box 7216, London, KY 40742-7216
   - Email to WMRTCSU@lfg.com
   - Fax to 877-353-6412
   -

Please ensure we receive your records as well as the additional documentation requested above on time to avoid your benefits being discontinued. If we do not receive the requested information Agusut 27, 2020 your benefits may be suspended – and if we do not receive them by September 26, 2020 your claim may be closed.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brittany Stockhausen
LTD Specialist I
Phone No.: (877) 353-6404 Ext. 18185
Secure Fax No.: (603) 334-7428

Attachments:   Activities Questionnaire Form
               Authorization - Medical
               Claimant Information Form
               Claimant Supplementary Statement
               Training Education Experience

2  of 3

**Lincoln/Lee 0922**

Authorization

**Lincoln/Lee 0923**

## ACTIVITIES QUESTIONNAIRE



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return To:** Brittany Stockhausen

*page 1 of 3*

EMPLOYEE/CLAIMANT NAME:  Katonia Lee

CLAIM NO:  8892419                                      DATE OF BIRTH: _____

EMPLOYER/SPONSOR: Walmart, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

     sit _____    stand _____    walk _____

How many hours a day do you:

     sit _____    stand _____    walk _____

Do you take a nap during the day?

     Yes_____    No _____

     If Yes, for how long? _____    At what time of the day?_____

How many hours a day do you spend in bed?_____

Do you require any assistive devices such as a:

     cane _____    walker_____    crutches _____    wheelchair _____    other _____

How long are you able to sit in a car?_____

Do you hold a valid driver's license?

     Yes_____    No _____

     If No, please explain: _____

     If Yes, how long are you able to drive a car?_____

     **Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

_____

Do you have children?

     Yes_____    No _____    If Yes, what are their dates of birth _____

         Do you need help caring for your children?    _____

     Yes _____    No _____

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

     Yes_____    No _____    If Yes, please explain _____

How many times a day do you leave the house during the week? _____

     On the weekends?_____

How often do you run errands? _____

Please describe what errands you most commonly run: _____

_____

**Lincoln/Lee 0924**



How often do you get outdoors? _____

Are you left or right hand dominant?        Left _____    Right _____

Are you able to work in your garden?        Yes _____    No _____

Are you able to work on your house?         Yes _____    No _____

Are you able to wash your car?              Yes _____    No _____

How much time is spent daily on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

How much time is spent weekly on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

What activities do you perform on your home computer.  Please check all that apply:
_____ Pay bills _____ Read news/articles _____ Use search engines _____ Send emails

_____ Visit chat rooms _____ Photos   Other: _____

What computer software applications do you utilize.  Please check all that apply:
_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics

_____ Photo software (Photoshop) _____ Programming Other: _____

Do you have a working home copy machine/fax machine? _____ Yes _____ No

If yes, please explain purpose and usage: _____

The following questions intend to identify whether or not you are able to independently conduct routine daily

activities.  If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
| --- | --- | --- |
| Grocery Shopping | _____ | _____ |
| Carrying groceries into the house | _____ | _____ |
| Cooking meals | _____ | _____ |
| Cleaning after meals | _____ | _____ |
| Cleaning bathrooms | _____ | _____ |
| Vacuuming | _____ | _____ |
| Doing the laundry | _____ | _____ |
| Opening and responding to mail | _____ | _____ |
| Managing your finances | _____ | _____ |
| Balancing your checkbook | _____ | _____ |
| Bathing yourself | _____ | _____ |
| Styling your own hair | _____ | _____ |
| Getting dressed | _____ | _____ |
| Going up and down stairs | _____ | _____ |

Have you been confined to a hospital within the last 12 months? Yes _____   No _____

If Yes, please provide reason and hospital contact Information: _____

_____

_____

**Lincoln/Lee 0925**



How often do you travel or take vacation? _____

Where do you go?  How do you get there (transportation method)? _____

_____

Are you able to pursue your hobbies?          Yes _____     No _____

If Yes, please describe _____

Do you participate in an exercise program?     Yes _____     No _____

If Yes, please describe _____

Do you do any Volunteer work?                Yes _____     No _____

If Yes:

    how many hours per day? _____

    how many hours per week?_____

    for whom? _____

Are you working for wages?                   Yes _____     No _____

If Yes, please provide employer's name  _____

**Describe in your own words, what prevents you from engaging in <u>any gainful employment.</u>**

_____
_____
_____
_____
_____

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

_____
_____
_____
_____
_____

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

_____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

_____

\*\*Upon completion of this form, please sign and date below and return in the envelope provided to you.  Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records.  A photo static copy of this form will be as valid as the original.  I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: _____          Date: _____

Signature: _____

**Lincoln/Lee 0926**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

　* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

　* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.

　* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization.  If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration.  The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____

Date of Birth: _____ Claim Number: __8892419__ Date: _____

**A copy of this authorization will be considered as valid as the original.**

pg. 1  Authorization-Standard-2018

**Lincoln/Lee 0927**



# CLAIMANT INFORMATION FORM

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return To:** Brittany Stockhausen

EMPLOYEE/CLAIMANT NAME: Katonia Lee

CLAIM NO: 8892419

EMPLOYER/SPONSOR: Walmart, Inc.          DATE OF BIRTH:

**TO BE COMPLETED BY EMPLOYEE:**

Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2020 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: _____          Name: _____
Specialty: _____          Specialty: _____
Address: _____          Address: _____
_____          _____
Telephone No. :(____)_____ Fax No. :(____)_____          Telephone No. :(____)_____ Fax No. :(____)_____

Name: _____          Name: _____
Specialty: _____          Specialty: _____
Address: _____          Address: _____
_____          _____
Telephone No. :(____)_____ Fax No. :(____)_____          Telephone No. :(____)_____ Fax No. :(____)_____

**MEDICAL INSURANCE CARRIER(S):**

Name: _____          Name: _____
Specialty: _____          Specialty: _____
Address: _____          Address: _____
_____          _____
Telephone No. :(____)_____ Fax No. :(____)_____          Telephone No. :(____)_____ Fax No. :(____)_____

**PHARMACY(S):**

Name: _____          Name: _____
Specialty: _____          Specialty: _____
Address: _____          Address: _____
_____          _____
Telephone No. :(____)_____ Fax No. :(____)_____          Telephone No. :(____)_____ Fax No. :(____)_____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**Lincoln/Lee 0928**

**SIGNATURE:** _____ **DATE:** _____

**Lincoln/Lee 0929**

# CLAIMANT SUPPLEMENTARY STATEMENT



<div align="right">

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

</div>

**Return to:** Brittany Stockhausen

**EMPLOYEE/CLAIMANT NAME:** Katonia Lee          **CLAIM #:** 8892419

**EMPLOYER:** Walmart, Inc.          **DATE OF BIRTH:**

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name                          Relationship to you?                          Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:**

**DATE:**                    **EMPLOYEE'S SIGNATURE:**

DP 409

<div align="right">

**Lincoln/Lee 0930**

</div>

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

EMPLOYEE/CLAIMANT NAME: Katonia Lee

CLAIM NO: 8892419

EMPLOYER/SPONSOR: Walmart, Inc.          DATE OF BIRTH: _____

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: _____        Check if earned: ☐ GED  ☐ HS Diploma

Vocational Training: _____  Certificate Program completed: _____

Associates Degree: _____  College: number of years: _____

Bachelor's Degree: BA /BS Major: _____  Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: _____

Professional Training, License, Certificates(s): _____

Are you currently attending any classes: ☐ Y  ☐ N  If yes, provide name of school: _____

List any other Training or Classes Attended or Plan to Attend: _____

Primary language spoken: _____  Other language(s) spoken fluently: _____

Additional Skills, Hobbies & Volunteer Work _____

Did you serve in the Armed Forces? ☐ Y  ☐ N     From: _____  To: _____

Branch of Service: _____     Specialty: _____

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1.  Company: _____ Department:_____ From: _____ To: _____
    Job Title(s): _____
    Supervisory Experience ☐ Y  ☐ N
    Tasks/Duties/Physical Requirements (please be specific):_____

    _____

2.  Company: _____ Department:_____ From: _____ To: _____
    Job Title(s): _____
    Supervisory Experience ☐ Y  ☐ N
    Tasks/Duties (please be specific): _____

    _____

A Lincoln Financial Group Company                                               1

**Lincoln/Lee 0931**

3. Company: _____ Department: _____ From: _____ To: _____

Job Title(s): _____

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): _____

_____

4. Company: _____ Department: _____ From: _____ To: _____

Job Title(s): _____

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): _____

_____

5. Company: _____ Department: _____ From: _____ To: _____

Job Title(s): _____

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): _____

_____

**Computer Utilization:**

Computer Training/Courses, Certifications: _____

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: _____ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No  If yes, WPM (words per minute) _____
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: _____ Work: _____

---

**SIGNATURE:** _____ **PHONE NO:** (____) _____

---

A Lincoln Financial Group Company                                                    2

**Lincoln/Lee 0932**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____

Date of Birth: _____ Claim Number: __8892419__ Date: _____

**A copy of this authorization will be considered as valid as the original**

pg. 1 Psychotherapy.2015

**Lincoln/Lee 0933**

## Billing Statement:

ReleasePoint

**Invoice Date: 05/05/2020**       **Invoice #: 711890-779**
**Lincoln Financial Group**

**Invoice for Requests for Medical Information completed between Apr 1 2020 and Apr 30 2020**

**L-WALMAR**                                          **Bill Code: LIBSFU**

| RP #<br>Cust ID | Patient Name<br>Provider Name | Status | Date<br>Req By | RP Fee | Med Fee | Rush | QC Amt<br>Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 6374308<br>8892419 | LEE, KATONIA<br>OCHSNER MEDICAL CENTER | Canceled | 04/30/20<br>B Stockhausen | $ 4.00 | $ 25.00 | $ 0.00 | $ 0.00<br>0 | **$ 29.00** |

**ReleasePoint**

**405 W. Foothill Blvd**
**Suite 204**
**Claremont, CA 91711**

**Total Amount Due:**        **$ 29.00**

**Tax ID: 95-2843455**

**Lincoln/Lee 0934**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MS. KATONIA LEE

**Lincoln/Lee 0935**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-7428

April 10, 2020

Ms. Katonia Lee

RE:    Long Term Disability (LTD) Benefits
       Walmart, Inc.
       Claim #: 8892419

Dear Ms. Katonia Lee:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Walmart, Inc.'s Associates' Health and Welfare Plan ("LTD Policy"). We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On April 9, 2020, we requested medical records from Oschner Center.     This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 1, 2020 through present from Oschner Center

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

On April 2, 2020, we attempted to contact you at                    However, we were unable to speak with you and we left you a message requesting a return call to discuss your claim. We also attempted to contact you on April 9, 2020, we were unable to speak with you and we left you a message requesting a return call to discuss your claim.

We need to speak with you about your disability claim. Please call us by June 22, 2020 at the number listed below so that we can discuss your claim. If you do not contact us by this date, your disability benefits may be denied.

Walmart, Inc.'s LTD Policy requires that, in order to receive ongoing benefits, you provide proof of

1  of  2

**Lincoln/Lee 0936**

disability within a required timeframe.  Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by May 23, 2020, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by June 22, 2020, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than June 22, 2020 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brittany Stockhausen
LTD Specialist I
Phone No.: (877) 353-6404 Ext. 18185
Secure Fax No.: (603) 334-7428

**Lincoln/Lee 0937**

## Billing Statement:

**ReleasePoint**

**Invoice Date: 03/04/2020**          **Invoice #: 711442-822**
**Lincoln Financial Group**

**Invoice for Requests for Medical Information completed between Feb 1 2020 and Feb 29 2020**

**L-WALMAR**                                        **Bill Code: LIBSFU**

| RP #<br>Cust ID | Patient Name<br>Provider Name | Status | Date<br>Req By | RP Fee | Med Fee | Rush | QC Amt<br>Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 6055917<br>8892419 | LEE, KATONIA<br>MERIT HEALTH CENTRAL | Canceled | 02/05/20<br>B Stockhausen | $ 4.00 | $ 0.00 | $ 0.00 | $ 0.00<br>0 | **$ 4.00** |
| 6055918<br>8892419 | LEE, KATONIA<br>OCHSNER MEDICAL CENTER | Complete | 01/14/20<br>B Stockhausen | $ 8.00 | $ 63.00 | $ 0.00 | $ 0.00<br>57 | **$ 71.00** |

**ReleasePoint**

**Total Amount Due:**          **$ 75.00**

**405 W. Foothill Blvd**
**Suite 204**
**Claremont, CA 91711**              **Tax ID: 95-2843455**

**Lincoln/Lee 0938**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MS. KATONIA LEE

**Lincoln/Lee 0939**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-8172

February 19, 2020

Ms. Katonia Lee

RE:   Long Term Disability (LTD) Benefits
      Walmart, Inc.
      Claim #: 8892419

Dear Ms. Katonia Lee:

This letter is to confirm our conversation on February 14, 2020. Thank you for reviewing your disability claim overpayment and agreeing to a repayment arrangement. The repayment agreement applies to your outstanding overpayment of $8,478.34 owed to Lincoln Financial Group.

On February 14, 2020, we discussed and agreed to the following repayment arrangement:

- **Partial Benefit Reduction**

  Lincoln Financial will withhold your monthly disability benefit payment in the amount of $200.00 bi-weekly = $400.00 monthly and apply towards the overpayment balance until paid in full.  This will begin with your next monthly benefit payment scheduled to issue on February 26, 2020.

- **Full Repayment if Disability Benefit Ceases**

  If your disability benefit eligibility ends prior to full overpayment recovery, you will need to remit a monthly payment or provide full reimbursement of the overpayment balance by personal check, a cashier's check, or money order.  The full reimbursement will be due within 10 business days from the date your claim closes.

- **No Referral To Outside Collection Agencies**

  Lincoln Life Assurance Company of Boston will not refer the management of this overpayment to an outside collection agency so long as you meet the terms and conditions of this agreement and repayment arrangement.

1  of  2

**Lincoln/Lee 0940**

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Keegan
Financial Services Represenative
Phone No.: (888) 437-7611 Ext. 16060
Secure Fax No.: (603) 430-5797

**Lincoln/Lee 0941**

**Medical Record Overview**

**ReleasePoint**

**Date:** January 14, 2020

**Patient Name:** LEE, KATONIA

**Records From:** OCHSNER CANCER CENTER BATON ROUGE   **RP ID:** 6055918

,
(225) 761-5410

**Client ID:** 8892419

**Source:** L-WALMAR

**Request Scope:** From August 1, 2019 to Present

**Req By:** B Stockhausen
05-290765

**Chart Range:** 08/20/2019 - 12/31/2019

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Aug 20 2019 | Dec 31 2019 | 36 | 2 |
| Labs/Diagnostics | Aug 20 2019 | Dec 31 2019 | 15 | 38 |
| Request Corr. | | | 6 | 53 |
| **Total Page Count:** | | | 57 | |

**Notes From QC:**

ITEMS REQUESTED NOT FOUND We only received medical records. Please also request for the completed form, seen by the SA physician/provider, Within the scope requested. Thanks!

**Lincoln/Lee 0942**

**Progress Notes - 12/31/2019**

| | |
|---|---|
| BRCC HEMATOLOGY ONCOLOGY<br>OCHSNER, BATON ROUGE REGION LA<br>Continuity of Care | Lee, Katonia<br>MRN: 2325810, DOB:          Sex: F<br>Acct #: 72009883282<br>Enc. Date 12/31/2019 |

## Visit Summary

### Reason for Visit

Lymphoma

### Diagnoses

| | Codes | Comments |
|---|---|---|
| Lymphoma related to acquired immunodeficiency syndrome (AIDS)   -   Primary | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | |
| AIDS (acquired immune deficiency syndrome) | ICD-10-CM: B20<br>ICD-9-CM: 042 | |

### Problem List as of 12/31/2019                                        Date Reviewed: **12/31/2019**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R94.5<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Other chest pain** | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| **Multiple lung nodules on CT** | ICD-10-CM: R91.8<br>ICD-9-CM: 793.19 | | | 7/25/2019 -<br>Present |
| **HIV disease** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | Unknown -<br>Present |
| **Rash** | ICD-10-CM: R21<br>ICD-9-CM: 782.1 | | | 8/20/2019 -<br>Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |

**Lincoln/Lee 0943**

**Progress Notes - 12/31/2019**

| | | |
|---|---|---|
| BRCC HEMATOLOGY ONCOLOGY | Lee, Katonia | |
| OCHSNER, BATON ROUGE REGION LA | MRN: 2325810, DOB: | Sex: F |
| Continuity of Care | Acct #: 72009883282 | |
| | Enc. Date 12/31/2019 | |

## Visit Summary (continued)

### Allergies as of 1/12/2020

No Known Allergies

### Immunizations Administered as of 12/31/2019                                    Never Reviewed

| Name | Date | Dose | VIS Date | Route |
|---|---|---|---|---|
| Pneumococcal Conjugate - 13 Valent | 3/1/2019 | 0.5 mL | 11/5/2015 | Intramuscular |

Site: Left deltoid
Given By: Faye G. Gonzaga, RN

## Medications

### Outpatient Medications at Start of Encounter as of 12/31/2019

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet (Taking)** | 30 tablet | 1 | 2/2/2019 | |

Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral

Monica H Fefie, LPN 12/31/2019 10:46 AM

Erica M. Coffey, RN 2/7/2019 10:49 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amLODIPine (NORVASC) 10 MG tablet (Taking)** | 90 tablet | 3 | 9/27/2019 | |

Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking)** | 30 tablet | 4 | 8/2/2019 | |

Sig - Route: Take 1 tablet by mouth once daily. - Oral

**citalopram (CELEXA) 20 MG tablet (Taking)**

Sig - Route: Take 20 mg by mouth once daily. - Oral
Class: Historical Med

Monica H Fefie, LPN 12/31/2019 10:46 AM

Erica M. Coffey, RN 2/7/2019 10:53 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

**ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking)**

Sig - Route: Take 1 tablet by mouth once daily. - Oral
Class: Historical Med

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab (Taking)** | 90 tablet | 3 | 9/27/2019 | |

Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking)** | 60 tablet | 1 | 4/22/2019 | |

Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **oxyCODONE (ROXICODONE) 5 MG immediate release tablet (Taking)** | 60 tablet | 0 | 12/19/2019 | |

Sig - Route: Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain (medically necessary). - Oral
Earliest Fill Date: 12/19/2019
Notes to Pharmacy: Quantity medically necessary for greater than 7 days

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **prochlorperazine (COMPAZINE) 10 MG tablet (Taking)** | 60 tablet | 1 | 4/22/2019 | 4/21/2020 |

Sig - Route: Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **promethazine (PHENERGAN) 25 MG tablet (Taking)** | 60 tablet | 1 | 4/22/2019 | |

**Lincoln/Lee 0944**

**Progress Notes - 12/31/2019**

| BRCC HEMATOLOGY ONCOLOGY<br>OCHSNER, BATON ROUGE REGION LA<br>Continuity of Care | Lee, Katonia<br>MRN: 2325810, DOB:<br>Acct #: 72009883282<br>Enc. Date 12/31/2019 | Sex: F |
|---|---|---|

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 12/31/2019 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig - Route: Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. - Oral | | | | |
| zolpidem (AMBIEN) 5 MG Tab (Taking) | 30 tablet | 1 | 12/19/2019 | 6/18/2020 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| doxycycline (VIBRAMYCIN) 100 MG Cap | 10 capsule | 0 | 8/20/2019 | |
| Sig - Route: Take 1 capsule (100 mg total) by mouth once daily. - Oral | | | | |
| predniSONE (DELTASONE) 20 MG tablet | 25 tablet | 0 | 6/24/2019 | |
| Sig: Take 5 tablets (100mg total) by mouth once daily for 5 days | | | | |

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| allopurinol (ZYLOPRIM) 300 MG tablet (Taking)<br>Sig: Take 1 tablet (300 mg total) by mouth once daily.<br>Route: Oral | 30 tablet | 1 | 2/2/2019 | |
| amLODIPine (NORVASC) 10 MG tablet (Taking)<br>Sig: Take 1 tablet (10 mg total) by mouth once daily.<br>Route: Oral | 90 tablet | 3 | 9/27/2019 | |
| bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking)<br>Sig: Take 1 tablet by mouth once daily.<br>Route: Oral | 30 tablet | 4 | 8/2/2019 | |
| citalopram (CELEXA) 20 MG tablet (Taking)<br>Sig: Take 20 mg by mouth once daily.<br>Class: Historical Med<br>Route: Oral | | | | |
| ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking)<br>Sig: Take 1 tablet by mouth once daily.<br>Class: Historical Med<br>Route: Oral | | | | |
| hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab (Taking)<br>Sig: Take 1 tablet (12.5 mg total) by mouth once daily.<br>Route: Oral | 90 tablet | 3 | 9/27/2019 | |
| ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking)<br>Sig: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea).<br>Route: Oral | 60 tablet | 1 | 4/22/2019 | |
| oxyCODONE (ROXICODONE) 5 MG immediate release tablet (Taking)<br>Sig: Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain (medically necessary).<br>Earliest Fill Date: 12/19/2019<br>Notes to Pharmacy: Quantity medically necessary for greater than 7 days<br>Route: Oral | 60 tablet | 0 | 12/19/2019 | |
| prochlorperazine (COMPAZINE) 10 MG tablet (Taking)<br>Sig: Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (nausea).<br>Route: Oral | 60 tablet | 1 | 4/22/2019 | 4/21/2020 |
| promethazine (PHENERGAN) 25 MG tablet (Taking)<br>Sig: Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea.<br>Route: Oral | 60 tablet | 1 | 4/22/2019 | |
| zolpidem (AMBIEN) 5 MG Tab (Taking)<br>Sig: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep).<br>Route: Oral | 30 tablet | 1 | 12/19/2019 | 6/18/2020 |

**Lincoln/Lee 0945**

**Progress Notes - 12/31/2019**

| BRCC HEMATOLOGY ONCOLOGY | Lee, Katonia | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 2325810, DOB: | Sex: F |
| Continuity of Care | Acct #: 72009883282 | |
| | Enc. Date 12/31/2019 | |

## Medications (continued)
## Progress Notes

**Progress Notes by Long H. Dang, MD at 12/31/2019 10:20 AM**

| Author: Long H. Dang, MD | Service: — | Author Type: Physician |
|---|---|---|
| Filed: 12/31/2019 12:05 PM | Encounter Date: 12/31/2019 | Creation Time: 12/30/2019 9:29 PM |
| Status: Signed | Editor: Long H. Dang, MD (Physician) | |

### Subjective:

**Patient ID:** Katonia Lee is a 50 y.o. female.

**Chief Complaint:** Lymphoma related to acquired immunodeficiency syndrome (AIDS) [B20, C85.90]
HPI: We have an opportunity to see Ms. Katonia Lee in Hematology Oncology clinic at Ochsner Medical Center on 12/30/2019. Ms. Katonia Lee is a 50 y.o.
woman AIDS-related DLBCL completed treatment s/p 7 cycles of RCHOP with 1st 2 cycles dose reduced, s/p 6 IT MTX. Reports doing well.

**Lymphoma related to acquired immunodeficiency syndrome (AIDS)**

| 1/21/2019 | Initial Diagnosis |
|---|---|
| | Lymphoma related to acquired immunodeficiency syndrome (AIDS) |

1/31/2019 -      **Chemotherapy**
Treatment Summary
Plan Name: OP RITUXIMAB Q3M (MAINTENANCE)
Treatment Goal: Palliative
Status: Inactive
Start Date: 1/27/2019
End Date: 1/27/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride 0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous, Clinic/HOD 1 time, 1 of 2 cycles
Administration: 664 mg (1/27/2019)

Plan Name: R-EPOCH INPATIENT
Treatment Goal: Curative
Status: Inactive
Start Date: 1/31/2019
End Date: 1/31/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg, Intravenous, Every 24 hours (non-standard times), 1 of 4 cycles
Administration: 1,270 mg (1/31/2019)

riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time, 0 of 3 cycles

DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine

**Lincoln/Lee 0946**

**Progress Notes - 12/31/2019**

| BRCC HEMATOLOGY ONCOLOGY | Lee, Katonia | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 2325810, DOB: | Sex: F |
| Continuity of Care | Acct #: 72009883282 | |
| | Enc. Date 12/31/2019 | |

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 12/31/2019 10:20 AM (continued)**

(ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, ,
Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles

Plan Name: OP R-CHOP Q3W
Treatment Goal: Curative
Status: Active
Start Date: 2/18/2019
End Date: 6/3/2019 (Planned)
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: DOXOrubicin chemo injection 20 mg, 12.5 mg/m2 = 20 mg (25
% of original dose 50 mg/m2), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Dose modification: 12.5 mg/m2 (25 % of original dose 50 mg/m2, Cycle 1,
Reason: Original Dose Changed)
Administration: 20 mg (2/18/2019), 20 mg (3/11/2019)

vinCRIStine (ONCOVIN) 2 mg in sodium chloride 0.9% 50 mL chemo infusion, 2
mg (100 % of original dose 2 mg), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Dose modification: 2 mg (original dose 2 mg, Cycle 1, Reason: MD Discretion,
Comment: capping vincristine at 2 mg)
Administration: 2 mg (2/18/2019), 2 mg (3/11/2019)

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,180 mg in sodium chloride 0.9%
309 mL chemo infusion, 750 mg/m2 = 1,180 mg, Intravenous, Clinic/HOD 1 time,
2 of 6 cycles
Administration: 1,180 mg (2/18/2019), 1,210 mg (3/11/2019)

methotrexate (PF) 6 mg in sodium chloride 0.9% (NORMAL SALINE FLUSH) 3
mL INTRATHECAL chemo injection, , Intrathecal, Clinic/HOD 1 time, 0 of 4
cycles

**B-cell lymphoma**

Chemotherapy
Treatment Summary
Plan Name: OP RITUXIMAB Q3M (MAINTENANCE)
Treatment Goal: Palliative
Status: Inactive
Start Date: 1/27/2019
End Date: 1/27/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride
0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous,
Clinic/HOD 1 time, 1 of 2 cycles
Administration: 664 mg (1/27/2019)

Plan Name: R-EPOCH INPATIENT
Treatment Goal: Curative

**Lincoln/Lee 0947**

**Progress Notes - 12/31/2019**

| BRCC HEMATOLOGY ONCOLOGY | Lee, Katonia | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 2325810, DOB: | Sex: F |
| Continuity of Care | Acct #: 72009883282 | |
| | Enc. Date 12/31/2019 | |

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 12/31/2019 10:20 AM (continued)**

Status: Inactive
Start Date: 1/31/2019
End Date: 1/31/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg, Intravenous, Every 24 hours (non-standard times), 1 of 4 cycles
Administration: 1,270 mg (1/31/2019)

riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time, 0 of 3 cycles

DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine (ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, , Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles

Plan Name: OP R-CHOP Q3W
Treatment Goal: Curative
Status: Active
Start Date: 2/1/2019 (Planned)
End Date: 5/17/2019 (Planned)
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: DOXOrubicin chemo injection 84 mg, 50 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

vinCRIStine (ONCOVIN) 2.4 mg in sodium chloride 0.9% 50 mL chemo infusion, 1.4 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 250 mL chemo infusion, 750 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

riTUXimab (RITUXAN) 375 mg/m2 = 634 mg in sodium chloride 0.9% 634 mL infusion (conc: 1 mg/mL), 375 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

Past Medical History:

| Diagnosis | Date |
|---|---|
| • B-cell lymphoma | 1/22/2019 |
| • Biliary stricture | |
| • Cancer | |
|   lymphoma] | |
| • Diffuse large B cell lymphoma of duodenum and pancreas | 1/21/2019 |
| • Encounter for blood transfusion | |
| • HIV (human immunodeficiency virus infection) | |

Generated on 1/12/20  6:21 PM

Page 45

**Lincoln/Lee 0948**

**Progress Notes - 12/31/2019**

| | |
|---|---|
| BRCC HEMATOLOGY ONCOLOGY<br>OCHSNER, BATON ROUGE REGION LA<br>Continuity of Care | Lee, Katonia<br>MRN: 2325810, DOB:            Sex: F<br>Acct #: 72009883282<br>Enc. Date 12/31/2019 |

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 12/31/2019 10:20 AM (continued)**

- Hypertension
- Jaundice
- Stomach ulcer
  *bleeding*

Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Paternal Grandmother | |
| • Heart disease | Mother | |

Social History

Socioeconomic History
- Marital status:             Legally Separated
     Spouse name:            Not on file
- Number of children:       Not on file
- Years of education:       Not on file
- Highest education level:  Not on file

Occupational History
- Not on file

Social Needs
- Financial resource strain:   Not on file
- Food insecurity:
     Worry:                    Not on file
     Inability:                Not on file
- Transportation needs:
     Medical:                  Not on file
     Non-medical:              Not on file

Tobacco Use
- Smoking status:            Never Smoker
- Smokeless tobacco:         Never Used

Substance and Sexual Activity
- Alcohol use:               No
     Frequency:              Never
- Drug use:                  No
- Sexual activity:           Not on file

Lifestyle
- Physical activity:
     Days per week:          Not on file
     Minutes per session:    Not on file
- Stress:                    Not on file

Relationships
- Social connections:
     Talks on phone:               Not on file
     Gets together:                Not on file
     Attends religious service:    Not on file
     Active member of club or      Not on file
     organization:
     Attends meetings of clubs     Not on file
     or organizations:

---

Generated on 1/12/20  6:21 PM                                    Page 46

**Lincoln/Lee 0949**

**Progress Notes - 12/31/2019**

| BRCC HEMATOLOGY ONCOLOGY<br>OCHSNER, BATON ROUGE REGION LA<br>Continuity of Care | Lee, Katonia<br>MRN: 2325810, DOB:<br>Acct #: 72009883282<br>Enc. Date 12/31/2019 | Sex: F |
|---|---|---|

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 12/31/2019 10:20 AM (continued)**

| Relationship status: | Not on file |
|---|---|

Other Topics                              Concern
- Not on file

Social History Narrative
- Not on file

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • BRONCHOSCOPY | Bilateral | 7/25/2019 |

*Procedure: Bronchoscopy Pt needs K+; Surgeon: Tarek M. Abdallah, MD; Location: BRMH ENDO; Service: Pulmonary; Laterality: Bilateral;*

| • CESAREAN SECTION | | |
|---|---|---|
| • ERCP | N/A | 1/25/2019 |

*Procedure: ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY); Surgeon: Janak N. Shah, MD; Location: NOMH ENDO (2ND FLR); Service: Endoscopy; Laterality: N/A;*

| • ERCP | Left | 4/30/2019 |
|---|---|---|

*Procedure: ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY); Surgeon: Janak N. Shah, MD; Location: NOMH ENDO (2ND FLR); Service: Endoscopy; Laterality: Left; appt confirmed*

| • ESOPHAGOGASTRODUODENOSCOPY | | |
|---|---|---|
| • INSERTION OF VENOUS ACCESS PORT | Left | 2/11/2019 |

*Procedure: INSERTION, VENOUS ACCESS PORT; Surgeon: Kyle A Jakob, MD; Location: BRMH OR; Service: General; Laterality: Left;*

Current Outpatient Medications

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • allopurinol (ZYLOPRIM) 300 MG tablet | Take 1 tablet (300 mg total) by mouth once daily. (Patient taking differently: Take 300 mg by mouth every morning. ) | 30 tablet | 1 |
| • amLODIPine (NORVASC) 10 MG tablet | Take 1 tablet (10 mg total) by mouth once daily. | 90 tablet | 3 |
| • bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet | Take 1 tablet by mouth once daily. | 30 tablet | 4 |
| • citalopram (CELEXA) 20 MG tablet | Take 20 mg by mouth once daily. | | |
| • doxycycline (VIBRAMYCIN) 100 MG Cap | Take 1 capsule (100 mg total) by mouth once daily. (Patient not taking: Reported on 9/27/2019) | 10 capsule | 0 |
| • ferrous gluconate 324 mg (37.5 mg iron) Tab | Take 1 tablet by mouth once daily. | | |
| • hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab | Take 1 tablet (12.5 mg total) by mouth once daily. | 90 tablet | 3 |
| • ondansetron (ZOFRAN-ODT) 8 MG TbDL | Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed | 60 tablet | 1 |

**Lincoln/Lee 0950**

**Progress Notes - 12/31/2019**

| | |
|---|---|
| BRCC HEMATOLOGY ONCOLOGY<br>OCHSNER, BATON ROUGE REGION LA<br>Continuity of Care | Lee, Katonia<br>MRN: 2325810, DOB:          Sex: F<br>Acct #: 72009883282<br>Enc. Date 12/31/2019 |

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 12/31/2019 10:20 AM (continued)**

| | | | |
|---|---|---|---|
| | (nausea). | | |
| • oxyCODONE (ROXICODONE) 5 MG immediate release tablet | Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain (medically necessary). | 60 tablet | 0 |
| • predniSONE (DELTASONE) 20 MG tablet | Take 5 tablets (100mg total) by mouth once daily for 5 days (Patient not taking: Reported on 9/27/2019) | 25 tablet | 0 |
| • prochlorperazine (COMPAZINE) 10 MG tablet | Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (nausea). | 60 tablet | 1 |
| • promethazine (PHENERGAN) 25 MG tablet | Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. | 60 tablet | 1 |
| • zolpidem (AMBIEN) 5 MG Tab | Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). | 30 tablet | 1 |

No current facility-administered medications for this visit.

## Labs:

Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 3.11 (L) | 09/27/2019 |
| HGB | 11.9 (L) | 09/27/2019 |
| HCT | 37.0 | 09/27/2019 |
| MCV | 98 | 09/27/2019 |
| PLT | 109 (L) | 09/27/2019 |

**BMP**

Lab Results

| Component | Value | Date |
|---|---|---|
| NA | 142 | 09/27/2019 |
| K | 3.7 | 09/27/2019 |
| CL | 104 | 09/27/2019 |
| CO2 | 27 | 09/27/2019 |
| BUN | 18 | 09/27/2019 |
| CREATININE | 1.1 | 09/27/2019 |
| CALCIUM | 9.9 | 09/27/2019 |
| ANIONGAP | 11 | 09/27/2019 |
| ESTGFRAFRICA | >60 | 09/27/2019 |
| EGFRNONAA | 59 (A) | 09/27/2019 |

Lab Results

**Lincoln/Lee 0951**

**Progress Notes - 12/31/2019**

| BRCC HEMATOLOGY ONCOLOGY | Lee, Katonia | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 2325810, DOB: | Sex: F |
| Continuity of Care | Acct #: 72009883282 | |
| | Enc. Date 12/31/2019 | |

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 12/31/2019 10:20 AM (continued)**

| Component | Value | Date |
|---|---|---|
| ALT | 11 | 09/27/2019 |
| AST | 19 | 09/27/2019 |
| ALKPHOS | 139 (H) | 09/27/2019 |
| BILITOT | 0.3 | 09/27/2019 |

Lab Results

| Component | Value | Date |
|---|---|---|
| IRON | 77 | 08/20/2019 |
| TIBC | 379 | 08/20/2019 |
| FERRITIN | 684 (H) | 08/20/2019 |

Lab Results

| Component | Value | Date |
|---|---|---|
| VITAMINB12 | 1042 (H) | 08/20/2019 |

Lab Results

| Component | Value | Date |
|---|---|---|
| FOLATE | 3.3 (L) | 08/20/2019 |

Lab Results

| Component | Value | Date |
|---|---|---|
| TSH | 1.014 | 01/23/2019 |

I have reviewed the radiology reports and examined the scan/xray images.

Review of Systems
Constitutional: Negative.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Negative.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative.
Hematological: Negative.
Psychiatric/Behavioral: Negative.

ECOG SCORE

**Objective:**

Generated on 1/12/20  6:21 PM

**Lincoln/Lee 0952**

**Progress Notes - 12/31/2019**

| | |
|---|---|
| BRCC HEMATOLOGY ONCOLOGY<br>OCHSNER, BATON ROUGE REGION LA<br>Continuity of Care | Lee, Katonia<br>MRN: 2325810, DOB:          Sex: F<br>Acct #: 72009883282<br>Enc. Date 12/31/2019 |

### Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 12/31/2019 10:20 AM (continued)**

There were no vitals filed for this visit.There is no height or weight on file to calculate BMI.

Physical Exam

Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae and EOM are normal.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. Bowel sounds are normal.
Musculoskeletal: Normal range of motion.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.
Nursing note and vitals reviewed.

### Assessment:

1.    **Lymphoma related to acquired immunodeficiency syndrome (AIDS)**
2.    AIDS (acquired immune deficiency syndrome)

### Plan:

**Lymphoma related to acquired immunodeficiency syndrome (AIDS)**
Doing well, will set up for restaging scan.
- CBC auto differential; Future; Expected date: 12/31/2019
- Comprehensive metabolic panel; Future; Expected date: 12/31/2019
- Lactate dehydrogenase; Future; Expected date: 12/31/2019
- CT Chest Abdoment Pelvis With Contrast; Future; Expected date: 12/31/2019

**AIDS (acquired immune deficiency syndrome)**
- CD4 T-Helper Cells; Future; Expected date: 12/31/2019
- HIV RNA, quantitative, PCR; Future; Expected date: 12/31/2019

Electronically signed by Long H. Dang, MD on 12/31/2019 12:05 PM

**H&P Notes**

No notes of this type exist for this encounter.

**Lincoln/Lee 0953**

**Progress Notes - 12/31/2019**

| | |
|---|---|
| BRCC HEMATOLOGY ONCOLOGY | Lee, Katonia |
| OCHSNER, BATON ROUGE REGION LA | MRN: 2325810, DOB:          Sex: F |
| Continuity of Care | Acct #: 72009883282 |
| | Enc. Date 12/31/2019 |

**Infusion Orders**

No relevant orders to display.

## END OF REPORT

**Lincoln/Lee 0954**

**Progress Notes - 09/27/2019**

| BRCC HEMATOLOGY ONCOLOGY | Lee, Katonia | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 2325810, DOB: | Sex: F |
| Continuity of Care | Acct #: 72009382262 | |
| | Enc. Date 9/27/2019 | |

## Visit Summary

### Diagnoses

| | Codes | Comments |
|---|---|---|
| **Essential hypertension** - Primary | ICD-10-CM: I10 | |
| | ICD-9-CM: 401.9 | |

**Problem List** as of 9/27/2019                                    Date Reviewed: **9/27/2019**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10 | | | 2/12/2018 - |
| | ICD-9-CM: 401.9 | | | Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90 | | | 1/21/2019 - |
| | ICD-9-CM: 042, 202.80 | | | Present |
| **Elevated LFTs** | ICD-10-CM: R94.5 | | | 1/21/2019 - |
| | ICD-9-CM: 790.6 | | | Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10 | | | 1/22/2019 - |
| | ICD-9-CM: 202.80 | | | Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20 | | | 1/24/2019 - |
| | ICD-9-CM: 042 | | | Present |
| **Lymphoma** | ICD-10-CM: C85.90 | | | 2/11/2019 - |
| | ICD-9-CM: 202.80 | | | Present |
| **Anemia** | ICD-10-CM: D64.9 | | | 2/26/2019 - |
| | ICD-9-CM: 285.9 | | | Present |
| **Other chest pain** | ICD-10-CM: R07.89 | | | 2/26/2019 - |
| | ICD-9-CM: 786.59 | | | Present |
| **Biliary obstruction** | ICD-10-CM: K83.1 | | | 4/30/2019 - |
| | ICD-9-CM: 576.2 | | | Present |
| **Multiple lung nodules on CT** | ICD-10-CM: R91.8 | | | 7/25/2019 - |
| | ICD-9-CM: 793.19 | | | Present |
| **HIV disease** | ICD-10-CM: B20 | | | Unknown - |
| | ICD-9-CM: 042 | | | Present |
| **Rash** | ICD-10-CM: R21 | | | 8/20/2019 - |
| | ICD-9-CM: 782.1 | | | Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0 | | | 1/21/2019 - |
| | ICD-9-CM: 276.51 | | | 1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 | | | 1/21/2019 - |
| | ICD-9-CM: 789.00 | | | 2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 | | | 1/21/2019 - |
| | ICD-9-CM: 536.2 | | | 1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 | | | 2/13/2019 - |
| | ICD-9-CM: 780.96 | | | 2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 | | | 2/26/2019 - |
| | ICD-9-CM: 288.00, 780.61 | | | 3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 | | | 2/27/2019 - |
| | ICD-9-CM: 112.0 | | | 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9 | | | 2/28/2019 - |
| | ICD-9-CM: 780.60 | | | 3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9 | | | 5/25/2019 - |
| | ICD-9-CM: 285.9 | | | 5/26/2019 |

**Allergies as of 1/12/2020**

No Known Allergies

**Immunizations Administered as of 9/27/2019**                                    Never Reviewed

| Name | Date | Dose | VIS Date | Route |
|---|---|---|---|---|
| **Pneumococcal Conjugate - 13** | 3/1/2019 | 0.5 mL | 11/5/2015 | Intramuscular |

Generated on 1/12/20  6:21 PM                                    Page 28

**Lincoln/Lee 0955**

**Progress Notes - 09/27/2019**

| BRCC HEMATOLOGY ONCOLOGY | Lee, Katonia | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 2325810, DOB: | Sex: F |
| Continuity of Care | Acct #: 72009382262 | |
| | Enc. Date 9/27/2019 | |

## Visit Summary (continued)

**Immunizations Administered as of 9/27/2019 (continued)**　　　　　　　　　　Never Reviewed

| Name | Date | Dose | VIS Date | Route |
|---|---|---|---|---|
| **Valent** | | | | |
| Site: Left deltoid | | | | |
| Given By: Faye G. Gonzaga, RN | | | | |

## Medications

**Outpatient Medications at Start of Encounter as of 9/27/2019**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet (Taking)** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |

    Monica H Fefie, LPN 12/31/2019 10:46 AM

    Erica M. Coffey, RN 2/7/2019 10:49 AM
    TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking)** | 30 tablet | 4 | 8/2/2019 | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| **citalopram (CELEXA) 20 MG tablet (Taking)** | | | | |
| Sig - Route: Take 20 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |

    Monica H Fefie, LPN 12/31/2019 10:46 AM

    Erica M. Coffey, RN 2/7/2019 10:53 AM
    TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking)** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking)** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **prochlorperazine (COMPAZINE) 10 MG tablet (Taking)** | 60 tablet | 1 | 4/22/2019 | 4/21/2020 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **promethazine (PHENERGAN) 25 MG tablet (Taking)** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Taking)** | 30 tablet | 5 | 6/26/2019 | 9/27/2019 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab (Taking)** | 30 tablet | 5 | 6/26/2019 | 9/27/2019 |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **metoprolol tartrate (LOPRESSOR) 50 MG tablet (Taking)** | | | | 9/27/2019 |
| Sig - Route: Take 50 mg by mouth 2 (two) times daily. - Oral | | | | |
| Class: Historical Med | | | | |

    Erica M. Coffey, RN 2/7/2019 10:56 AM
    TAKE MORNING OF SURGERY WITH A SIP OF WATER.

**Lincoln/Lee 0956**

**Progress Notes - 09/27/2019**

| BRCC HEMATOLOGY ONCOLOGY | Lee, Katonia | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 2325810, DOB: | Sex: F |
| Continuity of Care | Acct #: 72009382262 | |
| | Enc. Date 9/27/2019 | |

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 9/27/2019 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **oxyCODONE (ROXICODONE) 5 MG immediate release tablet (Taking)** | 60 tablet | 0 | 9/17/2019 | 10/18/2019 |
| Sig - Route: Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain (medically necessary). - Oral | | | | |
| Earliest Fill Date: 9/17/2019 | | | | |
| Notes to Pharmacy: Quantity medically necessary for greater than 7 days | | | | |
| **zolpidem (AMBIEN) 5 MG Tab (Taking)** | 30 tablet | 1 | 9/17/2019 | 10/18/2019 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| **doxycycline (VIBRAMYCIN) 100 MG Cap** | 10 capsule | 0 | 8/20/2019 | |
| Sig - Route: Take 1 capsule (100 mg total) by mouth once daily. - Oral | | | | |
| **predniSONE (DELTASONE) 20 MG tablet** | 25 tablet | 0 | 6/24/2019 | |
| Sig: Take 5 tablets (100mg total) by mouth once daily for 5 days | | | | |

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet (Taking)** | 30 tablet | 1 | 2/2/2019 | |
| Sig: Take 1 tablet (300 mg total) by mouth once daily. | | | | |
| Route: Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Taking)** | 90 tablet | 3 | 9/27/2019 | |
| Sig: Take 1 tablet (10 mg total) by mouth once daily. | | | | |
| Route: Oral | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking)** | 30 tablet | 4 | 8/2/2019 | |
| Sig: Take 1 tablet by mouth once daily. | | | | |
| Route: Oral | | | | |
| **citalopram (CELEXA) 20 MG tablet (Taking)** | | | | |
| Sig: Take 20 mg by mouth once daily. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking)** | | | | |
| Sig: Take 1 tablet by mouth once daily. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab (Taking)** | 90 tablet | 3 | 9/27/2019 | |
| Sig: Take 1 tablet (12.5 mg total) by mouth once daily. | | | | |
| Route: Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking)** | 60 tablet | 1 | 4/22/2019 | |
| Sig: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). | | | | |
| Route: Oral | | | | |
| **prochlorperazine (COMPAZINE) 10 MG tablet (Taking)** | 60 tablet | 1 | 4/22/2019 | 4/21/2020 |
| Sig: Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (nausea). | | | | |
| Route: Oral | | | | |
| **promethazine (PHENERGAN) 25 MG tablet (Taking)** | 60 tablet | 1 | 4/22/2019 | |
| Sig: Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. | | | | |
| Route: Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Taking/Discontinued)** | 30 tablet | 5 | 6/26/2019 | 9/27/2019 |
| Sig: Take 1 tablet (10 mg total) by mouth once daily. | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab (Taking/Discontinued)** | 30 tablet | 5 | 6/26/2019 | 9/27/2019 |

**Lincoln/Lee 0957**

**Progress Notes - 09/27/2019**

| | | | | |
|---|---|---|---|---|
| BRCC HEMATOLOGY ONCOLOGY | Lee, Katonia | | | |
| OCHSNER, BATON ROUGE REGION LA | MRN: 2325810, DOB: | | Sex: F | |
| Continuity of Care | Acct #: 72009382262 | | | |
| | Enc. Date 9/27/2019 | | | |

## Medications (continued)

**Medications the Patient Reported Taking (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig: Take 1 tablet (12.5 mg total) by mouth once daily.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | | | | |
| **metoprolol tartrate (LOPRESSOR) 50 MG tablet (Taking/Discontinued)**<br>Sig: Take 50 mg by mouth 2 (two) times daily.<br>Class: Historical Med<br>Route: Oral | | | | 9/27/2019 |
| **oxyCODONE (ROXICODONE) 5 MG immediate release tablet (Taking/Discontinued)** | 60 tablet | 0 | 9/17/2019 | 10/18/2019 |
| Sig: Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain (medically necessary).<br>Earliest Fill Date: 9/17/2019<br>Notes to Pharmacy: Quantity medically necessary for greater than 7 days<br>Route: Oral<br>Reason for Discontinue: **Reorder** | | | | |
| **zolpidem (AMBIEN) 5 MG Tab (Taking/Discontinued)** | 30 tablet | 1 | 9/17/2019 | 10/18/2019 |
| Sig: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep).<br>Route: Oral<br>Reason for Discontinue: **Reorder** | | | | |

**Ordered Medications**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 90 tablet | 3 | 9/27/2019 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet** | 90 tablet | 3 | 9/27/2019 | |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |

## Progress Notes

**Progress Notes by Long H. Dang, MD at 9/27/2019  2:00 PM**

| | | |
|---|---|---|
| Author:  Long H. Dang, MD | Service:  — | Author Type.  Physician |
| Filed:  9/27/2019  2:02 PM | Encounter Date:  9/27/2019 | Creation Time:  9/27/2019  1:58 PM |
| Status:  Signed | Editor:  Long H. Dang, MD (Physician) | |

## Subjective:

**Patient ID:** Katonia Lee is a 49 y.o. female.

**Chief Complaint:** Essential hypertension [I10]
HPI: We have an opportunity to see Ms. Katonia Lee in Hematology Oncology clinic at Ochsner Medical Center on 09/27/2019.  Ms. Katonia Lee is a 49 y.o. woman AIDS-related DLBCL completed treatment s/p 7 cycles of RCHOP with 1st 2 cycles dose reduced, s/p 6 IT MTX.  Reported doing well.

**Lymphoma related to acquired immunodeficiency syndrome (AIDS)**

| 1/21/2019 | **Initial Diagnosis** |
|---|---|
| | Lymphoma related to acquired immunodeficiency syndrome (AIDS) |
| 1/31/2019 - | **Chemotherapy** |
| | Treatment Summary |
| | Plan Name: OP RITUXIMAB Q3M (MAINTENANCE) |

**Lincoln/Lee 0958**

**Progress Notes - 09/27/2019**

| | |
|---|---|
| BRCC HEMATOLOGY ONCOLOGY<br>OCHSNER, BATON ROUGE REGION LA<br>Continuity of Care | Lee, Katonia<br>MRN: 2325810, DOB:          Sex: F<br>Acct #: 72009382262<br>Enc. Date 9/27/2019 |

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 9/27/2019  2:00 PM (continued)**

Treatment Goal: Palliative
Status: Inactive
Start Date: 1/27/2019
End Date: 1/27/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride 0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous, Clinic/HOD 1 time, 1 of 2 cycles
Administration: 664 mg (1/27/2019)

Plan Name: R-EPOCH INPATIENT
Treatment Goal: Curative
Status: Inactive
Start Date: 1/31/2019
End Date: 1/31/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg, Intravenous, Every 24 hours (non-standard times), 1 of 4 cycles
Administration: 1,270 mg (1/31/2019)

riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time, 0 of 3 cycles

DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine (ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, , Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles

Plan Name: OP R-CHOP Q3W
Treatment Goal: Curative
Status: Active
Start Date: 2/18/2019
End Date: 6/3/2019 (Planned)
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: DOXOrubicin chemo injection 20 mg, 12.5 mg/m2 = 20 mg (25 % of original dose 50 mg/m2), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Dose modification: 12.5 mg/m2 (25 % of original dose 50 mg/m2, Cycle 1, Reason: Original Dose Changed)
Administration: 20 mg (2/18/2019), 20 mg (3/11/2019)

vinCRIStine (ONCOVIN) 2 mg in sodium chloride 0.9% 50 mL chemo infusion, 2 mg (100 % of original dose 2 mg), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Dose modification: 2 mg (original dose 2 mg, Cycle 1, Reason: MD Discretion, Comment: capping vincristine at 2 mg)
Administration: 2 mg (2/18/2019), 2 mg (3/11/2019)

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,180 mg in sodium chloride 0.9%

**Lincoln/Lee 0959**

**Progress Notes - 09/27/2019**

| BRCC HEMATOLOGY ONCOLOGY | Lee, Katonia | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 2325810, DOB: | Sex: F |
| Continuity of Care | Acct #: 72009382262 | |
| | Enc. Date 9/27/2019 | |

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 9/27/2019  2:00 PM (continued)**

309 mL chemo infusion, 750 mg/m2 = 1,180 mg, Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Administration: 1,180 mg (2/18/2019), 1,210 mg (3/11/2019)

methotrexate (PF) 6 mg in sodium chloride 0.9% (NORMAL SALINE FLUSH) 3 mL INTRATHECAL chemo injection, , Intrathecal, Clinic/HOD 1 time, 0 of 4 cycles

**B-cell lymphoma**

**Chemotherapy**
Treatment Summary
Plan Name: OP RITUXIMAB Q3M (MAINTENANCE)
Treatment Goal: Palliative
Status: Inactive
Start Date: 1/27/2019
End Date: 1/27/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride 0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous, Clinic/HOD 1 time, 1 of 2 cycles
Administration: 664 mg (1/27/2019)

Plan Name: R-EPOCH INPATIENT
Treatment Goal: Curative
Status: Inactive
Start Date: 1/31/2019
End Date: 1/31/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg, Intravenous, Every 24 hours (non-standard times), 1 of 4 cycles
Administration: 1,270 mg (1/31/2019)

riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time, 0 of 3 cycles

DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine (ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, , Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles

Plan Name: OP R-CHOP Q3W
Treatment Goal: Curative
Status: Active
Start Date: 2/1/2019 (Planned)
End Date: 5/17/2019 (Planned)

**Lincoln/Lee 0960**

**Progress Notes - 09/27/2019**

| | |
|---|---|
| BRCC HEMATOLOGY ONCOLOGY | Lee, Katonia |
| OCHSNER, BATON ROUGE REGION LA | MRN: 2325810, DOB:          Sex: F |
| Continuity of Care | Acct #: 72009382262 |
| | Enc. Date 9/27/2019 |

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 9/27/2019  2:00 PM (continued)**

Provider: Ronald D. Delrie Jr., MD
Chemotherapy: DOXOrubicin chemo injection 84 mg, 50 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

vinCRIStine (ONCOVIN) 2.4 mg in sodium chloride 0.9% 50 mL chemo infusion, 1.4 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 250 mL chemo infusion, 750 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

riTUXimab (RITUXAN) 375 mg/m2 = 634 mg in sodium chloride 0.9% 634 mL infusion (conc: 1 mg/mL), 375 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

Past Medical History:

| Diagnosis | Date |
|---|---|
| • B-cell lymphoma | 1/22/2019 |
| • Biliary stricture | |
| • Cancer | |
| *lymphoma]* | |
| • Diffuse large B cell lymphoma of duodenum and pancreas | 1/21/2019 |
| • Encounter for blood transfusion | |
| • HIV (human immunodeficiency virus infection) | |
| • Hypertension | |
| • Jaundice | |
| • Stomach ulcer | |
| *bleeding* | |

Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Paternal Grandmother | |
| • Heart disease | Mother | |

Social History

Socioeconomic History
- Marital status:              Legally Separated
   Spouse name:            Not on file
- Number of children:      Not on file
- Years of education:       Not on file
- Highest education level:  Not on file

Occupational History
- Not on file

Social Needs
- Financial resource strain:  Not on file
- Food insecurity:

**Lincoln/Lee 0961**

**Progress Notes - 09/27/2019**

| | |
|---|---|
| BRCC HEMATOLOGY ONCOLOGY<br>OCHSNER, BATON ROUGE REGION LA<br>Continuity of Care | Lee, Katonia<br>MRN: 2325810, DOB:          Sex: F<br>Acct #: 72009382262<br>Enc. Date 9/27/2019 |

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 9/27/2019  2:00 PM (continued)**

|  |  |
|---|---|
| Worry: | Not on file |
| Inability: | Not on file |
| • Transportation needs: | |
| Medical: | Not on file |
| Non-medical: | Not on file |

Tobacco Use
- Smoking status: Never Smoker
- Smokeless tobacco: Never Used

Substance and Sexual Activity
- Alcohol use: No
  - Frequency: Never
- Drug use: No
- Sexual activity: Not on file

Lifestyle
- Physical activity:
  - Days per week: Not on file
  - Minutes per session: Not on file
- Stress: Not on file

Relationships
- Social connections:
  - Talks on phone: Not on file
  - Gets together: Not on file
  - Attends religious service: Not on file
  - Active member of club or organization: Not on file
  - Attends meetings of clubs or organizations: Not on file
  - Relationship status: Not on file

Other Topics          Concern
- Not on file

Social History Narrative
- Not on file

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • BRONCHOSCOPY | Bilateral | 7/25/2019 |

*Procedure: Bronchoscopy Pt needs K+;  Surgeon: Tarek M. Abdallah, MD;  Location: BRMH ENDO;  Service: Pulmonary;  Laterality: Bilateral;*

- CESAREAN SECTION

| | | |
|---|---|---|
| • ERCP | N/A | 1/25/2019 |

*Procedure: ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY);  Surgeon: Janak N. Shah, MD;  Location: NOMH ENDO (2ND FLR);  Service: Endoscopy;  Laterality: N/A;*

| | | |
|---|---|---|
| • ERCP | Left | 4/30/2019 |

*Procedure: ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY);  Surgeon: Janak N. Shah, MD;  Location: NOMH ENDO (2ND FLR);  Service: Endoscopy;  Laterality: Left;  appt confirmed*

- ESOPHAGOGASTRODUODENOSCOPY

| | | |
|---|---|---|
| • INSERTION OF VENOUS ACCESS PORT | Left | 2/11/2019 |

*Procedure: INSERTION, VENOUS ACCESS PORT;  Surgeon: Kyle A Jakob, MD;  Location: BRMH OR; Service: General;  Laterality: Left;*

Current Outpatient Medications

**Lincoln/Lee 0962**

**Progress Notes - 09/27/2019**

| BRCC HEMATOLOGY ONCOLOGY | Lee, Katonia | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 2325810, DOB: | Sex: F |
| Continuity of Care | Acct #: 72009382262 | |
| | Enc. Date 9/27/2019 | |

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 9/27/2019  2:00 PM (continued)**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • allopurinol (ZYLOPRIM) 300 MG tablet | Take 1 tablet (300 mg total) by mouth once daily. (Patient taking differently: Take 300 mg by mouth every morning. ) | 30 tablet | 1 |
| • amLODIPine (NORVASC) 10 MG tablet | Take 1 tablet (10 mg total) by mouth once daily. | 90 tablet | 3 |
| • bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet | Take 1 tablet by mouth once daily. | 30 tablet | 4 |
| • citalopram (CELEXA) 20 MG tablet | Take 20 mg by mouth once daily. | | |
| • ferrous gluconate 324 mg (37.5 mg iron) Tab | Take 1 tablet by mouth once daily. | | |
| • hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab | Take 1 tablet (12.5 mg total) by mouth once daily. | 90 tablet | 3 |
| • ondansetron (ZOFRAN-ODT) 8 MG TbDL | Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). | 60 tablet | 1 |
| • oxyCODONE (ROXICODONE) 5 MG immediate release tablet | Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain (medically necessary). | 60 tablet | 0 |
| • prochlorperazine (COMPAZINE) 10 MG tablet | Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (nausea). | 60 tablet | 1 |
| • promethazine (PHENERGAN) 25 MG tablet | Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. | 60 tablet | 1 |
| • zolpidem (AMBIEN) 5 MG Tab | Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). | 30 tablet | 1 |
| • doxycycline (VIBRAMYCIN) 100 MG Cap | Take 1 capsule (100 mg total) by mouth once daily. (Patient not taking: Reported on 9/27/2019) | 10 capsule | 0 |
| • predniSONE (DELTASONE) 20 MG tablet | Take 5 tablets (100mg total) by mouth once daily for 5 days (Patient not taking: Reported on 9/27/2019) | 25 tablet | 0 |

**Lincoln/Lee 0963**

**Progress Notes - 09/27/2019**

| BRCC HEMATOLOGY ONCOLOGY | Lee, Katonia | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 2325810, DOB: | Sex: F |
| Continuity of Care | Acct #: 72009382262 | |
| | Enc. Date 9/27/2019 | |

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 9/27/2019  2:00 PM (continued)**

No current facility-administered medications for this visit.

## Labs:

Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 3.11 (L) | 09/27/2019 |
| HGB | 11.9 (L) | 09/27/2019 |
| HCT | 37.0 | 09/27/2019 |
| MCV | 98 | 09/27/2019 |
| PLT | 109 (L) | 09/27/2019 |

### BMP

Lab Results

| Component | Value | Date |
|---|---|---|
| NA | 141 | 08/20/2019 |
| K | 3.5 | 08/20/2019 |
| CL | 100 | 08/20/2019 |
| CO2 | 29 | 08/20/2019 |
| BUN | 16 | 08/20/2019 |
| CREATININE | 1.1 | 08/20/2019 |
| CALCIUM | 10.4 | 08/20/2019 |
| ANIONGAP | 12 | 08/20/2019 |
| ESTGFRAFRICA | >60 | 08/20/2019 |
| EGFRNONAA | 59 (A) | 08/20/2019 |

Lab Results

| Component | Value | Date |
|---|---|---|
| ALT | 10 | 08/20/2019 |
| AST | 17 | 08/20/2019 |
| ALKPHOS | 136 (H) | 08/20/2019 |
| BILITOT | 0.5 | 08/20/2019 |

Lab Results

| Component | Value | Date |
|---|---|---|
| IRON | 77 | 08/20/2019 |
| TIBC | 379 | 08/20/2019 |
| FERRITIN | 684 (H) | 08/20/2019 |

Lab Results

| Component | Value | Date |
|---|---|---|
| VITAMINB12 | 1042 (H) | 08/20/2019 |

Lab Results

| Component | Value | Date |
|---|---|---|
| FOLATE | 3.3 (L) | 08/20/2019 |

Lab Results

| Component | Value | Date |
|---|---|---|
| TSH | 1.014 | 01/23/2019 |

**Lincoln/Lee 0964**

Progress Notes - 09/27/2019

| | |
|---|---|
| BRCC HEMATOLOGY ONCOLOGY<br>OCHSNER, BATON ROUGE REGION LA<br>Continuity of Care | Lee, Katonia<br>MRN: 2325810, DOB:          Sex: F<br>Acct #: 72009382262<br>Enc. Date 9/27/2019 |

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 9/27/2019  2:00 PM (continued)**

I have reviewed the radiology reports and examined the scan/xray images.

Review of Systems
Constitutional: Negative.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Negative.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative.
Hematological: Negative.
Psychiatric/Behavioral: Negative.

ECOG SCORE

## Objective:

Vitals:
09/27/19 1329
BP:          123/78
Pulse:          105
Temp:          97.5 °F (36.4 °C)
Body mass index is 25.2 kg/m².
Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae and EOM are normal.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. Bowel sounds are normal.
Musculoskeletal: Normal range of motion.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.
Nursing note and vitals reviewed.

**Lincoln/Lee 0965**

**Progress Notes - 09/27/2019**

| BRCC HEMATOLOGY ONCOLOGY | Lee, Katonia | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 2325810, DOB: | Sex: F |
| Continuity of Care | Acct #: 72009382262 | |
| | Enc. Date 9/27/2019 | |

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 9/27/2019 2:00 PM (continued)**

### Assessment:

1.    **Essential hypertension**

### Plan:

**Essential hypertension**
CT showed response, repeat in 3 months.
-    hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab; Take 1 tablet (12.5 mg total) by mouth once daily.  Dispense: 90 tablet; Refill: 3
-    amLODIPine (NORVASC) 10 MG tablet; Take 1 tablet (10 mg total) by mouth once daily.  Dispense: 90 tablet; Refill: 3

Electronically signed by Long H. Dang, MD on 9/27/2019  2:02 PM

**H&P Notes**

No notes of this type exist for this encounter.

**Infusion Orders**

No relevant orders to display.

**Lincoln/Lee 0966**

**Progress Notes - 08/20/2019**

| BRCC HEMATOLOGY ONCOLOGY | Lee, Katonia | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 2325810, DOB: | Sex: F |
| Continuity of Care | Acct #: 72009170148 | |
| | Enc. Date 8/20/2019 | |

## Visit Summary (continued)

### Diagnoses (continued)

| | Codes | Comments |
|---|---|---|
| Rash | ICD-10-CM: R21 | |
| | ICD-9-CM: 782.1 | |
| AIDS (acquired immune deficiency syndrome) | ICD-10-CM: B20 | |
| | ICD-9-CM: 042 | |

### Problem List as of 8/20/2019 — Date Reviewed: **8/20/2019**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Essential hypertension | ICD-10-CM: I10 | | | 2/12/2018 - |
| | ICD-9-CM: 401.9 | | | Present |
| Lymphoma related to acquired immunodeficiency syndrome (AIDS) | ICD-10-CM: B20, C85.90 | | | 1/21/2019 - |
| | ICD-9-CM: 042, 202.80 | | | Present |
| Elevated LFTs | ICD-10-CM: R94.5 | | | 1/21/2019 - |
| | ICD-9-CM: 790.6 | | | Present |
| B-cell lymphoma | ICD-10-CM: C85.10 | | | 1/22/2019 - |
| | ICD-9-CM: 202.80 | | | Present |
| AIDS (acquired immune deficiency syndrome) | ICD-10-CM: B20 | | | 1/24/2019 - |
| | ICD-9-CM: 042 | | | Present |
| Lymphoma | ICD-10-CM: C85.90 | | | 2/11/2019 - |
| | ICD-9-CM: 202.80 | | | Present |
| Anemia | ICD-10-CM: D64.9 | | | 2/26/2019 - |
| | ICD-9-CM: 285.9 | | | Present |
| Other chest pain | ICD-10-CM: R07.89 | | | 2/26/2019 - |
| | ICD-9-CM: 786.59 | | | Present |
| Biliary obstruction | ICD-10-CM: K83.1 | | | 4/30/2019 - |
| | ICD-9-CM: 576.2 | | | Present |
| Multiple lung nodules on CT | ICD-10-CM: R91.8 | | | 7/25/2019 - |
| | ICD-9-CM: 793.19 | | | Present |
| HIV disease | ICD-10-CM: B20 | | | Unknown - |
| | ICD-9-CM: 042 | | | Present |
| Rash | ICD-10-CM: R21 | | | 8/20/2019 - |
| | ICD-9-CM: 782.1 | | | Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0 | | | 1/21/2019 - |
| | ICD-9-CM: 276.51 | | | 1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 | | | 1/21/2019 - |
| | ICD-9-CM: 789.00 | | | 2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 | | | 1/21/2019 - |
| | ICD-9-CM: 536.2 | | | 1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 | | | 2/13/2019 - |
| | ICD-9-CM: 780.96 | | | 2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 | | | 2/26/2019 - |
| | ICD-9-CM: 288.00, 780.61 | | | 3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 | | | 2/27/2019 - |
| | ICD-9-CM: 112.0 | | | 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9 | | | 2/28/2019 - |
| | ICD-9-CM: 780.60 | | | 3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9 | | | 5/25/2019 - |
| | ICD-9-CM: 285.9 | | | 5/26/2019 |

### Allergies as of 1/12/2020

No Known Allergies

### Immunizations Administered as of 8/20/2019          Never Reviewed

**Lincoln/Lee 0967**

**Progress Notes - 08/20/2019**

| BRCC HEMATOLOGY ONCOLOGY | Lee, Katonia | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 2325810, DOB: | Sex: F |
| Continuity of Care | Acct #: 72009170148 | |
| | Enc. Date 8/20/2019 | |

## Visit Summary (continued)

**Immunizations Administered as of 8/20/2019 (continued)**                                          Never Reviewed

| Name | Date | Dose | VIS Date | Route |
|---|---|---|---|---|
| Pneumococcal Conjugate - 13 Valent | 3/1/2019 | 0.5 mL | 11/5/2015 | Intramuscular |

Site: Left deltoid
Given By: Faye G. Gonzaga, RN

## Medications

**Outpatient Medications at Start of Encounter as of 8/20/2019**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| allopurinol (ZYLOPRIM) 300 MG tablet (Taking) | 30 tablet | 1 | 2/2/2019 | |

Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral

> Monica H Fefie, LPN 12/31/2019 10:46 AM

> Erica M. Coffey, RN 2/7/2019 10:49 AM
> TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking) | 30 tablet | 4 | 8/2/2019 | |

Sig - Route: Take 1 tablet by mouth once daily. - Oral

**citalopram (CELEXA) 20 MG tablet (Taking)**
Sig - Route: Take 20 mg by mouth once daily. - Oral
Class: Historical Med

> Monica H Fefie, LPN 12/31/2019 10:46 AM

> Erica M. Coffey, RN 2/7/2019 10:53 AM
> TAKE MORNING OF SURGERY WITH A SIP OF WATER.

**ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking)**
Sig - Route: Take 1 tablet by mouth once daily.  - Oral
Class: Historical Med

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking) | 60 tablet | 1 | 4/22/2019 | |

Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| predniSONE (DELTASONE) 20 MG tablet (Taking) | 25 tablet | 0 | 6/24/2019 | |

Sig: Take 5 tablets (100mg total) by mouth once daily for 5 days

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| prochlorperazine (COMPAZINE) 10 MG tablet (Taking) | 60 tablet | 1 | 4/22/2019 | 4/21/2020 |

Sig - Route: Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| promethazine (PHENERGAN) 25 MG tablet (Taking) | 60 tablet | 1 | 4/22/2019 | |

Sig - Route: Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. - Oral

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| metoprolol tartrate (LOPRESSOR) 50 MG tablet (Taking) | | | | 9/27/2019 |

Sig - Route: Take 50 mg by mouth 2 (two) times daily.  - Oral
Class: Historical Med

> Erica M. Coffey, RN 2/7/2019 10:56 AM
> TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| oxyCODONE (ROXICODONE) 5 MG immediate release tablet (Taking) | 60 tablet | 0 | 8/17/2019 | 9/17/2019 |

**Lincoln/Lee 0968**

**Progress Notes - 08/20/2019**

| BRCC HEMATOLOGY ONCOLOGY | Lee, Katonia | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 2325810, DOB: | Sex: F |
| Continuity of Care | Acct #: 72009170148 | |
| | Enc. Date 8/20/2019 | |

## Medications (continued)

### Outpatient Medications at Start of Encounter as of 8/20/2019 (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig - Route: Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain (medically necessary). - Oral Earliest Fill Date: 8/17/2019 | | | | |
| zolpidem (AMBIEN) 5 MG Tab (Taking) | 30 tablet | 1 | 8/17/2019 | 9/17/2019 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| amLODIPine (NORVASC) 10 MG tablet | 30 tablet | 5 | 6/26/2019 | 9/27/2019 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab | 30 tablet | 5 | 6/26/2019 | 9/27/2019 |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| sulfamethoxazole-trimethoprim 800-160mg (BACTRIM DS) 800-160 mg Tab | 30 tablet | 1 | 5/13/2019 | 8/20/2019 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| allopurinol (ZYLOPRIM) 300 MG tablet (Taking) | 30 tablet | 1 | 2/2/2019 | |
| Sig: Take 1 tablet (300 mg total) by mouth once daily. Route: Oral | | | | |
| bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking) | 30 tablet | 4 | 8/2/2019 | |
| Sig: Take 1 tablet by mouth once daily. Route: Oral | | | | |
| citalopram (CELEXA) 20 MG tablet (Taking) | | | | |
| Sig: Take 20 mg by mouth once daily. Class: Historical Med Route: Oral | | | | |
| ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking) | | | | |
| Sig: Take 1 tablet by mouth once daily. Class: Historical Med Route: Oral | | | | |
| ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking) | 60 tablet | 1 | 4/22/2019 | |
| Sig: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). Route: Oral | | | | |
| predniSONE (DELTASONE) 20 MG tablet (Taking) | 25 tablet | 0 | 6/24/2019 | |
| Sig: Take 5 tablets (100mg total) by mouth once daily for 5 days | | | | |
| prochlorperazine (COMPAZINE) 10 MG tablet (Taking) | 60 tablet | 1 | 4/22/2019 | 4/21/2020 |
| Sig: Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (nausea). Route: Oral | | | | |
| promethazine (PHENERGAN) 25 MG tablet (Taking) | 60 tablet | 1 | 4/22/2019 | |
| Sig: Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. Route: Oral | | | | |
| metoprolol tartrate (LOPRESSOR) 50 MG tablet (Taking/Discontinued) | | | | 9/27/2019 |
| Sig: Take 50 mg by mouth 2 (two) times daily. Class: Historical Med Route: Oral | | | | |
| oxyCODONE (ROXICODONE) 5 MG immediate release tablet (Taking/Discontinued) | 60 tablet | 0 | 8/17/2019 | 9/17/2019 |
| Sig: Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain (medically necessary). Earliest Fill Date: 8/17/2019 Route: Oral | | | | |

**Lincoln/Lee 0969**

**Progress Notes - 08/20/2019**

| BRCC HEMATOLOGY ONCOLOGY | Lee, Katonia | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 2325810, DOB: | Sex: F |
| Continuity of Care | Acct #: 72009170148 | |
| | Enc. Date 8/20/2019 | |

## Medications (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Reason for Discontinue: **Reorder** | | | | |
| zolpidem (AMBIEN) 5 MG Tab (Taking/Discontinued) | 30 tablet | 1 | 8/17/2019 | 9/17/2019 |
| Sig: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |

### Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| doxycycline (VIBRAMYCIN) 100 MG Cap | 10 capsule | 0 | 8/20/2019 | |
| Sig - Route: Take 1 capsule (100 mg total) by mouth once daily. - Oral | | | | |

## Progress Notes

### Progress Notes by Long H. Dang, MD at 8/20/2019 11:00 AM

| Author: Long H. Dang, MD | Service: — | Author Type: Physician |
|---|---|---|
| Filed: 8/20/2019 12:27 PM | Encounter Date: 8/20/2019 | Creation Time: 8/20/2019 12:24 PM |
| Status: Signed | Editor: Long H. Dang, MD (Physician) | |

### Subjective:

**Patient ID:** Katonia Lee is a 49 y.o. female.

**Chief Complaint:** Lymphoma related to acquired immunodeficiency syndrome (AIDS) [B20, C85.90]
HPI: We have an opportunity to see Ms. Katonia Lee in Hematology Oncology clinic at Ochsner Medical Center on 08/20/2019. Ms. Katonia Lee is a 49 y.o. woman AIDS-related DLBCL completed treatment s/p 7 cycles of RCHOP with 1st 2 cycles dose reduced, s/p 6 IT MTX. Reported doing well except has folliculitis on face.

**Lymphoma related to acquired immunodeficiency syndrome (AIDS)**

| 1/21/2019 | **Initial Diagnosis** |
|---|---|
| | Lymphoma related to acquired immunodeficiency syndrome (AIDS) |

| 1/31/2019 - | **Chemotherapy** |
|---|---|
| | Treatment Summary |
| | Plan Name: OP RITUXIMAB Q3M (MAINTENANCE) |
| | Treatment Goal: Palliative |
| | Status: Inactive |
| | Start Date: 1/27/2019 |
| | End Date: 1/27/2019 |
| | Provider: Ronald D. Delrie Jr., MD |
| | Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride 0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous, Clinic/HOD 1 time, 1 of 2 cycles |
| | Administration: 664 mg (1/27/2019) |
| | |
| | Plan Name: R-EPOCH INPATIENT |
| | Treatment Goal: Curative |

---

Generated on 1/12/20  6:21 PM | Page 19

**Lincoln/Lee 0970**

**Progress Notes - 08/20/2019**

| | |
|---|---|
| BRCC HEMATOLOGY ONCOLOGY<br>OCHSNER, BATON ROUGE REGION LA<br>Continuity of Care | Lee, Katonia<br>MRN: 2325810, DOB:    Sex: F<br>Acct #: 72009170148<br>Enc. Date 8/20/2019 |

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 8/20/2019 11:00 AM (continued)**

Status: Inactive
Start Date: 1/31/2019
End Date: 1/31/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg, Intravenous, Every 24 hours (non-standard times), 1 of 4 cycles
Administration: 1,270 mg (1/31/2019)

riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time, 0 of 3 cycles

DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine (ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, , Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles

Plan Name: OP R-CHOP Q3W
Treatment Goal: Curative
Status: Active
Start Date: 2/18/2019
End Date: 6/3/2019 (Planned)
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: DOXOrubicin chemo injection 20 mg, 12.5 mg/m2 = 20 mg (25 % of original dose 50 mg/m2), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Dose modification: 12.5 mg/m2 (25 % of original dose 50 mg/m2, Cycle 1, Reason: Original Dose Changed)
Administration: 20 mg (2/18/2019), 20 mg (3/11/2019)

vinCRIStine (ONCOVIN) 2 mg in sodium chloride 0.9% 50 mL chemo infusion, 2 mg (100 % of original dose 2 mg), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Dose modification: 2 mg (original dose 2 mg, Cycle 1, Reason: MD Discretion, Comment: capping vincristine at 2 mg)
Administration: 2 mg (2/18/2019), 2 mg (3/11/2019)

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,180 mg in sodium chloride 0.9% 309 mL chemo infusion, 750 mg/m2 = 1,180 mg, Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Administration: 1,180 mg (2/18/2019), 1,210 mg (3/11/2019)

methotrexate (PF) 6 mg in sodium chloride 0.9% (NORMAL SALINE FLUSH) 3 mL INTRATHECAL chemo injection, , Intrathecal, Clinic/HOD 1 time, 0 of 4 cycles

**B-cell lymphoma**

**Lincoln/Lee 0971**

Progress Notes - 08/20/2019

| | |
|---|---|
| BRCC HEMATOLOGY ONCOLOGY<br>OCHSNER, BATON ROUGE REGION LA<br>Continuity of Care | Lee, Katonia<br>MRN: 2325810, DOB:          Sex: F<br>Acct #: 72009170148<br>Enc. Date 8/20/2019 |

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 8/20/2019 11:00 AM (continued)**

**Chemotherapy**
Treatment Summary
Plan Name: OP RITUXIMAB Q3M (MAINTENANCE)
Treatment Goal: Palliative
Status: Inactive
Start Date: 1/27/2019
End Date: 1/27/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride 0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous, Clinic/HOD 1 time, 1 of 2 cycles
Administration: 664 mg (1/27/2019)

Plan Name: R-EPOCH INPATIENT
Treatment Goal: Curative
Status: Inactive
Start Date: 1/31/2019
End Date: 1/31/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg, Intravenous, Every 24 hours (non-standard times), 1 of 4 cycles
Administration: 1,270 mg (1/31/2019)

riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time, 0 of 3 cycles

DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine (ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, , Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles

Plan Name: OP R-CHOP Q3W
Treatment Goal: Curative
Status: Active
Start Date: 2/1/2019 (Planned)
End Date: 5/17/2019 (Planned)
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: DOXOrubicin chemo injection 84 mg, 50 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

vinCRIStine (ONCOVIN) 2.4 mg in sodium chloride 0.9% 50 mL chemo infusion, 1.4 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 250 mL chemo infusion, 750 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

**Lincoln/Lee 0972**

**Progress Notes - 08/20/2019**

| BRCC HEMATOLOGY ONCOLOGY | Lee, Katonia | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 2325810, DOB: | Sex: F |
| Continuity of Care | Acct #: 72009170148 | |
| | Enc. Date 8/20/2019 | |

### Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 8/20/2019 11:00 AM (continued)**

riTUXimab (RITUXAN) 375 mg/m2 = 634 mg in sodium chloride 0.9% 634 mL infusion (conc: 1 mg/mL), 375 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • B-cell lymphoma | 1/22/2019 |
| • Biliary stricture | |
| • Cancer | |
| *lymphoma]* | |
| • Diffuse large B cell lymphoma of duodenum and pancreas | 1/21/2019 |
| • Encounter for blood transfusion | |
| • HIV (human immunodeficiency virus infection) | |
| • Hypertension | |
| • Jaundice | |
| • Stomach ulcer | |
| *bleeding* | |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Paternal Grandmother | |
| • Heart disease | Mother | |

**Social History**

Socioeconomic History
- Marital status:     Legally Separated
  - Spouse name:     Not on file
- Number of children:     Not on file
- Years of education:     Not on file
- Highest education level:     Not on file

Occupational History
- Not on file

Social Needs
- Financial resource strain:     Not on file
- Food insecurity:
  - Worry:     Not on file
  - Inability:     Not on file
- Transportation needs:
  - Medical:     Not on file
  - Non-medical:     Not on file

Tobacco Use
- Smoking status:     Never Smoker
- Smokeless tobacco:     Never Used

Substance and Sexual Activity
- Alcohol use:     No

**Lincoln/Lee 0973**

**Progress Notes - 08/20/2019**

BRCC HEMATOLOGY ONCOLOGY | Lee, Katonia
OCHSNER, BATON ROUGE REGION LA | MRN: 2325810, DOB: , Sex: F
Continuity of Care | Acct #: 72009170148
| Enc. Date 8/20/2019

## Progress Notes (continued)

### Progress Notes by Long H. Dang, MD at 8/20/2019 11:00 AM (continued)

| | |
|---|---|
| Frequency: | Never |
| • Drug use: | No |
| • Sexual activity: | Not on file |

Lifestyle
- Physical activity:

| | |
|---|---|
| Days per week: | Not on file |
| Minutes per session: | Not on file |
| • Stress: | Not on file |

Relationships
- Social connections:

| | |
|---|---|
| Talks on phone: | Not on file |
| Gets together: | Not on file |
| Attends religious service: | Not on file |
| Active member of club or organization: | Not on file |
| Attends meetings of clubs or organizations: | Not on file |
| Relationship status: | Not on file |

Other Topics          Concern
- Not on file

Social History Narrative
- Not on file

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • Bronchoscopy Pt needs K+ | Bilateral | 7/25/2019 |
| *Performed by Tarek M. Abdallah, MD at BRMH ENDO* | | |
| • CESAREAN SECTION | | |
| • ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY) | Left | 4/30/2019 |
| *Performed by Janak N. Shah, MD at NOMH ENDO (2ND FLR)* | | |
| • ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY) | N/A | 1/25/2019 |
| *Performed by Janak N. Shah, MD at NOMH ENDO (2ND FLR)* | | |
| • ESOPHAGOGASTRODUODENOSCOPY | | |
| • INSERTION, VENOUS ACCESS PORT | Left | 2/11/2019 |
| *Performed by Kyle A Jakob, MD at BRMH OR* | | |

Current Outpatient Medications

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • allopurinol (ZYLOPRIM) 300 MG tablet | Take 1 tablet (300 mg total) by mouth once daily. (Patient taking differently: Take 300 mg by mouth every morning. ) | 30 tablet | 1 |
| • bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet | Take 1 tablet by mouth once daily. | 30 tablet | 4 |
| • citalopram (CELEXA) 20 MG tablet | Take 20 mg by mouth once daily. | | |

**Lincoln/Lee 0974**

**Progress Notes - 08/20/2019**

| | |
|---|---|
| BRCC HEMATOLOGY ONCOLOGY<br>OCHSNER, BATON ROUGE REGION LA<br>Continuity of Care | Lee, Katonia<br>MRN: 2325810, DOB:        Sex: F<br>Acct #: 72009170148<br>Enc. Date 8/20/2019 |

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 8/20/2019 11:00 AM (continued)**

| | | | |
|---|---|---|---|
| • ferrous gluconate 324 mg (37.5 mg iron) Tab | Take 1 tablet by mouth once daily. | | |
| • metoprolol tartrate (LOPRESSOR) 50 MG tablet | Take 50 mg by mouth 2 (two) times daily. | | |
| • ondansetron (ZOFRAN-ODT) 8 MG TbDL | Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). | 60 tablet | 1 |
| • oxyCODONE (ROXICODONE) 5 MG immediate release tablet | Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain (medically necessary). | 60 tablet | 0 |
| • predniSONE (DELTASONE) 20 MG tablet | Take 5 tablets (100mg total) by mouth once daily for 5 days | 25 tablet | 0 |
| • prochlorperazine (COMPAZINE) 10 MG tablet | Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (nausea). | 60 tablet | 1 |
| • promethazine (PHENERGAN) 25 MG tablet | Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. | 60 tablet | 1 |
| • zolpidem (AMBIEN) 5 MG Tab | Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). | 30 tablet | 1 |
| • amLODIPine (NORVASC) 10 MG tablet | Take 1 tablet (10 mg total) by mouth once daily. | 30 tablet | 5 |
| • doxycycline (VIBRAMYCIN) 100 MG Cap | Take 1 capsule (100 mg total) by mouth once daily. | 10 capsule | 0 |
| • hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab | Take 1 tablet (12.5 mg total) by mouth once daily. | 30 tablet | 5 |

No current facility-administered medications for this visit.

**Labs:**
Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 2.22 (L) | 08/20/2019 |
| HGB | 12.5 | 08/20/2019 |
| HCT | 38.9 | 08/20/2019 |
| MCV | 100 (H) | 08/20/2019 |
| PLT | 127 (L) | 08/20/2019 |

BMP
Lab Results

**Lincoln/Lee 0975**

**Progress Notes - 08/20/2019**

| BRCC HEMATOLOGY ONCOLOGY | Lee, Katonia | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 2325810, DOB: | Sex: F |
| Continuity of Care | Acct #: 72009170148 | |
| | Enc. Date 8/20/2019 | |

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 8/20/2019 11:00 AM (continued)**

| Component | Value | Date |
|---|---|---|
| NA | 141 | 08/20/2019 |
| K | 3.5 | 08/20/2019 |
| CL | 100 | 08/20/2019 |
| CO2 | 29 | 08/20/2019 |
| BUN | 16 | 08/20/2019 |
| CREATININE | 1.1 | 08/20/2019 |
| CALCIUM | 10.4 | 08/20/2019 |
| ANIONGAP | 12 | 08/20/2019 |
| ESTGFRAFRICA | >60 | 08/20/2019 |
| EGFRNONAA | 59 (A) | 08/20/2019 |

Lab Results

| Component | Value | Date |
|---|---|---|
| ALT | 10 | 08/20/2019 |
| AST | 17 | 08/20/2019 |
| ALKPHOS | 136 (H) | 08/20/2019 |
| BILITOT | 0.5 | 08/20/2019 |

No results found for: IRON, TIBC, FERRITIN, SATURATEDIRO
No results found for: VITAMINB12
No results found for: FOLATE

Lab Results

| Component | Value | Date |
|---|---|---|
| TSH | 1.014 | 01/23/2019 |

I have reviewed the radiology reports and examined the scan/xray images.

Review of Systems
Constitutional: Negative.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Negative.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative.
Hematological: Negative.
Psychiatric/Behavioral: Negative.

ECOG SCORE
1 - Restricted in strenuous activity-ambulatory and able to carry out work of a light nature

**Lincoln/Lee 0976**

Progress Notes - 08/20/2019

| BRCC HEMATOLOGY ONCOLOGY | Lee, Katonia | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 2325810, DOB: | Sex: F |
| Continuity of Care | Acct #: 72009170148 | |
| | Enc. Date 8/20/2019 | |

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 8/20/2019 11:00 AM (continued)**

### Objective:

Vitals:

|  | 08/20/19 1032 |
|---|---|
| BP: | (!) 156/92 |
| Pulse: | 60 |
| Temp: | 97.1 °F (36.2 °C) |

Body mass index is 22.42 kg/m².

Physical Exam

Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.

HENT:

Head: Normocephalic and atraumatic.

Eyes: Conjunctivae and EOM are normal.

Neck: Normal range of motion. Neck supple.

Cardiovascular: Normal rate and regular rhythm.

Pulmonary/Chest: Effort normal and breath sounds normal.

Abdominal: Soft. Bowel sounds are normal.

Musculoskeletal: Normal range of motion.

Neurological: She is alert and oriented to person, place, and time.

Skin: Skin is warm and dry.

Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.

Nursing note and vitals reviewed.

### Assessment:

1. **Lymphoma related to acquired immunodeficiency syndrome (AIDS)**
2. Rash
3. AIDS (acquired immune deficiency syndrome)

### Plan:

**Lymphoma related to acquired immunodeficiency syndrome (AIDS)**

- CBC auto differential; Future; Expected date: 09/20/2019
- Comprehensive metabolic panel; Future; Expected date: 09/20/2019
- NM PET CT Routine Skull to Mid Thigh; Future; Expected date: 09/20/2019

**Rash**

- doxycycline (VIBRAMYCIN) 100 MG Cap; Take 1 capsule (100 mg total) by mouth once daily.
  Dispense: 10 capsule; Refill: 0
- Ambulatory consult to Dermatology

**Lincoln/Lee 0977**

**Progress Notes - 08/20/2019**

BRCC HEMATOLOGY ONCOLOGY
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

Lee, Katonia
MRN: 2325810, DOB:            Sex: F
Acct #: 72009170148
Enc. Date 8/20/2019

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 8/20/2019 11:00 AM (continued)**

AIDS
Manage by Dr. Nnadi from ID.

Electronically signed by Long H. Dang, MD on 8/20/2019 12:27 PM

**H&P Notes**

No notes of this type exist for this encounter.

**Infusion Orders**

No relevant orders to display.

**Lincoln/Lee 0978**

Labs/Diagnostics - 12/31/2019

BRCH LABORATORY DRAW STATION
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:
Acct #: 72009883856
Enc. Date 12/31/2019

Sex: F

| | | | | |
|---|---|---|---|---|
| nRBC | 0 | 0 /100 WBC | — | BRLB |
| Gran% | 39.0 | 38.0 - 73.0 % | — | BRLB |
| Lymph% | 48.6 | 18.0 - 48.0 % | H | BRLB |
| Mono% | 8.5 | 4.0 - 15.0 % | — | BRLB |
| Eosinophil% | 3.3 | 0.0 - 8.0 % | — | BRLB |
| Basophil% | 0.3 | 0.0 - 1.9 % | — | BRLB |
| Differential Method | Automated | — | — | BRLB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 393 - BRLB | OCHSNER MEDICAL CENTER - BATON ROUGE | Aimee Goodier, M.D. | 17000 Medical Center Drive Baton Rouge LA 70816 | 11/22/19 0951 - Present |

| Order | Comprehensive metabolic panel [LAB17] (Order 457992530) |
|---|---|

**Comprehensive metabolic panel [457992530]**

Electronically signed by: **Long H. Dang, MD on 12/31/19 1105**          Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Long H. Dang, MD 12/31/19 1105          Authorized by: Long H. Dang, MD
Ordering mode: Standard
Diagnoses
Lymphoma related to acquired immunodeficiency syndrome (AIDS) [B20, C85.90]

**Specimen Information**

| Source | Collected By |
|---|---|
| Blood | ETC 12/31/19 1122 |

| Result | Comprehensive metabolic panel (Order 457992530) |
|---|---|

Comprehensive metabolic panel [457992530] (Abnormal)          Resulted: 12/31/19 1211, Result status: Final result

Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 12/31/19 1122 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 142 | 136 - 145 mmol/L | — | BRLB |
| Potassium | 4.1 | 3.5 - 5.1 mmol/L | — | BRLB |
| Chloride | 103 | 95 - 110 mmol/L | — | BRLB |
| CO2 | 28 | 23 - 29 mmol/L | — | BRLB |
| Glucose | 97 | 70 - 110 mg/dL | — | BRLB |
| BUN, Bld | 16 | 6 - 20 mg/dL | — | BRLB |
| Creatinine | 1.0 | 0.5 - 1.4 mg/dL | — | BRLB |
| Calcium | 10.3 | 8.7 - 10.5 mg/dL | — | BRLB |
| Total Protein | 7.6 | 6.0 - 8.4 g/dL | — | BRLB |
| Albumin | 4.1 | 3.5 - 5.2 g/dL | — | BRLB |
| Total Bilirubin | 0.4 | 0.1 - 1.0 mg/dL | — | BRLB |
| Comment: | | | | |

**Lincoln/Lee 0979**

**Labs/Diagnostics - 12/31/2019**

| | |
|---|---|
| BRCH LABORATORY DRAW STATION | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:        Sex: F |
| Baton Rouge LA 70816 | Acct #: 72009883856 |
| | Enc. Date 12/31/2019 |

For infants and newborns, interpretation of results should be based
on gestational age, weight and in agreement with clinical
observations.
Premature Infant recommended reference ranges:
Up to 24 hours.............<8.0 mg/dL
Up to 48 hours............<12.0 mg/dL
3-5 days..................<15.0 mg/dL
6-29 days.................<15.0 mg/dL

| | | | | |
|---|---|---|---|---|
| Alkaline Phosphatase | 179 | 55 - 135 U/L | H | BRLB |
| AST | 15 | 10 - 40 U/L | — | BRLB |
| ALT | 11 | 10 - 44 U/L | — | BRLB |
| Anion Gap | 11 | 8 - 16 mmol/L | — | BRLB |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 | — | BRLB |
| eGFR if non African American | >60 | >60 mL/min/1.73 m^2 | — | BRLB |

Comment:
Calculation used to obtain the estimated glomerular filtration
rate (eGFR) is the CKD-EPI equation.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 393 - BRLB | OCHSNER MEDICAL CENTER - BATON ROUGE | Aimee Goodier, M.D. | 17000 Medical Center Drive Baton Rouge LA 70816 | 11/22/19 0951 - Present |

## Order                                        Lactate dehydrogenase [LAB96] (Order 457992531)

**Lactate dehydrogenase [457992531]**

Electronically signed by: **Long H. Dang, MD on 12/31/19 1105**                      Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Long H. Dang, MD 12/31/19 1105          Authorized by: Long H. Dang, MD
Ordering mode: Standard
Diagnoses
Lymphoma related to acquired immunodeficiency syndrome (AIDS) [B20, C85.90]

**Specimen Information**

| Source | Collected By |
|---|---|
| Blood | ETC 12/31/19 1122 |

## Result                                        Lactate dehydrogenase (Order 457992531)

**Lactate dehydrogenase [457992531]**          Resulted: 12/31/19 1210, Result status: Final result
Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 12/31/19 1122 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|

**Lincoln/Lee 0980**

Labs/Diagnostics - 12/31/2019

| BRCH LABORATORY DRAW STATION<br>17000 Medical Center Dr<br>Baton Rouge LA 70816 | Lee, Katonia<br>MRN: 2325810, DOB:<br>Acct #: 72009883856<br>Enc. Date 12/31/2019 | Sex: F |
|---|---|---|

| LD | 162 | 110 - 260 U/L | — | BRLB |
|---|---|---|---|---|

Comment: Results are increased in hemolyzed samples.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 393 - BRLB | OCHSNER MEDICAL CENTER - BATON ROUGE | Aimee Goodier, M.D. | 17000 Medical Center Drive Baton Rouge LA 70816 | 11/22/19 0951 - Present |

| Order | CD4 T-Helper Cells [LAB342] (Order 457992532) |
|---|---|

**CD4 T-Helper Cells [457992532]**

Electronically signed by: **Long H. Dang, MD on 12/31/19 1105**                    Status:  **Completed**
This order may be acted on in another encounter.
Ordering user: Long H. Dang, MD 12/31/19 1105            Authorized by: Long H. Dang, MD
Ordering mode: Standard
Diagnoses
AIDS (acquired immune deficiency syndrome) [B20]

**Specimen Information**

| Source | Collected By |
|---|---|
| Blood | ETC 12/31/19 1122 |

| Result | CD4 T-Helper Cells (Order 457992532) |
|---|---|

CD4 T-Helper Cells [457992532] (Abnormal)                    Resulted: 01/02/20 1449, Result status: Final result

Resulting lab: OCHSNER MEDICAL CENTER - NEW ORLEANS

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 12/31/19 1122 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| CD4 % Helper T Cell | 16.7 | 28 - 57 % | L | OCLB |
| Absolute CD4 | 257.0 | 300 - 1400 cells/ul | L | OCLB |

Comment:
This test was developed and its performance characteristics
determined by Ochsner Clinic Foundation Flow Cytometry Laboratory.
It has not been cleared or approved by the U.S. Food and Drug
Administration. The FDA has determined that such clearance or
approval is not necessary.  This test is used for clinical purposes.
It should not be regarded as investigational or for research.  This
laboratory is certified under CLIA-88 as qualified to perform high
complexity clinical laboratory testing.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 347 - OCLB | OCHSNER | Elise Occhipinti, | 1516 Jefferson Hwy | 03/25/19 1044 - Present |

Generated on 1/12/20  6:21 PM                                         Page 12

**Lincoln/Lee 0981**

**Labs/Diagnostics - 12/31/2019**

| | |
|---|---|
| BRCH LABORATORY DRAW STATION<br>17000 Medical Center Dr<br>Baton Rouge LA 70816 | Lee, Katonia<br>MRN: 2325810, DOB:          Sex: F<br>Acct #: 72009883856<br>Enc. Date 12/31/2019 |
| MEDICAL CENTER    M.D.<br>- NEW ORLEANS | New Orleans LA 70121 |

---

**Order**                                                                    HIV RNA, quantitative, PCR [LAB878] (Order 457992533)

---

**HIV RNA, quantitative, PCR [457992533]**

Electronically signed by: **Long H. Dang, MD on 12/31/19 1105**                                           Status: **Completed**
This order may be acted on in another encounter.
Ordering user:  Long H. Dang, MD 12/31/19 1105                    Authorized by:  Long H. Dang, MD
Ordering mode:  Standard
Diagnoses
AIDS (acquired immune deficiency syndrome) [B20]

**Specimen Information**

| Source | Collected By |
|---|---|
| Blood | ETC 12/31/19 1122 |

---

**Result**                                                              HIV RNA, quantitative, PCR (Order 457992533)

---

HIV RNA, quantitative, PCR [457992533] (Abnormal)                    Resulted: 01/03/20 1426, Result status: Final result

Resulting lab:  WARDE MCL REFERENCE LAB

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 12/31/19 1122 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HIV-1 RNA, Qual | DETECTED | Not detected | A | WARDE |
| HIV 1 RNA Ultra | <40 | <40 Copies/mL | — | WARDE |
| Log HIV Copies/mL | <1.60 | <1.60 Log (10) Copies/mL | — | WARDE |
| HIV UQ Date Received | 1/3/20 | — | — | WARDE |
| HIV UQ Date Reported | 1/3/20 | — | — | WARDE |

Comment:
This test utilizes a real-time reverse-transcriptase
polymerase chain reaction test from Abbott Molecular
Systems to amplify a portion of the pol/integrase region
of the HIV-1 genome. This test is intended for use in
conjunction with clinical presentation and other laboratory
markers as an indicator of disease prognosis.  This test
may also be used as an aid in assessing the viral response
to antiretroviral treatment as measured by changes in
plasma HIV-1 RNA levels.  This test should not be used to
establish a diagnosis of  HIV-1 infection. The lower limit
of quantitation is 40 copies/mL  (1.60 log cy/mL) and the
upper limit of quantitation is 10,000,000 copies/mL
(7.00 log cy/mL). The qualitative limit of detection
is 20 copies/mL (1.30 log cy/mL).
Specimens reported as DETECTED but <40 cy/mL contain
detectable level of HIV-1 RNA but the viral load is below
the limit of quantitation. A  Not detected  result does
not rule out infection.
Test performed at War
de Medical Laboratory,
300 W. Textile Rd, Ann Arbor, MI  48108    800-876-6522

---

Generated on 1/12/20  6:21 PM                                                                    Page 13

**Lincoln/Lee 0982**

Labs/Diagnostics - 12/31/2019

BRCH LABORATORY DRAW STATION          Lee, Katonia
17000 Medical Center Dr               MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                  Acct #: 72009883856
                                      Enc. Date 12/31/2019
_____
    William G. Finn, MD  - Medical Director

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 224 - WARDE | WARDE MCL REFERENCE LAB | William G. Finn, MD | 300 West Textile Road ANN ARBOR MI 48108 | 04/10/15 1117 - Present |

| Results | CT Chest Abdoment Pelvis With Contrast (Accession 30919416) |
|---|---|

## Imaging Information

### Exam Information

| Performed Procedure | Study Status | Begin Time | End Time |
|---|---|---|---|
| CT Chest Abdomen Pelvis With Contrast | Final | Thu Sep 26, 2019 4:01 PM | Thu Sep 26, 2019 4:05 PM |

### Staff Information

| Technologist | Transcriptionist | Assigned Physician(s) | Assigned Pool(s) |
|---|---|---|---|
| April K. Magee, RT | N/A | N/A | N/A |

### Verification Information

| Signed By | Signed On |
|---|---|
| David S. Kirsch, MD | Sep 26, 2019 |

### Study Result

EXAMINATION:
CT CHEST ABDOMEN PELVIS WITH CONTRAST (XPD)

CLINICAL HISTORY:
please restage lymphoma;Human immunodeficiency virus (HIV) disease

TECHNIQUE:
The patient was surveyed from the thoracic inlet through the pelvis after the administration of 75 cc Omni 350 IV contrast without oral contrast and data was reconstructed for coronal, sagittal, and axial images.

COMPARISON:
01/23/2019

FINDINGS:
The soft tissues at the base of the neck are unremarkable.  The thyroid gland is normal in size and configuration.  There is no abnormal lymph node enlargement.  Left chest port tip overlies the SVC in good position.

There is no axillary, mediastinal, or hilar lymphadenopathy.  The hilar contours are unremarkable.  The esophagus is normal in course and contour.

The thoracic aorta is normal in course, caliber, and contour without significant atherosclerotic calcifications.The heart does not appear enlarged and there is no pericardial effusion.

The trachea and proximal airways are patent.  The lungs are symmetrically expanded and demonstrate no convincing evidence of consolidation, pleural thickening, pneumothorax, or pleural fluid.  Atelectasis is seen at the lung bases most conspicuous within the posterior basilar segment on the right.  Previously described nodular densities on PET

**Lincoln/Lee 0983**

Labs/Diagnostics - 12/31/2019

| BRMH CT SCAN | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72009376307 | |
| | Adm: 9/26/2019 | |

## Imaging Information (continued)

### Study Result (continued)

scan within the right middle lobe are not seen.

The liver is normal in size and attenuation. Portal vein is patent. Hypodensity within segment 3 of the left hepatic lobe is less conspicuous. Several hypodensities are seen scattered within the liver which are similar to prior and not fully characterized but likely reflect small cysts. Mild intrahepatic ductal dilatation significantly improved compared to prior. Biliary stent is no longer seen. Minimal gallbladder distension.

Previously described mass within the region of the pancreatic head extending into the porta hepatis is less conspicuous on today's exam. Mild soft tissue thickening is seen within the porta hepatis with less mass effect on the portal vein.

The spleen, and adrenal glands are unremarkable.

The kidneys are normal in size and location and concentrate and excrete contrast properly on delayed imaging. There is no evidence of hydronephrosis. The ureters appear normal in course and caliber without evidence of ureteral dilatation. Mild nonspecific bladder wall thickening which is limited by nondistention can be seen with cystitis.

Myomatous uterus is suspected with a 4.4 cm pedunculated fibroid near the fundus.

The abdominal aorta is normal in course and caliber without significant atherosclerotic calcifications. Embolization coils are suspected within the porta hepatis all and epigastric region.

Small hiatal hernia. The visualized loops of small bowel show no evidence of obstruction or inflammation. Large bowel is unremarkable. Mild to moderate constipation. There is no ascites, free fluid, or intraperitoneal free air. There is no evidence of lymph node enlargement in the abdomen or pelvis.

When viewed with bone windows the osseous structures are unremarkable. The extraperitoneal soft tissues are unremarkable.

Impression:

Previously described mass within the region of the pancreatic head extending into the porta hepatis is less conspicuous on today's exam. Mild soft tissue thickening is seen within the porta hepatis with less mass effect on the portal vein.

All CT scans at this facility use dose modulation, iterative reconstruction and/or weight based dosing when appropriate to reduce radiation dose to as low as reasonably achievable.

| Electronically signed by: | David Kirsch, MD |
|---|---|
| Date: | 09/26/2019 |
| Time: | 16:25 |

## Visit Summary

### Diagnoses

| | Codes | Comments |
|---|---|---|
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** - Primary | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | |

Printed on 1/12/20 6:21 PM                                                                                        Page 15

**Lincoln/Lee 0984**

Labs/Diagnostics - 09/27/2019

BRCH LABORATORY DRAW STATION
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:
Acct #: 72009382251
Enc. Date 9/27/2019

Sex: F

**CBC auto differential [457992504] (continued)**

## Result

### CBC auto differential (Order 457992504)

CBC auto differential [457992504] (Abnormal)                    Resulted: 09/27/19 1422, Result status: Final result

Resulting lab:  OCHSNER MEDICAL CENTER - BATON ROUGE

**Specimen Information**

| Type | Source | Collected On |
|------|--------|--------------|
| Blood | Blood | 09/27/19 1337 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| WBC | 3.11 | 3.90 - 12.70 K/uL | L | BRLB |
| RBC | 3.77 | 4.00 - 5.40 M/uL | L | BRLB |
| Hemoglobin | 11.9 | 12.0 - 16.0 g/dL | L | BRLB |
| Hematocrit | 37.0 | 37.0 - 48.5 % | — | BRLB |
| Mean Corpuscular Volume | 98 | 82 - 98 fL | — | BRLB |
| Mean Corpuscular Hemoglobin | 31.6 | 27.0 - 31.0 pg | H | BRLB |
| Mean Corpuscular Hemoglobin Conc | 32.2 | 32.0 - 36.0 g/dL | — | BRLB |
| RDW | 13.5 | 11.5 - 14.5 % | — | BRLB |
| Platelets | 109 | 150 - 350 K/uL | L | BRLB |
| MPV | SEE COMMENT | 9.2 - 12.9 fL | — | BRLB |
|    Comment.  Result not available. | | | | |
| Gran # (ANC) | 1.1 | 1.8 - 7.7 K/uL | L | BRLB |
| Lymph # | 1.4 | 1.0 - 4.8 K/uL | — | BRLB |
| Mono # | 0.4 | 0.3 - 1.0 K/uL | — | BRLB |
| Eos # | 0.2 | 0.0 - 0.5 K/uL | — | BRLB |
| Baso # | 0.01 | 0.00 - 0.20 K/uL | — | BRLB |
| Gran% | 37.0 | 38.0 - 73.0 % | L | BRLB |
| Lymph% | 45.0 | 18.0 - 48.0 % | — | BRLB |
| Mono% | 12.9 | 4.0 - 15.0 % | — | BRLB |
| Eosinophil% | 5.1 | 0.0 - 8.0 % | — | BRLB |
| Basophil% | 0.3 | 0.0 - 1.9 % | — | BRLB |
| Aniso | Slight | — | — | BRLB |
| Poik | Slight | — | — | BRLB |
| Hypo | Occasional | — | | BRLB |
| Differential Method | Automated | — | — | BRLB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|--------------------|------|----------|---------|------------------|
| 393 - BRLB | OCHSNER MEDICAL CENTER - BATON ROUGE | Jeremy Spencer, M.D. | 17000 Medical Center Drive Baton Rouge LA 70816 | 09/14/17 1554 - 11/18/19 1429 |

## Order

### Comprehensive metabolic panel [LAB17] (Order 457992505)

**Comprehensive metabolic panel [457992505]**

Electronically signed by:  **Long H. Dang, MD on 08/20/19 1148**                    Status:  **Completed**
This order may be acted on in another encounter.

**Lincoln/Lee 0985**

Labs/Diagnostics - 09/27/2019

BRCH LABORATORY DRAW STATION
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:           Sex: F
Acct #: 72009382251
Enc. Date 9/27/2019

**Comprehensive metabolic panel [457992505] (continued)**

Ordering user: Long H. Dang, MD 08/20/19 1148        Authorized by: Long H. Dang, MD
Ordering mode: Standard
Diagnoses
Lymphoma related to acquired immunodeficiency syndrome (AIDS) [B20, C85.90]

**Specimen Information**

| Source | Collected By |
|--------|--------------|
| Blood | ETC 09/27/19 1337 |

**Result**                                                    **Comprehensive metabolic panel (Order 457992505)**

Comprehensive metabolic panel [457992505] (Abnormal)        Resulted: 09/27/19 1405, Result status: Final result

Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

**Specimen Information**

| Type | Source | Collected On |
|------|--------|--------------|
| Blood | Blood | 09/27/19 1337 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| Sodium | 142 | 136 - 145 mmol/L | — | BRLB |
| Potassium | 3.7 | 3.5 - 5.1 mmol/L | — | BRLB |
| Chloride | 104 | 95 - 110 mmol/L | — | BRLB |
| CO2 | 27 | 23 - 29 mmol/L | — | BRLB |
| Glucose | 79 | 70 - 110 mg/dL | — | BRLB |
| BUN, Bld | 18 | 6 - 20 mg/dL | — | BRLB |
| Creatinine | 1.1 | 0.5 - 1.4 mg/dL | — | BRLB |
| Calcium | 9.9 | 8.7 - 10.5 mg/dL | — | BRLB |
| Total Protein | 6.9 | 6.0 - 8.4 g/dL | — | BRLB |
| Albumin | 3.6 | 3.5 - 5.2 g/dL | — | BRLB |
| Total Bilirubin | 0.3 | 0.1 - 1.0 mg/dL | — | BRLB |

Comment:
For infants and newborns, interpretation of results should be based
on gestational age, weight and in agreement with clinical
observations.
Premature Infant recommended reference ranges:
Up to 24 hours.............<8.0 mg/dL
Up to 48 hours...........<12.0 mg/dL
3-5 days.................<15.0 mg/dL
6-29 days.................<15.0 mg/dL

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| Alkaline Phosphatase | 139 | 55 - 135 U/L | H | BRLB |
| AST | 19 | 10 - 40 U/L | — | BRLB |
| ALT | 11 | 10 - 44 U/L | — | BRLB |
| Anion Gap | 11 | 8 - 16 mmol/L | — | BRLB |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 | — | BRLB |
| eGFR if non African American | 59 | >60 mL/min/1.73 m^2 | A | BRLB |

Comment:
Calculation used to obtain the estimated glomerular filtration
rate (eGFR) is the CKD-EPI equation.

**Lincoln/Lee 0986**

Labs/Diagnostics - 09/27/2019

| BRCH LABORATORY DRAW STATION | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72009382251 | |
| | Enc. Date 9/27/2019 | |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 393 - BRLB | OCHSNER MEDICAL CENTER - BATON ROUGE | Jeremy Spencer, M.D. | 17000 Medical Center Drive Baton Rouge LA 70816 | 09/14/17 1554 - 11/18/19 1429 |

## Order — CBC auto differential [LAB1748] (Order 457992529)

**CBC auto differential [457992529]**

Electronically signed by: **Long H. Dang, MD on 12/31/19 1105**                                              Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Long H. Dang, MD 12/31/19 1105                    Authorized by: Long H. Dang, MD
Ordering mode: Standard
Diagnoses
Lymphoma related to acquired immunodeficiency syndrome (AIDS) [B20, C85.90]

**Specimen Information**

| Source | Collected By |
|---|---|
| Blood | ETC 12/31/19 1122 |

## Result — CBC auto differential (Order 457992529)

CBC auto differential [457992529] (Abnormal)                    Resulted: 12/31/19 1149, Result status: Final result
Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 12/31/19 1122 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 3.31 | 3.90 - 12.70 K/uL | L | BRLB |
| RBC | 4.30 | 4.00 - 5.40 M/uL | — | BRLB |
| Hemoglobin | 13.1 | 12.0 - 16.0 g/dL | — | BRLB |
| Hematocrit | 41.5 | 37.0 - 48.5 % | — | BRLB |
| Mean Corpuscular Volume | 97 | 82 - 98 fL | — | BRLB |
| Mean Corpuscular Hemoglobin | 30.5 | 27.0 - 31.0 pg | — | BRLB |
| Mean Corpuscular Hemoglobin Conc | 31.6 | 32.0 - 36.0 g/dL | L | BRLB |
| RDW | 14.2 | 11.5 - 14.5 % | — | BRLB |
| Platelets | 122 | 150 - 350 K/uL | L | BRLB |
| MPV | 11.9 | 9.2 - 12.9 fL | — | BRLB |
| Immature Granulocytes | 0.3 | 0.0 - 0.5 % | — | BRLB |
| Gran # (ANC) | 1.3 | 1.8 - 7.7 K/uL | L | BRLB |
| Immature Grans (Abs) | 0.01 | 0.00 - 0.04 K/uL | — | BRLB |

Comment:
Mild elevation in immature granulocytes is non specific and
can be seen in a variety of conditions including stress response,
acute inflammation, trauma and pregnancy. Correlation with other
laboratory and clinical findings is essential.

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Lymph # | 1.6 | 1.0 - 4.8 K/uL | — | BRLB |
| Mono # | 0.3 | 0.3 - 1.0 K/uL | — | BRLB |
| Eos # | 0.1 | 0.0 - 0.5 K/uL | — | BRLB |
| Baso # | 0.01 | 0.00 - 0.20 K/uL | — | BRLB |

Generated on 1/12/20  6:21 PM                                                                                      Page 9

**Lincoln/Lee 0987**

**Labs/Diagnostics - 08/20/2019**

BRCH LABORATORY DRAW STATION
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:
Acct #: 72009170132
Enc. Date 8/20/2019

Sex: F

| Order | CBC auto differential [LAB1748] (Order 442010922) |
|---|---|

**CBC auto differential [442010922]**

Electronically signed by: **Long H. Dang, MD on 07/15/19 0959**
This order may be acted on in another encounter.
Ordering user:  Long H. Dang, MD 07/15/19 0959
Ordering mode:  Standard
Diagnoses
Lymphoma related to acquired immunodeficiency syndrome (AIDS) [B20, C85.90]

Status:  **Completed**

Authorized by:  Long H. Dang, MD

**Specimen Information**

| Source | Collected By |
|---|---|
| Blood | ETC 08/20/19 1031 |

| Result | CBC auto differential (Order 442010922) |
|---|---|

CBC auto differential [442010922] (Abnormal)  Resulted: 08/20/19 1110, Result status: Final result
Resulting lab:  OCHSNER MEDICAL CENTER - BATON ROUGE

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 08/20/19 1031 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 2.22 | 3.90 - 12.70 K/uL | L | BRLB |
| RBC | 3.89 | 4.00 - 5.40 M/uL | L | BRLB |
| Hemoglobin | 12.5 | 12.0 - 16.0 g/dL | — | BRLB |
| Hematocrit | 38.9 | 37.0 - 48.5 % | — | BRLB |
| Mean Corpuscular Volume | 100 | 82 - 98 fL | H | BRLB |
| Mean Corpuscular Hemoglobin | 32.1 | 27.0 - 31.0 pg | H | BRLB |
| Mean Corpuscular Hemoglobin Conc | 32.1 | 32.0 - 36.0 g/dL | — | BRLB |
| RDW | 15.5 | 11.5 - 14.5 % | H | BRLB |
| Platelets | 127 | 150 - 350 K/uL | L | BRLB |
| MPV | SEE COMMENT | 9.2 - 12.9 fL | — | BRLB |
| Comment:  Result not available. | | | | |
| Gran # (ANC) | 0.9 | 1.8 - 7.7 K/uL | L | BRLB |
| Lymph # | 0.9 | 1.0 - 4.8 K/uL | L | BRLB |
| Mono # | 0.3 | 0.3 - 1.0 K/uL | — | BRLB |
| Eos # | 0.2 | 0.0 - 0.5 K/uL | — | BRLB |
| Baso # | 0.01 | 0.00 - 0.20 K/uL | — | BRLB |
| Gran% | 38.7 | 38.0 - 73.0 % | — | BRLB |
| Lymph% | 40.5 | 18.0 - 48.0 % | — | BRLB |
| Mono% | 11.3 | 4.0 - 15.0 % | — | BRLB |
| Eosinophil% | 9.0 | 0.0 - 8.0 % | H | BRLB |
| Basophil% | 0.5 | 0.0 - 1.9 % | — | BRLB |
| Platelet Estimate | Decreased | — | A | BRLB |
| Aniso | Slight | — | — | BRLB |
| Poik | Slight | — | — | BRLB |
| Ovalocytes | Occasional | — | — | BRLB |
| Tear Drop Cells | Occasional | — | — | BRLB |
| Stomatocytes | Present | — | — | BRLB |
| Differential Method | Automated | — | — | BRLB |

Generated on 1/12/20  6:21 PM

Page  1

**Lincoln/Lee 0988**

**Labs/Diagnostics - 08/20/2019**

| BRCH LABORATORY DRAW STATION<br>17000 Medical Center Dr<br>Baton Rouge LA 70816 | Lee, Katonia<br>MRN: 2325810, DOB:<br>Acct #: 72009170132<br>Enc. Date 8/20/2019 | Sex: F |
|---|---|---|

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 393 - BRLB | OCHSNER MEDICAL CENTER - BATON ROUGE | Jeremy Spencer, M.D. | 17000 Medical Center Drive<br>Baton Rouge LA 70816 | 09/14/17 1554 - 11/18/19 1429 |

## Order
**Comprehensive metabolic panel [LAB17] (Order 442010923)**

**Comprehensive metabolic panel [442010923]**

Electronically signed by: **Long H. Dang, MD on 07/15/19 0959**    Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Long H. Dang, MD 07/15/19 0959    Authorized by: Long H. Dang, MD
Ordering mode: Standard
Diagnoses
Lymphoma related to acquired immunodeficiency syndrome (AIDS) [B20, C85.90]

**Specimen Information**

| Source | Collected By |
|---|---|
| Blood | ETC 08/20/19 1031 |

## Result
**Comprehensive metabolic panel (Order 442010923)**

**Comprehensive metabolic panel [442010923] (Abnormal)**    Resulted: 08/20/19 1059, Result status: Final result
Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 08/20/19 1031 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 141 | 136 - 145 mmol/L | — | BRLB |
| Potassium | 3.5 | 3.5 - 5.1 mmol/L | — | BRLB |
| Chloride | 100 | 95 - 110 mmol/L | — | BRLB |
| CO2 | 29 | 23 - 29 mmol/L | — | BRLB |
| Glucose | 111 | 70 - 110 mg/dL | H | BRLB |
| BUN, Bld | 16 | 6 - 20 mg/dL | — | BRLB |
| Creatinine | 1.1 | 0.5 - 1.4 mg/dL | — | BRLB |
| Calcium | 10.4 | 8.7 - 10.5 mg/dL | — | BRLB |
| Total Protein | 7.5 | 6.0 - 8.4 g/dL | — | BRLB |
| Albumin | 4.0 | 3.5 - 5.2 g/dL | — | BRLB |
| Total Bilirubin | 0.5 | 0.1 - 1.0 mg/dL | — | BRLB |

Comment:
For infants and newborns, interpretation of results should be based on gestational age, weight and in agreement with clinical observations.
Premature Infant recommended reference ranges:
Up to 24 hours............<8.0 mg/dL
Up to 48 hours...........<12.0 mg/dL
3-5 days.................<15.0 mg/dL
6-29 days................<15.0 mg/dL

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Alkaline Phosphatase | 136 | 55 - 135 U/L | H | BRLB |

**Lincoln/Lee 0989**

**Labs/Diagnostics - 08/20/2019**

| BRCH LABORATORY DRAW STATION<br>17000 Medical Center Dr<br>Baton Rouge LA 70816 | | Lee, Katonia<br>MRN: 2325810, DOB:<br>Acct #: 72009170132<br>Enc. Date 8/20/2019 | | Sex: F | |
|---|---|---|---|---|---|
| AST | 17 | 10 - 40 U/L | — | | BRLB |
| ALT | 10 | 10 - 44 U/L | — | | BRLB |
| Anion Gap | 12 | 8 - 16 mmol/L | — | | BRLB |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 | — | | BRLB |
| eGFR if non African American | 59 | >60 mL/min/1.73 m^2 | A | | BRLB |

Comment:
Calculation used to obtain the estimated glomerular filtration
rate (eGFR) is the CKD-EPI equation.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 393 - BRLB | OCHSNER MEDICAL CENTER - BATON ROUGE | Jeremy Spencer, M.D. | 17000 Medical Center Drive<br>Baton Rouge LA 70816 | 09/14/17 1554 - 11/18/19 1429 |

## Order                                                    Ferritin [LAB68] (Order 442010924)

**Ferritin [442010924]**

Electronically signed by: **Long H. Dang, MD on 07/15/19 0959**                          Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Long H. Dang, MD 07/15/19 0959            Authorized by: Long H. Dang, MD
Ordering mode: Standard
Diagnoses
Lymphoma related to acquired immunodeficiency syndrome (AIDS) [B20, C85.90]

**Specimen Information**

| Source | Collected By |
|---|---|
| Blood | ETC 08/20/19 1031 |

## Result                                                        Ferritin (Order 442010924)

Ferritin [442010924] (Abnormal)                     Resulted: 08/21/19 0316, Result status: Final result

Resulting lab: OCHSNER MEDICAL CENTER - NEW ORLEANS

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 08/20/19 1031 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Ferritin | 684 | 20.0 - 300.0 ng/mL | H | OCLB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 347 - OCLB | OCHSNER MEDICAL CENTER - NEW ORLEANS | Elise Occhipinti, M.D. | 1516 Jefferson Hwy<br>New Orleans LA 70121 | 03/25/19 1044 - Present |

**Lincoln/Lee 0990**

**Labs/Diagnostics - 08/20/2019**

| | |
|---|---|
| BRCH LABORATORY DRAW STATION | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:        Sex: F |
| Baton Rouge LA 70816 | Acct #: 72009170132 |
| | Enc. Date 8/20/2019 |

### Order                                         Folate [LAB69] (Order 448366209)

**Folate [448366209]**

Electronically signed by: **Long H. Dang, MD on 07/15/19 0959**                    Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Long H. Dang, MD 07/15/19 0959                Authorized by: Long H. Dang, MD
Ordering mode: Standard
Diagnoses
Lymphoma related to acquired immunodeficiency syndrome (AIDS) [B20, C85.90]

**Specimen Information**

| Source | Collected By |
|---|---|
| Blood | ETC 08/20/19 1031 |

### Result                                         Folate (Order 448366209)

**Folate [448366209] (Abnormal)**                    Resulted: 08/20/19 2224, Result status: Final result

Resulting lab: OCHSNER MEDICAL CENTER - NEW ORLEANS

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 08/20/19 1031 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Folate | 3.3 | 4.0 - 24.0 ng/mL | L | OCLB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 347 - OCLB | OCHSNER MEDICAL CENTER - NEW ORLEANS | Elise Occhipinti, M.D. | 1516 Jefferson Hwy New Orleans LA 70121 | 03/25/19 1044 - Present |

### Order                                         Vitamin B12 [LAB67] (Order 448366210)

**Vitamin B12 [448366210]**

Electronically signed by: **Long H. Dang, MD on 07/15/19 0959**                    Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Long H. Dang, MD 07/15/19 0959                Authorized by: Long H. Dang, MD
Ordering mode: Standard
Diagnoses
Lymphoma related to acquired immunodeficiency syndrome (AIDS) [B20, C85.90]

**Specimen Information**

| Source | Collected By |
|---|---|
| Blood | ETC 08/20/19 1031 |

### Result                                         Vitamin B12 (Order 448366210)

**Lincoln/Lee 0991**

**Labs/Diagnostics - 08/20/2019**

| BRCH LABORATORY DRAW STATION | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72009170132 | |
| | Enc. Date 8/20/2019 | |

---

**Vitamin B12 [448366210] (Abnormal)** — Resulted: 08/20/19 2224, Result status: Final result

Resulting lab: OCHSNER MEDICAL CENTER - NEW ORLEANS

#### Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 08/20/19 1031 |

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Vitamin B-12 | 1042 | 210 - 950 pg/mL | H | OCLB |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 347 - OCLB | OCHSNER MEDICAL CENTER - NEW ORLEANS | Elise Occhipinti, M.D. | 1516 Jefferson Hwy New Orleans LA 70121 | 03/25/19 1044 - Present |

---

### Order — Lactate dehydrogenase [LAB96] (Order 448366211)

**Lactate dehydrogenase [448366211]**

Electronically signed by: **Long H. Dang, MD on 07/15/19 0959** — Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Long H. Dang, MD 07/15/19 0959          Authorized by: Long H. Dang, MD
Ordering mode: Standard
Diagnoses
Lymphoma related to acquired immunodeficiency syndrome (AIDS) [B20, C85.90]

#### Specimen Information

| Source | Collected By |
|---|---|
| Blood | ETC 08/20/19 1031 |

---

### Result — Lactate dehydrogenase (Order 448366211)

**Lactate dehydrogenase [448366211]** — Resulted: 08/20/19 1058, Result status: Final result

Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

#### Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 08/20/19 1031 |

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| LD | 160 | 110 - 260 U/L | — | BRLB |

Comment: Results are increased in hemolyzed samples.

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 393 - BRLB | OCHSNER MEDICAL CENTER | Jeremy Spencer, M.D. | 17000 Medical Center Drive | 09/14/17 1554 - 11/18/19 1429 |

---

**Lincoln/Lee 0992**

Labs/Diagnostics - 08/20/2019

BRCH LABORATORY DRAW STATION
17000 Medical Center Dr
Baton Rouge LA 70816

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72009170132
Enc. Date 8/20/2019

| - BATON ROUGE | Baton Rouge LA 70816 |

## Order                                              Iron and TIBC [LAB829] (Order 448366212)

### Iron and TIBC [448366212]

Electronically signed by: **Long H. Dang, MD on 07/15/19 0959**                    Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Long H. Dang, MD 07/15/19 0959          Authorized by: Long H. Dang, MD
Ordering mode: Standard
Diagnoses
Lymphoma related to acquired immunodeficiency syndrome (AIDS) [B20, C85.90]

#### Specimen Information

| Source | Collected By |
|--------|--------------|
| Blood | ETC 08/20/19 1031 |

## Result                                              Iron and TIBC (Order 448366212)

### Iron and TIBC [448366212]                          Resulted: 08/21/19 0100, Result status: Final result

Resulting lab: OCHSNER MEDICAL CENTER - NEW ORLEANS

#### Specimen Information

| Type | Source | Collected On |
|------|--------|--------------|
| Blood | Blood | 08/20/19 1031 |

#### Components

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| Iron | 77 | 30 - 160 ug/dL | — | OCLB |
| Transferrin | 256 | 200 - 375 mg/dL | — | OCLB |
| TIBC | 379 | 250 - 450 ug/dL | — | OCLB |
| Saturated Iron | 20 | 20 - 50 % | — | OCLB |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|--------------------|------|----------|---------|------------------|
| 347 - OCLB | OCHSNER MEDICAL CENTER - NEW ORLEANS | Elise Occhipinti, M.D. | 1516 Jefferson Hwy New Orleans LA 70121 | 03/25/19 1044 - Present |

## Order                                              CBC auto differential [LAB1748] (Order 457992504)

### CBC auto differential [457992504]

Electronically signed by: **Long H. Dang, MD on 08/20/19 1148**                    Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Long H. Dang, MD 08/20/19 1148          Authorized by: Long H. Dang, MD
Ordering mode: Standard
Diagnoses
Lymphoma related to acquired immunodeficiency syndrome (AIDS) [B20, C85.90]

#### Specimen Information

| Source | Collected By |
|--------|--------------|
| Blood | ETC 09/27/19 1337 |

Generated on 1/12/20  6:21 PM                                              Page  6

**Lincoln/Lee 0993**

Request Corr.

**MRO**
**1000 Madison Avenue**
**Suite 100**
**Norristown, PA 19403**
**Ph: (610) 994-7500 Opt. 1**

# Medical Records Transmittal

Date:                1/13/2020
Request Number:    32720395
Page Count:        57

### Your requested medical records are attached.

Patient Name:      KATONIA LEE
Medical Facility:  Ochsner Baton Rouge Medical Center
Requester:         Kevin Michael Lituania
Organization:      ReleasePoint, Inc./PORTAL

Your reference number:  6055918

Thank you,

*MRO*
*MROcorp.com*

**Lincoln/Lee 0994**

Request Corr.

From WFI Incorporated 1.626.628.9628 Wed Jan  8 08:21:04 2020 MST Page 1 of 5

**Lincoln**
Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

JAN 08 2019

OCHSNER MEDICAL CENTER
17000 MEDICAL CENTER DR
ATTN: MEDICAL RECORDS
BATON ROUGE, LA 70816

Date:   Jan 8, 2020

Re:  Long Term Disability Benefits
Claim# 8892419          6055818
Claimant: LEE, KATONIA
Claimant DOB:
Provider Portal:  https://portal.releasepoint.com
          Access Key:  OCH086

Dear   MR # 2252365917,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:
**From August 1, 2019 to Present**
request records and RLS form - Seen By: OCHSNER CANCER CENTER BATON ROUGE

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number  (213) 884-4921     or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
 Kevin Michael Lituania
Disability Information Specialist
Phone No.:  (213) 288-5038
Fax No:  (213) 884-4921



01/08/2020

**Lincoln/Lee 0995**

**CANCER CENTER BATON ROUGE**
**17050 MEDICAL CENTER DRIVE 1ST FLOOR**
**BATON ROUGE, LA 70816**



Lincoln
Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns,
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim, I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)  Katonie Lee

Name of legal representative, if applicable (print) _____  Relationship _____

Signature of claimant or legal representative  Katonie Lee

Date of Birth: _____  Claim Number: _8892419_  Date: _3-29-19_

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2018

01/08/2020   4:04PM (GMT-05:00)

**Lincoln/Lee 0996**

Request Corr.

1/8/2020 2:46:01 PM  PAGE  21/045  Fax Server

From WFI Incorporated 1.626.628.9628 Wed Jan  8 08:21:04 2020 MST  Page 3 of 5

CANCER CENTER BATON ROUGE
17050 MEDICAL CENTER DRIVE 1ST FLOOR
BATON ROUGE, LA 70816


Lincoln
Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)  Katonia Lee

Name of legal representative, if applicable (print) _____  Relationship _____

Signature of claimant or legal representative  Katonia Lee

Date of Birth ___ _____ Claim Number  3892419 ___ Date:  5-29-19

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.Psychotherapy.2015

01/08/2020  11:01PM (GMT-05...

**Lincoln/Lee 0997**

Request Corr.

From WFI Incorporated 1.626.628.9628 Wed Jan  8 08:21:04 2020 MST Page 4 of 5



## Restrictions Form

Patient Name: _____ Date of Birth: _____ Claim Number: _____

### To be completed by a Physician:

Date First Treated: _____

Date Last Treated: _____

Next Office Visit: _____

Diagnosis(es) with ICD 10 Codes: _____

Physician's Area of Specialty: _____

For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- ☐  No Restrictions
- ☐  No Work Capacity
- ☐  Sedentary - Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐  Light  - Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐  Medium  - Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
- ☐  Heavy  - Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
- ☐  Very Heavy  - Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

*Occasionally  – Up to 20 minutes/Hour and Up to 2 ½ Hours/Day*

*Frequently – Up to 40 Minutes/Hour and Up to 5 ½ Hours/Day*

*Constantly  - Over 40 Minutes/Hour and Over 5 ½ Hours/Day*

Restrictions Imposed From (Please Date) _____ To _____

Defer Restrictions to (Please add Provider's Name and Specialty): _____

If impairment is related to lifting, please confirm how much your patient can lift using both arms in combination:

_____

Additional Restrictions : _____

_____

Provider's Name (Please Print): _____ Signature : _____ Date : _____

01/08/2020   II:01PM  (GMT-07)

**Lincoln/Lee 0998**

Request Corr.

From WFI Incorporated 1,626,628.9628 Wed Jan  8 08:21:04 2020 MST Page 5 of 5



8/27/2019

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

To Whom It May Concern,

Liberty Life Assurance Company of Boston, a Lincoln National Life Insurance company, authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:
- Electronic mail to: charts@releasepoint.com
- Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

Kathryn Leombruno
Director, Claims Operations
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

01/08/2020   4:04PM (GMT-05:00)

**Lincoln/Lee 0999**

# Quality Assurance Report

## Request Information

Report Date:    January 14, 2020                        RP ID: **6055918**

Patient Name:   LEE, KATONIA

Provider Name: OCHSNER MEDICAL CENTER

## Quality Assurance Information

Scope Requested: **From August 1, 2019 to Present**

Special Request:

request records and RLS form - Seen By: OCHSNER CANCER
CENTER BATON ROUGE

Special Request Included? NO

Secondary Request Confirmed? YES

QC Notes:

ITEMS REQUESTED NOT FOUND We only received medical
records. Please also request for the completed form,
seen by the SA physician/provider, Within the scope
requested. Thanks!

Chart Reviewed By:  ADDEL

**Lincoln/Lee 1000**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MS. KATONIA LEE

**Lincoln/Lee 1001**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-8172

January 8, 2020

Ms. Katonia Lee

RE:    Long Term Disability (LTD) Benefits
       Walmart, Inc.
       Claim #: 8892419

Dear Ms. Katonia Lee:

We are writing to you in regards to the overdue balance in the amount of $9,221.52. This was due December 17, 2019.  You were previously notified on November 27, 2019 disability benefits were paid to you by Lincoln Financial Group (hereinafter 'LFG') incorrectly for the period covering May 9, 2019 through October 23, 2019 due to Social Security Disability.

Please remit the outstanding balance of $9,221.52, payable to Lincoln Life Assurance Company of Boston in the enclosed business return envelope by January 29, 2020.  If we do not receive payment by January 29, 2020, we will begin applying your disability benefit to the above overpayment until the balance is paid in full.  LFG reserves the right to forward your file to an external Collection Agency.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Keegan
Financial Services Represenative
Phone No.: (888) 437-7611 Ext. 16060
Secure Fax No.: (603) 430-5797

1  of 1

**Lincoln/Lee 1002**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MS. KATONIA LEE

**Lincoln/Lee 1003**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-7428

January 4, 2020

Ms. Katonia Lee

RE:    Long Term Disability (LTD) Benefits
       Walmart, Inc.
       Claim #: 8892419

Dear Ms. Katonia Lee:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Walmart, Inc.'s Associates' Health and Welfare Plan ("LTD Policy"). We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On January 2, 2020, we requested medical records from Ochsner Cancer Center and Dr.Greg Oden. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from August 1, 2019 through present from Ochsner Cancer Center and Dr. Greg Oden

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

On December 18, 2019, we attempted to contact you at                    However, we were unable to speak with you and we left you a message requesting a return call to discuss your claim. We also attempted to contact you on January 3, 2020, however, we were unable to speak with you and we left you a message requesting a return call to discuss your claim.

We need to speak with you about your disability claim. Please call us by March 17, 2020 at the number listed below so that we can discuss your claim. If you do not contact us by this date, your disability benefits may be denied.

Walmart, Inc.'s LTD Policy requires that, in order to receive ongoing benefits, you provide proof of

**Lincoln/Lee 1004**

disability within a required timeframe.  Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by February 16, 2020, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by March 17, 2020, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than March 17, 2020 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brittany Stockhausen
LTD Specialist I
Phone No.: (877) 353-6404 Ext. 18185
Secure Fax No.: (603) 334-7428

**Lincoln/Lee 1005**

## Billing Statement:

ReleasePoint

**Invoice Date: 10/10/2019**          **Invoice #: 710535-2222**
**Liberty Mutual**

**Invoice for Requests for Medical Information completed between Sep 1 2019 and Sep 30 2019**

**LIBMT7**                                              **Bill Code: LIBSFU**

| RP #<br>Cust ID | Patient Name<br>Provider Name | Status | Date<br>Req By | RP Fee | Med Fee | Rush | QC Amt<br>Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 5378544<br>8892419 | LEE, KATONIA<br>MERIT HEALTH CENTRAL | Canceled | 07/11/19<br>B Stockhausen | 4.00 | 0.00 | 0.00 | 0.00<br>0 | **4.00** |
| 5378542<br>8892419 | LEE, KATONIA<br>HINDS INTERNAL MEDICINE | Complete | 06/20/19<br>B Stockhausen | 8.00 | 23.00 | 0.00 | 0.00<br>17 | **31.00** |
| 5514943<br>8892419 | LEE, KATONIA<br>OCHSNER MEDICAL CENTER | Canceled | 08/03/19<br>B Stockhausen | 4.00 | 0.00 | 0.00 | 0.00<br>0 | **4.00** |
| 5491229<br>8892419 | LEE, KATONIA<br>MERIT HEALTH CENTRAL | Complete | 09/04/19<br>B Stockhausen | 8.00 | 72.20 | 0.00 | 0.00<br>67 | **80.20** |
| 5378543<br>8892419 | LEE, KATONIA<br>OCHSNER MEDICAL CENTER | Complete | 06/10/19<br>B Stockhausen | 8.00 | 100.00 | 0.00 | 0.00<br>304 | **108.00** |

**ReleasePoint**

**405 W. Foothill Blvd.**
**Suite 204**
**Claremont, CA 91711**

**Total Amount Due:**          **227.20**

**Tax ID: 95-2843455**

**Lincoln/Lee 1006**

| **Claim Number (s):  8892419** | | | |
|---|---|---|---|
| **New B-Weekly Benefit** | | | |
| Your Gross Benefit | | | $1,140.05 |
| Less:  Other Income | | | $1,665.00 |
| | SS Primary | $1,665.00 | |
| | SS Dependent | $0.00 | |
| | Pension | $0.00 | |
| | State Disability | $0.00 | |
| | Workers Comp | $0.00 | |
| | Total Other Income | $1,665.00 | |
| Your Adjusted Gross (Minimum Benefit Reached) | | | $114.01 |
| Less:  Taxes and Deductions | | | $0.00 |
| **Your Net Benefit** | | | **$114.01** |
| **Overpayment Calculation** | | | |
| Originally Paid | *5/9/2019  through  10/23/2019* | | $13,680.60 |
| Less:  Should have Paid | *5/9/2019  through  10/23/2019* | | $4,459.08 |
| Overpayment Due | | | $9,221.52 |
| Less:  Recovery of Prior Overpayment | | | $0.00 |
| Less:  Attorney Fees | | | $0.00 |
| Less:  Excess Fee | | | $0.00 |
| **Amount Due** | | | **$9,221.52** |

**Lincoln/Lee 1007**

## Calculation Worksheet

**Claimant Name:  Katonia Lee**

**Customer:  WALMART, INC.**

**Claim Number (s):  8892419**

| Overpayment Amount: | $  9,221.52 |
|---|---|
| Underpayment Amount: | $0.00 |

| Originally Paid | | Should have Paid | |
|---|---|---|---|
| From Date | 5/9/2019 | From Date | 5/9/2019 |
| Thru Date | 10/23/2019 | Thru Date | 10/23/2019 |
| Total | $13,680.60 | Total | $4,459.08 |

| Credit | |
|---|---|
| OP Recovered (To Date): | $0.00 |
| Attorney Fees: | $0.00 |
| Excess Fees: | $0.00 |
| Total: | $0.00 |

* (-) indicates an underpayment

### ORIGINALLY PAID

| Claim # | Check # | From Date | Thru Date | Check Issued | Gross Amt | Offset(s) | Adjusted Gross Amt | Taxes/ Deductions | Net Amount |
|---|---|---|---|---|---|---|---|---|---|
| 8892419 | 32633843 | 5/9/2019 | 6/5/2019 | 6/5/2019 | $2,280.10 | $0.00 | $2,280.10 | $0.00 | $2,280.10 |
| 8892419 | 32658080 | 6/6/2019 | 6/19/2019 | 6/19/2019 | $1,140.05 | $0.00 | $1,140.05 | $0.00 | $1,140.05 |
| 8892419 | 32682451 | 6/20/2019 | 7/3/2019 | 7/3/2019 | $1,140.05 | $0.00 | $1,140.05 | $0.00 | $1,140.05 |
| 8892419 | 48145224 | 7/4/2019 | 7/17/2019 | 7/17/2019 | $1,140.05 | $0.00 | $1,140.05 | $0.00 | $1,140.05 |
| 8892419 | 48161166 | 7/18/2019 | 7/31/2019 | 7/31/2019 | $1,140.05 | $0.00 | $1,140.05 | $0.00 | $1,140.05 |
| 8892419 | 48176273 | 8/1/2019 | 8/14/2019 | 8/14/2019 | $1,140.05 | $0.00 | $1,140.05 | $0.00 | $1,140.05 |
| 8892419 | 48192279 | 8/15/2019 | 8/28/2019 | 8/28/2019 | $1,140.05 | $0.00 | $1,140.05 | $0.00 | $1,140.05 |
| 8892419 | 48208579 | 8/29/2019 | 9/11/2019 | 9/11/2019 | $1,140.05 | $0.00 | $1,140.05 | $0.00 | $1,140.05 |
| 8892419 | 48224825 | 9/12/2019 | 9/25/2019 | 9/25/2019 | $1,140.05 | $0.00 | $1,140.05 | $0.00 | $1,140.05 |
| 8892419 | 48242454 | 9/26/2019 | 10/9/2019 | 10/9/2019 | $1,140.05 | $0.00 | $1,140.05 | $0.00 | $1,140.05 |
| 8892419 | 100054522 | 10/10/2019 | 10/23/2019 | 10/23/2019 | $1,140.05 | $0.00 | $1,140.05 | $0.00 | $1,140.05 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | Totals: | $13,680.60 | $0.00 | $13,680.60 |

### SHOULD HAVE PAID

| Claim # | Check # | From Date | Thru Date | Check Issued | Gross Amt | SS Primary Disability | SS Dependent Disability | Multiple Offsets | Adjusted Gross Amt | Taxes/ Deductions | Revised Net Amount | Amount Due* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8892419 | 32633843 | 5/9/2019 | 6/5/2019 | 6/5/2019 | $2,280.10 | $1,536.92 | | | $743.18 | $0.00 | $743.18 | $1,536.92 |
| 8892419 | 32658080 | 6/6/2019 | 6/19/2019 | 6/19/2019 | $1,140.05 | $768.46 | | | $371.59 | $0.00 | $371.59 | $768.46 |
| 8892419 | 32682451 | 6/20/2019 | 7/3/2019 | 7/3/2019 | $1,140.05 | $768.46 | | | $371.59 | $0.00 | $371.59 | $768.46 |
| 8892419 | 48145224 | 7/4/2019 | 7/17/2019 | 7/17/2019 | $1,140.05 | $768.46 | | | $371.59 | $0.00 | $371.59 | $768.46 |
| 8892419 | 48161166 | 7/18/2019 | 7/31/2019 | 7/31/2019 | $1,140.05 | $768.46 | | | $371.59 | $0.00 | $371.59 | $768.46 |
| 8892419 | 48176273 | 8/1/2019 | 8/14/2019 | 8/14/2019 | $1,140.05 | $768.46 | | | $371.59 | $0.00 | $371.59 | $768.46 |
| 8892419 | 48192279 | 8/15/2019 | 8/28/2019 | 8/28/2019 | $1,140.05 | $768.46 | | | $371.59 | $0.00 | $371.59 | $768.46 |
| 8892419 | 48208579 | 8/29/2019 | 9/11/2019 | 9/11/2019 | $1,140.05 | $768.46 | | | $371.59 | $0.00 | $371.59 | $768.46 |
| 8892419 | 48224825 | 9/12/2019 | 9/25/2019 | 9/25/2019 | $1,140.05 | $768.46 | | | $371.59 | $0.00 | $371.59 | $768.46 |
| 8892419 | 48242454 | 9/26/2019 | 10/9/2019 | 10/9/2019 | $1,140.05 | $768.46 | | | $371.59 | $0.00 | $371.59 | $768.46 |
| 8892419 | 100054522 | 10/10/2019 | 10/23/2019 | 10/23/2019 | $1,140.05 | $768.46 | | | $371.59 | $0.00 | $371.59 | $768.46 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | Totals: | $13,680.60 | $9,221.52 | $0.00 | $0.00 | $4,459.08 | $0.00 | $4,459.08 | $9,221.52 |

**Lincoln/Lee 1008**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MS. KATONIA LEE

**Lincoln/Lee 1009**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-8172

November 27, 2019

Ms. Katonia Lee

RE:    Long Term Disability (LTD) Benefits
       Walmart, Inc.
       Claim #: 8892419

Dear Ms. Katonia Lee:

Your disability claim file has been referred to Financial Review Services for an overpayment calculation as you were awarded Social Security Disability with an effective date of April 1, 2019. This letter and the attached overpayment summary outlines the impact of that award on your benefits from Lincoln Financial.

Since Lincoln Financial paid you disability benefits for the period of May 9, 2019 through October 23, 2019, with no reduction for Social Security Disability, you are now overpaid under the terms of your contract.

The attached exhibit explains the calculation of your $9,221.52 balance, which is due to Lincoln Financial upon receipt of this letter.  Please send a check or money order in the amount of $9,221.52, payable to Lincoln Life Assurance Company of Boston, by December 17, 2019.  I have enclosed a postage paid envelope for your convenience.

If we do not receive payment by December 17, 2019, we may begin applying your disability benefit to the above overpayment until the balance is paid in full. Lincoln Financial reserves the right to forward your file to an external Collection Agency.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Keegan
Financial Services Representaive
Phone No.: (888) 437-7611 Ext. 16060
Secure Fax No.: (603) 430-5797

Attachments:   8892419-RECOVERY/REPAYMENT-CORRESPONDENCE-11.26.2019

1  of  1

**Lincoln/Lee 1010**

| Claim Number (s):  8892419 | | | |
|---|---|---|---|
| **New B-Weekly Benefit** | | | |
| Your Gross Benefit | | | $1,140.05 |
| Less:  Other Income | | | $1,665.00 |
| | SS Primary | $1,665.00 | |
| | SS Dependent | $0.00 | |
| | Pension | $0.00 | |
| | State Disability | $0.00 | |
| | Workers Comp | $0.00 | |
| | Total Other Income | $1,665.00 | |
| Your Adjusted Gross (Minimum Benefit Reached) | | | $114.01 |
| Less:  Taxes and Deductions | | | $0.00 |
| **Your Net Benefit** | | | **$114.01** |
| **Overpayment Calculation** | | | |
| Originally Paid | *5/9/2019    through    10/23/2019* | | $13,680.60 |
| Less:  Should have Paid | *5/9/2019    through    10/23/2019* | | $4,459.08 |
| Overpayment Due | | | $9,221.52 |
| Less:  Recovery of Prior Overpayment | | | $0.00 |
| Less:  Attorney Fees | | | $0.00 |
| Less:  Excess Fee | | | $0.00 |
| **Amount Due** | | | **$9,221.52** |

**Lincoln/Lee 1011**

| | |
|---|---|
| **From:** | ~~Tel air, rthenia~~ |
| **To:** | ~~isability ocuments~~ |
| **Subject:** | 11 20 201 Non- heck ocuments |
| **Date:** | Thursday, November 21, 201 10:22:1 M |
| ttac me t : | ~~2 02 001 pd~~ |
| | ~~2 0 001 pd~~ |
| | ~~ima e001 pn~~ |
| | ~~ima e002 pn~~ |
| | ~~ima e00 pn~~ |
| | ~~ima e004 pn~~ |
| | ~~ima e005 pn~~ |
| | ~~ima e00 pn~~ |



**ARTHENIA TELFAIR**
SERVICE PROCESSOR II
**Lincoln Financial Group**
100 N GREENE ST
GREENSBORO NC 27401

336-691-3335 OFFICE
336-335-2409 FAX

LincolnFinancial.com

**Follow us on:**



**Lincoln/Lee 1012**

# Social Security Administration
# Retirement, Survivors and Disability Insurance
Notice of Award

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: May 4, 2019
BNC#: 19MS846H57323-HA

KATONIA LEE

4141



You are entitled to monthly disability benefits beginning April 2019.

## The Date You Became Disabled

We found that you became disabled under our rules on November 1, 2018.

To qualify for disability benefits, you must be disabled for five full calendar months in a row. The first month you are entitled to benefits is April 2019.

## What We Will Pay And When

- You will receive $1,665.00 for May 2019 around June 12, 2019.

- After that you will receive $1,665.00 on or about the second Wednesday of each month.

- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.

- The day of the month you receive your payments depends on your date of birth.

## Other Government Payments Affect Benefits

We are withholding your Social Security benefits for April 2019. We may have to reduce these benefits if you received Supplemental Security Income (SSI) for this period. When we decide whether or not we will have to reduce your Social Security benefits, we will send you another letter. We will pay you any Social Security benefits you are due for this period.

Enclosure(s):
Pub 05-10153

C                         See Next Page

**Lincoln/Lee 1013**

Case 5:22-cv-05075-TLB    Document 12-3    Filed 11/03/22    Page 935 of 1717 PageID #: 1039

FROM ~Katonia Lee.~

rbGBRRnh (rev 9/2019)

JACKSON
MS 390
13 NOV '19
PM 3 3

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 44-527    OMAHA, NE

POSTAGE WILL BE PAID BY ADDRESSEE

REFUND/RECOVERIES
GROUP PROTECTION DISABILITY CLAIMS
LINCOLN LIFE ASSURANCE COMPANY OF BOSTON
PO BOX 8200
DOVER NH 03821-9902

Lincoln/Lee 1014

11-05-19;02:48PM;Centreville Library                    ;6016455662          #  1/  1

## Social Security Administration
## Retirement, Survivors and Disability Insurance
Notice of Award

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date:  May 4, 2019
BNC#:  19MS846H57323-HA

KATONIA LEE

4141

You are entitled to monthly disability benefits beginning April 2019.

**The Date You Became Disabled**

We found that you became disabled under our rules on November 1, 2018.

To qualify for disability benefits, you must be disabled for five full calendar months in a row.  The first month you are entitled to benefits is April 2019.

**What We Will Pay And When**

- You will receive $1,665.00 for May 2019 around June 12, 2019.

- After that you will receive $1,665.00 on or about the second Wednesday of each month.

- These and any future payments will go to the financial institution you selected.  Please let us know if you change your mailing address, so we can send you letters directly.

- The day of the month you receive your payments depends on your date of birth.

**Other Government Payments Affect Benefits**

We are withholding your Social Security benefits for April 2019.  We may have to reduce these benefits if you received Supplemental Security Income (SSI) for this period.  When we decide whether or not we will have to reduce your Social Security benefits, we will send you another letter.  We will pay you any Social Security benefits you are due for this period.

Enclosure(s):
Pub 05-10153

C                          See Next Page

PAGE 1/1 * RCVD AT 11/5/2019 2:52:42 PM [Eastern Standard Time] * SVR:VA1PWFAX401/3 * DNIS:6033347428 * CSID:6016455662 * ANI:16016455662 * DURATION (mm-ss):00-31

Lincoln/Lee 1015

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 1525
Dover, NH 03821-1525

MS. KATONIA LEE

**Lincoln/Lee 1016**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 1525
Dover, NH 03821-1525
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-8172

November 6, 2019

Ms. Katonia Lee

RE:    Long Term Disability (LTD) Benefits
       Walmart, Inc.
       Claim #: 8892419

Dear Ms. Katonia Lee:

Your claim has been referred to me by your Disability Case Manager because you, and/or your dependents, have been awarded Social Security Benefits.

To assist us with the proper recalculation of your claim, please provide a **_complete_** copy of your, and/or your dependents, Notice of Award letters, which have been received from the Social Security Administration.

As your case manager discussed, **WALMART, INC.** disability policy requires us to reduce your disability benefits by the amount of income received from other sources of income, including Social Security. This also includes anything paid to your dependents.

For your convenience, we have enclosed a postage paid envelope to assist you in returning the documents we have requested.  We expect to receive these documents by **November 20, 2019**.

**Should you wish to remit the award information electronically you can send this via email to:** Disabilitydocuments@LFG.com

If we do not receive the requested information by **November 20, 2019**, we will begin reducing your benefit by an estimated amount and retroactively calculate the overpayment back to the earliest date of entitlement.

1  of  2

**Lincoln/Lee 1017**

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Keegan
Claims Examiner II
Phone No.: (888) 437-7611 Ext. 16060
Secure Fax No.: (603) 430-5797

**Lincoln/Lee 1018**

**Medical Record Overview**

⊕ ReleasePoint

**Date:**　September 4, 2019

**Patient Name:**　LEE, KATONIA

**Records From:**　Dr. Greg Oden

　　　　　　　　Jackson, MS
　　　　　　　　(601) 676-2832

**RP ID:** 5491229

**Client ID:** 8892419

**Source:** LIBMT7

**Request Scope:** From November 1, 2018 to Present

**Chart Range:**　11/07/2018 - 01/21/2019

**Req By:** B Stockhausen
05-290765

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Nov 7 2018 | Jan 21 2019 | 23 | 2 |
| Labs/Diagnostics | Nov 8 2018 | Jan 21 2019 | 34 | 25 |
| Consultations | Nov 8 2018 | Nov 8 2018 | 4 | 59 |
| Other Records | | | 3 | 63 |
| Request Corr. | | | 3 | 66 |

**Total Page Count:**　67

**Notes From QC:**

Scanned in best quality possible.

**Lincoln/Lee 1019**

**Progress Notes - 01/21/2019**

Merit Health Central
1850 Chadwick Drive
Jackson, MS 39204
601-376-1000

Discharge Summary

Patient: LEE, KATONIA
MRN: 787202                          Account Number: 4620350
DOB:                                 AGE:            Gender: F
Room: 2221                           Bed: A
Admit Date: 01/20/2019               Discharge Date: 01/21/2019
Attending Physician: WILLIAM F.      PCP:
KROOSS
Dictated by: Gregory Nunez, MD

DATE OF ADMISSION:  01/20/2019

DATE OF DISCHARGE:  01/21/2019

ADMITTING PHYSICIAN:  Nural Haque, MD

The patient's history and physical are well documented by Dr. Haque.

IMPRESSION ON ADMISSION:  Intraabdominal malignancy, likely lymphoma
involving the pancreas, duodenum and liver.

HOSPITAL COURSE:  The patient was admitted to the medical floor to the
hospitalist service, was given narcotic analgesic as well as antiemetic.
The patient feels much better this morning.  Blood pressure 125/81, heart
rate 84, respiratory rate 18.  She does have a low-grade fever of 100.2.
She has been evaluated by gastroenterology here 2 months ago and was
referred to Dr. Baptist for higher level of care.  The actual reports of
her biopsies have not available.  In any event, she was supposed to
followup at Ochsner Clinic in Baton Rouge at 1 p.m. 01/21/2019.  She seems
stable enough and have asked resource management to assist in transferring
her to Ochsner Clinic in Baton Rouge.

DIAGNOSES ON DISCHARGE:  Intraabdominal malignancy, likely lymphoma
involving the pancreas, duodenum and liver.  An ultrasound of the liver
would be obtained to look for obstructive jaundice.

DISCHARGE MEDICATIONS:

   1. HYDROcodone 1 tab every 4 hours as needed for pain.
   2. Citalopram 20 mg daily.
   3. Metoprolol 50 mg b.i.d.
   4. Pantoprazole 40 mg daily.
   5. AmLODIPine 5 mg daily.
   6. Ferrous sulfate 325 mg b.i.d.
   7. She will also be given a prescription for Morphine Contin 15 mg
      b.i.d. with intermediate morphine 15 mg every 4 hours for her
      oncogenic pain.

ACTIVITY:  As tolerated.

FOLLOWUP:  She will followup at Ochsner Clinic as it pertains to her

Page 1 of 2

**Lincoln/Lee 1020**

**Progress Notes - 01/21/2019**

Discharge Summary

Patient: LEE, KATONIA
DOB:                                                          \
MRN: /8/2U2
Acct #: 4620350
Discharge Date: 01/21/2019

metastatic carcinoma involving the liver and pancreas.


Gregory Nunez, MD

DD: 01/21/2019 9:52:07 AM
DT: 01/22/2019 7:03:38 AM
TID: 185721379
CC:Gregory Nunez, MD

Page 2 of 2

Authenticated by Gregory Nunez, MD On 01/22/2019 04:48:00 PM

**Lincoln/Lee 1021**

Progress Notes - 01/20/2019

# HISTORY AND PHYSICAL REPORT
## Merit Health - Central

| | |
|---|---|
| Account #: 4620350 | Date of Encounter: 01/20/2019 |
| Patient Name: LEE, KATONIA | Admitting Provider: JONES, SHUNTE' M |
| MRN: 0000787202 | Attending Provider: JONES, SHUNTE' M |
| Sex: Female | Referring Provider: NO, REFERRING DOCTOR |
| Date of Birth: | Admit Date: 01/19/2019 |
| Provider: Nural Haque MD | |
| Primary Care Provider: MCFIELD, SONIA LESLIE | |

**CHIEF COMPLAINT:**
   Persistent belly pain

**HISTORY OF PRESENT ILLNESS:**
Patient is a 49-year-old female, who initially had presented at around 2 months back with complaint of upper GI bleed, was diagnosed as having "gastric ulcer"As per the patient, subsequently underwent EGD and Dr. Smith Vaniz recommended that the patient be deferred to Baptist Hospital as an outpatient for EGD-EUS her findings were concerning for ulcerated mass in the duodenum causing luminal narrowing biopsies were obtained from it and biopsy from pancreas was also obtained in pancreas that was 45-60 mm hypoechoic lesion in the pancreatic head with duodenal involvement visible from duodenal and gastric views. No PD dilatation with BD measuring 2.4 in the head 1.1 in the body and 1 mm in the tail gastric view suggestive of portal vein invasion by the Lesion. Overall impression was finding concerning for malignancy or pancreatic origin this was done on 12/26/2018. Patient does not have official biopsy results but She was told that she has "lymphoma" of that area. Patient was scheduled for outpatient follow-up at better and lose for further definitive treatment of her ongoing malignancy, she had schedule appointment coming Monday. But today patient ran out of her pain medication and was having persistent pain hence he went to a nearby hospital at Centerville Mississippi, from where she was referred to our hospital for further care as per patient's wish.A CT abdomen obtained over there was concerning for liver involvement which is likely new findings.

Patient also complained Mild nausea besides belly pain which is severe. She also has yellow discoloration of her eyes

**CODE STATUS:**
   Full Code

**ALLERGIES:**
   No known allergies

**PAST MEDICAL HISTORY:**
   Past medical history of GERD, hypertension

**SURGICAL HISTORY:**
   Status post biopsy of duodenum and pancreatic mass

**FAMILY HISTORY:**
   Positive for cancer in grandmother

**SOCIAL HISTORY:**
   Denies tobacco, alcohol and drug abuse
   Patient is independent with activities of daily living

**MEDICATIONS:**
   MEDICATIONS

Copyright 2008-2019 by ComplyMD, LLC | All Rights Reserved | ComplyMD, ComplyMD Surgeon Notes, Vincari, and Vincari LightSpeed Valet are trademarks of ComplyMD, LLC | www.Vincari.com
CPT Copyright 2018 American Medical Association | All rights reserved | CPT is a registered trademark of the American Medical Association
Rev: 0

**Lincoln/Lee 1022**

---

Progress Notes - 01/20/2019

# HISTORY AND PHYSICAL REPORT
Merit Health - Central

Account #: 4620350
MRN: 0000787202
Patient Name: LEE, KATONIA
Date of Birth:
Date of Encounter: 01/20/2019

Page 2 of 5

**Active Meds**

| Drug Name | Dosage | Route | Frequency | Last Given | Notes |
|---|---|---|---|---|---|
| AMLODIPINE | 5 MG | ORAL | DAILY | | Start Date: 1/20/2019 |
| CITALOPRAM | 20 MG | ORAL | DAILY | | Start Date: 1/20/2019 |
| ENOXAPARIN | 40 MG | SUBQ | QD6 | | Start Date: 1/20/2019 |
| FERROUS SULFATE | 325 MG | ORAL | BID | | Start Date: 1/20/2019 |
| HYDROCODONE-APAP 5-325 MG | 1 TABLET | ORAL | Q4H | | Start Date: 1/20/2019 |
| METOPROLOL TARTRATE | 50 MG | ORAL | BID | | Start Date: 1/20/2019 |
| MORPHINE | 2 MG | IV | Q4H | | Start Date: 1/20/2019 |
| NS 1000 ML | 1000 ML | IV | CoNtInUos | | Start Date: 1/20/2019 |
| ONDANSETRON | 4 MG | IV | Q4HP | | Start Date: 1/20/2019 |
| PANTOPRAZOLE | 40 MG | ORAL | DAILY | | Start Date: 1/20/2019 |

**Admission Home Meds**

| Drug Name | Dosage | Route | Frequency | Last Given | Notes |
|---|---|---|---|---|---|
| Celexa Tablet | 20 MG | ORAL | DAILY | | |
| Ferrous Sulfate Tablet | 325 MG | ORAL | BID | | |
| Metoprolol Tartrate Tablet | 50 MG | ORAL | BID | | |
| Norco Tablet | 1 TABLET | ORAL | Q4HP<PRN> | | |
| Norvasc Tablet | 5 MG | ORAL | DAILY | | |
| Protonix Delayed Release Tabl | 40 MG | ORAL | DAILY | | |

REVIEW OF SYSTEMS
GENERAL:
A detailed 10 point review of system is negative except for above

PHYSICAL EXAM
GENERAL:
Patient is ill looking frail, icteric, somewhat dry, thin built
SKIN:
No rashes, polyps, or lesions. Nails within normal limits
HEENT:
PERRLA, no JVD, icterus present
CHEST:
Clear to auscultation and percussion, breath sounds normal, equal expansion, air movement good, no cyanosis, no clubbing of fingers, no kyphosis, no scoliosis
CARDIOVASCULAR:

Copyright 2003-2019 by ComplyMD, LLC | All Rights Reserved | ComplyMD, ComplyMD Surgeon Notes, Vincari, and Vincari LightSpeed Valet are trademarks of ComplyMD, LLC | www.Vincari.com
CPT Copyright 2018 American Medical Association | All rights reserved | CPT is a registered trademark of the American Medical Association
Rev: 0

Patient:LEE, KATONIA    MRN:0000787202  Encounter:4620350    Page 2 of 5

**Lincoln/Lee 1023**

Progress Notes - 01/20/2019

# HISTORY AND PHYSICAL REPORT

Merit Health - Central

Account #: 4620350
MRN: 0000787202
Patient Name: LEE, KATONIA
Date of Birth:
Date of Encounter:  01/20/2019

Page 3 of 5

Regular rate and rhythm, no rubs, no gallops, no murmurs, S1 and S2 normal

ABDOMEN:

Bowel sounds normal, no masses, no distention, no organomegaly, no tenderness

EXTREMITIES:

Range of motion within normal limits, no pulse deficits, no weakness, no masses, no swelling, no joint stiffness, effusions or instability

MUSCULOSKELETAL:

Range of motion within normal limits, normal tone and strength, peripheral pulses normal, no arthropathy

NEUROLOGIC:

AAO x3, cranial nerves intact, sensation normal, strength normal, reflexes normal, gait normal, no weakness, no seizures, no numbness, no tingling

PSYCHIATRIC:

Mood affect normal, appropriate with no abnormal behavior noticed

RESULTS:

| CBC WITH DIFF | | 1/19/2019 23:39 |
|---|---|---|
| WBC (thou/ul) | | 7.6 |
| RBC (mill/ul) | L | 2.60 |
| HEMOGLOBIN (g/dl) | L | 7.3 |
| HEMATOCRIT (%) | L | 22.9 |
| MCV-MCV (fL) | | 88.1 |
| MCH-MCH (pg) | | 28.1 |
| MCHC-MCHC (g/dl) | | 31.9 |
| RDW-RDW CV (%) | H | 20.0 |
| RDWSD-RDW SD (fL) | H | 61.2 |
| MPV-MPV (fL) | | 10.4 |
| PLATELET COUNT (thou/ul) | | 235 |
| ASEG%-NEUTROPHILS, SEG. (%) | H | 75.2 |
| ALYM%-LYMPHOCYTES (%) | L | 9.9 |
| AMON%-MONOCYTES (%) | H | 13.6 |
| AEOS%-EOSINOPHILS (%) | L | 0.5 |
| ABAS%-BASOPHILS (%) | | 0.3 |
| IGPER-IMM. GRANULOCYTES (%) | | 0.5 |
| ASEG#-SEGS, ABSOLUTE ANC (thou/ul) | | 5.72 |
| ALY#-LYMPHOCYTES,ABSOLUTE (thou/ul) | | 0.75 |
| AMON#-MONOCYTES,ABSOLUTE (thou/ul) | | 1.03 |
| AEOS#-EOSINOPHILS,ABSOLUTE (thou/ul) | | 0.04 |
| ABAS#-BASOPHILS,ABSOLUTE (thou/ul) | | 0.02 |
| IGABS-IMM.GRANULOCYTES,ABS. (thou/ul) | | 0.04 |

Copyright 2008-2019 by ComplyMD, LLC | All Rights Reserved | ComplyMD, ComplyMD Surgeon Notes, Vincari, and Vincari LightSpeed Valet are trademarks of ComplyMD, LLC | www.Vincari.com
CPT Copyright 2018 American Medical Association | All rights reserved | CPT is a registered trademark of the American Medical Association
Rev: 0

Patient:LEE, KATONIA        MRN:0000787202  Encounter:4620350        Page 3 of 5

**Lincoln/Lee 1024**

Progress Notes - 01/20/2019

# HISTORY AND PHYSICAL REPORT

Merit Health - Central

Account #: 4620350
MRN: 0000787202
Patient Name: LEE, KATONIA
Date of Birth:
Date of Encounter: 01/20/2019

Page 4 of 5

| NRBCP-NRBC (/100 WBC) | | 0.00 |
|---|---|---|

| COMP.METABOLIC PANEL | | 1/19/2019 23:47 |
|---|---|---|
| SODIUM,SERUM (mmol/l) | L | 135 |
| POTASSIUM,SERUM (mmol/l) | L | 3.2 |
| CHLORIDE,SERUM (mmol/l) | | 101 |
| CO2 TOTAL,SERUM (mmol/l) | | 27 |
| BUN,SERUM (mg/dl) | | 10 |
| CREATININE,SERUM (mg/dl) | | 0.6 |
| GLUCOSE,SERUM (mg/dl) | | 74 |
| CA-CALCIUM,SERUM (mg/dl) | | 8.5 |
| TOTAL PROTEIN,SERUM (g/dl) | | 7.1 |
| ALBUMIN,SERUM (g/dl) | L | 1.6 |
| ALP,SERUM (u/l) | H | 612 |
| AST or SGOT,SERUM (u/l) | H | 207 |
| ALT or SGPT,SERUM (u/l) | | 56 |
| TOT.BILIRUBIN,SERUM (mg/dl) | HH | 11.3 |
| GFR-GLOM.FILTRATION RATE (NA) | | 137 |
| AGAP-ANION GAP (mmol/l) | | 7.0 |

| LIPASE,SERUM | | 1/19/2019 23:47 |
|---|---|---|
| LIPASE,SERUM (u/l) | H | 3709 |

| RBC MORPHOLOGY | | 1/20/2019 0:27 |
|---|---|---|
| NORMA-RBC MORPHOLOGY (NA) | | app abnormal |
| ANISO-ANISOCYTOSIS (NA) | A | 1+ |
| POIK-POIKILOCYTOSIS (NA) | | SLIGHT |
| MICRO-MICROCYTOSIS (NA) | A | 1+ |
| MACRO-MACROCYTOSIS (NA) | A | 1+ |
| HYPO-HYPOCHROMASIA (NA) | A | 1+ |
| TARG-TARGET CELLS (NA) | | FEW |
| POLYC-POLYCHROMASIA (NA) | | SLIGHT |
| SPHER-SPHEROCYTES (NA) | | SLIGHT |
| SCHISTO-SCHISTOCYTES (NA) | | FEW |
| PLTCOM-PLT COMMENT (NA) | | ADEQUATE |

CT scan from Central Mississippi: 7.1 x 3.2 x 4.6 complex fluid and gas collection in the upper central abdomen interposed between the liver and the stomach concerning for postoperative fluid collection, abscess, necrotic

Copyright 2008-2019 by ComplyMD, LLC | All Rights Reserved | ComplyMD, ComplyMD Surgeon Notes, Vincari, and Vincari LightSpeed Valet are trademarks of ComplyMD, LLC | www.Vincari.com
CPT Copyright 2018 American Medical Association | All rights reserved | CPT is a registered trademark of the American Medical Association
Rev: D

Patient:LEE, KATONIA        MRN:0000787202  Encounter:4620350        Page 4 of 5

**Lincoln/Lee 1025**

Progress Notes - 01/20/2019

# HISTORY AND PHYSICAL REPORT

Merit Health - Central

Account #: 4620350
MRN: 0000787202
Patient Name: LEE, KATONIA
Date of Birth:
Date of Encounter:  01/20/2019

Page 5 of 5

tumor or lymph nodes and/or evidence of perforation of the stomach or bowel further evaluation with barium swallow and small bowel follow through would likely be helpful to more definitively characterize the location of this fluid collection and the presence of a possible leak from the stomach

. 2. Severe intrahepatic biliary ductal dilatation the common duct is not well visualized and may be obstructed given is nonvisualization and presence of intra hepatic biliary ductal dilatation the site of obstruction is not clearly identified cannot exclude common duct obstruction

With tumor.

3 ill-defined 5.4 x 3.7 cm hypodense mass in the region of left hepatic lobe and porta hepatis abutting the fluid and gas collection this may represent evidence of tumor extension into the liver versus focal hepatitis related to adjacent collection it may alternatively represent extension of the complex upper central abdominal collection with displacement of normal liver parenchyma.

4. Appendix not well visualized

ASSESSMENT AND PLAN:

Intra-abdominal malignancy, likely lymphoma, involving the pancreas, duodenum, liver,

PLAN:

Overall prognosis is poor, given her widespread disease, patient was clearly told that we do not have enough space ligation to treat her intra-abdominal malignancy at our facility, she clearly understands it and right now she is interested in pain control and stabilization, subsequently she would like to follow up at Batounrouge for more definitive treatment. I am not consulting GI or surgery on this case as the consult may not be helpful. But if physician caring for her tomorrow deems it fit he can consult them. I would consider transferring this patient to higher level of care once her pain is better controlled

Pancreatitis

PLAN:

Likely secondary to underlying malignant process, her lipase is elevated, pain control, IV fluids

Hypertension

PLAN:

Resume antihypertensive

GERD

PLAN:

Resume PPI

Electronically signed by
**Nural Haque MD**
01/20/2019 00:50 CST

WWW4417588.0 by Nural Haque MD, 01/20/2019 00:50 CST

Copyright 2008-2019 by ComplyMD, LLC | All Rights Reserved | ComplyMD, ComplyMD Surgeon Notes, Vincari, and Vincari LightSpeed Valet are trademarks of ComplyMD, LLC | www.Vincari.com
CPT Copyright 2018 American Medical Association | All rights reserved | CPT is a registered trademark of the American Medical Association
Rev: D

Patient:LEE, KATONIA          MRN:0000787202  Encounter:4620350        Page 5 of 5

**Lincoln/Lee 1026**

Progress Notes - 01/19/2019

```
Physician Documentation
 Merit Health Central
 Emergency Services
Name: Lee, Katonia
Age: 49 yrs
Sex: Female
DOB:
MRN: 0000787202
Arrival Date: 01/19/2019
Time: 21:30
Account#: 4620350
Bed 5
Private MD:
ED Physician Jones, Shunte
Disposition:
01/20
00:38 Electronically signed by: Jones, Shunte, MD.                    sj2
01/20
03:01 Electronically signed by: Jones, Shunte, MD. Critical Care: 45min.  sj2

Disposition Summary:
01/20 Hospitalization ordered by Krooss, William for Inpatient Admission.
   Preliminary diagnosis is Intractable abdominal
   pain/Ampulla-Duodenal cancer with biliary obstruction.
00:40
                                                                       sj2
- Bed requested for 2SW Tele.
- Status is Inpatient Admission.                                       ju
- Condition is Stable.
- Problem is an ongoing problem.
- Symptoms have worsened.


HPI:
01/19
22:23 This 49 yrs old Black Female presents to ER via EMS Ground with   sj2
      complaints of Abdominal Problem.
01/19
22:23 pt presents on transfer from Centerville 2nd Gastroduodenal Cancer  sj2
      ( diagnosed 3 weeks ago by Dr. Body GI at Baptist, referred by Dr.
      Smith Vanez 2nd mass at ampulla/Pancreas invading blood vessels, pt
      states she has an Oncology appointment on Monday at Oschner in
      Baton Rouge ) c/o epigastrium/RUQ severe abdominal pain.

OB/GYN:
01/19
22:20 LMP N/A - Post-menopause                                          ju

Historical:
- Allergies: No known drug Allergies;
- Home Meds:
  1. amlodipine 5 mg oral tab 1 tab once daily
  2. citalopram 20 mg oral tab 1 tab once daily
  3. ferrous sulfate 325 mg (65 mg iron) Oral cpER daily
  4. metoprolol tartrate 50 mg Oral tab 2 tabs once daily
  5. omeprazole 20 mg Oral cpDR 1 cap once daily
- PMHx: Hypertension; GERD; Depression; bleeding ulcers; recent dx
  pancreatic/gastric CA;
- PSHx: C-section;
- Immunization history: Last tetanus immunization: up to date,
```

**Patient:LEE, KATONIA**     **MRN:0000787202  Encounter:4620350**     **Page 1 of 4**

**Lincoln/Lee 1027**

**Progress Notes - 01/19/2019**

Pneumococcal vaccine is not up to date, Flu vaccine is up to date.
- History obtained from: patient.
- Has patient been admitted to any facility within the last 30 days?: Patient has not been admitted to any facility within the last 30 days.
- Social history: : No barriers to communication noted. The patient speaks fluent English. Smoking Status: patient/guardian denies using tobacco. The patient/guardian denies using alcohol.
- Social history: Smoking Status: Unknown Preferred Language: English.

ROS:
01/19
22:33 All other systems are reviewed and negative. Abdomen/GI: Positive    sj2
      for abdominal pain, nausea, vomiting.

Exam:
01/19
22:33 Constitutional:  This is a well developed, well nourished patient    sj2
      who is awake, alert, and in no acute distress.mod pain = acute on
      crhonically ill appearing Eyes:  Pupils equal round and reactive to
      light, extra-ocular motions intact.  Lids and lashes normal.
      Conjunctiva and sclera are severe scleral icteris and not injected.
       Cornea within normal limits.  Periorbital areas with no swelling,
      redness, or edema. ENT:  Nares patent. No nasal discharge, no
      septal abnormalities noted.  Oropharynx with no redness, swelling,
      or masses, exudates, or evidence of obstruction, uvula midline.
      Mucous membranes moist. Neck:  Trachea midline, no thyromegaly or
      masses palpated, and no cervical lymphadenopathy.  Supple, full
      range of motion without nuchal rigidity, or vertebral point
      tenderness.  No Meningismus. Cardiovascular:  Regular increased
      rate and rhythm with a normal S1 and S2.  No gallops, murmurs, or
      rubs.  Normal PMI, no JVD.  No pulse deficits. Respiratory:  Lungs
      have equal breath sounds bilaterally, clear to auscultation and
      percussion.  No rales, rhonchi or wheezes noted.  No increased work
      of breathing, no retractions or nasal flaring. Abdomen/GI:
      Soft,+TTP epigastrium/RUQ , with normal bowel sounds.  No
      distension or tympany.  +guarding , no rebound.  MS/ Extremity:
      Pulses equal, no cyanosis.  Neurovascular intact.  all ext FROM /no
      deformity + NVI Neuro:  Awake and alert, GCS 15, oriented to
      person, place, time, and situation.  Cranial nerves II-XII grossly
      intact.  Motor strength 5/5 in all extremities.  Sensory grossly
      intact.  Cerebellar exam normal.  Normal gait.

Vital Signs:
01/19
22:20 BP 134 / 96; Pulse 101; Resp 18 S; Pulse Ox 99% on R/A; Weight      ju
      58.97 kg; Height 5 ft. 2 in. (157.48 cm); Pain 8/10;
01/19
23:09 Temp 98;                                                           ju
01/19
23:30 BP 162 / 96; Pulse 110; Resp 18; Pulse Ox 98% on R/A; Pain 0/10;    bb3
01/20
00:30 BP 154 / 96; Pulse 116; Resp 18; Pulse Ox 98% on R/A; Pain 0/10;    bb3
01/20
01:30 BP 142 / 86; Pulse 102; Resp 18; Pulse Ox 97% on R/A; Pain 0/10;    bb3
01/20
01:30 Pain 0/10;                                                          bb3
01/20

Patient:LEE, KATONIA          MRN:0000787202  Encounter:4620350      Page 2 of 4

**Lincoln/Lee 1028**

**Progress Notes - 01/19/2019**

| | | |
|---|---|---|
| 03:00 01/19 | BP 115 / 72; Pulse 96; Resp 18; Pulse Ox 98% on R/A; Pain 0/10; | bb3 |
| 22:20 | Body Mass Index 23.78 (58.97 kg, 157.48 cm) | ju |

Glasgow Coma Score:

| | | |
|---|---|---|
| 01/19 23:02 | Eye Response: spontaneous(4). Verbal Response: oriented(5). Motor Response: obeys commands(6). Total: 15. | bb3 |

MDM:

| | | |
|---|---|---|
| 01/19 22:23 | Patient medically screened. | sj2 |
| 01/20 00:37 | Data reviewed: vital signs, nurses notes, diagnostic data from outside facility, lab test result(s), radiologic studies. Counseling: I had a detailed discussion with the patient and/or guardian regarding: the historical points, exam findings, and any diagnostic results supporting the discharge/admit diagnosis, lab results, radiology results, the need for further work-up and treatment in the hospital. Physician consultation: William Krooss MD accepts admission. | sj2 |
| 01/20 00:40 | Patient medically screened. | sj2 |
| 01/19 22:34 | Order name: Cbc Complete Automated; Complete Time: 00:50 | sj2 |
| 01/20 00:50 | Interpretation: Abnormal: HEMOGLOBIN 7.3; HEMATOCRIT 22.9; RDW CV 20.0; RDW SD 61.2; NEUTROPHILS, SEG. 75.2; LYMPHOCYTES 9.9; MONOCYTES 13.6; EOSINOPHILS 0.5. | sj2 |
| 01/19 22:34 | Order name: CMP; Complete Time: 00:50 | sj2 |
| 01/20 00:50 | Interpretation: SODIUM,SERUM 135; POTASSIUM,SERUM 3.2; ALBUMIN,SERUM 1.6; ALP,SERUM 612; AST or SGOT,SERUM 207; TOT.BILIRUBIN,SERUM 11.3. | sj2 |
| 01/19 22:34 | Order name: Lipase; Complete Time: 00:50 | sj2 |
| 01/20 00:50 | Interpretation: Abnormal: LIPASE,SERUM 3709. | sj2 |
| 01/19 22:35 | Order name: Type AND Screen | sj2 |
| 01/19 23:40 | Order name: RBC MORPHOLOGY ; Complete Time: 00:50 | EDMS |
| 01/20 00:51 | Order name: PT with INR | sj2 |
| 01/20 00:51 | Order name: Ptt | sj2 |

Dispensed Medications:

| | | |
|---|---|---|
| 01/19 23:25 | Drug: Zofran 4 mg Route: IVP; Site: left antecubital; | bb3 |
| 01/20 01:30 | Follow up: Response: No adverse reaction | bb3 |
| 01/19 23:25 | Drug: Dilaudid 1 mg Route: IVP; Site: left antecubital; | bb3 |
| 01/20 01:30 | Follow up: Pain 0/10 Adult; Response: No adverse reaction | bb3 |
| 01/19 23:25 | Drug: NS 0.9% 1000 ml Route: IV; Rate: 1 bolus; Site: left | bb3 |

**Patient:LEE, KATONIA          MRN:0000787202  Encounter:4620350       Page 3 of 4**

**Lincoln/Lee 1029**

**Progress Notes - 01/19/2019**

```
              antecubital;
01/20
01:29  Follow up: Response: No adverse reaction; IV Status: Completed        bb3
              infusion; IV converted to saline lock; IV Intake: 1000ml
01/20
02:38  Drug: Zosyn 3.375 grams Route: IVPB; Site: left forearm;             bb3
01/20
03:45  Follow up: IV Status: Infusion continued upon admission               bb3
01/20
02:38  Drug: Enoxaparin 40 mg Route: Sub-Q; Site: left lower abdomen;       bb3
01/20
03:44  Follow up: Response: No adverse reaction                             bb3


Signatures:
Dispatcher MedHost                              EDMS
Urbina, JoHannah, RN                    RN      ju
Booth, Bobbye, RN                       RN      bb3
Jones, Shunte, MD                       MD      sj2

Corrections: (The following items were deleted from the chart)
01/20
00:50  01/19 22:23 pt presents on transfer from Centerville 2nd            sj2
              Gastroduodenal Cancer ( diagnosed 3 weeks ago by Dr. Body GI at
              Baptist, referred by Dr. Smith Vanez 2nd mass at ampulla invading
              blood vessels, pt states she has an Oncology appointment on Monday
              at Oschner in Baton Rouge ) c/o epigastrium/RUQ severe abdominal
              pain. sj2
01/20
03:34  01/20 00:40 Hospitalization Ordered by William Krooss MD for          ju
              Inpatient Admission. Preliminary diagnosis is Intractable abdominal
              pain/Ampulla-Duodenal cancer with biliary obstruction. Bed
              requested for 2SE Tele. Status is Inpatient Admission. Condition is
              Stable. Problem is an ongoing problem. Symptoms have worsened. sj2
```

**Patient: LEE, KATONIA**     **MRN:0000787202   Encounter:4620350**     **Page 4 of 4**

**Lincoln/Lee 1030**

Progress Notes - 01/19/2019

```
Discharge Summary
Merit Health Central
Name:Katonia Lee
Emergency Department
Age:49 yrs
Sex:Female
DOB:
MRN:0000787202
Arrival:01/19/2019
21:30
Account#:4620350
Departure Date01/20/2019
Departure Time04:21
Private MD:
Outcome: Hospitalize
Location: 2SW Tele \ 2221-
Condition: Stable
Chief Complaint: Abdominal Problem
Diagnosis: - Intractable abdominal pain/Ampulla-Duodenal cancer
  with biliary obstruction
Prescriptions:
Custom Notes:
Attending Physician: Jones, Shunte, MD
Private MD:
Mid Level Provider:
Hospitalizing Provider: Krooss, William, MD
Orders: Cbc Complete Automated, CMP, Lipase, Type AND Screen, RBC
  MORPHOLOGY , PT with INR, Zofran, Dilaudid, NS 0.9% , Ptt, Zosyn,
  Enoxaparin
Discharge Instruction: Medication Reconciliation Form, SBAR Form
****************************************************************
```

Lincoln/Lee 1031

Progress Notes - 11/16/2018

Merit Health Central
1850 Chadwick Drive
Jackson, MS 39204
601-376-1000

Discharge Summary

Patient: LEE, KATONIA
MRN: 787202                              Account Number: 4611137
DOB:                                     AGE:                Gender: F
Room:                                    Bed:
Admit Date: 11/08/2018                   Discharge Date: 11/16/2018
Attending Physician: MICHAEL             PCP:
BOOKHARDT
Dictated by: Denzil Robertson, MD

DATE OF ADMISSION:  11/08/2018

DATE OF DISCHARGE:  11/16/2018

HISTORY OF PRESENT ILLNESS:  This is a 48-year-old female, who presented
to the hospital with complaints of vomiting up blood associated with
weakness and syncopal episode.  The patient was initially seen at King's
Daughters Hospital at Brookhaven before being transferred to Merit Health
Central.  CT of the abdomen and pelvis showed a complex fluid filled mass
located in the upper abdomen.  A GI consult was obtained.  The patient was
seen by Dr. Smith Vaniz.  The patient was resuscitated with fluids and
packed red blood cells.  The patient was taken to endoscopy where she was
found to have a large duodenal ulcer located around the ampulla.  Biopsy
was obtained and sent for analysis.  Results and pathology was benign.
Further workup for abdominal mass included tumor markers, which were all
negative.  Findings were discussed with radiologist, who felt that the
mass, probably represented either hematoma versus an abscess.  The patient
was placed on broad spectrum antibiotics and infectious disease consult
was obtained.  The patient was seen by Dr. Oluwatade, who recommended that
patient's antibiotics be stopped and the patient will be monitored off
antibiotics as the mass was more likely to represent a hematoma.  The
patient's H and H was closely monitored and remained relatively stable.
The patient was placed on iron therapy.  The patient is now being
discharged.

FINAL DIAGNOSES:

1.  Acute blood loss anemia secondary to gastrointestinal bleeding due to
ulcer.
2.  Abdominal hematoma.
3.  History of hypertension.
4.  Depression.

DISCHARGE MEDICATIONS:  See separate medication reconciliation sheet.

FOLLOWUP:  The patient will follow up with Dr. Smith Vaniz in two weeks
time and follow up with her primary care physician.

Denzil Robertson, MD

Page 1 of 2

Patient:LEE, KATONIA          MRN:0000787202  Encounter:4611137      Page 1 of 2

**Lincoln/Lee 1032**

**Progress Notes - 11/16/2018**

```
Discharge Summary

Patient: LEE, KATONIA
DOB:
MRN: 787202
Acct #: 4611137
Discharge Date: 11/16/2018

DD: 11/16/2018 11:37:40 AM
DT: 11/16/2018 7:47:54 PM
TID: 182297171
CC:George Smith Vaniz, MD
Olatunji J. Oluwatade

Page 2 of 2

Authenticated by Denzil Robertson, MD On 12/04/2018 04:45:47 PM
```

Lincoln/Lee 1033

Progress Notes - 11/08/2018

# HISTORY AND PHYSICAL REPORT
Merit Health - Central

Account #: 4611137
Patient Name: LEE, KATONIA
MRN: 0000787202
Sex: Female
Date of Birth:
Provider: LINDA LINDSEY MD

Date of Encounter: 11/08/2018
Admitting Provider: BOOKHARDT, MICHAEL
Attending Provider: BOOKHARDT, MICHAEL
Referring Provider: NO, REFERRING DOCTOR
Admit Date: 11/08/2018

Page 1 of 3

**CHIEF COMPLAINT:**
Upper GI bleed

**HISTORY OF PRESENT ILLNESS:**
Patient is a 48-year-old woman with past medical history of hypertension was in her usual state health until the date of admission patient was brought to this facility from King's doctor's Hospital due to hematemesis and syncope. Patient had a complaint of upper back pain that has actually had been present for several months. She reportedly was having early satiety and family reports that she has had significant weight loss. For the past year patient has lost between 30-50 lb with no effort. Patient underwent a CT scan Which showed a possible pancreatic versus gastric mass with compression of the inferior vena cava. Patient was given 2 units of packed RBCs in the ER she will be admitted for further management please note that information obtained in this H and P will be gathered from ER records and other sources as patient is sedated and could not answer any questions. All

**CODE STATUS:**
Full Code

**ALLERGIES:**
No known drug allergies

**PAST MEDICAL HISTORY:**
Hypertension

**SURGICAL HISTORY:**
: Patient not able to answer

**FAMILY HISTORY:**
Patient not able to answer

**SOCIAL HISTORY:**
Patient not able to answer

**REVIEW OF SYSTEMS**
GENERAL:
Patient not able to answer

**PHYSICAL EXAM**
GENERAL:
Resting comfortably
SKIN:
No rashes, polyps, or lesions. Nails within normal limits
HEENT:
Atraumatic normocephalic
CHEST:

Copyright 2008-2018 by ComplyMD, LLC | All Rights Reserved | ComplyMD, ComplyMD Surgeon Notes, Vincari, and Vincari LightSpeed Valet are trademarks of ComplyMD, LLC | www.Vincari.com
CPT Copyright 2017 American Medical Association | All rights reserved | CPT is a registered trademark of the American Medical Association
Rev. 1

**Patient:LEE, KATONIA          MRN:0000787202  Encounter:4611137          Page 1 of 3**

**Lincoln/Lee 1034**

Progress Notes - 11/08/2018

# HISTORY AND PHYSICAL REPORT

Merit Health - Central

Account #: 4611137
MRN: 0000787202
Patient Name: LEE, KATONIA
Date of Birth:
Date of Encounter: 11/08/2018

Page 2 of 3

Clear to auscultation and percussion, breath sounds normal, equal expansion, air movement good, no cyanosis, no clubbing of fingers, no kyphosis, no scoliosis
CARDIOVASCULAR:
Regular rate and rhythm, no rubs, no gallops, no murmurs, S1 and S2 normal
EXTREMITIES:
No edema

OBSERVATIONS:

| COMP.METABOLIC PANEL | 11/7/2018 22:43 | |
|---|---|---|
| SODIUM,SERUM (mmol/l) | | 144 |
| POTASSIUM,SERUM (mmol/l) | | 3.5 |
| CHLORIDE,SERUM (mmol/l) | H | 114 |
| CO2 TOTAL,SERUM (mmol/l) | | 22 |
| BUN,SERUM (mg/dl) | H | 21 |
| CREATININE,SERUM (mg/dl) | | 1.0 |
| GLUCOSE,SERUM (mg/dl) | H | 164 |
| CA-CALCIUM,SERUM (mg/dl) | L | 6.6 |
| TOTAL PROTEIN,SERUM (g/dl) | L | 5.3 |
| ALBUMIN,SERUM (g/dl) | L | 1.7 |
| ALP,SERUM (u/l) | | 63 |
| AST or SGOT,SERUM (u/l) | | 31 |
| ALT or SGPT,SERUM (u/l) | L | < |
| TOT.BILIRUBIN,SERUM (mg/dl) | | 0.4 |
| GFR-GLOM.FILTRATION RATE (NA) | | 76 |
| AGAP-ANION GAP (mmol/l) | | 8.0 |

| PROTIME WITH INR | 11/8/2018 0:58 | |
|---|---|---|
| PT-PROTHROMBIN TIME (seconds) | H | 13.1 |
| INR-INR (NA) | H | 1.27 |

| PTT | 11/8/2018 0:58 | |
|---|---|---|
| PTT (seconds) | | 25 |

| ACETAMINOPHEN,serum | 11/8/2018 1:07 | |
|---|---|---|
| ACETAMINOPHEN,serum (ug/ml) | L | 3.1 |

| SALICYLATES,SERUM | 11/8/2018 1:07 | |
|---|---|---|
| SALICYLATES,SERUM (mg/dl) | L | < |

Copyright 2008-2018 by ComplyMD, LLC | All Rights Reserved | ComplyMD, ComplyMD Surgeon Notes, Vincari, and Vincari LightSpeed Valet are trademarks of ComplyMD, LLC | www.Vincari.com
CPT Copyright 2017 American Medical Association | All rights reserved | CPT is a registered trademark of the American Medical Association
Rev: 1

**Lincoln/Lee 1035**

Progress Notes - 11/08/2018

# HISTORY AND PHYSICAL REPORT

Merit Health - Central

Account #: 4611137
MRN: 0000787202
Patient Name: LEE, KATONIA
Date of Birth:
Date of Encounter:  11/08/2018

Page 3 of 3

ASSESSMENT AND PLAN:
   Upper GI bleed-we will monitor patient and transfuse as needed Dr. Smith Vaniz has been consulted on patient
   will monitor for hypotension.
   Hypertension will hold patient's blood pressure medicines for now as patient is actually relatively hypotensive at
   this point
   DVT prophylaxis will order Ted's and SCDs
   Code status patient is full code
   Possible mass patient with possible pancreatic mass versus a gastric mass involving the inferior vena cava patient
   ultimately may need to have a biopsy will consider CVIR request if indicated. Will be discussed with Dr. Smith
   Vaniz
      PLAN:

Electronically signed by
**LINDA LINDSEY MD**
12/06/2018 21:11 CST

WWW4159940.1 by LINDA LINDSEY MD, 12/06/2018 21:11 CST

Copyright 2008-2018 by ComplyMD, LLC | All Rights Reserved | ComplyMD, ComplyMD Surgeon Notes, Vincari, and Vincari LightSpeed Valet are trademarks of ComplyMD, LLC | www.Vincari.com
CPT Copyright 2017 American Medical Association | All rights reserved | CPT is a registered trademark of the American Medical Association
Rev. 1

Patient:LEE, KATONIA          MRN:0000787202  Encounter:4611137          Page 3 of 3

**Lincoln/Lee 1036**

Progress Notes - 11/07/2018

```
        Physician Documentation
         Merit Health Central
         Emergency Services
        Name: Lee, Katonia
        Age: 48 yrs
        Sex: Female
        DOB:
        MRN: 0000787202
        Arrival Date: 11/07/2018
        Time: 21:41
        Account#: 4611137
        Bed 4
        Private MD:
        ED Physician Jones, Shunte
        Disposition:
        11/08
        02:36 Electronically signed by: Jones, Shunte, MD. Critical Care: 80min.  sj2

        Disposition Summary:
        11/08 Hospitalization ordered by Bookhardt, Michael for Inpatient
          Admission. Preliminary diagnosis is Upper GI bleed 2nd gastric
          bleeding with Hemorrhagic shock/Pancreatic vs Gaastric mass with
          compression of IVC.
        02:38
                                                                             sj2
        - Bed requested for ICU/CCU.
        - Status is Inpatient Admission.                                     cm
        - Condition is Critical.
        - Problem is an ongoing problem.
        - Symptoms have worsened.


        HPI:
        11/07
        22:03 This 48 yrs old Black Female presents to ER via EMS Ground with  sj2
              complaints of GI Bleeding.
        11/07
        22:57 limited 2nd severity of condition, additional hx provided by the  sj2
              pt's cousin pt presents on transfer from KDH 2nd vomiting
              blood/syncope, upper back pain for several months, early satiety,
              50 lb weight loss for 1 year presented there hypotensive transfused
              2 units prbcs and 1 unit FFP with CT abd/pelvis that evidenced a 10
              cm upper abd cystic mass ( involving the liver vs the pancreas) no
              active bleeding at time of scan ( per ED note at KDH the pt denied
              vomiting blood c/o low back pain and disclosed to the nurse that
              she was depressed over her mother's passing and took Tylenol).

        Historical:
        - Allergies: No known drug Allergies; -
        - Home Meds:
          1. None
        - PMHx: Hypertension;
        - Immunization history: Last tetanus immunization: unknown
          Pneumococcal vaccine status is unknown. Flu vaccine status is
          unknown.
        - History obtained from: patient.
        - Has patient been admitted to any facility within the last 30
          days?: Patient has not been admitted to any facility within the
          last 30 days.
        - Social history: : No barriers to communication noted. The patient
```

Patient:LEE, KATONIA          MRN:0000787202  Encounter:4611137      Page 1 of 5

**Lincoln/Lee 1037**

Progress Notes - 11/07/2018

speaks fluent English. Smoking Status: patient/guardian denies using tobacco.
- Social history: Smoking Status: Preferred Language: English.

ROS:
11/07
23:13 All other systems are reviewed and negative. Abdomen/GI: Positive    sj2
      for abdominal pain, nausea, vomiting. Back: Positive for pain at
      rest.

Exam:
11/07
23:14 Constitutional:  This is a well developed, well nourished patient    sj2
      who is awake, alert, and in no acute distress. + ill appearing
      Head/Face:  Normocephalic, atraumatic. Eyes:  Pupils equal round
      and reactive to light, extra-ocular motions intact.  Lids and
      lashes normal.  Conjunctiva and sclera are non-icteric and not
      injected.  Cornea within normal limits.  Periorbital areas with no
      swelling, redness, or edema. ENT:  Nares patent. No nasal
      discharge, no septal abnormalities noted.  Oropharynx with no
      redness, swelling, or masses, exudates, or evidence of obstruction,
      uvula midline.  Mucous membranes moist. Neck:  Trachea midline, no
      thyromegaly or masses palpated, and no cervical lymphadenopathy.
      Supple, full range of motion without nuchal rigidity, or vertebral
      point tenderness.  No Meningismus. Cardiovascular:  Regular rate
      and rhythm with a normal S1 and S2.  No gallops, murmurs, or rubs.
      Normal PMI, no JVD.  No pulse deficits. Respiratory:  Lungs have
      equal breath sounds bilaterally, clear to auscultation and
      percussion.  No rales, rhonchi or wheezes noted.  No increased work
      of breathing, no retractions or nasal flaring. Abdomen/GI:  + TTP
      epigastrium tender, with normal bowel sounds.  No distension or
      tympany.  No guarding or rebound.  MS/ Extremity:  Pulses equal,
      no cyanosis.  Neurovascular intact.  all ext FROM /no deformity +
      NVI Neuro:  Awake and alert, GCS 15, oriented to person, place,
      time, and situation.  Cranial nerves II-XII grossly intact.  Motor
      strength 5/5 in all extremities.  Sensory grossly intact.
      Cerebellar exam normal.

Vital Signs:
11/07
21:55 BP 119 / 74; Pulse 121; Resp 22; Temp 99.4; Pulse Ox 98% on R/A;    dh2
      Weight 54.43 kg; Height 5 ft. 2 in. (157.48 cm);
11/08
00:14 BP 77 / 51; Pulse 140;                                              bz
11/08
00:15 BP 82 / 53; Pulse 135; Resp 16; Pulse Ox 20% ;                      bz
11/08
00:38 BP 106 / 68; Pulse 112;                                             bz
11/08
01:35 BP 102 / 59; Pulse 125;                                             bz
11/08
01:43 BP 99 / 58; Pulse 122; Resp 18; Pulse Ox 100% on 2 lpm NC;          bp1
11/08
02:00 BP 82 / 55; Pulse 132; Resp 16; Pulse Ox 100% on 2 lpm NC;          bp1
11/08
02:15 BP 84 / 55; Pulse 130; Resp 16; Temp 98.2; Pulse Ox 100% on 2 lpm   bp1
      NC;
11/08
02:43 BP 106 / 63; Pulse 118; Resp 18; Temp 98.0; Pulse Ox 100% 2 lpm ;   bz

Patient:LEE, KATONIA        MRN:0000787202  Encounter:4611137      Page 2 of 5

**Lincoln/Lee 1038**

Progress Notes - 11/07/2018

11/08
03:38  BP 97 / 61; Pulse 112; Resp 20; Temp 98.0; Pulse Ox 100% on 3 lpm    bz
       NC;
11/07
21:55  Body Mass Index 21.95 (54.43 kg, 157.48 cm)                          dh2
11/08
00:14  NS bolus ordered x 2, order for 1 unit of prbc's received.           bz
11/08
03:38  Pre-transfusion                                                      bz

Glasgow Coma Score:
11/07
21:53  Eye Response: spontaneous(4). Verbal Response: oriented(5). Motor    dh2
       Response: obeys commands(6). Total: 15.
11/07
22:57  Eye Response: spontaneous(4). Verbal Response: oriented(5). Motor    bz
       Response: obeys commands(6). Total: 15.

MDM:
11/07
22:03  Patient medically screened.                                         sj2
11/08
00:32  Data reviewed: vital signs, nurses notes, diagnostic data from       sj2
       outside facility, lab test result(s). Counseling: I had a detailed
       discussion with the patient and/or guardian regarding: the
       historical points, exam findings, and any diagnostic results
       supporting the discharge/admit diagnosis, lab results, the need for
       further work-up and treatment in the hospital. Physician
       consultation: George Smith-Vaniz MD will assist with management
       recommends repeat CT angio of abd/pelvis images form OSH
       unavailable.
11/08
02:36  Physician consultation: Michael Bookhardt MD accepts admission per   sj2
       Dr. Lindsey. Admission orders: after a detailed discussion of the
       patient's condition and case, the admit orders are written by me.

11/07
22:03  Order name: Cbc Complete Automated; Complete Time: 23:48             sj2
11/07
23:48  Interpretation: Abnormal: RBC 3.54; HEMOGLOBIN 10.2; HEMATOCRIT      sj2
       30.2; RDW CV 17.1; PLATELET COUNT 87; NEUTROPHILS, SEG. 79.8;
       LYMPHOCYTES 11.4; MONOCYTES 7.9; EOSINOPHILS 0.4.
11/07
22:03  Order name: CMP; Complete Time: 22:56                               sj2
11/07
22:56  Interpretation: CHLORIDE,SERUM 114; BUN,SERUM 21; GLUCOSE,SERUM      sj2
       164; CALCIUM,SERUM 6.6; TOTAL PROTEIN,SERUM 5.3.
11/07
22:03  Order name: Type AND Screen                                         sj2
11/07
22:43  Order name: PLATELET COMMENT                                        EDMS
11/07
23:01  Order name: Acetaminophen                                           sj2
11/07
23:01  Order name: Salicylate                                              sj2
11/08
00:28  Order name: Transfuse unit of PRBC                                  sj2
11/08
00:35  Order name: RED BLOOD CELLS                                        EDMS
11/08

Patient:LEE, KATONIA        MRN:0000787202  Encounter:4611137        Page 3 of 5

**Lincoln/Lee 1039**

**Progress Notes - 11/07/2018**

00:36 Order name: Transfuse unit FFP                                    sj2
11/08
00:36 Order name: PT with INR; Complete Time: 02:45                     sj2
11/08
02:45 Interpretation: Abnormal: INR 1.27; PROTHROMBIN TIME 13.1.        sj2
11/08
00:36 Order name: Ptt                                                   sj2
11/08
03:25 Order name: FRESH FROZEN PLASMA PROCESSING                        EDMS
11/08
03:40 Order name: CBC COMPLETE                                          EDMS
11/08
04:29 Order name: SMEAR BLOOD MANUAL                                    EDMS
11/08
00:22 Order name: CT Angiogram Abd. AND Pelvis WWO                       sj2
11/08
02:34 Interpretation: Abnormal: per vrad + 10.6x9.7x10.1 cm hypo/isodense sj2
      mass at the head of pancrease or gastric with mass effect on
      duodenand displces main portal vein and encases hepatic artery.
11/08
05:22 Order name: CBC COMPLETE                                          EDMS
11/08
05:22 Order name: CBC COMPLETE                                          EDMS
11/08
05:22 Order name: CBC COMPLETE                                          EDMS

Dispensed Medications:
11/07
22:19 Drug: NS 0.9% 1000 ml Route: IV; Rate: 1 bolus; Site: left        bz
      antecubital;
11/07
22:36 Drug: Zofran 4 mg Route: IVP; Site: right antecubital;            bz
11/07
22:37 Drug: Dilaudid 1 mg Route: IVP; Site: right subclavian;           bz
11/08
00:31 Drug: NS 0.9% 1000 ml Route: IV; Rate: 1 bolus; Site: left        bz
      antecubital;
11/08
01:35 Follow up: IV Status: Completed infusion; IV Intake: 1000ml       bz
11/08
01:46 Drug: Phenergan 12.5 mg Route: IVPB; Site: left antecubital;      bz
11/08
01:46 Drug: Compazine 10 mg Route: IVP; Site: left antecubital;         bz
11/08
01:57 Not Given (Duplicate Order; order changed): NS 0.9% 250 ml IV at  bz
      bolus once
11/08
02:01 Drug: NS 0.9% 1000 ml Route: IV; Rate: 150 ml/hr; Site: left      bz
      antecubital;
11/08
03:16 Drug: NS 0.9% 1000 ml Route: IV; Rate: 1 bolus; Site: right       bz
      antecubital;
11/08
04:10 Follow up: IV Status: Completed infusion; IV Intake: 1000ml       bz

Signatures:
Dispatcher MedHost                          EDMS
Montgomery, Charlotte                       cm
Jones, Shunte, MD                    MD     sj2

Patient:LEE, KATONIA         MRN:0000787202  Encounter:4611137      Page 4 of 5

**Lincoln/Lee 1040**

Progress Notes - 11/07/2018

Zamudio, Brenda, RN                          RN    bz
Holaday, Davis                                     dh2

Corrections: (The following items were deleted from the chart)
11/07
23:13 11/07 22:57 pt presents on transfer from KDH 2nd vomiting              sj2
      blood/syncope with CT abd/pelvis that evidenced a 10 cm upper abd
      cystic mass ( involving the liver vs the pancreas) no active
      bleeding at time of scan ( per ED note at KDH the pt denied
      vomiting blood c/o low back pain and disclosed to the nurse that
      she was depressed over her mother's passing and took Tylenol). sj2
11/08
00:36 11/07 22:57 pt presents on transfer from KDH 2nd vomiting              sj2
      blood/syncope transfused 2 units prbcs and 1 unit FFP with CT
      abd/pelvis that evidenced a 10 cm upper abd cystic mass ( involving
      the liver vs the pancreas) no active bleeding at time of scan ( per
      ED note at KDH the pt denied vomiting blood c/o low back pain and
      disclosed to the nurse that she was depressed over her mother's
      passing and took Tylenol). sj2
11/08
04:20 11/08 02:38 Hospitalization Ordered by Michael Bookhardt MD for        cm
      Inpatient Admission. Preliminary diagnosis is Upper GI bleed 2nd
      gastric bleeding with Hemorrhagic shock/Pancreatic vs Gaastric mass
      with compression of IVC. Bed requested for ICU/CCU. Status is
      Inpatient Admission. Condition is Critical. Problem is an ongoing
      problem. Symptoms have worsened. sj2

      ***********************************************************************

Patient:LEE, KATONIA        MRN:0000787202  Encounter:4611137      Page 5 of 5

**Lincoln/Lee 1041**

**Progress Notes - 11/07/2018**

```
Discharge Summary
Merit Health Central
Name:Katonia Lee
Emergency Department
Age:48 yrs
Sex:Female
DOB:1
MRN:0000787202
Arrival:11/07/2018
21:41
Account#:4611137
Departure Date11/08/2018
Departure Time05:29
Private MD:
Outcome: Hospitalize
Location: ICU/CCU \ 1040-
Condition: Critical
Chief Complaint: GI Bleeding
Diagnosis: - Upper GI bleed 2nd gastric bleeding with Hemorrhagic
  shock/Pancreatic vs Gaastric mass with compression of IVC
Prescriptions:
Custom Notes:
Attending Physician: Jones, Shunte, MD
Private MD:
Mid Level Provider:
Hospitalizing Provider: Bookhardt, Michael, MD
Orders: Cbc Complete Automated, CMP, Type AND Screen, PLATELET
  COMMENT, Acetaminophen, Salicylate, Transfuse unit of PRBC, RED
  BLOOD CELLS, Transfuse unit FFP, PT with INR, Ptt, FRESH FROZEN
  PLASMA PROCESSING, CBC COMPLETE , SMEAR BLOOD MANUAL , NS 0.9% ,
  Dilaudid, Zofran, CT Angiogram Abd. AND Pelvis WWO, NS 0.9% ,
  Phenergan, Compazine, NS 0.9%, NS 0.9% , NS 0.9% , CBC COMPLETE ,
  CBC COMPLETE , CBC COMPLETE , CBC COMPLETE
Discharge Instruction: Medication Reconciliation Form, SBAR Form
*****************************************************************************
```

Patient:LEE, KATONIA          MRN:0000787202  Encounter:4611137       Page 1 of 1

**Lincoln/Lee 1042**

Patient:LEE, KATONIA    MRN:0000787202    Encounter:4620350    Page 1 of 7

```
                             MERIT HEALTH CENTRAL
                         1850 Chadwick Drive, Jackson, MS 39204
                         Barbara Proctor, M.D.
                            EMR_DISCHARGE_REPORT

PATIENT: LEE, KATONIA                MRN:  8480000787202    LOCATION: CMMC-2SW-2221-A
DOB:            AGE: 49  SEX: F      BILN: 4620350  DISCH.: 01/22/19

                             HEMATOLOGY
------------------------   +--------M9210071--------+----------------
COLLECTED                  |01/21/19 04:49          |REFERENCE RANGE
VERIFIED                   |01/21/19 05:58          |
PRIORITY, PHYSICIAN        |TIMED WILLIAMS, JOSHUA  |
------------------------   +------------------------+----------------
Hemograms:
WBC                        |*7.7                    |4.0-11.0 thou/ul
RBC                        |*3.33              L    |3.93-5.22 mill/ul
M1:    All Failed Deltas checked
HEMOGLOBIN                 |*9.4               L    |11.2-15.7 g/dl
HEMATOCRIT                 |*29.6              L    |35.0-46.0 %
MCV                        |*88.9                   |79.3-95.0 fL
MCH                        |*28.2                   |25.7-33.0 pg
MCHC                       |*31.8                   |31.2-36.0 g/dl
RDW CV                     |*18.5              H    |11.6-15.2 %
RDW SD                     |*59.7              H    |36.0-52.0 fL
MPV                        |*10.9                   |9.4-13.0 fL
PLATELET COUNT             |*186.                   |150-430 thou/ul
```

```
* - RESULT REPORTED FIRST TIME
ATT.PHYS.: KROOSS, WILLIAM              MRN: 0000787202
LOCATION:  2SW-2221-A                   PATIENT: LEE, KATONIA
        KEY FOR ABNORMAL COLUMN: L-LOW, H-HIGH, AB-ABNORMAL, P-PANIC, T-TOXIC
                            HEMATOLOGY
DISCLAIMER: The Verified Date and Time represents the last test result verified on the chapter. The Date/Time next to
        the order number represents the Collected Date/Time.
307 of 719                  Report Print Date and Time: 01/23/2019 03:01      Page: 1 of 7
```

Lincoln/Lee 1043

Labs/Diagnostics - 01/21/2019

```
                         MERIT HEALTH CENTRAL
                    1850 Chadwick Drive, Jackson, MS 39204
                     .Barbara Proctor, M.D.
                           EMR_DISCHARGE_REPORT
PATIENT· LEE  KATONIA                  MRN:  8480000787202    LOCATION: CMMC-2SW-2221-A
DOB:          AGE: 49  SEX: F          BILN: 4620350  DISCH.: 01/22/19
                            continued
                       HEMATOLOGY
------------------------------  +-------M9210071--------+-----------------
COLLECTED                       |01/21/19 04:49         |REFERENCE RANGE
VERIFIED                        |01/21/19 05:58         |
PRIORITY, PHYSICIAN             |TIMED WILLIAMS, JOSHUA |
------------------------------  +-----------------------+-----------------
WBC Differential:
NEUTROPHILS, SEG.               |*63.5                  |50.0-70.0 %
LYMPHOCYTES                     |*17.6               L  |20.0-40.0 %
MONOCYTES                       |*17.9               H  |1.0-6.0 %
EOSINOPHILS                     |*0.9                L  |1.0-5.0 %
BASOPHILS                       |*0.1                   |0.0-1.0 %
SEGS, ABSOLUTE ANC              |*4.87                  |2.50-7.00 thou/ul
LYMPHOCYTES,ABSOLUTE            |*1.35                  |0.65-4.65 thou/ul
MONOCYTES,ABSOLUTE              |*1.37                  |0.17-1.40 thou/ul
EOSINOPHILS,ABSOLUTE            |*0.07                  |0.03-0.77 thou/ul
BASOPHILS,ABSOLUTE              |*0.01                  |0.01-0.15 thou/ul
IMM. GRANULOCYTES               |*0.7                   |0.0-2.0 %
NRBC                            |*0.00                  | /100 WBC
IMM.GRANULOCYTES,ABS.           |*0.05                  |0.00-0.20 thou/ul


* - RESULT REPORTED FIRST TIME
ATT.PHYS.: KROOSS, WILLIAM              MRN: 0000787202
LOCATION:  2SW-2221-A                   PATIENT: LEE, KATONIA
        KEY FOR ABNORMAL COLUMN: L-LOW, H-HIGH, AB-ABNORMAL, P-PANIC, T-TOXIC
               HEMATOLOGY
DISCLAIMER: The Verified Date and Time represents the last test result verified on the chapter. The Date/Time next to
        the order number represents the Collected Date/Time.
308 of 719                 Report Print Date and Time: 01/23/2019 03:01     Page: 2 of 7
```

Patient:LEE, KATONIA      MRN:0000787202   Encounter:4620350      Page 2 of 7

Lincoln/Lee 1044

Labs/Diagnostics - 01/21/2019

Patient:LEE, KATONIA     MRN:0000787202   Encounter:4620350   Page 6 of 7

```
                         MERIT HEALTH CENTRAL
                         1850 Chadwick Drive, Jackson, MS 39204
                         Barbara Proctor, M.D.
                              EMR_DISCHARGE_REPORT

PATIENT: LEE. KATONIA                 MRN: 8480000787202    LOCATION: CMMC-2SW-2221-A
DOB:             AGE: 49  SEX: F      BILN: 4620350  DISCH.: 01/22/19


                          CHEMISTRY
------------------------- +--------M9210071---------+-------M9200229--------+-------M9190574--------+----------------
COLLECTED                 |01/21/19 04:49           |01/20/19 07:01         |01/19/19 23:20         |REFERENCE RANGE
VERIFIED                  |01/21/19 06:18           |01/20/19 08:48         |01/19/19 23:47         |
PRIORITY, PHYSICIAN       |TIMED WILLIAMS, JOSHUA   |TIMED KROOSS, WILLIAM  |STAT JONES, SHUNTE'    |
------------------------- +-------------------------+-----------------------+-----------------------+----------------
General Chemistry tests:
ALBUMIN,SERUM             |*1.4                  L  |                       |*1.6              L    |3.4-5.0 g/dl
TOTAL PROTEIN,SERUM       |*5.8                  L  |                       |*7.1                   |6.4-8.2 g/dl
ALP,SERUM                 |*573                  H  |                       |*612              H    |45-117 u/l
ALT or SGPT,SERUM         |*52                      |                       |*56                    |12-78 u/l
AST or SGOT,SERUM         |*210                  H  |                       |*207              H    |6-37 u/l
LIPASE,SERUM              |                         |*1320               H  |*3709             H    |73-393 u/l
M4:    checked
BUN,SERUM                 |*10                      |*9                     |*10                    |7-18 mg/dl
CREATININE,SERUM          |*0.6                     |*0.5                L  |*0.6                   |0.6-1.3 mg/dl
SODIUM,SERUM              |*135                  L  |*134                L  |*135              L    |136-145 mmol/1
POTASSIUM,SERUM           |*3.3                  L  |*3.3                L  |*3.2              L    |3.5-5.1 mmol/1
CHLORIDE,SERUM            |*103                     |*102                   |*101                   |98-107 mmol/1
CO2 TOTAL,SERUM           |*24                      |*24                    |*27                    |21-32 mmol/1
ANION GAP                 |*8.0                     |*8.0                   |*7.0                   |3.0-11.0 mmol/1
GLUCOSE,SERUM             |*82                      |*74                    |*74                    |74-106 mg/dl
CALCIUM,SERUM             |*8.0                  L  |*7.8                L  |*8.5                   |8.5-10.1 mg/dl
TOT.BILIRUBIN,SERUM       |*11.9                 CH |                       |*11.3             CH   |0.2-1.0 mg/dl
M5:    Critical results checked and verification read-back of results
       obtained. Called to S. Palmer(RN) by MG  01/21/2019  06:18
M6:    All failed delta and critical values have been checked.
       Read back verification of results. Called to j urbina rn  01/19/2019
       23:47
GLOM.FILTRATION RATE      |*137                     |*169                   |*137                   |
M7:    REFERENCE TABLE of MEAN GFR:
       Age                 Average GFR
       20-29 years    116 ml/min/1.73 square meters
       30-39 years    107 ml/min/1.73 square meters
       40-49 years     99 ml/min/1.73 square meters
       50-59 years     93 ml/min/1.73 square meters
       60-69 years     85 ml/min/1.73 square meters
       70+   years     75 ml/min/1.73 square meters
       Chronic Kidney Disease less <60 ml/min/1.73 square meters.
       Kidney Failure <15 ml/min/1.73 square meters.



* - RESULT REPORTED FIRST TIME
ATT.PHYS.: KROOSS, WILLIAM            MRN: 0000787202
LOCATION:  2SW-2221-A                 PATIENT: LEE, KATONIA
           KEY FOR ABNORMAL COLUMN: L-LOW, H-HIGH, AB-ABNORMAL, P-PANIC, T-TOXIC
                          CHEMISTRY
DISCLAIMER: The Verified Date and Time represents the last test result verified on the chapter. The Date/Time next to
            the order number represents the Collected Date/Time.
312 of 719                     Report Print Date and Time: 01/23/2019 03:01     Page: 6 of 7
```

Lincoln/Lee 1045

Labs/Diagnostics - 01/21/2019

<div align="center">

**Radiology Results**
**MERIT HEALTH CENTRAL**
**1850 CHADWICK DRIVE**
**JACKSON      MS 39204**

</div>

Coid: 848
Page: 1

## RADIOLOGY TEST INFORMATION

| | | | |
|---|---|---|---|
| **Type/source:** RAD U/S LIVER | **Order #:** | 16095448 | **Account:** 4620350 |
| **Medical Record Number:** 0000787202 | **DOB:** | | **Gender:** FEMALE |
| **Status:** F           15:22 | **Order Date:** | 01/21/2019 | **Patient Name:** LEE, KATONIA |
| **Result Date/Time:** 01/21/2019 | **Order Time:** | 09:21 | **Admit Date:** 01/20/2019 |

**PHYSICIANS Dictating:** SMITH, NORWOOD M.           **Signature:** SMITH, NORWOOD M.

## RESULT TEXT

ABDOMINAL PROBLEM
Reason for Exam::HYPERBILIRUBINEMA WITH METASTATIC CA OF UNKNOWN PRIMARY ? LYM
Procedure Acknowledge Date: 01/21/2019 03:12 PM

Clinical Information: Reason for Exam::HYPERBILIRUBINEMA WITH
METASTATIC CA OF UNKNOWN PRIMARY ? LYMPHOMA

U S LIVER

FINDINGS: Available for comparison is a CT scan from December 17,
2018. The liver is mildly enlarged measuring 21.8 cm in sagittal
dimension. There is dilatation of the biliary ducts with the common
bile duct measuring 13 mm. Normal flow in the portal vein is
documented. No focal solid or cystic liver lesion is identified. There
is a complex mass in the region of the pancreatic head measuring 7.0 x
2.7 x 3.8 cm. This corresponds with the abnormality shown on the CT
scan. The gallbladder is contracted.

IMPRESSION:
1. Mild hepatomegaly with no focal liver lesion identified.
2. Biliary ductal dilatation with common bile duct measuring 13 mm.
This is likely secondary to a mass in the region of the pancreatic
head as shown on the recent CT scan.

Electronically signed by:  Dr Norwood Smith MD on 1/21/2019 3:22 PM

DT: 01/21/2019 03:14 PM   · Dictated By: SMITH, NORWOOD M. MD
DF: 01/21/2019 03:22 PM    Signed By: SMITH, NORWOOD M. MD
-------------------------------------------------

<div align="right">

**Lincoln/Lee 1046**

</div>

```
                    MERIT HEALTH CENTRAL
                    1850 Chadwick Drive, Jackson, MS 39204
                    Barbara Proctor, M.D.
                        EMR_DISCHARGE_REPORT

PATIENT: LEE, KATONIA              MRN:  8480000787202    LOCATION: CMMC-2SW-2221-A
DOB:            AGE: 49  SEX: F       BILN: 4620350  DISCH.: 01/22/19


                    HEMATOLOGY
--------------------------  +------M9200338-M2------+-------M9200130--------+-------M9190574--------+--------------------
COLLECTED                   |01/20/19 13:45        |01/20/19 07:01         |01/19/19 23:20         |REFERENCE RANGE
VERIFIED                    |01/20/19 13:57        |01/20/19 08:15         |01/20/19 00:27         |
PRIORITY, PHYSICIAN         |ROUTINE WILLIAMS, JOSHU|TIMED JONES, SHUNTE'  |STAT JONES, SHUNTE'    |
--------------------------  +----------------------+-----------------------+-----------------------+--------------------
M2:    Special Instructions:POST BLOOD TRANSFUSION
Hemagrams:
WBC                         |                      |*6.7                   |*7.6                   |4.0-11.0 thou/u
RBC                         |                      |*2.30              L   |*2.60              L   |3.93-5.22 mill/
HEMOGLOBIN                  |*7.3              L   |*6.4               CL  |*7.3               L   |11.2-15.7 g/dl
HEMATOCRIT                  |                      |*20.3              CL  |*22.9              L   |35.0-46.0 %
M3:    Critical results checked and verification read-back of results
        obtained. Called to S.McClendon,rn at  01/20/2019   07:44
MCV                         |                      |*88.3                  |*88.1                  |79.3-95.0 fL
MCH                         |                      |*27.8                  |*28.1                  |25.7-33.0 pg
MCHC                        |                      |*31.5                  |*31.9                  |31.2-36.0 g/dl
RDW CV                      |                      |*20.0              H   |*20.0              H   |11.6-15.2 %
RDW SD                      |                      |*61.0              H   |*61.2              H   |36.0-52.0 fL
MPV                         |                      |*10.7                  |*10.4                  |9.4-13.0 fL
PLATELET COUNT              |                      |*215                   |*235                   |150-430 thou/ul
```

```
* - RESULT REPORTED FIRST TIME
ATT.PHYS.: KROOSS, WILLIAM            MRN: 0000787202
LOCATION:   2SW-2221-A                PATIENT: LEE, KATONIA
            KEY FOR ABNORMAL COLUMN: L-LOW, H-HIGH, AB-ABNORMAL, P-PANIC, T-TOXIC
                        HEMATOLOGY
DISCLAIMER: The Verified Date and Time represents the last test result verified on the chapter. The Date/Time next to
            the order number represents the Collected Date/Time.
309 of 719                     Report Print Date and Time: 01/23/2019 03:01      Page: 3 of 7
```

Case 5:22-cv-05075-TLB   Document 12-3   Filed 11/03/22   Page 969 of 1717 PageID #: 1073

```
                        MERIT HEALTH CENTRAL
                        1850 Chadwick Drive, Jackson, MS 39204
                        Barbara Proctor, M.D.
                              EMR_DISCHARGE_REPORT

PATIENT: LEE  KATONIA                    MRN:  8480000787202    LOCATION: CMMC-2SW-2221-A
DOB:              AGE: 49  SEX: F         BILN: 4620350  DISCH.: 01/22/19
                               continued
                        HEMATOLOGY
-------------------------    +------M920033B-M2------+-------M9200130--------+-------M9190574--------+---------------
COLLECTED                    |01/20/19 13:45         |01/20/19 07:01         |01/19/19 23:20         |REFERENCE RANGE
VERIFIED                     |01/20/19 13:57         |01/20/19 08:15         |01/20/19 00:27         |
PRIORITY, PHYSICIAN          |ROUTINE WILLIAMS, JOSHU|TIMED JONES, SHUNTE'   |STAT JONES, SHUNTE'    |
-------------------------    +----------------------+-----------------------+-----------------------+---------------

WBC Differential:
DIFF TYPE                    |              . .     |*MANUAL                |                       |
NEUTROPHILS, SEG.            |                      |                       |*75.2               H  |50.0-70.0 %
LYMPHOCYTES                  |                      |                       |*9.9                L  |20.0-40.0 %
MONOCYTES                    |                      |                       |*13.6               H  |1.0-6.0 %
EOSINOPHILS                  |                      |                       |*0.5                L  |1.0-5.0 %
BASOPHILS                    |                      |                       |*0.3                   |0.0-1.0 %
SEGS, ABSOLUTE ANC           |                      |                       |*5.72                  |2.50-7.00 thou/
LYMPHOCYTES,ABSOLUTE         |                      |                       |*0.75                  |0.65-4.65 thou/
MONOCYTES,ABSOLUTE           |                      |                       |*1.03                  |0.17-1.40 thou/
EOSINOPHILS,ABSOLUTE         |                      |                       |*0.04                  |0.03-0.77 thou/
BASOPHILS,ABSOLUTE           |                      |                       |*0.02                  |0.01-0.15 thou/
NEUTROPHILS, SEG.            |                      |*70                    |                       |42-74 %
NEUTROPHIL BANDS             |                      |*2                     |                       |0-10 %
LYMPHOCYTES                  |                      |*11                 L  |                       |18-44 %
MONOCYTES                    |                      |*16                 H  |                       |5-13 %
EOSINOPHILS                  |                      |*0                     |                       |0-8 %
IMM. GRANULOCYTES            |                      |                       |*0.5                   |0.0-2.0 %
NRBC                         |                      |                       |*0.00                  | /100 WBC
SEGS, ABSOLUTE               |                      |*4.69                  |                       |1.47-7.06 thou/
BANDS, ABSOLUTE              |                      |*0.13                  |                       |0.00-1.00 thou/
ANC, ABSOLUTE                |                      |*4.82                  |                       |1.47-7.06 thou/
LYMPHOCYTES,ABSOLUTE         |                      |*0.74                  |                       |0.65-4.65 thou/
MONOCYTES,ABSOLUTE           |                      |*1.07                  |                       |0.17-1.40 thou/
EOSINOPHILS,ABSOLUTE         |                      |*0.00               L  |                       |0.03-0.77 thou/
IMM.GRANULOCYTES,ABS.        |                      |                       |*0.04                  |0.00-0.20 thou/
MYELOCYTES                   |                      |*1                     |                       | %
PLT COMMENT                  |                      |*ADEQUATE              |*ADEQUATE              |ADEQUATE
RBC MORPHOLOGY               |                      |*app abnormal          |*app abnormal          |app normal
ANISOCYTOSIS                 |                      |*SLIGHT                |*1+                 AB |
POIKILOCYTOSIS               |                      |                       |*SLIGHT                |
MICROCYTOSIS                 |                      |                       |*1+                 AB |
MACROCYTOSIS                 |                      |                       |*1+                 AB |
HYPOCHROMASIA                |                      |                       |*1+                 AB |
TARGET CELLS                 |                      |                       |*FEW                   |
POLYCHROMASIA                |                      |                       |*SLIGHT                |
SPHEROCYTES                  |                      |*1+                 AB |*SLIGHT                |
* - RESULT REPORTED FIRST TIME
ATT.PHYS.: KROOSS, WILLIAM              MRN: 0000787202
LOCATION:  2SW-2221-A                   PATIENT: LEE, KATONIA
         KEY FOR ABNORMAL COLUMN: L-LOW, H-HIGH, AB-ABNORMAL, P-PANIC, T-TOXIC
                        HEMATOLOGY
DISCLAIMER: The Verified Date and Time represents the last test result verified on the chapter. The Date/Time next to
           the order number represents the Collected Date/Time.
310 of 719                  Report Print Date and Time: 01/23/2019 03:01       Page: 4 of 7
```

Lincoln/Lee 1048

Labs/Diagnostics - 01/20/2019

MERIT HEALTH CENTRAL
1850 Chadwick Drive, Jackson, MS 39204
Barbara Proctor, M.D.,
EMR_DISCHARGE_REPORT

PATIENT: LEE, KATONIA                      MRN:  8480000787202    LOCATION: CMMC-2SW-2221-A
DOB:            AGE: 49  SEX: F        BILN: 4620350  DISCH.: 01/22/19
                         continued
                    HEMATOLOGY

| | M9200338-M2 | M9200130 | M9190574 | REFERENCE RANGE |
|---|---|---|---|---|
| COLLECTED | 01/20/19 13:45 | 01/20/19 07:01 | 01/19/19 23:20 | |
| VERIFIED | 01/20/19 13:57 | 01/20/19 08:15 | 01/20/19 00:27 | |
| PRIORITY, PHYSICIAN | ROUTINE WILLIAMS, JOSHU | TIMED JONES, SHUNTE' | STAT JONES, SHUNTE' | |

WBC Differential:
| | | | | |
|---|---|---|---|---|
| OVALOCYTES | | *SLIGHT | | |
| SCHISTOCYTES | | | *FEW | |

* - RESULT REPORTED FIRST TIME
ATT.PHYS.: KROOSS, WILLIAM          MRN: 0000787202
LOCATION:  2SW-2221-A               PATIENT: LEE, KATONIA
           KEY FOR ABNORMAL COLUMN: L-LOW, H-HIGH, AB-ABNORMAL, P-PANIC, T-TOXIC
                    HEMATOLOGY
DISCLAIMER: The Verified Date and Time represents the last test result verified on the chapter. The Date/Time next to
           the order number represents the Collected Date/Time.
311 of 719                Report Print Date and Time: 01/23/2019 03:01      Page: 5 of 7

Lincoln/Lee 1049

MERIT HEALTH CENTRAL
1850 Chadwick Drive, Jackson, MS 39204
Barbara Proctor, M.D.
EMR_DISCHARGE_REPORT

PATIENT: LEE. KATONIA                          MRN:  8480000787202     LOCATION: CMMC-2SW-2221-A
DOB:              AGE: 49  SEX: F              BILN: 4620350  DISCH.: 01/22/19


                        COAGULATION
----------------------------    +-------M9200129--------+----------------
COLLECTED                       |01/20/19 01:27         |REFERENCE RANGE
VERIFIED                        |01/20/19 01:47         |
PRIORITY, PHYSICIAN             |STAT JONES, SHUNTE'    |
----------------------------    +-----------------------+----------------
PT-INR and APTT:
INR                             |*1.36              H   |1.00-1.15
M8:   Usually recommended INR for adequate oral anticoagulation:
      A)  DEEP VEIN THROMBOSIS, PULMONARY EMBOLUS, MYOCARDIAL
          INFARCTION, TISSUE, HEART VALVE, VALVULAR HEART DISEASE
          ATRIAL FIBRILLATION:
              INR therapeutic range = 2.0-3.0
      B)  CARDIOGENIC EMBOLUS, MECHANICAL HEART VALVE:
              INR therapeutic range = 3.0-4.5
      C)  CRITICAL INR=  >5.0
PROTHROMBIN TIME                |*14.1              H   |8.8-12.0 seconds
PTT                             |*37                H   |22-32 seconds
                                |

* - RESULT REPORTED FIRST TIME
ATT.PHYS.: KROOSS, WILLIAM                   MRN: 0000787202
LOCATION:  2SW-2221-A                         PATIENT: LEE, KATONIA
          KEY FOR ABNORMAL COLUMN: L-LOW, H-HIGH, AB-ABNORMAL, P-PANIC, T-TOXIC
                        COAGULATION
DISCLAIMER: The Verified Date and Time represents the last test result verified on the chapter. The Date/Time next to
          the order number represents the Collected Date/Time.
313 of 719                     Report Print Date and Time: 01/23/2019 03:01      Page: 7 of 7

Lincoln/Lee 1050

Labs/Diagnostics - 12/17/2018

<table>
<tr><td></td><td style="text-align:center">Radiology Results<br>MERIT HEALTH CENTRAL<br>1850 CHADWICK DRIVE<br>JACKSON      MS 39204</td><td style="text-align:right">Coid: 848<br>Page:1</td></tr>
</table>

## RADIOLOGY TEST INFORMATION

Type/source: RAD CT ABD & PELVIS W/CONTRAST    15981652      Account:   7011559
Medical Record Number: 0000787202    DOB:                    Gender:      FEMALE
Status: F                10:24    Order Date:   12/17/2018    Patient Name: LEE, KATONIA
Result Date/Time: 12/17/2018      Order Time:   09:00        Admit Date: 12/17/2018

PHYSICIANS Dictating:  DYESS, DEREK S.              Signature: DYESS, DEREK S.

### RESULT TEXT

R10.9/K26.9
UNSPECIFIED ABD PAIN
Procedure Acknowledge Date: 12/17/2018 09:50 AM

Clinical Information: UNSPECIFIED ABD PAIN

EXAM:  CT abdomen and pelvis with contrast.

PRIORS:  11/12/2018

FINDINGS:
Contiguous axial images from the mid thorax through the proximal
thighs were performed after the administration of IV contrast.

Again seen is a large (8.7 cm) cavitary mass which appears
significantly thick-walled and contains central gas as well as
contrast, which appears to be oral contrast as the cavity appears to
connect to the lumen of the duodenum. The mass is not clearly
separable from the pancreatic neck and produces significant mass
effect upon the inferior vena cava and mild mass effect upon the
portal vein and adjacent portions of the liver. The spleen, adrenal
glands, kidneys and gallbladder appear unremarkable. Bowel loops are
normal in caliber. No free air or free fluid is seen in the peritoneal
cavity. Abdominal aorta is normal in size.

Within the pelvis, there is a 4.6 cm exophytic mass extending
anteriorly from the left side of the uterine fundus. Pelvic organs are
otherwise unremarkable. The appendix appears normal. Bony pelvis
appears intact.

IMPRESSION:

Thick-walled cavitary soft tissue mass measuring approximately 8.7 cm
in greatest diameter in the region of the pancreas and duodenum. This
contains gas and contrast and appears to connect to the duodenal

Patient:LEE, KATONIA        MRN:0000787202  Encounter:7011559      Page 1 of 4

**Lincoln/Lee 1051**

Labs/Diagnostics - 12/17/2018

<div align="center">

**Radiology Results**
**MERIT HEALTH CENTRAL**
**1850 CHADWICK DRIVE**
**JACKSON      MS 39204**

</div>

Coid: 848
Page: 2

## RADIOLOGY TEST INFORMATION

Type/source: RAD CT ABD & PELVIS W/CONTRAST      15981652      Account:  7011559
Medical Record Number: 0000787202      DOB:                      Gender:      FEMALE
Status: F                    10:24      Order Date:  12/17/2018      Patient Name: LEE, KATONIA
Result Date/Time: 12/17/2018            Order Time:  09:00      Admit Date: 12/17/2018

PHYSICIANS Dictating:  DYESS, DEREK S.                Signature: DYESS, DEREK S.

## RESULT TEXT

lumen. Mass also produces mass effect upon surrounding structures,
including partial compression of the inferior vena cava. Findings are
highly suggestive of malignancy of either pancreatic or duodenal
origin.

This CT exam was performed using one or more of the following dose
reduction techniques: Automated exposure control, adjustment of mA
and/or KV according to patient size, and/or use of iterative
reconstruction technique.

Electronically signed by:  Dr Derek Dyess, MD on 12/17/2018 10:24 AM

DT: 12/17/2018 10:18 AM    Dictated By: DYESS, DEREK S. MD
DF: 12/17/2018 10:24 AM    Signed By: DYESS, DEREK S. MD
-----------------------------------------------

Patient:LEE, KATONIA          MRN:0000787202  Encounter:7011559      Page 2 of 4

**Lincoln/Lee 1052**

Labs/Diagnostics - 12/17/2018

<div align="center">

**Radiology Results**
**MERIT HEALTH CENTRAL**
**1850 CHADWICK DRIVE**
**JACKSON      MS 39204**

</div>

Coid: 848
Page:1

## RADIOLOGY TEST INFORMATION

Type/source: RAD  CT ABD & PELVIS W/CONTRAST 15981652    **Account:**   7011559
Medical Record Number:  0000787202    **DOB:**    **Gender:**    FEMALE
Status: F                10:24    **Order Date:**   12/17/2018    **Patient Name:** LEE, KATONIA
Result Date/Time: 12/17/2018    **Order Time:**   09:00    **Admit Date:** 12/17/2018

PHYSICIANS Dictating:  DYESS, DEREK S.                Signature: DYESS, DEREK S.

## RESULT TEXT

R10.9/K26.9
UNSPECIFIED ABD PAIN
Procedure Acknowledge Date: 12/17/2018 09:50 AM

Clinical Information: UNSPECIFIED ABD PAIN

EXAM:  CT abdomen and pelvis with contrast.

PRIORS:  11/12/2018

FINDINGS:
Contiguous axial images from the mid thorax through the proximal
thighs were performed after the administration of IV contrast.

Again seen is a large (8.7 cm) cavitary mass which appears
significantly thick-walled and contains central gas as well as
contrast, which appears to be oral contrast as the cavity appears to
connect to the lumen of the duodenum. The mass is not clearly
separable from the pancreatic neck and produces significant mass
effect upon the inferior vena cava and mild mass effect upon the
portal vein and adjacent portions of the liver. The spleen, adrenal
glands, kidneys and gallbladder appear unremarkable. Bowel loops are
normal in caliber. No free air or free fluid is seen in the peritoneal
cavity. Abdominal aorta is normal in size.

Within the pelvis, there is a 4.6 cm exophytic mass extending
anteriorly from the left side of the uterine fundus. Pelvic organs are
otherwise unremarkable. The appendix appears normal. Bony pelvis
appears intact.

IMPRESSION:

Thick-walled cavitary soft tissue mass measuring approximately 8.7 cm
in greatest diameter in the region of the pancreas and duodenum. This
contains gas and contrast and appears to connect to the duodenal

Patient:LEE, KATONIA          MRN:0000787202  Encounter:7011559        Page 3 of 4

**Lincoln/Lee 1053**

Labs/Diagnostics - 12/17/2018

Radiology Results
**MERIT HEALTH CENTRAL**
**1850 CHADWICK DRIVE**
**JACKSON    MS 39204**

Coid: 848
Page:2

## RADIOLOGY TEST INFORMATION

**Type/source:** RAD  CT ABD & PELVIS W/CONTRAST    15981652    **Account:** 7011559
**Medical Record Number:** 0000787202    **DOB:**    **Gender:**    FEMALE
**Status:** F    10:24    **Order Date:** 12/17/2018    **Patient Name:** LEE, KATONIA
**Result Date/Time:** 12/17/2018    **Order Time:** 09:00    **Admit Date:** 12/17/2018

**PHYSICIANS Dictating:** DYESS, DEREK S.    **Signature:** DYESS, DEREK S.

## RESULT TEXT

lumen. Mass also produces mass effect upon surrounding structures,
including partial compression of the inferior vena cava. Findings are
highly suggestive of malignancy of either pancreatic or duodenal
origin.

This CT exam was performed using one or more of the following dose
reduction techniques: Automated exposure control, adjustment of mA
and/or KV according to patient size, and/or use of iterative
reconstruction technique.

Electronically signed by:  Dr Derek Dyess, MD on 12/17/2018 10:24 AM

DT: 12/17/2018 10:18 AM    Dictated By: DYESS, DEREK S. MD
DF: 12/17/2018 10:24 AM    Signed By: DYESS, DEREK S. MD
-------------------------------------------------

Patient: LEE, KATONIA    MRN:0000787202  Encounter:7011559    Page 4 of 4

**Lincoln/Lee 1054**

```
                         MERIT HEALTH CENTRAL
                    1850 Chadwick Drive, Jackson, MS 39204
                    Barbara Proctor, M.D.
                            EMR_DISCHARGE_REPORT

PATIENT: LEE. KATONIA                    MRN:  8480000787202    LOCATION: CMMC-2SE-2255-A
DOB:             AGE: 48  SEX: F         BILN: 4611137  DISCH.: 11/16/18

                            HEMATOLOGY
-------------------------- +------M7160081-M1------+---------------
COLLECTED                  |11/16/18 05:20         |REFERENCE RANGE
VERIFIED                   |11/16/18 06:02         |
PRIORITY, PHYSICIAN        |TIMED SMITH VANIZ, GEOR|
-------------------------- +-----------------------+---------------
M1:   Special Instructions:call results to Dr Smith-vaniz...Keep
      NPO in AM till you give the results to Dr Smith-Vaniz
Hemagrams:
WBC                        |*3.2           L  |4.0-11.0 thou/ul
RBC                        |*2.87          L  |3.93-5.22 mill/ul
HEMOGLOBIN                 |*8.2           L  |11.2-15.7 g/dl
HEMATOCRIT                 |*25.4          L  |35.0-46.0 %
MCV                        |*88.5             |79.3-95.0 fL
MCH                        |*28.6             |25.7-33.0 pg
MCHC                       |*32.3             |31.2-36.0 g/dl
RDW CV                     |*16.1          H  |11.6-15.2 %
RDW SD                     |*51.5             |36.0-52.0 fL
MPV                        |*11.0             |9.4-13.0 fL
PLATELET COUNT             |*167              |150-430 thou/ul
```

```
* - RESULT REPORTED FIRST TIME
ATT.PHYS.: BOOKHARDT, MICHAEL            MRN: 0000787202
LOCATION: 2SE-2255-A                     PATIENT: LEE, KATONIA
          KEY FOR ABNORMAL COLUMN: L-LOW, H-HIGH, AB-ABNORMAL, P-PANIC, T-TOXIC
                         HEMATOLOGY
DISCLAIMER: The Verified Date and Time represents the last test result verified on the chapter. The Date/Time next to
            the order number represents the Collected Date/Time.
267 of 974               Report Print Date and Time: 11/17/2018 03:01      Page: 1 of 34
```

Lincoln/Lee 1055

Patient:LEE, KATONIA          MRN:0000787202   Encounter:4611137    Page 2 of 34

MERIT HEALTH CENTRAL
1850 Chadwick Drive, Jackson, MS 39204
Barbara Proctor, M.D.
EMR_DISCHARGE_REPORT

PATIENT: LEE, KATONIA               MRN: 8480000787202    LOCATION: CMMC-2SE-2255-A
DOB:         AGE: 48  SEX: F         BILN: 4611137  DISCH.: 11/16/18

HEMATOLOGY

| | M7150006-M2 | | M7140014-M2 | | M7130044-M2 | | REFERENCE RANGE |
|---|---|---|---|---|---|---|---|
| COLLECTED | 11/15/18 04:50 | | 11/14/18 04:30 | | 11/13/18 04:25 | | |
| VERIFIED | 11/15/18 05:39 | | 11/14/18 05:19 | | 11/13/18 04:33 | | |
| PRIORITY, PHYSICIAN | TIMED BOOKHARDT, MICHAE | | TIMED BOOKHARDT, MICHAE | | TIMED BOOKHARDT, MICHAE | | |

M2:   NURSE TO SEND IF PT GETS PICC TODAY

Hemagrams:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WBC | *3.4 | | *3.7 | L | *4.0 | | 4.0-11.0 thou/u |
| RBC | *2.86 | | *3.12 | L | *3.13 | L | 3.93-5.22 mill/ |
| HEMOGLOBIN | *8.2 | L | *9.0 | L | *9.0 | L | 11.2-15.7 g/dl |
| HEMATOCRIT | *25.2 | L | *27.4 | L | *27.3 | L | 35.0-46.0 % |
| MCV | *88.1 | | *87.8 | | *87.2 | | 79.3-95.0 fL |
| MCH | *28.7 | | *28.8 | | *28.8 | | 25.7-33.0 pg |
| MCHC | *32.5 | | *32.8 | | *33.0 | | 31.2-36.0 g/dl |
| RDW CV | *16.2 | H | *16.4 | H | *16.4 | H | 11.6-15.2 % |
| RDW SD | *52.1 | H | *52.1 | H | *51.9 | | 36.0-52.0 fL |
| MPV | *11.4 | | *11.4 | | *11.5 | | 9.4-13.0 fL |
| PLATELET COUNT | *148 | L | *136 | L | *101 | L | 150-430 thou/ul |

* - RESULT REPORTED FIRST TIME
ATT.PHYS.: BOOKHARDT, MICHAEL          MRN: 0000787202
LOCATION:  2SE-2255-A                  PATIENT: LEE, KATONIA
       KEY FOR ABNORMAL COLUMN: L-LOW, H-HIGH, AB-ABNORMAL, P-PANIC, T-TOXIC
           HEMATOLOGY
DISCLAIMER: The Verified Date and Time represents the last test result verified on the chapter. The Date/Time next to
          the order number represents the Collected Date/Time.
268 of 974                 Report Print Date and Time: 11/17/2018 03:01     Page: 2 of 34

Lincoln/Lee 1056

Patient:LEE, KATONIA        MRN:000787202    Encounter:4611137        Page 3 of 34

```
                     MERIT HEALTH CENTRAL
                     1850 Chadwick Drive, Jackson, MS 39204
                     Barbara Proctor, M.D.
                            EMR_DISCHARGE_REPORT

PATIENT: LEE  KATONIA                MRN:  8480000787202    LOCATION: CMMC-2SE-2255-A
DOB:            AGE: 48  SEX: F      BILN: 4611137  DISCH.: 11/16/18

                     HEMATOLOGY
--------------------------  +------M7120012-H3------+------M7110062-H4------+------M7100239-M5------+--------------
COLLECTED                   |11/12/18 04:57         |11/11/18 05:20         |11/10/18 08:25         |REFERENCE RANGE
VERIFIED                    |11/12/18 07:33         |11/11/18 06:21         |11/10/18 09:34         |
PRIORITY, PHYSICIAN         |TIMED BOOKHARDT, MICHAE|TIMED BOOKHARDT, MICHAE|STAT BOOKHARDT, MICHAEL|
--------------------------  +----------------------+----------------------+----------------------+--------------
H3:   NURSE TO SEND IF PT GETS PICC TODAY
H4:   NURSE TO SEND IF PT GETS PICC TODAY
H5:   NURSE TO SEND
Hemagrams:
WBC                         |*3.5              L |*5.5              L |               |4.0-11.0 thou/u
RBC                         |*2.73             L |*3.10             L |               |3.93-5.22 mill/
HEMOGLOBIN                  |*8.0              L |*9.0              L |*9.6          L |11.2-15.7 g/dl
HEMATOCRIT                  |*23.8             L |*27.0             L |*28.0         L |35.0-46.0 %
MCV                         |*87.2               |*87.1               |               |79.3-95.0 fL
MCH                         |*29.3               |*29.0               |               |25.7-33.0 pg
MCHC                        |*33.6               |*33.3               |               |31.2-36.0 g/dl
RDW CV                      |*16.4             H |*16.6             H |               |11.6-15.2 %
RDW SD                      |*52.2             H |*52.6             H |               |36.0-52.0 fL
MPV                         |*10.9               |*12.0               |               |9.4-13.0 fL
PLATELET COUNT              |*80               L |*91               L |               |150-430 thou/ul
```

```
* - RESULT REPORTED FIRST TIME
ATT.PHYS.: BOOKHARDT, MICHAEL          MRN: 0000787202
LOCATION:  2SE-2255-A                  PATIENT: LEE, KATONIA
         KEY FOR ABNORMAL COLUMN: L-LOW, H-HIGH, AB-ABNORMAL, P-PANIC, T-TOXIC
                     HEMATOLOGY
DISCLAIMER: The Verified Date and Time represents the last test result verified on the chapter. The Date/Time next to
         the order number represents the Collected Date/Time.
269 of 974              Report Print Date and Time: 11/17/2018 03:01      Page: 3 of 34
```

Lincoln/Lee 1057

MERIT HEALTH CENTRAL
1850 Chadwick Drive, Jackson, MS 39204
Barbara Proctor, M.D.
EMR_DISCHARGE_REPORT

PATIENT: LEE, KATONIA                    MRN: 8480000787202    LOCATION: CMMC-2SE-2255-A
DOB:              AGE: 48  SEX: F          BILN: 4611137  DISCH.: 11/16/18
                              continued
                         HEMATOLOGY

| | M7120012-M3 | M7110062-M4 | M7100239-M5 | REFERENCE RANGE |
|---|---|---|---|---|
| COLLECTED | 11/12/18 04:57 | 11/11/18 05:20 | 11/10/18 08:25 | |
| VERIFIED | 11/12/18 07:33 | 11/11/18 06:21 | 11/10/18 09:34 | |
| PRIORITY, PHYSICIAN | TIMED BOOKHARDT, MICHAE | TIMED BOOKHARDT, MICHAE | STAT BOOKHARDT, MICHAEL | |

WBC Differential:
PLATELET COMMENT          | *DECREASED           |                    |                    |

* - RESULT REPORTED FIRST TIME
ATT.PHYS.: BOOKHARDT, MICHAEL          MRN: 0000787202
LOCATION:  2SE-2255-A                  PATIENT: LEE, KATONIA
          KEY FOR ABNORMAL COLUMN: L-LOW, H-HIGH, AB-ABNORMAL, P-PANIC, T-TOXIC
                         HEMATOLOGY
DISCLAIMER: The Verified Date and Time represents the last test result verified on the chapter. The Date/Time next to
          the order number represents the Collected Date/Time.

Lincoln/Lee 1058

Labs/Diagnostics - 11/12/2018

<div align="center">

**Radiology Results**
**MERIT HEALTH CENTRAL**
**1850 CHADWICK DRIVE**
**JACKSON    MS 39204**

</div>

Coid: 848
Page:1

## RADIOLOGY TEST INFORMATION

| | | | |
|---|---|---|---|
| **Type/source:** RAD CT ABDOMEN W/CONTR | **Order #:** | 15864139 | **Account:** 4611137 |
| **Medical Record Number:** 0000787202 | **DOB:** | | **Gender:** FEMALE |
| **Status:** F          13:47 | **Order Date:** | 11/12/2018 | **Patient Name:** LEE, KATONIA |
| **Result Date/Time:** 11/12/2018 | **Order Time:** | 10:12 | **Admit Date:** 11/08/2018 |

**PHYSICIANS Dictating:** OLIVER, JOSEPH ARTHUR          **Signature:** OLIVER, JOSEPH ARTHUR

### RESULT TEXT

GI BLEED
PANCREATIC MASS
Procedure Acknowledge Date: 11/12/2018 01:22 PM

Clinical Information: PANCREATIC MASS

EXAM: CT ABDOMEN AND PELVIS WITH CONTRAST

COMPARISON:  November 8, 2018

FINDINGS:

There are new trace bilateral pleural effusions with adjacent
atelectasis/infiltrates. Within the abdomen, mild periportal edema is
noted within the liver. Complex mass centered along the pancreatic
head/porta hepatis is similar in size and there is air within it today
presumably postsurgical. There are several new surgical clips anterior
to the region. Adenopathy within the upper abdomen is unchanged. There
is some new minimal trace free fluid within the abdomen. There is no
bowel obstruction.

IMPRESSION:
Complex mass/fluid collection within the midline upper abdomen is
similar in size with some new air within it that is presumably
iatrogenic.

Electronically signed by:  Dr Joseph Oliver, MD on 11/12/2018 1:47 PM

DT: 11/12/2018 01:37 PM    Dictated By: OLIVER, JOSEPH A MD
DF: 11/12/2018 01:47 PM    Signed By: OLIVER, JOSEPH A MD
----------------------------------------

**Patient:LEE, KATONIA          MRN:0000787202  Encounter:4611137          Page 1 of 2**

**Lincoln/Lee 1059**

Labs/Diagnostics - 11/10/2018

MERIT HEALTH CENTRAL
1850 Chadwick Drive, Jackson, MS 39204
Barbara Proctor, M.D.
EMR_DISCHARGE_REPORT

PATIENT: LEE, KATONIA          MRN: 8480000787202     LOCATION: CMMC-2SE-2255-A
DOB:            AGE: 48  SEX: F        BILN: 4611137  DISCH.: 11/16/18

                    HEMATOLOGY
-------------------------------  +--------M7100071--------+------M7090598-M6------+------M7090328-M7------+-----------------
COLLECTED                        |11/10/18 03:52          |11/09/18 20:30         |11/09/18 11:28         |REFERENCE RANGE
VERIFIED                         |11/10/18 04:04          |11/09/18 21:17         |11/09/18 12:12         |
PRIORITY, PHYSICIAN              |TIMED BOOKHARDT, MICHAE|TIMED BOOKHARDT, MICHAE|TIMED BOOKHARDT, MICHAE|
-------------------------------  +------------------------+-----------------------+-----------------------+-----------------
H6:   NURSE DRAW
H7:   LAB STICK
Hemagrams:
WBC                              |*7.6                    |*6.7                   |*8.0                   |4.0-11.0 thou/u
RBC                              |*3.20               L   |*2.95              L   |*2.25              L   |3.93-5.22 mill/
M8:   All Failed Deltas checked
HEMOGLOBIN                       |*9.5                L   |*8.5               L   |*6.4               CL  |11.2-15.7 g/dl
M9:   Critical results checked and verification read-back of results
      obtained. Called to D. Skinner,RN  11/09/2018  11:39 sks
HEMATOCRIT                       |*27.6               L   |*25.2              L   |*19.2              CL  |35.0-46.0 %
N1:   Critical results checked and verification read-back of results
      obtained. Called to D. Skinner,RN  11/09/2018  11:40 sks
MCV                              |*86.3                   |*85.4                  |*85.3                  |79.3-95.0 fL
MCH                              |*29.7                   |*28.8                  |*28.4                  |25.7-33.0 pg
MCHC                             |*34.4                   |*33.7                  |*33.3                  |31.2-36.0 g/dl
RDW CV                           |*16.4               H   |*15.9              H   |*17.8              H   |11.6-15.2 %
RDW SD                           |*49.6                   |*49.2                  |*55.8              H   |36.0-52.0 fL
MPV                              |*10.9                   |*10.6                  |*11.2                  |9.4-13.0 fL
PLATELET COUNT                   |*107                L   |*96                L   |*114               L   |150-430 thou/ul

* - RESULT REPORTED FIRST TIME
ATT.PHYS.: BOOKHARDT, MICHAEL          MRN: 0000787202
LOCATION:  2SE-2255-A                  PATIENT: LEE, KATONIA
      KEY FOR ABNORMAL COLUMN: L-LOW, H-HIGH, AB-ABNORMAL, P-PANIC, T-TOXIC
                    HEMATOLOGY
DISCLAIMER: The Verified Date and Time represents the last test result verified on the chapter. The Date/Time next to
            the order number represents the Collected Date/Time.
271 of 974                 Report Print Date and Time: 11/17/2018 03:01     Page: 5 of 34

Lincoln/Lee 1060

Case 5:22-cv-05075-TLB   Document 12-3   Filed 11/03/22   Page 982 of 1717 PageID #: 1086

MERIT HEALTH CENTRAL
1850 Chadwick Drive, Jackson, MS 39204
Barbara Proctor, M.D.
EMR_DISCHARGE_REPORT

PATIENT: LEE  KATONIA          MRN:  8480000787202     LOCATION: CMMC-2SE-2255-A
DOB:        AGE: 48  SEX: F         BILN: 4611137  DISCH.: 11/16/18
                              continued
                      HEMATOLOGY
------------------------------ +-------M7100071--------+------M7090598-M6------+------M7090328-M7------+----------------
COLLECTED                      |11/10/18 03:52        |11/09/18 20:30        |11/09/18 11:28        |REFERENCE RANGE
VERIFIED                       |11/10/18 04:04        |11/09/18 21:17        |11/09/18 12:12        |
PRIORITY, PHYSICIAN            |TIMED BOOKHARDT, MICHAE|TIMED BOOKHARDT, MICHAE|TIMED BOOKHARDT, MICHAE|
------------------------------ +----------------------+----------------------+----------------------+----------------

| WBC Differential: | | | | | | |
|---|---|---|---|---|---|---|
| DIFF TYPE | | | | \*MANUAL | | |
| NEUTROPHILS, SEG. | \*80.6 | H | \*77.1 | H | | 50.0-70.0 % |
| LYMPHOCYTES | \*8.3 | L | \*13.5 | L | | 20.0-40.0 % |
| MONOCYTES | \*7.7 | H | \*7.8 | H | | 1.0-6.0 % |
| EOSINOPHILS | \*2.8 | | \*1.5 | | | 1.0-5.0 % |
| BASOPHILS | \*0.1 | | \*0.1 | | | 0.0-1.0 % |
| SEGS, ABSOLUTE ANC | \*6.10 | | \*5.15 | | | 2.50-7.00 thou/ |
| LYMPHOCYTES,ABSOLUTE | \*0.63 | L | \*0.90 | | | 0.65-4.65 thou/ |
| MONOCYTES,ABSOLUTE | \*0.58 | | \*0.52 | | | 0.17-1.40 thou/ |
| EOSINOPHILS,ABSOLUTE | \*0.21 | | \*0.10 | | | 0.03-0.77 thou/ |
| BASOPHILS,ABSOLUTE | \*0.01 | | \*0.01 | | | 0.01-0.15 thou/ |
| NEUTROPHILS, SEG. | | | | | \*73 | 42-74 % |
| NEUTROPHIL BANDS | | | | | \*8 | 0-10 % |
| LYMPHOCYTES | | | | | \*15 | L | 18-44 % |
| MONOCYTES | | | | | \*3 | L | 5-13 % |
| EOSINOPHILS | | | | | \*1 | 0-8 % |
| IMM. GRANULOCYTES | \*0.5 | | \*0.1 | | | 0.0-2.0 % |
| NRBC | \*0.00 | | \*0.00 | | | /100 WBC |
| SEGS, ABSOLUTE | | | | | \*5.84 | 1.47-7.06 thou/ |
| BANDS, ABSOLUTE | | | | | \*0.64 | 0.00-1.00 thou/ |
| ANC, ABSOLUTE | | | | | \*6.48 | 1.47-7.06 thou/ |
| LYMPHOCYTES,ABSOLUTE | | | | | \*1.20 | 0.65-4.65 thou/ |
| MONOCYTES,ABSOLUTE | | | | | \*0.24 | 0.17-1.40 thou/ |
| EOSINOPHILS,ABSOLUTE | | | | | \*0.08 | 0.03-0.77 thou/ |
| IMM.GRANULOCYTES,ABS. | \*0.04 | | \*0.01 | | | 0.00-0.20 thou/ |
| PLT COMMENT | | | | | \*DECREASED | ADEQUATE |
| RBC MORPHOLOGY | | | | | \*app abnormal | app normal |
| ANISOCYTOSIS | | | | | \*SLIGHT | |
| POIKILOCYTOSIS | | | | | \*SLIGHT | |
| MICROCYTOSIS | | | | | \*SLIGHT | |
| HYPOCHROMASIA | | | | | \*SLIGHT | |
| POLYCHROMASIA | | | | | \*SLIGHT | |
| PLATELET COMMENT | | | \*DECREASED | | | |

\* - RESULT REPORTED FIRST TIME
ATT.PHYS.: BOOKHARDT, MICHAEL          MRN: 0000787202
LOCATION:  2SE-2255-A                 PATIENT: LEE, KATONIA
          KEY FOR ABNORMAL COLUMN: L-LOW, H-HIGH, AB-ABNORMAL, P-PANIC, T-TOXIC
                     HEMATOLOGY
DISCLAIMER: The Verified Date and Time represents the last test result verified on the chapter. The Date/Time next to
           the order number represents the Collected Date/Time.

Lincoln/Lee 1061

Labs/Diagnostics - 11/10/2018

<div align="center">
Radiology Results<br>
MERIT HEALTH CENTRAL<br>
1850 CHADWICK DRIVE<br>
JACKSON      MS 39204
</div>

Coid: 848
Page:1

## RADIOLOGY TEST INFORMATION

| | | |
|---|---|---|
| Type/source: RAD CH-CHEST 1V DR | Order #:      15860097 | Account:    4611137 |
| Medical Record Number: 0000787202 | DOB: | Gender:     FEMALE |
| Status:F                    16:51 | Order Date:    11/10/2018 | Patient Name: LEE, KATONIA |
| Result Date/Time: 11/10/2018 | Order Time:    16:15 | Admit Date: 11/08/2018 |

PHYSICIANS Dictating:  WELLS, RALPH P.                    Signature: WELLS, RALPH P.

### RESULT TEXT

GI BLEED
STAT/POST PICC INSERTION
Procedure Acknowledge Date: 11/10/2018 04:38 PM


Clinical Information: STAT/POST PICC INSERTION



 EXAM: CHEST 1V


CHEST AP PORTABLE


FINDINGS:
There is mild cardiomegaly accentuated by hypoaeration of the lungs.
There is pulmonary vascular congestion with some interstitial edema.
Right upper extremity PIC catheter extends across the midline to the
lateral aspect of the aortic arch probably in the superior intercostal
vein.


Electronically signed by:  Dr Ralph Wells, MD on 11/10/2018 4:51 PM


DT: 11/10/2018 04:48 PM    Dictated By: WELLS, RALPH P. MD
DF: 11/10/2018 04:51 PM    Signed By: WELLS, RALPH P. MD
-------------------------------------------------


Patient:LEE, KATONIA        MRN:0000787202  Encounter:4611137        Page 1 of 2

**Lincoln/Lee 1062**

Case 5:22-cv-05075-TLB   Document 12-3   Filed 11/03/22   Page 984 of 1717 PageID #: 1088

```
                    MERIT HEALTH CENTRAL
                    1850 Chadwick Drive, Jackson, MS 39204
                    Barbara Proctor, M.D.
                         EMR_DISCHARGE_REPORT

PATIENT: LEE  KATONIA              MRN:  8480000787202   LOCATION: CMMC-2SE-2255-A
DOB:            AGE: 48  SEX: F    BILN: 4611137  DISCH.: 11/16/18

                    HEMATOLOGY
------------------------------- +-------M7090086--------+------M7080174-N2------+------M7080173-N3------+---------------
COLLECTED                       |11/09/18 04:08         |11/08/18 19:27         |11/08/18 15:50         |REFERENCE RANGE
VERIFIED                        |11/09/18 06:06         |11/08/18 21:18         |11/08/18 16:25         |
PRIORITY, PHYSICIAN             |TIMED BOOKHARDT, MICHAE|TIMED BOOKHARDT, MICHAE|TIMED BOOKHARDT, MICHAE|
------------------------------- +-----------------------+-----------------------+-----------------------+---------------
N2:   LAB STICK
N3:   LAB STICK
Hemagrams:
WBC                             |*9.6                   |*9.5                   |*6.9                   |4.0-11.0 thou/u
RBC                             |*2.68             L    |*3.23             L    |*2.49             L    |3.93-5.22 mill/
N4:   All Failed Deltas checked
HEMOGLOBIN                      |*7.6              L    |*9.4              L    |*7.1              L    |11.2-15.7 g/dl
HEMATOCRIT                      |*23.7             L    |*27.3             L    |*21.0             L    |35.0-46.0 %
MCV                             |*88.4                  |*84.5                  |*84.3                  |79.3-95.0 fL
MCH                             |*28.4                  |*29.1                  |*28.5                  |25.7-33.0 pg
MCHC                            |*32.1                  |*34.4                  |*33.8                  |31.2-36.0 g/dl
RDW CV                          |*18.1             H    |*16.8             H    |*16.6             H    |11.6-15.2 %
RDW SD                          |*57.4             H    |*49.7                  |*50.5                  |36.0-52.0 fL
MPV                             |*11.3                  |*12.8                  |*12.3                  |9.4-13.0 fL
PLATELET COUNT                  |*109              L    |*125              L    |*87               L    |150-430 thou/ul
```

```
* - RESULT REPORTED FIRST TIME
ATT.PHYS.: BOOKHARDT, MICHAEL          MRN: 0000787202
LOCATION: 2SE-2255-A                   PATIENT: LEE, KATONIA
          KEY FOR ABNORMAL COLUMN: L-LOW, H-HIGH, AB-ABNORMAL, P-PANIC, T-TOXIC
          HEMATOLOGY
DISCLAIMER: The Verified Date and Time represents the last test result verified on the chapter. The Date/Time next to
          the order number represents the Collected Date/Time.
273 of 974               Report Print Date and Time: 11/17/2018 03:01     Page: 7 of 34
```

**Lincoln/Lee 1063**

```
                        MERIT HEALTH CENTRAL
                  1850 Chadwick Drive, Jackson, MS 39204
                   Barbara Proctor, M.D.
                        EMR_DISCHARGE_REPORT

PATIENT: LEE, KATONIA                MRN: 8480000787202   LOCATION: CMMC-2SE-2255-A
DOB:           AGE: 48  SEX: F       BILN: 4611137  DISCH.: 11/16/18
                             continued
                        HEMATOLOGY
-------------------------  +-------M7090086-------+------M7080174-N2------+------M7080173-N3------+---------------
COLLECTED                  |11/09/18 04:08         |11/08/18 19:27         |11/08/18 15:50         |REFERENCE RANGE
VERIFIED                   |11/09/18 06:06         |11/08/18 21:18         |11/08/18 16:25         |
PRIORITY, PHYSICIAN        |TIMED BOOKHARDT, MICHAE|TIMED BOOKHARDT, MICHAE|TIMED BOOKHARDT, MICHAE|
-------------------------  +----------------------+----------------------+----------------------+---------------

WBC Differential:
DIFF TYPE                  |*MANUAL                |*MANUAL                |*MANUAL                |
NEUTROPHILS, SEG.          |*74                    |*83              H     |*87              H     |42-74 %
NEUTROPHIL BANDS           |*7                     |                       |                       |0-10 %
LYMPHOCYTES                |*17             L      |*15              L     |*12              L     |18-44 %
MONOCYTES                  |*2              L      |*2               L     |*0               L     |5-13 %
EOSINOPHILS                |*0                     |*0                     |*1                     |0-8 %
SEGS, ABSOLUTE             |*7.10           H      |*7.89            H     |*6.00                  |1.47-7.06 thou/
BANDS, ABSOLUTE            |*0.67                  |                       |                       |0.00-1.00 thou/
ANC, ABSOLUTE              |*7.78           H      |                       |                       |1.47-7.06 thou/
LYMPHOCYTES,ABSOLUTE       |*1.63                  |*1.43                  |*0.83                  |0.65-4.65 thou/
MONOCYTES,ABSOLUTE         |*0.19                  |*0.19                  |*0.00                  |0.17-1.40 thou/
EOSINOPHILS,ABSOLUTE       |*0.00           L      |*0.00            L     |*0.07                  |0.03-0.77 thou/
PLT COMMENT                |*DECREASED             |*DECREASED             |*DECREASED             |ADEQUATE
RBC MORPHOLOGY             |*app abnormal          |*app abnormal          |*app abnormal          |app normal
ANISOCYTOSIS               |*FEW                   |*SLIGHT                |*1+              AB    |
POIKILOCYTOSIS             |                       |*SLIGHT                |*SLIGHT                |
MICROCYTOSIS               |                       |*SLIGHT                |*1+              AB    |
MACROCYTOSIS               |                       |*SLIGHT                |*SLIGHT                |
HYPOCHROMASIA              |                       |*SLIGHT                |*SLIGHT                |
POLYCHROMASIA              |*FEW                   |                       |                       |
SPHEROCYTES                |                       |*SLIGHT                |*SLIGHT                |
BURR CELLS                 |                       |                       |*SLIGHT                |
OVALOCYTES                 |                       |                       |*SLIGHT                |
PLATELET COMMENT           |*DECREASED             |                       |*DECREASED             |
```

```
* - RESULT REPORTED FIRST TIME
ATT.PHYS.: BOOKHARDT, MICHAEL          MRN: 0000787202
LOCATION:  2SE-2255-A                  PATIENT: LEE, KATONIA
             KEY FOR ABNORMAL COLUMN: L-LOW, H-HIGH, AB-ABNORMAL, P-PANIC, T-TOXIC
                       HEMATOLOGY
DISCLAIMER: The Verified Date and Time represents the last test result verified on the chapter. The Date/Time next to
           the order number represents the Collected Date/Time.
274 of 974                     Report Print Date and Time: 11/17/2018 03:01     Page: 8 of 34
```

**Lincoln/Lee 1064**

Labs/Diagnostics - 11/09/2018

<table>
<tr><td></td><td>Radiology Results<br>MERIT HEALTH CENTRAL<br>1850 CHADWICK DRIVE<br>JACKSON   MS 39204</td><td>Coid: 848<br>Page:1</td></tr>
</table>

**RADIOLOGY TEST INFORMATION**

**Type/source:** RAD U/S LIVER     **Order #:** 15855982     **Account:** 4611137
**Medical Record Number:** 0000787202   **DOB:**     **Gender:**   FEMALE
**Status:** F     16:48     **Order Date:** 11/09/2018   **Patient Name:** LEE, KATONIA
**Result Date/Time:** 11/09/2018    **Order Time:**   09:00     **Admit Date:** 11/08/2018

**PHYSICIANS Dictating:** RUSHING, ERIC LANE     **Signature:** RUSHING, ERIC LANE

**RESULT TEXT**

GI BLEED
US OF THE LIVER... PLEASE SEND TRANSPORT
Procedure Acknowledge Date: 11/09/2018 04:32 PM


Clinical Information: US OF THE LIVER... PLEASE SEND TRANSPORT


EXAM: Hepatic sonogram


FINDINGS: There is a large mass in the upper abdomen is demonstrated
on CT extending into the porta hepatis and displacing the left lobe of
the liver. No evidence of cholelithiasis is demonstrated. No
gallbladder wall thickening, pericholecystic fluid, or biliary ductal
dilation is demonstrated. No focal lesion is demonstrated within the
liver. The pancreas is not well visualized. No right renal abnormality
is identified. No free fluid is demonstrated within the upper abdomen.


IMPRESSION: Large mass in the central abdomen extending into the porta
hepatis displacing the left lobe the liver with no intrinsic
abnormality of the liver identified.


Electronically signed by: Dr Lane Rushing, MD on 11/9/2018 4:48 PM

DT: 11/09/2018 04:44 PM    Dictated By: RUSHING, ERIC LANE MD
DF: 11/09/2018 04:48 PM    Signed By: RUSHING, ERIC LANE MD
-------------------------------------------


**Patient:** LEE, KATONIA     **MRN:** 0000787202  **Encounter:** 4611137     **Page 1 of 2**

**Lincoln/Lee 1065**

Labs/Diagnostics - 11/09/2018

<div align="center">

**Radiology Results**
**MERIT HEALTH CENTRAL**
**1850 CHADWICK DRIVE**
**JACKSON      MS 39204**

</div>

Coid: 848
Page:1

## RADIOLOGY TEST INFORMATION

| | | | | |
|---|---|---|---|---|
| **Type/source:** RAD ANGIO VISCERAL S&I | **Order #:** | 15857259 | **Account:** | 4611137 |
| **Medical Record Number:** 0000787202 | **DOB:** | 9 | **Gender:** | FEMALE |
| **Status:** F                15:36 | **Order Date:** | 11/09/2018 | **Patient Name:** LEE, KATONIA | |
| **Result Date/Time:** 11/09/2018 | **Order Time:** | 13:07 | **Admit Date:** 11/08/2018 | |

**PHYSICIANS Dictating:** WELLS, RALPH P.                **Signature:** WELLS, RALPH P.

**RESULT TEXT**

GI BLEED
EMBOLIZATION
Procedure Acknowledge Date: 11/09/2018 03:11 PM


Clinical Information: EMBOLIZATION


VISCERAL ARTERIOGRAM WITH EMBOLIZATION WITH CONSCIOUS SEDATION


After sterile prep and drape and administration of local anesthesia
and intravenous sedation the right common femoral artery was
punctured. Catheter was advanced to the abdominal aorta and
selectively placed in the celiac axis. Contrast injection demonstrated
normal anatomy. The catheter was then advanced into the common hepatic
artery and subsequently into the gastroduodenal artery. Subselective
injection of the gastroduodenal artery showed normal anatomy with no
active hemorrhage. Microcatheter was advanced further into
gastroduodenal artery and coil embolization performed.
Follow-up injection in the common hepatic artery after the
embolization showed no contrast opacification of the gastroduodenal
artery with satisfactory coil placement.
Under physician supervision, Versed and fentanyl were administered
intravenously for moderate sedation. Pulse oximetry, heart rate, and
blood pressure were continuously monitored by an independent trained
observer. The physician spent 45 minutes of face-to-face sedation time
with the patient.
Fluoroscopy time 15.7 minutes. 18 fluoroscopic images.


IMPRESSION: Coil embolization of the gastroduodenal artery. No active
bleeding site demonstrated.

Electronically signed by:  Dr Ralph Wells, MD on 11/9/2018 3:36 PM


DT: 11/09/2018 03:28 PM    Dictated By: WELLS, RALPH P. MD
DF: 11/09/2018 03:36 PM    Signed By: WELLS, RALPH P. MD
-------------------------------------------

**Patient:LEE, KATONIA          MRN:0000787202  Encounter:4611137      Page 1 of 4**

**Lincoln/Lee 1066**

Labs/Diagnostics - 11/09/2018

<div align="center">

**Radiology Results**
**MERIT HEALTH CENTRAL**
**1850 CHADWICK DRIVE**
**JACKSON      MS 39204**

</div>

Coid: 848
Page:1

## RADIOLOGY TEST INFORMATION

**Type/source:** RAD  CH-CHEST 1V DR      **Order #:**      15858494        **Account:**   4611137
**Medical Record Number:** 0000787202     **DOB:**                          **Gender:**      FEMALE
**Status:** F                    09:23    **Order Date:**   11/10/2018       **Patient Name:** LEE, KATONIA
**Result Date/Time:** 11/10/2018          **Order Time:**   04:00           **Admit Date:** 11/08/2018

**PHYSICIANS Dictating:**  WELLS, RALPH P.          **Signature:** WELLS, RALPH P.

## RESULT TEXT

GI BLEED
SHORTNESS OF BREATH
Procedure Acknowledge Date: 11/10/2018 05:02 AM

Clinical Information: SHORTNESS OF BREATH


 EXAM: CHEST 1V

CHEST AP PORTABLE

FINDINGS:
The heart size is normal.  The lungs are hypoaerated with some mild
perihilar and basilar infiltrates unchanged in 1 day.

Electronically signed by:  Dr Ralph Wells, MD on 11/10/2018 9:23 AM

DT: 11/10/2018 09:23 AM    Dictated By: WELLS, RALPH P. MD
DF: 11/10/2018 09:23 AM    Signed By: WELLS, RALPH P. MD
------------------------------------------------

Patient:LEE, KATONIA          MRN:0000787202  Encounter:4611137      Page 1 of 2

**Lincoln/Lee 1067**

Labs/Diagnostics - 11/08/2018

From:                              To:Merit Health Central  11/12/2018 12:25      #274 P.002/003

## HubCare Pathology

Kurt G. Kratz, M. D., FCAP, Medical Director
Diplomates of American Board of Pathology

5052 West Fourth Street
Hattiesburg, MS  39402
(601)268-5995

## SURGICAL PATHOLOGY REPORT

### Client : Merit Health - Central

| | | |
|---|---|---|
| Patient Name: **Lee, Katonia** | Pt ID #: 4611137 | Accession #: **S18-19766** |
| DOB:          (Age: 48) | MRN #: 787202 | Removed:   11/8/2018 |
| Gender:       F | Location: | Received:  11/8/2018 |
| Physician(s):  Michael Bookhardt | | Reported:  11/12/2018 |
|               George Smith-Vaniz, GI | | |

### Final Diagnosis
**MICROSCOPIC EXAMINATION AND DIAGNOSIS:**
DUODENAL ULCER BIOPSY:
- FRAGMENTS OF DUODENAL MUCOSA WITH ULCERATION, GRANULATION TISSUE, AND
FIBRINOPURULENT EXUDATE CONSISTENT WITH ORIGIN FROM ULCER.
- SEE COMMENT.

COMMENT:  Although no evidence of malignancy is identified, this biopsy consists predominantly of
granulation tissue and fibrinopurulent exudate and scant fragments of duodenal mucosa; therefore,
recommend additional biopsies to completely exclude neoplasia, if clinically indicated.  Please
correlate with clinical and endoscopic findings.

Reading Location:  Merit Health River Oaks – Anatomic Pathology, 1020 River Oaks Drive, Suite 160, Flowood, MS 39232,
P(601)936-1137

Unless specified otherwise above, the quality of the H&E and any other special stains performed at HubCare Pathology, PA is
satisfactory, and any internal or external controls react appropriately.

Any immunohistochemical, image analysis, and in-situ hybridization tests included in this report that were performed at HubCare
Pathology, PA were developed and their performance characteristics determined by HubCare Pathology, PA.  They have not been
cleared or approved by the U.S. Food and Drug Administration (FDA).  The FDA has determined that such clearance or approval is not
necessary.  These tests are used for clinical purposes.  They should not be regarded as investigational or for research.  HubCare
Pathology, PA is certified under the Clinical Laboratory Improvement Act of 1988 (CLIA) as qualified to perform high complexity clinical
laboratory testing.

**\*\*\*Electronically Signed By Dinesh Rugnath, M.D. on 11/12/2018 10:10:30\*\*\***
kd/11/12/2018

### Specimen(s) Received
Duodenum, biopsy

### Clinical History
GI bleed                              Bx duodenal ulcer R/O cancer
### Gross Description

Surgical Department                                                          Page 1 of 2
*ANATOMICAL PATHOLOGY REPORT*

Patient:LEE, KATONIA          MRN:0000787202  Encounter:4611137      Page 1 of 2

**Lincoln/Lee 1068**

Labs/Diagnostics - 11/08/2018

**From:**                          To:Merit Health Central  11/12/2018 12:26        #274 P.003/003

Leo, Katonia                          **SURGICAL PATHOLOGY REPORT**                                    **S18-19766**

Specimen is received in formalin labeled with the patient's name "Katonia Lee" and "biopsy duodenal ulcer rule out cancer" and consists of multiple mucosal biopsies measuring 0.9 x 0.8 x 0.2 cm in aggregate, submitted without further sectioning in "A1" for levels.

pb/11/8/2018/DK

Surgical Department                                                                                   Page 2 of 2

*ANATOMICAL PATHOLOGY REPORT*

**Patient:LEE, KATONIA**          MRN:0000787202  Encounter:4611137        Page 2 of 2

**Lincoln/Lee 1069**

Labs/Diagnostics - 11/08/2018

```
                          MERIT HEALTH CENTRAL
                          1850 Chadwick Drive, Jackson, MS 39204
                          Barbara Proctor, M.D.
                             EMR_DISCHARGE_REPORT

PATIENT: LEE, KATONIA              MRN:  8480000787202     LOCATION: CMMC-2SE-2255-A
DOB:            AGE: 48  SEX: F     BILN: 4611137  DISCH.: 11/16/18


                          HEMATOLOGY
---------------------------   +-------M7080172-N5------+------M7080150-N6------+-------M7070609--------+---------------
COLLECTED                     |11/08/18 12:25          |11/08/18 04:03         |11/07/18 22:14         |REFERENCE RANGE
VERIFIED                      |11/08/18 13:33          |11/08/18 04:30         |11/07/18 23:13         |
PRIORITY, PHYSICIAN           |TIMED BOOKHARDT, MICHAE|TIMED JONES, JONATHAN  |STAT JONES, SHUNTE'    |
---------------------------   +-----------------------+-----------------------+-----------------------+---------------
N5:   LAB STICK
N6:   ER RM 4. Q4H.
Hemagrams:
WBC                           |*8.4                   |*9.0                   |*8.3                   |4.0-11.0 thou/u
RBC                           |*2.85             L    |*3.14             L    |*3.54             L    |3.93-5.22 mill/
HEMOGLOBIN                    |*8.2              L    |*9.1              L    |*10.2             L    |11.2-15.7 g/dl
HEMATOCRIT                   |*24.1             L    |*27.4             L    |*30.2             L    |35.0-46.0 %
MCV                           |*84.6                  |*87.3                  |*85.3                  |79.3-95.0 fL
MCH                           |*28.8                  |*29.0                  |*28.8                  |25.7-33.0 pg
MCHC                          |*34.0                  |*33.2                  |*33.8                  |31.2-36.0 g/dl
RDW CV                        |*16.0             H    |*16.0             H    |*17.1             H    |11.6-15.2 %
RDW SD                        |*47.5                  |*50.7                  |*51.3                  |36.0-52.0 fL
MPV                           |*12.4                  |                       |                       |9.4-13.0 fL
PLATELET COUNT                |*85               L    |*63               L    |*87               L    |150-430 thou/ul
```

```
* - RESULT REPORTED FIRST TIME
ATT.PHYS.: BOOKHARDT, MICHAEL           MRN: 0000787202
LOCATION:  2SE-2255-A            PATIENT: LEE, KATONIA
           KEY FOR ABNORMAL COLUMN: L-LOW, H-HIGH, AB-ABNORMAL, P-PANIC, T-TOXIC
                    HEMATOLOGY
DISCLAIMER: The Verified Date and Time represents the last test result verified on the chapter. The Date/Time next to
            the order number represents the Collected Date/Time.
275 of 974                   Report Print Date and Time: 11/17/2018 03:01      Page: 9 of 34
```

**Lincoln/Lee 1070**

MERIT HEALTH CENTRAL
1850 Chadwick Drive, Jackson, MS 39204
Barbara Proctor, M.D.
EMR_DISCHARGE_REPORT

PATIENT: LEE, KATONIA              MRN:  8480000787202     LOCATION: CMMC-2SE-2255-A
DOB:          AGE: 48  SEX: F        BILN: 4611137  DISCH.: 11/16/18
                        continued
                        HEMATOLOGY

| | M7080172-N5 | | M7080150-N6 | | M7070609 | | REFERENCE RANGE |
|---|---|---|---|---|---|---|---|
| COLLECTED | 11/08/18 12:25 | | 11/08/18 04:03 | | 11/07/18 22:14 | | |
| VERIFIED | 11/08/18 13:33 | | 11/08/18 04:30 | | 11/07/18 23:13 | | |
| PRIORITY, PHYSICIAN | TIMED BOOKHARDT, MICHAE | | TIMED JONES, JONATHAN | | STAT JONES, SHUNTE' | | |
| WBC Differential: | | | | | | | |
| NEUTROPHILS, SEG. | *78.6 | H | *76.0 | H | *79.8 | H | 50.0-70.0 % |
| LYMPHOCYTES | *12.4 | L | *13.4 | L | *11.4 | L | 20.0-40.0 % |
| MONOCYTES | *8.5 | H | *10.4 | H | *7.9 | H | 1.0-6.0 % |
| EOSINOPHILS | *0.0 | L | *0.0 | L | *0.4 | L | 1.0-5.0 % |
| BASOPHILS | *0.1 | | *0.2 | | *0.1 | | 0.0-1.0 % |
| SEGS, ABSOLUTE ANC | *6.59 | | *6.84 | | *6.65 | | 2.50-7.00 thou/ |
| LYMPHOCYTES,ABSOLUTE | *1.04 | | *1.21 | | *0.95 | | 0.65-4.65 thou/ |
| MONOCYTES,ABSOLUTE | *0.71 | | *0.94 | | *0.66 | | 0.17-1.40 thou/ |
| EOSINOPHILS,ABSOLUTE | *0.00 | L | *0.00 | L | *0.03 | | 0.03-0.77 thou/ |
| BASOPHILS,ABSOLUTE | *0.01 | | *0.02 | | *0.01 | | 0.01-0.15 thou/ |
| IMM. GRANULOCYTES | *0.4 | | *0.6 | | *0.4 | | 0.0-2.0 % |
| NRBC | *0.00 | | *0.00 | | *0.00 | | /100 WBC |
| IMM.GRANULOCYTES,ABS. | *0.03 | | *0.05 | | *0.03 | | 0.00-0.20 thou/ |
| PLATELET COMMENT | *DECREASED | | *DECREASED | | *DECREASED | | |

N7:    Few large platelets seen
       11/08/2018  13:32 OTH

* - RESULT REPORTED FIRST TIME
ATT.PHYS.: BOOKHARDT, MICHAEL            MRN: 0000787202
LOCATION:  2SE-2255-A                    PATIENT: LEE, KATONIA
           KEY FOR ABNORMAL COLUMN: L-LOW, H-HIGH, AB-ABNORMAL, P-PANIC, T-TOXIC
           HEMATOLOGY
DISCLAIMER: The Verified Date and Time represents the last test result verified on the chapter. The Date/Time next to
           the order number represents the Collected Date/Time.
276 of 974                  Report Print Date and Time: 11/17/2018 03:01      Page: 10 of 34

Lincoln/Lee 1071

Labs/Diagnostics - 11/08/2018

```
vRad TWapp13          11/8/2018 2:05:41 AM  PAGE   1/002  Fax Server
```

**vRad**®

## Merit Health Central
**Preliminary Radiology Report**

24/7/365 assistance    Call: 866.941.5695    Online chat: https://access.vrad.com

| | | | |
|---|---|---|---|
| **Patient Name:** | LEE, KATONIA | **MRN:** | 787202 |
| **DOB (Age):** | 48 | **Gender:** | F |
| **Date of Exam:** | 11/08/2018 | **Accession:** | 15850983 |
| **Referring Physician:** | JONES, SHUNTE | **# of Images:** | 998 |
| **Ordered As:** | CTA ABDOMEN/PELVIS | | |

### EXAM:
CT Angiography Abdomen and Pelvis With Intravenous Contrast

### EXAM DATE/TIME:
11/8/2018 1:09 AM

### CLINICAL HISTORY:
48 years old, female; Signs and symptoms; Other: Vomiting blood; Gi bleed

### TECHNIQUE:
Axial computed tomographic angiography images of the abdomen and pelvis with intravenous contrast material, including non-contrast images if performed.
MIP and/or 3D reconstructed images were created and reviewed.
Coronal and sagittal reformatted images were created and reviewed.
MIP reconstructed images were created and reviewed.

### COMPARISON:
No relevant prior studies available.

### FINDINGS:
**Lungs:** Gravitational atelectatic changes are noted within the lungs bilaterally. Coronary artery calcifications are present.

### VASCULATURE:
**Aorta:** No aortic aneurysm.
**Celiac Trunk and Mesenteric Arteries:** No occlusion or significant stenosis.
**Renal Arteries:** No occlusion or significant stenosis.
**Iliac Arteries:** No occlusion or significant stenosis.
**Common Femoral Arteries:** No occlusion or significant stenosis.

### ABDOMEN:
**Liver:** Geographic hepatic fatty infiltration. Multiple subcentimeter nonspecific hypodense lesions are present within the liver, which could represent simple/complex cysts, cavernous hemangiomas, or metastases.
**Gallbladder and bile ducts:** Vicarious gallbladder contrast excretion.
**Pancreas:** Unremarkable. No mass. No ductal dilation.
**Spleen:** Spleen is normal.
**Adrenals:** Bilateral adrenal hyperplasia. No adrenal mass.

46 11137

Patient:LEE, KATONIA          MRN:0000787202  Encounter:4611137          Page 1 of 2

**Lincoln/Lee 1072**

Labs/Diagnostics - 11/08/2018

```
vRad TWapp13          11/8/2018 2:05:41 AM  PAGE   2/002   Fax Server
```

| LEE, KATONIA | Accession: 15850983  MRN: 787202 | Preliminary Radiology Report |

**Kidneys and ureters:** Right kidney is normal. The kidneys are symmetrically in the renal excretion phase on initial imaging which implies an abnormally prolonged delay in image acquisition and could obscure intrarenal lithiasis. Left kidney is normal. No hydronephrosis.

**Stomach and bowel:** There is increased intraluminal colonic fluid, with colonic air-fluid levels, which can be seen with diarrheal illness versus normal variant. Enteric contrast present within colon and distal bowel loops which limits evaluation of stomach and proximal and mid small bowel. There is a large heterogeneous right upper abdominal retroperitoneal hypodense and isodense mass within region of pancreatic head and neck, which is difficult to distinguish from distal stomach and proximal duodenum, which likely contains internal fluid and hemorrhagic fluid measuring 10.6 x 9.7 x 10.1 cm, which produces mass effect upon duodenal bulb and descending duodenum. The mass displaces and narrows the main portal vein and encases the hepatic artery. The mass produces significant mass effect and displacement of inferior vena cava. The lesion could be arising from distal stomach, proximal duodenum or pancreas. No definite bowel obstruction. There is regions of increased density intermixed with punctate foci of air within the gastric lumen compatible with acute hemorrhagic fluid.

**Appendix:** No evidence of acute appendicitis.

**PELVIS:**
**Bladder:** Opacified urinary bladder.
**Reproductive:** Lobular probable fibroid uterus with unremarkable bilateral adnexae.

**ABDOMEN and PELVIS:**
**Intraperitoneal space:** No pneumoperitoneum. No free intraperitoneal fluid.
**Bones/joints:** No acute displaced fracture or osseous lesion.
**Soft tissues:** Unremarkable.
**Lymph nodes:** Mild mesenteric adenopathy. Mild abdominal retroperitoneal adenopathy at level of kidneys with associated stranding. Shotty bilateral inguinal lymph nodes.

**IMPRESSION:**
1. Large right upper abdominal mass lesion within region of pancreatic head and neck and proximal duodenum compatible with neoplasm with probable acute hemorrhagic fluid within stomach. Lymphoma could produce this appearance.
2. Adenopathy as described above. Differential diagnosis would include reactive/infectious/inflammatory adenopathy, metastatic/neoplastic adenopathy, or baseline appearance for patient.
3. Remainder of findings as described above.

Thank you for allowing us to participate in the care of your patient.

Dictated and Authenticated by: Cobb, Michael, MD
11/08/2018 2:04 AM Central Time (US & Canada)

**46 1 1 1 3 7**

**CONFIDENTIALITY STATEMENT**
This report is intended only for the use of the referring physician, and only in accordance with law. If you received this in error, call 866-941-5695

Patient: LEE, KATONIA          MRN: 0000787202  Encounter: 4611137          Page 2 of 2

**Lincoln/Lee 1073**

**Labs/Diagnostics - 11/08/2018**

**Radiology Results**
**MERIT HEALTH CENTRAL**
**1850 CHADWICK DRIVE**
**JACKSON     MS 39204**

Coid: 848
Page:1

## RADIOLOGY TEST INFORMATION

Type/source:  RAD  CTA ABD & PELVIS W/WO CONTRAST 15850983        Account:   4611137
Medical Record Number:  0000787202        DOB:        Gender:     FEMALE
Status: F                         11:45        Order Date:   11/08/2018        Patient Name: LEE, KATONIA
Result Date/Time: 11/08/2018        Order Time:   00:22        Admit Date: 11/08/2018

PHYSICIANS Dictating:  RUSHING, ERIC LANE        Signature: RUSHING, ERIC LANE

## RESULT TEXT

GI BLEED
Bed Name: 4
Procedure Acknowledge Date: 11/08/2018 01:12 AM

Clinical Information: Bed Name: 4

EXAM: CTA ABDOMEN/PELVIS WITH AND WITHOUT IV CONTRAST

COMPARISON: No priors.

CONTRAST: 99 mL of Isovue-370

TECHNIQUE: Helically acquired axial images were submitted as well as post process multiplanar reformatted MIP images. Imaging was performed from above the diaphragm through the pelvis before and after administration of contrast..

FINDINGS: Contrast is present on the noncontrast images within the gallbladder, kidneys, urinary tract, and colon, presumably from a previous outside study which is not available for comparison. There is a large mass centered over the area of the pancreatic head in the upper abdomen measuring over 10 cm in diameter. There are areas of decreased density within the mass suggesting necrosis. Periaortic adenopathy is present. Mass extends into the porta hepatis with displacement of the liver and displacement of the portal vein. Small area of partial thrombosis is present in the right portal vein. The abdominal aorta is normal in caliber and demonstrates a normal branching pattern. There is active contrast extravasation from what appears to be a gastroduodenal branch of the hepatic artery at the level of the soft tissue mass with extravasation into soft tissue mass and duodenal lumen. Dense fluid is present in the stomach which is likely blood intermixed with gastric contents.

No focal lesion is seen within the liver or spleen. The pancreas, adrenals, and kidneys have an unremarkable appearance. No

Patient:LEE, KATONIA        MRN:0000787202  Encounter:4611137        Page 1 of 4

**Lincoln/Lee 1074**

Labs/Diagnostics - 11/08/2018

<div align="center">
**Radiology Results**
**MERIT HEALTH CENTRAL**
**1850 CHADWICK DRIVE**
**JACKSON    MS 39204**
</div>

Coid: 848
Page:1

## RADIOLOGY TEST INFORMATION

| | | | |
|---|---|---|---|
| Type/source: RAD CH-CHEST 1V DR | Order #: | 15854654 | Account:  4611137 |
| Medical Record Number:  0000787202 | DOB: | | Gender:    FEMALE |
| Status: F                        19:47 | Order Date: | 11/08/2018 | Patient Name: LEE, KATONIA |
| Result Date/Time: 11/08/2018 | Order Time: | 18:32 | Admit Date: 11/08/2018 |

PHYSICIANS Dictating:  SUTHERLAND, JAMES WILLIA        Signature: SUTHERLAND, JAMES WILLIA

**RESULT TEXT**

GI BLEED
STAT LINE POST LINE PLACEMENT
Procedure Acknowledge Date: 11/08/2018 06:54 PM


Clinical Information: STAT LINE POST LINE PLACEMENT


CHEST 1V


Comparison: None.


FINDINGS: A right subclavian central venous catheters in place with
the distal portion looped on itself and the tip directed cephalad. The
catheter should be functional but repositioning is suggested. There
are bilateral infiltrates in the mid lower lungs which could represent
pulmonary edema or pneumonia. The heart is normal in size. There is no
significant osseous abnormality.


Electronically signed by:  Dr James Sutherland, MD on 11/8/2018 7:47
PM


DT: 11/08/2018 07:45 PM    Dictated By: SUTHERLAND, JAMES W MD
DF: 11/08/2018 07:47 PM    Signed By: SUTHERLAND, JAMES W MD
-------------------------------------------------


Patient:LEE, KATONIA        MRN:0000787202  Encounter:4611137        Page 1 of 2


**Lincoln/Lee 1075**

Labs/Diagnostics - 11/08/2018

Radiology Results
**MERIT HEALTH CENTRAL**
**1850 CHADWICK DRIVE**
**JACKSON    MS 39204**

Coid: 848
Page:1

## RADIOLOGY TEST INFORMATION

| | | |
|---|---|---|
| **Type/source:** RAD CH-CHEST 1V DR | **Order #:** 15855057 | **Account:** 4611137 |
| **Medical Record Number:** 0000787202 | **DOB:** | **Gender:** FEMALE |
| **Status:** F            07:48 | **Order Date:** 11/08/2018 | **Patient Name:** LEE, KATONIA |
| **Result Date/Time:** 11/09/2018 | **Order Time:** 22:37 | **Admit Date:** 11/08/2018 |

**PHYSICIANS Dictating:** WELLS, RALPH P.          **Signature:** WELLS, RALPH P.

## RESULT TEXT

GI BLEED
LINE PLACEMENT
Procedure Acknowledge Date: 11/08/2018 11:04 PM

Clinical Information: LINE PLACEMENT


 EXAM: CHEST 1V

CHEST AP PORTABLE

FINDINGS:
The heart size is normal.  There are bilateral perihilar and basilar
infiltrates greater on the left unchanged compared to earlier today.
Right subclavian catheter extends cephalad in the right neck
presumably in the internal jugular vein.

Electronically signed by:  Dr Ralph Wells, MD on 11/9/2018 7:48 AM

DT: 11/09/2018 07:47 AM    Dictated By: WELLS, RALPH P. MD
DF: 11/09/2018 07:48 AM    Signed By: WELLS, RALPH P. MD
-------------------------------------------

**Patient:** LEE, KATONIA          **MRN:** 0000787202  **Encounter:** 4611137          **Page 1 of 2**

**Lincoln/Lee 1076**

Consultations - 11/08/2018

Merit Health Central
1850 Chadwick Drive
Jackson, MS 39204
601-376-1000

Consultation

Patient: LEE, KATONIA
MRN: 787202                          Account Number: 4611137
DOB:                                 AGE:              Gender: F
Room: 1040                           Bed: U
Admit Date: 11/08/2018               Date of Service:
Attending Physician: MICHAEL         PCP:
BOOKHARDT
Dictated by: Olatunji J. Oluwatade,
MD

REASON FOR CONSULTATION:  For evaluation of intermittent high-grade fever.

HISTORY OF PRESENT ILLNESS:  This is a 49-year-old African American female with past medical history significant for hypertension, admitted on transfer from King's Daughters Hospital when she had presented with hematemesis and syncope and was transferred here for further evaluation. The patient claims since the death of her mother she had lost about 30-50 pounds.  Despite a good appetite, but she has not been able to eat.  The patient has been having intermittent high-grade fever up to 104, but in the last 24 hours, fever pattern has improved.  The patient's blood culture is negative.  The patient evaluated with a CT of the abdomen and pelvis that showed a very large malignant or parenchymal mass in the peripancreatic area extending into the porta hepatis with associated periaortic adenopathy.  The patient has been transfused with 2 units of packed red blood cells since this admission for significantly low hemoglobin and hematocrit of 6.4 and 19 respectively.  The patient with no fever in the last 24 hours.

MEDICATIONS:  The patient is on:
   1. Flagyl.
   2. Zosyn.
   3. Vancomycin.
   4. Nicardipine.
   5. Oxycodone.

PAST MEDICAL HISTORY:  As above.

FAMILY HISTORY:  Noncontributory to current presentation.

SOCIAL HISTORY:  No alcohol or tobacco use.

REVIEW OF SYSTEMS:  Comprehensive review of systems essentially as in the history of present illness.  Otherwise, all systems reviewed and negative.

PHYSICAL EXAMINATION:
GENERAL:  Nursing documentation was reviewed.
VITAL SIGNS:  Noted.
HEENT:  Normocephalic, atraumatic.  Pupils are equal, round and reactive.
NECK:  Supple.  No thyromegaly.
CHEST:  Clinically clear to auscultation.

Page 1 of 2

Patient:LEE, KATONIA          MRN:0000787202  Encounter:4611137      Page 1 of 2

**Lincoln/Lee 1077**

Consultations - 11/08/2018

Consultation

Patient: LEE. KATONIA
DOB:
MRN: 787202
Acct #: 4611137
Date of Service:

CARDIOVASCULAR: No jugular venous distention.  First and second heart
sounds are heard.  No murmurs.
ABDOMEN:  Full, soft.  Bowel sounds are normoactive.
MUSCULOSKELETAL:  No clubbing, cyanosis or edema.
SKIN:  Normal skin color.  No rashes.
CENTRAL NERVOUS SYSTEM:  Nonfocal.
LYMPHATICS:  No palpable peripheral lymphadenopathy.
PSYCHIATRIC:  Cooperative, cries easily with flat affect.

LABORATORY DATA AND IMAGING:  Reviewed.

IMPRESSION:
    1. This 49-year-old presents with high-grade intermittent fever, anemia
       and peripancreatic mass suspicious to be malignant with medications
       consisting of Norco.  The patient with intermittent low-grade fever,
       but none in the last 24 hours.  Differential diagnosis includes
       systemic inflammatory response syndrome.
    2. Peripancreatic mass (suspicious to be malignant).
    3. Anemia from gastrointestinal bleed.
    4. Serotonin-like syndrome (drug fever).

PLAN:
    1. I will streamline antibiotics with discontinuation of Flagyl,
       Diflucan and vancomycin in the next 24 hours if all cultures remain
       negative with no further evidence of an infective process.
    2. Continue with the Zosyn to cover the pneumonia, which is probably
       aspiration.  If intermittent fever continues, consider the use of
       alternative pain medicine as opioids can induce serotonin-like
       syndrome.
    3. The patient is also on nicardipine, which may induce fever-like
       syndrome.
    4. If fever is recurrent and/or persistent, I will also evaluate the
       patient with CT of the head to be sure there is no lesion in the
       thalamic center.

Thank you, Dr. Bookhardt and Dr. Smith-Vaniz evaluate for this consult.
We will follow this patient closely with you.


Olatunji J. Oluwatade, MD

DD: 11/10/2018 3:30:42 PM
DT: 11/11/2018 12:52:39 AM
TID: 181922882
CC:Olatunji J. Oluwatade

Page 2 of 2

Authenticated by OLATUNJI OLUWATADE, MD On 11/15/2018 05:29:51 PM


Patient:LEE, KATONIA        MRN:0000787202  Encounter:4611137        Page 2 of 2


**Lincoln/Lee 1078**

Consultations - 11/08/2018

Merit Health Central
1850 Chadwick Drive
Jackson, MS 39204
601-376-1000

Consultation

Patient: LEE, KATONIA
MRN: 787202                          Account Number: 4611137
DOB:                                 AGE: 48              Gender: F
Room: 2255                           Bed: A
Admit Date: 11/08/2018               Date of Service: 11/08/2018
Attending Physician: MICHAEL         PCP:
BOOKHARDT
Dictated by: George T. Smith Vaniz,
MD

DATE OF CONSULTATION:  11/08/2018 (dictation from handwritten note of that date).

HISTORY OF PRESENT ILLNESS:  Katonia is a 48-year-old female with nausea, vomiting, weight loss with abnormal CT scan and severe anemia and now vomiting.  Question of pancreatic mass on CT.

PAST SURGICAL HISTORY:  C-section x2.

HABITS:  No alcohol or tobacco.

SOCIAL HISTORY:  Married, with 2 children.

ALLERGIES:  NONE.

MEDICATIONS:  None.

REVIEW OF SYSTEMS:  The patient has been under great deal of stress last few months.  Her mother died last year.  Her husband's vision is decreased.  She has lost 30 plus pounds.  HEENT:  No headaches or dizziness.  CARDIORESPIRATORY:  No chest pain, shortness of breath.  GASTROINTESTINAL:  See present illness.  GENITOURINARY:  Unremarkable.  OB/GYN:  Gravida 2, para 2.  Musculoskeletal:  No joint abnormalities.  NEUROPSYCHIATRIC:  Depressed and weak.

PHYSICAL EXAMINATION:
GENERAL:  Reveals a 48-year-old female, slightly overweight.
VITAL SIGNS:  Blood pressure 114/62, pulse 114, afebrile.
HEENT:  Extraocular muscles intact.  Posterior pharynx okay.
NECK:  Supple.
CARDIAC:  Regular sinus rhythm.
LUNGS:  Breath sounds are decreased.
ABDOMEN:  Palpable mass and distention in the upper abdomen.  Bowel sounds decreased.  Tenderness in the upper abdomen.
EXTREMITIES:  Good pulses.  No edema.  No lateralizing neurological deficits.

LABORATORY DATA:  CT scan reveals probable mass in the upper abdomen, etiology unknown.  CBC reveals severe anemia.  CMP is relatively normal.

Page 1 of 2

**Lincoln/Lee 1079**

**Consultations - 11/08/2018**

Consultation

Patient: LEE. KATONIA
DOB:
MRN: 787202
Acct #: 4611137
Date of Service: 11/08/2018

IMPRESSION:
1.  Upper gastrointestinal bleed.
2.  Weight loss.
3.  Abnormal CT scan.
4.  Depression.

RECOMMENDATIONS AND PLAN:  Admit to ICU.  IV fluids blood, H2 blockers
when stable EGD.  Probable biopsy of the abdominal lesion.


George T. Smith Vaniz, MD

DD: 11/14/2018 6:46:35 PM
DT: 11/14/2018 7:19:06 PM
TID: 182182313
CC:George Smith Vaniz, MD

Page 2 of 2

Authenticated by GEORGE T. SMITH-VANIZ, MD On 11/19/2018 07:37:14 PM

**Lincoln/Lee 1080**

Other Records

---

## Merit Health
### Central

| ADVANCE DIRECTIVE (Y/N) | N | ACCOUNT NO. 4620350 | MEDICAL RECORDS NO. 0000787202 |
|---|---|---|---|

**PATIENT**

| ADMIT DATE / TIME | ROOM NO. | PT | FC | AGE | DATE OF BIRTH | SEX | RA | MS | LOCATION | PROGRAM |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/20/2019 00:57 | | I 1 | D | 049 | | F | 2 | M | | |

| PATIENT NAME & ADDRESS | SS NUMBER | PATIENT EMPLOYER | EMPLOYER PHONE NO. |
|---|---|---|---|
| LEE, KATONIA | ***-**-**** | WALMART | (601)684-1074 |
| US | PHONE NUMBER | | COUNTY 43LINCOLN |

**GUAR**

| RESPONSIBLE PARTY & ADDRESS | SS NUMBER | RESPONSIBLE PARTY EMPLOYER | EMPLOYER PHONE |
|---|---|---|---|
| LEE, KATONIA | ***-**-**** | WALMART | (601)684-1074 |
| US | PHONE NUMBER | | RELATIONSHIP TO PATIENT PATIENT IS GUARANTOR |

| EMERGENCY CONTACT NAME not in household | EMERGENCY CONTACT PHONE | EMERGENCY CONTACT RELATIONSHIP TO PATIENT |
|---|---|---|
| ROBINSON, MIKUS | | HUSBAND |

| COMMENTS | | MSP | PL ETH REL | PRIVACY | NPP | ADMIT. BY |
|---|---|---|---|---|---|---|
| | | ☐Y ☒N | ENG  N B | | | JRW |

| PRIVACY | EMAIL | PPI O | ACCIDENT | ACCIDENT DATE |
|---|---|---|---|---|
| | | | | |

**INSURANCE / MISC**

| PAYER | 1 | 918 | PLAN PPO | POLICY NUMBER 010036445 | DATE OF BIRTH |
|---|---|---|---|---|---|

| INSURANCE CO. NAME & ADDRESS | INSURED'S NAME |
|---|---|
| UNITED HEALTHCARE P O BOX 740800 ATLANTA  GA 30374 | LEE, KATONIA |
| | GROUP NUMBER 744173 | GROUP NAME |
| | AUTHORIZATION |

| PAYER | 2 | PLAN | POLICY NUMBER | DATE OF BIRTH |
|---|---|---|---|---|

| INSURANCE CO. NAME & ADDRESS | INSURED'S NAME |
|---|---|
| | |
| | GROUP NUMBER | GROUP NAME |
| | AUTHORIZATION |

| PAYER | 3 | PLAN | POLICY NUMBER | DATE OF BIRTH |
|---|---|---|---|---|

| INSURANCE CO. NAME & ADDRESS | INSURED'S NAME |
|---|---|
| | |
| | GROUP NUMBER | GROUP NAME |
| | AUTHORIZATION |

| DR. ADMITTING / ATTENDING | DR. FAMILY / PRIMARY CARE |
|---|---|
| KROOSS, WILLIAM F.    / | MCFIELD, SONIA LESLIE |

| CHIEF COMPLAINT | ADMITTING DIAGNOSIS |
|---|---|
| ABDOMINAL PROBLEM | INTRACTABLE ABD. PAIN |

| PRINCIPAL DIAGNOSIS (The condition established after study to be chiefly responsible for occasioning the admission of the patient to the HOSPITAL for care). | | DISCHARGE DATE/TIME |
|---|---|---|
| | *NOT FOUND* | 01/22/2019 21:28 |

FACE

4620350          0000787202

Patient:LEE, KATONIA     MRN:0000787202  Encounter:4620350     Page 1 of 1

**Lincoln/Lee 1081**

Other Records

## Merit Health
### Central

| | | | | | | ADVANCE DIRECTIVE (Y/N) N | ACCOUNT NO. 7011559 | MEDICAL RECORDS NO. 0000787202 |
|---|---|---|---|---|---|---|---|---|

**PATIENT**

| ADMIT DATE / TIME | ROOM NO. | PT | FC | AGE | DATE OF BIRTH | SEX | RA | MS | LOCATION | PROGRAM |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/17/2018 09:00 | | O C | D | 049 | | F | 2 | M | CAT | |

| PATIENT NAME & ADDRESS | SS NUMBER | PATIENT EMPLOYER | EMPLOYER PHONE NO. |
|---|---|---|---|
| LEE, KATONIA | ***-**-**** | WALMART | (601)684-1074 |
| | PHONE NUMBER | | COUNTY |
| US | | | 43LINCOLN |

**GUAR**

| RESPONSIBLE PARTY & ADDRESS | SS NUMBER | RESPONSIBLE PARTY EMPLOYER | EMPLOYER PHONE |
|---|---|---|---|
| LEE, KATONIA | ***-**-**** | WALMART | (601)684-1074 |
| | PHONE NUMBER | | RELATIONSHIP TO PATIENT |
| US | | | PATIENT IS GUARANTOR |

| EMERGENCY CONTACT NAME  not in household | EMERGENCY CONTACT PHONE | EMERGENCY CONTACT RELATIONSHIP TO PATIENT |
|---|---|---|
| ROBINSON, MIKUS | | HUSBAND |

| COMMENTS | | MSP ☐Y ☒N | PL ETH REL ENG  N B | PRIVACY | NPP | ADMIT. BY LRW |
|---|---|---|---|---|---|---|

| PRIVACY | EMAIL | PPI O | ACCIDENT | ACCIDENT DATE |
|---|---|---|---|---|

**INSURANCE**

| 1 | PAYER 918 | PLAN PPO | POLICY NUMBER 010036445 | | DATE OF BIRTH |
|---|---|---|---|---|---|
| INSURANCE CO. NAME & ADDRESS | | | INSURED'S NAME | | |
| UNITED HEALTHCARE P O BOX 740800 ATLANTA  GA 30374 | | | LEE, KATONIA 744173 | GROUP NAME | |
| | | | AUTHORIZATION | | |

| 2 | PAYER | PLAN | POLICY NUMBER | | DATE OF BIRTH |
|---|---|---|---|---|---|
| INSURANCE CO. NAME & ADDRESS | | | INSURED'S NAME | | |
| | | | GROUP NUMBER | GROUP NAME | |
| | | | AUTHORIZATION | | |

| 3 | PAYER | PLAN | POLICY NUMBER | | DATE OF BIRTH |
|---|---|---|---|---|---|
| INSURANCE CO. NAME & ADDRESS | | | INSURED'S NAME | | |
| | | | GROUP NUMBER | GROUP NAME | |
| | | | AUTHORIZATION | | |

**MISC**

| DR. ADMITTING / ATTENDING | DR. FAMILY / PRIMARY CARE |
|---|---|
| SMITH-VANIZ, GEORGE T / | MCFIELD, SONIA LESLIE |

| CHIEF COMPLAINT | ADMITTING DIAGNOSIS |
|---|---|
| R10.9/K26.9 | |

| PRINCIPAL DIAGNOSIS (the condition established after study to be chiefly responsible for occasioning the admission of the patient to the HOSPITAL for care). | DISCHARGED TO HOME | DISCHARGE DATE / TIME 12/17/2018 09:00 |
|---|---|---|

FACE

7011559          0000787202

Patient:LEE, KATONIA     MRN:0000787202   Encounter:7011559     Page 1 of 1

**Lincoln/Lee 1082**

Other Records

**Merit Health**
Central

| | | | | | | ADVANCE DIRECTIVE (Y/N) N | | ACCOUNT NO. 4611137 | | | MEDICAL RECORDS NO. 0000787202 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**PATIENT**

| ADMIT DATE / TIME | ROOM NO. | PT | FC | AGE | DATE OF BIRTH | SEX | RA | MS | LOCATION | PROGRAM |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/08/2018 02:42 | | I  1 | D | 048 | | F | 2 | M | | |

| PATIENT NAME & ADDRESS | SS NUMBER | PATIENT EMPLOYER | EMPLOYER PHONE NO. |
|---|---|---|---|
| LEE, KATONIA | ***-**-**** | WALMART | |
| | PHONE NUMBER | | COUNTY |
| US | | | 43LINCOLN |

| RESPONSIBLE PARTY & ADDRESS | SS NUMBER | RESPONSIBLE PARTY EMPLOYER | EMPLOYER PHONE |
|---|---|---|---|
| LEE, KATONIA | ***-**-**** | WALMART | |
| | PHONE NUMBER | | RELATIONSHIP TO PATIENT |
| US | | | PATIENT IS GUARANTOR |

**GUAR**

| EMERGENCY CONTACT NAME  not in household | EMERGENCY CONTACT PHONE | EMERGENCY CONTACT RELATIONSHIP TO PATIENT |
|---|---|---|
| ROBINSON, MIKUS | | HUSBAND |

| COMMENTS | | MSP ☐Y ☒N | PL ETH REL ENG  N B | PRIVACY | NFP ADMIT. BY Y  KLM |
|---|---|---|---|---|---|

| PRIVACY | EMAIL | PPI O | ACCIDENT | ACCIDENT DATE |
|---|---|---|---|---|

**INSURANCE**

| 1 | PAYER 918 | PLAN PPO | POLICY NUMBER 010036445 | DATE OF BIRTH |
|---|---|---|---|---|

| INSURANCE CO. NAME & ADDRESS | INSURED'S NAME |
|---|---|
| UNITED HEALTHCARE P O BOX 740800 ATLANTA  GA 30374 | LEE, KATONIA |
| | W058918634 744173 | GROUP NAME |
| | AUTHORIZATION | |

| 2 | PAYER | PLAN | POLICY NUMBER | DATE OF BIRTH |
|---|---|---|---|---|

| INSURANCE CO. NAME & ADDRESS | INSURED'S NAME |
|---|---|
| | |
| | GROUP NUMBER | GROUP NAME |
| | AUTHORIZATION | |

| 3 | PAYER | PLAN | POLICY NUMBER | DATE OF BIRTH |
|---|---|---|---|---|

| INSURANCE CO. NAME & ADDRESS | INSURED'S NAME |
|---|---|
| | |
| | GROUP NUMBER | GROUP NAME |
| | AUTHORIZATION | |

**MISC**

| DR. ADMITTING / ATTENDING | DR. FAMILY / PRIMARY CARE |
|---|---|
| BOOKHARDT, MICHAEL  / | *NOT FOUND* |

| CHIEF COMPLAINT | ADMITTING DIAGNOSIS |
|---|---|
| GI BLEED | UPPER GI BLEED. GASTRIC MASS |

| PRINCIPAL DIAGNOSIS (The condition established after study to be chiefly responsible for occasioning the admission of the patient to the HOSPITAL for care). | DISCHARGED TO HOME | DISCHARGE DATE/TIME 11/16/2018 17:13 |
|---|---|---|

FACE

4611137                    0000787202

Patient:LEE, KATONIA          MRN:0000787202  Encounter:4611137          Page 1 of 1

**Lincoln/Lee 1083**

Request Corr.



Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

MERIT HEALTH CENTRAL
1850 CHADWICK DR
ATTN: MEDICAL RECORDS
JACKSON, MS 39204

STAT Received SEP 0 3 2019

JUL 26 ... RECEIVED

Date:   Jul 22, 2019
Re:  Long Term Disability Benefits
Claim#  8892419        5491229
Claimant:  LEE, KATONIA
Claimant DOB:
Provider Portal:  https://portal.releasepoint.com
Access Key: CEN036

Dear  601 376 1505 MR.

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:
From November 1, 2018 to Present
RECORDS FROM ALL TREATING PROVIDERS- seen by: MERIT HEALTH
CENTRAL

We ask that you provide this information within a week of the date of this mailing. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number                    or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due. If you're a hospital, only abstract records are required: admission, history/physical, OP reports; DX summaries, etc. Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
Alter Paul Paulete
Disability Information Specialist
Phone No.:  (213) 266-5038
Fax No:



Lincoln/Lee 1084

Request Corr.

787202
11/1/208 top cress



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:
Person(s) or group(s) of persons authorized to use or disclose the information: Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

Person(s) or group(s) of persons authorized to collect or otherwise receive the information: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

Description of the information that may be used or disclosed: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

The information will be used or disclosed only for the following purpose(s): For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _Katonia Lee_

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _Katonia Lee_

Date of Birth: ___    _____ Claim Number: __8892419__ Date: _5-29-19_

A copy of this authorization will be considered as valid as the original.

4620350
7011559
4611137

pg. 1 Authorization-Standard-2018

**Lincoln/Lee 1085**

Request Corr.



**Lincoln**
**Financial Group®**

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

11/8/2018

 11/1/2018 to Present

78720C

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

To Whom It May Concern,

Liberty Life Assurance Company of Boston, a Lincoln Financial Group company, authorizes ReleasePoint to act on its behalf for the purpose of obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:
- Electronic mail to: charts@releasepoint.com
- Secure fax to: (415) 491-0277. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

Kathryn Leombruno
Director, Claims Operations
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO  63376

4620350
7011559
461137

©2016  Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

**Lincoln/Lee 1086**

# Quality Assurance Report

## Request Information

Report Date:    September 4, 2019                    RP ID: 5491229

Patient Name:  LEE, KATONIA

Provider Name: MERIT HEALTH CENTRAL

## Quality Assurance Information

Scope Requested: **From November 1, 2018 to Present**

Special Request:
RECORDS FROM ALL TREATING PROVIDERS- seen by: MERIT
HEALTH CENTRAL

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:
Scanned in best quality possible.

Chart Reviewed By:  LAGUI

**Lincoln/Lee 1087**



Date:      August 21, 2019

Subject:   **Nursing Memorandum**

*Claim#:* 8892419

*Claimant:*  Katonia Lee

*Clinical Assessment:*

   Asc with underlying human immunodeficiency virus (HIV) was diagnosed with Diffuse Large B-cell Lymphoma (DLBCL- a cancer of the lymphatic system and "B cells" which are cells that fight infection) and treats with AP Dang/oncologist. She completed 6 cycles of IV chemotherapy as well as 6 cycles of a type of chemo that is injected into spinal column; treatment was completed on 06/24/19 and records indicate treatment was done with intent to "cure". Asc tolerated chemo well but did report fatigue and was noted to have significant anemia requiring blood transfusions. On 06/24/19 Asc also reported headaches and brain MRI and PET scan were ordered. PET/CT scan done 07/10/19 showed no issues in brain, improvement in right upper quadrant lymph nodes, and new development of possible metastatic (spread of cancer) nodules in right lung; radiologist noted that the nodules may also be possible inflammation or infection. At f/u ov with AP Dang 07/15/19 AP recommended repeat diagnostics in 2 months and referred Asc to pulmonology as well.

   R&Ls of less than sedentary are supported for at least 3 more months to allow time for chemo recovery, recovery of anemia and to regain strength and stamina, and for repeat diagnostics to assess lung nodules and the possible need for additional treatment. Recommend DCM clarify with Asc whether she has been evaluated by pulmonology and obtain updated medical from AP Dang and any pulmonology provider, as well as all updated diagnostics reports in about 3 months and consider referring back to MDS at that time for further review.

   The diagnoses remain C83.30- Diffuse large B-cell lymphoma, unspecified site and B20- Human immunodeficiency virus [HIV] disease. Update provided to DCM and file removed from assignments.

Debra Abert RN
Nurse Disability Consultant, Lincoln Financial Group

FOR INTERNAL DISTRIBUTION ONLY

# FAX

## Medical Records Attached

| | |
|---|---|
| **TO:** | Records Department |
| **ORGANIZATION:** | Liberty Life Assurance Company of Boston |
| **FAX NUMBER:** | 16033347428 |
| **DATE / TIME:** | 08/01/2019        08:53:AM |
| **SUBJECT:** | KATONIA LEE(#29066844) |
| **FROM:** | Auto |
| **RETURN FAX:** | (610) 962-8421 |
| **ORGANIZATION:** | BRRC-Ochsner Health Ctr - Summa (Bluebonnet Blvd.) |

225-761-5275

**The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.**

**Any review, transmission, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited.**

**If you have received this in error, please contact MRO at (610)994-7500 Option 1, and destroy the material.**

**Lincoln/Lee 1089**

Claim Number 98984419

**Ÿ Ochsner**
Health System

## AUTHORIZATION FOR RELEASE OF CONFIDENTIAL INFORMATION

*(See back of form for facility locations)*

Patient's Name _Katonia Lee_ Date of Birth _____

Address ___ Phone # _____

I, _Katonia Lee_, hereby authorize
**FULL NAME OF PATIENT**

_Oschner Clinic Dr. Dang_ to release information specified below from my
**NAME OF HOSPITAL / PHYSICIAN / FACILITY**

medical records covering the dates of service _December 2018_ to _Present_

The information which is checked (X) below is to be released to: _Liberty Life Assurance Company of Boston_
_Group Benefits Disability Claim_

**NAME OF HOSPITAL, PHYSICIAN, SERVICE AGENCY OR THIRD PARTY (Provide fax # if hospital or physician)**

_P.O. Box 7216_ _London_ _KY_ _40742-7216_
**ADDRESS** **CITY** **STATE** **ZIP**

Purpose for Release: ☐ Medical ☒ Insurance ☐ Legal ☐ Other _____

*Purpose of Release is not required for patient/personal representative requests.*

Check off items being released:

- ☒ Discharge Summary
- ☒ Discharge Instructions/After Visit Summary
- ☒ History & Physical
- ☒ Consultation Reports
- ☒ Progress Notes

- ☒ Pathology Reports
- ☒ Laboratory
- ☒ Cardiology
- ☒ Clinic Visit
- ☒ Abstract
- ☒ Operative Report

- ☒ X-ray Report _____
- ☒ Radiology films
- ☒ ER Record
- ☒ Entire Record
- Other _____

Method of Delivery: ☐ Paper ☐ Fax # _603-334-7425_ ☐ Email _____

The patient's express authorization is required to release certain types of records, including alcohol and/or drug abuse treatment and information, HIV testing and treatment, psychiatric treatment, and genetic testing (defined in the Genetic Information Non-Discrimination Act of 2008 – GINA, section 201 7 A and B). To authorize release of this information, please read and sign the following:

I, _Katonia Lee_, authorize the release of **alcohol and/or drug abuse** treatment and information.
*(Patient's Signature)*

I, _Katonia Lee_, authorize the release of **HIV test results** and/or HIV treatment information.
*(Patient's Signature)*

I, _Katonia Lee_, authorize the release of **psychiatric** information.
*(Patient's Signature)*

I, _Katonia Lee_, authorize the release of **genetic testing** information.
*(Patient's Signature)*

In authorizing the release of the confidential information identified above, I hereby waive all restrictions or privileges imposed by law and release Ochsner Health System and its affiliates and their staff from any restriction or privilege imposed by law in connection with the disclosure or release of any professional record, observation or communication. I do understand that the information that is being released may be subject to re-disclosure by the recipient and may no longer be protected. I understand that my treatment, payment, enrollment or eligibility for benefits may not be conditioned on signing this authorization.

This authorization may be revoked in writing at any time, except to the extent that Ochsner Health System and its affiliates have already taken action in reliance on it. Letters to revoke this authorization should be addressed to Ochsner Medical Center, Release of Information Department, 1201 Dickory Avenue, Harahan, LA 70123.

If not previously revoked in writing, this authorization will terminate or expire upon (state the specific date, event, or condition): _____

**If expiration date is left blank, authorization will expire within one year.**

_Katonia Lee_ _Self_ _7-10-19_
**SIGNATURE OF PATIENT OR AUTHORIZED REPRESENTATIVE** **RELATIONSHIP TO PATIENT** **DATE SIGNED**

**ADDRESS** **PHONE NUMBER**

**SIGNATURE OF WITNESS (if patient is unable to sign)** **RELATIONSHIP TO PATIENT OR CREDENTIALS** **DATE SIGNED**

FOR HIM USE ONLY: Date Rec'd Date Processed Time Frame 07/10/2019 4:50PM (GMT-04:00)

**Lincoln/Lee 1090**

08/01/2019 8:53:51 AM -0400 FAXCOM                                          PAGE 3    OF 203

BRCH LABORATORY DRAW STATION          Lee, Katonia
17000 Medical Center Dr               MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                  Acct #: 72008186500
Continuity of Care                    Enc. Date 2/13/2019

## Visit Summary

### Diagnoses

|  | Codes | Comments |
|---|---|---|
| Diffuse large B-cell lymphoma of intra-abdominal lymph nodes | ICD-10-CM: C83.33<br>ICD-9-CM: 202.83 |  |

### Problem List as of 2/13/2019                                    Date Reviewed: **2/13/2019**

|  | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Essential hypertension | ICD-10-CM: I10<br>ICD-9-CM: 401.9 |  |  | 2/12/2018 -<br>Present |
| Diffuse large B cell lymphoma of duodenum and pancreas | ICD-10-CM: C83.30<br>ICD-9-CM: 202.80 |  |  | 1/21/2019 -<br>Present |
| Elevated LFTs | ICD-10-CM: R94.5<br>ICD-9-CM: 790.6 |  |  | 1/21/2019 -<br>Present |
| B-cell lymphoma | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 |  |  | 1/22/2019 -<br>Present |
| AIDS (acquired immune deficiency syndrome) | ICD-10-CM: B20<br>ICD-9-CM: 042 |  |  | 1/24/2019 -<br>Present |
| Lymphoma | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 |  |  | 2/11/2019 -<br>Present |
| Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 |  |  | 2/13/2019 -<br>Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 |  |  | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 |  |  | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 |  |  | 1/21/2019 -<br>1/31/2019 |

### Allergies as of 7/18/2019

No Known Allergies

### Immunizations as of 2/13/2019                                              Never Reviewed

No immunizations on file.

## Medications

### Outpatient Medications at Start of Encounter as of 2/13/2019

|  | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet**<br>Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | 30 tablet | 1 | 2/2/2019 |  |

    Erica M. Coffey, RN 2/7/2019 10:49 AM
    TAKE MORNING OF SURGERY WITH A SIP OF WATER.

**citalopram (CELEXA) 20 MG tablet**
Sig - Route: Take 20 mg by mouth once daily. - Oral
Class: Historical Med

    Erica M. Coffey, RN 2/7/2019 10:53 AM
    TAKE MORNING OF SURGERY WITH A SIP OF WATER.

**ferrous gluconate 324 mg (37.5 mg iron) Tab**
Sig - Route: Take 1 tablet by mouth once daily. - Oral
Class: Historical Med

**metoprolol tartrate (LOPRESSOR) 50 MG tablet**
Sig - Route: Take 50 mg by mouth 2 (two) times daily. - Oral

Generated on 7/18/19  8:34 AM                                                    Page 1

**Lincoln/Lee 1091**

08/01/2019 8:53:51 AM -0400 FAXCOM                                      PAGE 4   OF 203

BRCH LABORATORY DRAW STATION          Lee, Katonia
17000 Medical Center Dr               MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                  Acct #: 72008186500
Continuity of Care                    Enc. Date 2/13/2019

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 2/13/2019 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Class: Historical Med | | | | |

Erica M. Coffey, RN 2/7/2019 10:56 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **predniSONE (DELTASONE) 20 MG tablet (Expired)** | 50 tablet | 0 | 2/2/2019 | 2/12/2019 |

Sig - Route: Take 5 tablets (100 mg total) by mouth once daily. for 10 days - Oral

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amLODIPine (NORVASC) 5 MG tablet** | | | | 6/26/2019 |

Sig - Route: Take 5 mg by mouth once daily. - Oral
Class: Historical Med

Erica M. Coffey, RN 2/7/2019 10:49 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **azithromycin (ZITHROMAX) 600 MG Tab** | 10 tablet | 1 | 1/27/2019 | 2/19/2019 |

Sig - Route: Take 2 tablets (1,200 mg total) by mouth once a week. - Oral

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **emtricitabine-tenofovir 200-300 mg (TRUVADA) 200-300 mg Tab** | 30 tablet | 2 | 2/1/2019 | 2/19/2019 |

Sig - Route: Take 1 tablet by mouth once daily. - Oral

Erica M. Coffey, RN 2/7/2019 10:54 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet (Discontinued)** | 10 tablet | 0 | 2/11/2019 | 2/13/2019 |

Sig - Route: Take 1 tablet by mouth every 6 (six) hours as needed for Pain. - Oral
Earliest Fill Date: 2/11/2019
Reason for Discontinue: **Patient no longer taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **lisinopril-hydrochlorothiazide (PRINZIDE,ZESTORETIC) 20-12.5 mg per tablet** | | | | 2/19/2019 |

Sig - Route: Take 1 tablet by mouth once daily. - Oral
Class: Historical Med

Erica M. Coffey, RN 2/7/2019 10:55 AM
HOLD MORNING OF SURGERY

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **omeprazole (PRILOSEC) 20 MG capsule** | | | | 4/7/2019 |

Sig - Route: Take 20 mg by mouth 2 (two) times daily. - Oral
Class: Historical Med

Erica M. Coffey, RN 2/7/2019 10:57 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 20 tablet | 1 | 2/5/2019 | 4/22/2019 |

Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed. - Oral

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **oxyCODONE (ROXICODONE) 10 mg Tab immediate release tablet (Discontinued)** | 60 tablet | 0 | 2/1/2019 | 2/13/2019 |

Sig - Route: Take 1 tablet (10 mg total) by mouth every 4 (four) hours as needed for Pain. - Oral
Earliest Fill Date: 2/1/2019
Reason for Discontinue: **Reorder**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **prochlorperazine (COMPAZINE) 10 MG tablet** | 30 tablet | 1 | 2/5/2019 | 4/22/2019 |

Sig - Route: Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed. - Oral

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **raltegravir (ISENTRESS) 400 mg tablet** | 60 tablet | 2 | 2/1/2019 | 2/19/2019 |

Sig - Route: Take 1 tablet (400 mg total) by mouth 2 (two) times daily. - Oral

Erica M. Coffey, RN 2/7/2019 11:00 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

---

Generated on 7/18/19  8:34 AM                                              Page 2

**Lincoln/Lee 1092**

08/01/2019 8:53:51 AM -0400 FAXCOM                                          PAGE 5   OF 203

BRCH LABORATORY DRAW STATION          Lee, Katonia
17000 Medical Center Dr               MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                  Acct #: 72008186500
Continuity of Care                    Enc. Date 2/13/2019

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 2/13/2019 (continued)**

|  | Disp | Refills | Start | End |
|---|---|---|---|---|
| **sulfamethoxazole-trimethoprim 800-160mg (BACTRIM DS) 800-160 mg Tab** | 30 tablet | 1 | 2/2/2019 | 3/11/2019 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |

## All Results

Comprehensive metabolic panel [404195726] (Abnormal)        Resulted: 02/13/19 0858, Result status: Final result

Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

### Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 02/13/19 0818 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 136 | 136 - 145 mmol/L | — | BRLB |
| Potassium | 4.1 | 3.5 - 5.1 mmol/L | — | BRLB |
| Chloride | 99 | 95 - 110 mmol/L | — | BRLB |
| CO2 | 26 | 23 - 29 mmol/L | — | BRLB |
| Glucose | 102 | 70 - 110 mg/dL | — | BRLB |
| BUN, Bld | 14 | 6 - 20 mg/dL | — | BRLB |
| Creatinine | 0.8 | 0.5 - 1.4 mg/dL | — | BRLB |
| Calcium | 10.0 | 8.7 - 10.5 mg/dL | — | BRLB |
| Total Protein | 6.7 | 6.0 - 8.4 g/dL | — | BRLB |
| Albumin | 2.4 | 3.5 - 5.2 g/dL | L | BRLB |
| Total Bilirubin | 2.7 | 0.1 - 1.0 mg/dL | H | BRLB |

Comment:
For infants and newborns, interpretation of results should be based
on gestational age, weight and in agreement with clinical
observations.
Premature Infant recommended reference ranges:
Up to 24 hours............<8.0 mg/dL
Up to 48 hours...........<12.0 mg/dL
3-5 days.................<15.0 mg/dL
6-29 days................<15.0 mg/dL

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Alkaline Phosphatase | 223 | 55 - 135 U/L | H | BRLB |
| AST | 36 | 10 - 40 U/L | — | BRLB |
| ALT | 42 | 10 - 44 U/L | — | BRLB |
| Anion Gap | 11 | 8 - 16 mmol/L | — | BRLB |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 | — | BRLB |
| eGFR if non African American | >60 | >60 mL/min/1.73 m^2 | — | BRLB |

Comment:
Calculation used to obtain the estimated glomerular filtration
rate (eGFR) is the CKD-EPI equation.

CBC auto differential [404195727] (Abnormal)        Resulted: 02/13/19 0939, Result status: Final result

Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

### Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 02/13/19 0818 |

Generated on 7/18/19 8:34 AM                                                Page 3

**Lincoln/Lee 1093**

08/01/2019 8:53:51 AM -0400 FAXCOM                                    PAGE 6    OF 203

BRCH LABORATORY DRAW STATION            Lee, Katonia
17000 Medical Center Dr                 MRN: 2325810, DOB:            Sex: F
Baton Rouge LA 70816                    Acct #: 72008186500
Continuity of Care                      Enc. Date 2/13/2019

## All Results (continued)

CBC auto differential [404195727] (Abnormal) (continued)          Resulted: 02/13/19 0939, Result status: Final result

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 2.09 | 3.90 - 12.70 K/uL | L | BRLB |
| RBC | 3.07 | 4.00 - 5.40 M/uL | L | BRLB |
| Hemoglobin | 8.7 | 12.0 - 16.0 g/dL | L | BRLB |
| Hematocrit | 28.2 | 37.0 - 48.5 % | L | BRLB |
| Mean Corpuscular Volume | 92 | 82 - 98 fL | — | BRLB |
| Mean Corpuscular Hemoglobin | 28.3 | 27.0 - 31.0 pg | — | BRLB |
| Mean Corpuscular Hemoglobin Conc | 30.9 | 32.0 - 36.0 g/dL | L | BRLB |
| RDW | 17.3 | 11.5 - 14.5 % | H | BRLB |
| Platelets | 157 | 150 - 350 K/uL | — | BRLB |
| MPV | 10.5 | 9.2 - 12.9 fL | — | BRLB |
| Gran # (ANC) | 0.9 | 1.8 - 7.7 K/uL | L | BRLB |
| Lymph # | 0.6 | 1.0 - 4.8 K/uL | L | BRLB |
| Mono # | 0.4 | 0.3 - 1.0 K/uL | — | BRLB |
| Eos # | 0.2 | 0.0 - 0.5 K/uL | — | BRLB |
| Baso # | 0.01 | 0.00 - 0.20 K/uL | — | BRLB |
| Gran% | 45.9 | 38.0 - 73.0 % | — | BRLB |
| Lymph% | 26.8 | 18.0 - 48.0 % | — | BRLB |
| Mono% | 20.1 | 4.0 - 15.0 % | H | BRLB |
| Eosinophil% | 8.6 | 0.0 - 8.0 % | H | BRLB |
| Basophil% | 0.5 | 0.0 - 1.9 % | — | BRLB |
| Platelet Estimate | Appears normal | — | — | BRLB |
| Aniso | Slight | — | — | BRLB |
| Poik | Slight | — | — | BRLB |
| Poly | Occasional | — | — | BRLB |
| Hypo | CANCELED | — | — | BRLB |
| Comment:  Result canceled by the ancillary. | | | | |
| Ovalocytes | Occasional | — | — | BRLB |
| Target Cells | Occasional | — | — | BRLB |
| Tear Drop Cells | Occasional | — | — | BRLB |
| Stomatocytes | Present | — | — | BRLB |
| Spherocytes | Moderate | — | — | BRLB |
| Schistocytes | Present | — | — | BRLB |
| Differential Method | Automated | — | — | BRLB |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 393 - BRLB | OCHSNER MEDICAL CENTER - BATON ROUGE | Jeremy Spencer, M.D. | 17000 Medical Center Drive Baton Rouge LA 70816 | 09/14/17 1554 - Present |

## Notes

### H&P Notes

No notes of this type exist for this encounter.

Generated on 7/18/19  8:34 AM                                    Page 4

**Lincoln/Lee 1094**

08/01/2019 8:53:51 AM -0400 FAXCOM                                    PAGE 7    OF 203

BRCC HEMATOLOGY ONCOLOGY                 Lee, Katonia
OCHSNER, BATON ROUGE REGION              MRN: 2325810, DOB:          Sex: F
Continuity of Care                       Acct #: 72008186441
                                         Enc. Date 2/13/2019

## Visit Summary

### Diagnoses

| | Codes | Comments |
|---|---|---|
| Diffuse large B-cell lymphoma of intra-abdominal lymph nodes - Primary | ICD-10-CM: C83.33 ICD-9-CM: 202.83 | |
| Pain | ICD-10-CM: R52 ICD-9-CM: 780.96 | |

### Problem List as of 2/13/2019                                        Date Reviewed: **2/13/2019**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 2/12/2018 - Present |
| **Diffuse large B cell lymphoma of duodenum and pancreas** | ICD-10-CM: C83.30 ICD-9-CM: 202.80 | | | 1/21/2019 - Present |
| **Elevated LFTs** | ICD-10-CM: R94.5 ICD-9-CM: 790.6 | | | 1/21/2019 - Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10 ICD-9-CM: 202.80 | | | 1/22/2019 - Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20 ICD-9-CM: 042 | | | 1/24/2019 - Present |
| **Lymphoma** | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | | | 2/11/2019 - Present |
| **Pain** | ICD-10-CM: R52 ICD-9-CM: 780.96 | | | 2/13/2019 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | | | 1/21/2019 - 1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | | | 1/21/2019 - 2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | | | 1/21/2019 - 1/31/2019 |

### Allergies as of 7/18/2019

No Known Allergies

### Immunizations as of 2/13/2019                                        Never Reviewed

No immunizations on file.

## Medications

### Outpatient Medications at Start of Encounter as of 2/13/2019

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet (Taking)** | 30 tablet | 1 | 2/2/2019 | |

Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral

> Erica M. Coffey, RN 2/7/2019 10:49 AM
> TAKE MORNING OF SURGERY WITH A SIP OF WATER.

**citalopram (CELEXA) 20 MG tablet (Taking)**
Sig - Route: Take 20 mg by mouth once daily. - Oral
Class: Historical Med

> Erica M. Coffey, RN 2/7/2019 10:53 AM
> TAKE MORNING OF SURGERY WITH A SIP OF WATER.

Generated on 7/18/19  8:34 AM                                          Page 5

**Lincoln/Lee 1095**

BRCC HEMATOLOGY ONCOLOGY          Lee, Katonia
OCHSNER, BATON ROUGE REGION       MRN: 2325810, DOB:          Sex: F
Continuity of Care                Acct #: 72008186441
                                  Enc. Date 2/13/2019

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 2/13/2019 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking)** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| **amLODIPine (NORVASC) 5 MG tablet (Taking)** | | | | 6/26/2019 |
| Sig - Route: Take 5 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
|     Erica M. Coffey, RN 2/7/2019 10:49 AM | | | | |
|     TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **azithromycin (ZITHROMAX) 600 MG Tab (Taking)** | 10 tablet | 1 | 1/27/2019 | 2/19/2019 |
| Sig - Route: Take 2 tablets (1,200 mg total) by mouth once a week. - Oral | | | | |
| **emtricitabine-tenofovir 200-300 mg (TRUVADA) 200-300 mg Tab (Taking)** | 30 tablet | 2 | 2/1/2019 | 2/19/2019 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
|     Erica M. Coffey, RN 2/7/2019 10:54 AM | | | | |
|     TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **lisinopril-hydrochlorothiazide (PRINZIDE,ZESTORETIC) 20-12.5 mg per tablet (Taking)** | | | | 2/19/2019 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
|     Erica M. Coffey, RN 2/7/2019 10:55 AM | | | | |
|     HOLD MORNING OF SURGERY | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking)** | 20 tablet | 1 | 2/5/2019 | 4/22/2019 |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed. - Oral | | | | |
| **prochlorperazine (COMPAZINE) 10 MG tablet (Taking)** | 30 tablet | 1 | 2/5/2019 | 4/22/2019 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed. - Oral | | | | |
| **raltegravir (ISENTRESS) 400 mg tablet (Taking)** | 60 tablet | 2 | 2/1/2019 | 2/19/2019 |
| Sig - Route: Take 1 tablet (400 mg total) by mouth 2 (two) times daily. - Oral | | | | |
|     Erica M. Coffey, RN 2/7/2019 11:00 AM | | | | |
|     TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **sulfamethoxazole-trimethoprim 800-160mg (BACTRIM DS) 800-160 mg Tab (Taking)** | 30 tablet | 1 | 2/2/2019 | 3/11/2019 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| **metoprolol tartrate (LOPRESSOR) 50 MG tablet** | | | | |
| Sig - Route: Take 50 mg by mouth 2 (two) times daily. - Oral | | | | |
| Class: Historical Med | | | | |
|     Erica M. Coffey, RN 2/7/2019 10:56 AM | | | | |
|     TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **predniSONE (DELTASONE) 20 MG tablet (Expired)** | 50 tablet | 0 | 2/2/2019 | 2/12/2019 |
| Sig - Route: Take 5 tablets (100 mg total) by mouth once daily. for 10 days - Oral | | | | |
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet** | 10 tablet | 0 | 2/11/2019 | 2/13/2019 |
| Sig - Route: Take 1 tablet by mouth every 6 (six) hours as needed for Pain. - Oral | | | | |
| Earliest Fill Date: 2/11/2019 | | | | |

Generated on 7/18/19  8:34 AM                                          Page 6

**Lincoln/Lee 1096**

08/01/2019 8:53:51 AM -0400 FAXCOM                                          PAGE 9    OF 203

BRCC HEMATOLOGY ONCOLOGY            Lee, Katonia
OCHSNER, BATON ROUGE REGION         MRN: 2325810, DOB:              Sex: F
Continuity of Care                  Acct #: 72008186441
                                    Enc. Date 2/13/2019

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 2/13/2019 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **omeprazole (PRILOSEC) 20 MG capsule** | | | | 4/7/2019 |
| Sig - Route: Take 20 mg by mouth 2 (two) times daily. - Oral | | | | |
| Class: Historical Med | | | | |
| Erica M. Coffey, RN 2/7/2019 10:57 AM TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **oxyCODONE (ROXICODONE) 10 mg Tab immediate release tablet** | 60 tablet | 0 | 2/1/2019 | 2/13/2019 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every 4 (four) hours as needed for Pain. - Oral | | | | |
| Earliest Fill Date: 2/1/2019 | | | | |

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet (Taking)** | 30 tablet | 1 | 2/2/2019 | |
| Sig: Take 1 tablet (300 mg total) by mouth once daily. | | | | |
| Route: Oral | | | | |
| **citalopram (CELEXA) 20 MG tablet (Taking)** | | | | |
| Sig: Take 20 mg by mouth once daily. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking)** | | | | |
| Sig: Take 1 tablet by mouth once daily. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| **amLODIPine (NORVASC) 5 MG tablet (Taking/Discontinued)** | | | | 6/26/2019 |
| Sig: Take 5 mg by mouth once daily. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **azithromycin (ZITHROMAX) 600 MG Tab (Taking/Discontinued)** | 10 tablet | 1 | 1/27/2019 | 2/19/2019 |
| Sig: Take 2 tablets (1,200 mg total) by mouth once a week. | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Patient no longer taking** | | | | |
| **emtricitabine-tenofovir 200-300 mg (TRUVADA) 200-300 mg Tab (Taking/Discontinued)** | 30 tablet | 2 | 2/1/2019 | 2/19/2019 |
| Sig: Take 1 tablet by mouth once daily. | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Alternate therapy** | | | | |
| **lisinopril-hydrochlorothiazide (PRINZIDE,ZESTORETIC) 20-12.5 mg per tablet (Taking/Discontinued)** | | | | 2/19/2019 |
| Sig: Take 1 tablet by mouth once daily. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Patient no longer taking** | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking/Discontinued)** | 20 tablet | 1 | 2/5/2019 | 4/22/2019 |
| Sig: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed. | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **prochlorperazine (COMPAZINE) 10 MG tablet (Taking/Discontinued)** | 30 tablet | 1 | 2/5/2019 | 4/22/2019 |
| Sig: Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed. | | | | |

Generated on 7/18/19  8:34 AM                                               Page 7

**Lincoln/Lee 1097**

| | | | | |
|---|---|---|---|---|
| BRCC HEMATOLOGY ONCOLOGY | | Lee, Katonia | | |
| OCHSNER, BATON ROUGE REGION | | MRN: 2325810, DOB: | Sex: F | |
| Continuity of Care | | Acct #: 72008186441 | | |
| | | Enc. Date 2/13/2019 | | |

## Medications (continued)

**Medications the Patient Reported Taking (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Route: Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **raltegravir (ISENTRESS) 400 mg tablet** **(Taking/Discontinued)** | 60 tablet | 2 | 2/1/2019 | 2/19/2019 |
| Sig: Take 1 tablet (400 mg total) by mouth 2 (two) times daily. | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Alternate therapy** | | | | |
| **sulfamethoxazole-trimethoprim 800-160mg** **(BACTRIM DS) 800-160 mg Tab** **(Taking/Discontinued)** | 30 tablet | 1 | 2/2/2019 | 3/11/2019 |
| Sig: Take 1 tablet by mouth once daily. | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |

**Ordered Medications**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **oxyCODONE (ROXICODONE) 10 mg Tab immediate** **release tablet** | 100 tablet | 0 | 2/13/2019 | 3/15/2019 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed for Pain. - Oral | | | | |
| Earliest Fill Date: 2/13/2019 | | | | |
| **oxyCODONE (OXYCONTIN) 10 mg 12 hr tablet** **(Discontinued)** | 60 each | 0 | 2/13/2019 | 4/1/2019 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every 12 (twelve) hours. - Oral | | | | |
| Earliest Fill Date: 2/13/2019 | | | | |
| Reason for Discontinue: **Reorder** | | | | |

## Progress Notes

**Progress Notes by Long H. Dang, MD at 2/13/2019 8:40 AM**

| | | |
|---|---|---|
| Author: Long H. Dang, MD | Service: — | Author Type: Physician |
| Filed: 2/13/2019 12:39 PM | Encounter Date: 2/13/2019 | Creation Time: 2/13/2019 9:54 AM |
| Status: Signed | Editor: Long H. Dang, MD (Physician) | |

**Subjective:**

**Patient ID:** Katonia Lee is a 49 y.o. female.

**Chief Complaint:** DLBC lymphoma

HPI: We have an opportunity to see Ms. Katonia Lee in Hematology Oncology clinic at Ochsner Medical Center on 02/13/2019. Ms. Katonia Lee is a 49 y.o. woman recently diagnosed with HIV and found to have diffuse B-cell lymphoma. Was given rituxan, cytoxan, prednisone in inpatient. Presents today for evaluation for outpatient RCHOP cycle 1. Reported back pain.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Cancer *lymphoma]* | |
| • Diffuse large B cell lymphoma of duodenum and pancreas | 1/21/2019 |
| • Encounter for blood transfusion | |
| • HIV (human immunodeficiency virus infection) | |

Generated on 7/18/19  8:34 AM                                                      Page 8

**Lincoln/Lee 1098**

BRCC HEMATOLOGY ONCOLOGY          Lee, Katonia
OCHSNER, BATON ROUGE REGION       MRN: 2325810, DOB:          Sex: F
Continuity of Care                Acct #: 72008186441
                                  Enc. Date 2/13/2019

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 2/13/2019 8:40 AM (continued)**

- Hypertension
- Stomach ulcer
  *bleeding*

**Family History**

| Problem | Relation | Age of Onset |
|---------|----------|--------------|
| • Cancer | Paternal Grandmother | |

**Social History**

**Socioeconomic History**
- Marital status:            Unknown
    Spouse name:             Not on file
- Number of children:        Not on file
- Years of education:        Not on file
- Highest education level:   Not on file

**Social Needs**
- Financial resource strain:    Not on file
- Food insecurity - worry:      Not on file
- Food insecurity - inability:  Not on file
- Transportation needs -        Not on file
  medical:
- Transportation needs - non-   Not on file
  medical:

**Occupational History**
- Not on file

**Tobacco Use**
- Smoking status:       Never Smoker
- Smokeless tobacco:    Never Used

**Substance and Sexual Activity**
- Alcohol use:      No
    Frequency:      Never
- Drug use:         No
- Sexual activity:  Not on file

**Other Topics**          Concern
- Not on file

**Social History Narrative**
- Not on file

**Past Surgical History:**

| Procedure | Laterality | Date |
|-----------|------------|------|
| • CESAREAN SECTION | | |
| • ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY) | N/A | 1/25/2019 |
| *Performed by Janak N. Shah, MD at NOMH ENDO (2ND FLR)* | | |
| • ESOPHAGOGASTRODUODENOSCOPY | | |
| • INSERTION, VENOUS ACCESS PORT | Left | 2/11/2019 |
| *Performed by Kyle A Jakob, MD at BRMH OR* | | |

**Lincoln/Lee 1099**

| BRCC HEMATOLOGY ONCOLOGY | Lee, Katonia | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION | MRN: 2325810, DOB: | Sex: F |
| Continuity of Care | Acct #: 72008186441 | |
| | Enc. Date 2/13/2019 | |

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 2/13/2019 8:40 AM (continued)**

### Current Outpatient Medications

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • allopurinol (ZYLOPRIM) 300 MG tablet | Take 1 tablet (300 mg total) by mouth once daily. (Patient taking differently: Take 300 mg by mouth every morning. ) | 30 tablet | 1 |
| • amLODIPine (NORVASC) 5 MG tablet | Take 5 mg by mouth once daily. | | |
| • azithromycin (ZITHROMAX) 600 MG Tab | Take 2 tablets (1,200 mg total) by mouth once a week. | 10 tablet | 1 |
| • citalopram (CELEXA) 20 MG tablet | Take 20 mg by mouth once daily. | | |
| • emtricitabine-tenofovir 200-300 mg (TRUVADA) 200-300 mg Tab | Take 1 tablet by mouth once daily. | 30 tablet | 2 |
| • ferrous gluconate 324 mg (37.5 mg iron) Tab | Take 1 tablet by mouth 2 (two) times daily. | | |
| • lisinopril-hydrochlorothiazide (PRINZIDE,ZESTORETIC) 20-12.5 mg per tablet | Take 1 tablet by mouth once daily. | | |
| • ondansetron (ZOFRAN-ODT) 8 MG TbDL | Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed. | 20 tablet | 1 |
| • prochlorperazine (COMPAZINE) 10 MG tablet | Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed. | 30 tablet | 1 |
| • raltegravir (ISENTRESS) 400 mg tablet | Take 1 tablet (400 mg total) by mouth 2 (two) times daily. | 60 tablet | 2 |
| • sulfamethoxazole-trimethoprim 800-160mg (BACTRIM DS) 800-160 mg Tab | Take 1 tablet by mouth once daily. | 30 tablet | 1 |
| • metoprolol tartrate (LOPRESSOR) 50 MG tablet | Take 50 mg by mouth 2 (two) times daily. | | |
| • omeprazole (PRILOSEC) 20 MG capsule | Take 20 mg by mouth 2 (two) times daily. | | |
| • oxyCODONE (OXYCONTIN) | Take 1 tablet (10 mg | 60 each | 0 |

Generated on 7/18/19 8:34 AM                                                    Page 10

**Lincoln/Lee 1100**

| BRCC HEMATOLOGY ONCOLOGY<br>OCHSNER, BATON ROUGE REGION<br>Continuity of Care | Lee, Katonia<br>MRN: 2325810, DOB:<br>Acct #: 72008186441<br>Enc. Date 2/13/2019 | Sex: F |
|---|---|---|

### Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 2/13/2019  8:40 AM (continued)**

| 10 mg 12 hr tablet | total) by mouth every<br>12 (twelve) hours. | | |
|---|---|---|---|
| • oxyCODONE (ROXICODONE)<br>10 mg Tab immediate release<br>tablet | Take 1 tablet (10 mg<br>total) by mouth every<br>6 (six) hours as<br>needed for Pain. | 100 tablet | 0 |

No current facility-administered medications for this visit.

## Labs:
### Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 2.09 (L) | 02/13/2019 |
| HGB | 8.7 (L) | 02/13/2019 |
| HCT | 28.2 (L) | 02/13/2019 |
| MCV | 92 | 02/13/2019 |
| PLT | 157 | 02/13/2019 |

### BMP
### Lab Results

| Component | Value | Date |
|---|---|---|
| NA | 136 | 02/13/2019 |
| K | 4.1 | 02/13/2019 |
| CL | 99 | 02/13/2019 |
| CO2 | 26 | 02/13/2019 |
| BUN | 14 | 02/13/2019 |
| CREATININE | 0.8 | 02/13/2019 |
| CALCIUM | 10.0 | 02/13/2019 |
| ANIONGAP | 11 | 02/13/2019 |
| ESTGFRAFRICA | >60 | 02/13/2019 |
| EGFRNONAA | >60 | 02/13/2019 |

### Lab Results

| Component | Value | Date |
|---|---|---|
| ALT | 42 | 02/13/2019 |
| AST | 36 | 02/13/2019 |
| ALKPHOS | 223 (H) | 02/13/2019 |
| BILITOT | 2.7 (H) | 02/13/2019 |

No results found for: IRON, TIBC, FERRITIN, SATURATEDIRO
No results found for: VITAMINB12
No results found for: FOLATE

### Lab Results

| Component | Value | Date |
|---|---|---|
| TSH | 1.014 | 01/23/2019 |

**Lincoln/Lee 1101**

BRCC HEMATOLOGY ONCOLOGY
OCHSNER, BATON ROUGE REGION
Continuity of Care

Lee, Katonia
MRN: 2325810, DOB:    Sex: F
Acct #: 72008186441
Enc. Date 2/13/2019

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 2/13/2019 8:40 AM (continued)**

Review of Systems
Constitutional: Negative for activity change and appetite change.
HENT: Negative for congestion and dental problem.
Eyes: Negative for discharge and itching.
Respiratory: Negative for apnea and chest tightness.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal distention and abdominal pain.
Endocrine: Negative for cold intolerance and heat intolerance.
Genitourinary: Negative for difficulty urinating and dysuria.
Musculoskeletal: Negative for arthralgias and back pain.
Skin: Negative for color change and pallor.
Allergic/Immunologic: Negative for environmental allergies and food allergies.
Neurological: Negative for dizziness and facial asymmetry.
Hematological: Negative for adenopathy. Does not bruise/bleed easily.
Psychiatric/Behavioral: Negative for agitation and behavioral problems.

ECOG SCORE
    1 - Restricted in strenuous activity-ambulatory and able to carry out work of a light nature

## Objective:

Vitals:
            02/13/19 0852
BP:         136/85
Pulse:      71
Temp:       97.6 °F (36.4 °C)
Body mass index is 22.78 kg/m².
Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Eyes: EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. Bowel sounds are normal.
Musculoskeletal: Normal range of motion. She exhibits no edema.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.

**Lincoln/Lee 1102**

| | | |
|---|---|---|
| BRCC HEMATOLOGY ONCOLOGY<br>OCHSNER, BATON ROUGE REGION<br>Continuity of Care | Lee, Katonia<br>MRN: 2325810, DOB:<br>Acct #: 72008186441<br>Enc. Date 2/13/2019 | Sex: F |

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 2/13/2019 8:40 AM (continued)**

### Assessment:

1.    **Diffuse large B-cell lymphoma of intra-abdominal lymph nodes**
2.    Pain

### Plan:

**Diffuse large B-cell lymphoma of intra-abdominal lymph nodes**
Will start RCHOP today, with dose reduction doxorubicin.
Await insurance authorization for baseline PET.
-    CBC auto differential; Future; Expected date: 02/20/2019
-    Comprehensive metabolic panel; Future; Expected date: 02/20/2019

**Pain**
-    oxyCODONE (ROXICODONE) 10 mg Tab immediate release tablet; Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed for Pain.  Dispense: 100 tablet; Refill: 0
-    oxyCODONE (OXYCONTIN) 10 mg 12 hr tablet; Take 1 tablet (10 mg total) by mouth every 12 (twelve) hours.  Dispense: 60 each; Refill: 0

**HIV**
Will make sure has follow up to see ID for ongoing treatment

Electronically signed by Long H. Dang, MD on 2/13/2019 12:39 PM

**H&P Notes**

No notes of this type exist for this encounter.

**Lincoln/Lee 1103**

BRCH LABORATORY DRAW STATION                    Lee, Katonia
17000 Medical Center Dr                         MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                            Acct #: 72008216821
Continuity of Care                              Enc. Date 2/18/2019

## Visit Summary

### Diagnoses

| | Codes | Comments |
|---|---|---|
| Diffuse large B-cell lymphoma of intra-abdominal lymph nodes | ICD-10-CM: C83.33<br>ICD-9-CM: 202.83 | |

### Problem List as of 2/18/2019                                    Date Reviewed: 2/13/2019

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Essential hypertension | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| Diffuse large B cell lymphoma of duodenum and pancreas | ICD-10-CM: C83.30<br>ICD-9-CM: 202.80 | | | 1/21/2019 -<br>Present |
| Elevated LFTs | ICD-10-CM: R94.5<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| B-cell lymphoma | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| AIDS (acquired immune deficiency syndrome) | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| Lymphoma | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |

### Allergies as of 7/18/2019

No Known Allergies

### Immunizations as of 2/18/2019                                         Never Reviewed

No immunizations on file.

## Medications

### Outpatient Medications at Start of Encounter as of 2/18/2019

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| allopurinol (ZYLOPRIM) 300 MG tablet | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |

> Erica M. Coffey, RN 2/7/2019 10:49 AM
> TAKE MORNING OF SURGERY WITH A SIP OF WATER.

**citalopram (CELEXA) 20 MG tablet**
Sig - Route: Take 20 mg by mouth once daily. - Oral
Class: Historical Med

> Erica M. Coffey, RN 2/7/2019 10:53 AM
> TAKE MORNING OF SURGERY WITH A SIP OF WATER.

**ferrous gluconate 324 mg (37.5 mg iron) Tab**
Sig - Route: Take 1 tablet by mouth once daily. - Oral
Class: Historical Med

Generated on 7/18/19  8:34 AM                                              Page 14

**Lincoln/Lee 1104**

08/01/2019 8:53:51 AM -0400 FAXCOM                                    PAGE 17   OF 203

BRCH LABORATORY DRAW STATION          Lee, Katonia
17000 Medical Center Dr               MRN: 2325810, DOB:        Sex: F
Baton Rouge LA 70816                  Acct #: 72008216821
Continuity of Care                    Enc. Date 2/18/2019

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 2/18/2019 (continued)**

|  | Disp | Refills | Start | End |
|---|---|---|---|---|
| **metoprolol tartrate (LOPRESSOR) 50 MG tablet**<br>Sig - Route: Take 50 mg by mouth 2 (two) times daily. - Oral<br>Class: Historical Med |  |  |  |  |
| Erica M. Coffey, RN 2/7/2019 10:56 AM<br>TAKE MORNING OF SURGERY WITH A SIP OF WATER. |  |  |  |  |
| **oxyCODONE (ROXICODONE) 10 mg Tab immediate release tablet**<br>Sig - Route: Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed for Pain. - Oral<br>Earliest Fill Date: 2/13/2019 | 100 tablet | 0 | 2/13/2019 | 3/15/2019 |
| **amLODIPine (NORVASC) 5 MG tablet**<br>Sig - Route: Take 5 mg by mouth once daily. - Oral<br>Class: Historical Med |  |  |  | 6/26/2019 |
| Erica M. Coffey, RN 2/7/2019 10:49 AM<br>TAKE MORNING OF SURGERY WITH A SIP OF WATER. |  |  |  |  |
| **azithromycin (ZITHROMAX) 600 MG Tab**<br>Sig - Route: Take 2 tablets (1,200 mg total) by mouth once a week. - Oral | 10 tablet | 1 | 1/27/2019 | 2/19/2019 |
| **emtricitabine-tenofovir 200-300 mg (TRUVADA) 200-300 mg Tab**<br>Sig - Route: Take 1 tablet by mouth once daily. - Oral | 30 tablet | 2 | 2/1/2019 | 2/19/2019 |
| Erica M. Coffey, RN 2/7/2019 10:54 AM<br>TAKE MORNING OF SURGERY WITH A SIP OF WATER. |  |  |  |  |
| **lisinopril-hydrochlorothiazide (PRINZIDE,ZESTORETIC) 20-12.5 mg per tablet**<br>Sig - Route: Take 1 tablet by mouth once daily. - Oral<br>Class: Historical Med |  |  |  | 2/19/2019 |
| Erica M. Coffey, RN 2/7/2019 10:55 AM<br>HOLD MORNING OF SURGERY |  |  |  |  |
| **omeprazole (PRILOSEC) 20 MG capsule**<br>Sig - Route: Take 20 mg by mouth 2 (two) times daily. - Oral<br>Class: Historical Med |  |  |  | 4/7/2019 |
| Erica M. Coffey, RN 2/7/2019 10:57 AM<br>TAKE MORNING OF SURGERY WITH A SIP OF WATER. |  |  |  |  |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL**<br>Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed. - Oral | 20 tablet | 1 | 2/5/2019 | 4/22/2019 |
| **oxyCODONE (OXYCONTIN) 10 mg 12 hr tablet**<br>Sig - Route: Take 1 tablet (10 mg total) by mouth every 12 (twelve) hours. - Oral<br>Earliest Fill Date: 2/13/2019 | 60 each | 0 | 2/13/2019 | 4/1/2019 |
| **prochlorperazine (COMPAZINE) 10 MG tablet**<br>Sig - Route: Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed. - Oral | 30 tablet | 1 | 2/5/2019 | 4/22/2019 |
| **raltegravir (ISENTRESS) 400 mg tablet**<br>Sig - Route: Take 1 tablet (400 mg total) by mouth 2 (two) times daily. - Oral | 60 tablet | 2 | 2/1/2019 | 2/19/2019 |
| Erica M. Coffey, RN 2/7/2019 11:00 AM<br>TAKE MORNING OF SURGERY WITH A SIP OF WATER. |  |  |  |  |
| **sulfamethoxazole-trimethoprim 800-160mg (BACTRIM DS) 800-160 mg Tab**<br>Sig - Route: Take 1 tablet by mouth once daily. - Oral | 30 tablet | 1 | 2/2/2019 | 3/11/2019 |

Generated on 7/18/19 8:34 AM                                              Page 15

**Lincoln/Lee 1105**

BRCH LABORATORY DRAW STATION
17000 Medical Center Dr
Baton Rouge LA 70816
Continuity of Care

Lee, Katonia
MRN: 2325810, DOB:    Sex: F
Acct #: 72008216821
Enc. Date 2/18/2019

## Medications (continued)
## All Results

**CBC auto differential [405834067] (Abnormal)**    Resulted: 02/18/19 0834, Result status: Final result
Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

### Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 02/18/19 0807 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 11.99 | 3.90 - 12.70 K/uL | — | BRLB |
| RBC | 3.33 | 4.00 - 5.40 M/uL | L | BRLB |
| Hemoglobin | 9.5 | 12.0 - 16.0 g/dL | L | BRLB |
| Hematocrit | 30.6 | 37.0 - 48.5 % | L | BRLB |
| Mean Corpuscular Volume | 92 | 82 - 98 fL | — | BRLB |
| Mean Corpuscular Hemoglobin | 28.5 | 27.0 - 31.0 pg | — | BRLB |
| Mean Corpuscular Hemoglobin Conc | 31.0 | 32.0 - 36.0 g/dL | L | BRLB |
| RDW | 17.9 | 11.5 - 14.5 % | H | BRLB |
| Platelets | 292 | 150 - 350 K/uL | — | BRLB |
| MPV | 10.1 | 9.2 - 12.9 fL | — | BRLB |
| Gran # (ANC) | 10.1 | 1.8 - 7.7 K/uL | H | BRLB |
| Lymph # | 1.0 | 1.0 - 4.8 K/uL | — | BRLB |
| Mono # | 0.9 | 0.3 - 1.0 K/uL | — | BRLB |
| Eos # | 0.0 | 0.0 - 0.5 K/uL | — | BRLB |
| Baso # | 0.01 | 0.00 - 0.20 K/uL | — | BRLB |
| Gran% | 87.5 | 38.0 - 73.0 % | H | BRLB |
| Lymph% | 8.0 | 18.0 - 48.0 % | L | BRLB |
| Mono% | 7.1 | 4.0 - 15.0 % | — | BRLB |
| Eosinophil% | 0.3 | 0.0 - 8.0 % | — | BRLB |
| Basophil% | 0.1 | 0.0 - 1.9 % | — | BRLB |
| Platelet Estimate | Appears normal | — | — | BRLB |
| Aniso | Slight | — | — | BRLB |
| Poik | Moderate | — | — | BRLB |
| Poly | Occasional | — | — | BRLB |
| Tear Drop Cells | Occasional | — | — | BRLB |
| Spherocytes | Occasional | — | — | BRLB |
| Schistocytes | Present | — | — | BRLB |
| Differential Method | Automated | — | — | BRLB |

**Lactate dehydrogenase [405834069]**    Resulted: 02/18/19 0839, Result status: Final result
Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

### Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 02/18/19 0807 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| LD | 230 | 110 - 260 U/L | — | BRLB |

Comment: Results are increased in hemolyzed samples.

**Comprehensive metabolic panel [405834066] (Abnormal)**    Resulted: 02/18/19 0846, Result status: Final result
Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
### Specimen Information

**Lincoln/Lee 1106**

08/01/2019 8:53:51 AM -0400 FAXCOM                                    PAGE 19   OF 203

BRCH LABORATORY DRAW STATION                Lee, Katonia
17000 Medical Center Dr                     MRN: 2325810, DOB:           Sex: F
Baton Rouge LA 70816                        Acct #: 72008216821
Continuity of Care                          Enc. Date 2/18/2019

## All Results (continued)

Comprehensive metabolic panel [405834066] (Abnormal) (continued)        Resulted: 02/18/19 0846, Result status: Final result

| Type | Source | Collected On |
|------|--------|--------------|
| Blood | Blood | 02/18/19 0807 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| Sodium | 136 | 136 - 145 mmol/L | — | BRLB |
| Potassium | 4.6 | 3.5 - 5.1 mmol/L | — | BRLB |
| Chloride | 99 | 95 - 110 mmol/L | — | BRLB |
| CO2 | 27 | 23 - 29 mmol/L | — | BRLB |
| Glucose | 98 | 70 - 110 mg/dL | — | BRLB |
| BUN, Bld | 14 | 6 - 20 mg/dL | — | BRLB |
| Creatinine | 1.2 | 0.5 - 1.4 mg/dL | — | BRLB |
| Calcium | 10.8 | 8.7 - 10.5 mg/dL | H | BRLB |
| Total Protein | 7.2 | 6.0 - 8.4 g/dL | — | BRLB |
| Albumin | 2.8 | 3.5 - 5.2 g/dL | L | BRLB |
| Total Bilirubin | 2.3 | 0.1 - 1.0 mg/dL | H | BRLB |

Comment:
For infants and newborns, interpretation of results should be based
on gestational age, weight and in agreement with clinical
observations.
Premature Infant recommended reference ranges:
Up to 24 hours.............<8.0 mg/dL
Up to 48 hours...........<12.0 mg/dL
3-5 days.................<15.0 mg/dL
6-29 days................<15.0 mg/dL

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| Alkaline Phosphatase | 178 | 55 - 135 U/L | H | BRLB |
| AST | 18 | 10 - 40 U/L | — | BRLB |
| ALT | 14 | 10 - 44 U/L | — | BRLB |
| Anion Gap | 10 | 8 - 16 mmol/L | — | BRLB |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 | — | BRLB |
| eGFR if non African American | 53 | >60 mL/min/1.73 m^2 | A | BRLB |

Comment:
Calculation used to obtain the estimated glomerular filtration
rate (eGFR) is the CKD-EPI equation.

**Uric acid [405834068]**                                  Resulted: 02/18/19 0846, Result status: Final result

Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

### Specimen Information

| Type | Source | Collected On |
|------|--------|--------------|
| Blood | Blood | 02/18/19 0807 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| Uric Acid | 2.7 | 2.4 - 5.7 mg/dL | — | BRLB |

**Phosphorus [405834070]**                                 Resulted: 02/18/19 0846, Result status: Final result

Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

### Specimen Information

| Type | Source | Collected On |
|------|--------|--------------|

Generated on 7/18/19  8:34 AM                                                    Page 17

**Lincoln/Lee 1107**

BRCH LABORATORY DRAW STATION            Lee, Katonia
17000 Medical Center Dr                 MRN: 2325810, DOB:           Sex: F
Baton Rouge LA 70816                    Acct #: 72008216821
Continuity of Care                      Enc. Date 2/18/2019

## All Results (continued)

**Phosphorus [405834070] (continued)**            Resulted: 02/18/19 0846, Result status: Final result

| Blood | Blood | 02/18/19 0807 |

### Components

| Component | Value | Reference Range | Flag | Lab |
| --- | --- | --- | --- | --- |
| Phosphorus | 2.7 | 2.7 - 4.5 mg/dL | — | BRLB |

**Magnesium [405834071]**                         Resulted: 02/18/19 0846, Result status: Final result

Resulting lab:  OCHSNER MEDICAL CENTER - BATON ROUGE

### Specimen Information

| Type | Source | Collected On |
| --- | --- | --- |
| Blood | Blood | 02/18/19 0807 |

### Components

| Component | Value | Reference Range | Flag | Lab |
| --- | --- | --- | --- | --- |
| Magnesium | 2.4 | 1.6 - 2.6 mg/dL | — | BRLB |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
| --- | --- | --- | --- | --- |
| 393 - BRLB | OCHSNER MEDICAL CENTER - BATON ROUGE | Jeremy Spencer, M.D. | 17000 Medical Center Drive Baton Rouge LA 70816 | 09/14/17 1554 - Present |

## Notes

**H&P Notes**

No notes of this type exist for this encounter.

**Lincoln/Lee 1108**

BRCH LABORATORY DRAW STATION          Lee, Katonia
17000 Medical Center Dr               MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                  Acct #: 72008226226
Continuity of Care                    Enc. Date 2/19/2019

## Visit Summary

### Diagnoses

| | Codes | Comments |
|---|---|---|
| Diffuse large B-cell lymphoma of intra-abdominal lymph nodes | ICD-10-CM: C83.33<br>ICD-9-CM: 202.83 | |

### Problem List as of 2/19/2019

Date Reviewed: **2/19/2019**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Essential hypertension | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| Diffuse large B cell lymphoma of duodenum and pancreas | ICD-10-CM: C83.30<br>ICD-9-CM: 202.80 | | | 1/21/2019 -<br>Present |
| Elevated LFTs | ICD-10-CM: R94.5<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| B-cell lymphoma | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| AIDS (acquired immune deficiency syndrome) | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| Lymphoma | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |

### Allergies as of 7/18/2019

No Known Allergies

### Immunizations as of 2/19/2019

Never Reviewed

No immunizations on file.

## Medications

### Outpatient Medications at Start of Encounter as of 2/19/2019

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |

> Erica M. Coffey, RN 2/7/2019 10:49 AM
> TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 30 tablet | 4 | 2/19/2019 | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| **citalopram (CELEXA) 20 MG tablet** | | | | |
| Sig - Route: Take 20 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |

> Erica M. Coffey, RN 2/7/2019 10:53 AM
> TAKE MORNING OF SURGERY WITH A SIP OF WATER.

**Lincoln/Lee 1109**

08/01/2019 8:53:51 AM -0400 FAXCOM                                    PAGE 22   OF 203

BRCH LABORATORY DRAW STATION          Lee, Katonia
17000 Medical Center Dr                MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                   Acct #: 72008226226
Continuity of Care                     Enc. Date 2/19/2019

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 2/19/2019 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| **metoprolol tartrate (LOPRESSOR) 50 MG tablet** | | | | |
| Sig - Route: Take 50 mg by mouth 2 (two) times daily. - Oral | | | | |
| Class: Historical Med | | | | |
| Erica M. Coffey, RN 2/7/2019 10:56 AM | | | | |
| TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **oxyCODONE (ROXICODONE) 10 mg Tab immediate release tablet** | 100 tablet | 0 | 2/13/2019 | 3/15/2019 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed for Pain. - Oral | | | | |
| Earliest Fill Date: 2/13/2019 | | | | |
| **amLODIPine (NORVASC) 5 MG tablet** | | | | 6/26/2019 |
| Sig - Route: Take 5 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM | | | | |
| TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **azithromycin (ZITHROMAX) 600 MG Tab (Discontinued)** | 10 tablet | 1 | 1/27/2019 | 2/19/2019 |
| Sig - Route: Take 2 tablets (1,200 mg total) by mouth once a week. - Oral | | | | |
| Reason for Discontinue: **Patient no longer taking** | | | | |
| **emtricitabine-tenofovir 200-300 mg (TRUVADA) 200-300 mg Tab (Discontinued)** | 30 tablet | 2 | 2/1/2019 | 2/19/2019 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Reason for Discontinue: **Alternate therapy** | | | | |
| Erica M. Coffey, RN 2/7/2019 10:54 AM | | | | |
| TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **lisinopril-hydrochlorothiazide (PRINZIDE,ZESTORETIC) 20-12.5 mg per tablet (Discontinued)** | | | | 2/19/2019 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| Reason for Discontinue: **Patient no longer taking** | | | | |
| Erica M. Coffey, RN 2/7/2019 10:55 AM | | | | |
| HOLD MORNING OF SURGERY | | | | |
| **omeprazole (PRILOSEC) 20 MG capsule** | | | | 4/7/2019 |
| Sig - Route: Take 20 mg by mouth 2 (two) times daily. - Oral | | | | |
| Class: Historical Med | | | | |
| Erica M. Coffey, RN 2/7/2019 10:57 AM | | | | |
| TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 20 tablet | 1 | 2/5/2019 | 4/22/2019 |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed. - Oral | | | | |
| **oxyCODONE (OXYCONTIN) 10 mg 12 hr tablet** | 60 each | 0 | 2/13/2019 | 4/1/2019 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every 12 (twelve) hours. - Oral | | | | |
| Earliest Fill Date: 2/13/2019 | | | | |
| **predniSONE (DELTASONE) 20 MG tablet** | 20 tablet | 11 | 2/18/2019 | 3/1/2019 |
| Sig - Route: Take 4 tablets (80 mg total) by mouth once daily for 5 days - Oral | | | | |
| **prochlorperazine (COMPAZINE) 10 MG tablet** | 30 tablet | 1 | 2/5/2019 | 4/22/2019 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed. - Oral | | | | |

Generated on 7/18/19  8:34 AM                                          Page 20

**Lincoln/Lee 1110**

08/01/2019 8:53:51 AM -0400 FAXCOM                                         PAGE 23   OF 203

BRCH LABORATORY DRAW STATION          Lee, Katonia
17000 Medical Center Dr               MRN: 2325810, DOB:         Sex: F
Baton Rouge LA 70816                  Acct #: 72008226226
Continuity of Care                    Enc. Date 2/19/2019

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 2/19/2019 (continued)**

|  | Disp | Refills | Start | End |
|---|---|---|---|---|
| **raltegravir (ISENTRESS) 400 mg tablet (Discontinued)** | 60 tablet | 2 | 2/1/2019 | 2/19/2019 |

Sig - Route: Take 1 tablet (400 mg total) by mouth 2 (two) times daily. - Oral
Reason for Discontinue: **Alternate therapy**

> Erica M. Coffey, RN 2/7/2019 11:00 AM
> TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| **sulfamethoxazole-trimethoprim 800-160mg (BACTRIM DS) 800-160 mg Tab** | 30 tablet | 1 | 2/2/2019 | 3/11/2019 |
|---|---|---|---|---|

Sig - Route: Take 1 tablet by mouth once daily. - Oral

## All Results

**CBC auto differential [406164611] (Abnormal)**          Resulted: 02/19/19 1043, Result status: Final result

Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

### Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 02/19/19 1007 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 15.13 | 3.90 - 12.70 K/uL | H | BRLB |
| RBC | 3.27 | 4.00 - 5.40 M/uL | L | BRLB |
| Hemoglobin | 9.4 | 12.0 - 16.0 g/dL | L | BRLB |
| Hematocrit | 30.2 | 37.0 - 48.5 % | L | BRLB |
| Mean Corpuscular Volume | 92 | 82 - 98 fL | — | BRLB |
| Mean Corpuscular Hemoglobin | 28.7 | 27.0 - 31.0 pg | — | BRLB |
| Mean Corpuscular Hemoglobin Conc | 31.1 | 32.0 - 36.0 g/dL | L | BRLB |
| RDW | 17.6 | 11.5 - 14.5 % | H | BRLB |
| Platelets | 335 | 150 - 350 K/uL | — | BRLB |
| MPV | 10.6 | 9.2 - 12.9 fL | — | BRLB |
| Gran # (ANC) | 13.3 | 1.8 - 7.7 K/uL | H | BRLB |
| Lymph # | 0.7 | 1.0 - 4.8 K/uL | L | BRLB |
| Mono # | 1.2 | 0.3 - 1.0 K/uL | H | BRLB |
| Eos # | 0.0 | 0.0 - 0.5 K/uL | — | BRLB |
| Baso # | 0.01 | 0.00 - 0.20 K/uL | — | BRLB |
| Gran% | 87.5 | 38.0 - 73.0 % | H | BRLB |
| Lymph% | 4.8 | 18.0 - 48.0 % | L | BRLB |
| Mono% | 7.6 | 4.0 - 15.0 % | — | BRLB |
| Eosinophil% | 0.0 | 0.0 - 8.0 % | — | BRLB |
| Basophil% | 0.1 | 0.0 - 1.9 % | — | BRLB |
| Differential Method | Automated | — | — | BRLB |

**Comprehensive metabolic panel [406164612] (Abnormal)**          Resulted: 02/19/19 1101, Result status: Final result

Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

### Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 02/19/19 1007 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 136 | 136 - 145 mmol/L | — | BRLB |

Generated on 7/18/19  8:34 AM                                              Page 21

**Lincoln/Lee 1111**

08/01/2019 8:53:51 AM -0400 FAXCOM                                      PAGE 24    OF 203

BRCH LABORATORY DRAW STATION          Lee, Katonia
17000 Medical Center Dr               MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                  Acct #: 72008226226
Continuity of Care                    Enc. Date 2/19/2019

## All Results (continued)

Comprehensive metabolic panel [406164612] (Abnormal) (continued)          Resulted: 02/19/19 1101, Result status: Final result

| | | | | |
|---|---|---|---|---|
| Potassium | 4.2 | 3.5 - 5.1 mmol/L | — | BRLB |
| Chloride | 101 | 95 - 110 mmol/L | — | BRLB |
| CO2 | 25 | 23 - 29 mmol/L | — | BRLB |
| Glucose | 91 | 70 - 110 mg/dL | — | BRLB |
| BUN, Bld | 17 | 6 - 20 mg/dL | — | BRLB |
| Creatinine | 0.9 | 0.5 - 1.4 mg/dL | — | BRLB |
| Calcium | 10.3 | 8.7 - 10.5 mg/dL | — | BRLB |
| Total Protein | 7.0 | 6.0 - 8.4 g/dL | — | BRLB |
| Albumin | 2.8 | 3.5 - 5.2 g/dL | L | BRLB |
| Total Bilirubin | 1.9 | 0.1 - 1.0 mg/dL | H | BRLB |

Comment:
For infants and newborns, interpretation of results should be based
on gestational age, weight and in agreement with clinical
observations.
Premature Infant recommended reference ranges:
Up to 24 hours.............<8.0 mg/dL
Up to 48 hours............<12.0 mg/dL
3-5 days..................<15.0 mg/dL
6-29 days................<15.0 mg/dL

| | | | | |
|---|---|---|---|---|
| Alkaline Phosphatase | 171 | 55 - 135 U/L | H | BRLB |
| AST | 18 | 10 - 40 U/L | — | BRLB |
| ALT | 13 | 10 - 44 U/L | — | BRLB |
| Anion Gap | 10 | 8 - 16 mmol/L | — | BRLB |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 | — | BRLB |
| eGFR if non African American | >60 | >60 mL/min/1.73 m^2 | — | BRLB |

Comment:
Calculation used to obtain the estimated glomerular filtration
rate (eGFR) is the CKD-EPI equation.

Phosphorus [406164613] (Abnormal)          Resulted: 02/19/19 1101, Result status: Final result

Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

### Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 02/19/19 1007 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Phosphorus | 1.8 | 2.7 - 4.5 mg/dL | L | BRLB |

Uric acid [406164614] (Abnormal)          Resulted: 02/19/19 1101, Result status: Final result

Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

### Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 02/19/19 1007 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Uric Acid | 2.3 | 2.4 - 5.7 mg/dL | L | BRLB |

Generated on 7/18/19  8:34 AM                                           Page 22

**Lincoln/Lee 1112**

BRCH LABORATORY DRAW STATION          Lee, Katonia
17000 Medical Center Dr               MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                  Acct #: 72008226226
Continuity of Care                    Enc. Date 2/19/2019

## All Results (continued)

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 393 - BRLB | OCHSNER MEDICAL CENTER - BATON ROUGE | Jeremy Spencer, M.D. | 17000 Medical Center Drive<br>Baton Rouge LA 70816 | 09/14/17 1554 - Present |

## Notes

**H&P Notes**

No notes of this type exist for this encounter.

**Lincoln/Lee 1113**

BRCC HEMATOLOGY ONCOLOGY          Lee, Katonia
OCHSNER, BATON ROUGE REGION       MRN: 2325810, DOB:          Sex: F
Continuity of Care                Acct #: 72008226214
                                  Enc. Date 2/19/2019

## Visit Summary

### Diagnoses

| | Codes | Comments |
|---|---|---|
| Diffuse large B-cell lymphoma of intra-abdominal lymph nodes - Primary | ICD-10-CM: C83.33<br>ICD-9-CM: 202.83 | |

### Problem List as of 2/19/2019                                    Date Reviewed: **2/19/2019**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Essential hypertension | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| Diffuse large B cell lymphoma of duodenum and pancreas | ICD-10-CM: C83.30<br>ICD-9-CM: 202.80 | | | 1/21/2019 -<br>Present |
| Elevated LFTs | ICD-10-CM: R94.5<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| B-cell lymphoma | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| AIDS (acquired immune deficiency syndrome) | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| Lymphoma | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |

### Allergies as of 7/18/2019

No Known Allergies

### Immunizations as of 2/19/2019                                         Never Reviewed

No immunizations on file.

## Medications

### Outpatient Medications at Start of Encounter as of 2/19/2019

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| allopurinol (ZYLOPRIM) 300 MG tablet (Taking)<br>Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | 30 tablet | 1 | 2/2/2019 | |

    Erica M. Coffey, RN 2/7/2019 10:49 AM
    TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking)<br>Sig - Route: Take 1 tablet by mouth once daily. - Oral | 30 tablet | 4 | 2/19/2019 | |
| citalopram (CELEXA) 20 MG tablet (Taking)<br>Sig - Route: Take 20 mg by mouth once daily. - Oral<br>Class: Historical Med | | | | |

    Erica M. Coffey, RN 2/7/2019 10:53 AM
    TAKE MORNING OF SURGERY WITH A SIP OF WATER.

**Lincoln/Lee 1114**

BRCC HEMATOLOGY ONCOLOGY            Lee, Katonia
OCHSNER, BATON ROUGE REGION         MRN: 2325810, DOB:          Sex: F
Continuity of Care                  Acct #: 72008226214
                                    Enc. Date 2/19/2019

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 2/19/2019 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking)** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| **metoprolol tartrate (LOPRESSOR) 50 MG tablet (Taking)** | | | | |
| Sig - Route: Take 50 mg by mouth 2 (two) times daily. - Oral | | | | |
| Class: Historical Med | | | | |
| Erica M. Coffey, RN 2/7/2019 10:56 AM | | | | |
| TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **oxyCODONE (ROXICODONE) 10 mg Tab immediate release tablet (Taking)** | 100 tablet | 0 | 2/13/2019 | 3/15/2019 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed for Pain. - Oral | | | | |
| Earliest Fill Date: 2/13/2019 | | | | |
| **amLODIPine (NORVASC) 5 MG tablet (Taking)** | | | | 6/26/2019 |
| Sig - Route: Take 5 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM | | | | |
| TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **azithromycin (ZITHROMAX) 600 MG Tab (Taking)** | | | | 3/11/2019 |
| Sig - Route: Take 600 mg by mouth every 7 days. - Oral | | | | |
| Class: Historical Med | | | | |
| **lisinopril-hydrochlorothiazide (PRINZIDE,ZESTORETIC) 20-12.5 mg per tablet (Taking)** | | | | 2/19/2019 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| Erica M. Coffey, RN 2/7/2019 10:55 AM | | | | |
| HOLD MORNING OF SURGERY | | | | |
| **omeprazole (PRILOSEC) 20 MG capsule (Taking)** | | | | 4/7/2019 |
| Sig - Route: Take 20 mg by mouth 2 (two) times daily. - Oral | | | | |
| Class: Historical Med | | | | |
| Erica M. Coffey, RN 2/7/2019 10:57 AM | | | | |
| TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking)** | 20 tablet | 1 | 2/5/2019 | 4/22/2019 |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed. - Oral | | | | |
| **oxyCODONE (OXYCONTIN) 10 mg 12 hr tablet (Taking)** | 60 each | 0 | 2/13/2019 | 4/1/2019 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every 12 (twelve) hours. - Oral | | | | |
| Earliest Fill Date: 2/13/2019 | | | | |
| **predniSONE (DELTASONE) 20 MG tablet (Taking)** | 20 tablet | 11 | 2/18/2019 | 3/1/2019 |
| Sig - Route: Take 4 tablets (80 mg total) by mouth once daily for 5 days - Oral | | | | |
| **prochlorperazine (COMPAZINE) 10 MG tablet (Taking)** | 30 tablet | 1 | 2/5/2019 | 4/22/2019 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed. - Oral | | | | |
| **sulfamethoxazole-trimethoprim 800-160mg (BACTRIM DS) 800-160 mg Tab (Taking)** | 30 tablet | 1 | 2/2/2019 | 3/11/2019 |

Generated on 7/18/19  8:34 AM                                                    Page 25

**Lincoln/Lee 1115**

BRCC HEMATOLOGY ONCOLOGY          Lee, Katonia
OCHSNER, BATON ROUGE REGION       MRN: 2325810, DOB:          Sex: F
Continuity of Care                Acct #: 72008226214
                                  Enc. Date 2/19/2019

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 2/19/2019 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| **azithromycin (ZITHROMAX) 600 MG Tab** | 10 tablet | 1 | 1/27/2019 | 2/19/2019 |
| Sig - Route: Take 2 tablets (1,200 mg total) by mouth once a week. - Oral | | | | |
| **emtricitabine-tenofovir 200-300 mg (TRUVADA) 200-300 mg Tab (Discontinued)** | 30 tablet | 2 | 2/1/2019 | 2/19/2019 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Reason for Discontinue: **Alternate therapy** | | | | |

> Erica M. Coffey, RN 2/7/2019 10:54 AM
> TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **raltegravir (ISENTRESS) 400 mg tablet (Discontinued)** | 60 tablet | 2 | 2/1/2019 | 2/19/2019 |
| Sig - Route: Take 1 tablet (400 mg total) by mouth 2 (two) times daily. - Oral | | | | |
| Reason for Discontinue: **Alternate therapy** | | | | |

> Erica M. Coffey, RN 2/7/2019 11:00 AM
> TAKE MORNING OF SURGERY WITH A SIP OF WATER.

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet (Taking)** | 30 tablet | 1 | 2/2/2019 | |
| Sig: Take 1 tablet (300 mg total) by mouth once daily. | | | | |
| Route: Oral | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking)** | 30 tablet | 4 | 2/19/2019 | |
| Sig: Take 1 tablet by mouth once daily. | | | | |
| Route: Oral | | | | |
| **citalopram (CELEXA) 20 MG tablet (Taking)** | | | | |
| Sig: Take 20 mg by mouth once daily. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking)** | | | | |
| Sig: Take 1 tablet by mouth once daily. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| **metoprolol tartrate (LOPRESSOR) 50 MG tablet (Taking)** | | | | |
| Sig: Take 50 mg by mouth 2 (two) times daily. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| **oxyCODONE (ROXICODONE) 10 mg Tab immediate release tablet (Taking/Expired)** | 100 tablet | 0 | 2/13/2019 | 3/15/2019 |
| Sig: Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed for Pain. | | | | |
| Earliest Fill Date: 2/13/2019 | | | | |
| Route: Oral | | | | |
| **amLODIPine (NORVASC) 5 MG tablet (Taking/Discontinued)** | | | | 6/26/2019 |
| Sig: Take 5 mg by mouth once daily. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **azithromycin (ZITHROMAX) 600 MG Tab (Taking/Discontinued)** | | | | 3/11/2019 |
| Sig: Take 600 mg by mouth every 7 days. | | | | |

**Lincoln/Lee 1116**

08/01/2019 8:53:51 AM -0400 FAXCOM                                    PAGE 29   OF 203

BRCC HEMATOLOGY ONCOLOGY          Lee, Katonia
OCHSNER, BATON ROUGE REGION       MRN: 2325810, DOB:          Sex: F
Continuity of Care                Acct #: 72008226214
                                  Enc. Date 2/19/2019

## Medications (continued)

**Medications the Patient Reported Taking (continued)**

|  | Disp | Refills | Start | End |
|---|---|---|---|---|
| Class: Historical Med<br>Route: Oral<br>Reason for Discontinue: **Reorder** |  |  |  |  |
| **lisinopril-hydrochlorothiazide (PRINZIDE,ZESTORETIC) 20-12.5 mg per tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet by mouth once daily.<br>Class: Historical Med<br>Route: Oral<br>Reason for Discontinue: **Patient no longer taking** |  |  |  | 2/19/2019 |
| **omeprazole (PRILOSEC) 20 MG capsule (Taking/Discontinued)**<br>Sig: Take 20 mg by mouth 2 (two) times daily.<br>Class: Historical Med<br>Route: Oral<br>Reason for Discontinue: **Patient no longer taking** |  |  |  | 4/7/2019 |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking/Discontinued)**<br>Sig: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 20 tablet | 1 | 2/5/2019 | 4/22/2019 |
| **oxyCODONE (OXYCONTIN) 10 mg 12 hr tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (10 mg total) by mouth every 12 (twelve) hours.<br>Earliest Fill Date: 2/13/2019<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 60 each | 0 | 2/13/2019 | 4/1/2019 |
| **predniSONE (DELTASONE) 20 MG tablet (Taking/Discontinued)**<br>Sig: Take 4 tablets (80 mg total) by mouth once daily for 5 days<br>Route: Oral<br>Reason for Discontinue: **Stop Taking at Discharge** | 20 tablet | 11 | 2/18/2019 | 3/1/2019 |
| **prochlorperazine (COMPAZINE) 10 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 1 | 2/5/2019 | 4/22/2019 |
| **sulfamethoxazole-trimethoprim 800-160mg (BACTRIM DS) 800-160 mg Tab (Taking/Discontinued)**<br>Sig: Take 1 tablet by mouth once daily.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 1 | 2/2/2019 | 3/11/2019 |

## Progress Notes

**Progress Notes by Long H. Dang, MD at 2/19/2019 1:00 PM**

| | | |
|---|---|---|
| Author: Long H. Dang, MD | Service: — | Author Type: Physician |
| Filed: 2/19/2019 11:52 AM | Encounter Date: 2/19/2019 | Creation Time: 2/19/2019 11:42 AM |
| Status: Signed | Editor: Long H. Dang, MD (Physician) | |

## Subjective:

**Patient ID:** Katonia Lee is a 49 y.o. female.

**Lincoln/Lee 1117**

08/01/2019 8:53:51 AM -0400 FAXCOM           PAGE 30    OF 203

BRCC HEMATOLOGY ONCOLOGY              Lee, Katonia
OCHSNER, BATON ROUGE REGION           MRN: 2325810, DOB:       Sex: F
Continuity of Care                         Acct #: 72008226214
                                        Enc. Date 2/19/2019

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 2/19/2019 1:00 PM (continued)**

**Chief Complaint:** No primary diagnosis found.

HPI: We have an opportunity to see Ms. Katonia Lee in Hematology Oncology clinic at Ochsner Medical Center on 02/19/2019. Ms. Katonia Lee is a 49 y.o. with HIV and found to have diffuse B-cell lymphoma. Was given rituxan, cytoxan, prednisone in inpatient s/p RCHOP cycle 1 yesterday. Reported doing well. Is also under the care of Dr. Nnadi for her HIV.

**B-cell lymphoma**

            **Chemotherapy**
            Treatment Summary
            Plan Name: OP RITUXIMAB Q3M (MAINTENANCE)
            Treatment Goal: Palliative
            Status: Inactive
            Start Date: 1/27/2019
            End Date: 1/27/2019
            Provider: Ronald D. Delrie Jr., MD
            Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride
            0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous,
            Clinic/HOD 1 time, 1 of 2 cycles
            Administration: 664 mg (1/27/2019)

            Plan Name: R-EPOCH INPATIENT
            Treatment Goal: Curative
            Status: Inactive
            Start Date: 1/31/2019
            End Date: 1/31/2019
            Provider: Ronald D. Delrie Jr., MD
            Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in
            sodium chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg,
            Intravenous, Every 24 hours (non-standard times), 1 of 4 cycles
            Administration: 1,270 mg (1/31/2019)

            riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL
            infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time,
            0 of 3 cycles

            DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine
            (ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, ,
            Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles

            Plan Name: OP R-CHOP Q3W
            Treatment Goal: Curative
            Status: Active
            Start Date: 2/1/2019 (Planned)
            End Date: 5/17/2019 (Planned)
            Provider: Ronald D. Delrie Jr., MD
            Chemotherapy: DOXOrubicin chemo injection 84 mg, 50 mg/m2, Intravenous,
            Clinic/HOD 1 time, 0 of 6 cycles

**Lincoln/Lee 1118**

| BRCC HEMATOLOGY ONCOLOGY<br>OCHSNER, BATON ROUGE REGION<br>Continuity of Care | Lee, Katonia<br>MRN: 2325810, DOB:<br>Acct #: 72008226214<br>Enc. Date 2/19/2019 | Sex: F |

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 2/19/2019  1:00 PM (continued)**

vinCRIStine (ONCOVIN) 2.4 mg in sodium chloride 0.9% 50 mL chemo infusion, 1.4 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 250 mL chemo infusion, 750 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

riTUXimab (RITUXAN) 375 mg/m2 = 634 mg in sodium chloride 0.9% 634 mL infusion (conc: 1 mg/mL), 375 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Cancer<br>  *lymphoma]* | |
| • Diffuse large B cell lymphoma of duodenum and pancreas | 1/21/2019 |
| • Encounter for blood transfusion | |
| • HIV (human immunodeficiency virus infection) | |
| • Hypertension | |
| • Stomach ulcer<br>  *bleeding* | |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Paternal Grandmother | |

**Social History**

Socioeconomic History
- Marital status:           Unknown
-     Spouse name:          Not on file
- Number of children:       Not on file
- Years of education:       Not on file
- Highest education level:  Not on file

Social Needs
- Financial resource strain:        Not on file
- Food insecurity - worry:          Not on file
- Food insecurity - inability:      Not on file
- Transportation needs -            Not on file
  medical:
- Transportation needs - non-       Not on file
  medical:

Occupational History

**Lincoln/Lee 1119**

| BRCC HEMATOLOGY ONCOLOGY | Lee, Katonia | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION | MRN: 2325810, DOB: | Sex: F |
| Continuity of Care | Acct #: 72008226214 | |
| | Enc. Date 2/19/2019 | |

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 2/19/2019 1:00 PM (continued)**

- Not on file

Tobacco Use
- Smoking status:            Never Smoker
- Smokeless tobacco:         Never Used

Substance and Sexual Activity
- Alcohol use:               No
     Frequency:              Never
- Drug use:                  No
- Sexual activity:           Not on file

Other Topics                 Concern
- Not on file

Social History Narrative
- Not on file


Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • CESAREAN SECTION | | |
| • ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY) | N/A | 1/25/2019 |
| *Performed by Janak N. Shah, MD at NOMH ENDO (2ND FLR)* | | |
| • ESOPHAGOGASTRODUODENOSCOPY | | |
| • INSERTION, VENOUS ACCESS PORT | Left | 2/11/2019 |
| *Performed by Kyle A Jakob, MD at BRMH OR* | | |


Current Outpatient Medications

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • allopurinol (ZYLOPRIM) 300 MG tablet | Take 1 tablet (300 mg total) by mouth once daily. (Patient taking differently: Take 300 mg by mouth every morning. ) | 30 tablet | 1 |
| • amLODIPine (NORVASC) 5 MG tablet | Take 5 mg by mouth once daily. | | |
| • azithromycin (ZITHROMAX) 600 MG Tab | Take 600 mg by mouth every 7 days. | | |
| • bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg Tab | Take 1 tablet by mouth once daily. | 30 tablet | 4 |
| • citalopram (CELEXA) 20 MG tablet | Take 20 mg by mouth once daily. | | |
| • ferrous gluconate 324 mg (37.5 mg iron) Tab | Take 1 tablet by mouth 2 (two) times daily. | | |
| • metoprolol tartrate (LOPRESSOR) 50 MG tablet | Take 50 mg by mouth 2 (two) times daily. | | |
| • omeprazole (PRILOSEC) 20 | Take 20 mg by | | |

**Lincoln/Lee 1120**

| BRCC HEMATOLOGY ONCOLOGY<br>OCHSNER, BATON ROUGE REGION<br>Continuity of Care | Lee, Katonia<br>MRN: 2325810, DOB:<br>Acct #: 72008226214<br>Enc. Date 2/19/2019 | Sex: F |

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 2/19/2019 1:00 PM (continued)**

| | | | |
|---|---|---|---|
| MG capsule | mouth 2 (two) times daily. | | |
| • ondansetron (ZOFRAN-ODT) 8 MG TbDL | Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed. | 20 tablet | 1 |
| • oxyCODONE (OXYCONTIN) 10 mg 12 hr tablet | Take 1 tablet (10 mg total) by mouth every 12 (twelve) hours. | 60 each | 0 |
| • oxyCODONE (ROXICODONE) 10 mg Tab immediate release tablet | Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed for Pain. | 100 tablet | 0 |
| • predniSONE (DELTASONE) 20 MG tablet | Take 4 tablets (80 mg total) by mouth once daily for 5 days | 20 tablet | 11 |
| • prochlorperazine (COMPAZINE) 10 MG tablet | Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed. | 30 tablet | 1 |
| • sulfamethoxazole-trimethoprim 800-160mg (BACTRIM DS) 800-160 mg Tab | Take 1 tablet by mouth once daily. | 30 tablet | 1 |

No current facility-administered medications for this visit.


**Labs:**
**Lab Results**

| Component | Value | Date |
|---|---|---|
| WBC | 15.13 (H) | 02/19/2019 |
| HGB | 9.4 (L) | 02/19/2019 |
| HCT | 30.2 (L) | 02/19/2019 |
| MCV | 92 | 02/19/2019 |
| PLT | 335 | 02/19/2019 |

**BMP**
**Lab Results**

| Component | Value | Date |
|---|---|---|
| NA | 136 | 02/19/2019 |
| K | 4.2 | 02/19/2019 |
| CL | 101 | 02/19/2019 |
| CO2 | 25 | 02/19/2019 |
| BUN | 17 | 02/19/2019 |
| CREATININE | 0.9 | 02/19/2019 |
| CALCIUM | 10.3 | 02/19/2019 |
| ANIONGAP | 10 | 02/19/2019 |
| ESTGFRAFRICA | >60 | 02/19/2019 |

**Lincoln/Lee 1121**

08/01/2019 8:53:51 AM -0400 FAXCOM                                    PAGE 34    OF 203

BRCC HEMATOLOGY ONCOLOGY                    Lee, Katonia
OCHSNER, BATON ROUGE REGION                 MRN: 2325810, DOB:        Sex: F
Continuity of Care                          Acct #: 72008226214
                                            Enc. Date 2/19/2019

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 2/19/2019 1:00 PM (continued)**

EGFRNONAA    >60                                      02/19/2019

**Lab Results**

| Component | Value | Date |
|---|---|---|
| ALT | 13 | 02/19/2019 |
| AST | 18 | 02/19/2019 |
| ALKPHOS | 171 (H) | 02/19/2019 |
| BILITOT | 1.9 (H) | 02/19/2019 |

No results found for: IRON, TIBC, FERRITIN, SATURATEDIRO
No results found for: VITAMINB12
No results found for: FOLATE

**Lab Results**

| Component | Value | Date |
|---|---|---|
| TSH | 1.014 | 01/23/2019 |

I have reviewed the radiology reports and examined the scan/xray images.

Review of Systems
Constitutional: Negative.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Negative.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative.
Hematological: Negative.
Psychiatric/Behavioral: Negative.

ECOG SCORE

## Objective:

Vitals:
           02/19/19 1034
BP:        121/78
Pulse:     66
Resp:      16

Generated on 7/18/19 8:34 AM                                          Page 32

**Lincoln/Lee 1122**

| | | |
|---|---|---|
| BRCC HEMATOLOGY ONCOLOGY | Lee, Katonia | |
| OCHSNER, BATON ROUGE REGION | MRN: 2325810, DOB: | Sex: F |
| Continuity of Care | Acct #: 72008226214 | |
| | Enc. Date 2/19/2019 | |

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 2/19/2019 1:00 PM (continued)**

Temp:          98.6 °F (37 °C)
Body mass index is 21.98 kg/m².
Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae and EOM are normal.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. Bowel sounds are normal.
Musculoskeletal: Normal range of motion.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.
Nursing note and vitals reviewed.

## Assessment:

1.    **Diffuse large B-cell lymphoma of intra-abdominal lymph nodes**

## Plan:

**Diffuse large B-cell lymphoma of intra-abdominal lymph nodes**

Tolerated cycle 1 RCHOP well. Consider increase to full dose adriamycin for cycle 2 on 3/11.
No evidence of tumor lysis.

Electronically signed by Long H. Dang, MD on 2/19/2019 11:52 AM

**H&P Notes**

No notes of this type exist for this encounter.

---

**Lincoln/Lee 1123**

08/01/2019 8:53:51 AM -0400 FAXCOM                                      PAGE 36   OF 203

BRCH LABORATORY DRAW STATION          Lee, Katonia
17000 Medical Center Dr               MRN: 2325810, DOB:        Sex: F
Baton Rouge LA 70816                  Acct #: 72008244768
Continuity of Care                    Enc. Date 3/11/2019

## Visit Summary

### Diagnoses

| | Codes | Comments |
|---|---|---|
| Diffuse large B-cell lymphoma of intra-abdominal lymph nodes | ICD-10-CM: C83.33 ICD-9-CM: 202.83 | |

### Problem List as of 3/11/2019                                    Date Reviewed: **3/11/2019**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Essential hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 2/12/2018 - Present |
| Diffuse large B cell lymphoma of duodenum and pancreas | ICD-10-CM: C83.30 ICD-9-CM: 202.80 | | | 1/21/2019 - Present |
| Elevated LFTs | ICD-10-CM: R94.5 ICD-9-CM: 790.6 | | | 1/21/2019 - Present |
| B-cell lymphoma | ICD-10-CM: C85.10 ICD-9-CM: 202.80 | | | 1/22/2019 - Present |
| AIDS (acquired immune deficiency syndrome) | ICD-10-CM: B20 ICD-9-CM: 042 | | | 1/24/2019 - Present |
| Lymphoma | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | | | 2/11/2019 - Present |
| Anemia | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 2/26/2019 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | | | 1/21/2019 - 1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | | | 1/21/2019 - 2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | | | 1/21/2019 - 1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 ICD-9-CM: 780.96 | | | 2/13/2019 - 2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 - 3/1/2019 |
| RESOLVED: Chest pain | ICD-10-CM: R07.9 ICD-9-CM: 786.50 | | | 2/26/2019 - 2/27/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 ICD-9-CM: 112.0 | | | 2/27/2019 - 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9 ICD-9-CM: 780.60 | | | 2/28/2019 - 3/1/2019 |

### Allergies as of 7/18/2019

No Known Allergies

### Immunizations as of 3/11/2019                                                   Never Reviewed

| Name | Date | Dose | VIS Date | Route |
|---|---|---|---|---|
| Pneumococcal Conjugate - 13 Valent | 3/1/2019 | 0.5 mL | 11/5/2015 | Intramuscular |
| Site: Left deltoid | | | | |
| Given By: Faye G. Gonzaga, RN | | | | |

## Medications

### Outpatient Medications at Start of Encounter as of 3/11/2019

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| allopurinol (ZYLOPRIM) 300 MG tablet | 30 tablet | 1 | 2/2/2019 | |

Generated on 7/18/19  8:34 AM                                              Page 34

**Lincoln/Lee 1124**

BRCH LABORATORY DRAW STATION          Lee, Katonia
17000 Medical Center Dr               MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                  Acct #: 72008244768
Continuity of Care                    Enc. Date 3/11/2019

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 3/11/2019 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |

> Erica M. Coffey, RN 2/7/2019 10:49 AM
> TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 30 tablet | 4 | 2/19/2019 | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| **citalopram (CELEXA) 20 MG tablet** | | | | |
| Sig - Route: Take 20 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |

> Erica M. Coffey, RN 2/7/2019 10:53 AM
> TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily.  - Oral | | | | |
| Class: Historical Med | | | | |
| **metoprolol tartrate (LOPRESSOR) 50 MG tablet** | | | | |
| Sig - Route: Take 50 mg by mouth 2 (two) times daily.  - Oral | | | | |
| Class: Historical Med | | | | |

> Erica M. Coffey, RN 2/7/2019 10:56 AM
> TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **oxyCODONE (ROXICODONE) 10 mg Tab immediate release tablet** | 100 tablet | 0 | 2/13/2019 | 3/15/2019 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed for Pain. - Oral | | | | |
| Earliest Fill Date: 2/13/2019 | | | | |
| **amLODIPine (NORVASC) 5 MG tablet** | | | | 6/26/2019 |
| Sig - Route: Take 5 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |

> Erica M. Coffey, RN 2/7/2019 10:49 AM
> TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **azithromycin (ZITHROMAX) 600 MG Tab (Discontinued)** | | | | 3/11/2019 |
| Sig - Route: Take 600 mg by mouth every 7 days. - Oral | | | | |
| Class: Historical Med | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **omeprazole (PRILOSEC) 20 MG capsule** | | | | 4/7/2019 |
| Sig - Route: Take 20 mg by mouth 2 (two) times daily. - Oral | | | | |
| Class: Historical Med | | | | |

> Erica M. Coffey, RN 2/7/2019 10:57 AM
> TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 20 tablet | 1 | 2/5/2019 | 4/22/2019 |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed. - Oral | | | | |
| **oxyCODONE (OXYCONTIN) 10 mg 12 hr tablet** | 60 each | 0 | 2/13/2019 | 4/1/2019 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every 12 (twelve) hours. - Oral | | | | |
| Earliest Fill Date: 2/13/2019 | | | | |
| **prochlorperazine (COMPAZINE) 10 MG tablet** | 30 tablet | 1 | 2/5/2019 | 4/22/2019 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed. - Oral | | | | |
| **sulfamethoxazole-trimethoprim 800-160mg (BACTRIM DS) 800-160 mg Tab (Discontinued)** | 30 tablet | 1 | 2/2/2019 | 3/11/2019 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |

**Lincoln/Lee 1125**

08/01/2019 8:53:51 AM -0400 FAXCOM                                    PAGE 38   OF 203

BRCH LABORATORY DRAW STATION              Lee, Katonia
17000 Medical Center Dr                   MRN: 2325810, DOB:           Sex: F
Baton Rouge LA 70816                      Acct #: 72008244768
Continuity of Care                        Enc. Date 3/11/2019

## Medications (continued)

## All Results

**CBC auto differential [408218240] (Abnormal)**          Resulted: 03/11/19 0829, Result status: Final result

Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

### Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 03/11/19 0819 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 5.14 | 3.90 - 12.70 K/uL | — | BRLB |
| RBC | 3.32 | 4.00 - 5.40 M/uL | L | BRLB |
| Hemoglobin | 9.5 | 12.0 - 16.0 g/dL | L | BRLB |
| Hematocrit | 31.3 | 37.0 - 48.5 % | L | BRLB |
| Mean Corpuscular Volume | 94 | 82 - 98 fL | — | BRLB |
| Mean Corpuscular Hemoglobin | 28.6 | 27.0 - 31.0 pg | — | BRLB |
| Mean Corpuscular Hemoglobin Conc | 30.4 | 32.0 - 36.0 g/dL | L | BRLB |
| RDW | 19.1 | 11.5 - 14.5 % | H | BRLB |
| Platelets | 194 | 150 - 350 K/uL | — | BRLB |
| MPV | 10.4 | 9.2 - 12.9 fL | — | BRLB |
| Gran # (ANC) | 2.9 | 1.8 - 7.7 K/uL | — | BRLB |
| Lymph # | 1.8 | 1.0 - 4.8 K/uL | — | BRLB |
| Mono # | 0.3 | 0.3 - 1.0 K/uL | — | BRLB |
| Eos # | 0.1 | 0.0 - 0.5 K/uL | — | BRLB |
| Baso # | 0.02 | 0.00 - 0.20 K/uL | — | BRLB |
| Gran% | 55.5 | 38.0 - 73.0 % | — | BRLB |
| Lymph% | 35.6 | 18.0 - 48.0 % | — | BRLB |
| Mono% | 6.6 | 4.0 - 15.0 % | — | BRLB |
| Eosinophil% | 1.9 | 0.0 - 8.0 % | — | BRLB |
| Basophil% | 0.4 | 0.0 - 1.9 % | — | BRLB |
| Differential Method | Automated | — | — | BRLB |

**Comprehensive metabolic panel [408218241] (Abnormal)**          Resulted: 03/11/19 0847, Result status: Final result

Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

### Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 03/11/19 0819 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 139 | 136 - 145 mmol/L | — | BRLB |
| Potassium | 4.0 | 3.5 - 5.1 mmol/L | — | BRLB |
| Chloride | 105 | 95 - 110 mmol/L | — | BRLB |
| CO2 | 25 | 23 - 29 mmol/L | — | BRLB |
| Glucose | 93 | 70 - 110 mg/dL | — | BRLB |
| BUN, Bld | 13 | 6 - 20 mg/dL | — | BRLB |
| Creatinine | 0.8 | 0.5 - 1.4 mg/dL | — | BRLB |
| Calcium | 9.4 | 8.7 - 10.5 mg/dL | — | BRLB |
| Total Protein | 6.1 | 6.0 - 8.4 g/dL | — | BRLB |
| Albumin | 3.0 | 3.5 - 5.2 g/dL | L | BRLB |
| Total Bilirubin | 0.6 | 0.1 - 1.0 mg/dL | — | BRLB |

Comment:
For infants and newborns, interpretation of results should be based
on gestational age, weight and in agreement with clinical
observations.

Generated on 7/18/19 8:34 AM                                           Page 36

**Lincoln/Lee 1126**

08/01/2019 8:53:51 AM -0400 FAXCOM                                    PAGE 39    OF 203

| BRCH LABORATORY DRAW STATION | Lee, Katonia | |
| --- | --- | --- |
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008244768 | |
| Continuity of Care | Enc. Date 3/11/2019 | |

## All Results (continued)

Comprehensive metabolic panel [408218241] (Abnormal) (continued)          Resulted: 03/11/19 0847, Result status: Final result

Premature Infant recommended reference ranges:
Up to 24 hours.............<8.0 mg/dL
Up to 48 hours...........<12.0 mg/dL
3-5 days.................<15.0 mg/dL
6-29 days................<15.0 mg/dL

| | | | | |
| --- | --- | --- | --- | --- |
| Alkaline Phosphatase | 123 | 55 - 135 U/L | — | BRLB |
| AST | 23 | 10 - 40 U/L | — | BRLB |
| ALT | 16 | 10 - 44 U/L | — | BRLB |
| Anion Gap | 9 | 8 - 16 mmol/L | — | BRLB |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 | — | BRLB |
| eGFR if non African American | >60 | >60 mL/min/1.73 m^2 | — | BRLB |

Comment:
Calculation used to obtain the estimated glomerular filtration
rate (eGFR) is the CKD-EPI equation.

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
| --- | --- | --- | --- | --- |
| 393 - BRLB | OCHSNER MEDICAL CENTER - BATON ROUGE | Jeremy Spencer, M.D. | 17000 Medical Center Drive Baton Rouge LA 70816 | 09/14/17 1554 - Present |

## Notes

**H&P Notes**

No notes of this type exist for this encounter.

**Lincoln/Lee 1127**

08/01/2019 8:53:51 AM -0400 FAXCOM                                                      PAGE 40    OF 203

BRCC HEMATOLOGY ONCOLOGY                    Lee, Katonia
OCHSNER, BATON ROUGE REGION                 MRN: 2325810, DOB:              Sex: F
Continuity of Care                          Acct #: 72008244740
                                            Enc. Date 3/11/2019

## Visit Summary

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| Diffuse large B-cell lymphoma of intra-abdominal lymph nodes  - Primary | ICD-10-CM: C83.33 ICD-9-CM: 202.83 | |
| AIDS (acquired immune deficiency syndrome) | ICD-10-CM: B20 ICD-9-CM: 042 | |
| Lymphoma related to acquired immunodeficiency syndrome (AIDS) | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | |

**Problem List** as of 3/11/2019                                              Date Reviewed: **3/11/2019**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Essential hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 2/12/2018 - Present |
| Diffuse large B cell lymphoma of duodenum and pancreas | ICD-10-CM: C83.30 ICD-9-CM: 202.80 | | | 1/21/2019 - Present |
| Elevated LFTs | ICD-10-CM: R94.5 ICD-9-CM: 790.6 | | | 1/21/2019 - Present |
| B-cell lymphoma | ICD-10-CM: C85.10 ICD-9-CM: 202.80 | | | 1/22/2019 - Present |
| AIDS (acquired immune deficiency syndrome) | ICD-10-CM: B20 ICD-9-CM: 042 | | | 1/24/2019 - Present |
| Lymphoma | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | | | 2/11/2019 - Present |
| Anemia | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 2/26/2019 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | | | 1/21/2019 - 1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | | | 1/21/2019 - 2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | | | 1/21/2019 - 1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 ICD-9-CM: 780.96 | | | 2/13/2019 - 2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 - 3/1/2019 |
| RESOLVED: Chest pain | ICD-10-CM: R07.9 ICD-9-CM: 786.50 | | | 2/26/2019 - 2/27/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 ICD-9-CM: 112.0 | | | 2/27/2019 - 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9 ICD-9-CM: 780.60 | | | 2/28/2019 - 3/1/2019 |

**Allergies as of 7/18/2019**

No Known Allergies

**Immunizations as of 3/11/2019**                                                     Never Reviewed

| Name | Date | Dose | VIS Date | Route |
|---|---|---|---|---|
| Pneumococcal Conjugate - 13 Valent | 3/1/2019 | 0.5 mL | 11/5/2015 | Intramuscular |

    Site: Left deltoid
    Given By: Faye G. Gonzaga, RN

Generated on 7/18/19  8:34 AM                                                            Page 38

**Lincoln/Lee 1128**

BRCC HEMATOLOGY ONCOLOGY       Lee, Katonia
OCHSNER, BATON ROUGE REGION     MRN: 2325810, DOB:       Sex: F
Continuity of Care                  Acct #: 72008244740
                               Enc. Date 3/11/2019

## Visit Summary (continued)

## Medications

**Outpatient Medications at Start of Encounter as of 3/11/2019**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |
|     Erica M. Coffey, RN 2/7/2019 10:49 AM | | | | |
|     TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 30 tablet | 4 | 2/19/2019 | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| **citalopram (CELEXA) 20 MG tablet** | | | | |
| Sig - Route: Take 20 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
|     Erica M. Coffey, RN 2/7/2019 10:53 AM | | | | |
|     TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| **metoprolol tartrate (LOPRESSOR) 50 MG tablet** | | | | |
| Sig - Route: Take 50 mg by mouth 2 (two) times daily. - Oral | | | | |
| Class: Historical Med | | | | |
|     Erica M. Coffey, RN 2/7/2019 10:56 AM | | | | |
|     TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **oxyCODONE (ROXICODONE) 10 mg Tab immediate release tablet** | 100 tablet | 0 | 2/13/2019 | 3/15/2019 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed for Pain. - Oral | | | | |
| Earliest Fill Date: 2/13/2019 | | | | |
| **amLODIPine (NORVASC) 5 MG tablet** | | | | 6/26/2019 |
| Sig - Route: Take 5 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
|     Erica M. Coffey, RN 2/7/2019 10:49 AM | | | | |
|     TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **azithromycin (ZITHROMAX) 600 MG Tab** | | | | 3/11/2019 |
| Sig - Route: Take 600 mg by mouth every 7 days. - Oral | | | | |
| Class: Historical Med | | | | |
| **omeprazole (PRILOSEC) 20 MG capsule** | | | | 4/7/2019 |
| Sig - Route: Take 20 mg by mouth 2 (two) times daily. - Oral | | | | |
| Class: Historical Med | | | | |
|     Erica M. Coffey, RN 2/7/2019 10:57 AM | | | | |
|     TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 20 tablet | 1 | 2/5/2019 | 4/22/2019 |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed. - Oral | | | | |
| **oxyCODONE (OXYCONTIN) 10 mg 12 hr tablet** | 60 each | 0 | 2/13/2019 | 4/1/2019 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every 12 (twelve) hours. - Oral | | | | |
| Earliest Fill Date: 2/13/2019 | | | | |
| **prochlorperazine (COMPAZINE) 10 MG tablet** | 30 tablet | 1 | 2/5/2019 | 4/22/2019 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed. - Oral | | | | |
| **sulfamethoxazole-trimethoprim 800-160mg (BACTRIM DS) 800-160 mg Tab** | 30 tablet | 1 | 2/2/2019 | 3/11/2019 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |

**Lincoln/Lee 1129**

08/01/2019 8:53:51 AM -0400 FAXCOM                                PAGE 42   OF 203

| | | | | |
|---|---|---|---|---|
| BRCC HEMATOLOGY ONCOLOGY | | Lee, Katonia | | |
| OCHSNER, BATON ROUGE REGION | | MRN: 2325810, DOB: | Sex: F | |
| Continuity of Care | | Acct #: 72008244740 | | |
| | | Enc. Date 3/11/2019 | | |

## Medications (continued)

**Ordered Medications**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **sulfamethoxazole-trimethoprim 800-160mg (BACTRIM DS) 800-160 mg Tab (Discontinued)** | 30 tablet | 1 | 3/11/2019 | 4/16/2019 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Reason for Discontinue: **Alternate therapy** | | | | |
| **azithromycin (ZITHROMAX) 600 MG Tab (Discontinued)** | 12 tablet | 0 | 3/11/2019 | 4/16/2019 |
| Sig - Route: Take 1 tablet (600 mg total) by mouth every 7 days. - Oral | | | | |
| Reason for Discontinue: **Alternate therapy** | | | | |

## Progress Notes

**Progress Notes by Long H. Dang, MD at 3/11/2019 8:20 AM**

| | | |
|---|---|---|
| Author: Long H. Dang, MD | Service: — | Author Type: Physician |
| Filed: 3/11/2019 9:00 AM | Encounter Date: 3/11/2019 | Creation Time: 3/11/2019 8:16 AM |
| Status: Signed | Editor: Long H. Dang, MD (Physician) | |

### Subjective:

Patient ID: Katonia Lee is a 49 y.o. female.

Chief Complaint: Diffuse large B-cell lymphoma of intra-abdominal lymph nodes [C83.33]
HPI: We have an opportunity to see Ms. Katonia Lee in Hematology Oncology clinic at Ochsner Medical Center on 03/11/2019. Ms. Katonia Lee is a 49 y.o. woman with AIDS-related DLBCL s/p 1 cycle of RCHOP. Was hospitalized for fever, neutropenia for 1 day. Resolved with antibiotics. Present today, reported doing well.

**B-cell lymphoma**

    **Chemotherapy**
    Treatment Summary
    Plan Name: OP RITUXIMAB Q3M (MAINTENANCE)
    Treatment Goal: Palliative
    Status: Inactive
    Start Date: 1/27/2019
    End Date: 1/27/2019
    Provider: Ronald D. Delrie Jr., MD
    Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride
    0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous,
    Clinic/HOD 1 time, 1 of 2 cycles
    Administration: 664 mg (1/27/2019)

    Plan Name: R-EPOCH INPATIENT
    Treatment Goal: Curative
    Status: Inactive
    Start Date: 1/31/2019
    End Date: 1/31/2019
    Provider: Ronald D. Delrie Jr., MD
    Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in
    sodium chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg,
    Intravenous, Every 24 hours (non-standard times), 1 of 4 cycles
    Administration: 1,270 mg (1/31/2019)

**Lincoln/Lee 1130**

08/01/2019 8:53:51 AM -0400 FAXCOM                                    PAGE 43   OF 203

| | |
|---|---|
| BRCC HEMATOLOGY ONCOLOGY<br>OCHSNER, BATON ROUGE REGION<br>Continuity of Care | Lee, Katonia<br>MRN: 2325810, DOB:          Sex: F<br>Acct #: 72008244740<br>Enc. Date 3/11/2019 |

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 3/11/2019 8:20 AM (continued)**

riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time, 0 of 3 cycles

DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine (ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, , Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles

Plan Name: OP R-CHOP Q3W
Treatment Goal: Curative
Status: Active
Start Date: 2/1/2019 (Planned)
End Date: 5/17/2019 (Planned)
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: DOXOrubicin chemo injection 84 mg, 50 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

vinCRIStine (ONCOVIN) 2.4 mg in sodium chloride 0.9% 50 mL chemo infusion, 1.4 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 250 mL chemo infusion, 750 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

riTUXimab (RITUXAN) 375 mg/m2 = 634 mg in sodium chloride 0.9% 634 mL infusion (conc: 1 mg/mL), 375 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Cancer<br>  *lymphoma]* | |
| • Diffuse large B cell lymphoma of duodenum and pancreas | 1/21/2019 |
| • Encounter for blood transfusion | |
| • HIV (human immunodeficiency virus infection) | |
| • Hypertension | |
| • Stomach ulcer<br>  *bleeding* | |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Paternal Grandmother | |
| • Heart disease | Mother | |

Generated on 7/18/19  8:34 AM                                                    Page 41

**Lincoln/Lee 1131**

| BRCC HEMATOLOGY ONCOLOGY | Lee, Katonia | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION | MRN: 2325810, DOB: | Sex: F |
| Continuity of Care | Acct #: 72008244740 | |
| | Enc. Date 3/11/2019 | |

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 3/11/2019 8:20 AM (continued)**

### Social History

#### Socioeconomic History
- Marital status:              Unknown
     Spouse name:             Not on file
- Number of children:         Not on file
- Years of education:         Not on file
- Highest education level:    Not on file

#### Social Needs
- Financial resource strain:  Not on file
- Food insecurity - worry:    Not on file
- Food insecurity - inability: Not on file
- Transportation needs -      Not on file
  medical:
- Transportation needs - non- Not on file
  medical:

#### Occupational History
- Not on file

#### Tobacco Use
- Smoking status:             Never Smoker
- Smokeless tobacco:          Never Used

#### Substance and Sexual Activity
- Alcohol use:                No
     Frequency:               Never
- Drug use:                   No
- Sexual activity:            Not on file

#### Other Topics                Concern
- Not on file

#### Social History Narrative
- Not on file

### Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • CESAREAN SECTION | | |
| • ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY) | N/A | 1/25/2019 |
| *Performed by Janak N. Shah, MD at NOMH ENDO (2ND FLR)* | | |
| • ESOPHAGOGASTRODUODENOSCOPY | | |
| • INSERTION, VENOUS ACCESS PORT | Left | 2/11/2019 |
| *Performed by Kyle A Jakob, MD at BRMH OR* | | |

### Current Outpatient Medications

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • allopurinol (ZYLOPRIM) 300 MG tablet | Take 1 tablet (300 mg total) by mouth once daily. (Patient taking differently: | 30 tablet | 1 |

**Lincoln/Lee 1132**

Case 5:22-cv-05075-TLB  Document 12-3  Filed 11/03/22  Page 1054 of 1717 PageID #: 1158

08/01/2019 8:53:51 AM -0400 FAXCOM                                    PAGE 45   OF 203

| BRCC HEMATOLOGY ONCOLOGY<br>OCHSNER, BATON ROUGE REGION<br>Continuity of Care | Lee, Katonia<br>MRN: 2325810, DOB:<br>Acct #: 72008244740<br>Enc. Date 3/11/2019 | Sex: F |
|---|---|---|

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 3/11/2019 8:20 AM (continued)**

|  |  |  |  |
|---|---|---|---|
|  | Take 300 mg by mouth every morning. ) |  |  |
| • amLODIPine (NORVASC) 5 MG tablet | Take 5 mg by mouth once daily. |  |  |
| • azithromycin (ZITHROMAX) 600 MG Tab | Take 600 mg by mouth every 7 days. |  |  |
| • bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet | Take 1 tablet by mouth once daily. | 30 tablet | 4 |
| • citalopram (CELEXA) 20 MG tablet | Take 20 mg by mouth once daily. |  |  |
| • ferrous gluconate 324 mg (37.5 mg iron) Tab | Take 1 tablet by mouth 2 (two) times daily. |  |  |
| • metoprolol tartrate (LOPRESSOR) 50 MG tablet | Take 50 mg by mouth 2 (two) times daily. |  |  |
| • omeprazole (PRILOSEC) 20 MG capsule | Take 20 mg by mouth 2 (two) times daily. |  |  |
| • ondansetron (ZOFRAN-ODT) 8 MG TbDL | Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed. | 20 tablet | 1 |
| • oxyCODONE (OXYCONTIN) 10 mg 12 hr tablet | Take 1 tablet (10 mg total) by mouth every 12 (twelve) hours. | 60 each | 0 |
| • oxyCODONE (ROXICODONE) 10 mg Tab immediate release tablet | Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed for Pain. | 100 tablet | 0 |
| • prochlorperazine (COMPAZINE) 10 MG tablet | Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed. | 30 tablet | 1 |
| • sulfamethoxazole-trimethoprim 800-160mg (BACTRIM DS) 800-160 mg Tab | Take 1 tablet by mouth once daily. | 30 tablet | 1 |

No current facility-administered medications for this visit.

**Labs:**
Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 6.54 | 03/01/2019 |

Generated on 7/18/19 8:34 AM                                                   Page 43

**Lincoln/Lee 1133**

08/01/2019 8:53:51 AM -0400 FAXCOM                                    PAGE 46    OF 203

BRCC HEMATOLOGY ONCOLOGY                  Lee, Katonia
OCHSNER, BATON ROUGE REGION               MRN: 2325810, DOB:          Sex: F
Continuity of Care                        Acct #: 72008244740
                                          Enc. Date 3/11/2019

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 3/11/2019  8:20 AM (continued)**

| | | |
|---|---|---|
| HGB | 8.9 (L) | 03/01/2019 |
| HCT | 27.4 (L) | 03/01/2019 |
| MCV | 89 | 03/01/2019 |
| PLT | 124 (L) | 03/01/2019 |

BMP
**Lab Results**

| Component | Value | Date |
|---|---|---|
| NA | 135 (L) | 03/01/2019 |
| K | 3.8 | 03/01/2019 |
| CL | 103 | 03/01/2019 |
| CO2 | 24 | 03/01/2019 |
| BUN | 8 | 03/01/2019 |
| CREATININE | 0.7 | 03/01/2019 |
| CALCIUM | 9.3 | 03/01/2019 |
| ANIONGAP | 8 | 03/01/2019 |
| ESTGFRAFRICA | >60 | 03/01/2019 |
| EGFRNONAA | >60 | 03/01/2019 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| ALT | 14 | 03/01/2019 |
| AST | 19 | 03/01/2019 |
| ALKPHOS | 144 (H) | 03/01/2019 |
| BILITOT | 0.9 | 03/01/2019 |

No results found for: IRON, TIBC, FERRITIN, SATURATEDIRO
No results found for: VITAMINB12
No results found for: FOLATE
**Lab Results**

| Component | Value | Date |
|---|---|---|
| TSH | 1.014 | 01/23/2019 |

I have reviewed the radiology reports and examined the scan/xray images.

Review of Systems
Constitutional: Negative.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Negative.
Skin: Negative.

Generated on 7/18/19  8:34 AM                                          Page 44

**Lincoln/Lee 1134**

| BRCC HEMATOLOGY ONCOLOGY | Lee, Katonia | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION | MRN: 2325810, DOB: | Sex: F |
| Continuity of Care | Acct #: 72008244740 | |
| | Enc. Date 3/11/2019 | |

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 3/11/2019 8:20 AM (continued)**

Allergic/Immunologic: Negative.
Neurological: Negative.
Hematological: Negative.
Psychiatric/Behavioral: Negative.

ECOG SCORE
    1 - Restricted in strenuous activity-ambulatory and able to carry out work of a light nature

**Objective:**
There were no vitals filed for this visit.There is no height or weight on file to calculate BMI.
Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae and EOM are normal.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. Bowel sounds are normal.
Musculoskeletal: Normal range of motion.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.
Nursing note and vitals reviewed.

**Assessment:**

1.    **Diffuse large B-cell lymphoma of intra-abdominal lymph nodes**
2.    AIDS (acquired immune deficiency syndrome)

**Plan:**

**Diffuse large B-cell lymphoma of intra-abdominal lymph nodes**
Will give cycle 2 RCHOP today
Will set up for IT MTX for cycle 3
CD4 count >100, continue on ritoxan.

**AIDS (acquired immune deficiency syndrome)**
Continue on HAART therapy per ID
Continue on bactrim, azithromycin prophylasix

Generated on 7/18/19 8:34 AM                                                      Page 45

**Lincoln/Lee 1135**

BRCC HEMATOLOGY ONCOLOGY          Lee, Katonia
OCHSNER, BATON ROUGE REGION       MRN: 2325810, DOB:          Sex: F
Continuity of Care                Acct #: 72008244740
                                  Enc. Date 3/11/2019

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 3/11/2019 8:20 AM (continued)**

Electronically signed by Long H. Dang, MD on 3/11/2019 9:00 AM

**H&P Notes**

No notes of this type exist for this encounter.

**Lincoln/Lee 1136**

BRCH LABORATORY DRAW STATION
17000 Medical Center Dr
Baton Rouge LA 70816
Continuity of Care

Lee, Katonia
MRN: 2325810, DOB:
Acct #: 72008341660
Enc. Date 4/1/2019

Sex: F

## Visit Summary

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| Diffuse large B-cell lymphoma of intra-abdominal lymph nodes | ICD-10-CM: C83.33<br>ICD-9-CM: 202.83 | |

**Problem List** as of 4/1/2019 — Date Reviewed: **4/1/2019**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Essential hypertension | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| Lymphoma related to acquired immunodeficiency syndrome (AIDS) | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| Elevated LFTs | ICD-10-CM: R94.5<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| B-cell lymphoma | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| AIDS (acquired immune deficiency syndrome) | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| Lymphoma | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| Anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Chest pain | ICD-10-CM: R07.9<br>ICD-9-CM: 786.50 | | | 2/26/2019 -<br>2/27/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |

**Allergies** as of 7/18/2019

No Known Allergies

**Immunizations** as of 4/1/2019 — Never Reviewed

| Name | Date | Dose | VIS Date | Route |
|---|---|---|---|---|
| Pneumococcal Conjugate - 13 Valent | 3/1/2019 | 0.5 mL | 11/5/2015 | Intramuscular |

Site: Left deltoid
Given By: Faye G. Gonzaga, RN

## Medications

**Outpatient Medications at Start of Encounter as of 4/1/2019**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| allopurinol (ZYLOPRIM) 300 MG tablet | 30 tablet | 1 | 2/2/2019 | |

Generated on 7/18/19  8:34 AM

**Lincoln/Lee 1137**

08/01/2019 8:53:51 AM -0400 FAXCOM

BRCH LABORATORY DRAW STATION
17000 Medical Center Dr
Baton Rouge LA 70816
Continuity of Care

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72008341660
Enc. Date 4/1/2019

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 4/1/2019 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |

Erica M. Coffey, RN 2/7/2019 10:49 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 30 tablet | 4 | 2/19/2019 | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| **citalopram (CELEXA) 20 MG tablet** | | | | |
| Sig - Route: Take 20 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |

Erica M. Coffey, RN 2/7/2019 10:53 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily.  - Oral | | | | |
| Class: Historical Med | | | | |
| **metoprolol tartrate (LOPRESSOR) 50 MG tablet** | | | | |
| Sig - Route: Take 50 mg by mouth 2 (two) times daily.  - Oral | | | | |
| Class: Historical Med | | | | |

Erica M. Coffey, RN 2/7/2019 10:56 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amLODIPine (NORVASC) 5 MG tablet** | | | | 6/26/2019 |
| Sig - Route: Take 5 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |

Erica M. Coffey, RN 2/7/2019 10:49 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **azithromycin (ZITHROMAX) 600 MG Tab** | 12 tablet | 0 | 3/11/2019 | 4/16/2019 |
| Sig - Route: Take 1 tablet (600 mg total) by mouth every 7 days. - Oral | | | | |
| **omeprazole (PRILOSEC) 20 MG capsule** | | | | 4/7/2019 |
| Sig - Route: Take 20 mg by mouth 2 (two) times daily. - Oral | | | | |
| Class: Historical Med | | | | |

Erica M. Coffey, RN 2/7/2019 10:57 AM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 20 tablet | 1 | 2/5/2019 | 4/22/2019 |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed. - Oral | | | | |
| **oxyCODONE (OXYCONTIN) 10 mg 12 hr tablet** | 60 each | 0 | 2/13/2019 | 4/1/2019 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every 12 (twelve) hours. - Oral | | | | |
| Earliest Fill Date: 2/13/2019 | | | | |
| **prochlorperazine (COMPAZINE) 10 MG tablet** | 30 tablet | 1 | 2/5/2019 | 4/22/2019 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed. - Oral | | | | |
| **sulfamethoxazole-trimethoprim 800-160mg (BACTRIM DS) 800-160 mg Tab** | 30 tablet | 1 | 3/11/2019 | 4/16/2019 |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 0 | 4/1/2019 | 4/22/2019 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed. - Oral | | | | |

## All Results

CBC auto differential [411285240] (Abnormal)                Resulted: 04/01/19 0829, Result status: Final result
Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

Generated on 7/18/19  8:34 AM

**Lincoln/Lee 1138**

BRCH LABORATORY DRAW STATION
17000 Medical Center Dr
Baton Rouge LA 70816
Continuity of Care

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72008341660
Enc. Date 4/1/2019

## All Results (continued)

CBC auto differential [411285240] (Abnormal) (continued)          Resulted: 04/01/19 0829, Result status: Final result

### Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 04/01/19 0816 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 4.61 | 3.90 - 12.70 K/uL | — | BRLB |
| RBC | 3.68 | 4.00 - 5.40 M/uL | L | BRLB |
| Hemoglobin | 10.7 | 12.0 - 16.0 g/dL | L | BRLB |
| Hematocrit | 34.8 | 37.0 - 48.5 % | L | BRLB |
| Mean Corpuscular Volume | 95 | 82 - 98 fL | — | BRLB |
| Mean Corpuscular Hemoglobin | 29.1 | 27.0 - 31.0 pg | — | BRLB |
| Mean Corpuscular Hemoglobin Conc | 30.7 | 32.0 - 36.0 g/dL | L | BRLB |
| RDW | 18.9 | 11.5 - 14.5 % | H | BRLB |
| Platelets | 233 | 150 - 350 K/uL | — | BRLB |
| MPV | 11.3 | 9.2 - 12.9 fL | — | BRLB |
| Gran # (ANC) | 2.6 | 1.8 - 7.7 K/uL | — | BRLB |
| Lymph # | 1.5 | 1.0 - 4.8 K/uL | — | BRLB |
| Mono # | 0.5 | 0.3 - 1.0 K/uL | — | BRLB |
| Eos # | 0.1 | 0.0 - 0.5 K/uL | — | BRLB |
| Baso # | 0.02 | 0.00 - 0.20 K/uL | — | BRLB |
| Gran% | 55.3 | 38.0 - 73.0 % | — | BRLB |
| Lymph% | 31.5 | 18.0 - 48.0 % | — | BRLB |
| Mono% | 10.4 | 4.0 - 15.0 % | — | BRLB |
| Eosinophil% | 2.4 | 0.0 - 8.0 % | — | BRLB |
| Basophil% | 0.4 | 0.0 - 1.9 % | — | BRLB |
| Differential Method | Automated | — | — | BRLB |

Comprehensive metabolic panel [411285241] (Abnormal)          Resulted: 04/01/19 0847, Result status: Final result

Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

### Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 04/01/19 0816 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 140 | 136 - 145 mmol/L | — | BRLB |
| Potassium | 4.3 | 3.5 - 5.1 mmol/L | — | BRLB |
| Chloride | 109 | 95 - 110 mmol/L | — | BRLB |
| CO2 | 22 | 23 - 29 mmol/L | L | BRLB |
| Glucose | 107 | 70 - 110 mg/dL | — | BRLB |
| BUN, Bld | 17 | 6 - 20 mg/dL | — | BRLB |
| Creatinine | 0.9 | 0.5 - 1.4 mg/dL | — | BRLB |
| Calcium | 9.7 | 8.7 - 10.5 mg/dL | — | BRLB |
| Total Protein | 7.1 | 6.0 - 8.4 g/dL | — | BRLB |
| Albumin | 3.6 | 3.5 - 5.2 g/dL | — | BRLB |
| Total Bilirubin | 0.5 | 0.1 - 1.0 mg/dL | — | BRLB |

Comment:
For infants and newborns, interpretation of results should be based
on gestational age, weight and in agreement with clinical
observations.
Premature Infant recommended reference ranges:
Up to 24 hours............<8.0 mg/dL
Up to 48 hours...........<12.0 mg/dL
3-5 days.................<15.0 mg/dL

Generated on 7/18/19  8:34 AM          Page 49

**Lincoln/Lee 1139**

BRCH LABORATORY DRAW STATION
17000 Medical Center Dr
Baton Rouge LA 70816
Continuity of Care

Lee, Katonia
MRN: 2325810, DOB:
Acct #: 72008341660
Enc. Date 4/1/2019

Sex: F

## All Results (continued)

Comprehensive metabolic panel [411285241] (Abnormal) (continued)          Resulted: 04/01/19 0847, Result status: Final result

6-29 days................<15.0 mg/dL

| | | | | |
|---|---|---|---|---|
| Alkaline Phosphatase | 137 | 55 - 135 U/L | H | BRLB |
| AST | 23 | 10 - 40 U/L | — | BRLB |
| ALT | 15 | 10 - 44 U/L | — | BRLB |
| Anion Gap | 9 | 8 - 16 mmol/L | — | BRLB |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 | — | BRLB |
| eGFR if non African American | >60 | >60 mL/min/1.73 m^2 | — | BRLB |

Comment:
Calculation used to obtain the estimated glomerular filtration
rate (eGFR) is the CKD-EPI equation.

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 393 - BRLB | OCHSNER MEDICAL CENTER - BATON ROUGE | Jeremy Spencer, M.D. | 17000 Medical Center Drive Baton Rouge LA 70816 | 09/14/17 1554 - Present |

## Notes

### H&P Notes

No notes of this type exist for this encounter.

**Lincoln/Lee 1140**

| BRMH XRAY | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008457766 | |
| Continuity of Care | Adm: 4/2/2019 | |

## Admission Information

| | | | |
|---|---|---|---|
| Arrival Date/Time: | Admit Date/Time: | 04/02/2019 0815 | IP Adm. Date/Time: |
| Admission Type: Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: |
| Means of Arrival: | Primary Service: | Radiology | Secondary Service: N/A |
| Transfer Source: | Service Area: | OCHSNER SERVICE AREA | Unit: Ochsner Medical Center - BR |
| Admit Provider: | Attending Provider: | Long H. Dang, MD | Referring Provider: Long H. Dang, MD |

## Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 04/02/2019 2359 | Home Or Self Care | None | None | Ochsner Medical Center - BR |

## Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| C85.90 [Principal] | Non-Hodgkin lymphoma, unspecified, unspecified site | | | | |
| B20 | Human immunodeficiency virus (HIV) disease | | | | |

**Hospital Problem List** as of 4/2/2019                     Reviewed: **4/1/2019 by Ronald D Delrie Jr, MD**

None

**Non-Hospital Problem List** as of 4/2/2019                 Reviewed: **4/1/2019 by Ronald D Delrie Jr, MD**

| | Codes | Last Modified |
|---|---|---|
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | 1/26/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | 1/31/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | 2/1/2019 |
| **Elevated LFTs** | ICD-10-CM: R94.5 ICD-9-CM: 790.6 | 2/1/2019 |
| **Lymphoma** | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | 2/11/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 ICD-9-CM: 780.96 | 2/27/2019 |
| RESOLVED: Chest pain | ICD-10-CM: R07.9 ICD-9-CM: 786.50 | 2/27/2019 |
| **Essential hypertension** | ICD-10-CM: I10 ICD-9-CM: 401.9 | 3/1/2019 |
| **B-cell lymphoma** | ICD-10-CM: C85.10 ICD-9-CM: 202.80 | 3/1/2019 |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20 ICD-9-CM: 042 | 3/1/2019 |
| **Anemia** | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | 3/1/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 ICD-9-CM: 288.00, 780.61 | 3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 ICD-9-CM: 112.0 | 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9 ICD-9-CM: 780.60 | 3/1/2019 |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | 3/12/2019 |

**Lincoln/Lee 1141**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008457766 |
| Continuity of Care | Adm: 4/2/2019 |

## Notes (continued)
## History & Physicals

**H&P (View-Only) by Ronald D. Delrie Jr., MD at 4/1/2019 9:00 AM**

Author: Ronald D. Delrie Jr., MD      Service: —                    Author Type: Physician
Filed: 4/1/2019 9:07 AM               Status: Signed
Editor: Ronald D. Delrie Jr., MD (Physician)

### Hematology/Oncology Office Note

**CC:**
Fever/chest pain

**Referred by:** No ref. provider found

**Diagnosis:**
Diffuse large B-cell lymphoma
HIV/aids

**Treatment:**
HARRT
RCHOP

**Surveillance:**

History of present illness:
49-year-old female with a history of HIV/aids and diffuse large B-cell lymphoma currently on R-CHOP chemotherapy who presents to the clinic today with chest pain and fever of 100.4.
The patient reports that fever began yesterday and symptoms have worsened over the previous 12 hr. She reports chest pain, sore throat, malaise, fever, and generalized weakness.

I have reviewed and updated the HPI, ROS, PMHx, Social Hx, Family Hx and treatment history.

Patient presents today for cycle 3 of R-CHOP.
Patient has no new complaints today

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Cancer |  |
| *lymphoma]* |  |
| • Diffuse large B cell lymphoma of duodenum and pancreas | 1/21/2019 |
| • Encounter for blood transfusion |  |
| • HIV (human immunodeficiency virus infection) |  |
| • Hypertension |  |
| • Stomach ulcer |  |
| *bleeding* |  |

Social History:
No tobacco, alcohol, or illicit drugs

Generated on 7/18/19 8:34 AM                                          Page 52

**Lincoln/Lee 1142**

BRMH XRAY                                   Lee, Katonia
17000 Medical Center Dr                     MRN: 2325810, DOB:        Sex: F
Baton Rouge LA 70816                        Acct #: 72008457766
Continuity of Care                          Adm: 4/2/2019

## History & Physicals (continued)

**H&P (View-Only) by Ronald D. Delrie Jr., MD at 4/1/2019 9:00 AM (continued)**

Family History: family history includes Cancer in her paternal grandmother; Heart disease in her mother.

HPI

Review of Systems
Constitutional: Positive for activity change, appetite change, fatigue and fever. Negative for chills, diaphoresis and unexpected weight change.
HENT: Negative for congestion, dental problem, ear pain, facial swelling, mouth sores, nosebleeds, rhinorrhea, sinus pressure, sinus pain, sore throat, trouble swallowing and voice change.
Eyes: Negative.
Respiratory: Negative for apnea, cough, chest tightness and shortness of breath.
Cardiovascular: Negative for chest pain, palpitations and leg swelling.
Gastrointestinal: Negative for abdominal distention, abdominal pain, anal bleeding, blood in stool, constipation, diarrhea, nausea and vomiting.
Endocrine: Negative.
Genitourinary: Negative for difficulty urinating, dyspareunia, dysuria, enuresis, flank pain, frequency, hematuria, pelvic pain and vaginal bleeding.
Musculoskeletal: Negative for arthralgias, back pain, gait problem, joint swelling, myalgias and neck pain.
Skin: Negative for pallor, rash and wound.
Allergic/Immunologic: Positive for immunocompromised state. Negative for environmental allergies.
Neurological: Negative for dizziness, tremors, seizures, syncope, facial asymmetry, speech difficulty, weakness, numbness and headaches.
Hematological: Negative for adenopathy. Does not bruise/bleed easily.
Psychiatric/Behavioral: Negative for agitation, behavioral problems, confusion, dysphoric mood and hallucinations. The patient is not nervous/anxious and is not hyperactive.

## Objective:

Vitals:
                04/01/19 0824
BP:             138/83
Pulse:          70
Resp:           18
Temp:           97.4 °F (36.3 °C)
TempSrc:        Oral
SpO2:           100%
Weight:         61.1 kg (134 lb 11.2 oz)
Height:         5' 2" (1.575 m)

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
**Well groomed**
HENT:

**Lincoln/Lee 1143**

08/01/2019 8:53:51 AM -0400 FAXCOM                                    PAGE 56   OF 203

BRMH XRAY                              Lee, Katonia
17000 Medical Center Dr                MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                   Acct #: 72008457766
Continuity of Care                     Adm: 4/2/2019

## History & Physicals (continued)

**H&P (View-Only) by Ronald D. Delrie Jr., MD at 4/1/2019 9:00 AM (continued)**

Head: Normocephalic and atraumatic.
Right Ear: Tympanic membrane, external ear and ear canal normal.
Left Ear: Tympanic membrane, external ear and ear canal normal.
Nose: Nose normal. Right sinus exhibits no maxillary sinus tenderness and no frontal sinus tenderness. Left sinus exhibits no maxillary sinus tenderness and no frontal sinus tenderness.
Mouth/Throat: Oropharynx is clear and moist and mucous membranes are normal. No oral lesions. Normal dentition. No oropharyngeal exudate.
Eyes: Pupils are equal, round, and reactive to light. Conjunctivae, EOM and lids are normal. Lids are everted and swept, no foreign bodies found.
Neck: Trachea normal and normal range of motion. Neck supple. No JVD present. No tracheal deviation present. No thyroid mass and no thyromegaly present.
**No crepitus**
Cardiovascular: Normal rate, regular rhythm, intact distal pulses and normal pulses. Exam reveals no gallop and no friction rub.
Murmur heard.
Pulmonary/Chest: Effort normal. No accessory muscle usage or stridor. No respiratory distress. She has decreased breath sounds. She has no wheezes. She has rhonchi. She has no rales. She exhibits no tenderness.
Abdominal: Soft. Normal appearance and bowel sounds are normal. She exhibits no distension and no mass. There is no hepatosplenomegaly. There is no tenderness. There is no rebound and no guarding.
Musculoskeletal: Normal range of motion. She exhibits no edema, tenderness or deformity.
Lymphadenopathy:
  She has no cervical adenopathy.
Neurological: She is alert and oriented to person, place, and time. She displays normal reflexes. No cranial nerve deficit. She exhibits normal muscle tone. Coordination normal.
Skin: Skin is warm, dry and intact. Capillary refill takes less than 2 seconds. No bruising and no rash noted. She is not diaphoretic. There is erythema. No cyanosis. No pallor. Nails show no clubbing.
Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.

Lab Results

| Component | Value | Date |
|-----------|-------|------|
| WBC | 4.61 | 04/01/2019 |
| HGB | 10.7 (L) | 04/01/2019 |
| HCT | 34.8 (L) | 04/01/2019 |
| MCV | 95 | 04/01/2019 |
| PLT | 233 | 04/01/2019 |

Lab Results

| Component | Value | Date |
|-----------|-------|------|
| CREATININE | 0.9 | 04/01/2019 |
| BUN | 17 | 04/01/2019 |
| NA | 140 | 04/01/2019 |
| K | 4.3 | 04/01/2019 |
| CL | 109 | 04/01/2019 |
| CO2 | 22 (L) | 04/01/2019 |

Lab Results

| Component | Value | Date |
|-----------|-------|------|

---

Generated on 7/18/19 8:34 AM                                    Page 54

**Lincoln/Lee 1144**

BRMH XRAY                                     Lee, Katonia
17000 Medical Center Dr                       MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                          Acct #: 72008457766
Continuity of Care                            Adm: 4/2/2019

## History & Physicals (continued)

**H&P (View-Only) by Ronald D. Delrie Jr., MD at 4/1/2019  9:00 AM (continued)**

| | | |
|---|---|---|
| ALT | 15 | 04/01/2019 |
| AST | 23 | 04/01/2019 |
| ALKPHOS | 137 (H) | 04/01/2019 |
| BILITOT | 0.5 | 04/01/2019 |

## Assessment:

49-year-old female with HIV/aids and diffuse large B-cell lymphoma currently on systemic therapy with R-CHOP.
She presents today for cycle 3 with normal LFTs and total bilirubin is 0.5.
I discussed the case with her primary physician Dr. long with decision made to proceed with full-dose doxorubicin 50 milligrams/meter squared.
She has intrathecal methotrexate scheduled for tomorrow and will
 will follow up after repeat PET scan to proceed with cycle 4


Diffuse large B-cell lymphoma:
--proceed with cycle 3 of R-CHOP
--intrathecal methotrexate tomorrow
--follow-up with PET scan prior to cycle 4


Electronically signed by Ronald D. Delrie Jr., MD on 4/1/2019  9:07 AM

**Interval H&P Note by Case Rappelet, PA at 4/2/2019 12:27 PM**

| | | |
|---|---|---|
| Author: Case Rappelet, PA | Service: Radiology | Author Type: Physician Assistant |
| Filed: 4/2/2019 12:27 PM | Status: Signed | |
| Editor: Case Rappelet, PA (Physician Assistant) | | Cosigner: David S. Kirsch, MD at 4/2/2019 2:55 PM |

The patient has been examined and the H&P has been reviewed:

I concur with the findings and no changes have occurred since H&P was written.


There are no hospital problems to display for this patient.


Electronically signed by David S. Kirsch, MD on 4/2/2019  2:55 PM

**Source Note**

| | | |
|---|---|---|
| Author: Ronald D. Delrie Jr., MD | Service: — | Author Type: Physician |
| Filed: 4/1/2019  9:07 AM | Status: Signed | |
| Editor: Ronald D. Delrie Jr., MD (Physician) | | |

**Lincoln/Lee 1145**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008457766 |
| Continuity of Care | Adm: 4/2/2019 |

## History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 4/2/2019 12:27 PM (continued)**

### Hematology/Oncology Office Note

**CC:**
Fever/chest pain

**Referred by:** No ref. provider found

**Diagnosis:**
Diffuse large B-cell lymphoma
HIV/aids

**Treatment:**
HARRT
RCHOP

**Surveillance:**

History of present illness:
49-year-old female with a history of HIV/aids and diffuse large B-cell lymphoma currently on R-CHOP chemotherapy who presents to the clinic today with chest pain and fever of 100.4.
The patient reports that fever began yesterday and symptoms have worsened over the previous 12 hr.
She reports chest pain, sore throat, malaise, fever, and generalized weakness.

I have reviewed and updated the HPI, ROS, PMHx, Social Hx, Family Hx and treatment history.

Patient presents today for cycle 3 of R-CHOP.
Patient has no new complaints today

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Cancer | |
| *lymphoma]* | |
| • Diffuse large B cell lymphoma of duodenum and pancreas | 1/21/2019 |
| • Encounter for blood transfusion | |
| • HIV (human immunodeficiency virus infection) | |
| • Hypertension | |
| • Stomach ulcer | |
| *bleeding* | |

Social History:
No tobacco, alcohol, or illicit drugs

Family History: family history includes Cancer in her paternal grandmother; Heart disease in her mother.

---

**Lincoln/Lee 1146**

BRMH XRAY                                 Lee, Katonia
17000 Medical Center Dr                   MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                      Acct #: 72008457766
Continuity of Care                        Adm: 4/2/2019

### History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 4/2/2019 12:27 PM (continued)**

HPI

Review of Systems
Constitutional: Positive for activity change, appetite change, fatigue and fever. Negative for chills, diaphoresis and unexpected weight change.
HENT: Negative for congestion, dental problem, ear pain, facial swelling, mouth sores, nosebleeds, rhinorrhea, sinus pressure, sinus pain, sore throat, trouble swallowing and voice change.
Eyes: Negative.
Respiratory: Negative for apnea, cough, chest tightness and shortness of breath.
Cardiovascular: Negative for chest pain, palpitations and leg swelling.
Gastrointestinal: Negative for abdominal distention, abdominal pain, anal bleeding, blood in stool, constipation, diarrhea, nausea and vomiting.
Endocrine: Negative.
Genitourinary: Negative for difficulty urinating, dyspareunia, dysuria, enuresis, flank pain, frequency, hematuria, pelvic pain and vaginal bleeding.
Musculoskeletal: Negative for arthralgias, back pain, gait problem, joint swelling, myalgias and neck pain.
Skin: Negative for pallor, rash and wound.
Allergic/Immunologic: Positive for immunocompromised state. Negative for environmental allergies.
Neurological: Negative for dizziness, tremors, seizures, syncope, facial asymmetry, speech difficulty, weakness, numbness and headaches.
Hematological: Negative for adenopathy. Does not bruise/bleed easily.
Psychiatric/Behavioral: Negative for agitation, behavioral problems, confusion, dysphoric mood and hallucinations. The patient is not nervous/anxious and is not hyperactive.

### Objective:

Vitals:

|          | 04/01/19 0824              |
|----------|----------------------------|
| BP:      | 138/83                     |
| Pulse:   | 70                         |
| Resp:    | 18                         |
| Temp:    | 97.4 °F (36.3 °C)          |
| TempSrc: | Oral                       |
| SpO2:    | 100%                       |
| Weight:  | 61.1 kg (134 lb 11.2 oz)   |
| Height:  | 5' 2" (1.575 m)            |

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
**Well groomed**
HENT:
Head: Normocephalic and atraumatic.
Right Ear: Tympanic membrane, external ear and ear canal normal.
Left Ear: Tympanic membrane, external ear and ear canal normal.
Nose: Nose normal. Right sinus exhibits no maxillary sinus tenderness and no frontal sinus tenderness. Left

**Lincoln/Lee 1147**

| BRMH XRAY | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008457766 | |
| Continuity of Care | Adm: 4/2/2019 | |

## History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 4/2/2019 12:27 PM (continued)**

sinus exhibits no maxillary sinus tenderness and no frontal sinus tenderness.
Mouth/Throat: Oropharynx is clear and moist and mucous membranes are normal. No oral lesions. Normal dentition. No oropharyngeal exudate.
Eyes: Pupils are equal, round, and reactive to light. Conjunctivae, EOM and lids are normal. Lids are everted and swept, no foreign bodies found.
Neck: Trachea normal and normal range of motion. Neck supple. No JVD present. No tracheal deviation present. No thyroid mass and no thyromegaly present.
**No crepitus**
Cardiovascular: Normal rate, regular rhythm, intact distal pulses and normal pulses. Exam reveals no gallop and no friction rub.
Murmur heard.
Pulmonary/Chest: Effort normal. No accessory muscle usage or stridor. No respiratory distress. She has decreased breath sounds. She has no wheezes. She has rhonchi. She has no rales. She exhibits no tenderness.
Abdominal: Soft. Normal appearance and bowel sounds are normal. She exhibits no distension and no mass. There is no hepatosplenomegaly. There is no tenderness. There is no rebound and no guarding.
Musculoskeletal: Normal range of motion. She exhibits no edema, tenderness or deformity.
Lymphadenopathy:
  She has no cervical adenopathy.
Neurological: She is alert and oriented to person, place, and time. She displays normal reflexes. No cranial nerve deficit. She exhibits normal muscle tone. Coordination normal.
Skin: Skin is warm, dry and intact. Capillary refill takes less than 2 seconds. No bruising and no rash noted. She is not diaphoretic. There is erythema. No cyanosis. No pallor. Nails show no clubbing.
Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.

Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 4.61 | 04/01/2019 |
| HGB | 10.7 (L) | 04/01/2019 |
| HCT | 34.8 (L) | 04/01/2019 |
| MCV | 95 | 04/01/2019 |
| PLT | 233 | 04/01/2019 |

Lab Results

| Component | Value | Date |
|---|---|---|
| CREATININE | 0.9 | 04/01/2019 |
| BUN | 17 | 04/01/2019 |
| NA | 140 | 04/01/2019 |
| K | 4.3 | 04/01/2019 |
| CL | 109 | 04/01/2019 |
| CO2 | 22 (L) | 04/01/2019 |

Lab Results

| Component | Value | Date |
|---|---|---|
| ALT | 15 | 04/01/2019 |
| AST | 23 | 04/01/2019 |
| ALKPHOS | 137 (H) | 04/01/2019 |

**Lincoln/Lee 1148**

BRMH XRAY                                    Lee, Katonia
17000 Medical Center Dr                      MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                         Acct #: 72008457766
Continuity of Care                           Adm: 4/2/2019

## History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 4/2/2019 12:27 PM (continued)**

BILITOT                           0.5                     04/01/2019

### Assessment:

49-year-old female with HIV/aids and diffuse large B-cell lymphoma currently on systemic therapy with R-CHOP.
She presents today for cycle 3 with normal LFTs and total bilirubin is 0.5.
I discussed the case with her primary physician Dr. long with decision made to proceed with full-dose doxorubicin 50 milligrams/meter squared.
She has intrathecal methotrexate scheduled for tomorrow and will
 will follow up after repeat PET scan to proceed with cycle 4

Diffuse large B-cell lymphoma:
--proceed with cycle 3 of R-CHOP
--intrathecal methotrexate tomorrow
--follow-up with PET scan prior to cycle 4

Electronically signed by Ronald D. Delrie Jr., MD on 4/1/2019  9:07 AM

## Discharge Summaries

**Discharge Summary by Case Rappelet, PA at 4/2/2019 12:49 PM**

Author:  Case Rappelet, PA              Service:  Radiology          Author Type:  Physician Assistant
Filed:  4/2/2019 12:51 PM               Status:  Signed
Editor:  Case Rappelet, PA (Physician Assistant)                     Cosigner:  David S. Kirsch, MD at
                                                                     4/2/2019  2:55 PM

Pre Op Diagnosis: lymphoma

Post Op Diagnosis: same

Procedure:  LP with intrathecal chemotherapy

Procedure performed by: Kirsch MD, Rappelet PA-C

Written Informed Consent Obtained: Yes

Specimen Removed:  yes

**Lincoln/Lee 1149**

BRMH XRAY                                Lee, Katonia
17000 Medical Center Dr                  MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                     Acct #: 72008457766
Continuity of Care                       Adm: 4/2/2019

## Discharge Summaries (continued)

**Discharge Summary by Case Rappelet, PA at 4/2/2019 12:49 PM (continued)**

Estimated Blood Loss:  minimal

Findings: Local anesthesia and moderate sedation were used.

The patient tolerated the procedure well and there were no complications.

Sterile technique was performed in the lower back, lidocaine was used as a local anesthetic.  1.5 ccs of clear CSF to lab for eval.  Pt tolerated the procedure well without immediate complications.  Please see radiologist report for details. F/u with PCP and/or ordering physician.

Electronically signed by David S. Kirsch, MD on 4/2/2019  2:55 PM

## Radiology Results

**Fl Chemo Administration Intrathecal With LP [411285272]**          Resulted: 04/03/19 0838, Result status: Final result

Resulted by:  David S. Kirsch, MD                    Performed:  04/02/19 1209 - 04/02/19 1258
Accession number:  29749503                          Resulting lab:  MMODEL FLUENCY
Narrative:
EXAMINATION:
FL CHEMO ADMINISTRATION INTRATHECAL WITH LP

CLINICAL HISTORY:
Human immunodeficiency virus (HIV) disease

COMPARISON:
None

Impression:
FINDINGS/
Procedure, indications, and risks of procedure (including headache, bleeding, infection, pain, seizure, CSF leak, nerve injury/paralysis)discussed with patient and written informed consent was obtained.

Under usual sterile conditions and local anesthetic utilizing lidocaine 1% anesthetic a 20 gauge spinal needle was advanced into the subarachnoid space at the L3/4 interspace.

A total of 11 cc of clear colorless CSF obtained and submitted to lab as per requesting physician.

Fluid was sent as directed by primary service.

Intrathecal methotrexate was then administered for total of 12 mg in 12 cc of saline over 5 min.

Procedure was very well tolerated by the patient with no immediate complications.  Post procedure instructions discussed with patient.

Flouro time of 0.1 sec.  1 fluoroscopic image was obtained.

Successful fluoroscopically guided lumbar puncture and administration of intrathecal methotrexate.

Electronically signed by:  David Kirsch, MD
Date:                      04/03/2019

Generated on 7/18/19  8:34 AM                                              Page 60

**Lincoln/Lee 1150**

08/01/2019 8:53:51 AM -0400 FAXCOM                              PAGE 63   OF 203

BRMH XRAY                              Lee, Katonia
17000 Medical Center Dr               MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                  Acct #: 72008457766
Continuity of Care                    Adm: 4/2/2019

### Radiology Results (continued)

**FI Chemo Administration Intrathecal With LP [411285272] (continued)**        Resulted: 04/03/19 0838, Result status: Final result

Time:                    08:38

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 396 - FFI | MMODEL FLUENCY | n/a | n/a | 01/15/18 0931 - Present |

---

Generated on 7/18/19 8:34 AM                                    Page 61

**Lincoln/Lee 1151**

BRMH XRAY                              Lee, Katonia
17000 Medical Center Dr                MRN: 2325810, DOB:        Sex: F
Baton Rouge LA 70816                   Acct #: 72008457766
Continuity of Care                     Adm: 4/2/2019

**Discharge Instructions**                        Lee, Katonia (MR # 2325810)

None

**Lincoln/Lee 1152**

HGVC HEMATOLOGY ONCOLOGY            Lee, Katonia
OCHSNER, BATON ROUGE REGION         MRN: 2325810, DOB:           Sex: F
Continuity of Care                  Acct #: 72008453545
                                    Enc. Date 4/22/2019

## Visit Summary

### Diagnoses

| | Codes | Comments |
|---|---|---|
| Diffuse large B-cell lymphoma of lymph nodes of neck   - Primary | ICD-10-CM: C83.31 ICD-9-CM: 202.81 | |
| AIDS (acquired immune deficiency syndrome) | ICD-10-CM: B20 ICD-9-CM: 042 | |
| Chemotherapy-induced nausea | ICD-10-CM: R11.0, T45.1X5A ICD-9-CM: 787.02, E933.1 | |
| Lymphoma related to acquired immunodeficiency syndrome (AIDS) | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | |
| Diffuse large B-cell lymphoma of intra-abdominal lymph nodes | ICD-10-CM: C83.33 ICD-9-CM: 202.83 | |
| Diffuse large B-cell lymphoma, unspecified body region | ICD-10-CM: C83.30 ICD-9-CM: 202.80 | |

### Problem List as of 4/22/2019

Date Reviewed: **4/22/2019**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Essential hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 2/12/2018 - Present |
| Lymphoma related to acquired immunodeficiency syndrome (AIDS) | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | | | 1/21/2019 - Present |
| Elevated LFTs | ICD-10-CM: R94.5 ICD-9-CM: 790.6 | | | 1/21/2019 - Present |
| B-cell lymphoma | ICD-10-CM: C85.10 ICD-9-CM: 202.80 | | | 1/22/2019 - Present |
| AIDS (acquired immune deficiency syndrome) | ICD-10-CM: B20 ICD-9-CM: 042 | | | 1/24/2019 - Present |
| Lymphoma | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | | | 2/11/2019 - Present |
| Anemia | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 2/26/2019 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | | | 1/21/2019 - 1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | | | 1/21/2019 - 2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | | | 1/21/2019 - 1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 ICD-9-CM: 780.96 | | | 2/13/2019 - 2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 - 3/1/2019 |
| RESOLVED: Chest pain | ICD-10-CM: R07.9 ICD-9-CM: 786.50 | | | 2/26/2019 - 2/27/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 ICD-9-CM: 112.0 | | | 2/27/2019 - 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9 ICD-9-CM: 780.60 | | | 2/28/2019 - 3/1/2019 |

### Allergies as of 7/18/2019

No Known Allergies

Generated on 7/18/19  8:34 AM                                           Page 63

**Lincoln/Lee 1153**

08/01/2019 8:53:51 AM -0400 FAXCOM                                      PAGE 66   OF 203

| HGVC HEMATOLOGY ONCOLOGY | Lee, Katonia | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION | MRN: 2325810, DOB: | Sex: F |
| Continuity of Care | Acct #: 72008453545 | |
| | Enc. Date 4/22/2019 | |

## Visit Summary (continued)

**Immunizations as of 4/22/2019**                                        Never Reviewed

| Name | Date | Dose | VIS Date | Route |
|---|---|---|---|---|
| Pneumococcal Conjugate - 13 Valent | 3/1/2019 | 0.5 mL | 11/5/2015 | Intramuscular |

Site: Left deltoid
Given By: Faye G. Gonzaga, RN

## Medications

**Outpatient Medications at Start of Encounter as of 4/22/2019**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet (Taking)** | 30 tablet | 1 | 2/2/2019 | |

Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral

> Erica M. Coffey, RN 2/7/2019 10:49 AM
> TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| **atovaquone (MEPRON) 750 mg/5 mL Susp (Taking)** | 210 mL | 2 | 4/16/2019 | 5/16/2019 |

Sig - Route: Take 10 mLs (1,500 mg total) by mouth once daily. - Oral

| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking)** | 30 tablet | 4 | 2/19/2019 | |

Sig - Route: Take 1 tablet by mouth once daily. - Oral

| **citalopram (CELEXA) 20 MG tablet (Taking)** | | | | |

Sig - Route: Take 20 mg by mouth once daily. - Oral
Class: Historical Med

> Erica M. Coffey, RN 2/7/2019 10:53 AM
> TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| **ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking)** | | | | |

Sig - Route: Take 1 tablet by mouth once daily. - Oral
Class: Historical Med

| **metoprolol tartrate (LOPRESSOR) 50 MG tablet (Taking)** | | | | |

Sig - Route: Take 50 mg by mouth 2 (two) times daily. - Oral
Class: Historical Med

> Erica M. Coffey, RN 2/7/2019 10:56 AM
> TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| **amLODIPine (NORVASC) 5 MG tablet (Taking)** | | | | 6/26/2019 |

Sig - Route: Take 5 mg by mouth once daily. - Oral
Class: Historical Med

> Erica M. Coffey, RN 2/7/2019 10:49 AM
> TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| **ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking)** | 20 tablet | 1 | 2/5/2019 | 4/22/2019 |

Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed. - Oral

| **oxyCODONE (ROXICODONE) 5 MG immediate release tablet (Taking)** | 60 tablet | 0 | 4/1/2019 | 5/1/2019 |

Sig - Route: Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain. - Oral
Earliest Fill Date: 4/1/2019

| **prochlorperazine (COMPAZINE) 10 MG tablet (Taking)** | 30 tablet | 1 | 2/5/2019 | 4/22/2019 |

Sig - Route: Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed. - Oral

---

Generated on 7/18/19 8:34 AM                                           Page 64

**Lincoln/Lee 1154**

08/01/2019 8:53:51 AM -0400 FAXCOM                                      PAGE 67   OF 203

HGVC HEMATOLOGY ONCOLOGY                     Lee, Katonia
OCHSNER, BATON ROUGE REGION                  MRN: 2325810, DOB:              Sex: F
Continuity of Care                           Acct #: 72008453545
                                             Enc. Date 4/22/2019

## Medications (continued)

### Outpatient Medications at Start of Encounter as of 4/22/2019 (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **promethazine (PHENERGAN) 25 MG tablet (Taking)** | 15 tablet | 0 | 4/7/2019 | 4/22/2019 |
| Sig - Route: Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. - Oral | | | | |
| **zolpidem (AMBIEN) 5 MG Tab (Taking)** | 30 tablet | 0 | 4/1/2019 | 4/22/2019 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed. - Oral | | | | |

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet (Taking)** | 30 tablet | 1 | 2/2/2019 | |
| Sig: Take 1 tablet (300 mg total) by mouth once daily. Route: Oral | | | | |
| **atovaquone (MEPRON) 750 mg/5 mL Susp (Taking/Expired)** | 210 mL | 2 | 4/16/2019 | 5/16/2019 |
| Sig: Take 10 mLs (1,500 mg total) by mouth once daily. Route: Oral | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking)** | 30 tablet | 4 | 2/19/2019 | |
| Sig: Take 1 tablet by mouth once daily. Route: Oral | | | | |
| **citalopram (CELEXA) 20 MG tablet (Taking)** | | | | |
| Sig: Take 20 mg by mouth once daily. Class: Historical Med Route: Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking)** | | | | |
| Sig: Take 1 tablet by mouth once daily. Class: Historical Med Route: Oral | | | | |
| **metoprolol tartrate (LOPRESSOR) 50 MG tablet (Taking)** | | | | |
| Sig: Take 50 mg by mouth 2 (two) times daily. Class: Historical Med Route: Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking)** | 60 tablet | 1 | 4/22/2019 | |
| Sig: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). Route: Oral | | | | |
| **prochlorperazine (COMPAZINE) 10 MG tablet (Taking)** | 60 tablet | 1 | 4/22/2019 | 4/21/2020 |
| Sig: Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (nausea). Route: Oral | | | | |
| **promethazine (PHENERGAN) 25 MG tablet (Taking)** | 60 tablet | 1 | 4/22/2019 | |
| Sig: Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. Route: Oral | | | | |
| **amLODIPine (NORVASC) 5 MG tablet (Taking/Discontinued)** | | | | 6/26/2019 |
| Sig: Take 5 mg by mouth once daily. Class: Historical Med Route: Oral Reason for Discontinue: **Reorder** | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking/Discontinued)** | 20 tablet | 1 | 2/5/2019 | 4/22/2019 |
| Sig: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed. Route: Oral Reason for Discontinue: **Reorder** | | | | |

Generated on 7/18/19  8:34 AM                                            Page 65

**Lincoln/Lee 1155**

08/01/2019 8:53:51 AM -0400 FAXCOM                                          PAGE 68   OF 203

| HGVC HEMATOLOGY ONCOLOGY | Lee, Katonia |
|---|---|
| OCHSNER, BATON ROUGE REGION | MRN: 2325810, DOB:           Sex: F |
| Continuity of Care | Acct #: 72008453545 |
| | Enc. Date 4/22/2019 |

## Medications (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **oxyCODONE (ROXICODONE) 5 MG immediate release tablet (Taking/Discontinued)** | 60 tablet | 0 | 4/1/2019 | 5/1/2019 |
| Sig: Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain. | | | | |
| Earliest Fill Date: 4/1/2019 | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **prochlorperazine (COMPAZINE) 10 MG tablet (Taking/Discontinued)** | 30 tablet | 1 | 2/5/2019 | 4/22/2019 |
| Sig: Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed. | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **promethazine (PHENERGAN) 25 MG tablet (Taking/Discontinued)** | 15 tablet | 0 | 4/7/2019 | 4/22/2019 |
| Sig: Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **zolpidem (AMBIEN) 5 MG Tab (Taking/Discontinued)** | 30 tablet | 0 | 4/1/2019 | 4/22/2019 |
| Sig: Take 1 tablet (5 mg total) by mouth nightly as needed. | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **zolpidem (AMBIEN) 5 MG Tab (Taking/Discontinued)** | 30 tablet | 1 | 4/22/2019 | 5/1/2019 |
| Sig: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |

### Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **promethazine (PHENERGAN) 25 MG tablet** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. - Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **prochlorperazine (COMPAZINE) 10 MG tablet** | 60 tablet | 1 | 4/22/2019 | 4/21/2020 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **zolpidem (AMBIEN) 5 MG Tab (Discontinued)** | 30 tablet | 1 | 4/22/2019 | 5/1/2019 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |

## Progress Notes

### Progress Notes by Long H. Dang, MD at 4/22/2019 8:40 AM

| | | |
|---|---|---|
| Author: Long H. Dang, MD | Service: — | Author Type: Physician |
| Filed: 4/22/2019 8:59 AM | Encounter Date: 4/22/2019 | Creation Time: 4/22/2019 8:54 AM |
| Status: Signed | Editor: Long H. Dang, MD (Physician) | |

## Subjective:

**Patient ID:** Katonia Lee is a 49 y.o. female.

**Chief Complaint:** Diffuse large B-cell lymphoma of lymph nodes of neck [C83.31]
HPI: We have an opportunity to see Ms. Katonia Lee in Hematology Oncology clinic at Ochsner Medical Center on 04/22/2019. Ms. Katonia Lee is a 49 y.o. woman with AIDS-related DLBCL s/p 3 cycles of RCHOP. Had

Generated on 7/18/19 8:34 AM                                                          Page 66

**Lincoln/Lee 1156**

HGVC HEMATOLOGY ONCOLOGY
OCHSNER, BATON ROUGE REGION
Continuity of Care

Lee, Katonia
MRN: 2325810, DOB:              Sex: F
Acct #: 72008453545
Enc. Date 4/22/2019

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 4/22/2019  8:40 AM (continued)**

significant nausea/vomiting for 2 weeks, resolved with phenergan. Present today, reported doing well.

**Lymphoma related to acquired immunodeficiency syndrome (AIDS)**

1/21/2019          Initial Diagnosis
                   Lymphoma related to acquired immunodeficiency syndrome (AIDS)

1/31/2019 -        **Chemotherapy**
                   Treatment Summary
                   Plan Name: OP RITUXIMAB Q3M (MAINTENANCE)
                   Treatment Goal: Palliative
                   Status: Inactive
                   Start Date: 1/27/2019
                   End Date: 1/27/2019
                   Provider: Ronald D. Delrie Jr., MD
                   Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride
                   0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous,
                   Clinic/HOD 1 time, 1 of 2 cycles
                   Administration: 664 mg (1/27/2019)

                   Plan Name: R-EPOCH INPATIENT
                   Treatment Goal: Curative
                   Status: Inactive
                   Start Date: 1/31/2019
                   End Date: 1/31/2019
                   Provider: Ronald D. Delrie Jr., MD
                   Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in
                   sodium chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg,
                   Intravenous, Every 24 hours (non-standard times), 1 of 4 cycles
                   Administration: 1,270 mg (1/31/2019)

                   riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL
                   infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time,
                   0 of 3 cycles

                   DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine
                   (ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, ,
                   Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles

                   Plan Name: OP R-CHOP Q3W
                   Treatment Goal: Curative
                   Status: Active
                   Start Date: 2/18/2019
                   End Date: 6/3/2019 (Planned)
                   Provider: Ronald D. Delrie Jr., MD
                   Chemotherapy: DOXOrubicin chemo injection 20 mg, 12.5 mg/m2 = 20 mg (25
                   % of original dose 50 mg/m2), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles

Generated on 7/18/19 8:34 AM                                                    Page 67

**Lincoln/Lee 1157**

HGVC HEMATOLOGY ONCOLOGY          Lee, Katonia
OCHSNER, BATON ROUGE REGION       MRN: 2325810, DOB:          Sex: F
Continuity of Care                Acct #: 72008453545
                                  Enc. Date 4/22/2019

### Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 4/22/2019 8:40 AM (continued)**

Dose modification: 12.5 mg/m2 (25 % of original dose 50 mg/m2, Cycle 1, Reason: Original Dose Changed)
Administration: 20 mg (2/18/2019), 20 mg (3/11/2019)

vinCRIStine (ONCOVIN) 2 mg in sodium chloride 0.9% 50 mL chemo infusion, 2 mg (100 % of original dose 2 mg), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Dose modification: 2 mg (original dose 2 mg, Cycle 1, Reason: MD Discretion, Comment: capping vincristine at 2 mg)
Administration: 2 mg (2/18/2019), 2 mg (3/11/2019)

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,180 mg in sodium chloride 0.9% 309 mL chemo infusion, 750 mg/m2 = 1,180 mg, Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Administration: 1,180 mg (2/18/2019), 1,210 mg (3/11/2019)

methotrexate (PF) 6 mg in sodium chloride 0.9% (NORMAL SALINE FLUSH) 3 mL INTRATHECAL chemo injection, , Intrathecal, Clinic/HOD 1 time, 0 of 4 cycles

**B-cell lymphoma**

Chemotherapy
Treatment Summary
Plan Name: OP RITUXIMAB Q3M (MAINTENANCE)
Treatment Goal: Palliative
Status: Inactive
Start Date: 1/27/2019
End Date: 1/27/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride 0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous, Clinic/HOD 1 time, 1 of 2 cycles
Administration: 664 mg (1/27/2019)

Plan Name: R-EPOCH INPATIENT
Treatment Goal: Curative
Status: Inactive
Start Date: 1/31/2019
End Date: 1/31/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg, Intravenous, Every 24 hours (non-standard times), 1 of 4 cycles
Administration: 1,270 mg (1/31/2019)

riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL

**Lincoln/Lee 1158**

HGVC HEMATOLOGY ONCOLOGY            Lee, Katonia
OCHSNER, BATON ROUGE REGION         MRN: 2325810, DOB:          Sex: F
Continuity of Care                  Acct #: 72008453545
                                    Enc. Date 4/22/2019

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 4/22/2019 8:40 AM (continued)**

infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time, 0 of 3 cycles

DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine (ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, , Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles

Plan Name: OP R-CHOP Q3W
Treatment Goal: Curative
Status: Active
Start Date: 2/1/2019 (Planned)
End Date: 5/17/2019 (Planned)
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: DOXOrubicin chemo injection 84 mg, 50 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

vinCRIStine (ONCOVIN) 2.4 mg in sodium chloride 0.9% 50 mL chemo infusion, 1.4 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 250 mL chemo infusion, 750 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

riTUXimab (RITUXAN) 375 mg/m2 = 634 mg in sodium chloride 0.9% 634 mL infusion (conc: 1 mg/mL), 375 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

Past Medical History:

| Diagnosis | Date |
|---|---|
| • B-cell lymphoma | 1/22/2019 |
| • Biliary stricture | |
| • Cancer | |
| *lymphoma]* | |
| • Diffuse large B cell lymphoma of duodenum and pancreas | 1/21/2019 |
| • Encounter for blood transfusion | |
| • HIV (human immunodeficiency virus infection) | |
| • Hypertension | |
| • Jaundice | |
| • Stomach ulcer | |
| *bleeding* | |

Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Paternal Grandmother | |
| • Heart disease | Mother | |

**Lincoln/Lee 1159**

HGVC HEMATOLOGY ONCOLOGY                    Lee, Katonia
OCHSNER, BATON ROUGE REGION                 MRN: 2325810, DOB:              Sex: F
Continuity of Care                          Acct #: 72008453545
                                            Enc. Date 4/22/2019

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 4/22/2019  8:40 AM (continued)**

Social History

Socioeconomic History
- Marital status:              Unknown
   - Spouse name:             Not on file
- Number of children:         Not on file
- Years of education:         Not on file
- Highest education level:    Not on file

Occupational History
- Not on file

Social Needs
- Financial resource strain:  Not on file
- Food insecurity:
   - Worry:                    Not on file
   - Inability:                Not on file
- Transportation needs:
   - Medical:                  Not on file
   - Non-medical:              Not on file

Tobacco Use
- Smoking status:             Never Smoker
- Smokeless tobacco:          Never Used

Substance and Sexual Activity
- Alcohol use:                No
   - Frequency:               Never
- Drug use:                   No
- Sexual activity:            Not on file

Lifestyle
- Physical activity:
   - Days per week:            Not on file
   - Minutes per session:      Not on file
- Stress:                     Not on file

Relationships
- Social connections:
   - Talks on phone:           Not on file
   - Gets together:            Not on file
   - Attends religious service: Not on file
   - Active member of club or   Not on file
     organization:
   - Attends meetings of clubs  Not on file
     or organizations:
   - Relationship status:       Not on file

Other Topics                  Concern
- Not on file

Social History Narrative
- Not on file

Past Surgical History:

| Procedure | Laterality | Date |
|-----------|-----------|------|
| CESAREAN SECTION |  |  |

Generated on 7/18/19  8:34 AM                                    Page 70

**Lincoln/Lee 1160**

08/01/2019 8:53:51 AM -0400 FAXCOM

| HGVC HEMATOLOGY ONCOLOGY OCHSNER, BATON ROUGE REGION Continuity of Care | Lee, Katonia MRN: 2325810, DOB: Acct #: 72008453545 Enc. Date 4/22/2019 | Sex: F |
|---|---|---|

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 4/22/2019 8:40 AM (continued)**

| | | |
|---|---|---|
| • ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY) *Performed by Janak N. Shah, MD at NOMH ENDO (2ND FLR)* | N/A | 1/25/2019 |
| • ESOPHAGOGASTRODUODENOSCOPY | | |
| • INSERTION, VENOUS ACCESS PORT *Performed by Kyle A Jakob, MD at BRMH OR* | Left | 2/11/2019 |

### Current Outpatient Medications

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • allopurinol (ZYLOPRIM) 300 MG tablet | Take 1 tablet (300 mg total) by mouth once daily. (Patient taking differently: Take 300 mg by mouth every morning. ) | 30 tablet | 1 |
| • amLODIPine (NORVASC) 5 MG tablet | Take 5 mg by mouth once daily. | | |
| • atovaquone (MEPRON) 750 mg/5 mL Susp | Take 10 mLs (1,500 mg total) by mouth once daily. | 210 mL | 2 |
| • bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet | Take 1 tablet by mouth once daily. (Patient taking differently: Take 1 tablet by mouth once daily. ) | 30 tablet | 4 |
| • citalopram (CELEXA) 20 MG tablet | Take 20 mg by mouth once daily. | | |
| • ferrous gluconate 324 mg (37.5 mg iron) Tab | Take 1 tablet by mouth once daily. | | |
| • metoprolol tartrate (LOPRESSOR) 50 MG tablet | Take 50 mg by mouth 2 (two) times daily. | | |
| • ondansetron (ZOFRAN-ODT) 8 MG TbDL | Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). | 60 tablet | 1 |
| • oxyCODONE (ROXICODONE) 5 MG immediate release tablet | Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain. | 60 tablet | 0 |
| • prochlorperazine (COMPAZINE) 10 MG tablet | Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (nausea). | 60 tablet | 1 |
| • promethazine (PHENERGAN) 25 MG tablet | Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. | 60 tablet | 1 |
| • zolpidem (AMBIEN) 5 MG Tab | Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). | 30 tablet | 1 |

Generated on 7/18/19 8:34 AM

**Lincoln/Lee 1161**

08/01/2019 8:53:51 AM -0400 FAXCOM                                    PAGE 74   OF 203

HGVC HEMATOLOGY ONCOLOGY          Lee, Katonia
OCHSNER, BATON ROUGE REGION       MRN: 2325810, DOB:          Sex: F
Continuity of Care                Acct #: 72008453545
                                  Enc. Date 4/22/2019

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 4/22/2019  8:40 AM (continued)**

No current facility-administered medications for this visit.

## Labs:

### Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 2.96 (L) | 04/22/2019 |
| HGB | 9.2 (L) | 04/22/2019 |
| HCT | 31.3 (L) | 04/22/2019 |
| MCV | 100 (H) | 04/22/2019 |
| PLT | 338 | 04/22/2019 |

### BMP

### Lab Results

| Component | Value | Date |
|---|---|---|
| NA | 141 | 04/07/2019 |
| K | 3.3 (L) | 04/07/2019 |
| CL | 104 | 04/07/2019 |
| CO2 | 25 | 04/07/2019 |
| BUN | 20 | 04/07/2019 |
| CREATININE | 1.0 | 04/07/2019 |
| CALCIUM | 10.2 | 04/07/2019 |
| ANIONGAP | 12 | 04/07/2019 |
| ESTGFRAFRICA | >60 | 04/07/2019 |
| EGFRNONAA | >60 | 04/07/2019 |

### Lab Results

| Component | Value | Date |
|---|---|---|
| ALT | 15 | 04/07/2019 |
| AST | 15 | 04/07/2019 |
| ALKPHOS | 155 (H) | 04/07/2019 |
| BILITOT | 1.5 (H) | 04/07/2019 |

No results found for: IRON, TIBC, FERRITIN, SATURATEDIRO
No results found for: VITAMINB12
No results found for: FOLATE

### Lab Results

| Component | Value | Date |
|---|---|---|
| TSH | 1.014 | 01/23/2019 |

I have reviewed the radiology reports and examined the scan/xray images.

Review of Systems
Constitutional: Negative.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.

Generated on 7/18/19  8:34 AM                                         Page 72

**Lincoln/Lee 1162**

| | | |
|---|---|---|
| HGVC HEMATOLOGY ONCOLOGY | Lee, Katonia | |
| OCHSNER, BATON ROUGE REGION | MRN: 2325810, DOB: | Sex: F |
| Continuity of Care | Acct #: 72008453545 | |
| | Enc. Date 4/22/2019 | |

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 4/22/2019  8:40 AM (continued)**

Gastrointestinal: Negative.
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Negative.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative.
Hematological: Negative.
Psychiatric/Behavioral: Negative.

ECOG SCORE
  0 - Fully active-able to carry on all pre-disease performance without restriction

## Objective:

Vitals:

| | 04/22/19 0825 |
|---|---|
| BP: | 121/85 |
| Pulse: | 70 |
| Resp: | 18 |
| Temp: | 98.2 °F (36.8 °C) |

Body mass index is 24.11 kg/m².
Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae and EOM are normal.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. Bowel sounds are normal.
Musculoskeletal: Normal range of motion.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.
Nursing note and vitals reviewed.

## Assessment:

1.  **Diffuse large B-cell lymphoma of lymph nodes of neck**
2.  AIDS (acquired immune deficiency syndrome)
3.  Chemotherapy-induced nausea
4.  Lymphoma related to acquired immunodeficiency syndrome (AIDS)
5.  Diffuse large B-cell lymphoma of intra-abdominal lymph nodes

**Lincoln/Lee 1163**

| HGVC HEMATOLOGY ONCOLOGY<br>OCHSNER, BATON ROUGE REGION<br>Continuity of Care | Lee, Katonia<br>MRN: 2325810, DOB:<br>Acct #: 72008453545<br>Enc. Date 4/22/2019 | Sex: F |
|---|---|---|

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 4/22/2019 8:40 AM (continued)**

6.    Diffuse large B-cell lymphoma, unspecified body region

## Plan:

**Diffuse large B-cell lymphoma of lymph nodes of neck**
Will give cycle 4 RCHOP today. Need IT MTX tomorrow. Increase prednisone to 100 mg day 1-5. Will likely need an additional cycle of RCHOP for cycle 7, as had significant dose reduction with cycle 1-2.

Will get MUGA prior to cycle 5.

- NM Cardiac Blood Pool Single study MUGA; Future; Expected date: 05/13/2019
- CBC auto differential; Future; Expected date: 05/13/2019
- Comprehensive metabolic panel; Future; Expected date: 05/13/2019

**AIDS (acquired immune deficiency syndrome)**
Continue on HIV therapy with Dr. Nnadi

**Chemotherapy-induced nausea**
- ondansetron (ZOFRAN-ODT) 8 MG TbDL; Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). Dispense: 60 tablet; Refill: 1
- prochlorperazine (COMPAZINE) 10 MG tablet; Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (nausea). Dispense: 60 tablet; Refill: 1
- promethazine (PHENERGAN) 25 MG tablet; Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. Dispense: 60 tablet; Refill: 1

Electronically signed by Long H. Dang, MD on 4/22/2019 8:59 AM

**H&P Notes**

No notes of this type exist for this encounter.

**Lincoln/Lee 1164**

| BRMH XRAY | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008561776 | |
| Continuity of Care | Adm: 4/23/2019 | |

## Admission Information

| Arrival Date/Time: | | Admit Date/Time: | 04/23/2019 1130 | IP Adm. Date/Time: | |
|---|---|---|---|---|---|
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: | |
| Means of Arrival: | | Primary Service: | Radiology | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | OCHSNER SERVICE AREA | Unit: | Ochsner Medical Center - BR |
| Admit Provider: | | Attending Provider: | Long H. Dang, MD | Referring Provider: | Long H. Dang, MD |

## Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 04/23/2019 2359 | Home Or Self Care | None | None | Ochsner Medical Center - BR |

## Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| B20 [Principal] | Human immunodeficiency virus (HIV) disease | | | | |
| C85.90 | Non-Hodgkin lymphoma, unspecified, unspecified site | | | | |
| C83.30 | Diffuse large B-cell lymphoma, unspecified site | | | | |

## Hospital Problem List as of 4/23/2019                     Reviewed: **4/22/2019 by Long H Dang, MD**

None

## Non-Hospital Problem List as of 4/23/2019                     Reviewed: **4/22/2019 by Long H Dang, MD**

| | Codes | Last Modified |
|---|---|---|
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | 1/26/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | 1/31/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | 2/1/2019 |
| **Elevated LFTs** | ICD-10-CM: R94.5 ICD-9-CM: 790.6 | 2/1/2019 |
| **Lymphoma** | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | 2/11/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 ICD-9-CM: 780.96 | 2/27/2019 |
| RESOLVED: Chest pain | ICD-10-CM: R07.9 ICD-9-CM: 786.50 | 2/27/2019 |
| **Essential hypertension** | ICD-10-CM: I10 ICD-9-CM: 401.9 | 3/1/2019 |
| **B-cell lymphoma** | ICD-10-CM: C85.10 ICD-9-CM: 202.80 | 3/1/2019 |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20 ICD-9-CM: 042 | 3/1/2019 |
| **Anemia** | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | 3/1/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 ICD-9-CM: 288.00, 780.61 | 3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 ICD-9-CM: 112.0 | 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9 ICD-9-CM: 780.60 | 3/1/2019 |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | 3/12/2019 |

**Lincoln/Lee 1165**

BRMH XRAY                                    Lee, Katonia
17000 Medical Center Dr                      MRN: 2325810, DOB:            Sex: F
Baton Rouge LA 70816                         Acct #: 72008561776
Continuity of Care                           Adm: 4/23/2019

## History & Physicals

### H&P (View-Only) by Long H. Dang, MD at 4/22/2019 8:40 AM

Author: Long H. Dang, MD          Service: —                  Author Type: Physician
Filed: 4/22/2019 8:59 AM          Status: Signed
Editor: Long H. Dang, MD (Physician)

## Subjective:

**Patient ID**: Katonia Lee is a 49 y.o. female.

**Chief Complaint**: Diffuse large B-cell lymphoma of lymph nodes of neck [C83.31]
HPI: We have an opportunity to see Ms. Katonia Lee in Hematology Oncology clinic at Ochsner Medical Center on 04/22/2019. Ms. Katonia Lee is a 49 y.o. woman with AIDS-related DLBCL s/p 3 cycles of RCHOP. Had significant nausea/vomiting for 2 weeks, resolved with phenergan. Present today, reported doing well.

**Lymphoma related to acquired immunodeficiency syndrome (AIDS)**

| | |
|---|---|
| 1/21/2019 | **Initial Diagnosis** |
| | Lymphoma related to acquired immunodeficiency syndrome (AIDS) |

1/31/2019 -     **Chemotherapy**
                **Treatment Summary**
                Plan Name: OP RITUXIMAB Q3M (MAINTENANCE)
                Treatment Goal: Palliative
                Status: Inactive
                Start Date: 1/27/2019
                End Date: 1/27/2019
                Provider: Ronald D. Delrie Jr., MD
                Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride
                0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous,
                Clinic/HOD 1 time, 1 of 2 cycles
                Administration: 664 mg (1/27/2019)

                Plan Name: R-EPOCH INPATIENT
                Treatment Goal: Curative
                Status: Inactive
                Start Date: 1/31/2019
                End Date: 1/31/2019
                Provider: Ronald D. Delrie Jr., MD
                Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in
                sodium chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg,
                Intravenous, Every 24 hours (non-standard times), 1 of 4 cycles
                Administration: 1,270 mg (1/31/2019)

                riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL
                infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time,
                0 of 3 cycles

                DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine
                (ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, ,

---

**Lincoln/Lee 1166**

BRMH XRAY                          Lee, Katonia
17000 Medical Center Dr            MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816               Acct #: 72008561776
Continuity of Care                 Adm: 4/23/2019

## History & Physicals (continued)

**H&P (View-Only) by Long H. Dang, MD at 4/22/2019  8:40 AM (continued)**

Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles

Plan Name: OP R-CHOP Q3W
Treatment Goal: Curative
Status: Active
Start Date: 2/18/2019
End Date: 6/3/2019 (Planned)
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: DOXOrubicin chemo injection 20 mg, 12.5 mg/m2 = 20 mg (25 % of original dose 50 mg/m2), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Dose modification: 12.5 mg/m2 (25 % of original dose 50 mg/m2, Cycle 1, Reason: Original Dose Changed)
Administration: 20 mg (2/18/2019), 20 mg (3/11/2019)

vinCRIStine (ONCOVIN) 2 mg in sodium chloride 0.9% 50 mL chemo infusion, 2 mg (100 % of original dose 2 mg), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Dose modification: 2 mg (original dose 2 mg, Cycle 1, Reason: MD Discretion, Comment: capping vincristine at 2 mg)
Administration: 2 mg (2/18/2019), 2 mg (3/11/2019)

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,180 mg in sodium chloride 0.9% 309 mL chemo infusion, 750 mg/m2 = 1,180 mg, Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Administration: 1,180 mg (2/18/2019), 1,210 mg (3/11/2019)

methotrexate (PF) 6 mg in sodium chloride 0.9% (NORMAL SALINE FLUSH) 3 mL INTRATHECAL chemo injection, , Intrathecal, Clinic/HOD 1 time, 0 of 4 cycles

**B-cell lymphoma**

**Chemotherapy**
Treatment Summary
Plan Name: OP RITUXIMAB Q3M (MAINTENANCE)
Treatment Goal: Palliative
Status: Inactive
Start Date: 1/27/2019
End Date: 1/27/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride 0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous, Clinic/HOD 1 time, 1 of 2 cycles
Administration: 664 mg (1/27/2019)

Plan Name: R-EPOCH INPATIENT
Treatment Goal: Curative

**Lincoln/Lee 1167**

BRMH XRAY                                    Lee, Katonia
17000 Medical Center Dr                      MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                         Acct #: 72008561776
Continuity of Care                           Adm: 4/23/2019

## History & Physicals (continued)

**H&P (View-Only) by Long H. Dang, MD at 4/22/2019  8:40 AM (continued)**

Status: Inactive
Start Date: 1/31/2019
End Date: 1/31/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in
sodium chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg,
Intravenous, Every 24 hours (non-standard times), 1 of 4 cycles
Administration: 1,270 mg (1/31/2019)

riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL
infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time,
0 of 3 cycles

DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine
(ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, ,
Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles

Plan Name: OP R-CHOP Q3W
Treatment Goal: Curative
Status: Active
Start Date: 2/1/2019 (Planned)
End Date: 5/17/2019 (Planned)
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: DOXOrubicin chemo injection 84 mg, 50 mg/m2, Intravenous,
Clinic/HOD 1 time, 0 of 6 cycles

vinCRIStine (ONCOVIN) 2.4 mg in sodium chloride 0.9% 50 mL chemo infusion,
1.4 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9%
250 mL chemo infusion, 750 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6
cycles

riTUXimab (RITUXAN) 375 mg/m2 = 634 mg in sodium chloride 0.9% 634 mL
infusion (conc: 1 mg/mL), 375 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6
cycles

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • B-cell lymphoma | 1/22/2019 |
| • Biliary stricture | |
| • Cancer | |
| *lymphoma]* | |
| • Diffuse large B cell lymphoma of duodenum and pancreas | 1/21/2019 |
| • Encounter for blood transfusion | |

Generated on 7/18/19  8:34 AM                                          Page 78

**Lincoln/Lee 1168**

BRMH XRAY                              Lee, Katonia
17000 Medical Center Dr                MRN: 2325810, DOB:           Sex: F
Baton Rouge LA 70816                   Acct #: 72008561776
Continuity of Care                     Adm: 4/23/2019

## History & Physicals (continued)

### H&P (View-Only) by Long H. Dang, MD at 4/22/2019  8:40 AM (continued)

- HIV (human immunodeficiency virus infection)
- Hypertension
- Jaundice
- Stomach ulcer
  *bleeding*

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Paternal Grandmother | |
| • Heart disease | Mother | |

**Social History**

**Socioeconomic History**
- Marital status:              Unknown
    Spouse name:               Not on file
- Number of children:          Not on file
- Years of education:          Not on file
- Highest education level:     Not on file

**Occupational History**
- Not on file

**Social Needs**
- Financial resource strain:   Not on file
- Food insecurity:
    Worry:                     Not on file
    Inability:                 Not on file
- Transportation needs:
    Medical:                   Not on file
    Non-medical:               Not on file

**Tobacco Use**
- Smoking status:              Never Smoker
- Smokeless tobacco:           Never Used

**Substance and Sexual Activity**
- Alcohol use:                 No
    Frequency:                 Never
- Drug use:                    No
- Sexual activity:             Not on file

**Lifestyle**
- Physical activity:
    Days per week:             Not on file
    Minutes per session:       Not on file
- Stress:                      Not on file

**Relationships**
- Social connections:
    Talks on phone:            Not on file
    Gets together:             Not on file
    Attends religious service: Not on file
    Active member of club or   Not on file
    organization:
    Attends meetings of clubs  Not on file

---

Generated on 7/18/19  8:34 AM                                        Page 79

**Lincoln/Lee 1169**

| | | | |
|---|---|---|---|
| BRMH XRAY | Lee, Katonia | | |
| 17000 Medical Center Dr | MRN: 2325810, DOB: | | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008561776 | | |
| Continuity of Care | Adm: 4/23/2019 | | |

## History & Physicals (continued)

**H&P (View-Only) by Long H. Dang, MD at 4/22/2019  8:40 AM (continued)**

or organizations:
**Relationship status:**        Not on file

Other Topics                        Concern
- Not on file

Social History Narrative
- Not on file

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • CESAREAN SECTION | | |
| • ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY) | N/A | 1/25/2019 |
| *Performed by Janak N. Shah, MD at NOMH ENDO (2ND FLR)* | | |
| • ESOPHAGOGASTRODUODENOSCOPY | | |
| • INSERTION, VENOUS ACCESS PORT | Left | 2/11/2019 |
| *Performed by Kyle A Jakob, MD at BRMH OR* | | |

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • allopurinol (ZYLOPRIM) 300 MG tablet | Take 1 tablet (300 mg total) by mouth once daily. (Patient taking differently: Take 300 mg by mouth every morning. ) | 30 tablet | 1 |
| • amLODIPine (NORVASC) 5 MG tablet | Take 5 mg by mouth once daily. | | |
| • atovaquone (MEPRON) 750 mg/5 mL Susp | Take 10 mLs (1,500 mg total) by mouth once daily. | 210 mL | 2 |
| • bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet | Take 1 tablet by mouth once daily. (Patient taking differently: Take 1 tablet by mouth once daily. ) | 30 tablet | 4 |
| • citalopram (CELEXA) 20 MG tablet | Take 20 mg by mouth once daily. | | |
| • ferrous gluconate 324 mg (37.5 mg iron) Tab | Take 1 tablet by mouth once daily. | | |
| • metoprolol tartrate (LOPRESSOR) 50 MG tablet | Take 50 mg by mouth 2 (two) times daily. | | |
| • ondansetron (ZOFRAN-ODT) 8 MG TbDL | Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). | 60 tablet | 1 |
| • oxyCODONE (ROXICODONE) 5 MG immediate release tablet | Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain. | 60 tablet | 0 |
| • prochlorperazine (COMPAZINE) 10 MG tablet | Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed | 60 tablet | 1 |

Generated on 7/18/19  8:34 AM                                              Page 80

**Lincoln/Lee 1170**

08/01/2019 8:53:51 AM -0400 FAXCOM                                    PAGE 83   OF 203

BRMH XRAY                                      Lee, Katonia
17000 Medical Center Dr                        MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                           Acct #: 72008561776
Continuity of Care                             Adm: 4/23/2019

## History & Physicals (continued)

**H&P (View-Only) by Long H. Dang, MD at 4/22/2019  8:40 AM (continued)**

|  |  |  |  |
|---|---|---|---|
| | (nausea). | | |
| • promethazine (PHENERGAN) 25 MG tablet | Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. | 60 tablet | 1 |
| • zolpidem (AMBIEN) 5 MG Tab | Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). | 30 tablet | 1 |

No current facility-administered medications for this visit.

**Labs:**

Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 2.96 (L) | 04/22/2019 |
| HGB | 9.2 (L) | 04/22/2019 |
| HCT | 31.3 (L) | 04/22/2019 |
| MCV | 100 (H) | 04/22/2019 |
| PLT | 338 | 04/22/2019 |

BMP

Lab Results

| Component | Value | Date |
|---|---|---|
| NA | 141 | 04/07/2019 |
| K | 3.3 (L) | 04/07/2019 |
| CL | 104 | 04/07/2019 |
| CO2 | 25 | 04/07/2019 |
| BUN | 20 | 04/07/2019 |
| CREATININE | 1.0 | 04/07/2019 |
| CALCIUM | 10.2 | 04/07/2019 |
| ANIONGAP | 12 | 04/07/2019 |
| ESTGFRAFRICA | >60 | 04/07/2019 |
| EGFRNONAA | >60 | 04/07/2019 |

Lab Results

| Component | Value | Date |
|---|---|---|
| ALT | 15 | 04/07/2019 |
| AST | 15 | 04/07/2019 |
| ALKPHOS | 155 (H) | 04/07/2019 |
| BILITOT | 1.5 (H) | 04/07/2019 |

No results found for: IRON, TIBC, FERRITIN, SATURATEDIRO
No results found for: VITAMINB12
No results found for: FOLATE

Lab Results

| Component | Value | Date |
|---|---|---|
| TSH | 1.014 | 01/23/2019 |

Generated on 7/18/19  8:34 AM                                          Page 81

**Lincoln/Lee 1171**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008561776 |
| Continuity of Care | Adm: 4/23/2019 |

## History & Physicals (continued)

**H&P (View-Only) by Long H. Dang, MD at 4/22/2019  8:40 AM (continued)**

I have reviewed the radiology reports and examined the scan/xray images.

Review of Systems
Constitutional: Negative.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Negative.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative.
Hematological: Negative.
Psychiatric/Behavioral: Negative.

ECOG SCORE
   0 - Fully active-able to carry on all pre-disease performance without restriction

## Objective:

Vitals:

|  | 04/22/19 0825 |
|---|---|
| BP: | 121/85 |
| Pulse: | 70 |
| Resp: | 18 |
| Temp: | 98.2 °F (36.8 °C) |

Body mass index is 24.11 kg/m².
Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae and EOM are normal.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. Bowel sounds are normal.
Musculoskeletal: Normal range of motion.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.
Nursing note and vitals reviewed.

Generated on 7/18/19  8:34 AM                                        Page 82

**Lincoln/Lee 1172**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008561776 |
| Continuity of Care | Adm: 4/23/2019 |

## History & Physicals (continued)

**H&P (View-Only) by Long H. Dang, MD at 4/22/2019 8:40 AM (continued)**

### Assessment:

1. **Diffuse large B-cell lymphoma of lymph nodes of neck**
2. AIDS (acquired immune deficiency syndrome)
3. Chemotherapy-induced nausea
4. Lymphoma related to acquired immunodeficiency syndrome (AIDS)
5. Diffuse large B-cell lymphoma of intra-abdominal lymph nodes
6. Diffuse large B-cell lymphoma, unspecified body region

### Plan:

**Diffuse large B-cell lymphoma of lymph nodes of neck**
Will give cycle 4 RCHOP today. Need IT MTX tomorrow. Increase prednisone to 100 mg day 1-5. Will likely need an additional cycle of RCHOP for cycle 7, as had significant dose reduction with cycle 1-2.

Will get MUGA prior to cycle 5.

- NM Cardiac Blood Pool Single study MUGA; Future; Expected date: 05/13/2019
- CBC auto differential; Future; Expected date: 05/13/2019
- Comprehensive metabolic panel; Future; Expected date: 05/13/2019

**AIDS (acquired immune deficiency syndrome)**
Continue on HIV therapy with Dr. Nnadi

**Chemotherapy-induced nausea**
- ondansetron (ZOFRAN-ODT) 8 MG TbDL; Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). Dispense: 60 tablet; Refill: 1
- prochlorperazine (COMPAZINE) 10 MG tablet; Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (nausea). Dispense: 60 tablet; Refill: 1
- promethazine (PHENERGAN) 25 MG tablet; Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. Dispense: 60 tablet; Refill: 1

Electronically signed by Long H. Dang, MD on 4/22/2019 8:59 AM

**Interval H&P Note by Case Rappelet, PA at 4/23/2019 12:20 PM**

**Lincoln/Lee 1173**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:                Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008561776 |
| Continuity of Care | Adm: 4/23/2019 |

## History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 4/23/2019 12:20 PM (continued)**

| | | |
|---|---|---|
| Author: Case Rappelet, PA | Service: Radiology | Author Type: Physician Assistant |
| Filed: 4/23/2019 12:20 PM | Status: Signed | |
| Editor: Case Rappelet, PA (Physician Assistant) | | Cosigner: David S. Kirsch, MD at 4/23/2019 12:35 PM |

The patient has been examined and the H&P has been reviewed:

I concur with the findings and no changes have occurred since H&P was written.

There are no hospital problems to display for this patient.

Electronically signed by David S. Kirsch, MD on 4/23/2019 12:35 PM

**Source Note**

| | | |
|---|---|---|
| Author: Long H. Dang, MD | Service: — | Author Type: Physician |
| Filed: 4/22/2019 8:59 AM | Status: Signed | |
| Editor: Long H. Dang, MD (Physician) | | |

## Subjective:

**Patient ID:** Katonia Lee is a 49 y.o. female.

**Chief Complaint:** Diffuse large B-cell lymphoma of lymph nodes of neck [C83.31]
HPI: We have an opportunity to see Ms. Katonia Lee in Hematology Oncology clinic at Ochsner Medical Center on 04/22/2019. Ms. Katonia Lee is a 49 y.o. woman with AIDS-related DLBCL s/p 3 cycles of RCHOP. Had significant nausea/vomiting for 2 weeks, resolved with phenergan. Present today, reported doing well.

**Lymphoma related to acquired immunodeficiency syndrome (AIDS)**

| | |
|---|---|
| 1/21/2019 | **Initial Diagnosis** |
| | Lymphoma related to acquired immunodeficiency syndrome (AIDS) |

| | |
|---|---|
| 1/31/2019 - | **Chemotherapy** |
| | Treatment Summary |
| | Plan Name: OP RITUXIMAB Q3M (MAINTENANCE) |
| | Treatment Goal: Palliative |
| | Status: Inactive |
| | Start Date: 1/27/2019 |
| | End Date: 1/27/2019 |
| | Provider: Ronald D. Delrie Jr., MD |
| | Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride 0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous, Clinic/HOD 1 time, 1 of 2 cycles |
| | Administration: 664 mg (1/27/2019) |

**Lincoln/Lee 1174**

BRMH XRAY                        Lee, Katonia
17000 Medical Center Dr          MRN: 2325810, DOB:        Sex: F
Baton Rouge LA 70816             Acct #: 72008561776
Continuity of Care               Adm: 4/23/2019

## History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 4/23/2019 12:20 PM (continued)**

Plan Name: R-EPOCH INPATIENT
Treatment Goal: Curative
Status: Inactive
Start Date: 1/31/2019
End Date: 1/31/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg, Intravenous, Every 24 hours (non-standard times), 1 of 4 cycles
Administration: 1,270 mg (1/31/2019)

riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time, 0 of 3 cycles

DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine (ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, , Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles

Plan Name: OP R-CHOP Q3W
Treatment Goal: Curative
Status: Active
Start Date: 2/18/2019
End Date: 6/3/2019 (Planned)
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: DOXOrubicin chemo injection 20 mg, 12.5 mg/m2 = 20 mg (25 % of original dose 50 mg/m2), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Dose modification: 12.5 mg/m2 (25 % of original dose 50 mg/m2, Cycle 1, Reason: Original Dose Changed)
Administration: 20 mg (2/18/2019), 20 mg (3/11/2019)

vinCRIStine (ONCOVIN) 2 mg in sodium chloride 0.9% 50 mL chemo infusion, 2 mg (100 % of original dose 2 mg), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Dose modification: 2 mg (original dose 2 mg, Cycle 1, Reason: MD Discretion, Comment: capping vincristine at 2 mg)
Administration: 2 mg (2/18/2019), 2 mg (3/11/2019)

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,180 mg in sodium chloride 0.9% 309 mL chemo infusion, 750 mg/m2 = 1,180 mg, Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Administration: 1,180 mg (2/18/2019), 1,210 mg (3/11/2019)

methotrexate (PF) 6 mg in sodium chloride 0.9% (NORMAL SALINE FLUSH) 3 mL INTRATHECAL chemo injection, , Intrathecal, Clinic/HOD 1 time, 0 of 4 cycles

Generated on 7/18/19  8:34 AM                                    Page 85

**Lincoln/Lee 1175**

08/01/2019 8:53:51 AM -0400 FAXCOM                                          PAGE 88    OF 203

BRMH XRAY                                       Lee, Katonia
17000 Medical Center Dr                         MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                            Acct #: 72008561776
Continuity of Care                              Adm: 4/23/2019

### History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 4/23/2019 12:20 PM (continued)**

**B-cell lymphoma**

**Chemotherapy**
Treatment Summary
Plan Name: OP RITUXIMAB Q3M (MAINTENANCE)
Treatment Goal: Palliative
Status: Inactive
Start Date: 1/27/2019
End Date: 1/27/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride
0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous,
Clinic/HOD 1 time, 1 of 2 cycles
Administration: 664 mg (1/27/2019)

Plan Name: R-EPOCH INPATIENT
Treatment Goal: Curative
Status: Inactive
Start Date: 1/31/2019
End Date: 1/31/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in
sodium chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg,
Intravenous, Every 24 hours (non-standard times), 1 of 4 cycles
Administration: 1,270 mg (1/31/2019)

riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL
infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time,
0 of 3 cycles

DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine
(ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, ,
Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles

Plan Name: OP R-CHOP Q3W
Treatment Goal: Curative
Status: Active
Start Date: 2/1/2019 (Planned)
End Date: 5/17/2019 (Planned)
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: DOXOrubicin chemo injection 84 mg, 50 mg/m2, Intravenous,
Clinic/HOD 1 time, 0 of 6 cycles

vinCRIStine (ONCOVIN) 2.4 mg in sodium chloride 0.9% 50 mL chemo infusion,
1.4 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9%
250 mL chemo infusion, 750 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6

Generated on 7/18/19  8:34 AM                                              Page 86

**Lincoln/Lee 1176**

BRMH XRAY                                    Lee, Katonia
17000 Medical Center Dr                      MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                         Acct #: 72008561776
Continuity of Care                           Adm: 4/23/2019

## History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 4/23/2019 12:20 PM (continued)**

cycles

riTUXimab (RITUXAN) 375 mg/m2 = 634 mg in sodium chloride 0.9% 634 mL
infusion (conc: 1 mg/mL), 375 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6
cycles

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • B-cell lymphoma | 1/22/2019 |
| • Biliary stricture | |
| • Cancer | |
|   *lymphoma]* | |
| • Diffuse large B cell lymphoma of duodenum and pancreas | 1/21/2019 |
| • Encounter for blood transfusion | |
| • HIV (human immunodeficiency virus infection) | |
| • Hypertension | |
| • Jaundice | |
| • Stomach ulcer | |
|   *bleeding* | |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Paternal Grandmother | |
| • Heart disease | Mother | |

**Social History**

Socioeconomic History
- Marital status:           Unknown
    Spouse name:            Not on file
- Number of children:       Not on file
- Years of education:       Not on file
- Highest education level:  Not on file

Occupational History
- Not on file

Social Needs
- Financial resource strain:  Not on file
- Food insecurity:
    Worry:                    Not on file
    Inability:                Not on file
- Transportation needs:
    Medical:                  Not on file
    Non-medical:              Not on file

Tobacco Use
- Smoking status:           Never Smoker
- Smokeless tobacco:        Never Used

Generated on 7/18/19  8:34 AM                                    Page 87

**Lincoln/Lee 1177**

| | |
|---|---|
| BRMH XRAY<br>17000 Medical Center Dr<br>Baton Rouge LA 70816<br>Continuity of Care | Lee, Katonia<br>MRN: 2325810, DOB:        Sex: F<br>Acct #: 72008561776<br>Adm: 4/23/2019 |

## History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 4/23/2019 12:20 PM (continued)**

### Substance and Sexual Activity
- Alcohol use:     No
  - Frequency:     Never
- Drug use:     No
- Sexual activity:     Not on file

### Lifestyle
- Physical activity:
  - Days per week:     Not on file
  - Minutes per session:     Not on file
- Stress:     Not on file

### Relationships
- Social connections:
  - Talks on phone:     Not on file
  - Gets together:     Not on file
  - Attends religious service:     Not on file
  - Active member of club or organization:     Not on file
  - Attends meetings of clubs or organizations:     Not on file
  - Relationship status:     Not on file

### Other Topics     Concern
- Not on file

### Social History Narrative
- Not on file

### Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • CESAREAN SECTION | | |
| • ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY)<br>*Performed by Janak N. Shah, MD at NOMH ENDO (2ND FLR)* | N/A | 1/25/2019 |
| • ESOPHAGOGASTRODUODENOSCOPY | | |
| • INSERTION, VENOUS ACCESS PORT<br>*Performed by Kyle A Jakob, MD at BRMH OR* | Left | 2/11/2019 |

### Current Outpatient Medications

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • allopurinol (ZYLOPRIM) 300 MG tablet | Take 1 tablet (300 mg total) by mouth once daily. (Patient taking differently: Take 300 mg by mouth every morning. ) | 30 tablet | 1 |
| • amLODIPine (NORVASC) 5 MG tablet | Take 5 mg by mouth once daily. | | |
| • atovaquone (MEPRON) 750 mg/5 mL Susp | Take 10 mLs (1,500 mg total) by mouth once daily. | 210 mL | 2 |
| • bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet | Take 1 tablet by mouth once daily. (Patient taking differently: Take | 30 tablet | 4 |

**Lincoln/Lee 1178**

08/01/2019 8:53:51 AM -0400 FAXCOM                                    PAGE 91   OF 203

| BRMH XRAY | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008561776 | |
| Continuity of Care | Adm: 4/23/2019 | |

## History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 4/23/2019 12:20 PM (continued)**

| | 1 tablet by mouth once daily. ) | | |
|---|---|---|---|
| • citalopram (CELEXA) 20 MG tablet | Take 20 mg by mouth once daily. | | |
| • ferrous gluconate 324 mg (37.5 mg iron) Tab | Take 1 tablet by mouth once daily. | | |
| • metoprolol tartrate (LOPRESSOR) 50 MG tablet | Take 50 mg by mouth 2 (two) times daily. | | |
| • ondansetron (ZOFRAN-ODT) 8 MG TbDL | Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). | 60 tablet | 1 |
| • oxyCODONE (ROXICODONE) 5 MG immediate release tablet | Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain. | 60 tablet | 0 |
| • prochlorperazine (COMPAZINE) 10 MG tablet | Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (nausea). | 60 tablet | 1 |
| • promethazine (PHENERGAN) 25 MG tablet | Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. | 60 tablet | 1 |
| • zolpidem (AMBIEN) 5 MG Tab | Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). | 30 tablet | 1 |

No current facility-administered medications for this visit.

## Labs:
Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 2.96 (L) | 04/22/2019 |
| HGB | 9.2 (L) | 04/22/2019 |
| HCT | 31.3 (L) | 04/22/2019 |
| MCV | 100 (H) | 04/22/2019 |
| PLT | 338 | 04/22/2019 |

## BMP
Lab Results

| Component | Value | Date |
|---|---|---|
| NA | 141 | 04/07/2019 |
| K | 3.3 (L) | 04/07/2019 |
| CL | 104 | 04/07/2019 |
| CO2 | 25 | 04/07/2019 |
| BUN | 20 | 04/07/2019 |
| CREATININE | 1.0 | 04/07/2019 |
| CALCIUM | 10.2 | 04/07/2019 |
| ANIONGAP | 12 | 04/07/2019 |

Generated on 7/18/19  8:34 AM                                        Page 89

**Lincoln/Lee 1179**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:        Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008561776 |
| Continuity of Care | Adm: 4/23/2019 |

## History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 4/23/2019 12:20 PM (continued)**

| | | |
|---|---|---|
| ESTGFRAFRICA | >60 | 04/07/2019 |
| EGFRNONAA | >60 | 04/07/2019 |

Lab Results

| Component | Value | Date |
|---|---|---|
| ALT | 15 | 04/07/2019 |
| AST | 15 | 04/07/2019 |
| ALKPHOS | 155 (H) | 04/07/2019 |
| BILITOT | 1.5 (H) | 04/07/2019 |

No results found for: IRON, TIBC, FERRITIN, SATURATEDIRO
No results found for: VITAMINB12
No results found for: FOLATE

Lab Results

| Component | Value | Date |
|---|---|---|
| TSH | 1.014 | 01/23/2019 |

I have reviewed the radiology reports and examined the scan/xray images.

Review of Systems
Constitutional: Negative.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Negative.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative.
Hematological: Negative.
Psychiatric/Behavioral: Negative.

ECOG SCORE
    0 - Fully active-able to carry on all pre-disease performance without restriction

## Objective:

Vitals:

| | 04/22/19 0825 |
|---|---|
| BP: | 121/85 |
| Pulse: | 70 |
| Resp: | 18 |

**Lincoln/Lee 1180**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008561776 |
| Continuity of Care | Adm: 4/23/2019 |

## History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 4/23/2019 12:20 PM (continued)**

Temp:            98.2 °F (36.8 °C)
Body mass index is 24.11 kg/m².
Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae and EOM are normal.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. Bowel sounds are normal.
Musculoskeletal: Normal range of motion.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.
Nursing note and vitals reviewed.

## Assessment:

1.  **Diffuse large B-cell lymphoma of lymph nodes of neck**
2.  AIDS (acquired immune deficiency syndrome)
3.  Chemotherapy-induced nausea
4.  Lymphoma related to acquired immunodeficiency syndrome (AIDS)
5.  Diffuse large B-cell lymphoma of intra-abdominal lymph nodes
6.  Diffuse large B-cell lymphoma, unspecified body region

## Plan:

**Diffuse large B-cell lymphoma of lymph nodes of neck**
Will give cycle 4 RCHOP today. Need IT MTX tomorrow. Increase prednisone to 100 mg day 1-5.  Will likely need an additional cycle of RCHOP for cycle 7, as had significant dose reduction with cycle 1-2.

Will get MUGA prior to cycle 5.

- NM Cardiac Blood Pool Single study MUGA; Future; Expected date: 05/13/2019
- CBC auto differential; Future; Expected date: 05/13/2019
- Comprehensive metabolic panel; Future; Expected date: 05/13/2019

**AIDS (acquired immune deficiency syndrome)**
Continue on HIV therapy with Dr. Nnadi

---

**Lincoln/Lee 1181**

BRMH XRAY                                    Lee, Katonia
17000 Medical Center Dr                      MRN: 2325810, DOB:           Sex: F
Baton Rouge LA 70816                         Acct #: 72008561776
Continuity of Care                           Adm: 4/23/2019

## History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 4/23/2019 12:20 PM (continued)**

### Chemotherapy-induced nausea
- ondansetron (ZOFRAN-ODT) 8 MG TbDL; Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). Dispense: 60 tablet; Refill: 1
- prochlorperazine (COMPAZINE) 10 MG tablet; Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (nausea). Dispense: 60 tablet; Refill: 1
- promethazine (PHENERGAN) 25 MG tablet; Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. Dispense: 60 tablet; Refill: 1

Electronically signed by Long H. Dang, MD on 4/22/2019 8:59 AM

## Discharge Summaries

**Discharge Summary by Case Rappelet, PA at 4/23/2019 1:18 PM**

Author: Case Rappelet, PA               Service: Radiology          Author Type: Physician Assistant
Filed: 4/23/2019 1:20 PM                Status: Signed
Editor: Case Rappelet, PA (Physician Assistant)                    Cosigner: David S. Kirsch, MD at
                                                                   4/23/2019 3:22 PM

Pre Op Diagnosis: lymphoma

Post Op Diagnosis: same

Procedure: LP c chemo

Procedure performed by: Kirsch MD, Rappelet PA-C

Written Informed Consent Obtained: Yes

Specimen Removed: yes

Estimated Blood Loss: minimal

Findings: Local anesthesia and moderate sedation were used.

The patient tolerated the procedure well and there were no complications.

Sterile technique was performed in the lower back, lidocaine was used as a local anesthetic. 5 ccs of clear csf to lab for eval. 3 ml of methotrexate administered intrathecally. Pt tolerated the procedure well without immediate complications. Please see radiologist report for details. F/u with PCP and/or ordering physician.

**Lincoln/Lee 1182**

BRMH XRAY                          Lee, Katonia
17000 Medical Center Dr            MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816               Acct #: 72008561776
Continuity of Care                 Adm: 4/23/2019

## Discharge Summaries (continued)

**Discharge Summary by Case Rappelet, PA at 4/23/2019 1:18 PM (continued)**

Electronically signed by David S. Kirsch, MD on 4/23/2019 3:22 PM

## Radiology Results

**Fl Chemo Administration Intrathecal With LP [420092713]**          Resulted: 04/23/19 1413, Result status: Final result

Resulted by: David S. Kirsch, MD                    Performed: 04/23/19 1318 - 04/23/19 1402
Accession number: 29749512                          Resulting lab: MMODEL FLUENCY
Narrative:
EXAMINATION:
FL CHEMO ADMINISTRATION INTRATHECAL WITH LP

CLINICAL HISTORY:
Human immunodeficiency virus (HIV) disease

COMPARISON:
None

TECHNIQUE/FINDINGS:
Procedure, indications, and risks of procedure (including headache, bleeding, infection, pain, seizure, CSF leak, nerve injury/paralysis)discussed with patient and written informed consent was obtained.

Under usual sterile conditions and local anesthetic utilizing lidocaine 1% anesthetic a 20 gauge spinal needle was advanced into the subarachnoid space at the L3/4 interspace.

A total of 5 cc of clear colorless CSF obtained and submitted to lab as per requesting physician.

Fluid was sent as directed by primary service.

3 cc of intrathecal methotrexate was then administered over 3 min.

Procedure was very well tolerated by the patient with no immediate complications. Post procedure instructions discussed with patient.

Flouro time of 0.3 sec. 1 fluoroscopic image was obtained.

Impression:

Successful fluoroscopically guided lumbar puncture and administration of intrathecal methotrexate.


Electronically signed by:  David Kirsch, MD
Date:                      04/23/2019
Time:                      14:13

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 396 - FFI | MMODEL FLUENCY | n/a | n/a | 01/15/18 0931 - Present |

**Lincoln/Lee 1183**

BRMH XRAY                          Lee, Katonia
17000 Medical Center Dr           MRN: 2325810, DOB:         Sex: F
Baton Rouge LA 70816              Acct #: 72008561776
Continuity of Care               Adm: 4/23/2019

**Discharge Instructions**                              Lee, Katonia (MR # 2325810)

None

**Lincoln/Lee 1184**

BRCH LABORATORY DRAW STATION          Lee, Katonia
17000 Medical Center Dr               MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                  Acct #: 72008552511
Continuity of Care                    Enc. Date 5/13/2019

## Visit Summary

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| Diffuse large B-cell lymphoma of lymph nodes of neck | ICD-10-CM: C83.31<br>ICD-9-CM: 202.81 | |

**Problem List** as of 5/13/2019                                    Date Reviewed: **5/13/2019**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| **Elevated LFTs** | ICD-10-CM: R94.5<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Chest pain | ICD-10-CM: R07.9<br>ICD-9-CM: 786.50 | | | 2/26/2019 -<br>2/27/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |

**Allergies as of 7/18/2019**

No Known Allergies

**Immunizations as of 5/13/2019**                                    Never Reviewed

| Name | Date | Dose | VIS Date | Route |
|---|---|---|---|---|
| **Pneumococcal Conjugate - 13 Valent**<br>Site: Left deltoid<br>Given By: Faye G. Gonzaga, RN | 3/1/2019 | 0.5 mL | 11/5/2015 | Intramuscular |

## Medications

**Outpatient Medications at Start of Encounter as of 5/13/2019**

Generated on 7/18/19  8:34 AM                                        Page 95

**Lincoln/Lee 1185**

08/01/2019 8:53:51 AM -0400 FAXCOM                                                PAGE 98    OF 203

BRCH LABORATORY DRAW STATION                    Lee, Katonia
17000 Medical Center Dr                          MRN: 2325810, DOB:            Sex: F
Baton Rouge LA 70816                             Acct #: 72008552511
Continuity of Care                               Enc. Date 5/13/2019

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 5/13/2019 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |

> Erica M. Coffey, RN 2/7/2019 10:49 AM
> TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **atovaquone (MEPRON) 750 mg/5 mL Susp** | 210 mL | 2 | 4/16/2019 | 5/16/2019 |
| Sig - Route: Take 10 mLs (1,500 mg total) by mouth once daily. - Oral | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 30 tablet | 4 | 2/19/2019 | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| **citalopram (CELEXA) 20 MG tablet** | | | | |
| Sig - Route: Take 20 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |

> Erica M. Coffey, RN 2/7/2019 10:53 AM
> TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| **metoprolol tartrate (LOPRESSOR) 50 MG tablet** | | | | |
| Sig - Route: Take 50 mg by mouth 2 (two) times daily. - Oral | | | | |
| Class: Historical Med | | | | |

> Erica M. Coffey, RN 2/7/2019 10:56 AM
> TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **prochlorperazine (COMPAZINE) 10 MG tablet** | 60 tablet | 1 | 4/22/2019 | 4/21/2020 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **promethazine (PHENERGAN) 25 MG tablet** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. - Oral | | | | |
| **amLODIPine (NORVASC) 5 MG tablet** | | | | 6/26/2019 |
| Sig - Route: Take 5 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |

> Erica M. Coffey, RN 2/7/2019 10:49 AM
> TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **oxyCODONE (ROXICODONE) 5 MG immediate release tablet (Discontinued)** | 60 tablet | 0 | 5/3/2019 | 5/13/2019 |
| Sig - Route: Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain. - Oral | | | | |
| Earliest Fill Date: 5/3/2019 | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 1 | 5/1/2019 | 5/29/2019 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |

## All Results

CBC auto differential [421961985] (Abnormal)                 Resulted: 05/13/19 0821, Result status: Final result

Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 05/13/19 0808 |

---

Generated on 7/18/19 8:34 AM                                                            Page 96

**Lincoln/Lee 1186**

08/01/2019 8:53:51 AM -0400 FAXCOM                          PAGE 99   OF 203

BRCH LABORATORY DRAW STATION          Lee, Katonia
17000 Medical Center Dr               MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                  Acct #: 72008552511
Continuity of Care                    Enc. Date 5/13/2019

## All Results (continued)

CBC auto differential [421961985] (Abnormal) (continued)          Resulted: 05/13/19 0821, Result status: Final result

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 2.37 | 3.90 - 12.70 K/uL | L | BRLB |
| RBC | 3.01 | 4.00 - 5.40 M/uL | L | BRLB |
| Hemoglobin | 9.0 | 12.0 - 16.0 g/dL | L | BRLB |
| Hematocrit | 29.3 | 37.0 - 48.5 % | L | BRLB |
| Mean Corpuscular Volume | 97 | 82 - 98 fL | — | BRLB |
| Mean Corpuscular Hemoglobin | 29.9 | 27.0 - 31.0 pg | — | BRLB |
| Mean Corpuscular Hemoglobin Conc | 30.7 | 32.0 - 36.0 g/dL | L | BRLB |
| RDW | 16.6 | 11.5 - 14.5 % | H | BRLB |
| Platelets | 299 | 150 - 350 K/uL | — | BRLB |
| MPV | 11.2 | 9.2 - 12.9 fL | — | BRLB |
| Gran # (ANC) | 1.6 | 1.8 - 7.7 K/uL | L | BRLB |
| Lymph # | 0.4 | 1.0 - 4.8 K/uL | L | BRLB |
| Mono # | 0.5 | 0.3 - 1.0 K/uL | — | BRLB |
| Eos # | 0.0 | 0.0 - 0.5 K/uL | — | BRLB |
| Baso # | 0.01 | 0.00 - 0.20 K/uL | — | BRLB |
| Gran% | 65.8 | 38.0 - 73.0 % | — | BRLB |
| Lymph% | 14.8 | 18.0 - 48.0 % | L | BRLB |
| Mono% | 19.0 | 4.0 - 15.0 % | H | BRLB |
| Eosinophil% | 0.0 | 0.0 - 8.0 % | — | BRLB |
| Basophil% | 0.4 | 0.0 - 1.9 % | — | BRLB |
| Differential Method | Automated | — | — | BRLB |

Comprehensive metabolic panel [421961986] (Abnormal)          Resulted: 05/13/19 0845, Result status: Final result

Resulting lab:  OCHSNER MEDICAL CENTER - BATON ROUGE

### Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 05/13/19 0808 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 143 | 136 - 145 mmol/L | — | BRLB |
| Potassium | 3.8 | 3.5 - 5.1 mmol/L | — | BRLB |
| Chloride | 106 | 95 - 110 mmol/L | — | BRLB |
| CO2 | 26 | 23 - 29 mmol/L | — | BRLB |
| Glucose | 82 | 70 - 110 mg/dL | — | BRLB |
| BUN, Bld | 13 | 6 - 20 mg/dL | — | BRLB |
| Creatinine | 0.9 | 0.5 - 1.4 mg/dL | — | BRLB |
| Calcium | 9.9 | 8.7 - 10.5 mg/dL | — | BRLB |
| Total Protein | 6.7 | 6.0 - 8.4 g/dL | — | BRLB |
| Albumin | 3.3 | 3.5 - 5.2 g/dL | L | BRLB |
| Total Bilirubin | 0.3 | 0.1 - 1.0 mg/dL | — | BRLB |

Comment:
For infants and newborns, interpretation of results should be based
on gestational age, weight and in agreement with clinical
observations.
Premature Infant recommended reference ranges:
Up to 24 hours.............<8.0 mg/dL
Up to 48 hours...........<12.0 mg/dL
3-5 days..................<15.0 mg/dL
6-29 days................<15.0 mg/dL

| | | | | |
|---|---|---|---|---|
| Alkaline Phosphatase | 101 | 55 - 135 U/L | — | BRLB |
| AST | 17 | 10 - 40 U/L | — | BRLB |
| ALT | 5 | 10 - 44 U/L | L | BRLB |

**Lincoln/Lee 1187**

08/01/2019 8:53:51 AM -0400 FAXCOM                                          PAGE 100   OF 203

BRCH LABORATORY DRAW STATION          Lee, Katonia
17000 Medical Center Dr               MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                  Acct #: 72008552511
Continuity of Care                    Enc. Date 5/13/2019

## All Results (continued)

Comprehensive metabolic panel [421961986] (Abnormal) (continued)        Resulted: 05/13/19 0845, Result status: Final result

| Anion Gap | 11 | 8 - 16 mmol/L | — | BRLB |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 | — | BRLB |
| eGFR if non African American | >60 | >60 mL/min/1.73 m^2 | — | BRLB |

Comment:
Calculation used to obtain the estimated glomerular filtration
rate (eGFR) is the CKD-EPI equation.

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 393 - BRLB | OCHSNER MEDICAL CENTER - BATON ROUGE | Jeremy Spencer, M.D. | 17000 Medical Center Drive Baton Rouge LA 70816 | 09/14/17 1554 - Present |

## Notes

### H&P Notes

No notes of this type exist for this encounter.

Generated on 7/18/19  8:34 AM                                               Page 98

**Lincoln/Lee 1188**

BRCC HEMATOLOGY ONCOLOGY          Lee, Katonia
OCHSNER, BATON ROUGE REGION       MRN: 2325810, DOB:          Sex: F
Continuity of Care                Acct #: 72008552501
                                  Enc. Date 5/13/2019

## Visit Summary

### Diagnoses

| | Codes | Comments |
|---|---|---|
| Lymphoma related to acquired immunodeficiency syndrome (AIDS)  - Primary | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | |
| AIDS (acquired immune deficiency syndrome) | ICD-10-CM: B20 ICD-9-CM: 042 | |
| Diffuse large B-cell lymphoma of intra-abdominal lymph nodes | ICD-10-CM: C83.33 ICD-9-CM: 202.83 | |
| Diffuse large B-cell lymphoma, unspecified body region | ICD-10-CM: C83.30 ICD-9-CM: 202.80 | |

**Problem List** as of 5/13/2019                                   Date Reviewed: **5/13/2019**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Essential hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 2/12/2018 - Present |
| Lymphoma related to acquired immunodeficiency syndrome (AIDS) | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | | | 1/21/2019 - Present |
| Elevated LFTs | ICD-10-CM: R94.5 ICD-9-CM: 790.6 | | | 1/21/2019 - Present |
| B-cell lymphoma | ICD-10-CM: C85.10 ICD-9-CM: 202.80 | | | 1/22/2019 - Present |
| AIDS (acquired immune deficiency syndrome) | ICD-10-CM: B20 ICD-9-CM: 042 | | | 1/24/2019 - Present |
| Lymphoma | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | | | 2/11/2019 - Present |
| Anemia | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 2/26/2019 - Present |
| Biliary obstruction | ICD-10-CM: K83.1 ICD-9-CM: 576.2 | | | 4/30/2019 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | | | 1/21/2019 - 1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | | | 1/21/2019 - 2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | | | 1/21/2019 - 1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 ICD-9-CM: 780.96 | | | 2/13/2019 - 2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 - 3/1/2019 |
| RESOLVED: Chest pain | ICD-10-CM: R07.9 ICD-9-CM: 786.50 | | | 2/26/2019 - 2/27/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 ICD-9-CM: 112.0 | | | 2/27/2019 - 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9 ICD-9-CM: 780.60 | | | 2/28/2019 - 3/1/2019 |

**Allergies as of 7/18/2019**

No Known Allergies

**Immunizations as of 5/13/2019**                                         Never Reviewed

| Name | Date | Dose | VIS Date | Route |
|---|---|---|---|---|
| Pneumococcal Conjugate - 13 Valent | 3/1/2019 | 0.5 mL | 11/5/2015 | Intramuscular |

Generated on 7/18/19  8:34 AM                                              Page 99

**Lincoln/Lee 1189**

BRCC HEMATOLOGY ONCOLOGY                    Lee, Katonia
OCHSNER, BATON ROUGE REGION                MRN: 2325810, DOB:            Sex: F
Continuity of Care                         Acct #: 72008552501
                                           Enc. Date 5/13/2019

## Visit Summary (continued)

**Immunizations as of 5/13/2019 (continued)**                              Never Reviewed

| Name | Date | Dose | VIS Date | Route |
|------|------|------|----------|-------|
| Site: Left deltoid |  |  |  |  |
| Given By: Faye G. Gonzaga, RN |  |  |  |  |

## Medications

**Outpatient Medications at Start of Encounter as of 5/13/2019**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| allopurinol (ZYLOPRIM) 300 MG tablet (Taking) | 30 tablet | 1 | 2/2/2019 | |

Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral

    Erica M. Coffey, RN 2/7/2019 10:49 AM
    TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| atovaquone (MEPRON) 750 mg/5 mL Susp (Taking) | 210 mL | 2 | 4/16/2019 | 5/16/2019 |

Sig - Route: Take 10 mLs (1,500 mg total) by mouth once daily. - Oral

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking) | 30 tablet | 4 | 2/19/2019 | |

Sig - Route: Take 1 tablet by mouth once daily. - Oral

citalopram (CELEXA) 20 MG tablet (Taking)
Sig - Route: Take 20 mg by mouth once daily. - Oral
Class: Historical Med

    Erica M. Coffey, RN 2/7/2019 10:53 AM
    TAKE MORNING OF SURGERY WITH A SIP OF WATER.

ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking)
Sig - Route: Take 1 tablet by mouth once daily. - Oral
Class: Historical Med

metoprolol tartrate (LOPRESSOR) 50 MG tablet (Taking)
Sig - Route: Take 50 mg by mouth 2 (two) times daily. - Oral
Class: Historical Med

    Erica M. Coffey, RN 2/7/2019 10:56 AM
    TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking) | 60 tablet | 1 | 4/22/2019 | |

Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| prochlorperazine (COMPAZINE) 10 MG tablet (Taking) | 60 tablet | 1 | 4/22/2019 | 4/21/2020 |

Sig - Route: Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| promethazine (PHENERGAN) 25 MG tablet (Taking) | 60 tablet | 1 | 4/22/2019 | |

Sig - Route: Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. - Oral

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| amLODIPine (NORVASC) 5 MG tablet (Taking) | | | | 6/26/2019 |

Sig - Route: Take 5 mg by mouth once daily. - Oral
Class: Historical Med

    Erica M. Coffey, RN 2/7/2019 10:49 AM
    TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| oxyCODONE (ROXICODONE) 5 MG immediate release tablet (Taking) | 60 tablet | 0 | 5/3/2019 | 5/13/2019 |

Sig - Route: Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain. - Oral
Earliest Fill Date: 5/3/2019

**Lincoln/Lee 1190**

BRCC HEMATOLOGY ONCOLOGY          Lee, Katonia
OCHSNER, BATON ROUGE REGION       MRN: 2325810, DOB:        Sex: F
Continuity of Care                Acct #: 72008552501
                                  Enc. Date 5/13/2019

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 5/13/2019 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **zolpidem (AMBIEN) 5 MG Tab (Taking)** | 30 tablet | 1 | 5/1/2019 | 5/29/2019 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet (Taking)** | 30 tablet | 1 | 2/2/2019 | |
| Sig: Take 1 tablet (300 mg total) by mouth once daily. Route: Oral | | | | |
| **atovaquone (MEPRON) 750 mg/5 mL Susp (Taking/Expired)** | 210 mL | 2 | 4/16/2019 | 5/16/2019 |
| Sig: Take 10 mLs (1,500 mg total) by mouth once daily. Route: Oral | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking)** | 30 tablet | 4 | 2/19/2019 | |
| Sig: Take 1 tablet by mouth once daily. Route: Oral | | | | |
| **citalopram (CELEXA) 20 MG tablet (Taking)** | | | | |
| Sig: Take 20 mg by mouth once daily. Class: Historical Med Route: Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking)** | | | | |
| Sig: Take 1 tablet by mouth once daily. Class: Historical Med Route: Oral | | | | |
| **metoprolol tartrate (LOPRESSOR) 50 MG tablet (Taking)** | | | | |
| Sig: Take 50 mg by mouth 2 (two) times daily. Class: Historical Med Route: Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking)** | 60 tablet | 1 | 4/22/2019 | |
| Sig: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). Route: Oral | | | | |
| **prochlorperazine (COMPAZINE) 10 MG tablet (Taking)** | 60 tablet | 1 | 4/22/2019 | 4/21/2020 |
| Sig: Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (nausea). Route: Oral | | | | |
| **promethazine (PHENERGAN) 25 MG tablet (Taking)** | 60 tablet | 1 | 4/22/2019 | |
| Sig: Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. Route: Oral | | | | |
| **amLODIPine (NORVASC) 5 MG tablet (Taking/Discontinued)** | | | | 6/26/2019 |
| Sig: Take 5 mg by mouth once daily. Class: Historical Med Route: Oral Reason for Discontinue: **Reorder** | | | | |
| **oxyCODONE (ROXICODONE) 5 MG immediate release tablet (Taking/Discontinued)** | 60 tablet | 0 | 5/3/2019 | 5/13/2019 |
| Sig: Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain. Earliest Fill Date: 5/3/2019 Route: Oral Reason for Discontinue: **Reorder** | | | | |
| **oxyCODONE (ROXICODONE) 5 MG immediate release tablet (Taking/Discontinued)** | 60 tablet | 0 | 5/13/2019 | 5/29/2019 |

**Lincoln/Lee 1191**

08/01/2019 8:53:51 AM -0400 FAXCOM                                    PAGE 104    OF 203

| BRCC HEMATOLOGY ONCOLOGY | Lee, Katonia | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION | MRN: 2325810, DOB: | Sex: F |
| Continuity of Care | Acct #: 72008552501 | |
| | Enc. Date 5/13/2019 | |

## Medications (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig: Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain. | | | | |
| Earliest Fill Date: 5/13/2019 | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| zolpidem (AMBIEN) 5 MG Tab | 30 tablet | 1 | 5/1/2019 | 5/29/2019 |
| (Taking/Discontinued) | | | | |
| Sig: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |

### Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **oxyCODONE (ROXICODONE) 5 MG immediate release tablet (Discontinued)** | 60 tablet | 0 | 5/13/2019 | 5/29/2019 |
| Sig - Route: Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain. - Oral | | | | |
| Earliest Fill Date: 5/13/2019 | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **sulfamethoxazole-trimethoprim 800-160mg (BACTRIM DS) 800-160 mg Tab** | 30 tablet | 1 | 5/13/2019 | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| **predniSONE (DELTASONE) 20 MG tablet** | 25 tablet | 0 | 5/13/2019 | 5/18/2019 |
| Sig - Route: Take 5 tablets (100 mg total) by mouth once daily. for 5 days - Oral | | | | |

## Progress Notes

### Progress Notes by Long H. Dang, MD at 5/13/2019 9:00 AM

| Author: Long H. Dang, MD | Service: — | Author Type: Physician |
|---|---|---|
| Filed: 5/13/2019 8:39 AM | Encounter Date: 5/13/2019 | Creation Time: 5/13/2019 8:35 AM |
| Status: Signed | Editor: Long H. Dang, MD (Physician) | |

### Subjective:

**Patient ID:** Katonia Lee is a 49 y.o. female.

**Chief Complaint:** Lymphoma related to acquired immunodeficiency syndrome (AIDS) [B20, C85.90]
HPI: We have an opportunity to see Ms. Katonia Lee in Hematology Oncology clinic at Ochsner Medical Center on 05/13/2019. Ms. Katonia Lee is a 49 y.o. woman with AIDS-related DLBCL s/p 4 cycles of RCHOP. Reported did well except for back pain after intrathecal methotrexate lasted 1.5 weeks.

**Lymphoma related to acquired immunodeficiency syndrome (AIDS)**

| 1/21/2019 | Initial Diagnosis |
|---|---|
| | Lymphoma related to acquired immunodeficiency syndrome (AIDS) |

| 1/31/2019 - | **Chemotherapy** |
|---|---|
| | Treatment Summary |
| | Plan Name: OP RITUXIMAB Q3M (MAINTENANCE) |
| | Treatment Goal: Palliative |
| | Status: Inactive |

Generated on 7/18/19 8:34 AM                                              Page 102

**Lincoln/Lee 1192**

BRCC HEMATOLOGY ONCOLOGY          Lee, Katonia
OCHSNER, BATON ROUGE REGION       MRN: 2325810, DOB:          Sex: F
Continuity of Care                Acct #: 72008552501
                                  Enc. Date 5/13/2019

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 5/13/2019 9:00 AM (continued)**

Start Date: 1/27/2019
End Date: 1/27/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride 0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous, Clinic/HOD 1 time, 1 of 2 cycles
Administration: 664 mg (1/27/2019)

Plan Name: R-EPOCH INPATIENT
Treatment Goal: Curative
Status: Inactive
Start Date: 1/31/2019
End Date: 1/31/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg, Intravenous, Every 24 hours (non-standard times), 1 of 4 cycles
Administration: 1,270 mg (1/31/2019)

riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time, 0 of 3 cycles

DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine (ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, , Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles

Plan Name: OP R-CHOP Q3W
Treatment Goal: Curative
Status: Active
Start Date: 2/18/2019
End Date: 6/3/2019 (Planned)
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: DOXOrubicin chemo injection 20 mg, 12.5 mg/m2 = 20 mg (25 % of original dose 50 mg/m2), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Dose modification: 12.5 mg/m2 (25 % of original dose 50 mg/m2, Cycle 1, Reason: Original Dose Changed)
Administration: 20 mg (2/18/2019), 20 mg (3/11/2019)

vinCRIStine (ONCOVIN) 2 mg in sodium chloride 0.9% 50 mL chemo infusion, 2 mg (100 % of original dose 2 mg), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Dose modification: 2 mg (original dose 2 mg, Cycle 1, Reason: MD Discretion, Comment: capping vincristine at 2 mg)
Administration: 2 mg (2/18/2019), 2 mg (3/11/2019)

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,180 mg in sodium chloride 0.9% 309 mL chemo infusion, 750 mg/m2 = 1,180 mg, Intravenous, Clinic/HOD 1 time, 2 of 6 cycles

**Lincoln/Lee 1193**

BRCC HEMATOLOGY ONCOLOGY          Lee, Katonia
OCHSNER, BATON ROUGE REGION       MRN: 2325810, DOB:           Sex: F
Continuity of Care                Acct #: 72008552501
                                  Enc. Date 5/13/2019

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 5/13/2019 9:00 AM (continued)**

Administration: 1,180 mg (2/18/2019), 1,210 mg (3/11/2019)

methotrexate (PF) 6 mg in sodium chloride 0.9% (NORMAL SALINE FLUSH) 3 mL INTRATHECAL chemo injection, , Intrathecal, Clinic/HOD 1 time, 0 of 4 cycles

**B-cell lymphoma**

**Chemotherapy**
Treatment Summary
Plan Name: OP RITUXIMAB Q3M (MAINTENANCE)
Treatment Goal: Palliative
Status: Inactive
Start Date: 1/27/2019
End Date: 1/27/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride 0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous, Clinic/HOD 1 time, 1 of 2 cycles
Administration: 664 mg (1/27/2019)

Plan Name: R-EPOCH INPATIENT
Treatment Goal: Curative
Status: Inactive
Start Date: 1/31/2019
End Date: 1/31/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg, Intravenous, Every 24 hours (non-standard times), 1 of 4 cycles
Administration: 1,270 mg (1/31/2019)

riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time, 0 of 3 cycles

DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine (ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, , Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles

Plan Name: OP R-CHOP Q3W
Treatment Goal: Curative
Status: Active
Start Date: 2/1/2019 (Planned)
End Date: 5/17/2019 (Planned)
Provider: Ronald D. Delrie Jr., MD

**Lincoln/Lee 1194**

BRCC HEMATOLOGY ONCOLOGY                      Lee, Katonia
OCHSNER, BATON ROUGE REGION                   MRN: 2325810, DOB:              Sex: F
Continuity of Care                            Acct #: 72008552501
                                              Enc. Date 5/13/2019

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 5/13/2019  9:00 AM (continued)**

Chemotherapy: DOXOrubicin chemo injection 84 mg, 50 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

vinCRIStine (ONCOVIN) 2.4 mg in sodium chloride 0.9% 50 mL chemo infusion, 1.4 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 250 mL chemo infusion, 750 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

riTUXimab (RITUXAN) 375 mg/m2 = 634 mg in sodium chloride 0.9% 634 mL infusion (conc: 1 mg/mL), 375 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

Past Medical History:

| Diagnosis | Date |
|---|---|
| • B-cell lymphoma | 1/22/2019 |
| • Biliary stricture | |
| • Cancer *[lymphoma]* | |
| • Diffuse large B cell lymphoma of duodenum and pancreas | 1/21/2019 |
| • Encounter for blood transfusion | |
| • HIV (human immunodeficiency virus infection) | |
| • Hypertension | |
| • Jaundice | |
| • Stomach ulcer *bleeding* | |

Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Paternal Grandmother | |
| • Heart disease | Mother | |

Social History

Socioeconomic History
- Marital status:           Unknown
    Spouse name:        Not on file
- Number of children:    Not on file
- Years of education:    Not on file
- Highest education level:  Not on file

Occupational History
- Not on file

Social Needs
- Financial resource strain:  Not on file
- Food insecurity:

Generated on 7/18/19  8:34 AM                                        Page 105

**Lincoln/Lee 1195**

BRCC HEMATOLOGY ONCOLOGY          Lee, Katonia
OCHSNER, BATON ROUGE REGION       MRN: 2325810, DOB:        Sex: F
Continuity of Care                Acct #: 72008552501
                                  Enc. Date 5/13/2019

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 5/13/2019 9:00 AM (continued)**

| | |
|---|---|
| Worry: | Not on file |
| Inability: | Not on file |

- Transportation needs:

| | |
|---|---|
| Medical: | Not on file |
| Non-medical: | Not on file |

Tobacco Use
- Smoking status:    Never Smoker
- Smokeless tobacco:    Never Used

Substance and Sexual Activity
- Alcohol use:    No
  - Frequency:    Never
- Drug use:    No
- Sexual activity:    Not on file

Lifestyle
- Physical activity:

| | |
|---|---|
| Days per week: | Not on file |
| Minutes per session: | Not on file |

- Stress:    Not on file

Relationships
- Social connections:

| | |
|---|---|
| Talks on phone: | Not on file |
| Gets together: | Not on file |
| Attends religious service: | Not on file |
| Active member of club or organization: | Not on file |
| Attends meetings of clubs or organizations: | Not on file |
| Relationship status: | Not on file |

Other Topics    Concern
- Not on file

Social History Narrative
- Not on file

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • CESAREAN SECTION | | |
| • ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY) *Performed by Janak N. Shah, MD at NOMH ENDO (2ND FLR)* | Left | 4/30/2019 |
| • ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY) *Performed by Janak N. Shah, MD at NOMH ENDO (2ND FLR)* | N/A | 1/25/2019 |
| • ESOPHAGOGASTRODUODENOSCOPY | | |
| • INSERTION, VENOUS ACCESS PORT *Performed by Kyle A Jakob, MD at BRMH OR* | Left | 2/11/2019 |

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • allopurinol (ZYLOPRIM) 300 MG tablet | Take 1 tablet (300 mg total) by mouth once | 30 tablet | 1 |

Generated on 7/18/19 8:34 AM          Page 106

**Lincoln/Lee 1196**

08/01/2019 8:53:51 AM -0400 FAXCOM                                    PAGE 109   OF 203

| BRCC HEMATOLOGY ONCOLOGY | Lee, Katonia | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION | MRN: 2325810, DOB: | Sex: F |
| Continuity of Care | Acct #: 72008552501 | |
| | Enc. Date 5/13/2019 | |

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 5/13/2019 9:00 AM (continued)**

| | | | |
|---|---|---|---|
| | daily. (Patient taking differently: Take 300 mg by mouth every morning. ) | | |
| • amLODIPine (NORVASC) 5 MG tablet | Take 5 mg by mouth once daily. | | |
| • atovaquone (MEPRON) 750 mg/5 mL Susp | Take 10 mLs (1,500 mg total) by mouth once daily. | 210 mL | 2 |
| • bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet | Take 1 tablet by mouth once daily. (Patient taking differently: Take 1 tablet by mouth once daily. ) | 30 tablet | 4 |
| • citalopram (CELEXA) 20 MG tablet | Take 20 mg by mouth once daily. | | |
| • ferrous gluconate 324 mg (37.5 mg iron) Tab | Take 1 tablet by mouth once daily. | | |
| • metoprolol tartrate (LOPRESSOR) 50 MG tablet | Take 50 mg by mouth 2 (two) times daily. | | |
| • ondansetron (ZOFRAN-ODT) 8 MG TbDL | Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). | 60 tablet | 1 |
| • oxyCODONE (ROXICODONE) 5 MG immediate release tablet | Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain. | 60 tablet | 0 |
| • prochlorperazine (COMPAZINE) 10 MG tablet | Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (nausea). | 60 tablet | 1 |
| • promethazine (PHENERGAN) 25 MG tablet | Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. | 60 tablet | 1 |
| • zolpidem (AMBIEN) 5 MG Tab | Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). | 30 tablet | 1 |
| • predniSONE (DELTASONE) 20 MG tablet | Take 5 tablets (100 mg total) by mouth once daily. for 5 days | 25 tablet | 0 |
| • sulfamethoxazole-trimethoprim 800-160mg (BACTRIM DS) 800-160 mg Tab | Take 1 tablet by mouth once daily. | 30 tablet | 1 |

No current facility-administered medications for this visit.

**Labs:**
Lab Results

| Component | Value | Date |
|---|---|---|

Generated on 7/18/19  8:34 AM                                          Page 107

**Lincoln/Lee 1197**

BRCC HEMATOLOGY ONCOLOGY          Lee, Katonia
OCHSNER, BATON ROUGE REGION       MRN: 2325810, DOB:          Sex: F
Continuity of Care                Acct #: 72008552501
                                  Enc. Date 5/13/2019

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 5/13/2019  9:00 AM (continued)**

| | | |
|---|---|---|
| WBC | 2.37 (L) | 05/13/2019 |
| HGB | 9.0 (L) | 05/13/2019 |
| HCT | 29.3 (L) | 05/13/2019 |
| MCV | 97 | 05/13/2019 |
| PLT | 299 | 05/13/2019 |

**BMP**

Lab Results

| Component | Value | Date |
|---|---|---|
| NA | 142 | 04/22/2019 |
| K | 4.1 | 04/22/2019 |
| CL | 109 | 04/22/2019 |
| CO2 | 25 | 04/22/2019 |
| BUN | 20 | 04/22/2019 |
| CREATININE | 1.1 | 04/22/2019 |
| CALCIUM | 10.1 | 04/22/2019 |
| ANIONGAP | 8 | 04/22/2019 |
| ESTGFRAFRICA | >60 | 04/22/2019 |
| EGFRNONAA | 59 (A) | 04/22/2019 |

Lab Results

| Component | Value | Date |
|---|---|---|
| ALT | 10 | 04/22/2019 |
| AST | 18 | 04/22/2019 |
| ALKPHOS | 99 | 04/22/2019 |
| BILITOT | 0.2 | 04/22/2019 |

No results found for: IRON, TIBC, FERRITIN, SATURATEDIRO
No results found for: VITAMINB12
No results found for: FOLATE

Lab Results

| Component | Value | Date |
|---|---|---|
| TSH | 1.014 | 01/23/2019 |

I have reviewed the radiology reports and examined the scan/xray images.

Review of Systems
Constitutional: Negative.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Negative.
Skin: Negative.

**Lincoln/Lee 1198**

| BRCC HEMATOLOGY ONCOLOGY OCHSNER, BATON ROUGE REGION Continuity of Care | Lee, Katonia MRN: 2325810, DOB: Acct #: 72008552501 Enc. Date 5/13/2019 | Sex: F |
|---|---|---|

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 5/13/2019 9:00 AM (continued)**

Allergic/Immunologic: Negative.
Neurological: Negative.
Hematological: Negative.
Psychiatric/Behavioral: Negative.

ECOG SCORE
   0 - Fully active-able to carry on all pre-disease performance without restriction

## Objective:

Vitals:

|  | 05/13/19 0818 |
|---|---|
| BP: | (!) 174/91 |
| Pulse: | 60 |
| Temp: | |

Body mass index is 23.91 kg/m².
Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae and EOM are normal.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. Bowel sounds are normal.
Musculoskeletal: Normal range of motion.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.
Nursing note and vitals reviewed.

## Assessment:

1.    **Lymphoma related to acquired immunodeficiency syndrome (AIDS)**
2.    AIDS (acquired immune deficiency syndrome)
3.    Diffuse large B-cell lymphoma of intra-abdominal lymph nodes
4.    Diffuse large B-cell lymphoma, unspecified body region

## Plan:

**Lymphoma related to acquired immunodeficiency syndrome (AIDS)**
Will give 5th cycle of RCHOP today.  Tomorrow will get MTX.

**Lincoln/Lee 1199**

| BRCC HEMATOLOGY ONCOLOGY<br>OCHSNER, BATON ROUGE REGION<br>Continuity of Care | Lee, Katonia<br>MRN: 2325810, DOB:<br>Acct #: 72008552501<br>Enc. Date 5/13/2019 | Sex: F |
|---|---|---|

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 5/13/2019 9:00 AM (continued)**

Will get MUGA tomorrow.
- CBC auto differential; Future; Expected date: 06/03/2019
- Comprehensive metabolic panel; Future; Expected date: 06/03/2019
- oxyCODONE (ROXICODONE) 5 MG immediate release tablet; Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain.  Dispense: 60 tablet; Refill: 0
- sulfamethoxazole-trimethoprim 800-160mg (BACTRIM DS) 800-160 mg Tab; Take 1 tablet by mouth once daily.  Dispense: 30 tablet; Refill: 1
- predniSONE (DELTASONE) 20 MG tablet; Take 5 tablets (100 mg total) by mouth once daily. for 5 days  Dispense: 25 tablet; Refill: 0

### AIDS (acquired immune deficiency syndrome)
Continue on HAART therapy.
- T-HELPER CELLS (CD4) COUNT; Future; Expected date: 06/03/2019

Electronically signed by Long H. Dang, MD on 5/13/2019 8:39 AM

**H&P Notes**

No notes of this type exist for this encounter.

**Lincoln/Lee 1200**

| BRMH XRAY | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008554660 | |
| Continuity of Care | Adm: 5/14/2019 | |

## Admission Information

| Arrival Date/Time: | | Admit Date/Time: | 05/14/2019 1107 | IP Adm. Date/Time: | |
|---|---|---|---|---|---|
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: | |
| Means of Arrival: | | Primary Service: | | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | OCHSNER SERVICE AREA | Unit: | Ochsner Medical Center - BR |
| Admit Provider: | | Attending Provider: | Long H. Dang, MD | Referring Provider: | Long H. Dang, MD |

## Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 05/14/2019 2359 | Home Or Self Care | None | None | Ochsner Medical Center - BR |

## Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| Z51.11 [Principal] | Encounter for antineoplastic chemotherapy | | | | |
| C83.31 | Diffuse large b-cell lymphoma, lymph nodes of head, face, and neck | | | | |
| C85.90 | Non-Hodgkin lymphoma, unspecified, unspecified site | | | | |
| B20 | Human immunodeficiency virus (HIV) disease | | | | |

## Hospital Problem List as of 5/14/2019                    Reviewed: **5/13/2019 by Long H Dang, MD**

None

## Non-Hospital Problem List as of 5/14/2019                 Reviewed: **5/13/2019 by Long H Dang, MD**

| | Codes | Last Modified |
|---|---|---|
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | 1/26/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | 1/31/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | 2/1/2019 |
| **Elevated LFTs** | ICD-10-CM: R94.5 ICD-9-CM: 790.6 | 2/1/2019 |
| **Lymphoma** | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | 2/11/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 ICD-9-CM: 780.96 | 2/27/2019 |
| RESOLVED: Chest pain | ICD-10-CM: R07.9 ICD-9-CM: 786.50 | 2/27/2019 |
| **Essential hypertension** | ICD-10-CM: I10 ICD-9-CM: 401.9 | 3/1/2019 |
| **B-cell lymphoma** | ICD-10-CM: C85.10 ICD-9-CM: 202.80 | 3/1/2019 |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20 ICD-9-CM: 042 | 3/1/2019 |
| **Anemia** | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | 3/1/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 ICD-9-CM: 288.00, 780.61 | 3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 ICD-9-CM: 112.0 | 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9 ICD-9-CM: 780.60 | 3/1/2019 |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90 | 3/12/2019 |

Generated on 7/18/19  8:34 AM                                         Page 111

**Lincoln/Lee 1201**

08/01/2019 8:53:51 AM -0400 FAXCOM                                    PAGE 114   OF 203

BRMH XRAY                                    Lee, Katonia
17000 Medical Center Dr                      MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                         Acct #: 72008554660
Continuity of Care                           Adm: 5/14/2019

**Non-Hospital Problem List (continued)** as of 5/14/2019          Reviewed: **5/13/2019 by Long H Dang, MD**

|  | Codes | Last Modified |
|---|---|---|
|  | ICD-9-CM: 042, 202.80 |  |
| **Biliary obstruction** | ICD-10-CM: K83.1 | 4/30/2019 |
|  | ICD-9-CM: 576.2 |  |

## History & Physicals

**H&P (View-Only) by Long H. Dang, MD at 5/13/2019 9:00 AM**

Author: Long H. Dang, MD              Service: —                    Author Type: Physician
Filed: 5/13/2019 8:39 AM              Status: Signed
Editor: Long H. Dang, MD (Physician)

## Subjective:

Patient ID: Katonia Lee is a 49 y.o. female.

Chief Complaint: Lymphoma related to acquired immunodeficiency syndrome (AIDS) [B20, C85.90]
HPI: We have an opportunity to see Ms. Katonia Lee in Hematology Oncology clinic at Ochsner Medical Center on 05/13/2019. Ms. Katonia Lee is a 49 y.o. woman with AIDS-related DLBCL s/p 4 cycles of RCHOP. Reported did well except for back pain after intrathecal methotrexate lasted 1.5 weeks.

**Lymphoma related to acquired immunodeficiency syndrome (AIDS)**
1/21/2019              **Initial Diagnosis**
                       Lymphoma related to acquired immunodeficiency syndrome (AIDS)

1/31/2019 -            **Chemotherapy**
                       Treatment Summary
                       Plan Name: OP RITUXIMAB Q3M (MAINTENANCE)
                       Treatment Goal: Palliative
                       Status: Inactive
                       Start Date: 1/27/2019
                       End Date: 1/27/2019
                       Provider: Ronald D. Delrie Jr., MD
                       Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride
                       0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous,
                       Clinic/HOD 1 time, 1 of 2 cycles
                       Administration: 664 mg (1/27/2019)

                       Plan Name: R-EPOCH INPATIENT
                       Treatment Goal: Curative
                       Status: Inactive
                       Start Date: 1/31/2019
                       End Date: 1/31/2019
                       Provider: Ronald D. Delrie Jr., MD
                       Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in
                       sodium chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg,
                       Intravenous, Every 24 hours (non-standard times), 1 of 4 cycles
                       Administration: 1,270 mg (1/31/2019)

Generated on 7/18/19 8:34 AM                                          Page 112

**Lincoln/Lee 1202**

BRMH XRAY                                    Lee, Katonia
17000 Medical Center Dr                      MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                         Acct #: 72008554660
Continuity of Care                           Adm: 5/14/2019

## History & Physicals (continued)

**H&P (View-Only) by Long H. Dang, MD at 5/13/2019 9:00 AM (continued)**

riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time, 0 of 3 cycles

DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine (ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, , Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles

Plan Name: OP R-CHOP Q3W
Treatment Goal: Curative
Status: Active
Start Date: 2/18/2019
End Date: 6/3/2019 (Planned)
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: DOXOrubicin chemo injection 20 mg, 12.5 mg/m2 = 20 mg (25 % of original dose 50 mg/m2), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Dose modification: 12.5 mg/m2 (25 % of original dose 50 mg/m2, Cycle 1, Reason: Original Dose Changed)
Administration: 20 mg (2/18/2019), 20 mg (3/11/2019)

vinCRIStine (ONCOVIN) 2 mg in sodium chloride 0.9% 50 mL chemo infusion, 2 mg (100 % of original dose 2 mg), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Dose modification: 2 mg (original dose 2 mg, Cycle 1, Reason: MD Discretion, Comment: capping vincristine at 2 mg)
Administration: 2 mg (2/18/2019), 2 mg (3/11/2019)

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,180 mg in sodium chloride 0.9% 309 mL chemo infusion, 750 mg/m2 = 1,180 mg, Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Administration: 1,180 mg (2/18/2019), 1,210 mg (3/11/2019)

methotrexate (PF) 6 mg in sodium chloride 0.9% (NORMAL SALINE FLUSH) 3 mL INTRATHECAL chemo injection, , Intrathecal, Clinic/HOD 1 time, 0 of 4 cycles

**B-cell lymphoma**

Chemotherapy
Treatment Summary
Plan Name: OP RITUXIMAB Q3M (MAINTENANCE)
Treatment Goal: Palliative
Status: Inactive
Start Date: 1/27/2019
End Date: 1/27/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride

**Lincoln/Lee 1203**

BRMH XRAY                                  Lee, Katonia
17000 Medical Center Dr                    MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                       Acct #: 72008554660
Continuity of Care                         Adm: 5/14/2019

## History & Physicals (continued)

**H&P (View-Only) by Long H. Dang, MD at 5/13/2019 9:00 AM (continued)**

0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous, Clinic/HOD 1 time, 1 of 2 cycles
Administration: 664 mg (1/27/2019)

Plan Name: R-EPOCH INPATIENT
Treatment Goal: Curative
Status: Inactive
Start Date: 1/31/2019
End Date: 1/31/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg, Intravenous, Every 24 hours (non-standard times), 1 of 4 cycles
Administration: 1,270 mg (1/31/2019)

riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time, 0 of 3 cycles

DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine (ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, , Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles

Plan Name: OP R-CHOP Q3W
Treatment Goal: Curative
Status: Active
Start Date: 2/1/2019 (Planned)
End Date: 5/17/2019 (Planned)
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: DOXOrubicin chemo injection 84 mg, 50 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

vinCRIStine (ONCOVIN) 2.4 mg in sodium chloride 0.9% 50 mL chemo infusion, 1.4 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 250 mL chemo infusion, 750 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

riTUXimab (RITUXAN) 375 mg/m2 = 634 mg in sodium chloride 0.9% 634 mL infusion (conc: 1 mg/mL), 375 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

Past Medical History:
Diagnosis                                                              Date

**Lincoln/Lee 1204**

BRMH XRAY                                          Lee, Katonia
17000 Medical Center Dr                            MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                                Acct #: 72008554660
Continuity of Care                                 Adm: 5/14/2019

## History & Physicals (continued)

**H&P (View-Only) by Long H. Dang, MD at 5/13/2019 9:00 AM (continued)**

- B-cell lymphoma                                                              1/22/2019
- Biliary stricture
- Cancer
  *[lymphoma]*
- Diffuse large B cell lymphoma of duodenum and pancreas                       1/21/2019
- Encounter for blood transfusion
- HIV (human immunodeficiency virus infection)
- Hypertension
- Jaundice
- Stomach ulcer
  *bleeding*

### Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Paternal Grandmother | |
| • Heart disease | Mother | |

### Social History

**Socioeconomic History**
- Marital status:                Unknown
    Spouse name:                 Not on file
- Number of children:            Not on file
- Years of education:            Not on file
- Highest education level:       Not on file

**Occupational History**
- Not on file

**Social Needs**
- Financial resource strain:     Not on file
- Food insecurity:
    Worry:                       Not on file
    Inability:                   Not on file
- Transportation needs:
    Medical:                     Not on file
    Non-medical:                 Not on file

**Tobacco Use**
- Smoking status:                Never Smoker
- Smokeless tobacco:             Never Used

**Substance and Sexual Activity**
- Alcohol use:                   No
    Frequency:                   Never
- Drug use:                      No
- Sexual activity:               Not on file

**Lifestyle**
- Physical activity:
    Days per week:               Not on file
    Minutes per session:         Not on file
- Stress:                        Not on file

**Relationships**
- Social connections:

Generated on 7/18/19  8:34 AM                                                 Page 115

**Lincoln/Lee 1205**

08/01/2019 8:53:51 AM -0400 FAXCOM                                   PAGE 118   OF 203

| BRMH XRAY | | Lee, Katonia | |
|---|---|---|---|
| 17000 Medical Center Dr | | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | | Acct #: 72008554660 | |
| Continuity of Care | | Adm: 5/14/2019 | |

## History & Physicals (continued)

**H&P (View-Only) by Long H. Dang, MD at 5/13/2019 9:00 AM (continued)**

| Talks on phone: | Not on file |
|---|---|
| Gets together: | Not on file |
| Attends religious service: | Not on file |
| Active member of club or organization: | Not on file |
| Attends meetings of clubs or organizations: | Not on file |
| Relationship status: | Not on file |

| Other Topics | Concern |
|---|---|

- Not on file

Social History Narrative
- Not on file

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • CESAREAN SECTION | | |
| • ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY) | Left | 4/30/2019 |
| *Performed by Janak N. Shah, MD at NOMH ENDO (2ND FLR)* | | |
| • ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY) | N/A | 1/25/2019 |
| *Performed by Janak N. Shah, MD at NOMH ENDO (2ND FLR)* | | |
| • ESOPHAGOGASTRODUODENOSCOPY | | |
| • INSERTION, VENOUS ACCESS PORT | Left | 2/11/2019 |
| *Performed by Kyle A Jakob, MD at BRMH OR* | | |

Current Outpatient Medications

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • allopurinol (ZYLOPRIM) 300 MG tablet | Take 1 tablet (300 mg total) by mouth once daily. (Patient taking differently: Take 300 mg by mouth every morning. ) | 30 tablet | 1 |
| • amLODIPine (NORVASC) 5 MG tablet | Take 5 mg by mouth once daily. | | |
| • atovaquone (MEPRON) 750 mg/5 mL Susp | Take 10 mLs (1,500 mg total) by mouth once daily. | 210 mL | 2 |
| • bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet | Take 1 tablet by mouth once daily. (Patient taking differently: Take 1 tablet by mouth once daily. ) | 30 tablet | 4 |
| • citalopram (CELEXA) 20 MG tablet | Take 20 mg by mouth once daily. | | |
| • ferrous gluconate 324 mg (37.5 mg iron) Tab | Take 1 tablet by mouth once daily. | | |
| • metoprolol tartrate (LOPRESSOR) 50 MG tablet | Take 50 mg by mouth 2 (two) times daily. | | |
| • ondansetron (ZOFRAN-ODT) 8 | Take 1 tablet (8 mg | 60 tablet | 1 |

Generated on 7/18/19 8:34 AM                                           Page 116

**Lincoln/Lee 1206**

| BRMH XRAY | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008554660 | |
| Continuity of Care | Adm: 5/14/2019 | |

## History & Physicals (continued)

**H&P (View-Only) by Long H. Dang, MD at 5/13/2019 9:00 AM (continued)**

| MG TbDL | total) by mouth every 6 (six) hours as needed (nausea). | | |
|---|---|---|---|
| • oxyCODONE (ROXICODONE) 5 MG immediate release tablet | Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain. | 60 tablet | 0 |
| • prochlorperazine (COMPAZINE) 10 MG tablet | Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (nausea). | 60 tablet | 1 |
| • promethazine (PHENERGAN) 25 MG tablet | Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. | 60 tablet | 1 |
| • zolpidem (AMBIEN) 5 MG Tab | Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). | 30 tablet | 1 |
| • predniSONE (DELTASONE) 20 MG tablet | Take 5 tablets (100 mg total) by mouth once daily. for 5 days | 25 tablet | 0 |
| • sulfamethoxazole-trimethoprim 800-160mg (BACTRIM DS) 800-160 mg Tab | Take 1 tablet by mouth once daily. | 30 tablet | 1 |

No current facility-administered medications for this visit.

**Labs:**

Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 2.37 (L) | 05/13/2019 |
| HGB | 9.0 (L) | 05/13/2019 |
| HCT | 29.3 (L) | 05/13/2019 |
| MCV | 97 | 05/13/2019 |
| PLT | 299 | 05/13/2019 |

**BMP**

Lab Results

| Component | Value | Date |
|---|---|---|
| NA | 142 | 04/22/2019 |
| K | 4.1 | 04/22/2019 |
| CL | 109 | 04/22/2019 |
| CO2 | 25 | 04/22/2019 |
| BUN | 20 | 04/22/2019 |
| CREATININE | 1.1 | 04/22/2019 |
| CALCIUM | 10.1 | 04/22/2019 |
| ANIONGAP | 8 | 04/22/2019 |
| ESTGFRAFRICA | >60 | 04/22/2019 |
| EGFRNONAA | 59 (A) | 04/22/2019 |

**Lincoln/Lee 1207**

BRMH XRAY                              Lee, Katonia
17000 Medical Center Dr               MRN: 2325810, DOB:            Sex: F
Baton Rouge LA 70816                   Acct #: 72008554660
Continuity of Care                     Adm: 5/14/2019

## History & Physicals (continued)

**H&P (View-Only) by Long H. Dang, MD at 5/13/2019 9:00 AM (continued)**

Lab Results

| Component | Value | Date |
|---|---|---|
| ALT | 10 | 04/22/2019 |
| AST | 18 | 04/22/2019 |
| ALKPHOS | 99 | 04/22/2019 |
| BILITOT | 0.2 | 04/22/2019 |

No results found for: IRON, TIBC, FERRITIN, SATURATEDIRO
No results found for: VITAMINB12
No results found for: FOLATE

Lab Results

| Component | Value | Date |
|---|---|---|
| TSH | 1.014 | 01/23/2019 |

I have reviewed the radiology reports and examined the scan/xray images.

Review of Systems
Constitutional: Negative.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Negative.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative.
Hematological: Negative.
Psychiatric/Behavioral: Negative.

ECOG SCORE
    0 - Fully active-able to carry on all pre-disease performance without restriction

## Objective:

Vitals:
                    05/13/19 0818
BP:                 (!) 174/91
Pulse:              60
Temp:
Body mass index is 23.91 kg/m².
Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.

Generated on 7/18/19 8:34 AM                                          Page 118

**Lincoln/Lee 1208**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:        Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008554660 |
| Continuity of Care | Adm: 5/14/2019 |

## History & Physicals (continued)

### H&P (View-Only) by Long H. Dang, MD at 5/13/2019 9:00 AM (continued)

HENT:

Head: Normocephalic and atraumatic.

Eyes: Conjunctivae and EOM are normal.

Neck: Normal range of motion. Neck supple.

Cardiovascular: Normal rate and regular rhythm.

Pulmonary/Chest: Effort normal and breath sounds normal.

Abdominal: Soft. Bowel sounds are normal.

Musculoskeletal: Normal range of motion.

Neurological: She is alert and oriented to person, place, and time.

Skin: Skin is warm and dry.

Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.

Nursing note and vitals reviewed.

## Assessment:

1.  **Lymphoma related to acquired immunodeficiency syndrome (AIDS)**
2.  AIDS (acquired immune deficiency syndrome)
3.  Diffuse large B-cell lymphoma of intra-abdominal lymph nodes
4.  Diffuse large B-cell lymphoma, unspecified body region

## Plan:

### Lymphoma related to acquired immunodeficiency syndrome (AIDS)

Will give 5th cycle of RCHOP today.  Tomorrow will get MTX.

Will get MUGA tomorrow.

-   CBC auto differential; Future; Expected date: 06/03/2019
-   Comprehensive metabolic panel; Future; Expected date: 06/03/2019
-   oxyCODONE (ROXICODONE) 5 MG immediate release tablet; Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain.  Dispense: 60 tablet; Refill: 0
-   sulfamethoxazole-trimethoprim 800-160mg (BACTRIM DS) 800-160 mg Tab; Take 1 tablet by mouth once daily.  Dispense: 30 tablet; Refill: 1
-   predniSONE (DELTASONE) 20 MG tablet; Take 5 tablets (100 mg total) by mouth once daily. for 5 days  Dispense: 25 tablet; Refill: 0

### AIDS (acquired immune deficiency syndrome)

Continue on HAART therapy.

-   T-HELPER CELLS (CD4) COUNT; Future; Expected date: 06/03/2019

---

Electronically signed by Long H. Dang, MD on 5/13/2019 8:39 AM

**Lincoln/Lee 1209**

08/01/2019 8:53:51 AM -0400 FAXCOM                                    PAGE 122   OF 203

BRMH XRAY                                          Lee, Katonia
17000 Medical Center Dr                            MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                               Acct #: 72008554660
Continuity of Care                                 Adm: 5/14/2019

## History & Physicals (continued)

**H&P (View-Only) by Long H. Dang, MD at 5/13/2019 9:00 AM (continued)**

**Interval H&P Note by Case Rappelet, PA at 5/14/2019 12:29 PM**

| | | |
|---|---|---|
| Author: Case Rappelet, PA | Service: Radiology | Author Type: Physician Assistant |
| Filed: 5/14/2019 12:29 PM | Status: Signed | |
| Editor: Case Rappelet, PA (Physician Assistant) | | Cosigner: Dane G. Mackey, MD at 5/14/2019 3:27 PM |

The patient has been examined and the H&P has been reviewed:

I concur with the findings and no changes have occurred since H&P was written.

There are no hospital problems to display for this patient.

Electronically signed by Dane G. Mackey, MD on 5/14/2019 3:27 PM

**Source Note**

| | | |
|---|---|---|
| Author: Long H. Dang, MD | Service: — | Author Type: Physician |
| Filed: 5/13/2019 8:39 AM | Status: Signed | |
| Editor: Long H. Dang, MD (Physician) | | |

## Subjective:

**Patient ID:** Katonia Lee is a 49 y.o. female.

**Chief Complaint:** Lymphoma related to acquired immunodeficiency syndrome (AIDS) [B20, C85.90]
HPI: We have an opportunity to see Ms. Katonia Lee in Hematology Oncology clinic at Ochsner Medical Center on 05/13/2019. Ms. Katonia Lee is a 49 y.o. woman with AIDS-related DLBCL s/p 4 cycles of RCHOP. Reported did well except for back pain after intrathecal methotrexate lasted 1.5 weeks.

**Lymphoma related to acquired immunodeficiency syndrome (AIDS)**

| | |
|---|---|
| 1/21/2019 | **Initial Diagnosis** |
| | Lymphoma related to acquired immunodeficiency syndrome (AIDS) |

| | |
|---|---|
| 1/31/2019 - | **Chemotherapy** |
| | Treatment Summary |
| | Plan Name: OP RITUXIMAB Q3M (MAINTENANCE) |
| | Treatment Goal: Palliative |
| | Status: Inactive |
| | Start Date: 1/27/2019 |
| | End Date: 1/27/2019 |
| | Provider: Ronald D. Delrie Jr., MD |
| | Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride 0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous, Clinic/HOD 1 time, 1 of 2 cycles |
| | Administration: 664 mg (1/27/2019) |

Generated on 7/18/19 8:34 AM                                          Page 120

**Lincoln/Lee 1210**

BRMH XRAY                                    Lee, Katonia
17000 Medical Center Dr                      MRN: 2325810, DOB:         Sex: F
Baton Rouge LA 70816                         Acct #: 72008554660
Continuity of Care                           Adm: 5/14/2019

## History & Physicals (continued)

Interval H&P Note by Case Rappelet, PA at 5/14/2019 12:29 PM (continued)

Plan Name: R-EPOCH INPATIENT
Treatment Goal: Curative
Status: Inactive
Start Date: 1/31/2019
End Date: 1/31/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg, Intravenous, Every 24 hours (non-standard times), 1 of 4 cycles
Administration: 1,270 mg (1/31/2019)

riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time, 0 of 3 cycles

DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine (ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, , Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles

Plan Name: OP R-CHOP Q3W
Treatment Goal: Curative
Status: Active
Start Date: 2/18/2019
End Date: 6/3/2019 (Planned)
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: DOXOrubicin chemo injection 20 mg, 12.5 mg/m2 = 20 mg (25 % of original dose 50 mg/m2), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Dose modification: 12.5 mg/m2 (25 % of original dose 50 mg/m2, Cycle 1, Reason: Original Dose Changed)
Administration: 20 mg (2/18/2019), 20 mg (3/11/2019)

vinCRIStine (ONCOVIN) 2 mg in sodium chloride 0.9% 50 mL chemo infusion, 2 mg (100 % of original dose 2 mg), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Dose modification: 2 mg (original dose 2 mg, Cycle 1, Reason: MD Discretion, Comment: capping vincristine at 2 mg)
Administration: 2 mg (2/18/2019), 2 mg (3/11/2019)

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,180 mg in sodium chloride 0.9% 309 mL chemo infusion, 750 mg/m2 = 1,180 mg, Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Administration: 1,180 mg (2/18/2019), 1,210 mg (3/11/2019)

methotrexate (PF) 6 mg in sodium chloride 0.9% (NORMAL SALINE FLUSH) 3 mL INTRATHECAL chemo injection, , Intrathecal, Clinic/HOD 1 time, 0 of 4 cycles

Generated on 7/18/19  8:34 AM                                    Page 121

**Lincoln/Lee 1211**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:              Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008554660 |
| Continuity of Care | Adm: 5/14/2019 |

## History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 5/14/2019 12:29 PM (continued)**

**B-cell lymphoma**

**Chemotherapy**
Treatment Summary
Plan Name: OP RITUXIMAB Q3M (MAINTENANCE)
Treatment Goal: Palliative
Status: Inactive
Start Date: 1/27/2019
End Date: 1/27/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride 0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous, Clinic/HOD 1 time, 1 of 2 cycles
Administration: 664 mg (1/27/2019)

Plan Name: R-EPOCH INPATIENT
Treatment Goal: Curative
Status: Inactive
Start Date: 1/31/2019
End Date: 1/31/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg, Intravenous, Every 24 hours (non-standard times), 1 of 4 cycles
Administration: 1,270 mg (1/31/2019)

riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time, 0 of 3 cycles

DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine (ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, , Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles

Plan Name: OP R-CHOP Q3W
Treatment Goal: Curative
Status: Active
Start Date: 2/1/2019 (Planned)
End Date: 5/17/2019 (Planned)
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: DOXOrubicin chemo injection 84 mg, 50 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

vinCRIStine (ONCOVIN) 2.4 mg in sodium chloride 0.9% 50 mL chemo infusion, 1.4 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9%

Generated on 7/18/19  8:34 AM                                                Page 122

**Lincoln/Lee 1212**

BRMH XRAY                                  Lee, Katonia
17000 Medical Center Dr                    MRN: 2325810, DOB:           Sex: F
Baton Rouge LA 70816                       Acct #: 72008554660
Continuity of Care                         Adm: 5/14/2019

## History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 5/14/2019 12:29 PM (continued)**

250 mL chemo infusion, 750 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

riTUXimab (RITUXAN) 375 mg/m2 = 634 mg in sodium chloride 0.9% 634 mL infusion (conc: 1 mg/mL), 375 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

Past Medical History:

| Diagnosis | Date |
|---|---|
| • B-cell lymphoma | 1/22/2019 |
| • Biliary stricture | |
| • Cancer  *lymphoma]* | |
| • Diffuse large B cell lymphoma of duodenum and pancreas | 1/21/2019 |
| • Encounter for blood transfusion | |
| • HIV (human immunodeficiency virus infection) | |
| • Hypertension | |
| • Jaundice | |
| • Stomach ulcer  *bleeding* | |

Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Paternal Grandmother | |
| • Heart disease | Mother | |

Social History

Socioeconomic History
| | |
|---|---|
| • Marital status: | Unknown |
|     Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |

Occupational History
• Not on file

Social Needs
| | |
|---|---|
| • Financial resource strain: | Not on file |
| • Food insecurity: | |
|     Worry: | Not on file |
|     Inability: | Not on file |
| • Transportation needs: | |
|     Medical: | Not on file |
|     Non-medical: | Not on file |

Tobacco Use
| | |
|---|---|
| • Smoking status: | Never Smoker |

**Lincoln/Lee 1213**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:            Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008554660 |
| Continuity of Care | Adm: 5/14/2019 |

## History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 5/14/2019 12:29 PM (continued)**

- Smokeless tobacco:         Never Used

Substance and Sexual Activity
- Alcohol use:               No
   Frequency:                Never
- Drug use:                  No
- Sexual activity:           Not on file

Lifestyle
- Physical activity:
   Days per week:            Not on file
   Minutes per session:      Not on file
- Stress:                    Not on file

Relationships
- Social connections:
   Talks on phone:           Not on file
   Gets together:            Not on file
   Attends religious service: Not on file
   Active member of club or   Not on file
   organization:
   Attends meetings of clubs  Not on file
   or organizations:
   Relationship status:      Not on file

Other Topics                 Concern
- Not on file

Social History Narrative
- Not on file

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • CESAREAN SECTION | | |
| • ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY) | Left | 4/30/2019 |
| *Performed by Janak N. Shah, MD at NOMH ENDO (2ND FLR)* | | |
| • ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY) | N/A | 1/25/2019 |
| *Performed by Janak N. Shah, MD at NOMH ENDO (2ND FLR)* | | |
| • ESOPHAGOGASTRODUODENOSCOPY | | |
| • INSERTION, VENOUS ACCESS PORT | Left | 2/11/2019 |
| *Performed by Kyle A Jakob, MD at BRMH OR* | | |

Current Outpatient Medications

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • allopurinol (ZYLOPRIM) 300 MG tablet | Take 1 tablet (300 mg total) by mouth once daily. (Patient taking differently: Take 300 mg by mouth every morning. ) | 30 tablet | 1 |
| • amLODIPine (NORVASC) 5 MG tablet | Take 5 mg by mouth once daily. | | |
| • atovaquone (MEPRON) 750 mg/5 mL Susp | Take 10 mLs (1,500 mg total) by mouth | 210 mL | 2 |

Generated on 7/18/19  8:34 AM                                          Page 124

**Lincoln/Lee 1214**

08/01/2019 8:53:51 AM -0400 FAXCOM                                      PAGE 127  OF 203

BRMH XRAY                                    Lee, Katonia
17000 Medical Center Dr                      MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                         Acct #: 72008554660
Continuity of Care                           Adm: 5/14/2019

## History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 5/14/2019 12:29 PM (continued)**

once daily.

| Medication | Instructions | Qty | Refills |
|---|---|---|---|
| • bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet | Take 1 tablet by mouth once daily. (Patient taking differently: Take 1 tablet by mouth once daily. ) | 30 tablet | 4 |
| • citalopram (CELEXA) 20 MG tablet | Take 20 mg by mouth once daily. | | |
| • ferrous gluconate 324 mg (37.5 mg iron) Tab | Take 1 tablet by mouth once daily. | | |
| • metoprolol tartrate (LOPRESSOR) 50 MG tablet | Take 50 mg by mouth 2 (two) times daily. | | |
| • ondansetron (ZOFRAN-ODT) 8 MG TbDL | Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). | 60 tablet | 1 |
| • oxyCODONE (ROXICODONE) 5 MG immediate release tablet | Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain. | 60 tablet | 0 |
| • prochlorperazine (COMPAZINE) 10 MG tablet | Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (nausea). | 60 tablet | 1 |
| • promethazine (PHENERGAN) 25 MG tablet | Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. | 60 tablet | 1 |
| • zolpidem (AMBIEN) 5 MG Tab | Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). | 30 tablet | 1 |
| • predniSONE (DELTASONE) 20 MG tablet | Take 5 tablets (100 mg total) by mouth once daily. for 5 days | 25 tablet | 0 |
| • sulfamethoxazole-trimethoprim 800-160mg (BACTRIM DS) 800-160 mg Tab | Take 1 tablet by mouth once daily. | 30 tablet | 1 |

No current facility-administered medications for this visit.

**Labs:**

Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 2.37 (L) | 05/13/2019 |
| HGB | 9.0 (L) | 05/13/2019 |
| HCT | 29.3 (L) | 05/13/2019 |
| MCV | 97 | 05/13/2019 |
| PLT | 299 | 05/13/2019 |

BMP

Generated on 7/18/19  8:34 AM                                           Page 125

**Lincoln/Lee 1215**

BRMH XRAY                                 Lee, Katonia
17000 Medical Center Dr                   MRN: 2325810, DOB:           Sex: F
Baton Rouge LA 70816                      Acct #: 72008554660
Continuity of Care                        Adm: 5/14/2019

## History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 5/14/2019 12:29 PM (continued)**

### Lab Results

| Component | Value | Date |
|---|---|---|
| NA | 142 | 04/22/2019 |
| K | 4.1 | 04/22/2019 |
| CL | 109 | 04/22/2019 |
| CO2 | 25 | 04/22/2019 |
| BUN | 20 | 04/22/2019 |
| CREATININE | 1.1 | 04/22/2019 |
| CALCIUM | 10.1 | 04/22/2019 |
| ANIONGAP | 8 | 04/22/2019 |
| ESTGFRAFRICA | >60 | 04/22/2019 |
| EGFRNONAA | 59 (A) | 04/22/2019 |

### Lab Results

| Component | Value | Date |
|---|---|---|
| ALT | 10 | 04/22/2019 |
| AST | 18 | 04/22/2019 |
| ALKPHOS | 99 | 04/22/2019 |
| BILITOT | 0.2 | 04/22/2019 |

No results found for: IRON, TIBC, FERRITIN, SATURATEDIRO
No results found for: VITAMINB12
No results found for: FOLATE

### Lab Results

| Component | Value | Date |
|---|---|---|
| TSH | 1.014 | 01/23/2019 |

I have reviewed the radiology reports and examined the scan/xray images.

Review of Systems
Constitutional: Negative.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Negative.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative.
Hematological: Negative.
Psychiatric/Behavioral: Negative.

ECOG SCORE
    0 - Fully active-able to carry on all pre-disease performance without restriction

**Lincoln/Lee 1216**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:                Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008554660 |
| Continuity of Care | Adm: 5/14/2019 |

## History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 5/14/2019 12:29 PM (continued)**

### Objective:

Vitals:

|  | 05/13/19 0818 |
|---|---|
| BP: | (!) 174/91 |
| Pulse: | 60 |
| Temp: | |

Body mass index is 23.91 kg/m².

Physical Exam

Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae and EOM are normal.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. Bowel sounds are normal.
Musculoskeletal: Normal range of motion.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.
Nursing note and vitals reviewed.

### Assessment:

1. **Lymphoma related to acquired immunodeficiency syndrome (AIDS)**
2. AIDS (acquired immune deficiency syndrome)
3. Diffuse large B-cell lymphoma of intra-abdominal lymph nodes
4. Diffuse large B-cell lymphoma, unspecified body region

### Plan:

**Lymphoma related to acquired immunodeficiency syndrome (AIDS)**
Will give 5th cycle of RCHOP today.  Tomorrow will get MTX.
Will get MUGA tomorrow.
- CBC auto differential; Future; Expected date: 06/03/2019
- Comprehensive metabolic panel; Future; Expected date: 06/03/2019
- oxyCODONE (ROXICODONE) 5 MG immediate release tablet; Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain.  Dispense: 60 tablet; Refill: 0
- sulfamethoxazole-trimethoprim 800-160mg (BACTRIM DS) 800-160 mg Tab; Take 1 tablet by mouth once daily.  Dispense: 30 tablet; Refill: 1

**Lincoln/Lee 1217**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:         Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008554660 |
| Continuity of Care | Adm: 5/14/2019 |

## History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 5/14/2019 12:29 PM (continued)**

- predniSONE (DELTASONE) 20 MG tablet; Take 5 tablets (100 mg total) by mouth once daily. for 5 days  Dispense: 25 tablet; Refill: 0

### AIDS (acquired immune deficiency syndrome)
Continue on HAART therapy.
- T-HELPER CELLS (CD4) COUNT; Future; Expected date: 06/03/2019

Electronically signed by Long H. Dang, MD on 5/13/2019  8:39 AM

## Discharge Summaries

**Discharge Summary by Case Rappelet, PA at 5/14/2019 12:30 PM**

| | | |
|---|---|---|
| Author: Case Rappelet, PA | Service: Radiology | Author Type: Physician Assistant |
| Filed: 5/14/2019 12:31 PM | Status: Signed | |
| Editor: Case Rappelet, PA (Physician Assistant) | | Cosigner: Dane G. Mackey, MD at 5/14/2019  3:27 PM |

Pre Op Diagnosis: Lymphoma

Post Op Diagnosis: same

Procedure:  LP with intrathecal methotrexate

Procedure performed by: Kirsch MD, Rappelet PA-C

Written Informed Consent Obtained: Yes

Specimen Removed:  no

Estimated Blood Loss:  minimal

Findings: Local anesthesia and moderate sedation were used.

The patient tolerated the procedure well and there were no complications.

Sterile technique was performed in the lower back, lidocaine was used as a local anesthetic.  Intrathecal methotrexate given as requested per ordering physician.  Pt tolerated the procedure well without immediate complications.  Please see radiologist report for details. F/u with PCP and/or ordering physician.

**Lincoln/Lee 1218**

BRMH XRAY                                Lee, Katonia
17000 Medical Center Dr                  MRN: 2325810, DOB:           Sex: F
Baton Rouge LA 70816                     Acct #: 72008554660
Continuity of Care                       Adm: 5/14/2019

## Discharge Summaries (continued)

**Discharge Summary by Case Rappelet, PA at 5/14/2019 12:30 PM (continued)**

Electronically signed by Dane G. Mackey, MD on 5/14/2019 3:27 PM

## Radiology Results

**Fl Chemo Administration Intrathecal With LP [424960055]**          Resulted: 05/14/19 1321, Result status: Final result

Resulted by: Dane G. Mackey, MD                    Performed: 05/14/19 1128 - 05/14/19 1241
Accession number: 29749515                         Resulting lab: MMODEL FLUENCY
Narrative:
EXAMINATION:
FL CHEMO ADMINISTRATION INTRATHECAL WITH LP

CLINICAL HISTORY:
Human immunodeficiency virus (HIV) disease, lymphoma

COMPARISON:
04/23/2019

TECHNIQUE/FINDINGS:
Procedure, indications, and risks of procedure (including headache, bleeding, infection, pain, seizure, CSF leak, nerve injury/paralysis)discussed with patient and written informed consent was obtained.

Under usual sterile conditions and local anesthetic utilizing lidocaine 1% anesthetic a 22 gauge 3.5 inch spinal needle was advanced into the subarachnoid space at the L3-4 interspace.

Opening pressure not obtained.

Intrathecal methotrexate was administered.

Procedure was very well tolerated by the patient with no immediate complications.  Post procedure instructions discussed with patient.

Flouro time of 0.7 sec.  Total 1 image obtained.

Impression:

Successful fluoroscopically guided lumbar puncture and intrathecal methotrexate administration.


Electronically signed by:  Dane Mackey
Date:                      05/14/2019
Time:                      13:21

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 396 - FFI | MMODEL FLUENCY | n/a | n/a | 01/15/18 0931 - Present |

**Lincoln/Lee 1219**

08/01/2019 8:53:51 AM -0400 FAXCOM                                    PAGE 132    OF 203

BRMH XRAY                          Lee, Katonia
17000 Medical Center Dr            MRN: 2325810, DOB:        Sex: F
Baton Rouge LA 70816               Acct #: 72008554660
Continuity of Care                 Adm: 5/14/2019

**Discharge Instructions**                        Lee, Katonia (MR # 2325810)

None

Generated on 7/18/19  8:34 AM                                    Page 130

**Lincoln/Lee 1220**

BRCH LABORATORY DRAW STATION          Lee, Katonia
17000 Medical Center Dr               MRN: 2325810, DOB:        Sex: F
Baton Rouge LA 70816                  Acct #: 72008663850
Continuity of Care                    Enc. Date 6/3/2019

## Visit Summary

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20 ICD-9-CM: 042 | |

**Problem List** as of 6/3/2019                                     Date Reviewed: **5/25/2019**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 2/12/2018 - Present |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | | | 1/21/2019 - Present |
| **Elevated LFTs** | ICD-10-CM: R94.5 ICD-9-CM: 790.6 | | | 1/21/2019 - Present |
| **B-cell lymphoma** | ICD-10-CM: C85.10 ICD-9-CM: 202.80 | | | 1/22/2019 - Present |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20 ICD-9-CM: 042 | | | 1/24/2019 - Present |
| **Lymphoma** | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | | | 2/11/2019 - Present |
| **Anemia** | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 2/26/2019 - Present |
| **Biliary obstruction** | ICD-10-CM: K83.1 ICD-9-CM: 576.2 | | | 4/30/2019 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | | | 1/21/2019 - 1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | | | 1/21/2019 - 2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | | | 1/21/2019 - 1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 ICD-9-CM: 780.96 | | | 2/13/2019 - 2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 - 3/1/2019 |
| RESOLVED: Chest pain | ICD-10-CM: R07.9 ICD-9-CM: 786.50 | | | 2/26/2019 - 5/26/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 ICD-9-CM: 112.0 | | | 2/27/2019 - 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9 ICD-9-CM: 780.60 | | | 2/28/2019 - 3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 5/25/2019 - 5/26/2019 |

**Allergies as of 7/18/2019**

No Known Allergies

**Immunizations as of 6/3/2019**                                            Never Reviewed

| Name | Date | Dose | VIS Date | Route |
|---|---|---|---|---|
| **Pneumococcal Conjugate - 13 Valent** Site: Left deltoid Given By: Faye G. Gonzaga, RN | 3/1/2019 | 0.5 mL | 11/5/2015 | Intramuscular |

**Lincoln/Lee 1221**

| BRCH LABORATORY DRAW STATION | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008663850 | |
| Continuity of Care | Enc. Date 6/3/2019 | |

## Visit Summary (continued)

**Immunizations as of 6/3/2019 (continued)**                                    Never Reviewed

## Medications

**Outpatient Medications at Start of Encounter as of 6/3/2019**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM  TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 30 tablet | 4 | 2/19/2019 | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| **citalopram (CELEXA) 20 MG tablet** | | | | |
| Sig - Route: Take 20 mg by mouth once daily. - Oral  Class: Historical Med | | | | |
| Erica M. Coffey, RN 2/7/2019 10:53 AM  TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily.  - Oral  Class: Historical Med | | | | |
| **metoprolol tartrate (LOPRESSOR) 50 MG tablet** | | | | |
| Sig - Route: Take 50 mg by mouth 2 (two) times daily.  - Oral  Class: Historical Med | | | | |
| Erica M. Coffey, RN 2/7/2019 10:56 AM  TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **prochlorperazine (COMPAZINE) 10 MG tablet** | 60 tablet | 1 | 4/22/2019 | 4/21/2020 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **promethazine (PHENERGAN) 25 MG tablet** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. - Oral | | | | |
| **sulfamethoxazole-trimethoprim 800-160mg (BACTRIM DS) 800-160 mg Tab** | 30 tablet | 1 | 5/13/2019 | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| **amLODIPine (NORVASC) 5 MG tablet** | | | | 6/26/2019 |
| Sig - Route: Take 5 mg by mouth once daily. - Oral  Class: Historical Med | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM  TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **oxyCODONE (ROXICODONE) 5 MG immediate release tablet** | 60 tablet | 0 | 5/30/2019 | 6/20/2019 |
| Sig - Route: Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain. - Oral  Earliest Fill Date: 5/30/2019 | | | | |
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 1 | 5/29/2019 | 6/20/2019 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |

## All Results

CBC auto differential [428135967] (Abnormal)                Resulted: 06/03/19 0822, Result status: Final result

**Lincoln/Lee 1222**

BRCH LABORATORY DRAW STATION
17000 Medical Center Dr
Baton Rouge LA 70816
Continuity of Care

Lee, Katonia
MRN: 2325810, DOB:    Sex: F
Acct #: 72008663850
Enc. Date 6/3/2019

## All Results (continued)

**CBC auto differential [428135967] (Abnormal) (continued)**    Resulted: 06/03/19 0822, Result status: Final result

Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

### Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 06/03/19 0816 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 2.24 | 3.90 - 12.70 K/uL | L | BRLB |
| RBC | 3.38 | 4.00 - 5.40 M/uL | L | BRLB |
| Hemoglobin | 10.5 | 12.0 - 16.0 g/dL | L | BRLB |
| Hematocrit | 33.8 | 37.0 - 48.5 % | L | BRLB |
| Mean Corpuscular Volume | 100 | 82 - 98 fL | H | BRLB |
| Mean Corpuscular Hemoglobin | 31.1 | 27.0 - 31.0 pg | H | BRLB |
| Mean Corpuscular Hemoglobin Conc | 31.1 | 32.0 - 36.0 g/dL | L | BRLB |
| RDW | 14.4 | 11.5 - 14.5 % | — | BRLB |
| Platelets | 193 | 150 - 350 K/uL | — | BRLB |
| MPV | 11.4 | 9.2 - 12.9 fL | — | BRLB |
| Gran # (ANC) | 1.6 | 1.8 - 7.7 K/uL | L | BRLB |
| Lymph # | 0.3 | 1.0 - 4.8 K/uL | L | BRLB |
| Mono # | 0.4 | 0.3 - 1.0 K/uL | — | BRLB |
| Eos # | 0.0 | 0.0 - 0.5 K/uL | — | BRLB |
| Baso # | 0.00 | 0.00 - 0.20 K/uL | — | BRLB |
| Gran% | 71.0 | 38.0 - 73.0 % | — | BRLB |
| Lymph% | 12.9 | 18.0 - 48.0 % | L | BRLB |
| Mono% | 16.1 | 4.0 - 15.0 % | H | BRLB |
| Eosinophil% | 0.0 | 0.0 - 8.0 % | — | BRLB |
| Basophil% | 0.0 | 0.0 - 1.9 % | — | BRLB |
| Differential Method | Automated | — | — | BRLB |

**Comprehensive metabolic panel [428135968] (Abnormal)**    Resulted: 06/03/19 0843, Result status: Final result

Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

### Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 06/03/19 0816 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 143 | 136 - 145 mmol/L | — | BRLB |
| Potassium | 3.9 | 3.5 - 5.1 mmol/L | — | BRLB |
| Chloride | 106 | 95 - 110 mmol/L | — | BRLB |
| CO2 | 28 | 23 - 29 mmol/L | — | BRLB |
| Glucose | 94 | 70 - 110 mg/dL | — | BRLB |
| BUN, Bld | 11 | 6 - 20 mg/dL | — | BRLB |
| Creatinine | 1.0 | 0.5 - 1.4 mg/dL | — | BRLB |
| Calcium | 9.9 | 8.7 - 10.5 mg/dL | — | BRLB |
| Total Protein | 6.7 | 6.0 - 8.4 g/dL | — | BRLB |
| Albumin | 3.4 | 3.5 - 5.2 g/dL | L | BRLB |
| Total Bilirubin | 0.3 | 0.1 - 1.0 mg/dL | — | BRLB |

Comment:
For infants and newborns, interpretation of results should be based
on gestational age, weight and in agreement with clinical
observations.
Premature Infant recommended reference ranges:
Up to 24 hours.............<8.0 mg/dL
Up to 48 hours............<12.0 mg/dL

**Lincoln/Lee 1223**

BRCH LABORATORY DRAW STATION          Lee, Katonia
17000 Medical Center Dr               MRN: 2325810, DOB:        Sex: F
Baton Rouge LA 70816                  Acct #: 72008663850
Continuity of Care                    Enc. Date 6/3/2019

## All Results (continued)

Comprehensive metabolic panel [428135968] (Abnormal) (continued)        Resulted: 06/03/19 0843, Result status: Final result

3-5 days................<15.0 mg/dL
6-29 days................<15.0 mg/dL

| | | | | |
|---|---|---|---|---|
| Alkaline Phosphatase | 79 | 55 - 135 U/L | — | BRLB |
| AST | 21 | 10 - 40 U/L | — | BRLB |
| ALT | 6 | 10 - 44 U/L | L | BRLB |
| Anion Gap | 9 | 8 - 16 mmol/L | — | BRLB |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 | — | BRLB |
| eGFR if non African American | >60 | >60 mL/min/1.73 m^2 | — | BRLB |

Comment:
Calculation used to obtain the estimated glomerular filtration
rate (eGFR) is the CKD-EPI equation.

T-HELPER CELLS (CD4) COUNT [428135969] (Abnormal)              Resulted: 06/04/19 1519, Result status: Final result

Resulting lab: OCHSNER MEDICAL CENTER - NEW ORLEANS

### Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 06/03/19 0816 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| CD4 % Helper T Cell | 32.9 | 28 - 57 % | — | OCLB |
| Absolute CD4 | 121 | 300 - 1400 cells/ul | L | OCLB |

Comment:
This test was developed and its performance characteristics
determined by Ochsner Clinic Foundation Flow Cytometry Laboratory.
It has not been cleared or approved by the U.S. Food and Drug
Administration. The FDA has determined that such clearance or
approval is not necessary.  This test is used for clinical purposes.
It should not be regarded as investigational or for research.  This
laboratory is certified under CLIA-88 as qualified to perform high
complexity clinical laboratory testing.

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 347 - OCLB | OCHSNER MEDICAL CENTER - NEW ORLEANS | Elise Occhipinti, M.D. | 1516 Jefferson Hwy New Orleans LA 70121 | 03/25/19 1044 - Present |
| 393 - BRLB | OCHSNER MEDICAL CENTER - BATON ROUGE | Jeremy Spencer, M.D. | 17000 Medical Center Drive Baton Rouge LA 70816 | 09/14/17 1554 - Present |

## Notes

### H&P Notes

No notes of this type exist for this encounter.

Generated on 7/18/19  8:34 AM                                              Page 134

**Lincoln/Lee 1224**

BRCC HEMATOLOGY ONCOLOGY          Lee, Katonia
OCHSNER, BATON ROUGE REGION       MRN: 2325810, DOB:          Sex: F
Continuity of Care                Acct #: 72008663826
                                  Enc. Date 6/3/2019

## Visit Summary

### Diagnoses

| | Codes | Comments |
|---|---|---|
| Lymphoma related to acquired immunodeficiency syndrome (AIDS) - Primary | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | |

### Problem List as of 6/3/2019

Date Reviewed: **5/25/2019**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Essential hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 2/12/2018 - Present |
| Lymphoma related to acquired immunodeficiency syndrome (AIDS) | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | | | 1/21/2019 - Present |
| Elevated LFTs | ICD-10-CM: R94.5 ICD-9-CM: 790.6 | | | 1/21/2019 - Present |
| B-cell lymphoma | ICD-10-CM: C85.10 ICD-9-CM: 202.80 | | | 1/22/2019 - Present |
| AIDS (acquired immune deficiency syndrome) | ICD-10-CM: B20 ICD-9-CM: 042 | | | 1/24/2019 - Present |
| Lymphoma | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | | | 2/11/2019 - Present |
| Anemia | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 2/26/2019 - Present |
| Biliary obstruction | ICD-10-CM: K83.1 ICD-9-CM: 576.2 | | | 4/30/2019 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | | | 1/21/2019 - 1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | | | 1/21/2019 - 2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | | | 1/21/2019 - 1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 ICD-9-CM: 780.96 | | | 2/13/2019 - 2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 - 3/1/2019 |
| RESOLVED: Chest pain | ICD-10-CM: R07.9 ICD-9-CM: 786.50 | | | 2/26/2019 - 5/26/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 ICD-9-CM: 112.0 | | | 2/27/2019 - 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9 ICD-9-CM: 780.60 | | | 2/28/2019 - 3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 5/25/2019 - 5/26/2019 |

### Allergies as of 7/18/2019

No Known Allergies

### Immunizations as of 6/3/2019

Never Reviewed

| Name | Date | Dose | VIS Date | Route |
|---|---|---|---|---|
| Pneumococcal Conjugate - 13 Valent | 3/1/2019 | 0.5 mL | 11/5/2015 | Intramuscular |

Site: Left deltoid
Given By: Faye G. Gonzaga, RN

---

Generated on 7/18/19  8:34 AM                                        Page 135

**Lincoln/Lee 1225**

BRCC HEMATOLOGY ONCOLOGY          Lee, Katonia
OCHSNER, BATON ROUGE REGION       MRN: 2325810, DOB:              Sex: F
Continuity of Care                Acct #: 72008663826
                                  Enc. Date 6/3/2019

## Visit Summary (continued)
## Medications

**Outpatient Medications at Start of Encounter as of 6/3/2019**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet (Taking)** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM<br>TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking)** | 30 tablet | 4 | 2/19/2019 | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| **citalopram (CELEXA) 20 MG tablet (Taking)** | | | | |
| Sig - Route: Take 20 mg by mouth once daily. - Oral<br>Class: Historical Med | | | | |
| Erica M. Coffey, RN 2/7/2019 10:53 AM<br>TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking)** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily.  - Oral<br>Class: Historical Med | | | | |
| **metoprolol tartrate (LOPRESSOR) 50 MG tablet (Taking)** | | | | |
| Sig - Route: Take 50 mg by mouth 2 (two) times daily.  - Oral<br>Class: Historical Med | | | | |
| Erica M. Coffey, RN 2/7/2019 10:56 AM<br>TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking)** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **prochlorperazine (COMPAZINE) 10 MG tablet (Taking)** | 60 tablet | 1 | 4/22/2019 | 4/21/2020 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **promethazine (PHENERGAN) 25 MG tablet (Taking)** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. - Oral | | | | |
| **sulfamethoxazole-trimethoprim 800-160mg (BACTRIM DS) 800-160 mg Tab (Taking)** | 30 tablet | 1 | 5/13/2019 | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| **amLODIPine (NORVASC) 5 MG tablet (Taking)** | | | | 6/26/2019 |
| Sig - Route: Take 5 mg by mouth once daily. - Oral<br>Class: Historical Med | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM<br>TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **oxyCODONE (ROXICODONE) 5 MG immediate release tablet (Taking)** | 60 tablet | 0 | 5/30/2019 | 6/20/2019 |
| Sig - Route: Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain. - Oral<br>Earliest Fill Date: 5/30/2019 | | | | |
| **zolpidem (AMBIEN) 5 MG Tab (Taking)** | 30 tablet | 1 | 5/29/2019 | 6/20/2019 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet (Taking)** | 30 tablet | 1 | 2/2/2019 | |

**Lincoln/Lee 1226**

BRCC HEMATOLOGY ONCOLOGY            Lee, Katonia
OCHSNER, BATON ROUGE REGION         MRN: 2325810, DOB:          Sex: F
Continuity of Care                  Acct #: 72008663826
                                    Enc. Date 6/3/2019

## Medications (continued)

**Medications the Patient Reported Taking (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig: Take 1 tablet (300 mg total) by mouth once daily. Route: Oral | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking)** Sig: Take 1 tablet by mouth once daily. Route: Oral | 30 tablet | 4 | 2/19/2019 | |
| **citalopram (CELEXA) 20 MG tablet (Taking)** Sig: Take 20 mg by mouth once daily. Class: Historical Med Route: Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking)** Sig: Take 1 tablet by mouth once daily. Class: Historical Med Route: Oral | | | | |
| **metoprolol tartrate (LOPRESSOR) 50 MG tablet (Taking)** Sig: Take 50 mg by mouth 2 (two) times daily. Class: Historical Med Route: Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking)** Sig: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). Route: Oral | 60 tablet | 1 | 4/22/2019 | |
| **prochlorperazine (COMPAZINE) 10 MG tablet (Taking)** Sig: Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (nausea). Route: Oral | 60 tablet | 1 | 4/22/2019 | 4/21/2020 |
| **promethazine (PHENERGAN) 25 MG tablet (Taking)** Sig: Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. Route: Oral | 60 tablet | 1 | 4/22/2019 | |
| **sulfamethoxazole-trimethoprim 800-160mg (BACTRIM DS) 800-160 mg Tab (Taking)** Sig: Take 1 tablet by mouth once daily. Route: Oral | 30 tablet | 1 | 5/13/2019 | |
| **amLODIPine (NORVASC) 5 MG tablet (Taking/Discontinued)** Sig: Take 5 mg by mouth once daily. Class: Historical Med Route: Oral Reason for Discontinue: **Reorder** | | | | 6/26/2019 |
| **oxyCODONE (ROXICODONE) 5 MG immediate release tablet (Taking/Discontinued)** Sig: Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain. Earliest Fill Date: 5/30/2019 Route: Oral Reason for Discontinue: **Reorder** | 60 tablet | 0 | 5/30/2019 | 6/20/2019 |
| **zolpidem (AMBIEN) 5 MG Tab (Taking/Discontinued)** Sig: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). Route: Oral Reason for Discontinue: **Reorder** | 30 tablet | 1 | 5/29/2019 | 6/20/2019 |

## Progress Notes

**Lincoln/Lee 1227**

BRCC HEMATOLOGY ONCOLOGY          Lee, Katonia
OCHSNER, BATON ROUGE REGION       MRN: 2325810, DOB:           Sex: F
Continuity of Care                Acct #: 72008663826
                                  Enc. Date 6/3/2019

## Progress Notes (continued)

### Progress Notes by Long H. Dang, MD at 6/3/2019 8:40 AM

| | | |
|---|---|---|
| Author: Long H. Dang, MD | Service: — | Author Type: Physician |
| Filed: 6/3/2019 9:23 AM | Encounter Date: 6/3/2019 | Creation Time: 6/3/2019 9:18 AM |
| Status: Signed | Editor: Long H. Dang, MD (Physician) | |

**Subjective:**

Patient ID: Katonia Lee is a 49 y.o. female.

Chief Complaint: Lymphoma related to acquired immunodeficiency syndrome (AIDS) [B20, C85.90]
HPI: We have an opportunity to see Ms. Katonia Lee in Hematology Oncology clinic at Ochsner Medical Center on 06/03/2019. Ms. Katonia Lee is a 49 y.o. AIDS-related DLBCL s/p 5 cycles of RCHOP, s/p 4 IT MTX.  Did well with last cycle except for fatigue due to anemia, was given transfusion.

**Lymphoma related to acquired immunodeficiency syndrome (AIDS)**

| 1/21/2019 | Initial Diagnosis |
|---|---|
| | Lymphoma related to acquired immunodeficiency syndrome (AIDS) |

| 1/31/2019 - | **Chemotherapy** |
|---|---|
| | Treatment Summary |
| | Plan Name: OP RITUXIMAB Q3M (MAINTENANCE) |
| | Treatment Goal: Palliative |
| | Status: Inactive |
| | Start Date: 1/27/2019 |
| | End Date: 1/27/2019 |
| | Provider: Ronald D. Delrie Jr., MD |

Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride 0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous, Clinic/HOD 1 time, 1 of 2 cycles
Administration: 664 mg (1/27/2019)

Plan Name: R-EPOCH INPATIENT
Treatment Goal: Curative
Status: Inactive
Start Date: 1/31/2019
End Date: 1/31/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg, Intravenous, Every 24 hours (non-standard times), 1 of 4 cycles
Administration: 1,270 mg (1/31/2019)

riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time, 0 of 3 cycles

DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine (ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, ,

**Lincoln/Lee 1228**

| BRCC HEMATOLOGY ONCOLOGY<br>OCHSNER, BATON ROUGE REGION<br>Continuity of Care | Lee, Katonia<br>MRN: 2325810, DOB:<br>Acct #: 72008663826<br>Enc. Date 6/3/2019 | Sex: F |
|---|---|---|

### Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 6/3/2019  8:40 AM (continued)**

Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles

Plan Name: OP R-CHOP Q3W
Treatment Goal: Curative
Status: Active
Start Date: 2/18/2019
End Date: 6/3/2019 (Planned)
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: DOXOrubicin chemo injection 20 mg, 12.5 mg/m2 = 20 mg (25 % of original dose 50 mg/m2), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Dose modification: 12.5 mg/m2 (25 % of original dose 50 mg/m2, Cycle 1, Reason: Original Dose Changed)
Administration: 20 mg (2/18/2019), 20 mg (3/11/2019)

vinCRIStine (ONCOVIN) 2 mg in sodium chloride 0.9% 50 mL chemo infusion, 2 mg (100 % of original dose 2 mg), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Dose modification: 2 mg (original dose 2 mg, Cycle 1, Reason: MD Discretion, Comment: capping vincristine at 2 mg)
Administration: 2 mg (2/18/2019), 2 mg (3/11/2019)

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,180 mg in sodium chloride 0.9% 309 mL chemo infusion, 750 mg/m2 = 1,180 mg, Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Administration: 1,180 mg (2/18/2019), 1,210 mg (3/11/2019)

methotrexate (PF) 6 mg in sodium chloride 0.9% (NORMAL SALINE FLUSH) 3 mL INTRATHECAL chemo injection, , Intrathecal, Clinic/HOD 1 time, 0 of 4 cycles

**B-cell lymphoma**

Chemotherapy
Treatment Summary
Plan Name: OP RITUXIMAB Q3M (MAINTENANCE)
Treatment Goal: Palliative
Status: Inactive
Start Date: 1/27/2019
End Date: 1/27/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride 0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous, Clinic/HOD 1 time, 1 of 2 cycles
Administration: 664 mg (1/27/2019)

Plan Name: R-EPOCH INPATIENT
Treatment Goal: Curative

**Lincoln/Lee 1229**

BRCC HEMATOLOGY ONCOLOGY          Lee, Katonia
OCHSNER, BATON ROUGE REGION       MRN: 2325810, DOB:        Sex: F
Continuity of Care                Acct #: 72008663826
                                  Enc. Date 6/3/2019

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 6/3/2019  8:40 AM (continued)**

Status: Inactive
Start Date: 1/31/2019
End Date: 1/31/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in
sodium chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg,
Intravenous, Every 24 hours (non-standard times), 1 of 4 cycles
Administration: 1,270 mg (1/31/2019)

riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL
infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time,
0 of 3 cycles

DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine
(ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, ,
Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles

Plan Name: OP R-CHOP Q3W
Treatment Goal: Curative
Status: Active
Start Date: 2/1/2019 (Planned)
End Date: 5/17/2019 (Planned)
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: DOXOrubicin chemo injection 84 mg, 50 mg/m2, Intravenous,
Clinic/HOD 1 time, 0 of 6 cycles

vinCRIStine (ONCOVIN) 2.4 mg in sodium chloride 0.9% 50 mL chemo infusion,
1.4 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9%
250 mL chemo infusion, 750 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6
cycles

riTUXimab (RITUXAN) 375 mg/m2 = 634 mg in sodium chloride 0.9% 634 mL
infusion (conc: 1 mg/mL), 375 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6
cycles

Past Medical History:

| Diagnosis | Date |
|---|---|
| • B-cell lymphoma | 1/22/2019 |
| • Biliary stricture | |
| • Cancer *lymphoma]* | |
| • Diffuse large B cell lymphoma of duodenum and pancreas | 1/21/2019 |
| • Encounter for blood transfusion | |

**Lincoln/Lee 1230**

BRCC HEMATOLOGY ONCOLOGY          Lee, Katonia
OCHSNER, BATON ROUGE REGION       MRN: 2325810, DOB:          Sex: F
Continuity of Care                Acct #: 72008663826
                                  Enc. Date 6/3/2019

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 6/3/2019  8:40 AM (continued)**

- HIV (human immunodeficiency virus infection)
- Hypertension
- Jaundice
- Stomach ulcer
  *bleeding*

Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Paternal Grandmother | |
| • Heart disease | Mother | |

Social History

Socioeconomic History
- Marital status:              Unknown
    Spouse name:              Not on file
- Number of children:         Not on file
- Years of education:         Not on file
- Highest education level:    Not on file

Occupational History
- Not on file

Social Needs
- Financial resource strain:  Not on file
- Food insecurity:
    Worry:                    Not on file
    Inability:                Not on file
- Transportation needs:
    Medical:                  Not on file
    Non-medical:              Not on file

Tobacco Use
- Smoking status:             Never Smoker
- Smokeless tobacco:          Never Used

Substance and Sexual Activity
- Alcohol use:                No
    Frequency:                Never
- Drug use:                   No
- Sexual activity:            Not on file

Lifestyle
- Physical activity:
    Days per week:            Not on file
    Minutes per session:      Not on file
- Stress:                     Not on file

Relationships
- Social connections:
    Talks on phone:           Not on file
    Gets together:            Not on file
    Attends religious service: Not on file
    Active member of club or  Not on file
    organization:
    Attends meetings of clubs Not on file

Generated on 7/18/19  8:34 AM                                    Page 141

**Lincoln/Lee 1231**

| BRCC HEMATOLOGY ONCOLOGY | Lee, Katonia | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION | MRN: 2325810, DOB: | Sex: F |
| Continuity of Care | Acct #: 72008663826 | |
| | Enc. Date 6/3/2019 | |

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 6/3/2019 8:40 AM (continued)**

or organizations:
Relationship status:      Not on file
Other Topics             Concern
• Not on file
Social History Narrative
• Not on file

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • CESAREAN SECTION | | |
| • ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY) *Performed by Janak N. Shah, MD at NOMH ENDO (2ND FLR)* | Left | 4/30/2019 |
| • ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY) *Performed by Janak N. Shah, MD at NOMH ENDO (2ND FLR)* | N/A | 1/25/2019 |
| • ESOPHAGOGASTRODUODENOSCOPY | | |
| • INSERTION, VENOUS ACCESS PORT *Performed by Kyle A Jakob, MD at BRMH OR* | Left | 2/11/2019 |

Current Outpatient Medications

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • allopurinol (ZYLOPRIM) 300 MG tablet | Take 1 tablet (300 mg total) by mouth once daily. (Patient taking differently: Take 300 mg by mouth every morning.) | 30 tablet | 1 |
| • amLODIPine (NORVASC) 5 MG tablet | Take 5 mg by mouth once daily. | | |
| • bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet | Take 1 tablet by mouth once daily. (Patient taking differently: Take 1 tablet by mouth once daily.) | 30 tablet | 4 |
| • citalopram (CELEXA) 20 MG tablet | Take 20 mg by mouth once daily. | | |
| • ferrous gluconate 324 mg (37.5 mg iron) Tab | Take 1 tablet by mouth once daily. | | |
| • metoprolol tartrate (LOPRESSOR) 50 MG tablet | Take 50 mg by mouth 2 (two) times daily. | | |
| • ondansetron (ZOFRAN-ODT) 8 MG TbDL | Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). | 60 tablet | 1 |
| • oxyCODONE (ROXICODONE) 5 MG immediate release tablet | Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain. | 60 tablet | 0 |
| • prochlorperazine (COMPAZINE) 10 MG tablet | Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed | 60 tablet | 1 |

**Lincoln/Lee 1232**

| BRCC HEMATOLOGY ONCOLOGY | Lee, Katonia | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION | MRN: 2325810, DOB: | Sex: F |
| Continuity of Care | Acct #: 72008663826 | |
| | Enc. Date 6/3/2019 | |

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 6/3/2019  8:40 AM (continued)**

| | | | |
|---|---|---|---|
| | (nausea). | | |
| • promethazine (PHENERGAN) 25 MG tablet | Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. | 60 tablet | 1 |
| • sulfamethoxazole-trimethoprim 800-160mg (BACTRIM DS) 800-160 mg Tab | Take 1 tablet by mouth once daily. | 30 tablet | 1 |
| • zolpidem (AMBIEN) 5 MG Tab | Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). | 30 tablet | 1 |

No current facility-administered medications for this visit.

## Labs:

**Lab Results**

| Component | Value | Date |
|---|---|---|
| WBC | 2.24 (L) | 06/03/2019 |
| HGB | 10.5 (L) | 06/03/2019 |
| HCT | 33.8 (L) | 06/03/2019 |
| MCV | 100 (H) | 06/03/2019 |
| PLT | 193 | 06/03/2019 |

**BMP**

**Lab Results**

| Component | Value | Date |
|---|---|---|
| NA | 143 | 06/03/2019 |
| K | 3.9 | 06/03/2019 |
| CL | 106 | 06/03/2019 |
| CO2 | 28 | 06/03/2019 |
| BUN | 11 | 06/03/2019 |
| CREATININE | 1.0 | 06/03/2019 |
| CALCIUM | 9.9 | 06/03/2019 |
| ANIONGAP | 9 | 06/03/2019 |
| ESTGFRAFRICA | >60 | 06/03/2019 |
| EGFRNONAA | >60 | 06/03/2019 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| ALT | 6 (L) | 06/03/2019 |
| AST | 21 | 06/03/2019 |
| ALKPHOS | 79 | 06/03/2019 |
| BILITOT | 0.3 | 06/03/2019 |

No results found for: IRON, TIBC, FERRITIN, SATURATEDIRO
No results found for: VITAMINB12
No results found for: FOLATE
**Lab Results**

**Lincoln/Lee 1233**

BRCC HEMATOLOGY ONCOLOGY          Lee, Katonia
OCHSNER, BATON ROUGE REGION       MRN: 2325810, DOB:            Sex: F
Continuity of Care                Acct #: 72008663826
                                  Enc. Date 6/3/2019

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 6/3/2019  8:40 AM (continued)**

| Component | Value | Date |
|-----------|-------|------|
| TSH | 1.014 | 01/23/2019 |

I have reviewed the radiology reports and examined the scan/xray images.

Review of Systems
Constitutional: Negative.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Negative.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative.
Hematological: Negative.
Psychiatric/Behavioral: Negative.

ECOG SCORE
   0 - Fully active-able to carry on all pre-disease performance without restriction

## Objective:

Vitals:
                06/03/19 0833
BP:             (!) 174/98
Pulse:          (!) 53
Temp:           98.2 °F (36.8 °C)
Body mass index is 22.86 kg/m².
Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae and EOM are normal.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. Bowel sounds are normal.
Musculoskeletal: Normal range of motion.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.

Generated on 7/18/19  8:34 AM                                    Page 144

**Lincoln/Lee 1234**

BRCC HEMATOLOGY ONCOLOGY
OCHSNER, BATON ROUGE REGION
Continuity of Care

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72008663826
Enc. Date 6/3/2019

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 6/3/2019 8:40 AM (continued)**

Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal. Nursing note and vitals reviewed.

## Assessment:

1.    **Lymphoma related to acquired immunodeficiency syndrome (AIDS)**

## Plan:

**Lymphoma related to acquired** immunodeficiency syndrome (AIDS)
Will give cycle 6 RCHOP, and 5th treatment IT MTX today.
Will plan for 1 more cycle of RCHOP, as first 2 cycles were significantly dose reduced, and 6th treatment IT MTX in 3 weeks
- Comprehensive metabolic panel; Future; Expected date: 06/24/2019
- CBC auto differential; Future; Expected date: 06/24/2019

Electronically signed by Long H. Dang, MD on 6/3/2019 9:23 AM

**H&P Notes**

No notes of this type exist for this encounter.

Generated on 7/18/19 8:34 AM                                                            Page 145

**Lincoln/Lee 1235**

08/01/2019 8:53:51 AM -0400 FAXCOM

| BRMH XRAY | Lee, Katonia | |
| --- | --- | --- |
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008774927 | |
| Continuity of Care | Adm: 6/4/2019 | |

## Admission Information

| | | | |
| --- | --- | --- | --- |
| Arrival Date/Time: | Admit Date/Time: | 06/04/2019 1130 | IP Adm. Date/Time: |
| Admission Type: Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: |
| Means of Arrival: | Primary Service: | Radiology | Secondary Service: N/A |
| Transfer Source: | Service Area: | OCHSNER SERVICE AREA | Unit: Ochsner Medical Center - BR |
| Admit Provider: | Attending Provider: | Long H. Dang, MD | Referring Provider: Long H. Dang, MD |

## Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
| --- | --- | --- | --- | --- |
| 06/04/2019 2359 | Home Or Self Care | None | None | Ochsner Medical Center - BR |

## Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
| --- | --- | --- | --- | --- | --- |
| B20 [Principal] | Human immunodeficiency virus (HIV) disease | | | | |
| C85.90 | Non-Hodgkin lymphoma, unspecified, unspecified site | | | | |

## Hospital Problem List as of 6/4/2019　　　　Reviewed: **5/25/2019 by Michael C Hogan, NP**

None

## Non-Hospital Problem List as of 6/4/2019　　　　Reviewed: **5/25/2019 by Michael C Hogan, NP**

| | Codes | Last Modified |
| --- | --- | --- |
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | 1/26/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | 1/31/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | 2/1/2019 |
| **Elevated LFTs** | ICD-10-CM: R94.5 ICD-9-CM: 790.6 | 2/1/2019 |
| **Lymphoma** | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | 2/11/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 ICD-9-CM: 780.96 | 2/27/2019 |
| **B-cell lymphoma** | ICD-10-CM: C85.10 ICD-9-CM: 202.80 | 3/1/2019 |
| **Anemia** | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | 3/1/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 ICD-9-CM: 288.00, 780.61 | 3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 ICD-9-CM: 112.0 | 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9 ICD-9-CM: 780.60 | 3/1/2019 |
| **Biliary obstruction** | ICD-10-CM: K83.1 ICD-9-CM: 576.2 | 4/30/2019 |
| **Essential hypertension** | ICD-10-CM: I10 ICD-9-CM: 401.9 | 5/26/2019 |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | 5/26/2019 |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20 ICD-9-CM: 042 | 5/26/2019 |
| RESOLVED: Chest pain | ICD-10-CM: R07.9 ICD-9-CM: 786.50 | 5/26/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9 | 5/26/2019 |

Generated on 7/18/19  8:34 AM

Page 146

**Lincoln/Lee 1236**

BRMH XRAY                                        Lee, Katonia
17000 Medical Center Dr                          MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                             Acct #: 72008774927
Continuity of Care                               Adm: 6/4/2019

**Non-Hospital Problem List (continued)** as of 6/4/2019              Reviewed: **5/25/2019 by Michael C Hogan, NP**

| | Codes | Last Modified |
|---|---|---|
| | ICD-9-CM: 285.9 | |

## History & Physicals

**H&P (View-Only) by Long H. Dang, MD at 6/3/2019 8:40 AM**

| Author: Long H. Dang, MD | Service: — | Author Type: Physician |
|---|---|---|
| Filed: 6/3/2019 9:23 AM | Status: Signed | |
| Editor: Long H. Dang, MD (Physician) | | |

**Subjective:**

**Patient ID:** Katonia Lee is a 49 y.o. female.

**Chief Complaint:** Lymphoma related to acquired immunodeficiency syndrome (AIDS) [B20, C85.90]
HPI: We have an opportunity to see Ms. Katonia Lee in Hematology Oncology clinic at Ochsner Medical Center on 06/03/2019. Ms. Katonia Lee is a 49 y.o. AIDS-related DLBCL s/p 5 cycles of RCHOP, s/p 4 IT MTX. Did well with last cycle except for fatigue due to anemia, was given transfusion.

**Lymphoma related to acquired immunodeficiency syndrome (AIDS)**

1/21/2019          Initial Diagnosis
                   Lymphoma related to acquired immunodeficiency syndrome (AIDS)

1/31/2019 -        **Chemotherapy**
                   Treatment Summary
                   Plan Name: OP RITUXIMAB Q3M (MAINTENANCE)
                   Treatment Goal: Palliative
                   Status: Inactive
                   Start Date: 1/27/2019
                   End Date: 1/27/2019
                   Provider: Ronald D. Delrie Jr., MD
                   Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride
                   0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous,
                   Clinic/HOD 1 time, 1 of 2 cycles
                   Administration: 664 mg (1/27/2019)

                   Plan Name: R-EPOCH INPATIENT
                   Treatment Goal: Curative
                   Status: Inactive
                   Start Date: 1/31/2019
                   End Date: 1/31/2019
                   Provider: Ronald D. Delrie Jr., MD
                   Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in
                   sodium chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg,
                   Intravenous, Every 24 hours (non-standard times), 1 of 4 cycles
                   Administration: 1,270 mg (1/31/2019)

                   riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL
                   infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time,

**Lincoln/Lee 1237**

BRMH XRAY
17000 Medical Center Dr
Baton Rouge LA 70816
Continuity of Care

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72008774927
Adm: 6/4/2019

## History & Physicals (continued)

**H&P (View-Only) by Long H. Dang, MD at 6/3/2019 8:40 AM (continued)**

0 of 3 cycles

DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine (ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, , Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles

Plan Name: OP R-CHOP Q3W
Treatment Goal: Curative
Status: Active
Start Date: 2/18/2019
End Date: 6/3/2019 (Planned)
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: DOXOrubicin chemo injection 20 mg, 12.5 mg/m2 = 20 mg (25 % of original dose 50 mg/m2), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Dose modification: 12.5 mg/m2 (25 % of original dose 50 mg/m2, Cycle 1, Reason: Original Dose Changed)
Administration: 20 mg (2/18/2019), 20 mg (3/11/2019)

vinCRIStine (ONCOVIN) 2 mg in sodium chloride 0.9% 50 mL chemo infusion, 2 mg (100 % of original dose 2 mg), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Dose modification: 2 mg (original dose 2 mg, Cycle 1, Reason: MD Discretion, Comment: capping vincristine at 2 mg)
Administration: 2 mg (2/18/2019), 2 mg (3/11/2019)

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,180 mg in sodium chloride 0.9% 309 mL chemo infusion, 750 mg/m2 = 1,180 mg, Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Administration: 1,180 mg (2/18/2019), 1,210 mg (3/11/2019)

methotrexate (PF) 6 mg in sodium chloride 0.9% (NORMAL SALINE FLUSH) 3 mL INTRATHECAL chemo injection, , Intrathecal, Clinic/HOD 1 time, 0 of 4 cycles

**B-cell lymphoma**

Chemotherapy
Treatment Summary
Plan Name: OP RITUXIMAB Q3M (MAINTENANCE)
Treatment Goal: Palliative
Status: Inactive
Start Date: 1/27/2019
End Date: 1/27/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride 0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous, Clinic/HOD 1 time, 1 of 2 cycles

**Lincoln/Lee 1238**

BRMH XRAY                          Lee, Katonia
17000 Medical Center Dr            MRN: 2325810, DOB:            Sex: F
Baton Rouge LA 70816               Acct #: 72008774927
Continuity of Care                 Adm: 6/4/2019

## History & Physicals (continued)

**H&P (View-Only) by Long H. Dang, MD at 6/3/2019 8:40 AM (continued)**

Administration: 664 mg (1/27/2019)

Plan Name: R-EPOCH INPATIENT
Treatment Goal: Curative
Status: Inactive
Start Date: 1/31/2019
End Date: 1/31/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg, Intravenous, Every 24 hours (non-standard times), 1 of 4 cycles
Administration: 1,270 mg (1/31/2019)

riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time, 0 of 3 cycles

DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine (ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, , Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles

Plan Name: OP R-CHOP Q3W
Treatment Goal: Curative
Status: Active
Start Date: 2/1/2019 (Planned)
End Date: 5/17/2019 (Planned)
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: DOXOrubicin chemo injection 84 mg, 50 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

vinCRIStine (ONCOVIN) 2.4 mg in sodium chloride 0.9% 50 mL chemo infusion, 1.4 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 250 mL chemo infusion, 750 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

riTUXimab (RITUXAN) 375 mg/m2 = 634 mg in sodium chloride 0.9% 634 mL infusion (conc: 1 mg/mL), 375 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

Past Medical History:
Diagnosis                                                          Date
• B-cell lymphoma                                                  1/22/2019
• Biliary stricture

Generated on 7/18/19 8:34 AM                                       Page 149

**Lincoln/Lee 1239**

BRMH XRAY                           Lee, Katonia
17000 Medical Center Dr             MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                Acct #: 72008774927
Continuity of Care                  Adm: 6/4/2019

## History & Physicals (continued)

**H&P (View-Only) by Long H. Dang, MD at 6/3/2019 8:40 AM (continued)**

- Cancer
  *[lymphoma]*
- Diffuse large B cell lymphoma of duodenum and pancreas            1/21/2019
- Encounter for blood transfusion
- HIV (human immunodeficiency virus infection)
- Hypertension
- Jaundice
- Stomach ulcer
  *bleeding*

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Paternal Grandmother | |
| • Heart disease | Mother | |

**Social History**

**Socioeconomic History**
- Marital status:              Unknown
      Spouse name:             Not on file
- Number of children:          Not on file
- Years of education:          Not on file
- Highest education level:     Not on file

**Occupational History**
- Not on file

**Social Needs**
- Financial resource strain:   Not on file
- Food insecurity:
      Worry:                   Not on file
      Inability:               Not on file
- Transportation needs:
      Medical:                 Not on file
      Non-medical:             Not on file

**Tobacco Use**
- Smoking status:              Never Smoker
- Smokeless tobacco:           Never Used

**Substance and Sexual Activity**
- Alcohol use:                 No
      Frequency:               Never
- Drug use:                    No
- Sexual activity:             Not on file

**Lifestyle**
- Physical activity:
      Days per week:           Not on file
      Minutes per session:     Not on file
- Stress:                      Not on file

**Relationships**
- Social connections:
      Talks on phone:          Not on file
      Gets together:           Not on file

Generated on 7/18/19 8:34 AM                                      Page 150

**Lincoln/Lee 1240**

BRMH XRAY                          Lee, Katonia
17000 Medical Center Dr            MRN: 2325810, DOB:            Sex: F
Baton Rouge LA 70816               Acct #: 72008774927
Continuity of Care                 Adm: 6/4/2019

## History & Physicals (continued)

**H&P (View-Only) by Long H. Dang, MD at 6/3/2019  8:40 AM (continued)**

| | |
|---|---|
| Attends religious service: | Not on file |
| Active member of club or organization: | Not on file |
| Attends meetings of clubs or organizations: | Not on file |
| Relationship status: | Not on file |

Other Topics                      Concern
• Not on file

Social History Narrative
• Not on file

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • CESAREAN SECTION | | |
| • ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY)<br>*Performed by Janak N. Shah, MD at NOMH ENDO (2ND FLR)* | Left | 4/30/2019 |
| • ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY)<br>*Performed by Janak N. Shah, MD at NOMH ENDO (2ND FLR)* | N/A | 1/25/2019 |
| • ESOPHAGOGASTRODUODENOSCOPY | | |
| • INSERTION, VENOUS ACCESS PORT<br>*Performed by Kyle A Jakob, MD at BRMH OR* | Left | 2/11/2019 |

Current Outpatient Medications

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • allopurinol (ZYLOPRIM) 300 MG tablet | Take 1 tablet (300 mg total) by mouth once daily. (Patient taking differently: Take 300 mg by mouth every morning. ) | 30 tablet | 1 |
| • amLODIPine (NORVASC) 5 MG tablet | Take 5 mg by mouth once daily. | | |
| • bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet | Take 1 tablet by mouth once daily. (Patient taking differently: Take 1 tablet by mouth once daily. ) | 30 tablet | 4 |
| • citalopram (CELEXA) 20 MG tablet | Take 20 mg by mouth once daily. | | |
| • ferrous gluconate 324 mg (37.5 mg iron) Tab | Take 1 tablet by mouth once daily. | | |
| • metoprolol tartrate (LOPRESSOR) 50 MG tablet | Take 50 mg by mouth 2 (two) times daily. | | |
| • ondansetron (ZOFRAN-ODT) 8 MG TbDL | Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). | 60 tablet | 1 |
| • oxyCODONE (ROXICODONE) 5 MG immediate release tablet | Take 2 tablets (10 mg total) by mouth every 6 | 60 tablet | 0 |

Generated on 7/18/19  8:34 AM                                        Page 151

**Lincoln/Lee 1241**

| BRMH XRAY | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008774927 | |
| Continuity of Care | Adm: 6/4/2019 | |

## History & Physicals (continued)

**H&P (View-Only) by Long H. Dang, MD at 6/3/2019  8:40 AM (continued)**

| | | | |
|---|---|---|---|
| | (six) hours as needed for Pain. | | |
| • prochlorperazine (COMPAZINE) 10 MG tablet | Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (nausea). | 60 tablet | 1 |
| • promethazine (PHENERGAN) 25 MG tablet | Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. | 60 tablet | 1 |
| • sulfamethoxazole-trimethoprim 800-160mg (BACTRIM DS) 800-160 mg Tab | Take 1 tablet by mouth once daily. | 30 tablet | 1 |
| • zolpidem (AMBIEN) 5 MG Tab | Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). | 30 tablet | 1 |

No current facility-administered medications for this visit.

## Labs:
### Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 2.24 (L) | 06/03/2019 |
| HGB | 10.5 (L) | 06/03/2019 |
| HCT | 33.8 (L) | 06/03/2019 |
| MCV | 100 (H) | 06/03/2019 |
| PLT | 193 | 06/03/2019 |

### BMP
### Lab Results

| Component | Value | Date |
|---|---|---|
| NA | 143 | 06/03/2019 |
| K | 3.9 | 06/03/2019 |
| CL | 106 | 06/03/2019 |
| CO2 | 28 | 06/03/2019 |
| BUN | 11 | 06/03/2019 |
| CREATININE | 1.0 | 06/03/2019 |
| CALCIUM | 9.9 | 06/03/2019 |
| ANIONGAP | 9 | 06/03/2019 |
| ESTGFRAFRICA | >60 | 06/03/2019 |
| EGFRNONAA | >60 | 06/03/2019 |

### Lab Results

| Component | Value | Date |
|---|---|---|
| ALT | 6 (L) | 06/03/2019 |
| AST | 21 | 06/03/2019 |
| ALKPHOS | 79 | 06/03/2019 |
| BILITOT | 0.3 | 06/03/2019 |

**Lincoln/Lee 1242**

BRMH XRAY                                      Lee, Katonia
17000 Medical Center Dr                        MRN: 2325810, DOB:            Sex: F
Baton Rouge LA 70816                           Acct #: 72008774927
Continuity of Care                             Adm: 6/4/2019

## History & Physicals (continued)

H&P (View-Only) by Long H. Dang, MD at 6/3/2019  8:40 AM (continued)

No results found for: IRON, TIBC, FERRITIN, SATURATEDIRO
No results found for: VITAMINB12
No results found for: FOLATE

Lab Results

| Component | Value | Date |
|-----------|-------|------|
| TSH | 1.014 | 01/23/2019 |

I have reviewed the radiology reports and examined the scan/xray images.

Review of Systems
Constitutional: Negative.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Negative.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative.
Hematological: Negative.
Psychiatric/Behavioral: Negative.

ECOG SCORE
    0 - Fully active-able to carry on all pre-disease performance without restriction

## Objective:

Vitals:
                    06/03/19 0833
BP:            (!) 174/98
Pulse:         (!) 53
Temp:          98.2 °F (36.8 °C)
Body mass index is 22.86 kg/m².
Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae and EOM are normal.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.

Generated on 7/18/19  8:34 AM                                          Page 153

**Lincoln/Lee 1243**

BRMH XRAY                          Lee, Katonia
17000 Medical Center Dr            MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816               Acct #: 72008774927
Continuity of Care                 Adm: 6/4/2019

## History & Physicals (continued)

### H&P (View-Only) by Long H. Dang, MD at 6/3/2019  8:40 AM (continued)

Abdominal: Soft. Bowel sounds are normal.
Musculoskeletal: Normal range of motion.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.
Nursing note and vitals reviewed.

## Assessment:

1.    **Lymphoma related to acquired immunodeficiency syndrome (AIDS)**

## Plan:

**Lymphoma related to acquired** immunodeficiency syndrome (AIDS)
Will give cycle 6 RCHOP, and 5th treatment IT MTX today.
Will plan for 1 more cycle of RCHOP, as first 2 cycles were significantly dose reduced, and 6th treatment IT MTX in 3 weeks
  -    Comprehensive metabolic panel; Future; Expected date: 06/24/2019
  -    CBC auto differential; Future; Expected date: 06/24/2019

Electronically signed by Long H. Dang, MD on 6/3/2019  9:23 AM

### Interval H&P Note by Case Rappelet, PA at 6/4/2019 12:08 PM

| | | |
|---|---|---|
| Author: Case Rappelet, PA | Service: Radiology | Author Type: Physician Assistant |
| Filed: 6/4/2019 12:08 PM | Status: Signed | |
| Editor: Case Rappelet, PA (Physician Assistant) | | Cosigner: David S. Kirsch, MD at 6/4/2019 12:30 PM |

The patient has been examined and the H&P has been reviewed:

I concur with the findings and no changes have occurred since H&P was written.

There are no hospital problems to display for this patient.

Electronically signed by David S. Kirsch, MD on 6/4/2019 12:30 PM

**Source Note**

| | | |
|---|---|---|
| Author: Long H. Dang, MD | Service: — | Author Type: Physician |
| Filed: 6/3/2019  9:23 AM | Status: Signed | |
| Editor: Long H. Dang, MD (Physician) | | |

**Lincoln/Lee 1244**

BRMH XRAY                          Lee, Katonia
17000 Medical Center Dr           MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816              Acct #: 72008774927
Continuity of Care                Adm: 6/4/2019

## History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 6/4/2019 12:08 PM (continued)**

### Subjective:

Patient ID: Katonia Lee is a 49 y.o. female.

Chief Complaint: Lymphoma related to acquired immunodeficiency syndrome (AIDS) [B20, C85.90]
HPI: We have an opportunity to see Ms. Katonia Lee in Hematology Oncology clinic at Ochsner Medical Center on 06/03/2019.  Ms. Katonia Lee is a 49 y.o. AIDS-related DLBCL s/p 5 cycles of RCHOP, s/p 4 IT MTX.   Did well with last cycle except for fatigue due to anemia, was given transfusion.

**Lymphoma related to acquired immunodeficiency syndrome (AIDS)**

1/21/2019                 **Initial Diagnosis**
                          Lymphoma related to acquired immunodeficiency syndrome (AIDS)

1/31/2019 -               **Chemotherapy**
                          Treatment Summary
                          Plan Name: OP RITUXIMAB Q3M (MAINTENANCE)
                          Treatment Goal: Palliative
                          Status: Inactive
                          Start Date: 1/27/2019
                          End Date: 1/27/2019
                          Provider: Ronald D. Delrie Jr., MD
                          Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride 0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous, Clinic/HOD 1 time, 1 of 2 cycles
                          Administration: 664 mg (1/27/2019)

                          Plan Name: R-EPOCH INPATIENT
                          Treatment Goal: Curative
                          Status: Inactive
                          Start Date: 1/31/2019
                          End Date: 1/31/2019
                          Provider: Ronald D. Delrie Jr., MD
                          Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg, Intravenous, Every 24 hours (non-standard times), 1 of 4 cycles
                          Administration: 1,270 mg (1/31/2019)

                          riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time, 0 of 3 cycles

                          DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine (ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, , Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles

                          Plan Name: OP R-CHOP Q3W

Generated on 7/18/19  8:34 AM                                                    Page 155

**Lincoln/Lee 1245**

BRMH XRAY                          Lee, Katonia
17000 Medical Center Dr            MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816               Acct #: 72008774927
Continuity of Care                 Adm: 6/4/2019

## History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 6/4/2019 12:08 PM (continued)**

Treatment Goal: Curative
Status: Active
Start Date: 2/18/2019
End Date: 6/3/2019 (Planned)
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: DOXOrubicin chemo injection 20 mg, 12.5 mg/m2 = 20 mg (25 % of original dose 50 mg/m2), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Dose modification: 12.5 mg/m2 (25 % of original dose 50 mg/m2, Cycle 1, Reason: Original Dose Changed)
Administration: 20 mg (2/18/2019), 20 mg (3/11/2019)

vinCRIStine (ONCOVIN) 2 mg in sodium chloride 0.9% 50 mL chemo infusion, 2 mg (100 % of original dose 2 mg), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Dose modification: 2 mg (original dose 2 mg, Cycle 1, Reason: MD Discretion, Comment: capping vincristine at 2 mg)
Administration: 2 mg (2/18/2019), 2 mg (3/11/2019)

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,180 mg in sodium chloride 0.9% 309 mL chemo infusion, 750 mg/m2 = 1,180 mg, Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Administration: 1,180 mg (2/18/2019), 1,210 mg (3/11/2019)

methotrexate (PF) 6 mg in sodium chloride 0.9% (NORMAL SALINE FLUSH) 3 mL INTRATHECAL chemo injection, , Intrathecal, Clinic/HOD 1 time, 0 of 4 cycles

**B-cell lymphoma**

Chemotherapy
Treatment Summary
Plan Name: OP RITUXIMAB Q3M (MAINTENANCE)
Treatment Goal: Palliative
Status: Inactive
Start Date: 1/27/2019
End Date: 1/27/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride 0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous, Clinic/HOD 1 time, 1 of 2 cycles
Administration: 664 mg (1/27/2019)

Plan Name: R-EPOCH INPATIENT
Treatment Goal: Curative
Status: Inactive
Start Date: 1/31/2019
End Date: 1/31/2019

Generated on 7/18/19 8:34 AM                                        Page 156

**Lincoln/Lee 1246**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008774927 |
| Continuity of Care | Adm: 6/4/2019 |

## History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 6/4/2019 12:08 PM (continued)**

Provider: Ronald D. Delrie Jr., MD
Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg, Intravenous, Every 24 hours (non-standard times), 1 of 4 cycles
Administration: 1,270 mg (1/31/2019)

riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time, 0 of 3 cycles

DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine (ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, , Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles

Plan Name: OP R-CHOP Q3W
Treatment Goal: Curative
Status: Active
Start Date: 2/1/2019 (Planned)
End Date: 5/17/2019 (Planned)
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: DOXOrubicin chemo injection 84 mg, 50 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

vinCRIStine (ONCOVIN) 2.4 mg in sodium chloride 0.9% 50 mL chemo infusion, 1.4 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 250 mL chemo infusion, 750 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

riTUXimab (RITUXAN) 375 mg/m2 = 634 mg in sodium chloride 0.9% 634 mL infusion (conc: 1 mg/mL), 375 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

Past Medical History:

| Diagnosis | Date |
|---|---|
| • B-cell lymphoma | 1/22/2019 |
| • Biliary stricture | |
| • Cancer | |
| *lymphoma]* | |
| • Diffuse large B cell lymphoma of duodenum and pancreas | 1/21/2019 |
| • Encounter for blood transfusion | |
| • HIV (human immunodeficiency virus infection) | |
| • Hypertension | |
| • Jaundice | |

Generated on 7/18/19  8:34 AM                                                    Page 157

**Lincoln/Lee 1247**

| BRMH XRAY | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008774927 | |
| Continuity of Care | Adm: 6/4/2019 | |

## History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 6/4/2019 12:08 PM (continued)**

- Stomach ulcer
  *bleeding*

### Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Paternal Grandmother | |
| • Heart disease | Mother | |

### Social History

#### Socioeconomic History
- Marital status:                Unknown
    Spouse name:             Not on file
- Number of children:       Not on file
- Years of education:        Not on file
- Highest education level:  Not on file

#### Occupational History
- Not on file

#### Social Needs
- Financial resource strain:    Not on file
- Food insecurity:
    Worry:                      Not on file
    Inability:                  Not on file
- Transportation needs:
    Medical:                    Not on file
    Non-medical:                Not on file

#### Tobacco Use
- Smoking status:           Never Smoker
- Smokeless tobacco:        Never Used

#### Substance and Sexual Activity
- Alcohol use:              No
    Frequency:              Never
- Drug use:                 No
- Sexual activity:          Not on file

#### Lifestyle
- Physical activity:
    Days per week:          Not on file
    Minutes per session:    Not on file
- Stress:                   Not on file

#### Relationships
- Social connections:
    Talks on phone:                 Not on file
    Gets together:                  Not on file
    Attends religious service:      Not on file
    Active member of club or        Not on file
    organization:
    Attends meetings of clubs       Not on file
    or organizations:
    Relationship status:            Not on file

#### Other Topics                    Concern

---

Generated on 7/18/19  8:34 AM                                            Page 158

**Lincoln/Lee 1248**

08/01/2019 8:53:51 AM -0400 FAXCOM                                    PAGE 161   OF 203

| BRMH XRAY | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008774927 | |
| Continuity of Care | Adm: 6/4/2019 | |

## History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 6/4/2019 12:08 PM (continued)**

- Not on file

Social History Narrative
- Not on file

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • CESAREAN SECTION | | |
| • ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY) *Performed by Janak N. Shah, MD at NOMH ENDO (2ND FLR)* | Left | 4/30/2019 |
| • ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY) *Performed by Janak N. Shah, MD at NOMH ENDO (2ND FLR)* | N/A | 1/25/2019 |
| • ESOPHAGOGASTRODUODENOSCOPY | | |
| • INSERTION, VENOUS ACCESS PORT *Performed by Kyle A Jakob, MD at BRMH OR* | Left | 2/11/2019 |

Current Outpatient Medications

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • allopurinol (ZYLOPRIM) 300 MG tablet | Take 1 tablet (300 mg total) by mouth once daily. (Patient taking differently: Take 300 mg by mouth every morning. ) | 30 tablet | 1 |
| • amLODIPine (NORVASC) 5 MG tablet | Take 5 mg by mouth once daily. | | |
| • bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet | Take 1 tablet by mouth once daily. (Patient taking differently: Take 1 tablet by mouth once daily. ) | 30 tablet | 4 |
| • citalopram (CELEXA) 20 MG tablet | Take 20 mg by mouth once daily. | | |
| • ferrous gluconate 324 mg (37.5 mg iron) Tab | Take 1 tablet by mouth once daily. | | |
| • metoprolol tartrate (LOPRESSOR) 50 MG tablet | Take 50 mg by mouth 2 (two) times daily. | | |
| • ondansetron (ZOFRAN-ODT) 8 MG TbDL | Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). | 60 tablet | 1 |
| • oxyCODONE (ROXICODONE) 5 MG immediate release tablet | Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain. | 60 tablet | 0 |
| • prochlorperazine (COMPAZINE) 10 MG tablet | Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (nausea). | 60 tablet | 1 |
| • promethazine (PHENERGAN) 25 MG tablet | Take 1 tablet (25 mg total) by mouth every 8 | 60 tablet | 1 |

**Lincoln/Lee 1249**

BRMH XRAY                                    Lee, Katonia
17000 Medical Center Dr                      MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                         Acct #: 72008774927
Continuity of Care                           Adm: 6/4/2019

## History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 6/4/2019 12:08 PM (continued)**

|  | (eight) hours as needed for Nausea. |  |  |
|---|---|---|---|
| • sulfamethoxazole-trimethoprim 800-160mg (BACTRIM DS) 800-160 mg Tab | Take 1 tablet by mouth once daily. | 30 tablet | 1 |
| • zolpidem (AMBIEN) 5 MG Tab | Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). | 30 tablet | 1 |

No current facility-administered medications for this visit.

**Labs:**

Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 2.24 (L) | 06/03/2019 |
| HGB | 10.5 (L) | 06/03/2019 |
| HCT | 33.8 (L) | 06/03/2019 |
| MCV | 100 (H) | 06/03/2019 |
| PLT | 193 | 06/03/2019 |

**BMP**

Lab Results

| Component | Value | Date |
|---|---|---|
| NA | 143 | 06/03/2019 |
| K | 3.9 | 06/03/2019 |
| CL | 106 | 06/03/2019 |
| CO2 | 28 | 06/03/2019 |
| BUN | 11 | 06/03/2019 |
| CREATININE | 1.0 | 06/03/2019 |
| CALCIUM | 9.9 | 06/03/2019 |
| ANIONGAP | 9 | 06/03/2019 |
| ESTGFRAFRICA | >60 | 06/03/2019 |
| EGFRNONAA | >60 | 06/03/2019 |

Lab Results

| Component | Value | Date |
|---|---|---|
| ALT | 6 (L) | 06/03/2019 |
| AST | 21 | 06/03/2019 |
| ALKPHOS | 79 | 06/03/2019 |
| BILITOT | 0.3 | 06/03/2019 |

No results found for: IRON, TIBC, FERRITIN, SATURATEDIRO
No results found for: VITAMINB12
No results found for: FOLATE

Lab Results

| Component | Value | Date |
|---|---|---|
| TSH | 1.014 | 01/23/2019 |

Generated on 7/18/19  8:34 AM                                    Page 160

**Lincoln/Lee 1250**

BRMH XRAY                              Lee, Katonia
17000 Medical Center Dr                MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                   Acct #: 72008774927
Continuity of Care                     Adm: 6/4/2019

## History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 6/4/2019 12:08 PM (continued)**

I have reviewed the radiology reports and examined the scan/xray images.

Review of Systems
Constitutional: Negative.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Negative.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative.
Hematological: Negative.
Psychiatric/Behavioral: Negative.

ECOG SCORE
   0 - Fully active-able to carry on all pre-disease performance without restriction

## Objective:

Vitals:
                      06/03/19 0833
BP:           (!) 174/98
Pulse:        (!) 53
Temp:         98.2 °F (36.8 °C)
Body mass index is 22.86 kg/m².
Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae and EOM are normal.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. Bowel sounds are normal.
Musculoskeletal: Normal range of motion.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content
normal.
Nursing note and vitals reviewed.

Generated on 7/18/19  8:34 AM                                      Page 161

**Lincoln/Lee 1251**

BRMH XRAY                                    Lee, Katonia
17000 Medical Center Dr                      MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                         Acct #: 72008774927
Continuity of Care                           Adm: 6/4/2019

## History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 6/4/2019 12:08 PM (continued)**

### Assessment:

1.    **Lymphoma related to acquired immunodeficiency syndrome (AIDS)**

### Plan:

**Lymphoma related to acquired** immunodeficiency syndrome (AIDS)
Will give cycle 6 RCHOP, and 5th treatment IT MTX today.
Will plan for 1 more cycle of RCHOP, as first 2 cycles were significantly dose reduced, and 6th treatment IT MTX in 3 weeks
- Comprehensive metabolic panel; Future; Expected date: 06/24/2019
- CBC auto differential; Future; Expected date: 06/24/2019

Electronically signed by Long H. Dang, MD on 6/3/2019 9:23 AM

## Discharge Summaries

**Discharge Summary by Case Rappelet, PA at 6/4/2019 1:11 PM**

Author: Case Rappelet, PA              Service: Radiology          Author Type: Physician Assistant
Filed: 6/4/2019 1:12 PM                Status: Signed
Editor: Case Rappelet, PA (Physician Assistant)                   Cosigner: David S. Kirsch, MD at
                                                                  6/4/2019 1:54 PM

FT: 0.3 mins

Pre Op Diagnosis: lymphoma

Post Op Diagnosis: same

Procedure:  Intrathecal chemotherapy

Procedure performed by: Kirsch MD, Rappelet PA-C

Written Informed Consent Obtained: Yes

Specimen Removed:  no

Generated on 7/18/19 8:34 AM                                              Page 162

**Lincoln/Lee 1252**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008774927 |
| Continuity of Care | Adm: 6/4/2019 |

## Discharge Summaries (continued)

### Discharge Summary by Case Rappelet, PA at 6/4/2019 1:11 PM (continued)

Estimated Blood Loss: minimal

Findings: Local anesthesia and moderate sedation were used.

The patient tolerated the procedure well and there were no complications.

Sterile technique was performed in the lower back, lidocaine was used as a local anesthetic. 22 g 3.5 inch needle to L4-5, Intrathecal methotrexate as prescribed by ordering physician. Pt tolerated the procedure well without immediate complications. Please see radiologist report for details. F/u with PCP and/or ordering physician.

Electronically signed by David S. Kirsch, MD on 6/4/2019 1:54 PM

## Radiology Results

| FI Chemo Administration Intrathecal With LP [430292514] | Resulted: 06/04/19 1332, Result status: Final result |
|---|---|
| Resulted by: David S. Kirsch, MD | Performed: 06/04/19 1220 - 06/04/19 1321 |
| Accession number: 29749522 | Resulting lab: MMODEL FLUENCY |

Narrative:
EXAMINATION:
FL CHEMO ADMINISTRATION INTRATHECAL WITH LP

CLINICAL HISTORY:
Human immunodeficiency virus (HIV) disease

COMPARISON:
5/14/19

Impression:
FINDINGS/
Procedure, indications, and risks of procedure (including headache, bleeding, infection, pain, seizure, CSF leak, nerve injury/paralysis)discussed with patient and written informed consent was obtained.

Under usual sterile conditions and local anesthetic utilizing lidocaine 1% anesthetic a 22 gauge 3.5 inch spinal needle was advanced into the subarachnoid space at the L4-5 interspace.

Opening pressure not obtained.

Intrathecal methotrexate was administered.

Procedure was very well tolerated by the patient with no immediate complications. Post procedure instructions discussed with patient.

Flouro time of 0.9 sec. Total 1 image obtained.

Impression

Successful fluoroscopically guided lumbar puncture and intrathecal methotrexate administration.

| | |
|---|---|
| Electronically signed by: | David Kirsch, MD |
| Date: | 06/04/2019 |
| Time: | 13:32 |

**Lincoln/Lee 1253**

08/01/2019 8:53:51 AM -0400 FAXCOM                                  PAGE 166   OF 203

BRMH XRAY                                    Lee, Katonia
17000 Medical Center Dr                      MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                          Acct #: 72008774927
Continuity of Care                            Adm: 6/4/2019

### Radiology Results (continued)

**FI Chemo Administration Intrathecal With LP [430292514] (continued)**        Resulted: 06/04/19 1332, Result status: Final result

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 396 - FFI | MMODEL FLUENCY | n/a | n/a | 01/15/18 0931 - Present |

Generated on 7/18/19  8:34 AM                                               Page 164

**Lincoln/Lee 1254**

BRMH XRAY                          Lee, Katonia
17000 Medical Center Dr            MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816               Acct #: 72008774927
Continuity of Care                 Adm: 6/4/2019

| Discharge Instructions | | | | Lee, Katonia (MR # 2325810) |
| --- | --- | --- | --- | --- |
| Date | Status | User | User Type | Discharge Note |
| 06/04/19 1323 | Reviewed | Brittanie Myers, RN | Registered Nurse | Original |
| Note: | | | | |

## Normal Lumbar Puncture



Spinal cord

You have had a lumbar puncture. This test is also called a spinal tap. Your test results were normal. This means that you do not have any sign of infection or any other abnormality in your spinal fluid. It will be safe for you to go home.

**Home care**

Follow these tips when caring for yourself at home:
- Once at home, rest as directed by your healthcare provider.
- You may develop a headache that will normally go away on its own in 1 to 2 days. You should find relief from this pain if you lie down.
- You may also use acetaminophen or ibuprofen for pain relief, unless another medicine was prescribed. Note: If you have chronic liver or kidney disease, talk with your healthcare provider before taking these medicines. Also talk with your provider if you've had a stomach ulcer or gastrointestinal bleeding. Don't give aspirin to anyone younger than 18 years old who is ill with a fever. It may cause severe liver damage.

**Follow-up care**

Follow up with your healthcare provider, or as advised.

**When to seek medical advice**

Call your healthcare provider right away if any of these occur:
- Head or neck pain that does not go away or gets worse
- You feel less alert or have difficulty waking up
- Repeated nausea or vomiting
- Swelling, pain, bruising or redness at the puncture site
- Fever of 104.0°F or higher, or as advised

Generated on 7/18/19 8:34 AM                                      Page 165

**Lincoln/Lee 1255**

| | | |
|---|---|---|
| BRMH XRAY | Lee, Katonia | |
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008774927 | |
| Continuity of Care | Adm: 6/4/2019 | |

**Date Last Reviewed:** 8/1/2016

© 2000-2017 The StayWell Company, LLC. 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

Electronically signed by Brittanie Myers, RN at 6/4/2019 1:23 PM

**Lincoln/Lee 1256**

BRCH LABORATORY DRAW STATION     Lee, Katonia
17000 Medical Center Dr     MRN: 2325810, DOB:     Sex: F
Baton Rouge LA 70816     Acct #: 72008766349
Continuity of Care     Enc. Date 6/24/2019

## Visit Summary

### Diagnoses

| | Codes | Comments |
|---|---|---|
| Lymphoma related to acquired immunodeficiency syndrome (AIDS) | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | |

### Problem List as of 6/24/2019

Date Reviewed: **6/24/2019**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Essential hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 2/12/2018 - Present |
| Lymphoma related to acquired immunodeficiency syndrome (AIDS) | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | | | 1/21/2019 - Present |
| Elevated LFTs | ICD-10-CM: R94.5 ICD-9-CM: 790.6 | | | 1/21/2019 - Present |
| B-cell lymphoma | ICD-10-CM: C85.10 ICD-9-CM: 202.80 | | | 1/22/2019 - Present |
| AIDS (acquired immune deficiency syndrome) | ICD-10-CM: B20 ICD-9-CM: 042 | | | 1/24/2019 - Present |
| Lymphoma | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | | | 2/11/2019 - Present |
| Anemia | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 2/26/2019 - Present |
| Biliary obstruction | ICD-10-CM: K83.1 ICD-9-CM: 576.2 | | | 4/30/2019 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | | | 1/21/2019 - 1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | | | 1/21/2019 - 2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | | | 1/21/2019 - 1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 ICD-9-CM: 780.96 | | | 2/13/2019 - 2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 - 3/1/2019 |
| RESOLVED: Chest pain | ICD-10-CM: R07.9 ICD-9-CM: 786.50 | | | 2/26/2019 - 5/26/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 ICD-9-CM: 112.0 | | | 2/27/2019 - 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9 ICD-9-CM: 780.60 | | | 2/28/2019 - 3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 5/25/2019 - 5/26/2019 |

### Allergies as of 7/18/2019

No Known Allergies

### Immunizations as of 6/24/2019

Never Reviewed

| Name | Date | Dose | VIS Date | Route |
|---|---|---|---|---|
| Pneumococcal Conjugate - 13 Valent Site: Left deltoid Given By: Faye G. Gonzaga, RN | 3/1/2019 | 0.5 mL | 11/5/2015 | Intramuscular |

Generated on 7/18/19  8:34 AM                          Page 167

**Lincoln/Lee 1257**

BRCH LABORATORY DRAW STATION
17000 Medical Center Dr
Baton Rouge LA 70816
Continuity of Care

Lee, Katonia
MRN: 2325810, DOB:              Sex: F
Acct #: 72008766349
Enc. Date 6/24/2019

## Visit Summary (continued)
## Medications

**Outpatient Medications at Start of Encounter as of 6/24/2019**

|  | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |
|    Erica M. Coffey, RN 2/7/2019 10:49 AM | | | | |
|    TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 30 tablet | 4 | 2/19/2019 | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| **citalopram (CELEXA) 20 MG tablet** | | | | |
| Sig - Route: Take 20 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
|    Erica M. Coffey, RN 2/7/2019 10:53 AM | | | | |
|    TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily.  - Oral | | | | |
| Class: Historical Med | | | | |
| **metoprolol tartrate (LOPRESSOR) 50 MG tablet** | | | | |
| Sig - Route: Take 50 mg by mouth 2 (two) times daily.  - Oral | | | | |
| Class: Historical Med | | | | |
|    Erica M. Coffey, RN 2/7/2019 10:56 AM | | | | |
|    TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **prochlorperazine (COMPAZINE) 10 MG tablet** | 60 tablet | 1 | 4/22/2019 | 4/21/2020 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **promethazine (PHENERGAN) 25 MG tablet** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. - Oral | | | | |
| **sulfamethoxazole-trimethoprim 800-160mg (BACTRIM DS) 800-160 mg Tab** | 30 tablet | 1 | 5/13/2019 | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| **amLODIPine (NORVASC) 5 MG tablet** | | | | 6/26/2019 |
| Sig - Route: Take 5 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
|    Erica M. Coffey, RN 2/7/2019 10:49 AM | | | | |
|    TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **oxyCODONE (ROXICODONE) 5 MG immediate release tablet (Discontinued)** | 60 tablet | 0 | 6/20/2019 | 6/24/2019 |
| Sig - Route: Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain. - Oral | | | | |
| Earliest Fill Date: 6/20/2019 | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **zolpidem (AMBIEN) 5 MG Tab (Discontinued)** | 30 tablet | 1 | 6/20/2019 | 6/24/2019 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |

## All Results

CBC auto differential [430292527] (Abnormal)                    Resulted: 06/24/19 0756, Result status: Final result

Resulting lab:  OCHSNER MEDICAL CENTER - BATON ROUGE

**Specimen Information**

Generated on 7/18/19  8:34 AM                                                   Page 168

**Lincoln/Lee 1258**

BRCH LABORATORY DRAW STATION
17000 Medical Center Dr
Baton Rouge LA 70816
Continuity of Care

Lee, Katonia
MRN: 2325810, DOB:              Sex: F
Acct #: 72008766349
Enc. Date 6/24/2019

## All Results (continued)

CBC auto differential [430292527] (Abnormal) (continued)          Resulted: 06/24/19 0756, Result status: Final result

| Type | Source | Collected On |
|------|--------|--------------|
| Blood | Blood | 06/24/19 0747 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| WBC | 2.74 | 3.90 - 12.70 K/uL | L | BRLB |
| RBC | 2.77 | 4.00 - 5.40 M/uL | L | BRLB |
| Hemoglobin | 8.6 | 12.0 - 16.0 g/dL | L | BRLB |
| Hematocrit | 26.9 | 37.0 - 48.5 % | L | BRLB |
| Mean Corpuscular Volume | 97 | 82 - 98 fL | — | BRLB |
| Mean Corpuscular Hemoglobin | 31.0 | 27.0 - 31.0 pg | — | BRLB |
| Mean Corpuscular Hemoglobin Conc | 32.0 | 32.0 - 36.0 g/dL | — | BRLB |
| RDW | 16.5 | 11.5 - 14.5 % | H | BRLB |
| Platelets | 255 | 150 - 350 K/uL | — | BRLB |
| MPV | 11.4 | 9.2 - 12.9 fL | — | BRLB |
| Gran # (ANC) | 2.0 | 1.8 - 7.7 K/uL | — | BRLB |
| Lymph # | 0.3 | 1.0 - 4.8 K/uL | L | BRLB |
| Mono # | 0.5 | 0.3 - 1.0 K/uL | — | BRLB |
| Eos # | 0.0 | 0.0 - 0.5 K/uL | — | BRLB |
| Baso # | 0.00 | 0.00 - 0.20 K/uL | — | BRLB |
| Gran% | 73.7 | 38.0 - 73.0 % | H | BRLB |
| Lymph% | 9.5 | 18.0 - 48.0 % | L | BRLB |
| Mono% | 16.8 | 4.0 - 15.0 % | H | BRLB |
| Eosinophil% | 0.0 | 0.0 - 8.0 % | — | BRLB |
| Basophil% | 0.0 | 0.0 - 1.9 % | — | BRLB |
| Differential Method | Automated | — | — | BRLB |

Comprehensive metabolic panel [430292526] (Abnormal)          Resulted: 06/24/19 0815, Result status: Final result

Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

### Specimen Information

| Type | Source | Collected On |
|------|--------|--------------|
| Blood | Blood | 06/24/19 0747 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| Sodium | 144 | 136 - 145 mmol/L | — | BRLB |
| Potassium | 3.2 | 3.5 - 5.1 mmol/L | L | BRLB |
| Chloride | 108 | 95 - 110 mmol/L | — | BRLB |
| CO2 | 28 | 23 - 29 mmol/L | — | BRLB |
| Glucose | 87 | 70 - 110 mg/dL | — | BRLB |
| BUN, Bld | 10 | 6 - 20 mg/dL | — | BRLB |
| Creatinine | 0.9 | 0.5 - 1.4 mg/dL | — | BRLB |
| Calcium | 9.1 | 8.7 - 10.5 mg/dL | — | BRLB |
| Total Protein | 6.1 | 6.0 - 8.4 g/dL | — | BRLB |
| Albumin | 3.2 | 3.5 - 5.2 g/dL | L | BRLB |
| Total Bilirubin | 0.2 | 0.1 - 1.0 mg/dL | — | BRLB |

Comment:
For infants and newborns, interpretation of results should be based
on gestational age, weight and in agreement with clinical
observations.
Premature Infant recommended reference ranges:
Up to 24 hours............<8.0 mg/dL
Up to 48 hours...........<12.0 mg/dL
3-5 days.................<15.0 mg/dL
6-29 days................<15.0 mg/dL

**Lincoln/Lee 1259**

BRCH LABORATORY DRAW STATION          Lee, Katonia
17000 Medical Center Dr                MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                   Acct #: 72008766349
Continuity of Care                     Enc. Date 6/24/2019

## All Results (continued)

Comprehensive metabolic panel [430292526] (Abnormal) (continued)    Resulted: 06/24/19 0815, Result status: Final result

| | | | | |
|---|---|---|---|---|
| Alkaline Phosphatase | 78 | 55 - 135 U/L | — | BRLB |
| AST | 28 | 10 - 40 U/L | — | BRLB |
| ALT | 8 | 10 - 44 U/L | L | BRLB |
| Anion Gap | 8 | 8 - 16 mmol/L | — | BRLB |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 | — | BRLB |
| eGFR if non African American | >60 | >60 mL/min/1.73 m^2 | — | BRLB |

Comment:
Calculation used to obtain the estimated glomerular filtration
rate (eGFR) is the CKD-EPI equation.

## Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 393 - BRLB | OCHSNER MEDICAL CENTER - BATON ROUGE | Jeremy Spencer, M.D. | 17000 Medical Center Drive Baton Rouge LA 70816 | 09/14/17 1554 - Present |

## Notes

### H&P Notes

No notes of this type exist for this encounter.

**Lincoln/Lee 1260**

BRCC HEMATOLOGY ONCOLOGY                Lee, Katonia
OCHSNER, BATON ROUGE REGION             MRN: 2325810, DOB:            Sex: F
Continuity of Care                      Acct #: 72008766335
                                        Enc. Date 6/24/2019

## Visit Summary

### Diagnoses

| | Codes | Comments |
|---|---|---|
| Diffuse large B-cell lymphoma of lymph nodes of neck  - Primary | ICD-10-CM: C83.31 ICD-9-CM: 202.81 | |
| Bilateral headaches | ICD-10-CM: R51 ICD-9-CM: 784.0 | |
| Chemotherapy-induced nausea | ICD-10-CM: R11.0, T45.1X5A ICD-9-CM: 787.02, E933.1 | |
| Lymphoma related to acquired immunodeficiency syndrome (AIDS) | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | |
| Diffuse large B-cell lymphoma of intra-abdominal lymph nodes | ICD-10-CM: C83.33 ICD-9-CM: 202.83 | |
| AIDS (acquired immune deficiency syndrome) | ICD-10-CM: B20 ICD-9-CM: 042 | |
| Diffuse large B-cell lymphoma, unspecified body region | ICD-10-CM: C83.30 ICD-9-CM: 202.80 | |

### Problem List as of 6/24/2019                                    Date Reviewed: 6/24/2019

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Essential hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 2/12/2018 - Present |
| Lymphoma related to acquired immunodeficiency syndrome (AIDS) | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | | | 1/21/2019 - Present |
| Elevated LFTs | ICD-10-CM: R94.5 ICD-9-CM: 790.6 | | | 1/21/2019 - Present |
| B-cell lymphoma | ICD-10-CM: C85.10 ICD-9-CM: 202.80 | | | 1/22/2019 - Present |
| AIDS (acquired immune deficiency syndrome) | ICD-10-CM: B20 ICD-9-CM: 042 | | | 1/24/2019 - Present |
| Lymphoma | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | | | 2/11/2019 - Present |
| Anemia | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 2/26/2019 - Present |
| Biliary obstruction | ICD-10-CM: K83.1 ICD-9-CM: 576.2 | | | 4/30/2019 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | | | 1/21/2019 - 1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | | | 1/21/2019 - 2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | | | 1/21/2019 - 1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 ICD-9-CM: 780.96 | | | 2/13/2019 - 2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 - 3/1/2019 |
| RESOLVED: Chest pain | ICD-10-CM: R07.9 ICD-9-CM: 786.50 | | | 2/26/2019 - 5/26/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 ICD-9-CM: 112.0 | | | 2/27/2019 - 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9 ICD-9-CM: 780.60 | | | 2/28/2019 - 3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9 | | | 5/25/2019 - |

**Lincoln/Lee 1261**

BRCC HEMATOLOGY ONCOLOGY              Lee, Katonia
OCHSNER, BATON ROUGE REGION           MRN: 2325810, DOB:              Sex: F
Continuity of Care                    Acct #: 72008766335
                                      Enc. Date 6/24/2019

## Visit Summary (continued)

**Problem List (continued)** as of 6/24/2019                          Date Reviewed: **6/24/2019**

| Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|
| ICD-9-CM: 285.9 | | | 5/26/2019 |

**Allergies as of 7/18/2019**

No Known Allergies

**Immunizations as of 6/24/2019**                                         Never Reviewed

| Name | Date | Dose | VIS Date | Route |
|---|---|---|---|---|
| Pneumococcal Conjugate - 13 Valent | 3/1/2019 | 0.5 mL | 11/5/2015 | Intramuscular |

Site: Left deltoid
Given By: Faye G. Gonzaga, RN

## Medications

**Outpatient Medications at Start of Encounter as of 6/24/2019**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet (Taking)** | 30 tablet | 1 | 2/2/2019 | |

Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral

    Erica M. Coffey, RN 2/7/2019 10:49 AM
    TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | | | | |
|---|---|---|---|---|
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking)** | 30 tablet | 4 | 2/19/2019 | |

Sig - Route: Take 1 tablet by mouth once daily. - Oral

**citalopram (CELEXA) 20 MG tablet (Taking)**
Sig - Route: Take 20 mg by mouth once daily. - Oral
Class: Historical Med

    Erica M. Coffey, RN 2/7/2019 10:53 AM
    TAKE MORNING OF SURGERY WITH A SIP OF WATER.

**ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking)**
Sig - Route: Take 1 tablet by mouth once daily. - Oral
Class: Historical Med

**metoprolol tartrate (LOPRESSOR) 50 MG tablet (Taking)**
Sig - Route: Take 50 mg by mouth 2 (two) times daily. - Oral
Class: Historical Med

    Erica M. Coffey, RN 2/7/2019 10:56 AM
    TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | | | | |
|---|---|---|---|---|
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking)** | 60 tablet | 1 | 4/22/2019 | |

Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral

| | | | | |
|---|---|---|---|---|
| **prochlorperazine (COMPAZINE) 10 MG tablet (Taking)** | 60 tablet | 1 | 4/22/2019 | 4/21/2020 |

Sig - Route: Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral

| | | | | |
|---|---|---|---|---|
| **promethazine (PHENERGAN) 25 MG tablet (Taking)** | 60 tablet | 1 | 4/22/2019 | |

Sig - Route: Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. - Oral

| | | | | |
|---|---|---|---|---|
| **sulfamethoxazole-trimethoprim 800-160mg (BACTRIM DS) 800-160 mg Tab (Taking)** | 30 tablet | 1 | 5/13/2019 | |

Sig - Route: Take 1 tablet by mouth once daily. - Oral

**Lincoln/Lee 1262**

BRCC HEMATOLOGY ONCOLOGY
OCHSNER, BATON ROUGE REGION
Continuity of Care

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72008766335
Enc. Date 6/24/2019

## Medications (continued)

### Outpatient Medications at Start of Encounter as of 6/24/2019 (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amLODIPine (NORVASC) 5 MG tablet (Taking)**<br>Sig - Route: Take 5 mg by mouth once daily. - Oral<br>Class: Historical Med | | | | 6/26/2019 |

> Erica M. Coffey, RN 2/7/2019 10:49 AM
> TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **oxyCODONE (ROXICODONE) 5 MG immediate release tablet (Taking)**<br>Sig - Route: Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain. - Oral<br>Earliest Fill Date: 6/20/2019 | 60 tablet | 0 | 6/20/2019 | 6/24/2019 |
| **zolpidem (AMBIEN) 5 MG Tab (Taking)**<br>Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | 30 tablet | 1 | 6/20/2019 | 6/24/2019 |

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet (Taking)**<br>Sig: Take 1 tablet (300 mg total) by mouth once daily.<br>Route: Oral | 30 tablet | 1 | 2/2/2019 | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking)**<br>Sig: Take 1 tablet by mouth once daily.<br>Route: Oral | 30 tablet | 4 | 2/19/2019 | |
| **citalopram (CELEXA) 20 MG tablet (Taking)**<br>Sig: Take 20 mg by mouth once daily.<br>Class: Historical Med<br>Route: Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking)**<br>Sig: Take 1 tablet by mouth once daily.<br>Class: Historical Med<br>Route: Oral | | | | |
| **metoprolol tartrate (LOPRESSOR) 50 MG tablet (Taking)**<br>Sig: Take 50 mg by mouth 2 (two) times daily.<br>Class: Historical Med<br>Route: Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking)**<br>Sig: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea).<br>Route: Oral | 60 tablet | 1 | 4/22/2019 | |
| **prochlorperazine (COMPAZINE) 10 MG tablet (Taking)**<br>Sig: Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (nausea).<br>Route: Oral | 60 tablet | 1 | 4/22/2019 | 4/21/2020 |
| **promethazine (PHENERGAN) 25 MG tablet (Taking)**<br>Sig: Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea.<br>Route: Oral | 60 tablet | 1 | 4/22/2019 | |
| **sulfamethoxazole-trimethoprim 800-160mg (BACTRIM DS) 800-160 mg Tab (Taking)**<br>Sig: Take 1 tablet by mouth once daily.<br>Route: Oral | 30 tablet | 1 | 5/13/2019 | |
| **amLODIPine (NORVASC) 5 MG tablet (Taking/Discontinued)**<br>Sig: Take 5 mg by mouth once daily. | | | | 6/26/2019 |

**Lincoln/Lee 1263**

BRCC HEMATOLOGY ONCOLOGY                     Lee, Katonia
OCHSNER, BATON ROUGE REGION                  MRN: 2325810, DOB:          Sex: F
Continuity of Care                           Acct #: 72008766335
                                             Enc. Date 6/24/2019

## Medications (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Class: Historical Med<br>Route: Oral<br>Reason for Discontinue: **Reorder** | | | | |
| oxyCODONE (ROXICODONE) 5 MG immediate release tablet (Taking/Discontinued)<br>Sig: Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain.<br>Earliest Fill Date: 6/20/2019<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 60 tablet | 0 | 6/20/2019 | 6/24/2019 |
| oxyCODONE (ROXICODONE) 5 MG immediate release tablet (Taking/Discontinued)<br>Sig: Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain.<br>Earliest Fill Date: 6/24/2019<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 60 tablet | 0 | 6/24/2019 | 7/11/2019 |
| zolpidem (AMBIEN) 5 MG Tab (Taking/Discontinued)<br>Sig: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep).<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 1 | 6/20/2019 | 6/24/2019 |
| zolpidem (AMBIEN) 5 MG Tab (Taking/Discontinued)<br>Sig: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep).<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 1 | 6/24/2019 | 7/10/2019 |

### Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| butalbital-acetaminophen-caff (FIORICET) 50-300-40 mg Cap<br>Sig - Route: Take 1 capsule by mouth 2 (two) times daily as needed. - Oral | 50 capsule | 0 | 6/24/2019 | 7/24/2019 |
| oxyCODONE (ROXICODONE) 5 MG immediate release tablet (Discontinued)<br>Sig - Route: Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain. - Oral<br>Earliest Fill Date: 6/24/2019<br>Reason for Discontinue: **Reorder** | 60 tablet | 0 | 6/24/2019 | 7/11/2019 |
| zolpidem (AMBIEN) 5 MG Tab (Discontinued)<br>Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 1 | 6/24/2019 | 7/10/2019 |

## Progress Notes

### Progress Notes by Long H. Dang, MD at 6/24/2019  8:20 AM

| | | |
|---|---|---|
| Author:  Long H. Dang, MD | Service:  — | Author Type:  Physician |
| Filed:  6/24/2019  8:48 AM | Encounter Date:  6/24/2019 | Creation Time:  6/24/2019  8:44 AM |
| Status:  Signed | Editor:  Long H. Dang, MD (Physician) | |

### Subjective:

Patient ID: Katonia Lee is a 49 y.o. female.

Chief Complaint: Bilateral headaches [R51]
HPI: We have an opportunity to see Ms. Katonia Lee in Hematology Oncology clinic at Ochsner Medical Center

**Lincoln/Lee 1264**

BRCC HEMATOLOGY ONCOLOGY
OCHSNER, BATON ROUGE REGION
Continuity of Care

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72008766335
Enc. Date 6/24/2019

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 6/24/2019 8:20 AM (continued)**

on 06/24/2019. Ms. Katonia Lee is a 49 y.o. AIDS-related DLBCL s/p 6 cycles of RCHOP, s/p 5 IT MTX. Reported headaches.

**Lymphoma related to acquired immunodeficiency syndrome (AIDS)**

1/21/2019          **Initial Diagnosis**
                   Lymphoma related to acquired immunodeficiency syndrome (AIDS)

1/31/2019 -        **Chemotherapy**
                   Treatment Summary
                   Plan Name: OP RITUXIMAB Q3M (MAINTENANCE)
                   Treatment Goal: Palliative
                   Status: Inactive
                   Start Date: 1/27/2019
                   End Date: 1/27/2019
                   Provider: Ronald D. Delrie Jr., MD
                   Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride
                   0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous,
                   Clinic/HOD 1 time, 1 of 2 cycles
                   Administration: 664 mg (1/27/2019)

                   Plan Name: R-EPOCH INPATIENT
                   Treatment Goal: Curative
                   Status: Inactive
                   Start Date: 1/31/2019
                   End Date: 1/31/2019
                   Provider: Ronald D. Delrie Jr., MD
                   Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in
                   sodium chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg,
                   Intravenous, Every 24 hours (non-standard times), 1 of 4 cycles
                   Administration: 1,270 mg (1/31/2019)

                   riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL
                   infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time,
                   0 of 3 cycles

                   DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine
                   (ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, ,
                   Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles

                   Plan Name: OP R-CHOP Q3W
                   Treatment Goal: Curative
                   Status: Active
                   Start Date: 2/18/2019
                   End Date: 6/3/2019 (Planned)
                   Provider: Ronald D. Delrie Jr., MD
                   Chemotherapy: DOXOrubicin chemo injection 20 mg, 12.5 mg/m2 = 20 mg (25
                   % of original dose 50 mg/m2), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles

Generated on 7/18/19 8:34 AM                                              Page 175

**Lincoln/Lee 1265**

| BRCC HEMATOLOGY ONCOLOGY | Lee, Katonia | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION | MRN: 2325810, DOB: | Sex: F |
| Continuity of Care | Acct #: 72008766335 | |
| | Enc. Date 6/24/2019 | |

## Progress Notes (continued)

### Progress Notes by Long H. Dang, MD at 6/24/2019 8:20 AM (continued)

Dose modification: 12.5 mg/m2 (25 % of original dose 50 mg/m2, Cycle 1, Reason: Original Dose Changed)
Administration: 20 mg (2/18/2019), 20 mg (3/11/2019)

vinCRIStine (ONCOVIN) 2 mg in sodium chloride 0.9% 50 mL chemo infusion, 2 mg (100 % of original dose 2 mg), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Dose modification: 2 mg (original dose 2 mg, Cycle 1, Reason: MD Discretion, Comment: capping vincristine at 2 mg)
Administration: 2 mg (2/18/2019), 2 mg (3/11/2019)

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,180 mg in sodium chloride 0.9% 309 mL chemo infusion, 750 mg/m2 = 1,180 mg, Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Administration: 1,180 mg (2/18/2019), 1,210 mg (3/11/2019)

methotrexate (PF) 6 mg in sodium chloride 0.9% (NORMAL SALINE FLUSH) 3 mL INTRATHECAL chemo injection, , Intrathecal, Clinic/HOD 1 time, 0 of 4 cycles

**B-cell lymphoma**

Chemotherapy
Treatment Summary
Plan Name: OP RITUXIMAB Q3M (MAINTENANCE)
Treatment Goal: Palliative
Status: Inactive
Start Date: 1/27/2019
End Date: 1/27/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride 0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous, Clinic/HOD 1 time, 1 of 2 cycles
Administration: 664 mg (1/27/2019)

Plan Name: R-EPOCH INPATIENT
Treatment Goal: Curative
Status: Inactive
Start Date: 1/31/2019
End Date: 1/31/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg, Intravenous, Every 24 hours (non-standard times), 1 of 4 cycles
Administration: 1,270 mg (1/31/2019)

riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL

**Lincoln/Lee 1266**

BRCC HEMATOLOGY ONCOLOGY        Lee, Katonia
OCHSNER, BATON ROUGE REGION     MRN: 2325810, DOB:          Sex: F
Continuity of Care              Acct #: 72008766335
                                Enc. Date 6/24/2019

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 6/24/2019 8:20 AM (continued)**

infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time, 0 of 3 cycles

DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine (ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, , Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles

Plan Name: OP R-CHOP Q3W
Treatment Goal: Curative
Status: Active
Start Date: 2/1/2019 (Planned)
End Date: 5/17/2019 (Planned)
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: DOXOrubicin chemo injection 84 mg, 50 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

vinCRIStine (ONCOVIN) 2.4 mg in sodium chloride 0.9% 50 mL chemo infusion, 1.4 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 250 mL chemo infusion, 750 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

riTUXimab (RITUXAN) 375 mg/m2 = 634 mg in sodium chloride 0.9% 634 mL infusion (conc: 1 mg/mL), 375 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

Past Medical History:

| Diagnosis | Date |
|---|---|
| • B-cell lymphoma | 1/22/2019 |
| • Biliary stricture | |
| • Cancer | |
| *lymphoma]* | |
| • Diffuse large B cell lymphoma of duodenum and pancreas | 1/21/2019 |
| • Encounter for blood transfusion | |
| • HIV (human immunodeficiency virus infection) | |
| • Hypertension | |
| • Jaundice | |
| • Stomach ulcer | |
| *bleeding* | |

Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Paternal Grandmother | |
| • Heart disease | Mother | |

**Lincoln/Lee 1267**

BRCC HEMATOLOGY ONCOLOGY           Lee, Katonia
OCHSNER, BATON ROUGE REGION        MRN: 2325810, DOB:              Sex: F
Continuity of Care                 Acct #: 72008766335
                                   Enc. Date 6/24/2019

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 6/24/2019  8:20 AM (continued)**

Social History

Socioeconomic History
- Marital status:              Unknown
    Spouse name:              Not on file
- Number of children:         Not on file
- Years of education:         Not on file
- Highest education level:    Not on file

Occupational History
- Not on file

Social Needs
- Financial resource strain:  Not on file
- Food insecurity:
    Worry:                    Not on file
    Inability:                Not on file
- Transportation needs:
    Medical:                  Not on file
    Non-medical:              Not on file

Tobacco Use
- Smoking status:             Never Smoker
- Smokeless tobacco:          Never Used

Substance and Sexual Activity
- Alcohol use:                No
    Frequency:                Never
- Drug use:                   No
- Sexual activity:            Not on file

Lifestyle
- Physical activity:
    Days per week:            Not on file
    Minutes per session:      Not on file
- Stress:                     Not on file

Relationships
- Social connections:
    Talks on phone:           Not on file
    Gets together:            Not on file
    Attends religious service: Not on file
    Active member of club or  Not on file
    organization:
    Attends meetings of clubs Not on file
    or organizations:
    Relationship status:      Not on file

Other Topics                  Concern
- Not on file

Social History Narrative
- Not on file

Past Surgical History:
Procedure                                              Laterality        Date
- CESAREAN SECTION

Generated on 7/18/19  8:34 AM                                           Page 178

**Lincoln/Lee 1268**

| BRCC HEMATOLOGY ONCOLOGY | Lee, Katonia | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION | MRN: 2325810, DOB: | Sex: F |
| Continuity of Care | Acct #: 72008766335 | |
| | Enc. Date 6/24/2019 | |

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 6/24/2019 8:20 AM (continued)**

- ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY)                  Left        4/30/2019
  *Performed by Janak N. Shah, MD at NOMH ENDO (2ND FLR)*
- ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY)                  N/A         1/25/2019
  *Performed by Janak N. Shah, MD at NOMH ENDO (2ND FLR)*
- ESOPHAGOGASTRODUODENOSCOPY
- INSERTION, VENOUS ACCESS PORT                                          Left        2/11/2019
  *Performed by Kyle A Jakob, MD at BRMH OR*

### Current Outpatient Medications

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • allopurinol (ZYLOPRIM) 300 MG tablet | Take 1 tablet (300 mg total) by mouth once daily. (Patient taking differently: Take 300 mg by mouth every morning. ) | 30 tablet | 1 |
| • amLODIPine (NORVASC) 5 MG tablet | Take 5 mg by mouth once daily. | | |
| • bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet | Take 1 tablet by mouth once daily. (Patient taking differently: Take 1 tablet by mouth once daily. ) | 30 tablet | 4 |
| • citalopram (CELEXA) 20 MG tablet | Take 20 mg by mouth once daily. | | |
| • ferrous gluconate 324 mg (37.5 mg iron) Tab | Take 1 tablet by mouth once daily. | | |
| • metoprolol tartrate (LOPRESSOR) 50 MG tablet | Take 50 mg by mouth 2 (two) times daily. | | |
| • ondansetron (ZOFRAN-ODT) 8 MG TbDL | Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). | 60 tablet | 1 |
| • oxyCODONE (ROXICODONE) 5 MG immediate release tablet | Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain. | 60 tablet | 0 |
| • prochlorperazine (COMPAZINE) 10 MG tablet | Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (nausea). | 60 tablet | 1 |
| • promethazine (PHENERGAN) 25 MG tablet | Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. | 60 tablet | 1 |
| • sulfamethoxazole-trimethoprim 800-160mg (BACTRIM DS) 800-160 mg Tab | Take 1 tablet by mouth once daily. | 30 tablet | 1 |
| • zolpidem (AMBIEN) 5 MG Tab | Take 1 tablet (5 mg | 30 tablet | 1 |

**Lincoln/Lee 1269**

| BRCC HEMATOLOGY ONCOLOGY | Lee, Katonia | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION | MRN: 2325810, DOB: | Sex: F |
| Continuity of Care | Acct #: 72008766335 | |
| | Enc. Date 6/24/2019 | |

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 6/24/2019  8:20 AM (continued)**

total) by mouth nightly as needed (sleep).

- butalbital-acetaminophen-caff (FIORICET) 50-300-40 mg Cap | Take 1 capsule by mouth 2 (two) times daily as needed. | 50 capsule | 0

No current facility-administered medications for this visit.

### Labs:

**Lab Results**

| Component | Value | Date |
|---|---|---|
| WBC | 2.74 (L) | 06/24/2019 |
| HGB | 8.6 (L) | 06/24/2019 |
| HCT | 26.9 (L) | 06/24/2019 |
| MCV | 97 | 06/24/2019 |
| PLT | 255 | 06/24/2019 |

### BMP

**Lab Results**

| Component | Value | Date |
|---|---|---|
| NA | 144 | 06/24/2019 |
| K | 3.2 (L) | 06/24/2019 |
| CL | 108 | 06/24/2019 |
| CO2 | 28 | 06/24/2019 |
| BUN | 10 | 06/24/2019 |
| CREATININE | 0.9 | 06/24/2019 |
| CALCIUM | 9.1 | 06/24/2019 |
| ANIONGAP | 8 | 06/24/2019 |
| ESTGFRAFRICA | >60 | 06/24/2019 |
| EGFRNONAA | >60 | 06/24/2019 |

**Lab Results**

| Component | Value | Date |
|---|---|---|
| ALT | 8 (L) | 06/24/2019 |
| AST | 28 | 06/24/2019 |
| ALKPHOS | 78 | 06/24/2019 |
| BILITOT | 0.2 | 06/24/2019 |

No results found for: IRON, TIBC, FERRITIN, SATURATEDIRO
No results found for: VITAMINB12
No results found for: FOLATE

**Lab Results**

| Component | Value | Date |
|---|---|---|
| TSH | 1.014 | 01/23/2019 |

I have reviewed the radiology reports and examined the scan/xray images.

Generated on 7/18/19  8:34 AM                                              Page 180

**Lincoln/Lee 1270**

| BRCC HEMATOLOGY ONCOLOGY | Lee, Katonia | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION | MRN: 2325810, DOB: | Sex: F |
| Continuity of Care | Acct #: 72008766335 | |
| | Enc. Date 6/24/2019 | |

## Progress Notes (continued)

### Progress Notes by Long H. Dang, MD at 6/24/2019 8:20 AM (continued)

Review of Systems
Constitutional: Negative.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Negative.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative.
Hematological: Negative.
Psychiatric/Behavioral: Negative.

ECOG SCORE

## Objective:

Vitals:
                    06/24/19 0757
BP:            (!) 159/89
Pulse:         70
Temp:          97.9 °F (36.6 °C)
Body mass index is 23.19 kg/m².
Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae and EOM are normal.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. Bowel sounds are normal.
Musculoskeletal: Normal range of motion.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.
Nursing note and vitals reviewed.

## Assessment:

1.    **Diffuse large B-cell lymphoma of lymph nodes of neck**

**Lincoln/Lee 1271**

| BRCC HEMATOLOGY ONCOLOGY | Lee, Katonia | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION | MRN: 2325810, DOB: | Sex: F |
| Continuity of Care | Acct #: 72008766335 | |
| | Enc. Date 6/24/2019 | |

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 6/24/2019  8:20 AM (continued)**

2.    Bilateral headaches

## Plan:

**lymphoma**

Will do last cycle RCHOP today. Restage in 3 week.
MRI brain for heaches.
-    butalbital-acetaminophen-caff (FIORICET) 50-300-40 mg Cap; Take 1 capsule by mouth 2 (two) times daily as needed.  Dispense: 50 capsule; Refill: 0
-    MRI Brain (Tumor with Perfusion) W W/O Contrast (XPD); Future; Expected date: 06/24/2019
-    NM PET CT Routine Skull to Mid Thigh; Future; Expected date: 07/15/2019

Electronically signed by Long H. Dang, MD on 6/24/2019  8:48 AM

**H&P Notes**

No notes of this type exist for this encounter.

**Lincoln/Lee 1272**

08/01/2019 8:53:51 AM -0400 FAXCOM                                    PAGE 185   OF 203

BRCH PET CT                              Lee, Katonia
17000 Medical Center Dr                  MRN: 2325810, DOB:            Sex: F
Baton Rouge LA 70816                     Acct #: 72008872105
Continuity of Care                       Adm: 7/10/2019

## Admission Information

| | | | |
|---|---|---|---|
| Arrival Date/Time: | Admit Date/Time: | 07/10/2019 1022 | IP Adm. Date/Time: |
| Admission Type: Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: |
| Means of Arrival: | Primary Service: | | Secondary Service: N/A |
| Transfer Source: | Service Area: | OCHSNER SERVICE AREA | Unit: Baton Rouge |
| Admit Provider: | Attending Provider: | Long H. Dang, MD | Referring Provider: Long H. Dang, MD |

## Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 07/10/2019 2359 | Home Or Self Care | None | None | Baton Rouge |

## Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| R51 [Principal] | Headache | | | | |

**Hospital Problem List** as of 7/10/2019                    Reviewed: **6/26/2019 by Zhe Zheng, MD**

None

**Non-Hospital Problem List** as of 7/10/2019                Reviewed: **6/26/2019 by Zhe Zheng, MD**

| | Codes | Last Modified |
|---|---|---|
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | 1/26/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | 1/31/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | 2/1/2019 |
| **Elevated LFTs** | ICD-10-CM: R94.5 ICD-9-CM: 790.6 | 2/1/2019 |
| **Lymphoma** | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | 2/11/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 ICD-9-CM: 780.96 | 2/27/2019 |
| **B-cell lymphoma** | ICD-10-CM: C85.10 ICD-9-CM: 202.80 | 3/1/2019 |
| **Anemia** | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | 3/1/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 ICD-9-CM: 288.00, 780.61 | 3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 ICD-9-CM: 112.0 | 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9 ICD-9-CM: 780.60 | 3/1/2019 |
| **Biliary obstruction** | ICD-10-CM: K83.1 ICD-9-CM: 576.2 | 4/30/2019 |
| **Essential hypertension** | ICD-10-CM: I10 ICD-9-CM: 401.9 | 5/26/2019 |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | 5/26/2019 |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20 ICD-9-CM: 042 | 5/26/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | 5/26/2019 |
| **Other chest pain** | ICD-10-CM: R07.89 ICD-9-CM: 786.59 | 6/26/2019 |

Generated on 7/18/19  8:34 AM                                              Page 183

**Lincoln/Lee 1273**

08/01/2019 8:53:51 AM -0400 FAXCOM                                    PAGE 186   OF 203

BRCH PET CT                          Lee, Katonia
17000 Medical Center Dr              MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                 Acct #: 72008872105
Continuity of Care                   Adm: 7/10/2019

## Radiology Results

**NM PET CT Routine Skull to Mid Thigh [435497754]**          Resulted: 07/10/19 1333, Result status: Final result

Resulted by: David Q. Alleva, MD                Performed: 07/10/19 1043 - 07/10/19 1230
Accession number: 30249849                      Resulting lab: MMODEL FLUENCY
Narrative:
EXAMINATION:
NM PET CT ROUTINE

CLINICAL HISTORY:
please restage;  Headache

TECHNIQUE:
Segmented attenuation corrected 3-D PET imaging was obtained from the skull base through the mid thighs utilizing 12.64 mCi F-18-FDG.  Noncontrast CT imaging was performed for attenuation correction, diagnosis, and anatomical fusion with PET.

COMPARISON:
04/17/2019.

FINDINGS:
Head/neck: There is normal physiologic FDG uptake noted within the visualized brain parenchyma. No FDG avid lymphadenopathy within the neck.

Chest: There has been interval development of several small weakly FDG avid nodular densities in the perihilar right lung and right upper lobe.  SUV max of a representative cluster of nodules in the anterior right upper lobe is 1.6. no FDG avid mediastinal, hilar or axillary lymph nodes.Left-sided MediPort catheter is noted in place.

Abdomen/Pelvis: There has been a continued decrease in size of a centrally necrotic hypermetabolic lesion in the right upper quadrant, possibly a mass arising superiorly from the pancreatic neck/body versus peripancreatic or porta hepatic lymphadenopathy. Lesion measures 2.2 cm and exhibits an SUV max of 7.2 (previously 3.2 cm and SUV max of 9.5).  Prior internal biliary stent is been removed.  No hypermetabolic hepatic lesions.  There are surgical clips in the right upper quadrant.No FDG avid lymphadenopathy present in the periaortic retroperitoneum.

Skeletal: No FDG avid osseus lesions identified.  Persistent diffusely increased marrow uptake in the visualized axial and appendicular skeleton, likely chemotherapy-induced hyperplasia.  Focal soft tissue FDG uptake adjacent to the right greater trochanter, possibly trochanteric bursitis.

Miscellaneous: Subtle area of skin thickening and low level FDG uptake noted in the anterior pelvic wall, most likely representative cutaneous inflammation/infection.

Impression:

1. Continued interval improvement with decrease in size and FDG avidity of hypermetabolic focus in the right upper quadrant as detailed.
2. New development of several weakly FDG avid nodular densities in the right lung.  Considerations include atypical infection/inflammation versus metastases.  Imaging surveillance recommended.


Electronically signed by:  D Quentin Alleva, MD
Date:                      07/10/2019
Time:                      13:33

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **396 - FFI** | MMODEL FLUENCY | n/a | n/a | 01/15/18 0931 - Present |

---

Generated on 7/18/19  8:34 AM                                              Page 184

**Lincoln/Lee 1274**

08/01/2019 8:53:51 AM -0400 FAXCOM                                   PAGE 187  OF 203

BRCH PET CT                          Lee, Katonia
17000 Medical Center Dr              MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                 Acct #: 72008872105
Continuity of Care                   Adm: 7/10/2019

**Discharge Instructions**                         Lee, Katonia (MR # 2325810)

None

**Lincoln/Lee 1275**

HGVH LABORATORY                          Lee, Katonia
17000 Medical Center Dr                  MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                     Acct #: 72008872755
Continuity of Care                       Enc. Date 7/15/2019

## Visit Summary

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| Diffuse large B-cell lymphoma of intra-abdominal lymph nodes | ICD-10-CM: C83.33<br>ICD-9-CM: 202.83 | |

**Problem List** as of 7/15/2019                          Date Reviewed: **7/15/2019**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Essential hypertension | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 2/12/2018 -<br>Present |
| Lymphoma related to acquired immunodeficiency syndrome (AIDS) | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | | | 1/21/2019 -<br>Present |
| Elevated LFTs | ICD-10-CM: R94.5<br>ICD-9-CM: 790.6 | | | 1/21/2019 -<br>Present |
| B-cell lymphoma | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | | | 1/22/2019 -<br>Present |
| AIDS (acquired immune deficiency syndrome) | ICD-10-CM: B20<br>ICD-9-CM: 042 | | | 1/24/2019 -<br>Present |
| Lymphoma | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | | | 2/11/2019 -<br>Present |
| Anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 2/26/2019 -<br>Present |
| Other chest pain | ICD-10-CM: R07.89<br>ICD-9-CM: 786.59 | | | 2/26/2019 -<br>Present |
| Biliary obstruction | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | | | 4/30/2019 -<br>Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | | | 1/21/2019 -<br>1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | | | 1/21/2019 -<br>2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | | | 1/21/2019 -<br>1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | | | 2/13/2019 -<br>2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 -<br>3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | | | 2/27/2019 -<br>3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | | | 2/28/2019 -<br>3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | | | 5/25/2019 -<br>5/26/2019 |

**Allergies** as of 7/18/2019

No Known Allergies

**Immunizations** as of 7/15/2019                                         Never Reviewed

| Name | Date | Dose | VIS Date | Route |
|---|---|---|---|---|
| Pneumococcal Conjugate - 13 Valent | 3/1/2019 | 0.5 mL | 11/5/2015 | Intramuscular |
| Site: Left deltoid<br>Given By: Faye G. Gonzaga, RN | | | | |

## Medications

**Lincoln/Lee 1276**

08/01/2019 8:53:51 AM -0400 FAXCOM                                      PAGE 189  OF 203

HGVH LABORATORY                     Lee, Katonia
17000 Medical Center Dr             MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                Acct #: 72008872755
Continuity of Care                  Enc. Date 7/15/2019

## Visit Summary (continued)

**Outpatient Medications at Start of Encounter as of 7/15/2019**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet** | 30 tablet | 1 | 2/2/2019 | |
| Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral | | | | |
| Erica M. Coffey, RN 2/7/2019 10:49 AM | | | | |
| TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **amLODIPine (NORVASC) 10 MG tablet** | 30 tablet | 5 | 6/26/2019 | |
| Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet** | 30 tablet | 4 | 2/19/2019 | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| **butalbital-acetaminophen-caff (FIORICET) 50-300-40 mg Cap** | 50 capsule | 0 | 6/24/2019 | 7/24/2019 |
| Sig - Route: Take 1 capsule by mouth 2 (two) times daily as needed. - Oral | | | | |
| **citalopram (CELEXA) 20 MG tablet** | | | | |
| Sig - Route: Take 20 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| Erica M. Coffey, RN 2/7/2019 10:53 AM | | | | |
| TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab** | | | | |
| Sig - Route: Take 1 tablet by mouth once daily.  - Oral | | | | |
| Class: Historical Med | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab** | 30 tablet | 5 | 6/26/2019 | |
| Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral | | | | |
| **metoprolol tartrate (LOPRESSOR) 50 MG tablet** | | | | |
| Sig - Route: Take 50 mg by mouth 2 (two) times daily.  - Oral | | | | |
| Class: Historical Med | | | | |
| Erica M. Coffey, RN 2/7/2019 10:56 AM | | | | |
| TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **oxyCODONE (ROXICODONE) 5 MG immediate release tablet** | 60 tablet | 0 | 7/11/2019 | |
| Sig - Route: Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain. - Oral | | | | |
| Earliest Fill Date: 7/11/2019 | | | | |
| **predniSONE (DELTASONE) 20 MG tablet** | 25 tablet | 0 | 6/24/2019 | |
| Sig: Take 5 tablets (100mg total) by mouth once daily for 5 days | | | | |
| **prochlorperazine (COMPAZINE) 10 MG tablet** | 60 tablet | 1 | 4/22/2019 | 4/21/2020 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **promethazine (PHENERGAN) 25 MG tablet** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. - Oral | | | | |
| **sulfamethoxazole-trimethoprim 800-160mg (BACTRIM DS) 800-160 mg Tab** | 30 tablet | 1 | 5/13/2019 | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| **zolpidem (AMBIEN) 5 MG Tab** | 30 tablet | 1 | 7/11/2019 | 1/9/2020 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| **oxyCODONE (ROXICODONE) 5 MG immediate release tablet (Discontinued)** | 60 tablet | 0 | 6/24/2019 | 7/11/2019 |
| Sig - Route: Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain. - Oral | | | | |
| Earliest Fill Date: 6/24/2019 | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **zolpidem (AMBIEN) 5 MG Tab (Discontinued)** | 30 tablet | 1 | 6/24/2019 | 7/10/2019 |

Generated on 7/18/19  8:34 AM                                          Page 187

**Lincoln/Lee 1277**

08/01/2019 8:53:51 AM -0400 FAXCOM                                         PAGE 190   OF 203

HGVH LABORATORY                          Lee, Katonia
17000 Medical Center Dr                  MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                     Acct #: 72008872755
Continuity of Care                       Enc. Date 7/15/2019

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 7/15/2019 (continued)**

|  | Disp | Refills | Start | End |
|---|---|---|---|---|

Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral
Reason for Discontinue: **Reorder**

## All Results

**CBC auto differential [438925747] (Abnormal)**                    Resulted: 07/15/19 0945, Result status: Final result

Resulting lab:  OCHSNER MEDICAL COMPLEX - THE GROVE

### Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 07/15/19 0921 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 2.63 | 3.90 - 12.70 K/uL | L | HGLB |
| RBC | 2.46 | 4.00 - 5.40 M/uL | L | HGLB |
| Hemoglobin | 8.0 | 12.0 - 16.0 g/dL | L | HGLB |
| Hematocrit | 25.6 | 37.0 - 48.5 % | L | HGLB |
| Mean Corpuscular Volume | 104 | 82 - 98 fL | H | HGLB |
| Mean Corpuscular Hemoglobin | 32.5 | 27.0 - 31.0 pg | H | HGLB |
| Mean Corpuscular Hemoglobin Conc | 31.3 | 32.0 - 36.0 g/dL | L | HGLB |
| RDW | 17.4 | 11.5 - 14.5 % | H | HGLB |
| Platelets | 167 | 150 - 350 K/uL | — | HGLB |
| MPV | 11.6 | 9.2 - 12.9 fL | — | HGLB |
| Immature Granulocytes | 0.8 | 0.0 - 0.5 % | H | HGLB |
| Gran # (ANC) | 2.1 | 1.8 - 7.7 K/uL | — | HGLB |
| Immature Grans (Abs) | 0.02 | 0.00 - 0.04 K/uL | — | HGLB |

Comment:
Mild elevation in immature granulocytes is non specific and
can be seen in a variety of conditions including stress response,
acute inflammation, trauma and pregnancy. Correlation with other
laboratory and clinical findings is essential.

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Lymph # | 0.3 | 1.0 - 4.8 K/uL | L | HGLB |
| Mono # | 0.3 | 0.3 - 1.0 K/uL | — | HGLB |
| Eos # | 0.0 | 0.0 - 0.5 K/uL | — | HGLB |
| Baso # | 0.01 | 0.00 - 0.20 K/uL | — | HGLB |
| nRBC | 0 | 0 /100 WBC | — | HGLB |
| Gran% | 78.7 | 38.0 - 73.0 % | H | HGLB |
| Lymph% | 11.0 | 18.0 - 48.0 % | L | HGLB |
| Mono% | 9.9 | 4.0 - 15.0 % | — | HGLB |
| Eosinophil% | 0.0 | 0.0 - 8.0 % | — | HGLB |
| Basophil% | 0.4 | 0.0 - 1.9 % | — | HGLB |
| Differential Method | Automated | — | — | HGLB |

**Comprehensive metabolic panel [438925748] (Abnormal)**           Resulted: 07/15/19 1234, Result status: Final result

Resulting lab:  OCHSNER MEDICAL COMPLEX - THE GROVE

### Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 07/15/19 0921 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|

Generated on 7/18/19  8:34 AM                                                    Page 188

**Lincoln/Lee 1278**

08/01/2019 8:53:51 AM -0400 FAXCOM                                    PAGE 191　OF 203

HGVH LABORATORY                          Lee, Katonia
17000 Medical Center Dr                  MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                     Acct #: 72008872755
Continuity of Care                       Enc. Date 7/15/2019

## All Results (continued)

Comprehensive metabolic panel [438925748] (Abnormal) (continued)　　　Resulted: 07/15/19 1234, Result status: Final result

| | | | | |
|---|---|---|---|---|
| Sodium | 143 | 136 - 145 mmol/L | — | HGLB |
| Potassium | 2.9 | 3.5 - 5.1 mmol/L | L | HGLB |
| Chloride | 105 | 95 - 110 mmol/L | — | HGLB |
| CO2 | 29 | 23 - 29 mmol/L | — | HGLB |
| Glucose | 106 | 70 - 110 mg/dL | — | HGLB |
| BUN, Bld | 9 | 6 - 20 mg/dL | — | HGLB |
| Creatinine | 0.9 | 0.5 - 1.4 mg/dL | — | HGLB |
| Calcium | 9.5 | 8.7 - 10.5 mg/dL | — | HGLB |
| Total Protein | 6.4 | 6.0 - 8.4 g/dL | — | HGLB |
| Albumin | 3.3 | 3.5 - 5.2 g/dL | L | HGLB |
| Total Bilirubin | 0.5 | 0.1 - 1.0 mg/dL | — | HGLB |

Comment:
For infants and newborns, interpretation of results should be based
on gestational age, weight and in agreement with clinical
observations.
Premature Infant recommended reference ranges:
Up to 24 hours............<8.0 mg/dL
Up to 48 hours............<12.0 mg/dL
3-5 days.................<15.0 mg/dL
6-29 days................<15.0 mg/dL

| | | | | |
|---|---|---|---|---|
| Alkaline Phosphatase | 86 | 55 - 135 U/L | — | HGLB |
| AST | 16 | 10 - 40 U/L | — | HGLB |
| ALT | 5 | 10 - 44 U/L | L | HGLB |
| Anion Gap | 9 | 8 - 16 mmol/L | — | HGLB |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 | — | HGLB |
| eGFR if non African American | >60 | >60 mL/min/1.73 m^2 | — | HGLB |

Comment:
Calculation used to obtain the estimated glomerular filtration
rate (eGFR) is the CKD-EPI equation.

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 428 - HGLB | OCHSNER MEDICAL COMPLEX - THE GROVE | Jeremy Spencer, MD | 10310 The Grove Blvd BATON ROUGE LA 70836 | 03/28/19 1024 - Present |

## Notes

### H&P Notes

No notes of this type exist for this encounter.

**Lincoln/Lee 1279**

| HGVC HEMATOLOGY ONCOLOGY | Lee, Katonia | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION | MRN: 2325810, DOB: | Sex: F |
| Continuity of Care | Acct #: 72008872158 | |
| | Enc. Date 7/15/2019 | |

## Visit Summary

### Reason for Visit

Follow-up

### Diagnoses

| | Codes | Comments |
|---|---|---|
| Lymphoma related to acquired immunodeficiency syndrome (AIDS)    -    Primary | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | |
| Lymphoma, unspecified body region, unspecified lymphoma type | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | |
| Lesion of right lung | ICD-10-CM: R91.1 ICD-9-CM: 518.89 | |

### Problem List as of 7/15/2019

Date Reviewed: **7/15/2019**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Essential hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 2/12/2018 - Present |
| Lymphoma related to acquired immunodeficiency syndrome (AIDS) | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | | | 1/21/2019 - Present |
| Elevated LFTs | ICD-10-CM: R94.5 ICD-9-CM: 790.6 | | | 1/21/2019 - Present |
| B-cell lymphoma | ICD-10-CM: C85.10 ICD-9-CM: 202.80 | | | 1/22/2019 - Present |
| AIDS (acquired immune deficiency syndrome) | ICD-10-CM: B20 ICD-9-CM: 042 | | | 1/24/2019 - Present |
| Lymphoma | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | | | 2/11/2019 - Present |
| Anemia | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 2/26/2019 - Present |
| Other chest pain | ICD-10-CM: R07.89 ICD-9-CM: 786.59 | | | 2/26/2019 - Present |
| Biliary obstruction | ICD-10-CM: K83.1 ICD-9-CM: 576.2 | | | 4/30/2019 - Present |
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | | | 1/21/2019 - 1/26/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | | | 1/21/2019 - 2/1/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | | | 1/21/2019 - 1/31/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 ICD-9-CM: 780.96 | | | 2/13/2019 - 2/27/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 ICD-9-CM: 288.00, 780.61 | | | 2/26/2019 - 3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 ICD-9-CM: 112.0 | | | 2/27/2019 - 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9 ICD-9-CM: 780.60 | | | 2/28/2019 - 3/1/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | | | 5/25/2019 - 5/26/2019 |

### Allergies as of 7/18/2019

No Known Allergies

### Immunizations as of 7/15/2019

Never Reviewed

Generated on 7/18/19  8:34 AM                                                   Page 190

**Lincoln/Lee 1280**

08/01/2019 8:53:51 AM -0400 FAXCOM                                    PAGE 193   OF 203

HGVC HEMATOLOGY ONCOLOGY                          Lee, Katonia
OCHSNER, BATON ROUGE REGION                       MRN: 2325810, DOB:          Sex: F
Continuity of Care                                Acct #: 72008872158
                                                  Enc. Date 7/15/2019

## Visit Summary (continued)

**Immunizations as of 7/15/2019 (continued)**                            Never Reviewed

| Name | Date | Dose | VIS Date | Route |
|------|------|------|----------|-------|
| Pneumococcal Conjugate - 13 Valent | 3/1/2019 | 0.5 mL | 11/5/2015 | Intramuscular |

Site: Left deltoid
Given By: Faye G. Gonzaga, RN

## Medications

**Outpatient Medications at Start of Encounter as of 7/15/2019**

| | Disp | Refills | Start | End |
|---|------|---------|-------|-----|
| **allopurinol (ZYLOPRIM) 300 MG tablet (Taking)** | 30 tablet | 1 | 2/2/2019 | |

Sig - Route: Take 1 tablet (300 mg total) by mouth once daily. - Oral

> Erica M. Coffey, RN 2/7/2019 10:49 AM
> TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|------|---------|-------|-----|
| **amLODIPine (NORVASC) 10 MG tablet (Taking)** | 30 tablet | 5 | 6/26/2019 | |

Sig - Route: Take 1 tablet (10 mg total) by mouth once daily. - Oral

| | Disp | Refills | Start | End |
|---|------|---------|-------|-----|
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking)** | 30 tablet | 4 | 2/19/2019 | |

Sig - Route: Take 1 tablet by mouth once daily. - Oral

| | Disp | Refills | Start | End |
|---|------|---------|-------|-----|
| **butalbital-acetaminophen-caff (FIORICET) 50-300-40 mg Cap (Taking)** | 50 capsule | 0 | 6/24/2019 | 7/24/2019 |

Sig - Route: Take 1 capsule by mouth 2 (two) times daily as needed. - Oral

**citalopram (CELEXA) 20 MG tablet (Taking)**
Sig - Route: Take 20 mg by mouth once daily. - Oral
Class: Historical Med

> Erica M. Coffey, RN 2/7/2019 10:53 AM
> TAKE MORNING OF SURGERY WITH A SIP OF WATER.

**ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking)**
Sig - Route: Take 1 tablet by mouth once daily. - Oral
Class: Historical Med

| | Disp | Refills | Start | End |
|---|------|---------|-------|-----|
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab (Taking)** | 30 tablet | 5 | 6/26/2019 | |

Sig - Route: Take 1 tablet (12.5 mg total) by mouth once daily. - Oral

**metoprolol tartrate (LOPRESSOR) 50 MG tablet (Taking)**
Sig - Route: Take 50 mg by mouth 2 (two) times daily.  - Oral
Class: Historical Med

> Erica M. Coffey, RN 2/7/2019 10:56 AM
> TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|------|---------|-------|-----|
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking)** | 60 tablet | 1 | 4/22/2019 | |

Sig - Route: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral

| | Disp | Refills | Start | End |
|---|------|---------|-------|-----|
| **oxyCODONE (ROXICODONE) 5 MG immediate release tablet (Taking)** | 60 tablet | 0 | 7/11/2019 | |

Sig - Route: Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain. - Oral
Earliest Fill Date: 7/11/2019

| | Disp | Refills | Start | End |
|---|------|---------|-------|-----|
| **predniSONE (DELTASONE) 20 MG tablet (Taking)** | 25 tablet | 0 | 6/24/2019 | |

Sig: Take 5 tablets (100mg total) by mouth once daily for 5 days

| | Disp | Refills | Start | End |
|---|------|---------|-------|-----|
| **prochlorperazine (COMPAZINE) 10 MG tablet (Taking)** | 60 tablet | 1 | 4/22/2019 | 4/21/2020 |

Generated on 7/18/19  8:34 AM                                           Page 191

**Lincoln/Lee 1281**

08/01/2019 8:53:51 AM -0400 FAXCOM                                    PAGE 194    OF 203

HGVC HEMATOLOGY ONCOLOGY                    Lee, Katonia
OCHSNER, BATON ROUGE REGION                 MRN: 2325810, DOB:              Sex: F
Continuity of Care                          Acct #: 72008872158
                                            Enc. Date 7/15/2019

## Medications (continued)

### Outpatient Medications at Start of Encounter as of 7/15/2019 (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig - Route: Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (nausea). - Oral | | | | |
| **promethazine (PHENERGAN) 25 MG tablet (Taking)** | 60 tablet | 1 | 4/22/2019 | |
| Sig - Route: Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. - Oral | | | | |
| **sulfamethoxazole-trimethoprim 800-160mg (BACTRIM DS) 800-160 mg Tab (Taking)** | 30 tablet | 1 | 5/13/2019 | |
| Sig - Route: Take 1 tablet by mouth once daily. - Oral | | | | |
| **zolpidem (AMBIEN) 5 MG Tab (Taking)** | 30 tablet | 1 | 7/11/2019 | 1/9/2020 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| **oxyCODONE (ROXICODONE) 5 MG immediate release tablet (Discontinued)** | 60 tablet | 0 | 6/24/2019 | 7/11/2019 |
| Sig - Route: Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain. - Oral | | | | |
| Earliest Fill Date: 6/24/2019 | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **zolpidem (AMBIEN) 5 MG Tab (Discontinued)** | 30 tablet | 1 | 6/24/2019 | 7/10/2019 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). - Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **allopurinol (ZYLOPRIM) 300 MG tablet (Taking)** | 30 tablet | 1 | 2/2/2019 | |
| Sig: Take 1 tablet (300 mg total) by mouth once daily. | | | | |
| Route: Oral | | | | |
| **amLODIPine (NORVASC) 10 MG tablet (Taking)** | 30 tablet | 5 | 6/26/2019 | |
| Sig: Take 1 tablet (10 mg total) by mouth once daily. | | | | |
| Route: Oral | | | | |
| **bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet (Taking)** | 30 tablet | 4 | 2/19/2019 | |
| Sig: Take 1 tablet by mouth once daily. | | | | |
| Route: Oral | | | | |
| **butalbital-acetaminophen-caff (FIORICET) 50-300-40 mg Cap (Taking)** | 50 capsule | 0 | 6/24/2019 | 7/24/2019 |
| Sig: Take 1 capsule by mouth 2 (two) times daily as needed. | | | | |
| Route: Oral | | | | |
| **citalopram (CELEXA) 20 MG tablet (Taking)** | | | | |
| Sig: Take 20 mg by mouth once daily. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| **ferrous gluconate 324 mg (37.5 mg iron) Tab (Taking)** | | | | |
| Sig: Take 1 tablet by mouth once daily. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| **hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab (Taking)** | 30 tablet | 5 | 6/26/2019 | |
| Sig: Take 1 tablet (12.5 mg total) by mouth once daily. | | | | |
| Route: Oral | | | | |
| **metoprolol tartrate (LOPRESSOR) 50 MG tablet (Taking)** | | | | |
| Sig: Take 50 mg by mouth 2 (two) times daily. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| **ondansetron (ZOFRAN-ODT) 8 MG TbDL (Taking)** | 60 tablet | 1 | 4/22/2019 | |
| Sig: Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). | | | | |
| Route: Oral | | | | |

Generated on 7/18/19  8:34 AM                                           Page 192

**Lincoln/Lee 1282**

08/01/2019 8:53:51 AM -0400 FAXCOM                                   PAGE 195   OF 203

HGVC HEMATOLOGY ONCOLOGY                 Lee, Katonia
OCHSNER, BATON ROUGE REGION              MRN: 2325810, DOB:        Sex: F
Continuity of Care                       Acct #: 72008872158
                                         Enc. Date 7/15/2019

## Medications (continued)

**Medications the Patient Reported Taking (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **oxyCODONE (ROXICODONE) 5 MG immediate release tablet (Taking)** | 60 tablet | 0 | 7/11/2019 | |
| Sig: Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain. Earliest Fill Date: 7/11/2019 Route: Oral | | | | |
| **predniSONE (DELTASONE) 20 MG tablet (Taking)** | 25 tablet | 0 | 6/24/2019 | |
| Sig: Take 5 tablets (100mg total) by mouth once daily for 5 days | | | | |
| **prochlorperazine (COMPAZINE) 10 MG tablet (Taking)** | 60 tablet | 1 | 4/22/2019 | 4/21/2020 |
| Sig: Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (nausea). Route: Oral | | | | |
| **promethazine (PHENERGAN) 25 MG tablet (Taking)** | 60 tablet | 1 | 4/22/2019 | |
| Sig: Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. Route: Oral | | | | |
| **sulfamethoxazole-trimethoprim 800-160mg (BACTRIM DS) 800-160 mg Tab (Taking)** | 30 tablet | 1 | 5/13/2019 | |
| Sig: Take 1 tablet by mouth once daily. Route: Oral | | | | |
| **zolpidem (AMBIEN) 5 MG Tab (Taking)** | 30 tablet | 1 | 7/11/2019 | 1/9/2020 |
| Sig: Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). Route: Oral | | | | |

## Progress Notes

**Progress Notes by Long H. Dang, MD at 7/15/2019 8:40 AM**

| | | |
|---|---|---|
| Author: Long H. Dang, MD | Service: — | Author Type: Physician |
| Filed: 7/15/2019 10:07 AM | Encounter Date: 7/15/2019 | Creation Time: 7/15/2019 10:04 AM |
| Status: Signed | Editor: Long H. Dang, MD (Physician) | |

### Subjective:

**Patient ID:** Katonia Lee is a 49 y.o. female.

**Chief Complaint:** Lymphoma related to acquired immunodeficiency syndrome (AIDS) [B20, C85.90]
HPI: We have an opportunity to see Ms. Katonia Lee in Hematology Oncology clinic at Ochsner Medical Center on 07/15/2019. Ms. Katonia Lee is a 49 y.o. woman AIDS-related DLBCL s/p 7 cycles of RCHOP with 1st 2 cycles dose reduced, s/p 6 IT MTX.

**Lymphoma related to acquired immunodeficiency syndrome (AIDS)**

| 1/21/2019 | **Initial Diagnosis** |
|---|---|
| | Lymphoma related to acquired immunodeficiency syndrome (AIDS) |

| 1/31/2019 - | **Chemotherapy** |
|---|---|
| | Treatment Summary |
| | Plan Name: OP RITUXIMAB Q3M (MAINTENANCE) |
| | Treatment Goal: Palliative |
| | Status: Inactive |
| | Start Date: 1/27/2019 |

**Lincoln/Lee 1283**

| HGVC HEMATOLOGY ONCOLOGY | Lee, Katonia | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION | MRN: 2325810, DOB: | Sex: F |
| Continuity of Care | Acct #: 72008872158 | |
| | Enc. Date 7/15/2019 | |

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 7/15/2019 8:40 AM (continued)**

End Date: 1/27/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride 0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous, Clinic/HOD 1 time, 1 of 2 cycles
Administration: 664 mg (1/27/2019)

Plan Name: R-EPOCH INPATIENT
Treatment Goal: Curative
Status: Inactive
Start Date: 1/31/2019
End Date: 1/31/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg, Intravenous, Every 24 hours (non-standard times), 1 of 4 cycles
Administration: 1,270 mg (1/31/2019)

riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time, 0 of 3 cycles

DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine (ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, , Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles

Plan Name: OP R-CHOP Q3W
Treatment Goal: Curative
Status: Active
Start Date: 2/18/2019
End Date: 6/3/2019 (Planned)
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: DOXOrubicin chemo injection 20 mg, 12.5 mg/m2 = 20 mg (25 % of original dose 50 mg/m2), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Dose modification: 12.5 mg/m2 (25 % of original dose 50 mg/m2, Cycle 1, Reason: Original Dose Changed)
Administration: 20 mg (2/18/2019), 20 mg (3/11/2019)

vinCRIStine (ONCOVIN) 2 mg in sodium chloride 0.9% 50 mL chemo infusion, 2 mg (100 % of original dose 2 mg), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Dose modification: 2 mg (original dose 2 mg, Cycle 1, Reason: MD Discretion, Comment: capping vincristine at 2 mg)
Administration: 2 mg (2/18/2019), 2 mg (3/11/2019)

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,180 mg in sodium chloride 0.9% 309 mL chemo infusion, 750 mg/m2 = 1,180 mg, Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Administration: 1,180 mg (2/18/2019), 1,210 mg (3/11/2019)

---

Generated on 7/18/19 8:34 AM                                           Page 194

**Lincoln/Lee 1284**

| | |
|---|---|
| HGVC HEMATOLOGY ONCOLOGY<br>OCHSNER, BATON ROUGE REGION<br>Continuity of Care | Lee, Katonia<br>MRN: 2325810, DOB:         Sex: F<br>Acct #: 72008872158<br>Enc. Date 7/15/2019 |

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 7/15/2019 8:40 AM (continued)**

methotrexate (PF) 6 mg in sodium chloride 0.9% (NORMAL SALINE FLUSH) 3 mL INTRATHECAL chemo injection, , Intrathecal, Clinic/HOD 1 time, 0 of 4 cycles

**B-cell lymphoma**

**Chemotherapy**
Treatment Summary
Plan Name: OP RITUXIMAB Q3M (MAINTENANCE)
Treatment Goal: Palliative
Status: Inactive
Start Date: 1/27/2019
End Date: 1/27/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride 0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous, Clinic/HOD 1 time, 1 of 2 cycles
Administration: 664 mg (1/27/2019)

Plan Name: R-EPOCH INPATIENT
Treatment Goal: Curative
Status: Inactive
Start Date: 1/31/2019
End Date: 1/31/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg, Intravenous, Every 24 hours (non-standard times), 1 of 4 cycles
Administration: 1,270 mg (1/31/2019)

riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time, 0 of 3 cycles

DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine (ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, , Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles

Plan Name: OP R-CHOP Q3W
Treatment Goal: Curative
Status: Active
Start Date: 2/1/2019 (Planned)
End Date: 5/17/2019 (Planned)
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: DOXOrubicin chemo injection 84 mg, 50 mg/m2, Intravenous,

Generated on 7/18/19 8:34 AM                                              Page 195

**Lincoln/Lee 1285**

HGVC HEMATOLOGY ONCOLOGY          Lee, Katonia
OCHSNER, BATON ROUGE REGION       MRN: 2325810, DOB:          Sex: F
Continuity of Care                Acct #: 72008872158
                                  Enc. Date 7/15/2019

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 7/15/2019 8:40 AM (continued)**

Clinic/HOD 1 time, 0 of 6 cycles

vinCRIStine (ONCOVIN) 2.4 mg in sodium chloride 0.9% 50 mL chemo infusion, 1.4 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 250 mL chemo infusion, 750 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

riTUXimab (RITUXAN) 375 mg/m2 = 634 mg in sodium chloride 0.9% 634 mL infusion (conc: 1 mg/mL), 375 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • B-cell lymphoma | 1/22/2019 |
| • Biliary stricture | |
| • Cancer *lymphoma]* | |
| • Diffuse large B cell lymphoma of duodenum and pancreas | 1/21/2019 |
| • Encounter for blood transfusion | |
| • HIV (human immunodeficiency virus infection) | |
| • Hypertension | |
| • Jaundice | |
| • Stomach ulcer *bleeding* | |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Paternal Grandmother | |
| • Heart disease | Mother | |

**Social History**

Socioeconomic History
- Marital status:          Unknown
      Spouse name:         Not on file
- Number of children:      Not on file
- Years of education:      Not on file
- Highest education level: Not on file

Occupational History
- Not on file

Social Needs
- Financial resource strain: Not on file
- Food insecurity:
      Worry:               Not on file

**Lincoln/Lee 1286**

| HGVC HEMATOLOGY ONCOLOGY | Lee, Katonia | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION | MRN: 2325810, DOB: | Sex: F |
| Continuity of Care | Acct #: 72008872158 | |
| | Enc. Date 7/15/2019 | |

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 7/15/2019  8:40 AM (continued)**

|  | |
|---|---|
| Inability: | Not on file |

- Transportation needs:

| | |
|---|---|
| Medical: | Not on file |
| Non-medical: | Not on file |

**Tobacco Use**
- Smoking status: Never Smoker
- Smokeless tobacco: Never Used

**Substance and Sexual Activity**
- Alcohol use: No
  - Frequency: Never
- Drug use: No
- Sexual activity: Not on file

**Lifestyle**
- Physical activity:
  - Days per week: Not on file
  - Minutes per session: Not on file
- Stress: Not on file

**Relationships**
- Social connections:
  - Talks on phone: Not on file
  - Gets together: Not on file
  - Attends religious service: Not on file
  - Active member of club or organization: Not on file
  - Attends meetings of clubs or organizations: Not on file
  - Relationship status: Not on file

**Other Topics**                                      Concern
- Not on file

**Social History Narrative**
- Not on file

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • CESAREAN SECTION | | |
| • ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY) | Left | 4/30/2019 |
| *Performed by Janak N. Shah, MD at NOMH ENDO (2ND FLR)* | | |
| • ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY) | N/A | 1/25/2019 |
| *Performed by Janak N. Shah, MD at NOMH ENDO (2ND FLR)* | | |
| • ESOPHAGOGASTRODUODENOSCOPY | | |
| • INSERTION, VENOUS ACCESS PORT | Left | 2/11/2019 |
| *Performed by Kyle A Jakob, MD at BRMH OR* | | |

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • allopurinol (ZYLOPRIM) 300 MG tablet | Take 1 tablet (300 mg total) by mouth once daily. (Patient taking differently: Take 300 | 30 tablet | 1 |

**Lincoln/Lee 1287**

08/01/2019 8:53:51 AM -0400 FAXCOM                                          PAGE 200   OF 203

HGVC HEMATOLOGY ONCOLOGY                    Lee, Katonia
OCHSNER, BATON ROUGE REGION                 MRN: 2325810, DOB:           Sex: F
Continuity of Care                          Acct #: 72008872158
                                            Enc. Date 7/15/2019

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 7/15/2019  8:40 AM (continued)**

|  |  |  |  |
|---|---|---|---|
|  | mg by mouth every morning. ) |  |  |
| • amLODIPine (NORVASC) 10 MG tablet | Take 1 tablet (10 mg total) by mouth once daily. | 30 tablet | 5 |
| • bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet | Take 1 tablet by mouth once daily. (Patient taking differently: Take 1 tablet by mouth once daily. ) | 30 tablet | 4 |
| • butalbital-acetaminophen-caff (FIORICET) 50-300-40 mg Cap | Take 1 capsule by mouth 2 (two) times daily as needed. | 50 capsule | 0 |
| • citalopram (CELEXA) 20 MG tablet | Take 20 mg by mouth once daily. |  |  |
| • ferrous gluconate 324 mg (37.5 mg iron) Tab | Take 1 tablet by mouth once daily. |  |  |
| • hydroCHLOROthiazide (HYDRODIURIL) 12.5 MG Tab | Take 1 tablet (12.5 mg total) by mouth once daily. | 30 tablet | 5 |
| • metoprolol tartrate (LOPRESSOR) 50 MG tablet | Take 50 mg by mouth 2 (two) times daily. |  |  |
| • ondansetron (ZOFRAN-ODT) 8 MG TbDL | Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). | 60 tablet | 1 |
| • oxyCODONE (ROXICODONE) 5 MG immediate release tablet | Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain. | 60 tablet | 0 |
| • predniSONE (DELTASONE) 20 MG tablet | Take 5 tablets (100mg total) by mouth once daily for 5 days | 25 tablet | 0 |
| • prochlorperazine (COMPAZINE) 10 MG tablet | Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (nausea). | 60 tablet | 1 |
| • promethazine (PHENERGAN) 25 MG tablet | Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. | 60 tablet | 1 |
| • sulfamethoxazole-trimethoprim 800-160mg (BACTRIM DS) 800-160 mg Tab | Take 1 tablet by mouth once daily. | 30 tablet | 1 |
| • zolpidem (AMBIEN) 5 MG Tab | Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). | 30 tablet | 1 |

No current facility-administered medications for this visit.

Generated on 7/18/19  8:34 AM                                              Page 198

**Lincoln/Lee 1288**

| HGVC HEMATOLOGY ONCOLOGY | Lee, Katonia | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION | MRN: 2325810, DOB: | Sex: F |
| Continuity of Care | Acct #: 72008872158 | |
| | Enc. Date 7/15/2019 | |

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 7/15/2019  8:40 AM (continued)**

### Labs:
Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 2.63 (L) | 07/15/2019 |
| HGB | 8.0 (L) | 07/15/2019 |
| HCT | 25.6 (L) | 07/15/2019 |
| MCV | 104 (H) | 07/15/2019 |
| PLT | 167 | 07/15/2019 |

### BMP
Lab Results

| Component | Value | Date |
|---|---|---|
| NA | 144 | 06/24/2019 |
| K | 3.2 (L) | 06/24/2019 |
| CL | 108 | 06/24/2019 |
| CO2 | 28 | 06/24/2019 |
| BUN | 10 | 06/24/2019 |
| CREATININE | 0.9 | 06/24/2019 |
| CALCIUM | 9.1 | 06/24/2019 |
| ANIONGAP | 8 | 06/24/2019 |
| ESTGFRAFRICA | >60 | 06/24/2019 |
| EGFRNONAA | >60 | 06/24/2019 |

Lab Results

| Component | Value | Date |
|---|---|---|
| ALT | 8 (L) | 06/24/2019 |
| AST | 28 | 06/24/2019 |
| ALKPHOS | 78 | 06/24/2019 |
| BILITOT | 0.2 | 06/24/2019 |

No results found for: IRON, TIBC, FERRITIN, SATURATEDIRO
No results found for: VITAMINB12
No results found for: FOLATE

Lab Results

| Component | Value | Date |
|---|---|---|
| TSH | 1.014 | 01/23/2019 |

I have reviewed the radiology reports and examined the scan/xray images.

Review of Systems
Constitutional: Negative.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Endocrine: Negative.
Genitourinary: Negative.

**Lincoln/Lee 1289**

| HGVC HEMATOLOGY ONCOLOGY<br>OCHSNER, BATON ROUGE REGION<br>Continuity of Care | Lee, Katonia<br>MRN: 2325810, DOB:<br>Acct #: 72008872158<br>Enc. Date 7/15/2019 | Sex: F |
|---|---|---|

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 7/15/2019 8:40 AM (continued)**

Musculoskeletal: Negative.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative.
Hematological: Negative.
Psychiatric/Behavioral: Negative.

ECOG SCORE
0 - Fully active-able to carry on all pre-disease performance without restriction

**Objective:**

Vitals:
07/15/19 0943
BP:           (!) 175/92
Pulse:        64
Resp:         18
Temp:         98.3 °F (36.8 °C)
Body mass index is 21.81 kg/m².
Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae and EOM are normal.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. Bowel sounds are normal.
Musculoskeletal: Normal range of motion.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.
Nursing note and vitals reviewed.

**Assessment:**

1. **Lymphoma related to acquired immunodeficiency syndrome (AIDS)**
2. Lymphoma, unspecified body region, unspecified lymphoma type
3. Lesion of right lung

**Plan:**

Generated on 7/18/19 8:34 AM                                           Page 200

**Lincoln/Lee 1290**

08/01/2019 8:53:51 AM -0400 FAXCOM                                    PAGE 203   OF 203

HGVC HEMATOLOGY ONCOLOGY          Lee, Katonia
OCHSNER, BATON ROUGE REGION       MRN: 2325810, DOB:          Sex: F
Continuity of Care                Acct #: 72008872158
                                  Enc. Date 7/15/2019

## Progress Notes (continued)

**Progress Notes by Long H. Dang, MD at 7/15/2019 8:40 AM (continued)**

**Lymphoma related to acquired immunodeficiency syndrome (AIDS)**

**Impression**

1. Continued interval improvement with decrease in size and FDG avidity of hypermetabolic focus in the right upper quadrant as detailed.
2. New development of several weakly FDG avid nodular densities in the right lung. Considerations include atypical infection/inflammation versus metastases. Imaging surveillance recommended.

Residual intraabdomen lymph node maybe inflammation, versus residual lymphoma. Will rescan in 2 months.
-   CBC auto differential; Future; Expected date: 08/15/2019
-   Comprehensive metabolic panel; Future; Expected date: 08/15/2019
-   Ferritin; Future; Expected date: 08/15/2019
-   Folate; Future; Expected date: 08/15/2019
-   Vitamin B12; Future; Expected date: 08/15/2019
-   Lactate dehydrogenase; Future; Expected date: 08/15/2019
-   Iron and TIBC; Future; Expected date: 08/15/2019

**Lesion of right lung**
? Atypical infection versus lymphoma
-   Ambulatory consult to Pulmonology

Electronically signed by Long H. Dang, MD on 7/15/2019 10:07 AM

**H&P Notes**

No notes of this type exist for this encounter.

## END OF REPORT

**Lincoln/Lee 1291**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MS. KATONIA LEE

**Lincoln/Lee 1292**

 Lincoln
Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-7428

July 17, 2019

Ms. Katonia Lee

RE:    Long Term Disability (LTD) Benefits
       Walmart, Inc.
       Claim #: 8892419

Dear Ms. Katonia Lee:

We are writing with regard to your claim for disability benefits under Walmart, Inc.'s Associates' Health and Welfare Plan ("LTD Policy"). We are writing in reference to your claim for LTD benefits under the Policy.

We are in the process of evaluating your claim for disability benefits, but are unable to complete our investigation based on the information submitted. To make a determination, we require updated medical records.

This information has been requested from Dr. Greg Oden and we have asked that it be returned by August 15, 2019. Once this information is received, it will be reviewed and a determination will be made.

Please contact Dr. Greg Oden to encourage a response to our request.

If you have any questions about your disability benefits, please feel free to contact me.

Sincerely,

Brittany Stockhausen
LTD Specialist I
Phone No.: (877) 353-6404 Ext. 18185
Secure Fax No.: (603) 334-7428

1   of   1

**Lincoln/Lee 1293**

9L176190001

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)


**Lincoln**
**Financial Group®**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-7428

EMPLOYEE/CLAIMANT NAME: Katonia Lee

CLAIM NO: 8892419

EMPLOYER/SPONSOR: Walmart, Inc.          DATE OF BIRTH:

## Please fill out each section completely

**EDUCATIONAL BACKGROUND:**                        (If you have a resume, please attach)

Highest Grade Completed: 12th                Check if earned: ☐ GED  ☑ HS Diploma

Vocational Training: N|A                     Certificate Program completed: N|A

Associates Degree: N|A                       College: number of years: one

Bachelor's Degree: BA /BS Major: N|A         Graduate School: MA ☐  MS ☐  CAGS ☐  PHD Degree: N|A

Professional Training, License, Certificates(s): N|A

Are you currently attending any classes: ☐ Y  ☑ N  If yes, provide name of school: N|A

List any other Training or Classes Attended or Plan to Attend: N|A

Additional Skills, Hobbies & Volunteer Work N|A

Did you serve in the Armed Forces? ☐ Y  ☑ N  From: N|A        To: N|A

Branch of Service: N|A                       Specialty: N|A

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: Walmart ___ Department: Assistant manager ___ From: 2000 To: 2018
   Job Title(s): Assistant Manager
   Supervisory Experience ☑ Y  ☐ N
   Tasks/Duties (please be specific): teach and direct associates, customer service, banking, scheduling, hiring

2. Company: New Orleans Hamburger Department: Assistant manager From: 2001 To: 2006
   Job Title(s): Assistant Manager
   Supervisory Experience ☑ Y  ☐ N
   Tasks/Duties (please be specific): teach and direct associates, customer service, banking, scheduling, hiring

**A Lincoln Financial Group Company**

**Lincoln/Lee 1294**

9L176190001

3. Company: _____ Department: _____ From: _____ To: _____

Job Title(s): _____

Supervisory Experience   ☐ Y   ☐ N

Tasks/Duties (please be specific): _____

_____

4. Company: _____ Department: _____ From: _____ To: _____

Job Title(s): _____

Supervisory Experience   ☐ Y   ☐ N

Tasks/Duties (please be specific): _____

_____

5. Company: _____ Department: _____ From: _____ To: _____

Job Title(s): _____

Supervisory Experience   ☐ Y   ☐ N

Tasks/Duties (please be specific): _____

_____

## Computer Utilization:

Computer Training/Courses, Certifications: _____

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☑ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☑ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☑ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | | | |
| Photo Software | ☐ | ☐ | Other: _____ | | |

How much time is spent daily on your work computer?  ☑ None   ☐ 1-2 hours   ☐ 2-3 hours   ☐ 3+ hours

How much time is spent daily on your home computer?  ☑ None   ☐ 1-2 hours   ☐ 2-3 hours   ☐ 3+ hours

Keyboarding/Typing Experience:  ☐ Yes  ☑ No   If yes, WPM (words per minute) _____

(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: _____   Work: _____

SIGNATURE: _Kobric Lee_____   PHONE NO: _____

2

**Lincoln/Lee 1295**

9L176190001



**LINCOLN FINANCIAL GROUP**
**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

**SOCIAL SECURITY/REIMBURSEMENT AGREEMENT**

**INSTRUCTIONS:** The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.

The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.

Claimant: **Katonia Lee**                                                    Date of Birth:  _

Employer: **Walmart, Inc.**                          Policy/Plan Sponsor No. **05 - 290765**

A) If disability benefits are approved I request that Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company (Liberty Life) pay me my benefit with **no reduction** for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Liberty Life immediately if awarded Social Security Benefits.
4) I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.
6) I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.

B) Social Security benefits **will be estimated** if:

1) I do not sign and return this form to Liberty Life within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.

(Insured/Employee signature) _Katonia Lee_

(Address) _____

(Date) _6/7-19_

*Please retain a copy for your records or one can be provided upon request.*

**Lincoln/Lee 1296**

9L176190001

# FAMILY INFORMATION QUESTIONNAIRE


**Lincoln**
**Financial Group®**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-7428

Return to:    Brittany Stockhausen

---

EMPLOYEE/CLAIMANT NAME: Katonia Lee

CLAIM NO:   8892419

EMPLOYER/SPONSOR: Walmart, Inc.                    DATE OF BIRTH: _

---

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status?        Single ____    Married ✗    Divorced ____
If married, please indicate your spouse's name and date of birth.  Name: Mickus Robinson  DOB: 1/26/60

Do you have children or dependents*?   Yes ✓        No ____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)          - Custodial Grandchildren          - Adopted Children
- Stepchildren                   - A child 18 or older with a disability    - A child 18-19 and a full-time student
- Children not residing in your    that started before age 22          (not higher than grade 12)
  household

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| Mikeal Livas | | Custodial | NO | 05/2017 |
| Brandon Horton | | Custodial | NO | 05/2011 |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits?    Yes: _____  No: ✓
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: Katonia Lee                              Date: 6/17/19

**Lincoln/Lee 1297**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MS. KATONIA LEE

**Lincoln/Lee 1298**

 **Lincoln** Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-7428

June 21, 2019

Ms. Katonia Lee

RE:    Long Term Disability (LTD) Benefits
       Walmart, Inc.
       Claim #: 8892419

Dear Ms. Katonia Lee:

Enclosed you will find the original notification letter that was sent to you advising that all medical records needed to be received no later than **July 17, 2019.** To date, we are still missing additional information from Dr. Greg Oden.

On June 4, 2019, a medical records request was sent to Dr. Greg Oden requesting all medical records from November 1, 2018 through the present. A status update was obtained on June 21, 2019 and it was advised on June 18, 2019 a faxed status request was sent to the office in an attempt to confirm that the initial request was received and in process a fax confirmation was received confirming the status request was submitted successfully. To date no further updates have yet been received.

Please contact your provider(s) to ensure that the requested is information is provided as soon as possible and no later than the due date of **July 17, 2019** in order for the review process to continue on your claim.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brittany Stockhausen
LTD Specialist I
Phone No.: (877) 353-6404 Ext. 18185
Secure Fax No.: (603) 334-7428

Attachments:   8892419-ACKNOWLEDGE-NEW CLAIM-06.03.2019

1  of  1

**Lincoln/Lee 1299**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MS. KATONIA LEE

**Lincoln/Lee 1300**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-7428

June 4, 2019

Ms. Katonia Lee

RE:    Long Term Disability (LTD) Benefits
       Walmart, Inc.
       Claim #: 8892419

Dear Ms. Katonia Lee:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability ("LTD") benefits under the Walmart, Inc. Associates' Health and Welfare Plan ("LTD Policy"). We are writing in reference to your claim for LTD benefits under the LTD Policy.

Your claim has been assigned to Brittany Stockhausen for continued case management. If you have any questions about your LTD benefits, please call Brittany Stockhausen at (877) 353-6404 Ext 18185.

We received your completed initial claim forms on May 31, 2019. Before we can make a determination on your claim, we have requested additional information to determine if you qualify for LTD benefits.

To consider your claim for LTD benefits, we are requesting that you provide us with medical information.

On June 3, 2019, we contacted Dr. Greg Oden, Oschner Cancer Center Baton Rouge, and Dr. George Smith-Vaniz requesting the following information:

office visit notes, hospital notes, operative report, referrals, physical therapy notes, psychology notes, pain management notes, treatment plans, and all abnormal exam results from November 1, 2018 through the present

A condition for LTD benefits is that you provide proof of disability. Proof must be provided by July 17, 2019. Your cooperation in providing the requested information is essential to our claims investigation.

If there are any other attending physicians or specialists, including physical therapy providers, please

1  of 2

**Lincoln/Lee 1301**

have them forward all of your medical records pertinent to your diagnosis supporting your claim for LTD benefits under the Policy. It is important that you immediately provide your assigned case manager with the name and contact information of these providers.

This information, as well as information from any other treating provider not listed above, is due no later than 45 days from the date of this letter, July 17, 2019.

To expedite the eligibility process, we ask that you follow up with all of your treating providers to ensure the information necessary to make a determination on your eligibility for LTD benefits is timely submitted. A determination of eligibility cannot be made without the requested information. Please contact me if you have any questions regarding the eligibility requirement for LTD benefits under the Policy.

If you have any questions about your LTD benefits or the review for continued eligibility, please feel free to contact me. Additionally, information regarding your LTD benefit payments can also be obtained 24 hours a day, 7 days a week through our My Lincoln Portal℠ system accessed through Walmartone.com.

Sincerely,

Brittany Stockhausen
LTD Specialist I
Phone No.: (877) 353-6404 Ext. 18185
Secure Fax No.: (603) 334-7428

**Lincoln/Lee 1302**

9Q172190001

# DIRECT DEPOSIT APPLICATION



Lincoln
**Financial Group®**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-7428

**Return To:** Brittany Stockhausen _____

| | |
|---|---|
| **EMPLOYEE/CLAIMANT NAME:** Katonia Lee | |
| **CLAIM NO:** 8892419 | |
| **EMPLOYER/SPONSOR:** Walmart, Inc. | **DATE OF BIRTH:** _____ |

**CHECK ONE:** ☑ New    ☐ Cha----
**YOUR TELEPHONE NUMBER·**
**ADDRESS:** _____    **CITY:** _____    **STATE:**    **ZIP:** _____

## AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY LIFE ASSURANCE COMPANY OF BOSTON to such account and to enter the same to such account without responsibility for the correctness thereof.

---

## REQUIRED FIELDS ARE BOLDED BELOW
### ***All must be completed or your form will be rejected***

**TYPE OF ACCOUNT:** ☑ **Checking**    ☐ **Savings**    **BANK NAME:** _____

**9 DIGIT ABA ROUTING NUMBER:** _____    **BANK ADDRESS:** _____

**YOUR ACCOUNT NUMBER:** _____    **CITY:** _____ **STATE:** _____ **ZIP:** _____

**BANK PHONE:** ( ) _____

### ***You must check yes or no to BOTH of the following two questions***

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?**    ☐ YES    ☑ NO

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?**    ☐ YES    ☑ NO

---

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY LIFE ASSURANCE COMPANY OF BOSTON or BANK. Any such notification to LIBERTY LIFE ASSURANCE COMPANY OF BOSTON shall be effective only with respect to entries initiated by LIBERTY LIFE ASSURANCE COMPANY OF BOSTON after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: *Katoni Lee*    Date: *6-30-19*

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

### ATTACH VOIDED CHECK HERE
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

**Lincoln/Lee 1303**

**Medical Record Overview**

**ReleasePoint**

**Date:**    **June 20, 2019**

**Patient Name:**    LEE, KATONIA

**Records From:**    Dr. George Smith-Vaniz
1860 CHADWICK DRIVE, SUITE 351
JACKSON, MS  39204
(601) 376-2115

**RP ID:** 5378542

**Client ID:** 8892419

**Source:** LIBMT7

**Request Scope:** From November 1, 2018 to Present

**Req By:** B Stockhausen
05-290765

**Chart Range:**    11/08/2018 - 12/17/2018

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Dec 4 2018 | Dec 4 2018 | 5 | 2 |
| Labs/Diagnostics | Nov 8 2018 | Dec 17 2018 | 7 | 7 |
| Other Records | | | 1 | 14 |
| Request Corr. | | | 4 | 15 |

**Total Page Count:**    17

**Notes From QC:**

Enclosed are all records supplied by medical facility for requested dates of service

**Lincoln/Lee 1304**

**Progress Notes - 12/04/2018**

Merit Health Medical Group • 1860 CHADWICK DRIVE SUITE 351, JACKSON MS 39204-3472

## LEE, KATONIA (id #2631971, dob:

Last amended by George Smith Vaniz, MD on 12/05/2018 at 8:58am

### Patient

| | | | |
|---|---|---|---|
| **Name** | LEE, KATONIA (48yo, F) ID# 2631971 | **Appt. Date/Time** | 12/04/2018 02:30PM |
| **DDB** | | **Service Dept.** | ROM_Merit Health Family Medicine Central |
| **Provider** | GEORGE SMITH VANIZ, MD | | |
| **Insurance** | Med Primary: UNITED HEALTHCARE Insurance # : 010036445 Policy/Group # : 744173 Employer Name : UNKOWN Prescription: ESI1 - Member is eligible. | | |

### Chief Complaint

hospital follow-up

Hospital follow up-- was d/c from Merit/Central 11/16/18 dx. with GI bleeding.
c/o now of having vision problems; back pain from thoracic area to lumbar ; on/off bilateral chest pains. Pt. stated s/s started after med changes in the hospital. /MC

### Patient's Pharmacies

**WALMART PHARMACY 816 (ERX): 960 BROOKWAY BLVD, BROOKHAVEN MS 39601, Ph (601) 833-8436, Fax (601) 833-3581**

### Vitals

| | | |
|---|---|---|
| **Wt:** 129 lbs (58.51 kg) 12/04/2018 03:05 pm | **BP:** 132/82 sitting L arm 12/04/2018 03:05 pm | **Pulse:** 67 bpm 12/04/2018 03:05 pm |
| **O2Sat:** 98% Room Air at Rest 12/04/2018 03:06 pm | **T:** 98.8 F° oral (37.11 C) 12/04/2018 03:06 pm | **Ht:** 5 ft 2 in (157.48 cm) 12/04/2018 03:06 pm |
| **BMI:** 23.6 12/04/2018 03:06 pm | | |

### Measurements

None recorded.

### Allergies

Reviewed Allergies
NKDA

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **amLODIPine 5 mg tablet** Take 1 tablet(s) every day by oral route for 30 days. | 11/16/18 | filled |
| **citalopram 20 mg tablet** Take 1 tablet(s) every day by oral route for 30 days. | 11/16/18 | filled |
| **ferrous sulfate 325 mg (65 mg iron) tablet** Take 1 tablet(s) twice a day by oral route. | 12/04/18 | entered |
| **metoprolol tartrate 50 mg tablet** Take 1 tablet(s) twice a day by oral route for 30 days. | 11/16/18 | filled |
| **omeprazole 20 mg capsule,delayed release** Take 1 capsule(s) twice a day by oral route. | 12/04/18 | prescribed |
| **pantoprazole 40 mg tablet,delayed release** Take 1 tablet(s) every day by oral route. | 12/04/18 | entered |

### Problems

Reviewed Problems

**Lincoln/Lee 1305**

**Progress Notes - 12/04/2018**

Merit Health Medical Group • 1860 CHADWICK DRIVE SUITE 351, JACKSON MS 39204-3472

## LEE, KATONIA (id #2631971, dob:

### Family History

Reviewed Family History
Paternal Aunt                           - Diabetes mellitus
Mother                                  - Myocardial infarction
Father                                  - Hypertensive disorder

### Social History

Reviewed Social History
Smoking Status: Never smoker
Non-smoker
Alcohol intake: None

### Surgical History

Reviewed Surgical History
 Caesarean Section - x2
 Esophagogastroduodenoscopy - 11/08/2018 - Dr. Smith-Vaniz, MD

### Past Medical History

Reviewed Past Medical History
Acid reflux (GERD): **Y**
Gastic Ulers: **Y**
Hypertension: **Y**

### Screening

None recorded.

### ROS

None recorded.

### Physical Exam

None recorded.

### Assessment / Plan

SEE ATTACHED NOTE.

**1. Duodenal ulcer disease -** CHANGE PROTONIX 40MG QD TO OMEPRAZOLE 20MG BID.
REPEAT CT-ABD/PELVIS W/ CONTRAST ON 12/17/18.
   K26.9: Duodenal ulcer, unspecified as acute or chronic, without hemorrhage or perforation
  • omeprazole 20 mg capsule,delayed release - Take 1 capsule(s) twice a day by oral route.   Qty: 60 capsule(s)   Refills: 5
   Pharmacy: WALMART PHARMACY 816

**2. Anemia**
   D64.9: Anemia, unspecified
  • CBC W/ DIFF

**3. Backache**
   M54.9: Dorsalgia, unspecified
  • CMP, SERUM OR PLASMA

CBC W/ DIFF
• Results:
    - WBC: ul
    - MO: %
    - GR: %
    - LY#: ul
    - MO#: ul
    - GR#: ul
    - RBC: ul
    - HBG: g/dl
    - HCT: %
    - MCV: fl
    - MCH: g/dl
    - MCHC: pg
    - RDW: %
    - PLT: ul
    - MPV: fl
    - LY: %

CMP, SERUM OR PLASMA
• Results:
    - TP: g/dl

**Lincoln/Lee 1306**

**Progress Notes - 12/04/2018**

Merit Health Medical Group • 1860 CHADWICK DRIVE SUITE 351, JACKSON MS 39204-3472

## LEE, KATONIA (id #2631971, dob:

- NA+: mmol/l
- K+: mmol/l
- TCO2: mmol/l
- CL-: mmol/l
- GLU: mg/dl
- CA: mg/dl
- BUN: mg/dl
- CRE: md/dl
- EGFR: ml/min
- ALP: u/l
- ALT: u/l
- AST: u/l
- TBIL: mg/dl
- ALB: g/dl

**Patient Instructions**
TRY NEW MED CHANGE AND REPORT
AFTER CT SCAN,

Return to Office
None recorded.

Amendment Sign-Off
Encounter signed-off by George Smith Vaniz, MD, 12/05/2018.

Encounter performed and documented by George Smith Vaniz, MD
Encounter reviewed & signed by George Smith Vaniz, MD on 12/05/2018 at 8:55am
Amendment closed by George Smith Vaniz, MD on 12/05/2018 at 8:58am

**Lincoln/Lee 1307**

Progress Notes - 12/04/2018

Merit Health Medical Group • 1860 CHADWICK DRIVE SUITE 351, JACKSON MS 39204-3472

**LEE, KATONIA (id #2631971, dob:**

Progress Note
#21267679

From:Merit Health Family Medicine        6010762114        12/05/2018 09:32    #870 P 001/001

33456165w4695 Single Page E-ProgNote

**ALLERGIES:** NKDA    **NAME:** Katonia Lee    **DATE:** 10/4/18

**D.O.B.:** _____    **AGE:** 48

**B/P** 132/82    **DX** Gastric ulcers    **MEDS** (See List)
**P** 67         HTN
**T** 98.9       GERD        Pharmacy:
**WT** 129                   Walmart/Brookhaven
**HT** 5'2"
**O²SAT** 98%              *RGD on 11/8/18*
**BMI** 23.6

**CC:** Hospital f/u — GI Bleeding @ Merit Central D/C 11/10/18
**ROS: GEN:OK:** _____ Pt. c/o vision problems,
**HEENT: HA,DIZZY:** _____ back pains from mid-thoracic
**NT:** _____ to lower back; on/off
**CR, CHEST PAIN, SOB, COUGH, EDEMA:** _____ bil. chest pains. s/s start
_____ after med changes in
**GI: IND, HTBURN, DIARRHEA, CONSTIPATION, N-V:** _____ hospital.

**GU: DYSURIA, NOCTUEIA:** _____
**OB/GYN:** _____
**MI: JOINT PAIN:** _____
**NEURO:** _____
**GEN:** _____
**HEENT:** _____
**NT:** _____ **NV:** _____ **CAROTID:** _____ **THYROID:** _____
**HEART:** _____
**LUNGS:** _____
**ABD:** _____
**GU:** _____
**EXT:** _____
**NEURO:** _____
☐ All other systems have been checked and there are no remarkable changes since the patient's last visit.
**IMPRESSION:** _____

**DIST:** _____

**M.D. SIGNATURE:** _____

**Lincoln/Lee 1308**

**Progress Notes - 12/04/2018**

Merit Health Medical Group • 1860 CHADWICK DRIVE SUITE 351, JACKSON MS 39204-3472

**LEE, KATONIA (id #2631971, dob:**

**Lincoln/Lee 1309**

**Labs/Diagnostics - 12/17/2018**

CT, ABDOMEN + PELVIS, W/ CONTRAST for LEE, KATONIA          (49yo F) #2631971
E#2631929

| Ordering Provider | GEORGE SMITH VANIZ, MD | Performing facility | CENTRAL MISSISSIPPI MEDICAL CTR (RADIOLOGY) |
|---|---|---|---|
| Reported Date | 12/17/2018 10:24 | Accession ID | 15981652 |
| Performed Date | 12/17/2018 09:50 | | |

R10.9/K26.9
UNSPECIFIED ABD PAIN
Procedure Acknowledge Date: 12/17/2018 09:50 AM

Clinical Information: UNSPECIFIED ABD PAIN

EXAM:  CT abdomen and pelvis with contrast.

PRIORS:  11/12/2018

FINDINGS:
Contiguous axial images from the mid thorax through the proximal
thighs were performed after the administration of IV contrast.

Again seen is a large (8.7 cm) cavitary mass which appears
significantly thick-walled and contains central gas as well as
contrast, which appears to be oral contrast as the cavity appears to
connect to the lumen of the duodenum. The mass is not clearly
separable from the pancreatic neck and produces significant mass
effect upon the inferior vena cava and mild mass effect upon the
portal vein and adjacent portions of the liver. The spleen, adrenal
glands, kidneys and gallbladder appear unremarkable. Bowel loops are
normal in caliber. No free air or free fluid is seen in the peritoneal
cavity. Abdominal aorta is normal in size.

Within the pelvis, there is a 4.6 cm exophytic mass extending
anteriorly from the left side of the uterine fundus. Pelvic organs are
otherwise unremarkable. The appendix appears normal. Bony pelvis
appears intact.

IMPRESSION:

Thick-walled cavitary soft tissue mass measuring approximately 8.7 cm
in greatest diameter in the region of the pancreas and duodenum. This
contains gas and contrast and appears to connect to the duodenal
lumen. Mass also produces mass effect upon surrounding structures,
including partial compression of the inferior vena cava. Findings are
highly suggestive of malignancy of either pancreatic or duodenal
origin.

This CT exam was performed using one or more of the following dose
reduction techniques: Automated exposure control, adjustment of mA
and/or KV according to patient size, and/or use of iterative
reconstruction technique.

Electronically signed by:  Dr Derek Dyess, MD on 12/17/2018 10:24 AM

DT: 12/17/2018 10:18 AM    Dictated By: DYESS, DEREK S. MD
DF: 12/17/2018 10:24 AM    Signed By: DYESS, DEREK S. MD


Supporting Provider(s):

Ordering Provider: GEORGE SMITH-VANIZ
Result Copies To:
Attending Doctor: GEORGE SMITH-VANIZ
Referring Doctor:
Consulting Doctor:
Admitting Doctor:
Other Healthcare Provider:

**Lincoln/Lee 1310**

**Labs/Diagnostics - 12/17/2018**

CT, ABDOMEN + PELVIS, W/ CONTRAST for LEE, KATONIA          (49yo F) #2631971
E#2631929

**Lincoln/Lee 1311**

**Labs/Diagnostics - 12/06/2018**

In-house CBC W/ DIFF for LEE, KATONIA          (49yo F) #2631971
E#2631929

In-house CBC W/ DIFF for LEE, KATONIA          (49yo F) #2631971 E#2631929

CBC W/ DIFF (#21263436, 12/06/2018 10:27am, tied to order #21263435 )

| Ordering Provider | George Smith Vaniz, MD | | Performing Lab | ROM_MERIT HEALTH FAMILY MEDICINE CENTRAL 1860 CHADWICK DRIVE SUITE 351 JACKSON MS 39204-3472 | | |
|---|---|---|---|---|---|---|
| Specimen Coll. Location | Office | | Specimen Source | | | |
| Specimen Coll. By | | | Specimen Coll. Date | | | |
| Specimen Notes | | | | | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WBC | 5.7 | 4.5-10.5 | uL | | | |
| LY | 30.4 | 20.5-51.5 | % | | | |
| MO | 2.2 | 1.7-9.3 | % | | | |
| GR | 67.4 | 42.2-75.2 | % | | | |
| LY# | 1.7 | 1.2-3.4 | uL | | | |
| MO# | 0.1 | 0.1-0.6 | uL | | | |
| GR# | 3.8 | 1.4-6.5 | uL | | | |
| RBC | 3.73 | 4.00-6.00 | uL | | | |
| HBG | 10.5 | 11.0-18.0 | g/dL | | | |
| HCT | 34.1 | 35.0-60.0 | % | | | |
| MCV | 91.4 | 80.0-99.9 | fL | | | |
| MCH | 28.0 | 27.0-31.0 | g/dL | | | |
| MCHC | 30.7 | 33.0-37.0 | pg | | | |
| RDW | 14.2 | 11.6-13.7 | % | | | |
| PLT | 120. | 150-450 | uL | | | |
| MPV | 9.7 | 7.8-11.0 | fL | | | |

**Lincoln/Lee 1312**

**Labs/Diagnostics - 12/06/2018**

In-house CMP, SERUM OR PLASMA for LEE, KATONIA          (49yo F) #2631971
E#2631929

## In-house CMP, SERUM OR PLASMA for LEE, KATONIA          (49yo F) #2631971
E#2631929

## CMP, SERUM OR PLASMA (#21263444, 12/06/2018 10:26am, tied to order #21263443 )

| Ordering Provider | George Smith Vaniz, MD | Performing Lab | ROM_MERIT HEALTH FAMILY MEDICINE CENTRAL 1860 CHADWICK DRIVE SUITE 351 JACKSON MS 39204-3472 |
| Specimen Coll. Location | Office | Specimen Source | |
| Specimen Coll. By | | Specimen Coll. Date | |
| Specimen Notes | | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| NA+ | 142 | 128-145 | mmol/L | | | |
| K+ | 4.1 | 3.6-5.1 | mmol/L | | | |
| TCO2 | 26 | 18-33 | mmol/L | | | |
| CL- | 105 | 98-108 | mmol/L | | | |
| GLU | 118 | 73-118 | mg/dL | | | |
| CA | 9.8 | 8.0-10.3 | mg/dL | | | |
| BUN | 10 | 7-22 | mg/dL | | | |
| CRE | 0.9 | 0.6-1.2 | md/dL | | | |
| EGFR | >60 | >60 | mL/min | | | |
| ALP | 68 | 42-141 | U/L | | | |
| ALT | 29 | 10-47 | U/L | | | |
| AST | 31 | 11-38 | U/L | | | |
| TBIL | 0.6 | 0.2-1.6 | mg/dL | | | |
| ALB | 4.1 | 3.3-5.5 | g/dL | | | |
| TP | 7.5 | 6.4-8.1 | g/dL | | | |

**Lincoln/Lee 1313**

**Labs/Diagnostics - 11/08/2018**

PATHOLOGY STUDY for LEE, KATONIA        (49yo F) #2631971
E#2631929

PATHOLOGY STUDY for LEE, KATONIA        (49yo F) #2631971 E#2631929

PATHOLOGY STUDY (#21085534, 11/08/2018)

| Note to Patient | |
|---|---|

**Lincoln/Lee 1314**

Labs/Diagnostics - 11/08/2018

PATHOLOGY STUDY for LEE, KATONIA          (49yo F) #2631971
E#2631929
    From:                    To:Smith-Vaniz   alterna  11/12/2018 12:36    #274 P.002/003

## HubCare Pathology

Kurt G. Kratz, M. D., FCAP, Medical Director
Diplomates of American Board of Pathology

5052 West Fourth Street
Hattiesburg, MS  39402
(601)268-5995

## SURGICAL PATHOLOGY REPORT

### Client : Merit Health - Central

| | | |
|---|---|---|
| Patient Name: **Lee, Katonia** | Pt ID #: 4611137 | Accession #: **S18-19766** |
| DOB:          (Age: 48) | MRN #: 787202 | Removed:   11/8/2018 |
| Gender:      F | Location: | Received:  11/8/2018 |
| Physician(s):  Michael Bookhardt | | Reported:  11/12/2018 |
|               George Smith-Vaniz, GI | | |

### Final Diagnosis
**MICROSCOPIC EXAMINATION AND DIAGNOSIS:**
DUODENAL ULCER BIOPSY:
 - FRAGMENTS OF DUODENAL MUCOSA WITH ULCERATION, GRANULATION TISSUE, AND
FIBRINOPURULENT EXUDATE CONSISTENT WITH ORIGIN FROM ULCER.
 - SEE COMMENT.

COMMENT:  Although no evidence of malignancy is identified, this biopsy consists predominantly of granulation tissue and fibrinopurulent exudate and scant fragments of duodenal mucosa; therefore, recommend additional biopsies to completely exclude neoplasia, if clinically indicated.  Please correlate with clinical and endoscopic findings.

Reading Location:  Merit Health River Oaks – Anatomic Pathology, 1020 River Oaks Drive, Suite 160, Flowood, MS 39232, P(601)936-1137

Unless specified otherwise above, the quality of the H&E and any other special stains performed at HubCare Pathology, PA is satisfactory, and any internal or external controls react appropriately.

Any immunohistochemical, image analysis, and in-situ hybridization tests included in this report that were performed at HubCare Pathology, PA were developed and their performance characteristics determined by HubCare Pathology, PA. They have not been cleared or approved by the U.S. Food and Drug Administration (FDA).  The FDA has determined that such clearance or approval is not necessary.  These tests are used for clinical purposes.  They should not be regarded as investigational or for research.  HubCare Pathology, PA is certified under the Clinical Laboratory Improvement Act of 1988 (CLIA) as qualified to perform high complexity clinical laboratory testing.

***Electronically Signed By Dinesh Rugnath, M.D. on 11/12/2018 10:10:30***
kd/11/12/2018

### Specimen(s) Received
Duodenum, biopsy

### Clinical History
GI bleed                          Bx duodenal ulcer R/O cancer
 ### Gross Description
Surgical Department                                                    Page 1 of 2

*ANATOMICAL PATHOLOGY REPORT*

**Lincoln/Lee 1315**

Labs/Diagnostics - 11/08/2018

PATHOLOGY STUDY for LEE, KATONIA          (49yo F) #2631971
E#2631929
    From:                        To:Smith-Vaniz  alterna  11/12/2018  12:36    #274 P.003/003

    Lee, Katonia                    SURGICAL PATHOLOGY REPORT                S18-19766

    Specimen is received in formalin labeled with the patient's name "Katonia Lee" and "biopsy duodenal
    ulcer rule out cancer" and consists of multiple mucosal biopsies measuring 0.9 x 0.8 x 0.2 cm in
    aggregate, submitted without further sectioning in "A1" for levels.

    pb/11/8/2018/DK

    Surgical Department                                                    Page 2 of 2
                            ANATOMICAL PATHOLOGY REPORT

**Lincoln/Lee 1316**

Records

PATHOLOGY STUDY for LEE, KATONIA
E#2631929
From:

(49yo F) #2631971
To:Smith-Vanik   alterna   11/12/2010 12:54   #274 P.001/003

## HubCare Pathology, P.A.
6052 W. Fourth Street
Hattiesburg, MS 39402

Telephone – 601-261-2587 – Billing
Telephone – 601-268-5995 – Transcription

Fax – 601-261-3201 - Billing
Fax – 601-296-3410 - Transcription

FROM:

[ ]   Kurt Kratz, MD
President
601-268-5950

[ ]   Brenda Carlisle-Guinn
Office Manager/Transcription
601-268-5995

[ ]   Mike Adams
Pathology Assistant
Histology Supervisor
Transportation Director
601-261-5896

[ ]   Kari Kratz, RHIA
Patient Accounts Manager
Accounts Payable/Receivable
601-261-2587

[ ]   Terry Gregg, MBA, SCT, (ASCP)
Cytology Supervisor
601-261-0447

🗵 _Reporting_

_Fax # 601-475-2022_

Date of Fax: _____

Time: _____

To: _____

Company: _____

Fax Number: ( ___ ) _____

Our Fax Number: _____

[ ] Please Deliver ASAP      [ ] Please Confirm Delivery      [ ] #Pages including this sheet _____
Please Call 601-268-5995 if you did not receive all pages indicated.
.....................................................................................

Comments:

Attention: The documents accompanying this facsimile sheet contain information, which is confidential and is intended for the use of the individual or entity named on this sheet. If you are not the intended recipient, be aware that any review, disclosure, copying, distribution, or use of the contents of this transmitted information is prohibited. If you have received this facsimile in error, please notify us by telephone at 601-268-5595 (Collect if Out of Area) immediately so that we can arrange for the retrieval of the original documents at no cost to you.
.....................................................................................

HubCare Use Only:      Transmission Completed at: _____  By: _____

Rev 09/99-bb

**Lincoln/Lee 1317**

Request Corr.

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376



Lincoln
Financial Group

HINDS INTERNAL MEDICINE
1860 CHADWICK DRIIVE, STE 102
ATTN: MEDICAL RECORDS
JACKSON, MS  39204

Jun 4, 2019
**Re: Long Term Disability Benefits**
Claim#  8892419          5378542
Claimant: LEE, KATONIA
Claimant DOB:
Provider Portal:  https://portal.releasepoint.com
Access Key:  TVTZNA

Dear  Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:

**From November 1, 2018 to Present**
records Seen by: Dr. George Smith-Vaniz

We ask that you provide this information within a week of the date of this mailing.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number  (213) 884-4921      or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due.  If you're a hospital, only abstract records are required: admission, history/physical, OP reports, DX summaries, etc.  Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company.  This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
 Anna Cac
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No:  (213) 884-4921

**Lincoln/Lee 1318**

Request Corr.

From WFI Incorporated 1.626.628.9628 Tue Jun  4 10:25:45 2019 MDT Page 2 of 4

 **Lincoln Financial Group®**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)  Katonia Lee

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative  Katonia Lee

Date of Birth: __    _____ Claim Number: 8892419 ____ Date: 5-29-19

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2018

**Lincoln/Lee 1319**

Request Corr.

From WFI Incorporated 1.626.628.9628 Tue Jun  4 10:25:45 2019 MDT Page 3 of 4

 **Lincoln** Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)    Katonia  Lee

Name of legal representative, if applicable (print) _____  Relationship _____

Signature of claimant or legal representative    Katonia Lee

Date of Birth:            Claim Number: __8892419__  Date: __5-29-19__

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.Psychotherapy.2015

**Lincoln/Lee 1320**

Request Corr.



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

11/8/2018

To Whom It May Concern,

Liberty Life Assurance Company of Boston, a Lincoln Financial Group company, authorizes ReleasePoint to act on its behalf for the purpose of obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:
- Electronic mail to: charts@releasepoint.com
- Secure fax to: (415) 491-0277. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

Kathryn Leombruno
Director, Claims Operations
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO  63376

©2016  Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

**Lincoln/Lee 1321**

# Quality Assurance Report

## Request Information

Report Date:   June 20, 2019                    RP ID: **5378542**

Patient Name:   LEE, KATONIA

Provider Name: HINDS INTERNAL MEDICINE

## Quality Assurance Information

Scope Requested: **From November 1, 2018 to Present**

Special Request:
   records Seen by: Dr. George Smith-Vaniz

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:
   Enclosed are all records supplied by medical facility
   for requested dates of service

Chart Reviewed By:  NTUBI

**Lincoln/Lee 1322**

**Medical Record Overview**

ReleasePoint

**Date:**    **June 10, 2019**

**Patient Name:**    LEE, KATONIA

**Records From:**    OCHSNER CANCER CENTER BATON ROUGE    **RP ID:** 5378543

,                                  **Client ID:** 8892419
(225) 761-5410

**Source:** LIBMT7

**Request Scope:** From November 1, 2018 to Present

**Chart Range:**    01/22/2019 - 06/04/2019                **Req By:** B Stockhausen
                                                                          05-290765

**SSN:**

|  |  |  |  | Starts on |
| --- | --- | --- | --- | --- |
| **Classification** | **From** | **To** | **Total** | **Page** |
| Progress Notes | Jan 22 2019 | Jun 4 2019 | 186 | 2 |
| EKG/Cardiology | Jan 23 2019 | Jan 31 2019 | 4 | 188 |
| Labs/Diagnostics | Jan 23 2019 | May 25 2019 | 75 | 192 |
| Consultations | Jan 23 2019 | Feb 27 2019 | 27 | 267 |
| Other Records |  |  | 7 | 294 |
| Request Corr. |  |  | 5 | 301 |

**Total Page Count:**    304

**Notes From QC:**

Enclosed are all records supplied by medical facility for requested dates of service

**Lincoln/Lee 1323**

**Progress Notes - 06/04/2019**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008774927 |
| Continuity of Care | Adm: 6/4/2019 |

### Admission Information

| | | | | |
|---|---|---|---|---|
| Arrival Date/Time: | | Admit Date/Time: | 06/04/2019 1130 | IP Adm. Date/Time: |
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: |
| Means of Arrival: | | Primary Service: | Radiology | Secondary Service: N/A |
| Transfer Source: | | Service Area: | OCHSNER SERVICE AREA | Unit: Ochsner Medical Center - BR |
| Admit Provider: | | Attending Provider: | Long H. Dang, MD | Referring Provider: Long H. Dang, MD |

### Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 06/04/2019 2359 | Home Or Self Care | None | None | Ochsner Medical Center - BR |

**Hospital Problem List** as of 6/4/2019      Reviewed: **5/25/2019 by Michael C Hogan, NP**

None

**Non-Hospital Problem List** as of 6/4/2019      Reviewed: **5/25/2019 by Michael C Hogan, NP**

| | Codes | Last Modified |
|---|---|---|
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | 1/26/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | 1/31/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | 2/1/2019 |
| **Elevated LFTs** | ICD-10-CM: R94.5<br>ICD-9-CM: 790.6 | 2/1/2019 |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.80 | 2/11/2019 |
| RESOLVED: Pain | ICD-10-CM: R52<br>ICD-9-CM: 780.96 | 2/27/2019 |
| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | 3/1/2019 |
| **Anemia** | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | 3/1/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81<br>ICD-9-CM: 288.00, 780.61 | 3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0<br>ICD-9-CM: 112.0 | 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | 3/1/2019 |
| **Biliary obstruction** | ICD-10-CM: K83.1<br>ICD-9-CM: 576.2 | 4/30/2019 |
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | 5/26/2019 |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90<br>ICD-9-CM: 042, 202.80 | 5/26/2019 |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | 5/26/2019 |
| RESOLVED: Chest pain | ICD-10-CM: R07.9<br>ICD-9-CM: 786.50 | 5/26/2019 |
| RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9<br>ICD-9-CM: 285.9 | 5/26/2019 |

## History & Physicals

**Lincoln/Lee 1324**

**Progress Notes - 06/04/2019**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:        Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008774927 |
| Continuity of Care | Adm: 6/4/2019 |

## History & Physicals (continued)

**H&P (View-Only) by Long H. Dang, MD at 6/3/2019  8:40 AM**

| | | |
|---|---|---|
| Author: Long H. Dang, MD | Service: — | Author Type: Physician |
| Filed: 6/3/2019  9:23 AM | Status: Signed | |
| Editor: Long H. Dang, MD (Physician) | | |

### Subjective:

Patient ID: Katonia Lee is a 49 y.o. female.

Chief Complaint: Lymphoma related to acquired immunodeficiency syndrome (AIDS) [B20, C85.90]
HPI: We have an opportunity to see Ms. Katonia Lee in Hematology Oncology clinic at Ochsner Medical Center on 06/03/2019. Ms. Katonia Lee is a 49 y.o. AIDS-related DLBCL s/p 5 cycles of RCHOP, s/p 4 IT MTX.  Did well with last cycle except for fatigue due to anemia, was given transfusion.

**Lymphoma related to acquired immunodeficiency syndrome (AIDS)**

| 1/21/2019 | Initial Diagnosis |
|---|---|
| | Lymphoma related to acquired immunodeficiency syndrome (AIDS) |

| 1/31/2019 - | **Chemotherapy** |
|---|---|
| | Treatment Summary |
| | Plan Name: OP RITUXIMAB Q3M (MAINTENANCE) |

Treatment Goal: Palliative
Status: Inactive
Start Date: 1/27/2019
End Date: 1/27/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride 0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous, Clinic/HOD 1 time, 1 of 2 cycles
Administration: 664 mg (1/27/2019)

Plan Name: R-EPOCH INPATIENT
Treatment Goal: Curative
Status: Inactive
Start Date: 1/31/2019
End Date: 1/31/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg, Intravenous, Every 24 hours (non-standard times), 1 of 4 cycles
Administration: 1,270 mg (1/31/2019)

riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time, 0 of 3 cycles

DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine (ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, ,

Generated on 6/7/19 10:41 AM                                                                 Page 263

**Lincoln/Lee 1325**

**Progress Notes - 06/04/2019**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008774927 |
| Continuity of Care | Adm: 6/4/2019 |

### History & Physicals (continued)

**H&P (View-Only) by Long H. Dang, MD at 6/3/2019  8:40 AM (continued)**

Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles

Plan Name: OP R-CHOP Q3W
Treatment Goal: Curative
Status: Active
Start Date: 2/18/2019
End Date: 6/3/2019 (Planned)
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: DOXOrubicin chemo injection 20 mg, 12.5 mg/m2 = 20 mg (25
% of original dose 50 mg/m2), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Dose modification: 12.5 mg/m2 (25 % of original dose 50 mg/m2, Cycle 1,
Reason: Original Dose Changed)
Administration: 20 mg (2/18/2019), 20 mg (3/11/2019)

vinCRIStine (ONCOVIN) 2 mg in sodium chloride 0.9% 50 mL chemo infusion, 2
mg (100 % of original dose 2 mg), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Dose modification: 2 mg (original dose 2 mg, Cycle 1, Reason: MD Discretion,
Comment: capping vincristine at 2 mg)
Administration: 2 mg (2/18/2019), 2 mg (3/11/2019)

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,180 mg in sodium chloride 0.9%
309 mL chemo infusion, 750 mg/m2 = 1,180 mg, Intravenous, Clinic/HOD 1 time,
2 of 6 cycles
Administration: 1,180 mg (2/18/2019), 1,210 mg (3/11/2019)

methotrexate (PF) 6 mg in sodium chloride 0.9% (NORMAL SALINE FLUSH) 3
mL INTRATHECAL chemo injection, , Intrathecal, Clinic/HOD 1 time, 0 of 4
cycles

**B-cell lymphoma**

**Chemotherapy**
Treatment Summary
Plan Name: OP RITUXIMAB Q3M (MAINTENANCE)
Treatment Goal: Palliative
Status: Inactive
Start Date: 1/27/2019
End Date: 1/27/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride
0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous,
Clinic/HOD 1 time, 1 of 2 cycles
Administration: 664 mg (1/27/2019)

Plan Name: R-EPOCH INPATIENT

**Lincoln/Lee 1326**

**Progress Notes - 06/04/2019**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:         Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008774927 |
| Continuity of Care | Adm: 6/4/2019 |

## History & Physicals (continued)

**H&P (View-Only) by Long H. Dang, MD at 6/3/2019  8:40 AM (continued)**

Treatment Goal: Curative
Status: Inactive
Start Date: 1/31/2019
End Date: 1/31/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg, Intravenous, Every 24 hours (non-standard times), 1 of 4 cycles
Administration: 1,270 mg (1/31/2019)

riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time, 0 of 3 cycles

DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine (ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, , Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles

Plan Name: OP R-CHOP Q3W
Treatment Goal: Curative
Status: Active
Start Date: 2/1/2019 (Planned)
End Date: 5/17/2019 (Planned)
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: DOXOrubicin chemo injection 84 mg, 50 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

vinCRIStine (ONCOVIN) 2.4 mg in sodium chloride 0.9% 50 mL chemo infusion, 1.4 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 250 mL chemo infusion, 750 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

riTUXimab (RITUXAN) 375 mg/m2 = 634 mg in sodium chloride 0.9% 634 mL infusion (conc: 1 mg/mL), 375 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

Past Medical History:

| Diagnosis | Date |
|---|---|
| • B-cell lymphoma | 1/22/2019 |
| • Biliary stricture | |
| • Cancer | |
| *lymphoma]* | |

Generated on 6/7/19 10:41 AM

**Lincoln/Lee 1327**

**Progress Notes - 06/04/2019**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008774927 |
| Continuity of Care | Adm: 6/4/2019 |

### History & Physicals (continued)

**H&P (View-Only) by Long H. Dang, MD at 6/3/2019  8:40 AM (continued)**

- Diffuse large B cell lymphoma of duodenum and pancreas                    1/21/2019
- Encounter for blood transfusion
- HIV (human immunodeficiency virus infection)
- Hypertension
- Jaundice
- Stomach ulcer
  *bleeding*

Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Paternal Grandmother | |
| • Heart disease | Mother | |

Social History

Socioeconomic History
- Marital status:           Unknown
    Spouse name:         Not on file
- Number of children:    Not on file
- Years of education:     Not on file
- Highest education level:  Not on file

Occupational History
- Not on file

Social Needs
- Financial resource strain:  Not on file
- Food insecurity:
    Worry:                Not on file
    Inability:             Not on file
- Transportation needs:
    Medical:              Not on file
    Non-medical:          Not on file

Tobacco Use
- Smoking status:         Never Smoker
- Smokeless tobacco:     Never Used

Substance and Sexual Activity
- Alcohol use:            No
    Frequency:           Never
- Drug use:              No
- Sexual activity:        Not on file

Lifestyle
- Physical activity:
    Days per week:        Not on file
    Minutes per session:  Not on file
- Stress:                Not on file

Relationships
- Social connections:
    Talks on phone:       Not on file
    Gets together:        Not on file
    Attends religious service:  Not on file
    Active member of club or   Not on file

**Lincoln/Lee 1328**

**Progress Notes - 06/04/2019**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB: |
| Baton Rouge LA 70816 | Acct #: 72008774927 |
| Continuity of Care | Adm: 6/4/2019 |

Sex: F

## History & Physicals (continued)

**H&P (View-Only) by Long H. Dang, MD at 6/3/2019 8:40 AM (continued)**

organization:
Attends meetings of clubs    Not on file
or organizations:
Relationship status:    Not on file

Other Topics    Concern
• Not on file

Social History Narrative
• Not on file

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • CESAREAN SECTION | | |
| • ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY) *Performed by Janak N. Shah, MD at NOMH ENDO (2ND FLR)* | Left | 4/30/2019 |
| • ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY) *Performed by Janak N. Shah, MD at NOMH ENDO (2ND FLR)* | N/A | 1/25/2019 |
| • ESOPHAGOGASTRODUODENOSCOPY | | |
| • INSERTION, VENOUS ACCESS PORT *Performed by Kyle A Jakob, MD at BRMH OR* | Left | 2/11/2019 |

Current Outpatient Medications

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • allopurinol (ZYLOPRIM) 300 MG tablet | Take 1 tablet (300 mg total) by mouth once daily. (Patient taking differently: Take 300 mg by mouth every morning. ) | 30 tablet | 1 |
| • amLODIPine (NORVASC) 5 MG tablet | Take 5 mg by mouth once daily. | | |
| • bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet | Take 1 tablet by mouth once daily. (Patient taking differently: Take 1 tablet by mouth once daily. ) | 30 tablet | 4 |
| • citalopram (CELEXA) 20 MG tablet | Take 20 mg by mouth once daily. | | |
| • ferrous gluconate 324 mg (37.5 mg iron) Tab | Take 1 tablet by mouth once daily. | | |
| • metoprolol tartrate (LOPRESSOR) 50 MG tablet | Take 50 mg by mouth 2 (two) times daily. | | |
| • ondansetron (ZOFRAN-ODT) 8 MG TbDL | Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). | 60 tablet | 1 |
| • oxyCODONE (ROXICODONE) 5 MG immediate release tablet | Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain. | 60 tablet | 0 |

Generated on 6/7/19 10:41 AM

**Lincoln/Lee 1329**

**Progress Notes - 06/04/2019**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008774927 |
| Continuity of Care | Adm: 6/4/2019 |

## History & Physicals (continued)

**H&P (View-Only) by Long H. Dang, MD at 6/3/2019 8:40 AM (continued)**

| | | | |
|---|---|---|---|
| • prochlorperazine (COMPAZINE) 10 MG tablet | Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (nausea). | 60 tablet | 1 |
| • promethazine (PHENERGAN) 25 MG tablet | Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. | 60 tablet | 1 |
| • sulfamethoxazole-trimethoprim 800-160mg (BACTRIM DS) 800-160 mg Tab | Take 1 tablet by mouth once daily. | 30 tablet | 1 |
| • zolpidem (AMBIEN) 5 MG Tab | Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). | 30 tablet | 1 |

No current facility-administered medications for this visit.

## Labs:

Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 2.24 (L) | 06/03/2019 |
| HGB | 10.5 (L) | 06/03/2019 |
| HCT | 33.3 (L) | 06/03/2019 |
| MCV | 100 (H) | 06/03/2019 |
| PLT | 193 | 06/03/2019 |

**BMP**

Lab Results

| Component | Value | Date |
|---|---|---|
| NA | 143 | 06/03/2019 |
| K | 3.9 | 06/03/2019 |
| CL | 106 | 06/03/2019 |
| CO2 | 28 | 06/03/2019 |
| BUN | 11 | 06/03/2019 |
| CREATININE | 1.0 | 06/03/2019 |
| CALCIUM | 9.9 | 06/03/2019 |
| ANIONGAP | 9 | 06/03/2019 |
| ESTGFRAFRICA | >60 | 06/03/2019 |
| EGFRNONAA | >60 | 06/03/2019 |

Lab Results

| Component | Value | Date |
|---|---|---|
| ALT | 6 (L) | 06/03/2019 |
| AST | 21 | 06/03/2019 |
| ALKPHOS | 79 | 06/03/2019 |
| BILITOT | 0.3 | 06/03/2019 |

No results found for: IRON, TIBC, FERRITIN, SATURATEDIRO

| | |
|---|---|
| Generated on 6/7/19 10:41 AM | Page 268 |

**Lincoln/Lee 1330**

**Progress Notes - 06/04/2019**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008774927 |
| Continuity of Care | Adm: 6/4/2019 |

### History & Physicals (continued)

**H&P (View-Only) by Long H. Dang, MD at 6/3/2019 8:40 AM (continued)**

No results found for: VITAMINB12
No results found for: FOLATE
Lab Results

| Component | Value | Date |
|---|---|---|
| TSH | 1.014 | 01/23/2019 |

I have reviewed the radiology reports and examined the scan/xray images.

Review of Systems
Constitutional: Negative.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Negative.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative.
Hematological: Negative.
Psychiatric/Behavioral: Negative.

ECOG SCORE
   0 - Fully active-able to carry on all pre-disease performance without restriction

**Objective:**

Vitals:

|  | 06/03/19 0533 |
|---|---|
| BP: | (!) 174/98 |
| Pulse: | (!) 53 |
| Temp: | 98.2 °F (36.8 °C) |

Body mass index is 22.86 kg/m².
Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae and EOM are normal.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. Bowel sounds are normal.

| | |
|---|---|
| Generated on 6/7/19 10:41 AM | Page 269 |

**Lincoln/Lee 1331**

**Progress Notes - 06/04/2019**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:              Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008774927 |
| Continuity of Care | Adm: 6/4/2019 |

## History & Physicals (continued)

**H&P (View-Only) by Long H. Dang, MD at 6/3/2019  8:40 AM (continued)**

Musculoskeletal: Normal range of motion.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.
Nursing note and vitals reviewed.

### Assessment:

1.    **Lymphoma related to acquired immunodeficiency syndrome (AIDS)**

### Plan:

**Lymphoma related to acquired** immunodeficiency syndrome (AIDS)
Will give cycle 6 RCHOP, and 5th treatment IT MTX today.
Will plan for 1 more cycle of RCHOP, as first 2 cycles were significantly dose reduced, and 6th treatment IT MTX in 3 weeks
   -    Comprehensive metabolic panel; Future; Expected date: 06/24/2019
   -    CBC auto differential; Future; Expected date: 06/24/2019

Electronically signed by Long H. Dang, MD on 6/3/2019  9:23 AM

**Interval H&P Note by Case Rappelet, PA at 6/4/2019 12:08 PM**

| | | |
|---|---|---|
| Author:  Case Rappelet, PA | Service:  Radiology | Author Type:  Physician Assistant |
| Filed:  6/4/2019 12:08 PM | Status:  Signed | |
| Editor:  Case Rappelet, PA (Physician Assistant) | | Cosigner:  David S. Kirsch, MD at 6/4/2019 12:30 PM |

The patient has been examined and the H&P has been reviewed:

I concur with the findings and no changes have occurred since H&P was written.

There are no hospital problems to display for this patient.

Electronically signed by David S. Kirsch, MD on 6/4/2019 12:30 PM
**Source Note**

| | | |
|---|---|---|
| Author:  Long H. Dang, MD | Service:  — | Author Type:  Physician |
| Filed:  6/3/2019  9:23 AM | Status:  Signed | |
| Editor:  Long H. Dang, MD (Physician) | | |

| | |
|---|---|
| Generated on 6/7/19 10:41 AM | Page 270 |

**Lincoln/Lee 1332**

**Progress Notes - 06/04/2019**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:            Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008774927 |
| Continuity of Care | Adm: 6/4/2019 |

## History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 6/4/2019 12:08 PM (continued)**

### Subjective:

**Patient ID:** Katonia Lee is a 49 y.o. female.

**Chief Complaint:** Lymphoma related to acquired immunodeficiency syndrome (AIDS) [B20, C85.90]
HPI: We have an opportunity to see Ms. Katonia Lee in Hematology Oncology clinic at Ochsner Medical Center on 06/03/2019. Ms. Katonia Lee is a 49 y.o. AIDS-related DLBCL s/p 5 cycles of RCHOP, s/p 4 IT MTX. Did well with last cycle except for fatigue due to anemia, was given transfusion.

**Lymphoma related to acquired immunodeficiency syndrome (AIDS)**

| | |
|---|---|
| 1/21/2019 | **Initial Diagnosis**<br>Lymphoma related to acquired immunodeficiency syndrome (AIDS) |

| | |
|---|---|
| 1/31/2019 - | **Chemotherapy**<br>Treatment Summary<br>Plan Name: OP RITUXIMAB Q3M (MAINTENANCE)<br>Treatment Goal: Palliative<br>Status: Inactive<br>Start Date: 1/27/2019<br>End Date: 1/27/2019<br>Provider: Ronald D. Delrie Jr., MD<br>Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride 0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous, Clinic/HOD 1 time, 1 of 2 cycles<br>Administration: 664 mg (1/27/2019)<br><br>Plan Name: R-EPOCH INPATIENT<br>Treatment Goal: Curative<br>Status: Inactive<br>Start Date: 1/31/2019<br>End Date: 1/31/2019<br>Provider: Ronald D. Delrie Jr., MD<br>Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg, Intravenous, Every 24 hours (non-standard times), 1 of 4 cycles<br>Administration: 1,270 mg (1/31/2019)<br><br>riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time, 0 of 3 cycles<br><br>DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine (ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, , Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles<br><br>Plan Name: OP R-CHOP Q3W |

**Lincoln/Lee 1333**

**Progress Notes - 06/04/2019**

BRMH XRAY                                  Lee, Katonia
17000 Medical Center Dr                    MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                       Acct #: 72008774927
Continuity of Care                         Adm: 6/4/2019

## History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 6/4/2019 12:08 PM (continued)**

Treatment Goal: Curative
Status: Active
Start Date: 2/18/2019
End Date: 6/3/2019 (Planned)
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: DOXOrubicin chemo injection 20 mg, 12.5 mg/m2 = 20 mg (25 % of original dose 50 mg/m2), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Dose modification: 12.5 mg/m2 (25 % of original dose 50 mg/m2, Cycle 1, Reason: Original Dose Changed)
Administration: 20 mg (2/18/2019), 20 mg (3/11/2019)

vinCRIStine (ONCOVIN) 2 mg in sodium chloride 0.9% 50 mL chemo infusion, 2 mg (100 % of original dose 2 mg), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Dose modification: 2 mg (original dose 2 mg, Cycle 1, Reason: MD Discretion, Comment: capping vincristine at 2 mg)
Administration: 2 mg (2/18/2019), 2 mg (3/11/2019)

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,180 mg in sodium chloride 0.9% 309 mL chemo infusion, 750 mg/m2 = 1,180 mg, Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Administration: 1,180 mg (2/18/2019), 1,210 mg (3/11/2019)

methotrexate (PF) 6 mg in sodium chloride 0.9% (NORMAL SALINE FLUSH) 3 mL INTRATHECAL chemo injection, , Intrathecal, Clinic/HOD 1 time, 0 of 4 cycles

**B-cell lymphoma**

Chemotherapy
Treatment Summary
Plan Name: OP RITUXIMAB Q3M (MAINTENANCE)
Treatment Goal: Palliative
Status: Inactive
Start Date: 1/27/2019
End Date: 1/27/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride 0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous, Clinic/HOD 1 time, 1 of 2 cycles
Administration: 664 mg (1/27/2019)

Plan Name: R-EPOCH INPATIENT
Treatment Goal: Curative
Status: Inactive
Start Date: 1/31/2019

**Lincoln/Lee 1334**

**Progress Notes - 06/04/2019**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008774927 |
| Continuity of Care | Adm: 6/4/2019 |

## History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 6/4/2019 12:08 PM (continued)**

End Date: 1/31/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg, Intravenous, Every 24 hours (non-standard times), 1 of 4 cycles
Administration: 1,270 mg (1/31/2019)

riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time, 0 of 3 cycles

DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine (ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles

Plan Name: OP R-CHOP Q3W
Treatment Goal: Curative
Status: Active
Start Date: 2/1/2019 (Planned)
End Date: 5/17/2019 (Planned)
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: DOXOrubicin chemo injection 84 mg, 50 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

vinCRIStine (ONCOVIN) 2.4 mg in sodium chloride 0.9% 50 mL chemo infusion, 1.4 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 250 mL chemo infusion, 750 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

riTUXimab (RITUXAN) 375 mg/m2 = 634 mg in sodium chloride 0.9% 634 mL infusion (conc: 1 mg/mL), 375 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

Past Medical History:

| Diagnosis | Date |
|---|---|
| • B-cell lymphoma | 1/22/2019 |
| • Biliary stricture | |
| • Cancer *lymphoma]* | |
| • Diffuse large B cell lymphoma of duodenum and pancreas | 1/21/2019 |
| • Encounter for blood transfusion | |
| • HIV (human immunodeficiency virus infection) | |

Generated on 6/7/19 10:41 AM                                                                 Page 273

**Lincoln/Lee 1335**

**Progress Notes - 06/04/2019**

BRMH XRAY
17000 Medical Center Dr
Baton Rouge LA 70816
Continuity of Care

Lee, Katonia
MRN: 2325810, DOB:
Acct #: 72008774927
Adm: 6/4/2019

Sex: F

## History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 6/4/2019 12:08 PM (continued)**

- Hypertension
- Jaundice
- Stomach ulcer
  *bleeding*

Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| Cancer | Paternal Grandmother | |
| Heart disease | Mother | |

Social History

Socioeconomic History
- Marital status: Unknown
  - Spouse name: Not on file
- Number of children: Not on file
- Years of education: Not on file
- Highest education level: Not on file

Occupational History
- Not on file

Social Needs
- Financial resource strain: Not on file
- Food insecurity:
  - Worry: Not on file
  - Inability: Not on file
- Transportation needs:
  - Medical: Not on file
  - Non-medical: Not on file

Tobacco Use
- Smoking status: Never Smoker
- Smokeless tobacco: Never Used

Substance and Sexual Activity
- Alcohol use: No
  - Frequency: Never
- Drug use: No
- Sexual activity: Not on file

Lifestyle
- Physical activity:
  - Days per week: Not on file
  - Minutes per session: Not on file
- Stress: Not on file

Relationships
- Social connections:
  - Talks on phone: Not on file
  - Gets together: Not on file
  - Attends religious service: Not on file
  - Active member of club or organization: Not on file
  - Attends meetings of clubs or organizations: Not on file

Generated on 6/7/19 10:41 AM

Page 274

**Lincoln/Lee 1336**

**Progress Notes - 06/04/2019**

| BRMH XRAY | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008774927 | |
| Continuity of Care | Adm: 6/4/2019 | |

## History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 6/4/2019 12:08 PM (continued)**

Relationship status:    Not on file

Other Topics    Concern
- Not on file

Social History Narrative
- Not on file

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • CESAREAN SECTION | | |
| • ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY) <br> *Performed by Janak N. Shah, MD at NOMH ENDO (2ND FLR)* | Left | 4/30/2019 |
| • ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY) <br> *Performed by Janak N. Shah, MD at NOMH ENDO (2ND FLR)* | N/A | 1/25/2019 |
| • ESOPHAGOGASTRODUODENOSCOPY | | |
| • INSERTION, VENOUS ACCESS PORT <br> *Performed by Kyle A Jakob, MD at BRMH OR* | Left | 2/11/2019 |

Current Outpatient Medications

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • allopurinol (ZYLOPRIM) 300 MG tablet | Take 1 tablet (300 mg total) by mouth once daily. (Patient taking differently: Take 300 mg by mouth every morning. ) | 30 tablet | 1 |
| • amLODIPine (NORVASC) 5 MG tablet | Take 5 mg by mouth once daily. | | |
| • bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet | Take 1 tablet by mouth once daily. (Patient taking differently: Take 1 tablet by mouth once daily. ) | 30 tablet | 4 |
| • citalopram (CELEXA) 20 MG tablet | Take 20 mg by mouth once daily. | | |
| • ferrous gluconate 324 mg (37.5 mg iron) Tab | Take 1 tablet by mouth once daily. | | |
| • metoprolol tartrate (LOPRESSOR) 50 MG tablet | Take 50 mg by mouth 2 (two) times daily. | | |
| • ondansetron (ZOFRAN-ODT) 8 MG TbDL | Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). | 60 tablet | 1 |
| • oxyCODONE (ROXICODONE) 5 MG immediate release tablet | Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain. | 60 tablet | 0 |
| • prochlorperazine (COMPAZINE) 10 MG tablet | Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed | 60 tablet | 1 |

**Lincoln/Lee 1337**

**Progress Notes - 06/04/2019**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008774927 |
| Continuity of Care | Adm: 6/4/2019 |

### History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 6/4/2019 12:08 PM (continued)**

| | | | |
|---|---|---|---|
| (nausea). | | | |
| • promethazine (PHENERGAN) 25 MG tablet | Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. | 60 tablet | 1 |
| • sulfamethoxazole-trimethoprim 800-160mg (BACTRIM DS) 800-160 mg Tab | Take 1 tablet by mouth once daily. | 30 tablet | 1 |
| • zolpidem (AMBIEN) 5 MG Tab | Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). | 30 tablet | 1 |

No current facility-administered medications for this visit.

**Labs:**

Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 2.24 (L) | 06/03/2019 |
| HGB | 10.8 (L) | 06/03/2019 |
| HCT | 33.8 (L) | 06/03/2019 |
| MCV | 100 (H) | 06/03/2019 |
| PLT | 193 | 06/03/2019 |

**BMP**

Lab Results

| Component | Value | Date |
|---|---|---|
| NA | 143 | 06/03/2019 |
| K | 3.9 | 06/03/2019 |
| CL | 106 | 06/03/2019 |
| CO2 | 28 | 06/03/2019 |
| BUN | 11 | 06/03/2019 |
| CREATININE | 1.0 | 06/03/2019 |
| CALCIUM | 9.9 | 06/03/2019 |
| ANIONGAP | 9 | 06/03/2019 |
| ESTGFRAFRICA | >60 | 06/03/2019 |
| EGFRNONAA | >60 | 06/03/2019 |

Lab Results

| Component | Value | Date |
|---|---|---|
| ALT | 8 (L) | 06/03/2019 |
| AST | 21 | 06/03/2019 |
| ALKPHOS | 79 | 06/03/2019 |
| BILITOT | 0.3 | 06/03/2019 |

No results found for: IRON, TIBC, FERRITIN, SATURATEDIRO
No results found for: VITAMINB12
No results found for: FOLATE
Lab Results

**Lincoln/Lee 1338**

**Progress Notes - 06/04/2019**

| BRMH XRAY | Lee, Katonia |
|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB:        Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008774927 |
| Continuity of Care | Adm: 6/4/2019 |

### History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 6/4/2019 12:08 PM (continued)**

| Component | Value | Date |
|---|---|---|
| TSH | 1.014 | 01/23/2019 |

I have reviewed the radiology reports and examined the scan/xray images.

Review of Systems
Constitutional: Negative.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Negative.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative.
Hematological: Negative.
Psychiatric/Behavioral: Negative.

ECOG SCORE
   0 - Fully active-able to carry on all pre-disease performance without restriction

### Objective:

Vitals:
                              06/03/19 0833
BP:              (!) 174/98
Pulse:           (!) 53
Temp:            98.2 °F (36.8 °C)
Body mass index is 22.86 kg/m².
Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae and EOM are normal.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. Bowel sounds are normal.
Musculoskeletal: Normal range of motion.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.

| Generated on 6/7/19 10:41 AM | Page 277 |
|---|---|

**Lincoln/Lee 1339**

**Progress Notes - 06/04/2019**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008774927 |
| Continuity of Care | Adm: 6/4/2019 |

## History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 6/4/2019 12:08 PM (continued)**

Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.
Nursing note and vitals reviewed.

### Assessment:

1.  **Lymphoma related to acquired immunodeficiency syndrome (AIDS)**

### Plan:

**Lymphoma related to acquired** immunodeficiency syndrome (AIDS)
Will give cycle 6 RCHOP, and 5th treatment IT MTX today.
Will plan for 1 more cycle of RCHOP, as first 2 cycles were significantly dose reduced, and 6th treatment IT MTX in 3 weeks
-    Comprehensive metabolic panel; Future; Expected date: 06/24/2019
-    CBC auto differential; Future; Expected date: 06/24/2019

Electronically signed by Long H. Dang, MD on 6/3/2019  9:23 AM

## Discharge Summaries

**Discharge Summary by Case Rappelet, PA at 6/4/2019  1:11 PM**

| | | |
|---|---|---|
| Author:  Case Rappelet, PA | Service:  Radiology | Author Type:  Physician Assistant |
| Filed:  6/4/2019  1:12 PM | Status:  Signed | |
| Editor:  Case Rappelet, PA (Physician Assistant) | | Cosigner:  David S. Kirsch, MD at 6/4/2019  1:54 PM |

FT: 0.3 mins

Pre Op Diagnosis: lymphoma

Post Op Diagnosis: same

Procedure:  Intrathecal chemotherapy

Procedure performed by: Kirsch MD, Rappelet PA-C

Written Informed Consent Obtained: Yes

| | |
|---|---|
| Generated on 6/7/19 10:41 AM | Page 278 |

**Lincoln/Lee 1340**

**Progress Notes - 06/04/2019**

BRMH XRAY                                    Lee, Katonia
17000 Medical Center Dr                      MRN: 2325810, DOB:            Sex: F
Baton Rouge LA 70816                         Acct #: 72008774927
Continuity of Care                           Adm: 6/4/2019

### Discharge Summaries (continued)

**Discharge Summary by Case Rappelet, PA at 6/4/2019 1:11 PM (continued)**

Specimen Removed:  no

Estimated Blood Loss:  minimal

Findings: Local anesthesia and moderate sedation were used.

The patient tolerated the procedure well and there were no complications.

Sterile technique was performed in the lower back, lidocaine was used as a local anesthetic.  22 g 3.5 inch needle to L4-5, Intrathecal methotrexate as prescribed by ordering physician.  Pt tolerated the procedure well without immediate complications.  Please see radiologist report for details. F/u with PCP and/or ordering physician.

Electronically signed by David S. Kirsch, MD on 6/4/2019  1:54 PM

### Radiology Results

| Fl Chemo Administration Intrathecal With LP [430292514] | Resulted: 06/04/19 1332, Result status: Final result |
|---|---|

Resulted by:  David S. Kirsch, MD            Performed:  06/04/19 1220 - 06/04/19 1321
Accession number:  29749522                  Resulting lab:  MMODEL FLUENCY
Narrative:
EXAMINATION:
FL CHEMO ADMINISTRATION INTRATHECAL WITH LP

CLINICAL HISTORY:
Human immunodeficiency virus (HIV) disease

COMPARISON:
5/14/19

Impression:
FINDINGS/
Procedure, indications, and risks of procedure (including headache, bleeding, infection, pain, seizure, CSF leak, nerve injury/paralysis)discussed with patient and written informed consent was obtained.

Under usual sterile conditions and local anesthetic utilizing lidocaine 1% anesthetic a 22 gauge 3.5 inch spinal needle was advanced into the subarachnoid space at the L4-5 interspace.

Opening pressure not obtained.

Intrathecal methotrexate was administered.

Procedure was very well tolerated by the patient with no immediate complications.  Post procedure instructions discussed with patient.

Flouro time of 0.9 sec.  Total 1 image obtained.

Impression

Successful fluoroscopically guided lumbar puncture and intrathecal methotrexate administration.

| Generated on 6/7/19 10:41 AM | Page 279 |
|---|---|

**Lincoln/Lee 1341**

**Progress Notes - 06/04/2019**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008774927 |
| Continuity of Care | Adm: 6/4/2019 |

### Radiology Results (continued)

Fl Chemo Administration Intrathecal With LP [430292514] (continued)          Resulted: 06/04/19 1332, Result status: Final result

Electronically signed by:   David Kirsch, MD
Date:                                06/04/2019
Time:                                13:32

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 396 - FFI | MMODEL FLUENCY | n/a | n/a | 01/15/18 0931 - Present |

**Lincoln/Lee 1342**

**Progress Notes - 06/04/2019**

BRMH XRAY                                  Lee, Katonia
17000 Medical Center Dr                    MRN: 2325810, DOB:            Sex: F
Baton Rouge LA 70816                       Acct #: 72008774927
Continuity of Care                         Adm: 6/4/2019

| Discharge Instructions | | | | Lee, Katonia (MR # 2325810) |
| --- | --- | --- | --- | --- |
| Date | Status | User | User Type | Discharge Note |
| 06/04/19 1323 | Reviewed | Brittanie Myers, RN | Registered Nurse | Original |
| Note: | | | | |

## Normal Lumbar Puncture



You have had a lumbar puncture. This test is also called a spinal tap. Your test results were normal. This means that you do not have any sign of infection or any other abnormality in your spinal fluid. It will be safe for you to go home.

**Home care**

Follow these tips when caring for yourself at home:

- Once at home, rest as directed by your healthcare provider.
- You may develop a headache that will normally go away on its own in 1 to 2 days. You should find relief from this pain if you lie down.
- You may also use acetaminophen or ibuprofen for pain relief, unless another medicine was prescribed. Note: If you have chronic liver or kidney disease, talk with your healthcare provider before taking these medicines. Also talk with your provider if you've had a stomach ulcer or gastrointestinal bleeding. Don't give aspirin to anyone younger than 18 years old who is ill with a fever. It may cause severe liver damage.

**Follow-up care**

Follow up with your healthcare provider, or as advised.

**When to seek medical advice**

Call your healthcare provider right away if any of these occur:

- Head or neck pain that does not go away or gets worse
- You feel less alert or have difficulty waking up
- Repeated nausea or vomiting
- Swelling, pain, bruising or redness at the puncture site

Generated on 6/7/19 10:41 AM                                              Page 281

**Lincoln/Lee 1343**

**Progress Notes - 06/04/2019**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:        Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008774927 |
| Continuity of Care | Adm: 6/4/2019 |

- Fever of 104.0°F or higher, or as advised

**Date Last Reviewed:** 8/1/2016

© 2000-2017 The StayWell Company, LLC. 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

Electronically signed by Brittanie Myers, RN at 6/4/2019  1:23 PM

## END OF REPORT

**Lincoln/Lee 1344**

**Progress Notes - 05/26/2019**

| | |
|---|---|
| BRMH TELEMETRY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008729086 |
| Continuity of Care | Adm: 5/25/2019 |

## History & Physicals (continued)

**H&P by Michael C. Hogan, NP at 5/25/2019  6:43 PM (continued)**

| | Ordered |
|---|---|
| | 1807 |
| **Place sequential compression device**  Until discontinued | 05/25/19 |
| | 1807 |

**Michael C Hogan, NP**
**Department of Hospital Medicine**
**Ochsner Medical Center - BR**

Electronically signed by Christopher J. Mesa, MD on 5/25/2019  6:50 PM

## Discharge Summaries

**Discharge Summary by Christopher J. Mesa, MD at 5/26/2019 10:40 AM**

| | | |
|---|---|---|
| Author:  Christopher J. Mesa, MD | Service:  Hospital Medicine | Author Type:  Physician |
| Filed:  5/26/2019 10:40 AM | Status:  Signed | |
| Editor:  Christopher J. Mesa, MD (Physician) | | |

### Ochsner Medical Center - BR
### Hospital Medicine
### Discharge Summary

**Patient Name:** Katonia Lee
**MRN:** 2325810
**Admission Date:** 5/25/2019
**Hospital Length of Stay:** 0 days
**Discharge Date and Time:**  05/26/2019 10:40 AM
**Attending Physician:** Christopher J. Mesa, MD
**Discharging Provider:** Christopher J Mesa, MD
**Primary Care Provider:** Sonia McField, FNP, FNP

**HPI:**
Katonia Lee is a 49 yo female with a PMH of HTN, large B cell lymphoma, AIDS who presented to the ER with c/o intermittent midsternal chest pain over the last 2 days. Associated symptoms include shortness of breath. The patient denies any current chest pain. Patient denies fever, chills, cough, pnd, orthopnea, palpitations, diaphoresis, headache, blurred vision, numbness, tingling, dizziness, localized weakness, n/v/d, abdominal pain, blood in stools, melena, hematemesis, urinary frequency, urgency, dysuria or hematuria. The patient is undergoing chemo and is followed by Dr. Dang. The case was discussed with Dr. Delrie in the ER who recommended transfusing 1 unit PRBCs. The patient reports that she is compliant with taking her anti-virals but missed yesterdays dose. She reports that she is followed by Dr. Nnadi. The patient is being admitted to observation for symptomatic anemia.

| | |
|---|---|
| Generated on 6/7/19 10:41 AM | Page 244 |

**Lincoln/Lee 1345**

**Progress Notes - 05/26/2019**

| | |
|---|---|
| BRMH TELEMETRY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008729086 |
| Continuity of Care | Adm: 5/25/2019 |

## Discharge Summaries (continued)

**Discharge Summary by Christopher J. Mesa, MD at 5/26/2019 10:40 AM (continued)**

\* No surgery found \*

**Hospital Course:**
5/26/19
Patient initially presented with chest pain 2/2 symptomatic anemia. Patient transfused 1 unit of PRBC. With good response in H/H. Patient also reports no recurrence of chest pain. H/O Evaluation appreciated. Patient will follow up with Cardiology as outpatient.
Patient stable for discharge.

**Consults:**
Consults (From admission, onward)

| | Status | Ordering Provider |
|---|---|---|
| **Inpatient consult to Hematology**  Once<br>Provider:  Ronald D. Delrie Jr., MD | Acknowledged | BAKAR, JENNIFER |

**AIDS (acquired immune deficiency syndrome)**
- Resume home meds
- Keep outpatient follow up with Dr. Nnadi.

5/26/19
Continue HAART, follow up with Dr. Nnadi

**Lymphoma related to acquired immunodeficiency syndrome (AIDS)**
- Hem/onc consulted

5/26/19
H/O recs appreciated
Can follow up with Regular Oncologist as outpatient

**Essential hypertension**
- Monitor VS
- resume home meds

5/26/19
Continue home meds

Chest pain--resolved as of 5/26/2019
- Likely 2/2 to principle problem
- No current chest pain reported
- trend troponin

**Lincoln/Lee 1346**

**Progress Notes - 05/26/2019**

| BRMH TELEMETRY | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008729086 | |
| Continuity of Care | Adm: 5/25/2019 | |

## Discharge Summaries (continued)

**Discharge Summary by Christopher J. Mesa, MD at 5/26/2019 10:40 AM (continued)**

Final Active Diagnoses:

| Diagnosis | Date Noted | POA |
|---|---|---|
| • AIDS (acquired immune deficiency syndrome) [B20] | 01/24/2019 | Yes |
| • Lymphoma related to acquired immunodeficiency syndrome (AIDS) [B20, C85.90] | 01/21/2019 | Yes |
| • Essential hypertension [I10] | 02/12/2018 | Yes |

Problems Resolved During this Admission:

| Diagnosis | Date Noted | Date Resolved | POA |
|---|---|---|---|
| • PRINCIPAL PROBLEM: Symptomatic anemia [D64.9] | 05/25/2019 | 05/26/2019 | Yes |
| • Chest pain [R07.9] | 02/26/2019 | 05/26/2019 | Yes |

**Discharged Condition:** stable

**Disposition:** Home or Self Care

**Follow Up:**
Follow-up Information
    Pavan Malur, Md, MD In 2 weeks.
        Specialties: Cardiology, Internal Medicine
        Contact information:
        10310 THE GROVE BLVD
        Baton Rouge LA 70810
        225-761-5202

**Patient Instructions:**

*Notify your health care provider if you experience any of the following:  temperature >100.4*

*Notify your health care provider if you experience any of the following:  persistent nausea and vomiting or diarrhea*

*Notify your health care provider if you experience any of the following:  severe uncontrolled pain*

*Notify your health care provider if you experience any of the following:  redness, tenderness, or signs of infection (pain, swelling, redness, odor or green/yellow discharge around incision site)*

**Lincoln/Lee 1347**

**Progress Notes - 05/26/2019**

| | |
|---|---|
| BRMH TELEMETRY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008729086 |
| Continuity of Care | Adm: 5/25/2019 |

### Discharge Summaries (continued)

**Discharge Summary by Christopher J. Mesa, MD at 5/26/2019 10:40 AM (continued)**

*Notify your health care provider if you experience any of the following:  difficulty breathing or increased cough*

*Notify your health care provider if you experience any of the following:  persistent dizziness, light-headedness, or visual disturbances*

*Notify your health care provider if you experience any of the following:  increased confusion or weakness*

*Activity as tolerated*

**Significant Diagnostic Studies:** Labs:
BMP:
**Recent Labs**

| Lab | 05/25/19 1411 | 05/26/19 0411 |
|---|---|---|
| GLU | 106 | 81 |
| NA | 138 | 143 |
| K | 2.9 | 3.7 |
| CL | 99 | 105 |
| CO2 | 23 | 27 |
| BUN | 12 | 11 |
| CREATININE | 1.2 | 1.0 |
| CALCIUM | 9.5 | 9.6 |
| MG | 1.7 | -- |

and CMP

**Lincoln/Lee 1348**

**Progress Notes - 05/26/2019**

BRMH TELEMETRY
17000 Medical Center Dr
Baton Rouge LA 70816
Continuity of Care

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72008729086
Adm: 5/25/2019

## Discharge Summaries (continued)

Discharge Summary by Christopher J. Mesa, MD at 5/26/2019 10:40 AM (continued)

### Recent Labs

| Lab | 05/25/19 1411 | 05/26/19 0411 |
|---|---|---|
| NA | 138 | 143 |
| K | 2.9* | 3.7 |
| CL | 99 | 105 |
| CO2 | 23 | 27 |
| GLU | 106 | 81 |
| BUN | 12 | 11 |
| CREATININE | 1.2 | 1.0 |
| CALCIUM | 9.5 | 9.6 |
| PROT | 6.6 | 6.2 |
| ALBUMIN | 3.0* | 2.7* |
| BILITOT | 0.4 | 0.6 |
| ALKPHOS | 81 | 77 |
| AST | 14 | 13 |
| ALT | 3* | 6* |
| ANIONGAP | 16 | 11 |
| ESTGFRAFRICA | >60 | >60 |
| EGFRNONAA | 53* | >60 |

Pending Diagnostic Studies:
**None**


Medications:
Reconciled Home Medications:

 Medication List

CHANGE how you take these medications
**allopurinol** 300 MG tablet
Commonly known as: ZYLOPRIM
Take 1 tablet (300 mg total) by mouth once daily.
What changed: **when to take this**


CONTINUE taking these medications
**amLODIPine** 5 MG tablet
Commonly known as: NORVASC
Take 5 mg by mouth once daily.

---

Generated on 6/7/19 10:41 AM

Page 248

**Lincoln/Lee 1349**

**Progress Notes - 05/26/2019**

| | |
|---|---|
| BRMH TELEMETRY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:        Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008729086 |
| Continuity of Care | Adm: 5/25/2019 |

## Discharge Summaries (continued)

**Discharge Summary by Christopher J. Mesa, MD at 5/26/2019 10:40 AM (continued)**

**BIKTARVY** 50-200-25 mg per tablet
Generic drug: bictegrav-emtricit-tenofov ala
Take 1 tablet by mouth once daily.

**citalopram** 20 MG tablet
Commonly known as: CELEXA
Take 20 mg by mouth once daily.

**ferrous gluconate** 324 mg (37.5 mg iron) Tab
Take 1 tablet by mouth once daily.

**metoprolol tartrate** 50 MG tablet
Commonly known as: LOPRESSOR
Take 50 mg by mouth 2 (two) times daily.

**ondansetron** 8 MG Tbdl
Commonly known as: ZOFRAN-ODT
Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea).

**oxyCODONE** 5 MG immediate release tablet
Commonly known as: ROXICODONE
Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain.

**prochlorperazine** 10 MG tablet
Commonly known as: COMPAZINE
Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (nausea).

**promethazine** 25 MG tablet
Commonly known as: PHENERGAN
Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea.

**sulfamethoxazole-trimethoprim 800-160mg** 800-160 mg Tab
Commonly known as: BACTRIM DS
Take 1 tablet by mouth once daily.

**zolpidem** 5 MG Tab
Commonly known as: AMBIEN
Take 1 tablet (5 mg total) by mouth nightly as needed (sleep).

**Indwelling Lines/Drains at time of discharge:**
**Lines/Drains/Airways**
    Central Venous Catheter Line

**Lincoln/Lee 1350**

**Progress Notes - 05/26/2019**

| | |
|---|---|
| BRMH TELEMETRY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008729086 |
| Continuity of Care | Adm: 5/25/2019 |

## Discharge Summaries (continued)

**Discharge Summary by Christopher J. Mesa, MD at 5/26/2019 10:40 AM (continued)**

| | |
|---|---|
| Port A Cath Single Lumen 02/11/19 0805 left subclavian | 104 days |

**Time spent on the discharge of patient:** greater than 30 minutes
Patient was seen and examined on the date of discharge and determined to be suitable for discharge.

**Christopher J Mesa, MD**
**Department of Hospital Medicine**
**Ochsner Medical Center - BR**

Electronically signed by Christopher J. Mesa, MD on 5/26/2019 10:40 AM

## Lab Results

**APTT [425345576]**                                        Resulted: 05/25/19 1443, Result status: Final result

Ordering provider:  Jennifer Bakar, MD  05/25/19 1340          Resulting lab:  OCHSNER MEDICAL CENTER - BATON ROUGE
**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 05/25/19 1411 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| aPTT | 30.3 | 21.0 - 32.0 sec | — | — |

Comment:  aPTT therapeutic range = 39-69 seconds

**D dimer, quantitative [425345588] (Abnormal)**                    Resulted: 05/25/19 1443, Result status: Final result

Ordering provider:  Jennifer Bakar, MD  05/25/19 1340          Resulting lab:  OCHSNER MEDICAL CENTER - BATON ROUGE
**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 05/25/19 1411 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| D-Dimer | 1.03 | <0.50 mg/L FEU | H | — |

Comment:
The quantitative D-dimer assay should be used as an aid in
the diagnosis of deep vein thrombosis and pulmonary embolism
in patients with the appropriate presentation and clinical
history. The upper limit of the reference interval and the clinical
cut off
point are identical. Causes of a positive (>0.50 mg/L FEU) D-Dimer
test
include, but are not limited to: DVT, PE, DIC, thrombolytic
therapy, anticoagulant therapy, recent surgery, trauma, or
pregnancy, disseminated malignancy, aortic aneurysm, cirrhosis,

**Lincoln/Lee 1351**

**Progress Notes - 05/25/2019**

| | |
|---|---|
| BRMH TELEMETRY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008729086 |
| Continuity of Care | Adm: 5/25/2019 |

### Admission Information

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 05/25/2019 1228 | Admit Date/Time: | 05/25/2019 1335 | IP Adm. Date/Time. | |
| Admission Type: | Emergency | Point of Origin: | Self Referral | Admit Category: | |
| Means of Arrival: | Personal Transportation | Primary Service: | Hospital Medicine | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | OCHSNER SERVICE AREA | Unit: | Ochsner Medical Center - BR |
| Admit Provider: | Christopher J. Mesa, MD | Attending Provider: | Jennifer Bakar, MD | Referring Provider: | Aaareferral Self |

### Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 05/26/2019 1315 | Home Or Self Care | None | None | Ochsner Medical Center - BR |

### Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| D64.9 [Principal] | Anemia, unspecified | | | | |
| B20 | Human immunodeficiency virus (HIV) disease | | | | |
| C85.10 | Unspecified B-cell lymphoma, unspecified site | | | | |
| I10 | Essential (primary) hypertension | | | | |

**Hospital Problem List** as of 5/26/2019                    Reviewed: **5/25/2019 by Michael C Hogan, NP**

| | Codes | Last Modified | POA |
|---|---|---|---|
| * (Principal) RESOLVED: Symptomatic anemia | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | 5/26/2019 | Yes |

Current Assessment & Plan 5/25/2019 Hospital Encounter Written 5/25/2019 6:43 PM by Michael C. Hogan, NP
- Place in observation
- Transfuse 1 unit PRBC
- Repeat CBC in am
- check orthostatic BP Q shift

| | Codes | Last Modified | POA |
|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10 ICD-9-CM: 401.9 | 5/26/2019 | Yes |

Current Assessment & Plan 5/25/2019 Hospital Encounter Written 5/26/2019 10:37 AM by Christopher J. Mesa, MD
- Monitor VS
- resume home meds

5/26/19
Continue home meds

| | Codes | Last Modified | POA |
|---|---|---|---|
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | 5/26/2019 | Yes |

Current Assessment & Plan 5/25/2019 Hospital Encounter Written 5/26/2019 10:49 AM by Ronald D. Deirie Jr., MD
49-year-old female with AIDS related to diffuse large B-cell lymphoma who is currently receiving R-CHOP as an outpatient. She was admitted last night for symptomatic anemia which has resolved with PRBC transfusion.
She will be discharged today with follow-up in Hematology/Oncology Clinic within the next 7 days.

| | Codes | Last Modified | POA |
|---|---|---|---|
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20 ICD-9-CM: 042 | 5/26/2019 | Yes |

**Lincoln/Lee 1352**

**Progress Notes - 05/25/2019**

| | |
|---|---|
| BRMH TELEMETRY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008729086 |
| Continuity of Care | Adm: 5/25/2019 |

**Hospital Problem List (continued)** as of 5/26/2019      Reviewed: **5/25/2019 by Michael C Hogan, NP**

| | Codes | Last Modified | POA |
|---|---|---|---|

Current Assessment & Plan 5/25/2019 Hospital Encounter Written 5/26/2019 10:40 AM by Christopher J. Mesa, MD
- Resume home meds
- Keep outpatient follow up with Dr. Nnadi.

5/26/19
Continue HAART, follow up with Dr. Nnadi

| | | | |
|---|---|---|---|
| RESOLVED: Chest pain | ICD-10-CM: R07.9 ICD-9-CM: 786.50 | 5/26/2019 | Yes |

Current Assessment & Plan 5/25/2019 Hospital Encounter Written 5/25/2019 6:50 PM by Michael C. Hogan, NP
- Likely 2/2 to principle problem
- No current chest pain reported
- trend troponin

**Non-Hospital Problem List** as of 5/26/2019      Reviewed: **5/25/2019 by Michael C Hogan, NP**

| | Codes | Last Modified |
|---|---|---|
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | 1/26/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | 1/31/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | 2/1/2019 |
| **Elevated LFTs** | ICD-10-CM: R94.5 ICD-9-CM: 790.6 | 2/1/2019 |
| **Lymphoma** | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | 2/11/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 ICD-9-CM: 780.96 | 2/27/2019 |
| **B-cell lymphoma** | ICD-10-CM: C85.10 ICD-9-CM: 202.80 | 3/1/2019 |
| **Anemia** | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | 3/1/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 ICD-9-CM: 288.00, 780.61 | 3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 ICD-9-CM: 112.0 | 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9 ICD-9-CM: 780.60 | 3/1/2019 |
| **Biliary obstruction** | ICD-10-CM: K83.1 ICD-9-CM: 576.2 | 4/30/2019 |

## ED Provider Notes

**ED Provider Notes by Jennifer Bakar, MD at 5/25/2019  1:47 PM**

| | | |
|---|---|---|
| Author: Jennifer Bakar, MD | Service: Emergency Medicine | Author Type: Physician |
| Filed: 5/26/2019 11:59 AM | Status: Signed | |
| Editor: Jennifer Bakar, MD (Physician) | | |

Procedure Orders
1. Critical Care [425345600] ordered by Jennifer Bakar, MD at 05/25/19 1548

---

**Lincoln/Lee 1353**

**Progress Notes - 05/25/2019**

| | |
|---|---|
| BRMH TELEMETRY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:         Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008729086 |
| Continuity of Care | Adm: 5/25/2019 |

### ED Provider Notes (continued)

**ED Provider Notes by Jennifer Bakar, MD at 5/25/2019 1:47 PM (continued)**

**SCRIBE #1 NOTE**: I, Peggy Thomas, am scribing for, and in the presence of, Jennifer Bakar, MD. I have scribed the entire note.

### History

Chief Complaint
Patient presents with
- Chest Pain
    intermittent x 3 days, nonradiating, denies n/v, some SOB; pain completed relieved by oxycodone
    prescribed for cancer pain

Review of patient's allergies indicates:
No Known Allergies

### History of Present Illness

HPI

5/25/2019, 1:47 PM
History obtained from the patient

History of Present Illness: Katonia Lee is a 49 y.o. female patient with a PMHx of HTN, HIV, AIDS related B- cell lymphoma on chemotherapy who presents to the Emergency Department for evaluation of non-radiating midsternal CP which onset gradually 3 days ago. The pain is intermittent, moderate in severity, and worsens when swallowing. It can occur at rest. She has tried Oxycodone for the pain which has helped. She took Oxycodone today and is not experiencing any pain now. Associated sx include intermittent SOB. Patient denies fever, chills, diaphoresis, cough, leg pain/swelling, abd pain, N/V, dizziness, extremity weakness/numbness, paresthesias, and all other sxs at this time. She has not taken ASA today.

Arrival mode: Personal vehicle

PCP: Sonia McField, FNP, FNP

**Past Medical History:**
Past Medical History:

| Diagnosis | Date |
|---|---|
| • B-cell lymphoma | 1/22/2019 |
| • Biliary stricture | |
| • Cancer | |
| lymphoma] | |
| • Diffuse large B cell lymphoma of duodenum and pancreas | 1/21/2019 |
| • Encounter for blood transfusion | |
| • HIV (human immunodeficiency virus infection) | |
| • Hypertension | |
| • Jaundice | |

---

Generated on 6/7/19 10:41 AM                                                      Page 223

**Lincoln/Lee 1354**

Progress Notes - 05/25/2019

BRMH TELEMETRY                          Lee, Katonia
17000 Medical Center Dr                 MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                    Acct #: 72008729086
Continuity of Care                      Adm: 5/25/2019

## ED Provider Notes (continued)

**ED Provider Notes by Jennifer Bakar, MD at 5/25/2019  1:47 PM (continued)**

- Stomach ulcer
  *bleeding*

### Past Surgical History:

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • CESAREAN SECTION | | |
| • ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY) *Performed by Janak N. Shah, MD at NOMH ENDO (2ND FLR)* | Left | 4/30/2019 |
| • ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY) *Performed by Janak N. Shah, MD at NOMH ENDO (2ND FLR)* | N/A | 1/25/2019 |
| • ESOPHAGOGASTRODUODENOSCOPY | | |
| • INSERTION, VENOUS ACCESS PORT *Performed by Kyle A Jakob, MD at BRMH OR* | Left | 2/11/2019 |

### Family History:

Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Paternal Grandmother | |
| • Heart disease | Mother | |

### Social History:

Social History

Tobacco Use
- Smoking status:        Never Smoker
- Smokeless tobacco:     Never Used

Substance and Sexual Activity
- Alcohol use:           No
      Frequency:         Never
- Drug use:              No
- Sexual activity:       Unknown

## Review of Systems

Review of Systems
Constitutional: Negative for chills, diaphoresis and fever.
HENT: Negative for sore throat.
Respiratory: Positive for shortness of breath. Negative for cough.
Cardiovascular: Positive for chest pain. Negative for palpitations and leg swelling.
Gastrointestinal: Negative for abdominal pain, nausea and vomiting.
Genitourinary: Negative for dysuria.

Generated on 6/7/19 10:41 AM                                          Page 224

**Lincoln/Lee 1355**

**Progress Notes - 05/25/2019**

| | |
|---|---|
| BRMH TELEMETRY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008729086 |
| Continuity of Care | Adm: 5/25/2019 |

## ED Provider Notes (continued)

**ED Provider Notes by Jennifer Bakar, MD at 5/25/2019 1:47 PM (continued)**

Musculoskeletal: Negative for back pain.
Skin: Negative for rash.
Allergic/Immunologic: Positive for immunocompromised state. Negative for food allergies.
Neurological: Negative for dizziness, weakness, light-headedness, numbness and headaches.
Hematological: Does not bruise/bleed easily.
All other systems reviewed and are negative.

## Physical Exam

Initial Vitals [05/25/19 1236]

| BP | Pulse | Resp | Temp | SpO2 |
|---|---|---|---|---|
| (!) 151/84 | (!) 120 | **16** | **98.7 °F**<br>**(37.1 °C)** | **97 %** |

MAP
--

Physical Exam
**Nursing Notes and Vital Signs Reviewed.**
**Constitutional:** Patient is in no acute distress. Well-developed and well-nourished.
**Head:** Atraumatic. Normocephalic.
**Eyes:** PERRL. EOM intact. Conjunctivae are not pale. No scleral icterus.
**ENT:** Mucous membranes are moist. Oropharynx is clear and symmetric.
**Neck:** Supple. Full ROM. No lymphadenopathy.
**Cardiovascular:** Regular rate. Regular rhythm. No murmurs, rubs, or gallops. Distal pulses are 2+ and symmetric.
**Pulmonary/Chest:** No respiratory distress. Clear to auscultation bilaterally. No wheezing or rales.
**Abdominal:** Soft and non-distended. There is no tenderness. No rebound, guarding, or rigidity. Good bowel sounds.
**Musculoskeletal:** Moves all extremities. No obvious deformities. No edema. No calf tenderness.
**Skin:** Warm and dry.
**Neurological:** Alert, awake, and appropriate. Normal speech. No acute focal neurological deficits are appreciated.
**Psychiatric:** Normal affect. Good eye contact. Appropriate in content.

## ED Course

**Critical Care**
Date/Time: **5/25/2019 3:48 PM**
Performed by: **Jennifer Bakar, MD**
Authorized by: **Jennifer Bakar, MD**
Direct patient critical care time: 12 minutes
Additional history critical care time: 8 minutes
Ordering / reviewing critical care time: 8 minutes
Documentation critical care time: 7 minutes
Consulting other physicians critical care time: 5 minutes
Total critical care time (exclusive of procedural time) : 40 minutes

**Lincoln/Lee 1356**

**Progress Notes - 05/25/2019**

| BRMH TELEMETRY | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008729086 | |
| Continuity of Care | Adm: 5/25/2019 | |

### ED Provider Notes (continued)

**ED Provider Notes by Jennifer Bakar, MD at 5/25/2019 1:47 PM (continued)**

Critical care time was exclusive of separately billable procedures and treating other patients and teaching time. Critical care was necessary to treat or prevent imminent or life-threatening deterioration of the following conditions: symptomatic anemia.

Critical care was time spent personally by me on the following activities: development of treatment plan with patient or surrogate, blood draw for specimens, discussions with consultants, interpretation of cardiac output measurements, evaluation of patient's response to treatment, examination of patient, obtaining history from patient or surrogate, ordering and performing treatments and interventions, ordering and review of laboratory studies, ordering and review of radiographic studies, pulse oximetry, re-evaluation of patient's condition and review of old charts.

**ED Vital Signs:**

Vitals:

| | 05/25/19 1950 | 05/25/19 2005 | 05/25/19 2105 | 05/25/19 2205 |
|---|---|---|---|---|
| BP: | (!) 154/86 | 139/78 | (!) 141/75 | (!) 148/80 |
| Pulse: | 85 | 88 | 76 | 71 |
| Resp: | 16 | 16 | 16 | 16 |
| Temp: | 97.2 °F (36.2 °C) | 97.9 °F (36.6 °C) | 96.1 °F (35.6 °C) | 97.7 °F (36.5 °C) |
| TempSrc: | Oral | Oral | Axillary | Oral |
| SpO2: | 98% | 100% | 100% | 100% |
| Weight: | | | | |
| Height: | | | | |

| | 05/25/19 2300 | 05/25/19 2305 | 05/26/19 0005 | 05/26/19 0105 |
|---|---|---|---|---|
| BP: | | 135/76 | (!) 142/72 | (!) 143/62 |
| Pulse: | 62 | 69 | 69 | 65 |
| Resp: | | 16 | 16 | 18 |
| Temp: | | 97.4 °F (36.3 °C) | 97.4 °F (36.3 °C) | 97.1 °F (36.2 °C) |
| TempSrc: | | Oral | Oral | Oral |
| SpO2: | | 100% | 98% | 97% |
| Weight: | | | | |
| Height: | | | | |

| | 05/26/19 0120 | 05/26/19 0349 | 05/26/19 0517 | 05/26/19 0620 |
|---|---|---|---|---|
| BP: | | | 134/62 | |
| Pulse: | 62 | 63 | 72 | 62 |
| Resp: | | | 18 | |
| Temp: | | | 96.1 °F (35.6 °C) | |
| TempSrc: | | | Oral | |
| SpO2: | | | 99% | |
| Weight: | | | 56.1 kg (123 lb 10.9 oz) | |
| Height: | | | | |

| | 05/26/19 0711 | 05/26/19 0900 | 05/26/19 1100 | |
|---|---|---|---|---|
| BP: | 128/76 | | | |
| Pulse: | 60 | 61 | 63 | |
| Resp: | 17 | | | |
| Temp: | 97.7 °F (36.5 °C) | | | |
| TempSrc: | Oral | | | |

**Lincoln/Lee 1357**

**Progress Notes - 05/25/2019**

| | |
|---|---|
| BRMH TELEMETRY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008729086 |
| Continuity of Care | Adm: 5/25/2019 |

**ED Provider Notes (continued)**

ED Provider Notes by Jennifer Bakar, MD at 5/25/2019 1:47 PM (continued)

SpO2:          100%
Weight:
Height:

**Abnormal Lab Results:**
Labs Reviewed
CBC W/ AUTO DIFFERENTIAL - Abnormal;
Notable for the following components:

| Result | Value |
|---|---|
| WBC | 2.76 (*) |
| RBC | 2.41 (*) |
| Hemoglobin | 7.3 (*) |
| Hematocrit | 22.5 (*) |
| RDW | 15.0 (*) |
| Platelets | 128 (*) |
| Lymph # | 0.2 (*) |
| Lymph% | 7.2 (*) |
| Mono% | 27.2 (*) |

All other components within normal limits
COMPREHENSIVE METABOLIC PANEL. -
Abnormal; Notable for the following
components:

| | |
|---|---|
| Potassium | 2.9 (*) |
| Albumin | 3.0 (*) |
| ALT | 8 (*) |
| eGFR if non African American | 53 (*) |

All other components within normal limits
D DIMER, QUANTITATIVE - Abnormal; Notable
for the following components:

| | |
|---|---|
| D-Dimer | 1.03 (*) |

All other components within normal limits
URINALYSIS, REFLEX TO URINE CULTURE -
Abnormal; Notable for the following
components:

| | |
|---|---|
| Protein, UA | Trace (*) |
| Ketones, UA | Trace (*) |
| Bilirubin (UA) | 2+ (*) |
| Occult Blood UA | Trace (*) |
| Leukocytes, UA | 2+ (*) |

All other components within normal limits
*Narrative:*
*Preferred Collection Type->Urine, Clean Catch*
URINALYSIS MICROSCOPIC - Abnormal;
Notable for the following components:

| | |
|---|---|
| WBC, UA | 20 (*) |

All other components within normal limits

| | |
|---|---|
| Generated on 6/7/19 10:41 AM | Page 227 |

**Lincoln/Lee 1358**

**Progress Notes - 05/25/2019**

| BRMH TELEMETRY | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008729086 | |
| Continuity of Care | Adm: 5/25/2019 | |

### ED Provider Notes (continued)

**ED Provider Notes by Jennifer Bakar, MD at 5/25/2019  1:47 PM (continued)**

*Narrative:*
*Preferred Collection Type->Urine, Clean Catch*
CULTURE, URINE
APTT
TROPONIN I
B-TYPE NATRIURETIC PEPTIDE
DRUG SCREEN PANEL, URINE EMERGENCY
*Narrative:*
*Preferred Collection Type->Urine, Clean Catch*
MAGNESIUM
PROTIME-INR
TROPONIN I
TYPE & SCREEN
PREPARE RBC SOFT

**All Lab Results:**
Results for orders placed or performed during
the hospital encounter of 05/25/19
APTT

| Result | Value | Ref Range |
|---|---|---|
| aPTT | 30.3 | 21.0 - 32.0 sec |

CBC auto differential

| Result | Value | Ref Range |
|---|---|---|
| WBC | 2.76 (L) | 3.90 - 12.70 K/uL |
| RBC | 2.41 (L) | 4.00 - 5.40 M/uL |
| Hemoglobin | 7.3 (L) | 12.0 - 16.0 g/dL |
| Hematocrit | 22.5 (L) | 37.0 - 48.5 % |
| Mean Corpuscular Volume | 93 | 82 - 98 fL |
| Mean Corpuscular Hemoglobin | 30.3 | 27.0 - 31.0 pg |
| Mean Corpuscular Hemoglobin Conc | 32.4 | 32.0 - 36.0 g/dL |
| RDW | 15.0 (H) | 11.5 - 14.5 % |
| Platelets | 128 (L) | 150 - 350 K/uL |
| MPV | SEE COMMENT | 9.2 - 12.9 fL |
| Gran # (ANC) | 1.8 | 1.8 - 7.7 K/uL |
| Lymph # | 0.2 (L) | 1.0 - 4.8 K/uL |
| Mono # | 0.8 | 0.3 - 1.0 |

**Lincoln/Lee 1359**

**Progress Notes - 05/25/2019**

BRMH TELEMETRY
17000 Medical Center Dr
Baton Rouge LA 70816
Continuity of Care

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72008729086
Adm: 5/25/2019

## ED Provider Notes (continued)

ED Provider Notes by Jennifer Bakar, MD at 5/25/2019 1:47 PM (continued)

| | | K/uL |
|---|---|---|
| Eos # | 0.0 | 0.0 - 0.5 K/uL |
| Baso # | 0.00 | 0.00 - 0.20 K/uL |
| Gran% | 69.9 | 38.0 - 73.0 % |
| Lymph% | 7.2 (L) | 18.0 - 48.0 % |
| Mono% | 27.2 (H) | 4.0 - 15.0 % |
| Eosinophil% | 0.0 | 0.0 - 8.0 % |
| Basophil% | 0.0 | 0.0 - 1.9 % |
| Platelet Estimate | Appears normal | |
| Poik | Slight | |
| Ovalocytes | Occasional | |
| Tear Drop Cells | Occasional | |
| Stomatocytes | Present | |
| Differential Method | Automated | |

Comprehensive metabolic panel

| Result | Value | Ref Range |
|---|---|---|
| Sodium | 138 | 136 - 145 mmol/L |
| Potassium | 2.9 (L) | 3.5 - 5.1 mmol/L |
| Chloride | 99 | 95 - 110 mmol/L |
| CO2 | 23 | 23 - 29 mmol/L |
| Glucose | 106 | 70 - 110 mg/dL |
| BUN, Bld | 12 | 6 - 20 mg/dL |
| Creatinine | 1.2 | 0.5 - 1.4 mg/dL |
| Calcium | 9.5 | 8.7 - 10.5 mg/dL |
| Total Protein | 6.6 | 6.0 - 8.4 g/dL |
| Albumin | 3.0 (L) | 3.5 - 5.2 g/dL |
| Total Bilirubin | 0.4 | 0.1 - 1.0 mg/dL |
| Alkaline Phosphatase | 81 | 55 - 135 U/L |
| AST | 14 | 10 - 40 U/L |
| ALT | 8 (L) | 10 - 44 U/L |
| Anion Gap | 16 | 8 - 16 mmol/L |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 |
| eGFR if non African | 53 (A) | >60 |

**Lincoln/Lee 1360**

**Progress Notes - 05/25/2019**

| BRMH TELEMETRY | Lee, Katonia |
|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB:      Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008729086 |
| Continuity of Care | Adm: 5/25/2019 |

### ED Provider Notes (continued)

**ED Provider Notes by Jennifer Bakar, MD at 5/25/2019 1:47 PM (continued)**

| | |
|---|---|
| American | mL/min/1.73 m^2 |

**Troponin I #1**

| Result | Value | Ref Range |
|---|---|---|
| Troponin I | 0.007 | 0.000 - 0.026 ng/mL |

**B-Type natriuretic peptide (BNP)**

| Result | Value | Ref Range |
|---|---|---|
| BNP | 47 | 0 - 99 pg/mL |

**D dimer, quantitative**

| Result | Value | Ref Range |
|---|---|---|
| D-Dimer | 1.03 (H) | <0.50 mg/L FEU |

**Drug screen panel, emergency**

| Result | Value | Ref Range |
|---|---|---|
| Benzodiazepines | Negative | |
| Methadone metabolites | Negative | |
| Cocaine (Metab.) | Negative | |
| Opiate Scrn, Ur | Presumptive Positive | |
| Barbiturate Screen, Ur | Negative | |
| Amphetamine Screen, Ur | Negative | |
| THC | Negative | |
| Phencyclidine | Negative | |
| Creatinine, Random Ur | 207.0 | 15.0 - 325.0 mg/dL |
| Toxicology Information | SEE COMMENT | |

**Magnesium**

| Result | Value | Ref Range |
|---|---|---|
| Magnesium | 1.7 | 1.6 - 2.6 mg/dL |

**Protime-INR**

| Result | Value | Ref Range |
|---|---|---|
| Prothrombin Time | 11.2 | 9.0 - 12.5 sec |
| INR | 1.0 | 0.8 - 1.2 |

**Urinalysis, Reflex to Urine Culture Urine, Clean Catch**

| Result | Value | Ref Range |
|---|---|---|
| Specimen UA | Urine, Clean Catch | |
| Color, UA | Yellow | Yellow, Straw, Amber |

**Lincoln/Lee 1361**

**Progress Notes - 05/25/2019**

BRMH TELEMETRY
17000 Medical Center Dr
Baton Rouge LA 70816
Continuity of Care

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72008729086
Adm: 5/25/2019

## ED Provider Notes (continued)

ED Provider Notes by Jennifer Bakar, MD at 5/25/2019  1:47 PM (continued)

| | | |
|---|---|---|
| Appearance, UA | Clear | Clear |
| pH, UA | 6.0 | 5.0 - 8.0 |
| Specific Gravity, UA | 1.010 | 1.005 - 1.030 |
| Protein, UA | Trace (A) | Negative |
| Glucose, UA | Negative | Negative |
| Ketones, UA | Trace (A) | Negative |
| Bilirubin (UA) | 2+ (A) | Negative |
| Occult Blood UA | Trace (A) | Negative |
| Nitrite, UA | Negative | Negative |
| Urobilinogen, UA | 1.0 | <2.0 EU/dL |
| Leukocytes, UA | 2+ (A) | Negative |

**Urinalysis Microscopic**

| Result | Value | Ref Range |
|---|---|---|
| RBC, UA | 0 | 0 - 4 /hpf |
| WBC, UA | 20 (H) | 0 - 5 /hpf |
| Bacteria | Rare | None-Occ /hpf |
| Squam Epithel, UA | 5 | /hpf |
| Microscopic Comment | SEE COMMENT | |

**Troponin I #2**

| Result | Value | Ref Range |
|---|---|---|
| Troponin I | 0.009 | 0.000 - 0.026 ng/mL |

**Troponin I**

| Result | Value | Ref Range |
|---|---|---|
| Troponin I | 0.008 | 0.000 - 0.026 ng/mL |

**Troponin I**

| Result | Value | Ref Range |
|---|---|---|
| Troponin I | 0.015 | 0.000 - 0.026 ng/mL |

**CBC auto differential**

| Result | Value | Ref Range |
|---|---|---|
| WBC | 1.73 (LL) | 3.90 - 12.70 K/uL |
| RBC | 2.99 (L) | 4.00 - 5.40 M/uL |
| Hemoglobin | 9.1 (L) | 12.0 - 16.0 g/dL |
| Hematocrit | 27.4 (L) | 37.0 - 48.5 % |
| Mean Corpuscular Volume | 92 | 82 - 98 fL |
| Mean Corpuscular Hemoglobin | 30.4 | 27.0 - 31.0 pg |
| Mean Corpuscular Hemoglobin Conc | 33.2 | 32.0 - 36.0 g/dL |
| RDW | 16.7 (H) | 11.5 - 14.5 % |

**Lincoln/Lee 1362**

**Progress Notes - 05/25/2019**

| BRMH TELEMETRY | Lee, Katonia |
| --- | --- |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008729086 |
| Continuity of Care | Adm: 5/25/2019 |

## ED Provider Notes (continued)

ED Provider Notes by Jennifer Bakar, MD at 5/25/2019 1:47 PM (continued)

| Platelets | 159 | 150 - 350 K/uL |
| --- | --- | --- |
| MPV | SEE COMMENT | 9.2 - 12.9 fL |
| Lymph # | CANCELED | 1.0 - 4.8 K/uL |
| Mono # | CANCELED | 0.3 - 1.0 K/uL |
| Eos # | CANCELED | 0.0 - 0.5 K/uL |
| Baso # | CANCELED | 0.00 - 0.20 K/uL |
| Gran% | 68.0 | 38.0 - 73.0 % |
| Lymph% | 16.0 (L) | 18.0 - 48.0 % |
| Mono% | 12.0 | 4.0 - 15.0 % |
| Eosinophil% | 0.0 | 0.0 - 8.0 % |
| Basophil% | 0.0 | 0.0 - 1.9 % |
| Bands | 4.0 | % |
| Poik | Slight | |
| Ovalocytes | Occasional | |
| Differential Method | Manual | |

Comprehensive metabolic panel

| Result | Value | Ref Range |
| --- | --- | --- |
| Sodium | 143 | 136 - 145 mmol/L |
| Potassium | 3.7 | 3.5 - 5.1 mmol/L |
| Chloride | 105 | 95 - 110 mmol/L |
| CO2 | 27 | 23 - 29 mmol/L |
| Glucose | 81 | 70 - 110 mg/dL |
| BUN, Bld | 11 | 6 - 20 mg/dL |
| Creatinine | 1.0 | 0.5 - 1.4 mg/dL |
| Calcium | 9.6 | 8.7 - 10.5 mg/dL |
| Total Protein | 6.2 | 6.0 - 8.4 g/dL |
| Albumin | 2.7 (L) | 3.5 - 5.2 g/dL |
| Total Bilirubin | 0.6 | 0.1 - 1.0 mg/dL |
| Alkaline Phosphatase | 77 | 55 - 135 U/L |
| AST | 13 | 10 - 40 U/L |
| ALT | 6 (L) | 10 - 44 U/L |
| Anion Gap | 11 | 8 - 16 mmol/L |

**Lincoln/Lee 1363**

**Progress Notes - 05/25/2019**

| BRMH TELEMETRY | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008729086 | |
| Continuity of Care | Adm: 5/25/2019 | |

## ED Provider Notes (continued)

**ED Provider Notes by Jennifer Bakar, MD at 5/25/2019 1:47 PM (continued)**

| | | |
|---|---|---|
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 |
| eGFR if non African American | >60 | >60 mL/min/1.73 m^2 |

**Type & Screen**

| Result | Value | Ref Range |
|---|---|---|
| Group & Rh | O POS | |
| Indirect Coombs | NEG | |

**Prepare RBC 1 Unit**

| Result | Value | Ref Range |
|---|---|---|
| UNIT NUMBER | W042319008567 | |
| Product Code | E0379V00 | |
| DISPENSE STATUS | TRANSFUSED | |
| CODING SYSTEM | ISBT128 | |
| Unit Blood Type Code | 5100 | |
| Unit Blood Type | O POS | |
| Unit Expiration | 201906202359 | |

**Imaging Results:**

Imaging Results

X-Ray Chest AP Portable (Final result)                          Result time 05/25/19 14:02:10

**Final result by James S. Lawton III, MD (05/25/19 14:02:10)**

**Impression:**

No acute abnormality identified in the chest.

| Electronically signed by: | James Lawton, MD |
|---|---|
| Date: | 05/25/2019 |
| Time: | 14:02 |

**Narrative:**
EXAMINATION:
XR CHEST AP PORTABLE

CLINICAL HISTORY:
Chest Pain;

COMPARISON:

**Lincoln/Lee 1364**

**Progress Notes - 05/25/2019**

| | |
|---|---|
| BRMH TELEMETRY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008729086 |
| Continuity of Care | Adm: 5/25/2019 |

### ED Provider Notes (continued)

ED Provider Notes by Jennifer Bakar, MD at 5/25/2019 1:47 PM (continued)

> 02/26/2019
>
> FINDINGS:
> Left subclavian MediPort catheter remains well position near the cavoatrial junction. The cardiomediastinal silhouette is within normal limits for AP technique. The lungs appear clear of active disease. No acute appearing infiltrate, pleural effusion or pneumothorax identified.

**The EKG was ordered, reviewed, and independently interpreted by the ED provider.**
Interpretation time: 14:03
Rate: 100 BPM
Rhythm: normal sinus rhythm
Interpretation: No acute ST changes. No STEMI.

The EKG was ordered, reviewed, and independently interpreted by the ED provider.
Interpretation time: 15:48
Rate: 93 BPM
Rhythm: normal sinus rhythm
Interpretation: No acute ST changes. No STEMI.

The Emergency Provider reviewed the vital signs and test results, which are outlined above.

### ED Discussion

**ED Course** as of May 26 1457
Sat May 25, 2019

1340   Upon initial evaluation-patient is not having any chest pain.
       [JB]

1541   Re-evaluation:  Patient states she is having chest pain. At this time will treat her chest pain and I have discussed laboratory results which shows that she has a low H&H.  Patient is a lymphoma patient and is currently on chemotherapy.  Last chemotherapy was a week and half ago.  Patient is tachy with a heart rate in the 120s
       [JB]

1543   At this time will not order CTA of chest to rule out PE.  Her D-dimer is elevated however this can be due to multiple conditions including her lymphoma.
       [JB]

Generated on 6/7/19 10:41 AM                                      Page 234

**Lincoln/Lee 1365**

**Progress Notes - 05/25/2019**

| | |
|---|---|
| BRMH TELEMETRY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:        Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008729086 |
| Continuity of Care | Adm: 5/25/2019 |

**ED Provider Notes (continued)**

**ED Provider Notes by Jennifer Bakar, MD at 5/25/2019  1:47 PM (continued)**

ED Course User Index
[JB] Jennifer Bakar, MD

**3:54 PM**: Discussed pt's case with Dr. Delrie (Heme/Onc) who recommends irradiated packed RBCs and leukoreduced.

**4:06 PM**: Discussed case with Christine Hadeed, NP (Hospital APC). Dr. Mesa agrees with current care and management of pt and accepts admission.
Admitting Service: Hospital Medicine
Admitting Physician: Dr. Mesa
Admit to: Obs-Tele

**4:20 PM**: Re-evaluated pt. I have discussed test results, shared treatment plan, and the need for admission with patient and family at bedside. Pt and family express understanding at this time and agree with all information. All questions answered. Pt and family have no further questions or concerns at this time. Pt is ready for admit.
**ED Medication(s):**
Medications
ondansetron injection 4 mg (0 mg Intravenous
Hold 5/25/19 1345)
potassium chloride SA CR tablet 40 mEq (40 mEq
Oral Not Given 5/25/19 1704)
0.9%  NaCl infusion (for blood administration) (has
no administration in time range)
sodium chloride 0.9% flush 10 mL (has no
administration in time range)
allopurinol tablet 300 mg (300 mg Oral Given
5/26/19 0816)
amLODIPine tablet 5 mg (5 mg Oral Given 5/26/19
0816)
bictegrav-emtricit-tenofov ala 50-200-25 mg per
tablet 1 tablet (1 tablet Oral Given 5/26/19 0815)
citalopram tablet 20 mg (20 mg Oral Given 5/26/19
0816)
ferrous gluconate Tab 324 mg (324 mg Oral Given
5/26/19 0816)
metoprolol tartrate (LOPRESSOR) tablet 50 mg (50
mg Oral Given 5/26/19 0816)
zolpidem tablet 5 mg (has no administration in
time range)
oxyCODONE immediate release tablet 10 mg (10
mg Oral Given 5/26/19 0518)
acetaminophen tablet 650 mg (has no
administration in time range)
ondansetron injection 4 mg (4 mg Intravenous
Given 5/25/19 2312)
aspirin tablet 325 mg (325 mg Oral Given 5/25/19

**Lincoln/Lee 1366**

**Progress Notes - 05/25/2019**

| | |
|---|---|
| BRMH TELEMETRY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008729086 |
| Continuity of Care | Adm: 5/25/2019 |

### ED Provider Notes (continued)

**ED Provider Notes by Jennifer Bakar, MD at 5/25/2019 1:47 PM (continued)**

1345)
morphine injection 4 mg (4 mg Intravenous Given
5/25/19 1705)
potassium chloride 10% oral solution 40 mEq (40
mEq Oral Given 5/25/19 1906)

**Current Discharge Medication List**

Follow-up Information
    Pavan Malur, Md, MD in 2 weeks.
        Specialties: Cardiology, Internal Medicine
        Contact information:
        10310 THE GROVE BLVD
        Baton Rouge LA 70810
        225-761-5202

Medical Decision Making:
Clinical Tests:
Lab Tests: Ordered and Reviewed
Radiological Study: Ordered and Reviewed
Medical Tests: Ordered and Reviewed
**ED Management:**
This is a 49-year-old Afro-American female with HIV/lymphoma and currently on active chemotherapy presented to emergency department for chest pain. Patient was found to have a hemoglobin of 7.3 which has been a sudden drop from recent hemoglobin drop. Patient did not have any signs of GI bleed. Her chest pain was controlled with Norco in the emergency department and she was found to have negative troponin as well as negative EKG changes showing ischemia. Her chest pain was secondary to oxygen may and from low hemoglobin. This is most likely secondary to her chemotherapy regimen. I discussed the case with hematology on-call who recommended transfusing irradiated and leuko reduced packed RBCs. Patient was hemodynamically stable upon admission to Hospital Medicine. Consent was obtained for blood transfusion for patient.

Scribe Attestation:
Scribe #1: I performed the above scribed service and the documentation accurately describes the services I performed. I attest to the accuracy of the note.

Attending:
Physician Attestation Statement for Scribe #1: I, Jennifer Bakar, MD, personally performed the services described in this documentation, as scribed by Peggy Thomas, in my presence, and it is both accurate and complete.

| | |
|---|---|
| Generated on 6/7/19 10:41 AM | Page 236 |

**Lincoln/Lee 1367**

**Progress Notes - 05/25/2019**

| | |
|---|---|
| BRMH TELEMETRY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008729086 |
| Continuity of Care | Adm: 5/25/2019 |

## ED Provider Notes (continued)

**ED Provider Notes by Jennifer Bakar, MD at 5/25/2019 1:47 PM (continued)**

### Clinical Impression

| | | ICD-10-CM | ICD-9-CM |
|---|---|---|---|
| 1. | **Symptomatic anemia** | **D64.9** | **285.9** |
| 2. | Chest pain | R07.9 | 786.50 |
| 3. | AIDS-related lymphoma | B20 | 042 |
| | | C85.90 | 202.80 |
| 4. | Essential hypertension | I10 | 401.9 |
| 5. | Lymphoma related to acquired immunodeficiency syndrome (AIDS) | B20 | 042 |
| | | C85.90 | 202.80 |
| 6. | AIDS (acquired immune deficiency syndrome) | B20 | 042 |
| 7. | Elevated LFTs | R94.5 | 790.6 |
| 8. | Diffuse large B-cell lymphoma of lymph nodes of neck | C83.31 | 202.81 |
| 9. | Lymphoma, unspecified body region, unspecified lymphoma type | C85.90 | 202.80 |
| 10. | Anemia, unspecified type | D64.9 | 285.9 |
| 11. | Biliary obstruction | K83.1 | 576.2 |

**Disposition:**
Disposition: Placed in Observation (obs-tele)
Condition: Fair

Jennifer Bakar, MD
05/26/19 1159

Electronically signed by Jennifer Bakar, MD on 5/26/2019 11:59 AM

## ED Notes

**ED Notes by Levi Durham, RN at 5/25/2019 7:03 PM**

| | | |
|---|---|---|
| Author: Levi Durham, RN | Service: Emergency Medicine | Author Type: Registered Nurse |
| Filed: 5/25/2019 7:03 PM | Status: Signed | |
| Editor: Levi Durham, RN (Registered Nurse) | | |

Report received from Chelsea RN

Electronically signed by Levi Durham, RN on 5/25/2019 7:03 PM

**ED Notes by Levi Durham, RN at 5/25/2019 7:04 PM**

**Lincoln/Lee 1368**

**Progress Notes - 05/25/2019**

| | |
|---|---|
| BRMH TELEMETRY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:        Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008729086 |
| Continuity of Care | Adm: 5/25/2019 |

### ED Notes (continued)

**ED Notes by Levi Durham, RN at 5/25/2019 7:04 PM (continued)**

| | | |
|---|---|---|
| Author: Levi Durham, RN | Service: Emergency Medicine | Author Type: Registered Nurse |
| Filed: 5/25/2019 7:04 PM | Status: Signed | |
| Editor: Levi Durham, RN (Registered Nurse) | | |

In bed resting,aaox3,skin warm dry to touch,equal bilateral chest rise and fall,side rails up x 2,bed locked and in low position,C-monitor on and recording,instructed to call with any needs.

Electronically signed by Levi Durham, RN on 5/25/2019 7:04 PM

**ED Notes by Caitlenn Palombo, Patient Care Assistant at 5/25/2019 7:20 PM**

| | | |
|---|---|---|
| Author: Caitlenn Palombo, Patient Care Assistant | Service: Emergency Medicine | Author Type: Technician |
| Filed: 5/25/2019 7:24 PM | Status: Signed | |
| Editor: Caitlenn Palombo, Patient Care Assistant (Technician) | | |

Orthostatic vital signs completed. Pt tolerated well.

Electronically signed by Caitlenn Palombo, Patient Care Assistant on 5/25/2019 7:24 PM

**ED Notes by Caitlenn Palombo, Patient Care Assistant at 5/25/2019 7:21 PM**

| | | |
|---|---|---|
| Author: Caitlenn Palombo, Patient Care Assistant | Service: Emergency Medicine | Author Type: Technician |
| Filed: 5/25/2019 7:24 PM | Status: Signed | |
| Editor: Caitlenn Palombo, Patient Care Assistant (Technician) | | |

Patient provided new blankets per request. Pt repositioned to comfort at this time.

Electronically signed by Caitlenn Palombo, Patient Care Assistant on 5/25/2019 7:24 PM

### History & Physicals

**H&P by Michael C. Hogan, NP at 5/25/2019 6:43 PM**

| | | |
|---|---|---|
| Author: Michael C. Hogan, NP | Service: Hospital Medicine | Author Type: Nurse Practitioner |
| Filed: 5/25/2019 6:43 PM | Status: Attested | |
| Editor: Michael C. Hogan, NP (Nurse Practitioner) | | Cosigner: Christopher J. Mesa, MD at 5/25/2019 6:50 PM |

**Attestation signed by Christopher J. Mesa, MD at 5/25/2019 6:50 PM**

I have seen the patient, reviewed the Nurse Practitioner's history and physical, assessment and plan. I have personally interviewed and examined the patient at bedside and: agree with the findings.

**Ochsner Medical Center - BR**
**Hospital Medicine**
**History & Physical**

---

Generated on 6/7/19 10:41 AM                                    Page 238

**Lincoln/Lee 1369**

**Progress Notes - 05/25/2019**

| | |
|---|---|
| BRMH TELEMETRY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:    Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008729086 |
| Continuity of Care | Adm: 5/25/2019 |

## History & Physicals (continued)

**H&P by Michael C. Hogan, NP at 5/25/2019  6:43 PM (continued)**

**Patient Name:** Katonia Lee
**MRN:** 2325810
**Admission Date:** 5/25/2019
**Attending Physician:** Jennifer Bakar, MD
**Primary Care Provider:** Sonia McField, FNP, FNP

Patient information was obtained from patient and ER records.

**Subjective:**

**Principal Problem:** Symptomatic anemia

**Chief Complaint:**
Chief Complaint
Patient presents with
- Chest Pain
  *intermittent x 3 days, nonradiating, denies n/v, some SOB; pain completed relieved by oxycodone prescribed for cancer pain*

**HPI:** Katonia Lee is a 49 yo female with a PMH of HTN, large B cell lymphoma, AIDS who presented to the ER with c/o intermittent midsternal chest pain over the last 2 days. Associated symptoms include shortness of breath. The patient denies any current chest pain. Patient denies fever, chills, cough, pnd, orthopnea, palpitations, diaphoresis, headache, blurred vision, numbness, tingling, dizziness, localized weakness, n/v/d, abdominal pain, blood in stools, melena, hematemesis, urinary frequency, urgency, dysuria or hematuria. The patient is undergoing chemo and is followed by Dr. Dang. The case was discussed with Dr. Delrie in the ER who recommended transfusing 1 unit PRBCs. The patient reports that she is compliant with taking her anti-virals but missed yesterdays dose. She reports that she is followed by Dr. Nnadi. The patient is being admitted to observation for symptomatic anemia.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| - B-cell lymphoma | 1/22/2019 |
| - Biliary stricture | |
| - Cancer | |
| *lymphoma]* | |
| - Diffuse large B cell lymphoma of duodenum and pancreas | 1/21/2019 |
| - Encounter for blood transfusion | |
| - HIV (human immunodeficiency virus infection) | |
| - Hypertension | |
| - Jaundice | |
| - Stomach ulcer | |
| *bleeding* | |

**Lincoln/Lee 1370**

**Progress Notes - 05/25/2019**

| | |
|---|---|
| BRMH TELEMETRY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:　　　　Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008729086 |
| Continuity of Care | Adm: 5/25/2019 |

## History & Physicals (continued)

**H&P by Michael C. Hogan, NP at 5/25/2019 6:43 PM (continued)**

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • CESAREAN SECTION | | |
| • ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY) | Left | 4/30/2019 |
| *Performed by Janak N. Shah, MD at NOMH ENDO (2ND FLR)* | | |
| • ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY) | N/A | 1/25/2019 |
| *Performed by Janak N. Shah, MD at NOMH ENDO (2ND FLR)* | | |
| • ESOPHAGOGASTRODUODENOSCOPY | | |
| • INSERTION, VENOUS ACCESS PORT | Left | 2/11/2019 |
| *Performed by Kyle A Jakob, MD at BRMH OR* | | |

Review of patient's allergies indicates:
No Known Allergies

No current facility-administered medications on file prior to encounter.

Current Outpatient Medications on File Prior to Encounter

| Medication | Sig |
|---|---|
| • allopurinol (ZYLOPRIM) 300 MG tablet | Take 1 tablet (300 mg total) by mouth once daily. (Patient taking differently: Take 300 mg by mouth every morning. ) |
| • amLODIPine (NORVASC) 5 MG tablet | Take 5 mg by mouth once daily. |
| • bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet | Take 1 tablet by mouth once daily. (Patient taking differently: Take 1 tablet by mouth once daily. ) |
| • citalopram (CELEXA) 20 MG tablet | Take 20 mg by mouth once daily. |
| • ferrous gluconate 324 mg (37.5 mg iron) Tab | Take 1 tablet by mouth once daily. |
| • metoprolol tartrate (LOPRESSOR) 50 MG tablet | Take 50 mg by mouth 2 (two) times daily. |
| • ondansetron (ZOFRAN-ODT) 8 MG TbDL | Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). |
| • oxyCODONE (ROXICODONE) 5 MG immediate release tablet | Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain. |
| • prochlorperazine (COMPAZINE) 10 MG tablet | Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (nausea). |
| • promethazine (PHENERGAN) 25 MG tablet | Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. |
| • sulfamethoxazole-trimethoprim 800-160mg (BACTRIM DS) 800-160 mg Tab | Take 1 tablet by mouth once daily. |

**Lincoln/Lee 1371**

**Progress Notes - 05/25/2019**

| | |
|---|---|
| BRMH TELEMETRY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:        Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008729086 |
| Continuity of Care | Adm: 5/25/2019 |

## History & Physicals (continued)

**H&P by Michael C. Hogan, NP at 5/25/2019 6:43 PM (continued)**

- zolpidem (AMBIEN) 5 MG Tab    Take 1 tablet (5 mg total) by mouth nightly as needed (sleep).

**Family History**

| Problem | Relation (Age of Onset) |
|---|---|
| Cancer | Paternal Grandmother |
| Heart disease | Mother |

**Tobacco Use**
- Smoking status:       Never Smoker
- Smokeless tobacco:   Never Used

**Substance and Sexual Activity**
- Alcohol use:          No
    Frequency:         Never
- Drug use:            No
- Sexual activity:      Not on file

Review of Systems
Constitutional: Negative for activity change, appetite change, chills, diaphoresis, fatigue, fever and unexpected weight change.
HENT: Negative for congestion, drooling, facial swelling, rhinorrhea, sinus pressure, sneezing and sore throat.
Eyes: Negative for discharge, redness, itching and visual disturbance.
Respiratory: Positive for shortness of breath. Negative for apnea, cough, choking, chest tightness, wheezing and stridor.
Cardiovascular: Positive for chest pain. Negative for palpitations and leg swelling.
Gastrointestinal: Negative for abdominal distention, abdominal pain, anal bleeding, blood in stool, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for decreased urine volume, difficulty urinating, dysuria, frequency, hematuria, pelvic pain, urgency, vaginal bleeding and vaginal discharge.
Musculoskeletal: Negative for arthralgias, back pain, gait problem, joint swelling, myalgias, neck pain and neck stiffness.
Skin: Negative for color change, pallor, rash and wound.
Neurological: Negative for dizziness, seizures, facial asymmetry, speech difficulty, weakness, light-headedness, numbness and headaches.
Psychiatric/Behavioral: Negative for agitation, confusion, hallucinations and suicidal ideas.
All other systems reviewed and are negative.

## Objective:

| Vital Signs (Most Recent): | Vital Signs (24h Range): |
|---|---|
| Temp: 98.7 °F (37.1 °C) (05/25/19 1236) | Temp: [98.7 °F (37.1 °C)] 98.7 °F (37.1 °C) |
| Pulse: 106 (05/25/19 1414) | |
| Resp: 16 (05/25/19 1236) | Pulse: [106-120] 106 |
| BP: (!) 151/84 (05/25/19 1236) | Resp: [16] 16 |
| SpO2: 97 % (05/25/19 1236) | SpO2: [97 %] 97 % |
| | BP: (151)/(84) 151/84 |

**Lincoln/Lee 1372**

**Progress Notes - 05/25/2019**

| | |
|---|---|
| BRMH TELEMETRY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008729086 |
| Continuity of Care | Adm: 5/25/2019 |

## History & Physicals (continued)

**H&P by Michael C. Hogan, NP at 5/25/2019  6:43 PM (continued)**

Weight: 55.8 kg (123 lb 2 oz)
Body mass index is 22.66 kg/m².

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Pupils are equal, round, and reactive to light. Conjunctivae and EOM are normal.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress.
Abdominal: Soft. Bowel sounds are normal. She exhibits no distension. There is no tenderness.
Musculoskeletal: Normal range of motion. She exhibits no edema, tenderness or deformity.
Neurological: She is alert and oriented to person, place, and time. She has normal reflexes.
Skin: Skin is warm and dry. No erythema.
Psychiatric: She has a normal mood and affect. Her behavior is normal.
Nursing note and vitals reviewed.

**CRANIAL NERVES**

CN III, IV, VI
Pupils are equal, round, and reactive to light.
Extraocular motions are normal.

**Significant Labs**: All pertinent labs within the past 24 hours have been reviewed.

**Significant Imaging:**
Imaging Results

X-Ray Chest AP Portable (Final result)                          Result time 05/25/19 14:02:10
**Final result by James S. Lawton III, MD (05/25/19 14:02:10)**

**Impression:**

No acute abnormality identified in the chest.

| | |
|---|---|
| Electronically signed by: | James Lawton,  MD |
| Date: | 05/25/2019 |
| Time: | 14:02 |

**Narrative:**
EXAMINATION:

**Lincoln/Lee 1373**

**Progress Notes - 05/25/2019**

| | |
|---|---|
| BRMH TELEMETRY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008729086 |
| Continuity of Care | Adm: 5/25/2019 |

### History & Physicals (continued)

**H&P by Michael C. Hogan, NP at 5/25/2019 6:43 PM (continued)**

XR CHEST AP PORTABLE

CLINICAL HISTORY:
Chest Pain;

COMPARISON:
02/26/2019

FINDINGS:
Left subclavian MediPort catheter remains well position near the cavoatrial junction.  The cardiomediastinal silhouette is within normal limits for AP technique. The lungs appear clear of active disease. No acute appearing infiltrate, pleural effusion or pneumothorax identified.

### Assessment/Plan:

**\* Symptomatic anemia**
- Place in observation
- Transfuse 1 unit PRBC
- Repeat CBC in am
- check orthostatic BP Q shift

**AIDS (acquired immune deficiency syndrome)**
- Resume home meds
- Keep outpatient follow up with Dr. Nnadi.

**Lymphoma related to acquired immunodeficiency syndrome (AIDS)**
- Hem/onc consulted

**Essential hypertension**
- Monitor VS
- resume home meds

VTE Risk Mitigation (From admission, onward)

| | Ordered |
|---|---|
| **IP VTE HIGH RISK PATIENT** Once | 05/25/19 |

**Lincoln/Lee 1374**

**Progress Notes - 05/14/2019**

| BRMH XRAY | Lee, Katonia |
|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008554660 |
| Continuity of Care | Adm: 5/14/2019 |

**Admission Information**

| | | | |
|---|---|---|---|
| Arrival Date/Time: | Admit Date/Time: | 05/14/2019 1107 | IP Adm. Date/Time: |
| Admission Type: Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: |
| Means of Arrival: | Primary Service: | | Secondary Service: N/A |
| Transfer Source: | Service Area: | OCHSNER SERVICE AREA | Unit: Ochsner Medical Center - BR |
| Admit Provider: | Attending Provider: | Long H. Dang, MD | Referring Provider: Long H. Dang, MD |

**Discharge Information**

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 05/14/2019 2359 | Home Or Self Care | None | None | Ochsner Medical Center - BR |

**Final Diagnoses (ICD-10-CM)**

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| Z51.11 [Principal] | Encounter for antineoplastic chemotherapy | | | | |
| C83.31 | Diffuse large b-cell lymphoma, lymph nodes of head, face, and neck | | | | |
| C85.90 | Non-Hodgkin lymphoma, unspecified, unspecified site | | | | |
| B20 | Human immunodeficiency virus (HIV) disease | | | | |

**Hospital Problem List** as of 5/14/2019          Reviewed: **5/13/2019 by Long H Dang, MD**

None

**Non-Hospital Problem List** as of 5/14/2019          Reviewed: **5/13/2019 by Long H Dang, MD**

| | Codes | Last Modified |
|---|---|---|
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | 1/26/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | 1/31/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | 2/1/2019 |
| **Elevated LFTs** | ICD-10-CM: R94.5 ICD-9-CM: 790.6 | 2/1/2019 |
| **Lymphoma** | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | 2/11/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 ICD-9-CM: 780.96 | 2/27/2019 |
| RESOLVED: Chest pain | ICD-10-CM: R07.9 ICD-9-CM: 786.50 | 2/27/2019 |
| **Essential hypertension** | ICD-10-CM: I10 ICD-9-CM: 401.9 | 3/1/2019 |
| **B-cell lymphoma** | ICD-10-CM: C85.10 ICD-9-CM: 202.80 | 3/1/2019 |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20 ICD-9-CM: 042 | 3/1/2019 |
| **Anemia** | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | 3/1/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 ICD-9-CM: 288.00, 780.61 | 3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 ICD-9-CM: 112.0 | 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9 | 3/1/2019 |

**Lincoln/Lee 1375**

**Progress Notes - 05/14/2019**

BRMH XRAY                                          Lee, Katonia
17000 Medical Center Dr                            MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                               Acct #: 72008554660
Continuity of Care                                 Adm: 5/14/2019

| Non-Hospital Problem List (continued) as of 5/14/2019 | | Reviewed: 5/13/2019 by Long H Dang, MD |
|---|---|---|
| | Codes | Last Modified |
| | ICD-9-CM: 780.60 | |
| Lymphoma related to acquired immunodeficiency syndrome (AIDS) | ICD-10-CM: B20, C85.90 | 3/12/2019 |
| | ICD-9-CM: 042, 202.80 | |
| Biliary obstruction | ICD-10-CM: K83.1 | 4/30/2019 |
| | ICD-9-CM: 576.2 | |

## History & Physicals

**H&P (View-Only) by Long H. Dang, MD at 5/13/2019 9:00 AM**

Author: Long H. Dang, MD          Service: —                      Author Type: Physician
Filed: 5/13/2019 8:39 AM          Status: Signed
Editor: Long H. Dang, MD (Physician)

**Subjective:**

Patient ID: Katonia Lee is a 49 y.o. female.

**Chief Complaint:** Lymphoma related to acquired immunodeficiency syndrome (AIDS) [B20, C85.90]
HPI: We have an opportunity to see Ms. Katonia Lee in Hematology Oncology clinic at Ochsner Medical Center on 05/13/2019. Ms. Katonia Lee is a 49 y.o. woman with AIDS-related DLBCL s/p 4 cycles of RCHOP. Reported did well except for back pain after intrathecal methotrexate lasted 1.5 weeks.

**Lymphoma related to acquired immunodeficiency syndrome (AIDS)**
1/21/2019          Initial Diagnosis
                   Lymphoma related to acquired immunodeficiency syndrome (AIDS)

1/31/2019 -        Chemotherapy
                   Treatment Summary
                   Plan Name: OP RITUXIMAB Q3M (MAINTENANCE)
                   Treatment Goal: Palliative
                   Status: Inactive
                   Start Date: 1/27/2019
                   End Date: 1/27/2019
                   Provider: Ronald D. Delrie Jr., MD
                   Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride
                   0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous,
                   Clinic/HOD 1 time, 1 of 2 cycles
                   Administration: 664 mg (1/27/2019)

                   Plan Name: R-EPOCH INPATIENT
                   Treatment Goal: Curative
                   Status: Inactive
                   Start Date: 1/31/2019
                   End Date: 1/31/2019
                   Provider: Ronald D. Delrie Jr., MD
                   Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in
                   sodium chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg,

Generated on 6/7/19 10:41 AM                                                      Page 201

**Lincoln/Lee 1376**

**Progress Notes - 05/14/2019**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008554660 |
| Continuity of Care | Adm: 5/14/2019 |

### History & Physicals (continued)

**H&P (View-Only) by Long H. Dang, MD at 5/13/2019 9:00 AM (continued)**

Intravenous, Every 24 hours (non-standard times), 1 of 4 cycles
Administration: 1,270 mg (1/31/2019)

riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time, 0 of 3 cycles

DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine (ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, , Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles

Plan Name: OP R-CHOP Q3W
Treatment Goal: Curative
Status: Active
Start Date: 2/18/2019
End Date: 6/3/2019 (Planned)
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: DOXOrubicin chemo injection 20 mg, 12.5 mg/m2 = 20 mg (25 % of original dose 50 mg/m2), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Dose modification: 12.5 mg/m2 (25 % of original dose 50 mg/m2, Cycle 1, Reason: Original Dose Changed)
Administration: 20 mg (2/18/2019), 20 mg (3/11/2019)

vinCRIStine (ONCOVIN) 2 mg in sodium chloride 0.9% 50 mL chemo infusion, 2 mg (100 % of original dose 2 mg), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Dose modification: 2 mg (original dose 2 mg, Cycle 1, Reason: MD Discretion, Comment: capping vincristine at 2 mg)
Administration: 2 mg (2/18/2019), 2 mg (3/11/2019)

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,180 mg in sodium chloride 0.9% 309 mL chemo infusion, 750 mg/m2 = 1,180 mg, Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Administration: 1,180 mg (2/18/2019), 1,210 mg (3/11/2019)

methotrexate (PF) 6 mg in sodium chloride 0.9% (NORMAL SALINE FLUSH) 3 mL INTRATHECAL chemo injection, , Intrathecal, Clinic/HOD 1 time, 0 of 4 cycles

**B-cell lymphoma**

**Chemotherapy**
Treatment Summary
Plan Name: OP RITUXIMAB Q3M (MAINTENANCE)
Treatment Goal: Palliative
Status: Inactive

**Lincoln/Lee 1377**

**Progress Notes - 05/14/2019**

BRMH XRAY                                           Lee, Katonia
17000 Medical Center Dr                            MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                               Acct #: 72008554660
Continuity of Care                                 Adm: 5/14/2019

### History & Physicals (continued)

**H&P (View-Only) by Long H. Dang, MD at 5/13/2019  9:00 AM (continued)**

Start Date: 1/27/2019
End Date: 1/27/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride 0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous, Clinic/HOD 1 time, 1 of 2 cycles
Administration: 664 mg (1/27/2019)

Plan Name: R-EPOCH INPATIENT
Treatment Goal: Curative
Status: Inactive
Start Date: 1/31/2019
End Date: 1/31/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg, Intravenous, Every 24 hours (non-standard times), 1 of 4 cycles
Administration: 1,270 mg (1/31/2019)

riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time, 0 of 3 cycles

DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine (ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, , Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles

Plan Name: OP R-CHOP Q3W
Treatment Goal: Curative
Status: Active
Start Date: 2/1/2019 (Planned)
End Date: 5/17/2019 (Planned)
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: DOXOrubicin chemo injection 84 mg, 50 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

vinCRIStine (ONCOVIN) 2.4 mg in sodium chloride 0.9% 50 mL chemo infusion, 1.4 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 250 mL chemo infusion, 750 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

riTUXimab (RITUXAN) 375 mg/m2 = 634 mg in sodium chloride 0.9% 634 mL infusion (conc: 1 mg/mL), 375 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

**Lincoln/Lee 1378**

**Progress Notes - 05/14/2019**

| BRMH XRAY | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008554660 | |
| Continuity of Care | Adm: 5/14/2019 | |

## History & Physicals (continued)

**H&P (View-Only) by Long H. Dang, MD at 5/13/2019 9:00 AM (continued)**

Past Medical History:

| Diagnosis | Date |
|---|---|
| • B-cell lymphoma | 1/22/2019 |
| • Biliary stricture | |
| • Cancer | |
| *lymphoma]* | |
| • Diffuse large B cell lymphoma of duodenum and pancreas | 1/21/2019 |
| • Encounter for blood transfusion | |
| • HIV (human immunodeficiency virus infection) | |
| • Hypertension | |
| • Jaundice | |
| • Stomach ulcer | |
| *bleeding* | |

Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Paternal Grandmother | |
| • Heart disease | Mother | |

Social History

Socioeconomic History
- Marital status: Unknown
  - Spouse name: Not on file
- Number of children: Not on file
- Years of education: Not on file
- Highest education level: Not on file

Occupational History
- Not on file

Social Needs
- Financial resource strain: Not on file
- Food insecurity:
  - Worry: Not on file
  - Inability: Not on file
- Transportation needs:
  - Medical: Not on file
  - Non-medical: Not on file

Tobacco Use
- Smoking status: Never Smoker
- Smokeless tobacco: Never Used

Substance and Sexual Activity
- Alcohol use: No
  - Frequency: Never
- Drug use: No
- Sexual activity: Not on file

Lifestyle
- Physical activity:

Generated on 6/7/19 10:41 AM

**Lincoln/Lee 1379**

**Progress Notes - 05/14/2019**

BRMH XRAY
17000 Medical Center Dr
Baton Rouge LA 70816
Continuity of Care

Lee, Katonia
MRN: 2325810, DOB:
Acct #: 72008554660
Adm: 5/14/2019

Sex: F

## History & Physicals (continued)

**H&P (View-Only) by Long H. Dang, MD at 5/13/2019  9:00 AM (continued)**

| | |
|---|---|
| Days per week: | Not on file |
| Minutes per session: | Not on file |
| • Stress: | Not on file |

Relationships

| | |
|---|---|
| • Social connections: | |
| Talks on phone: | Not on file |
| Gets together: | Not on file |
| Attends religious service: | Not on file |
| Active member of club or organization: | Not on file |
| Attends meetings of clubs or organizations: | Not on file |
| Relationship status: | Not on file |

Other Topics          Concern
• Not on file

Social History Narrative
• Not on file

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • CESAREAN SECTION | | |
| • ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY) | Left | 4/30/2019 |
| *Performed by Janak N. Shah, MD at NOMH ENDO (2ND FLR)* | | |
| • ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY) | N/A | 1/25/2019 |
| *Performed by Janak N. Shah, MD at NOMH ENDO (2ND FLR)* | | |
| • ESOPHAGOGASTRODUODENOSCOPY | | |
| • INSERTION, VENOUS ACCESS PORT | Left | 2/11/2019 |
| *Performed by Kyle A Jakob, MD at BRMH OR* | | |

Current Outpatient Medications

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • allopurinol (ZYLOPRIM) 300 MG tablet | Take 1 tablet (300 mg total) by mouth once daily. (Patient taking differently: Take 300 mg by mouth every morning. ) | 30 tablet | 1 |
| • amLODIPine (NORVASC) 5 MG tablet | Take 5 mg by mouth once daily. | | |
| • atovaquone (MEPRON) 750 mg/5 mL Susp | Take 10 mLs (1,500 mg total) by mouth once daily. | 210 mL | 2 |
| • bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet | Take 1 tablet by mouth once daily. (Patient taking differently: Take 1 tablet by mouth once daily. ) | 30 tablet | 4 |
| • citalopram (CELEXA) 20 MG tablet | Take 20 mg by mouth | | |

---

Generated on 6/7/19 10:41 AM

**Lincoln/Lee 1380**

**Progress Notes - 05/14/2019**

| BRMH XRAY | Lee, Katonia |
|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008554660 |
| Continuity of Care | Adm: 5/14/2019 |

### History & Physicals (continued)

**H&P (View-Only) by Long H. Dang, MD at 5/13/2019 9:00 AM (continued)**

|  |  |  |  |
|---|---|---|---|
| | once daily. | | |
| • ferrous gluconate 324 mg (37.5 mg iron) Tab | Take 1 tablet by mouth once daily. | | |
| • metoprolol tartrate (LOPRESSOR) 50 MG tablet | Take 50 mg by mouth 2 (two) times daily. | | |
| • ondansetron (ZOFRAN-ODT) 8 MG TbDL | Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). | 60 tablet | 1 |
| • oxyCODONE (ROXICODONE) 5 MG immediate release tablet | Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain. | 60 tablet | 0 |
| • prochlorperazine (COMPAZINE) 10 MG tablet | Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (nausea). | 60 tablet | 1 |
| • promethazine (PHENERGAN) 25 MG tablet | Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. | 60 tablet | 1 |
| • zolpidem (AMBIEN) 5 MG Tab | Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). | 30 tablet | 1 |
| • predniSONE (DELTASONE) 20 MG tablet | Take 5 tablets (100 mg total) by mouth once daily. for 5 days | 25 tablet | 0 |
| • sulfamethoxazole-trimethoprim 800-160mg (BACTRIM DS) 800-160 mg Tab | Take 1 tablet by mouth once daily. | 30 tablet | 1 |

No current facility-administered medications for this visit.

### Labs:

Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 2.37 (L) | 05/13/2019 |
| HGB | 9.0 (L) | 05/13/2019 |
| HCT | 29.3 (L) | 05/13/2019 |
| MCV | 97 | 05/13/2019 |
| PLT | 299 | 05/13/2019 |

### BMP

Lab Results

| Component | Value | Date |
|---|---|---|
| NA | 142 | 04/22/2019 |
| K | 4.1 | 04/22/2019 |
| CL | 109 | 04/22/2019 |
| CO2 | 25 | 04/22/2019 |

**Lincoln/Lee 1381**

**Progress Notes - 05/14/2019**

| | | |
|---|---|---|
| BRMH XRAY | Lee, Katonia | |
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008554660 | |
| Continuity of Care | Adm: 5/14/2019 | |

### History & Physicals (continued)

**H&P (View-Only) by Long H. Dang, MD at 5/13/2019 9:00 AM (continued)**

| | | |
|---|---|---|
| BUN | 20 | 04/22/2019 |
| CREATININE | 1.1 | 04/22/2019 |
| CALCIUM | 10.1 | 04/22/2019 |
| ANIONGAP | 8 | 04/22/2019 |
| ESTGFRAFRICA | >60 | 04/22/2019 |
| EGFRNONAA | 59 (A) | 04/22/2019 |

Lab Results

| Component | Value | Date |
|---|---|---|
| ALT | 10 | 04/22/2019 |
| AST | 18 | 04/22/2019 |
| ALKPHOS | 99 | 04/22/2019 |
| BILITOT | 0.2 | 04/22/2019 |

No results found for: IRON, TIBC, FERRITIN, SATURATEDIRO
No results found for: VITAMINB12
No results found for: FOLATE

Lab Results

| Component | Value | Date |
|---|---|---|
| TSH | 1.014 | 01/23/2019 |

I have reviewed the radiology reports and examined the scan/xray images.

Review of Systems
Constitutional: Negative.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Negative.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative.
Hematological: Negative.
Psychiatric/Behavioral: Negative.

ECOG SCORE
0 - Fully active-able to carry on all pre-disease performance without restriction

Objective:

Lincoln/Lee 1382

**Progress Notes - 05/14/2019**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008554660 |
| Continuity of Care | Adm: 5/14/2019 |

### History & Physicals (continued)

H&P (View-Only) by Long H. Dang, MD at 5/13/2019 9:00 AM (continued)

Vitals:

05/13/19 0818

BP:          (!) 174/91
Pulse:          60
Temp:
Body mass index is 23.91 kg/m².
Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae and EOM are normal.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. Bowel sounds are normal.
Musculoskeletal: Normal range of motion.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.
Nursing note and vitals reviewed.

### Assessment:

1.  Lymphoma related to acquired immunodeficiency syndrome (AIDS)
2.  AIDS (acquired immune deficiency syndrome)
3.  Diffuse large B-cell lymphoma of intra-abdominal lymph nodes
4.  Diffuse large B-cell lymphoma, unspecified body region

### Plan:

**Lymphoma related to acquired immunodeficiency syndrome (AIDS)**
Will give 5th cycle of RCHOP today.  Tomorrow will get MTX.
Will get MUGA tomorrow.
-   CBC auto differential; Future; Expected date: 06/03/2019
-   Comprehensive metabolic panel; Future; Expected date: 06/03/2019
-   oxyCODONE (ROXICODONE) 5 MG immediate release tablet; Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain.  Dispense: 60 tablet; Refill: 0
-   sulfamethoxazole-trimethoprim 800-160mg (BACTRIM DS) 800-160 mg Tab; Take 1 tablet by mouth once daily.  Dispense: 30 tablet; Refill: 1
-   predniSONE (DELTASONE) 20 MG tablet; Take 5 tablets (100 mg total) by mouth once daily. for 5 days  Dispense: 25 tablet; Refill: 0

**AIDS (acquired immune deficiency syndrome)**
Continue on HAART therapy.

| | |
|---|---|
| Generated on 6/7/19 10:41 AM | Page 208 |

**Lincoln/Lee 1383**

**Progress Notes - 05/14/2019**

| BRMH XRAY | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008554660 | |
| Continuity of Care | Adm: 5/14/2019 | |

## History & Physicals (continued)

**H&P (View-Only) by Long H. Dang, MD at 5/13/2019 9:00 AM (continued)**

- T-HELPER CELLS (CD4) COUNT; Future; Expected date: 06/03/2019

Electronically signed by Long H. Dang, MD on 5/13/2019 8:39 AM

**Interval H&P Note by Case Rappelet, PA at 5/14/2019 12:29 PM**

| Author: Case Rappelet, PA | Service: Radiology | Author Type: Physician Assistant |
|---|---|---|
| Filed: 5/14/2019 12:29 PM | Status: Signed | |
| Editor: Case Rappelet, PA (Physician Assistant) | | Cosigner: Dane G. Mackey, MD at 5/14/2019 3:27 PM |

The patient has been examined and the H&P has been reviewed:

I concur with the findings and no changes have occurred since H&P was written.

There are no hospital problems to display for this patient.

Electronically signed by Dane G. Mackey, MD on 5/14/2019 3:27 PM

**Source Note**

| Author: Long H. Dang, MD | Service: — | Author Type: Physician |
|---|---|---|
| Filed: 5/13/2019 8:39 AM | Status: Signed | |
| Editor: Long H. Dang, MD (Physician) | | |

## Subjective:

**Patient ID:** Katonia Lee is a 49 y.o. female.

**Chief Complaint:** Lymphoma related to acquired immunodeficiency syndrome (AIDS) [B20, C85.90]
HPI: We have an opportunity to see Ms. Katonia Lee in Hematology Oncology clinic at Ochsner Medical Center on 05/13/2019. Ms. Katonia Lee is a 49 y.o. woman with AIDS-related DLBCL s/p 4 cycles of RCHOP. Reported did well except for back pain after intrathecal methotrexate lasted 1.5 weeks.

**Lymphoma related to acquired immunodeficiency syndrome (AIDS)**
1/21/2019    Initial Diagnosis
             Lymphoma related to acquired immunodeficiency syndrome (AIDS)

1/31/2019 -    **Chemotherapy**
             Treatment Summary
             Plan Name: OP RITUXIMAB Q3M (MAINTENANCE)

**Lincoln/Lee 1384**

**Progress Notes - 05/14/2019**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008554660 |
| Continuity of Care | Adm: 5/14/2019 |

**History & Physicals (continued)**

**Interval H&P Note by Case Rappelet, PA at 5/14/2019 12:29 PM (continued)**

Treatment Goal: Palliative
Status: Inactive
Start Date: 1/27/2019
End Date: 1/27/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride 0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous, Clinic/HOD 1 time, 1 of 2 cycles
Administration: 664 mg (1/27/2019)

Plan Name: R-EPOCH INPATIENT
Treatment Goal: Curative
Status: Inactive
Start Date: 1/31/2019
End Date: 1/31/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg, Intravenous, Every 24 hours (non-standard times), 1 of 4 cycles
Administration: 1,270 mg (1/31/2019)

riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time, 0 of 3 cycles

DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine (ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, , Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles

Plan Name: OP R-CHOP Q3W
Treatment Goal: Curative
Status: Active
Start Date: 2/18/2019
End Date: 6/3/2019 (Planned)
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: DOXOrubicin chemo injection 20 mg, 12.5 mg/m2 = 20 mg (25 % of original dose 50 mg/m2), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Dose modification: 12.5 mg/m2 (25 % of original dose 50 mg/m2, Cycle 1, Reason: Original Dose Changed)
Administration: 20 mg (2/18/2019), 20 mg (3/11/2019)

vinCRIStine (ONCOVIN) 2 mg in sodium chloride 0.9% 50 mL chemo infusion, 2 mg (100 % of original dose 2 mg), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Dose modification: 2 mg (original dose 2 mg, Cycle 1, Reason: MD Discretion, Comment: capping vincristine at 2 mg)
Administration: 2 mg (2/18/2019), 2 mg (3/11/2019)

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,180 mg in sodium chloride 0.9%

**Lincoln/Lee 1385**

**Progress Notes - 05/14/2019**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008554660 |
| Continuity of Care | Adm: 5/14/2019 |

## History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 5/14/2019 12:29 PM (continued)**

309 mL chemo infusion, 750 mg/m2 = 1,180 mg, Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Administration: 1,180 mg (2/18/2019), 1,210 mg (3/11/2019)

methotrexate (PF) 6 mg in sodium chloride 0.9% (NORMAL SALINE FLUSH) 3 mL INTRATHECAL chemo injection, , Intrathecal, Clinic/HOD 1 time, 0 of 4 cycles

**B-cell lymphoma**

Chemotherapy
Treatment Summary
Plan Name: OP RITUXIMAB Q3M (MAINTENANCE)
Treatment Goal: Palliative
Status: Inactive
Start Date: 1/27/2019
End Date: 1/27/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride 0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous, Clinic/HOD 1 time, 1 of 2 cycles
Administration: 664 mg (1/27/2019)

Plan Name: R-EPOCH INPATIENT
Treatment Goal: Curative
Status: Inactive
Start Date: 1/31/2019
End Date: 1/31/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg, Intravenous, Every 24 hours (non-standard times), 1 of 4 cycles
Administration: 1,270 mg (1/31/2019)

riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time, 0 of 3 cycles

DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine (ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, , Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles

Plan Name: OP R-CHOP Q3W
Treatment Goal: Curative
Status: Active

**Lincoln/Lee 1386**

**Progress Notes - 05/14/2019**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:        Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008554660 |
| Continuity of Care | Adm: 5/14/2019 |

## History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 5/14/2019 12:29 PM (continued)**

Start Date: 2/1/2019 (Planned)
End Date: 5/17/2019 (Planned)
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: DOXOrubicin chemo injection 84 mg, 50 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

vinCRIStine (ONCOVIN) 2.4 mg in sodium chloride 0.9% 50 mL chemo infusion, 1.4 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 250 mL chemo infusion, 750 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

riTUXimab (RITUXAN) 375 mg/m2 = 634 mg in sodium chloride 0.9% 634 mL infusion (conc: 1 mg/mL), 375 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • B-cell lymphoma | 1/22/2019 |
| • Biliary stricture | |
| • Cancer *[lymphoma]* | |
| • Diffuse large B cell lymphoma of duodenum and pancreas | 1/21/2019 |
| • Encounter for blood transfusion | |
| • HIV (human immunodeficiency virus infection) | |
| • Hypertension | |
| • Jaundice | |
| • Stomach ulcer *bleeding* | |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Paternal Grandmother | |
| • Heart disease | Mother | |

**Social History**

Socioeconomic History
| | |
|---|---|
| • Marital status: | Unknown |
|     Spouse name: | Not on file |
| • Number of children: | Not on file |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |

Occupational History

**Lincoln/Lee 1387**

**Progress Notes - 05/14/2019**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:     Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008554660 |
| Continuity of Care | Adm: 5/14/2019 |

### History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 5/14/2019 12:29 PM (continued)**

- Not on file

Social Needs
- Financial resource strain:     Not on file
- Food insecurity:
  - Worry:     Not on file
  - Inability:     Not on file
- Transportation needs:
  - Medical:     Not on file
  - Non-medical:     Not on file

Tobacco Use
- Smoking status:     Never Smoker
- Smokeless tobacco:     Never Used

Substance and Sexual Activity
- Alcohol use:     No
  - Frequency:     Never
- Drug use:     No
- Sexual activity:     Not on file

Lifestyle
- Physical activity:
  - Days per week:     Not on file
  - Minutes per session:     Not on file
- Stress:     Not on file

Relationships
- Social connections:
  - Talks on phone:     Not on file
  - Gets together:     Not on file
  - Attends religious service:     Not on file
  - Active member of club or organization:     Not on file
  - Attends meetings of clubs or organizations:     Not on file
  - Relationship status:     Not on file

Other Topics     Concern
- Not on file

Social History Narrative
- Not on file

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • CESAREAN SECTION | | |
| • ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY)<br>*Performed by Janak N. Shah, MD at NOMH ENDO (2ND FLR)* | Left | 4/30/2019 |
| • ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY)<br>*Performed by Janak N. Shah, MD at NOMH ENDO (2ND FLR)* | N/A | 1/25/2019 |
| • ESOPHAGOGASTRODUODENOSCOPY | | |
| • INSERTION, VENOUS ACCESS PORT<br>*Performed by Kyle A Jakob, MD at BRMH OR* | Left | 2/11/2019 |

| | |
|---|---|
| Generated on 6/7/19 10:41 AM | Page 213 |

**Lincoln/Lee 1388**

**Progress Notes - 05/14/2019**

BRMH XRAY                                    Lee, Katonia
17000 Medical Center Dr                      MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                         Acct #: 72008554660
Continuity of Care                           Adm: 5/14/2019

## History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 5/14/2019 12:29 PM (continued)**

Current Outpatient Medications

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • allopurinol (ZYLOPRIM) 300 MG tablet | Take 1 tablet (300 mg total) by mouth once daily. (Patient taking differently: Take 300 mg by mouth every morning. ) | 30 tablet | 1 |
| • amLODIPine (NORVASC) 5 MG tablet | Take 5 mg by mouth once daily. | | |
| • atovaquone (MEPRON) 750 mg/5 mL Susp | Take 10 mLs (1,500 mg total) by mouth once daily. | 210 mL | 2 |
| • bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet | Take 1 tablet by mouth once daily. (Patient taking differently: Take 1 tablet by mouth once daily. ) | 30 tablet | 4 |
| • citalopram (CELEXA) 20 MG tablet | Take 20 mg by mouth once daily. | | |
| • ferrous gluconate 324 mg (37.5 mg iron) Tab | Take 1 tablet by mouth once daily. | | |
| • metoprolol tartrate (LOPRESSOR) 50 MG tablet | Take 50 mg by mouth 2 (two) times daily. | | |
| • ondansetron (ZOFRAN-ODT) 8 MG TbDL | Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). | 60 tablet | 1 |
| • oxyCODONE (ROXICODONE) 5 MG immediate release tablet | Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain. | 60 tablet | 0 |
| • prochlorperazine (COMPAZINE) 10 MG tablet | Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (nausea). | 60 tablet | 1 |
| • promethazine (PHENERGAN) 25 MG tablet | Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. | 60 tablet | 1 |
| • zolpidem (AMBIEN) 5 MG Tab | Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). | 30 tablet | 1 |
| • predniSONE (DELTASONE) 20 MG tablet | Take 5 tablets (100 mg total) by mouth once daily. for 5 days | 25 tablet | 0 |
| • sulfamethoxazole-trimethoprim 800-160mg (BACTRIM DS) 800-160 mg Tab | Take 1 tablet by mouth once daily. | 30 tablet | 1 |

No current facility-administered medications for this visit.

---

Generated on 6/7/19 10:41 AM                                    Page 214

**Lincoln/Lee 1389**

**Progress Notes - 05/14/2019**

| BRMH XRAY | Lee, Katonia |
|-----------|--------------|
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008554660 |
| Continuity of Care | Adm: 5/14/2019 |

## History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 5/14/2019 12:29 PM (continued)**

**Labs:**

Lab Results

| Component | Value | Date |
|-----------|-------|------|
| WBC | 2.37 (L) | 05/13/2019 |
| HGB | 9.0 (L) | 05/13/2019 |
| HCT | 29.3 (L) | 05/13/2019 |
| MCV | 97 | 05/13/2019 |
| PLT | 299 | 05/13/2019 |

BMP

Lab Results

| Component | Value | Date |
|-----------|-------|------|
| NA | 142 | 04/22/2019 |
| K | 4.1 | 04/22/2019 |
| CL | 109 | 04/22/2019 |
| CO2 | 25 | 04/22/2019 |
| BUN | 20 | 04/22/2019 |
| CREATININE | 1.1 | 04/22/2019 |
| CALCIUM | 10.1 | 04/22/2019 |
| ANIONGAP | 8 | 04/22/2019 |
| ESTGFRAFRICA | >60 | 04/22/2019 |
| EGFRNONAA | 59 (A) | 04/22/2019 |

Lab Results

| Component | Value | Date |
|-----------|-------|------|
| ALT | 10 | 04/22/2019 |
| AST | 18 | 04/22/2019 |
| ALKPHOS | 99 | 04/22/2019 |
| BILITOT | 0.2 | 04/22/2019 |

No results found for: IRON, TIBC, FERRITIN, SATURATEDIRO
No results found for: VITAMINB12
No results found for: FOLATE

Lab Results

| Component | Value | Date |
|-----------|-------|------|
| TSH | 1.014 | 01/23/2019 |

I have reviewed the radiology reports and examined the scan/xray images.

Review of Systems
Constitutional: Negative.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.

**Lincoln/Lee 1390**

**Progress Notes - 05/14/2019**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:        Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008554660 |
| Continuity of Care | Adm: 5/14/2019 |

### History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 5/14/2019 12:29 PM (continued)**

Gastrointestinal: Negative.
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Negative.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative.
Hematological: Negative.
Psychiatric/Behavioral: Negative.

ECOG SCORE
0 - Fully active-able to carry on all pre-disease performance without restriction

### Objective:

Vitals:

05/13/19 0848
BP:            (!) 174/91
Pulse:        60
Temp:
Body mass index is 23.91 kg/m².
Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae and EOM are normal.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. Bowel sounds are normal.
Musculoskeletal: Normal range of motion.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.
Nursing note and vitals reviewed.

### Assessment:

1.   **Lymphoma related to acquired immunodeficiency syndrome (AIDS)**
2.   AIDS (acquired immune deficiency syndrome)
3.   Diffuse large B-cell lymphoma of intra-abdominal lymph nodes
4.   Diffuse large B-cell lymphoma, unspecified body region

| | |
|---|---|
| Generated on 6/7/19 10:41 AM | Page 216 |

**Lincoln/Lee 1391**

**Progress Notes - 05/14/2019**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008554660 |
| Continuity of Care | Adm: 5/14/2019 |

### History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 5/14/2019 12:29 PM (continued)**

**Plan:**

**Lymphoma related to acquired immunodeficiency syndrome (AIDS)**
Will give 5th cycle of RCHOP today.  Tomorrow will get MTX.
Will get MUGA tomorrow.
- CBC auto differential; Future; Expected date: 06/03/2019
- Comprehensive metabolic panel; Future; Expected date: 06/03/2019
- oxyCODONE (ROXICODONE) 5 MG immediate release tablet; Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain.  Dispense: 60 tablet; Refill: 0
- sulfamethoxazole-trimethoprim 800-160mg (BACTRIM DS) 800-160 mg Tab; Take 1 tablet by mouth once daily.  Dispense: 30 tablet; Refill: 1
- predniSONE (DELTASONE) 20 MG tablet; Take 5 tablets (100 mg total) by mouth once daily, for 5 days  Dispense: 25 tablet; Refill: 0

**AIDS (acquired immune deficiency syndrome)**
Continue on HAART therapy.
- T-HELPER CELLS (CD4) COUNT; Future; Expected date: 06/03/2019

Electronically signed by Long H. Dang, MD on 5/13/2019  8:39 AM

### Discharge Summaries

**Discharge Summary by Case Rappelet, PA at 5/14/2019 12:30 PM**

| | | |
|---|---|---|
| Author: Case Rappelet, PA | Service: Radiology | Author Type: Physician Assistant |
| Filed: 5/14/2019 12:31 PM | Status: Signed | |
| Editor: Case Rappelet, PA (Physician Assistant) | | Cosigner: Dane G. Mackey, MD at 5/14/2019 3:27 PM |

Pre Op Diagnosis: Lymphoma

Post Op Diagnosis: same

Procedure:  LP with intrathecal methotrexate

Procedure performed by: Kirsch MD, Rappelet PA-C

Written Informed Consent Obtained: Yes

| | |
|---|---|
| Generated on 6/7/19 10:41 AM | Page 217 |

**Lincoln/Lee 1392**

**Progress Notes - 05/14/2019**

BRMH XRAY                                    Lee, Katonia
17000 Medical Center Dr                      MRN: 2325810, DOB:                Sex: F
Baton Rouge LA 70816                         Acct #: 72008554660
Continuity of Care                           Adm: 5/14/2019

## Discharge Summaries (continued)

**Discharge Summary by Case Rappelet, PA at 5/14/2019 12:30 PM (continued)**

Specimen Removed:  no

Estimated Blood Loss:  minimal

Findings: Local anesthesia and moderate sedation were used.

The patient tolerated the procedure well and there were no complications.

Sterile technique was performed in the lower back, lidocaine was used as a local anesthetic.  Intrathecal methotrexate given as requested per ordering physician.  Pt tolerated the procedure well without immediate complications.  Please see radiologist report for details. F/u with PCP and/or ordering physician.

Electronically signed by Dane G. Mackey, MD on 5/14/2019  3:27 PM

## Radiology Results

**Fl Chemo Administration Intrathecal With LP [424960055]**          Resulted: 05/14/19 1321, Result status: Final result

Resulted by: Dane G. Mackey, MD                          Performed: 05/14/19 1128 - 05/14/19 1241
Accession number: 29749515                               Resulting lab:  MMODEL FLUENCY
Narrative:
EXAMINATION:
FL CHEMO ADMINISTRATION INTRATHECAL WITH LP

CLINICAL HISTORY:
Human immunodeficiency virus (HIV) disease, lymphoma

COMPARISON:
04/23/2019

TECHNIQUE/FINDINGS:
Procedure, indications, and risks of procedure (including headache, bleeding, infection, pain, seizure, CSF leak, nerve injury/paralysis)discussed with patient and written informed consent was obtained.

Under usual sterile conditions and local anesthetic utilizing lidocaine 1% anesthetic a 22 gauge 3.5 inch spinal needle was advanced into the subarachnoid space at the L3-4 interspace.

Opening pressure not obtained.

Intrathecal methotrexate was administered.

Procedure was very well tolerated by the patient with no immediate complications.  Post procedure instructions discussed with patient.

Flouro time of 0.7 sec.  Total 1 image obtained.

Impression:

Successful fluoroscopically guided lumbar puncture and intrathecal methotrexate administration.

Electronically signed by:  Dane Mackey

Generated on 6/7/19 10:41 AM                                              Page 218

**Lincoln/Lee 1393**

**Progress Notes - 05/14/2019**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:        Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008554660 |
| Continuity of Care | Adm: 5/14/2019 |

## Radiology Results (continued)

**FI Chemo Administration Intrathecal With LP [424960055] (continued)**          Resulted: 05/14/19 1321, Result status: Final result

| | |
|---|---|
| Date: | 05/14/2019 |
| Time: | 13:21 |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 396 - FFI | MMODEL FLUENCY | n/a | n/a | 01/15/18 0931 - Present |

**Lincoln/Lee 1394**

**Progress Notes - 04/23/2019**

BRMH XRAY
17000 Medical Center Dr
Baton Rouge LA 70816
Continuity of Care

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72008561776
Adm: 4/23/2019

### Admission Information

| | | | |
|---|---|---|---|
| Arrival Date/Time: | | Admit Date/Time: | 04/23/2019 1130 | IP Adm. Date/Time: |
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: |
| Means of Arrival: | | Primary Service: | Radiology | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | OCHSNER SERVICE AREA | Unit: | Ochsner Medical Center - BR |
| Admit Provider: | | Attending Provider: | Long H. Dang, MD | Referring Provider: | Long H. Dang, MD |

### Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 04/23/2019 2359 | Home Or Self Care | None | None | Ochsner Medical Center - BR |

### Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| B20 [Principal] | Human immunodeficiency virus (HIV) disease | | | | |
| C85.90 | Non-Hodgkin lymphoma, unspecified, unspecified site | | | | |
| C83.30 | Diffuse large B-cell lymphoma, unspecified site | | | | |

**Hospital Problem List** as of 4/23/2019                    Reviewed: **4/22/2019 by Long H Dang, MD**

None

**Non-Hospital Problem List** as of 4/23/2019                Reviewed: **4/22/2019 by Long H Dang, MD**

| | Codes | Last Modified |
|---|---|---|
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | 1/26/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | 1/31/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | 2/1/2019 |
| **Elevated LFTs** | ICD-10-CM: R94.5 ICD-9-CM: 790.6 | 2/1/2019 |
| **Lymphoma** | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | 2/11/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 ICD-9-CM: 780.96 | 2/27/2019 |
| RESOLVED: Chest pain | ICD-10-CM: R07.9 ICD-9-CM: 786.50 | 2/27/2019 |
| **Essential hypertension** | ICD-10-CM: I10 ICD-9-CM: 401.9 | 3/1/2019 |
| **B-cell lymphoma** | ICD-10-CM: C85.10 ICD-9-CM: 202.80 | 3/1/2019 |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20 ICD-9-CM: 042 | 3/1/2019 |
| **Anemia** | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | 3/1/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 ICD-9-CM: 288.00, 780.61 | 3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 ICD-9-CM: 112.0 | 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9 ICD-9-CM: 780.60 | 3/1/2019 |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | 3/12/2019 |

Generated on 6/7/19 10:41 AM                                                    Page 179

**Lincoln/Lee 1395**

**Progress Notes - 04/23/2019**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:  Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008561776 |
| Continuity of Care | Adm: 4/23/2019 |

**Non-Hospital Problem List (continued)** as of 4/23/2019          Reviewed: **4/22/2019 by Long H Dang, MD**

---

### History & Physicals

**H&P (View-Only) by Long H. Dang, MD at 4/22/2019 8:40 AM**

| | | |
|---|---|---|
| Author: Long H. Dang, MD | Service: — | Author Type: Physician |
| Filed: 4/22/2019 8:59 AM | Status: Signed | |
| Editor: Long H. Dang, MD (Physician) | | |

**Subjective:**

Patient ID: Katonia Lee is a 49 y.o. female.

Chief Complaint: Diffuse large B-cell lymphoma of lymph nodes of neck [C83.31]
HPI: We have an opportunity to see Ms. Katonia Lee in Hematology Oncology clinic at Ochsner Medical Center on 04/22/2019. Ms. Katonia Lee is a 49 y.o. woman with AIDS-related DLBCL s/p 3 cycles of RCHOP. Had significant nausea/vomiting for 2 weeks, resolved with phenergan. Present today, reported doing well.

**Lymphoma related to acquired immunodeficiency syndrome (AIDS)**

| | |
|---|---|
| 1/21/2019 | Initial Diagnosis |
| | Lymphoma related to acquired immunodeficiency syndrome (AIDS) |

| | |
|---|---|
| 1/31/2019 - | **Chemotherapy** |
| | Treatment Summary |
| | Plan Name: OP RITUXIMAB Q3M (MAINTENANCE) |
| | Treatment Goal: Palliative |
| | Status: Inactive |
| | Start Date: 1/27/2019 |
| | End Date: 1/27/2019 |
| | Provider: Ronald D. Delrie Jr., MD |
| | Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride 0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous, Clinic/HOD 1 time, 1 of 2 cycles |
| | Administration: 664 mg (1/27/2019) |

Plan Name: R-EPOCH INPATIENT
Treatment Goal: Curative
Status: Inactive
Start Date: 1/31/2019
End Date: 1/31/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg, Intravenous, Every 24 hours (non-standard times), 1 of 4 cycles
Administration: 1,270 mg (1/31/2019)

riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time, 0 of 3 cycles

---

Generated on 6/7/19 10:41 AM                                        Page 180

**Lincoln/Lee 1396**

**Progress Notes - 04/23/2019**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008561776 |
| Continuity of Care | Adm: 4/23/2019 |

### History & Physicals (continued)

**H&P (View-Only) by Long H. Dang, MD at 4/22/2019 8:40 AM (continued)**

DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine (ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, . Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles

Plan Name: OP R-CHOP Q3W
Treatment Goal: Curative
Status: Active
Start Date: 2/18/2019
End Date: 6/3/2019 (Planned)
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: DOXOrubicin chemo injection 20 mg, 12.5 mg/m2 = 20 mg (25 % of original dose 50 mg/m2), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Dose modification: 12.5 mg/m2 (25 % of original dose 50 mg/m2, Cycle 1, Reason: Original Dose Changed)
Administration: 20 mg (2/18/2019), 20 mg (3/11/2019)

vinCRIStine (ONCOVIN) 2 mg in sodium chloride 0.9% 50 mL chemo infusion, 2 mg (100 % of original dose 2 mg), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Dose modification: 2 mg (original dose 2 mg, Cycle 1, Reason: MD Discretion, Comment: capping vincristine at 2 mg)
Administration: 2 mg (2/18/2019), 2 mg (3/11/2019)

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,180 mg in sodium chloride 0.9% 309 mL chemo infusion, 750 mg/m2 = 1,180 mg, Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Administration: 1,180 mg (2/18/2019), 1,210 mg (3/11/2019)

methotrexate (PF) 6 mg in sodium chloride 0.9% (NORMAL SALINE FLUSH) 3 mL INTRATHECAL chemo injection, , Intrathecal, Clinic/HOD 1 time, 0 of 4 cycles

**B-cell lymphoma**

Chemotherapy
Treatment Summary
Plan Name: OP RITUXIMAB Q3M (MAINTENANCE)
Treatment Goal: Palliative
Status: Inactive
Start Date: 1/27/2019
End Date: 1/27/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride 0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous, Clinic/HOD 1 time, 1 of 2 cycles

**Lincoln/Lee 1397**

**Progress Notes - 04/23/2019**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:        Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008561776 |
| Continuity of Care | Adm: 4/23/2019 |

### History & Physicals (continued)

**H&P (View-Only) by Long H. Dang, MD at 4/22/2019  8:40 AM (continued)**

Administration: 664 mg (1/27/2019)

Plan Name: R-EPOCH INPATIENT
Treatment Goal: Curative
Status: Inactive
Start Date: 1/31/2019
End Date: 1/31/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg, Intravenous, Every 24 hours (non-standard times), 1 of 4 cycles
Administration: 1,270 mg (1/31/2019)

riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time, 0 of 3 cycles

DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine (ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, , Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles

Plan Name: OP R-CHOP Q3W
Treatment Goal: Curative
Status: Active
Start Date: 2/1/2019 (Planned)
End Date: 5/17/2019 (Planned)
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: DOXOrubicin chemo injection 84 mg, 50 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

vinCRIStine (ONCOVIN) 2.4 mg in sodium chloride 0.9% 50 mL chemo infusion, 1.4 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 250 mL chemo infusion, 750 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

riTUXimab (RITUXAN) 375 mg/m2 = 634 mg in sodium chloride 0.9% 634 mL infusion (conc: 1 mg/mL), 375 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

Past Medical History:

| Diagnosis | Date |
|---|---|
| • B-cell lymphoma | 1/22/2019 |

**Lincoln/Lee 1398**

**Progress Notes - 04/23/2019**

BRMH XRAY                          Lee, Katonia
17000 Medical Center Dr           MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816              Acct #: 72008561776
Continuity of Care               Adm: 4/23/2019

## History & Physicals (continued)

### H&P (View-Only) by Long H. Dang, MD at 4/22/2019  8:40 AM (continued)

- Biliary stricture
- Cancer
  *lymphoma]*
- Diffuse large B cell lymphoma of duodenum and pancreas          1/21/2019
- Encounter for blood transfusion
- HIV (human immunodeficiency virus infection)
- Hypertension
- Jaundice
- Stomach ulcer
  *bleeding*

Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| Cancer | Paternal Grandmother | |
| Heart disease | Mother | |

Social History

Socioeconomic History
- Marital status:           Unknown
  - Spouse name:            Not on file
- Number of children:       Not on file
- Years of education:       Not on file
- Highest education level:  Not on file

Occupational History
- Not on file

Social Needs
- Financial resource strain:  Not on file
- Food insecurity:
  - Worry:                   Not on file
  - Inability:               Not on file
- Transportation needs:
  - Medical:                 Not on file
  - Non-medical:             Not on file

Tobacco Use
- Smoking status:           Never Smoker
- Smokeless tobacco:        Never Used

Substance and Sexual Activity
- Alcohol use:              No
  - Frequency:              Never
- Drug use:                 No
- Sexual activity:          Not on file

Lifestyle
- Physical activity:
  - Days per week:          Not on file
  - Minutes per session:    Not on file
- Stress:                   Not on file

Relationships
- Social connections:
  - Talks on phone:         Not on file

---

Generated on 6/7/19 10:41 AM                                    Page 183

**Lincoln/Lee 1399**

**Progress Notes - 04/23/2019**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008561776 |
| Continuity of Care | Adm: 4/23/2019 |

## History & Physicals (continued)

**H&P (View-Only) by Long H. Dang, MD at 4/22/2019  8:40 AM (continued)**

| | |
|---|---|
| Gets together: | Not on file |
| Attends religious service: | Not on file |
| Active member of club or organization: | Not on file |
| Attends meetings of clubs or organizations: | Not on file |
| Relationship status: | Not on file |

Other Topics                          Concern
- Not on file

Social History Narrative
- Not on file

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • CESAREAN SECTION | | |
| • ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY) | N/A | 1/25/2019 |
| *Performed by Janak N. Shah, MD at NOMH ENDO (2ND FLR)* | | |
| • ESOPHAGOGASTRODUODENOSCOPY | | |
| • INSERTION, VENOUS ACCESS PORT | Left | 2/11/2019 |
| *Performed by Kyle A Jakob, MD at BRMH OR* | | |

Current Outpatient Medications

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • allopurinol (ZYLOPRIM) 300 MG tablet | Take 1 tablet (300 mg total) by mouth once daily. (Patient taking differently: Take 300 mg by mouth every morning. ) | 30 tablet | 1 |
| • amLODIPine (NORVASC) 5 MG tablet | Take 5 mg by mouth once daily. | | |
| • atovaquone (MEPRON) 750 mg/5 mL Susp | Take 10 mLs (1,500 mg total) by mouth once daily. | 210 mL | 2 |
| • bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet | Take 1 tablet by mouth once daily. (Patient taking differently: Take 1 tablet by mouth once daily. ) | 30 tablet | 4 |
| • citalopram (CELEXA) 20 MG tablet | Take 20 mg by mouth once daily. | | |
| • ferrous gluconate 324 mg (37.5 mg iron) Tab | Take 1 tablet by mouth once daily. | | |
| • metoprolol tartrate (LOPRESSOR) 50 MG tablet | Take 50 mg by mouth 2 (two) times daily. | | |
| • ondansetron (ZOFRAN-ODT) 8 MG TbDL | Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). | 60 tablet | 1 |
| • oxyCODONE (ROXICODONE) 5 | Take 2 tablets (10 mg | 60 tablet | 0 |

**Lincoln/Lee 1400**

**Progress Notes - 04/23/2019**

| BRMH XRAY | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008561776 | |
| Continuity of Care | Adm: 4/23/2019 | |

### History & Physicals (continued)

**H&P (View-Only) by Long H. Dang, MD at 4/22/2019  8:40 AM (continued)**

| | | | |
|---|---|---|---|
| MG immediate release tablet | total) by mouth every 6 (six) hours as needed for Pain. | | |
| • prochlorperazine (COMPAZINE) 10 MG tablet | Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (nausea). | 60 tablet | 1 |
| • promethazine (PHENERGAN) 25 MG tablet | Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. | 60 tablet | 1 |
| • zolpidem (AMBIEN) 5 MG Tab | Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). | 30 tablet | 1 |

No current facility-administered medications for this visit.

**Labs:**

Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 2.96 (L) | 04/22/2019 |
| HGB | 9.2 (L) | 04/22/2019 |
| HCT | 31.3 (L) | 04/22/2019 |
| MCV | 100 (H) | 04/22/2019 |
| PLT | 338 | 04/22/2019 |

**BMP**

Lab Results

| Component | Value | Date |
|---|---|---|
| NA | 141 | 04/07/2019 |
| K | 3.3 (L) | 04/07/2019 |
| CL | 104 | 04/07/2019 |
| CO2 | 25 | 04/07/2019 |
| BUN | 20 | 04/07/2019 |
| CREATININE | 1.0 | 04/07/2019 |
| CALCIUM | 10.2 | 04/07/2019 |
| ANIONGAP | 12 | 04/07/2019 |
| ESTGFRAFRICA | >60 | 04/07/2019 |
| EGFRNONAA | >60 | 04/07/2019 |

Lab Results

| Component | Value | Date |
|---|---|---|
| ALT | 15 | 04/07/2019 |
| AST | 15 | 04/07/2019 |
| ALKPHOS | 155 (H) | 04/07/2019 |
| BILITOT | 1.5 (H) | 04/07/2019 |

No results found for: IRON, TIBC, FERRITIN, SATURATEDIRO

| Generated on 6/7/19 10:41 AM | Page 185 |
|---|---|

**Lincoln/Lee 1401**

**Progress Notes - 04/23/2019**

BRMH XRAY                          Lee, Katonia
17000 Medical Center Dr           MRN: 2325810, DOB:        Sex: F
Baton Rouge LA 70816              Acct #: 72008561776
Continuity of Care               Adm: 4/23/2019

### History & Physicals (continued)

**H&P (View-Only) by Long H. Dang, MD at 4/22/2019 8:40 AM (continued)**

No results found for: VITAMINB12
No results found for: FOLATE
Lab Results

| Component | Value | Date |
|---|---|---|
| TSH | 1.014 | 01/23/2019 |

I have reviewed the radiology reports and examined the scan/xray images.

Review of Systems
Constitutional: Negative.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Negative.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative.
Hematological: Negative.
Psychiatric/Behavioral: Negative.

ECOG SCORE
   0 - Fully active-able to carry on all pre-disease performance without restriction

### Objective:

Vitals:
                04/22/19 0825
BP:             121/85
Pulse:          70
Resp:           18
Temp:           98.2 °F (36.8 °C)
Body mass index is 24.11 kg/m².
Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae and EOM are normal.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. Bowel sounds are normal.

Generated on 6/7/19 10:41 AM                                    Page 186

**Lincoln/Lee 1402**

**Progress Notes - 04/23/2019**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008561776 |
| Continuity of Care | Adm: 4/23/2019 |

## History & Physicals (continued)

**H&P (View-Only) by Long H. Dang, MD at 4/22/2019 8:40 AM (continued)**

Musculoskeletal: Normal range of motion.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.
Nursing note and vitals reviewed.

### Assessment:

1. **Diffuse large B-cell lymphoma of lymph nodes of neck**
2. AIDS (acquired immune deficiency syndrome)
3. Chemotherapy-induced nausea
4. Lymphoma related to acquired immunodeficiency syndrome (AIDS)
5. Diffuse large B-cell lymphoma of intra-abdominal lymph nodes
6. Diffuse large B-cell lymphoma, unspecified body region

### Plan:

**Diffuse large B-cell lymphoma of lymph nodes of neck**
Will give cycle 4 RCHOP today. Need IT MTX tomorrow. Increase prednisone to 100 mg day 1-5. Will likely need an additional cycle of RCHOP for cycle 7, as had significant dose reduction with cycle 1-2.


Will get MUGA prior to cycle 5.


- NM Cardiac Blood Pool Single study MUGA; Future; Expected date: 05/13/2019
- CBC auto differential; Future; Expected date: 05/13/2019
- Comprehensive metabolic panel; Future; Expected date: 05/13/2019

**AIDS (acquired immune deficiency syndrome)**
    Continue on HIV therapy with Dr. Nnadi

**Chemotherapy-induced nausea**
- ondansetron (ZOFRAN-ODT) 8 MG TbDL; Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). Dispense: 60 tablet; Refill: 1
- prochlorperazine (COMPAZINE) 10 MG tablet; Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (nausea). Dispense: 60 tablet; Refill: 1
- promethazine (PHENERGAN) 25 MG tablet; Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. Dispense: 60 tablet; Refill: 1

| | |
|---|---|
| Generated on 6/7/19 10:41 AM | Page 187 |

**Lincoln/Lee 1403**

**Progress Notes - 04/23/2019**

BRMH XRAY
17000 Medical Center Dr
Baton Rouge LA 70816
Continuity of Care

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72008561776
Adm: 4/23/2019

## History & Physicals (continued)

**H&P (View-Only) by Long H. Dang, MD at 4/22/2019  8:40 AM (continued)**

Electronically signed by Long H. Dang, MD on 4/22/2019  8:59 AM

**Interval H&P Note by Case Rappelet, PA at 4/23/2019 12:20 PM**

| | | |
|---|---|---|
| Author: Case Rappelet, PA | Service: Radiology | Author Type: Physician Assistant |
| Filed: 4/23/2019 12:20 PM | Status: Signed | |
| Editor: Case Rappelet, PA (Physician Assistant) | | Cosigner: David S. Kirsch, MD at 4/23/2019 12:35 PM |

The patient has been examined and the H&P has been reviewed:

I concur with the findings and no changes have occurred since H&P was written.

There are no hospital problems to display for this patient.

Electronically signed by David S. Kirsch, MD on 4/23/2019 12:35 PM

**Source Note**

| | | |
|---|---|---|
| Author: Long H. Dang, MD | Service: --- | Author Type: Physician |
| Filed: 4/22/2019  8:59 AM | Status: Signed | |
| Editor: Long H. Dang, MD (Physician) | | |

## Subjective:

**Patient ID:** Katonia Lee is a 49 y.o. female.

**Chief Complaint:** Diffuse large B-cell lymphoma of lymph nodes of neck [C83.31]
HPI: We have an opportunity to see Ms. Katonia Lee in Hematology Oncology clinic at Ochsner Medical Center on 04/22/2019. Ms. Katonia Lee is a 49 y.o. woman with AIDS-related DLBCL s/p 3 cycles of RCHOP. Had significant nausea/vomiting for 2 weeks, resolved with phenergan. Present today, reported doing well.

**Lymphoma related to acquired immunodeficiency syndrome (AIDS)**

| 1/21/2019 | Initial Diagnosis |
|---|---|
| | Lymphoma related to acquired immunodeficiency syndrome (AIDS) |

| 1/31/2019 - | Chemotherapy |
|---|---|
| | Treatment Summary |
| | Plan Name: OP RITUXIMAB Q3M (MAINTENANCE) |
| | Treatment Goal: Palliative |
| | Status: Inactive |
| | Start Date: 1/27/2019 |
| | End Date: 1/27/2019 |
| | Provider: Ronald D. Delrie Jr., MD |
| | Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride |

Generated on 6/7/19 10:41 AM                                                Page 188

**Lincoln/Lee 1404**

**Progress Notes - 04/23/2019**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008561776 |
| Continuity of Care | Adm: 4/23/2019 |

## History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 4/23/2019 12:20 PM (continued)**

0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous, Clinic/HOD 1 time, 1 of 2 cycles
Administration: 664 mg (1/27/2019)

Plan Name: R-EPOCH INPATIENT
Treatment Goal: Curative
Status: Inactive
Start Date: 1/31/2019
End Date: 1/31/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg, Intravenous, Every 24 hours (non-standard times), 1 of 4 cycles
Administration: 1,270 mg (1/31/2019)

riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time, 0 of 3 cycles

DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine (ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, , Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles

Plan Name: OP R-CHOP Q3W
Treatment Goal: Curative
Status: Active
Start Date: 2/18/2019
End Date: 6/3/2019 (Planned)
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: DOXOrubicin chemo injection 20 mg, 12.5 mg/m2 = 20 mg (25 % of original dose 50 mg/m2), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Dose modification: 12.5 mg/m2 (25 % of original dose 50 mg/m2, Cycle 1, Reason: Original Dose Changed)
Administration: 20 mg (2/18/2019), 20 mg (3/11/2019)

vinCRIStine (ONCOVIN) 2 mg in sodium chloride 0.9% 50 mL chemo infusion, 2 mg (100 % of original dose 2 mg), Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Dose modification: 2 mg (original dose 2 mg, Cycle 1, Reason: MD Discretion, Comment: capping vincristine at 2 mg)
Administration: 2 mg (2/18/2019), 2 mg (3/11/2019)

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,180 mg in sodium chloride 0.9% 309 mL chemo infusion, 750 mg/m2 = 1,180 mg, Intravenous, Clinic/HOD 1 time, 2 of 6 cycles
Administration: 1,180 mg (2/18/2019), 1,210 mg (3/11/2019)

methotrexate (PF) 6 mg in sodium chloride 0.9% (NORMAL SALINE FLUSH) 3 mL INTRATHECAL chemo injection, , Intrathecal, Clinic/HOD 1 time, 0 of 4

**Lincoln/Lee 1405**

**Progress Notes - 04/23/2019**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:           Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008561776 |
| Continuity of Care | Adm: 4/23/2019 |

## History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 4/23/2019 12:20 PM (continued)**

cycles

**B-cell lymphoma**

**Chemotherapy**
Treatment Summary
Plan Name: OP RITUXIMAB Q3M (MAINTENANCE)
Treatment Goal: Palliative
Status: Inactive
Start Date: 1/27/2019
End Date: 1/27/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: riTUXimab (RITUXAN) 375 mg/m2 = 664 mg in sodium chloride
0.9% 664 mL infusion (conc: 1 mg/mL), 375 mg/m2 = 664 mg, Intravenous,
Clinic/HOD 1 time, 1 of 2 cycles
Administration: 664 mg (1/27/2019)

Plan Name: R-EPOCH INPATIENT
Treatment Goal: Curative
Status: Inactive
Start Date: 1/31/2019
End Date: 1/31/2019
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in
sodium chloride 0.9% 313.5 mL chemo infusion, 750 mg/m2 = 1,300 mg,
Intravenous, Every 24 hours (non-standard times), 1 of 4 cycles
Administration: 1,270 mg (1/31/2019)

riTUXimab (RITUXAN) 375 mg/m2 = 649 mg in sodium chloride 0.9% 649 mL
infusion (conc: 1 mg/mL), 375 mg/m2 = 649 mg, Intravenous, Clinic/HOD 1 time,
0 of 3 cycles

DOXOrubicin (ADRIAMYCIN) 18 mg, etoposide (VEPESID) 86 mg, vinCRIStine
(ONCOVIN) 0.7 mg in sodium chloride 0.9% 480 mL chemo infusion, ,
Intravenous, Every 24 hours (non-standard times), 0 of 3 cycles

Plan Name: OP R-CHOP Q3W
Treatment Goal: Curative
Status: Active
Start Date: 2/1/2019 (Planned)
End Date: 5/17/2019 (Planned)
Provider: Ronald D. Delrie Jr., MD
Chemotherapy: DOXOrubicin chemo injection 84 mg, 50 mg/m2, Intravenous,
Clinic/HOD 1 time, 0 of 6 cycles

**Lincoln/Lee 1406**

**Progress Notes - 04/23/2019**

BRMH XRAY                           Lee, Katonia
17000 Medical Center Dr             MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                Acct #: 72008561776
Continuity of Care                  Adm: 4/23/2019

## History & Physicals (continued)

Interval H&P Note by Case Rappelet, PA at 4/23/2019 12:20 PM (continued)

vinCRIStine (ONCOVIN) 2.4 mg in sodium chloride 0.9% 50 mL chemo infusion, 1.4 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

cyclophosphamide (CYTOXAN) 750 mg/m2 = 1,270 mg in sodium chloride 0.9% 250 mL chemo infusion, 750 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

riTUXimab (RITUXAN) 375 mg/m2 = 634 mg in sodium chloride 0.9% 634 mL infusion (conc: 1 mg/mL), 375 mg/m2, Intravenous, Clinic/HOD 1 time, 0 of 6 cycles

Past Medical History:

| Diagnosis | Date |
|---|---|
| • B-cell lymphoma | 1/22/2019 |
| • Biliary stricture | |
| • Cancer *lymphoma]* | |
| • Diffuse large B cell lymphoma of duodenum and pancreas | 1/21/2019 |
| • Encounter for blood transfusion | |
| • HIV (human immunodeficiency virus infection) | |
| • Hypertension | |
| • Jaundice | |
| • Stomach ulcer *bleeding* | |

Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Paternal Grandmother | |
| • Heart disease | Mother | |

Social History

Socioeconomic History
• Marital status:          Unknown
   Spouse name:            Not on file
• Number of children:      Not on file
• Years of education:      Not on file
• Highest education level: Not on file
Occupational History
• Not on file
Social Needs
• Financial resource strain: Not on file
• Food insecurity:
   Worry:                  Not on file
   Inability:              Not on file
• Transportation needs:

Generated on 6/7/19 10:41 AM                                    Page 191

**Lincoln/Lee 1407**

**Progress Notes - 04/23/2019**

| BRMH XRAY | Lee, Katonia |
|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: |
| Baton Rouge LA 70816 | Acct #: 72008561776 |
| Continuity of Care | Adm: 4/23/2019 |

Sex: F

### History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 4/23/2019 12:20 PM (continued)**

| | |
|---|---|
| Medical: | Not on file |
| Non-medical: | Not on file |

Tobacco Use
- Smoking status: Never Smoker
- Smokeless tobacco: Never Used

Substance and Sexual Activity
- Alcohol use: No
  - Frequency: Never
- Drug use: No
- Sexual activity: Not on file

Lifestyle
- Physical activity:
  - Days per week: Not on file
  - Minutes per session: Not on file
- Stress: Not on file

Relationships
- Social connections:
  - Talks on phone: Not on file
  - Gets together: Not on file
  - Attends religious service: Not on file
  - Active member of club or organization: Not on file
  - Attends meetings of clubs or organizations: Not on file
  - Relationship status: Not on file

Other Topics                    Concern
- Not on file

Social History Narrative
- Not on file

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • CESAREAN SECTION | | |
| • ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY) | N/A | 1/25/2019 |
| *Performed by Janak N. Shah, MD at NOMH ENDO (2ND FLR)* | | |
| • ESOPHAGOGASTRODUODENOSCOPY | | |
| • INSERTION, VENOUS ACCESS PORT | Left | 2/11/2019 |
| *Performed by Kyle A Jakob, MD at BRMH OR* | | |

Current Outpatient Medications

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • allopurinol (ZYLOPRIM) 300 MG tablet | Take 1 tablet (300 mg total) by mouth once daily. (Patient taking differently: Take 300 mg by mouth every morning. ) | 30 tablet | 1 |
| • amLODIPine (NORVASC) 5 MG tablet | Take 5 mg by mouth once daily. | | |

**Lincoln/Lee 1408**

**Progress Notes - 04/23/2019**

BRMH XRAY                                     Lee, Katonia
17000 Medical Center Dr                       MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                          Acct #: 72008561776
Continuity of Care                            Adm: 4/23/2019

## History & Physicals (continued)

Interval H&P Note by Case Rappelet, PA at 4/23/2019 12:20 PM (continued)

| | | | |
|---|---|---|---|
| • atovaquone (MEPRON) 750 mg/5 mL Susp | Take 10 mLs (1,500 mg total) by mouth once daily. | 210 mL | 2 |
| • bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet | Take 1 tablet by mouth once daily. (Patient taking differently: Take 1 tablet by mouth once daily. ) | 30 tablet | 4 |
| • citalopram (CELEXA) 20 MG tablet | Take 20 mg by mouth once daily. | | |
| • ferrous gluconate 324 mg (37.5 mg iron) Tab | Take 1 tablet by mouth once daily. | | |
| • metoprolol tartrate (LOPRESSOR) 50 MG tablet | Take 50 mg by mouth 2 (two) times daily. | | |
| • ondansetron (ZOFRAN-ODT) 8 MG TbDL | Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). | 60 tablet | 1 |
| • oxyCODONE (ROXICODONE) 5 MG immediate release tablet | Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain. | 60 tablet | 0 |
| • prochlorperazine (COMPAZINE) 10 MG tablet | Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (nausea). | 60 tablet | 1 |
| • promethazine (PHENERGAN) 25 MG tablet | Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. | 60 tablet | 1 |
| • zolpidem (AMBIEN) 5 MG Tab | Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). | 30 tablet | 1 |

No current facility-administered medications for this visit.

**Labs:**

Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 2.96 (L) | 04/22/2019 |
| HGB | 9.2 (L) | 04/22/2019 |
| HCT | 31.3 (L) | 04/22/2019 |
| MCV | 100 (H) | 04/22/2019 |
| PLT | 338 | 04/22/2019 |

**BMP**

Lab Results

| Component | Value | Date |
|---|---|---|
| NA | 141 | 04/07/2019 |
| K | 3.3 (L) | 04/07/2019 |

Generated on 6/7/19 10:41 AM                                                          Page 193

**Lincoln/Lee 1409**

**Progress Notes - 04/23/2019**

| BRMH XRAY | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008561776 | |
| Continuity of Care | Adm: 4/23/2019 | |

## History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 4/23/2019 12:20 PM (continued)**

| CL | 104 | 04/07/2019 |
|---|---|---|
| CO2 | 25 | 04/07/2019 |
| BUN | 20 | 04/07/2019 |
| CREATININE | 1.0 | 04/07/2019 |
| CALCIUM | 10.2 | 04/07/2019 |
| ANIONGAP | 12 | 04/07/2019 |
| ESTGFRAFRICA | >60 | 04/07/2019 |
| EGFRNONAA | >60 | 04/07/2019 |

Lab Results

| Component | Value | Date |
|---|---|---|
| ALT | 15 | 04/07/2019 |
| AST | 15 | 04/07/2019 |
| ALKPHOS | 155 (H) | 04/07/2019 |
| BILITOT | 1.3 (H) | 04/07/2019 |

No results found for: IRON, TIBC, FERRITIN, SATURATEDIRO
No results found for: VITAMINB12
No results found for: FOLATE

Lab Results

| Component | Value | Date |
|---|---|---|
| TSH | 1.014 | 01/23/2019 |

I have reviewed the radiology reports and examined the scan/xray images.

Review of Systems
Constitutional: Negative.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Negative.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative.
Hematological: Negative.
Psychiatric/Behavioral: Negative.

ECOG SCORE
0 - Fully active-able to carry on all pre-disease performance without restriction

**Lincoln/Lee 1410**

**Progress Notes - 04/23/2019**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:       Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008561776 |
| Continuity of Care | Adm: 4/23/2019 |

### History & Physicals (continued)

Interval H&P Note by Case Rappelet, PA at 4/23/2019 12:20 PM (continued)

#### Objective:

Vitals:

04/22/19 0825
BP:          121/85
Pulse:       70
Resp:        18
Temp:        98.2 °F (36.8 °C)
Body mass index is 24.11 kg/m².
Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae and EOM are normal.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. Bowel sounds are normal.
Musculoskeletal: Normal range of motion.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.
Nursing note and vitals reviewed.

#### Assessment:

1.    Diffuse large B-cell lymphoma of lymph nodes of neck
2.    AIDS (acquired immune deficiency syndrome)
3.    Chemotherapy-induced nausea
4.    Lymphoma related to acquired immunodeficiency syndrome (AIDS)
5.    Diffuse large B-cell lymphoma of intra-abdominal lymph nodes
6.    Diffuse large B-cell lymphoma, unspecified body region

#### Plan:

**Diffuse large B-cell lymphoma of lymph nodes of neck**
Will give cycle 4 RCHOP today. Need IT MTX tomorrow. Increase prednisone to 100 mg day 1-5. Will likely need an additional cycle of RCHOP for cycle 7, as had significant dose reduction with cycle 1-2.

Will get MUGA prior to cycle 5.

| | |
|---|---|
| Generated on 6/7/19 10:41 AM | Page 195 |

**Lincoln/Lee 1411**

**Progress Notes - 04/23/2019**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008561776 |
| Continuity of Care | Adm: 4/23/2019 |

### History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 4/23/2019 12:20 PM (continued)**

- NM Cardiac Blood Pool Single study MUGA; Future; Expected date: 05/13/2019
- CBC auto differential; Future; Expected date: 05/13/2019
- Comprehensive metabolic panel; Future; Expected date: 05/13/2019

**AIDS (acquired immune deficiency syndrome)**
Continue on HIV therapy with Dr. Nnadi

**Chemotherapy-induced nausea**
- ondansetron (ZOFRAN-ODT) 8 MG TbDL; Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). Dispense: 60 tablet; Refill: 1
- prochlorperazine (COMPAZINE) 10 MG tablet; Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (nausea). Dispense: 60 tablet; Refill: 1
- promethazine (PHENERGAN) 25 MG tablet; Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. Dispense: 60 tablet; Refill: 1

Electronically signed by Long H. Dang, MD on 4/22/2019  8:59 AM

### Discharge Summaries

**Discharge Summary by Case Rappelet, PA at 4/23/2019  1:18 PM**

| | | |
|---|---|---|
| Author: Case Rappelet, PA | Service: Radiology | Author Type: Physician Assistant |
| Filed: 4/23/2019  1:20 PM | Status: Signed | |
| Editor: Case Rappelet, PA (Physician Assistant) | | Cosigner: David S. Kirsch, MD at 4/23/2019  3:22 PM |

Pre Op Diagnosis: lymphoma

Post Op Diagnosis: same

Procedure:  LP c chemo

Procedure performed by: Kirsch MD, Rappelet PA-C

Written Informed Consent Obtained: Yes

Specimen Removed:  yes

Estimated Blood Loss:  minimal

Findings: Local anesthesia and moderate sedation were used.

**Lincoln/Lee 1412**

**Progress Notes - 04/23/2019**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008561776 |
| Continuity of Care | Adm: 4/23/2019 |

## Discharge Summaries (continued)

**Discharge Summary by Case Rappelet, PA at 4/23/2019 1:18 PM (continued)**

The patient tolerated the procedure well and there were no complications.

Sterile technique was performed in the lower back, lidocaine was used as a local anesthetic. 5 ccs of clear csf to lab for eval. 3 ml of methotrexate administered intrathecally. Pt tolerated the procedure well without immediate complications. Please see radiologist report for details. F/u with PCP and/or ordering physician.

Electronically signed by David S. Kirsch, MD on 4/23/2019 3:22 PM

## Radiology Results

**Fl Chemo Administration Intrathecal With LP [420092713]**          Resulted: 04/23/19 1413, Result status: Final result

Resulted by: David S. Kirsch, MD          Performed: 04/23/19 1318 - 04/23/19 1402
Accession number: 29749512          Resulting lab: MMODEL FLUENCY
Narrative:
EXAMINATION:
FL CHEMO ADMINISTRATION INTRATHECAL WITH LP

CLINICAL HISTORY:
Human immunodeficiency virus (HIV) disease

COMPARISON:
None

TECHNIQUE/FINDINGS:
Procedure, indications, and risks of procedure (including headache, bleeding, infection, pain, seizure, CSF leak, nerve injury/paralysis)discussed with patient and written informed consent was obtained.

Under usual sterile conditions and local anesthetic utilizing lidocaine 1% anesthetic a 20 gauge spinal needle was advanced into the subarachnoid space at the L3/4 interspace.

A total of 5 cc of clear colorless CSF obtained and submitted to lab as per requesting physician.

Fluid was sent as directed by primary service.

3 cc of intrathecal methotrexate was then administered over 3 min.

Procedure was very well tolerated by the patient with no immediate complications. Post procedure instructions discussed with patient.

Flouro time of 0.3 sec. 1 fluoroscopic image was obtained.

Impression:

Successful fluoroscopically guided lumbar puncture and administration of intrathecal methotrexate.

Electronically signed by: David Kirsch, MD
Date:          04/23/2019
Time:          14:13

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 396 - FFI | MMODEL FLUENCY | n/a | n/a | 01/15/18 0931 - Present |

**Lincoln/Lee 1413**

**Progress Notes - 04/07/2019**

| BRMH EMERGENCY DEPARTMENT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008484614 | |
| ED Record | Adm: 4/7/2019 | |

**ED Arrival Information**

| Expected | Arrival | Acuity | Means of Arrival | Escorted By | Service | Admission Type |
|---|---|---|---|---|---|---|
| - | 4/7/2019 13:49 | Urgent | Personal Transportation | FAMILY MEMBER | Emergency Medicine | Emergency |

**Chief Complaint/Reason for Visit**

| Complaint | Comment |
|---|---|
| **Vomiting [592]** | Pt states, "I had chemo on Monday and started vomiting on Wednesday and haven't stopped yet." |

**Diagnosis**

| Diagnosis | Comment | Added By | Time Added |
|---|---|---|---|
| **Chemotherapy induced nausea and vomiting [R11.2, T45.1X5A]** | | Rodney W. Tregle Jr., MD | 4/7/2019 4:21 PM |

**ED Events**

| Date/Time | Event | User | Comments |
|---|---|---|---|
| 04/07/19 1649 | Discharge Disposition Selected | TREGLE, RODNEY W JR. | ED Disposition set to Discharge |

**ED Events**

| Date/Time | Event | User | Comments |
|---|---|---|---|
| 04/07/19 1349 | Patient arrived in ED | BUCKLES, ILENE | |
| 04/07/19 1349 | Emergency encounter created | BUCKLES, ILENE | |
| 04/07/19 1358 | Patient roomed in ED | BOSSIER, TODD | To room Int 24 |
| 04/07/19 1358 | Patient transferred | BOSSIER, TODD | From room Int 24 to room Waiting Room |
| 04/07/19 1358 | Patient transferred | WINN, DANA J | From room Waiting Room to room ED 13 |
| 04/07/19 1401 | Attending Patient Contact Time | TREGLE, RODNEY W JR. | Rodney W. Tregle Jr., MD assigned as Attending |
| 04/07/19 1401 | Physician Patient Contact Time | TREGLE, RODNEY W JR. | |
| 04/07/19 1407 | Registration Completed | PARMS, RAVLIN | |
| 04/07/19 1409 | Assign Nurse | BERTRAND, KRISTIN B | Kristin B. Bertrand, RN assigned as Registered Nurse |
| 04/07/19 1704 | Patient transferred | BERTRAND, KRISTIN B | From room ED 13 to room OTF |
| 04/07/19 1800 | Patient discharged | BERTRAND, KRISTIN B | |

**Home Medications**

Med List Status: **Complete** Set By: **Kristin B. Bertrand, RN at 04/07/2019 2:40 PM**

| | Taking? | Last Dose | Start Date | End Date | Provider |
|---|---|---|---|---|---|
| allopurinol (ZYLOPRIM) 300 MG tablet | ✓ | 4/7/2019 | 02/02/19 | -- | Stephanie M. Cook, NP |

Take 1 tablet (300 mg total) by mouth once daily.
Patient taking differently: Take 300 mg by mouth every morning.
Notes: TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Taking? | Last Dose | Start Date | End Date | Provider |
|---|---|---|---|---|---|
| amLODIPine (NORVASC) 5 MG tablet | ✓ | | -- | -- | Historical Provider, MD |

Notes: TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Taking? | Last Dose | Start Date | End Date | Provider |
|---|---|---|---|---|---|
| bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet | ✓ | 4/7/2019 | 02/19/19 | -- | John O. Nnadi, MD |

Take 1 tablet by mouth once daily.
Patient taking differently: Take 1 tablet by mouth once daily.

| | Taking? | Last Dose | Start Date | End Date | Provider |
|---|---|---|---|---|---|
| citalopram (CELEXA) 20 MG tablet | ✓ | | -- | -- | Historical Provider, MD |

Notes: TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Taking? | Last Dose | Start Date | End Date | Provider |
|---|---|---|---|---|---|
| ferrous gluconate 324 mg (37.5 mg iron) Tab | ✓ | | -- | -- | Historical Provider, MD |

---

Generated on 6/7/19 10:45 AM

**Lincoln/Lee 1414**

**Progress Notes - 04/07/2019**

BRMH EMERGENCY DEPARTMENT
17000 Medical Center Dr
Baton Rouge LA 70816
ED Record

Lee, Katonia
MRN: 2325810, DOB:         Sex: F
Acct #: 72008484614
Adm: 4/7/2019

**Home Medications (continued)**

| | Taking? | Last Dose | Start Date | End Date | Provider |
|---|---|---|---|---|---|
| metoprolol tartrate (LOPRESSOR) 50 MG tablet | ✓ | | -- | -- | Historical Provider, MD |

Notes:  TAKE MORNING OF SURGERY WITH A SIP OF WATER.

**ED Treatment Team**

| Provider | Role | From | To | Phone | Pager |
|---|---|---|---|---|---|
| Rodney W. Tregle Jr., MD | Attending Provider | 04/07/19 1401 | 04/07/19 1800 | 800-893-9698 | |
| Mya Dixon | Scribe | 04/07/19 1402 | -- | | |
| Kristin B. Bertrand, RN | Registered Nurse | 04/07/19 1409 | -- | | |

**Lincoln/Lee 1415**

**Progress Notes - 04/07/2019**

BRMH EMERGENCY DEPARTMENT                    Lee, Katonia
17000 Medical Center Dr                      MRN: 2325810, DOB:           Sex: F
Baton Rouge LA 70816                         Acct #: 72008484614
ED Record                                    Adm: 4/7/2019

ED Provider Notes

ED Provider Notes by Rodney W. Tregle Jr., MD at 4/7/2019  2:05 PM

| | | |
|---|---|---|
| Author:  Rodney W. Tregle Jr., MD | Service:  Emergency Medicine | Author Type:  Physician |
| Filed:  4/7/2019  6:32 PM | Status:  Addendum | |
| Editor:  Rodney W. Tregle Jr., MD (Physician) | | |
| Related Notes:  Original Note by Rodney W. Tregle Jr., MD (Physician) filed at 4/7/2019  6:31 PM | | |

**SCRIBE #1 NOTE**: I, Mya Dixon, am scribing for, and in the presence of, Rodney W. Tregle Jr., MD. I have scribed the entire note.

## History

Chief Complaint
Patient presents with
- Vomiting
    *Pt states, "I had chemo on Monday and started vomiting on Wednesday and haven't stopped yet."*


Review of patient's allergies indicates:
No Known Allergies

## HPI
HPI

4/7/2019, 2:03 PM
History obtained from the patient

      History of Present Illness: Katonia Lee is a 49 y.o. female patient with a PMHx of Lymphoma and HIV who presents to the Emergency Department for emesis which onset gradually 4 days ago. Pt reports having chemotherapy a week ago and states that she hasn't been able to keep any food down since 4 days ago. Symptoms are episodic and moderate in severity. No mitigating or exacerbating factors reported. No associated sxs. Patient denies any fever, chills, cough, diarrhea, rhinorrhea and all other sxs at this time. No prior Tx. No further complaints or concerns at this time.



Arrival mode: Personal vehicle

PCP: Sonia McField, FNP, FNP



Past Medical History:
Past Medical History:

| Diagnosis | Date |
|---|---|
| • Cancer *[lymphoma]* | |
| • Diffuse large B cell lymphoma of duodenum and pancreas | 1/21/2019 |
| • Encounter for blood transfusion | |
| • HIV (human immunodeficiency virus infection) | |
| • Hypertension | |
| • Stomach ulcer | |

**Lincoln/Lee 1416**

**Progress Notes - 04/07/2019**

| | |
|---|---|
| BRMH EMERGENCY DEPARTMENT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008484614 |
| ED Record | Adm: 4/7/2019 |

ED Provider Notes (continued)

ED Provider Notes by Rodney W. Tregle Jr., MD at 4/7/2019  2:05 PM (continued)

*bleeding*

Past Surgical History:
Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • CESAREAN SECTION | | |
| • ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY) | N/A | 1/25/2019 |
| *Performed by Janak N. Shah, MD at NOMH ENDO (2ND FLR)* | | |
| • ESOPHAGOGASTRODUODENOSCOPY | | |
| • INSERTION, VENOUS ACCESS PORT | Left | 2/11/2019 |
| *Performed by Kyle A Jakob, MD at BRMH OR* | | |

Family History:
Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Paternal Grandmother | |
| • Heart disease | Mother | |

Social History:
Social History

Tobacco Use
- Smoking status:          Never Smoker
- Smokeless tobacco:       Never Used

Substance and Sexual Activity
- Alcohol use:             No
    - Frequency:           Never
- Drug use:                No
- Sexual activity:         Unknown

**ROS**
Review of Systems
Constitutional: Negative for chills and fever.
HENT: Negative for rhinorrhea and sore throat.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Positive for nausea and vomiting. Negative for diarrhea.
Genitourinary: Negative for dysuria.
Musculoskeletal: Negative for back pain.
Skin: Negative for rash.
Neurological: Negative for weakness.
Hematological: Does not bruise/bleed easily.

**Lincoln/Lee 1417**

**Progress Notes - 04/07/2019**

| BRMH EMERGENCY DEPARTMENT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008484614 | |
| ED Record | Adm: 4/7/2019 | |

ED Provider Notes (continued)

ED Provider Notes by Rodney W. Tregle Jr., MD at 4/7/2019 2:05 PM (continued)

**Physical Exam**

Initial Vitals [04/07/19 1357]

| BP | Pulse | Resp | Temp | SpO2 |
|---|---|---|---|---|
| **125/79** | **99** | **20** | **98.4 °F**<br>**(36.9 °C)** | **100 %** |

MAP

--

Physical Exam
**Nursing Notes and Vital Signs Reviewed.**
**Constitutional:** Patient is in no acute distress. Well-developed and well-nourished.
**Head:** Atraumatic. Normocephalic.
**Eyes:** PERRL. EOM intact. Conjunctivae are not pale. No scleral icterus.
**ENT:** Mucous membranes are dry. Oropharynx is clear and symmetric.
**Neck:** Supple. Full ROM. No lymphadenopathy.
**Cardiovascular:** Regular rate. Regular rhythm. No murmurs, rubs, or gallops. Distal pulses are 2+ and symmetric.
**Pulmonary/Chest:** No respiratory distress. Clear to auscultation bilaterally. No wheezing or rales.
**Abdominal:** Soft and non-distended.  There is no tenderness.  No rebound, guarding, or rigidity. Good bowel sounds.
**Genitourinary:** No CVA tenderness
**Musculoskeletal:** Moves all extremities. No obvious deformities. No edema. No calf tenderness.
**Skin:** Warm and dry.
**Neurological:**  Alert, awake, and appropriate.  Normal speech.  No acute focal neurological deficits are appreciated.
**Psychiatric:** Normal affect. Good eye contact. Appropriate in content.

**ED Course**
Procedures
**ED Vital Signs:**
Vitals:

| | 04/07/19 1357 | 04/07/19 1644 |
|---|---|---|
| BP: | 125/79 | (!) 145/96 |
| Pulse: | 99 | 86 |
| Resp: | 20 | |
| Temp: | 98.4 °F (36.9 °C) | |
| TempSrc: | Oral | |
| SpO2: | 100% | 100% |
| Weight: | 56.3 kg (124 lb 0.1 oz) | |
| Height: | 5' 2" (1.575 m) | |

**Abnormal Lab Results:**
Labs Reviewed
CBC W/ AUTO DIFFERENTIAL - Abnormal;
Notable for the following components:

Generated on 6/7/19 10:45 AM                                                      Page 5

**Lincoln/Lee 1418**

**Progress Notes - 04/07/2019**

| BRMH EMERGENCY DEPARTMENT | Lee, Katonia |
|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB:         Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008484614 |
| ED Record | Adm: 4/7/2019 |

ED Provider Notes (continued)

ED Provider Notes by Rodney W. Tregle Jr., MD at 4/7/2019 2:05 PM (continued)

| Result | Value |
|---|---|
| WBC | 0.71 (*) |
| RBC | 3.41 (*) |
| Hemoglobin | 10.1 (*) |
| Hematocrit | 31.9 (*) |
| MCHC | 31.7 (*) |
| RDW | 17.6 (*) |
| Platelets | 69 (*) |

All other components within normal limits
*Narrative:*
  *WBC critical result(s) called and verbal readback obtained from*
  *Kristen Berchrand,RN, 04/07/2019 15:10*
COMPREHENSIVE METABOLIC PANEL - Abnormal; Notable for the following components:

| Potassium | 3.3 (*) |
|---|---|
| Glucose | 121 (*) |
| Total Bilirubin | 1.5 (*) |
| Alkaline Phosphatase | 155 (*) |

All other components within normal limits
LIPASE
URINALYSIS, REFLEX TO URINE CULTURE
  *Narrative:*
  *Preferred Collection Type->Urine, Clean Catch*
AMYLASE

**All Lab Results:**
Results for orders placed or performed during the hospital encounter of 04/07/19
CBC auto differential

| Result | Value | Ref Range |
|---|---|---|
| WBC | 0.71 (LL) | 3.90 - 12.70 K/uL |
| RBC | 3.41 (L) | 4.00 - 5.40 M/uL |
| Hemoglobin | 10.1 (L) | 12.0 - 16.0 g/dL |
| Hematocrit | 31.9 (L) | 37.0 - 48.5 % |
| MCV | 94 | 82 - 98 fL |
| MCH | 29.6 | 27.0 - 31.0 pg |
| MCHC | 31.7 (L) | 32.0 - 36.0 g/dL |
| RDW | 17.6 (H) | 11.5 - 14.5 % |
| Platelets | 69 (L) | 150 - 350 K/uL |

Generated on 6/7/19 10:45 AM

**Lincoln/Lee 1419**

**Progress Notes - 04/07/2019**

| BRMH EMERGENCY DEPARTMENT | Lee, Katonia |
|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008484614 |
| ED Record | Adm: 4/7/2019 |

ED Provider Notes (continued)

ED Provider Notes by Rodney W. Tregle Jr., MD at 4/7/2019 2:05 PM (continued)

| MPV | SEE COMMENT | 9.2 - 12.9 fL |
|---|---|---|

Comprehensive metabolic panel

| Result | Value | Ref Range |
|---|---|---|
| Sodium | 141 | 136 - 145 mmol/L |
| Potassium | 3.3 (L) | 3.5 - 5.1 mmol/L |
| Chloride | 104 | 95 - 110 mmol/L |
| CO2 | 25 | 23 - 29 mmol/L |
| Glucose | 121 (H) | 70 - 110 mg/dL |
| BUN, Bld | 20 | 6 - 20 mg/dL |
| Creatinine | 1.0 | 0.5 - 1.4 mg/dL |
| Calcium | 10.2 | 8.7 - 10.5 mg/dL |
| Total Protein | 7.1 | 6.0 - 8.4 g/dL |
| Albumin | 3.9 | 3.5 - 5.2 g/dL |
| Total Bilirubin | 1.5 (H) | 0.1 - 1.0 mg/dL |
| Alkaline Phosphatase | 155 (H) | 55 - 135 U/L |
| AST | 15 | 10 - 40 U/L |
| ALT | 15 | 10 - 44 U/L |
| Anion Gap | 12 | 8 - 16 mmol/L |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 |
| eGFR if non African American | >60 | >60 mL/min/1.73 m^2 |

Lipase

| Result | Value | Ref Range |
|---|---|---|
| Lipase | 30 | 4 - 60 U/L |

Urinalysis, Reflex to Urine Culture Urine, Clean Catch

| Result | Value | Ref Range |
|---|---|---|
| Specimen UA | Urine, Clean Catch | |
| Color, UA | Yellow | Yellow, Straw, Amber |
| Appearance, UA | Clear | Clear |
| pH, UA | 6.0 | 5.0 - 8.0 |

**Lincoln/Lee 1420**

**Progress Notes - 04/07/2019**

| | | |
|---|---|---|
| BRMH EMERGENCY DEPARTMENT | Lee, Katonia | |
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008484614 | |
| ED Record | Adm: 4/7/2019 | |

ED Provider Notes (continued)

ED Provider Notes by Rodney W. Tregle Jr., MD at 4/7/2019  2:05 PM (continued)

| | | |
|---|---|---|
| Specific Gravity, UA | 1.025 | 1.005 - 1.030 |
| Protein, UA | Negative | Negative |
| Glucose, UA | Negative | Negative |
| Ketones, UA | Negative | Negative |
| Bilirubin (UA) | Negative | Negative |
| Occult Blood UA | Negative | Negative |
| Nitrite, UA | Negative | Negative |
| Urobilinogen, UA | Negative | <2.0 EU/dL |
| Leukocytes, UA | Negative | Negative |

Amylase

| Result | Value | Ref Range |
|---|---|---|
| Amylase | 52 | 20 - 110 U/L |

**Imaging Results:**
Imaging Results
   None

The Emergency Provider reviewed the vital signs and test results, which are outlined above.

**ED Discussion**

**4:50 PM:** Reassessed pt at this time.  Pt states her condition has improved at this time. Discussed with pt all pertinent ED information and results. Discussed pt dx and plan of tx. Gave pt all f/u and return to the ED instructions. All questions and concerns were addressed at this time. Pt expresses understanding of information and instructions, and is comfortable with plan to discharge. Pt is stable for discharge.

I discussed with patient and/or family/caretaker that evaluation in the ED does not suggest any emergent or life threatening medical conditions requiring immediate intervention beyond what was provided in the ED, and I believe patient is safe for discharge.  Regardless, an unremarkable evaluation in the ED does not preclude the development or presence of a serious of life threatening condition. As such, patient was instructed to return immediately for any worsening or change in current symptoms.

6:32 PM
Patient was stable nontoxic at time of discharge. She was tolerating p.o. on requesting discharge home.  She is safe for this in my opinion.  She had good resolution of her symptoms with medications.  Onset of her symptoms commensurate with chemotherapy.  She is safe for discharge in my opinion.

**ED Medication(s):**
Medications
sodium chloride 0.9% bolus 1,000 mL (0 mLs
Intravenous Stopped 4/7/19 1602)
ondansetron injection 8 mg (8 mg Intravenous

**Lincoln/Lee 1421**

**Progress Notes - 04/07/2019**

| | |
|---|---|
| BRMH EMERGENCY DEPARTMENT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008484614 |
| ED Record | Adm: 4/7/2019 |

ED Provider Notes (continued)

ED Provider Notes by Rodney W. Tregle Jr., MD at 4/7/2019  2:05 PM (continued)

Given 4/7/19 1433)
promethazine (PHENERGAN) 12.5 mg in dextrose
5 % 50 mL IVPB (0 mg Intravenous Stopped 4/7/19
1453)

## Current Discharge Medication List

### START taking these medications

| | Details |
|---|---|
| **promethazine (PHENERGAN) 25 MG tablet** | Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea.<br>*Qty:* 15 tablet, *Refills:* 0 |

Follow-up Information
    Sonia McField, FNP, FNP in 1 day.
        Contact Information:
        3855 Azalea Dr
        Jackson MS 39206-5105
        601-944-5964

**Medical Decision Making**
Medical Decision Making:
Clinical Tests:
Lab Tests: Ordered and Reviewed

Scribe Attestation:
Scribe #1: I performed the above scribed service and the documentation accurately describes the services I performed. I attest to the accuracy of the note.

Attending:
Physician Attestation Statement for Scribe #1: I, Rodney W. Tregle Jr., MD, personally performed the services described in this documentation, as scribed by Mya Dixon, in my presence, and it is both accurate and complete.

**Clinical Impression**

**Lincoln/Lee 1422**

**Progress Notes - 04/07/2019**

| | |
|---|---|
| BRMH EMERGENCY DEPARTMENT<br>17000 Medical Center Dr<br>Baton Rouge LA 70816<br>ED Record | Lee, Katonia<br>MRN: 2325810, DOB:         Sex: F<br>Acct #: 72008484614<br>Adm: 4/7/2019 |

ED Provider Notes (continued)

ED Provider Notes by Rodney W. Tregle Jr., MD at 4/7/2019  2:05 PM (continued)

|  | ICD-10-CM | ICD-9-CM |
|---|---|---|
| 1.   **Chemotherapy induced nausea and vomiting** | R11.2<br>T45.1X5A | 787.01<br>E933.1 |

**Disposition:**
Disposition: Discharged
Condition: Stable

Rodney W. Tregle Jr., MD
04/07/19 1831

Rodney W. Tregle Jr., MD
04/07/19 1832

Electronically signed by Rodney W. Tregle Jr., MD on 4/7/2019  6:32 PM

Lab Results

Comprehensive metabolic panel [415985126] (Abnormal)                    Resulted: 04/07/19 1514, Result status: Final result

Ordering provider: Rodney W. Tregle Jr., MD  04/07/19 1410          Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
Specimen Collection

| Type | Source | Collected By |
|---|---|---|
| Blood | Blood | Kristin B. Bertrand, RN 04/07/19 1430 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 141 | 136 - 145 mmol/L | --- | --- |
| Potassium | 3.3 | 3.5 - 5.1 mmol/L | L | --- |
| Chloride | 104 | 95 - 110 mmol/L | --- | --- |
| CO2 | 25 | 23 - 29 mmol/L | --- | --- |
| Glucose | 121 | 70 - 110 mg/dL | H | --- |
| BUN, Bld | 20 | 6 - 20 mg/dL | --- | --- |
| Creatinine | 1.0 | 0.5 - 1.4 mg/dL | --- | --- |
| Calcium | 10.2 | 8.7 - 10.5 mg/dL | --- | --- |
| Total Protein | 7.1 | 6.0 - 8.4 g/dL | --- | --- |
| Albumin | 3.9 | 3.5 - 5.2 g/dL | --- | --- |
| Total Bilirubin | 1.5 | 0.1 - 1.0 mg/dL | H | --- |

   Comment:
   For infants and newborns, interpretation of results should be based
   on gestational age, weight and in agreement with clinical
   observations.
   Premature Infant recommended reference ranges:
   Up to 24 hours............<8.0 mg/dL
   Up to 48 hours...........<12.0 mg/dL
   3-5 days.................<15.0 mg/dL
   6-29 days................<15.0 mg/dL

**Lincoln/Lee 1423**

**Progress Notes - 04/07/2019**

| | |
|---|---|
| BRMH EMERGENCY DEPARTMENT<br>17000 Medical Center Dr<br>Baton Rouge LA 70816<br>ED Record | Lee, Katonia<br>MRN: 2325810, DOB:              Sex: F<br>Acct #: 72008484614<br>Adm: 4/7/2019 |

**ED Current OP Medications**

| Medication | Sig | Dispense | Start Date | End Date | Doc. Provider |
|---|---|---|---|---|---|
| allopurinol (ZYLOPRIM) 300 MG tablet | Take 1 tablet (300 mg total) by mouth once daily. Patient taking differently: Take 300 mg by mouth every morning. | 30 tablet | 2/2/2019 | | Stephanie M. Cook, NP |
| amLODIPine (NORVASC) 5 MG tablet | Take 5 mg by mouth once daily. | | | | Historical Provider, MD |
| bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet | Take 1 tablet by mouth once daily. Patient taking differently: Take 1 tablet by mouth once daily. | 30 tablet | 2/19/2019 | | John O. Nnadi, MD |
| citalopram (CELEXA) 20 MG tablet | Take 20 mg by mouth once daily. | | | | Historical Provider, MD |
| ferrous gluconate 324 mg (37.5 mg iron) Tab | Take 1 tablet by mouth once daily. | | | | Historical Provider, MD |
| metoprolol tartrate (LOPRESSOR) 50 MG tablet | Take 50 mg by mouth 2 (two) times daily. | | | | Historical Provider, MD |
| ondansetron (ZOFRAN-ODT) 8 MG TbDL | Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed (nausea). | 60 tablet | 4/22/2019 | | Long H. Dang, MD |
| oxyCODONE (ROXICODONE) 5 MG immediate release tablet | Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain. | 60 tablet | 5/30/2019 | | Long H. Dang, MD |
| predniSONE (DELTASONE) 20 MG tablet | Take 5 tablets (100 mg total) by mouth once daily. for 5 days | 25 tablet | 6/3/2019 | 6/8/2019 | Long H. Dang, MD |
| prochlorperazine (COMPAZINE) 10 MG tablet | Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed (nausea). | 60 tablet | 4/22/2019 | 4/21/2020 | Long H. Dang, MD |
| promethazine (PHENERGAN) 25 MG tablet | Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. | 60 tablet | 4/22/2019 | | Long H. Dang, MD |
| sulfamethoxazole-trimethoprim 800-160mg (BACTRIM DS) 800-160 mg Tab | Take 1 tablet by mouth once daily. | 30 tablet | 5/13/2019 | | Long H. Dang, MD |
| zolpidem (AMBIEN) 5 MG Tab | Take 1 tablet (5 mg total) by mouth nightly as needed (sleep). | 30 tablet | 5/29/2019 | 11/27/2019 | Long H. Dang, MD |

Last reviewed by Kristin B. Bertrand, RN on 04/07/19 1659

**Medication Comments**

** No Medication Comments Found **

**ED Orders (From admission, onward)**

**Lincoln/Lee 1424**

**Progress Notes - 04/07/2019**

BRMH EMERGENCY DEPARTMENT
17000 Medical Center Dr
Baton Rouge LA 70816
ED Record

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72008484614
Adm: 4/7/2019

ED Orders (continued) (From admission, onward)

| Start | Ordered | | Status | Ordering Provider |
|---|---|---|---|---|
| 04/07/19 1415 | 04/07/19 1410 | **sodium chloride 0.9% bolus 1,000 mL** ED 1 Time | Last MAR action: Stopped - by BERTRAND, KRISTIN B on 04/07/19 at 1602 | TREGLE, RODNEY W. JR |
| 04/07/19 1415 | 04/07/19 1410 | **ondansetron injection 8 mg** ED 1 Time | Last MAR action: Given - by BERTRAND, KRISTIN B on 04/07/19 at 1433 | TREGLE, RODNEY W. JR |
| 04/07/19 1415 | 04/07/19 1410 | **promethazine (PHENERGAN) 12.5 mg in dextrose 5 % 50 mL IVPB** ED 1 Time | Last MAR action: Stopped - by BERTRAND, KRISTIN B on 04/07/19 at 1453 | TREGLE, RODNEY W. JR |
| 04/07/19 1411 | 04/07/19 1410 | **Insert Saline lock IV** Once<br><br>Start 04/07/19 1411 — Status Completed — Ordering Provider TREGLE, RODNEY W. JR | Completed by BERTRAND, KRISTIN B on 4/7/2019 at 2:50 PM | TREGLE, RODNEY W. JR |
| 04/07/19 1411 | 04/07/19 1410 | **Give PO Challenge** Once<br><br>Start 04/07/19 1411 — Status Completed — Ordering Provider TREGLE, RODNEY W. JR | Completed by BERTRAND, KRISTIN B on 4/7/2019 at 5:04 PM | TREGLE, RODNEY W. JR |
| 04/07/19 1410 | 04/07/19 1410 | **CBC auto differential** STAT<br><br>Start 04/07/19 1410 — Status Final result — Ordering Provider TREGLE, RODNEY W. JR | Final result | TREGLE, RODNEY W. JR |
| 04/07/19 1410 | 04/07/19 1410 | **Comprehensive metabolic panel** STAT<br><br>Start 04/07/19 1410 — Status Final result — Ordering Provider TREGLE, RODNEY W. JR | Final result | TREGLE, RODNEY W. JR |
| 04/07/19 1410 | 04/07/19 1410 | **Lipase** STAT<br><br>Start 04/07/19 1410 — Status Final result — Ordering Provider TREGLE, RODNEY W. JR | Final result | TREGLE, RODNEY W. JR |
| 04/07/19 1410 | 04/07/19 1410 | **Urinalysis, Reflex to Urine Culture Urine, Clean Catch** STAT<br><br>Start 04/07/19 1410 — Status Final result — Ordering Provider TREGLE, RODNEY W. JR | Final result | TREGLE, RODNEY W. JR |
| 04/07/19 1410 | 04/07/19 1410 | **Amylase** STAT<br><br>Start 04/07/19 1410 — Status Final result — Ordering Provider TREGLE, RODNEY W. JR | Final result | TREGLE, RODNEY W. JR |

ED Medication Administration from 04/07/2019 1349 to 06/07/2019 1045

| Date/Time | Order | Dose | Route | Action | Action by | Comments |
|---|---|---|---|---|---|---|
| 04/07/2019 | **sodium chloride 0.9% bolus** | 0 mL | Intrave | Stopped | Kristin B. Bertrand, RN | |

**Lincoln/Lee 1425**

**Progress Notes - 04/07/2019**

BRMH EMERGENCY DEPARTMENT
17000 Medical Center Dr
Baton Rouge LA 70816
ED Record

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72008484614
Adm: 4/7/2019

ED Medication Administration from 04/07/2019 1349 to 06/07/2019 1045 (continued)

| Date/Time | Order | Dose | Route | Action | Action by | Comments |
|---|---|---|---|---|---|---|
| 1602 | 1,000 mL | | nous | | | |
| 04/07/2019 1433 | sodium chloride 0.9% bolus 1,000 mL | 1,000 mL | Intrave nous | New Bag | Kristin B. Bertrand, RN | |
| 04/07/2019 1433 | ondansetron injection 8 mg | 8 mg | Intrave nous | Given | Kristin B. Bertrand, RN | |
| 04/07/2019 1453 | promethazine (PHENERGAN) 12.5 mg in dextrose 5 % 50 mL IVPB | 0 mg | Intrave nous | Stopped | Kristin B. Bertrand, RN | |
| 04/07/2019 1433 | promethazine (PHENERGAN) 12.5 mg in dextrose 5 % 50 mL IVPB | 12.5 mg | Intrave nous | New Bag | Kristin B. Bertrand, RN | |

Discharge Orders (720h ago, onward)

None

ED Prescriptions

| Medication | Sig | Dispense | Start Date | End Date | Auth. Provider |
|---|---|---|---|---|---|
| promethazine (PHENERGAN) 25 MG tablet (Status: Discontinued) | Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. | 15 tablet | 4/7/2019 | 4/7/2019 | Rodney W. Tregle Jr., MD |
| promethazine (PHENERGAN) 25 MG tablet (Expired) | Take 1 tablet (25 mg total) by mouth every 8 (eight) hours as needed for Nausea. | 15 tablet | 4/7/2019 | 4/22/2019 | Rodney W. Tregle Jr., MD |

Allergies as of 6/7/2019

No Known Allergies

**Lincoln/Lee 1426**

**Progress Notes - 04/07/2019**

| | |
|---|---|
| BRMH EMERGENCY DEPARTMENT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008484614 |
| ED Record | Adm: 4/7/2019 |

Discharge Instructions

Provider: **Rodney W. Tregle Jr., MD**

Continue her Zofran and other home medications. Hold Compazine use Phenergan instead as needed for nausea. Follow up with her doctor tomorrow for re-evaluation. Return as needed for any worsening symptoms, problems, questions or concerns.

**Lincoln/Lee 1427**

**Progress Notes - 04/07/2019**

BRMH EMERGENCY DEPARTMENT
17000 Medical Center Dr
Baton Rouge LA 70816
ED Record

Lee, Katonia
MRN: 2325810, DOB:
Acct #: 72008484614
Adm: 4/7/2019

Sex: F

Follow-up Information

| Follow up With | Specialties | Details | Why | Contact Info |
|---|---|---|---|---|
| Sonia McField, FNP | | In 1 day | | 3855 Azalea Dr Jackson MS 39206-5105 601-944-5964 |

Discharge References/Attachments

**Vomiting or Diarrhea (Adult), Diet for (English)**

## END OF REPORT

**Lincoln/Lee 1428**

**Progress Notes - 04/02/2019**

BRMH XRAY                              Lee, Katonia
17000 Medical Center Dr                MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                   Acct #: 72008457766
Continuity of Care                     Adm: 4/2/2019

## Admission Information

| | | | |
|---|---|---|---|
| Arrival Date/Time: | | Admit Date/Time: | 04/02/2019 0815 | IP Adm. Date/Time: |
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: |
| Means of Arrival: | | Primary Service: | Radiology | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | OCHSNER SERVICE AREA | Unit: | Ochsner Medical Center - BR |
| Admit Provider: | | Attending Provider: | Long H. Dang, MD | Referring Provider: | Long H. Dang, MD |

## Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 04/02/2019 2359 | Home Or Self Care | None | None | Ochsner Medical Center - BR |

## Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| C85.90 [Principal] | Non-Hodgkin lymphoma, unspecified, unspecified site | | | | |
| B20 | Human immunodeficiency virus (HIV) disease | | | | |

**Hospital Problem List** as of 4/2/2019                    Reviewed: **4/1/2019 by Ronald D Delrie Jr, MD**

None

**Non-Hospital Problem List** as of 4/2/2019                Reviewed: **4/1/2019 by Ronald D Delrie Jr, MD**

| | Codes | Last Modified |
|---|---|---|
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | 1/26/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | 1/31/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | 2/1/2019 |
| **Elevated LFTs** | ICD-10-CM: R94.5 ICD-9-CM: 790.6 | 2/1/2019 |
| **Lymphoma** | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | 2/11/2019 |
| RESOLVED: Pain | ICD-10-CM: R52 ICD-9-CM: 780.96 | 2/27/2019 |
| RESOLVED: Chest pain | ICD-10-CM: R07.9 ICD-9-CM: 786.50 | 2/27/2019 |
| **Essential hypertension** | ICD-10-CM: I10 ICD-9-CM: 401.9 | 3/1/2019 |
| **B-cell lymphoma** | ICD-10-CM: C85.10 ICD-9-CM: 202.80 | 3/1/2019 |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20 ICD-9-CM: 042 | 3/1/2019 |
| **Anemia** | ICD-10-CM: D64.9 ICD-9-CM: 285.9 | 3/1/2019 |
| RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 ICD-9-CM: 288.00, 780.61 | 3/1/2019 |
| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 ICD-9-CM: 112.0 | 3/1/2019 |
| RESOLVED: Fever | ICD-10-CM: R50.9 ICD-9-CM: 780.60 | 3/1/2019 |
| **Lymphoma related to acquired immunodeficiency syndrome (AIDS)** | ICD-10-CM: B20, C85.90 ICD-9-CM: 042, 202.80 | 3/12/2019 |

Generated on 6/7/19 10:41 AM                                                            Page 167

**Lincoln/Lee 1429**

**Progress Notes - 04/02/2019**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:        Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008457766 |
| Continuity of Care | Adm: 4/2/2019 |

**Non-Hospital Problem List (continued)** as of 4/2/2019          Reviewed: **4/1/2019 by Ronald D Delrie Jr, MD**

### History & Physicals

**H&P (View-Only) by Ronald D. Delrie Jr., MD at 4/1/2019 9:00 AM**

Author: Ronald D. Delrie Jr., MD          Service: —                    Author Type: Physician
Filed: 4/1/2019 9:07 AM                   Status: Signed
Editor: Ronald D. Delrie Jr., MD (Physician)

### Hematology/Oncology Office Note

**CC:**
Fever/chest pain

**Referred by:** No ref. provider found

**Diagnosis:**
Diffuse large B-cell lymphoma
HIV/aids

**Treatment:**
HARRT
RCHOP

**Surveillance:**

History of present illness:
49-year-old female with a history of HIV/aids and diffuse large B-cell lymphoma currently on R-CHOP chemotherapy who presents to the clinic today with chest pain and fever of 100.4.
The patient reports that fever began yesterday and symptoms have worsened over the previous 12 hr. She reports chest pain, sore throat, malaise, fever, and generalized weakness.

I have reviewed and updated the HPI, ROS, PMHx, Social Hx, Family Hx and treatment history.

Patient presents today for cycle 3 of R-CHOP.
Patient has no new complaints today

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Cancer | |
| *lymphoma]* | |
| • Diffuse large B cell lymphoma of duodenum and pancreas | 1/21/2019 |
| • Encounter for blood transfusion | |
| • HIV (human immunodeficiency virus infection) | |
| • Hypertension | |
| • Stomach ulcer | |
| *bleeding* | |

---

Generated on 6/7/19 10:41 AM                                          Page 168

**Lincoln/Lee 1430**

**Progress Notes - 04/02/2019**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008457766 |
| Continuity of Care | Adm: 4/2/2019 |

## History & Physicals (continued)

**H&P (View-Only) by Ronald D. Delrie Jr., MD at 4/1/2019 9:00 AM (continued)**

Social History:
No tobacco, alcohol, or illicit drugs

Family History: family history includes Cancer in her paternal grandmother; Heart disease in her mother.

HPI

Review of Systems
Constitutional: Positive for activity change, appetite change, fatigue and fever. Negative for chills, diaphoresis and unexpected weight change.
HENT: Negative for congestion, dental problem, ear pain, facial swelling, mouth sores, nosebleeds, rhinorrhea, sinus pressure, sinus pain, sore throat, trouble swallowing and voice change.
Eyes: Negative.
Respiratory: Negative for apnea, cough, chest tightness and shortness of breath.
Cardiovascular: Negative for chest pain, palpitations and leg swelling.
Gastrointestinal: Negative for abdominal distention, abdominal pain, anal bleeding, blood in stool, constipation, diarrhea, nausea and vomiting.
Endocrine: Negative.
Genitourinary: Negative for difficulty urinating, dyspareunia, dysuria, enuresis, flank pain, frequency, hematuria, pelvic pain and vaginal bleeding.
Musculoskeletal: Negative for arthralgias, back pain, gait problem, joint swelling, myalgias and neck pain.
Skin: Negative for pallor, rash and wound.
Allergic/Immunologic: Positive for immunocompromised state. Negative for environmental allergies.
Neurological: Negative for dizziness, tremors, seizures, syncope, facial asymmetry, speech difficulty, weakness, numbness and headaches.
Hematological: Negative for adenopathy. Does not bruise/bleed easily.
Psychiatric/Behavioral: Negative for agitation, behavioral problems, confusion, dysphoric mood and hallucinations. The patient is not nervous/anxious and is not hyperactive.

## Objective:

Vitals:

| | 04/01/19 0824 |
|---|---|
| BP: | 138/83 |
| Pulse: | 70 |
| Resp: | 18 |
| Temp: | 97.4 °F (36.3 °C) |
| TempSrc: | Oral |
| SpO2: | 100% |
| Weight: | 61.1 kg (134 lb 11.2 oz) |
| Height: | 5' 2" (1.575 m) |

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.

**Lincoln/Lee 1431**

**Progress Notes - 04/02/2019**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:         Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008457766 |
| Continuity of Care | Adm: 4/2/2019 |

## History & Physicals (continued)

**H&P (View-Only) by Ronald D. Delrie Jr., MD at 4/1/2019  9:00 AM (continued)**

**Well groomed**
HENT:
Head: Normocephalic and atraumatic.
Right Ear: Tympanic membrane, external ear and ear canal normal.
Left Ear: Tympanic membrane, external ear and ear canal normal.
Nose: Nose normal. Right sinus exhibits no maxillary sinus tenderness and no frontal sinus tenderness. Left sinus exhibits no maxillary sinus tenderness and no frontal sinus tenderness.
Mouth/Throat: Oropharynx is clear and moist and mucous membranes are normal. No oral lesions. Normal dentition. No oropharyngeal exudate.
Eyes: Pupils are equal, round, and reactive to light. Conjunctivae, EOM and lids are normal. Lids are everted and swept, no foreign bodies found.
Neck: Trachea normal and normal range of motion. Neck supple. No JVD present. No tracheal deviation present. No thyroid mass and no thyromegaly present.
**No crepitus**
Cardiovascular: Normal rate, regular rhythm, intact distal pulses and normal pulses. Exam reveals no gallop and no friction rub.
Murmur heard.
Pulmonary/Chest: Effort normal. No accessory muscle usage or stridor. No respiratory distress. She has decreased breath sounds. She has no wheezes. She has rhonchi. She has no rales. She exhibits no tenderness.
Abdominal: Soft. Normal appearance and bowel sounds are normal. She exhibits no distension and no mass. There is no hepatosplenomegaly. There is no tenderness. There is no rebound and no guarding.
Musculoskeletal: Normal range of motion. She exhibits no edema, tenderness or deformity.
Lymphadenopathy:
  She has no cervical adenopathy.
Neurological: She is alert and oriented to person, place, and time. She displays normal reflexes. No cranial nerve deficit. She exhibits normal muscle tone. Coordination normal.
Skin: Skin is warm, dry and intact. Capillary refill takes less than 2 seconds. No bruising and no rash noted. She is not diaphoretic. There is erythema. No cyanosis. No pallor. Nails show no clubbing.
Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.

Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 4.61 | 04/01/2019 |
| HGB | 10.7 (L) | 04/01/2019 |
| HCT | 34.8 (L) | 04/01/2019 |
| MCV | 95 | 04/01/2019 |
| PLT | 233 | 04/01/2019 |

Lab Results

| Component | Value | Date |
|---|---|---|
| CREATININE | 0.9 | 04/01/2019 |
| BUN | 17 | 04/01/2019 |
| NA | 140 | 04/01/2019 |
| K | 4.3 | 04/01/2019 |
| CL | 109 | 04/01/2019 |
| CO2 | 22 (L) | 04/01/2019 |

| | |
|---|---|
| Generated on 6/7/19 10:41 AM | Page 170 |

**Lincoln/Lee 1432**

**Progress Notes - 04/02/2019**

| BRMH XRAY | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008457766 | |
| Continuity of Care | Adm: 4/2/2019 | |

## History & Physicals (continued)

**H&P (View-Only) by Ronald D. Delrie Jr., MD at 4/1/2019  9:00 AM (continued)**

### Lab Results

| Component | Value | Date |
|---|---|---|
| ALT | 15 | 04/01/2019 |
| AST | 23 | 04/01/2019 |
| ALKPHOS | 137 (H) | 04/01/2019 |
| BILITOT | 0.5 | 04/01/2019 |

### Assessment:

49-year-old female with HIV/aids and diffuse large B-cell lymphoma currently on systemic therapy with R-CHOP.
She presents today for cycle 3 with normal LFTs and total bilirubin is 0.5.
I discussed the case with her primary physician Dr. long with decision made to proceed with full-dose doxorubicin 50 milligrams/meter squared.
She has intrathecal methotrexate scheduled for tomorrow and will
 will follow up after repeat PET scan to proceed with cycle 4


Diffuse large B-cell lymphoma:
--proceed with cycle 3 of R-CHOP
--intrathecal methotrexate tomorrow
--follow-up with PET scan prior to cycle 4


Electronically signed by Ronald D. Delrie Jr., MD on 4/1/2019  9:07 AM

**Interval H&P Note by Case Rappelet, PA at 4/2/2019 12:27 PM**

| | | |
|---|---|---|
| Author: Case Rappelet, PA | Service: Radiology | Author Type: Physician Assistant |
| Filed: 4/2/2019 12:27 PM | Status: Signed | |
| Editor: Case Rappelet, PA (Physician Assistant) | | Cosigner: David S. Kirsch, MD at 4/2/2019  2:55 PM |

The patient has been examined and the H&P has been reviewed:

I concur with the findings and no changes have occurred since H&P was written.


There are no hospital problems to display for this patient.


Electronically signed by David S. Kirsch, MD on 4/2/2019  2:55 PM

**Source Note**

| | | |
|---|---|---|
| Author: Ronald D. Delrie Jr., MD | Service: --- | Author Type: Physician |

**Lincoln/Lee 1433**

**Progress Notes - 04/02/2019**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008457766 |
| Continuity of Care | Adm: 4/2/2019 |

### History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 4/2/2019 12:27 PM (continued)**

Filed: 4/1/2019  9:07 AM          Status: Signed
Editor: Ronald D. Delrie Jr., MD (Physician)

## Hematology/Oncology Office Note

**CC:**
Fever/chest pain

**Referred by:** No ref. provider found

**Diagnosis:**
Diffuse large B-cell lymphoma
HIV/aids

**Treatment:**
HARRT
RCHOP

**Surveillance:**

History of present illness:
49-year-old female with a history of HIV/aids and diffuse large B-cell lymphoma currently on R-CHOP chemotherapy who presents to the clinic today with chest pain and fever of 100.4.
The patient reports that fever began yesterday and symptoms have worsened over the previous 12 hr.  She reports chest pain, sore throat, malaise, fever, and generalized weakness.

I have reviewed and updated the HPI, ROS, PMHx, Social Hx, Family Hx and treatment history.

Patient presents today for cycle 3 of R-CHOP.
Patient has no new complaints today

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Cancer *lymphoma]* | |
| • Diffuse large B cell lymphoma of duodenum and pancreas | 1/21/2019 |
| • Encounter for blood transfusion | |
| • HIV (human immunodeficiency virus infection) | |
| • Hypertension | |
| • Stomach ulcer *bleeding* | |

Social History:
No tobacco, alcohol, or illicit drugs

| | |
|---|---|
| Generated on 6/7/19 10:41 AM | Page 172 |

**Lincoln/Lee 1434**

**Progress Notes - 04/02/2019**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008457766 |
| Continuity of Care | Adm: 4/2/2019 |

## History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 4/2/2019 12:27 PM (continued)**

Family History: family history includes Cancer in her paternal grandmother; Heart disease in her mother.

HPI

Review of Systems
Constitutional: Positive for activity change, appetite change, fatigue and fever. Negative for chills, diaphoresis and unexpected weight change.
HENT: Negative for congestion, dental problem, ear pain, facial swelling, mouth sores, nosebleeds, rhinorrhea, sinus pressure, sinus pain, sore throat, trouble swallowing and voice change.
Eyes: Negative.
Respiratory: Negative for apnea, cough, chest tightness and shortness of breath.
Cardiovascular: Negative for chest pain, palpitations and leg swelling.
Gastrointestinal: Negative for abdominal distention, abdominal pain, anal bleeding, blood in stool, constipation, diarrhea, nausea and vomiting.
Endocrine: Negative.
Genitourinary: Negative for difficulty urinating, dyspareunia, dysuria, enuresis, flank pain, frequency, hematuria, pelvic pain and vaginal bleeding.
Musculoskeletal: Negative for arthralgias, back pain, gait problem, joint swelling, myalgias and neck pain.
Skin: Negative for pallor, rash and wound.
Allergic/Immunologic: Positive for immunocompromised state. Negative for environmental allergies.
Neurological: Negative for dizziness, tremors, seizures, syncope, facial asymmetry, speech difficulty, weakness, numbness and headaches.
Hematological: Negative for adenopathy. Does not bruise/bleed easily.
Psychiatric/Behavioral: Negative for agitation, behavioral problems, confusion, dysphoric mood and hallucinations. The patient is not nervous/anxious and is not hyperactive.

**Objective:**

Vitals:

| | 04/01/19 0824 |
|---|---|
| BP: | 138/83 |
| Pulse: | 70 |
| Resp: | 18 |
| Temp: | 97.4 °F (36.3 °C) |
| TempSrc: | Oral |
| SpO2: | 100% |
| Weight: | 61.1 kg (134 lb 11.2 oz) |
| Height: | 5' 2" (1.575 m) |

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
**Well groomed**
HENT:
Head: Normocephalic and atraumatic.

**Lincoln/Lee 1435**

**Progress Notes - 04/02/2019**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008457766 |
| Continuity of Care | Adm: 4/2/2019 |

### History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 4/2/2019 12:27 PM (continued)**

Right Ear: Tympanic membrane, external ear and ear canal normal.
Left Ear: Tympanic membrane, external ear and ear canal normal.
Nose: Nose normal. Right sinus exhibits no maxillary sinus tenderness and no frontal sinus tenderness. Left sinus exhibits no maxillary sinus tenderness and no frontal sinus tenderness.
Mouth/Throat: Oropharynx is clear and moist and mucous membranes are normal. No oral lesions. Normal dentition. No oropharyngeal exudate.
Eyes: Pupils are equal, round, and reactive to light. Conjunctivae, EOM and lids are normal. Lids are everted and swept, no foreign bodies found.
Neck: Trachea normal and normal range of motion. Neck supple. No JVD present. No tracheal deviation present. No thyroid mass and no thyromegaly present.
**No crepitus**
Cardiovascular: Normal rate, regular rhythm, intact distal pulses and normal pulses. Exam reveals no gallop and no friction rub.
Murmur heard.
Pulmonary/Chest: Effort normal. No accessory muscle usage or stridor. No respiratory distress. She has decreased breath sounds. She has no wheezes. She has rhonchi. She has no rales. She exhibits no tenderness.
Abdominal: Soft. Normal appearance and bowel sounds are normal. She exhibits no distension and no mass. There is no hepatosplenomegaly. There is no tenderness. There is no rebound and no guarding.
Musculoskeletal: Normal range of motion. She exhibits no edema, tenderness or deformity.
Lymphadenopathy:
  She has no cervical adenopathy.
Neurological: She is alert and oriented to person, place, and time. She displays normal reflexes. No cranial nerve deficit. She exhibits normal muscle tone. Coordination normal.
Skin: Skin is warm, dry and intact. Capillary refill takes less than 2 seconds. No bruising and no rash noted. She is not diaphoretic. There is erythema. No cyanosis. No pallor. Nails show no clubbing.
Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.

Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 4.61 | 04/01/2019 |
| HGB | 10.7 (L) | 04/01/2019 |
| HCT | 34.6 (L) | 04/01/2019 |
| MCV | 95 | 04/01/2019 |
| PLT | 233 | 04/01/2019 |

Lab Results

| Component | Value | Date |
|---|---|---|
| CREATININE | 0.9 | 04/01/2019 |
| BUN | 17 | 04/01/2019 |
| NA | 140 | 04/01/2019 |
| K | 4.3 | 04/01/2019 |
| CL | 109 | 04/01/2019 |
| CO2 | 22 (L) | 04/01/2019 |

Lab Results

| Component | Value | Date |
|---|---|---|

**Lincoln/Lee 1436**

**Progress Notes - 04/02/2019**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008457766 |
| Continuity of Care | Adm: 4/2/2019 |

## History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 4/2/2019 12:27 PM (continued)**

| ALT | 15 | 04/01/2019 |
|---|---|---|
| AST | 23 | 04/01/2019 |
| ALKPHOS | 137 (H) | 04/01/2019 |
| BILITOT | 0.5 | 04/01/2019 |

## Assessment:

49-year-old female with HIV/aids and diffuse large B-cell lymphoma currently on systemic therapy with R-CHOP.
She presents today for cycle 3 with normal LFTs and total bilirubin is 0.5.
I discussed the case with her primary physician Dr. long with decision made to proceed with full-dose doxorubicin 50 milligrams/meter squared.
She has intrathecal methotrexate scheduled for tomorrow and will
 will follow up after repeat PET scan to proceed with cycle 4


Diffuse large B-cell lymphoma:
--proceed with cycle 3 of R-CHOP
--intrathecal methotrexate tomorrow
--follow-up with PET scan prior to cycle 4


Electronically signed by Ronald D. Delrie Jr., MD on 4/1/2019  9:07 AM


## Discharge Summaries

**Discharge Summary by Case Rappelet, PA at 4/2/2019 12:49 PM**

| | | |
|---|---|---|
| Author:  Case Rappelet, PA | Service:  Radiology | Author Type:  Physician Assistant |
| Filed:  4/2/2019 12:51 PM | Status:  Signed | |
| Editor:  Case Rappelet, PA (Physician Assistant) | | Cosigner:  David S. Kirsch, MD at 4/2/2019  2:55 PM |

Pre Op Diagnosis: lymphoma

Post Op Diagnosis: same

Procedure:  LP with intrathecal chemotherapy

Procedure performed by: Kirsch MD, Rappelet PA-C

Written Informed Consent Obtained: Yes

| | |
|---|---|
| Generated on 6/7/19 10:41 AM | Page 175 |

**Lincoln/Lee 1437**

**Progress Notes - 04/02/2019**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:        Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008457766 |
| Continuity of Care | Adm: 4/2/2019 |

## Discharge Summaries (continued)

**Discharge Summary by Case Rappelet, PA at 4/2/2019 12:49 PM (continued)**

Specimen Removed:  yes

Estimated Blood Loss:  minimal

Findings: Local anesthesia and moderate sedation were used.

The patient tolerated the procedure well and there were no complications.

Sterile technique was performed in the lower back, lidocaine was used as a local anesthetic.  1.5 ccs of clear CSF to lab for eval.  Pt tolerated the procedure well without immediate complications.  Please see radiologist report for details.  F/u with PCP and/or ordering physician.

Electronically signed by David S. Kirsch, MD on 4/2/2019  2:55 PM

## Radiology Results

**Fl Chemo Administration Intrathecal With LP [411285272]**          Resulted: 04/03/19 0838, Result status: Final result

| | |
|---|---|
| Resulted by: David S. Kirsch, MD | Performed: 04/02/19 1209 - 04/02/19 1258 |
| Accession number: 29749503 | Resulting lab: MMODEL FLUENCY |
| Narrative: | |

EXAMINATION:
FL CHEMO ADMINISTRATION INTRATHECAL WITH LP

CLINICAL HISTORY:
Human immunodeficiency virus (HIV) disease

COMPARISON:
None

Impression:
FINDINGS/
Procedure, indications, and risks of procedure (including headache, bleeding, infection, pain, seizure, CSF leak, nerve injury/paralysis)discussed with patient and written informed consent was obtained.

Under usual sterile conditions and local anesthetic utilizing lidocaine 1% anesthetic a 20 gauge spinal needle was advanced into the subarachnoid space at the L3/4 interspace.

A total of 11 cc of clear colorless CSF obtained and submitted to lab as per requesting physician.

Fluid was sent as directed by primary service.

Intrathecal methotrexate was then administered for total of 12 mg in 12 cc of saline over 5 min.

Procedure was very well tolerated by the patient with no immediate complications.  Post procedure instructions discussed with patient.

Flouro time of 0.1 sec.  1 fluoroscopic image was obtained.

Successful fluoroscopically guided lumbar puncture and administration of intrathecal methotrexate.

| | |
|---|---|
| Generated on 6/7/19 10:41 AM | Page 176 |

**Lincoln/Lee 1438**

Case 5:22-cv-05075-TLB    Document 12-3    Filed 11/03/22    Page 1360 of 1717 PageID #: 1464

**Progress Notes - 04/02/2019**

BRMH XRAY
17000 Medical Center Dr
Baton Rouge LA 70816
Continuity of Care

Lee, Katonia
MRN: 2325810, DOB:            Sex: F
Acct #: 72008457766
Adm: 4/2/2019

### Radiology Results (continued)

**FI Chemo Administration Intrathecal With LP [411285272] (continued)**          Resulted: 04/03/19 0838, Result status: Final result

Electronically signed by:  David Kirsch, MD
Date:                  04/03/2019
Time:                  08:38

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 396 - FFI | MMODEL FLUENCY | n/a | n/a | 01/15/18 0931 - Present |

**Lincoln/Lee 1439**

**Progress Notes - 03/01/2019**

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:        Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 |
| Continuity of Care | Adm: 2/26/2019 |

### Discharge Summaries (continued)

**Discharge Summary by Christine Z. Hadeed, NP at 3/1/2019  3:33 PM (continued)**

**Admission Date:** 2/26/2019
**Hospital Length of Stay:** 3 days
**Discharge Date and Time:**  03/01/2019 3:33 PM
**Attending Physician:** Majid A. Jawad, MD
**Discharging Provider:** Christine Z Hadeed, NP
**Primary Care Provider:** Sonia McField, FNP, FNP

**HPI:**
Ms Lee is a 49 year old female with PMHx of HIV, diffuse large B-cell lymphoma, GI Bleed and HTN who presented to OMC-BR Emergency Room after being seen in Dr Delire clinic today. Patient has been experiencing fever for one day. Associated symptoms include chest pain, weakness and fatigue. Denies associated symptoms of shortness breath, nausea or vomiting. She been currently on R-CHOP chemotherapy. She was admitted to OMC-BR 1/22/2019 with dehydration, elevated LFT's and intractable nausea and vomiting. Patient was diagnosis HIV during that admission. She is  severely immunocompromised due to chemotherapy/HIV and lymphoma, send to the ED by Dr Delrie for infectious workup/admission/broad-spectrum antibiotics. Patient being admitted to OMC-BR under the care of hospital.

* No surgery found *

**Hospital Course:**
Katonia Lee is a 49 year old female admitted for neutropenic fever. Hx of AIDS and Diffuse large B cell lymphoma. Pt currently receiving IV Vancomycin and Cefepime. Etiology unknown at this time, infectious workup negative thus far. ID consulted, awaiting input. Hematology following - will hold chemotherapy pending clinical progression. WBC count increased on AM labs from 1.45K to 2.37K. As of 02/28 max temp overnight 100.5. BC NGTD. Pt currently on IV Vancomycin and Cefepime. WBC count with upward trend, now 5.23K. After discussion with Hematology/Oncology, pt was supposed to transfused with one unit of PRBCs yesterday for Hgb/Hct 7.3/22.4. Miscommunication with nsg staff and unit of blood not given. Hgb/Hct today 7.4/23.2, will transfuse one unit of PRBCs today. ID following. Can likely be discharged home tomorrow with Hematology/Oncology and ID follow up. Will need recommendations from ID prior to discharge to determine what or any antibiotic to be prescribed upon discharge due to no source being found.

As of 3/1 patient has no complaints and is requesting to DC home today.  Hgb improved to 8.9 s/p 1 unit of PRBCs given yesterday.  Temp of 101.3 noted yesterday afternoon, but she has remained afebrile since. Influenza negative.  BC show NGTD.  UA and CXR also negative for infectious source.  WBCs improved to 6.54.  Per hemoc, ok to DC home today with outpatient f/u in clinic on 3/11.  Case also d/w ID, ok to DC home today from ID standpoint with outpatient f/u in clinic as directed for monitoring of AIDS.  Per ID patient will continue prophylaxis with Azithromycin and Bactrim.  No need for additional ABX upon DC.  Oral thrush has resolved, so will not DC on Diflucan.  Case d/w Dr. Jawad, patient seen and examined and deemed medically stable to DC home today with above outpatient f/u.  Medications reconciled for DC.

**Consults:**
Consults (From admission, onward)

| | Status | Ordering Provider |
|---|---|---|
| **Inpatient consult to Hematology/Oncology**  Once | Acknowledged | VERLANDER, LEO |

| | |
|---|---|
| Generated on 6/7/19 10:41 AM | Page 135 |

**Lincoln/Lee 1440**

**Progress Notes - 03/01/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 | |
| Continuity of Care | Adm: 2/26/2019 | |

### Discharge Summaries (continued)

**Discharge Summary by Christine Z. Hadeed, NP at 3/1/2019  3:33 PM (continued)**

| | Status | Ordering Provider |
|---|---|---|
| Provider: Burke J. Brooks, MD | | JR |
| **Inpatient consult to Hematology/Oncology** Once | Acknowledged | ROSS, WESLEY TODD |
| Provider: Burke J. Brooks, MD | | |
| **Inpatient consult to Infectious Diseases** Once | Acknowledged | MILES, NICOLE C. |
| Provider: John O. Nnadi, MD | | |

No new Assessment & Plan notes have been filed under this hospital service since the last note was generated.
Service: Hospital Medicine

Final Active Diagnoses:

| Diagnosis | Date Noted | POA |
|---|---|---|
| • Anemia [D64.9] | 02/26/2019 | Yes |
| • AIDS (acquired immune deficiency syndrome) [B20] | 01/24/2019 | Yes |
| • B-cell lymphoma [C85.10] | 01/22/2019 | Yes |
| • Diffuse large B cell lymphoma of duodenum and pancreas [C83.30] | 01/21/2019 | Yes |
| • Essential hypertension [I10] | 02/12/2018 | Yes |

Problems Resolved During this Admission:

| Diagnosis | Date Noted | Date Resolved | POA |
|---|---|---|---|
| • PRINCIPAL PROBLEM: Neutropenic fever [D70.9, R50.81] | 02/26/2019 | 03/01/2019 | Yes |
| • Fever [R50.9] | 02/28/2019 | 03/01/2019 | Yes |
| • Oral candidiasis [B37.0] | 02/27/2019 | 03/01/2019 | Unknown |
| • Chest pain [R07.9] | 02/26/2019 | 02/27/2019 | Yes |
| • Pain [R52] | 02/13/2019 | 02/27/2019 | Yes |

**Discharged Condition:** good

**Disposition:** Home or Self Care

**Follow Up:**
Follow-up Information
    Sonia McField, FNP, FNP In 3 days.
        Why:  Follow up with PCP within 3 days for post hospital evaluation.
        Contact Information:
        3855 Azalea Dr
        Jackson MS 39206-5105
        601-944-5964

---

Generated on 6/7/19 10:41 AM                                                                 Page 136

**Lincoln/Lee 1441**

**Progress Notes - 03/01/2019**

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 |
| Continuity of Care | Adm: 2/26/2019 |

## Discharge Summaries (continued)

**Discharge Summary by Christine Z. Hadeed, NP at 3/1/2019 3:33 PM (continued)**

Burke J Brooks, MD.
  Specialty: Hematology and Oncology
  Why: Follow up with Hemoc on 3/11 as directed for post hospital evaluation.
  Contact information:
  10310 THE GROVE BLVD
  Baton Rouge LA 70810
  225-761-5410

John O Nnadi, MD.
  Specialty: Infectious Diseases
  Why: Keep regularly scheduled follow up with ID as directed.
  Contact information:
  16777 MEDICAL CENTER DRIVE
  Baton Rouge LA 70816
  225-304-6663

**Patient Instructions:**

*Diet Adult Regular*

*Notify your health care provider if you experience any of the following:  temperature >100.4*

*Notify your health care provider if you experience any of the following:  persistent nausea and vomiting or diarrhea*

*Notify your health care provider if you experience any of the following:  severe uncontrolled pain*

*Notify your health care provider if you experience any of the following:  difficulty breathing or increased cough*

*Activity as tolerated*

**Significant Diagnostic Studies:** Labs:
BMP:

**Lincoln/Lee 1442**

**Progress Notes - 03/01/2019**

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:        Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 |
| Continuity of Care | Adm: 2/26/2019 |

## Discharge Summaries (continued)

Discharge Summary by Christine Z. Hadeed, NP at 3/1/2019  3:33 PM (continued)

### Recent Labs

| Lab | 02/28/19 0514 | 03/01/19 0530 |
|---|---|---|
| GLU | 84 | 77 |
| NA | 138 | 135* |
| K | 3.7 | 3.8 |
| CL | 106 | 103 |
| CO2 | 26 | 24 |
| BUN | 9 | 8 |
| CREATININE | 0.8 | 0.7 |
| CALCIUM | 9.3 | 9.3 |

, CMP

### Recent Labs

| Lab | 02/28/19 0514 | 03/01/19 0530 |
|---|---|---|
| NA | 138 | 135* |
| K | 3.7 | 3.8 |
| CL | 106 | 103 |
| CO2 | 26 | 24 |
| GLU | 84 | 77 |
| BUN | 9 | 8 |
| CREATININE | 0.8 | 0.7 |
| CALCIUM | 9.3 | 9.3 |
| PROT | 5.4* | 5.5* |
| ALBUMIN | 2.3* | 2.2* |
| BILITOT | 1.0 | 0.9 |
| ALKPHOS | 129 | 144* |
| AST | 17 | 19 |
| ALT | 16 | 14 |
| ANIONGAP | 6* | 8 |
| ESTGFRAFRICA | >60 | >60 |
| EGFRNONAA | >60 | >60 |

and CBC

### Recent Labs

| Lab | 02/28/19 0514 | 03/01/19 0530 |
|---|---|---|
| WBC | 5.23 | 6.54 |
| HGB | 7.4* | 8.9* |
| HCT | 23.2* | 27.4* |
| PLT | 138* | 124* |

Microbiology:
Blood Culture
Lab Results

Generated on 6/7/19 10:41 AM                                                      Page 138

**Lincoln/Lee 1443**

**Progress Notes - 03/01/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 | |
| Continuity of Care | Adm: 2/26/2019 | |

## Discharge Summaries (continued)

**Discharge Summary by Christine Z. Hadeed, NP at 3/1/2019 3:33 PM (continued)**

| Component | Value | Date |
|---|---|---|
| LABBLOO | No Growth to date | 02/26/2019 |
| LABBLOO | No Growth to date | 02/26/2019 |
| LABBLOO | No Growth to date | 02/26/2019 |

**Pending Diagnostic Studies:**

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| **CD4 T-Helper Cells [408218228]** | | | | Collected: 03/01/19 0859 |
| Order Status: Sent | | Lab Status: In process | | Updated: 03/01/19 0859 |
| Specimen: Blood | | | | |
| **HIV RNA, quantitative, PCR [408218229]** | | | | Collected: 03/01/19 0859 |
| Order Status: Sent | | Lab Status: In process | | Updated: 03/01/19 0859 |
| Specimen: Blood | | | | |

**Imaging Results**

X-Ray Chest AP Portable (Final result)                           Result time 02/26/19 14:50:03

**Final result by R. Reece Newsome Sr., MD (02/26/19 14:50:03)**

**Impression:**

1. The lungs are clear.
2. A left subclavian venous line remains in place.

.

| Electronically signed by: | Robert Newsome, MD |
|---|---|
| Date: | 02/26/2019 |
| Time: | 14:50 |

**Narrative:**
EXAMINATION:
XR CHEST AP PORTABLE

CLINICAL HISTORY:
Sepsis;

COMPARISON:
02/11/2019

FINDINGS:
A left subclavian venous line remains in place.  The size of the heart is normal. The lungs are clear. There is no pneumothorax.  The costophrenic angles are sharp.

---

**Lincoln/Lee 1444**

**Progress Notes - 03/01/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 | |
| Continuity of Care | Adm: 2/26/2019 | |

### Discharge Summaries (continued)

**Discharge Summary by Christine Z. Hadeed, NP at 3/1/2019  3:33 PM (continued)**

Medications:
Reconciled Home Medications:

**Medication List**

CHANGE how you take these medications
**allopurinol** 300 MG tablet
Commonly known as: ZYLOPRIM
Take 1 tablet (300 mg total) by mouth once daily.
What changed: **when to take this**

CONTINUE taking these medications
**amLODIPine** 5 MG tablet
Commonly known as: NORVASC
Take 5 mg by mouth once daily.

**azithromycin** 600 MG Tab
Commonly known as: ZITHROMAX
Take 600 mg by mouth every 7 days.

**BIKTARVY** 50-200-25 mg per tablet
Generic drug: bictegrav-emtricit-tenofov ala
Take 1 tablet by mouth once daily.

**citalopram** 20 MG tablet
Commonly known as: CELEXA
Take 20 mg by mouth once daily.

**ferrous gluconate** 324 mg (37.5 mg iron) Tab
Take 1 tablet by mouth 2 (two) times daily.

**metoprolol tartrate** 50 MG tablet
Commonly known as: LOPRESSOR
Take 50 mg by mouth 2 (two) times daily.

**omeprazole** 20 MG capsule
Commonly known as: PRILOSEC
Take 20 mg by mouth 2 (two) times daily.

**ondansetron** 8 MG Tbdl
Commonly known as: ZOFRAN-ODT
Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed.

**Lincoln/Lee 1445**

**Progress Notes - 03/01/2019**

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:            Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 |
| Continuity of Care | Adm: 2/26/2019 |

### Discharge Summaries (continued)

**Discharge Summary by Christine Z. Hadeed, NP at 3/1/2019  3:33 PM (continued)**

**\* oxyCODONE** 10 mg Tab immediate release tablet
Commonly known as:  ROXICODONE
Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed for Pain.

**\* oxyCODONE** 10 mg 12 hr tablet
Commonly known as:  OXYCONTIN
Take 1 tablet (10 mg total) by mouth every 12 (twelve) hours.

**prochlorperazine** 10 MG tablet
Commonly known as:  COMPAZINE
Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed.

**sulfamethoxazole-trimethoprim 800-160mg** 800-160 mg Tab
Commonly known as:  BACTRIM DS
Take 1 tablet by mouth once daily.



STOP taking these medications
**predniSONE** 20 MG tablet
Commonly known as:  DELTASONE

**Indwelling Lines/Drains at time of discharge:**
Lines/Drains/Airways
    Central Venous Catheter Line

        Port A Cath Single Lumen 02/11/19 0805 left subclavian                    18 days

**Time spent on the discharge of patient:** 40 minutes
Patient was seen and examined on the date of discharge and determined to be suitable for discharge.

**Christine Z Hadeed, DNP, ACNP-BC**
**Department of Hospital Medicine**

| | |
|---|---|
| Generated on 6/7/19 10:41 AM | Page 141 |

**Lincoln/Lee 1446**

**Progress Notes - 03/01/2019**

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:              Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 |
| Continuity of Care | Adm: 2/26/2019 |

## Discharge Summaries (continued)

**Discharge Summary by Christine Z. Hadeed, NP at 3/1/2019  3:33 PM (continued)**

### Ochsner Medical Center - BR

Electronically signed by Majid A. Jawad, MD on 3/6/2019 11:28 AM

## Consult Notes

**Consults by Tyesha A. Taylor, NP at 2/27/2019 12:47 PM**

| | | |
|---|---|---|
| Author: Tyesha A. Taylor, NP | Service: Hematology and Oncology | Author Type: Nurse Practitioner |
| Filed: 2/27/2019 12:48 PM | Status: Attested | |
| Editor: Tyesha A. Taylor, NP (Nurse Practitioner) | | Cosigner: Burke J. Brooks, MD at 2/27/2019 12:50 PM |

**Attestation signed by Burke J. Brooks, MD at 2/27/2019 12:50 PM**

I have seen the patient, reviewed the nurse practitioner's note personally seen examined the patient pancytopenia secondary to systemic chemotherapy cycle 1 of R-CHOP.  With Neulasta support will need to dose modify subsequent cycles.  Agree with broad-spectrum coverage spoke to emergency room last night concerning patient

**Ochsner Medical Center - BR**
**Hematology/Oncology**
**Consult Note**

**Patient Name:** Katonia Lee
**MRN:** 2325810
**Admission Date:** 2/26/2019
**Hospital Length of Stay:** 1 days
**Code Status:** Full Code
**Attending Provider:** Majid A. Jawad, MD
**Consulting Provider:** Tyesha A Taylor, NP
**Primary Care Physician:** Sonia McField, FNP, FNP
**Principal Problem:**Neutropenic fever

Consults
**Subjective:**

**HPI:**
49 y.o female with PMHx of HIV, diffuse large B-cell lymphoma currently undergoing active R-CHOP chemotherapy treatment who presented to OMC-BR ED following office visit on yesterday with Dr. Delire clinic today. The patient was with c/o fever that onset the day prior. Associated symptoms included chest pain, sore throat, fatigue and generalized weakness. Symptoms are constant and moderate in severity. No aggravating or relieving factors reported. She was asked to report to ED for infectious workup for presumed neutropenic fever.

Of note, patient was admitted to OMC-BR 1/22/2019 with dehydration, elevated LFT's and intractable nausea and vomiting. Patient was diagnosis HIV during that admission

**Lincoln/Lee 1447**

**Progress Notes - 02/26/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 | |
| Continuity of Care | Adm: 2/26/2019 | |

### Admission Information

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 02/26/2019 1331 | Admit Date/Time: | 02/26/2019 1402 | IP Adm. Date/Time: | 02/26/2019 1824 |
| Admission Type: | Emergency | Point of Origin: | Physician Or Clinic Referral | Admit Category: | |
| Means of Arrival: | Personal Transportation | Primary Service: | Hospital Medicine | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | OCHSNER SERVICE AREA | Unit: | Ochsner Medical Center - BR |
| Admit Provider: | Majid A. Jawad, MD | Attending Provider: | Rodney W. Tregle Jr., MD | Referring Provider: | Ronald D. Delrie Jr., MD |

### Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 03/01/2019 1754 | Home Or Self Care | None | None | Ochsner Medical Center - BR |

### Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| D70.1 [Principal] | Agranulocytosis secondary to cancer chemotherapy | Yes | No | | Yes |
| B20 | Human immunodeficiency virus (HIV) disease | Yes | CC | | Yes |
| B37.0 | Candidal stomatitis | Yes | CC | | No |
| C83.39 | Diffuse large b-cell lymphoma, extranodal and solid organ sites | Yes | CC | | No |
| D64.81 | Anemia due to antineoplastic chemotherapy | Yes | No | | No |
| I10 | Essential (primary) hypertension | Yes | No | | No |
| R50.81 | Fever presenting with conditions classified elsewhere | Yes | No | | No |
| T45.1X5A | Adverse effect of antineoplastic and immunosuppressive drugs, initial encounter | Yes | No | | No |

### Hospital Problem List as of 3/1/2019

Reviewed: **3/1/2019 by Burke J Brooks, MD**

| | Codes | Last Modified | POA |
|---|---|---|---|
| * (Principal) RESOLVED: Neutropenic fever | ICD-10-CM: D70.9, R50.81 ICD-9-CM: 288.00, 780.61 | 3/1/2019 | Yes |

Current Assessment & Plan 2/26/2019 Hospital Encounter Written 3/1/2019 8:04 AM by Burke J. Brooks, MD

Feb 27, 2019
--Infectious workup has been negative thus far. T-max last 24 H 101.9. Fever curve improving. WBC 2.37, improving
--ID has been consulted
--Continue IV abx
--BC:NGTD, follow cultures
--Daily CBC, CMP
--Continue supportive care ; 02/28/2019 patient's condition improving rapidly cultures negative to date if patient is medically stabilized could be discharged home today to be seen back by primary oncologist in the next 4-5 business days will need to have dose modification made on her next cycle of therapy since there was fever neutropenia despite the use doing Neulasta therapy at this point answered questions with her. 03/01/2019 patient's ANC increased patient is feeling much better denies nausea vomiting fevers chills night sweats meeting think the patient at this point my standpoint to discharged will see back 03/11/2019 next scheduled appointment will have to dose modification despite Neulasta support

| | Codes | Last Modified | POA |
|---|---|---|---|
| RESOLVED: Pain | ICD-10-CM: R52 ICD-9-CM: 780.96 | 2/27/2019 | Yes |

Current Assessment & Plan 2/26/2019 Hospital Encounter Written 2/26/2019 7:00 PM by Wesley Todd Ross, NP

**Lincoln/Lee 1448**

**Progress Notes - 02/26/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 | |
| Continuity of Care | Adm: 2/26/2019 | |

| Hospital Problem List (continued) as of 3/1/2019 | | Reviewed: 3/1/2019 by Burke J Brooks, MD |
|---|---|---|
| | Codes | Last Modified | POA |

Continue home pain medications

| RESOLVED: Chest pain | ICD-10-CM: R07.9 | 2/27/2019 | Yes |
|---|---|---|---|
| | ICD-9-CM: 786.50 | | |

Current Assessment & Plan 2/26/2019 Hospital Encounter Written 2/26/2019  6:56 PM by Wesley Todd Ross, NP
Probable related to Neutropenic fever
Troponin negative
EKG shows no acute finding
Monitor serial troponin

| **Essential hypertension** | ICD-10-CM: I10 | 3/1/2019 | Yes |
|---|---|---|---|
| | ICD-9-CM: 401.9 | | |

Current Assessment & Plan 2/26/2019 Hospital Encounter Written 3/1/2019  8:49 AM by John O. Nnadi, MD
BP control as per primary team

| **Diffuse large B cell lymphoma of duodenum and pancreas** | ICD-10-CM: C83.30 | 3/1/2019 | Yes |
|---|---|---|---|
| | ICD-9-CM: 202.80 | | |

Current Assessment & Plan 2/26/2019 Hospital Encounter Written 3/1/2019  8:51 AM by John O. Nnadi, MD
Oncology follow up

| **B-cell lymphoma** | ICD-10-CM: C85.10 | 3/1/2019 | Yes |
|---|---|---|---|
| | ICD-9-CM: 202.80 | | |

Current Assessment & Plan 2/26/2019 Hospital Encounter Written 2/28/2019 12:27 PM by Nicole C. Miles, FNP
- Hematology/Oncology following -- chemotherapy will remain on hold pending current clinical situation

| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20 | 3/1/2019 | Yes |
|---|---|---|---|
| | ICD-9-CM: 042 | | |

Current Assessment & Plan 2/26/2019 Hospital Encounter Written 3/1/2019  8:51 AM by John O. Nnadi, MD
2/27- will continue Biktarvy -(Bictegravir/emtricitabine/tenofovir alafenamide), will continue bactrim DS and zithromax for PCP and MAC prophylasix.

Patients with profound immunosuppression can get IRIS on starting HAART and this can present with fever .
Will rule out other causes of fever .

2/28 -will check cd4 . HIV viral load in AM, will continue home regime of Biktarvy , and will follow in the clinic

| **Anemia** | ICD-10-CM: D64.9 | 3/1/2019 | Yes |
|---|---|---|---|
| | ICD-9-CM: 285.9 | | |

Current Assessment & Plan 2/26/2019 Hospital Encounter Written 3/1/2019  8:51 AM by John O. Nnadi, MD
Will transfuse as per primary team

| RESOLVED: Oral candidiasis | ICD-10-CM: B37.0 | 3/1/2019 | Yes |
|---|---|---|---|
| | ICD-9-CM: 112.0 | | |

Current Assessment & Plan 2/26/2019 Hospital Encounter Written 2/28/2019 12:28 PM by Nicole C. Miles, FNP
- Nystatin on critical shortage
- Continue PO Diflucan

**Lincoln/Lee 1449**

**Progress Notes - 02/26/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 | |
| Continuity of Care | Adm: 2/26/2019 | |

**Hospital Problem List (continued)** as of 3/1/2019 — Reviewed: **3/1/2019 by Burke J Brooks, MD**

| | Codes | Last Modified | POA |
|---|---|---|---|
| RESOLVED: Fever | ICD-10-CM: R50.9<br>ICD-9-CM: 780.60 | 3/1/2019 | Yes |

Current Assessment & Plan 2/26/2019 Hospital Encounter Written 2/28/2019 7:15 AM by John O. Nnadi, MD

UA, chest x-ray remains clear, on empiric Cefepime, will monitor closely , check serum procalcitonin, follow cultures to guide therapy

**Non-Hospital Problem List** as of 3/1/2019 — Reviewed: **3/1/2019 by Burke J Brooks, MD**

| | Codes | Last Modified |
|---|---|---|
| RESOLVED: Dehydration | ICD-10-CM: E86.0<br>ICD-9-CM: 276.51 | 1/26/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2<br>ICD-9-CM: 536.2 | 1/31/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9<br>ICD-9-CM: 789.00 | 2/1/2019 |
| **Elevated LFTs** | ICD-10-CM: R94.5<br>ICD-9-CM: 790.6 | 2/1/2019 |
| **Lymphoma** | ICD-10-CM: C85.90<br>ICD-9-CM: 202.60 | 2/11/2019 |

## ED Provider Notes

**ED Provider Notes by Leo Verlander Jr., MD at 2/26/2019  2:19 PM**

| Author:  Leo Verlander Jr., MD | Service:  Emergency Medicine | Author Type:  Physician |
|---|---|---|
| Filed:  2/28/2019 7:21 AM | Status:  Signed | |
| Editor:  Leo Verlander Jr., MD (Physician) | | |

Procedure Orders

1. Critical Care [407930270] ordered by Leo Verlander Jr., MD at 02/26/19 1801

**SCRIBE #1 NOTE**: I, Kayla Nguyen, am scribing for, and in the presence of, Rodney W. Tregle Jr., MD. I have scribed the HPI, ROS, and PEx.

**SCRIBE #2 NOTE**: I, Katie Tso, am scribing for, and in the presence of,  Leo Verlander, MD. I have scribed the remaining portions of the note not scribed by Scribe #1.

### History

Chief Complaint
Patient presents with
• Chest Pain
  *substernal CP x1 day. +fever. +vomiting yesterday. Denies SOB or other symptoms.*

Review of patient's allergies indicates:
No Known Allergies

### History of Present Illness

HPI

2/26/2019, 2:19 PM
History obtained from the patient

Generated on 6/7/19 10:41 AM — Page 112

**Lincoln/Lee 1450**

**Progress Notes - 02/26/2019**

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 |
| Continuity of Care | Adm: 2/26/2019 |

### ED Provider Notes (continued)

**ED Provider Notes by Leo Verlander Jr., MD at 2/26/2019  2:19 PM (continued)**

History of Present Illness: Katonia Lee is a 49 y.o. female patient with a PMHx of lymphoma, HIV, and HTN who presents to the Emergency Department for evaluation of CP which onset gradually 1 day ago. Symptoms are constant and moderate in severity. No mitigating or exacerbating factors reported. Associated sxs include fever (Tnow 101.2), cough, congestion, rhinorrhea, n/v, and sore throat. Patient denies any chills, diaphoresis, ear pain, sinus pain, leg swelling, palpitations, SOB, dysuria, hematuria, diarrhea, and all other sxs at this time. No prior tx. Pt's last chemo tx was 2 weeks ago. No further complaints or concerns at this time.

Arrival mode: Personal vehicle

PCP: Sonia McField, FNP, FNP

**Past Medical History:**
Past Medical History:

| Diagnosis | Date |
|---|---|
| • Cancer<br>  *[lymphoma]* | |
| • Diffuse large B cell lymphoma of duodenum and pancreas | 1/21/2019 |
| • Encounter for blood transfusion | |
| • HIV (human immunodeficiency virus infection) | |
| • Hypertension | |
| • Stomach ulcer<br>  *bleeding* | |

**Past Surgical History:**
Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • CESAREAN SECTION | | |
| • ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY)<br>  *Performed by Janak N. Shah, MD at NOMH ENDO (2ND FLR)* | N/A | 1/25/2019 |
| • ESOPHAGOGASTRODUODENOSCOPY | | |
| • INSERTION, VENOUS ACCESS PORT<br>  *Performed by Kyle A Jakob, MD at BRMH OR* | Left | 2/11/2019 |

**Family History:**
Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Paternal Grandmother | |
| • Heart disease | Mother | |

**Social History:**
Social History

Generated on 6/7/19 10:41 AM                                                                 Page 113

**Lincoln/Lee 1451**

**Progress Notes - 02/26/2019**

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 |
| Continuity of Care | Adm: 2/26/2019 |

**ED Provider Notes (continued)**

**ED Provider Notes by Leo Verlander Jr., MD at 2/26/2019  2:19 PM (continued)**

Tobacco Use
- Smoking status:            Never Smoker
- Smokeless tobacco:       Never Used

Substance and Sexual Activity
- Alcohol use:               No
    Frequency:              Never
- Drug use:                 No
- Sexual activity:          Unknown

## Review of Systems

Review of Systems
Constitutional: Positive for fever (Tmow 101.2). Negative for chills and diaphoresis.
HENT: Positive for congestion, rhinorrhea and sore throat. Negative for ear pain and sinus pain.
Respiratory: Positive for cough. Negative for shortness of breath and stridor.
Cardiovascular: Positive for chest pain. Negative for palpitations and leg swelling.
Gastrointestinal: Positive for nausea and vomiting. Negative for abdominal pain and diarrhea.
Genitourinary: Negative for dysuria, frequency and hematuria.
Musculoskeletal: Negative for back pain and neck pain.
Skin: Negative for rash.
Neurological: Negative for dizziness, weakness, numbness and headaches.
Hematological: Does not bruise/bleed easily.
All other systems reviewed and are negative.

## Physical Exam

Initial Vitals [02/26/19 1349]

| BP | Pulse | Resp | Temp | SpO2 |
|---|---|---|---|---|
| **107/64** | (!) 112 | (!) 21 | (!) 101.2 °F (38.4 °C) | **100 %** |

MAP
--

Physical Exam
**Nursing Notes and Vital Signs Reviewed.**
**Constitutional:** Patient is in no acute distress. Well-developed and well-nourished. Febrile.
**Head:** Atraumatic. Normocephalic.
**Eyes:** PERRL. EOM intact. Conjunctivae are not pale. No scleral icterus.
**ENT:** Mucous membranes are moist. Oropharynx is clear and symmetric. White exudate noted on tongue.
**Neck:** Supple. Full ROM. No lymphadenopathy.
**Cardiovascular:** Tachycardic. Regular rhythm. No murmurs, rubs, or gallops. Distal pulses are 2+ and symmetric.

Generated on 6/7/19 10:41 AM                                                                 Page 114

**Lincoln/Lee 1452**

**Progress Notes - 02/26/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 | |
| Continuity of Care | Adm: 2/26/2019 | |

### ED Provider Notes (continued)

**ED Provider Notes by Leo Verlander Jr., MD at 2/26/2019 2:19 PM (continued)**

**Pulmonary/Chest:** No respiratory distress. Clear to auscultation bilaterally. No wheezing or rales.
**Abdominal:** Soft and non-distended. There is no tenderness. No rebound, guarding, or rigidity.
**Musculoskeletal:** Moves all extremities. No obvious deformities. No edema. No calf tenderness.
**Skin:** Warm and dry. No rash
**Neurological:** Alert, awake, and appropriate. Normal speech. No acute focal neurological deficits are appreciated.
**Psychiatric:** Normal affect. Good eye contact. Appropriate in content.

### ED Course

**Critical Care**
Date/Time: **2/26/2019 6:01 PM**
Performed by: **Leo Verlander Jr., MD**
Authorized by: **Leo Verlander Jr., MD**
Direct patient critical care time: 12 minutes
Additional history critical care time: 12 minutes
Ordering / reviewing critical care time: 12 minutes
Documentation critical care time: 12 minutes
Consulting other physicians critical care time: 12 minutes
Total critical care time (exclusive of procedural time) : 60 minutes
Critical care time was exclusive of separately billable procedures and treating other patients and teaching time.
Critical care was necessary to treat or prevent imminent or life-threatening deterioration of the following conditions: neutropenic fever.
Critical care was time spent personally by me on the following activities: blood draw for specimens, development of treatment plan with patient or surrogate, discussions with consultants, interpretation of cardiac output measurements, evaluation of patient's response to treatment, examination of patient, obtaining history from patient or surrogate, ordering and performing treatments and interventions, pulse oximetry, ordering and review of laboratory studies, ordering and review of radiographic studies, re-evaluation of patient's condition and review of old charts.

**ED Vital Signs:**
Vitals:

| | 02/26/19 1900 | 02/26/19 1901 | 02/26/19 2040 | 02/26/19 2327 |
|---|---|---|---|---|
| BP: | | 121/62 | | 110/68 |
| Pulse: | | 95 | 89 | 92 |
| Resp: | | 15 | | 20 |
| Temp: | | 98 °F (36.7 °C) | | 98.6 °F (37 °C) |
| TempSrc: | Oral | Oral | | Oral |
| SpO2: | | 98% | | 100% |
| Weight: | | | | |
| Height: | | | | |
| | 02/27/19 0108 | 02/27/19 0344 | 02/27/19 0716 | 02/27/19 1204 |
| BP: | | 124/66 | (!) 102/59 | 103/62 |
| Pulse: | 90 | 104 | 99 | 91 |
| Resp: | | 20 | 17 | 18 |
| Temp: | | 99.9 °F (37.7 °C) | 98.8 °F (37.1 °C) | 98.3 °F (36.8 °C) |

Generated on 6/7/19 10:41 AM

**Lincoln/Lee 1453**

**Progress Notes - 02/26/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 | |
| Continuity of Care | Adm: 2/26/2019 | |

### ED Provider Notes (continued)

ED Provider Notes by Leo Verlander Jr., MD at 2/26/2019  2:19 PM (continued)

| | | | |
|---|---|---|---|
| TempSrc: | Oral | Oral | Oral |
| SpO2: | 100% | 100% | 97% |
| Weight: | | | |
| Height: | | | |

| | 02/27/19 1547 | 02/27/19 1952 | 02/27/19 2056 | 02/27/19 2150 |
|---|---|---|---|---|
| BP: | (!) 102/56 | 121/64 | | |
| Pulse: | 99 | 109 | 90 | |
| Resp: | 18 | 18 | | |
| Temp: | 99.5 °F (37.5 °C) | (!) 100.5 °F (38.1 °C) | | (!) 100.5 °F (38.1 °C) |
| TempSrc: | Oral | Oral | | |
| SpO2: | 100% | 100% | | |
| Weight: | | | | |
| Height: | | | | |

| | 02/27/19 2250 | 02/28/19 0515 | 02/28/19 0559 | |
|---|---|---|---|---|
| BP: | | | 122/69 | |
| Pulse: | 63 | 70 | 75 | |
| Resp: | | | 18 | |
| Temp: | | | 98.2 °F (36.8 °C) | |
| TempSrc: | | | Oral | |
| SpO2: | | | 100% | |
| Weight: | | | | |
| Height: | | | | |

**Abnormal Lab Results**:
Labs Reviewed
COMPREHENSIVE METABOLIC PANEL -
Abnormal; Notable for the following
components:

| Result | Value |
|---|---|
| Sodium | 134 (*) |
| Albumin | 3.0 (*) |
| Total Bilirubin | 1.5 (*) |
| Alkaline Phosphatase | 169 (*) |

All other components within normal limits
URINALYSIS, REFLEX TO URINE CULTURE -
Abnormal; Notable for the following
components:

| | |
|---|---|
| Specific Gravity, UA | <=1.005 (*) |

All other components within normal limits
*Narrative:*
*Preferred Collection Type->Urine, Clean Catch*
INFLUENZA A & B BY MOLECULAR
LACTIC ACID, PLASMA
PROCALCITONIN
TROPONIN I
LACTIC ACID, PLASMA

---

Generated on 6/7/19 10:41 AM                                    Page 116

**Lincoln/Lee 1454**

**Progress Notes - 02/26/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 | |
| Continuity of Care | Adm: 2/26/2019 | |

**ED Provider Notes (continued)**

ED Provider Notes by Leo Verlander Jr., MD at 2/26/2019 2:19 PM (continued)

**All Lab Results:**
Results for orders placed or performed during the hospital encounter of 02/26/19
Blood culture x two cultures. Draw prior to antibiotics.

| Result | Value | Ref Range |
|---|---|---|
| Blood Culture, Routine | No Growth to date | |
| Blood Culture, Routine | No Growth to date | |

Blood culture x two cultures. Draw prior to antibiotics.

| Result | Value | Ref Range |
|---|---|---|
| Blood Culture, Routine | No Growth to date | |
| Blood Culture, Routine | No Growth to date | |

Influenza A & B by Molecular

| Result | Value | Ref Range |
|---|---|---|
| Influenza A, Molecular | Negative | Negative |
| Influenza B, Molecular | Negative | Negative |
| Flu A & B Source | NP | |

CBC auto differential

| Result | Value | Ref Range |
|---|---|---|
| WBC | 1.45 (LL) | 3.90 - 12.70 K/uL |
| RBC | 3.07 (L) | 4.00 - 5.40 M/uL |
| Hemoglobin | 8.8 (L) | 12.0 - 16.0 g/dL |
| Hematocrit | 27.4 (L) | 37.0 - 48.5 % |
| MCV | 89 | 82 - 98 fL |
| MCH | 28.7 | 27.0 - 31.0 pg |
| MCHC | 32.1 | 32.0 - 36.0 g/dL |
| RDW | 17.7 (H) | 11.5 - 14.5 % |
| Platelets | 107 (L) | 150 - 350 K/uL |
| MPV | SEE COMMENT | 9.2 - 12.9 fL |
| Lymph # | CANCELED | 1.0 - 4.8 K/uL |
| Mono # | CANCELED | 0.3 - 1.0 K/uL |

**Lincoln/Lee 1455**

**Progress Notes - 02/26/2019**

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:        Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 |
| Continuity of Care | Adm: 2/26/2019 |

## ED Provider Notes (continued)

ED Provider Notes by Leo Verlander Jr., MD at 2/26/2019  2:19 PM (continued)

| | | |
|---|---|---|
| Eos # | CANCELED | 0.0 - 0.5 K/uL |
| Baso # | CANCELED | 0.00 - 0.20 K/uL |
| Gran% | 34.0 (L) | 38.0 - 73.0 % |
| Lymph% | 33.0 | 18.0 - 48.0 % |
| Mono% | 33.0 (H) | 4.0 - 15.0 % |
| Eosinophil% | 0.0 | 0.0 - 8.0 % |
| Basophil% | 0.0 | 0.0 - 1.9 % |
| Platelet Estimate | Decreased (A) | |
| Poik | Moderate | |
| Poly | Occasional | |
| Hypo | Occasional | |
| Ovalocytes | Occasional | |
| Target Cells | Occasional | |
| Tear Drop Cells | Occasional | |
| Stomatocytes | Present | |
| Spherocytes | Occasional | |
| Schistocytes | Present | |
| Large/Giant Platelets | Present | |
| Differential Method | Manual | |

Comprehensive metabolic panel

| Result | Value | Ref Range |
|---|---|---|
| Sodium | 134 (L) | 136 - 145 mmol/L |
| Potassium | 3.6 | 3.5 - 5.1 mmol/L |
| Chloride | 99 | 95 - 110 mmol/L |
| CO2 | 26 | 23 - 29 mmol/L |
| Glucose | 97 | 70 - 110 mg/dL |
| BUN, Bld | 11 | 6 - 20 mg/dL |
| Creatinine | 0.8 | 0.5 - 1.4 mg/dL |
| Calcium | 9.7 | 8.7 - 10.5 mg/dL |
| Total Protein | 6.8 | 6.0 - 8.4 g/dL |
| Albumin | 3.0 (L) | 3.5 - 5.2 g/dL |
| Total Bilirubin | 1.5 (H) | 0.1 - 1.0 mg/dL |
| Alkaline Phosphatase | 169 (H) | 55 - 135 U/L |
| AST | 23 | 10 - 40 U/L |
| ALT | 22 | 10 - 44 U/L |
| Anion Gap | 9 | 8 - 16 |

**Lincoln/Lee 1456**

**Progress Notes - 02/26/2019**

| | | |
|---|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 | |
| Continuity of Care | Adm: 2/26/2019 | |

## ED Provider Notes (continued)

ED Provider Notes by Leo Verlander Jr., MD at 2/26/2019  2:19 PM (continued)

| | | |
|---|---|---|
| | | mmol/L |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 |
| eGFR if non African American | >60 | >60 mL/min/1.73 m^2 |

**Lactic acid, plasma #1**

| Result | Value | Ref Range |
|---|---|---|
| Lactate (Lactic Acid) | 1.6 | 0.5 - 2.2 mmol/L |

**Procalcitonin**

| Result | Value | Ref Range |
|---|---|---|
| Procalcitonin | 0.17 | <0.25 ng/mL |

**Troponin I**

| Result | Value | Ref Range |
|---|---|---|
| Troponin I | <0.006 | 0.000 - 0.026 ng/mL |

**Urinalysis, Reflex to Urine Culture Urine, Clean Catch**

| Result | Value | Ref Range |
|---|---|---|
| Specimen UA | Urine, Clean Catch | |
| Color, UA | Yellow | Yellow, Straw, Amber |
| Appearance, UA | Clear | Clear |
| pH, UA | 7.0 | 5.0 - 8.0 |
| Specific Gravity, UA | <=1.005 (A) | 1.005 - 1.030 |
| Protein, UA | Negative | Negative |
| Glucose, UA | Negative | Negative |
| Ketones, UA | Negative | Negative |
| Bilirubin (UA) | Negative | Negative |
| Occult Blood UA | Negative | Negative |
| Nitrite, UA | Negative | Negative |
| Urobilinogen, UA | Negative | <2.0 EU/dL |
| Leukocytes, UA | Negative | Negative |

**Lactic acid, plasma #2**

| Result | Value | Ref Range |
|---|---|---|
| Lactate (Lactic Acid) | 1.4 | 0.5 - 2.2 mmol/L |

**Troponin I**

| Result | Value | Ref Range |
|---|---|---|
| Troponin I | <0.006 | 0.000 - 0.026 ng/mL |

**Comprehensive metabolic panel**

| Result | Value | Ref Range |
|---|---|---|
| Sodium | 134 (L) | 136 - 145 |

Generated on 6/7/19 10:41 AM

**Lincoln/Lee 1457**

**Progress Notes - 02/26/2019**

BRMH MEDICAL SURGICAL UNIT
17000 Medical Center Dr
Baton Rouge LA 70816
Continuity of Care

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72008281929
Adm: 2/26/2019

## ED Provider Notes (continued)

ED Provider Notes by Leo Verlander Jr., MD at 2/26/2019  2:19 PM (continued)

| | | mmol/L |
|---|---|---|
| Potassium | 3.4 (L) | 3.5 - 5.1 mmol/L |
| Chloride | 106 | 95 - 110 mmol/L |
| CO2 | 24 | 23 - 29 mmol/L |
| Glucose | 84 | 70 - 110 mg/dL |
| BUN, Bld | 12 | 6 - 20 mg/dL |
| Creatinine | 0.7 | 0.5 - 1.4 mg/dL |
| Calcium | 8.6 (L) | 8.7 - 10.5 mg/dL |
| Total Protein | 5.0 (L) | 6.0 - 8.4 g/dL |
| Albumin | 2.2 (L) | 3.5 - 5.2 g/dL |
| Total Bilirubin | 1.1 (H) | 0.1 - 1.0 mg/dL |
| Alkaline Phosphatase | 132 | 55 - 135 U/L |
| AST | 15 | 10 - 40 U/L |
| ALT | 17 | 10 - 44 U/L |
| Anion Gap | 4 (L) | 8 - 16 mmol/L |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 |
| eGFR if non African American | >60 | >60 mL/min/1.73 m^2 |

CBC auto differential

| Result | Value | Ref Range |
|---|---|---|
| WBC | 2.37 (L) | 3.90 - 12.70 K/uL |
| RBC | 2.51 (L) | 4.00 - 5.40 M/uL |
| Hemoglobin | 7.3 (L) | 12.0 - 16.0 g/dL |
| Hematocrit | 22.4 (L) | 37.0 - 48.5 % |
| MCV | 89 | 82 - 98 fL |
| MCH | 29.1 | 27.0 - 31.0 pg |
| MCHC | 32.6 | 32.0 - 36.0 g/dL |
| RDW | 17.7 (H) | 11.5 - 14.5 % |
| Platelets | 99 (L) | 150 - 350 K/uL |
| MPV | 11.8 | 9.2 - 12.9 fL |

Generated on 6/7/19 10:41 AM

**Lincoln/Lee 1458**

**Progress Notes - 02/26/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB:        Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 |
| Continuity of Care | Adm: 2/26/2019 |

## ED Provider Notes (continued)

ED Provider Notes by Leo Verlander Jr., MD at 2/26/2019  2:19 PM (continued)

| Gran% | 68.0 | 38.0 - 73.0 % |
|---|---|---|
| Lymph% | 18.0 | 18.0 - 48.0 % |
| Mono% | 14.0 | 4.0 - 15.0 % |
| Eosinophil% | 0.0 | 0.0 - 8.0 % |
| Basophil% | 0.0 | 0.0 - 1.9 % |
| Platelet Estimate | Decreased (A) | |
| Aniso | Slight | |
| Poik | Moderate | |
| Poly | Occasional | |
| Hypo | Occasional | |
| Ovalocytes | Occasional | |
| Target Cells | Occasional | |
| Tear Drop Cells | Occasional | |
| Stomatocytes | Present | |
| Differential Method | Manual | |

**Troponin I**

| Result | Value | Ref Range |
|---|---|---|
| Troponin I | <0.006 | 0.000 - 0.026 ng/mL |

**Comprehensive metabolic panel**

| Result | Value | Ref Range |
|---|---|---|
| Sodium | 138 | 136 - 145 mmol/L |
| Potassium | 3.7 | 3.5 - 5.1 mmol/L |
| Chloride | 106 | 95 - 110 mmol/L |
| CO2 | 26 | 23 - 29 mmol/L |
| Glucose | 84 | 70 - 110 mg/dL |
| BUN, Bld | 9 | 6 - 20 mg/dL |
| Creatinine | 0.8 | 0.5 - 1.4 mg/dL |
| Calcium | 9.3 | 8.7 - 10.5 mg/dL |
| Total Protein | 5.4 (L) | 6.0 - 8.4 g/dL |
| Albumin | 2.3 (L) | 3.5 - 5.2 g/dL |
| Total Bilirubin | 1.0 | 0.1 - 1.0 mg/dL |
| Alkaline Phosphatase | 129 | 55 - 135 U/L |
| AST | 17 | 10 - 40 U/L |
| ALT | 16 | 10 - 44 U/L |
| Anion Gap | 6 (L) | 8 - 16 mmol/L |
| eGFR if African | >60 | >60 |

**Lincoln/Lee 1459**

**Progress Notes - 02/26/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 | |
| Continuity of Care | Adm: 2/26/2019 | |

### ED Provider Notes (continued)

ED Provider Notes by Leo Verlander Jr., MD at 2/26/2019  2:19 PM (continued)

| | | |
|---|---|---|
| American | | mL/min/1.73 m^2 |
| eGFR if non African American | >60 | >60 mL/min/1.73 m^2 |

CBC auto differential

| Result | Value | Ref Range |
|---|---|---|
| WBC | 5.23 | 3.90 - 12.70 K/uL |
| RBC | 2.62 (L) | 4.00 - 5.40 M/uL |
| Hemoglobin | 7.4 (L) | 12.0 - 16.0 g/dL |
| Hematocrit | 23.2 (L) | 37.0 - 48.5 % |
| MCV | 89 | 82 - 98 fL |
| MCH | 28.2 | 27.0 - 31.0 pg |
| MCHC | 31.9 (L) | 32.0 - 36.0 g/dL |
| RDW | 18.2 (H) | 11.5 - 14.5 % |
| Platelets | 136 (L) | 150 - 350 K/uL |
| MPV | 11.1 | 9.2 - 12.9 fL |

Type & Screen

| Result | Value | Ref Range |
|---|---|---|
| Group & Rh | O POS | |
| Indirect Coombs | NEG | |

Prepare RBC 1 Unit

| Result | Value | Ref Range |
|---|---|---|
| UNIT NUMBER | W042019004073 | |
| PRODUCT CODE | E4533V00 | |
| DISPENSE STATUS | CROSSMATCHED | |
| CODING SYSTEM | ISBT128 | |
| Unit Blood Type Code | 5100 | |
| Unit Blood Type | O POS | |
| Unit Expiration | 201903272359 | |

**Imaging Results:**
Imaging Results

X-Ray Chest AP Portable (Final result)                     Result time 02/26/19 14:50:03
   **Final result by R. Reece Newsome Sr., MD (02/26/19 14:50:03)**

| Generated on 6/7/19 10:41 AM | Page 122 |
|---|---|

**Lincoln/Lee 1460**

**Progress Notes - 02/26/2019**

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:    Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 |
| Continuity of Care | Adm: 2/26/2019 |

### ED Provider Notes (continued)

ED Provider Notes by Leo Verlander Jr., MD at 2/26/2019  2:19 PM (continued)

**Impression:**

1. The lungs are clear.
2. A left subclavian venous line remains in place.

.

Electronically signed by:    Robert Newsome, MD
Date:                                    02/26/2019
Time:                                    14:50

**Narrative:**
EXAMINATION:
XR CHEST AP PORTABLE

CLINICAL HISTORY:
Sepsis;

COMPARISON:
02/11/2019

FINDINGS:
A left subclavian venous line remains in place.  The size of the heart is normal. The lungs are clear. There is no pneumothorax.  The costophrenic angles are sharp.

**The EKG was ordered, reviewed, and independently interpreted by the ED provider.**
Interpretation time: 14:01
Rate: 100 BPM
Rhythm: normal sinus rhythm
Interpretation: Minimal voltage criteria for LVH. Nonspecific T wave abnormality. No STEMI.

The Emergency Provider reviewed the vital signs and test results, which are outlined above.

### ED Discussion

**3:59 PM:** Dr. Tregle transfers care of pt to Dr. Verlander, pending lab results.

**5:12 PM:** Dr. Verlander evaluated pt. Pt is resting comfortably and is in no acute distress.  D/w pt all pertinent results. D/w pt any concerns expressed at this time. Answered all questions. Pt expresses understanding at

**Lincoln/Lee 1461**

**Progress Notes - 02/26/2019**

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:        Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 |
| Continuity of Care | Adm: 2/26/2019 |

### ED Provider Notes (continued)

**ED Provider Notes by Leo Verlander Jr., MD at 2/26/2019  2:19 PM (continued)**

this time.

**5:54 PM:** Discussed pt's case with Dr. Brooks (Hem/Onc) who is aware of patient and agrees with plan to admit to hospital medicine. Dr. Brooks states patient has hx of HIV and is taking Neulasta.

**6:10 PM:** Discussed case with Stephanie Cook, NP (Hospital Medicine). Dr. Jawad agrees with current care and management of pt and accepts admission.
Admitting Service: Hospital Medicine
Admitting Physician: Dr. Jawad
Admit to: Inpatient med/tele

**6:22 PM:** Re-evaluated pt. I have discussed test results, shared treatment plan, and the need for admission with patient and family at bedside. Pt and family express understanding at this time and agree with all information. All questions answered. Pt and family have no further questions or concerns at this time. Pt is ready for admit.

**ED Medication(s):**
Medications
sodium chloride 0.9% flush 5 mL (not administered)
allopurinol tablet 300 mg (300 mg Oral Given 2/27/19 0600)
amLODIPine tablet 5 mg (5 mg Oral Not Given 2/27/19 0900)
bictegrav-emtricit-tenofov ala 50-200-25 mg per tablet 1 tablet (1 tablet Oral Not Given 2/27/19 0900)
citalopram tablet 20 mg (20 mg Oral Given 2/27/19 0839)
ferrous gluconate Tab 324 mg (324 mg Oral Given 2/27/19 2150)
metoprolol tartrate (LOPRESSOR) tablet 50 mg (50 mg Oral Given 2/27/19 2150)
pantoprazole EC tablet 40 mg (40 mg Oral Given 2/27/19 0839)
oxyCODONE 12 hr tablet 10 mg (10 mg Oral Given 2/27/19 2150)
oxyCODONE immediate release tablet 10 mg (10 mg Oral Given 2/28/19 0328)
ondansetron disintegrating tablet 8 mg (not administered)
vancomycin in dextrose 5 % 1 gram/250 mL IVPB 1,000 mg (1,000 mg Intravenous New Bag 2/28/19 0549)
cefepime 2 g in dextrose 5% 50 mL IVPB (ready to mix system) (2 g Intravenous New Bag 2/27/19 2319)

**Lincoln/Lee 1462**

**Progress Notes - 02/26/2019**

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:        Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 |
| Continuity of Care | Adm: 2/26/2019 |

### ED Provider Notes (continued)

**ED Provider Notes by Leo Verlander Jr., MD at 2/26/2019  2:19 PM (continued)**

sulfamethoxazole-trimethoprim 800-160mg per
tablet 1 tablet (1 tablet Oral Given 2/27/19 1733)
azithromycin tablet 1,250 mg (not administered)
0.9% NaCl infusion (for blood administration) (not
administered)
fluconazole tablet 200 mg (200 mg Oral Given
2/27/19 1729)
acetaminophen tablet 325 mg (325 mg Oral Given
2/27/19 2150)
pneumoc 13-val conj-dip cr(PF) (PREVNAR 13
(PF)) 0.5 mL (not administered)
sodium chloride 0.9% bolus 1,653 mL (0 mL/kg ×
55.1 kg Intravenous Stopped 2/26/19 1732)
piperacillin-tazobactam 4.5 g in dextrose 5 % 100
mL IVPB (ready to mix system) (0 g Intravenous
Stopped 2/26/19 1732)
vancomycin in dextrose 5 % 1 gram/250 mL IVPB
1,000 mg (1,000 mg Intravenous New Bag 2/26/19
1732)
acetaminophen tablet 1,000 mg (1,000 mg Oral
Given 2/26/19 1702)

**Current Discharge Medication List**

Medical Decision Making:
**Clinical Tests:**
Lab Tests: Ordered and Reviewed
Radiological Study: Ordered and Reviewed
Medical Tests: Reviewed and Ordered

Scribe Attestation:
Scribe #1: I performed the above scribed service and the documentation accurately describes the services I
performed. I attest to the accuracy of the note.

Attending:
Physician Attestation Statement for Scribe #1: I, Rodney W. Tregle Jr., MD, personally performed the services
described in this documentation, as scribed by Kayla Nguyen, in my presence, and it is both accurate and
complete.

**Lincoln/Lee 1463**

**Progress Notes - 02/26/2019**

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:        Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 |
| Continuity of Care | Adm: 2/26/2019 |

### ED Provider Notes (continued)

**ED Provider Notes by Leo Verlander Jr., MD at 2/26/2019  2:19 PM (continued)**

<u>Scribe Attestation:</u>
Scribe #2: I performed the above scribed service and the documentation accurately describes the services I performed. I attest to the accuracy of the note.

<u>Attending Attestation:</u>

**Physician Attestation for Scribe:**

Physician Attestation Statement for Scribe #2: I, Leo Verlander, MD, reviewed documentation, as scribed by Katie Tso in my presence, and it is both accurate and complete. I also acknowledge and confirm the content of the note done by Scribe #1.

### Clinical Impression

| | | ICD-10-CM | ICD-9-CM |
|---|---|---|---|
| 1. | **Neutropenic fever** | **D70.9** | **288.00** |
| | | **R50.81** | **780.61** |
| 2. | Chest pain | R07.9 | 786.50 |
| 3. | Anemia, unspecified type | D64.9 | 285.9 |

<u>Disposition:</u>
Disposition: Admitted
Condition: Fair

Leo Verlander Jr., MD
02/28/19 0721

Electronically signed by Leo Verlander Jr., MD on 2/28/2019  7:21 AM

### ED Notes

**ED Notes by Trish D. Templet, RN at 2/26/2019  2:01 PM**

| | |
|---|---|
| Generated on 6/7/19 10:41 AM | Page 126 |

**Lincoln/Lee 1464**

**Progress Notes - 02/26/2019**

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 |
| Continuity of Care | Adm: 2/26/2019 |

## ED Notes (continued)

### ED Notes by Trish D. Templet, RN at 2/26/2019 2:01 PM (continued)

Author: Trish D. Templet, RN          Service: Emergency Medicine          Author Type: Registered Nurse
Filed: 2/26/2019 2:29 PM          Status: Signed
Editor: Trish D. Templet, RN (Registered Nurse)

Patient placed on continuous cardiac monitor, automatic blood pressure cuff and continuous pulse oximeter.

Electronically signed by Trish D. Templet, RN on 2/26/2019 2:29 PM

### ED Notes by Trish D. Templet, RN at 2/26/2019 3:01 PM

Author: Trish D. Templet, RN          Service: Emergency Medicine          Author Type: Registered Nurse
Filed: 2/26/2019 3:01 PM          Status: Signed
Editor: Trish D. Templet, RN (Registered Nurse)

Pt reports she is unable to urinate at this time.

Electronically signed by Trish D. Templet, RN on 2/26/2019 3:01 PM

### ED Notes by Emily R. Stafford, RN at 2/26/2019 3:17 PM

Author: Emily R. Stafford, RN          Service: Emergency Medicine          Author Type: Registered Nurse
Filed: 2/26/2019 3:17 PM          Status: Signed
Editor: Emily R. Stafford, RN (Registered Nurse)

Pt lying in bed in NAD,VSS,RR equal and unlabored. Bed is low, locked, and call light in reach. Side rails up x 2. Pt IVF infusing. Pt updated on POC, no further needs at this time.

Electronically signed by Emily R. Stafford, RN on 2/26/2019 3:17 PM

### ED Notes by Victoria L. Redfearn, Patient Care Assistant at 2/26/2019 3:26 PM

Author: Victoria L. Redfearn, Patient          Service: Emergency Medicine          Author Type: Technician
Care Assistant
Filed: 2/26/2019 3:26 PM          Status: Signed
Editor: Victoria L. Redfearn, Patient Care Assistant (Technician)

Tried to obtain a urine sample at this time. Pt stated she did not need to go.

Electronically signed by Victoria L. Redfearn, Patient Care Assistant on 2/26/2019 3:26 PM

### ED Notes by Emily R. Stafford, RN at 2/26/2019 5:01 PM

Author: Emily R. Stafford, RN          Service: Emergency Medicine          Author Type: Registered Nurse
Filed: 2/26/2019 5:01 PM          Status: Signed
Editor: Emily R. Stafford, RN (Registered Nurse)

Pt lying in bed in NAD,VSS,RR equal and unlabored. Bed is low, locked, and call light in reach. Side rails up x 2.

Electronically signed by Emily R. Stafford, RN on 2/26/2019 5:01 PM

### ED Notes by Trish D. Templet, RN at 2/26/2019 5:11 PM

Author: Trish D. Templet, RN          Service: Emergency Medicine          Author Type: Registered Nurse
Filed: 2/26/2019 5:11 PM          Status: Signed
Editor: Trish D. Templet, RN (Registered Nurse)

Pt lying in bed in NAD,VSS,RR equal and unlabored. Bed is low, locked, and call light in reach. Side rails up x

**Lincoln/Lee 1465**

**Progress Notes - 02/26/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 | |
| Continuity of Care | Adm: 2/26/2019 | |

### ED Notes (continued)

**ED Notes by Trish D. Templet, RN at 2/26/2019  5:11 PM (continued)**

2.
MD at bedside.

Electronically signed by Trish D. Templet, RN on 2/26/2019  5:11 PM

**ED Notes by Trish D. Templet, RN at 2/26/2019  6:41 PM**

Author:  Trish D. Templet, RN          Service:  Emergency Medicine          Author Type:  Registered Nurse
Filed:  2/26/2019  6:42 PM          Status:  Signed
Editor:  Trish D. Templet, RN (Registered Nurse)

Called medsurg and gave report to Sharon,RN

Electronically signed by Trish D. Templet, RN on 2/26/2019  6:42 PM

### History & Physicals

**H&P by Wesley Todd Ross, NP at 2/26/2019  7:01 PM**

Author:  Wesley Todd Ross, NP          Service:  Hospital Medicine          Author Type:  Nurse Practitioner
Filed:  2/26/2019  7:02 PM          Status:  Signed
Editor:  Wesley Todd Ross, NP (Nurse Practitioner)          Cosigner:  Majid A. Jawad, MD at 3/8/2019 11:28 AM

**Ochsner Medical Center - BR**
**Hospital Medicine**
**History & Physical**

**Patient Name:** Katonia Lee
**MRN:** 2325810
**Admission Date:** 2/26/2019
**Attending Physician:** Majid A. Jawad, MD
**Primary Care Provider:** Sonia McField, FNP, FNP

Patient information was obtained from patient and ER records.

**Subjective:**

**Principal Problem:**Neutropenic fever

**Chief Complaint:**
Chief Complaint
Patient presents with
• Chest Pain
  *substernal CP x1 day. +fever. +vomiting yesterday. Denies SOB or other symptoms.*

**HPI:** Ms Lee is a 49 year old female with PMHx of HIV, diffuse large B-cell lymphoma, GI Bleed and HTN who presented to OMC-BR Emergency Room after being seen in Dr Delire clinic today. Patient has been

**Lincoln/Lee 1466**

**Progress Notes - 02/26/2019**

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:        Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 |
| Continuity of Care | Adm: 2/26/2019 |

### History & Physicals (continued)

**H&P by Wesley Todd Ross, NP at 2/26/2019  7:01 PM (continued)**

experiencing fever for one day. Associated symptoms include chest pain, weakness and fatigue. Denies associated symptoms of shortness breath, nausea or vomiting. She been currently on R-CHOP chemotherapy. She was admitted to OMC-BR 1/22/2019 with dehydration, elevated LFT's and intractable nausea and vomiting. Patient was diagnosis HIV during that admission. She is  severely immunocompromised due to chemotherapy/HIV and lymphoma, send to the ED by Dr Delrie for infectious workup/admission/broad-spectrum antibiotics. Patient being admitted to OMC-BR under the care of hospital.

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Cancer *[lymphoma]* | |
| • Diffuse large B cell lymphoma of duodenum and pancreas | 1/21/2019 |
| • Encounter for blood transfusion | |
| • HIV (human immunodeficiency virus infection) | |
| • Hypertension | |
| • Stomach ulcer *bleeding* | |

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • CESAREAN SECTION | | |
| • ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY) *Performed by Janak N. Shah, MD at NOMH ENDO (2ND FLR)* | N/A | 1/25/2019 |
| • ESOPHAGOGASTRODUODENOSCOPY | | |
| • INSERTION, VENOUS ACCESS PORT *Performed by Kyle A Jakob, MD at BRMH OR* | Left | 2/11/2019 |

Review of patient's allergies indicates:
No Known Allergies

No current facility-administered medications on file prior to encounter.

Current Outpatient Medications on File Prior to Encounter

| Medication | Sig |
|---|---|
| • allopurinol (ZYLOPRIM) 300 MG tablet | Take 1 tablet (300 mg total) by mouth once daily. (Patient taking differently: Take 300 mg by mouth every morning. ) |

**Lincoln/Lee 1467**

**Progress Notes - 02/26/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 | |
| Continuity of Care | Adm: 2/26/2019 | |

## History & Physicals (continued)

**H&P by Wesley Todd Ross, NP at 2/26/2019 7:01 PM (continued)**

- amLODIPine (NORVASC) 5 MG tablet — Take 5 mg by mouth once daily.
- azithromycin (ZITHROMAX) 600 MG Tab — Take 600 mg by mouth every 7 days.
- bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet — Take 1 tablet by mouth once daily.
- citalopram (CELEXA) 20 MG tablet — Take 20 mg by mouth once daily.
- ferrous gluconate 324 mg (37.5 mg iron) Tab — Take 1 tablet by mouth 2 (two) times daily.
- metoprolol tartrate (LOPRESSOR) 50 MG tablet — Take 50 mg by mouth 2 (two) times daily.
- omeprazole (PRILOSEC) 20 MG capsule — Take 20 mg by mouth 2 (two) times daily.
- ondansetron (ZOFRAN-ODT) 8 MG TbDL — Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed.
- oxyCODONE (OXYCONTIN) 10 mg 12 hr tablet — Take 1 tablet (10 mg total) by mouth every 12 (twelve) hours.
- oxyCODONE (ROXICODONE) 10 mg Tab immediate release tablet — Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed for Pain.
- predniSONE (DELTASONE) 20 MG tablet — Take 4 tablets (80 mg total) by mouth once daily for 5 days
- prochlorperazine (COMPAZINE) 10 MG tablet — Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed.
- sulfamethoxazole-trimethoprim 800-160mg (BACTRIM DS) 800-160 mg Tab — Take 1 tablet by mouth once daily.

### Family History

| Problem | Relation (Age of Onset) |
|---|---|
| Cancer | Paternal Grandmother |
| Heart disease | Mother |

### Tobacco Use
- Smoking status: Never Smoker
- Smokeless tobacco: Never Used

### Substance and Sexual Activity
- Alcohol use: No
  - Frequency: Never
- Drug use: No
- Sexual activity: Not on file

### Review of Systems

---

Generated on 6/7/19 10:41 AM                                         Page 130

**Lincoln/Lee 1468**

**Progress Notes - 02/26/2019**

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 |
| Continuity of Care | Adm: 2/26/2019 |

### History & Physicals (continued)

**H&P by Wesley Todd Ross, NP at 2/26/2019 7:01 PM (continued)**

Constitutional: Positive for activity change, fatigue and fever. Negative for chills.
HENT: Negative for congestion, rhinorrhea and sinus pressure.
Respiratory: Negative for apnea, cough, choking, chest tightness, shortness of breath, wheezing and stridor.
Cardiovascular: Positive for chest pain. Negative for palpitations and leg swelling.
Gastrointestinal: Negative for abdominal distention, abdominal pain, diarrhea, nausea and vomiting.
Endocrine: Negative for cold intolerance and heat intolerance.
Genitourinary: Negative for difficulty urinating and hematuria.
Musculoskeletal: Negative for arthralgias and joint swelling.
Skin: Negative for color change, pallor and rash.
Neurological: Positive for weakness. Negative for dizziness, seizures, numbness and headaches.
Psychiatric/Behavioral: Negative for agitation. The patient is not nervous/anxious.

**Objective:**

| Vital Signs (Most Recent): | Vital Signs (24h Range): |
|---|---|
| Temp: 100.3 °F (37.9 °C) (02/26/19 1809) | Temp: [100.1 °F (37.8 °C)-101.9 °F |
| Pulse: 102 (02/26/19 1817) | (38.8 °C)] 100.3 °F (37.9 °C) |
| Resp: 16 (02/26/19 1817) | Pulse: [88-112] 102 |
| BP: 119/65 (02/26/19 1817) | Resp: [15-21] 16 |
| SpO2: 100 % (02/26/19 1817) | SpO2: [96 %-100 %] 100 % |
| | BP: (107-129)/(58-85) 119/65 |

Weight: 55.1 kg (121 lb 7.6 oz)
Body mass index is 22.22 kg/m².

Physical Exam
Constitutional: She has a sickly appearance. No distress.
Neck: No JVD present.
Cardiovascular: Exam reveals no gallop and no friction rub.
No murmur heard.
Pulmonary/Chest: No stridor. No respiratory distress. She has no wheezes. She has no rales. She exhibits no tenderness.
Abdominal: She exhibits no distension and no mass. There is no tenderness. There is no rebound and no guarding. No hernia.
Musculoskeletal: She exhibits no edema or deformity.
Neurological: She is alert.
Skin: Skin is warm and dry. Capillary refill takes less than 2 seconds. She is not diaphoretic.
Psychiatric: She has a normal mood and affect.
Nursing note and vitals reviewed.

**Significant Labs:**
CBC:

**Lincoln/Lee 1469**

**Progress Notes - 02/26/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 | |
| Continuity of Care | Adm: 2/26/2019 | |

## History & Physicals (continued)

**H&P by Wesley Todd Ross, NP at 2/26/2019 7:01 PM (continued)**

**Recent Labs**

| Lab | 02/26/19 1436 |
|---|---|
| WBC | 1.45* |
| HGB | 8.8* |
| HCT | 27.4* |
| PLT | 107* |

CMP:
**Recent Labs**

| Lab | 02/26/19 1436 |
|---|---|
| NA | 134* |
| K | 3.6 |
| CL | 99 |
| CO2 | 26 |
| GLU | 97 |
| BUN | 11 |
| CREATININE | 0.8 |
| CALCIUM | 9.7 |
| PROT | 6.8 |
| ALBUMIN | 3.0* |
| BILITOT | 1.5* |
| ALKPHOS | 169* |
| AST | 23 |
| ALT | 22 |
| ANIONGAP | 9 |
| EGFRNONAA | >60 |

Troponin:
**Recent Labs**

| Lab | 02/26/19 1436 |
|---|---|
| TROPONINI | <0.006 |

**Significant Imaging:**

Imaging Results

X-Ray Chest AP Portable (Final result)                    Result time 02/26/19 14:50:03
   **Final result by R. Reece Newsome Sr., MD (02/26/19 14:50:03)**

   **Impression:**

**Lincoln/Lee 1470**

**Progress Notes - 02/26/2019**

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 |
| Continuity of Care | Adm: 2/26/2019 |

### History & Physicals (continued)

**H&P by Wesley Todd Ross, NP at 2/26/2019 7:01 PM (continued)**

1. The lungs are clear.
2. A left subclavian venous line remains in place.

.

| | |
|---|---|
| Electronically signed by: | Robert Newsome, MD |
| Date: | 02/26/2019 |
| Time: | 14:50 |

**Narrative:**
EXAMINATION:
XR CHEST AP PORTABLE

CLINICAL HISTORY:
Sepsis;

COMPARISON:
02/11/2019

FINDINGS:
A left subclavian venous line remains in place.  The size of the heart is normal. The lungs are clear. There is no pneumothorax.  The costophrenic angles are sharp.

### Assessment/Plan:

**\* Neutropenic fever**
    Admit to Inpatient
    BC X 2
    Zosyn
    Vanco
    Consult Hematology/Oncology
    IVF

**Chest pain**
    Probable related to Neutropenic fever
    Troponin negative
    EKG shows no acute finding
    Monitor serial troponin

**B-cell lymphoma**
    Hematology/Oncology consult

**Lincoln/Lee 1471**

**Progress Notes - 02/26/2019**

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 |
| Continuity of Care | Adm: 2/26/2019 |

## History & Physicals (continued)

**H&P by Wesley Todd Ross, NP at 2/26/2019  7:01 PM (continued)**

### AIDS (acquired immune deficiency syndrome)
Continue HARRT medication

### Anemia
HGB 8.8 down from 9.4 one week ago
Monitor

### Pain
Continue home pain medications

### Essential hypertension
Continue home amlodipine and metoprolol

VTE Risk Mitigation (From admission, onward)

| | Ordered |
|---|---|
| **Place sequential compression device** Until discontinued | 02/26/19 1902 |

**Wesley Todd Ross, NP**
**Department of Hospital Medicine**
**Ochsner Medical Center - BR**

Electronically signed by Majid A. Jawad, MD on 3/8/2019 11:28 AM

## Discharge Summaries

**Discharge Summary by Christine Z. Hadeed, NP at 3/1/2019  3:33 PM**

| | | |
|---|---|---|
| Author: Christine Z. Hadeed, NP | Service: Hospital Medicine | Author Type: Nurse Practitioner |
| Filed: 3/1/2019  3:36 PM | Status: Signed | |
| Editor: Christine Z. Hadeed, NP (Nurse Practitioner) | | Cosigner: Majid A. Jawad, MD at 3/8/2019 11:28 AM |

**Ochsner Medical Center - BR**
**Hospital Medicine**
**Discharge Summary**

**Patient Name:** Katonia Lee
**MRN:** 2325810

| | |
|---|---|
| Generated on 6/7/19 10:41 AM | Page 134 |

**Lincoln/Lee 1472**

**Progress Notes - 02/11/2019**

| | |
|---|---|
| BRMH PERIOP SERVICES | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008139381 |
| Continuity of Care | Adm: 2/11/2019 |

**Admission Information**

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | | Admit Date/Time: | 02/11/2019 0552 | IP Adm. Date/Time: | |
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: | |
| Means of Arrival: | | Primary Service: | Surgery | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | OCHSNER SERVICE AREA | Unit: | Ochsner Medical Center - BR |
| Admit Provider: | Kyle A Jakob, MD | Attending Provider: | Kyle A Jakob, MD | Referring Provider: | Robbie S. Pitre, PA-C |

**Discharge Information**

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 02/11/2019 0939 | Home Or Self Care | None | None | Ochsner Medical Center - BR |

**Final Diagnoses (ICD-10-CM)**

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| C83.33 [Principal] | Diffuse large b-cell lymphoma, intra-abdominal lymph nodes | | | | |
| I10 | Essential (primary) hypertension | | | | |
| Z21 | Asymptomatic human immunodeficiency virus (hiv) infection status | | | | |

**Hospital Problem List** as of 2/11/2019                    Reviewed: **2/6/2019 by Kyle A Jakob, MD**

| | Codes | Last Modified | POA |
|---|---|---|---|
| * (Principal) Lymphoma | ICD-10-CM: C85.90 ICD-9-CM: 202.80 | 2/11/2019 | Yes |

**Non-Hospital Problem List** as of 2/11/2019                    Reviewed: **2/6/2019 by Kyle A Jakob, MD**

| | Codes | Last Modified |
|---|---|---|
| RESOLVED: Dehydration | ICD-10-CM: E86.0 ICD-9-CM: 276.51 | 1/26/2019 |
| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 ICD-9-CM: 536.2 | 1/31/2019 |
| **Essential hypertension** | ICD-10-CM: I10 ICD-9-CM: 401.9 | 2/1/2019 |
| **Diffuse large B cell lymphoma of duodenum and pancreas** | ICD-10-CM: C83.30 ICD-9-CM: 202.80 | 2/1/2019 |
| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 ICD-9-CM: 789.00 | 2/1/2019 |
| **Elevated LFTs** | ICD-10-CM: R94.5 ICD-9-CM: 790.6 | 2/1/2019 |
| **B-cell lymphoma** | ICD-10-CM: C85.10 ICD-9-CM: 202.80 | 2/1/2019 |
| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20 ICD-9-CM: 042 | 2/1/2019 |

## History & Physicals

**H&P (View-Only) by Kyle A Jakob, MD at 2/6/2019  9:40 AM**

| | | |
|---|---|---|
| Author: Kyle A Jakob, MD | Service: — | Author Type: Physician |
| Filed: 2/6/2019 12:41 PM | Status: Signed | |
| Editor: Kyle A Jakob, MD (Physician) | | |

## History & Physical

**Lincoln/Lee 1473**

**Progress Notes - 02/11/2019**

| | |
|---|---|
| BRMH PERIOP SERVICES | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008139381 |
| Continuity of Care | Adm: 2/11/2019 |

## History & Physicals (continued)

**H&P (View-Only) by Kyle A Jakob, MD at 2/6/2019  9:40 AM (continued)**

### SUBJECTIVE:

**History of Present Illness:**
Patient is a 49 y.o. female referred for MediPort placement.  Patient was recently diagnosed with B-cell lymphoma and will be undergoing chemotherapy.  She is right-handed.  She denies any prior ports central lines.  She does mention a PICC line was attempted to be placed at outside facility however it was aborted after difficulty with placement.

Chief Complaint
Patient presents with
- Consult

Review of patient's allergies indicates:
No Known Allergies

Current Outpatient Medications

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • amLODIPine (NORVASC) 5 MG tablet | Take 5 mg by mouth once daily. | | |
| • azithromycin (ZITHROMAX) 600 MG Tab | Take 2 tablets (1,200 mg total) by mouth once a week. | 10 tablet | 1 |
| • citalopram (CELEXA) 20 MG tablet | Take 20 mg by mouth once daily. | | |
| • ferrous gluconate 324 mg (37.5 mg iron) Tab | Take 1 tablet by mouth 2 (two) times daily. | | |
| • lisinopril-hydrochlorothiazide (PRINZIDE,ZESTORETIC) 20-12.5 mg per tablet | Take 1 tablet by mouth once daily. | | |
| • metoprolol tartrate (LOPRESSOR) 50 MG tablet | Take 50 mg by mouth once daily. | | |
| • omeprazole (PRILOSEC) 20 MG capsule | Take 20 mg by mouth 2 (two) times daily. | | |
| • ondansetron (ZOFRAN-ODT) 8 MG TbDL | Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed. | 20 tablet | 1 |
| • oxyCODONE (ROXICODONE) 10 mg Tab immediate release tablet | Take 1 tablet (10 mg total) by mouth every 4 (four) hours as needed for Pain. | 60 tablet | 0 |
| • predniSONE (DELTASONE) 20 MG tablet | Take 5 tablets (100 mg total) by mouth once daily, for 10 days | 50 tablet | 0 |
| • prochlorperazine (COMPAZINE) 10 MG tablet | Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed. | 30 tablet | 1 |
| • raltegravir (ISENTRESS) 400 mg tablet | Take 1 tablet (400 mg total) by mouth 2 (two) | 60 tablet | 2 |

| | |
|---|---|
| Generated on 6/7/19 10:41 AM | Page 94 |

**Lincoln/Lee 1474**

**Progress Notes - 02/11/2019**

| | |
|---|---|
| BRMH PERIOP SERVICES | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:      Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008139381 |
| Continuity of Care | Adm: 2/11/2019 |

### History & Physicals (continued)

**H&P (View-Only) by Kyle A Jakob, MD at 2/6/2019  9:40 AM (continued)**

| | | | |
|---|---|---|---|
| | times daily. | | |
| • sulfamethoxazole-trimethoprim 800-160mg (BACTRIM DS) 800-160 mg Tab | Take 1 tablet by mouth once daily. | 30 tablet | 1 |
| • allopurinol (ZYLOPRIM) 300 MG tablet | Take 1 tablet (300 mg total) by mouth once daily. | 30 tablet | 1 |
| • emtricitabine-tenofovir 200-300 mg (TRUVADA) 200-300 mg Tab | Take 1 tablet by mouth once daily. | 30 tablet | 2 |

No current facility-administered medications for this visit.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Cancer | |
| *lymphoma]* | |
| • Encounter for blood transfusion | |
| • HIV (human immunodeficiency virus infection) | |
| • Hypertension | |
| • Stomach ulcer | |
| *bleeding* | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • CESAREAN SECTION | | |
| • ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY) | N/A | 1/25/2019 |
| *Performed by Janak N. Shah, MD at NOMH ENDO (2ND FLR)* | | |
| • ESOPHAGOGASTRODUODENOSCOPY | | |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Paternal Grandmother | |

**Social History**

| Tobacco Use | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |

| Substance Use Topics | |
|---|---|
| • Alcohol use: | No |
| Frequency: | Never |
| • Drug use: | No |

**Review of Systems:**
Review of Systems
Constitutional: Negative for activity change, chills, fatigue, fever and unexpected weight change.
HENT: Negative for hearing loss, rhinorrhea and trouble swallowing.

| | |
|---|---|
| Generated on 6/7/19 10:41 AM | Page 95 |

**Lincoln/Lee 1475**

**Progress Notes - 02/11/2019**

| | |
|---|---|
| BRMH PERIOP SERVICES | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:        Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008139381 |
| Continuity of Care | Adm: 2/11/2019 |

## History & Physicals (continued)

**H&P (View-Only) by Kyle A Jakob, MD at 2/6/2019  9:40 AM (continued)**

Eyes: Negative for discharge and visual disturbance.
Respiratory: Negative for cough, chest tightness, shortness of breath, wheezing and stridor.
Cardiovascular: Negative for chest pain, palpitations and leg swelling.
Gastrointestinal: Negative for abdominal distention, abdominal pain, blood in stool, constipation, diarrhea, nausea and vomiting.
Endocrine: Negative for polydipsia and polyuria.
Genitourinary: Negative for difficulty urinating, dysuria, frequency, hematuria, menstrual problem and urgency.
Musculoskeletal: Negative for arthralgias, joint swelling and neck pain.
Skin: Negative for color change, pallor, rash and wound.
Neurological: Negative for weakness and headaches.
Hematological: Does not bruise/bleed easily.
Psychiatric/Behavioral: Negative for confusion and dysphoric mood.

## OBJECTIVE:

**Vital Signs (Most Recent)**
Temp: 98.7 °F (37.1 °C) (02/06/19 1009)
Pulse: (!) 56 (02/06/19 1009)
BP: (!) 141/77 (02/06/19 1009)
5' 2" (1.575 m)
55.9 kg (123 lb 3.8 oz)

**Physical Exam:**
Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Eyes: EOM are normal.
Neck: Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. Bowel sounds are normal. She exhibits no distension. There is no tenderness.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Vitals reviewed.

## ASSESSMENT/PLAN:

49-year-old female with B-cell lymphoma

**PLAN:**Plan

Port placement 02/11/2019
Preop: CBC, BMP; EKG reviewed
Risks and benefits discussed with patient including: Pain, bleeding, infection, injury to vessels, pneumothorax, need for further procedure

**Lincoln/Lee 1476**

Progress Notes - 02/11/2019

BRMH PERIOP SERVICES                                    Lee, Katonia
17000 Medical Center Dr                                MRN: 2325810, DOB:                    Sex: F
Baton Rouge LA 70816                                   Acct #: 72008139381
Continuity of Care                                     Adm: 2/11/2019

**History & Physicals (continued)**

**H&P (View-Only) by Kyle A Jakob, MD at 2/6/2019  9:40 AM (continued)**

Electronically signed by Kyle A Jakob, MD on 2/6/2019 12:41 PM

**Interval H&P Note by Kyle A Jakob, MD at 2/11/2019  6:28 AM**

Author:  Kyle A Jakob, MD          Service:  General Surgery        Author Type:  Physician
Filed:  2/11/2019  6:28 AM         Status:  Signed
Editor:  Kyle A Jakob, MD (Physician)

The patient has been examined and the H&P has been reviewed:

I concur with the findings and no changes have occurred since H&P was written.

Anesthesia/Surgery risks, benefits and alternative options discussed and understood by patient/family.

Active Hospital Problems
  Diagnosis                                                                                POA
  • Lymphoma [C85.90]                                                                      Yes

Resolved Hospital Problems
No resolved problems to display.

Electronically signed by Kyle A Jakob, MD on 2/11/2019  6:28 AM
**Source Note**

Author:  Kyle A Jakob, MD          Service:  —                     Author Type:  Physician
Filed:  2/6/2019 12:41 PM          Status:  Signed
Editor:  Kyle A Jakob, MD (Physician)

**History & Physical**

**SUBJECTIVE:**

**History of Present Illness:**
Patient is a 49 y.o. female referred for MediPort placement.  Patient was recently diagnosed with B-cell
lymphoma and will be undergoing chemotherapy.  She is right-handed.  She denies any prior ports central
lines.  She does mention a PICC line was attempted to be placed at outside facility however it was aborted
after difficulty with placement.

Chief Complaint
Patient presents with
  • Consult

Review of patient's allergies indicates:
No Known Allergies

Generated on 6/7/19 10:41 AM                                                              Page 97

**Lincoln/Lee 1477**

**Progress Notes - 02/11/2019**

| | |
|---|---|
| BRMH PERIOP SERVICES | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:           Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008139381 |
| Continuity of Care | Adm: 2/11/2019 |

## History & Physicals (continued)

**Interval H&P Note by Kyle A Jakob, MD at 2/11/2019  6:28 AM (continued)**

### Current Outpatient Medications

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • amLODIPine (NORVASC) 5 MG tablet | Take 5 mg by mouth once daily. | | |
| • azithromycin (ZITHROMAX) 600 MG Tab | Take 2 tablets (1,200 mg total) by mouth once a week. | 10 tablet | 1 |
| • citalopram (CELEXA) 20 MG tablet | Take 20 mg by mouth once daily. | | |
| • ferrous gluconate 324 mg (37.5 mg iron) Tab | Take 1 tablet by mouth 2 (two) times daily. | | |
| • lisinopril-hydrochlorothiazide (PRINZIDE,ZESTORETIC) 20-12.5 mg per tablet | Take 1 tablet by mouth once daily. | | |
| • metoprolol tartrate (LOPRESSOR) 50 MG tablet | Take 50 mg by mouth once daily. | | |
| • omeprazole (PRILOSEC) 20 MG capsule | Take 20 mg by mouth 2 (two) times daily. | | |
| • ondansetron (ZOFRAN-ODT) 8 MG TbDL | Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed. | 20 tablet | 1 |
| • oxyCODONE (ROXICODONE) 10 mg Tab immediate release tablet | Take 1 tablet (10 mg total) by mouth every 4 (four) hours as needed for Pain. | 60 tablet | 0 |
| • predniSONE (DELTASONE) 20 MG tablet | Take 5 tablets (100 mg total) by mouth once daily. for 10 days | 50 tablet | 0 |
| • prochlorperazine (COMPAZINE) 10 MG tablet | Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed. | 30 tablet | 1 |
| • raltegravir (ISENTRESS) 400 mg tablet | Take 1 tablet (400 mg total) by mouth 2 (two) times daily. | 60 tablet | 2 |
| • sulfamethoxazole-trimethoprim 800-160mg (BACTRIM DS) 800-160 mg Tab | Take 1 tablet by mouth once daily. | 30 tablet | 1 |
| • allopurinol (ZYLOPRIM) 300 MG tablet | Take 1 tablet (300 mg total) by mouth once daily. | 30 tablet | 1 |
| • emtricitabine-tenofovir 200-300 mg (TRUVADA) 200-300 mg Tab | Take 1 tablet by mouth once daily. | 30 tablet | 2 |

No current facility-administered medications for this visit.

### Past Medical History:

| Diagnosis | Date |
|---|---|
| • Cancer<br>*lymphoma]* | |

**Lincoln/Lee 1478**

**Progress Notes - 02/11/2019**

| | |
|---|---|
| BRMH PERIOP SERVICES | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:        Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008139381 |
| Continuity of Care | Adm: 2/11/2019 |

## History & Physicals (continued)

**Interval H&P Note by Kyle A Jakob, MD at 2/11/2019  6:28 AM (continued)**

- Encounter for blood transfusion
- HIV (human immunodeficiency virus infection)
- Hypertension
- Stomach ulcer
  *bleeding*

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • CESAREAN SECTION | | |
| • ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY) | N/A | 1/25/2019 |
| *Performed by Janak N. Shah, MD at NOMH ENDO (2ND FLR)* | | |
| • ESOPHAGOGASTRODUODENOSCOPY | | |

Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer | Paternal Grandmother | |

Social History

Tobacco Use
- Smoking status:        Never Smoker
- Smokeless tobacco:    Never Used

Substance Use Topics
- Alcohol use:          No
    Frequency:         Never
- Drug use:            No

**Review of Systems:**
Review of Systems
Constitutional: Negative for activity change, chills, fatigue, fever and unexpected weight change.
HENT: Negative for hearing loss, rhinorrhea and trouble swallowing.
Eyes: Negative for discharge and visual disturbance.
Respiratory: Negative for cough, chest tightness, shortness of breath, wheezing and stridor.
Cardiovascular: Negative for chest pain, palpitations and leg swelling.
Gastrointestinal: Negative for abdominal distention, abdominal pain, blood in stool, constipation, diarrhea, nausea and vomiting.
Endocrine: Negative for polydipsia and polyuria.
Genitourinary: Negative for difficulty urinating, dysuria, frequency, hematuria, menstrual problem and urgency.
Musculoskeletal: Negative for arthralgias, joint swelling and neck pain.
Skin: Negative for color change, pallor, rash and wound.
Neurological: Negative for weakness and headaches.
Hematological: Does not bruise/bleed easily.
Psychiatric/Behavioral: Negative for confusion and dysphoric mood.

**OBJECTIVE:**

Generated on 6/7/19 10:41 AM                                                            Page 99

**Lincoln/Lee 1479**

**Progress Notes - 02/11/2019**

| | |
|---|---|
| BRMH PERIOP SERVICES | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008139381 |
| Continuity of Care | Adm: 2/11/2019 |

## History & Physicals (continued)

**Interval H&P Note by Kyle A Jakob, MD at 2/11/2019 6:28 AM (continued)**

### Vital Signs (Most Recent)
Temp: 98.7 °F (37.1 °C) (02/06/19 1009)
Pulse: (!) 56 (02/06/19 1009)
BP: (!) 141/77 (02/06/19 1009)
5' 2" (1.575 m)
55.9 kg (123 lb 3.8 oz)

### Physical Exam:
Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Eyes: EOM are normal.
Neck: Neck supple.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. Bowel sounds are normal. She exhibits no distension. There is no tenderness.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry.
Vitals reviewed.

### ASSESSMENT/PLAN:

49-year-old female with B-cell lymphoma

### PLAN:Plan

Port placement 02/11/2019
Preop: CBC, BMP; EKG reviewed
Risks and benefits discussed with patient including: Pain, bleeding, infection, injury to vessels, pneumothorax, need for further procedure

Electronically signed by Kyle A Jakob, MD on 2/6/2019 12:41 PM

## Brief Op Note

**Brief Op Note by Kyle A Jakob, MD at 2/11/2019 8:31 AM**

| | | |
|---|---|---|
| Author: Kyle A Jakob, MD | Service: General Surgery | Author Type: Physician |
| Filed: 2/11/2019 8:32 AM | Status: Signed | |
| Editor: Kyle A Jakob, MD (Physician) | | |

### Ochsner Medical Center - BR

**Lincoln/Lee 1480**

**Progress Notes - 02/11/2019**

| BRMH PERIOP SERVICES | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008139381 | |
| Continuity of Care | Adm: 2/11/2019 | |

| Discharge Instructions | | | | Lee, Katonia (MR # 2325810) |
|---|---|---|---|---|
| Date | Status | User | User Type | Discharge Note |
| 02/11/19 0842 | Reviewed | Ronald N. Corona, RN | Registered Nurse | Addendum |
| Note: | | | | |

### What to expect during recovery

**Pain**
- You will experience some level of pain after surgery. Pain medication should help with the pain, but may not be able to eliminate it entirely. Pain will decrease with time, and most pain will be gone by 4 to 6 weeks after surgery.
- Ice packs may help with pain and can reduce swelling.
- Your prescription pain medication may contain acetaminophen (Tylenol). If so, you should not take additional acetaminophen (Tylenol) at the same time as your pain medication.
- Do not drive, operate machinery or power tools, or sign legal papers for 24 hours or as long as you are on your postoperative pain medication.
- **Prescription pain medication should be taken only as directed. We are not able to replace pain medication that has been lost or stolen.**

**Nausea/vomiting**
- You may experience nausea or vomiting as a result of anesthesia or pain medication.
- If you experience severe nausea or you are unable to keep fluids down, contact your doctor.

**Bleeding**
- A small amount of clear or reddish drainage from the incision is normal after surgery.
- For mild bleeding from the incision, apply pressure for five minutes.
- If bleeding is severe or does not stop with pressure, contact your doctor.

**Signs of infection**
- Notify your doctor if you have the following signs of infection:
    - Fever over 101 degrees
    - Worsening redness around incsion
    - Thick drainage from incision
    - Foul smell from incision
- You may experience low fever/chills, this is normal after surgery.

**Other post-operative symptoms**
- It is safe to take over-the-counter medications for constipation, heartburn, sleep, or itching if needed.
- You may experience light-headedness, dizziness, and sleepiness following surgery. Please do not stay alone. A responsible adult should be with you for this 24 hour period.

**Activity**
- Try to rest and avoid strenuous activity, but also get out of bed regularly unless your doctor has ordered strict bedrest.
- Several times every hour while you are awake, pump and flex your feet 5-6 times and do foot circles. This will help prevent blood clots.
- Several times every hour while you are awake, take 2 to 3 deep breaths and cough. If you had stomach surgery, hold a pillow or rolled towel firmly against your stomach before you cough. This will help with any pain the cough might cause.
- Do not smoke after surgery, it decreases your ability to heal and increases the risk of infection and

**Lincoln/Lee 1481**

**Progress Notes - 02/11/2019**

| | |
|---|---|
| BRMH PERIOP SERVICES | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:        Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008139381 |
| Continuity of Care | Adm: 2/11/2019 |

pneumonia.

**Nozin: Nasal Sanitizer**
- Nozin reduces nasal germs to help decrease the risk of infection after surgery.
- Continue Nozin provided at discharge twice daily for 7 days or until the incision is healed.
- Place 4 drops to cotton swab tip and swab both nostril rims 6 times in each direction.
- See pamphlet for more information.

**Diet**
- Drink lots of fluids after surgery, unless otherwise instructed.
- You might not have much appetite at first.  Progress slowly to a normal diet unless given other specific diet instructions by your doctor.  Begin with liquids, then soup and crackers, working up to solid foods.
- Do not drink alcoholic beverages including beer for 24 hours or as long as you are on post-operative pain medication.

**Follow-up after surgery**
- You can contact your doctor through the patient portal using the MyChart app or at my.ochsner.org.
- You can also contact your doctor at any time by calling 225-761-5200 for the Summa Clinic on Bluebonnet, or 225-754-3278 for the O'Neal Clinic on Medical Center Drive.
- A nurse will be calling you sometime after surgery. Do not be alarmed. This is our way of finding out how you are doing.

Electronically signed by Ronald N. Corona, RN at 2/11/2019  8:42 AM

**Lincoln/Lee 1482**

Progress Notes - 02/01/2019

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 |
| Continuity of Care | Adm: 1/22/2019 |

## Discharge Summaries (continued)

**Discharge Summary by Stephanie M. Cook, NP at 2/1/2019 3:21 PM (continued)**

**Attending Physician**: James A. Ratliff, MD
**Discharging Provider**: Stephanie M Cook, NP
**Primary Care Provider**: Sonia McField, FNP, FNP

### HPI:
Patient is a direct admit. Katonia Lee who was recently admitted to Merit Health Central in early Dec. with upper GI bleed and found to have ulcerated duodenal ulcer/mass on EGD and sent to Baptist Memorial. Was determined patient had aggressive large B cell lymphoma. Patient has not started any treatment and was scheduled to see Dr. Burke Brooks outpatient in Heme/Onc, however developed worsening abdominal pain n/v and admitted to Merit Health for treatment with some improvement. Patient was transferred for further treatment and heme/oncology consult. Patient was a direct admit accepted by HM.   Patient seen and examined on arrival. Workup started.

\* No surgery found \*

### Hospital Course:
Pt admitted to Medical Surgical Unit for direct admission for further evaluation of dehydration and large B cell lymphoma. Heme/Onc consulted.  Hx of abnormal CT with EGD performed on 12/26/18 with records reviewed. Pt treated with IV hydration, antiemetics prn, and analgesia prn.  Elevated LFTs and T. Bili noted with GI consulted.  Abdominal xray showed moderate constipation.  Chest xray showed atelectasis suspected within the right lower lobe.  CT of chest/abdomen/pelvis results showed large necrotic mass within the upper abdomen closely related to the head of the pancreas and porta hepatis.  It could be pancreatic, biliary, or nodal in origin.  The mass invades the lateral segment of the left lobe of the liver.  It encases branches of this SMA and displaces the portal veins.  Severe intrahepatic bile duct dilation.  It is difficult to define the common hepatic duct and common bile duct.  Enlargement of the left ovary versus an exophytic leiomyoma measuring 38 mm.  No evidence of metastatic disease to the chest.  Acute hepatitis panel, LD 660, HIV +, and uric acid 1.3.  Magnesium replaced.  Pt reports nausea and abdominal pain controlled on prescribed medications with increased oral intake encouraged.  Based on findings pt to be transferred to OMCNO  for EUS/ERCP with right biliary stenting per Dr. Evans (GI) on 1/26/19.   Pt to return to OMCBR post procedure.  Infectious disease consulted - will start HAART soon. PCP and MAC prophylaxis prescribed. Pt received single agent Rituxan 1/27 for Lymphoma, prednisone prescribed by Oncology. Total bili and liver enzymes trending down. Lumbar puncture and bone marrow biopsy done 1/29/19 - results pending at time of discharge. Pt received intrathecal MTX for prophylaxis again neuro lymphoma involvement. HAART therapy has been prescribed. The evening of 1/31/19 - pt received Cytoxan without event. The next day she was cleared for discharge by Oncology. Pt was arranged follow up appointment with Dr. Brooks on 2/4/19. Prescriptions included prednisone, Bactrim DS, ISENTRESS,  Truvada, allopurinol and azithromycin. She was seen and examined and determined to be safe and stable for discharge.

### Consults:
Consults (From admission, onward)

| | Status | Ordering Provider |
|---|---|---|
| **Inpatient consult to Gastroenterology** Once | Completed | LACY, ENA J. |
| Provider:  George W. Howard III, MD | | |
| **Inpatient consult to Hematology/Oncology** Once | Acknowledged | OURSO, DAVID M. |
| Provider:  Sreekanth Vasireddy, MD | | |

**Lincoln/Lee 1483**

**Progress Notes - 02/01/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 | |
| Continuity of Care | Adm: 1/22/2019 | |

## Discharge Summaries (continued)

**Discharge Summary by Stephanie M. Cook, NP at 2/1/2019 3:21 PM (continued)**

| | Status | Ordering Provider |
|---|---|---|
| **Inpatient consult to Infectious Diseases** Once | Acknowledged | VASIREDDY, |
| Provider: John O. Nnadi, MD | | SREEKANTH |

No new Assessment & Plan notes have been filed under this hospital service since the last note was generated.
Service: Hospital Medicine

Final Active Diagnoses:

| Diagnosis | Date Noted | POA |
|---|---|---|
| • PRINCIPAL PROBLEM: Diffuse large B cell lymphoma of duodenum and pancreas [C83.30] | 01/21/2019 | Yes |
| • AIDS (acquired immune deficiency syndrome) [B20] | 01/24/2019 | Yes |
| • B-cell lymphoma [C85.10] | 01/22/2019 | Yes |
| • Elevated LFTs [R94.5] | 01/21/2019 | Yes |
| • Essential hypertension [I10] | 02/12/2018 | Yes |

Problems Resolved During this Admission:

| Diagnosis | Date Noted | Date Resolved | POA |
|---|---|---|---|
| • Dehydration [E86.0] | 01/21/2019 | 01/26/2019 | Yes |
| • Intractable abdominal pain [R10.9] | 01/21/2019 | 02/01/2019 | Yes |
| • Intractable nausea and vomiting [R11.2] | 01/21/2019 | 01/31/2019 | Yes |

**Discharged Condition:** stable

**Disposition:** Home or Self Care

**Follow Up:**
Follow-up Information
    Burke J Brooks, MD On 2/4/2019.

    Specialty: Hematology and Oncology
    Why: Follow up with Dr. Brooks for your scheduled appointment
    Contact Information:
    10310 THE GROVE BLVD
    Baton Rouge LA 70810
    225-761-5410

**Patient Instructions:**

Generated on 6/7/19 10:40 AM                                                                 Page 23

**Lincoln/Lee 1484**

**Progress Notes - 02/01/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 | |
| Continuity of Care | Adm: 1/22/2019 | |

### Discharge Summaries (continued)

Discharge Summary by Stephanie M. Cook, NP at 2/1/2019  3:21 PM (continued)

*__Notify your health care provider if you experience any of the following:  temperature >100.4__*

*__Notify your health care provider if you experience any of the following:  persistent nausea and vomiting or diarrhea__*

*__Notify your health care provider if you experience any of the following:  difficulty breathing or increased cough__*

*__Notify your health care provider if you experience any of the following:  persistent dizziness, light-headedness, or visual disturbances__*

*__Notify your health care provider if you experience any of the following:  increased confusion or weakness__*

*__Activity as tolerated__*

*__Activity as tolerated__*

**Significant Diagnostic Studies:** Labs:
CMP
**Recent Labs**

| Lab | 01/31/19 0533 | 02/01/19 0430 |
|---|---|---|
| NA | 137 | 137 |
| K | 4.3 | 3.4* |
| CL | 101 | 104 |
| CO2 | 29 | 27 |
| GLU | 155* | 140* |
| BUN | 17 | 15 |
| CREATININE | 0.7 | 0.7 |
| CALCIUM | 8.6* | 8.4* |
| PROT | 5.3* | 5.1* |
| ALBUMIN | 1.7* | 1.7* |
| BILITOT | 4.0* | 3.7* |
| ALKPHOS | 222* | 195* |
| AST | 37 | 33 |
| ALT | 28 | 29 |
| ANIONGAP | 7* | 6* |
| ESTGFRAFRICA | >60 | >60 |
| EGFRNONAA | >60 | >60 |

and CBC

---

Generated on 6/7/19 10:40 AM                                                              Page 24

**Lincoln/Lee 1485**

**Progress Notes - 02/01/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 | |
| Continuity of Care | Adm: 1/22/2019 | |

## Discharge Summaries (continued)

**Discharge Summary by Stephanie M. Cook, NP at 2/1/2019 3:21 PM (continued)**

### Recent Labs

| Lab | 01/31/19 0533 | 02/01/19 0430 |
|---|---|---|
| WBC | 4.75 | 4.21 |
| HGB | 8.0* | 7.6* |
| HCT | 25.4* | 23.7* |
| PLT | 129* | 131* |

**Pending Diagnostic Studies:**

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|

**CD4 T-Helper Cells [399860991]**
Order Status: Sent          Lab Status: No result
Specimen: Blood

**Cytology Specimen-Medical Cytology (Fluid/Wash/Brush) Drainages [401174563]**          Collected: 01/29/19 1540
Order Status: Sent          Lab Status: No result
Specimen: CSF (Spinal Fluid) from Cerebrospinal fluid (CSF)

**HIV RNA, quantitative, PCR [399860994]**
Order Status: Sent          Lab Status: No result
Specimen: Blood

**HIV-1 GenotypR PLUS [400116412]**          Collected: 01/24/19 1248
Order Status: Sent          Lab Status: In process          Updated: 01/24/19 2105
Specimen: Blood

**Tissue Specimen to Pathology, Bone Marrow**          Collected: 01/29/19 1509
**Aspiration/Biopsy Procedure [401174551]**
Order Status: Sent          Lab Status: In process          Updated: 01/30/19 0816
Specimen: Bone Marrow Aspirate, Right Iliac Crest

**Tissue Specimen to Pathology, Bone Marrow**          Collected: 01/29/19 1509
**Aspiration/Biopsy Procedure [401174556]**
Order Status: Sent          Lab Status: No result
Specimen: Bone Marrow Aspirate, Right Iliac Crest

**Tissue Specimen to Pathology, Bone Marrow**          Collected: 01/29/19 1509
**Aspiration/Biopsy Procedure [401174558]**
Order Status: Sent          Lab Status: No result
Specimen: Bone Marrow Aspirate, Right Iliac Crest

**Medications:**
Reconciled Home Medications:

**Medication List**

---

Generated on 6/7/19 10:40 AM                                                                 Page 25

**Lincoln/Lee 1486**

**Progress Notes - 02/01/2019**

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:            Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 |
| Continuity of Care | Adm: 1/22/2019 |

## Discharge Summaries (continued)

**Discharge Summary by Stephanie M. Cook, NP at 2/1/2019 3:21 PM (continued)**

START taking these medications

**allopurinol** 300 MG tablet
Commonly known as: ZYLOPRIM
Take 1 tablet (300 mg total) by mouth once daily.
Start taking on: 2/2/2019

**azithromycin** 600 MG Tab
Commonly known as: ZITHROMAX
Take 2 tablets (1,200 mg total) by mouth once a week.

**emtricitabine-tenofovir 200-300 mg** 200-300 mg Tab
Commonly known as: TRUVADA
Take 1 tablet by mouth once daily.

**ondansetron** 4 MG Tbdl
Commonly known as: ZOFRAN-ODT
Take 1 tablet (4 mg total) by mouth every 8 (eight) hours as needed (nausea).

**oxyCODONE** 10 mg Tab immediate release tablet
Commonly known as: ROXICODONE
Take 1 tablet (10 mg total) by mouth every 4 (four) hours as needed for Pain.

**predniSONE** 20 MG tablet
Commonly known as: DELTASONE
Take 5 tablets (100 mg total) by mouth once daily. for 10 days
Start taking on: 2/2/2019

**raltegravir** 400 mg tablet
Commonly known as: ISENTRESS
Take 1 tablet (400 mg total) by mouth 2 (two) times daily.

**sulfamethoxazole-trimethoprim 800-160mg** 800-160 mg Tab
Commonly known as: BACTRIM DS
Take 1 tablet by mouth once daily.
Start taking on: 2/2/2019

CONTINUE taking these medications

**amLODIPine** 5 MG tablet
Commonly known as: NORVASC
Take 5 mg by mouth once daily.

**citalopram** 20 MG tablet
Commonly known as: CELEXA
Take 20 mg by mouth once daily.

| | |
|---|---|
| Generated on 6/7/19 10:40 AM | Page 26 |

**Lincoln/Lee 1487**

**Progress Notes - 02/01/2019**

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:         Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 |
| Continuity of Care | Adm: 1/22/2019 |

## Discharge Summaries (continued)

**Discharge Summary by Stephanie M. Cook, NP at 2/1/2019 3:21 PM (continued)**

**ferrous gluconate** 324 mg (37.5 mg iron) Tab
Take 1 tablet by mouth 2 (two) times daily.

**lisinopril-hydrochlorothiazide** 20-12.5 mg per tablet
Commonly known as: PRINZIDE,ZESTORETIC
Take 1 tablet by mouth once daily.

**metoprolol tartrate** 50 MG tablet
Commonly known as: LOPRESSOR
Take 50 mg by mouth once daily.

**omeprazole** 20 MG capsule
Commonly known as: PRILOSEC
Take 20 mg by mouth 2 (two) times daily.

**Indwelling Lines/Drains at time of discharge:**
Lines/Drains/Airways

　　None

**Time spent on the discharge of patient:** > 30 minutes
Patient was seen and examined on the date of discharge and determined to be suitable for discharge.

**Stephanie M Cook, NP**
**Department of Hospital Medicine**
**Ochsner Medical Center - BR**

Electronically signed by James A. Ratliff, MD on 2/1/2019 4:28 PM

## Consult Notes

**Consults by Robbie S. Pitre, PA-C at 1/23/2019 3:18 PM**

| | | |
|---|---|---|
| Author: Robbie S. Pitre, PA-C | Service: Gastroenterology | Author Type: Physician Assistant |
| Filed: 1/23/2019 3:46 PM | Status: Attested | |

Editor: Robbie S. Pitre, PA-C (Physician Assistant)
Related Notes: Original Note by Robbie S. Pitre, PA-C (Physician Assistant) filed at 1/23/2019 3:18 PM
Cosigner: George W. Howard III, MD at 1/23/2019 4:49 PM
　Consult Orders
　　1. Inpatient consult to Gastroenterology [399860961] ordered by Ena J. Lacy, NP at 01/23/19 1230

**Attestation signed by George W. Howard III, MD at 1/23/2019 4:49 PM**

**Lincoln/Lee 1488**

**Progress Notes - 01/22/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 | |
| Continuity of Care | Adm: 1/22/2019 | |

**Admission Information**

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | | Admit Date/Time: | 01/22/2019 2336 | IP Adm. Date/Time: | 01/22/2019 2336 |
| Admission Type: | Critical Care Direct Admit | Point of Origin: | Outside Hospital | Admit Category: | |
| Means of Arrival: | | Primary Service: | Hospital Medicine | Secondary Service: | N/A |
| Transfer Source: | Baptist Memorial Hospital - Booneville | Service Area: | OCHSNER SERVICE AREA | Unit: | Ochsner Medical Center - BR |
| Admit Provider: | James A. Ratliff, MD | Attending Provider: | James A. Ratliff, MD | Referring Provider: | Provider Notinsystem |

**Discharge Information**

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 02/01/2019 1615 | Home Or Self Care | None | None | Ochsner Medical Center - BR |

**Final Diagnoses (ICD-10-CM)**

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| C83.39 [Principal] | Diffuse large b-cell lymphoma, extranodal and solid organ sites | Yes | No | | Yes |
| K83.1 | Obstruction of bile duct | Yes | MCC | | Yes |
| B20 | Human immunodeficiency virus (HIV) disease | Yes | CC | | Yes |
| J98.11 | Atelectasis | Yes | CC | | No |
| I10 | Essential (primary) hypertension | Yes | No | | No |
| E86.0 | Dehydration | Yes | No | | No |
| E83.42 | Hypomagnesemia | Yes | No | | No |
| F32.9 | Major depressive disorder, single episode, unspecified | Yes | No | | No |
| K59.00 | Constipation, unspecified | Yes | No | | No |

**Hospital Problem List** as of 2/1/2019                    Reviewed: **2/1/2019** by Stephanie M Cook, NP

| | Codes | Last Modified | POA |
|---|---|---|---|
| * **(Principal) Diffuse large B cell lymphoma of duodenum and pancreas** | ICD-10-CM: C83.39 ICD-9-CM: 202.80 | 2/1/2019 | Yes |

Current Assessment & Plan 1/21/2019 Hospital Encounter Written 2/1/2019 11:41 AM by Tyesha A. Taylor, NP

1/25/19 - Currently not safe to begin therapy due to increased bilirubin level and uncertain status of HIV/AID - CD4 count pending.  Bilirubin today 13.5(16.1).  Awaiting transport to New Orleans to see GI for placement of biliary stent.  Once patient stabilized, Rituxan may be given after discussing with ID.
--Continue allopurinol 300 mg PO daily
-- prednisone 100 mg PO daily
--CBC, CMP daily
--Uric acid daily
--LDH daily

01/27/2019:
Total bilirubin continues to decrease in noted to be 5.8 today.
--continue daily prednisone 100 mg daily
--start Rituxan 375 milligrams/meter squared today
--monitor TLS labs
--will plan to start chemotherapy--likely dose adjusted the pocket when bilirubin normalizes

Jan 28, 2019--Tolerated Rituxan yesterday without adverse event. Bilirubin 4.8, trending downward. Continue Prednisone 100 mg PO daily. Continue Allopurinol 300 mg daily. HIV management per ID. No evidence of TLS. Continue to monitor TLS labs. Awaiting normalization of bilirubin to initiate

**Lincoln/Lee 1489**

**Progress Notes - 01/22/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 | |
| Continuity of Care | Adm: 1/22/2019 | |

| Hospital Problem List (continued) as of 2/1/2019 | | Reviewed: 2/1/2019 by Stephanie M Cook, NP |
|---|---|---|
| | Codes | Last Modified    POA |

chemotherapy. Bone Marrow biopsy tomorrow for staging Lymphoma. Lumbar Puncture tomorrow with cytology and flow cytometry to evaluate possible CNS involvement. Spoke with IR to administer intrathecal prophylactic dose of Methotrexate tomorrow with LP. Continue supportive care

Jan. 30, 2019--Bilirubin 4.5, increased from yesterday. Continue Prednisone 100 mg PO daily. Continue Allopurinol 300 mg daily. HIV management per ID. No evidence of TLS. Continue to monitor TLS labs. Bilirubin needs to be 2 or less to initiate chemotherapy. Awaiting Bone Marrow biopsy results for staging Lymphoma. Awaiting Lumbar Puncture results to evaluate possible CNS involvement. Patient did receive intrathecal prophylactic dose of Methotrexate with LP. CBC remains stable. Monitor daily CBC, CMP, LDH, uric acid. Continue supportive care.

Jan. 31, 2019--Bilirubin 4.0, trending downward. LDH 771, trending upward. Uric acid 1.5. CBC stable. Plan to initiate dose adjusted Cytoxan chemotherapy tomorrow. Continue Prednisone 100 mg PO daily. Continue Allopurinol 300 mg daily. HIV management per ID. No evidence of TLS. Continue to monitor TLS labs. Awaiting Bone Marrow biopsy results for staging Lymphoma. Awaiting Lumbar Puncture results to evaluate possible CNS involvement. Monitor daily CBC, CMP, LDH, uric acid. Continue supportive care.

Feb 1, 2019--s/p Cytoxan chemotherapy. Tolerated well. Bilirubin 3.7, LDH 475, improving. Uric acid 1.4. No evidence of TLS. Awaiting BMBx/LP results. Patient may be discharged with Heme-Onc clinic follow up with Dr. Brooks on Monday to begin R-CHOP chemotherapy. Continue Predisone 100 mg PO daily. Continue Allopurinol 300 mg daily. Continue Protonix 40 mg PO daily. Hemoglobin 7.6. Consider 1 unit PRBCs transfusion prior to discharge.

| RESOLVED: Dehydration | ICD-10-CM: E86.0 | 1/26/2019 | Yes |
|---|---|---|---|
| | ICD-9-CM: 276.51 | | |

Current Assessment & Plan 1/21/2019 Hospital Encounter Written 1/26/2019 3:12 PM by Stephanie M. Cook, NP
-secondary to N/V
-antiemetics prn
Monitor labs

| RESOLVED: Intractable nausea and vomiting | ICD-10-CM: R11.2 | 1/31/2019 | Yes |
|---|---|---|---|
| | ICD-9-CM: 536.2 | | |

Current Assessment & Plan 1/21/2019 Hospital Encounter Written 1/30/2019 4:42 PM by Stephanie M. Cook, NP
-improved
Antiemetics prn
-imaging reviewed
Control underlying etiology, workup in progress.

| **Essential hypertension** | ICD-10-CM: I10 | 2/1/2019 | Yes |
|---|---|---|---|
| | ICD-9-CM: 401.9 | | |

Current Assessment & Plan 1/21/2019 Hospital Encounter Written 2/1/2019 8:26 AM by John O. Nnadi, MD
BP control as per primary team .

| RESOLVED: Intractable abdominal pain | ICD-10-CM: R10.9 | 2/1/2019 | Yes |
|---|---|---|---|
| | ICD-9-CM: 789.00 | | |

Current Assessment & Plan 1/21/2019 Hospital Encounter Written 1/31/2019 3:47 PM by Stephanie M. Cook, NP

**Lincoln/Lee 1490**

**Progress Notes - 01/22/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 | |
| Continuity of Care | Adm: 1/22/2019 | |

| Hospital Problem List (continued) as of 2/1/2019 | | Reviewed: 2/1/2019 by Stephanie M Cook, NP |
|---|---|---|
| | Codes | Last Modified    POA |

-improved
PRN pain meds
abd xray showed moderate constipation
Control underlying etiology

| **Elevated LFTs** | ICD-10-CM: R94.5<br>ICD-9-CM: 790.6 | 2/1/2019    Yes |
|---|---|---|

Current Assessment & Plan 1/21/2019 Hospital Encounter Written 1/31/2019  3:48 PM by Stephanie M. Cook, NP
Hepatitis panel - negative
GI consulted
-T. Bili/direct Bili increased
Per acceptance note Liver US was done-records requested
-records requested and or further imaging
-pt to be transferred to OMCNO today for EUS/ERCP with stenting per Dr. Evans (GI)
Monitor meld labs
MELD-Na score: 12 at 1/31/2019  5:33 AM
MELD score: 12 at 1/31/2019  5:33 AM
Calculated from:
Serum Creatinine: 0.7 mg/dL (Rounded to 1 mg/dL) at 1/31/2019  5:33 AM
Serum Sodium: 137 mmol/L at 1/31/2019  5:33 AM
Total Bilirubin: 4 mg/dL at 1/31/2019  5:33 AM
INR(ratio): 1 at 1/31/2019  5:33 AM
Age: 49 years
1/30 - liver enzymes and bilirubin trending down after placement of biliary stent
1/31/19 - Alk Pho trending down, AST/ALT normal

| **B-cell lymphoma** | ICD-10-CM: C85.10<br>ICD-9-CM: 202.80 | 2/1/2019    Yes |
|---|---|---|

Current Assessment & Plan 1/21/2019 Hospital Encounter Written 2/1/2019  8:26 AM by John O. Nnadi, MD
1/26- will follow oncology for chemotherapy

| **AIDS (acquired immune deficiency syndrome)** | ICD-10-CM: B20<br>ICD-9-CM: 042 | 2/1/2019    Yes |
|---|---|---|

Current Assessment & Plan 1/21/2019 Hospital Encounter Written 2/1/2019  8:27 AM by John O. Nnadi, MD
The natural history of HIV was discussed with her.
Will send HIV genotype, HIV viral load , cd4 count ,
Will plan to start HAART very soon
Might need to start therapy before HIV genotype due to aggressive nature of the cancer.

1/26- she has AIDS- with aids defining illness of B cell lymphoma.

Prognosis is guarded , will start Isentress/Truvada and will adjust therapy with HIV genotype.
Will also start Bactrim for PCP prophylasix ,Zithromax for MAC prophylasix

1/28- will continue Isentress/Truvuda , follow HIV genotype and adjust therapy if needed . Therapy was
started as she was about to start chemo .

**Lincoln/Lee 1491**

**Progress Notes - 01/22/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 | |
| Continuity of Care | Adm: 1/22/2019 | |

| Hospital Problem List (continued) as of 2/1/2019 | Reviewed: 2/1/2019 by Stephanie M Cook, NP |
|---|---|

|  | Codes | Last Modified | POA |
|---|---|---|---|

Will continue supportive care .
Continue Bactrim/zithromax for OI prophylasix

1/29- will continue Isentress/Truvada , will closely follow HIV genotype , encouraged to be compliant with therapy

1/31- will follow HIV genotype, continue Isentress/ Truvada, continue bactrim/zithromax, continue close monitoring

| Non-Hospital Problem List as of 2/1/2019 | Reviewed: 2/1/2019 by Stephanie M Cook, NP |
|---|---|

None

## History & Physicals

**H&P by David M. Ourso, NP at 1/22/2019 11:45 PM**

| Author: David M. Ourso, NP | Service: Hospital Medicine | Author Type: Nurse Practitioner |
|---|---|---|
| Filed: 1/23/2019 5:28 AM | Status: Signed | |
| Editor: David M. Ourso, NP (Nurse Practitioner) | | Cosigner: Vijay Thumma, MD at 1/23/2019 6:50 AM |

**Ochsner Medical Center - BR**
**Hospital Medicine**
**History & Physical**

**Patient Name:** Katonia Lee
**MRN:** 2325810
**Admission Date:** 1/22/2019
**Attending Physician:** Thumma, Vijay MD
**Primary Care Provider:** Sonia McField, FNP, FNP

Patient information was obtained from patient, past medical records and ER records.

**Subjective:**

**Principal Problem:**Dehydration

**Chief Complaint:** Abd pain, n/v

**HPI:** Patient is a direct admit. Katonia Lee who was recently admitted to Merit Health Central in early Dec. with upper GI bleed and found to have ulcerated duodenal ulcer/mass on EGD and sent to Baptist Memorial. Was determined patient had aggressive large B cell lymphoma. Patient has not started any treatment and was scheduled to see Dr. Burke Brooks outpatient in Heme/Onc, however developed worsening abdominal pain n/v and admitted to Merit Health for treatment with some improvement. Patient was transferred for further treatment and heme/oncology consult. Patient was a direct admit accepted by HM.   Patient seen and examined on arrival. Workup started.

**Lincoln/Lee 1492**

**Progress Notes - 01/22/2019**

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:            Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 |
| Continuity of Care | Adm: 1/22/2019 |

## History & Physicals (continued)

**H&P by David M. Ourso, NP at 1/22/2019 11:45 PM (continued)**

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Cancer | |
| • Hypertension | |

History reviewed. No pertinent surgical history.

Review of patient's allergies indicates:
No Known Allergies

No current facility-administered medications on file prior to encounter.

Current Outpatient Medications on File Prior to Encounter

| Medication | Sig |
|---|---|
| • amLODIPine (NORVASC) 5 MG tablet | Take 5 mg by mouth once daily. |
| • citalopram (CELEXA) 20 MG tablet | Take 20 mg by mouth once daily. |
| • ferrous gluconate 324 mg (37.5 mg iron) Tab | Take 1 tablet by mouth 2 (two) times daily. |
| • lisinopril-hydrochlorothiazide (PRINZIDE,ZESTORETIC) 20-12.5 mg per tablet | Take 1 tablet by mouth once daily. |
| • metoprolol tartrate (LOPRESSOR) 50 MG tablet | Take 50 mg by mouth once daily. |
| • omeprazole (PRILOSEC) 20 MG capsule | Take 20 mg by mouth 2 (two) times daily. |

Family History
  **Reviewed and not Pertinent**

Tobacco Use
  • Smoking status:              Never Smoker
  • Smokeless tobacco:       Never Used
Substance and Sexual Activity
  • Alcohol use:                    No
        Frequency:                 Never
  • Drug use:                        Not on file
  • Sexual activity:               Not on file

Review of Systems
Constitutional: Negative for chills, diaphoresis, fatigue and fever.

**Lincoln/Lee 1493**

**Progress Notes - 01/22/2019**

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 |
| Continuity of Care | Adm: 1/22/2019 |

## History & Physicals (continued)

**H&P by David M. Ourso, NP at 1/22/2019 11:45 PM (continued)**

HENT: Negative for congestion, sore throat and voice change.
Eyes: Negative for photophobia and visual disturbance.
Respiratory: Negative for cough, shortness of breath, wheezing and stridor.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Positive for abdominal distention, abdominal pain, nausea and vomiting. Negative for constipation and diarrhea.
Endocrine: Negative for polydipsia, polyphagia and polyuria.
Genitourinary: Negative for difficulty urinating, dysuria, flank pain, pelvic pain, urgency and vaginal discharge.
Musculoskeletal: Negative for back pain, joint swelling, neck pain and neck stiffness.
Skin: Negative for color change and rash.
Allergic/Immunologic: Positive for immunocompromised state.
Neurological: Negative for dizziness, syncope, weakness, numbness and headaches.
Hematological: Does not bruise/bleed easily.
Psychiatric/Behavioral: Negative for agitation, behavioral problems and confusion.

## Objective:

| Vital Signs (Most Recent): | Vital Signs (24h Range): |
|---|---|
| Temp: 97.7 °F (36.5 °C) (01/23/19 0402) | Temp: [97.7 °F (36.5 °C)-99.6 °F (37.6 |
| Pulse: 71 (01/23/19 0402) | °C)] 97.7 °F (36.5 °C) |
| Resp: 18 (01/23/19 0402) | Pulse: [71-80] 71 |
| BP: 112/64 (01/23/19 0402) | Resp: [15-18] 18 |
| SpO2: 98 % (01/23/19 0402) | SpO2: [96 %-98 %] 98 % |
| | BP: (112-131)/(64-75) 112/64 |

Weight: 68 kg (149 lb 14.6 oz)
Body mass index is 24.95 kg/m².

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed. No distress.
**chroniclly ill  Appearing**

HENT:
Head: Normocephalic and atraumatic.
Nose: Nose normal.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light. No scleral icterus.
**Jaundice**

Neck: Normal range of motion. Neck supple. No tracheal deviation present.
Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No stridor. No respiratory distress. She has no wheezes. She has no rales.
Abdominal: Soft. Bowel sounds are normal. She exhibits distension and mass. There is no tenderness. There is no guarding.
Genitourinary:
Genitourinary Comments: **Check urine**

**Lincoln/Lee 1494**

**Progress Notes - 01/22/2019**

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:           Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 |
| Continuity of Care | Adm: 1/22/2019 |

## History & Physicals (continued)

**H&P by David M. Ourso, NP at 1/22/2019 11:45 PM (continued)**

Musculoskeletal: Normal range of motion. She exhibits no edema or deformity.
Neurological: She is alert and oriented to person, place, and time. No cranial nerve deficit.
Skin: Skin is warm and dry. Capillary refill takes less than 2 seconds. No rash noted. She is not diaphoretic.
**Jaundice**

Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.
Nursing note and vitals reviewed.

## CRANIAL NERVES

CN III, IV, VI
Pupils are equal, round, and reactive to light.
Extraocular motions are normal.

**Significant Labs**: All pertinent labs within the past 24 hours have been reviewed.
Results for orders placed or performed during
the hospital encounter of 01/22/19
TSH

| Result | Value | Ref Range |
|---|---|---|
| TSH | 1.014 | 0.400 - 4.000 ulU/mL |

Basic Metabolic Panel (BMP)

| Result | Value | Ref Range |
|---|---|---|
| Sodium | 132 (L) | 136 - 145 mmol/L |
| Potassium | 3.6 | 3.5 - 5.1 mmol/L |
| Chloride | 102 | 95 - 110 mmol/L |
| CO2 | 21 (L) | 23 - 29 mmol/L |
| Glucose | 86 | 70 - 110 mg/dL |
| BUN, Bld | 8 | 6 - 20 mg/dL |
| Creatinine | 0.7 | 0.5 - 1.4 mg/dL |
| Calcium | 9.0 | 8.7 - 10.5 mg/dL |
| Anion Gap | 9 | 8 - 16 mmol/L |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 |
| eGFR if non African American | >60 | >60 mL/min/1.73 |

**Lincoln/Lee 1495**

**Progress Notes - 01/22/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 | |
| Continuity of Care | Adm: 1/22/2019 | |

### History & Physicals (continued)

**H&P by David M. Ourso, NP at 1/22/2019 11:45 PM (continued)**

m^2

**Magnesium**

| Result | Value | Ref Range |
|---|---|---|
| Magnesium | 1.3 (L) | 1.6 - 2.6 mg/dL |

**Phosphorus**

| Result | Value | Ref Range |
|---|---|---|
| Phosphorus | 3.0 | 2.7 - 4.5 mg/dL |

**CBC with Automated Differential**

| Result | Value | Ref Range |
|---|---|---|
| WBC | 5.47 | 3.90 - 12.70 K/uL |
| RBC | 3.27 (L) | 4.00 - 5.40 M/uL |
| Hemoglobin | 9.3 (L) | 12.0 - 16.0 g/dL |
| Hematocrit | 28.5 (L) | 37.0 - 48.5 % |
| MCV | 87 | 82 - 98 fL |
| MCH | 28.4 | 27.0 - 31.0 pg |
| MCHC | 32.6 | 32.0 - 36.0 g/dL |
| RDW | 18.7 (H) | 11.5 - 14.5 % |
| Platelets | 171 | 150 - 350 K/uL |
| MPV | 10.3 | 9.2 - 12.9 fL |
| Gran # (ANC) | 3.8 | 1.8 - 7.7 K/uL |
| Lymph # | 0.9 (L) | 1.0 - 4.8 K/uL |
| Mono # | 0.8 | 0.3 - 1.0 K/uL |
| Eos # | 0.1 | 0.0 - 0.5 K/uL |
| Baso # | 0.01 | 0.00 - 0.20 K/uL |
| Gran% | 68.9 | 38.0 - 73.0 % |
| Lymph% | 15.9 (L) | 18.0 - 48.0 % |
| Mono% | 13.9 | 4.0 - 15.0 % |
| Eosinophil% | 1.1 | 0.0 - 8.0 % |
| Basophil% | 0.2 | 0.0 - 1.9 % |
| Differential Method | Automated | |

**PT/INR**

| Result | Value | Ref Range |
|---|---|---|
| Prothrombin Time | 13.8 (H) | 9.0 - 12.5 sec |
| INR | 1.3 (H) | 0.8 - 1.2 |

Generated on 6/7/19 10:40 AM

**Lincoln/Lee 1496**

**Progress Notes - 01/22/2019**

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 |
| Continuity of Care | Adm: 1/22/2019 |

## History & Physicals (continued)

**H&P by David M. Ourso, NP at 1/22/2019 11:45 PM (continued)**

PTT

| Result | Value | Ref Range |
|---|---|---|
| aPTT | 36.6 (H) | 21.0 - 32.0 sec |

**Significant Imaging:** I have reviewed all pertinent imaging results/findings within the past 24 hours.

chest/abd xray pending

## Assessment/Plan:

**\* Dehydration**
    IV hydration
    Control GI loss
    Monitor labs
    Further evaluation/diagnostics/interventions/consults pending course

**B-cell lymphoma**
    Heme/oncology consult
    Further evaluation/diagnostics/interventions/consults pending course

**Elevated LFTs**
    LFTs pending. Consider Hep panel pending course
    Consider GI consult pending course
    Per acceptance note Liver US was done , no records with patinet on
    arrival. Consider record request and or further imaging
    Further evaluation/diagnostics/interventions/consults pending course

    Monitor meld labs

    Computed MELD-Na score unavailable. Necessary lab results were not
    found in the last year.
    Computed MELD score unavailable. Necessary lab results were not found
    in the last year.

**Intractable nausea and vomiting**
    Antiemetics
    Control GI loss
    Control underlying etiology, workup in progress.
    Further evaluation/diagnostics/interventions/consults pending course

**Lincoln/Lee 1497**

**Progress Notes - 01/22/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 | |
| Continuity of Care | Adm: 1/22/2019 | |

### History & Physicals (continued)

**H&P by David M. Ourso, NP at 1/22/2019 11:45 PM (continued)**

**Intractable abdominal pain**
> PRN pain meds
> Check abd xray , pending
> Control underlying etiology , workup in progress
> Further evaluation/diagnostics/interventions/consults pending course

**Essential hypertension**
> Continue home meds
> Monitor trends
> Further evaluation/diagnostics/interventions/consults pending course

VTE Risk Mitigation (From admission, onward)

| | Ordered |
|---|---|
| **IP VTE HIGH RISK PATIENT** Once | 01/23/19 0005 |
| **Place sequential compression device** Until discontinued | 01/23/19 0005 |
| **Place TED hose** Until discontinued | 01/23/19 0005 |

**David M Ourso, NP**
**Department of Hospital Medicine**
**Ochsner Medical Center - BR**

Electronically signed by Vijay Thumma, MD on 1/23/2019 6:50 AM

**H&P (View-Only) by John O. Nnadi, MD at 1/23/2019 7:44 PM**

| Author: John O. Nnadi, MD | Service: Infectious Diseases | Author Type: Physician |
|---|---|---|
| Filed: 1/24/2019 11:44 AM | Status: Signed | |
| Editor: John O. Nnadi, MD (Physician) | | |

**Ochsner Medical Center - BR**
**Infectious Disease**
**Consult Note**

**Patient Name:** Katonia Lee
**MRN:** 2325810
**Admission Date:** 1/22/2019
**Hospital Length of Stay:** 2 days
**Attending Physician:** Madeleine T. Nguyen, MD
**Primary Care Provider:** Sonia McField, FNP, FNP

**Lincoln/Lee 1498**

**Progress Notes - 01/22/2019**

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 |
| Continuity of Care | Adm: 1/22/2019 |

### History & Physicals (continued)

**H&P (View-Only) by John O. Nnadi, MD at 1/23/2019 7:44 PM (continued)**

**Isolation Status:** No active isolations

Patient information was obtained from patient, past medical records and ER records.

Consults
**Assessment/Plan:**

**HIV (human immunodeficiency virus infection)**
> The natural history of HIV was discussed with her.
> Will send HIV genotype, HIV viral load , cd4 count ,
> Will plan to start HAART very soon
> Might need to start therapy before HIV genotype due to aggressive nature
> of the cancer.

**Diffuse large B cell lymphoma of duodenum and pancreas**
> Oncology follow up .

**Essential hypertension**
> BP control as per primary team .

Thank you for your consult. I will follow-up with patient. Please contact us if you have any additional questions.
(late entry  note)
**John O Nnadi, MD**
**Infectious Disease**
**Ochsner Medical Center - BR**

### Subjective:

**Principal Problem:** Dehydration

**HPI:** 49 year old man with history of abnormal CT scan which suggested a mass in the duodenum/pancreas. She had an EGD and EUS on 12/26/18 at Baptist in Jackson, MS. EGD showed an ulcerated mass in the duodenum with luminal narrowing. EUS showed an approximately 5 cm mass in the pancreatic head with duodenal involvement and portal vein invasion.
Previous records reviewed from care everywhere -
1/4-1.  -pathology report
Small bowel, duodenal mass, biopsy:
· Aggressive large B-cell lymphoma, diffuse large B-cell lymphoma, favor non-germinal center B-cell type.
· See microscopic and comment.

2.  Pancreas, head mass, biopsy:
· Limited sample of B-cell lymphoma with prominent necrosis admixed with pancreatic acinar parenchyma.
Since admission, rapid HIV  Is now positive.

She reports that she is in monogamous relationship with her husband since 13 years ago but she has older

Generated on 6/7/19 10:40 AM                                                                                      Page 11

**Lincoln/Lee 1499**

**Progress Notes - 01/22/2019**

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 |
| Continuity of Care | Adm: 1/22/2019 |

## History & Physicals (continued)

**H&P (View-Only) by John O. Nnadi, MD at 1/23/2019 7:44 PM (continued)**

children .
She was surprised to know about the HIV diagnosis .

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Cancer | |
| • Hypertension | |

History reviewed. No pertinent surgical history.

Review of patient's allergies indicates:
No Known Allergies

**Medications:**

Medications Prior to Admission

| Medication | Sig |
|---|---|
| • amLODIPine (NORVASC) 5 MG tablet | Take 5 mg by mouth once daily. |
| • citalopram (CELEXA) 20 MG tablet | Take 20 mg by mouth once daily. |
| • ferrous gluconate 324 mg (37.5 mg iron) Tab | Take 1 tablet by mouth 2 (two) times daily. |
| • lisinopril-hydrochlorothiazide (PRINZIDE,ZESTORETIC) 20-12.5 mg per tablet | Take 1 tablet by mouth once daily. |
| • metoprolol tartrate (LOPRESSOR) 50 MG tablet | Take 50 mg by mouth once daily. |
| • omeprazole (PRILOSEC) 20 MG capsule | Take 20 mg by mouth 2 (two) times daily. |

Antibiotics (From admission, onward)
   None

Antifungals (From admission, onward)
   None

Antivirals (From admission, onward)
   None

There is no immunization history on file for this patient.

**Lincoln/Lee 1500**

**Progress Notes - 01/22/2019**

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 |
| Continuity of Care | Adm: 1/22/2019 |

## History & Physicals (continued)

**H&P (View-Only) by John O. Nnadi, MD at 1/23/2019 7:44 PM (continued)**

### Family History
None


### Social History

#### Socioeconomic History
- Marital status:          Unknown
      Spouse name:       None
- Number of children:     None
- Years of education:     None
- Highest education level: None

#### Social Needs
- Financial resource strain:   None
- Food insecurity - worry:     None
- Food insecurity - inability:  None
- Transportation needs -       None
  medical:
- Transportation needs - non-  None
  medical:

#### Occupational History
- None

#### Tobacco Use
- Smoking status:          Never Smoker
- Smokeless tobacco:       Never Used

#### Substance and Sexual Activity
- Alcohol use:             No
      Frequency:           Never
- Drug use:                None
- Sexual activity:         None

#### Other Topics                  Concern
- None

#### Social History Narrative
- None

Review of Systems
Constitutional: Negative for chills, diaphoresis, fatigue and fever.
HENT: Negative for congestion, sore throat and voice change.
Eyes: Negative for photophobia and visual disturbance.
Respiratory: Negative for cough, shortness of breath, wheezing and stridor.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Positive for abdominal distention, abdominal pain, nausea and vomiting. Negative for constipation and diarrhea.
Endocrine: Negative for polydipsia, polyphagia and polyuria.
Genitourinary: Negative for difficulty urinating, dysuria, flank pain, pelvic pain, urgency and vaginal discharge.
Musculoskeletal: Positive for neck pain. Negative for back pain, joint swelling and neck stiffness.
Skin: Negative for color change and rash.
Allergic/Immunologic: Positive for immunocompromised state.

**Lincoln/Lee 1501**

**Progress Notes - 01/22/2019**

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 |
| Continuity of Care | Adm: 1/22/2019 |

## History & Physicals (continued)

**H&P (View-Only) by John O. Nnadi, MD at 1/23/2019 7:44 PM (continued)**

Neurological: Negative for dizziness, syncope, weakness, numbness and headaches.
Hematological: Does not bruise/bleed easily.
Psychiatric/Behavioral: Negative for agitation, behavioral problems and confusion.

### Objective:

| Vital Signs (Most Recent): | Vital Signs (24h Range): |
|---|---|
| Temp: 97.4 °F (36.3 °C) (01/24/19 0818) | Temp: [97.4 °F (36.3 °C)-98.2 °F (36.8 °C)] 97.4 °F (36.3 °C) |
| Pulse: 64 (01/24/19 0818) | Pulse: [64-84] 64 |
| Resp: 16 (01/24/19 0818) | Resp: [16-18] 16 |
| BP: 113/69 (01/24/19 0818) | SpO2: [97 %-100 %] 99 % |
| SpO2: 99 % (01/24/19 0818) | BP: (113-137)/(67-83) 113/69 |

Weight: 68 kg (149 lb 14.6 oz)
Body mass index is 24.95 kg/m².

Estimated Creatinine Clearance: 76.5 mL/min (based on SCr of 0.8 mg/dL).

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed. She appears ill. No distress.

HENT:
Head: Normocephalic and atraumatic.
Nose: Nose normal.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light. No scleral icterus.

Neck: Normal range of motion. Neck supple. No tracheal deviation present.
Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No stridor. No respiratory distress. She has no wheezes. She has no rales.
Abdominal: Soft. Bowel sounds are normal. She exhibits distension and mass. There is no tenderness. There is no guarding.
Genitourinary:
Genitourinary Comments: **Deferred**
Musculoskeletal: Normal range of motion. She exhibits no edema or deformity.
Neurological: She is alert and oriented to person, place, and time. No cranial nerve deficit.
Skin: Skin is warm and dry. Capillary refill takes less than 2 seconds. No rash noted. She is not diaphoretic.

Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.
Nursing note and vitals reviewed.

| | |
|---|---|
| Generated on 6/7/19 10:40 AM | Page 14 |

**Lincoln/Lee 1502**

**Progress Notes - 01/22/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 | |
| Continuity of Care | Adm: 1/22/2019 | |

## History & Physicals (continued)

**H&P (View-Only) by John O. Nnadi, MD at 1/23/2019 7:44 PM (continued)**

**Significant Labs:**
**Blood Culture: No results for input(s): LABBLOO in the last 4320 hours.**
**BMP:**
**Recent Labs**

| Lab | 01/23/19 0113 | | 01/24/19 0855 |
|---|---|---|---|
| GLU | 86 | < > | 114* |
| NA | 132* | < > | 134* |
| K | 3.6 | < > | 4.3 |
| CL | 102 | < > | 101 |
| CO2 | 21* | < > | 22* |
| BUN | 8 | < > | 12 |
| CREATININE | 0.7 | < > | 0.8 |
| CALCIUM | 9.0 | < > | 9.1 |
| MG | 1.3* | -- | -- |

< > = values in this interval not displayed.

**CBC:**
**Recent Labs**

| Lab | 01/23/19 0113 | 01/23/19 0414 | 01/24/19 0506 |
|---|---|---|---|
| WBC | 5.47 | 5.85 | 4.42 |
| HGB | 9.3* | 9.1* | 9.5* |
| HCT | 28.5* | 28.9* | 28.9* |
| PLT | 171 | 175 | 169 |

**All pertinent labs within the past 24 hours have been reviewed.**

**Significant Imaging:** I have reviewed all pertinent imaging results/findings within the past 24 hours.

Electronically signed by John O. Nnadi, MD on 1/24/2019 11:44 AM

**Interval H&P Note by Case Rappelet, PA at 1/29/2019 8:09 AM**

| Author: Case Rappelet, PA | Service: Radiology | Author Type: Physician Assistant |
|---|---|---|
| Filed: 1/29/2019 8:10 AM | Status: Signed | |
| Editor: Case Rappelet, PA (Physician Assistant) | | Cosigner: David S. Kirsch, MD at 1/29/2019 8:29 AM |

The patient has been examined and the H&P has been reviewed:

I concur with the findings and no changes have occurred since H&P was written.

| Generated on 6/7/19 10:40 AM | Page 15 |
|---|---|

**Lincoln/Lee 1503**

**Progress Notes - 01/22/2019**

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 |
| Continuity of Care | Adm: 1/22/2019 |

## History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 1/29/2019  8:09 AM (continued)**

Active Hospital Problems

| Diagnosis | POA |
|---|---|
| • *Diffuse large B cell lymphoma of duodenum and pancreas [C83.30] | Yes |
| • AIDS (acquired immune deficiency syndrome) [B20] | Yes |
| • B-cell lymphoma [C85.10] | Yes |
| • Intractable abdominal pain [R10.9] | Yes |
| • Intractable nausea and vomiting [R11.2] | Yes |
| • Elevated LFTs [R94.5] | Yes |
| • Essential hypertension [I10] | Yes |

Resolved Hospital Problems

| Diagnosis | Date Resolved | POA |
|---|---|---|
| • Dehydration [E86.0] | 01/26/2019 | Yes |

Electronically signed by David S. Kirsch, MD on 1/29/2019  8:29 AM

**Source Note**

| | | |
|---|---|---|
| Author:  John O. Nnadi, MD | Service:  Infectious Diseases | Author Type:  Physician |
| Filed:  1/24/2019 11:44 AM | Status:  Signed | |
| Editor:  John O. Nnadi, MD (Physician) | | |

**Ochsner Medical Center - BR
Infectious Disease
Consult Note**

**Patient Name:** Katonia Lee
**MRN:** 2325810
**Admission Date:** 1/22/2019
**Hospital Length of Stay:** 2 days
**Attending Physician:** Madeleine T. Nguyen, MD
**Primary Care Provider:** Sonia McField, FNP, FNP

**Isolation Status:** No active isolations

Patient information was obtained from patient, past medical records and ER records.

Consults
**Assessment/Plan:**

**HIV (human immunodeficiency virus infection)**
        The natural history of HIV was discussed with her.
        Will send HIV genotype, HIV viral load , cd4 count ,
        Will plan to start HAART very soon
        Might need to start therapy before HIV genotype due to aggressive nature
        of the cancer.

**Lincoln/Lee 1504**

**Progress Notes - 01/22/2019**

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 |
| Continuity of Care | Adm: 1/22/2019 |

### History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 1/29/2019  8:09 AM (continued)**

**Diffuse large B cell lymphoma of duodenum and pancreas**
   Oncology follow up .

**Essential hypertension**
   BP control as per primary team .

Thank you for your consult. I will follow-up with patient. Please contact us if you have any additional questions.
(late entry  note)
**John O Nnadi, MD**
**Infectious Disease**
**Ochsner Medical Center - BR**

**Subjective:**

**Principal Problem:** Dehydration

**HPI:** 49 year old man with history of abnormal CT scan which suggested a mass in the duodenum/pancreas. She had an EGD and EUS on 12/26/18 at Baptist in Jackson, MS. EGD showed an ulcerated mass in the duodenum with luminal narrowing. EUS showed an approximately 5 cm mass in the pancreatic head with duodenal involvement and portal vein invasion.
Previous records reviewed from care everywhere -
1/4-1.   -pathology report
Small bowel, duodenal mass, biopsy:
· Aggressive large B-cell lymphoma, diffuse large B-cell lymphoma, favor non-germinal center B-cell type.
· See microscopic and comment.

2.   Pancreas, head mass, biopsy:
· Limited sample of B-cell lymphoma with prominent necrosis admixed with pancreatic acinar parenchyma.
Since admission, rapid HIV  Is now positive.

She reports that she is in monogamous relationship with her husband since 13 years ago but she has older children .
She was surprised to know about the HIV diagnosis .

Past Medical History:
Diagnosis                                                                                    Date
   • Cancer
   • Hypertension

History reviewed. No pertinent surgical history.

Review of patient's allergies indicates:
No Known Allergies

---

Generated on 6/7/19 10:40 AM                                                    Page 17

**Lincoln/Lee 1505**

**Progress Notes - 01/22/2019**

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:        Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 |
| Continuity of Care | Adm: 1/22/2019 |

## History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 1/29/2019  8:09 AM (continued)**

### Medications:

**Medications Prior to Admission**

| Medication | Sig |
|---|---|
| • amLODIPine (NORVASC) 5 MG tablet | Take 5 mg by mouth once daily. |
| • citalopram (CELEXA) 20 MG tablet | Take 20 mg by mouth once daily. |
| • ferrous gluconate 324 mg (37.5 mg iron) Tab | Take 1 tablet by mouth 2 (two) times daily. |
| • lisinopril-hydrochlorothiazide (PRINZIDE,ZESTORETIC) 20-12.5 mg per tablet | Take 1 tablet by mouth once daily. |
| • metoprolol tartrate (LOPRESSOR) 50 MG tablet | Take 50 mg by mouth once daily. |
| • omeprazole (PRILOSEC) 20 MG capsule | Take 20 mg by mouth 2 (two) times daily. |

**Antibiotics** (From admission, onward)

None

**Antifungals** (From admission, onward)

None

**Antivirals** (From admission, onward)

None

There is no immunization history on file for this patient.

**Family History**

None

**Social History**

Socioeconomic History

- Marital status:          Unknown
    Spouse name:          None
- Number of children:     None
- Years of education:     None
- Highest education level: None

Social Needs

- Financial resource strain: None

---

**Lincoln/Lee 1506**

**Progress Notes - 01/22/2019**

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:        Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 |
| Continuity of Care | Adm: 1/22/2019 |

## History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 1/29/2019  8:09 AM (continued)**

- Food insecurity - worry:            None
- Food insecurity - inability:            None
- Transportation needs -            None
  medical:
- Transportation needs - non-            None
  medical:

Occupational History
- None

Tobacco Use
- Smoking status:            Never Smoker
- Smokeless tobacco:            Never Used

Substance and Sexual Activity
- Alcohol use:            No
      Frequency:            Never
- Drug use:            None
- Sexual activity:            None

Other Topics            Concern
- None

Social History Narrative
- None

Review of Systems
Constitutional: Negative for chills, diaphoresis, fatigue and fever.
HENT: Negative for congestion, sore throat and voice change.
Eyes: Negative for photophobia and visual disturbance.
Respiratory: Negative for cough, shortness of breath, wheezing and stridor.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Positive for abdominal distention, abdominal pain, nausea and vomiting. Negative for constipation and diarrhea.
Endocrine: Negative for polydipsia, polyphagia and polyuria.
Genitourinary: Negative for difficulty urinating, dysuria, flank pain, pelvic pain, urgency and vaginal discharge.
Musculoskeletal: Positive for neck pain. Negative for back pain, joint swelling and neck stiffness.
Skin: Negative for color change and rash.
Allergic/Immunologic: Positive for immunocompromised state.
Neurological: Negative for dizziness, syncope, weakness, numbness and headaches.
Hematological: Does not bruise/bleed easily.
Psychiatric/Behavioral: Negative for agitation, behavioral problems and confusion.

## Objective:

| Vital Signs (Most Recent): | Vital Signs (24h Range): |
|---|---|
| Temp: 97.4 °F (36.3 °C) (01/24/19 0818) | Temp:  [97.4 °F (36.3 °C)-98.2 °F |
| Pulse: 64 (01/24/19 0818) | (36.8 °C)] 97.4 °F (36.3 °C) |
| Resp: 16 (01/24/19 0818) | Pulse:  [64-84] 64 |
| BP: 113/69 (01/24/19 0818) | Resp:  [16-18] 16 |
| SpO2: 99 % (01/24/19 0818) | SpO2:  [97 %-100 %] 99 % |
| | BP: (113-137)/(67-83) 113/69 |

**Lincoln/Lee 1507**

**Progress Notes - 01/22/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 | |
| Continuity of Care | Adm: 1/22/2019 | |

### History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 1/29/2019  8:09 AM (continued)**

Weight: 68 kg (149 lb 14.6 oz)
Body mass index is 24.95 kg/m².

Estimated Creatinine Clearance: 76.5 mL/min (based on SCr of 0.8 mg/dL).

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed. She appears ill. No distress.

HENT:
Head: Normocephalic and atraumatic.
Nose: Nose normal.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light. No scleral icterus.

Neck: Normal range of motion. Neck supple. No tracheal deviation present.
Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No stridor. No respiratory distress. She has no wheezes. She has no rales.
Abdominal: Soft. Bowel sounds are normal. She exhibits distension and mass. There is no tenderness.
There is no guarding.
Genitourinary:
Genitourinary Comments: **Deferred**
Musculoskeletal: Normal range of motion. She exhibits no edema or deformity.
Neurological: She is alert and oriented to person, place, and time. No cranial nerve deficit.
Skin: Skin is warm and dry. Capillary refill takes less than 2 seconds. No rash noted. She is not diaphoretic.

Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.
Nursing note and vitals reviewed.

**Significant Labs:**
**Blood Culture: No results for input(s): LABBLOO in the last 4320 hours.**
**BMP:**
**Recent Labs**

| Lab | 01/23/19 0113 | | 01/24/19 0855 |
|---|---|---|---|
| GLU | 86 | < > | 114* |
| NA | 132* | < > | 134* |
| K | 3.6 | < > | 4.3 |
| CL | 102 | < > | 101 |
| CO2 | 21* | < > | 22* |

| Generated on 6/7/19 10:40 AM | Page 20 |
|---|---|

**Lincoln/Lee 1508**

**Progress Notes - 01/22/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 | |
| Continuity of Care | Adm: 1/22/2019 | |

## History & Physicals (continued)

**Interval H&P Note by Case Rappelet, PA at 1/29/2019  8:09 AM (continued)**

| BUN | 8 | < > | 12 |
|---|---|---|---|
| CREATININE | 0.7 | < > | 0.8 |
| CALCIUM | 9.0 | < > | 9.1 |
| MG | 1.3* | -- | -- |

< > = values in this interval not displayed.

**CBC:**
**Recent Labs**

| Lab | 01/23/19 0113 | 01/23/19 0414 | 01/24/19 0506 |
|---|---|---|---|
| WBC | 5.47 | 5.85 | 4.42 |
| HGB | 9.3* | 9.1* | 9.5* |
| HCT | 28.5* | 28.9* | 28.9* |
| PLT | 171 | 175 | 169 |

**All pertinent labs within the past 24 hours have been reviewed.**

**Significant Imaging:** I have reviewed all pertinent imaging results/findings within the past 24 hours.

Electronically signed by John O. Nnadi, MD on 1/24/2019 11:44 AM

## Discharge Summaries

**Discharge Summary by Stephanie M. Cook, NP at 2/1/2019  3:21 PM**

| Author:  Stephanie M. Cook, NP | Service:  Hospital Medicine | Author Type:  Nurse Practitioner |
|---|---|---|
| Filed:  2/1/2019  3:22 PM | Status:  Signed | |
| Editor:  Stephanie M. Cook, NP (Nurse Practitioner) | | Cosigner:  James A. Ratliff, MD at 2/1/2019  4:28 PM |

### Ochsner Medical Center - BR
### Hospital Medicine
### Discharge Summary

**Patient Name:** Katonia Lee
**MRN:** 2325810
**Admission Date:** 1/22/2019
**Hospital Length of Stay:** 10 days
**Discharge Date and Time:** 02/01/2019 3:21 PM

Generated on 6/7/19 10:40 AM                                                       Page 21

**Lincoln/Lee 1509**

EKG/Cardiology - 01/31/2019

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 | |
| Continuity of Care | Adm: 1/22/2019 | |

## Radiology Results (continued)

### Testing Performed By (continued)

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 396 - FFI | MMODEL FLUENCY | n/a | n/a | 01/15/18 0931 - Present |

## All Cardiac Results

**CARDIAC MONITORING STRIPS [399860989]**　　　　Resulted: 01/22/19 0000, Result status: Final result

Ordering provider: Historical Provider, MD  01/22/19 0000

**CARDIAC MONITORING STRIPS [403180552]**　　　　Resulted: 01/22/19 0000, Result status: Final result

Ordering provider: Historical Provider, MD  01/22/19 0000

**EKG 12-lead [400427910]**　　　　Resulted: 01/25/19 1544, Result status: Final result

Ordering provider: Ena J. Lacy, NP  01/25/19 0914　　　　Resulting lab: OCHS GE MUSE
Narrative:
Test Reason : R07.9,

Vent. Rate : 058 BPM　　Atrial Rate : 058 BPM
P-R Int : 182 ms　　QRS Dur : 090 ms
QT Int : 434 ms　　P-R-T Axes : 056 050 039 degrees
QTc Int : 426 ms

Sinus bradycardia
Otherwise normal ECG
No previous ECGs available
Confirmed by MALUR, PAVAN (411) on 1/25/2019 3:44:25 PM

Referred By: PROVIDER NOTINSYSTEM　　　　Confirmed By:PAVAN MALUR
**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| --- | --- | 01/25/19 0932 |

**2D echo with color flow doppler [401429873]**　　　　Resulted: 01/31/19 1819, Result status: Final result

Ordering provider: Ronald D. Delrie Jr., MD  01/31/19 1252　　　　Accession number: 2219425
Resulting lab: OCHS CVIS
Narrative:
Date of Procedure: 01/31/2019

TEST DESCRIPTION
Technical Quality: This is a technically adequate study.

Aorta: The aortic root is normal in size, measuring 2.5 cm at sinotubular junction and 2.7 cm at Sinuses of Valsalva. The proximal ascending aorta is normal in size, measuring 2.5 cm across.

Left Atrium: The left atrial volume index is normal, measuring 32.38 cc/m2.

Left Ventricle: The left ventricle is normal in size, with an end-diastolic diameter of 4.6 cm, and an end-systolic diameter of 2.8 cm. LV wall thickness is normal, with the septum measuring 1.2 cm and the posterior wall measuring 1.1 cm across. Relative wall thickness was increased at 0.48, and the LV mass index was increased at 131.9 g/m2 consistent with concentric left ventricular hypertrophy. There are no regional wall motion abnormalities. Left ventricular systolic function appears normal. Visually estimated ejection fraction is 65-70%. The LV Doppler derived stroke volume equals 92.0 ccs.

**Lincoln/Lee 1510**

EKG/Cardiology - 01/23/2019

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 | |
| Continuity of Care | Adm: 1/22/2019 | |

## All Cardiac Results (continued)

| 2D echo with color flow doppler [401429873] (continued) | Resulted: 01/31/19 1819, Result status: Final result |
|---|---|

Diastolic indices: E wave velocity 1.2 m/s, E/A ratio 2.0, DT 216 msec., E/e' ratio(avg) 8. Diastolic function is normal.

Right Atrium: The right atrium is normal in size, measuring 3.5 cm in length and 2.8 cm in width in the apical view.

Right Ventricle: The right ventricle is normal in size. Global right ventricular systolic function appears normal. Tricuspid annular plane systolic excursion (TAPSE) is 2.2 cm. The estimated PA systolic pressure is 31 mmHg.

Aortic Valve: Aortic valve is normal in structure with normal leaflet mobility. The mean gradient obtained across the aortic valve is 6 mmHg.

Mitral Valve: Mitral valve is normal in structure with normal leaflet mobility. The pressure half time is 63 msec. The calculated mitral valve area is 3.49 cm2.

Tricuspid Valve: Tricuspid valve is normal in structure with normal leaflet mobility.

Pulmonary Valve: Pulmonary valve is normal in structure with normal leaflet mobility.

IVC: IVC is normal in size and collapses > 50% with a sniff, suggesting normal right atrial pressure of 3 mmHg.

Intracavitary: There is no evidence of pericardial effusion, intracavity mass, thrombi, or vegetation.

CONCLUSIONS
 1 - Normal left ventricular systolic function (EF 65-70%).
 2 - Normal left ventricular diastolic function.
 3 - Normal right ventricular systolic function .

This document has been electronically
 SIGNED BY: Brian Jones, MD On: 01/31/2019 18:12
 **Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| QEF | 70 | 55 - 65 | — | — |
| Diastolic Dysfunction | No | — | — | — |
| Est. PA Systolic Pressure | 31 | — | — | — |

View Image (below)

**Lincoln/Lee 1511**

EKG/Cardiology - 01/23/2019

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 | |
| Continuity of Care | Adm: 1/22/2019 | |

## All Cardiac Results (continued)

**2D echo with color flow doppler [401429873] (continued)**          Resulted: 01/31/19 1819, Result status: Final result



OCHSNER
Heart and Vascular
Institute
17000 Medical Center Drive
Baton Rouge, LA 70816
(225)755-4800

Patient: Katonia Lee - 2325810
SSN:
CV Test: 2D Echo w/ Color Flow Doppler
Protocol:

Test No: 2219425
Test Date: 01/31/2019
Status:  Final

**Test Description:**
Technical Quality: This is a technically adequate study.

Aorta: The aortic root is normal in size, measuring 2.5 cm at sinotubular junction and 2.7 cm at Sinuses of Valsalva. The proximal ascending aorta is normal in size, measuring 2.5 cm across.

Left Atrium: The left atrial volume index is normal, measuring 32.38 cc/m2.

Left Ventricle: The left ventricle is normal in size, with an end-diastolic diameter of 4.6 cm and an end-systolic diameter of 2.8 cm. LV wall thickness is normal, with the septum measuring 1.2 cm and the posterior wall measuring 1.1 cm across. Relative wall thickness was increased at 0.48, and the LV mass index was increased at 133.9 g/m2 consistent with concentric left ventricular hypertrophy. There are no regional wall motion abnormalities. Left ventricular systolic function appears normal. Visually estimated ejection fraction is 65-70%. The LV Doppler derived stroke volume equals 92.0 ccs.

Diastolic indices: E wave velocity 1.2 m/s, E/A ratio 2.0, DT 216 msec., E/e' ratio(avg) 8. Diastolic function is normal.

Right Atrium: The right atrium is normal in size, measuring 3.5 cm in length and 2.8 cm in width in the apical view.

Right Ventricle: The right ventricle is normal in size. Global right ventricular systolic function appears normal. Tricuspid annular plane systolic excursion (TAPSE) is 2.2 cm. The estimated PA systolic pressure is 31 mmHg.

Aortic Valve: Aortic valve is normal in structure with normal leaflet mobility. The mean gradient obtained across the aortic valve is 6 mmHg.

Mitral Valve: Mitral valve is normal in structure with normal leaflet mobility. The pressure half time is 63 msec. The calculated mitral valve area is 3.49 cm2.

Tricuspid Valve: Tricuspid valve is normal in structure with normal leaflet mobility.

Pulmonary Valve: Pulmonary valve is normal in structure with normal leaflet mobility.

IVC: IVC is normal in size and collapses > 50% with a sniff, suggesting normal right atrial pressure of 3 mmHg.

Intracavitary: There is no evidence of pericardial effusion, intracavitary mass, thrombi, or vegetation.

**Conclusions/Recommendations:**
1 - Normal left ventricular systolic function (EF 65-70%).
2 - Normal left ventricular diastolic function.
3 - Normal right ventricular systolic function.

**Lincoln/Lee 1512**

EKG/Cardiology - 01/23/2019

BRMH MEDICAL SURGICAL UNIT
17000 Medical Center Dr
Baton Rouge LA 70816
Continuity of Care

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72008100192
Adm: 1/22/2019

## All Cardiac Results (continued)

**2D echo with color flow doppler [401429873] (continued)**     Resulted: 01/31/19 1819, Result status: Final result



OCHSNER
Heart and Vascular
Institute
17000 Medical Center Drive
Baton Rouge, LA 70816
(225)755-4696

Patient: Katonia Lee - 2325810
SSN:
CV Test: 2D Echo w/ Color Flow Doppler
Protocol:

Test No: 2219425
Test Date: 01/31/2019
Status:    Final

This document was electronically signed by: BRIAN JONES, MD on: 01/31/2019 18:12:25

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 13 - CVIS | OCHS CVIS | N/A | N/A | 05/22/15 1616 - Present |
| 16 - GEMUSE | OCHS GE MUSE | N/A | N/A | 05/04/15 1620 - Present |

Generated on 6/7/19 10:40 AM                                           Page 91

**Lincoln/Lee 1513**

**Labs/Diagnostics - 05/25/2019**

| | |
|---|---|
| BRMH TELEMETRY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:        Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008729086 |
| Continuity of Care | Adm: 5/25/2019 |

## Lab Results (continued)

**D dimer, quantitative [425345588] (Abnormal) (continued)**    Resulted: 05/25/19 1443, Result status: Final result

and severe infection. False negative results may occur in patients with distal DVT.

**Protime-INR [425345591]**    Resulted: 05/25/19 1443, Result status: Final result

Ordering provider: Jennifer Bakar, MD 05/25/19 1340    Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 05/25/19 1411 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Prothrombin Time | 11.2 | 9.0 - 12.5 sec | ---- | ---- |
| INR | 1.0 | 0.8 - 1.2 | — | — |

Comment:
Coumadin Therapy:
2.0 - 3.0 for INR for all indicators except mechanical heart valves
and antiphospholipid syndromes which should use 2.5 - 3.5.

**Comprehensive metabolic panel [425345584] (Abnormal)**    Resulted: 05/25/19 1454, Result status: Final result

Ordering provider: Jennifer Bakar, MD 05/25/19 1340    Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 05/25/19 1411 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 138 | 136 - 145 mmol/L | ---- | ---- |
| Potassium | 2.9 | 3.5 - 5.1 mmol/L | L | — |
| Chloride | 99 | 95 - 110 mmol/L | ---- | ---- |
| CO2 | 23 | 23 - 29 mmol/L | — | — |
| Glucose | 106 | 70 - 110 mg/dL | ---- | ---- |
| BUN, Bld | 12 | 6 - 20 mg/dL | ---- | ---- |
| Creatinine | 1.2 | 0.5 - 1.4 mg/dL | — | — |
| Calcium | 9.5 | 8.7 - 10.5 mg/dL | ---- | ---- |
| Total Protein | 6.6 | 6.0 - 8.4 g/dL | ---- | ---- |
| Albumin | 3.0 | 3.5 - 5.2 g/dL | L | — |
| Total Bilirubin | 0.4 | 0.1 - 1.0 mg/dL | ---- | ---- |

Comment:
For infants and newborns, interpretation of results should be based
on gestational age, weight and in agreement with clinical
observations.
Premature Infant recommended reference ranges:
Up to 24 hours............<8.0 mg/dL
Up to 48 hours...........<12.0 mg/dL
3-5 days.................<15.0 mg/dL
6-29 days.................<15.0 mg/dL

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Alkaline Phosphatase | 81 | 55 - 135 U/L | ---- | ---- |
| AST | 14 | 10 - 40 U/L | — | — |
| ALT | 8 | 10 - 44 U/L | L | ---- |
| Anion Gap | 16 | 8 - 16 mmol/L | ---- | ---- |

**Lincoln/Lee 1514**

**Labs/Diagnostics - 05/25/2019**

| | |
|---|---|
| BRMH TELEMETRY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB: |
| Baton Rouge LA 70816 | Acct #: 72008729086 |
| Continuity of Care | Adm: 5/25/2019 |

Sex: F

## Lab Results (continued)

Comprehensive metabolic panel [425345584] (Abnormal) (continued)     Resulted: 05/25/19 1454, Result status: Final result

| | | | | |
|---|---|---|---|---|
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 | — | — |
| eGFR if non African American | 53 | >60 mL/min/1.73 m^2 | A | — |

Comment:
Calculation used to obtain the estimated glomerular filtration
rate (eGFR) is the CKD-EPI equation.

### Magnesium [425345590]                              Resulted: 05/25/19 1454, Result status: Final result

Ordering provider:  Jennifer Bakar, MD  05/25/19 1340          Resulting lab:  OCHSNER MEDICAL CENTER - BATON ROUGE

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 05/25/19 1411 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Magnesium | 1.7 | 1.6 - 2.6 mg/dL | — | — |

### Troponin I #1 [425345585]                          Resulted: 05/25/19 1455, Result status: Final result

Ordering provider:  Jennifer Bakar, MD  05/25/19 1340          Resulting lab:  OCHSNER MEDICAL CENTER - BATON ROUGE

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 05/25/19 1411 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Troponin I | 0.007 | 0.000 - 0.026 ng/mL | — | — |

Comment:
The reference interval for Troponin I represents the 99th percentile
cutoff
for our facility and is consistent with 3rd generation assay
performance.

### Drug screen panel, emergency [425345589]          Resulted: 05/25/19 1513, Result status: Final result

Ordering provider:  Jennifer Bakar, MD  05/25/19 1340          Resulting lab:  OCHSNER MEDICAL CENTER - BATON ROUGE
Narrative:
Preferred Collection Type->Urine, Clean Catch

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Urine | Urine, Clean Catch | 05/25/19 1437 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Benzodiazepines | Negative | — | — | — |
| Methadone metabolites | Negative | — | — | — |
| Cocaine (Metab.) | Negative | — | — | — |
| Opiate Scrn, Ur | Presumptive Positive | — | — | — |

**Lincoln/Lee 1515**

**Labs/Diagnostics - 05/25/2019**

BRMH TELEMETRY
17000 Medical Center Dr
Baton Rouge LA 70816
Continuity of Care

Lee, Katonia
MRN: 2325810, DOB:
Acct #: 72008729086
Adm: 5/25/2019

Sex: F

## Lab Results (continued)

**Drug screen panel, emergency [425345589] (continued)**    Resulted: 05/25/19 1513, Result status: Final result

| | | | | |
|---|---|---|---|---|
| Barbiturate Screen, Ur | Negative | — | — | — |
| Amphetamine Screen, Ur | Negative | — | — | — |
| THC | Negative | — | — | — |
| Phencyclidine | Negative | — | — | — |
| Creatinine, Random Ur | 207.0 | 15.0 - 325.0 mg/dL | — | — |

Comment:
The random urine reference ranges provided were established
for 24 hour urine collections.  No reference ranges exist for
random urine specimens.  Correlate clinically.

| | | | | |
|---|---|---|---|---|
| Toxicology Information | SEE COMMENT | — | — | — |

Comment:
This screen includes the following classes of drugs at the
listed cut-off:
Benzodiazepines          200 ng/ml
Methadone                300 ng/ml
Cocaine metabolite       300 ng/ml
Opiates               300 ng/ml
Barbiturates          200 ng/ml
Amphetamines          1000 ng/ml
Marijuana metabs (THC)      50 ng/ml
Phencyclidine (PCP)      25 ng/ml
High concentrations of Diphenhydramine may cross-react with
Phencyclidine PCP screening immunoassay giving a false
positive result.
High concentrations of Methylenedioxymethamphetamine (MDMA aka
Ectasy) and other structurally similar compounds may cross-
react with the Amphetamine/Methamphetamine screening
immunoassay giving a false positive result.
A metabolite of the anti-HIV drug Sustiva (DMP 266) may cause
false positive results in the Marijuana metabolite (THC)
screening assay.
Note: This exception list includes only more common
interferants i
n toxicology screen testing.  Because of many
cross-reactantspositive results on toxicology drug screens
should be confirmed whenever results do not correlate with
clinical presentation.
This report is intended for use in clinical monitoring and
management of patients. It is not intended for use in
employment related drug testing.
Because of any cross-reactants, positive results on toxicology
drug screens should be confirmed whenever results do not
correlate with clinical presentation.
Presumptive positive results are unconfirmed and may be used
only for medical purposes.
Assay Intended Use: This asasy provides only a preliminary analytical
test result. A more specific alternate chemical method must be used
to obtain a confirmed analytical result. Gas chromatography/mass
spectrometry (GS/MS)is the preferred confirmatory method. Clinical
consideration and professional judgement should be applied to any
drug of abuse test result, particularly when preliminary resul
ts
are used.

---

Generated on 6/7/19 10:41 AM

**Lincoln/Lee 1516**

**Labs/Diagnostics - 05/25/2019**

BRMH TELEMETRY
17000 Medical Center Dr
Baton Rouge LA 70816
Continuity of Care

Lee, Katonia
MRN: 2325810, DOB:
Acct #: 72008729086
Adm: 5/25/2019

Sex: F

## Lab Results (continued)

**B-Type natriuretic peptide (BNP) [425345586]**                    Resulted: 05/25/19 1527, Result status: Final result

Ordering provider: Jennifer Bakar, MD  05/25/19 1340          Resulting lab:  OCHSNER MEDICAL CENTER - BATON ROUGE

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 05/25/19 1411 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| BNP | 47 | 0 - 99 pg/mL | --- | --- |

Comment: Values of less than 100 pg/ml are consistent with non-CHF populations.

**Urinalysis, Reflex to Urine Culture Urine, Clean Catch [425345592]**
**(Abnormal)**                                          Resulted: 05/25/19 1554, Result status: Final result

Ordering provider: Jennifer Bakar, MD  05/25/19 1340          Resulting lab:  OCHSNER MEDICAL CENTER - BATON ROUGE

Narrative:
Preferred Collection Type->Urine, Clean Catch

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Urine | Urine | 05/25/19 1437 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Specimen UA | Urine, Clean Catch | — | — | — |
| Color, UA | Yellow | Yellow, Straw, Amber | --- | --- |
| Appearance, UA | Clear | Clear | --- | --- |
| pH, UA | 6.0 | 5.0 - 8.0 | — | — |
| Specific Gravity, UA | 1.010 | 1.005 - 1.030 | --- | --- |
| Protein, UA | Trace | Negative | A | --- |

Comment:
Recommend a 24 hour urine protein or a urine protein/creatinine ratio if globulin induced proteinuria is clinically suspected.

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Glucose, UA | Negative | Negative | — | — |
| Ketones, UA | Trace | Negative | A | --- |
| Bilirubin (UA) | 2+ | Negative | A | --- |

Comment:
Positive urine bilirubin is not confirmed. Correlate with serum bilirubin and clinical presentation.

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Occult Blood UA | Trace | Negative | A | --- |
| Nitrite, UA | Negative | Negative | --- | --- |
| Urobilinogen, UA | 1.0 | <2.0 EU/dL | — | --- |
| Leukocytes, UA | 2+ | Negative | A | --- |

**Urinalysis Microscopic [425345594] (Abnormal)**                    Resulted: 05/25/19 1554, Result status: Final result

Ordering provider: Jennifer Bakar, MD  05/25/19 1340          Resulting lab:  OCHSNER MEDICAL CENTER - BATON ROUGE

Narrative:
Preferred Collection Type->Urine, Clean Catch

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| --- | --- | 05/25/19 1437 |

**Lincoln/Lee 1517**

**Labs/Diagnostics - 05/25/2019**

BRMH TELEMETRY                        Lee, Katonia
17000 Medical Center Dr               MRN: 2325810, DOB:              Sex: F
Baton Rouge LA 70816                  Acct #: 72008729086
Continuity of Care                    Adm: 5/25/2019

## Lab Results (continued)

Urinalysis Microscopic [425345594] (Abnormal) (continued)         Resulted: 05/25/19 1554, Result status: Final result

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RBC, UA | 0 | 0 - 4 /hpf | --- | --- |
| WBC, UA | 20 | 0 - 5 /hpf | H | --- |
| Bacteria | Rare | None-Occ /hpf | --- | --- |
| Squam Epithel, UA | 5 | /hpf | --- | --- |
| Microscopic Comment | SEE COMMENT | — | — | — |

Comment:
Other formed elements not mentioned in the report are not present in the microscopic examination.

CBC auto differential [425345683] (Abnormal)         Resulted: 05/25/19 1617, Result status: Final result

Ordering provider: Jennifer Bakar, MD  05/25/19 1340    Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

### Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 05/25/19 1411 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 2.76 | 3.90 - 12.70 K/uL | L | --- |
| RBC | 2.41 | 4.00 - 5.40 M/uL | L | --- |
| Hemoglobin | 7.3 | 12.0 - 16.0 g/dL | L | --- |
| Hematocrit | 22.5 | 37.0 - 48.5 % | L | --- |
| Mean Corpuscular Volume | 93 | 82 - 98 fL | --- | --- |
| Mean Corpuscular Hemoglobin | 30.3 | 27.0 - 31.0 pg | --- | --- |
| Mean Corpuscular Hemoglobin Conc | 32.4 | 32.0 - 36.0 g/dL | — | — |
| RDW | 15.0 | 11.5 - 14.5 % | H | --- |
| Platelets | 128 | 150 - 350 K/uL | L | --- |
| MPV | SEE COMMENT | 9.2 - 12.9 fL | — | — |
| Comment: Result not available. | | | | |
| Gran # (ANC) | 1.8 | 1.8 - 7.7 K/uL | --- | --- |
| Lymph # | 0.2 | 1.0 - 4.8 K/uL | L | --- |
| Mono # | 0.8 | 0.3 - 1.0 K/uL | — | — |
| Eos # | 0.0 | 0.0 - 0.5 K/uL | --- | --- |
| Baso # | 0.00 | 0.00 - 0.20 K/uL | --- | --- |
| Gran% | 69.9 | 38.0 - 73.0 % | — | — |
| Lymph% | 7.2 | 18.0 - 48.0 % | L | --- |
| Mono% | 27.2 | 4.0 - 15.0 % | H | --- |
| Eosinophil% | 0.0 | 0.0 - 8.0 % | — | — |
| Basophil% | 0.0 | 0.0 - 1.9 % | --- | --- |
| Platelet Estimate | Appears normal | — | — | — |
| Poik | Slight | --- | --- | --- |
| Ovalocytes | Occasional | — | — | — |
| Tear Drop Cells | Occasional | --- | --- | --- |
| Stomatocytes | Present | --- | --- | --- |
| Differential Method | Automated | — | — | — |

Troponin I #2 [428112298]         Resulted: 05/25/19 1717, Result status: Final result

Ordering provider: Jennifer Bakar, MD  05/25/19 1605    Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

**Lincoln/Lee 1518**

Labs/Diagnostics - 05/25/2019

| BRMH TELEMETRY | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008729086 | |
| Continuity of Care | Adm: 5/25/2019 | |

## Lab Results (continued)

**Troponin I #2 [428112298] (continued)**                    Resulted: 05/25/19 1717, Result status: Final result

### Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 05/25/19 1644 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Troponin I | 0.009 | 0.000 - 0.026 ng/mL | — | — |

Comment:
The reference interval for Troponin I represents the 99th percentile cutoff
for our facility and is consistent with 3rd generation assay
performance.

**Troponin I [428112340]**                    Resulted: 05/25/19 2219, Result status: Final result

Ordering provider: Michael C. Hogan, NP 05/25/19 1808          Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

### Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 05/25/19 2149 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Troponin I | 0.008 | 0.000 - 0.026 ng/mL | — | — |

Comment:
The reference interval for Troponin I represents the 99th percentile cutoff
for our facility and is consistent with 3rd generation assay
performance.

**Comprehensive metabolic panel [428135949] (Abnormal)**                    Resulted: 05/26/19 0537, Result status: Final result

Ordering provider: Michael C. Hogan, NP 05/26/19 0106          Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

### Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 05/26/19 0411 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 143 | 136 - 145 mmol/L | — | — |
| Potassium | 3.7 | 3.5 - 5.1 mmol/L | — | — |
| Chloride | 105 | 95 - 110 mmol/L | — | — |
| CO2 | 27 | 23 - 29 mmol/L | — | — |
| Glucose | 81 | 70 - 110 mg/dL | — | — |
| BUN, Bld | 11 | 6 - 20 mg/dL | — | — |
| Creatinine | 1.0 | 0.5 - 1.4 mg/dL | — | — |
| Calcium | 9.6 | 8.7 - 10.5 mg/dL | — | — |
| Total Protein | 6.2 | 6.0 - 8.4 g/dL | — | — |
| Albumin | 2.7 | 3.5 - 5.2 g/dL | L | — |
| Total Bilirubin | 0.6 | 0.1 - 1.0 mg/dL | — | — |
| Comment: | | | | |

Generated on 6/7/19 10:41 AM                                                                 Page 256

**Lincoln/Lee 1519**

**Labs/Diagnostics - 05/25/2019**

| BRMH TELEMETRY | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008729086 | |
| Continuity of Care | Adm: 5/25/2019 | |

## Lab Results (continued)

Comprehensive metabolic panel [428135949] (Abnormal) (continued)          Resulted: 05/26/19 0537, Result status: Final result

For infants and newborns, interpretation of results should be based
on gestational age, weight and in agreement with clinical
observations.
Premature Infant recommended reference ranges:
Up to 24 hours.............<8.0 mg/dL
Up to 48 hours............<12.0 mg/dL
3-5 days.................<15.0 mg/dL
6-29 days................<15.0 mg/dL

| | | | | |
|---|---|---|---|---|
| Alkaline Phosphatase | 77 | 55 - 135 U/L | ---- | ---- |
| AST | 13 | 10 - 40 U/L | — | — |
| ALT | 6 | 10 - 44 U/L | L | ---- |
| Anion Gap | 11 | 8 - 16 mmol/L | ---- | ---- |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 | — | — |
| eGFR if non African American | >60 | >60 mL/min/1.73 m^2 | — | — |

Comment:
Calculation used to obtain the estimated glomerular filtration
rate (eGFR) is the CKD-EPI equation.

---

**Troponin I [428135939]**                                    Resulted: 05/26/19 0544, Result status: Final result

Ordering provider: Michael C. Hogan, NP  05/25/19 2205       Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
Narrative:
Collection has been rescheduled by AW3 at 05/26/2019 01:23 Reason:
not due until 4am RN Regina to change time

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 05/26/19 0411 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Troponin I | 0.015 | 0.000 - 0.026 ng/mL | ---- | ---- |

Comment:
The reference interval for Troponin I represents the 99th percentile
cutoff
for our facility and is consistent with 3rd generation assay
performance.

---

CBC auto differential [428135948] (Abnormal)                 Resulted: 05/26/19 1028, Result status: Final result

Ordering provider: Michael C. Hogan, NP  05/26/19 0106       Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
Narrative:
  WBC critical result(s) called and verbal readback obtained from
Regina Burrow, RN, 05/26/2019 05:33

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 05/26/19 0411 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|

---

**Lincoln/Lee 1520**

**Labs/Diagnostics - 05/25/2019**

BRMH TELEMETRY
17000 Medical Center Dr
Baton Rouge LA 70816
Continuity of Care

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72008729086
Adm: 5/25/2019

## Lab Results (continued)

CBC auto differential [428135948] (Abnormal) (continued)      Resulted: 05/26/19 1028, Result status: Final result

| | | | | |
|---|---|---|---|---|
| WBC | 1.73 | 3.90 - 12.70 K/uL | LL | --- |

Comment:
WBC critical result(s) called and verbal readback obtained from
Regina Burrow, RN, 05/26/2019 05:33

| | | | | |
|---|---|---|---|---|
| RBC | 2.99 | 4.00 - 5.40 M/uL | L | --- |
| Hemoglobin | 9.1 | 12.0 - 16.0 g/dL | L | --- |
| Hematocrit | 27.4 | 37.0 - 48.5 % | L | --- |
| Mean Corpuscular Volume | 92 | 82 - 98 fL | --- | --- |
| Mean Corpuscular Hemoglobin | 30.4 | 27.0 - 31.0 pg | --- | --- |
| Mean Corpuscular Hemoglobin Conc | 33.2 | 32.0 - 36.0 g/dL | --- | --- |
| RDW | 16.7 | 11.5 - 14.5 % | H | --- |
| Platelets | 159 | 150 - 350 K/uL | --- | --- |
| MPV | SEE COMMENT | 9.2 - 12.9 fL | --- | --- |

  Comment: Result not available.

| | | | | |
|---|---|---|---|---|
| Lymph # | CANCELED | 1.0 - 4.8 K/uL | --- | --- |

  Comment: Result canceled by the ancillary.

| | | | | |
|---|---|---|---|---|
| Mono # | CANCELED | 0.3 - 1.0 K/uL | --- | --- |

  Comment: Result canceled by the ancillary.

| | | | | |
|---|---|---|---|---|
| Eos # | CANCELED | 0.0 - 0.5 K/uL | --- | --- |

  Comment: Result canceled by the ancillary.

| | | | | |
|---|---|---|---|---|
| Baso # | CANCELED | 0.00 - 0.20 K/uL | --- | --- |

  Comment: Result canceled by the ancillary.

| | | | | |
|---|---|---|---|---|
| Gran% | 68.0 | 38.0 - 73.0 % | --- | --- |
| Lymph% | 16.0 | 18.0 - 48.0 % | L | --- |
| Mono% | 12.0 | 4.0 - 15.0 % | --- | --- |
| Eosinophil% | 0.0 | 0.0 - 8.0 % | --- | --- |
| Basophil% | 0.0 | 0.0 - 1.9 % | --- | --- |
| Bands | 4.0 | % | --- | --- |
| Poik | Slight | --- | --- | --- |
| Ovalocytes | Occasional | --- | --- | --- |
| Differential Method | Manual | --- | --- | --- |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 393 - BRLB | OCHSNER MEDICAL CENTER - BATON ROUGE | Jeremy Spencer, M.D. | 17000 Medical Center Drive Baton Rouge LA 70816 | 09/14/17 1554 - Present |

## Radiology Results

X-Ray Chest AP Portable [425345587]      Resulted: 05/25/19 1402, Result status: Final result

Ordering provider: Jennifer Bakar, MD  05/25/19 1340
Performed:  05/25/19 1345 - 05/25/19 1357
Resulting lab:  MMODEL FLUENCY
Narrative:
EXAMINATION:
XR CHEST AP PORTABLE

CLINICAL HISTORY:
Chest Pain;

COMPARISON:
02/26/2019

Resulted by:  James S. Lawton III, MD
Accession number:  30110491

Generated on 6/7/19 10:41 AM                                Page 258

**Lincoln/Lee 1521**

Labs/Diagnostics - 05/25/2019

| | |
|---|---|
| BRMH TELEMETRY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008729086 |
| Continuity of Care | Adm: 5/25/2019 |

## Radiology Results (continued)

**X-Ray Chest AP Portable [425345587] (continued)**                    Resulted: 05/25/19 1402, Result status: Final result

FINDINGS:
Left subclavian MediPort catheter remains well position near the cavoatrial junction. The cardiomediastinal silhouette is within normal limits for AP technique. The lungs appear clear of active disease. No acute appearing infiltrate, pleural effusion or pneumothorax identified.

Impression:

No acute abnormality identified in the chest.

Electronically signed by:  James Lawton, MD
Date:                                05/25/2019
Time:                                14:02

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 396 - FFI | MMODEL FLUENCY | n/a | n/a | 01/15/18 0931 - Present |

## All Cardiac Results

**CARDIAC MONITORING STRIPS [429937315]**                    Resulted: 05/25/19 0000, Result status: Final result

Ordering provider: Historical Provider, MD  05/25/19 0000

**Repeat EKG 12-lead [425345597]**                    Resulted: 05/26/19 1134, Result status: Final result

Ordering provider: Jennifer Bakar, MD  05/25/19 1544          Resulting lab: OCHS GE MUSE
Narrative:
Test Reason : R07.9,

Vent. Rate : 100 BPM     Atrial Rate : 100 BPM
   P-R Int : 158 ms          QRS Dur : 080 ms
   QT Int : 372 ms        P-R-T Axes : 065 044 043 degrees
   QTc Int : 479 ms

Normal sinus rhythm
Normal ECG
When compared with ECG of 30-APR-2019 08:00,
No significant change was found
Confirmed by MALUR MD, PAVAN (411) on 5/26/2019 11:34:40 AM

Referred By: AAAREFERR
  SELF         Confirmed By:PAVAN MALUR MD
  **Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| — | — | 05/25/19 1403 |

**EKG 12-lead [425345582]**                    Resulted: 05/26/19 1134, Result status: Final result

Ordering provider: Jennifer Bakar, MD  05/25/19 1340          Resulting lab: OCHS GE MUSE
Narrative:
Test Reason : R07.9,

Vent. Rate : 093 BPM     Atrial Rate : 093 BPM
   P-R Int : 164 ms          QRS Dur : 082 ms

**Lincoln/Lee 1522**

Labs/Diagnostics - 05/25/2019

| BRMH TELEMETRY | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008729086 | |
| Continuity of Care | Adm: 5/25/2019 | |

## All Cardiac Results (continued)

**EKG 12-lead [425345582] (continued)**                    Resulted: 05/26/19 1134, Result status: Final result

QT Int : 386 ms     P-R-T Axes : 065 038 028 degrees
QTc Int : 479 ms

Normal sinus rhythm
Normal ECG
When compared with ECG of 25-MAY-2019 14:03,
No significant change was found
Confirmed by MALUR MD, PAVAN (411) on 5/26/2019 11:34:51 AM

Referred By: AAAREFERR
SELF        Confirmed By:PAVAN MALUR MD
### Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| — | — | 05/25/19 1548 |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 16 - GEMUSE | OCHS GE MUSE | N/A | N/A | 05/04/15 1620 - Present |

## Procedure Results

**Critical Care [425345600]**                    Resulted: 05/25/19 1347, Result status: Final result

Ordering provider:  Jennifer Bakar, MD  05/25/19 1548
Narrative:
Jennifer Bakar, MD    5/26/2019 11:59 AM
Critical Care
Date/Time: 5/25/2019 3:48 PM
Performed by: Jennifer Bakar, MD
Authorized by: Jennifer Bakar, MD
Direct patient critical care time: 12 minutes
Additional history critical care time: 8 minutes
Ordering / reviewing critical care time: 8 minutes
Documentation critical care time: 7 minutes
Consulting other physicians critical care time: 5 minutes
Total critical care time (exclusive of procedural time) : 40 minutes
Critical care time was exclusive of separately billable procedures and
treating other patients and teaching time.
Critical care was necessary to treat or prevent imminent or
life-threatening deterioration of the following conditions: symptomatic
anemia.
Critical care was time spent personally by me on the following activities:
development of treatment plan with patient or surrogate, blood draw for
specimens, discussions with consultants, interpretation of cardiac output
measurements, evaluation of patient's response to treatment, examination
of patient, obtaining history from patient or surrogate, ordering and
performing treatments and interventions, ordering and review of laboratory
studies, ordering and review of radiographic studies, pulse oximetry,
re-evaluation of patient's condition and review of old charts.

---

Generated on 6/7/19 10:41 AM                                                                 Page 260

**Lincoln/Lee 1523**

Labs/Diagnostics - 04/07/2019

| BRMH EMERGENCY DEPARTMENT | Lee, Katonia |
|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008484614 |
| ED Record | Adm: 4/7/2019 |

## Lab Results (continued)

**Comprehensive metabolic panel [416985126] (Abnormal) (continued)**          Resulted: 04/07/19 1514, Result status: Final result

| | | | | |
|---|---|---|---|---|
| Alkaline Phosphatase | 155 | 55 - 135 U/L | H | — |
| AST | 15 | 10 - 40 U/L | — | — |
| ALT | 15 | 10 - 44 U/L | — | — |
| Anion Gap | 12 | 8 - 16 mmol/L | — | — |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 | — | — |
| eGFR if non African American | >60 | >60 mL/min/1.73 m^2 | — | — |

Comment:
Calculation used to obtain the estimated glomerular filtration rate (eGFR) is the CKD-EPI equation.

**Lipase [416985127]**          Resulted: 04/07/19 1514, Result status: Final result

Ordering provider: Rodney W. Tregle Jr., MD  04/07/19 1410          Resulting lab:  OCHSNER MEDICAL CENTER - BATON ROUGE
Specimen Collection

| Type | Source | Collected By |
|---|---|---|
| Blood | Blood | Kristin B. Bertrand, RN 04/07/19 1430 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Lipase | 30 | 4 - 60 U/L | — | — |

**Amylase [416985129]**          Resulted: 04/07/19 1514, Result status: Final result

Ordering provider: Rodney W. Tregle Jr., MD  04/07/19 1410          Resulting lab:  OCHSNER MEDICAL CENTER - BATON ROUGE
Specimen Collection

| Type | Source | Collected By |
|---|---|---|
| Blood | Blood | Kristin B. Bertrand, RN 04/07/19 1430 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Amylase | 52 | 20 - 110 U/L | — | — |

**Urinalysis, Reflex to Urine Culture Urine, Clean Catch [416985128]**          Resulted: 04/07/19 1641, Result status: Final result

Ordering provider: Rodney W. Tregle Jr., MD  04/07/19 1410          Resulting lab:  OCHSNER MEDICAL CENTER - BATON ROUGE
Narrative:
Preferred Collection Type->Urine, Clean Catch
Specimen Collection

| Type | Source | Collected By |
|---|---|---|
| — | Urine | Kristin B. Bertrand, RN 04/07/19 1603 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Specimen UA | Urine, Clean Catch | — | — | — |
| Color, UA | Yellow | Yellow, Straw, Amber | — | — |
| Appearance, UA | Clear | Clear | — | — |
| pH, UA | 6.0 | 5.0 - 8.0 | — | — |
| Specific Gravity, UA | 1.025 | 1.005 - 1.030 | — | — |
| Protein, UA | Negative | Negative | — | — |

Comment:
Recommend a 24 hour urine protein or a urine protein/creatinine ratio if globulin induced proteinuria is clinically suspected.

---

**Lincoln/Lee 1524**

**Labs/Diagnostics - 04/07/2019**

| BRMH EMERGENCY DEPARTMENT | Lee, Katonia |
|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: |
| Baton Rouge LA 70816 | Acct #: 72008484614 |
| ED Record | Adm: 4/7/2019 |

Sex: F

## Lab Results (continued)

**Urinalysis, Reflex to Urine Culture Urine, Clean Catch [416985128] (continued)** — Resulted: 04/07/19 1641, Result status: Final result

| Component | Value | Reference | | |
|---|---|---|---|---|
| Glucose, UA | Negative | Negative | ---- | ---- |
| Ketones, UA | Negative | Negative | ---- | ---- |
| Bilirubin (UA) | Negative | Negative | — | — |
| Occult Blood UA | Negative | Negative | ---- | ---- |
| Nitrite, UA | Negative | Negative | ---- | ---- |
| Urobilinogen, UA | Negative | <2.0 EU/dL | — | — |
| Leukocytes, UA | Negative | Negative | ---- | ---- |

**CBC auto differential [416985125] (Abnormal)** — Resulted: 04/07/19 1700, Result status: Final result

Ordering provider: Rodney W. Tregle Jr., MD  04/07/19 1410     Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

Narrative:
  WBC critical result(s) called and verbal readback obtained from
Kristen Berchrand,RN, 04/07/2019 15:10

### Specimen Collection

| Type | Source | Collected By |
|---|---|---|
| Blood | Blood | Kristin B. Bertrand, RN 04/07/19 1430 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 0.71 | 3.90 - 12.70 K/uL | LL | ---- |

  Comment:
  WBC critical result(s) called and verbal readback obtained from
Kristen Berchrand,RN, 04/07/2019 15:10

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RBC | 3.41 | 4.00 - 5.40 M/uL | L | ---- |
| Hemoglobin | 10.1 | 12.0 - 16.0 g/dL | L | ---- |
| Hematocrit | 31.9 | 37.0 - 48.5 % | L | — |
| Mean Corpuscular Volume | 94 | 82 - 98 fL | ---- | — |
| Mean Corpuscular Hemoglobin | 29.6 | 27.0 - 31.0 pg | ---- | — |
| Mean Corpuscular Hemoglobin Conc | 31.7 | 32.0 - 36.0 g/dL | L | — |
| RDW | 17.6 | 11.5 - 14.5 % | H | ---- |
| Platelets | 69 | 150 - 350 K/uL | L | ---- |
| MPV | SEE COMMENT | 9.2 - 12.9 fL | — | — |

  Comment: Result not available.

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Gran% | 4.0 | 38.0 - 73.0 % | L | ---- |
| Lymph% | 72.0 | 18.0 - 48.0 % | H | ---- |
| Mono% | 2.0 | 4.0 - 15.0 % | L | — |
| Eosinophil% | 20.0 | 0.0 - 8.0 % | H | ---- |
| Basophil% | 2.0 | 0.0 - 1.9 % | H | ---- |
| Platelet Estimate | Decreased | — | A | — |
| Aniso | Slight | ---- | ---- | ---- |
| Poik | Slight | — | — | — |
| Poly | Occasional | ---- | ---- | ---- |
| Ovalocytes | Occasional | ---- | ---- | ---- |
| Tear Drop Cells | Occasional | — | — | — |
| Stomatocytes | Present | ---- | ---- | ---- |
| Spherocytes | Occasional | ---- | ---- | ---- |
| Acanthocytes | Present | — | — | — |
| Differential Method | Manual | ---- | ---- | ---- |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **393 - BRLB** | OCHSNER MEDICAL CENTER - BATON ROUGE | Jeremy Spencer, M.D. | 17000 Medical Center Drive Baton Rouge LA 70816 | 09/14/17 1554 - Present |

**Lincoln/Lee 1525**

**Labs/Diagnostics - 02/26/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 | |
| Continuity of Care | Adm: 2/26/2019 | |

## Lab Results (continued)

Comprehensive metabolic panel [407930247] (Abnormal) (continued)     Resulted: 02/26/19 1515, Result status: Final result

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 134 | 136 - 145 mmol/L | L | — |
| Potassium | 3.6 | 3.5 - 5.1 mmol/L | — | — |
| Chloride | 99 | 95 - 110 mmol/L | — | — |
| CO2 | 26 | 23 - 29 mmol/L | — | — |
| Glucose | 97 | 70 - 110 mg/dL | — | — |
| BUN, Bld | 11 | 6 - 20 mg/dL | — | — |
| Creatinine | 0.8 | 0.5 - 1.4 mg/dL | — | — |
| Calcium | 9.7 | 8.7 - 10.5 mg/dL | — | — |
| Total Protein | 6.8 | 6.0 - 8.4 g/dL | — | — |
| Albumin | 3.0 | 3.5 - 5.2 g/dL | L | — |
| Total Bilirubin | 1.5 | 0.1 - 1.0 mg/dL | H | — |

Comment:
For infants and newborns, interpretation of results should be based
on gestational age, weight and in agreement with clinical
observations.
Premature infant recommended reference ranges:
Up to 24 hours.............<8.0 mg/dL
Up to 48 hours............<12.0 mg/dL
3-5 days..................<15.0 mg/dL
6-29 days................<15.0 mg/dL

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Alkaline Phosphatase | 169 | 55 - 135 U/L | H | — |
| AST | 23 | 10 - 40 U/L | — | — |
| ALT | 22 | 10 - 44 U/L | — | — |
| Anion Gap | 9 | 8 - 16 mmol/L | — | — |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 | — | — |
| eGFR if non African American | >60 | >60 mL/min/1.73 m^2 | — | — |

Comment:
Calculation used to obtain the estimated glomerular filtration
rate (eGFR) is the CKD-EPI equation.

**Troponin I [407930260]**                          Resulted: 02/26/19 1524, Result status: Final result

Ordering provider: Rodney W. Tregle Jr., MD  02/26/19 1419     Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 02/26/19 1436 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Troponin I | <0.006 | 0.000 - 0.026 ng/mL | — | — |

Comment:
The reference interval for Troponin I represents the 99th percentile
cutoff
for our facility and is consistent with 3rd generation assay
performance.

**Procalcitonin [407930259]**                          Resulted: 02/26/19 1537, Result status: Final result

Ordering provider: Rodney W. Tregle Jr., MD  02/26/19 1419     Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

**Lincoln/Lee 1526**

**Labs/Diagnostics - 02/26/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 | |
| Continuity of Care | Adm: 2/26/2019 | |

## Lab Results (continued)

**Procalcitonin [407930259] (continued)**                                   Resulted: 02/26/19 1537, Result status: Final result

### Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 02/26/19 1436 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Procalcitonin | 0.17 | <0.25 ng/mL | — | — |

Comment:
A concentration < 0.25 ng/mL represents a low risk bacterial infection.
Procalcitonin may not be accurate among patients with localized infection, recent trauma or major surgery, immunosuppressed state, invasive fungal infection, renal dysfunction. Decisions regarding initiation or continuation of antibiotic therapy should not be based solely on procalcitonin levels.

**Urinalysis, Reflex to Urine Culture Urine, Clean Catch [407930262] (Abnormal)**               Resulted: 02/26/19 1741, Result status: Final result

Ordering provider: Rodney W. Tregle Jr., MD  02/26/19 1419       Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
Narrative:
Preferred Collection Type->Urine, Clean Catch

### Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| — | Urine | 02/26/19 1654 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Specimen UA | Urine, Clean Catch | — | — | — |
| Color, UA | Yellow | Yellow, Straw, Amber | — | — |
| Appearance, UA | Clear | Clear | — | — |
| pH, UA | 7.0 | 5.0 - 8.0 | — | — |
| Specific Gravity, UA | <=1.005 | 1.005 - 1.030 | A | — |
| Protein, UA | Negative | Negative | — | — |

Comment:
Recommend a 24 hour urine protein or a urine protein/creatinine ratio if globulin induced proteinuria is clinically suspected.

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Glucose, UA | Negative | Negative | — | — |
| Ketones, UA | Negative | Negative | — | — |
| Bilirubin (UA) | Negative | Negative | — | — |
| Occult Blood UA | Negative | Negative | — | — |
| Nitrite, UA | Negative | Negative | — | — |
| Urobilinogen, UA | Negative | <2.0 EU/dL | — | — |
| Leukocytes, UA | Negative | Negative | — | — |

**Lactic acid, plasma #2 [407930263]**                                   Resulted: 02/26/19 1845, Result status: Final result

Ordering provider: Rodney W. Tregle Jr., MD  02/26/19 1605       Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

### Specimen Collection

| Type | Source | Collected On |
|---|---|---|

**Lincoln/Lee 1527**

**Labs/Diagnostics - 02/26/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB:        Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 |
| Continuity of Care | Adm: 2/26/2019 |

## Lab Results (continued)

**Lactic acid, plasma #2 [407930263] (continued)**          Resulted: 02/26/19 1845, Result status: Final result

| Blood | Blood | 02/26/19 1825 |
|---|---|---|

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Lactate (Lactic Acid) | 1.4 | 0.5 - 2.2 mmol/L | --- | --- |

Comment:
Falsely low lactic acid results can be found in samples
containing >=13.0 mg/dL total bilirubin and/or >=3.5 mg/dL
direct bilirubin.

**Troponin I [407989155]**          Resulted: 02/26/19 2144, Result status: Final result

Ordering provider:  Wesley Todd Ross, NP  02/26/19 1904          Resulting lab:  OCHSNER MEDICAL CENTER - BATON ROUGE
**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 02/26/19 2038 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Troponin I | <0.006 | 0.000 - 0.026 ng/mL | — | — |

Comment:
The reference interval for Troponin I represents the 99th percentile
cutoff
for our facility and is consistent with 3rd generation assay
performance.

**CBC auto differential [407936246] (Abnormal)**          Resulted: 02/26/19 2228, Result status: Final result

Ordering provider:  Rodney W. Tregle Jr., MD  02/26/19 1419          Resulting lab:  OCHSNER MEDICAL CENTER - BATON ROUGE
Narrative:
WBR critical result(s) called and verbal readback obtained from Emily
Stafford RN ED, 02/26/2019 22:28
WBC critical result(s) called and verbal readback obtained from Emily
Stafford RN ED, 02/26/2019 22:06
**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 02/26/19 1436 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 1.45 | 3.90 - 12.70 K/uL | LL | --- |

Comment:
WBR critical result(s) called and verbal readback obtained from Emily
Stafford RN ED, 02/26/2019 22:28
WBC critical result(s) called and verbal readback obtained from Emily
Stafford RN ED, 02/26/2019 22:06

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| RBC | 3.07 | 4.00 - 5.40 M/uL | L | --- |
| Hemoglobin | 8.8 | 12.0 - 16.0 g/dL | L | --- |
| Hematocrit | 27.4 | 37.0 - 48.5 % | L | --- |
| Mean Corpuscular Volume | 89 | 82 - 98 fL | — | --- |
| Mean Corpuscular Hemoglobin | 28.7 | 27.0 - 31.0 pg | --- | --- |

Generated on 6/7/19 10:41 AM          Page 156

**Lincoln/Lee 1528**

Labs/Diagnostics - 02/26/2019

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
| --- | --- | --- |
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 | |
| Continuity of Care | Adm: 2/26/2019 | |

## Lab Results (continued)

CBC auto differential [407930246] (Abnormal) (continued)          Resulted: 02/26/19 2226, Result status: Final result

| | Value | Reference Range | Flag | |
| --- | --- | --- | --- | --- |
| Mean Corpuscular Hemoglobin Conc | 32.1 | 32.0 - 36.0 g/dL | — | — |
| RDW | 17.7 | 11.5 - 14.5 % | H | — |
| Platelets | 107 | 150 - 350 K/uL | L | — |
| MPV | SEE COMMENT | 9.2 - 12.9 fL | — | — |
| Comment: Result not available. | | | | |
| Lymph # | CANCELED | 1.0 - 4.8 K/uL | — | — |
| Comment: Result canceled by the ancillary. | | | | |
| Mono # | CANCELED | 0.3 - 1.0 K/uL | — | — |
| Comment: Result canceled by the ancillary. | | | | |
| Eos # | CANCELED | 0.0 - 0.5 K/uL | — | — |
| Comment: Result canceled by the ancillary. | | | | |
| Baso # | CANCELED | 0.00 - 0.20 K/uL | — | — |
| Comment: Result canceled by the ancillary. | | | | |
| Gran% | 34.0 | 38.0 - 73.0 % | L | — |
| Lymph% | 33.0 | 18.0 - 48.0 % | — | — |
| Mono% | 33.0 | 4.0 - 15.0 % | H | — |
| Eosinophil% | 0.0 | 0.0 - 8.0 % | — | — |
| Basophil% | 0.0 | 0.0 - 1.9 % | — | — |
| Platelet Estimate | Decreased | — | A | — |
| Poik | Moderate | — | — | — |
| Poly | Occasional | — | — | — |
| Hypo | Occasional | — | — | — |
| Ovalocytes | Occasional | — | — | — |
| Target Cells | Occasional | — | — | — |
| Tear Drop Cells | Occasional | — | — | — |
| Stomatocytes | Present | — | — | — |
| Spherocytes | Occasional | — | — | — |
| Schistocytes | Present | — | — | — |
| Large/Giant Platelets | Present | — | — | — |
| Differential Method | Manual | — | — | — |

**Troponin I [407989177]**                                           Resulted: 02/27/19 0404, Result status: Final result

Ordering provider: Wesley Todd Ross, NP  02/27/19 0106          Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

**Specimen Collection**

| Type | Source | Collected On |
| --- | --- | --- |
| Blood | Blood | 02/27/19 0259 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
| --- | --- | --- | --- | --- |
| Troponin I | <0.006 | 0.000 - 0.026 ng/mL | — | — |

Comment:
The reference interval for Troponin I represents the 99th percentile cutoff
for our facility and is consistent with 3rd generation assay performance.

Comprehensive metabolic panel [407989175] (Abnormal)          Resulted: 02/27/19 0536, Result status: Final result

Ordering provider: Wesley Todd Ross, NP  02/27/19 0106          Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

**Specimen Collection**

| Type | Source | Collected On |
| --- | --- | --- |
| Blood | Blood | 02/27/19 0444 |

**Lincoln/Lee 1529**

**Labs/Diagnostics - 02/26/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: |
| Baton Rouge LA 70816 | Acct #: 72008281929 |
| Continuity of Care | Adm: 2/26/2019 |

Sex: F

## Lab Results (continued)

Comprehensive metabolic panel [407989175] (Abnormal) (continued)          Resulted: 02/27/19 0636, Result status: Final result

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 134 | 136 - 145 mmol/L | L | --- |
| Potassium | 3.4 | 3.5 - 5.1 mmol/L | L | --- |
| Chloride | 106 | 95 - 110 mmol/L | --- | --- |
| CO2 | 24 | 23 - 29 mmol/L | --- | --- |
| Glucose | 84 | 70 - 110 mg/dL | --- | --- |
| BUN, Bld | 12 | 6 - 20 mg/dL | --- | --- |
| Creatinine | 0.7 | 0.5 - 1.4 mg/dL | --- | --- |
| Calcium | 8.6 | 8.7 - 10.5 mg/dL | L | --- |
| Total Protein | 5.0 | 6.0 - 8.4 g/dL | L | --- |
| Albumin | 2.2 | 3.5 - 5.2 g/dL | L | --- |
| Total Bilirubin | 1.1 | 0.1 - 1.0 mg/dL | H | --- |

Comment:
For infants and newborns, interpretation of results should be based
on gestational age, weight and in agreement with clinical
observations.
Premature Infant recommended reference ranges:
Up to 24 hours.............<8.0 mg/dL
Up to 48 hours...........<12.0 mg/dL
3-5 days..................<15.0 mg/dL
6-29 days.................<15.0 mg/dL

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Alkaline Phosphatase | 132 | 55 - 135 U/L | --- | --- |
| AST | 15 | 10 - 40 U/L | --- | --- |
| ALT | 17 | 10 - 44 U/L | --- | --- |
| Anion Gap | 4 | 8 - 16 mmol/L | L | --- |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 | --- | --- |
| eGFR if non African American | >60 | >60 mL/min/1.73 m^2 | --- | --- |

Comment:
Calculation used to obtain the estimated glomerular filtration
rate (eGFR) is the CKD-EPI equation.

CBC auto differential [407989176] (Abnormal)          Resulted: 02/27/19 1030, Result status: Final result

Ordering provider: Wesley Todd Ross, NP  02/27/19 0106          Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

### Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 02/27/19 0444 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 2.37 | 3.90 - 12.70 K/uL | L | --- |
| RBC | 2.51 | 4.00 - 5.40 M/uL | L | --- |
| Hemoglobin | 7.3 | 12.0 - 16.0 g/dL | L | --- |
| Hematocrit | 22.4 | 37.0 - 48.5 % | L | --- |
| Mean Corpuscular Volume | 89 | 82 - 98 fL | --- | --- |
| Mean Corpuscular Hemoglobin | 29.1 | 27.0 - 31.0 pg | --- | --- |
| Mean Corpuscular Hemoglobin Conc | 32.6 | 32.0 - 36.0 g/dL | --- | --- |
| RDW | 17.7 | 11.5 - 14.5 % | H | --- |
| Platelets | 99 | 150 - 350 K/uL | L | --- |
| MPV | 11.8 | 9.2 - 12.9 fL | --- | --- |

Generated on 6/7/19 10:41 AM          Page 158

**Lincoln/Lee 1530**

**Labs/Diagnostics - 02/26/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: |
| Baton Rouge LA 70816 | Acct #: 72008281929 |
| Continuity of Care | Adm: 2/26/2019 |

Sex: F

## Lab Results (continued)

CBC auto differential [407989176] (Abnormal) (continued)                    Resulted: 02/27/19 1030, Result status: Final result

| | | | | |
|---|---|---|---|---|
| Gran% | 68.0 | 38.0 - 73.0 % | — | — |
| Lymph% | 18.0 | 18.0 - 48.0 % | — | — |
| Mono% | 14.0 | 4.0 - 15.0 % | — | — |
| Eosinophil% | 0.0 | 0.0 - 8.0 % | — | — |
| Basophil% | 0.0 | 0.0 - 1.9 % | — | — |
| Platelet Estimate | Decreased | — | A | — |
| Aniso | Slight | — | — | — |
| Poik | Moderate | — | — | — |
| Poly | Occasional | — | — | — |
| Hypo | Occasional | — | — | — |
| Ovalocytes | Occasional | — | — | — |
| Target Cells | Occasional | — | — | — |
| Tear Drop Cells | Occasional | — | — | — |
| Stomatocytes | Present | — | — | — |
| Differential Method | Manual | — | — | — |

Comprehensive metabolic panel [408218218] (Abnormal)                    Resulted: 02/28/19 0603, Result status: Final result

Ordering provider: Wesley Todd Ross, NP 02/28/19 0105          Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 02/28/19 0514 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 138 | 136 - 145 mmol/L | — | — |
| Potassium | 3.7 | 3.5 - 5.1 mmol/L | — | — |
| Chloride | 106 | 95 - 110 mmol/L | — | — |
| CO2 | 26 | 23 - 29 mmol/L | — | — |
| Glucose | 84 | 70 - 110 mg/dL | — | — |
| BUN, Bld | 9 | 6 - 20 mg/dL | — | — |
| Creatinine | 0.8 | 0.5 - 1.4 mg/dL | — | — |
| Calcium | 9.3 | 8.7 - 10.5 mg/dL | — | — |
| Total Protein | 5.4 | 6.0 - 8.4 g/dL | L | — |
| Albumin | 2.3 | 3.5 - 5.2 g/dL | L | — |
| Total Bilirubin | 1.0 | 0.1 - 1.0 mg/dL | — | — |

Comment:
For infants and newborns, interpretation of results should be based
on gestational age, weight and in agreement with clinical
observations.
Premature Infant recommended reference ranges:
Up to 24 hours.............<8.0 mg/dL
Up to 48 hours...........<12.0 mg/dL
3-5 days.................<15.0 mg/dL
6-29 days.................<15.0 mg/dL

| Alkaline Phosphatase | 129 | 55 - 135 U/L | — | — |
| AST | 17 | 10 - 40 U/L | — | — |
| ALT | 16 | 10 - 44 U/L | — | — |
| Anion Gap | 6 | 8 - 16 mmol/L | L | — |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 | — | — |
| eGFR if non African American | >60 | >60 mL/min/1.73 m^2 | — | — |

Comment:
Calculation used to obtain the estimated glomerular filtration
rate (eGFR) is the CKD-EPI equation.

**Lincoln/Lee 1531**

**Labs/Diagnostics - 02/26/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 | |
| Continuity of Care | Adm: 2/26/2019 | |

## Lab Results (continued)

Comprehensive metabolic panel [408218218] (Abnormal) (continued)     Resulted: 02/28/19 0603, Result status: Final result

---

**VANCOMYCIN, TROUGH before 4th dose [408218220]**     Resulted: 02/28/19 0721, Result status: Final result

Ordering provider: Majid A. Jawad, MD  02/28/19 0105     Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
Narrative:
TROUGH, not a random level. Please collect @ 0430 before 0530
dose. Other AM labs may be collected with the trough @ 0430
Collection Instructions:->before 4th dose

### Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 02/28/19 0514 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Vancomycin-Trough | 12.0 | 10.0 - 22.0 ug/mL | --- | --- |

CBC auto differential [408218219] (Abnormal)     Resulted: 02/28/19 0939, Result status: Final result

Ordering provider: Wesley Todd Ross, NP  02/28/19 0105     Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

### Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 02/28/19 0514 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 5.23 | 3.90 - 12.70 K/uL | --- | --- |
| RBC | 2.62 | 4.00 - 5.40 M/uL | L | --- |
| Hemoglobin | 7.4 | 12.0 - 16.0 g/dL | L | --- |
| Hematocrit | 23.2 | 37.0 - 48.5 % | L | --- |
| Mean Corpuscular Volume | 89 | 82 - 98 fL | --- | --- |
| Mean Corpuscular Hemoglobin | 28.2 | 27.0 - 31.0 pg | --- | --- |
| Mean Corpuscular Hemoglobin Conc | 31.9 | 32.0 - 36.0 g/dL | L | --- |
| RDW | 18.2 | 11.5 - 14.5 % | H | --- |
| Platelets | 136 | 150 - 350 K/uL | L | --- |
| MPV | 11.1 | 9.2 - 12.9 fL | --- | --- |
| Gran% | 76.0 | 38.0 - 73.0 % | H | --- |
| Lymph% | 16.0 | 18.0 - 48.0 % | L | --- |
| Mono% | 4.0 | 4.0 - 15.0 % | --- | --- |
| Eosinophil% | 1.0 | 0.0 - 8.0 % | --- | --- |
| Basophil% | 0.0 | 0.0 - 1.9 % | --- | --- |
| Bands | 3.0 | % | --- | --- |
| Platelet Estimate | Decreased | --- | A | --- |
| Aniso | Slight | --- | --- | --- |
| Poik | Slight | --- | --- | --- |
| Poly | Occasional | --- | --- | --- |
| Hypo | Occasional | --- | --- | --- |
| Ovalocytes | Occasional | --- | --- | --- |
| Target Cells | Occasional | --- | --- | --- |
| Tear Drop Cells | Occasional | --- | --- | --- |
| Stomatocytes | Present | --- | --- | --- |
| Spherocytes | Occasional | --- | --- | --- |
| Differential Method | Manual | --- | --- | --- |

---

**Lincoln/Lee 1532**

**Labs/Diagnostics - 02/26/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 | |
| Continuity of Care | Adm: 2/26/2019 | |

## Lab Results (continued)

Comprehensive metabolic panel [408218224] (Abnormal)          Resulted: 03/01/19 0856, Result status: Final result

Ordering provider: Wesley Todd Ross, NP  03/01/19 0105          Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 03/01/19 0530 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 135 | 136 - 145 mmol/L | L | — |
| Potassium | 3.8 | 3.5 - 5.1 mmol/L | — | — |
| Chloride | 103 | 95 - 110 mmol/L | — | — |
| CO2 | 24 | 23 - 29 mmol/L | — | — |
| Glucose | 77 | 70 - 110 mg/dL | — | — |
| BUN, Bld | 8 | 6 - 20 mg/dL | — | — |
| Creatinine | 0.7 | 0.5 - 1.4 mg/dL | — | — |
| Calcium | 9.3 | 8.7 - 10.5 mg/dL | — | — |
| Total Protein | 5.5 | 6.0 - 8.4 g/dL | L | — |
| Albumin | 2.2 | 3.5 - 5.2 g/dL | L | — |
| Total Bilirubin | 0.9 | 0.1 - 1.0 mg/dL | — | — |

Comment:
For infants and newborns, interpretation of results should be based
on gestational age, weight and in agreement with clinical
observations.
Premature Infant recommended reference ranges:
Up to 24 hours.............<8.0 mg/dL
Up to 48 hours............<12.0 mg/dL
3-5 days.................<15.0 mg/dL
6-29 days.................<15.0 mg/dL

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Alkaline Phosphatase | 144 | 55 - 135 U/L | H | — |
| AST | 19 | 10 - 40 U/L | — | — |
| ALT | 14 | 10 - 44 U/L | — | — |
| Anion Gap | 8 | 8 - 16 mmol/L | — | — |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 | — | — |
| eGFR if non African American | >60 | >60 mL/min/1.73 m^2 | — | — |

Comment:
Calculation used to obtain the estimated glomerular filtration
rate (eGFR) is the CKD-EPI equation.

CBC auto differential [408218225] (Abnormal)          Resulted: 03/01/19 1317, Result status: Final result

Ordering provider: Wesley Todd Ross, NP  03/01/19 0105          Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 03/01/19 0530 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 6.54 | 3.90 - 12.70 K/uL | — | — |
| RBC | 3.08 | 4.00 - 5.40 M/uL | L | — |
| Hemoglobin | 8.9 | 12.0 - 16.0 g/dL | L | — |
| Hematocrit | 27.4 | 37.0 - 48.5 % | L | — |
| Mean Corpuscular Volume | 89 | 82 - 98 fL | — | — |
| Mean Corpuscular Hemoglobin | 28.9 | 27.0 - 31.0 pg | — | — |

**Lincoln/Lee 1533**

Labs/Diagnostics - 02/26/2019

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 | |
| Continuity of Care | Adm: 2/26/2019 | |

## Lab Results (continued)

CBC auto differential [408218225] (Abnormal) (continued)    Resulted: 03/01/19 1317, Result status: Final result

| | | | | |
|---|---|---|---|---|
| Mean Corpuscular Hemoglobin Conc | 32.5 | 32.0 - 36.0 g/dL | — | — |
| RDW | 17.4 | 11.5 - 14.5 % | H | — |
| Platelets | 124 | 150 - 350 K/uL | L | — |
| MPV | SEE COMMENT | 9.2 - 12.9 fL | — | — |
|   Comment: Result not available. | | | | |
| Lymph # | CANCELED | 1.0 - 4.8 K/uL | — | — |
|   Comment: Result canceled by the ancillary. | | | | |
| Mono # | CANCELED | 0.3 - 1.0 K/uL | — | — |
|   Comment: Result canceled by the ancillary. | | | | |
| Eos # | CANCELED | 0.0 - 0.5 K/uL | — | — |
|   Comment: Result canceled by the ancillary. | | | | |
| Baso # | CANCELED | 0.00 - 0.20 K/uL | — | — |
|   Comment: Result canceled by the ancillary. | | | | |
| Gran% | 65.0 | 38.0 - 73.0 % | — | — |
| Lymph% | 17.0 | 18.0 - 48.0 % | L | — |
| Mono% | 7.0 | 4.0 - 15.0 % | — | — |
| Eosinophil% | 0.0 | 0.0 - 8.0 % | — | — |
| Basophil% | 0.0 | 0.0 - 1.9 % | — | — |
| Bands | 11.0 | % | — | — |
| Poik | Slight | — | — | — |
| Hypo | Occasional | — | — | — |
| Ovalocytes | Occasional | — | — | — |
| Target Cells | Occasional | — | — | — |
| Tear Drop Cells | Occasional | — | — | — |
| Stomatocytes | Present | — | — | — |
| Differential Method | Manual | — | — | — |

CD4 T-Helper Cells [408218228] (Abnormal)    Resulted: 03/04/19 0856, Result status: Final result

Ordering provider: John O. Nnadi, MD  03/01/19 0850    Resulting lab: OCHSNER MEDICAL CENTER - NEW ORLEANS

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 03/01/19 0859 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| CD4 % Helper T Cell | 11.4 | 28 - 57 % | L | OCLB |
| Absolute CD4 | 111 | 300 - 1400 cells/ul | L | OCLB |
|   Comment: | | | | |

This test was developed and its performance characteristics determined by Ochsner Clinic Foundation Flow Cytometry Laboratory. It has not been cleared or approved by the U.S. Food and Drug Administration. The FDA has determined that such clearance or approval is not necessary. This test is used for clinical purposes. It should not be regarded as investigational or for research. This laboratory is certified under CLIA-88 as qualified to perform high complexity clinical laboratory testing.

HIV RNA, quantitative, PCR [408218229] (Abnormal)    Resulted: 03/05/19 1321, Result status: Final result

Ordering provider: John O. Nnadi, MD  03/01/19 0850    Resulting lab: WARDE MCL REFERENCE LAB

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 03/01/19 0859 |

**Lincoln/Lee 1534**

Labs/Diagnostics - 02/26/2019

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 | |
| Continuity of Care | Adm: 2/26/2019 | |

## Lab Results (continued)

HIV RNA, quantitative, PCR [408218229] (Abnormal) (continued)          Resulted: 03/05/19 1321, Result status: Final result

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HIV-1 RNA, Qual | DETECTED | Not detected | A | — |
| HIV 1 RNA Ultra | 46 | <40 Copies/mL | H | — |
| Log HIV Copies/mL | 1.66 | <1.60 Log (10) Copies/mL | H | — |
| HIV UQ Date Received | 3/2/19 | — | — | — |
| HIV UQ Date Reported | 3/5/19 | — | — | — |

Comment:
This test utilizes a real-time reverse-transcriptase polymerase chain reaction test from Abbott Molecular Systems to amplify a portion of the pol/integrase region of the HIV-1 genome. This test is intended for use in conjunction with clinical presentation and other laboratory markers as an indicator of disease prognosis. This test may also be used as an aid in assessing the viral response to antiretroviral treatment as measured by changes in plasma HIV-1 RNA levels. This test should not be used to establish a diagnosis of HIV-1 infection. The lower limit of quantitation is 40 copies/mL (1.60 log cy/mL) and the upper limit of quantitation is 10,000,000 copies/mL (7.00 log cy/mL). The qualitative limit of detection is 20 copies/mL (1.30 log cy/mL).
Specimens reported as DETECTED but <40 cy/mL contain detectable level of HIV-1 RNA but the viral load is below the limit of quantitation. A Not detected result does not rule out infection.
Test performed at War
de Medical Laboratory,
300 W. Textile Rd, Ann Arbor, MI 48108    800-876-6522
William G. Finn, MD - Medical Director

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 224 - WARDE | WARDE MCL REFERENCE LAB | William G. Finn, MD | 300 West Textile Road ANN ARBOR MI 48108 | 04/10/15 1117 - Present |
| 347 - OCLB | OCHSNER MEDICAL CENTER - NEW ORLEANS | Gregory Sossaman, MD | 1516 Jefferson Hwy New Orleans LA 70121 | 04/21/15 1023 - 03/25/19 1044 |
| 393 - BRLB | OCHSNER MEDICAL CENTER - BATON ROUGE | Jeremy Spencer, M.D. | 17000 Medical Center Drive Baton Rouge LA 70816 | 09/14/17 1554 - Present |

## Radiology Results

X-Ray Chest AP Portable [407930257]                          Resulted: 02/26/19 1450, Result status: Final result

Ordering provider: Rodney W. Tregle Jr., MD 02/26/19 1419       Resulted by: R. Reece Newsome Sr., MD
Performed: 02/26/19 1446 - 02/26/19 1446                        Accession number: 29681318
Resulting lab: MMODEL FLUENCY
Narrative:
EXAMINATION:
XR CHEST AP PORTABLE

Generated on 6/7/19 10:41 AM                                                            Page 163

**Lincoln/Lee 1535**

**Labs/Diagnostics - 02/26/2019**

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 |
| Continuity of Care | Adm: 2/26/2019 |

## Radiology Results (continued)

**X-Ray Chest AP Portable [407930257] (continued)**                    Resulted: 02/26/19 1450, Result status: Final result

CLINICAL HISTORY:
Sepsis;

COMPARISON:
02/11/2019

FINDINGS:
A left subclavian venous line remains in place.  The size of the heart is normal. The lungs are clear. There is no pneumothorax.  The costophrenic angles are sharp.

Impression:

1. The lungs are clear.
2. A left subclavian venous line remains in place.
.

Electronically signed by:  Robert Newsome, MD
Date:                         02/26/2019
Time:                         14:50

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 396 - FFI | MMODEL FLUENCY | n/a | n/a | 01/15/18 0931 - Present |

## All Cardiac Results

**CARDIAC MONITORING STRIPS [408218214]**                    Resulted: 02/26/19 0000, Result status: Final result

Ordering provider:  Historical Provider, MD  02/26/19 0000

**EKG 12-LEAD [408218215]**                    Resulted: 02/26/19 0000, Result status: Final result

Ordering provider:  Historical Provider, MD  02/26/19 0000

**CARDIAC MONITORING STRIPS [411285239]**                    Resulted: 02/26/19 0000, Result status: Final result

Ordering provider:  Historical Provider, MD  02/26/19 0000

**EKG 12-lead [406164617]**                    Resulted: 02/27/19 1359, Result status: Final result

Ordering provider: Ashlyn Kidd Bergeron, MD 02/26/19 1353    Resulting lab: OCHS GE MUSE
Narrative:
Test Reason : R07.9,

Vent. Rate : 100 BPM    Atrial Rate : 100 BPM
 P-R Int : 144 ms        QRS Dur : 070 ms
 QT Int : 322 ms         P-R-T Axes : 049 039 024 degrees
 QTc Int : 415 ms

Normal sinus rhythm
Minimal voltage criteria for LVH, may be normal variant
Nonspecific T wave abnormality
Abnormal ECG
When compared with ECG of 25-JAN-2019 09:32,
Vent. rate has increased BY  42 BPM
Nonspecific T wave abnormality now evident in Anterior-lateral leads

Generated on 6/7/19 10:41 AM                                            Page 164

**Lincoln/Lee 1536**

**Labs/Diagnostics - 02/26/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 | |
| Continuity of Care | Adm: 2/26/2019 | |

## All Cardiac Results (continued)

**EKG 12-lead [406164617] (continued)**                Resulted: 02/27/19 1359, Result status: Final result

Confirmed by MENDOZA  MD, DOUGLAS K (229) on 2/27/2019 1:59:17 PM

Referred By: RONALD DELRIE          Confirmed By:DOUGLAS K MENDOZA  MD
**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| --- | --- | 02/26/19 1401 |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 16 - GEMUSE | OCHS GE MUSE | N/A | N/A | 05/04/15 1620 - Present |

## Procedure Results

**Critical Care [407930270]**                Resulted: 02/26/19 1419, Result status: Final result

Ordering provider: Leo Verlander Jr., MD  02/26/19 1801
Narrative:
Leo Verlander Jr., MD    2/28/2019  7:21 AM
Critical Care
Date/Time: 2/26/2019 6:01 PM
Performed by: Leo Verlander Jr., MD
Authorized by: Leo Verlander Jr., MD
Direct patient critical care time: 12 minutes
Additional history critical care time: 12 minutes
Ordering / reviewing critical care time: 12 minutes
Documentation critical care time: 12 minutes
Consulting other physicians critical care time: 12 minutes
Total critical care time (exclusive of procedural time) : 60 minutes
Critical care time was exclusive of separately billable procedures and
treating other patients and teaching time.
Critical care was necessary to treat or prevent imminent or
life-threatening deterioration of the following conditions: neutropenic
fever.
Critical care was time spent personally by me on the following activities:
blood draw for specimens, development of treatment plan with patient or
surrogate, discussions with consultants, interpretation of cardiac output
measurements, evaluation of patient's response to treatment, examination
of patient, obtaining history from patient or surrogate, ordering and
performing treatments and interventions, pulse oximetry, ordering and
review of laboratory studies, ordering and review of radiographic studies,
re-evaluation of patient's condition and review of old charts.

**Lincoln/Lee 1537**

Labs/Diagnostics - 02/11/2019

| BRMH PERIOP SERVICES | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008139381 | |
| Continuity of Care | Adm: 2/11/2019 | |

### Brief Op Note (continued)

Brief Op Note by Kyle A Jakob, MD at 2/11/2019 8:31 AM (continued)

## Brief Operative Note

### SUMMARY

**Surgery Date:** 2/11/2019

Surgeon(s) and Role:
  * Kyle A Jakob, MD – Primary

Assisting Surgeon: None

**Pre-op Diagnosis:** Diffuse large B-cell lymphoma of intra-abdominal lymph nodes [C83.33]

**Post-op Diagnosis:** Post-Op Diagnosis Codes:
  * Diffuse large B-cell lymphoma of intra-abdominal lymph nodes [C83.33]

Procedure(s) (LRB):
INSERTION, VENOUS ACCESS PORT (N/A)

**Anesthesia:** Local MAC

**Description of the findings of the procedure:** Port-A-Cath placement

**Findings/Key Components:** See op note

**Estimated Blood Loss:** * No values recorded between 2/11/2019 8:01 AM and 2/11/2019 8:31 AM *

**Specimens:**
Specimen (12h ago, onward)
  None

## Discharge Note

### SUMMARY

**Admit Date:** 2/11/2019

**Discharge Date and Time:** 02/11/2019 8:31 AM

**Hospital Course** patient underwent Port-A-Cath placement was discharged postoperatively

**Final Diagnosis:** Post-Op Diagnosis Codes:
  * Diffuse large B-cell lymphoma of intra-abdominal lymph nodes [C83.33]

**Disposition:** Home or Self Care

**Lincoln/Lee 1538**

Labs/Diagnostics - 02/11/2019

| | |
|---|---|
| BRMH PERIOP SERVICES | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:    Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008139381 |
| Continuity of Care | Adm: 2/11/2019 |

## Brief Op Note (continued)

**Brief Op Note by Kyle A Jakob, MD at 2/11/2019  8:31 AM (continued)**

**Follow Up/Patient Instructions:**

**Medications:**
Reconciled Home Medications:

**Medication List**

START taking these medications
**HYDROcodone-acetaminophen** 5-325 mg per tablet
Commonly known as:  NORCO
Take 1 tablet by mouth every 6 (six) hours as needed for Pain.

CHANGE how you take these medications
**allopurinol** 300 MG tablet
Commonly known as:  ZYLOPRIM
Take 1 tablet (300 mg total) by mouth once daily.
What changed:  **when to take this**

CONTINUE taking these medications
**amLODIPine** 5 MG tablet
Commonly known as:  NORVASC
Take 5 mg by mouth once daily.

**citalopram** 20 MG tablet
Commonly known as:  CELEXA
Take 20 mg by mouth once daily.

**ferrous gluconate** 324 mg (37.5 mg iron) Tab
Take 1 tablet by mouth 2 (two) times daily.

**ISENTRESS** 400 mg tablet
Generic drug:  raltegravir
Take 1 tablet (400 mg total) by mouth 2 (two) times daily.

**lisinopril-hydrochlorothiazide** 20-12.5 mg per tablet
Commonly known as:  PRINZIDE,ZESTORETIC
Take 1 tablet by mouth once daily.

**metoprolol tartrate** 50 MG tablet
Commonly known as:  LOPRESSOR
Take 50 mg by mouth 2 (two) times daily.

**omeprazole** 20 MG capsule
Commonly known as:  PRILOSEC

| | |
|---|---|
| Generated on 6/7/19 10:41 AM | Page 102 |

**Lincoln/Lee 1539**

Labs/Diagnostics - 02/11/2019

| | |
|---|---|
| BRMH PERIOP SERVICES | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:        Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008139381 |
| Continuity of Care | Adm: 2/11/2019 |

**Brief Op Note (continued)**

Brief Op Note by Kyle A Jakob, MD at 2/11/2019  8:31 AM (continued)

Take 20 mg by mouth 2 (two) times daily.

**ondansetron** 8 MG Tbdl
Commonly known as:  ZOFRAN-ODT
Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed.

**oxyCODONE** 10 mg Tab immediate release tablet
Commonly known as:  ROXICODONE
Take 1 tablet (10 mg total) by mouth every 4 (four) hours as needed for Pain.

**predniSONE** 20 MG tablet
Commonly known as:  DELTASONE
Take 5 tablets (100 mg total) by mouth once daily. for 10 days

**prochlorperazine** 10 MG tablet
Commonly known as:  COMPAZINE
Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed.

**sulfamethoxazole-trimethoprim 800-160mg** 800-160 mg Tab
Commonly known as:  BACTRIM DS
Take 1 tablet by mouth once daily.

**TRUVADA** 200-300 mg Tab
Generic drug:  emtricitabine-tenofovir 200-300 mg
Take 1 tablet by mouth once daily.

ASK your doctor about these medications
**azithromycin** 600 MG Tab
Commonly known as:  ZITHROMAX
Take 2 tablets (1,200 mg total) by mouth once a week.

## Discharge Procedure Orders
*Diet general*

*Call MD for:  temperature >100.4*

*Call MD for:  persistent nausea and vomiting*

*Call MD for:  severe uncontrolled pain*

*Call MD for:  difficulty breathing, headache or visual disturbances*

*Call MD for:  redness, tenderness, or signs of infection (pain, swelling, redness, odor or*

**Lincoln/Lee 1540**

Labs/Diagnostics - 02/11/2019

| | |
|---|---|
| BRMH PERIOP SERVICES | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:        Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008139381 |
| Continuity of Care | Adm: 2/11/2019 |

## Brief Op Note (continued)

**Brief Op Note by Kyle A Jakob, MD at 2/11/2019  8:31 AM (continued)**

*green/yellow discharge around incision site)*

*Call MD for:  hives*

*Call MD for:  persistent dizziness or light-headedness*

*Call MD for:  extreme fatigue*

*Activity as tolerated*

*Shower on day dressing removed (No bath)*

Follow-up Information
    Kyle A Jakob, MD.
        Specialties:  General Surgery, Bariatrics
        Why:  As needed
        Contact Information:
        16777 MEDICAL CENTER DR
        Baton Rouge LA 70816
        225-761-5200

Electronically signed by Kyle A Jakob, MD on 2/11/2019  8:32 AM

## Operative Notes

**Op Note by Kyle A Jakob, MD at 2/11/2019  8:32 AM**

| | | |
|---|---|---|
| Author:  Kyle A Jakob, MD | Service:  General Surgery | Author Type:  Physician |
| Filed:  2/11/2019  8:33 AM | Status:  Signed | |
| Editor:  Kyle A Jakob, MD (Physician) | | |

DATE:  02/11/2019

PREOPERATIVE DIAGNOSIS:  Lymphoma

POSTOPERATIVE DIAGNOSIS:  Lymphoma

PROCEDURE PERFORMED:  Left subclavian MediPort placement.

ATTENDING SURGEON: Kyle Jakob

ANESTHESIA: Monitored anesthesia care plus local.

ESTIMATED BLOOD LOSS: 10 mL

**Lincoln/Lee 1541**

Labs/Diagnostics - 02/11/2019

| | |
|---|---|
| BRMH PERIOP SERVICES | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:    Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008139381 |
| Continuity of Care | Adm: 2/11/2019 |

### Operative Notes (continued)

**Op Note by Kyle A Jakob, MD at 2/11/2019 8:32 AM (continued)**

FINDINGS: A left subclavian  port placed with tip at junction of superior vena cava and right atrium.

SPECIMEN: None.

DRAINS: None.

COMPLICATIONS: None.

OPERATIVE PROCEDURE: The patient was identified in Preoperative Holding, brought back to the Operating Room, and placed supine on the operating table and padded appropriately. Monitors were applied. Monitored anesthesia care was initiated. The left chest was prepped and draped in the standard sterile surgical fashion. A timeout was performed and all team members present agreed this was the correct procedure on the correct patient. We also confirmed administration of appropriate preoperative antibiotics.

After administration of appropriate local anesthesia, the left subclavian vein was cannulated  with a hollow-bore needle. A guidewire was placed and confirmed to be in correct position by fluoroscopy. An appropriate area for the pocket was chosen, and the incision was anesthetized with lidocaine. A 4 cm transverse skin incision was made. Subcutaneous tissue was divided with Bovie electrocautery.  The catheter was measured for length appropriately and cut. Additional local was administered for the pocket for the port and then the port pocket was created with a mixture of Bovie electrocautery and blunt dissection. The port was tunneled from the incision to the cannulation site with the tunneling device. The port was secured to the investing pectoral fascia with two 3 0 Vicryl sutures. Under fluoroscopic guidance, the split sheath and dilator were placed over the guidewire, and the guidewire and dilator were then removed. The catheter was placed down the split sheath and the sheath was split and peeled away. Fluoroscopy confirmed appropriate position of the catheter, which aspirated and flushed easily. Heparinized saline was instilled in the catheter. The skin incision was closed in layers with deep buried interrupted 3-0 Vicryl and  running subcuticular 4-0 Monocryl. The cannulation incision was closed with a buried interrupted 4-0 Monocryl stitch. A sterile dressing was applied. The patient was transported to the Recovery Room in stable condition. All sponge, instrument and needle counts were correct at the end of the procedure. I was present and scrubbed for the entire case.

Electronically signed by Kyle A Jakob, MD on 2/11/2019  8:33 AM

### Radiology Results

**X-Ray Chest 1 View [404195696]**                    Resulted: 02/11/19 0844, Result status: Final result

| | |
|---|---|
| Ordering provider:  Kyle A Jakob, MD  02/11/19 0830 | Resulted by:  R. Reece Newsome Sr., MD |
| Performed: 02/11/19 0833 - 02/11/19 0840 | Accession number:  29600676 |
| Resulting lab:  MMODEL FLUENCY | |
| Narrative: | |
| EXAMINATION: | |
| XR CHEST 1 VIEW | |

**Lincoln/Lee 1542**

Labs/Diagnostics - 02/11/2019

BRMH PERIOP SERVICES          Lee, Katonia
17000 Medical Center Dr       MRN: 2325810, DOB:        Sex: F
Baton Rouge LA 70816          Acct #: 72008139381
Continuity of Care           Adm: 2/11/2019

## Radiology Results (continued)

**X-Ray Chest 1 View [404195696] (continued)**          Resulted: 02/11/19 0844, Result status: Final result

CLINICAL HISTORY:
port;

COMPARISON:
01/23/2019

FINDINGS:
There has been interval placement of a left subclavian venous line. The tip is in the region of the junction of the superior vena cava with the right atrium. The size of the heart is normal. There is no evidence of an acute pulmonary process. There is no pneumothorax. The costophrenic angles are sharp. There is a radiopaque tube projected over the right side of the abdomen. There is a radiopaque coil projected over the right side of the lumbar spine.

Impression:

1. There has been interval placement of a left subclavian venous line. The tip is in the region of the junction of the superior vena cava with the right atrium. There is no pneumothorax.
2. There is no evidence of an acute pulmonary process.
3. There is a radiopaque tube projected over the right side of the abdomen. There is a radiopaque coil projected over the right side of the lumbar spine.
.

Electronically signed by:  Robert Newsome, MD
Date:                      02/11/2019
Time:                      08:44

**FL Fluoro For Venous Access [404174015]**          Resulted: 02/12/19 0817, Result status: Final result

Ordering provider:  Kyle A Jakob, MD  02/11/19 0812          Resulted by:  RADIOLOGIST, VIRTUAL
Performed:  02/11/19 0840 - 02/11/19 0840          Accession number:  29600680
Resulting lab:  MMODEL FLUENCY
Narrative:
EXAMINATION:
FL FLUORO FOR VENOUS ACCESS

CLINICAL HISTORY:
intra-op;

COMPARISON:
None

FINDINGS:
Fluoroscopy used for procedure. Please see physician notes for details and radiology report with accession #

Fluorscopy time:

Number of images:

Impression:

Please see above.

Electronically signed by:  Virtual Radiologist
Date:                      02/12/2019
Time:                      08:17

**Testing Performed By**

**Lincoln/Lee 1543**

Labs/Diagnostics - 02/11/2019

BRMH PERIOP SERVICES                    Lee, Katonia
17000 Medical Center Dr                 MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                    Acct #: 72008139381
Continuity of Care                      Adm: 2/11/2019

## Radiology Results (continued)

Testing Performed By (continued)

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 396 - FFI | MMODEL FLUENCY | n/a | n/a | 01/15/18 0931 - Present |

**Lincoln/Lee 1544**

Labs/Diagnostics - 01/29/2019

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 |
| Continuity of Care | Adm: 1/22/2019 |

## Operative Notes (continued)

### Op Note by Case Rappelet, PA at 1/29/2019 3:08 PM (continued)

Procedure:  Bone marrow bx

Procedure performed by: Kirsch MD, Rappelet PA-C

Written Informed Consent Obtained: Yes

Specimen Removed:  yes

Estimated Blood Loss:  minimal

Findings: Local anesthesia and moderate sedation were used.

The patient tolerated the procedure well and there were no complications.

Sterile technique was performed in the posterior right iliac, lidocaine was used as a local anesthetic.  Multiple samples taken from the right iliac bone and marrow.  Pt tolerated the procedure well without immediate complications.  Please see radiologist report for details. F/u with PCP and/or ordering physician.

Electronically signed by David S. Kirsch, MD on 1/29/2019  3:19 PM

### Op Note by Case Rappelet, PA at 1/29/2019 4:03 PM

| | | |
|---|---|---|
| Author: Case Rappelet, PA | Service: Radiology | Author Type: Physician Assistant |
| Filed: 1/29/2019 4:04 PM | Status: Signed | |
| Editor: Case Rappelet, PA (Physician Assistant) | | Cosigner: David S. Kirsch, MD at 1/29/2019 4:29 PM |

Pre Op Diagnosis: b cell lymphoma

Post Op Diagnosis: same

Procedure:  LP c chemo

Procedure performed by: Kirsch MD, Rappelet PA-C

Written Informed Consent Obtained: Yes

Specimen Removed:  yes

Estimated Blood Loss:  minimal

Findings: Local anesthesia and moderate sedation were used.

The patient tolerated the procedure well and there were no complications.

Sterile technique was performed in the lower back, lidocaine was used as a local anesthetic.  OP 17 cm of h2o, 11 ccs clear removed and sent to lab.  Intrathecal methotrexate administered as ordered per requesting physician.  Pt tolerated the procedure well without immediate complications.  Please see radiologist report for

| | |
|---|---|
| Generated on 6/7/19 10:40 AM | Page 44 |

**Lincoln/Lee 1545**

**Labs/Diagnostics - 01/29/2019**

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 |
| Continuity of Care | Adm: 1/22/2019 |

## Operative Notes (continued)

**Op Note by Case Rappelet, PA at 1/29/2019  4:03 PM (continued)**

details. F/u with PCP and/or ordering physician.

Electronically signed by David S. Kirsch, MD on 1/29/2019  4:29 PM

## Lab Results

CBC with Automated Differential [399825991] (Abnormal)                Resulted: 01/23/19 0121, Result status: Final result

Ordering provider: David M. Ourso, NP  01/23/19 0007        Resulting lab:  OCHSNER MEDICAL CENTER - BATON ROUGE
Narrative:
Fasting

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/23/19 0113 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 5.47 | 3.90 - 12.70 K/uL | — | — |
| RBC | 3.27 | 4.00 - 5.40 M/uL | L | — |
| Hemoglobin | 9.3 | 12.0 - 16.0 g/dL | L | — |
| Hematocrit | 28.5 | 37.0 - 48.5 % | L | — |
| Mean Corpuscular Volume | 87 | 82 - 98 fL | — | — |
| Mean Corpuscular Hemoglobin | 28.4 | 27.0 - 31.0 pg | — | — |
| Mean Corpuscular Hemoglobin Conc | 32.6 | 32.0 - 36.0 g/dL | — | — |
| RDW | 18.7 | 11.5 - 14.5 % | H | — |
| Platelets | 171 | 150 - 350 K/uL | — | — |
| MPV | 10.3 | 9.2 - 12.9 fL | — | — |
| Gran # (ANC) | 3.8 | 1.8 - 7.7 K/uL | — | — |
| Lymph # | 0.9 | 1.0 - 4.8 K/uL | L | — |
| Mono # | 0.8 | 0.3 - 1.0 K/uL | — | — |
| Eos # | 0.1 | 0.0 - 0.5 K/uL | — | — |
| Baso # | 0.01 | 0.00 - 0.20 K/uL | — | — |
| Gran% | 68.9 | 38.0 - 73.0 % | — | — |
| Lymph% | 15.9 | 18.0 - 48.0 % | L | — |
| Mono% | 13.9 | 4.0 - 15.0 % | — | — |
| Eosinophil% | 1.1 | 0.0 - 8.0 % | — | — |
| Basophil% | 0.2 | 0.0 - 1.9 % | — | — |
| Differential Method | Automated | — | — | — |

Basic Metabolic Panel (BMP) [399825986] (Abnormal)                Resulted: 01/23/19 0139, Result status: Final result

Ordering provider: David M. Ourso, NP  01/23/19 0007        Resulting lab:  OCHSNER MEDICAL CENTER - BATON ROUGE
Narrative:
Fasting

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/23/19 0113 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 132 | 136 - 145 mmol/L | L | — |
| Potassium | 3.6 | 3.5 - 5.1 mmol/L | — | — |
| Chloride | 102 | 95 - 110 mmol/L | — | — |

**Lincoln/Lee 1546**

**Labs/Diagnostics - 01/23/2019**

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 |
| Continuity of Care | Adm: 1/22/2019 |

## Lab Results (continued)

Basic Metabolic Panel (BMP) [399825986] (Abnormal) (continued)          Resulted: 01/23/19 0139, Result status: Final result

| | | | | |
|---|---|---|---|---|
| CO2 | 21 | 23 - 29 mmol/L | L | --- |
| Glucose | 86 | 70 - 110 mg/dL | --- | --- |
| BUN, Bld | 8 | 6 - 20 mg/dL | — | — |
| Creatinine | 0.7 | 0.5 - 1.4 mg/dL | --- | --- |
| Calcium | 9.0 | 8.7 - 10.5 mg/dL | --- | --- |
| Anion Gap | 9 | 8 - 16 mmol/L | — | — |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 | --- | --- |
| eGFR if non African American | >60 | >60 mL/min/1.73 m^2 | --- | --- |

Comment:
Calculation used to obtain the estimated glomerular filtration
rate (eGFR) is the CKD-EPI equation.

---

**Magnesium [399825987] (Abnormal)**          Resulted: 01/23/19 0139, Result status: Final result

Ordering provider: David M. Ourso, NP  01/23/19 0007          Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
Narrative:
Fasting

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/23/19 0113 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Magnesium | 1.3 | 1.6 - 2.6 mg/dL | L | --- |

---

**Phosphorus [399825988]**          Resulted: 01/23/19 0139, Result status: Final result

Ordering provider: David M. Ourso, NP  01/23/19 0007          Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
Narrative:
Fasting

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/23/19 0113 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Phosphorus | 3.0 | 2.7 - 4.5 mg/dL | — | — |

---

**PT/INR [399825992] (Abnormal)**          Resulted: 01/23/19 0139, Result status: Final result

Ordering provider: David M. Ourso, NP  01/23/19 0007          Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
Narrative:
Fasting

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/23/19 0113 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Prothrombin Time | 13.8 | 9.0 - 12.5 sec | H | --- |
| INR | 1.3 | 0.8 - 1.2 | H | — |

**Lincoln/Lee 1547**

**Labs/Diagnostics - 01/23/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB:    Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 |
| Continuity of Care | Adm: 1/22/2019 |

## Lab Results (continued)

**PT/INR [399825992] (Abnormal) (continued)**                          Resulted: 01/23/19 0139, Result status: Final result

Comment:
Coumadin Therapy:
2.0 - 3.0 for INR for all indicators except mechanical heart valves
and antiphospholipid syndromes which should use 2.5 - 3.5.

**PTT [399825993] (Abnormal)**                          Resulted: 01/23/19 0139, Result status: Final result

Ordering provider: David M. Ourso, NP  01/23/19 0007          Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
Narrative:
Fasting
**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/23/19 0113 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| aPTT | 36.6 | 21.0 - 32.0 sec | H | --- |

Comment: aPTT therapeutic range = 39-69 seconds

**TSH [399825985]**                          Resulted: 01/23/19 0201, Result status: Final result

Ordering provider: David M. Ourso, NP  01/23/19 0007          Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
Narrative:
Fasting
**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/23/19 0113 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TSH | 1.014 | 0.400 - 4.000 uIU/mL | --- | --- |

**Basic Metabolic Panel (BMP) [399826012] (Abnormal)**                          Resulted: 01/23/19 0544, Result status: Final result

Ordering provider: David M. Ourso, NP  01/23/19 0106          Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/23/19 0414 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 133 | 136 - 145 mmol/L | L | --- |
| Potassium | 4.0 | 3.5 - 5.1 mmol/L | --- | --- |
| Chloride | 102 | 95 - 110 mmol/L | --- | --- |
| CO2 | 23 | 23 - 29 mmol/L | --- | --- |
| Glucose | 81 | 70 - 110 mg/dL | --- | --- |
| BUN, Bld | 8 | 6 - 20 mg/dL | --- | --- |
| Creatinine | 0.7 | 0.5 - 1.4 mg/dL | --- | --- |
| Calcium | 8.9 | 8.7 - 10.5 mg/dL | --- | --- |
| Anion Gap | 8 | 8 - 16 mmol/L | --- | --- |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 | --- | --- |

Generated on 6/7/19 10:40 AM                                                                 Page 47

**Lincoln/Lee 1548**

Labs/Diagnostics - 01/23/2019

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 |
| Continuity of Care | Adm: 1/22/2019 |

## Lab Results (continued)

**Basic Metabolic Panel (BMP) [399826012] (Abnormal) (continued)**     Resulted: 01/23/19 0544, Result status: Final result

| eGFR if non African American | >60 | >60 mL/min/1.73 m^2 | — | — |
|---|---|---|---|---|

Comment:
Calculation used to obtain the estimated glomerular filtration rate (eGFR) is the CKD-EPI equation.

**Urinalysis [399826095] (Abnormal)**     Resulted: 01/23/19 0649, Result status: Final result

Ordering provider: David M. Ourso, NP  01/23/19 0007     Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Urine | — | 01/23/19 0600 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Specimen UA | Urine, Clean Catch | — | — | — |
| Color, UA | Brown | Yellow, Straw, Amber | A | — |
| Appearance, UA | Clear | Clear | — | — |
| pH, UA | SEE COMMENT | 5.0 - 8.0 | — | — |
| Comment: Color may interfere with results | | | | |
| Specific Gravity, UA | SEE COMMENT | 1.005 - 1.030 | — | — |
| Comment: Color may interfere with results | | | | |
| Protein, UA | SEE COMMENT | Negative | — | — |

Comment:
Recommend a 24 hour urine protein or a urine protein/creatinine ratio if globulin induced proteinuria is clinically suspected.
Color may interfere with results

| Glucose, UA | SEE COMMENT | Negative | — | — |
|---|---|---|---|---|
| Comment: Color may interfere with results | | | | |
| Ketones, UA | SEE COMMENT | Negative | — | — |
| Comment: Color may interfere with results | | | | |
| Bilirubin (UA) | SEE COMMENT | Negative | — | — |
| Comment: Color may interfere with results | | | | |
| Occult Blood UA | SEE COMMENT | Negative | — | — |
| Comment: Color may interfere with results | | | | |
| Nitrite, UA | SEE COMMENT | Negative | — | — |
| Comment: Color may interfere with results | | | | |
| Urobilinogen, UA | SEE COMMENT | <2.0 EU/dL | — | — |
| Comment: Color may interfere with results | | | | |
| Leukocytes, UA | SEE COMMENT | Negative | — | — |
| Comment: Color may interfere with results | | | | |

Generated on 6/7/19 10:40 AM     Page 48

**Lincoln/Lee 1549**

**Labs/Diagnostics - 01/23/2019**

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 |
| Continuity of Care | Adm: 1/22/2019 |

## Lab Results (continued)

Urinalysis [399826005] (Abnormal) (continued)                     Resulted: 01/23/19 0649, Result status: Final result

Urinalysis Microscopic [399860969] (Abnormal)                     Resulted: 01/23/19 0652, Result status: Final result

Ordering provider: David M. Ourso, NP  01/23/19 0007      Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| — | — | 01/23/19 0600 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC, UA | 5 | 0 - 5 /hpf | — | — |
| Bacteria | Occasional | None-Occ /hpf | — | — |
| Squam Epithel, UA | 3 | /hpf | — | — |
| Wbc Casts, Ua | 4 | None /lpf | A | — |
| Microscopic Comment | SEE COMMENT | — | — | — |

Comment:
Other formed elements not mentioned in the report are not
present in the microscopic examination.

Hepatic function panel [399826023] (Abnormal)                     Resulted: 01/23/19 0714, Result status: Final result

Ordering provider: David M. Ourso, NP  01/23/19 0106      Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| — | — | 01/23/19 0414 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Total Protein | 6.0 | 6.0 - 8.4 g/dL | — | — |
| Albumin | 1.3 | 3.5 - 5.2 g/dL | L | — |
| Total Bilirubin | 15.1 | 0.1 - 1.0 mg/dL | H | — |

Comment:
For infants and newborns, interpretation of results should be based
on gestational age, weight and in agreement with clinical
observations.
Premature Infant recommended reference ranges:
Up to 24 hours.............<8.0 mg/dL
Up to 48 hours............<12.0 mg/dL
3-5 days..................<15.0 mg/dL
6-29 days.................<15.0 mg/dL

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Bilirubin, Direct | 11.1 | 0.1 - 0.3 mg/dL | H | — |
| AST | 244 | 10 - 40 U/L | H | — |
| ALT | 56 | 10 - 44 U/L | H | — |
| Alkaline Phosphatase | 528 | 55 - 135 U/L | H | — |

CBC with Automated Differential [399826013] (Abnormal)           Resulted: 01/23/19 0745, Result status: Final result

Ordering provider: David M. Ourso, NP  01/23/19 0106      Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/23/19 0414 |

**Lincoln/Lee 1550**

**Labs/Diagnostics - 01/23/2019**

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 |
| Continuity of Care | Adm: 1/22/2019 |

## Lab Results (continued)

CBC with Automated Differential [399826013] (Abnormal) (continued)          Resulted: 01/23/19 0745, Result status: Final result

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 5.85 | 3.90 - 12.70 K/uL | --- | --- |
| RBC | 3.26 | 4.00 - 5.40 M/uL | L | --- |
| Hemoglobin | 9.1 | 12.0 - 16.0 g/dL | L | --- |
| Hematocrit | 28.9 | 37.0 - 48.5 % | L | --- |
| Mean Corpuscular Volume | 89 | 82 - 98 fL | — | — |
| Mean Corpuscular Hemoglobin | 27.9 | 27.0 - 31.0 pg | --- | --- |
| Mean Corpuscular Hemoglobin Conc | 31.5 | 32.0 - 36.0 g/dL | L | — |
| RDW | 18.8 | 11.5 - 14.5 % | H | --- |
| Platelets | 175 | 150 - 350 K/uL | --- | --- |
| MPV | 11.2 | 9.2 - 12.9 fL | — | — |
| Gran # (ANC) | 4.0 | 1.8 - 7.7 K/uL | --- | --- |
| Lymph # | 0.9 | 1.0 - 4.8 K/uL | L | --- |
| Mono # | 0.9 | 0.3 - 1.0 K/uL | — | — |
| Eos # | 0.1 | 0.0 - 0.5 K/uL | --- | --- |
| Baso # | 0.01 | 0.00 - 0.20 K/uL | — | — |
| Gran% | 68.5 | 38.0 - 73.0 % | --- | --- |
| Lymph% | 14.9 | 18.0 - 48.0 % | L | --- |
| Mono% | 16.1 | 4.0 - 15.0 % | H | — |
| Eosinophil% | 1.0 | 0.0 - 8.0 % | --- | --- |
| Basophil% | 0.2 | 0.0 - 1.9 % | --- | --- |
| Platelet Estimate | Appears normal | — | — | — |
| Aniso | Slight | — | — | — |
| Poik | Slight | --- | --- | --- |
| Target Cells | Occasional | --- | --- | --- |
| Stomatocytes | Present | — | — | — |
| Schistocytes | Present | --- | --- | --- |
| Differential Method | Automated | --- | --- | --- |

Lipid panel [399825989] (Abnormal)          Resulted: 01/23/19 1056, Result status: Final result

Ordering provider: David M. Ourso, NP  01/23/19 0007          Resulting lab: OCHSNER MEDICAL CENTER - NEW ORLEANS
Narrative:
Fasting

### Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/23/19 0113 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Cholesterol | 304 | 120 - 199 mg/dL | H | --- |

Comment:
The National Cholesterol Education Program (NCEP) has set the
following guidelines (reference ranges) for Cholesterol:
Optimal.....................<200 mg/dL
Borderline High............200-239 mg/dL
High........................> or = 240 mg/dL
*Result may be interfered by hyperbilirubinemia

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Triglycerides | 167 | 30 - 150 mg/dL | H | --- |

Comment:
The National Cholesterol Education Program (NCEP) has set the
following guidelines (reference values) for triglycerides:
Normal.....................<150 mg/dL

**Lincoln/Lee 1551**

**Labs/Diagnostics - 01/23/2019**

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:         Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 |
| Continuity of Care | Adm: 1/22/2019 |

## Lab Results (continued)

Lipid panel [399825989] (Abnormal) (continued)                    Resulted: 01/23/19 1056, Result status: Final result

Borderline High............150-199 mg/dL
High.......................200-499 mg/dL
*Result may be interfered by hyperbilirubinemia

| | | | | |
|---|---|---|---|---|
| HDL | 5 | 40 - 75 mg/dL | L | --- |

Comment:
The National Cholesterol Education Program (NCEP) has set the
following guidelines (reference values) for HDL Cholesterol:
Low...............<40 mg/dL
Optimal...........>60 mg/dL

| | | | | |
|---|---|---|---|---|
| LDL Cholesterol | 265.6 | 63.0 - 159.0 mg/dL | H | --- |

Comment:
The National Cholesterol Education Program (NCEP) has set the
following guidelines (reference values) for LDL Cholesterol:
Optimal......................<130 mg/dL
Borderline High...............130-159 mg/dL
High..........................160-189 mg/dL
Very High.....................>190 mg/dL

| | | | | |
|---|---|---|---|---|
| Hdl/Cholesterol Ratio | 1.6 | 20.0 - 50.0 % | L | --- |
| Total Cholesterol/HDL Ratio | 60.8 | 2.0 - 5.0 | H | --- |
| Non-HDL Cholesterol | 299 | mg/dL | --- | --- |

Comment:
Risk category and Non-HDL cholesterol goals:
Coronary heart disease (CHD)or equivalent (10-year risk of CHD >20%):
Non-HDL cholesterol goal    <130 mg/dL
Two or more CHD risk factors and 10-year risk of CHD <= 20%:
Non-HDL cholesterol goal    <160 mg/dL
0 to 1 CHD risk factor:
Non-HDL cholesterol goal    <190 mg/dL

**Hemoglobin A1c [399825990]**                              Resulted: 01/23/19 1107, Result status: Final result

Ordering provider: David M. Ourso, NP  01/23/19 0007          Resulting lab: OCHSNER MEDICAL CENTER - NEW ORLEANS
Narrative:
Fasting

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/23/19 0113 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Hemoglobin A1C | 4.4 | 4.0 - 5.6 % | --- | --- |

Comment:
ADA Screening Guidelines:
5.7-6.4%  Consistent with prediabetes
>or=6.5%  Consistent with diabetes
High levels of fetal hemoglobin interfere with the HbA1C
assay. Heterozygous hemoglobin variants (HbS, HgC, etc)do
not significantly interfere with this assay.
However, presence of multiple variants may affect accuracy.

| | | | | |
|---|---|---|---|---|
| Estimated Avg Glucose | 80 | 68 - 131 mg/dL | --- | --- |

Generated on 6/7/19 10:40 AM                                                                                    Page 51

**Lincoln/Lee 1552**

**Labs/Diagnostics - 01/23/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 | |
| Continuity of Care | Adm: 1/22/2019 | |

## Lab Results (continued)

**Hemoglobin A1c [399825990] (continued)**                Resulted: 01/23/19 1107, Result status: Final result

---

**Uric acid [399860972]**                                Resulted: 01/23/19 1343, Result status: Final result

Ordering provider: Ena J. Lacy, NP  01/23/19 1244        Resulting lab:  OCHSNER MEDICAL CENTER - BATON ROUGE
**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/23/19 1305 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Uric Acid | 2.4 | 2.4 - 5.7 mg/dL | --- | --- |

**Lactate dehydrogenase [399860965] (Abnormal)**        Resulted: 01/23/19 1345, Result status: Final result

Ordering provider: Ena J. Lacy, NP  01/23/19 1239        Resulting lab:  OCHSNER MEDICAL CENTER - BATON ROUGE
**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/23/19 1305 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| LD | 660 | 110 - 260 U/L | H | --- |

  Comment: Results are increased in hemolyzed samples.

**Rapid HIV [399860969] (Abnormal)**                    Resulted: 01/23/19 1346, Result status: Final result

Ordering provider: Ena J. Lacy, NP  01/23/19 1242        Resulting lab:  OCHSNER MEDICAL CENTER - BATON ROUGE
**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/23/19 1305 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HIV Rapid Testing | Positive | Negative | A | --- |

**Lipase [399860968] (Abnormal)**                       Resulted: 01/23/19 1605, Result status: Final result

Ordering provider: David M. Ourso, NP  01/23/19 0106     Resulting lab:  OCHSNER MEDICAL CENTER - BATON ROUGE
**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| — | — | 01/23/19 0414 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Lipase | 73 | 4 - 60 U/L | H | --- |

**CBC with Automated Differential [400116395] (Abnormal)**   Resulted: 01/24/19 0602, Result status: Final result

Ordering provider: David M. Ourso, NP  01/24/19 0106     Resulting lab:  OCHSNER MEDICAL CENTER - BATON ROUGE
**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/24/19 0506 |

---

Generated on 6/7/19 10:40 AM                                                              Page 52

**Lincoln/Lee 1553**

**Labs/Diagnostics - 01/23/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 | |
| Continuity of Care | Adm: 1/22/2019 | |

## Lab Results (continued)

CBC with Automated Differential [400116395] (Abnormal) (continued)　　　Resulted: 01/24/19 0602, Result status: Final result

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 4.42 | 3.90 - 12.70 K/uL | — | — |
| RBC | 3.29 | 4.00 - 5.40 M/uL | L | — |
| Hemoglobin | 9.5 | 12.0 - 16.0 g/dL | L | — |
| Hematocrit | 28.9 | 37.0 - 48.5 % | L | — |
| Mean Corpuscular Volume | 88 | 82 - 98 fL | — | — |
| Mean Corpuscular Hemoglobin | 28.9 | 27.0 - 31.0 pg | — | — |
| Mean Corpuscular Hemoglobin Conc | 32.9 | 32.0 - 36.0 g/dL | — | — |
| RDW | 18.7 | 11.5 - 14.5 % | H | — |
| Platelets | 169 | 150 - 350 K/uL | — | — |
| MPV | 10.4 | 9.2 - 12.9 fL | — | — |
| Gran # (ANC) | 3.6 | 1.8 - 7.7 K/uL | — | — |
| Lymph # | 0.6 | 1.0 - 4.8 K/uL | L | — |
| Mono # | 0.3 | 0.3 - 1.0 K/uL | — | — |
| Eos # | 0.0 | 0.0 - 0.5 K/uL | — | — |
| Baso # | 0.00 | 0.00 - 0.20 K/uL | — | — |
| Gran% | 81.0 | 38.0 - 73.0 % | H | — |
| Lymph% | 12.4 | 18.0 - 48.0 % | L | — |
| Mono% | 6.6 | 4.0 - 15.0 % | — | — |
| Eosinophil% | 0.0 | 0.0 - 8.0 % | — | — |
| Basophil% | 0.0 | 0.0 - 1.9 % | — | — |
| Differential Method | Automated | — | — | — |

Basic Metabolic Panel (BMP) [399861008] (Abnormal)　　　Resulted: 01/24/19 0628, Result status: Final result

Ordering provider: David M. Ourso, NP  01/24/19 0106　　　Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

### Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/24/19 0506 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 130 | 136 - 145 mmol/L | L | — |
| Potassium | 3.9 | 3.5 - 5.1 mmol/L | — | — |
| Chloride | 101 | 95 - 110 mmol/L | — | — |
| CO2 | 21 | 23 - 29 mmol/L | L | — |
| Glucose | 119 | 70 - 110 mg/dL | H | — |
| BUN, Bld | 10 | 6 - 20 mg/dL | — | — |
| Creatinine | 0.7 | 0.5 - 1.4 mg/dL | — | — |
| Calcium | 8.6 | 8.7 - 10.5 mg/dL | L | — |
| Anion Gap | 8 | 8 - 16 mmol/L | — | — |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 | — | — |
| eGFR if non African American | >60 | >60 mL/min/1.73 m^2 | — | — |

Comment:
Calculation used to obtain the estimated glomerular filtration rate (eGFR) is the CKD-EPI equation.

Comprehensive metabolic panel [400116397] (Abnormal)　　　Resulted: 01/24/19 1004, Result status: Final result

Ordering provider: Ena J. Lacy, NP  01/24/19 0849　　　Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
### Specimen Collection

**Lincoln/Lee 1554**

**Labs/Diagnostics - 01/23/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 | |
| Continuity of Care | Adm: 1/22/2019 | |

## Lab Results (continued)

Comprehensive metabolic panel [400116397] (Abnormal) (continued)    Resulted: 01/24/19 1004, Result status: Final result

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/24/19 0855 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 134 | 136 - 145 mmol/L | L | — |
| Potassium | 4.3 | 3.5 - 5.1 mmol/L | — | — |
| Chloride | 101 | 95 - 110 mmol/L | — | — |
| CO2 | 22 | 23 - 29 mmol/L | L | — |
| Glucose | 114 | 70 - 110 mg/dL | H | — |
| BUN, Bld | 12 | 6 - 20 mg/dL | — | — |
| Creatinine | 0.8 | 0.5 - 1.4 mg/dL | — | — |
| Calcium | 9.1 | 8.7 - 10.5 mg/dL | — | — |
| Total Protein | 6.7 | 6.0 - 8.4 g/dL | — | — |
| Albumin | 1.3 | 3.5 - 5.2 g/dL | L | — |
| Total Bilirubin | 16.1 | 0.1 - 1.0 mg/dL | H | — |

Comment:
For infants and newborns, interpretation of results should be based
on gestational age, weight and in agreement with clinical
observations.
Premature Infant recommended reference ranges:
Up to 24 hours.............<8.0 mg/dL
Up to 48 hours............<12.0 mg/dL
3-5 days.................<15.0 mg/dL
6-29 days.................<15.0 mg/dL

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Alkaline Phosphatase | 627 | 55 - 135 U/L | H | — |
| AST | 202 | 10 - 40 U/L | H | — |
| ALT | 61 | 10 - 44 U/L | H | — |
| Anion Gap | 11 | 8 - 16 mmol/L | — | — |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 | — | — |
| eGFR if non African American | >60 | >60 mL/min/1.73 m^2 | — | — |

Comment:
Calculation used to obtain the estimated glomerular filtration
rate (eGFR) is the CKD-EPI equation.

Uric acid [400116404] (Abnormal)    Resulted: 01/24/19 1016, Result status: Final result

Ordering provider: Cheree S. Bodden, NP  01/24/19 0936    Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/24/19 0855 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Uric Acid | 1.3 | 2.4 - 5.7 mg/dL | L | — |

Bilirubin, direct [400116407] (Abnormal)    Resulted: 01/24/19 1016, Result status: Final result

Ordering provider: Cheree S. Bodden, NP  01/24/19 0936    Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|

**Lincoln/Lee 1555**

**Labs/Diagnostics - 01/23/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 | |
| Continuity of Care | Adm: 1/22/2019 | |

## Lab Results (continued)

Bilirubin, direct [400116407] (Abnormal) (continued)          Resulted: 01/24/19 1016, Result status: Final result

----            ----            01/24/19 0855

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Bilirubin, Direct | 11.8 | 0.1 - 0.3 mg/dL | H | ---- |

**Hepatitis B core antibody, total [399860976]**          Resulted: 01/24/19 1218, Result status: Final result

Ordering provider: Cheree S. Bodden, NP  01/23/19 1323          Resulting lab: OCHSNER MEDICAL CENTER - NEW ORLEANS
Narrative:
Collection has been rescheduled by RTJ at 01/23/2019 13:27 Reason:
add on

#### Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/23/19 1305 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Hep B Core Total Ab | Negative | ---- | ---- | ---- |

**Hepatitis panel, acute [399860963]**          Resulted: 01/24/19 1341, Result status: Final result

Ordering provider: Ena J. Lacy, NP  01/23/19 1238          Resulting lab: OCHSNER MEDICAL CENTER - NEW ORLEANS

#### Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/23/19 1305 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Hepatitis B Surface Ag | Negative | — | — | — |
| Hep B C IgM | Negative | ---- | ---- | ---- |
| Hep A IgM | Negative | — | — | — |
| Hepatitis C Ab | Negative | ---- | ---- | ---- |

HIV 1/2 Ag/Ab (4th Gen) [399860976] (Abnormal)          Resulted: 01/24/19 1704, Result status: Final result

Ordering provider: Ena J. Lacy, NP  01/23/19 1238          Resulting lab: OCHSNER MEDICAL CENTER - NEW ORLEANS
Narrative:
Collection has been rescheduled by RTJ at 01/23/2019 14:55 Reason:
Unable to collect
Collection has been rescheduled by RTJ at 01/23/2019 15:45 Reason:
nurse will cancel
Collection has been rescheduled by RTJ at 01/23/2019 16:52 Reason:
Nurse Draw

#### Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| — | — | 01/23/19 2043 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HIV 1/2 Ag/Ab | Positive | Negative | A | ---- |

Comment:
This sample was repeatedly reactive by a 4th generation

---

Generated on 6/7/19 10:40 AM                                                                 Page 55

**Lincoln/Lee 1556**

**Labs/Diagnostics - 01/23/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 | |
| Continuity of Care | Adm: 1/22/2019 | |

## Lab Results (continued)

| HIV 1/2 Ag/Ab (4th Gen) [399860978] (Abnormal) (continued) | Resulted: 01/24/19 1704, Result status: Final result |
|---|---|

HIV screening method. See HIV1/2 Supplemental Assay result.

| HIV 1/2 Supplemental Assay [400116424] (Abnormal) | Resulted: 01/24/19 1704, Result status: Final result |
|---|---|

Ordering provider: Ena J. Lacy, NP  01/23/19 1238    Resulting lab: OCHSNER MEDICAL CENTER - NEW ORLEANS

Narrative:
Collection has been rescheduled by RTJ at 01/23/2019 14:55 Reason:
Unable to collect
Collection has been rescheduled by RTJ at 01/23/2019 15:45 Reason:
nurse will cancel
Collection has been rescheduled by RTJ at 01/23/2019 16:52 Reason:
Nurse Draw

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| ---- | ---- | 01/23/19 2043 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HIV-1 Result | Positive | Negative | A | — |
| HIV-2 Result | Negative | Negative | — | — |
| HIV Supplemental Assay Interpretation | HIV-1 Positive | Negative | A | — |

| **Magnesium [400116419]** | Resulted: 01/24/19 1727, Result status: Final result |
|---|---|

Ordering provider: Ena J. Lacy, NP  01/24/19 1644    Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/24/19 0855 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Magnesium | 1.7 | 1.6 - 2.6 mg/dL | — | — |

| CBC with Automated Differential [400116438] (Abnormal) | Resulted: 01/25/19 0446, Result status: Final result |
|---|---|

Ordering provider: David M. Ourso, NP  01/25/19 0106    Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/25/19 0414 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 6.34 | 3.90 - 12.70 K/uL | — | — |
| RBC | 3.38 | 4.00 - 5.40 M/uL | L | — |
| Hemoglobin | 9.7 | 12.0 - 16.0 g/dL | L | — |
| Hematocrit | 29.9 | 37.0 - 48.5 % | L | — |
| Mean Corpuscular Volume | 89 | 82 - 98 fL | — | — |
| Mean Corpuscular Hemoglobin | 28.7 | 27.0 - 31.0 pg | — | — |
| Mean Corpuscular Hemoglobin Conc | 32.4 | 32.0 - 36.0 g/dL | — | — |
| RDW | 19.1 | 11.5 - 14.5 % | H | — |
| Platelets | 200 | 150 - 350 K/uL | — | — |
| MPV | 11.0 | 9.2 - 12.9 fL | — | — |

| Generated on 6/7/19 10:40 AM | Page 56 |
|---|---|

**Lincoln/Lee 1557**

**Labs/Diagnostics - 01/23/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 | |
| Continuity of Care | Adm: 1/22/2019 | |

## Lab Results (continued)

**CBC with Automated Differential [400116436] (Abnormal) (continued)**      Resulted: 01/25/19 0446, Result status: Final result

| | | | | |
|---|---|---|---|---|
| Gran # (ANC) | 5.1 | 1.8 - 7.7 K/uL | — | — |
| Lymph # | 0.6 | 1.0 - 4.8 K/uL | L | — |
| Mono # | 0.7 | 0.3 - 1.0 K/uL | — | — |
| Eos # | 0.0 | 0.0 - 0.5 K/uL | — | — |
| Baso # | 0.00 | 0.00 - 0.20 K/uL | — | — |
| Gran% | 80.5 | 38.0 - 73.0 % | H | — |
| Lymph% | 8.8 | 18.0 - 48.0 % | L | — |
| Mono% | 10.7 | 4.0 - 15.0 % | — | — |
| Eosinophil% | 0.0 | 0.0 - 8.0 % | — | — |
| Basophil% | 0.0 | 0.0 - 1.9 % | — | — |
| Differential Method | Automated | — | — | — |

**CBC auto differential [400116437] (Abnormal)**      Resulted: 01/25/19 0446, Result status: Final result

Ordering provider: Ena J. Lacy, NP  01/25/19 0106      Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/25/19 0414 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 6.34 | 3.90 - 12.70 K/uL | — | — |
| RBC | 3.38 | 4.00 - 5.40 M/uL | L | — |
| Hemoglobin | 9.7 | 12.0 - 16.0 g/dL | L | — |
| Hematocrit | 29.9 | 37.0 - 48.5 % | L | — |
| Mean Corpuscular Volume | 89 | 82 - 98 fL | — | — |
| Mean Corpuscular Hemoglobin | 28.7 | 27.0 - 31.0 pg | — | — |
| Mean Corpuscular Hemoglobin Conc | 32.4 | 32.0 - 36.0 g/dL | — | — |
| RDW | 19.1 | 11.5 - 14.5 % | H | — |
| Platelets | 200 | 150 - 350 K/uL | — | — |
| MPV | 11.0 | 9.2 - 12.9 fL | — | — |
| Gran # (ANC) | 5.1 | 1.8 - 7.7 K/uL | — | — |
| Lymph # | 0.6 | 1.0 - 4.8 K/uL | L | — |
| Mono # | 0.7 | 0.3 - 1.0 K/uL | — | — |
| Eos # | 0.0 | 0.0 - 0.5 K/uL | — | — |
| Baso # | 0.00 | 0.00 - 0.20 K/uL | — | — |
| Gran% | 80.5 | 38.0 - 73.0 % | H | — |
| Lymph% | 8.8 | 18.0 - 48.0 % | L | — |
| Mono% | 10.7 | 4.0 - 15.0 % | — | — |
| Eosinophil% | 0.0 | 0.0 - 8.0 % | — | — |
| Basophil% | 0.0 | 0.0 - 1.9 % | — | — |
| Differential Method | Automated | — | — | — |

**ProTime-INR [400116441] (Abnormal)**      Resulted: 01/25/19 0600, Result status: Final result

Ordering provider: Robbie S. Pitre, PA-C  01/25/19 0106      Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/25/19 0414 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Prothrombin Time | 13.5 | 9.0 - 12.5 sec | H | — |
| INR | 1.3 | 0.8 - 1.2 | H | — |
| Comment | | | | |

**Lincoln/Lee 1558**

Labs/Diagnostics - 01/23/2019

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 | |
| Continuity of Care | Adm: 1/22/2019 | |

## Lab Results (continued)

Protime-INR [400116441] (Abnormal) (continued)               Resulted: 01/25/19 0500, Result status: Final result

Coumadin Therapy:
2.0 - 3.0 for INR for all indicators except mechanical heart valves
and antiphospholipid syndromes which should use 2.5 - 3.5.

**Magnesium [400116442]**               Resulted: 01/25/19 0527, Result status: Final result

Ordering provider: Celeste B. Buuck, NP 01/25/19 0106        Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/25/19 0414 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Magnesium | 1.9 | 1.6 - 2.6 mg/dL | — | — |

Lactate dehydrogenase [400116439] (Abnormal)               Resulted: 01/25/19 0546, Result status: Final result

Ordering provider: Cheree S. Bodden, NP 01/25/19 0106        Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/25/19 0414 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| LD | 617 | 110 - 260 U/L | H | — |

Comment: Results are increased in hemolyzed samples.

Comprehensive metabolic panel [400116438] (Abnormal)               Resulted: 01/25/19 0546, Result status: Final result

Ordering provider: Cheree S. Bodden, NP 01/25/19 0106        Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/25/19 0414 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 131 | 136 - 145 mmol/L | L | — |
| Potassium | 4.6 | 3.5 - 5.1 mmol/L | — | — |
| Chloride | 105 | 95 - 110 mmol/L | — | — |
| CO2 | 20 | 23 - 29 mmol/L | L | — |
| Glucose | 124 | 70 - 110 mg/dL | H | — |
| BUN, Bld | 21 | 6 - 20 mg/dL | H | — |
| Creatinine | 0.8 | 0.5 - 1.4 mg/dL | — | — |
| Calcium | 8.6 | 8.7 - 10.5 mg/dL | L | — |
| Total Protein | 5.9 | 6.0 - 8.4 g/dL | L | — |
| Albumin | 1.3 | 3.5 - 5.2 g/dL | L | — |
| Total Bilirubin | 13.5 | 0.1 - 1.0 mg/dL | H | — |

Comment:
For infants and newborns, interpretation of results should be based
on gestational age. weight and in agreement with clinical
observations.
Premature infant recommended reference ranges:
Up to 24 hours.............<8.0 mg/dL

Generated on 6/7/19 10:40 AM                                                  Page 58

**Lincoln/Lee 1559**

**Labs/Diagnostics - 01/23/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 | |
| Continuity of Care | Adm: 1/22/2019 | |

## Lab Results (continued)

Comprehensive metabolic panel [400116438] (Abnormal) (continued)     Resulted: 01/25/19 0546, Result status: Final result

```
Up to 48 hours...........<12.0 mg/dL
3-5 days.................<15.0 mg/dL
6-29 days................<15.0 mg/dL
```

| | | | | |
|---|---|---|---|---|
| Alkaline Phosphatase | 584 | 55 - 135 U/L | H | --- |
| AST | 155 | 10 - 40 U/L | H | --- |
| ALT | 51 | 10 - 44 U/L | H | --- |
| Anion Gap | 6 | 8 - 16 mmol/L | L | --- |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 | --- | --- |
| eGFR if non African American | >60 | >60 mL/min/1.73 m^2 | --- | --- |

Comment:
Calculation used to obtain the estimated glomerular filtration rate (eGFR) is the CKD-EPI equation.

Uric acid [400116440] (Abnormal)     Resulted: 01/25/19 0546, Result status: Final result

Ordering provider: Cheree S. Bodden, NP  01/25/19 0106     Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/25/19 0414 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Uric Acid | 1.6 | 2.4 - 5.7 mg/dL | L | --- |

Troponin I [400427908]     Resulted: 01/25/19 0938, Result status: Final result

Ordering provider: Ena J. Lacy, NP  01/25/19 0913     Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/25/19 0414 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Troponin I | <0.006 | 0.000 - 0.026 ng/mL | --- | --- |

Comment:
The reference interval for Troponin I represents the 99th percentile cutoff
for our facility and is consistent with 3rd generation assay performance.

CD4 T-Helper Cells [400116414] (Abnormal)     Resulted: 01/25/19 1536, Result status: Final result

Ordering provider: John O. Nnadi, MD  01/24/19 1138     Resulting lab: OCHSNER MEDICAL CENTER - NEW ORLEANS

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/24/19 1248 |

**Components**

**Lincoln/Lee 1560**

**Labs/Diagnostics - 01/23/2019**

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:            Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 |
| Continuity of Care | Adm: 1/22/2019 |

## Lab Results (continued)

**CD4 T-Helper Cells [400116414] (Abnormal) (continued)**          Resulted: 01/25/19 1536, Result status: Final result

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| CD4 % Helper T Cell | 5.7 | 28 - 57 % | L | OCLB |
| Absolute CD4 | 44 | 300 - 1400 cells/ul | L | OCLB |

Comment:
This test was developed and its performance characteristics
determined by Ochsner Clinic Foundation Flow Cytometry Laboratory.
It has not been cleared or approved by the U.S. Food and Drug
Administration. The FDA has determined that such clearance or
approval is not necessary.  This test is used for clinical purposes.
It should not be regarded as investigational or for research.  This
laboratory is certified under CLIA-88 as qualified to perform high
complexity clinical laboratory testing.

**Protime-INR [400636826]**          Resulted: 01/26/19 0605, Result status: Final result

Ordering provider:  Robbie S. Pitre, PA-C  01/26/19 0105          Resulting lab:  OCHSNER MEDICAL CENTER - BATON ROUGE
**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/26/19 0522 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Prothrombin Time | 11.9 | 9.0 - 12.5 sec | — | — |
| INR | 1.1 | 0.8 - 1.2 | — | — |

Comment:
Coumadin Therapy:
2.0 - 3.0 for INR for all indicators except mechanical heart valves
and antiphospholipid syndromes which should use 2.5 - 3.5.

**Uric acid [400636825] (Abnormal)**          Resulted: 01/26/19 0615, Result status: Final result

Ordering provider:  Cheree S. Bodden, NP  01/26/19 0105          Resulting lab:  OCHSNER MEDICAL CENTER - BATON ROUGE
**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/26/19 0522 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Uric Acid | 1.6 | 2.4 - 5.7 mg/dL | L | — |

**Comprehensive metabolic panel [400636830] (Abnormal)**          Resulted: 01/26/19 0718, Result status: Final result

Ordering provider:  Robbie S. Pitre, PA-C  01/26/19 0105          Resulting lab:  OCHSNER MEDICAL CENTER - BATON ROUGE
**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| — | — | 01/26/19 0522 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 134 | 136 - 145 mmol/L | L | — |
| Potassium | 4.3 | 3.5 - 5.1 mmol/L | — | — |
| Chloride | 106 | 95 - 110 mmol/L | — | — |

**Lincoln/Lee 1561**

Labs/Diagnostics - 01/23/2019

BRMH MEDICAL SURGICAL UNIT       Lee, Katonia
17000 Medical Center Dr          MRN: 2325810, DOB:        Sex: F
Baton Rouge LA 70816             Acct #: 72008100192
Continuity of Care               Adm: 1/22/2019

## Lab Results (continued)

Comprehensive metabolic panel [400636830] (Abnormal) (continued)      Resulted: 01/26/19 0716, Result status: Final result

| | | | | |
|---|---|---|---|---|
| CO2 | 20 | 23 - 29 mmol/L | L | --- |
| Glucose | 115 | 70 - 110 mg/dL | H | --- |
| BUN, Bld | 25 | 6 - 20 mg/dL | H | --- |
| Creatinine | 1.0 | 0.5 - 1.4 mg/dL | --- | --- |
| Calcium | 8.8 | 8.7 - 10.5 mg/dL | --- | --- |
| Total Protein | 6.1 | 6.0 - 8.4 g/dL | --- | --- |
| Albumin | 1.5 | 3.5 - 5.2 g/dL | L | --- |
| Total Bilirubin | 8.2 | 0.1 - 1.0 mg/dL | H | --- |

Comment:
For infants and newborns, interpretation of results should be based
on gestational age, weight and in agreement with clinical
observations.
Premature Infant recommended reference ranges:
Up to 24 hours.............<8.0 mg/dL
Up to 48 hours...........<12.0 mg/dL
3-5 days..................<15.0 mg/dL
6-29 days................<15.0 mg/dL

| | | | | |
|---|---|---|---|---|
| Alkaline Phosphatase | 562 | 55 - 135 U/L | H | --- |
| AST | 112 | 10 - 40 U/L | H | --- |
| ALT | 53 | 10 - 44 U/L | H | --- |
| Anion Gap | 8 | 8 - 16 mmol/L | --- | --- |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 | --- | --- |
| eGFR if non African American | >60 | >60 mL/min/1.73 m^2 | --- | --- |

Comment:
Calculation used to obtain the estimated glomerular filtration
rate (eGFR) is the CKD-EPI equation.

CBC with Automated Differential [400636823] (Abnormal)      Resulted: 01/26/19 1041, Result status: Final result

Ordering provider:  David M. Ourso, NP  01/26/19 0105      Resulting lab:  OCHSNER MEDICAL CENTER - BATON ROUGE
**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/26/19 0522 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 7.03 | 3.90 - 12.70 K/uL | --- | --- |
| RBC | 3.75 | 4.00 - 5.40 M/uL | L | --- |
| Hemoglobin | 10.6 | 12.0 - 16.0 g/dL | L | --- |
| Hematocrit | 33.7 | 37.0 - 48.5 % | L | --- |
| Mean Corpuscular Volume | 90 | 82 - 98 fL | --- | --- |
| Mean Corpuscular Hemoglobin | 28.3 | 27.0 - 31.0 pg | --- | --- |
| Mean Corpuscular Hemoglobin Conc | 31.5 | 32.0 - 36.0 g/dL | L | --- |
| RDW | 19.5 | 11.5 - 14.5 % | H | --- |
| Platelets | 227 | 150 - 350 K/uL | --- | --- |
| MPV | 11.4 | 9.2 - 12.9 fL | --- | --- |
| Gran # (ANC) | 5.7 | 1.8 - 7.7 K/uL | --- | --- |
| Lymph # | 0.5 | 1.0 - 4.8 K/uL | L | --- |
| Mono # | 0.8 | 0.3 - 1.0 K/uL | --- | --- |
| Eos # | 0.0 | 0.0 - 0.5 K/uL | --- | --- |
| Baso # | 0.00 | 0.00 - 0.20 K/uL | --- | --- |
| Gran% | 81.7 | 38.0 - 73.0 % | H | --- |
| Lymph% | 7.7 | 18.0 - 48.0 % | L | --- |

Generated on 6/7/19 10:40 AM                                                     Page 61

**Lincoln/Lee 1562**

**Labs/Diagnostics - 01/23/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 | |
| Continuity of Care | Adm: 1/22/2019 | |

## Lab Results (continued)

**CBC with Automated Differential [400636823] (Abnormal) (continued)**    Resulted: 01/26/19 1041, Result status: Final result

| Mono% | 11.2 | 4.0 - 15.0 % | ---- | ---- |
|---|---|---|---|---|
| Eosinophil% | 0.0 | 0.0 - 8.0 % | ---- | ---- |
| Basophil% | 0.0 | 0.0 - 1.9 % | — | — |
| Platelet Estimate | Appears normal | ---- | ---- | ---- |
| Aniso | Slight | — | — | — |
| Poik | Slight | ---- | ---- | ---- |
| Poly | Occasional | — | — | — |
| Hypo | Occasional | ---- | ---- | ---- |
| Ovalocytes | Occasional | ---- | ---- | ---- |
| Target Cells | Occasional | — | — | — |
| Tear Drop Cells | Occasional | ---- | ---- | ---- |
| Stomatocytes | Present | ---- | ---- | ---- |
| Spherocytes | Occasional | — | — | — |
| Schistocytes | Present | ---- | ---- | ---- |
| Differential Method | Automated | — | — | — |

**CBC auto differential [400636824] (Abnormal)**    Resulted: 01/26/19 1041, Result status: Final result

Ordering provider: Ena J. Lacy, NP  01/26/19 0105    Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/26/19 0522 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 7.03 | 3.90 - 12.70 K/uL | ---- | ---- |
| RBC | 3.75 | 4.00 - 5.40 M/uL | L | — |
| Hemoglobin | 10.6 | 12.0 - 16.0 g/dL | L | ---- |
| Hematocrit | 33.7 | 37.0 - 48.5 % | L | — |
| Mean Corpuscular Volume | 90 | 82 - 98 fL | ---- | ---- |
| Mean Corpuscular Hemoglobin | 28.3 | 27.0 - 31.0 pg | ---- | ---- |
| Mean Corpuscular Hemoglobin Conc | 31.5 | 32.0 - 36.0 g/dL | L | — |
| RDW | 19.5 | 11.5 - 14.5 % | H | ---- |
| Platelets | 227 | 150 - 350 K/uL | ---- | ---- |
| MPV | 11.4 | 9.2 - 12.9 fL | — | — |
| Gran # (ANC) | 5.7 | 1.8 - 7.7 K/uL | ---- | ---- |
| Lymph # | 0.5 | 1.0 - 4.8 K/uL | L | — |
| Mono # | 0.8 | 0.3 - 1.0 K/uL | ---- | — |
| Eos # | 0.0 | 0.0 - 0.5 K/uL | ---- | — |
| Baso # | 0.00 | 0.00 - 0.20 K/uL | — | — |
| Gran% | 81.7 | 38.0 - 73.0 % | H | ---- |
| Lymph% | 7.7 | 18.0 - 48.0 % | L | ---- |
| Mono% | 11.2 | 4.0 - 15.0 % | — | — |
| Eosinophil% | 0.0 | 0.0 - 8.0 % | ---- | ---- |
| Basophil% | 0.0 | 0.0 - 1.9 % | — | — |
| Platelet Estimate | Appears normal | ---- | ---- | ---- |
| Aniso | Slight | — | — | — |
| Poik | Slight | ---- | ---- | ---- |
| Poly | Occasional | ---- | ---- | ---- |
| Hypo | Occasional | — | — | — |
| Ovalocytes | Occasional | ---- | ---- | ---- |
| Target Cells | Occasional | — | — | — |
| Tear Drop Cells | Occasional | ---- | ---- | ---- |
| Stomatocytes | Present | ---- | ---- | ---- |
| Spherocytes | Occasional | — | — | — |

**Lincoln/Lee 1563**

**Labs/Diagnostics - 01/23/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 | |
| Continuity of Care | Adm: 1/22/2019 | |

## Lab Results (continued)

CBC auto differential [400636824] (Abnormal) (continued)          Resulted: 01/26/19 1041, Result status: Final result

| Schistocytes | Present | --- | --- | --- |
|---|---|---|---|---|
| Differential Method | Automated | --- | --- | --- |

**Phosphorus [400636847]**          Resulted: 01/27/19 0646, Result status: Final result

Ordering provider: Ronald D. Delrie Jr., MD  01/27/19 0106          Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/27/19 0608 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Phosphorus | 3.1 | 2.7 - 4.5 mg/dL | --- | --- |

Uric acid [400636845] (Abnormal)          Resulted: 01/27/19 0657, Result status: Final result

Ordering provider: Cheree S. Bodden, NP  01/27/19 0106          Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/27/19 0603 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Uric Acid | 1.4 | 2.4 - 5.7 mg/dL | L | --- |

Comprehensive metabolic panel [400636848] (Abnormal)          Resulted: 01/27/19 0657, Result status: Final result

Ordering provider: Ronald D. Delrie Jr., MD  01/27/19 0106          Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/27/19 0603 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 136 | 136 - 145 mmol/L | --- | --- |
| Potassium | 3.9 | 3.5 - 5.1 mmol/L | --- | --- |
| Chloride | 107 | 95 - 110 mmol/L | --- | --- |
| CO2 | 22 | 23 - 29 mmol/L | L | --- |
| Glucose | 121 | 70 - 110 mg/dL | H | --- |
| BUN, Bld | 21 | 6 - 20 mg/dL | H | --- |
| Creatinine | 0.8 | 0.5 - 1.4 mg/dL | --- | --- |
| Calcium | 9.0 | 8.7 - 10.5 mg/dL | --- | --- |
| Total Protein | 5.7 | 6.0 - 8.4 g/dL | L | --- |
| Albumin | 1.5 | 3.5 - 5.2 g/dL | L | --- |
| Total Bilirubin | 5.8 | 0.1 - 1.0 mg/dL | H | --- |

Comment:
For infants and newborns, interpretation of results should be based
on gestational age, weight and in agreement with clinical
observations.
Premature Infant recommended reference ranges:
Up to 24 hours.............<8.0 mg/dL
Up to 48 hours............<12.0 mg/dL
3-5 days.................<15.0 mg/dL
6-29 days.................<15.0 mg/dL

**Lincoln/Lee 1564**

Labs/Diagnostics - 01/23/2019

BRMH MEDICAL SURGICAL UNIT
17000 Medical Center Dr
Baton Rouge LA 70816
Continuity of Care

Lee, Katonia
MRN: 2325810, DOB:
Acct #: 72008100192
Adm: 1/22/2019

Sex: F

## Lab Results (continued)

Comprehensive metabolic panel [400636848] (Abnormal) (continued)    Resulted: 01/27/19 0657, Result status: Final result

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Alkaline Phosphatase | 437 | 55 - 135 U/L | H | ---- |
| AST | 72 | 10 - 40 U/L | H | — |
| ALT | 44 | 10 - 44 U/L | --- | ---- |
| Anion Gap | 7 | 8 - 16 mmol/L | L | ---- |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 | — | — |
| eGFR if non African American | >60 | >60 mL/min/1.73 m^2 | — | — |

Comment:
Calculation used to obtain the estimated glomerular filtration
rate (eGFR) is the CKD-EPI equation.

**Protime-INR [400636846]**    Resulted: 01/27/19 0701, Result status: Final result

Ordering provider: Robbie S. Pitre, PA-C  01/27/19 0106    Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/27/19 0603 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Prothrombin Time | 10.9 | 9.0 - 12.5 sec | --- | --- |
| INR | 1.0 | 0.8 - 1.2 | ---- | ---- |

Comment:
Coumadin Therapy:
2.0 - 3.0 for INR for all indicators except mechanical heart valves
and antiphospholipid syndromes which should use 2.5 - 3.5.

**CBC with Automated Differential [400636843] (Abnormal)**    Resulted: 01/27/19 0730, Result status: Final result

Ordering provider: David M. Ourso, NP  01/27/19 0106    Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/27/19 0603 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 9.16 | 3.90 - 12.70 K/uL | --- | ---- |
| RBC | 3.85 | 4.00 - 5.40 M/uL | L | ---- |
| Hemoglobin | 11.0 | 12.0 - 16.0 g/dL | L | ---- |
| Hematocrit | 33.8 | 37.0 - 48.5 % | L | ---- |
| Mean Corpuscular Volume | 88 | 82 - 98 fL | — | — |
| Mean Corpuscular Hemoglobin | 28.6 | 27.0 - 31.0 pg | --- | ---- |
| Mean Corpuscular Hemoglobin Conc | 32.5 | 32.0 - 36.0 g/dL | --- | ---- |
| RDW | 18.9 | 11.5 - 14.5 % | H | — |
| Platelets | 170 | 150 - 350 K/uL | --- | ---- |
| MPV | 10.6 | 9.2 - 12.9 fL | --- | ---- |
| Gran # (ANC) | 7.8 | 1.8 - 7.7 K/uL | H | ---- |
| Lymph # | 0.5 | 1.0 - 4.8 K/uL | L | ---- |
| Mono # | 0.9 | 0.3 - 1.0 K/uL | — | — |
| Eos # | 0.0 | 0.0 - 0.5 K/uL | --- | ---- |
| Baso # | 0.00 | 0.00 - 0.20 K/uL | --- | ---- |

**Lincoln/Lee 1565**

**Labs/Diagnostics - 01/23/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 | |
| Continuity of Care | Adm: 1/22/2019 | |

## Lab Results (continued)

CBC with Automated Differential [400636843] (Abnormal) (continued)      Resulted: 01/27/19 0730, Result status: Final result

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Gran% | 85.5 | 38.0 - 73.0 % | H | ---- |
| Lymph% | 5.3 | 18.0 - 48.0 % | L | ---- |
| Mono% | 9.9 | 4.0 - 15.0 % | — | — |
| Eosinophil% | 0.0 | 0.0 - 8.0 % | ---- | ---- |
| Basophil% | 0.0 | 0.0 - 1.9 % | ---- | ---- |
| Platelet Estimate | Appears normal | — | — | — |
| Aniso | Moderate | — | — | — |
| Poik | Slight | ---- | ---- | ---- |
| Poly | Occasional | ---- | ---- | ---- |
| Ovalocytes | Occasional | — | — | — |
| Tear Drop Cells | Occasional | ---- | ---- | ---- |
| Stomatocytes | CANCELED | ---- | ---- | ---- |
| Comment: Result canceled by the ancillary. | | | | |
| Spherocytes | Occasional | ---- | ---- | ---- |
| Differential Method | Automated | — | — | — |

CBC auto differential [400636844] (Abnormal)      Resulted: 01/27/19 0730, Result status: Final result

Ordering provider: Ena J. Lacy, NP  01/27/19 0106      Resulting lab:  OCHSNER MEDICAL CENTER - BATON ROUGE

### Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/27/19 0603 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 9.16 | 3.90 - 12.70 K/uL | ---- | ---- |
| RBC | 3.85 | 4.00 - 5.40 M/uL | L | — |
| Hemoglobin | 11.0 | 12.0 - 16.0 g/dL | L | ---- |
| Hematocrit | 33.8 | 37.0 - 48.5 % | L | — |
| Mean Corpuscular Volume | 88 | 82 - 98 fL | ---- | ---- |
| Mean Corpuscular Hemoglobin | 28.6 | 27.0 - 31.0 pg | ---- | ---- |
| Mean Corpuscular Hemoglobin Conc | 32.5 | 32.0 - 36.0 g/dL | — | — |
| RDW | 18.9 | 11.5 - 14.5 % | H | ---- |
| Platelets | 170 | 150 - 350 K/uL | ---- | ---- |
| MPV | 10.6 | 9.2 - 12.9 fL | — | — |
| Gran # (ANC) | 7.8 | 1.8 - 7.7 K/uL | H | ---- |
| Lymph # | 0.5 | 1.0 - 4.8 K/uL | L | — |
| Mono # | 0.9 | 0.3 - 1.0 K/uL | ---- | ---- |
| Eos # | 0.0 | 0.0 - 0.5 K/uL | ---- | ---- |
| Baso # | 0.00 | 0.00 - 0.20 K/uL | — | — |
| Gran% | 85.5 | 38.0 - 73.0 % | H | ---- |
| Lymph% | 5.3 | 18.0 - 48.0 % | L | ---- |
| Mono% | 9.9 | 4.0 - 15.0 % | — | — |
| Eosinophil% | 0.0 | 0.0 - 8.0 % | — | ---- |
| Basophil% | 0.0 | 0.0 - 1.9 % | — | — |
| Platelet Estimate | Appears normal | ---- | ---- | ---- |
| Aniso | Moderate | — | — | — |
| Poik | Slight | ---- | ---- | ---- |
| Poly | Occasional | ---- | ---- | ---- |
| Ovalocytes | Occasional | — | — | — |
| Tear Drop Cells | Occasional | ---- | ---- | ---- |
| Stomatocytes | CANCELED | — | — | — |
| Comment: Result canceled by the ancillary. | | | | |
| Spherocytes | Occasional | ---- | ---- | ---- |
| Differential Method | Automated | — | — | — |

Generated on 6/7/19 10:40 AM      Page 65

**Lincoln/Lee 1566**

**Labs/Diagnostics - 01/23/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 | |
| Continuity of Care | Adm: 1/22/2019 | |

## Lab Results (continued)

CBC auto differential [400636044] (Abnormal) (continued)    Resulted: 01/27/19 0730, Result status: Final result

**Protime-INR [400810395]**    Resulted: 01/28/19 0545, Result status: Final result

Ordering provider: Robbie S. Pitre, PA-C  01/28/19 0106    Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/28/19 0524 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Prothrombin Time | 11.1 | 9.0 - 12.5 sec | ---- | ---- |
| INR | 1.0 | 0.8 - 1.2 | — | — |

Comment:
Coumadin Therapy:
2.0 - 3.0 for INR for all indicators except mechanical heart valves
and antiphospholipid syndromes which should use 2.5 - 3.5.

**Lactate dehydrogenase [400810397] (Abnormal)**    Resulted: 01/28/19 0621, Result status: Final result

Ordering provider: Ronald D. Delrie Jr., MD  01/28/19 0106    Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/28/19 0524 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| LD | 485 | 110 - 260 U/L | H | ---- |

Comment: Results are increased in hemolyzed samples.

**Uric acid [400810394] (Abnormal)**    Resulted: 01/28/19 0630, Result status: Final result

Ordering provider: Cheree S. Bodden, NP  01/28/19 0106    Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/28/19 0524 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Uric Acid | 1.2 | 2.4 - 5.7 mg/dL | L | — |

**Comprehensive metabolic panel [400810396] (Abnormal)**    Resulted: 01/28/19 0633, Result status: Final result

Ordering provider: Ronald D. Delrie Jr., MD  01/28/19 0106    Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/28/19 0524 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 136 | 136 - 145 mmol/L | ---- | ---- |
| Potassium | 3.5 | 3.5 - 5.1 mmol/L | — | — |

**Lincoln/Lee 1567**

**Labs/Diagnostics - 01/23/2019**

BRMH MEDICAL SURGICAL UNIT　　　　　Lee, Katonia
17000 Medical Center Dr　　　　　　　　MRN: 2325810, DOB:　　　Sex: F
Baton Rouge LA 70816　　　　　　　　　Acct #: 72008100192
Continuity of Care　　　　　　　　　　　Adm: 1/22/2019

## Lab Results (continued)

Comprehensive metabolic panel [400810396] (Abnormal) (continued)　　　Resulted: 01/28/19 0633, Result status: Final result

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Chloride | 107 | 95 - 110 mmol/L | — | — |
| CO2 | 22 | 23 - 29 mmol/L | L | — |
| Glucose | 121 | 70 - 110 mg/dL | H | — |
| BUN, Bld | 15 | 6 - 20 mg/dL | — | — |
| Creatinine | 0.7 | 0.5 - 1.4 mg/dL | — | — |
| Calcium | 8.6 | 8.7 - 10.5 mg/dL | L | — |
| Total Protein | 5.3 | 6.0 - 8.4 g/dL | L | — |
| Albumin | 1.4 | 3.5 - 5.2 g/dL | L | — |
| Total Bilirubin | 4.8 | 0.1 - 1.0 mg/dL | H | — |

Comment:
For infants and newborns, interpretation of results should be based
on gestational age, weight and in agreement with clinical
observations.
Premature Infant recommended reference ranges:
Up to 24 hours............<8.0 mg/dL
Up to 48 hours...........<12.0 mg/dL
3-5 days.................<15.0 mg/dL
6-29 days................<15.0 mg/dL

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Alkaline Phosphatase | 314 | 55 - 135 U/L | H | — |
| AST | 53 | 10 - 40 U/L | H | — |
| ALT | 35 | 10 - 44 U/L | — | — |
| Anion Gap | 7 | 8 - 16 mmol/L | L | — |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 | — | — |
| eGFR if non African American | >60 | >60 mL/min/1.73 m^2 | — | — |

Comment:
Calculation used to obtain the estimated glomerular filtration
rate (eGFR) is the CKD-EPI equation.

Uric acid [400810398] (Abnormal)　　　　　　　　　Resulted: 01/28/19 0633, Result status: Final result

Ordering provider:  Ronald D. Delrie Jr., MD  01/28/19 0106　　　Resulting lab:  OCHSNER MEDICAL CENTER - BATON ROUGE
**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/28/19 0524 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Uric Acid | 1.2 | 2.4 - 5.7 mg/dL | L | — |

Phosphorus [400810399] (Abnormal)　　　　　　　　Resulted: 01/28/19 0633, Result status: Final result

Ordering provider:  Ronald D. Delrie Jr., MD  01/28/19 0106　　　Resulting lab:  OCHSNER MEDICAL CENTER - BATON ROUGE
**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/28/19 0524 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Phosphorus | 2.4 | 2.7 - 4.5 mg/dL | L | — |

**Lincoln/Lee 1568**

**Labs/Diagnostics - 01/23/2019**

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 |
| Continuity of Care | Adm: 1/22/2019 |

## Lab Results (continued)

CBC with Automated Differential [400810393] (Abnormal)                    Resulted: 01/28/19 0846, Result status: Final result

Ordering provider: David M. Ourso, NP  01/28/19 0106          Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/28/19 0524 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 7.26 | 3.90 - 12.70 K/uL | — | — |
| RBC | 3.17 | 4.00 - 5.40 M/uL | L | — |
| Hemoglobin | 9.0 | 12.0 - 16.0 g/dL | L | — |
| Hematocrit | 27.9 | 37.0 - 48.5 % | L | — |
| Mean Corpuscular Volume | 88 | 82 - 98 fL | — | — |
| Mean Corpuscular Hemoglobin | 28.4 | 27.0 - 31.0 pg | — | — |
| Mean Corpuscular Hemoglobin Conc | 32.3 | 32.0 - 36.0 g/dL | — | — |
| RDW | 18.6 | 11.5 - 14.5 % | H | — |
| Platelets | 124 | 150 - 350 K/uL | L | — |
| MPV | 11.1 | 9.2 - 12.9 fL | — | — |
| Gran # (ANC) | 6.3 | 1.8 - 7.7 K/uL | — | — |
| Lymph # | 0.5 | 1.0 - 4.8 K/uL | L | — |
| Mono # | 0.5 | 0.3 - 1.0 K/uL | — | — |
| Eos # | 0.0 | 0.0 - 0.5 K/uL | — | — |
| Baso # | 0.00 | 0.00 - 0.20 K/uL | — | — |
| Gran% | 87.1 | 38.0 - 73.0 % | H | — |
| Lymph% | 7.2 | 18.0 - 48.0 % | L | — |
| Mono% | 6.3 | 4.0 - 15.0 % | — | — |
| Eosinophil% | 0.0 | 0.0 - 8.0 % | — | — |
| Basophil% | 0.0 | 0.0 - 1.9 % | — | — |
| Poik | Slight | — | — | — |
| Target Cells | Occasional | — | — | — |
| Tear Drop Cells | Occasional | — | — | — |
| Stomatocytes | Present | — | — | — |
| Spherocytes | Occasional | — | — | — |
| Differential Method | Automated | — | — | — |

HIV RNA, quantitative, PCR [400116413] (Abnormal)                    Resulted: 01/28/19 1232, Result status: Final result

Ordering provider: John O. Nnadi, MD  01/24/19 1138          Resulting lab: WARDE MCL REFERENCE LAB

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/24/19 1248 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HIV-1 RNA, Qual | DETECTED | Not detected | A | — |
| HIV 1 RNA Ultra | 10,869 | <40 Copies/mL | H | — |
| Log HIV Copies/mL | 4.04 | <1.60 Log (10) Copies/mL | H | — |
| HIV UQ Date Received | 1/26/19 | — | — | — |
| HIV UQ Date Reported | 1/28/19 | — | — | — |

Comment:
This test utilizes a real-time reverse-transcriptase
polymerase chain reaction test from Abbott Molecular
Systems to amplify a portion of the pol/integrase region
of the HIV-1 genome. This test is intended for use in
conjunction with clinical presentation and other laboratory
markers as an indicator of disease prognosis.  This test

Generated on 6/7/19 10:40 AM                                                          Page 68

**Lincoln/Lee 1569**

**Labs/Diagnostics - 01/23/2019**

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 |
| Continuity of Care | Adm: 1/22/2019 |

## Lab Results (continued)

HIV RNA, quantitative, PCR [400116413] (Abnormal) (continued)          Resulted: 01/28/19 1232, Result status: Final result

> may also be used as an aid in assessing the viral response
> to antiretroviral treatment as measured by changes in
> plasma HIV-1 RNA levels. This test should not be used to
> establish a diagnosis of HIV-1 infection. The lower limit
> of quantitation is 40 copies/mL (1.60 log cy/mL) and the
> upper limit of quantitation is 10,000,000 copies/mL
> (7.00 log cy/mL). The qualitative limit of detection
> is 20 copies/mL (1.30 log cy/mL).
> Specimens reported as DETECTED but <40 cy/mL contain
> detectable level of HIV-1 RNA but the viral load is below
> the limit of quantitation. A Not detected result does
> not rule out infection.
> Test performed at War
> de Medical Laboratory,
> 300 W. Textile Rd. Ann Arbor, MI  48108      800-876-6522
> William G. Finn, MD  - Medical Director

### Protime-INR [401174529]                          Resulted: 01/29/19 0539, Result status: Final result

Ordering provider: Robbie S. Pitre, PA-C 01/29/19 0106          Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/29/19 0427 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Prothrombin Time | 10.7 | 9.0 - 12.5 sec | --- | --- |
| INR | 1.0 | 0.8 - 1.2 | --- | --- |

> Comment:
> Coumadin Therapy:
> 2.0 - 3.0 for INR for all indicators except mechanical heart valves
> and antiphospholipid syndromes which should use 2.5 - 3.5.

### Uric acid [401174528] (Abnormal)                          Resulted: 01/29/19 0633, Result status: Final result

Ordering provider: Cheree S. Bodden, NP 01/29/19 0106          Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/29/19 0427 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Uric Acid | 1.2 | 2.4 - 5.7 mg/dL | L | --- |

### Comprehensive metabolic panel [401174530] (Abnormal)                          Resulted: 01/29/19 0633, Result status: Final result

Ordering provider: Tyesha A. Taylor, NP 01/29/19 0106          Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/29/19 0427 |

**Components**

**Lincoln/Lee 1570**

**Labs/Diagnostics - 01/23/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 | |
| Continuity of Care | Adm: 1/22/2019 | |

## Lab Results (continued)

Comprehensive metabolic panel [401174530] (Abnormal) (continued)      Resulted: 01/29/19 0633, Result status: Final result

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 137 | 136 - 145 mmol/L | — | — |
| Potassium | 3.8 | 3.5 - 5.1 mmol/L | — | — |
| Chloride | 105 | 95 - 110 mmol/L | — | — |
| CO2 | 27 | 23 - 29 mmol/L | — | — |
| Glucose | 110 | 70 - 110 mg/dL | — | — |
| BUN, Bld | 14 | 6 - 20 mg/dL | — | — |
| Creatinine | 0.7 | 0.5 - 1.4 mg/dL | — | — |
| Calcium | 8.2 | 8.7 - 10.5 mg/dL | L | — |
| Total Protein | 5.3 | 6.0 - 8.4 g/dL | L | — |
| Albumin | 1.5 | 3.5 - 5.2 g/dL | L | — |
| Total Bilirubin | 4.2 | 0.1 - 1.0 mg/dL | H | — |

Comment:
For infants and newborns, interpretation of results should be based
on gestational age, weight and in agreement with clinical
observations.
Premature Infant recommended reference ranges:
Up to 24 hours.............<8.0 mg/dL
Up to 48 hours...........<12.0 mg/dL
3-5 days..................<15.0 mg/dL
6-29 days................<15.0 mg/dL

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Alkaline Phosphatase | 284 | 55 - 135 U/L | H | — |
| AST | 53 | 10 - 40 U/L | H | — |
| ALT | 34 | 10 - 44 U/L | — | — |
| Anion Gap | 5 | 8 - 16 mmol/L | L | — |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 | — | — |
| eGFR if non African American | >60 | >60 mL/min/1.73 m^2 | — | — |

Comment:
Calculation used to obtain the estimated glomerular filtration
rate (eGFR) is the CKD-EPI equation.

CBC with Automated Differential [400810421] (Abnormal)      Resulted: 01/29/19 0904, Result status: Final result

Ordering provider: David M. Ourso, NP  01/29/19 0106      Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/29/19 0427 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 6.79 | 3.90 - 12.70 K/uL | — | — |
| RBC | 2.91 | 4.00 - 5.40 M/uL | L | — |
| Hemoglobin | 8.4 | 12.0 - 16.0 g/dL | L | — |
| Hematocrit | 25.7 | 37.0 - 48.5 % | L | — |
| Mean Corpuscular Volume | 88 | 82 - 98 fL | — | — |
| Mean Corpuscular Hemoglobin | 28.9 | 27.0 - 31.0 pg | — | — |
| Mean Corpuscular Hemoglobin Conc | 32.7 | 32.0 - 36.0 g/dL | — | — |
| RDW | 18.6 | 11.5 - 14.5 % | H | — |
| Platelets | 133 | 150 - 350 K/uL | L | — |
| MPV | 11.2 | 9.2 - 12.9 fL | — | — |
| Gran # (ANC) | 5.6 | 1.8 - 7.7 K/uL | — | — |
| Lymph # | 0.5 | 1.0 - 4.8 K/uL | L | — |
| Mono # | 0.7 | 0.3 - 1.0 K/uL | — | — |

Generated on 6/7/19 10:40 AM      Page 70

**Lincoln/Lee 1571**

Labs/Diagnostics - 01/23/2019

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 | |
| Continuity of Care | Adm: 1/22/2019 | |

## Lab Results (continued)

**CBC with Automated Differential [400810421] (Abnormal) (continued)**        Resulted: 01/29/19 0904, Result status: Final result

| | Value | Reference Range | Flag | |
|---|---|---|---|---|
| Eos # | 0.0 | 0.0 - 0.5 K/uL | --- | --- |
| Baso # | 0.00 | 0.00 - 0.20 K/uL | --- | --- |
| Gran% | 82.5 | 38.0 - 73.0 % | H | --- |
| Lymph% | 7.7 | 18.0 - 48.0 % | L | --- |
| Mono% | 10.5 | 4.0 - 15.0 % | --- | --- |
| Eosinophil% | 0.0 | 0.0 - 8.0 % | --- | --- |
| Basophil% | 0.0 | 0.0 - 1.9 % | --- | --- |
| Poik | Slight | --- | --- | --- |
| Stomatocytes | Present | --- | --- | --- |
| Differential Method | Automated | --- | --- | --- |

**Protein, CSF [401174574] (Abnormal)**        Resulted: 01/29/19 1710, Result status: Final result

Ordering provider: Ronald D. Delrie Jr., MD  01/29/19 1544        Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| CSF (Spinal Fluid) | Cerebrospinal Fluid | 01/29/19 1602 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Protein, CSF | 14 | 15 - 40 mg/dL | L | --- |

Comment:
Infants can have higher CSF protein results due to increased permeability of the blood-brain barrier.

**CSF cell count with differential [401174571] (Abnormal)**        Resulted: 01/29/19 1809, Result status: Final result

Ordering provider: Ronald D. Delrie Jr., MD  01/29/19 1544        Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| CSF (Spinal Fluid) | Cerebrospinal Fluid | 01/29/19 1602 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Heme Aliquot | 1.0 | mL | --- | --- |
| Appearance, CSF | Clear | Clear | --- | --- |
| Color, CSF | Colorless | Colorless | --- | --- |
| WBC, CSF | 0 | 0 - 5 /cu mm | --- | --- |
| RBC, CSF | 4 | 0 /cu mm | A | --- |

**CSF cell count with differential [401174572] (Abnormal)**        Resulted: 01/29/19 1809, Result status: Final result

Ordering provider: Ronald D. Delrie Jr., MD  01/29/19 1544        Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| CSF (Spinal Fluid) | Cerebrospinal Fluid | 01/29/19 1602 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Heme Aliquot | 5.0 | mL | --- | --- |
| Appearance, CSF | Clear | Clear | --- | --- |
| Color, CSF | Colorless | Colorless | --- | --- |
| WBC, CSF | 1 | 0 - 5 /cu mm | --- | --- |

**Lincoln/Lee 1572**

**Labs/Diagnostics - 01/23/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 | |
| Continuity of Care | Adm: 1/22/2019 | |

## Lab Results (continued)

CSF cell count with differential [401174572] (Abnormal) (continued)    Resulted: 01/29/19 1809, Result status: Final result

| | | | | |
|---|---|---|---|---|
| RBC, CSF | 2 | 0 /cu mm | A | — |

**Protime-INR [401429845]**    Resulted: 01/30/19 0609, Result status: Final result

Ordering provider: Robbie S. Pitre, PA-C  01/30/19 0105    Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/30/19 0434 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Prothrombin Time | 10.8 | 9.0 - 12.5 sec | — | — |
| INR | 1.0 | 0.8 - 1.2 | — | — |

Comment:
Coumadin Therapy:
2.0 - 3.0 for INR for all indicators except mechanical heart valves
and antiphospholipid syndromes which should use 2.5 - 3.5.

Uric acid [401429844] (Abnormal)    Resulted: 01/30/19 0610, Result status: Final result

Ordering provider: Cheree S. Bodden, NP  01/30/19 0105    Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/30/19 0434 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Uric Acid | 1.2 | 2.4 - 5.7 mg/dL | L | — |

Comprehensive metabolic panel [401429846] (Abnormal)    Resulted: 01/30/19 0610, Result status: Final result

Ordering provider: Tyesha A. Taylor, NP  01/30/19 0105    Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/30/19 0434 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 138 | 136 - 145 mmol/L | — | — |
| Potassium | 4.1 | 3.5 - 5.1 mmol/L | — | — |
| Chloride | 103 | 95 - 110 mmol/L | — | — |
| CO2 | 26 | 23 - 29 mmol/L | — | — |
| Glucose | 117 | 70 - 110 mg/dL | H | — |
| BUN, Bld | 15 | 6 - 20 mg/dL | — | — |
| Creatinine | 0.7 | 0.5 - 1.4 mg/dL | — | — |
| Calcium | 8.8 | 8.7 - 10.5 mg/dL | — | — |
| Total Protein | 5.8 | 6.0 - 8.4 g/dL | L | — |
| Albumin | 1.7 | 3.5 - 5.2 g/dL | L | — |
| Total Bilirubin | 4.5 | 0.1 - 1.0 mg/dL | H | — |

Comment:
For infants and newborns, interpretation of results should be based
on gestational age, weight and in agreement with clinical
observations.

**Lincoln/Lee 1573**

Labs/Diagnostics - 01/23/2019

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 | |
| Continuity of Care | Adm: 1/22/2019 | |

## Lab Results (continued)

Comprehensive metabolic panel [401429846] (Abnormal) (continued)       Resulted: 01/30/19 0810, Result status: Final result

Premature Infant recommended reference ranges:
Up to 24 hours.............<8.0 mg/dL
Up to 48 hours...........<12.0 mg/dL
3-5 days..................<15.0 mg/dL
6-29 days.................<15.0 mg/dL

| | | | | |
|---|---|---|---|---|
| Alkaline Phosphatase | 278 | 55 - 135 U/L | H | ---- |
| AST | 46 | 10 - 40 U/L | H | — |
| ALT | 33 | 10 - 44 U/L | — | ---- |
| Anion Gap | 9 | 8 - 16 mmol/L | ---- | ---- |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 | — | — |
| eGFR if non African American | >60 | >60 mL/min/1.73 m^2 | ---- | ---- |

Comment:
Calculation used to obtain the estimated glomerular filtration
rate (eGFR) is the CKD-EPI equation.

CBC with Automated Differential [401429843] (Abnormal)                    Resulted: 01/30/19 0813, Result status: Final result

Ordering provider: David M. Ourso, NP  01/30/19 0105          Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/30/19 0434 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 6.66 | 3.90 - 12.70 K/uL | ---- | ---- |
| RBC | 3.12 | 4.00 - 5.40 M/uL | L | — |
| Hemoglobin | 8.9 | 12.0 - 16.0 g/dL | L | ---- |
| Hematocrit | 27.9 | 37.0 - 48.5 % | L | ---- |
| Mean Corpuscular Volume | 89 | 82 - 98 fL | — | — |
| Mean Corpuscular Hemoglobin | 28.5 | 27.0 - 31.0 pg | ---- | ---- |
| Mean Corpuscular Hemoglobin Conc | 31.9 | 32.0 - 36.0 g/dL | L | ---- |
| RDW | 18.6 | 11.5 - 14.5 % | H | — |
| Platelets | 138 | 150 - 350 K/uL | L | ---- |
| MPV | SEE COMMENT | 9.2 - 12.9 fL | — | — |
| Comment: Result not available. | | | | |
| Gran # (ANC) | 5.5 | 1.8 - 7.7 K/uL | — | — |
| Lymph # | 0.4 | 1.0 - 4.8 K/uL | L | ---- |
| Mono # | 0.8 | 0.3 - 1.0 K/uL | ---- | ---- |
| Eos # | 0.0 | 0.0 - 0.5 K/uL | — | — |
| Baso # | 0.00 | 0.00 - 0.20 K/uL | ---- | ---- |
| Gran% | 83.6 | 38.0 - 73.0 % | H | — |
| Lymph% | 5.4 | 18.0 - 48.0 % | L | ---- |
| Mono% | 11.6 | 4.0 - 15.0 % | ---- | ---- |
| Eosinophil% | 0.0 | 0.0 - 8.0 % | — | — |
| Basophil% | 0.0 | 0.0 - 1.9 % | ---- | ---- |
| Differential Method | Automated | ---- | ---- | ---- |

Resulted: 01/30/19 0819, Result status: Edited Result
- FINAL

**Pathologist Review of Laboratory Test [401429848]**

Ordering provider: Ronald D. Delrie Jr., MD  01/29/19 1544          Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
**Specimen Collection**

**Lincoln/Lee 1574**

**Labs/Diagnostics - 01/23/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 | |
| Continuity of Care | Adm: 1/22/2019 | |

## Lab Results (continued)

**Pathologist Review of Laboratory Test [401429848] (continued)**

Resulted: 01/30/19 0819, Result status: Edited Result - FINAL

| Type | Source | Collected On |
|---|---|---|
| ---- | ---- | 01/29/19 1602 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Pathologist Review, Body Fluid | REVISED REPORT | --- | --- | --- |

Comment:
Electronically reviewed and signed by:
Aimee P. Goodier, M.D.
Signed on 01/30/19 at 08:18
Agree with differential. Rare red cells seen, likely contaminant.  No malignant cells seen.
Corrected result; previously reported as REVIEWED on 01/30/2019 at 08:17.
REVISED REPORT, Previously reported as: Agree with differential. Rare red cells seen, likely contaminant.  No malignant cells identified.
(Reported 01/30/2019 08:17)

**Pathologist Review of Laboratory Test [401429850]**

Resulted: 01/30/19 0820, Result status: Final result

Ordering provider: Ronald D. Delrie Jr., MD  01/29/19 1544          Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| — | — | 01/29/19 1602 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Pathologist Review, Body Fluid | REVIEWED | --- | --- | --- |

Comment:
Electronically reviewed and signed by:
Aimee P. Goodier, M.D.
Signed on 01/30/19 at 08:20
Agree with differential. Rare red cells seen, likely contaminant. No malignant cells seen.

**Bone Marrow Prep and Stain [401174550]**

Resulted: 01/30/19 0906, Result status: Final result

Ordering provider: David S. Kirsch, MD  01/29/19 1506          Resulting lab: OCHSNER MEDICAL CENTER - NEW ORLEANS

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Bone Marrow | Bone Marrow | 01/29/19 1509 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Bone Marrow Wright Stain Comment | See Anatomic Pathology bone marrow report. | — | — | OCLB |

**Lincoln/Lee 1575**

Labs/Diagnostics - 01/23/2019

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 |
| Continuity of Care | Adm: 1/22/2019 |

## Lab Results (continued)

### Iron Stain, Bone Marrow [401174552]
Resulted: 01/30/19 0908, Result status: Final result

Ordering provider:  David S. Kirsch, MD  01/29/19 1506          Resulting lab:  OCHSNER MEDICAL CENTER - NEW ORLEANS

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Bone Marrow | Bone Marrow | 01/29/19 1509 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Bone Marrow Iron Stain Comment | See Anatomic Pathology bone marrow report. | ---- | ---- | OCLB |

### Protime-INR [401429864]
Resulted: 01/31/19 0610, Result status: Final result

Ordering provider:  Robbie S. Pitre, PA-C  01/31/19 0105          Resulting lab:  OCHSNER MEDICAL CENTER - BATON ROUGE

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/31/19 0533 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Prothrombin Time | 11.3 | 9.0 - 12.5 sec | ---- | ---- |
| INR | 1.0 | 0.8 - 1.2 | ---- | ---- |

Comment:
Coumadin Therapy:
2.0 - 3.0 for INR for all indicators except mechanical heart valves
and antiphospholipid syndromes which should use 2.5 - 3.5.

### Uric acid [401429863] (Abnormal)
Resulted: 01/31/19 0745, Result status: Final result

Ordering provider:  Cheree S. Bodden, NP  01/31/19 0105          Resulting lab:  OCHSNER MEDICAL CENTER - BATON ROUGE

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/31/19 0533 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Uric Acid | 1.5 | 2.4 - 5.7 mg/dL | L | ---- |

### Comprehensive metabolic panel [401429865] (Abnormal)
Resulted: 01/31/19 0745, Result status: Final result

Ordering provider:  Tyesha A. Taylor, NP  01/31/19 0105          Resulting lab:  OCHSNER MEDICAL CENTER - BATON ROUGE

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/31/19 0533 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 137 | 136 - 145 mmol/L | ---- | ---- |
| Potassium | 4.3 | 3.5 - 5.1 mmol/L | ---- | ---- |

**Lincoln/Lee 1576**

**Labs/Diagnostics - 01/23/2019**

BRMH MEDICAL SURGICAL UNIT
17000 Medical Center Dr
Baton Rouge LA 70816
Continuity of Care

Lee, Katonia
MRN: 2325810, DOB:        Sex: F
Acct #: 72008100192
Adm: 1/22/2019

## Lab Results (continued)

Comprehensive metabolic panel [401429865] (Abnormal) (continued)        Resulted: 01/31/19 0745, Result status: Final result

| | | | | |
|---|---|---|---|---|
| Chloride | 101 | 95 - 110 mmol/L | --- | --- |
| CO2 | 29 | 23 - 29 mmol/L | --- | --- |
| Glucose | 155 | 70 - 110 mg/dL | H | --- |
| BUN, Bld | 17 | 6 - 20 mg/dL | --- | --- |
| Creatinine | 0.7 | 0.5 - 1.4 mg/dL | --- | --- |
| Calcium | 8.6 | 8.7 - 10.5 mg/dL | L | --- |
| Total Protein | 5.3 | 6.0 - 8.4 g/dL | L | --- |
| Albumin | 1.7 | 3.5 - 5.2 g/dL | L | --- |
| Total Bilirubin | 4.0 | 0.1 - 1.0 mg/dL | H | --- |

Comment:
For infants and newborns, interpretation of results should be based
on gestational age, weight and in agreement with clinical
observations.
Premature Infant recommended reference ranges:
Up to 24 hours.............<8.0 mg/dL
Up to 48 hours...........<12.0 mg/dL
3-5 days..................<15.0 mg/dL
6-29 days.................<15.0 mg/dL

| | | | | |
|---|---|---|---|---|
| Alkaline Phosphatase | 222 | 55 - 135 U/L | H | --- |
| AST | 37 | 10 - 40 U/L | --- | --- |
| ALT | 28 | 10 - 44 U/L | --- | --- |
| Anion Gap | 7 | 8 - 16 mmol/L | L | --- |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 | --- | --- |
| eGFR if non African American | >60 | >60 mL/min/1.73 m^2 | --- | --- |

Comment:
Calculation used to obtain the estimated glomerular filtration
rate (eGFR) is the CKD-EPI equation.

Lactate dehydrogenase [401429866] (Abnormal)        Resulted: 01/31/19 0750, Result status: Final result

Ordering provider: Tyesha A. Taylor, NP  01/31/19 0106        Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/31/19 0533 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| LD | 781 | 110 - 260 U/L | H | --- |

Comment: Results are increased in hemolyzed samples.

CBC with Automated Differential [401429862] (Abnormal)        Resulted: 01/31/19 0810, Result status: Final result

Ordering provider: David M. Ourso, NP  01/31/19 0105        Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/31/19 0533 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 4.75 | 3.90 - 12.70 K/uL | --- | --- |
| RBC | 2.84 | 4.00 - 5.40 M/uL | L | --- |

**Lincoln/Lee 1577**

Labs/Diagnostics - 01/23/2019

BRMH MEDICAL SURGICAL UNIT          Lee, Katonia
17000 Medical Center Dr              MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                 Acct #: 72008100192
Continuity of Care                   Adm: 1/22/2019

## Lab Results (continued)

CBC with Automated Differential [401429862] (Abnormal) (continued)    Resulted: 01/31/19 0810, Result status: Final result

| | | | | |
|---|---|---|---|---|
| Hemoglobin | 8.0 | 12.0 - 16.0 g/dL | L | ---- |
| Hematocrit | 25.4 | 37.0 - 48.5 % | L | ---- |
| Mean Corpuscular Volume | 89 | 82 - 98 fL | — | — |
| Mean Corpuscular Hemoglobin | 28.2 | 27.0 - 31.0 pg | --- | ---- |
| Mean Corpuscular Hemoglobin Conc | 31.5 | 32.0 - 36.0 g/dL | L | ---- |
| RDW | 18.3 | 11.5 - 14.5 % | H | — |
| Platelets | 129 | 150 - 350 K/uL | L | ---- |
| MPV | SEE COMMENT | 9.2 - 12.9 fL | — | — |
| Comment: Result not available. | | | | |
| Gran # (ANC) | 4.0 | 1.8 - 7.7 K/uL | — | — |
| Lymph # | 0.5 | 1.0 - 4.8 K/uL | L | ---- |
| Mono # | 0.3 | 0.3 - 1.0 K/uL | --- | ---- |
| Eos # | 0.0 | 0.0 - 0.5 K/uL | — | — |
| Baso # | 0.00 | 0.00 - 0.20 K/uL | --- | ---- |
| Gran% | 85.1 | 38.0 - 73.0 % | H | — |
| Lymph% | 10.5 | 18.0 - 48.0 % | L | ---- |
| Mono% | 6.1 | 4.0 - 15.0 % | --- | ---- |
| Eosinophil% | 0.0 | 0.0 - 8.0 % | — | — |
| Basophil% | 0.0 | 0.0 - 1.9 % | --- | ---- |
| Differential Method | Automated | ---- | ---- | ---- |

Protime-INR [401926855]                                    Resulted: 02/01/19 0620, Result status: Final result

Ordering provider: Robbie S. Pitre, PA-C 02/01/19 0106      Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 02/01/19 0430 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Prothrombin Time | 10.9 | 9.0 - 12.5 sec | --- | ---- |
| INR | 1.0 | 0.8 - 1.2 | ---- | ---- |

Comment:
Coumadin Therapy:
2.0 - 3.0 for INR for all indicators except mechanical heart valves
and antiphospholipid syndromes which should use 2.5 - 3.5.

Uric acid [401926854] (Abnormal)                           Resulted: 02/01/19 0625, Result status: Final result

Ordering provider: Cheree S. Bodden, NP 02/01/19 0106      Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 02/01/19 0430 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Uric Acid | 1.4 | 2.4 - 5.7 mg/dL | L | --- |

Comprehensive metabolic panel [401926856] (Abnormal)       Resulted: 02/01/19 0625, Result status: Final result

Ordering provider: Tyesha A. Taylor, NP 02/01/19 0106      Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
**Specimen Collection**

Generated on 6/7/19 10:40 AM                                                               Page 77

**Lincoln/Lee 1578**

**Labs/Diagnostics - 01/23/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 | |
| Continuity of Care | Adm: 1/22/2019 | |

## Lab Results (continued)

Comprehensive metabolic panel [401926856] (Abnormal) (continued)          Resulted: 02/01/19 0625, Result status: Final result

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 02/01/19 0430 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 137 | 136 - 145 mmol/L | --- | --- |
| Potassium | 3.4 | 3.5 - 5.1 mmol/L | L | --- |
| Chloride | 104 | 95 - 110 mmol/L | --- | --- |
| CO2 | 27 | 23 - 29 mmol/L | --- | --- |
| Glucose | 140 | 70 - 110 mg/dL | H | --- |
| BUN, Bld | 15 | 6 - 20 mg/dL | --- | --- |
| Creatinine | 0.7 | 0.5 - 1.4 mg/dL | --- | --- |
| Calcium | 8.4 | 8.7 - 10.5 mg/dL | L | --- |
| Total Protein | 5.1 | 6.0 - 8.4 g/dL | L | --- |
| Albumin | 1.7 | 3.5 - 5.2 g/dL | L | --- |
| Total Bilirubin | 3.7 | 0.1 - 1.0 mg/dL | H | --- |

Comment:
For infants and newborns, interpretation of results should be based
on gestational age, weight and in agreement with clinical
observations.
Premature Infant recommended reference ranges:
Up to 24 hours.............<8.0 mg/dL
Up to 48 hours...........<12.0 mg/dL
3-5 days.................<15.0 mg/dL
6-29 days................<15.0 mg/dL

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Alkaline Phosphatase | 195 | 55 - 135 U/L | H | --- |
| AST | 33 | 10 - 40 U/L | --- | --- |
| ALT | 29 | 10 - 44 U/L | --- | --- |
| Anion Gap | 6 | 8 - 16 mmol/L | L | --- |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 | --- | --- |
| eGFR if non African American | >60 | >60 mL/min/1.73 m^2 | --- | --- |

Comment:
Calculation used to obtain the estimated glomerular filtration
rate (eGFR) is the CKD-EPI equation.

Lactate dehydrogenase [401926857] (Abnormal)          Resulted: 02/01/19 0646, Result status: Final result

Ordering provider: Tyesha A. Taylor, NP  02/01/19 0106          Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

### Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 02/01/19 0430 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| LD | 475 | 110 - 260 U/L | H | --- |

Comment: Results are increased in hemolyzed samples.

CBC with Automated Differential [401926853] (Abnormal)          Resulted: 02/01/19 0829, Result status: Final result

Ordering provider: David M. Ourso, NP  02/01/19 0106          Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE

### Specimen Collection

**Lincoln/Lee 1579**

**Labs/Diagnostics - 01/23/2019**

| | | |
|---|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 | |
| Continuity of Care | Adm: 1/22/2019 | |

## Lab Results (continued)

CBC with Automated Differential [401926853] (Abnormal) (continued)          Resulted: 02/01/19 0829, Result status: Final result

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 02/01/19 0430 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 4.21 | 3.90 - 12.70 K/uL | --- | --- |
| RBC | 2.65 | 4.00 - 5.40 M/uL | L | --- |
| Hemoglobin | 7.6 | 12.0 - 16.0 g/dL | L | --- |
| Hematocrit | 23.7 | 37.0 - 48.5 % | L | --- |
| Mean Corpuscular Volume | 89 | 82 - 98 fL | --- | --- |
| Mean Corpuscular Hemoglobin | 28.7 | 27.0 - 31.0 pg | --- | --- |
| Mean Corpuscular Hemoglobin Conc | 32.1 | 32.0 - 36.0 g/dL | --- | --- |
| RDW | 18.3 | 11.5 - 14.5 % | H | --- |
| Platelets | 131 | 150 - 350 K/uL | L | --- |
| MPV | SEE COMMENT | 9.2 - 12.9 fL | --- | --- |
| Comment: Result not available. | | | | |
| Gran # (ANC) | 3.8 | 1.8 - 7.7 K/uL | --- | --- |
| Lymph # | 0.4 | 1.0 - 4.8 K/uL | L | --- |
| Mono # | 0.1 | 0.3 - 1.0 K/uL | L | --- |
| Eos # | 0.0 | 0.0 - 0.5 K/uL | --- | --- |
| Baso # | 0.00 | 0.00 - 0.20 K/uL | --- | --- |
| Gran% | 91.0 | 38.0 - 73.0 % | H | --- |
| Lymph% | 8.6 | 18.0 - 48.0 % | L | --- |
| Mono% | 1.4 | 4.0 - 15.0 % | L | --- |
| Eosinophil% | 0.0 | 0.0 - 8.0 % | --- | --- |
| Basophil% | 0.0 | 0.0 - 1.9 % | --- | --- |
| Poik | Slight | --- | --- | --- |
| Ovalocytes | Occasional | --- | --- | --- |
| Target Cells | Occasional | --- | --- | --- |
| Tear Drop Cells | Occasional | --- | --- | --- |
| Differential Method | Automated | --- | --- | --- |

---

**LDH, CSF [401174573]**                           Resulted: 02/01/19 0834, Result status: Final result

Ordering provider: Ronald D. Delrie Jr., MD  01/29/19 1544          Resulting lab: ARUP LABORATORIES

### Specimen Collection

| Type | Source | Collected On |
|---|---|---|
| CSF (Spinal Fluid) | Cerebrospinal Fluid | 01/29/19 1602 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Body Fluid Source, Refrigerated | CSF | --- | --- | --- |
| LDH, CSF | 14 | U/L | --- | --- |

Comment:
INTERPRETIVE INFORMATION: Lactate Dehydrogenase Total, Body Fluid
For information on body fluid reference ranges and/or interpretive guidance visit http://aruplab.com/bodyfluids/
Test developed and characteristics determined by ARUP Laboratories. See Compliance Statement B: aruplab.com/CS
Performed by ARUP Laboratories,
500 Chipeta Way, SLC,UT 84108 800-522-2787
www.aruplab.com, Julio Delgado, MD - Lab. Director

---

**Lincoln/Lee 1580**

**Labs/Diagnostics - 01/23/2019**

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 | |
| Continuity of Care | Adm: 1/22/2019 | |

## Lab Results (continued)

| LDH, CSF [401174573] (continued) | Resulted: 02/01/19 0834, Result status: Final result |
|---|---|

**Leukemia/Lymphoma Screen - Bone Marrow Right Posterior Iliac Crest [401174553]** — Resulted: 02/01/19 1609, Result status: Final result

Ordering provider: David S. Kirsch, MD  01/29/19 1506          Resulting lab: OCHSNER MEDICAL CENTER - NEW ORLEANS

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Bone Marrow | Bone Marrow | 01/29/19 1509 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Clinical Diagnosis - Bone Marrow | LYMPH | --- | --- | OCLB |
| Body Site - Bone Marrow | RPI | — | — | OCLB |
| Bone Marrow Interpretation | No diagnostic abnormal hematopoietic population is detected in this sample. Correlate with marrow morphology and other ancillary studies. | --- | --- | OCLB |

Comment: Interpreted by: Courtney C Jackson, MD, Signed on 02/01/2019 at 16:08

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Bone Marrow Antibodies Analyzed | All analyzed: CD2, CD3, CD4, CD5, CD7, CD8, CD10, CD13, CD19, CD20, CD34, CD38, CD103, KAPPA, Kappa Cytolasmic, LAMBDA, Lambda Cytoplasmic, CD45 and 7AAD. | --- | --- | OCLB |
| Bone Marrow Comment | -- | --- | --- | OCLB |

Comment:
This test was developed and its performance characteristics
determined by Ochsner Clinic Foundation Flow Cytometry Laboratory.
It has not been cleared or approved by the U.S. Food and Drug
Administration. The FDA has determined that such clearance or
approval is not necessary.  This test is used for clinical purposes.
It should not be regarded as investigational or for research.  This
laboratory is certified under CLIA-88 as qualified to perform high
complexity clinical laboratory testing.

Result:
Flow cytometric analysis of bone marrow shows a minute population of nondiagnostic B lymphocytes, and T lymphocytes that
are immunophenotypically unremarkable other than a reversed CD4 to CD8 ratio of approximately 1:4.  The blast gate is not
increased.
   A population of CD38 bright plasma cells shows polytypic cytoplasmic light chain expression. Flow differential:  Lymphocytes

---

Generated on 6/7/19 10:40 AM                                                                                          Page 80

**Lincoln/Lee 1581**

**Labs/Diagnostics - 01/23/2019**

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:         Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 |
| Continuity of Care | Adm: 1/22/2019 |

## Lab Results (continued)

**Leukemia/Lymphoma Screen - Bone Marrow Right Posterior Iliac Crest [401174553] (continued)**

Resulted: 02/01/19 1609, Result status: Final result

7.0%, Monocytes 4.3%, Granulocytes  83.7%, Blast  1.5%, Debris/nRBC 3.2%,  Viability 87.3%.

**Chromosome Analysis, Bone Marrow [401174554]**

Resulted: 02/08/19 1033, Result status: Final result

Ordering provider:  David S. Kirsch, MD  01/29/19 1506          Resulting lab:  MAYO MEDICAL LABORATORY

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Bone Marrow | Bone Marrow | 01/29/19 1509 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Chromosome analysis BM Result Summary | Normal | — | — | — |
| Interpretation | No clonal abnormality was apparent. | — | — | — |
| Results | 46,XX[15] | — | — | — |
| Reason for Referral | H/O Lymphoma | — | — | — |
| Specimen | Bone Marrow | — | — | — |
| Source | Test Not Performed | — | — | — |
| Method | Culture without mitogens | — | — | — |
| Banding Methods, BM Chromosome | SEE BELOW | — | — | — |

Comment:
Band Resolution:
<400

---------------------------------------------------------------

| Stain Name | Cells Analyzed | Cells Counted | Cells Prepared | Karyograms |
|---|---|---|---|---|
| GTL | 15 | 0 | 2 | |
| Total | 15 | 0 | 2 | |

---------------------------------------------------------------

Key to Stain Name: GTL=G-banding; QFQ=Q-banding;
DAPI=DAPI-staining; CBL=C-banding; AGNOR=Silver-staining;
NON=Non-banded
The sum of Cells Analyzed and Cells Counted equals the
total cells examined.

| Chromosome analysis BM Additional Information | SEE BELOW | — | — | — |
|---|---|---|---|---|

Comment:
A portion of testing was performed at Mayo Clinic Labs -
Site #5 Cytogenetics (CLIA # 45D2118789), 3423 Summer Ranch
Dr. Katy, TX 77494.

| Chromosome analysis BM Released By | Rhett P. Ketterling, M.D. | — | — | — |
|---|---|---|---|---|

Comment:
Test Performed by:
Mayo Clinic Laboratories - Rochester Main Campus
200 First Street SW, Rochester, MN 55905

---

Generated on 6/7/19 10:40 AM                                                                 Page 81

**Lincoln/Lee 1582**

**Labs/Diagnostics - 01/23/2019**

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 |
| Continuity of Care | Adm: 1/22/2019 |

## Lab Results (continued)

Chromosome Analysis, Bone Marrow [401174554] (continued)                  Resulted: 02/08/19 1033, Result status: Final result

HIV-1 GenotypR PLUS [400116412] (Abnormal)                  Resulted: 02/08/19 1534, Result status: Final result

Ordering provider: John O. Nnadi, MD  01/24/19 1138          Resulting lab: WARDE MCL REFERENCE LAB

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 01/24/19 1248 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| HIV-1 GenotypeR PLUS | DETECTED | --- | A | --- |

Comment:
HIV Subtype: B

---

Antiretroviral drugs    Resistance  Mutations Detected
Predicted

---

NRTIs
ZDV (zidovudine or Retrovir)    PRB L210W/L
ABC (abacavir or Ziagen)         NO
ddl (didanosine or Videx)        NO
3TC (lamivudine or Epivir)       NO
FTC (emtricitabine or Emtriva)   NO
d4T (stavudine or Zerit)         NO
TDF (tenofovir or Viread)        NO

NNRTIs
ETR (etravirine or Intelence)    NO
EFV (efavirenz or Sustiva)       NO
NVP (nevirapine or Viramune)     NO
RPV (rilpivirine or Edurant)     NO

PIs
FPV (fos-amprenavir or Lexiva)   NO
IDV (indinavir or Crixivan)      NO
NFV (nelfi
navir or Viracept)    NO
SQV (saquinavir or Invirase)     NO
LPV (lopinavir or Kaletra)       NO
ATV (atazanavir or Reyataz)      NO
TPV (tipranavir or Aptivus)      NO
DRV (darunavir or Prezista)      NO

---

PRB = PROBABLE OR EMERGING RESISTANCE
OTHER MUTATIONS DETECTED:
RT GENE MUTATIONS: R211K
PR GENE MUTATIONS: L63P,I93I/L

---

The Quest Diagnostics May 2018 Interpretation Algorithm
The method used in this test is RT-PCR and sequencing
Of the HIV-1 polymerase gene.
The phrases  resistance predicted  and  probable
Or emerging resistance  refer to the application of
The interpretive rules. The FDA has not reviewed
all of the interpretive rules used by the laboratory
to predict drug resistance. FDA may not currently
recognize some of the HIV gene mutations reported as

Generated on 6/7/19 10:40 AM                                                  Page 82

**Lincoln/Lee 1583**

**Labs/Diagnostics - 01/23/2019**

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 |
| Continuity of Care | Adm: 1/22/2019 |

## Lab Results (continued)

HIV-1 GenotypR PLUS [400116412] (Abnormal) (continued)          Resulted: 02/08/19 1534, Result status: Final result

predictive of drug resistance, but the labora
tory
considers these mutations to be associated with
resistance to anti-viral drugs based on current
clinical or scientific studies. The test has been
validated pursuant to CLIA regulations and is not
considered investigational or for research use only.
Treatment decisions should be made in consideration of
All relevant clinical and laboratory findings and the
prescribing information for the drugs.
This test was developed and its analytical
performance characteristics have been determined by
Quest Diagnostics Infectious Disease. It has not been
cleared or approved  by FDA. This assay has been
validated pursuant to the  CLIA regulations and is
used for clinical purposes.
Test Performed at:
Quest Diagnostics Infectious Disease, Inc.
33608 Ortega Highway
San Juan Capistrano, CA  92675-2042    H J Batterman MD

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 216 - MAYO | MAYO MEDICAL LABORATORY | William G Morice II, MD, PhD | 200 1st St Southwest 530 Hilton Bldg ROCHESTER MN 55905 | 03/06/18 1449 - Present |
| 224 - WARDE | WARDE MCL REFERENCE LAB | William G. Finn, MD | 300 West Textile Road ANN ARBOR MI 48108 | 04/10/15 1117 - Present |
| 226 - ARUP | ARUP LABORATORIES | Julio Delgado, M.D. | 500 Chipeta Way SALT LAKE CITY UT 84108 | 08/24/17 1616 - Present |
| 347 - OCLB | OCHSNER MEDICAL CENTER - NEW ORLEANS | Gregory Sossaman, MD | 1516 Jefferson Hwy New Orleans LA 70121 | 04/21/15 1023 - 03/25/19 1044 |
| 393 - BRLB | OCHSNER MEDICAL CENTER - BATON ROUGE | Jeremy Spencer, M.D. | 17000 Medical Center Drive Baton Rouge LA 70816 | 09/14/17 1554 - Present |

## Radiology Results

X-Ray Chest 1 View [399826007]          Resulted: 01/23/19 0821, Result status: Final result

Ordering provider:  David M. Ourso, NP  01/23/19 0007          Resulted by:  David S. Kirsch, MD
Performed:  01/23/19 0538 - 01/23/19 0550          Accession number:  29507747
Resulting lab:  MMODEL FLUENCY
Narrative:
EXAMINATION:
XR CHEST 1 VIEW

CLINICAL HISTORY:
Malignant (primary) neoplasm, unspecified

FINDINGS:

**Lincoln/Lee 1584**

Labs/Diagnostics - 01/23/2019

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 | |
| Continuity of Care | Adm: 1/22/2019 | |

## Radiology Results (continued)

**X-Ray Chest 1 View [399826007] (continued)**                    Resulted: 01/23/19 0821, Result status: Final result

Single view of the chest.

Cardiac silhouette is normal. Atelectasis suspected within the right lower lobe however not fully characterized on single-view and there are no comparison is available. Recommend follow-up dedicated PA and lateral film.. No evidence of pleural effusion or pneumothorax. Bones demonstrate mild degenerative changes. Aorta demonstrates atherosclerotic disease.

Impression:

Atelectasis suspected within the right lower lobe however not fully characterized on single-view and there are no comparison is available. Recommend follow-up dedicated PA and lateral film.

Electronically signed by:  David Kirsch, MD
Date:                      01/23/2019
Time:                      08:21

**X-Ray Abdomen AP 1 View [399826010]**                        Resulted: 01/23/19 0822, Result status: Final result

Ordering provider:  David M. Ourso, NP  01/23/19 0013          Resulted by:  David S. Kirsch, MD
Performed:  01/23/19 0538 - 01/23/19 0550                      Accession number:  29507748
Resulting lab:  MMODEL FLUENCY
Narrative:
EXAMINATION:
XR ABDOMEN AP 1 VIEW

CLINICAL HISTORY:
consitpation;

TECHNIQUE:
Single view of the abdomen was performed.

COMPARISON:
None

FINDINGS:
Nonobstructive bowel gas pattern.  Moderate constipation.

No obvious free air.  No portal venous gas.

Coils are seen in the epigastric region.

No acute fracture. Mild DJD. Lung bases are clear.

Impression:

Moderate constipation.

Electronically signed by:  David Kirsch, MD
Date:                      01/23/2019
Time:                      08:22

**CT Chest Abdoment Pelvis With Contrast [399860970]**            Resulted: 01/23/19 2203, Result status: Final result

Ordering provider:  Ena J. Lacy, NP  01/23/19 1242            Resulted by:  Karl M. Nettles Jr., MD
Performed:  01/23/19 1940 - 01/23/19 2020                     Accession number:  29511542
Resulting lab:  MMODEL FLUENCY
Narrative:
EXAMINATION:

**Lincoln/Lee 1585**

Labs/Diagnostics - 01/23/2019

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 | |
| Continuity of Care | Adm: 1/22/2019 | |

### Radiology Results (continued)

**CT Chest Abdoment Pelvis With Contrast [399860970] (continued)**          Resulted: 01/23/19 2203, Result status: Final result

CT CHEST ABDOMEN PELVIS WITH CONTRAST (XPD)

CLINICAL HISTORY:
Neoplasm: abdomen, other primary, suspected;Neoplasm: pancreas, suspected;

TECHNIQUE:
Low dose axial images, sagittal and coronal reformations were obtained from the thoracic inlet to the pubic synthesis following the oral administration of 75 mL of Omnipaque 350. All CT scans at this facility use dose modulation, iterative reconstruction and/or weight based dosing when appropriate to reduce radiation dose to as low as reasonably achievable.

COMPARISON:
None

FINDINGS:
Thoracic soft tissues: No significant abnormality.

Aorta: Normal in course and caliber, without significant atherosclerotic plaque. There are three branching vessels at the arch.

Heart: Normal in size. No pericardial effusion.

Hila/Mediastinum: No lymphadenopathy.

Lungs: Bandlike opacity involving the lower lobes bilaterally likely relates to atelectasis. There are no dominant pulmonary nodules. No endobronchial or endotracheal lesions.

Liver: The liver is enlarged measuring 22 cm in length. Severe intrahepatic bile duct dilation. There is a necrotic mass closely related to the left lobe of the liver that demonstrates mass effect upon the portal system without definite portal vein thrombosis. The mass likely relates to the head/neck of the pancreas or porta hepatis. It invades the lateral segment of the left lobe of the liver posteriorly.

Gallbladder: Collapsed with wall thickening up to 9 mm.

Bile Ducts: Severe intrahepatic bile duct dilation. It is difficult to define the common hepatic duct and common bile duct.

Pancreas: There is a necrotic mass with central air filled cavitation center upon the head/neck of the pancreas or potentially the porta hepatis/biliary system. The tail of the pancreas is deviated around the inferior margin of the lesion with portions of normal-appearing pancreatic neck closely related to the 2nd and 3rd portions of the duodenum inferiorly. There are embolization coils within the central aspect of the lesion extending anteriorly and inferiorly. Roughly the mass measures 9.1 cm craniocaudal by 8.7 cm transverse by 7.1 cm AP. It invades the lateral segment of the left lobe of the liver. The pancreatic duct is nondilated within the tail measuring 2-3 mm. The lesion causes mass effect upon the portal system without thrombosis. It encases portions of the superior mesenteric artery. There is either an enlarged lymph node are lobular portion of the mass superiorly at the level of T10-T11 measuring 33 mm.

Spleen: Mildly enlarged measuring 12 cm in length.

Adrenals: Unremarkable.

Kidneys/ Ureters: Normal in size and location. Normal concentration and excretion of contrast. No hydronephrosis or nephrolithiasis. No ureteral dilatation.

Bladder: No evidence of wall thickening.

Reproductive organs: Enlargement of the left ovary versus exophytic leiomyoma extending from the uterine fundus measuring 38 mm.

GI Tract/Mesentery: No evidence of bowel obstruction or inflammation.

Peritoneal Space: No ascites. No free air.

Abdominal wall: Unremarkable.

---

**Lincoln/Lee 1586**

Labs/Diagnostics - 01/23/2019

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 |
| Continuity of Care | Adm: 1/22/2019 |

## Radiology Results (continued)

**CT Chest Abdoment Pelvis With Contrast [399860970] (continued)**          Resulted: 01/23/19 2203, Result status: Final result

Vasculature: No significant atherosclerosis or aneurysm.

Bones: No aggressive appearing osseous lesions.

Impression:

1. Large necrotic mass within the upper abdomen closely related to the head of the pancreas and porta hepatis. It could be pancreatic, biliary, or nodal in origin. The mass invades the lateral segment of the left lobe of the liver. It encases branches of this SMA and displaces the portal veins.
2. Severe intrahepatic bile duct dilation. It is difficult to define the common hepatic duct and common bile duct.
3. Enlargement of the left ovary versus an exophytic leiomyoma measuring 38 mm.
4. No evidence of metastatic disease to the chest.


Electronically signed by:   Karl Nettles Jr., MD
Date:                              01/23/2019
Time:                             22:03

**CT Biopsy Bone Marrow (xpd) [400810404]**          Resulted: 01/29/19 1535, Result status: Final result

Ordering provider: Tyesha A. Taylor, NP 01/28/19 1244          Resulted by:  David S. Kirsch, MD
Performed: 01/29/19 1412 - 01/29/19 1524          Accession number: 29536125
Resulting lab: MMODEL FLUENCY
Narrative:
EXAMINATION:
CT BIOPSY BONE MARROW (XPD)

CLINICAL HISTORY:
H/O Lymphoma. Rule out CNS involvement and administer intrathecal prophylactic methotrexate;

TECHNIQUE:
1% lidocaine locally

Operator:Kirsch, M.D.

Complications: None

COMPARISON:
None

FINDINGS:
Procedure: The risks and benefits of this procedure were discussed with the patient, written informed consent was obtained.  The patient was placed prone on the CT gantry.  Preprocedural imaging revealed normal positioning of the iliac crests. A suitable skin site for biopsy was selected. Moderate sedation using versed and fentanyl was provided with and trained observer monitoring the patient's vital signs and level of consciousness. The total time of sedation was 30 minutes.

The skin site was prepped and draped in sterile fashion.  The skin was anesthetized with 1% lidocaine.

Using CT guidance a 11 gauge introducer needle was guided into the right iliac crest. Prior to biopsy appropriate needle positioning was confirmed with CT. 20 cc of marrow aspirate was obtained and given to pathology. Single 11 gauge marrow core biopsy was then obtained and given to pathology.    The needle was removed.

Postprocedural imaging was acquired. The site was bandaged sterilely. The patient left the room in stable condition.

Findings:

1. Preprocedural CT showed appropriate imaging characteristics for right iliac bone marrow aspiration and biopsy.

2. CT-guided biopsy of a right iliac crest with 11 gauge samples acquired.  3. Post procedural CT showed No complication.

**Lincoln/Lee 1587**

**Labs/Diagnostics - 01/23/2019**

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 |
| Continuity of Care | Adm: 1/22/2019 |

### Radiology Results (continued)

**CT Biopsy Bone Marrow (xpd) [400810404] (continued)**  Resulted: 01/29/19 1535, Result status: Final result

Impression:

CT guided marrow aspiration and biopsy from the right iliac crest.

All CT scans at this facility use dose modulation, iterative reconstruction, and/or weight based dosing when appropriate to reduce radiation dose to as low as reasonable achievable.

Electronically signed by:  David Kirsch, MD
Date:                        01/29/2019
Time:                        15:35

**Fl Chemo Administration Intrathecal With Lp [400810407]**  Resulted: 01/29/19 1651, Result status: Final result

Ordering provider:  Tyesha A. Taylor, NP  01/28/19 1244      Resulted by:  David S. Kirsch, MD
Performed:  01/29/19 1541 - 01/29/19 1636                    Accession number:  29540654
Resulting lab:  MMODEL FLUENCY
Narrative:
EXAMINATION:
FL CHEMO ADMINISTRATION INTRATHECAL WITH LP

CLINICAL HISTORY:
Lymphoma Staging;

COMPARISON:
None

TECHNIQUE/FINDINGS:
Procedure, indications, and risks of procedure (including headache, bleeding, infection, pain, seizure, CSF leak, nerve injury/paralysis)discussed with patient and written informed consent was obtained.

Under usual sterile conditions and local anesthetic utilizing lidocaine 1% anesthetic a 20 gauge spinal needle was advanced into the subarachnoid space at the L3/4 interspace.

Opening pressure: 17 cm H2O.

A total of 11 cc of clear colorless CSF obtained and submitted to lab as per requesting physician.

Fluid was sent as directed by primary service.

Intrathecal methotrexate was then administered for total of 12 mg in 12 cc of saline over 5 min.

Procedure was very well tolerated by the patient with no immediate complications.  Post procedure instructions discussed with patient.

Flouro time of 0.3 sec.  One fluoroscopic image was obtained.

Impression:

Successful fluoroscopically guided lumbar puncture and administration of intrathecal methotrexate.

Electronically signed by:  David Kirsch, MD
Date:                        01/29/2019
Time:                        16:51

**Testing Performed By**

Generated on 6/7/19 10:40 AM                                                              Page 87

**Lincoln/Lee 1588**

**Consultations - 02/27/2019**

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 |
| Continuity of Care | Adm: 2/26/2019 |

## Consult Notes (continued)

**Consults by Tyesha A. Taylor, NP at 2/27/2019 12:47 PM (continued)**

Ed workup revealed: WBC 1.45, Hg 8.8, Platelets 107, Na+134, Bili 1.5, Alk Phos 169, lactic acid neg, procal neg, trop neg, UA neg for infection, BC:NGTD, CXR neg, Flu neg

**Oncology Treatment Plan:**
OP R-CHOP Q3W

**Medications:**
**Continuous Infusions:**
**Scheduled Meds:**

| | | | |
|---|---|---|---|
| • allopurinol | 300 mg | Oral | QAM |
| • amLODIPine | 5 mg | Oral | Daily |
| • bictegrav-emtricit-tenofov ala | 1 tablet | Oral | Daily |
| • ceFEPime (MAXIPIME) IVPB | 2 g | Intravenous | Q8H |
| • citalopram | 20 mg | Oral | Daily |
| • ferrous gluconate | 1 tablet | Oral | BID |
| • metoprolol tartrate | 50 mg | Oral | BID |
| • oxyCODONE | 10 mg | Oral | Q12H |
| • pantoprazole | 40 mg | Oral | Daily |
| • vancomycin (VANCOCIN) IVPB | 1,000 mg | Intravenous | Q12H |

**PRN Meds:** ondansetron, oxyCODONE, sodium chloride 0.9%

Review of patient's allergies indicates:
No Known Allergies

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Cancer *lymphoma]* | |
| • Diffuse large B cell lymphoma of duodenum and pancreas | 1/21/2019 |
| • Encounter for blood transfusion | |
| • HIV (human immunodeficiency virus infection) | |
| • Hypertension | |
| • Stomach ulcer *bleeding* | |

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • CESAREAN SECTION | | |
| • ERCP (ENDOSCOPIC RETROGRADE | N/A | 1/25/2019 |

**Lincoln/Lee 1589**

Consultations - 02/27/2019

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:         Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 |
| Continuity of Care | Adm: 2/26/2019 |

## Consult Notes (continued)

Consults by Tyesha A. Taylor, NP at 2/27/2019 12:47 PM (continued)

CHOLANGIOPANCREATOGRAPHY)
*Performed by Janak N. Shah, MD at NOMH ENDO (2ND FLR)*
- ESOPHAGOGASTRODUODENOSCOPY
- INSERTION, VENOUS ACCESS PORT                    Left            2/11/2019
  *Performed by Kyle A Jakob, MD at BRMH OR*

### Family History

| Problem | Relation (Age of Onset) |
|---|---|
| Cancer | Paternal Grandmother |
| Heart disease | Mother |

### Tobacco Use
- Smoking status:          Never Smoker
- Smokeless tobacco:     Never Used

### Substance and Sexual Activity
- Alcohol use:             No
     Frequency:           Never
- Drug use:               No
- Sexual activity:         Not on file

Review of Systems
Constitutional: Positive for activity change, fatigue and fever. Negative for appetite change, chills and diaphoresis.
HENT: Positive for sore throat. Negative for congestion, mouth sores, nosebleeds, trouble swallowing and voice change.
   **Scattered white patches in mouth**
Eyes: Negative for photophobia and visual disturbance.
Respiratory: Negative for cough, choking, chest tightness, shortness of breath, wheezing and stridor.
Cardiovascular: Negative for chest pain, palpitations and leg swelling.
Gastrointestinal: Negative for abdominal distention, abdominal pain, anal bleeding, blood in stool, constipation, diarrhea, nausea, rectal pain and vomiting.
Genitourinary: Negative for difficulty urinating, dysuria and hematuria.
Musculoskeletal: Negative for arthralgias, back pain and myalgias.
Skin: Negative for pallor, rash and wound.
Neurological: Positive for weakness. Negative for dizziness, syncope, light-headedness, numbness and headaches.
Hematological: Negative for adenopathy. Does not bruise/bleed easily.
Psychiatric/Behavioral: The patient is nervous/anxious.

### Objective:

| Vital Signs (Most Recent): | Vital Signs (24h Range): |
|---|---|
| Temp: 98.3 °F (36.8 °C) (02/27/19 1204) | Temp: [98 °F (36.7 °C)-101.9 °F (38.8 |
| Pulse: 91 (02/27/19 1204) | °C)] 98.3 °F (36.8 °C) |
| Resp: 18 (02/27/19 1204) | Pulse: [88-112] 91 |

**Lincoln/Lee 1590**

**Consultations - 02/27/2019**

BRMH MEDICAL SURGICAL UNIT
17000 Medical Center Dr
Baton Rouge LA 70816
Continuity of Care

Lee, Katonia
MRN: 2325810, DOB:               Sex: F
Acct #: 72008281929
Adm: 2/26/2019

## Consult Notes (continued)

Consults by Tyesha A. Taylor, NP at 2/27/2019 12:47 PM (continued)

| BP: 103/62 (02/27/19 1204) | Resp: [15-21] 18 |
|---|---|
| SpO2: 97 % (02/27/19 1204) | SpO2: [96 %-100 %] 97 % |
| | BP: (102-129)/(58-85) 103/62 |

Weight: 55.1 kg (121 lb 7.6 oz)
Body mass index is 22.22 kg/m².
Body surface area is 1.55 meters squared.

Intake/Output Summary (Last 24 hours) at 2/27/2019 1213
Last data filed at 2/27/2019 0838
              Gross per 24 hour
Intake           1993 ml
Output            —
**Net          1993 ml**

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed. She is cooperative. She has a sickly appearance. She appears ill.
HENT:
Head: Normocephalic.
Right Ear: Hearing normal. No drainage.
Left Ear: Hearing normal. No drainage.
Nose: Nose normal.
Mouth/Throat: Oropharynx is clear and moist.
**Scattered non painful white patches on oral mucosa**
Eyes: Conjunctivae, EOM and lids are normal. Right eye exhibits no discharge. Left eye exhibits no discharge. No scleral icterus.
Neck: Normal range of motion. No thyroid mass present.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes. She has no rhonchi. She has no rales.
Abdominal: Soft. Bowel sounds are normal. She exhibits no distension. There is no tenderness.
Genitourinary:
Genitourinary Comments: **deferred**
Musculoskeletal: Normal range of motion. She exhibits no edema.
Lymphadenopathy:
    Head (right side): No submandibular, no preauricular and no posterior auricular adenopathy present.
    Head (left side): No submandibular, no preauricular and no posterior auricular adenopathy present.
    Right cervical: No superficial cervical adenopathy present.
    Left cervical: No superficial cervical adenopathy present.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm, dry and intact.
Psychiatric: She has a normal mood and affect. Her speech is normal and behavior is normal. Thought content normal.
Vitals reviewed.

Generated on 6/7/19 10:41 AM                                     Page 145

**Lincoln/Lee 1591**

Consultations - 02/27/2019

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 | |
| Continuity of Care | Adm: 2/26/2019 | |

### Consult Notes (continued)

Consults by Tyesha A. Taylor, NP at 2/27/2019 12:47 PM (continued)

**Significant Labs:**
CBC:
**Recent Labs**

| Lab | 02/26/19 1436 | 02/27/19 0444 |
|---|---|---|
| WBC | 1.45* | 2.37* |
| HGB | 8.6* | 7.3* |
| HCT | 27.4* | 22.4* |
| PLT | 107* | 99* |

, CMP:
**Recent Labs**

| Lab | 02/26/19 1436 | 02/27/19 0444 |
|---|---|---|
| NA | 134* | 134* |
| K | 3.6 | 3.4* |
| CL | 99 | 106 |
| CO2 | 26 | 24 |
| GLU | 97 | 84 |
| BUN | 11 | 12 |
| CREATININE | 0.8 | 0.7 |
| CALCIUM | 9.7 | 8.6* |
| PROT | 6.8 | 5.0* |
| ALBUMIN | 3.0* | 2.2* |
| BILITOT | 1.5* | 1.1* |
| ALKPHOS | 168* | 132 |
| AST | 23 | 15 |
| ALT | 22 | 17 |
| ANIONGAP | 9 | 4* |
| EGFRNONAA | >60 | >60 |

and All pertinent labs from the last 24 hours have been reviewed.

**Diagnostic Results:**
I have reviewed all pertinent imaging results/findings within the past 24 hours.

### Assessment/Plan:

**\* Neutropenic fever**
    Feb 27, 2019
    --Infectious workup has been negative thus far. T-max last 24 H 101.9.
    Fever curve improving. WBC 2.37, improving
    --ID has been consulted
    --Continue IV abx
    --BC:NGTD, follow cultures
    --Daily CBC, CMP

**Lincoln/Lee 1592**

Consultations - 02/27/2019

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 |
| Continuity of Care | Adm: 2/26/2019 |

## Consult Notes (continued)

### Consults by Tyesha A. Taylor, NP at 2/27/2019 12:47 PM (continued)

--Continue supportive care

**AIDS (acquired immune deficiency syndrome)**
--Continue antiviral medication
--Infectious disease consult

**B-cell lymphoma**
--Patient has received Cycle 1 dose reduced R-CHOP chemotherapy on
2/18/19. She is followed in the Heme-Onc clinic by Dr. Dang.
Chemotherapy will remain on hold pending current clinical situation. Will
follow up in Heme-Onc clinic with primary Oncologist to discuss further
recommendations in regards to her malignancy. ID has been consulted for
her history of HIV.

Thank you for your consult. I will follow-up with patient. Please contact us if you have any additional questions.

**Tyesha A Taylor, NP**
**Hematology/Oncology**
**Ochsner Medical Center - BR**

Electronically signed by Burke J. Brooks, MD on 2/27/2019 12:50 PM

### Consults by John O. Nnadi, MD at 2/27/2019 6:15 PM

| | | |
|---|---|---|
| Author: John O. Nnadi, MD | Service: Infectious Diseases | Author Type: Physician |
| Filed: 2/28/2019 7:16 AM | Status: Signed | |
| Editor: John O. Nnadi, MD (Physician) | | |

**Ochsner Medical Center - BR**
**Infectious Disease**
**Consult Note**

**Patient Name:** Katonia Lee
**MRN:** 2325810
**Admission Date:** 2/26/2019
**Hospital Length of Stay:** 2 days
**Attending Physician:** Majid A. Jawad, MD
**Primary Care Provider:** Sonia McField, FNP, FNP

**Isolation Status:** No active isolations

Patient information was obtained from patient, past medical records and ER records.

Consults
**Assessment/Plan:**

**Fever**
UA, chest x-ray remains clear, on empiric Cefepime, will monitor closely ,

| | |
|---|---|
| Generated on 6/7/19 10:41 AM | Page 147 |

**Lincoln/Lee 1593**

Consultations - 02/27/2019

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:        Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 |
| Continuity of Care | Adm: 2/26/2019 |

### Consult Notes (continued)

**Consults by John O. Nnadi, MD at 2/27/2019 6:15 PM (continued)**

check serum procalcitonin, follow cultures to guide therapy

**Oral candidiasis**
Will start Fluconazole.

**AIDS (acquired immune deficiency syndrome)**
2/27- will continue Biktarvy -(Bictegravir/emtricitabine/tenofovir alafenamide), will continue bactrim DS and zithromax for PCP and MAC prophylasix.


Patients with profound immunosuppression can get IRIS on starting HAART and this can present with fever .
Will rule out other causes of fever .

**B-cell lymphoma**
Oncology follow up

**Essential hypertension**
BP control as per primary team


Thank you for your consult. I will follow-up with patient. Please contact us if you have any additional questions.

**John O Nnadi, MD**
**Infectious Disease**
**Ochsner Medical Center - BR**

**Subjective:**

**Principal Problem:** Neutropenic fever

**HPI:** 49 year old female with history of HIV(cd4 -1/24-44), diffuse large B-cell lymphoma, GI Bleed and HTN was admitted with fever . She is  on R-CHOP chemotherapy.
She was recently started on HAART -Biktarvy -(Bictegravir/emtricitabine/tenofovir alafenamide) and is on bactrim DS and zithromax for PCP and MAC prophylasix.

Since admission, CBC showed pancytopenia -wbc -2.37,hemoglobin 7.2.T max 101.9


Past Medical History:

| Diagnosis | Date |
|---|---|
| • Cancer lymphoma] | |
| • Diffuse large B cell lymphoma of duodenum and pancreas | 1/21/2019 |
| • Encounter for blood transfusion | |
| • HIV (human immunodeficiency virus infection) | |

**Lincoln/Lee 1594**

Consultations - 02/27/2019

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:    Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 |
| Continuity of Care | Adm: 2/26/2019 |

## Consult Notes (continued)

**Consults by John O. Nnadi, MD at 2/27/2019  6:15 PM (continued)**

- Hypertension
- Stomach ulcer
  *bleeding*

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • CESAREAN SECTION | | |
| • ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY) | N/A | 1/25/2019 |
| *Performed by Janak N. Shah, MD at NOMH ENDO (2ND FLR)* | | |
| • ESOPHAGOGASTRODUODENOSCOPY | | |
| • INSERTION, VENOUS ACCESS PORT | Left | 2/11/2019 |
| *Performed by Kyle A Jakob, MD at BRMH OR* | | |

Review of patient's allergies indicates:
No Known Allergies

<table>
<tr><td colspan="2"><strong>Medications:</strong></td></tr>
<tr><td colspan="2">Medications Prior to Admission</td></tr>
<tr><td>Medication</td><td>Sig</td></tr>
<tr><td>• allopurinol (ZYLOPRIM) 300 MG tablet</td><td>Take 1 tablet (300 mg total) by mouth once daily. (Patient taking differently: Take 300 mg by mouth every morning. )</td></tr>
<tr><td>• amLODIPine (NORVASC) 5 MG tablet</td><td>Take 5 mg by mouth once daily.</td></tr>
<tr><td>• azithromycin (ZITHROMAX) 600 MG Tab</td><td>Take 600 mg by mouth every 7 days.</td></tr>
<tr><td>• bictegrav-emtricit-tenofov ala (BIKTARVY) 50-200-25 mg per tablet</td><td>Take 1 tablet by mouth once daily.</td></tr>
<tr><td>• citalopram (CELEXA) 20 MG tablet</td><td>Take 20 mg by mouth once daily.</td></tr>
<tr><td>• ferrous gluconate 324 mg (37.5 mg iron) Tab</td><td>Take 1 tablet by mouth 2 (two) times daily.</td></tr>
<tr><td>• metoprolol tartrate (LOPRESSOR) 50 MG tablet</td><td>Take 50 mg by mouth 2 (two) times daily.</td></tr>
<tr><td>• omeprazole (PRILOSEC) 20 MG capsule</td><td>Take 20 mg by mouth 2 (two) times daily.</td></tr>
<tr><td>• ondansetron (ZOFRAN-ODT) 8 MG TbDL</td><td>Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed.</td></tr>
<tr><td>• oxyCODONE (OXYCONTIN) 10 mg 12 hr tablet</td><td>Take 1 tablet (10 mg total) by mouth every 12 (twelve) hours.</td></tr>
<tr><td>• oxyCODONE (ROXICODONE) 10 mg Tab immediate release tablet</td><td>Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed for Pain.</td></tr>
</table>

**Lincoln/Lee 1595**

**Consultations - 02/27/2019**

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 |
| Continuity of Care | Adm: 2/26/2019 |

## Consult Notes (continued)

**Consults by John O. Nnadi, MD at 2/27/2019  6:15 PM (continued)**

| | |
|---|---|
| • predniSONE (DELTASONE) 20 MG tablet | Take 4 tablets (80 mg total) by mouth once daily for 5 days |
| • prochlorperazine (COMPAZINE) 10 MG tablet | Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed. |
| • sulfamethoxazole-trimethoprim 800-160mg (BACTRIM DS) 800-160 mg Tab | Take 1 tablet by mouth once daily. |

Antibiotics (From admission, onward)

| Start | | Stop | Route | Frequency | Ordered |
|---|---|---|---|---|---|
| 03/05/ 19 0900 | azithromycin tablet 1,250 mg | -- | Oral | Every 7 days | 02/27/ 19 1439 |
| 02/27/ 19 1545 | sulfamethoxazole-trimethoprim 800-160mg per tablet 1 tablet | -- | Oral | Daily | 02/27/ 19 1439 |
| 02/27/ 19 0530 | vancomycin in dextrose 5 % 1 gram/250 mL IVPB 1,000 mg | -- | IV | Every 12 hours (non-standard times) | 02/26/ 19 1909 |
| 02/26/ 19 2300 | cefepime 2 g in dextrose 5% 50 mL IVPB (ready to mix system) | -- | IV | Every 8 hours (non-standard times) | 02/26/ 19 2100 |

Antifungals (From admission, onward)

| Start | | Stop | Route | Frequency | Ordered |
|---|---|---|---|---|---|
| 02/27/ 19 1630 | fluconazole tablet 200 mg | -- | Oral | Daily | 02/27/ 19 1621 |

Antivirals (From admission, onward)

| | | Stop | Route | Frequency |
|---|---|---|---|---|
| | bictegrav-emtricit-tenofov ala | -- | Oral | Daily |

Generated on 6/7/19 10:41 AM

**Lincoln/Lee 1596**

**Consultations - 02/27/2019**

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:  Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 |
| Continuity of Care | Adm: 2/26/2019 |

**Consult Notes (continued)**

Consults by John O. Nnadi, MD at 2/27/2019  6:15 PM (continued)

There is no immunization history for the selected administration types on file for this patient.

Family History

| Problem | Relation (Age of Onset) |
|---|---|
| Cancer | Paternal Grandmother |
| Heart disease | Mother |

Social History

Socioeconomic History
- Marital status:            Unknown
    Spouse name:          None
- Number of children:       None
- Years of education:       None
- Highest education level:  None

Social Needs
- Financial resource strain:   None
- Food insecurity - worry:     None
- Food insecurity - inability: None
- Transportation needs -       None
  medical:
- Transportation needs - non-  None
  medical:

Occupational History
- None

Tobacco Use
- Smoking status:       Never Smoker
- Smokeless tobacco:    Never Used

Substance and Sexual Activity
- Alcohol use:          No
    Frequency:         Never
- Drug use:             No
- Sexual activity:      None

Other Topics          Concern
- None

Social History Narrative
- None

Review of Systems
Constitutional: Positive for activity change and fever. Negative for appetite change, chills, diaphoresis and fatigue.
HENT: Positive for sore throat. Negative for congestion, mouth sores, nosebleeds, trouble swallowing and voice change.
**Scattered white patches to oral mucosa**

**Lincoln/Lee 1597**

Consultations - 02/27/2019

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 |
| Continuity of Care | Adm: 2/26/2019 |

### Consult Notes (continued)

**Consults by John O. Nnadi, MD at 2/27/2019 6:15 PM (continued)**

Eyes: Negative for photophobia and visual disturbance.
Respiratory: Negative for cough, choking, chest tightness, shortness of breath, wheezing and stridor.
Cardiovascular: Negative for chest pain, palpitations and leg swelling.
Gastrointestinal: Negative for abdominal distention, abdominal pain, anal bleeding, blood in stool, constipation, diarrhea, nausea, rectal pain and vomiting.
Genitourinary: Negative for difficulty urinating, dysuria and hematuria.
Musculoskeletal: Negative for arthralgias, back pain and myalgias.
Skin: Negative for pallor, rash and wound.
Neurological: Negative for dizziness, syncope, weakness, light-headedness, numbness and headaches.
Hematological: Negative for adenopathy. Does not bruise/bleed easily.
Psychiatric/Behavioral: Negative for agitation and behavioral problems. The patient is not nervous/anxious.

### Objective:

| Vital Signs (Most Recent): | Vital Signs (24h Range): |
|---|---|
| Temp: 98.2 °F (36.8 °C) (02/28/19 0559) | Temp: [98.2 °F (36.8 °C)-100.5 °F (38.1 °C)] 98.2 °F (36.8 °C) |
| Pulse: 75 (02/28/19 0559) | Pulse: [63-109] 75 |
| Resp: 18 (02/28/19 0559) | Resp: [17-18] 18 |
| BP: 122/69 (02/28/19 0559) | SpO2: [97 %-100 %] 100 % |
| SpO2: 100 % (02/28/19 0559) | BP: (102-122)/(56-69) 122/69 |

Weight: 55.1 kg (121 lb 7.6 oz)
Body mass index is 22.22 kg/m².

Estimated Creatinine Clearance: 67.3 mL/min (based on SCr of 0.8 mg/dL).

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed. She is cooperative. She is easily aroused. She does not have a sickly appearance. She appears ill. No distress.
HENT:
Head: Normocephalic.
Right Ear: Hearing normal. No drainage.
Left Ear: Hearing normal. No drainage.
Nose: Nose normal.
**Scattered white patches on oral mucosa**
Eyes: Conjunctivae, EOM and lids are normal. Right eye exhibits no discharge. Left eye exhibits no discharge. No scleral icterus.
Neck: Normal range of motion. Neck supple. No thyroid mass present.
Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses. No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No stridor. No respiratory distress. She has no wheezes. She has no rhonchi. She has no rales. She exhibits no tenderness.
Abdominal: Soft. Bowel sounds are normal. She exhibits no distension. There is no tenderness. There is no rebound and no guarding.
Genitourinary:
Genitourinary Comments: **deferred**
Musculoskeletal: Normal range of motion. She exhibits no edema, tenderness or deformity.

**Lincoln/Lee 1598**

Consultations - 02/27/2019

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008281929 |
| Continuity of Care | Adm: 2/26/2019 |

## Consult Notes (continued)

**Consults by John O. Nnadi, MD at 2/27/2019 6:15 PM (continued)**

Lymphadenopathy:
    Head (right side): No submandibular, no preauricular and no posterior auricular adenopathy present.
    Head (left side): No submandibular, no preauricular and no posterior auricular adenopathy present.
    Right cervical: No superficial cervical adenopathy present.
    Left cervical: No superficial cervical adenopathy present.
Neurological: She is alert, oriented to person, place, and time and easily aroused. No sensory deficit.
Skin: Skin is warm, dry and intact. Capillary refill takes less than 2 seconds.
Psychiatric: She has a normal mood and affect. Her speech is normal and behavior is normal. Thought content normal.
Nursing note and vitals reviewed.

**Significant Labs:** All pertinent labs within the past 24 hours have been reviewed.

**Significant Imaging:** I have reviewed all pertinent imaging results/findings within the past 24 hours.

Electronically signed by John O. Nnadi, MD on 2/28/2019 7:16 AM

## Lab Results

**Lactic acid, plasma #1 [407930248]**    Resulted: 02/26/19 1512, Result status: Final result

Ordering provider: Rodney W. Tregle Jr., MD 02/26/19 1419    Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 02/26/19 1436 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Lactate (Lactic Acid) | 1.6 | 0.5 - 2.2 mmol/L | — | — |

    Comment:
    Falsely low lactic acid results can be found in samples
    containing >=13.0 mg/dL total bilirubin and/or >=3.5 mg/dL
    direct bilirubin.

**Comprehensive metabolic panel [407930247] (Abnormal)**    Resulted: 02/26/19 1515, Result status: Final result

Ordering provider: Rodney W. Tregle Jr., MD 02/26/19 1419    Resulting lab: OCHSNER MEDICAL CENTER - BATON ROUGE
**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 02/26/19 1436 |

**Components**

Generated on 6/7/19 10:41 AM    Page 153

**Lincoln/Lee 1599**

Consultations - 01/23/2019

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 |
| Continuity of Care | Adm: 1/22/2019 |

### Consult Notes (continued)

**Consults by Robbie S. Pitre, PA-C at 1/23/2019 3:18 PM (continued)**

I have seen the patient, reviewed the record with the PA, and I have personally interviewed and examined the patient at bedside. Plan remains as outlined. CT still pending. Recommendation on intervention to follow.

### Ochsner Medical Center - BR
### Gastroenterology
### Consult Note

**Patient Name:** Katonia Lee
**MRN:** 2325810
**Admission Date:** 1/22/2019
**Hospital Length of Stay:** 1 days
**Code Status:** Full Code
**Attending Provider: Madeleine T. Nguyen, MD**
**Consulting Provider:** Robbie S Pitre, PA-C
**Primary Care Physician:** Sonia McField, FNP, FNP
**Principal Problem:** Dehydration

**Inpatient consult to Gastroenterology**
Consult performed by: Robbie S. Pitre, PA-C
Consult ordered by: Ena J. Lacy, NP
Reason for consult: Elevated bilirubin

### Subjective:

**HPI:**
The patient was admitted for dehydration. In December, she had an abnormal CT scan which suggested a mass in the duodenum/pancreas. She had an EGD and EUS on 12/26/18 at Baptist in Jackson, MS. EGD showed an ulcerated mass in the duodenum with luminal narrowing. EUS showed an approximately 5 cm mass in the pancreatic head with duodenal involvement and portal vein invasion. CBC and PD were within normal size. Pathology of both lesions revealed large B-cell lymphoma. No treatment has been initiated. She developed severe upper abdominal pain, nausea and vomiting in the last week. She was admitted to an outside facility for dehydration. She was transferred here for additional care. She is noted to have a significant increase in total bilirubin. She reports jaundice. N/v currently controlled. Pain comes and goes. CT scan ordered and pending.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Cancer | |
| • Hypertension | |

Generated on 6/7/19 10:40 AM                                                                 Page 28

**Lincoln/Lee 1600**

Consultations - 01/23/2019

BRMH MEDICAL SURGICAL UNIT                     Lee, Katonia
17000 Medical Center Dr                        MRN: 2325810, DOB:           Sex: F
Baton Rouge LA 70816                           Acct #: 72008100192
Continuity of Care                             Adm: 1/22/2019

## Consult Notes (continued)

**Consults by Robbie S. Pitre, PA-C at 1/23/2019  3:18 PM (continued)**

History reviewed. No pertinent surgical history.

Review of patient's allergies indicates:
No Known Allergies
Family History
    None

Tobacco Use
  • Smoking status:              Never Smoker
  • Smokeless tobacco:           Never Used
Substance and Sexual Activity
  • Alcohol use:                 No
        Frequency:              Never
  • Drug use:                    Not on file
  • Sexual activity:             Not on file

Review of Systems
Constitutional: Negative for fever.
HENT: Negative for hearing loss.
Eyes: Negative for visual disturbance.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain.
Gastrointestinal:
    **As per HPI.**
Genitourinary: Negative for dysuria, frequency and hematuria.
Musculoskeletal: Negative for arthralgias and back pain.
Skin: Negative for rash.
Neurological: Negative for seizures, syncope, numbness and headaches.
Hematological: Does not bruise/bleed easily.
Psychiatric/Behavioral: The patient is not nervous/anxious.

**Objective:**

| Vital Signs (Most Recent): | Vital Signs (24h Range): |
|---|---|
| Temp: 99.4 °F (37.4 °C) (01/23/19 0729) | Temp: [97.7 °F (36.5 °C)-99.6 °F (37.6 |
| Pulse: 70 (01/23/19 1329) | °C)] 99.4 °F (37.4 °C) |
| Resp: 16 (01/23/19 0729) | Pulse: [68-83] 70 |
| BP: 117/71 (01/23/19 0729) | Resp: [15-18] 16 |
| SpO2: 97 % (01/23/19 0729) | SpO2: [96 %-98 %] 97 % |
| | BP: (112-131)/(64-75) 117/71 |

Weight: 68 kg (149 lb 14.6 oz) (01/22/19 2348)
Body mass index is 24.95 kg/m².

**Lincoln/Lee 1601**

Consultations - 01/23/2019

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:        Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 |
| Continuity of Care | Adm: 1/22/2019 |

## Consult Notes (continued)

**Consults by Robbie S. Pitre, PA-C at 1/23/2019 3:18 PM (continued)**

Intake/Output Summary (Last 24 hours) at 1/23/2019 1514
Last data filed at 1/23/2019 0858

| | Gross per 24 hour |
|---|---|
| Intake | 1218.33 ml |
| Output | 100 ml |
| **Net** | **1118.33 ml** |

Lines/Drains/Airways
    Peripheral Intravenous Line

        Peripheral IV - Single Lumen 01/23/19 0112 Left;Posterior;Proximal        less than 1 day
    Forearm

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Eyes: EOM are normal. Scleral icterus is present.
Neck: Normal range of motion. Neck supple. Carotid bruit is not present.
Cardiovascular: Normal rate and regular rhythm.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes.
Abdominal: Soft. Normal appearance and bowel sounds are normal. She exhibits no distension and no mass.
There is tenderness (across upper abdomen with fullness palpated).
Musculoskeletal: She exhibits no edema.
Neurological: She is alert and oriented to person, place, and time. No cranial nerve deficit.
Skin: Skin is warm and dry. No rash noted.
Psychiatric: Her behavior is normal.

**Significant Labs:**
CBC:
**Recent Labs**

| Lab | 01/23/19 0113 | 01/23/19 0414 |
|---|---|---|
| WBC | 5.47 | 5.85 |
| HGB | 9.3* | 9.1* |
| HCT | 28.5* | 28.9* |
| PLT | 171 | 175 |

CMP:

**Lincoln/Lee 1602**

Consultations - 01/23/2019

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB:       Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 |
| Continuity of Care | Adm: 1/22/2019 |

## Consult Notes (continued)

Consults by Robbie S. Pitre, PA-C at 1/23/2019 3:18 PM (continued)

### Recent Labs

| Lab | 01/23/19 0414 |
|---|---|
| GLU | 81 |
| CALCIUM | 8.9 |
| ALBUMIN | 1.3* |
| PROT | 6.0 |
| NA | 133* |
| K | 4.0 |
| CO2 | 23 |
| CL | 102 |
| BUN | 8 |
| CREATININE | 0.7 |
| ALKPHOS | 529* |
| ALT | 56* |
| AST | 244* |
| BILITOT | 15.1* |

Coagulation:
### Recent Labs

| Lab | 01/23/19 0113 |
|---|---|
| INR | 1.3* |
| APTT | 36.6* |

**Significant Imaging:**
Imaging results within the past 24 hours have been reviewed.

## Assessment/Plan:

### Elevated LFTs

Pattern of labs and symptoms suggestive of biliary obstruction likely from mass in the pancreatic head/duodenum. Agree with getting a CT scan to evaluate further. Depending on results, may need to consider same day transfer to New Orleans for repeat EUS/ERCP with biliary stenting.
Check lipase.
Monitor LFTs daily.

### Intractable nausea and vomiting

Improved. Continue antiemetics as needed.

### Intractable abdominal pain

Likely related to mass. Pain management as needed per HM. See above.

### Diffuse large B cell lymphoma of duodenum and pancreas

Generated on 6/7/19 10:40 AM                                                    Page 31

**Lincoln/Lee 1603**

Consultations - 01/23/2019

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:        Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 |
| Continuity of Care | Adm: 1/22/2019 |

## Consult Notes (continued)

**Consults by Robbie S. Pitre, PA-C at 1/23/2019  3:18 PM (continued)**

See above.
Oncology following.

Thank you for your consult. I will follow-up with patient. Please contact us if you have any additional questions.

**Robbie S Pitre, PA-C**
**Gastroenterology**
**Ochsner Medical Center - BR**

Electronically signed by George W. Howard III, MD on 1/23/2019  4:49 PM

**Consults by Cheree S. Bodden, NP at 1/23/2019 12:17 PM**

| | | |
|---|---|---|
| Author:  Cheree S. Bodden, NP | Service:  Hematology and Oncology | Author Type:  Nurse Practitioner |
| Filed:  1/23/2019  1:08 PM | Status:  Attested | |

Editor:  Cheree S. Bodden, NP (Nurse Practitioner)
Related Notes:  Original Note by Cheree S. Bodden, NP (Nurse Practitioner) filed at 1/23/2019 12:17 PM
Cosigner:  Sreekanth Vasireddy, MD at 1/23/2019  5:08 PM
**Attestation signed by Sreekanth Vasireddy, MD at 1/23/2019  5:08 PM**

I have seen the patient, reviewed the Nurse Practitioner's history and physical, assessment and plan. I have personally interviewed and examined the patient at bedside and: agree with the findings.
I had a detailed discussion with the patient today with regard to her current clinical situation. I have reviewed results of EGD/EUS done in December 2018 available in media section of epic. She is noted to have a pancreatic head mass and biopsy consistent with diffuse large B-cell lymphoma. We will attempt to contact pathology at Baptist in Jackson, Mississippi to request additional molecular characterization of her diffuse large B-cell lymphoma. Rapid HIV test done during this hospitalization was positive. This is a new diagnosis. Infectious Disease has been consulted for recommendations. At this time I will proceed with prednisone 100 mg p.o. once daily x5 days. She is on allopurinol for tumor lysis prophylaxis. Recommend checking daily CBC, CMP, LDH, uric acid. I have recommended proceeding with CT imaging of the chest/abdomen/pelvis. It was previously noted on the EUS that her main bile duct was patent. There was also no evidence noted of pancreatic ductal dilatation. The patient is noted to be extremely jaundiced with total bilirubin of 15 with most of this being direct bilirubin. I have consulted Gastroenterology to see if there is any possibility of decompression. At her present bilirubin there are no safe chemotherapeutic drugs to use to treat her aggressive lymphoma. I will await initiation of Rituxan until okay with Infectious Disease. The plan is to initiate on HAART as soon as possible. I have discussed with the patient about her poor prognosis because of all of the above. The patient was overwhelmed with all of this information today. I have communicated my recommendations to Hospital Medicine and Infectious Disease and have also discussed her care with her nurse and case management/social worker for supportive care. I will continue to follow the patient with you and assist with the patient's management as needed. Please call with any questions.

**Lincoln/Lee 1604**

Consultations - 01/23/2019

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 |
| Continuity of Care | Adm: 1/22/2019 |

### Consult Notes (continued)

Consults by Cheree S. Bodden, NP at 1/23/2019 12:17 PM (continued)

**Ochsner Medical Center - BR**
**Hematology/Oncology**
**Consult Note**

**Patient Name:** Katonia Lee
**MRN:** 2325810
**Admission Date:** 1/22/2019
**Hospital Length of Stay:** 1 days
**Code Status:** Full Code
**Attending Provider:** Madeleine T. Nguyen, MD
**Consulting Provider:** Cheree S Bodden, NP
**Primary Care Physician:** Sonia McField, FNP, FNP
**Principal Problem:**Dehydration

Consults
**Subjective:**

**HPI:**
 Patient is a direct admit. Katonia Lee who was recently admitted to Merit Health Central in early Dec. with upper GI bleed and found to have ulcerated duodenal ulcer/mass on EGD and sent to Baptist Memorial. Was determined patient had aggressive large B cell lymphoma. Patient has not started any treatment and was scheduled to see Dr. Burke Brooks outpatient in Heme/Onc, however developed worsening abdominal pain n/v and admitted to Merit Health for treatment with some improvement. Patient was transferred for further treatment and heme/oncology consult. Patient was a direct admit accepted by HM.

Hematology/oncology consulted for further management of care.  Patient states that she was diagnosed at Baptist Hospital in jackson, Mississippi with B Cell lymphoma a couple of weeks ago -however no records were sent with patient. Requesting records from hospital.  She stats that she developed a fever of 101 or 102 a couple of days ago and then began to have back and stomach pain with nausea over the weekend that led to her going to the hospital in Mississippi.

**Oncology Treatment Plan:**
[No treatment plan]

| Medications: | | | |
|---|---|---|---|
| **Continuous Infusions:** | | | |
| • sodium chloride 0.9% | | 100 mL/hr at 01/23/19 0112 | |
| | | | |
| **Scheduled Meds:** | | | |
| • amLODIPine | 5 mg | Oral | Daily |
| • citalopram | 20 mg | Oral | Daily |
| • ferrous gluconate | 1 tablet | Oral | BID |
| • lisinopril | 20 mg | Oral | Daily |
| • metoprolol tartrate | 50 mg | Oral | Daily |
| • pantoprazole | 40 mg | Oral | Daily |

**Lincoln/Lee 1605**

**Consultations - 01/23/2019**

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:      Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 |
| Continuity of Care | Adm: 1/22/2019 |

## Consult Notes (continued)

**Consults by Cheree S. Bodden, NP at 1/23/2019 12:17 PM (continued)**

| | | |
|---|---|---|
| • polyethylene glycol   17 g | Oral | Daily |

**PRN Meds**:acetaminophen, albuterol-ipratropium, dextrose 50%, dextrose 50%, glucagon (human recombinant), glucose, glucose, HYDROcodone-acetaminophen, ondansetron, sodium chloride 0.9%

Review of patient's allergies indicates:
No Known Allergies

Past Medical History:
Diagnosis                                                                               Date
• Cancer
• Hypertension

History reviewed. No pertinent surgical history.
Family History
   None

Tobacco Use
• Smoking status:          Never Smoker
• Smokeless tobacco:     Never Used
Substance and Sexual Activity
• Alcohol use:             No
      Frequency:           Never
• Drug use:                Not on file
• Sexual activity:         Not on file

Review of Systems
Constitutional: Positive for activity change, appetite change and fatigue. Negative for fever.
Respiratory: Negative for chest tightness and shortness of breath.
Cardiovascular: Negative for chest pain and palpitations.
Gastrointestinal: Positive for abdominal distention, abdominal pain and nausea. Negative for diarrhea and vomiting.
Genitourinary: Negative for dysuria and hematuria.
   **Dark urine**
Musculoskeletal: Positive for back pain.
Skin: Positive for odor change.
Neurological: Negative for dizziness, syncope and light-headedness.
Hematological: Negative for adenopathy. Does not bruise/bleed easily.
Psychiatric/Behavioral: Positive for dysphoric mood. The patient is not nervous/anxious.

## Objective:

| **Vital Signs (Most Recent):** | **Vital Signs (24h Range):** |
|---|---|
| Temp: 99.4 °F (37.4 °C) (01/23/19 0729) | Temp: [97.7 °F (36.5 °C)-99.6 °F (37.6 |

**Lincoln/Lee 1606**

Consultations - 01/23/2019

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 |
| Continuity of Care | Adm: 1/22/2019 |

### Consult Notes (continued)

Consults by Cheree S. Bodden, NP at 1/23/2019 12:17 PM (continued)

| | |
|---|---|
| Pulse: 68 (01/23/19 1114) | °C)] 99.4 °F (37.4 °C) |
| Resp: 16 (01/23/19 0729) | Pulse: [68-83] 68 |
| BP: 117/71 (01/23/19 0729) | Resp: [15-18] 16 |
| SpO2: 97 % (01/23/19 0729) | SpO2: [96 %-98 %] 97 % |
| | BP: (112-131)/(64-75) 117/71 |

Weight: 68 kg (149 lb 14.6 oz)
Body mass index is 24.95 kg/m².
Body surface area is 1.77 meters squared.


Intake/Output Summary (Last 24 hours) at 1/23/2019 1205
Last data filed at 1/23/2019 0858

| | Gross per 24 hour |
|---|---|
| Intake | 1218.33 ml |
| Output | 100 ml |
| **Net** | **1118.33 ml** |


Physical Exam
Constitutional: She is oriented to person, place, and time. Vital signs are normal. She appears well-developed. She appears toxic. She has a sickly appearance. She appears ill. No distress.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Nose: Nose normal.
Eyes: EOM and lids are normal. Right eye exhibits no discharge. Left eye exhibits no discharge. Scleral icterus is present.
Neck: Normal range of motion.
Cardiovascular: Normal rate, regular rhythm, S1 normal, S2 normal and normal heart sounds. Exam reveals no gallop and no friction rub.
No murmur heard.
Pulmonary/Chest: Effort normal. No accessory muscle usage. No apnea, no tachypnea and no bradypnea. No respiratory distress. She has decreased breath sounds.
Abdominal: Soft. She exhibits distension. There is tenderness.
Musculoskeletal: Normal range of motion. She exhibits no edema.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry. Capillary refill takes less than 2 seconds. No bruising noted. She is not diaphoretic. **jaundice**
Psychiatric: Her speech is normal and behavior is normal. Judgment and thought content normal. She is not actively hallucinating. Cognition and memory are normal. She exhibits a depressed mood. She is attentive. Vitals reviewed.


**Significant Labs:**
CBC:

**Lincoln/Lee 1607**

**Consultations - 01/23/2019**

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 |
| Continuity of Care | Adm: 1/22/2019 |

## Consult Notes (continued)

Consults by Cheree S. Bodden, NP at 1/23/2019 12:17 PM (continued)

### Recent Labs

| Lab | 01/23/19 0113 | 01/23/19 0414 |
|---|---|---|
| WBC | 5.47 | 5.85 |
| HGB | 9.3* | 9.1* |
| HCT | 28.5* | 28.9* |
| PLT | 171 | 175 |

, CMP:

### Recent Labs

| Lab | 01/23/19 0113 | 01/23/19 0414 |
|---|---|---|
| NA | 132* | 133* |
| K | 3.6 | 4.0 |
| CL | 102 | 102 |
| CO2 | 21* | 23 |
| GLU | 86 | 81 |
| BUN | 8 | 8 |
| CREATININE | 0.7 | 0.7 |
| CALCIUM | 9.0 | 8.9 |
| PROT | -- | 6.0 |
| ALBUMIN | -- | 1.3* |
| BILITOT | -- | 15.1* |
| ALKPHOS | -- | 528* |
| AST | -- | 244* |
| ALT | -- | 56* |
| ANIONGAP | 9 | 8 |
| EGFRNONAA | >60 | >60 |

, Coagulation:

### Recent Labs

| Lab | 01/23/19 0113 |
|---|---|
| INR | 1.3* |
| APTT | 36.6* |

, Haptoglobin: No results for input(s): HAPTOGLOBIN in the last 48 hours., Immunology: No results for input(s): SPEP, IFE, ANA, FREELAMBDALI in the last 48 hours., LDH: No results for input(s): LDHCSF, BFSOURCE in the last 48 hours., LFTs:

**Lincoln/Lee 1608**

Consultations - 01/23/2019

BRMH MEDICAL SURGICAL UNIT    Lee, Katonia
17000 Medical Center Dr    MRN: 2325810, DOB:    Sex: F
Baton Rouge LA 70816    Acct #: 72008100192
Continuity of Care    Adm: 1/22/2019

**Consult Notes (continued)**

Consults by Cheree S. Bodden, NP at 1/23/2019 12:17 PM (continued)

**Recent Labs**

| Lab | 01/23/19 0414 |
|---|---|
| ALT | 56* |
| AST | 244* |
| ALKPHOS | 528* |
| BILITOT | 15.1* |
| PROT | 6.0 |
| ALBUMIN | 1.3* |

, Reticulocytes: No results for input(s): RETIC in the last 48 hours., Tumor Markers: No results for input(s): PSA, CEA, CA199, AFPTM, CA2729, CA153 in the last 48 hours.

Invalid input(s): ALGTM, Urine Studies:

**Recent Labs**

| Lab | 01/23/19 0600 |
|---|---|
| COLORU | Brown* |
| APPEARANCE UA | Clear |
| PHUR | SEE COMMENT |
| SPECGRAV | SEE COMMENT |
| PROTEINUA | SEE COMMENT |
| GLUCUA | SEE COMMENT |
| KETONESU | SEE COMMENT |
| BILIRUBINUA | SEE COMMENT |
| OCCULTUA | SEE COMMENT |
| NITRITE | SEE COMMENT |
| UROBILINOGEN | SEE COMMENT |
| LEUKOCYTES UR | SEE COMMENT |
| WBCUA | 5 |
| BACTERIA | Occasional |
| SQUAMEPITHEL | 3 |

 and All pertinent labs from the last 24 hours have been reviewed.

**Diagnostic Results:**

Generated on 6/7/19 10:40 AM    Page 37

**Lincoln/Lee 1609**

Consultations - 01/23/2019

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 |
| Continuity of Care | Adm: 1/22/2019 |

### Consult Notes (continued)

**Consults by Cheree S. Bodden, NP at 1/23/2019 12:17 PM (continued)**

I have reviewed all pertinent imaging results/findings within the past 24 hours.

### Assessment/Plan:

**B-cell lymphoma**
> 1/23/19 - Patient states that she was diagnosed a couple of weeks ago at Baptist Hospital in Jackson, Mississippi.  No records sent to the hospital upon transport of the patient.  Requesting records - initiated by charge nurse Kristy on Med surg..  She states has not begun treatment for this and had a scheduled appointment with Dr. Brooks this past Monday, but sought medical attention for fever, abdominal and back pain, and nausea over the weekend.  Bilirubin 15.
> --CBC and CMP daily
> --Consult GI for elevated bilirubin, increased LFTs
> --

Thank you for your consult. I will follow-up with patient. Please contact us if you have any additional questions.

**Cheree S Bodden, NP**
**Hematology/Oncology**
**Ochsner Medical Center - BR**

Electronically signed by Sreekanth Vasireddy, MD on 1/23/2019  5:08 PM

**Consults by John O. Nnadi, MD at 1/23/2019  7:44 PM**

| | | |
|---|---|---|
| Author:  John O. Nnadi, MD | Service:  Infectious Diseases | Author Type:  Physician |
| Filed:  1/24/2019 11:44 AM | Status:  Signed | |
| Editor:  John O. Nnadi, MD (Physician) | | |

### Ochsner Medical Center - BR
### Infectious Disease
### Consult Note

**Patient Name:** Katonia Lee
**MRN:** 2325810
**Admission Date:** 1/22/2019
**Hospital Length of Stay:** 2 days
**Attending Physician:** Madeleine T. Nguyen, MD
**Primary Care Provider:** Sonia McField, FNP, FNP

**Isolation Status:** No active isolations

Patient information was obtained from patient, past medical records and ER records.

Consults
### Assessment/Plan:

**Lincoln/Lee 1610**

Consultations - 01/23/2019

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 |
| Continuity of Care | Adm: 1/22/2019 |

### Consult Notes (continued)

**Consults by John O. Nnadi, MD at 1/23/2019  7:44 PM (continued)**

### HIV (human immunodeficiency virus infection)
The natural history of HIV was discussed with her.
Will send HIV genotype, HIV viral load , cd4 count ,
Will plan to start HAART very soon
Might need to start therapy before HIV genotype due to aggressive nature
of the cancer.

### Diffuse large B cell lymphoma of duodenum and pancreas
Oncology follow up .

### Essential hypertension
BP control as per primary team .


Thank you for your consult. I will follow-up with patient. Please contact us if you have any additional questions.
(late entry  note)
**John O Nnadi, MD**
**Infectious Disease**
**Ochsner Medical Center - BR**

### Subjective:

**Principal Problem:** Dehydration

**HPI:** 49 year old man with history of abnormal CT scan which suggested a mass in the duodenum/pancreas. She had an EGD and EUS on 12/26/18 at Baptist in Jackson, MS. EGD showed an ulcerated mass in the duodenum with luminal narrowing. EUS showed an approximately 5 cm mass in the pancreatic head with duodenal involvement and portal vein invasion.
Previous records reviewed from care everywhere -
1/4-1, -pathology report
Small bowel, duodenal mass, biopsy:
· Aggressive large B-cell lymphoma, diffuse large B-cell lymphoma, favor non-germinal center B-cell type.
· See microscopic and comment.

2. Pancreas, head mass, biopsy:
· Limited sample of B-cell lymphoma with prominent necrosis admixed with pancreatic acinar parenchyma.
Since admission, rapid HIV  is now positive.

She reports that she is in monogamous relationship with her husband since 13 years ago but she has older children .
She was surprised to know about the HIV diagnosis .

Past Medical History:
Diagnosis                                                                             Date
  • Cancer
  • Hypertension

---

Generated on 6/7/19 10:40 AM | Page 39

**Lincoln/Lee 1611**

Consultations - 01/23/2019

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 |
| Continuity of Care | Adm: 1/22/2019 |

**Consult Notes (continued)**

Consults by John O. Nnadi, MD at 1/23/2019  7:44 PM (continued)

History reviewed. No pertinent surgical history.

Review of patient's allergies indicates:
No Known Allergies

**Medications:**
Medications Prior to Admission

| Medication | Sig |
|---|---|
| • amLODIPine (NORVASC) 5 MG tablet | Take 5 mg by mouth once daily. |
| • citalopram (CELEXA) 20 MG tablet | Take 20 mg by mouth once daily. |
| • ferrous gluconate 324 mg (37.5 mg iron) Tab | Take 1 tablet by mouth 2 (two) times daily. |
| • lisinopril-hydrochlorothiazide (PRINZIDE,ZESTORETIC) 20-12.5 mg per tablet | Take 1 tablet by mouth once daily. |
| • metoprolol tartrate (LOPRESSOR) 50 MG tablet | Take 50 mg by mouth once daily. |
| • omeprazole (PRILOSEC) 20 MG capsule | Take 20 mg by mouth 2 (two) times daily. |

Antibiotics (From admission, onward)
    None


Antifungals (From admission, onward)
    None


Antivirals (From admission, onward)
    None


There is no immunization history on file for this patient.

Family History
    None


Social History

Socioeconomic History
    • Marital status:                Unknown

Generated on 6/7/19 10:40 AM                                                    Page 40

**Lincoln/Lee 1612**

Consultations - 01/23/2019

BRMH MEDICAL SURGICAL UNIT                    Lee, Katonia
17000 Medical Center Dr                       MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                          Acct #: 72008100192
Continuity of Care                            Adm: 1/22/2019

## Consult Notes (continued)

**Consults by John O. Nnadi, MD at 1/23/2019  7:44 PM (continued)**

|                                          |               |
|------------------------------------------|---------------|
| Spouse name:                             | None          |
| • Number of children:                    | None          |
| • Years of education:                    | None          |
| • Highest education level:               | None          |

Social Needs
| • Financial resource strain:             | None          |
| • Food insecurity - worry:               | None          |
| • Food insecurity - inability:           | None          |
| • Transportation needs - medical:        | None          |
| • Transportation needs - non-medical:    | None          |

Occupational History
• None

Tobacco Use
| • Smoking status:                        | Never Smoker  |
| • Smokeless tobacco:                     | Never Used    |

Substance and Sexual Activity
| • Alcohol use:                           | No            |
|     Frequency:                           | Never         |
| • Drug use:                              | None          |
| • Sexual activity:                       | None          |

Other Topics                               Concern
• None

Social History Narrative
• None

Review of Systems
Constitutional: Negative for chills, diaphoresis, fatigue and fever.
HENT: Negative for congestion, sore throat and voice change.
Eyes: Negative for photophobia and visual disturbance.
Respiratory: Negative for cough, shortness of breath, wheezing and stridor.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Positive for abdominal distention, abdominal pain, nausea and vomiting. Negative for constipation and diarrhea.
Endocrine: Negative for polydipsia, polyphagia and polyuria.
Genitourinary: Negative for difficulty urinating, dysuria, flank pain, pelvic pain, urgency and vaginal discharge.
Musculoskeletal: Positive for neck pain. Negative for back pain, joint swelling and neck stiffness.
Skin: Negative for color change and rash.
Allergic/Immunologic: Positive for immunocompromised state.
Neurological: Negative for dizziness, syncope, weakness, numbness and headaches.
Hematological: Does not bruise/bleed easily.
Psychiatric/Behavioral: Negative for agitation, behavioral problems and confusion.

## Objective:

| **Vital Signs (Most Recent):**                    | **Vital Signs (24h Range):**                  |
|---------------------------------------------------|-----------------------------------------------|
| Temp: 97.4 °F (36.3 °C) (01/24/19 0818)           | Temp:  [97.4 °F (36.3 °C)-98.2 °F             |

Generated on 6/7/19 10:40 AM                                                   Page 41

**Lincoln/Lee 1613**

Consultations - 01/23/2019

| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 | |
| Continuity of Care | Adm: 1/22/2019 | |

### Consult Notes (continued)

**Consults by John O. Nnadi, MD at 1/23/2019 7:44 PM (continued)**

| Pulse: 64 (01/24/19 0818) | (36.8 °C)] 97.4 °F (36.3 °C) |
|---|---|
| Resp: 16 (01/24/19 0818) | Pulse: [64-84] 64 |
| BP: 113/69 (01/24/19 0818) | Resp: [16-18] 16 |
| SpO2: 99 % (01/24/19 0818) | SpO2: [97 %-100 %] 99 % |
| | BP: (113-137)/(67-83) 113/69 |

Weight: 68 kg (149 lb 14.6 oz)
Body mass index is 24.95 kg/m².

Estimated Creatinine Clearance: 76.5 mL/min (based on SCr of 0.8 mg/dL).

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed. She appears ill. No distress.


HENT:
Head: Normocephalic and atraumatic.
Nose: Nose normal.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light. No scleral icterus.


Neck: Normal range of motion. Neck supple. No tracheal deviation present.
Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No stridor. No respiratory distress. She has no wheezes. She has no rales.
Abdominal: Soft. Bowel sounds are normal. She exhibits distension and mass. There is no tenderness. There is no guarding.
Genitourinary:
Genitourinary Comments: **Deferred**
Musculoskeletal: Normal range of motion. She exhibits no edema or deformity.
Neurological: She is alert and oriented to person, place, and time. No cranial nerve deficit.
Skin: Skin is warm and dry. Capillary refill takes less than 2 seconds. No rash noted. She is not diaphoretic.


Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.
Nursing note and vitals reviewed.


**Significant Labs:**
**Blood Culture: No results for input(s): LABBLOO in the last 4320 hours.**
**BMP:**

**Lincoln/Lee 1614**

Consultations - 01/23/2019

BRMH MEDICAL SURGICAL UNIT
17000 Medical Center Dr
Baton Rouge LA 70816
Continuity of Care

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72008100192
Adm: 1/22/2019

## Consult Notes (continued)

Consults by John O. Nnadi, MD at 1/23/2019  7:44 PM (continued)

**Recent Labs**

| Lab | 01/23/19 0113 | | 01/24/19 0855 |
|---|---|---|---|
| GLU | 86 | < > | 114* |
| NA | 132* | < > | 134* |
| K | 3.6 | < > | 4.3 |
| CL | 102 | < > | 101 |
| CO2 | 21* | < > | 22* |
| BUN | 8 | < > | 12 |
| CREATININE | 0.7 | < > | 0.8 |
| CALCIUM | 9.0 | < > | 9.1 |
| MG | 1.3* | -- | -- |

< > = values in this interval not displayed.

**CBC:**
**Recent Labs**

| Lab | 01/23/19 0113 | 01/23/19 0414 | 01/24/19 0506 |
|---|---|---|---|
| WBC | 5.47 | 5.85 | 4.42 |
| HGB | 9.3* | 9.1* | 8.5* |
| HCT | 28.5* | 28.9* | 28.9* |
| PLT | 171 | 175 | 169 |

**All pertinent labs within the past 24 hours have been reviewed.**

**Significant Imaging:** I have reviewed all pertinent imaging results/findings within the past 24 hours.

Electronically signed by John O. Nnadi, MD on 1/24/2019 11:44 AM

## Operative Notes

Op Note by Case Rappelet, PA at 1/29/2019  3:08 PM

Author: Case Rappelet, PA
Filed: 1/29/2019  3:09 PM
Editor: Case Rappelet, PA (Physician Assistant)

Service: Radiology
Status: Signed

Author Type: Physician Assistant

Cosigner: David S. Kirsch, MD at 1/29/2019  3:19 PM

Pre Op Diagnosis: b cell lymphoma

Post Op Diagnosis: same

**Lincoln/Lee 1615**

**Other Records**

| | |
|---|---|
| BRMH MEDICAL SURGICAL UNIT | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008100192 |
| Continuity of Care | Adm: 1/22/2019 |

**Discharge Instructions**                                                        Lee, Katonia (MR # 2325810)

None

**Lincoln/Lee 1616**

**Other Records**

BRMH MEDICAL SURGICAL UNIT          Lee, Katonia
17000 Medical Center Dr             MRN: 2325810, DOB:          Sex: F
Baton Rouge LA 70816                Acct #: 72008281929
Continuity of Care                  Adm: 2/26/2019

**Discharge Instructions**                          Lee, Katonia (MR # 2325810)

None

**Lincoln/Lee 1617**

**Other Records**

| BRMH XRAY | Lee, Katonia | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 2325810, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008457766 | |
| Continuity of Care | Adm: 4/2/2019 | |

**Discharge Instructions**                                                                       Lee, Katonia (MR # 2325810)

None

**Lincoln/Lee 1618**

**Other Records**

BRMH XRAY
17000 Medical Center Dr
Baton Rouge LA 70816
Continuity of Care

Lee, Katonia
MRN: 2325810, DOB:          Sex: F
Acct #: 72008561776
Adm: 4/23/2019

### Radiology Results (continued)

**Testing Performed By (continued)**

**Lincoln/Lee 1619**

**Other Records**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:                    Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008561776 |
| Continuity of Care | Adm: 4/23/2019 |

**Discharge Instructions**                                                    Lee, Katonia (MR # 2325810)

None

**Lincoln/Lee 1620**

**Other Records**

| | |
|---|---|
| BRMH XRAY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008554660 |
| Continuity of Care | Adm: 5/14/2019 |

**Discharge Instructions**                                          Lee, Katonia (MR # 2325810)

None

**Lincoln/Lee 1621**

**Other Records**

| | |
|---|---|
| BRMH TELEMETRY | Lee, Katonia |
| 17000 Medical Center Dr | MRN: 2325810, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72008729086 |
| Continuity of Care | Adm: 5/25/2019 |

**Discharge Instructions**                                                                 Lee, Katonia (MR # 2325810)

None

**Lincoln/Lee 1622**

**Request Corr.**

**MRO**
**1000 Madison Avenue**
**Suite 100**
**Norristown, PA 19403**
**Ph: (610) 994-7500 Opt. 1**

# Medical Records Transmittal

Date:               6/10/2019
Request Number:     28373889
Page Count:         304

**Your requested medical records are attached.**

Patient Name:       KATONIA LEE
Medical Facility:   Ochsner Baton Rouge Medical Center
Requester:          Anna Cac
Organization:       ReleasePoint, Inc./PORTAL

Your reference number:  5378543

Thank you,

*MRO*
*MROcorp.com*

**Lincoln/Lee 1623**

Request Corr.                    6/4/2019 3:37:59 PM   PAGE   34/055    Fax Server

From HylaFAX Enterprise      Tue 04 Jun 2019 09:18:22 AM PDT            Page 1 of 4

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376



Lincoln
Financial Group

MRO

JUN 04 2019

Jun 4, 2019

OCHSNER MEDICAL CENTER          Re: Long Term Disability Benefits
17000 Medical Center Drive      Claim# 8892419        5378543
ATTN: MEDICAL RECORDS           Claimant: LEE, KATONIA
Baton Rouge, LA 70816           Claimant DOB:
                                Provider Portal: https://portal.releasepoint.com
                                           Access Key: OCH086

Dear  MR # 2252365917,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when
appropriate, we are requesting the following information:

**From November 1, 2018 to Present**
Please provide records Seen by: OCHSNER CANCER CENTER BATON ROUGE

We ask that you provide this information within a week of the date of this mailing.  Failure to provide
the requested information may result in an adverse benefit or claim determination.  The information
can be faxed to our office at our secure fax number  (213) 884-4921      or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the federal TAX ID, and
the amount due.  If you're a hospital, only abstract records are required:  admission, history/physical, OP
reports, DX summaries, etc.  Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities
under HIPAA as a health care provider, and our associated responsibility of ensuring this information is
protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have
enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to
our company. This authorization specifically allows you to release medical information to Lincoln
Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
 Anna Cao
Disability Information Specialist
Phone No.: (213) 266-5038
Fax No:  (213) 884-4921

**Lincoln/Lee 1624**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.

* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ___Katerie Lee___

Name of legal representative, if applicable (print) _____  Relationship _____

Signature of claimant or legal representative ___Katerie Lee___

Date of Birth: _____  Claim Number: __8892419__  Date: __3-29-19__

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2018

**Lincoln/Lee 1625**

Request Corr.                    6/4/2019 3:37:59 PM   PAGE   36/055   Fax Server

From HylaFAX Enterprise     Tue 04 Jun 2019 09:18:22 AM PDT     . . .  . . . . .     Page 3 of 4



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

### AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any Insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for Insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)    _Katonia Lee_____

Name of legal representative, if applicable (print) _____, Relationship _____

Signature of claimant or legal representative  _Katonia Lee_____

Date of Birth: _____    Claim Number: __8802410____ Date: _5-29-19_____

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.Psychotherapy.2015

**Lincoln/Lee 1626**

6/4/2019 3:37:59 PM  PAGE  37/055  Fax Server

From HylaFAX Enterprise    Tue 04 Jun 2019 09:18:22 AM PDT    Page 4 of 4

 **Lincoln** Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life Insurance Company Service Office: 8801 Indian Hills Drive Omaha, NE 68114-4066 toll free (800) 423-2765 www.LincolnFinancial.com

11/8/2018

To Whom It May Concern,

Liberty Life Assurance Company of Boston, a Lincoln Financial Group company, authorizes ReleasePoint to act on its behalf for the purpose of obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:
- Electronic mail to: charts@releasepoint.com
- Secure fax to: (415) 491-0277. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 899-9569.

Sincerely,

Kathryn Leombruno
Director, Claims Operations
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO  63376

©2016  Lincoln National Corporation www.LincolnFinancial.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

**Lincoln/Lee 1627**

# Quality Assurance Report

**Request Information**

Report Date:    June 10, 2019

**RP ID:** 5378543

Patient Name:   LEE, KATONIA

Provider Name: OCHSNER MEDICAL CENTER

**Quality Assurance Information**

Scope Requested: **From November 1, 2018 to Present**

Special Request:
Please provide records Seen by: OCHSNER CANCER CENTER BATON ROUGE

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:
Enclosed are all records supplied by medical facility for requested dates of service

Chart Reviewed By:  LAGUI

**Lincoln/Lee 1628**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216


MS. KATONIA LEE

**Lincoln/Lee 1629**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-7428

June 6, 2019

Ms. Katonia Lee

RE:    Long Term Disability (LTD) Benefits
       Walmart, Inc.
       Claim #: 8892419

Dear Ms. Katonia Lee:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Walmart, Inc.'s Associates' Health and Welfare Plan ("LTD Policy"). We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of the information submitted and have approved your claim for benefits.

The Policy states that to be eligible for benefits you must meet the definition of disability as defined in the LTD Policy:

> *"**Disability**" or "**Disabled**", with respect to Long Term Disability, means:*
>
> *i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
>
> *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
>
> *"**Own Occupation**", with respect to Long Term Disability, means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is performed at Wal-Mart Stores, Inc.*
>
> *"**Material and Substantial Duties**", with respect to Long Term Disability, means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.*

1  of  3

**Lincoln/Lee 1630**

*"Any Occupation"* means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.

Based on the medical and vocational information contained in our claim file, we have determined that you are unable to perform the duties of your occupation.

We have determined that your date of disability is November 8, 2018 and your benefits begin on May 9, 2019. Benefit payment will be sent under separate cover.

The Policy provides benefits at 60% of your pre-disability earnings less benefits from other income. These include, but are not limited to benefits under the United States Social Security Act, the Public Employees' Retirement Fund and Workers' Compensation benefits.

You will continue to receive benefits provided all contractual provisions continue to be met or until you return to work or other income benefits are awarded as defined by the Policy.

You may have your benefit checks automatically deposited into your checking or savings account by completing the enclosed Direct Deposit Form and returning it to our office.

Regarding payment for any other premiums, such as Healthcare, Dental, or Life Insurance, please contact your benefits helpline at (800) 421-1362 or contact your human resources manager.  These premiums are not withheld from your LTD benefits.

In addition to your LTD benefits you may also qualify for disability benefits from the Social Security Administration.  The Policy requires that you apply for Social Security benefits should your disability be expected to extend for twelve months.  The enclosed Social Security fact sheet explains the advantages of obtaining an award.  To apply, contact your local Social Security office or call 1-800-772-1213.  Once you have applied, please let us know and provide a copy of your proof of application.

We ask that you complete the forms indicated below and return them to our office by July 4, 2019.

   __   Direct Deposit Application
   X   Family Information Questionnaire
   X   SS Reimbursement Agreement
   X   Training Education Experience
   __   Advantages of Social Security Disability Benefits Form
   __   Other

We will continue to review your claim and request medical documentation to evaluate your continued eligibility for benefits. Please note that approval at this time does not guarantee payments through the maximum benefit duration. It is imperative that you assist with the management of your claim going forward by providing prompt responses to our requests for information. Please notify our office immediately if your condition changes or your physicians alter your treatment plan.

**Lincoln/Lee 1631**

## *Information Regarding Your Leave of Absence*

*Please note that leave of absence reporting for all Walmart associates is managed by Sedgwick. Liberty Life Assurance Company of Boston has notified Sedgwick of your absence.  Sedgwick will determine if you are eligible, entitled and qualified, for an applicable FMLA, State Leave or Wal-Mart Stores, Inc. sponsored personal leave of absence.  Sedgwick will notify you of their determination separately.*

*You may contact the Walmart Disability & Leave Service Center at Sedgwick. The center's phone number is (800) 492-5678. You may speak with a representative Monday through Friday from 7:00 a.m. - 7:00 p.m. and Saturdays 8:00 a.m. to 4:00 p.m. CT. Information regarding your leave status can be obtained anytime through the Sedgwick  interactive voice response (IVR) system or "viaOne" website accessed through WalmartOne.com or the WIRE.*

If your benefit is overpaid Liberty Life Assurance Company of Boston has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your LTD Policy.

If you have any questions regarding this matter, please contact me.

Lincoln Financial Group offers you the convenience of managing multiple aspects of your benefits online or through your mobile device, including viewing the status of your claim or leave.  Visit www.mylincolnportal.com on your computer or mobile device.

Sincerely,

Brittany Stockhausen
LTD Specialist I
Phone No.: (877) 353-6404 Ext. 18185
Secure Fax No.: (603) 334-7428

Attachments:  Direct Deposit Application
Family Information Questionnaire
SS Reimbursement Agreement
Training Education Experience
Advantages of Social Security Disability Benefits Form

**Lincoln/Lee 1632**

# DIRECT DEPOSIT APPLICATION



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-7428

**Return To:** Brittany Stockhausen

EMPLOYEE/CLAIMANT NAME: Katonia Lee

CLAIM NO: 8892419

EMPLOYER/SPONSOR: Walmart, Inc.                DATE OF BIRTH:

**CHECK ONE:** ☐ New    ☐ Change

**YOUR TELEPHONE NUMBER:** (    )

**ADDRESS:** _____ **CITY:** _____ **STATE:** _____ **ZIP:** _____

### AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY LIFE ASSURANCE COMPANY OF BOSTON to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW
### ***All must be completed or your form will be rejected***

**TYPE OF ACCOUNT:** ☐ Checking    ☐ Savings        **BANK NAME:** _____

**9 DIGIT ABA ROUTING NUMBER:** _____        **BANK ADDRESS:** _____

**YOUR ACCOUNT NUMBER:** _____        **CITY:** _____ **STATE:** _____ **ZIP:** _____

**BANK PHONE:** (    ) _____

### ***You must check yes or no to BOTH of the following two questions***

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?**
☐ YES    ☐ NO

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?**
☐ YES    ☐ NO

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY LIFE ASSURANCE COMPANY OF BOSTON or BANK.  Any such notification to LIBERTY LIFE ASSURANCE COMPANY OF BOSTON shall be effective only with respect to entries initiated by LIBERTY LIFE ASSURANCE COMPANY OF BOSTON after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it.  I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: _____        Date: _____

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

### ATTACH VOIDED CHECK HERE
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

**Lincoln/Lee 1633**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-7428

Liberty Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account.  Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account.
Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application.  Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox.  Be sure to print all the information clearly, and sign the application.  Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank.  Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

**C**an I sign up for Direct Deposit and forward my benefit payment to a foreign bank account?
No, at this time Liberty Life Assurance Company of Boston will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month.  Funds     will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account.  You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account.  We can continue the direct deposit process with your new bank following notification to and verification from your new bank.  You may receive several benefit checks by mail in the interim.  Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager.  They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

Liberty Life Assurance Company of Boston

Group Benefits

**Lincoln/Lee 1634**

# FAMILY INFORMATION QUESTIONNAIRE



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-7428

**Return to:**  Brittany Stockhausen

EMPLOYEE/CLAIMANT NAME: Katonia Lee

CLAIM NO:  8892419

EMPLOYER/SPONSOR: Walmart, Inc.                   DATE OF BIRTH:

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status?          Single _____          Married _____          Divorced _____
If married, please indicate your spouse's name and date of birth.   Name: _____   DOB: _____

Do you have children or dependents*?   Yes _____          No _____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:
- Biological child(ren)               - Custodial Grandchildren          - Adopted Children
- Stepchildren                        - A child 18 or older with a disability   - A child 18-19 and a full-time student
- Children not residing in your          that started before age 22            (not higher than grade 12)
  household

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|------|-----|----------------------------------------------------------------|-------------------------------|----------------------------------------------------|
|      |     |                                                                |                               |                                                    |
|      |     |                                                                |                               |                                                    |
|      |     |                                                                |                               |                                                    |
|      |     |                                                                |                               |                                                    |

Is your spouse and/or children receiving Social Security benefits?     Yes: _____ No: _____
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|------|-----|-------------------------------------------|--------------------------------|---------------------------------|-------------------------------------------|
|      |     |                                           |                                |                                 |                                           |
|      |     |                                           |                                |                                 |                                           |
|      |     |                                           |                                |                                 |                                           |
|      |     |                                           |                                |                                 |                                           |

Your Name: _____          Date: _____

**Lincoln/Lee 1635**



**LINCOLN FINANCIAL GROUP**
**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

**SOCIAL SECURITY/REIMBURSEMENT AGREEMENT**

**INSTRUCTIONS:** The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.

The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.

Claimant: **Katonia Lee** _____ Date of Birth: _____

Employer: **Walmart, Inc.** _____ Policy/Plan Sponsor No. **05 - 290765** _____

**A)** If disability benefits are approved I request that Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company (Liberty Life) pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Liberty Life immediately if awarded Social Security Benefits.
4) I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.
6) I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.

**B)** Social Security benefits <u>will be estimated</u> if:

1) I do not sign and return this form to Liberty Life within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.

(Insured/Employee signature) _____

(Address) _____

(Date) _____

*Please retain a copy for your records or one can be provided upon request.*

**Lincoln/Lee 1636**

## TRAINING-EDUCATION-EXPERIENCE FORM (TEE)



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-7428

EMPLOYEE/CLAIMANT NAME: Katonia Lee

CLAIM NO: 8892419

EMPLOYER/SPONSOR: Walmart, Inc.                    DATE OF BIRTH:

### Please fill out each section completely

**EDUCATIONAL BACKGROUND:**                    **(If you have a resume, please attach)**

Highest Grade Completed: _____    Check if earned: ☐ GED  ☐ HS Diploma

Vocational Training: _____    Certificate Program completed: _____

Associates Degree: _____    College: number of years: _____

Bachelor's Degree: BA /BS Major: _____  Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: _____

Professional Training, License, Certificates(s): _____

Are you currently attending any classes: ☐ Y    ☐ N   If yes, provide name of school: _____

List any other Training or Classes Attended or Plan to Attend: _____

Additional Skills, Hobbies & Volunteer Work _____

Did you serve in the Armed Forces? ☐ Y    ☐ N    From: _____    To: _____

Branch of Service: _____    Specialty: _____

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1.  Company: _____ Department:_____ From: _____ To: _____
    Job Title(s): _____
    Supervisory Experience  ☐ Y    ☐ N
    Tasks/Duties (please be specific): _____
    _____

2.  Company: _____ Department:_____ From: _____ To: _____
    Job Title(s): _____
    Supervisory Experience  ☐ Y    ☐ N
    Tasks/Duties (please be specific): _____
    _____

A Lincoln Financial Group Company

**Lincoln/Lee 1637**

3. Company: _____ Department: _____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): _____
   _____

4. Company: _____ Department: _____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): _____
   _____

5. Company: _____ Department: _____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): _____
   _____

**Computer Utilization:**

Computer Training/Courses, Certifications: _____

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | | | |
| Photo Software | ☐ | ☐ | Other: _____ | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No   If yes, WPM (words per minute) _____
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: _____ Work: _____

**SIGNATURE:** _____ **PHONE NO: (** ___ **)** _____

2

**Lincoln/Lee 1638**

# Advantages of Social Security Disability Benefits

- **Increased Disability Benefits**
  - ° **Though you and your dependents' initial Social Security benefit would be offset from your Long Term Disability payment, your future Social Security cost of living (COLA) increases would not.  Therefore you would maximize your combined benefits because they would increase each year.**

- **Increased Retirement Benefits**
  - ° **For any period within a year that you are not paying into Social Security (FICA) out of your earnings, zeros are being factored into your earnings record. If found eligible for SSDI for any period of time when there were zeros, they will be excluded from the calculation of future benefits.  As a result, the amount of your eventual Social Security Retirement Benefit could be _substantially higher_.**

- **Cost of Living Adjustment (COLA) Raises**
  - ° **SSA will provide you and any eligible dependents an increase annually.  These increases will not affect your Long Term Disability benefits.**

- **Tax Free Income**
  - ° **The majority of Social Security beneficiaries who receive Social Security Disability income are either entirely or partially tax free based on certain criteria set by SSA.**

- **Medicare Coverage**
  - ° **After you have received Social Security Disability benefits for 24 months, regardless of your age, you also become eligible for Medicare benefits.  This includes Part A Hospital benefits, and Part B Medical benefits, which added to any other health insurance coverage you might have, will increase your overall health insurance protection.**
  - ° **Once you establish Medicare Eligibility your premiums for any other health insurance you might have could decrease. With Medicare coverage available to help pay medical expenses, such premiums may be adjusted downwards.**
  - ° **Medicare Part A is at no cost while Medicare Part B has an associated premium. You can access http://www.socialsecurity.gov/medicare/ for more information and costs associated with the program.**

- **COBRA Extension**
  - ° **If you receive Social Security Disability benefits the length of your COBRA benefits may be extended an additional 11 months.**

- **Return To Work Incentives**
  - ° **Social Security will provide you opportunities to Return To Work while still paying you disability benefits.**

**Lincoln/Lee 1639**

**ICP Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| Walmart | KATONIA LEE | 8892419 |

| | | | |
|---|---|---|---|
| **Referred By:** | Brittany Stockhausen | **Claimant DOB:** | |
| **Referral Date:** | 06/03/2019 | **Job Title:** | ASST MGR |
| **Due Date:** | 06/05/2019 | **Medical/ Surgical Condition:** | Acute duodenal ulcer with hemorrhage |
| **Referral Type:** | Initial Assessment | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 11/07/2018 |
| **Report Date:** | | **DOD:** | 11/08/2018 |
| **Physical Demands:** | Medium | **BBD:** | 05/09/2019 |
| **Non-Medical Issue:** | Yes | **Non-Medical Issue Details:** | |

1. **Records Reviewed:** *All medical records were reviewed that pertained to the claimant's clinical condition and were available in System One as of the date of this memo.*

2. **Primary Diagnosis / ICD 10 Codes**

- Diffuse large B cell lymphoma on chemotherapy (C83.30)

3. **Co-Morbid conditions potentially impacting capacity ICD 10 Diagnosis (es) Name:**

- Acquired immune deficiency syndrome (AIDS) (B20)

4. **Are R/Ls supported at the time of the LTD BBD?**
   **(X) Yes**
   **( ) No***
   **( ) Uncertain***
   **\*If No or Uncertain, please skip down to "12. Suggested Action Plan"**

5. **Usual Recovery time for primary impairing condition(s):**
   The recovery time for the claimant's primary condition is variable depending on the response to therapy. It would be reasonable to conclude that her condition of AIDS may additionally complicate her recovery.

6. **Current estimated work capacity:**
   **( X ) None**
   **( ) S**
   **( ) L**
   **( ) M**
   **( ) H**

**Lincoln/Lee 1640**

( ) VH
( ) Behavioral Limitations

7.  **Potential accommodations that would facilitate a RTW:**
( ) Now
( ) Future
(X) Not Assessed

8.  **Current estimated R/Ls:**

In individuals with B cell lymphoma, the condition itself will typically cause high levels of fatigue with normal levels of physical exertion. Chemotherapy causes additional weakness and fatigue. It is reasonable to conclude that the claimant would not have the strength, stamina or stability to sustain even sedentary work reliably.

9.  **Estimated duration of R/Ls:**
Uncertain

10. **Estimated work capacity after recovery:** Uncertain
( ) None
( ) S
( ) L
( ) M
( ) H
( ) VH
( ) Behavioral Limitations

11. **If modified work is available, would accommodations be beneficial?**
( ) Yes, describe and provide an estimated duration
( X ) None at this time
( ) Not assessed

12. **SUGGESTED ACTION PLAN:**
   o  It would be beneficial to obtain medical records from Dr. Long Dang, Hematology/Oncology and Dr. Janah Shah, GI as well as the results from laboratory/pathology reports pertaining to the pancreatic biopsy performed on 12/26/18

( ) **DCM to consider attempting to get consensus on the above R/Ls to facilitate a RTW with accommodations**

(X ) **Refer to me for full file review**
   ( ) **Now**
   ( ) **On the following date:**
   ( X ) **When the following becomes available:** *medical records from Dr. Long Dang, Hematology/Oncology and Dr. Janah Shah, GI as well as the results from laboratory/pathology reports pertaining to the pancreatic biopsy performed on 12/26/18*

   ( ) **Comments:**

**Lincoln/Lee 1641**

( ) Refer to _____ specialty for full file review:
    ( ) Now
    ( ) On the following date:
    ( ) When the following becomes available:
    ( ) Comments:

( ) Refer for nurse case manager review:
    ( ) Now
    ( ) On the following date:
    ( ) When the following becomes available:
    ( ) Comments:

*-Electronically Signed On June 4, 2019-*

Mary Ellen Dirlam, MD, PhD, FACP
Consulting Physician, Board Certified in Internal Medicine

**Lincoln/Lee 1642**



**Walmart Associate Earnings History Calculation**
Report Generation Date: 06/03/2019

**Associate Name: KATONIA LEE**
**Emp ID/WIN#: 100427377**
**Claim#: 8892419**
**Product: LTD**

**Date of Disability: 11/8/2018**
**Last Day Worked: 11/7/2018**
**Date of Hire: 12/8/2006**

| Biweekly Salary Amount: | $1,900.09 |
|---|---|

| LTD Earnings History Detail | | | | | | |
|---|---|---|---|---|---|---|
| Claim# | WIN# (Emp ID) | LAST NAME | FIRST NAME | PAY PERIOD FROM DATE | PAY PERIOD TO DATE | GROSS EARNINGS |
| 8892419 | 100427377 | LEE | KATONIA | 10/13/2018 | 10/26/2018 | $ 1,902.70 |
| 8892419 | 100427377 | LEE | KATONIA | 9/29/2018 | 10/12/2018 | $ 1,902.70 |
| 8892419 | 100427377 | LEE | KATONIA | 9/15/2018 | 9/28/2018 | $ 1,902.70 |
| 8892419 | 100427377 | LEE | KATONIA | 9/1/2018 | 9/14/2018 | $ 1,902.70 |
| 8892419 | 100427377 | LEE | KATONIA | 8/18/2018 | 8/31/2018 | $ 1,902.70 |
| 8892419 | 100427377 | LEE | KATONIA | 8/4/2018 | 8/17/2018 | $ 1,902.70 |
| 8892419 | 100427377 | LEE | KATONIA | 7/21/2018 | 8/3/2018 | $ 1,902.70 |
| 8892419 | 100427377 | LEE | KATONIA | 7/7/2018 | 7/20/2018 | $ 1,902.70 |
| 8892419 | 100427377 | LEE | KATONIA | 6/23/2018 | 7/6/2018 | $ 1,902.70 |
| 8892419 | 100427377 | LEE | KATONIA | 6/9/2018 | 6/22/2018 | $ 1,902.70 |
| 8892419 | 100427377 | LEE | KATONIA | 5/26/2018 | 6/8/2018 | $ 1,902.70 |
| 8892419 | 100427377 | LEE | KATONIA | 5/12/2018 | 5/25/2018 | $ 1,902.70 |
| 8892419 | 100427377 | LEE | KATONIA | 4/28/2018 | 5/11/2018 | $ 1,902.70 |
| 8892419 | 100427377 | LEE | KATONIA | 4/14/2018 | 4/27/2018 | $ 1,902.70 |
| 8892419 | 100427377 | LEE | KATONIA | 3/31/2018 | 4/13/2018 | $ 1,902.70 |
| 8892419 | 100427377 | LEE | KATONIA | 3/17/2018 | 3/30/2018 | $ 1,865.39 |
| 8892419 | 100427377 | LEE | KATONIA | 3/3/2018 | 3/16/2018 | $ 1,865.39 |
| 8892419 | 100427377 | LEE | KATONIA | 2/17/2018 | 3/2/2018 | $ 3,105.89 |
| 8892419 | 100427377 | LEE | KATONIA | 2/3/2018 | 2/16/2018 | $ 1,865.39 |
| 8892419 | 100427377 | LEE | KATONIA | 1/20/2018 | 2/2/2018 | $ 1,865.39 |
| 8892419 | 100427377 | LEE | KATONIA | 1/6/2018 | 1/19/2018 | $ 1,865.39 |
| 8892419 | 100427377 | LEE | KATONIA | 12/23/2017 | 1/5/2018 | $ 1,865.39 |
| 8892419 | 100427377 | LEE | KATONIA | 12/9/2017 | 12/22/2017 | $ 932.70 |
| 8892419 | 100427377 | LEE | KATONIA | 11/25/2017 | 12/8/2017 | $ - |
| 8892419 | 100427377 | LEE | KATONIA | 11/11/2017 | 11/24/2017 | $ 1,865.39 |
| 8892419 | 100427377 | LEE | KATONIA | 10/28/2017 | 11/10/2017 | $ 1,865.39 |
| | | | | | Average Biweekly Amt: | $ 1,900.09 |

**Lincoln/Lee 1643**



**Merit Health Central**
1850 Chadwick Drive
Jackson, MS  39204

Health care information is personal and sensitive information related to a person's health care. It is being faxed to you after appropriate authorization from the patient or under circumstances that do not require patient authorization. You, the recipient, are obligated to main-tain it in a safe, secure and confidential manner. Re-disclosure without additional patient consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in Federal and State Law.

**PLEASE DELIVER THE ATTACHED INFORMATION TO:**

Attn: _Medical Claims Dept_

Company: _Sedgewick Claims_

Fax Number: _859-264-4312_

Telephone Number: _____

RE: _Katonia Lee (Claim# 30181369022-0001)_

From: _M. Longino_

Date: _11-27-18_

Department/Name: _Hospitalist Dept._

Phone: (601) _376-2832_

Fax Number: (601) _376-1816_

Total Pages Including Fax Cover Sheet: _12_

**MESSAGE:**

_Please use the attached Attending Physician Statement_

_Thanks_

Confidentiality Notice: The documents accompanying this facsimile transmission is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify the sender immediately and arrange for the return or destruction of these documents.

From:Mid-MS Hospitalist                601 376 1816                November 27, 2018 5:21:46 PM EST

| | | | | | |
|---|---|---|---|---|---|
| STATUS | PAGES | DURATION | REMOTE CSID | TIME RECEIVED | |
| Received | 12 | 584 | 601 376 1816 | | |
| 11-27-2018 | | | 301813690220001 | 5220181127030507 | #888 P.001/012  11/27/2018 17:26 |

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

**Lincoln/Lee 1644**

11/26/2018 18:47 FAX  6016456378        UMB Centreville Branch 5              ☑0002/0004

**COMPLETE YOUR FORMS | MEDICAL INFORMATION**

Return all documents to Sedgwick in one of three ways:
upload: viaOne® express  |  email: WalmartForms@sedgwicksir.com  |  fax: 859-264-4372 or 859-280-3270

## Attending Physician Statement

Associate name: Katonia Lee                 Associate WIN: 100427377
Claim number: 30181369022-0001              Medical due date: 12/02/2018

**SECTION 1: REQUIRED INFORMATION TO SUPPORT FMLA/STATE LEAVE**

1. Will the patient be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? Yes ☑  No ☐

   If yes, provide the beginning and ending dates for the period of incapacity: 11/8/18 — 12/6/18

2. Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?
   Yes ☑  No ☐   If yes, dates of admission: 11/8/18

3. Date(s) you treated the patient for condition: 11/8/18 — 11/16/18

4. Was medication, other than over-the-counter medication prescribed? Yes ☑  No ☐

5. Is the patient unable to perform any of his/her job functions due to their condition: Yes ☑  No ☐  if yes, identify the job functions the employee is unable to perform (use the list of the employee's essential functions or job description, if included, or answer this question based upon the patient's own description of his/her job functions)
   Bending and lifting objects

6. Describe other relevant medical facts, if any, related to the condition for which the patient seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment). NOTE: In California, Wisconsin and Connecticut, do not disclose the underlying diagnosis unless you have received consent from the patient.
   Acute blood loss Anemia, Abdominal hematoma.

**SECTION 2: REQUIRED INFORMATION TO SUPPORT DISABILITY BENEFITS**
NOTE: This information is required only to support a claim for disability benefits and is not required to support a leave request. Failure to provide this information will not affect the request for leave.

In order to verify that the patient cannot do their job, please provide written documentation of observable and measurable findings from examinations as well as supporting laboratory or diagnostic tests.

1. Objective findings: HT_____ WT_____ BP 119/72 TEMP 97.6 PULSE 75 RESP 20

2. Patient's Complaints: Abdominal pain, Abdominal hematoma, Acute blood loss anemia

Med 1 of 3

**Lincoln/Lee 1645**

11/26/2018 18:48 FAX  6016456378          UMB Centreville Branch 5                    ☑0003/0004

**COMPLETE YOUR FORMS | MEDICAL INFORMATION**

Return all documents to Sedgwick in one of three ways:
upload: viaOne® express | email: WalmartForms@sedgwicksir.com | fax: 859-264-4372 or 859-280-3270

Associate name: Katonia Lee                          Associate WIN: 100427377
Claim number: 30181369022-0001                       Medical due date: 12/02/2018

3. Your Diagnosis: (list all disabling diagnoses including all ICD10 codes)
    Primary:        ICD10 Code: _K260_ Description: _Acute duodenal ulcer with hemorrhage_
    Secondary.      ICD10 Code. _J690_ Description: _Pneumonitis_
                    ICD10 Code. _E46_ Description: _Unspecified protein - Calorie malnutrition_

4. List all co-morbid conditions: _Acute post hemorrhagic anemia, hyper natremia,_
_Acidosis, SIRS_

5. Is the medical condition pregnancy? Yes ☐  No ☑  If yes, expected delivery date __/__/__

6. If patient is pregnant, is a C-Section planned? Yes ☑  No ☐  If yes, date scheduled? __/__/__

7. Describe objective/clinical findings to warrant disability, including severity and duration based on the patient's presentation during office visits _to be determined at flu office_
_Appointment_

8. Has the patient recovered sufficiently to return to work? Yes ☐  No ☑

    If "Yes", give the date the patient was able to return to work ___/___/___

    If "No", in your opinion when, may work be resumed? (Please do not use "indefinite", "unknown", "undetermined", etc.) If a date cannot be determined, please estimate in days, weeks or months. _12/6/18_

9. Has the patient recovered sufficiently to return to restricted work? Yes ☐  No ☑
    If "Yes", indicate date restrictions begin: ___/___/___  Date restrictions end _12/6/18_
    Restriction (s) required: _____

10. When was patient first diagnosed with this condition? _11/8/18_

11. When is the patient's next office visit? _12/5/18_

12. Is this condition the result of an injury? Yes ☐  No ☑  Is this condition work related? Yes ☐  No ☑
    If yes, provide date and description of event:

13. What is the prescribed treatment plan? (Please provide specific details regarding treatment/therapy, attach notes if necessary) _taking medication, lab work, follow up with_
_GI MD_

Med 2 of 3

11-27-2018                                301813690220001

11/12/2018          301813690220001          562018111227144



601 376 1816
From:Mid-MS Hospitalist                    5220181127030507

**Lincoln/Lee 1646**

11/26/2018 18:49 FAX  6016456378          UMB Centreville Branch 5                    ☑0004/0004

## COMPLETE YOUR FORMS | MEDICAL INFORMATION

**Return all documents to Sedgwick in one of three ways:**
upload: viaOne® express | email: WalmartForms@sedgwicksir.com | fax: 859-264-4372 or 859-280-3270

Associate name: Katonia Lee                    Associate WIN: 100427377
Claim number: 30181369022-0001                 Medical due date: 12/02/2018

14. List all medications, identify dates of new medications or dose adjustments. (attach list if necessary)

| Medication | Dose | Frequency | Duration | New Med | Adjusted Med | Date Adjusted |
|---|---|---|---|---|---|---|
| See attached | | | | Yes ☐  No ☐ | Yes ☐  No ☐ | __/__/__ |
| | | | | Yes ☐  No ☐ | Yes ☐  No ☐ | __/__/__ |
| | | | | Yes ☐  No ☐ | Yes ☐  No ☐ | __/__/__ |
| | | | | Yes ☐  No ☐ | Yes ☐  No ☐ | __/__/__ |

15. Has any surgical procedure related to current disability been performed or is any anticipated? Yes ☐  No ☐
List the name of the procedure: _Excision of Duodenum_
CPT code: _ODB98ZZ_  Date of procedure: _11 / 8 / 18_

16. Has patient been referred to other physician(s)/specialist? Yes ✓ No  If yes, provide physician name, specialty, and telephone number. _George Smith-Vaniz, MD Gastro intestinal_

17. List specific functional limitations of Activities of Daily Living (ADL's): _See attached_

18. Has patient been given any driving restrictions for this disability period? Yes ☐  No ☐
If yes please describe: _See attached_

**Please attach all office notes, History & Physical, results of x-rays, laboratory tests, MRI Reports, etc, if relevant.**

The Genetic Information Nondiscrimination Act of 2008 (GINA) and the California Genetic Information Nondiscrimination Act of 2011 (CalGINA) prohibit employers and other entities from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by applicable law. To comply with GINA and CalGINA, please DO NOT provide any genetic information when responding to this request for medical certification.
"Genetic information," as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or of an embryo legally held by an individual or family member receiving assistive reproductive services. (75 Fed. Reg. 68934.)
"Genetic information," as defined by CalGINA includes information about the individual's or the individual's family member's genetic tests, information regarding the manifestation of a disease or disorder in a family member of the individual, and includes information from genetic services or participation in clinical research that includes genetic services by an individual or any family member of the individual. "Genetic information" does not include information about an individual's sex or age.

Telephone Number: _601-376-2832_    Healthcare Provider Name (Printed): _Greg Oden, MD_

Fax Number: _601-376-1816_    Healthcare Provider Specialty: _Internal Medicine Hospitalist_

Date Completed: _11/27/18_    Healthcare Provider Signature: _[signature] MD_

Med 3 of 3



From:Mid-MS Hospitalist

11/27/2018 17:28          601 376 1816

**Lincoln/Lee 1647**

Merit Health Central, 1850     Jwick Drive, Jackson, MS, 39204

# Patient Medication Discharge Instructions (v. 1)

*Special Instructions Nursing - Place signed Copy on CHART, Patient to retain copy*

| KATONIA LEE | DOB: ) (48 years F) |
|---|---|
| MRN: 8480000787202 | Location: 2SE-2255-A |
| ACCT: 4611137 | Attending: MICHAEL BOOKHARDT, MD |

HT: 5ft 2.01in (157.5cm)    WT: 133lb (60.33kg)

**ALLERGIES**
NO KNOWN ALLERGIES (verified)

**Patient's Preferred Pharmacy**
Walmart Pharmacy 916
960 BROOKWAY BLVD
BROOKHAVEN, MS 39601
(601) 833-8436

Follow these medication instructions provided on your discharge. Please take the list with you to your next doctor's appointment.

## Your discharge instructions are as follows:

| NEW | CELEXA ( 20 MG TABLET )<br>(also known as Citalopram)<br>1 tablet orally every day<br>NEXT DOSE DUE:<br>*Last dose:* |
|---|---|
| NEW | FERROUS SULFATE ( 325 MG (65 MG IRON) TABLET )<br>(also known as Feosol)<br>1 tablet orally twice daily<br>NEXT DOSE DUE:<br>*Last dose:* |
| NEW | METOPROLOL TARTRATE ( 50 MG TABLET )<br>(also known as Metoprolol, Lopressor)<br>1 tablet orally twice daily<br>NEXT DOSE DUE:<br>*Last dose:* |
| NEW | NORVASC ( 5 MG TABLET )<br>(also known as Amlodipine)<br>1 tablet orally every day<br>NEXT DOSE DUE:<br>*Last dose:* |
| NEW | PROTONIX DELAYED RELEASE TABLET ( 40 MG TABLET,DELAYED RELEASE (DR/EC) )<br>(also known as Pantoprazole)<br>1 delayed release tablet orally every day<br>NEXT DOSE DUE:<br>*Last dose:* |

Patient:LEE, KATONIA     MRN:0000787202  Encounter:4611137     Page 1 of 8

11-27-2018                                    301813690220001                          5220181127030507

11/27/2018 17:29          601 376 1816          From:Mid-MS Hospitalist

#888 P.005/012

**Lincoln/Lee 1648**

Merit Health Central, 1850      .wick Drive, Jackson, MS, 39204

# Patient Medication Discharge Instructions (v. 1)

*Special Instructions Nursing - Place signed Copy on CHART, Patient to retain copy*

| KATONIA LEE | DOB: | (48 years F) |
|---|---|---|
| MRN: 8480000787202 | Location: 2SE-2255-A | |
| ACCT: 4611137 | Attending: MICHAEL BOOKHARDT, MD | |

## The following prescriptions were sent to the pharmacy for you:

**1  CELEXA ( 20 MG TABLET )**
(also known as Citalopram)
**1 tablet orally every day**
**NEXT DOSE DUE:**
*Last dose:*
*30 Tablet(s), 5 refills*

This prescription was sent to:
Walmart Pharmacy 816
Fax: (601) 833-3581
Phone: (601) 833-8436
960 BROOKWAY BLVD
BROOKHAVEN, MS 39601

**2  FERROUS SULFATE ( 325 MG (65 MG IRON) TABLET )**
(also known as Feosol)
**1 tablet orally twice daily**
**NEXT DOSE DUE:**
*Last dose:*
*60 Tablet(s), 5 refills*

This prescription was sent to:
Walmart Pharmacy 816
Fax: (601) 833-3581
Phone: (601) 833-8436
960 BROOKWAY BLVD
BROOKHAVEN, MS 39601

**3  METOPROLOL TARTRATE ( 50 MG TABLET )**
(also known as Metoprolol, Lopressor)
**1 tablet orally twice daily**
**NEXT DOSE DUE:**
*Last dose:*
*60 Tablet(s), 5 refills*

This prescription was sent to:
Walmart Pharmacy 816
Fax: (601) 833-3581
Phone: (601) 833-8436
960 BROOKWAY BLVD
BROOKHAVEN, MS 39601

Page 2/3

Patient Medication Discharge Instructions, Page 2/3

Printed Friday November 16, 2018 at 11:32 AM

Patient:LEE, KATONIA          MRN:0000787202  Encounter:4611137      Page 2 of 8

11-27-2018                                        301813690220001                                        5220181127030507

11/27/2018 17:29        601 376 1816        From:Mid-MS Hospitalist

#888 P.006/012

**Lincoln/Lee 1649**

Merit Health Central, 1850 ⌁ick Drive, Jackson, MS, 39204

# Patient Medication Discharge Instructions (v. 1)

*Special Instructions Nursing - Place signed Copy on CHART, Patient to retain copy*

| KATONIA LEE | DOB: (48 years F) |
|---|---|
| MRN: 8480000787202 | Location: 2SE-2255-A |
| ACCT: 4611137 | Attending: MICHAEL BOOKHARDT, MD |

| 4 | NORVASC ( 5 MG TABLET ) |
|---|---|
| | (also known as Amlodipine) |
| | **1 tablet orally every day** |
| | **NEXT DOSE DUE:** |
| | *Last dose:* |
| | *30 Tablet(s), 5 refills* |

This prescription was sent to:
Walmart Pharmacy 816
Fax: (601) 833-3581
Phone: (601) 833-8436
960 BROOKWAY BLVD
BROOKHAVEN, MS 39601

| 5 | PROTONIX DELAYED RELEASE TABLET ( 40 MG TABLET,DELAYED RELEASE (DR/EC) ) |
|---|---|
| | (also known as Pantoprazole) |
| | **1 delayed release tablet orally every day** |
| | **NEXT DOSE DUE:** |
| | *Last dose:* |
| | *30 Tablet(s), 2 refills* |

This prescription was sent to:
Walmart Pharmacy 816
Fax: (601) 833-3581
Phone: (601) 833-8436
960 BROOKWAY BLVD
BROOKHAVEN, MS 39601

KATONIA LEE  initials/signature

Patient Medication Discharge Instructions, Page 3/3

Printed Friday November 18, 2018 at 11:32 AM

Patient:LEE, KATONIA    MRN:0000787202  Encounter:4611137    Page 3 of 8

11-27-2018

301813690220001

5220181127030507

From:Mid-MS Hospitalist    601 376 1816    11/27/2018 17:30    #888 P.007/012

**Lincoln/Lee 1650**

## *Discharge In   uctions*

<span style="float:right">PAGE   1</span>

 **Merit Health Central**

1850 Chadwick Drive
Jackson • MS • 39204
Phone: (601)376.1000

PATIENT: LEE, KATONIA
PT#: 4611137
MR#: 0000787202

### DESTINATION

Discharged to:    Home
Discharged via:   Wheelchair
Accompanied by:   Family member

### DIET

Instructions reviewed with patient/caregiver
Type: REGULAR

### ACTIVITY

Instructions reviewed with patient/caregiver
Lifting restriction: 10    lbs limit
Activity as tolerated
Return to work/school:
 Additional comments:
Allow for rest periods
Do not tire yourself out

### IMMUNIZATIONS

Please follow up with your physician.

| IMMUNIZATION | LAST DOCUM | LAST ADMINISTERED | STATUS |
|---|---|---|---|
| INFLUENZA | FLUZONE, QUADRIVALENT | | |
| | 11/16/2018 | | ADMINISTERED |
| PNEUMONIA | 11/16/2018 | | GIVEN PRIOR TO VIS |
| EVALUATION DATE | 11/16/2018 | | |

### SYMPTOMS/HEALTH PROBLEMS TO LOOK FOR & WHEN TO NOTIFY PHYSICIAN

If you are experiencing an emergency, call 911 or go to the nearest Emergenc
Room. For questions or concerns related to your hospitalization, contact:
6977-BOOKHARDT, MICHAEL
 Notify physician if you experience the following
Unresolved severe ABDOMINAL pain
Constipation/diarhhea
Unresolved recurring rectal bleeding after bowel movements
Worsening symptoms
 Additional concerns to report:
Increased bleeding

Chart copy

Patient: LEE, KATONIA          MRN:0000787202  Encounter:4611137       Page 4 of 8

**Lincoln/Lee 1651**

## Discharge In    uctions

PAGE    2


Merit
Health
Central

1850 Chadwick Drive
Jackson • MS • 39204
Phone: (601)376.1000

PATIENT: LEE, KATONIA
PT#: 4611137
MR#: 0000787202

### FOLLOW-UP APPOINTMENTS - PHYSICIAN

| Location | Appt Type | Date of Appt | Appt Time |
|---|---|---|---|
| SMITH-VANIZ, GEORGE | 2:30pm | 12/04/2018 | 02:30 AM |
| | 601-376-2115 1860 CHADWICK DR STE 353 JACKSON MS 39204 | | |
| JACKSON HINDS COMP | 601-362-5321 | 12/05/2018 | 11:30 AM |

### TEACHING / REFERRAL TO OUTSIDE

Family teaching:
Take all meds as ordered.Keep all scheduled appointments.

### SMOKING EDUCATION

Smoking cessation materials issued and reviewed   No
If no, why? non smoker
Patient requests a referral regarding cessation   No
If no, why? non smoker
Patient requests an FDA approved medication        No
If no, why? non smoker
Comments:
In the interest of good health, please do not smoke or use tobacco
products. Referral to: Tobacco Quitline MS 1-800-784-8669.

### EDUCATIONAL MATERIALS

Educational Materials Provided
40233      When You Have Gastrointestinal (GI) B  11/16/2018  13:15  *KRAMES

### EVALUATION

Patient status at time of discharge:
Vital Signs:  T   97.6  P   075  R   20  B/P  119/072  D/T  11/16/2018 13:00:00
IV access removed   Yes                 Telemetry removed   Yes
Neuro: Age appropriate  Y  Alert:Y  Oriented to: Time Y  Place Y  Person Y
Heart:  Regular
Lungs:  Clear bilaterally
Abdomen:  Soft, non-tender
Bowel:   Active bowel sounds


PIN

Chart copy


4611137

Patient:LEE, KATONIA        MRN:0000787202  Encounter:4611137      Page 5 of 9

11-27-2018                        301813690220001                        5220181127030507

**Lincoln/Lee 1652**

## Discharge    structions

PAGE    3



1850 Chadwick Drive
Jackson • MS • 39204
Phone: (601)376.1000

PATIENT: LEE, KATONIA
PT#: 4611137
MR#: 0000787202

### EVALUATION

```
Skin Condition:   Intact
Surgical site:

Pain:   No pain
Evaluation completed at:   11/16/2018 01:17 PM  by:   LT23
PANEL: GI BLEED                                          DRG:  0377
```

I acknowledge receipt of and understand the instructions above and I certify that I have received a copy of this instruction sheet.

Signature: _____ Date: 11/16/2010

Significant other present for instructions: _____ Phone: _____

Nursing Signature: _____ Date: 11/16/20 Time: _____

Nursing Unit: _____

A week or so after you leave the hospital, you may be asked to take a survey about your stay. It is very important to complete this. Your feedback helps the hospital make sure everyone gets the best care.

If you or a loved one have congestive heart failure, follow these healthy living tips: stop smoking; follow the diet your doctor prescribed; keep your follow-up appointment; follow the activity guidelines your doctor wants you to be on; check your weight at least twice a week; call your doctor if you notice unexpected weight gain, or shortness of breath; and keep your medication list current.

Chart copy

4611137

Patient: LEE, KATONIA        MRN:0000787202   Encounter:4611137        Page 6 of 8

11-27-2018                                    301813690220001                        5220181127030507
#888 P.010/012        11/27/2018 17:32        601 376 1816        From:Mid-MS Hospitalist

**Lincoln/Lee 1653**

Case 5:22-cv-05075-TLB   Document 12-3   Filed 11/03/22   Page 1575 of 1717 PageID #: 1679



## Discharge Instructions

PAGE 4

**Merit Health Central**
1850 Chadwick Drive
Jackson • MS • 39204
Phone: (601)376.1000

PATIENT: LEE, KATONIA
PT#: 4611137
MR#: 0000787202

11/16/2018   13:18

**MEDICATIONS**   Reviewed for action, dosage, route, potential, side effect and interaction.

| Status | Medication Trade/Generic Name | Dose | Route | Frequency |
|--------|-------------------------------|------|-------|-----------|
| New | Celexa Tablet | 20MG RXNORM:213344 | BY MOUTH | DAILY |

As Needed Reason:
Comment:(1 X 20mg Tablet) every day

| New | Ferrous Sulfate Tablet | 325MG RXNORM:310325 | BY MOUTH | TWICE DAILY |

As Needed Reason:
Comment:(1 X 325 mg(65 mg iron) Tablet) twice daily

| New | Metoprolol Tartrate Tablet | 50MG RXNORM:866514 | BY MOUTH | TWICE DAILY |

As Needed Reason:
Comment:(1 X 50mg Tablet) twice daily

| New | Norvasc Tablet | 5MG RXNORM:212549 | BY MOUTH | DAILY |

As Needed Reason:
Comment:(1 X 5mg Tablet) every day

| New | Protonix Delayed Release Tab | 40MG RXNORM:284400 | BY MOUTH | DAILY |

As Needed Reason:
Comment:(1 X 40mg Delayed Release Tablet) every day

E= English Medication Education - copy given to patient

11-27-2018

301813690220001

5220181127030507

Patient:LEE, KATONIA   MRN:0000787202   Encounter:4611137   Page 7 of 8   From:Mid-MS Hospitalist

**Lincoln/Lee 1654**

Case 5:22-cv-05075-TLB   Document 12-3   Filed 11/03/22   Page 1576 of 1717 PageID #: 1680



## Discharge Instructions

**Merit Health Central**
1850 Chadwick Drive
Jackson • MS • 39204
Phone: (601)376.1000

PAGE 5

PATIENT: LEE, KATONIA
PT#: 4611137
MR#: 0000787202

11/16/2018   13:18

**MEDICATIONS**  Reviewed for action, dosage, route, potential, side effect and interaction.

| Status | Medication Trade/Generic Name | Dose | Route | Frequency |
|---|---|---|---|---|
| Stopped | Patient reports no Home Meds | | | |

As Needed Reason:
Comment:

### General Notes

Take your medications as directed. If you experience problems with your
medications, call your Doctor; do not stop medications without first
discussing with your Doctor.

E=English Medication Education - copy given to patient

301813690220001

5220181127030507

11-27-2018

Patient:LEE, KATONIA   MRN:0000787202   Encounter:4611137   Page 8 of 8

From:Mid-MS Hospitalist

11/27/2018 17:34   601 946 1816   #888 P.012/012

**Lincoln/Lee 1655**

12/06/2018 6:08:01 AM -0600 SEDGWICK                              PAGE 1    OF 3

**Sedgwick Claims Management Services, Inc.**

To:        Dr. Greg Oden

Fax:       6013761816

From:      Gonzalez, Melissa

Fax:

Date:      December 06, 2018

Subject:   30181369022-0001

---

12/6/18 - The patient will need to follow-up w/ their primary care physician for return to work restrictions, office visit notes & treatment notes.

Once the patient discharged from the Hospital our Hospitalist care ceased. Our physician are Hospitalist that only follows patient during their Hospital stay.

Thank You,
Hospitalist Dept.

---

***CONFIDENTIALITY NOTE***

The information contained in the facsimile message may be legally privileged
and confidential information intended only for the use of the individual or
entity named above. If the reader of this message is not the intended recipient,
you are hereby notified that any dissemination, distribution, or copying of this
telecopy is strictly prohibited  If you have received this telecopy in error,
please notify us immediately by calling the number listed above and return the
original message to us at the address above by the United States Postal Service.

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

TIME RECEIVED          REMOTE CSID          DURATION  PAGES  STATUS
December 6, 2018 10:06:40 AM EST   601 376 1816          175       3      Received
                       30181369022-0001                          12-6-2018

**Lincoln/Lee 1656**

12/06/2018 6:08:01 AM -0600 SEDGWICK                                    PAGE 2    OF 3



## sedgwick.

### Request for Medical Information to Support Disability Benefits

**Walmart Disability and Leave Service Center at Sedgwick**
P.O. Box 14028, Lexington, KY 40512

**Telephone:** (800) 492-5678    **Facsimile:** (859) 264-4372    **Email:** walmartforms@sedgwicksir.com

| | | | |
|---|---|---|---|
| **Today's Date:** | December 06, 2018 | **Pages:** | 2 |
| **To:** | Dr. Greg Oden | **From:** | Sedgwick Disability & Leave |
| **Fax:** | 601-376-1816 | **Fax:** | (859) 264-4372 |
| **Patient:** | Katonia Lee | **Telephone:** | (800) 492-5678 |
| **Patient DOB:** | | **Claim Number:** | 30181369022-0001 |

**Medical Information Due Date:**         **December 26, 2018**

The above named patient is currently being considered for disability benefits and Sedgwick administers these benefits. We require <u>objective</u> <u>information</u> check-marked below that supports your patient inability to return to work due to reduced functional capacity.

*If the requested information is not received by 12/26/2018 , it may result in the patient not receiving disability pay.*



**ACTION REQUIRED, we need the following checked item(s) returned:**

☒ Office Visit Notes and Treatment Notes or Status Report describing the physical exam finding

[Note: The findings should indicate the medical reason why your patient's is unable to perform the essential job functions.](See Below)

☐ Confirmation of Surgery or Delivery

☐ Date of Procedure/Delivery, Primary ICD9, Date disabled with Condition, CPT code if appropriate,

and Next Office Visit

☐ MRI / CT Scan / X-ray Results / Lab Results

☒ If the associate is able to Return to work with restrictions. Please complete the Return to Work form below based on the **Associate's Essential Job Functions which include:** move, lift, carry, and place merchandise and supplies weighing up to 10 pounds without assistance, grasp, turn, and manipulate objects of varying size and weight, requiring fine motor skills and hand-eye coordination, and reaches overhead and below the knees, including bending, twisting, pulling, and stooping.

### Please fax to: Fax (859) 264-4372 or Email: walmartforms@sedgwicksir.com
Any and all charges for copies of records are the responsibility of patient.

"The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services."



12-6-2018                              301813690220001                              5220181206005118

#003/002/003    #856    12/06/2018 10:18    601 376 1816    From:Mid-MS Hospitalist

**Lincoln/Lee 1657**

12/06/2018 6:08:01 AM -0600 SEDGWICK                                        PAGE 3    OF 3

 **PLAN YOUR RETURN | RETURN TO WORK CERTIFICATION**

Return all documents to Sedgwick in one of three ways:
upload via the® express | email: WalmartForms@sedgwicksir.com | fax: 859-264-4372

**Associate name:** Katonia Lee **Associate WIN:** 100427377          **Case number:** B811120204800674AA

If you are returning from medical leave due to your own serious health condition, **you must provide a written release.** You will not be permitted to return to work without a release. If you are returning with restrictions, the release information can assist us in determining if an accommodation can be provided. Email or fax it to Sedgwick as soon as possible before your return to work. Provide a copy to your manager/HR representative on your first day back.

| SECTION A – TO BE COMPLETED BY ASSOCIATE (please print) | |
|---|---|
| Leave start date: | Expected return to work date: |
| Facility number: | City/state: |
| **Preferred method of contact (optional)** | |
| Home phone number:          Cell number:          Email: | |
| **Associate's signature:**          **Job title:**          **Date:** | |

**SECTION B (MEDICAL RELEASE) – TO BE COMPLETED BY HEALTHCARE PROVIDER**

I certify that the associate named above is medically able to resume work on: ___/___/____     (MM/DD/YYYY)

This associate can return to work (check one): ___ With no restrictions ___ With restrictions (please describe below)

| Activity | Frequency, activity level, limitations, etc. | Duration *(circle P if permanent)* |
|---|---|---|
| Bending | | ___ to ___ or P |
| Breathing | | ___ to ___ or P |
| Climbing | | ___ to ___ or P |
| Communicating | | ___ to ___ or P |
| Grasping | | ___ to ___ or P |
| Hearing | | ___ to ___ or P |
| Lifting/carrying (lbs) (check one) ___ 0-9 ___ 10 ___ 15 ___ 20 ___ 25 ___ 50 ___ 60 ___ Other (provide details below) | | ___ to ___ or P |
| Pulling | | ___ to ___ or P |
| Reaching | (check one) ___ Overhead ___ Below knee ___ Other (provide details below) | ___ to ___ or P |
| Seeing | | ___ to ___ or P |
| Standing | | ___ to ___ or P |
| Twisting | | ___ to ___ or P |
| Walking | | ___ to ___ or P |

**Other restrictions or details:** If you need additional room, please ensure any attached pages are signed and dated.

**Accommodation(s):** If returning with restriction(s), please list suggested ways the associate can be accommodated.

| Option 1 | |
|---|---|
| Option 2 | |

| **Name of healthcare provider:** | **Phone:** |
|---|---|
| **Mailing address:** | **Fax:** |
| **Healthcare provider signature:**          **Date:** | **Email:** |

**SECTION C – MANAGER/HUMAN RESOURCES REPRESENTATIVE INSTRUCTIONS WHEN RESTRICTIONS ARE NOTED**

If restrictions are noted on the release, return the associate with a job adjustment, if possible. See the Accommodation in Employment policy for more information on the job adjustment program. If unable to provide a job adjustment, contact Sedgwick at 855-489-1600 to discuss next steps. [NOTE: A job adjustment does not include creating a job, removing or reducing an essential function, transferring a portion of a job to another associate, light duty or temporary alternative duty.]

**Name:**          **Signature:**          **Title:**          **Date:**



* C 0 3 4 9 7 4 1 0 . 8 4 6 - 2 0 4 8 *

12-6-2018                                        301813690220001                                        5220181206005118

#966 P.003/003        12/06/2018 10:18        601 376 1816        From:Mid-MS Hospitalist

**Lincoln/Lee 1658**

# Possible claim number: FW: Tx 'ok' Report

Subject: FW: Tx 'ok' Report
From: SedgwickLeaveandDisability <SedgwickLeaveandDisability@sedgwickcms.com>
To: Walmartforms@sedgwickSIR.com
Date and Time: 12/18/2018 2:49:59 PM
CC:

---

From: Fax Administrator
Sent: Tuesday, December 18, 2018 1:49:58 PM (UTC-06:00) Central Time (US & Canada)
To: SedgwickLeaveandDisability
Subject: Fax: Tx 'ok' Report

This message was sent via FAXCOM, a product from Biscom Inc. http://www.biscom.com/

-------Fax Transmission Report-------

To: Dr. Vaniz at 16013761293
Subject: 30181369022-0001
Result: The transmission was successful
Explanation: All Pages Ok
Pages Sent: 10
Connect Time: 8 minutes, 8 seconds
Transmit Time: 12/18/2018 13:41
Transfer Rate: 14400
Status Code: 0000
Retry Count: 0
Job Id: 3451
Unique Id: LTR1FX03_SMTPFaxQ_1812181941273796
Fax Line: 25
Fax Server: LTR1FX06

---

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer.

---

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer.

12-18-2018                         301813690220001                         6020181218023066

**Lincoln/Lee 1659**

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| December 26, 2018 10:50:43 AM EST | 601 376 2035 | 154 | 8 | Received |

APR-03-2003  01:47          CMMC                          601 376 2035      P.001

# Merit Health Central

Merit Health Central Family Medicine
1860 Chadwick Dr. Ste 351
Jackson, MS 39204

Date: 12/26/ 2018

To: _____

Fax Number: 859.264.4372

From:    Name: Lakeshia / Dr. Smith-Vaniz

Department Name: Gastro

Department Phone Number: 601.376.1788

Department Fax Number: 601.376.1793

Page Count: (includes fax cover sheet) _____

Comments: Office note & test result
Katonica Lee

**Confidentiality Notice** The documents accompanying this transmission contain confidential information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been filled.

If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of the contents of these documents, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

Fax Cover Sheet
HIM-4501      01/15 (Rev. 03/15, 04/15)

MERIT HEALTH CENTRAL

12-26-2018                          301813690220001                          5220181226004395

**Lincoln/Lee 1660**

APR-03-2003  01:47          CMMC                                    601 376 2035    P.002

Merit Health Medical Group • 1860 CHADWICK DRIVE SUITE 351, JACKSON MS 39204-3472

## LEE, KATONIA (id #2631971, dob:

Last amended by George Smith Vaniz, MD on 12/05/2018 at 8:58am

**Patient**

| | | | |
|---|---|---|---|
| **Name** | LEE, KATONIA (48yo, F) ID# 2631971 | **Appt. Date/Time** | 12/04/2018 02:30PM |
| **DOB** | | **Service Dept.** | ROM_Merit Health Family Medicine Central |

**Provider**     GEORGE SMITH VANIZ, MD

**Insurance**    Med Primary: UNITED HEALTHCARE
Insurance # : 010036445
Policy/Group # : 744173
Employer Name : UNKOWN
Prescription: ESI1 - Member is eligible.

### Chief Complaint

hospital follow-up

Hospital follow up-- was d/c from Merit/Central 11/16/18 dx. with GI bleeding.
c/o now of having vision problems; back pain from thoracic area to lumbar ; on/off bilateral chest pains. Pt. stated s/s started after med changes in the hospital. /MC

### Patient's Pharmacies

**WALMART PHARMACY 816 (ERX): 960 BROOKWAY BLVD, BROOKHAVEN MS 39601, Ph (601) 833-8436, Fax (601) 833-3581**

### Vitals

| | | |
|---|---|---|
| **Wt:** 129 lbs (58.51 kg) 12/04/2018 03:05 pm | **BP:** 132/82 sitting L arm 12/04/2018 03:05 pm | **Pulse:** 67 bpm 12/04/2018 03:05 pm |
| **O2Sat:** 98% Room Air at Rest 12/04/2018 03:06 pm | **T:** 98.8 F° oral (37.11 C) 12/04/2018 03:06 pm | **Ht:** 5 ft 2 in (157.48 cm) 12/04/2018 03:06 pm |
| **BMI:** 23.6 12/04/2018 03:06 pm | | |

### Measurements

None recorded.

### Allergies

Reviewed Allergies
NKDA

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **amLODIPine 5 mg tablet** Take 1 tablet(s) every day by oral route for 30 days. | 11/16/18 | filled |
| **citalopram 20 mg tablet** Take 1 tablet(s) every day by oral route for 30 days. | 11/16/18 | filled |
| **ferrous sulfate 325 mg (65 mg iron) tablet** Take 1 tablet(s) twice a day by oral route. | 12/04/18 | entered |
| **metoprolol tartrate 50 mg tablet** Take 1 tablet(s) twice a day by oral route for 30 days. | 11/16/18 | filled |
| **omeprazole 20 mg capsule,delayed release** Take 1 capsule(s) twice a day by oral route. | 12/04/18 | prescribed |
| **pantoprazole 40 mg tablet,delayed release** Take 1 tablet(s) every day by oral route. | 12/04/18 | entered |

### Problems

Reviewed Problems

12-26-2018                           301813690220001                           5220181226004395

**Lincoln/Lee 1661**

APR-03-2003  01:47        CMMC                                          601 376 2035    P.003

Merit Health Medical Group • 1860 CHADWICK DRIVE SUITE 351, JACKSON MS 39204-3472

## LEE, KATONIA (id #2631971, dob:

### Family History
Reviewed Family History
Paternal Aunt                – Diabetes mellitus
Mother                       – Myocardial infarction
Father                       – Hypertensive disorder

### Social History
Reviewed Social History
Smoking Status: Never smoker
Non-smoker
Alcohol intake: None

### Surgical History
Reviewed Surgical History
› Caesarean Section - x2
‹ Esophagogastroduodenoscopy – 11/08/2018 – Dr. Smith-Vaniz, MD

### Past Medical History
Reviewed Past Medical History
Acid reflux (GERD): Y
Gastic Ulers: Y
Hypertension: Y

### Screening
None recorded.

### ROS
None recorded.

### Physical Exam
None recorded.

### Assessment / Plan
SEE ATTACHED NOTE.

**1. Duodenal ulcer disease** - CHANGE PROTONIX 40MG QD TO OMEPRAZOLE 20MG BID.
REPEAT CT-ABD/PELVIS W/ CONTRAST ON 12/17/18.
  K26.9: Duodenal ulcer, unspecified as acute or chronic, without hemorrhage or perforation
  • omeprazole 20 mg capsule,delayed release - Take 1 capsule(s) twice a day by oral route.   Qty: 60 capsule(s)    Refills: 5
    Pharmacy: WALMART PHARMACY 818

**2. Anemia**
  D64.9: Anemia, unspecified
  • CBC W/ DIFF

**3. Backache**
  M54.9: Dorsalgia, unspecified
  • CMP, SERUM OR PLASMA

CBC W/ DIFF
• Results:
      - WBC: ul
      - MO: %
      - GR: %
      - LY#: ul
      - MO#: ul
      - GR#: ul
      - RBC: ul
      - HBG: g/dl
      - HCT: %
      - MCV: fl
      - MCH: g/dl
      - MCHC: pg
      - RDW: %
      - PLT: ul
      - MPV: fl
      - LY: %

CMP, SERUM OR PLASMA
• Results:
      - TP: g/dl

12-26-2018                              301813690220001                              5220181226004395

**Lincoln/Lee 1662**

APR-03-2003 01:48        CMMC                                        601 376 2035   P.004

Merit Health Medical Group • 1860 CHADWICK DRIVE SUITE 351, JACKSON MS 39204-3472

## LEE, KATONIA (id #2631971, dob:

- NA+: mmol/l
- K+: mmol/l
- TCO2: mmol/l
- CL-: mmol/l
- GLU: mg/dl
- CA: mg/dl
- BUN: mg/dl
- CRE: md/dl
- EGFR: ml/min
- ALP: u/l
- ALT: u/l
- AST: u/l
- TBIL: mg/dl
- ALB: g/dl

**Patient Instructions**
TRY NEW MED CHANGE AND REPORT
AFTER CT SCAN.

Return to Office
None recorded.

Amendment Sign-Off
Encounter signed-off by George Smith Vaniz, MD, 12/05/2018.

Encounter performed and documented by George Smith Vaniz, MD
Encounter reviewed & signed by George Smith Vaniz, MD on 12/05/2018 at 8:55am
Amendment closed by George Smith Vaniz, MD on 12/05/2018 at 8:58am

12-26-2018                              301813690220001                    5220181226004395

**Lincoln/Lee 1663**

APR-03-2003  01:48        CMMC                                    601 376 2035    P.005

Merit Health Medical Group • 1860 CHADWICK DRIVE SUITE 351, JACKSON MS 39204-3472

**LEE, KATONIA (id #2631971, dob:**

Progress Note
#21267679

From:MeritHealth Family Medicine        6013762114        12/06/2018 00:32    #673 P.001/001

' 93456169w4696 Single Page E-ProgNote

**ALLERGIES:** NKDA       **NAME:** Katonia Lee      **DATE:** 10/4/18

**D.O.B.:** _____      **AGE:** 48 _____

**B/P** 132/82       **DX** Gastric ulcers      **MEDS** (See List)
**P** 67               HTN
**T** 98.9             GERD                      Pharmacy:
**WT** 129                                       Walmart / Brookhaven.
**HT** 5'2"
**O²SAT** 98%                                    ☀ EGD on 11/8/18 ☀
**BMI** 23.6

**CC:** Hospital f/u – GI Bleeding @ Merit Central D/C 11/16/18
**ROS: GEN: OK:** _____ Pt. c/o vision Problems,
**HEENT: HA, DIZZY:** _____ back pains from mid-thoracic
**NT:** _____ to lower back, My-off
**CR, CHEST PAIN, SOB, COUGH, EDEMA:** ___ vol. chest pains. S/S short
_____ after Med. changes in
**GI: IND, HTBURN, DIARRHEA, CONSTIPATION, N-V:** ___ hospital.

**GU: DYSURIA, NOCTUEIA:** _____
**OB/GYN:** _____
**MI: JOINT PAIN:** _____
**NEURO:** _____
**GEN:** _____
**HEENT:** _____
**NT:** _____ **NV:** _____ **CAROTID:** _____ **THYROID:** _____
**HEART:** _____
**LUNGS:** _____
**ABD:** _____
**GU:** _____
**EXT:** _____
**NEURO:** _____
☐ All other systems have been checked and there are no remarkable changes since the patient's last visit.
**IMPRESSION:** _____

**DIST:** _____

**M.D. SIGNATURE:** _____

12-26-2018                        301813690220001                        5220181226004395

**Lincoln/Lee 1664**

APR-03-2003  01:48        CMMC                                        601 376 2035   P.006

Merit Health Medical Group • 1860 CHADWICK DRIVE SUITE 351, JACKSON MS 39204-3472

**LEE, KATONIA (id #2631971, dob:**

**Lincoln/Lee 1665**

APR-03-2003  01:48        CMMC                                        601 376 2035    P.007

CT, ABDOMEN + PELVIS, W/ CONTRAST for LEE, KATONIA        (49yo F) #2631971
E#2631929

| Ordering Provider: | GEORGE SMITH VANIZ, MD | Performing facility: | CENTRAL MISSISSIPPI MEDICAL CTR (RADIOLOGY) |
|---|---|---|---|
| Reported Date: | 12/17/2018 10:24 | Accession ID: | 15981652 |
| Performed Date: | 12/17/2018 09:50 | | |

R10.9/K26.9
UNSPECIFIED ABD PAIN
Procedure Acknowledge Date: 12/17/2018 09:50 AM

Clinical Information: UNSPECIFIED ABD PAIN

EXAM:  CT abdomen and pelvis with contrast.

PRIORS:  11/12/2018

FINDINGS:
Contiguous axial images from the mid thorax through the proximal
thighs were performed after the administration of IV contrast.

Again seen is a large (8.7 cm) cavitary mass which appears
significantly thick-walled and contains central gas as well as
contrast, which appears to be oral contrast as the cavity appears to
connect to the lumen of the duodenum. The mass is not clearly
separable from the pancreatic neck and produces significant mass
effect upon the inferior vena cava and mild mass effect upon the
portal vein and adjacent portions of the liver. The spleen, adrenal
glands, kidneys and gallbladder appear unremarkable. Bowel loops are
normal in caliber. No free air or free fluid is seen in the peritoneal
cavity. Abdominal aorta is normal in size.

Within the pelvis, there is a 4.6 cm exophytic mass extending
anteriorly from the left side of the uterine fundus. Pelvic organs are
otherwise unremarkable. The appendix appears normal. Bony pelvis
appears intact.

IMPRESSION:

Thick-walled cavitary soft tissue mass measuring approximately 8.7 cm
in greatest diameter in the region of the pancreas and duodenum. This
contains gas and contrast and appears to connect to the duodenal
lumen. Mass also produces mass effect upon surrounding structures,
including partial compression of the inferior vena cava. Findings are
highly suggestive of malignancy of either pancreatic or duodenal
origin.

This CT exam was performed using one or more of the following dose
reduction techniques: Automated exposure control, adjustment of mA
and/or KV according to patient size, and/or use of iterative
reconstruction technique.

Electronically signed by:  Dr Derek Dyess, MD on 12/17/2018 10:24 AM

DT: 12/17/2018 10:18 AM     Dictated By: DYESS, DEREK S. MD
DF: 12/17/2018 10:24 AM     Signed By: DYESS, DEREK S. MD


Supporting Provider(s):

Ordering Provider: GEORGE SMITH-VANIZ
Result Copies To:
Attending Doctor: GEORGE SMITH-VANIZ
Referring Doctor:
Consulting Doctor:
Admitting Doctor:
Other Healthcare Provider:

12-26-2018                          301813690220001                          5220181226004395

**Lincoln/Lee 1666**

APR-03-2003   01:49          CMMC                                      601 376 2035    P.008

CT, ABDOMEN + PELVIS, W/ CONTRAST for LEE, KATONIA          (49yo F) #2631971
E#2631929

12-26-2018                          301813690220001                        5220181226004395

**Lincoln/Lee 1667**

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| January 8, 2019 1:10:16 PM EST | 6013762114 | 1130 | 23 | Received |

From:MeritHealth Family Medicine    6013762114    01/08/2019  12:02    #123 P.001/023



**Merit Health Central**

Merit Health Central Family Medicine
1860 Chadwick Dr. Ste 351
Jackson, MS 39204

Date: 1/8/2019 — (1145)

To: Sedwick Disability + leave

Fax Number: 1-859-264-4372

From:

Name: Dr. George Smith-Vaniz, MD / Marlena C. 4PN

Department Name: _____

Department Phone Number: 601-376-2115

Department Fax Number: 601-376-2114

Page Count: (includes fax cover sheet) 23

Comments: Attached Are requested records for Katonia Lee  Case# B81112820480067444A

**Confidentiality Notice** The documents accompanying this transmission contain confidential information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been filled.

If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of the contents of these documents, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

Fax Cover Sheet
HIM-4501    01/15 (Rev. 03/15, 04/15)

MERIT HEALTH CENTRAL

1-8-2019    301813690220001    5220190108015539

**Lincoln/Lee 1668**

From:MeritHealth Family Medicine       6013762114                  01/08/2019  12:03        #123 P.002/028

From:MeritHealth Family Medicine       6013762114                  12/20/2018  14:14        #958 P.002/002

12/18/2018 1:14:42 PM -0600 SEDGWICK                                        PAGE 3    OF 3

**ARE YOU RETURNING? RETURN TO WORK CHECK LIST?**

If you are returning from medical leave due to your own serious health condition, **you must provide a written release.** You will not be permitted to return to work without a release. If you are returning with restrictions, the release information can assist us in determining if an accommodation can be provided. Email or fax it to Sedgwick as soon as possible before your return to work. Provide a copy to your manager/HR representative on your first day back.

**SECTION A – TO BE COMPLETED BY ASSOCIATE (please print)**

| | | |
|---|---|---|
| Leave start date: NOV 8, 2018 | Expected return to work date: Unknown | |
| Facility number: 1025 | City/state: Bogue Chitto MS. 39629 | |

**Preferred method of contact (optional)**

Home phone number:                Cell number:                Email: {

Associate's signature: *Katoria Lee*    Job title: Asst. manager    Date: 12-21-18

**SECTION B (MEDICAL RELEASE) – TO BE COMPLETED BY HEALTHCARE PROVIDER**

I certify that the associate named above is medically able to resume work on 02/11/2019 (MM/DD/YYYY)

This associate can return to work (check one). ___ With no restrictions ✓ With restrictions (please describe below)

| Activity | Frequency, activity level, limitations, etc. | Duration (circle P if permanent) |
|---|---|---|
| Bending | | ___ to ___ or P |
| Breathing | | ___ to ___ or P |
| Climbing | | ___ to ___ or P |
| Communicating | | ___ to ___ or P |
| Grasping | | ___ to ___ or P |
| Hearing | | ___ to ___ or P |
| Lifting/carrying (lbs) (check one)   0-9 __ 10 __ 15 __ 20 __ 25 __ 50 __ 50 __ Other (provide details below) | | ___ to ___ or P |
| Pulling | | ___ to ___ or P |
| Reaching | (check one) __ Overhead __ Below knee __ Other (provide details below) | ___ to ___ or P |
| Seeing | | ___ to ___ or P |
| Standing | Pt. handle unable to stand for long periods of time. | ___ to ___ or P |
| Twisting | | ___ to ___ or P |
| Walking | | ___ to ___ or P |

**Other restrictions or details:** If you need additional room, please ensure any attached pages are signed and dated.

**Accommodation(s):** if returning with restriction(s), please list suggested ways the associate can be accommodated.

| Option 1 | Pt. Needs periods of rest from standing for long periods |
|---|---|
| Option 2 | of time. |

| Name of healthcare provider: George Smith-Vaniz, MD | Phone: 601-376-2123 |
|---|---|
| Mailing address: 1860 Chadwick Dr. Ste. 381, Jackson, MS 39204 | Fax: 601-376-1293 |
| Healthcare provider signature: *[signature]*   Date: 12/21/18 | Email: |

**SECTION C – MANAGER/HUMAN RESOURCES REPRESENTATIVE INSTRUCTIONS WHEN RESTRICTIONS ARE NOTED**

If restrictions are noted on the release, return the associate with a job adjustment, if possible. See the Accommodation in Employment policy for more information on the job adjustment program. If unable to provide a job adjustment, contact Sedgwick at 855-489-1600 to discuss next steps. [NOTE: A job adjustment does not include creating a job, removing or reducing an essential function, transferring a portion of a job to another associate, light duty or temporary alternative duty.]

| Name: | Signature: | Title: | Date: |
|---|---|---|---|



1-8-2019                                     301813690220001                                     5220190108015539

**Lincoln/Lee 1669**

From:MeritHealth Family Medicine          6013762114          01/08/2019 12:04          #123 P.003/023

Merit Health Medical Group - 1860 CHADWICK DRIVE SUITE 351, JACKSON MS 39204-3472

## LEE, KATONIA (id #2631971, dob:

Last amended by George Smith Vaniz, MD on 12/05/2018 at 8:58am

**Patient**

| | | | |
|---|---|---|---|
| **Name** | LEE, KATONIA (48yo, F) ID# 2631971 | **Appt. Date/Time** | 12/04/2018 02:30PM |
| **DOB** | | **Service Dept.** | ROM_Merit Health Family Medicine Central |

**Provider**    GEORGE SMITH VANIZ, MD

**Insurance**    Med Primary: UNITED HEALTHCARE
Insurance # : 010036445
Policy/Group # : 744173
Employer Name : UNKOWN
Prescription: ESI1 - Member is eligible.

### Chief Complaint

hospital follow-up

Hospital follow up-- was d/c from Merit/Central 11/16/18 dx. with GI bleeding.
c/o now of having vision problems; back pain from thoracic area to lumbar ; on/off bilateral chest pains. Pt. stated s/s started after med changes in the hospital. /MC

### Patient's Pharmacies

**WALMART PHARMACY 816 (ERX): 960 BROOKWAY BLVD, BROOKHAVEN MS 39601, Ph (601) 833-8436, Fax (601) 833-3581**

### Vitals

| | | |
|---|---|---|
| **Wt:** 129 lbs (58.51 kg) 12/04/2018 03:05 pm | **BP:** 132/82 sitting L arm 12/04/2018 03:05 pm | **Pulse:** 67 bpm 12/04/2018 03:05 pm |
| **O2Sat:** 98% Room Air at Rest 12/04/2018 03:06 pm | **T:** 98.8 F° oral (37.11 C) 12/04/2018 03:06 pm | **Ht:** 5 ft 2 in (157.48 cm) 12/04/2018 03:06 pm |
| **BMI:** 23.6 12/04/2018 03:06 pm | | |

### Measurements

None recorded.

### Allergies

Reviewed Allergies
NKDA

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **amLODIPine 5 mg tablet** Take 1 tablet(s) every day by oral route for 30 days. | 11/16/18 | filled |
| **citalopram 20 mg tablet** Take 1 tablet(s) every day by oral route for 30 days. | 11/16/18 | filled |
| **ferrous sulfate 325 mg (65 mg iron) tablet** Take 1 tablet(s) twice a day by oral route. | 12/04/18 | entered |
| **metoprolol tartrate 50 mg tablet** Take 1 tablet(s) twice a day by oral route for 30 days. | 11/16/18 | filled |
| **omeprazole 20 mg capsule,delayed release** Take 1 capsule(s) twice a day by oral route. | 12/04/18 | prescribed |
| **pantoprazole 40 mg tablet,delayed release** Take 1 tablet(s) every day by oral route. | 12/04/18 | entered |

### Problems

Reviewed Problems

1-8-2019                              301813690220001                              5220190108015539

**Lincoln/Lee 1670**

From:MeritHealth Family Medicine          6013762114                01/08/2019  12:04        #123 P.004/023

Merit Health Medical Group • 1860 CHADWICK DRIVE SUITE 351, JACKSON MS 39204-3472

## LEE, KATONIA (id #2631971, dob:

### Family History

Reviewed Family History
Paternal Aunt                     - Diabetes mellitus
Mother                            - Myocardial infarction
Father                            - Hypertensive disorder

### Social History

Reviewed Social History
Smoking Status: Never smoker
Non-smoker
Alcohol intake: None

### Surgical History

Reviewed Surgical History
  ◦ Caesarean Section - x2
  ◦ Esophagogastroduodenoscopy - 11/08/2018 - Dr. Smith-Vaniz, MD

### Past Medical History

Reviewed Past Medical History
Acid reflux (GERD): **Y**
Gastic Ulers: **Y**
Hypertension: **Y**

### Screening

None recorded.

### ROS

None recorded.

### Physical Exam

None recorded.

### Assessment / Plan

SEE ATTACHED NOTE.

**1. Duodenal ulcer disease** - CHANGE PROTONIX 40MG QD TO OMEPRAZOLE 20MG BID.
REPEAT CT-ABD/PELVIS W/ CONTRAST ON 12/17/18.
   K26.9: Duodenal ulcer, unspecified as acute or chronic, without hemorrhage or perforation
 • omeprazole 20 mg capsule,delayed release - Take 1 capsule(s) twice a day by oral route.   Qty: 60 capsule(s)    Refills: 5
   Pharmacy: WALMART PHARMACY 816

**2. Anemia**
   D64.9: Anemia, unspecified
 • CBC W/ DIFF

**3. Backache**
   M54.9: Dorsalgia, unspecified
 • CMP, SERUM OR PLASMA

CBC W/ DIFF
 • Results:
     - WBC: ul
     - MO: %
     - GR: %
     - LY#: ul
     - MO#: ul
     - GR#: ui
     - RBC: ui
     - HBG: g/dl
     - HCT: %
     - MCV: fl
     - MCH: g/dl
     - MCHC: pg
     - RDW: %
     - PLT: ul
     - MPV: fl
     - LY: %

CMP, SERUM OR PLASMA
 • Results:
     - TP: g/dl

*results Attached.*

1-8-2019                          301813690220001                          5220190108015539

**Lincoln/Lee 1671**

From:MeritHealth Family Medicine     6013762114          01/08/2019 12:05     #123 P.005/023



* 93456169w4695 Single Page E-ProgNote

**ALLERGIES:** NKDA  **NAME:** Katonia Lee  **DATE:** 10/4/18

**D.O.B.:** _____  **AGE:** 48

**B/P** 132/82  **DX** Gastric ulcers  **MEDS** (See List)
**P** 67  HTN
**T** 98.9  GERD  Pharmacy:
**WT** 129  Walmart/Brookhav
**HT** 5'2"
**O²SAT** 98%  ✱ EGD on 11/8/18 ✱
**BMI** 23.6

**CC:** Hospital f/u – GI Bleeding @ Merit Central D/C 11/16/18
**ROS: GEN:OK:** Pt. c/o vision problems,
**HEENT: HA,DIZZY:** back pains from mid-thorax
**NT:** to lower back; on/off
**CR, CHEST PAIN, SOB, COUGH, EDEMA:** bil. chest pains. s/s star-
after med. changes in
**GI: IND, HTBURN, DIARRHEA, CONSTIPATION, N-V:** hospital.

**GU: DYSURIA, NOCTUEIA:**
**OB/GYN:**
**MI: JOINT PAIN:** ℅ Back pain / chest pn
**NEURO:**
**GEN:** 
**HEENT:** 
**NT:** _____ **NV:** _____ **CAROTID:** _____ **THYROID:** _____
**HEART:** 
**LUNGS:** 
**ABD:** 
**GU:**
**EXT:** 
**NEURO:**
☐ All other systems have been checked and there are no remarkable changes since the patient's last visit.
**IMPRESSION:**

**DIST:**

**M.D. SIGNATURE:**

1-8-2019                                301813690220001                        5220190108015539

**Lincoln/Lee 1672**

From:MeritHealth Family Medicine          6013762114                01/08/2019 12:06       #123 P.006/023

Fax Server                    12/17/2018 11:42:31 AM   PAGE   2/003   Fax Server

**Radiology Results**

**Merit Health Central**

**Patient Name:** LEE, KATONIA

| | | | | |
|---|---|---|---|---|
| **DOB:** | | **Age:** 49 Y | **Patient Status:** O | **Patient Type:** O |
| **Visit #:** 7011559 | | **Sex:** F | **Patient Location:** CAT | |
| **Acc.:** 15981652 | | | **Completed:** 12/17/2018 | |
| **Exam:** | (848) CTABDPEW - CT ABD AND PELVIS W CONTRAST | | | |

**Requesting Provider:** SMITH-VANIZ, GEORGE T, MD        **MRN/Pt Num:**   0000787202

**Attending Provider:**   SMITH-VANIZ, GEORGE, MD
1860 CHADWICK DR STE 353
JACKSON, MS 39204

**Diagnostic Report Text:**

Clinical Information. UNSPECIFIED ABD PAIN

EXAM. CT abdomen and pelvis with contrast.

PRIORS. 11/12/2018

FINDINGS:
Contiguous axial images from the mid thorax through the proximal thighs were performed after the administration of IV contrast.

Again seen is a large (8.7 cm) cavitary mass which appears significantly thick-walled and contains central gas as well as contrast, which appears to be oral contrast as the cavity appears to connect to the lumen of the duodenum. The mass is not clearly separable from the pancreatic neck and produces significant mass effect upon the inferior vena cava and mild mass effect upon the portal vein and adjacent portions of the liver. The spleen, adrenal glands, kidneys and gallbladder appear unremarkable. Bowel loops are normal in caliber. No free air or free fluid is seen in the peritoneal cavity. Abdominal aorta is normal in size.

Within the pelvis, there is a 4.6 cm exophytic mass extending anteriorly from the left side of the uterine fundus. Pelvic organs are otherwise unremarkable. The appendix appears normal. Bony pelvis appears intact.

IMPRESSION.

Thick-walled cavitary soft tissue mass measuring approximately 8.7 cm in greatest diameter in the region of the pancreas and duodenum. This contains gas and contrast and appears to connect to the duodenal lumen. Mass also produces mass effect upon surrounding structures, including partial compression of the inferior vena cava. Findings are highly suggestive of malignancy of either pancreatic or duodenal origin.

This CT exam was performed using one or more of the following dose reduction techniques: Automated exposure control, adjustment of mA and/or KV according to patient size, and/or use of iterative reconstruction technique.

Electronically signed by: Dr Derek Dyess, MD on 12/17/2018 10.24 AM

*12/19/18 - Pt. Notified of results & referral being made to Dr. Stewart Boyd, MD /ec*

12/17/2018 10:41 AM CST              HMA_DiagnosticReportBatch.rpt                    Page 1 of 1

1-8-2019                              301813690220001                              5220190108015539

**Lincoln/Lee 1673**

From:MeritHealth Family Medicine        6013762114        01/08/2019 12:08

Merit Health Medical Group - 1860 CHADWICK DRIVE SUITE 351, JACKSON MS 39204-3472

**LEE, KATONIA (id #2631971, dob:**

# Referral Order

12/19/2018 04:00 PM

| To Provider | From Provider |
|---|---|
| **STEWART A BOYD MD** <br><br> **2510 LAKELAND DR.** <br> **FLOWOOD, MS 39232** <br> **Phone:** <br> **Phone: (601) 326-3521** <br> **Fax:** <br> **Fax: (601) 718-2778** | **GEORGE SMITH VANIZ, MD** <br> **Merit Health Medical Group** <br> **1860 CHADWICK DRIVE SUITE 351** <br> **JACKSON, MS 39204-3472** <br> **Phone: 601-376-1288** <br> **Fax: 601-376-1293** |

## Referral Order Information

| Diagnosis | CT of abdomen abnormal <br> ICD-10: R93.5: Abnormal findings on diagnostic imaging of other abdominal regions, including retroperitoneum |
|---|---|
| **Order Name** | **Orders included: 1** <br><br> **CT of abdomen abnormal** <br> **ICD-10: R93.5: Abnormal findings on diagnostic imaging of other abdominal regions, including retroperitoneum** <br> **• GASTROENTEROLOGY REFERRAL** <br>     **Schedule Within: provider's discretion    Note to Provider: PROCEDURES ONLY; NO VISIT NEEDED.** <br><br> **Reason for Referral: Recent CT shows suspected malignancy of pancreas OR duodenum** <br> **Urgency: ASAP** <br> **Appointment Date: 12/26/2018** <br> **Appointment Time: TO BE DETERMINED** <br> **EGD?: Y** <br> **Endoscopic Ultrasounds: Upper** <br> **Priority (Required): 48-72 hours** |
| **Notes** | Thank you for caring for my patient.Please contact me before scheduling care or procedures for this patient outside the Merit Health System. As you know, I choose to practice within an organized health care arrangement. I do so because I believe the system's operational integration and care coordination benefits my patients, and I've discussed this benefit with my patient. Please send any available consult notes to our office once patient is seen. Thank you. |

## Patient Information

| Patient Name | LEE, KATONIA |
|---|---|
| **Sex - DOB - Age** | F        49yo |
| **Address** | |
| **Phone** | H: |
| **Primary Insurance** | United Healthcare <br> PO BOX 740800 ATLANTA, GA 30374-0800 <br> Policy Number:010036445 |
| **Secondary Insurance** | |

Electronically Signed by: GEORGE SMITH VANIZ, MD

1-8-2019                    301813690220001                    5220190108015539

**Lincoln/Lee 1674**

From:MeritHealth Family Medicine        6013762114            01/08/2019 12:08      #123 P.008/023

Merit Health Medical Group · 1860 CHADWICK DRIVE SUITE 351, JACKSON MS 39204-3472

**LEE, KATONIA (id #2631971, dob            )**

_____
GEORGE SMITH VANIZ, MD
12/19/2018 3:13pm

1-8-2019                                        301813690220001                              5220190108015539

**Lincoln/Lee 1675**

From:MeritHealth Family Medicine        6013762114              01/08/2019 12:08      #123 P.009/023

Dr Boyd                                                    12/18/18

Re: Lee K Thomas
        DOB:

(See attached)

48 yo female referred to Merit Central Sx
for CS BKW/invasive: EGD revealed a large duodeal
ulcer. Ax Neg. CT/MRI suggest CBD causing pain
but infection driven & from hospitalized. Thought
ruptured infection or thrombosis/junction.
I recommend treat the ulcer & resolve.
Recent Report CT/MRI suggest malignancy
of pancreas or duoden.
        My recommendation is repeat EGD &
endoscopic U.S. & Bp

(See attached)

H&P                        ECG
Consult                    path report
Dr Guy                     LABS
                           CT MRI

                           George T. Smith-Vaniz, MD

1-8-2019                    301813690220001                    5220190108015539

**Lincoln/Lee 1676**

From:MeritHealth Family Medicine        6013762114                01/08/2019  12:09        #123 P.010/023

Merit Health Central
1850 Chadwick Drive
Jackson, MS 39204
601-376-1000

Discharge Summary

Patient: LEE, KATONIA
MRN: 787202                              Account Number: 4611137
DOB:                                     AGE:            Gender: F
Room:                                    Bed:
Admit Date: 11/08/2018                   Discharge Date: 11/16/2018
Attending Physician: MICHAEL             PCP:
BOOKHARDT
Dictated by: Denzil Robertson, MD

DATE OF ADMISSION:   11/08/2018

DATE OF DISCHARGE:   11/16/2018

HISTORY OF PRESENT ILLNESS:  This is a 48-year-old female, who presented
to the hospital with complaints of vomiting up blood associated with
weakness and syncopal episode.  The patient was initially seen at King's
Daughters Hospital at Brookhaven before being transferred to Merit Health
Central.  CT of the abdomen and pelvis showed a complex fluid filled mass
located in the upper abdomen.  A GI consult was obtained.  The patient was
seen by Dr. Smith Vaniz.  The patient was resuscitated with fluids and
packed red blood cells.  The patient was taken to endoscopy where she was
found to have a large duodenal ulcer located around the ampulla.  Biopsy
was obtained and sent for analysis.  Results and pathology was benign.
Further workup for abdominal mass included tumor markers, which were all
negative.  Findings were discussed with radiologist, who felt that the
mass, probably represented either hematoma versus an abscess.  The patient
was placed on broad spectrum antibiotics and infectious disease consult
was obtained.  The patient was seen by Dr. Oluwatade, who recommended that
patient's antibiotics be stopped and the patient will be monitored off
antibiotics as the mass was more likely to represent a hematoma.  The
patient's H and H was closely monitored and remained relatively stable.
The patient was placed on iron therapy.  The patient is now being
discharged.

FINAL DIAGNOSES:

1.  Acute blood loss anemia secondary to gastrointestinal bleeding due to
ulcer.
2.  Abdominal hematoma.
3.  History of hypertension.
4.  Depression.

DISCHARGE MEDICATIONS:  See separate medication reconciliation sheet.

FOLLOWUP:  The patient will follow up with Dr. Smith Vaniz in two weeks
time and follow up with her primary care physician.


Denzil Robertson, MD




Discharge Summary

Patient: LEE, KATONIA
DOB:
MRN: 787202

1-8-2019                        301813690220001                        5220190108015539

**Lincoln/Lee 1677**

From:MeritHealth Family Medicine          6013762114                    01/08/2019 12:10      #123 P.011/025

12/4/2018
Acct #: 4611137
Discharge Date: 11/16/2018

DD: 11/16/2018 11:37:40 AM
DT: 11/16/2018 7:47:54 PM
TID: 182297171
CC:George Smith Vaniz, MD
Olatunji J. Oluwatade

1-8-2019                                    301813690220001                              5220190108015539

**Lincoln/Lee 1678**

From:MeritHealth Family Medicine       6013762114              01/08/2019 12:10      #123 P.012/023

Merit Health Central
1850 Chadwick Drive
Jackson, MS 39204
601-376-1000

Consultation

Patient: LEE, KATONIA
MRN: 787202                          Account Number: 4611137
DOB:                                 AGE: 48              Gender: F
Room: 2255                           Bed: A
Admit Date: 11/08/2018               Date of Service: 11/08/2018
Attending Physician: MICHAEL         PCP:
BOOKHARDT
Dictated by: George T. Smith Vaniz,
MD

DATE OF CONSULTATION:  11/08/2018 (dictation from handwritten note of that date).

HISTORY OF PRESENT ILLNESS:  Katonia is a 48-year-old female with nausea, vomiting, weight loss with abnormal CT scan and severe anemia and now vomiting.  Question of pancreatic mass on CT.

PAST SURGICAL HISTORY:  C-section x2.

HABITS:  No alcohol or tobacco.

SOCIAL HISTORY:  Married, with 2 children.

ALLERGIES:  NONE.

MEDICATIONS:  None.

REVIEW OF SYSTEMS:  The patient has been under great deal of stress last few months.  Her mother died last year.  Her husband's vision is decreased.  She has lost 30 plus pounds.  HEENT:  No headaches or dizziness.  CARDIORESPIRATORY:  No chest pain, shortness of breath.  GASTROINTESTINAL:  See present illness.  GENITOURINARY:  Unremarkable.  OB/GYN:  Gravida 2, para 2.  Musculoskeletal:  No joint abnormalities.  NEUROPSYCHIATRIC:  Depressed and weak.

PHYSICAL EXAMINATION:
GENERAL:  Reveals a 48-year-old female, slightly overweight.
VITAL SIGNS:  Blood pressure 114/62, pulse 114, afebrile.
HEENT:  Extraocular muscles intact.  Posterior pharynx okay.
NECK:  Supple.
CARDIAC:  Regular sinus rhythm.
LUNGS:  Breath sounds are decreased.
ABDOMEN:  Palpable mass and distention in the upper abdomen.  Bowel sounds decreased.  Tenderness in the upper abdomen.
EXTREMITIES:  Good pulses.  No edema.  No lateralizing neurological deficits.

LABORATORY DATA:  CT scan reveals probable mass in the upper abdomen, etiology unknown.  CBC reveals severe anemia.  CMP is relatively normal.

Consultation

Patient: LEE, KATONIA
DOB:
MRN: 787202

1-8-2019                          301813690220001                          5220190108015539

**Lincoln/Lee 1679**

From:MeritHealth Family Medicine          6013762114                    01/08/2019 12:11      #123 P.013/023

Acct #: 4611137
12/3/2018
Date of Service: 11/08/2018

IMPRESSION:
1.  Upper gastrointestinal bleed.
2.  Weight loss.
3.  Abnormal CT scan.
4.  Depression.

RECOMMENDATIONS AND PLAN:  Admit to ICU.  IV fluids blood, H2 blockers
when stable EGD.  Probable biopsy of the abdominal lesion.


George T. Smith Vaniz, MD

DD: 11/14/2018 6:46:35 PM
DT: 11/14/2018 7:19:06 PM
TID: 182182313
CC:George Smith Vaniz, MD


CN
Consultation
Authenticated by GEORGE T. SMITH-VANIZ, MD On 11/19/2018 07:37:14 PM


F

1-8-2019                                     301813690220001                              5220190108015539

**Lincoln/Lee 1680**

From:MeritHealth Family Medicine          6013762114                    01/08/2019 12:11      #123 P.014/023

Results for LEE, KATONIA                    (49yo F) #2631971 E#2631929

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|--------|--------|-----------|-------|---|--------|-----|
| □ CMP, SERUM OR PLASMA (#21263444, 12/6/2018 10:26am, tied to order #21263443) | | | | | | |

| | | | | | | |
|--|--|--|--|--|--|--|
| Note to Patient | | | | | | |
| Ordering Provider | | George Smith Vaniz, MD | Performing Lab | ROM_MERIT HEALTH FAMILY MEDICINE CENTRAL 1860 CHADWICK DRIVE SUITE 351 JACKSON MS 39204-3472 CLIA: 25D0318079 | | |
| Specimen Coll. Location | | Office | Specimen Source | | | |
| Specimen Coll. By | | | Specimen Coll. Date | | | |
| Specimen Notes | | | | | | |

| Report | Result | Ref. Range | Units | | | |
|--------|--------|-----------|-------|--|--|--|
| NA+ | 142 | 128-145 | mmol/L | | | |
| K+ | 4.1 | 3.6-5.1 | mmol/L | | | |
| TCO2 | 26 | 18-33 | mmol/L | | | |
| CL- | 105 | 98-108 | mmol/L | | | |
| GLU | 118 | 73-118 | mg/dL | | | |
| CA | 9.8 | 8.0-10.3 | mg/dL | | | |
| BUN | 10 | 7-22 | mg/dL | | | |
| CRE | 0.9 | 0.6-1.2 | md/dL | | | |
| EGFR | >60 | >60 | mL/min | | | |
| ALP | 68 | 42-141 | U/L | | | |
| ALT | 29 | 10-47 | U/L | | | |
| AST | 31 | 11-38 | U/L | | | |
| TBIL | 0.6 | 0.2-1.6 | mg/dL | | | |
| ALB | 4.1 | 3.3-5.5 | g/dL | | | |
| TP | 7.5 | 6.4-8.1 | g/dL | | | |

12/13/18- pt. notified of
results/ecc

1-8-2019                           301813690220001                           5220190108015539

**Lincoln/Lee 1681**

From:MeritHealth Family Medicine          6013762114                01/08/2019 12:13        #123 P.015/023

Results for LEE, KATONIA                 (49yo F) #2631971 E#2631929

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|--------|--------|-----------|-------|---|--------|-----|
| ☐ CBC W/ DIFF (#21263436, 12/6/2018 10:27am, tied to order #21263435) | | | | | | |

| Note to Patient | | | | |
|---|---|---|---|---|
| Ordering Provider | | George Smith Vaniz, MD | Performing Lab | ROM_MERIT HEALTH FAMILY MEDICINE CENTRAL 1860 CHADWICK DRIVE SUITE 351 JACKSON MS 39204-3472 CLIA 25D0318079 |
| Specimen Coll. Location | | Office | Specimen Source | |
| Specimen Coll. By | | | Specimen Coll. Date | |
| Specimen Notes | | | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|--------|--------|-----------|-------|---|--------|-----|
| WBC | 5.7 | 4.5-10.5 | uL | | | |
| LY | 30.4 | 20.5-51.5 | % | | | |
| MO | 2.2 | 1.7-9.3 | % | | | |
| GR | 67.4 | 42.2-75.2 | % | | | |
| LY# | 1.7 | 1.2-3.4 | uL | | | |
| MO# | 0.1 | 0.1-0.6 | uL | | | |
| GR# | 3.8 | 1.4-6.5 | uL | | | |
| RBC | 3.73 | 4.00-6.00 | uL | | | |
| HBG | 10.5 | 11.0-18.0 | g/dL | | | |
| HCT | 34.1 | 35.0-60.0 | % | | | |
| MCV | 91.4 | 80.0-99.9 | fL | | | |
| MCH | 28.0 | 27.0-31.0 | g/dL | | | |
| MCHC | 30.7 | 33.0-37.0 | pg | | | |
| RDW | 14.2 | 11.6-13.7 | % | | | |
| PLT | 120. | 150-450 | uL | | | |
| MPV | 9.7 | 7.8-11.0 | fL | | | |

12/13/18 - pt. Notified of results/euc    [signature]

1-8-2019                              301813690220001                              5220190108015539

**Lincoln/Lee 1682**

From:MeritHealth Family Medicine          6013762114          01/08/2019 12:15    #123 P.010/000

Procedure Documentation for LEE, KATONIA          (48yo F) #2631971
E#2631929
    From:                                            11/27/2018 16:18    #203 P.006/007

    11/14/2018

### Merit Health Central

Date : 11/14/2018 18:48                                                    Coid:648

RequestedBy : MD200

PatientName : LEE, KATONIA

MRN# : 0000787202

| TEST NAME(RANGES) | 2018-11-14 04:30 | 2018-11-13 04:25 | 2018-11-12 04:57 | 2018-11-11 05:20 |
|---|---|---|---|---|
| WBC(4.0-11.010*3/uL) | 3.7 L | 4.0 | 3.5 L | 5.5 |
| RBC(3.93-5.2210*6/uL) | 3.12 L | 3.13 L | 2.73 L | 3.10 L |
| HEMOGLOBIN(11.2-15.7) | 9.0 L | 9.0 L | 8.0 L | 9.0 L |
| HEMATOCRIT(35.0-46.0%) | 27.4 L | 27.3 L | 23.8 L | 27.0 L |
| MCV(79.3-95.0fL) | 87.8 | 87.2 | 87.2 | 87.1 |
| MCH(25.7-33.0pg) | 28.8 | 28.8 | 29.3 | 29.0 |
| MCHC(31.2-36.0) | 32.8 | 33.0 | 33.6 | 33.3 |
| RDW CV(11.6-15.2%) | 16.4 H | 16.4 H | 16.4 H | 16.6 H |
| RDW SD(36.0-52.0fL) | 52.3 H | 53.9 | 52.2 H | 52.6 H |
| MPV(9.4-13.0fL) | 11.4 | 11.5 | 10.9 | 12.0 |
| PLATELET COUNT(150-43010*3/uL) | 136 L | 101 L | 86 L | 91 L |

Test Name: WBC

- Actual Date Range: 11-11-2018 - 11-14-2018

- Requested Date Range: 11-11-2018 - 11-14-2018



WBC

1/6

1-8-2019                          301813690220001                          5220190108015539

**Lincoln/Lee 1683**

From:MeritHealth Family Medicine          6013762114          01/08/2019 12:15

Procedure Documentation for LEE, KATONIA          (48yo F) #2631971
E#2631929
　　　From:                                                    11/27/2018 16:18    #203 P.006/007

11/14/2018

**Merit Health Central**

Date : 11/14/2018 18:49                                                                Coid:848

RequestedBy : MD200

PatientName : LEE, KATONIA

MRN# : 0000787202

| TEST NAME(RANGES) | 2018-11-14 04:30 | 2018-11-13 04:25 | 2018-11-12 04:57 | 2018-11-11 05:20 | 2018-11-08 12:25 | 2018-11-07 22:14 |
|---|---|---|---|---|---|---|
| SODIUM,SERUM(136-145) | 140 | 140 | 142 | 139 | 149 H | 144 |
| POTASSIUM,SERUM(3.5-5.1) | 4.1 | 3.5 | 3.4 L | 4.0 | 4.3 | 3.5 |
| CHLORIDE,SERUM(98-107) | 106 | 106 | 110 H | 108 H | 121 H | 114 H |
| CO2 TOTAL,SERUM(21-32) | 26 | 26 | 24 | 24 | 20 L | 22 |
| BUN,SERUM(7-18) | 3 L | 3 L | 7 | 9 | 26 H | 21 H |
| CREATININE,SERUM(0.6-1.3) | 0.7 | 0.6 | 0.7 | 0.7 | 1.0 | 1.0 |
| GLUCOSE,SERUM(74-106) | 85 | 107 H | 124 H | 120 H | 155 H | 164 H |
| CALCIUM,SERUM(8.5-10.1) | 8.3 L | 7.7 L | 7.2 L | 7.7 L | 6.5 L | 6.6 L |
| TOTAL PROTEIN,SERUM(6.4-8.2) | 6.4 | 5.9 L | 5.2 L | 5.8 L | 5.1 L | 5.3 L |
| ALBUMIN,SERUM(3.4-5.0) | 1.8 L | 1.6 L | 1.4 L | 1.7 L | 1.9 L | 1.7 L |
| ALP,SERUM(45-117) | 88 | 71 | 58 | 64 | 56 | 63 |
| AST or SGOT,SERUM(6-37) | 40 H | 25 | 21 | 27 | 38 H | 31 |
| ALT or SGPT,SERUM(12-78) | 12 | <10 L | <10 L | <10 L | <10 L | <10 L |
| TOT.BILIRUBIN,SERUM(0.2-1.0) | 0.4 | 0.4 | 0.4 | 0.5 | 0.3 | 0.4 |
| GLOM.FILTRATION RATE(NA) | 114 | 137 | 114 | 114 | 76 | 76 |
| ANION GAP(3.0-11.0) | 8.0 | 8.0 | 8.0 | 7.0 | 8.0 | 8.0 |

Test Name: SODIUM,SERUM

* Actual Date Range: 11-07-2018 - 11-14-2018

* Requested Date Range: 11-07-2018 - 11-14-2018

1/9

**Lincoln/Lee 1684**

From:MeritHealth Family Medicine          6013762114          01/08/2019  12:16    #123 P.

Procedure Documentation for LEE, KATONIA          (48yo F) #2631971
E#2631929

## Procedure Documentation for LEE, KATONIA          (48yo F) #2631971 E#2631929

From:                                    11/27/2018 16:14     #203 P.001/007

Printed on 11/14/2018 Katonia Lee, 4611137/Rm 1040,                    Page 1 of 12





LEE, KATONIA 12/06/69 #2631971

' 93446284x4695 First Page E-ProcDoc

## EGD Report

| | | | |
|---|---|---|---|
| **Date:** | 11/8/2018 8:30 AM | | |
| **Patient Name:** | **Katonia Lee** | **Gender:** | Female |
| **Account #:** | 4611137/Rm 1040 | **DOB (age):** | (48) |
| **Endoscopist(s):** | George Smith-Vaniz | **Instrument(s):** | GIF-2T160-2300626 |
| | | | GIF-H180-2004B09 |

**Procedure:**          EGD

**Nurse(s):**          icu nurse
**Staff:**          Ty Flanagan















**Administered**          Fentanyl 25 mcg IV
**Medications:**          Versed 4 mg IV

**Indications:**          GI Bleed: 578.9 - K92.2
                         Anemia, acute blood loss: 285.1 - D62

**Procedure:**

The procedure, indications, preparation and potential complications were explained to the patient, who indicated understanding and signed the corresponding consent forms. Conscious sedation was administered by nurse. Continuous pulse oximetry and blood pressure monitoring were used throughout the procedure. Supplemental oxygen was used. Patient was placed in left lateral decubitus. The endoscope was introduced

Printed on 11/14/2018 Katonia Lee, 4611137/Rm 1040,

1-8-2019                    301813690220001                    5220190108015539

**Lincoln/Lee 1685**

From:MeritHealth Family Medicine          6013762114          01/08/2019  12:17     #123 P.0.0/

Procedure Documentation for LEE, KATONIA          (48yo F) #2631971
E#2631929
  From:                                        11/27/2018 16:16        #203 P.002/007

Printed on 11/14/2018 Katonia Lee, 4611137/Rm 1040.                              Page 2 of 12

through mouth and advanced under direct visualization until second part of the duodenum reached. The vocal cords were visualized. Patient tolerance to the procedure was good. The procedure was not difficult.

**Limitations/Complications:** There were no apparent limitations or complications

**Findings:**

| | | |
|---|---|---|
| *Esophagus* | *Mucosa* | Localized superficial ulceration of the mucosa was noted at the gastroesophageal junction. These findings are compatible with reflux esophagitis. ...the remainder of the eso[phagus was normal, no varices. |
| *Stomach* | *Mucosa* | Normal mucosa was noted in the whole stomach....but there was a large amount of blood in the stomach..suctioned out. |
| *Duodenum* | *Excavated lesions* | A single cratered 2 cm ulcer was found in the second part of the duodenum, medial wall, at the site of ampulla, second part of the duodenum, medial wa at the Site of ampulla. A large clot suggested recent bleeding...a large porti of the clot was removed with the bx forcept and snare....the edges of the ulcer was Bx (A), the base was cauterized with a 10 Fr Goldprobe. |

**Impressions:**

- Ulceration in the gastroesophageal junction compatible with reflux esophagitis.

- Normal mucosa in the whole stomach.

- Ulcer in the second part of the duodenum, medial wall, at the site of ampulla and second part of the duodenum, medial wall, at the site of ampulla.

**Additional Notes:**          continue present treatment.,monitoring VS , H/H.

George Smith-Vaniz
Electronically signed on 11/14/2018 6 29:35 PM by George Smith-Vaniz

Printed on 11/14/2018 Katonia Lee, 4611137/Rm 1040, 12/6/1969

**Lincoln/Lee 1686**

From:MeritHealth Family Medicine          6013762114          01/08/2019 12:18    #123 P.020/020

Procedure Documentation for LEE, KATONIA          (48yo F) #2631971
E#2631929
     From:                                         11/27/2018 16:16    #203 P.003/007



| DATE | TIME | NOTES SHOULD BE SIGNED, DATED, AND TIMED |
|------|------|------------------------------------------|

PROGRESS NOTES
NS-2505HMS    01/08    (Rev. 10/08, 12/09)    Page 1 of 1

MERIT HEALTH CENTRAL

LEE, KATONIA
Acct#4611137 MR#0000787202 1040-U 1
BOOKHARDT, MIC
Adm:11/08/2018 DOB:12/06/1969 048-Y F
MERIT HEALTH CENTRAL

1-8-2019                    301813690220001                    5220190108015539

**Lincoln/Lee 1687**

From:MeritHealth Family Medicine          6013762114          01/08/2019 12:18          #123 P.021/023

Procedure Documentation for LEE, KATONIA          (48yo F) #2631971
E#2631929
From:                                               11/27/2018 16:17          #203 P.004/007



PROGRESS NOTES
NS-2305HMS    01/08    (Rev. 10/08, 12/09)    Page 1 of 1

LEE, KATONIA
Acct#4611137 MR#0000787202 1040-U 1
BOOKHARDT, MIC
Adm:11/08/2018  DOB:12/06/1969  048-Y F
MERIT HEALTH CENTRAL

MERIT HEALTH CENTRAL

1-8-2019                    301813690220001                    5220190108015539

**Lincoln/Lee 1688**

From:MeritHealth Family Medicine          6013762114                    01/08/2019  12:19

PATHOLOGY STUDY for LEE, KATONIA          (48yo F) #2631971
E#2631929
          From:                           To:Smith-Vaniz  alterna  11/12/2018 12:36    #274 P.002/003

# HubCare Pathology

Kurt G. Kratz, M. D., FCAP, Medical Director
Diplomates of American Board of Pathology

5052 West Fourth Street
Hattiesburg, MS  39402
(601)268-5995

## SURGICAL PATHOLOGY REPORT

### Client : Merit Health - Central

| | | |
|---|---|---|
| Patient Name: **Lee, Katonia** | Pt ID #:  4611137 | Accession #:  **S18-19766** |
| DOB:              (Age: 48) | MRN #:  787202 | Removed:  11/8/2018 |
| Gender:         F | Location: | Received:  11/8/2018 |
| Physician(s):  Michael Bookhardt | | Reported:  11/12/2018 |
| George Smith-Vaniz, GI | | |

## Final Diagnosis
**MICROSCOPIC EXAMINATION AND DIAGNOSIS:**
DUODENAL ULCER BIOPSY:
 - FRAGMENTS OF DUODENAL MUCOSA WITH ULCERATION, GRANULATION TISSUE, AND
FIBRINOPURULENT EXUDATE CONSISTENT WITH ORIGIN FROM ULCER.
 - SEE COMMENT.

COMMENT: Although no evidence of malignancy is identified, this biopsy consists predominantly of
granulation tissue and fibrinopurulent exudate and scant fragments of duodenal mucosa; therefore,
recommend additional biopsies to completely exclude neoplasia, if clinically indicated.  Please
correlate with clinical and endoscopic findings.

Reading Location: Merit Health River Oaks – Anatomic Pathology, 1020 River Oaks Drive, Suite 160, Flowood, MS 39232,
P(601)936-1137

Unless specified otherwise above, the quality of the H&E and any other special stains performed at HubCare Pathology, PA is
satisfactory, and any internal or external controls react appropriately.

Any immunohistochemical, image analysis, and in-situ hybridization tests included in this report that were performed at HubCare
Pathology, PA were developed and their performance characteristics determined by HubCare Pathology, PA.  They have not been
cleared or approved by the U.S. Food and Drug Administration (FDA)  The FDA has determined that such clearance or approval is not
necessary.  These tests are used for clinical purposes.  They should not be regarded as investigational or for research.  HubCare
Pathology, PA is certified under the Clinical Laboratory Improvement Act of 1988 (CLIA) as qualified to perform high complexity clinical
laboratory testing.

**\*\*\*Electronically Signed By Dinesh Rugnath, M.D. on 11/12/2018 10:10:30\*\*\***
Ld/11/12/2018

## Specimen(s) Received
Duodenum, biopsy

## Clinical History
GI bleed                                        Bx duodenal ulcer R/O cancer
 **Gross Description**

Surgical Department                                                                    Page 1 of 2
                    *ANATOMICAL PATHOLOGY REPORT*

1-8-2019                              301813690220001                          5220190108015539

**Lincoln/Lee 1689**

From:MeritHealth Family Medicine          6013762114                    01/08/2019 12:20      #

PATHOLOGY STUDY for LEE, KATONIA          (48yo F) #2631971
E#2631929
        From:                      To:Smith-Vaniz  alterns  11/12/2018 12:36    #274 P.003/003

        Lee, Katonia                   SURGICAL PATHOLOGY REPORT                 S18-19766

Specimen is received in formalin labeled with the patient's name "Katonia Lee" and "biopsy duodenal ulcer rule out cancer" and consists of multiple mucosal biopsies measuring 0.9 x 0.8 x 0.2 cm in aggregate, submitted without further sectioning in "A1" for levels.

pb/11/8/2018/DK

Surgical Department                                                          Page 2 of 2
                        *ANATOMICAL PATHOLOGY REPORT*

1-8-2019                        301813690220001                          5220190108015539

**Lincoln/Lee 1690**

```
** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

TIME RECEIVED                     REMOTE CSID          DURATION   PAGES    STATUS
January 14, 2019 2:00:56 PM EST   6016456378           163        3        Received
01/14/2019 15:06 FAX  6016456378          UMB Centreville Branch 5              ☑0001/0003
       Printed on 12/26/2018 KATONIA LEE, 1C13669255,                   Page 4 of 12
```



**Baptist** HEALTH SYSTEMS

1225 North State Street
Jackson, Mississippi 39202
601-968-1000

## EGD-EUS (Upper) Procedure Report

**Date:** 12/26/2018 12:50 PM

| | | | |
|---|---|---|---|
| **Patient Name:** | **KATONIA LEE** | **Gender:** | Female |
| **DOB (age):** | (49) | **Account #:** | 1C13669255 |
| **Endoscopist(s):** | Stewart Boyd, MD | **CSN #** | 120081217041 |

**EGD Instrument(s):** EGD/GIF 2000977(2000977)

**EUS (Upper) Instrument(s):** EUS H110144(H110144)

**Referring Physician:** GEORGE SMITH VANEZ
1860CHADWICKDRIVE, JACKSON, MS 39204
(601) 376-2115 (phone)

**Anesthesia Provider:** Channon Pruitt, CRNA
**Nurse(s):** Valerie Walker
**Staff:** Fredrika Christian

**ASA Class:** P2 - 12/26/2018 1:01 PM Channon Pruitt, CRNA

**Mallampati Score:**
See anesthesia notes.

**History of Present Illness:**
49 y/o female with abnormal CT and bleeding duodenal mass concerning for malignancy. Here today for EUS

**Administered Medications:** See Anesthesia Note for Medication dosage(s)

**EGD Indications:** Abnormal CT scan: 793.4 - R93.3
Mass of duodenum: 537.89 - R19.09

**EUS (Upper) Indications:** Abnormal CT scan: 793.4 - R93.3
Mass of duodenum: 537.89 - R19.09

**General Procedure:**
The procedure, indications, preparation and potential complications were explained to the patient, who indicate understanding and signed the corresponding consent forms. MAC with IV sedation was administered by nurse anesthetist. Continuous pulse oximetry, blood pressure, and cardiac monitoring was done. Supplemental oxygen was used.

## EGD

**EGD Procedure:**
Patient was placed in left lateral decubitus position. The endoscope was introduced through mouth and advanced under direct visualization until second part of the duodenum reached. The vocal cords were visualized. The Z-line was noted. Patient tolerance to the procedure was good. The procedure was not difficult.

**EGD Limitations/Complications:**
There were no apparent limitations or complications

1-14-2019    Printed on 12/26/2018 KATONIA LEE, 1C13669255,  301813                    5220190114017669

**Lincoln/Lee 1691**

01/14/2019 15:07 FAX  6016456378        UMB Centreville Branch 5                     ☑0002/0003
Printed on 12/26/2018 KATONIA LEE, 1C13669255,                                    Page 5 of 12

   



## EGD Findings:

| | | |
|---|---|---|
| *Esophagus* | Additional esophagus findings | Possible candidiasis in the lower esophagus. |
| *Duodenum* | Additional duodenum findings | Ulcerated mass lesion in the duodenum causing luminal narrowing. Multiple cold forceps biopsies were performed for histology in the duodenum. |

# EUS (Upper)

## EUS (Upper) Procedure:

Patient was placed in left lateral decubitus position. The endoscope was introduced through mouth and advanced under direct visualization until esophagus, stomach and duodenum was reached. Patient tolerance to the procedure was good.

## EUS (Upper) Limitations/Complications:

There were no apparent limitations or complications

## EUS (Upper) Findings:

| *Stomach* | Site: | The Celiac axis was normal. |
|---|---|---|
| *Biliary* | Site: | The Main duct was normal. |
| | Description: | CBD measuring 2 mm in the distal duct |
| *Pancreas* | Site: | Head of the pancreas |
| | Findings Class: | Additional finding |
| | Findings Type: | Additional Finding |
| | Description: | 45-60 mm hypoechoic lesion in the pancreatic head with duodenal involvement visible from duodenal and gastric views. No PD dilation with PD measuring 2.4 in the head, 1.1 in the body, and 1 mm in the tail. Gastric view suggests portal vein invasion by the lesion |
| | Interventions: | A FNB was performed using a 25 G BSCI needle. A total volume of 1 cc was obtained over 3 passes. The fluid was sent for histology. |

## EGD Impressions:

**Lincoln/Lee 1692**

01/14/2019 15:08 FAX  6016456378         UMB Centreville Branch 5                    ☒0003/0003
        Printed on 12/26/2018 KATONIA LEE, 1C13669255,                               Page 6 of 12

₹ Possible candidiasis in the lower esophagus.

♣ Ulcerated mass lesion in the duodenum causing luminal narrowing (Biopsy).

### EUS (Upper) Impressions:

₹ Normal EUS appearance of the Celiac axis.

♦ Normal EUS appearance of the main duct.

*  45-60 mm hypoechoic lesion in the pancreatic head with duodenal involvement visible from duodenal and gastric views. No PD dilation with PD measuring 2.4 in the head, 1.1 in the body, and 1 mm in the tail. Gastric view suggests portal vein invasion by the lesion (Fine Needle Biopsy).

**Plan:**       Findings concerning for malignancy of pancreatic origin. 1.Follow up pathology 2.Avoid NSAIDs
              3.Further recs pending pathology results
              4.Treat empirically for candiasis

Stewart Boyd, MD
Version 1, Electronically signed on 12/26/2018 1:41:37 PM by Stewart Boyd, MD

**Lincoln/Lee 1693**

BEST IMAGE POSSIBLE



*******AUTO**5-DIGIT 40512
158 4 AV 1.104                    000158
SEDGWICK
none
PO BOX 14028
LEXINGTON, KY  40512-4028

19pgs



# ATTENTION
Confidential Information enclosed.
To be viewed by authorized persons only.

If you have questions regarding any information you have requested, please call the phone number on the enclosed invoice.

To Whom It Concern:

CIOX has provided to you protected health information that may contain information that falls under the 42 C.F.R. Part 2. The federal rules prohibit you from making any further disclosure of information in this record that identifies a patient as having or having had a substance use disorder either directly, by reference to publically available information, or through verification of such identification by another person unless further disclosure is expressly permitted by written consent of the individual whose information is being disclosed or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose (see 42 CFR §2.31). The federal rules restrict any use of the information to investigate or prosecute with regard to a crime any patient with a substance use disorder, except as provided at 42 CFR §§ 2.112(c)(5) and 2.65.

If the enclosed record pertains to HIV/AIDs, it has been disclosed to you from records whose confidentiality is protected by federal and perhaps, state law, which prohibits you from making any further disclosure of such information without the specific consent of the person to whom such information pertains or as otherwise permitted by state law. A general authorization for this release of health or other information is not sufficient for this purpose.

If the information requested is from a facility located within the Washington State area then this information will fall under the RCW 70.02.300 which states that this information has been disclosed to you from records who confidentiality may be protected by state law. State law prohibits you from making any further disclosure of it without the specific written authorization of the person to whom it pertains, or as otherwise permitted by state law. A general authorization for the release of this protected information is not sufficient for this purpose.



209920522

1-29-2019                                                                              5120190129021999

**Lincoln/Lee 1694**

BEST IMAGE POSSIBLE

**Ciox Health**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

## CiOX
**HEALTH**
## INVOICE

Invoice #: **0264413272**
Date:       **1/15/2019**
Customer #: 2000091

| Ship to: | Bill to: | Records from: |
|---|---|---|
| none | none | HINDS INTERNAL MEDICINE |
| SEDGWICK | SEDGWICK | 1860 CHADWICK DR SUITE 351 |
| PO BOX 14028 | PO BOX 14028 | AND SUITE 353 |
| LEXINGTON, KY 40512-4028 | LEXINGTON, KY 40512-4028 | JACKSON, MS 39204 |

**Requested By:** NONE
**Patient Name:** LEE KATONIA

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 20.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 7 | 0.00 | 0.00 |
| Shipping | | | 1.63 |
| Subtotal | | | 21.63 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 21.63 |
| Balance Due | | | 21.63 |

Pay your invoice online at https://paycioxhealth.com/pay/

**Terms: Net 30 days**          Please remit this amount : **$ 21.63 (USD)**

------------------------------✂------------------------------

**Ciox Health**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

Invoice #: **0264413272**

Check # _____

Payment Amount $_____

Get future medical records as soon as they are processed,
by signing up for secure electronic delivery.
Register at: edelivery.cioxhealth.com

## Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.

1-29-2019                    301815090220001                    5120190129021999

**Lincoln/Lee 1695**

BEST IMAGE POSSIBLE

12/18/2018 1:41:48 PM –0600 SEDGWICK                                    PAGE 2    OF 10



sedgwick.

## Request for Medical Information to support Disability

**Walmart Disability and Leave Service Center at Sedgwick**
P.O. Box 14028, Lexington, KY 40512

Telephone: (800) 492-5678        Facsimile: (859) 264-4372        Email: Walmartforms@sedgwicksir.com

| | | | |
|---|---|---|---|
| **Today's Date:** | December 18, 2018 | **Pages:** | 5 |
| **To:** | Dr. Vaniz | **From:** | Sedgwick Disability & Leave |
| **Fax:** | 601-376-1293 | **Fax:** | (859) 264-4372 |
| **Patient:** | Katonia Lee | **Telephone:** | (800) 492-5678 |
| **Patient DOB:** | | **Claim Number:** | 30181369022-0001 |

The above named patient is currently being considered for disability benefits and Sedgwick administers these benefits. We require objective clinical information that supports your patient's inability to return to work due to reduced functional capacity. If the requested information is not received timely, it may result in denial of benefits.

To consider approving this claim, we need the following checked item(s) returned, ASAP:

☒ The attached Attending Physician Statement, completed

☒ Other: Please send all records with diagnosis,   objective findings discussing functionality preventing the patient from performing their job functions and treatment plan, for the period of 12/17/2018 through the estimated return to work date.

### Please fax all clinical information after each visit or patient contact to:
### Fax: (859) 264-4372 or Email: Walmartforms@sedgwicksir.com
Any and all charges for copies of records are the responsibility of patient.

"The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services."



**Lincoln/Lee 1696**

BEST IMAGE POSSIBLE



## Attending Physician Statement

Associate name: Katonia Lee                    Associate WIN: 100427377
Claim number: 30181369022-0001                 Medical due date: 01/10/2019

**SECTION 1: REQUIRED INFORMATION TO SUPPORT FMLA/STATE LEAVE**

1. Will the patient be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? Yes ☐   No ☐

   If yes, provide the beginning and ending dates for the period of incapacity: ____/____/____ .
   ____/____/____

2. Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?
   Yes ☐   No ☐   If yes, dates of admission: _____

3. Date(s) you treated the patient for condition:_____

4. Was medication, other than over-the-counter medication prescribed? Yes ☐   No ☐

5. Is the patient unable to perform any of his/her job functions due to their condition: Yes ☐   No ☐   If yes, identify the job functions the employer is unable to perform (use the list of the employee's essential functions or job description, if included, or answer this question based upon the patient's own description of his/her job functions)

   _____
   _____
   _____

6. Describe other relevant medical facts, if any, related to the condition for which the patient seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment). NOTE: In California, Wisconsin and Connecticut, do not disclose the underlying diagnosis unless you have received consent from the patient.

   _____
   _____
   _____

**SECTION 2: REQUIRED INFORMATION TO SUPPORT DISABILITY BENEFITS**
NOTE: This information is required only to support a claim for disability benefits and is not required to support a leave request. Failure to provide this information will not affect the request for leave.

In order to verify that the patient cannot do their job, please provide written documentation of observable and measurable findings from examinations as well as supporting laboratory or diagnostic tests.

1. Objective findings: HT:_____ WT:_____ BP:_____ TEMP:_____ PULSE:_____ RESP:_____

2. Patient's Complaints: _____
   _____
   _____

Med 1 of 3



1-29-2019                          301813690220001                     5120190129021999

**Lincoln/Lee 1697**

BEST IMAGE POSSIBLE



**Associate name:** Katonia Lee                    **Associate WIN:** 100427377
**Claim number:** 30181369022-0001            **Medical due date:** 01/10/2019

3. Your Diagnosis: (list all disabling diagnoses including all ICD10 codes)
   Primary:     ICD10 Code: _____  Description: _____
   Secondary:   ICD10 Code: _____  Description: _____
                ICD10 Code: _____  Description: _____

4. List all co-morbid conditions: _____
_____

5. Is the medical condition pregnancy? Yes ☐   No ☐   If yes, expected delivery date: __/____/_____

6. If patient is pregnant, is a C-Section planned? Yes ☐   No ☐   If yes, date scheduled? __/____/_____

7. Describe objective/clinical findings to warrant disability, including severity and duration based on the patient's presentation during office visits. _____
_____
_____

8. Has the patient recovered sufficiently to return to work? Yes ☐   No ☐

   If "Yes", give the date the patient was able to return to work ____/____/____

   If "No", in your opinion when, may work be resumed? (Please do not use "indefinite", "unknown", "undetermined", etc.) If a date cannot be determined, please estimate in days, weeks or months. ___/___/___
_____

9. Has the patient recovered sufficiently to return to restricted work? Yes ☐   No ☐
   If "Yes", indicate date restrictions begin: ____/____/____ Date restrictions end: ____/____/____
   Restriction (s) required:_____
_____
_____

10. When was patient first diagnosed with this condition? ____/____/_____

11. When is the patient's next office visit? ____/____/_____

12. Is this condition the result of an injury? Yes ☐   No ☐   Is this condition work related? Yes ☐   No ☐
    If yes, provide date and description of event:
_____
_____

13. What is the prescribed treatment plan? (Please provide specific details regarding treatment/therapy, attach notes if necessary): _____
_____
_____

Med 2 of 3



**Lincoln/Lee 1698**

BEST IMAGE POSSIBLE



**Associate name:** Katonia Lee          **Associate WIN:** 100427377
**Claim number:** 30181369022-0001       **Medical due date:** 01/10/2019

14. List all medications, identify dates of new medications or dose adjustments: (attach list if necessary)

| Medication | Dose | Frequency | Duration | New Med | Adjusted Med | Date Adjusted |
|---|---|---|---|---|---|---|
| | | | | Yes ☐  No ☐ | Yes ☐  No ☐ | __/____/____ |
| | | | | Yes ☐  No ☐ | Yes ☐  No ☐ | __/____/____ |
| | | | | Yes ☐  No ☐ | Yes ☐  No ☐ | __/____/____ |
| | | | | Yes ☐  No ☐ | Yes ☐  No ☐ | __/____/____ |

15. Has any surgical procedure related to current disability been performed or is any anticipated? Yes ☐   No ☐
    List the name of the procedure: _____
    CPT code:_____          Date of procedure: _____/_____/_____

16. Has patient been referred to other physician(s)/specialist? Yes ☐ No ☐ If yes, provide physician name, specialty, and telephone number. _____

17. List specific functional limitations of Activities of Daily Living (ADL's): _____

18. Has patient been given any driving restrictions for this disability period? Yes ☐   No ☐
    If yes please describe: _____

**Please attach all office notes, History & Physical, results of x-rays, laboratory tests, MRI Reports, etc, if relevant.**

The Genetic Information Nondiscrimination Act of 2008 (GINA) and the California Genetic Information Nondiscrimination Act of 2011 (CalGINA) prohibit employers and other entities from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by applicable law. To comply with GINA and CalGINA, please DO NOT provide any genetic information when responding to this request for medical certification.
  "Genetic Information," as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member of an embryo legally held by an individual or family member receiving assistive reproductive services. (75 Fed. Reg. 68934.)
"Genetic information," as defined by CalGINA includes information about the individual's or the individual's family member's genetic tests, information regarding the manifestation of a disease or disorder in a family member of the individual, and includes information from genetic services or participation in clinical research that includes genetic services by an individual or any family member of the individual. "Genetic information" does not include information about an individual's sex or age.

Telephone Number: _____          Healthcare Provider Name (Printed): _____

Fax Number: _____                Healthcare Provider Specialty: _____

Date Completed: _____            Healthcare Provider Signature: _____

Med 3 of 3



**Lincoln/Lee 1699**

BEST IMAGE POSSIBLE

12/18/2018 1:41:48 PM -0600 SEDGWICK                    PAGE 1    OF 10

**Sedgwick Claims Management Services, Inc.**

**To:**      Dr. Vaniz

**Fax:**     16013761293

**From:**    SedgwickLeaveandDisability

**Fax:**

**Date:**    December 18, 2018

**Subject**  30181369022-0001

---

***CONFIDENTIALITY NOTE***

The information contained in the facsimile message may be legally privileged
and confidential information intended only for the use of the individual or
entity named above. If the reader of this message is not the intended recipient,
you are hereby notified that any dissemination, distribution, or copying of this
telecopy is strictly prohibited. If you have received this telecopy in error,
please notify us immediately by calling the number listed above and return the
original message to us at the address above by the United States Postal Service.

1-29-2019                            301813690220001                     5120190129021999

**Lincoln/Lee 1700**

BEST IMAGE POSSIBLE

Merit Health Medical Group - 1850 CHADWICK DRIVE SUITE 351, JACKSON MS 39204-3472

## LEE, KATONIA (id #2631971, dob:

Last amended by George Smith Vaniz, MD on 12/05/2018 at 8:58am

| Patient | | | |
|---|---|---|---|
| **Name** | LEE, KATONIA (48yo, F) ID# 2631971 | **Appt. Date/Time** | 12/04/2018 02:30PM |
| **DOB** | | **Service Dept.** | ROM_Merit Health Family Medicine Central |
| **Provider** | GEORGE SMITH VANIZ, MD | | |
| **Insurance** | Med Primary: UNITED HEALTHCARE Insurance # : 010036445 Policy/Group # : 744173 Employer Name : UNKOWN Prescription: ESI1 - Member is eligible. | | |

### Chief Complaint

hospital follow-up

Hospital follow up— was d/c from Merit/Central 11/16/18 dx. with GI bleeding.
c/o now of having vision problems; back pain from thoracic area to lumbar ; on/off bilateral chest pains. Pt. stated s/s started after med changes in the hospital. /MC

### Patient's Pharmacies

WALMART PHARMACY 816 (ERX): 960 BROOKWAY BLVD, BROOKHAVEN MS 39601, Ph (601) 833-8436, Fax (601) 833-3581

### Vitals

**Wt:** 129 lbs (58.51 kg) 12/04/2018 03:05 pm

**BP:** 132/82 sitting L arm 12/04/2018 03:05 pm

**Pulse:** 67 bpm 12/04/2018 03:05 pm

**O2Sat:** 98% Room Air at Rest 12/04/2018 03:06 pm

**T:** 98.8 F° oral (37.11 C) 12/04/2018 03:06 pm

**Ht:** 5 ft 2 in (157.48 cm) 12/04/2018 03:06 pm

**BMI:** 23.6 12/04/2018 03:06 pm

### Measurements

None recorded.

### Allergies

Reviewed Allergies
NKDA

### Medications

Reviewed Medications

**amLODIPine 5 mg tablet**
Take 1 tablet(s) every day by oral route for 30 days.
11/16/18  filled

**citalopram 20 mg tablet**
Take 1 tablet(s) every day by oral route for 30 days.
11/16/18  filled

**ferrous sulfate 325 mg (65 mg iron) tablet**
Take 1 tablet(s) twice a day by oral route.
12/04/18  entered

**metoprolol tartrate 50 mg tablet**
Take 1 tablet(s) twice a day by oral route for 30 days.
11/16/18  filled

**omeprazole 20 mg capsule,delayed release**
Take 1 capsule(s) twice a day by oral route.
12/04/18  prescribed

**pantoprazole 40 mg tablet,delayed release**
Take 1 tablet(s) every day by oral route.
12/04/18  entered

### Problems

Reviewed Problems

**Lincoln/Lee 1701**

BEST IMAGE POSSIBLE

Merit Health Medical Group • 1860 CHADWICK DRIVE SUITE 351, JACKSON MS 39204-3472

## LEE, KATONIA (id #2631971, dob:

### Family History

Reviewed Family History
| | |
|---|---|
| Paternal Aunt | - Diabetes mellitus |
| Mother | - Myocardial infarction |
| Father | - Hypertensive disorder |

### Social History

Reviewed Social History
Smoking Status: Never smoker
Non-smoker
Alcohol intake: None

### Surgical History

Reviewed Surgical History
◦ Caesarean Section - x2
◦ Esophagogastroduodenoscopy - 11/08/2018 – Dr. Smith-Vaniz, MD

### Past Medical History

Reviewed Past Medical History
Acid reflux (GERD): Y
Gastic Ulers: Y
Hypertension: Y

### Screening

None recorded.

### ROS

None recorded.

### Physical Exam

None recorded.

### Assessment / Plan

SEE ATTACHED NOTE.

1. Duodenal ulcer disease - CHANGE PROTONIX 40MG QD TO OMEPRAZOLE 20MG BID.
REPEAT CT-ABD/PELVIS W/ CONTRAST ON 12/17/18.
    K26.9: Duodenal ulcer, unspecified as acute or chronic, without hemorrhage or perforation
- omeprazole 20 mg capsule,delayed release - Take 1 capsule(s) twice a day by oral route.   Qty: 60 capsule(s)   Refills: 5
Pharmacy: WALMART PHARMACY 816

2. Anemia
    D64.9: Anemia, unspecified
- CBC W/ DIFF

3. Backache
    M54.9: Dorsalgia, unspecified
- CMP, SERUM OR PLASMA

CBC W/ DIFF
- Results:
    - WBC: ul
    - MO: %
    - GR: %
    - LY#: ul
    - MO#: ul
    - GR#: ul
    - RBC: ul
    - HBG: g/dl
    - HCT: %
    - MCV: fl
    - MCH: g/dl
    - MCHC: pg
    - RDW: %
    - PLT: ul
    - MPV: fl
    - LY: %

CMP, SERUM OR PLASMA
- Results:
    - TP: g/dl

**Lincoln/Lee 1702**

BEST IMAGE POSSIBLE

Merit Health Medical Group • 1860 CHADWICK DRIVE SUITE 351, JACKSON MS 39204-3472

## LEE, KATONIA (id #2631971, dob:

- NA+: mmol/l
- K+: mmol/l
- TCO2: mmol/l
- CL-: mmol/l
- GLU: mg/dl
- CA: mg/dl
- BUN: mg/dl
- CRE: md/dl
- EGFR: ml/min
- ALP: u/l
- ALT: u/l
- AST: u/l
- TBIL: mg/dl
- ALB: g/dl

**Patient Instructions**
   TRY NEW MED CHANGE AND REPORT
   AFTER CT SCAN.

Return to Office
None recorded.

Amendment Sign-Off
Encounter signed-off by George Smith Vaniz, MD, 12/05/2018.

Encounter performed and documented by George Smith Vaniz, MD
Encounter reviewed & signed by George Smith Vaniz, MD on 12/05/2018 at 8:55am
Amendment closed by George Smith Vaniz, MD on 12/05/2018 at 8:58am

1-29-2019                                    301813690220001                                    5120190129021999

**Lincoln/Lee 1703**

BEST IMAGE POSSIBLE

Merit Health Medical Group • 1860 CHADWICK DRIVE SUITE 351, JACKSON MS 39204-3472

**LEE, KATONIA (id #2631971, dob:**

Progress Note
#21267679

93456169...4835 Single Page Z Prog Note

**ALLERGIES:** NKDA   **NAME:** Katonia Lee   **DATE:** 10/4/18

**D.O.B.:** _____   **AGE:** 48

**B/P** 132/82   **DX** Gastric ulcers   **MEDS** (See List)
**P** 67          HTN
**T** 98.9        GERD              Pharmacy:
**WT** 129                          Walmart / Brookhaven
**HT** 5'2"
**D°SAT** 98%                       *EGD on 11/8/18*
**BMI** 23.6

**CC:** Hospital F/U – GI Bleeding @ Merit Central D/C 11/10/18
**ROS: GEN: OK:** Pt c/o vision problems,
**HEENT: HA, DIZZY:** back pains from mid-thoracic
**NT:** to lower back, on/off
**CR, CHEST PAIN, SOB, COUGH, EDEMA:** bil. chest pains, s/s start
after med changes in
**GI: IND, HTBURN, DIARRHEA, CONSTIPATION, N-V:** hospital.

**GU: DYSURIA, NOCTUEIA:**
**OB/GYN:**
**MI: JOINT PAIN:**
**NEURO:**
**GEN:**
**HEENT:**
**NT:**  **NV:**  **CAROTID:**  **THYROID:**
**HEART:**
**LUNGS:**
**ABD:**
**GU:**
**EXT:**
**NEURO:**
☐ All other systems have been checked and there are no remarkable changes since the patient's last visit.
**IMPRESSION:**

**DIST:**

**M.D. SIGNATURE:**

1-29-2019                         301813690220001                         5120190129021999

**Lincoln/Lee 1704**

BEST IMAGE POSSIBLE

Merit Health Medical Group • 1860 CHADWICK DRIVE SUITE 351, JACKSON MS 39204-3472

**LEE, KATONIA (id #2631971, dob:**

1-29-2019                                    301813690220001                                    5120190129021999

**Lincoln/Lee 1705**

BEST IMAGE POSSIBLE

CT, ABDOMEN + PELVIS, W/ CONTRAST for LEE, KATONIA       (49yo F) #2631971
E#2631929

| Ordering Provider | GEORGE SMITH VANIZ, MD | Performing facility | CENTRAL MISSISSIPPI MEDICAL CTR (RADIOLOGY) |
|---|---|---|---|
| Reported Date | 12/17/2018 10:24 | Accession ID | 15981652 |
| Performed Date | 12/17/2018 09:50 | | |

R10.9/K26.9
UNSPECIFIED ABD PAIN
Procedure Acknowledge Date: 12/17/2018 09:50 AM

Clinical Information: UNSPECIFIED ABD PAIN

EXAM:  CT abdomen and pelvis with contrast.

PRIORS:  11/12/2018

FINDINGS:
Contiguous axial images from the mid thorax through the proximal
thighs were performed after the administration of IV contrast.

Again seen is a large (8.7 cm) cavitary mass which appears
significantly thick-walled and contains central gas as well as
contrast, which appears to be oral contrast as the cavity appears to
connect to the lumen of the duodenum. The mass is not clearly
separable from the pancreatic neck and produces significant mass
effect upon the inferior vena cava and mild mass effect upon the
portal vein and adjacent portions of the liver. The spleen, adrenal
glands, kidneys and gallbladder appear unremarkable. Bowel loops are
normal in caliber. No free air or free fluid is seen in the peritoneal
cavity. Abdominal aorta is normal in size.

Within the pelvis, there is a 4.6 cm exophytic mass extending
anteriorly from the left side of the uterine fundus. Pelvic organs are
otherwise unremarkable. The appendix appears normal. Bony pelvis
appears intact.

IMPRESSION:

Thick-walled cavitary soft tissue mass measuring approximately 8.7 cm
in greatest diameter in the region of the pancreas and duodenum. This
contains gas and contrast and appears to connect to the duodenal
lumen. Mass also produces mass effect upon surrounding structures,
including partial compression of the inferior vena cava. Findings are
highly suggestive of malignancy of either pancreatic or duodenal
origin.

This CT exam was performed using one or more of the following dose
reduction techniques: Automated exposure control, adjustment of mA
and/or KV according to patient size, and/or use of iterative
reconstruction technique.

Electronically signed by:  Dr Derek Dyess, MD on 12/17/2018 10:24 AM

DT: 12/17/2018 10:18 AM    Dictated By: DYESS, DEREK S. MD
DF: 12/17/2018 10:24 AM    Signed By: DYESS, DEREK S. MD


991Supporting Provider(s):

    Ordering Provider: GEORGE SMITH-VANIZ
    Result Copies To:
    Attending Doctor: GEORGE SMITH-VANIZ
    Referring Doctor:
    Consulting Doctor:
    Admitting Doctor:
    Other Healthcare Provider:

1-29-2019                    301813690220001                    5120190129021999

**Lincoln/Lee 1706**

BEST IMAGE POSSIBLE

CT, ABDOMEN + PELVIS, W/ CONTRAST for LEE, KATONIA          (49yo F) #2631971
E#2631929

1-29-2019                           301813690220001                           5120190129021999

**Lincoln/Lee 1707**

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| February 19, 2019 11:22:26 AM EST | Ochsner Fax Server | 93 | 3 | Received |

Ochsner Fax Server    2/19/2019 10:20:55 AM   PAGE   1/003   Fax Server



**To: 18592644372**

Company:
Fax: 18592644372
Phone:

**From: 2008209**

Fax:
Phone:
E-mail: maggie.houghton@ochsner.org

**NOTES:**

**Date and time of transmission:** Tuesday, February 19, 2019 10:20:48 AM
**Number of pages including this cover sheet:** 03

**Lincoln/Lee 1708**

Ochsner Fax Server    2/19/2019 10:20:55 AM    PAGE    2/003    Fax Server

# AFTER VISIT SUMMARY



**Katonia Lee** DoB:    📅 2/18/2019 9:00 AM  ◉ Ochsner Cancer Center-Baton Rouge 225-761-5410

## Instructions

Your personalized instructions can be found at the end of this document.

Today's medication changes

🔵 START taking:
**predniSONE** 20 MG tablet (DELTASONE)
Started by Burke J Brooks, MD

Accurate as of 2/18/19 12:10 PM.
**Review your updated medication list below.**

Pick up these medications at Ochsner Pharmacy O'Neal
predniSONE
Address:    16777 Medical Center Dr Ste 103, BATON ROUGE LA 70816
Hours:    Mon-Fri, 8a-5:30p
Phone:    225-754-5160

## Today's Visit

You were seen on Monday February 18, 2019. The following issue was addressed: Diffuse large B-cell lymphoma, unspecified body region.

|  Blood Pressure 148/77 |  BMI 22.78 |  Weight 124 lb 9 oz |  Height 5' 2" |
|---|---|---|---|
|  Temperature 97.7 °F |  Pulse 67 | Respiration 18 | Oxygen Saturation 100% |

🩺 Medications Given

acetaminophen (TYLENOL) last given at 9:32 AM for Diffuse large B-cell lymphoma, unspecified body region

cyclophosphamide (CYTOXAN) chemo injection 1 g for Diffuse large B-cell lymphoma, unspecified body region

diphenhydramine stopped at 9:59 AM for Diffuse large B-cell lymphoma, unspecified body region

DOXOrubicin (ADRIAMYCIN) stopped at 11:47 AM for Diffuse large B-cell lymphoma, unspecified body region

famotidine (PF) last given at 9:33 AM for Diffuse large B-cell lymphoma, unspecified body region

palonosetron (ALOXI) 0.25 mg with dexamethasone (DECADRON) IVPB stopped at 10:32 AM for Diffuse large B-cell lymphoma, unspecified body region

rituxan hycela (RITUXAN HYCELA) last given at 10:00 AM for Diffuse large B-cell lymphoma, unspecified body region

vinCRIStine (ONCOVIN) injection stopped at 11:15 AM for Diffuse large B-cell lymphoma, unspecified body region

## What's Next

**Lincoln/Lee 1709**

## What's Next (continued)

FEB 19 2019    **Follow Up with John O Nnadi, MD**
Tuesday February 19 9:30 AM

Premium United Care, LLC
16777 Medical Center Drive
BATON ROUGE LA 70816-3246
225-304-6663

Arrive at check-in approximately 15 minutes before your scheduled appointment time. Bring all outside medical records and imaging, along with a list of your current medications and insurance card.

FEB 19 2019    **Non-Fasting Lab**
Tuesday February 19 12:30 PM

Ochsner Medical Center - Baton Rouge
17050 Medical Center Drive
Baton Rouge LA 70816-3221

Arrive at check-in approximately 15 minutes before your scheduled appointment time. Bring all outside medical records and imaging, along with a list of your current medications and insurance card.

FEB 19 2019    **Established Patient Visit with Long H Dang, MD**
Tuesday February 19 1:00 PM

Baton Rouge - Hematology Oncology
17050 Medical Center Drive
Baton Rouge LA 70816-3221
225-761-5410

Arrive at check-in approximately 15 minutes before your scheduled appointment time. Bring all outside medical records and imaging, along with a list of your current medications and insurance card.

## You've Been Prescribed an Antibiotic, Now What?

Your healthcare team thinks that you or your loved one might have an infection. Some infections can be treated with antibiotics, which are powerful, life-saving drugs. Like all medications, antibiotics have side effects and should only be used when necessary.

- Your healthcare team may run tests before you start the antibiotic (samples from blood, urine or other areas to look for bacteria) to help determine if you need an antibiotic, and if you do, which will work best.

- Within a few days your healthcare team may change or even stop your antibiotic based on test results. Occasionally, your test results may show that a different antibiotic would be better for your infection. In some cases your team may learn that you do not need an antibiotic for what is making you sick, particularly if your infection is caused by a virus.

- Like all medications, antibiotics have side effects. Some of these can be serious. One significant side effect includes sometimes deadly diarrhea caused by *Clostridium difficile* "C. diff." If you develop severe diarrhea while taking or after taking an antibiotic contact your healthcare provider.

- Another serious side effect of taking antibiotics is the risk of getting an antibiotic-resistant infection later, which are often more difficult and expensive to treat.

## ⊘ Diagnoses this Visit

Comments

**Diffuse large B-cell lymphoma, unspecified body region** – Primary

## Allergies as of 2/18/2019

No Known Allergies

**Lincoln/Lee 1710**

\*\*\*\*\*\*\*AUTO\*\*5-DIGIT 40512
74 4 AV 0.936                    000074
SEDGWICK
none
PO BOX 14028
LEXINGTON, KY  40512-4028

16pgs



# ATTENTION
## Confidential Information enclosed.
## To be viewed by authorized persons only.

## If you have questions regarding any information you have requested, please call the phone number on the enclosed invoice.

To Whom It Concern:

CIOX has provided to you protected health information that may contain information that falls under the 42 C.F.R. Part 2. The federal rules prohibit you from making any further disclosure of information in this record that identifies a patient as having or having had a substance use disorder either directly, by reference to publically available information, or through verification of such identification by another person unless further disclosure is expressly permitted by written consent of the individual whose information is being disclosed or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose (see 42 CFR §2.31). The federal rules restrict any use of the information to investigate or prosecute with regard to a crime any patient with a substance use disorder, except as provided at 42 CFR §§ 2.112(c)(5) and 2.65.

If the enclosed record pertains to HIV/AIDs, it has been disclosed to you from records whose confidentiality is protected by federal and perhaps, state law, which prohibits you from making any further disclosure of such information without the specific consent of the person to whom such information pertains or as otherwise permitted by state law. A general authorization for this release of health or other information is not sufficient for this purpose.

If the information requested is from a facility located within the Washington State area then this information will fall under the RCW 70.02.300 which states that this information has been disclosed to you from records who confidentiality may be protected by state law. State law prohibits you from making any further disclosure of it without the specific written authorization of the person to whom it pertains, or as otherwise permitted by state law. A general authorization for the release of this protected information is not sufficient for this purpose.



**Lincoln/Lee 1711**



**Ciox Health**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

# CiOX
## HEALTH
## INVOICE

Invoice #: **0268263569**
Date:  **3/6/2019**
Customer #: 2000091

| Ship to: | Bill to: | Records from: |
|---|---|---|
| none<br>SEDGWICK<br>PO BOX 14028<br>LEXINGTON, KY 40512-4028 | none<br>SEDGWICK<br>PO BOX 14028<br>LEXINGTON, KY 40512-4028 | HINDS INTERNAL MEDICINE<br>1860 CHADWICK DR SUITE 351<br>AND SUITE 353<br>JACKSON, MS 39204 |

**Requested By:** SEDGWICK
**Patient Name:** LEE KATONIA

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 10.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 11 | 0.00 | 0.00 |
| Shipping | | | 1.45 |
| Subtotal | | | 11.45 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 11.45 |
| Balance Due | | | 11.45 |

Pay your invoice online at https://paycioxhealth.com/pay/

Terms: Net 30 days      Please remit this amount : **$ 11.45 (USD)**

--------------------------✂-----------------------------------------------------

**Ciox Health**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

Invoice #: **0268263569**

Check # _____
Payment Amount $_____

Get future medical records as soon as they are processed,
by signing up for secure electronic delivery.
Register at: edelivery.cioxhealth.com

## Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.

3-12-2019                    301813690220001                    5120190312164524

**Lincoln/Lee 1712**

02/12/2019 1:34:34 PM -0600 SEDGWICK                          PAGE 2   OF 3



sedgwick.

**Request for Medical Information to Support Disability Benefits**

Walmart Disability and Leave Service Center at Sedgwick
P.O. Box 14028, Lexington, KY 40512

Telephone: (800) 492-5678      Facsimile: (859) 264-4372      Email: walmartforms@sedgwicksir.com

| | | | |
|---|---|---|---|
| Today's Date: | February 12, 2019 | Pages: | 2 |
| To: | Dr. Smith- Vaniz | From: | Sedgwick Disability & Leave |
| Fax: | 601-376-1293 | Fax: | (859) 264-4372 |
| Patient: | Katonia Lee | Telephone: | (800) 492-5678 |
| Patient DOB: | | Claim Number: | 30181369022-0001 |
| | Medical Information Due Date: | | **March 02, 2019** |

The above named patient is currently being considered for disability benefits and Sedgwick administers these benefits. We require objective information check-marked below that supports your patient inability to return to work due to reduced functional capacity.
*If the requested information is not received by 03/02/2019, it may result in the patient not receiving disability pay.*



**ACTION REQUIRED, we need the following checked item(s) returned:**

☒ **Office Visit Notes and Treatment Notes or Status Report describing the physical exam finding[Note: The findings should indicate the medical reason why your patient is unable to perform the essential job functions from 02/11/2019**

☒ If the associate is able to Return to work with restrictions. Please complete the Return to Work form below based on the Associate's Essential Job Functions which include: move, lift, carry, and place merchandise and supplies weighing up to 10 pounds without assistance, grasp, turn, and manipulate objects of varying size and weight, requiring fine motor skills and hand–eye coordination, and reaches overhead and below the knees, including bending, twisting, pulling, and stooping.

**Please fax to: Fax (859) 264-4372 or Email: walmartforms@sedgwicksir.com**
Any and all charges for copies of records are the responsibility of patient.

"The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services."





**Lincoln/Lee 1713**

02/12/2019 1:34:34 PM -0600 SEDGWICK                                PAGE 3    OF 3



If you are returning from medical leave due to your own serious health condition, you must provide a written release. You will not be permitted to return to work without a release. If you are returning with restrictions, the release information can assist us in determining if an accommodation can be provided. Email or fax it to Sedgwick as soon as possible before your return to work. Provide a copy to your manager/HR representative on your first day back.

### SECTION A – TO BE COMPLETED BY ASSOCIATE (please print)

| | |
|---|---|
| Leave start date: | Expected return to work date: |
| Facility number: | City/state: |
| **Preferred method of contact (optional)** | |
| Home phone number:        Cell number: | Email: |
| Associate's signature:        Job title: | Date: |

### SECTION B (MEDICAL RELEASE) – TO BE COMPLETED BY HEALTHCARE PROVIDER

I certify that the associate named above is medically able to resume work on: __/__/____   (MM/DD/YYYY)

This associate can return to work (check one): ___ With no restrictions ___ With restrictions (please describe below)

| Activity | Frequency, activity level, limitations, etc. | Duration (circle P if permanent) |
|---|---|---|
| Bending | | ___ to ___ or P |
| Breathing | | ___ to ___ or P |
| Climbing | | ___ to ___ or P |
| Communicating | | ___ to ___ or P |
| Grasping | | ___ to ___ or P |
| Hearing | | ___ to ___ or P |
| Lifting/carrying (lbs) | (check one)  ___ 0-9 ___ 10 ___ 15 ___ 20 ___ 25 ___ 50 ___ 60 ___ Other (provide details below) | ___ to ___ or P |
| Pulling | | ___ to ___ or P |
| Reaching | (check one) ___ Overhead ___ Below knee ___ Other (provide details below) | ___ to ___ or P |
| Seeing | | ___ to ___ or P |
| Standing | | ___ to ___ or P |
| Twisting | | ___ to ___ or P |
| Walking | | ___ to ___ or P |

Other restrictions or details: If you need additional room, please ensure any attached pages are signed and dated.

Accommodation(s): If returning with restriction(s), please list suggested ways the associate can be accommodated.

| Option 1 | |
|---|---|
| Option 2 | |

| | |
|---|---|
| Name of healthcare provider: | Phone: |
| Mailing address: | Fax: |
| Healthcare provider signature:        Date: | Email: |

### SECTION C – MANAGER/HUMAN RESOURCES REPRESENTATIVE INSTRUCTIONS WHEN RESTRICTIONS ARE NOTED

If restrictions are noted on the release, return the associate with a job adjustment, if possible. See the Accommodation in Employment policy for more information on the job adjustment program. If unable to provide a job adjustment, contact Sedgwick at 855-489-1600 to discuss next steps. [NOTE: A job adjustment does not include creating a job, removing or reducing an essential function, transferring a portion of a job to another associate, light duty or temporary alternative duty.]

| Name: | Signature: | Title: | Date: |
|---|---|---|---|



**Lincoln/Lee 1714**

02/12/2019 1:34:34 PM -0600 SEDGWICK                    PAGE 1    OF 3

## Sedgwick Claims Management Services, Inc.

To:       Dr. Smith- Vaniz

Fax:      6013761283

From:     Gonzalez, Melissa

Fax:

Date:     February 12, 2019

Subject:  30181369022-0001

***CONFIDENTIALITY NOTE***

The information contained in the facsimile message may be legally privileged
and confidential information intended only for the use of the individual or
entity named above. If the reader of this message is not the intended recipient,
you are hereby notified that any dissemination, distribution, or copying of this
telecopy is strictly prohibited. If you have received this telecopy in error,
please notify us immediately by calling the number listed above and return the
original message to us at the address above by the United States Postal Service.

3-12-2019                    301813690220001                    5120190312164524

**Lincoln/Lee 1715**

Merit Health Medical Group • 1860 CHADWICK DRIVE SUITE 351, JACKSON MS 39204-3472

## LEE, KATONIA (id #2631971, dob:

Last amended by George Smith Vaniz, MD on 12/05/2018 at 8:58am

| Patient | | | |
|---|---|---|---|
| **Name** | LEE, KATONIA (48yo, F) ID# 2631971 | **Appt. Date/Time** | 12/04/2018 02:30PM |
| **DOB** | | **Service Dept.** | ROM_Merit Health Family Medicine Central |
| **Provider** | GEORGE SMITH VANIZ, MD | | |
| **Insurance** | Med Primary: UNITED HEALTHCARE<br>Insurance # : 010036445<br>Policy/Group # : 744173<br>Employer Name : UNKOWN<br>Prescription: ESI1 – Member is eligible. | | |

### Chief Complaint

hospital follow-up

Hospital follow up-- was d/c from Merit/Central 11/16/18 dx. with GI bleeding.
c/o now of having vision problems; back pain from thoracic area to lumbar ; on/off bilateral chest pains. PL stated s/s started after med changes in the hospital. /MC

### Patient's Pharmacies

**WALMART PHARMACY 816 (ERX): 960 BROOKWAY BLVD, BROOKHAVEN MS 39601, Ph (601) 833-8436, Fax (601) 833-3581**

### Vitals

**Wt:** 129 lbs (58.51 kg) 12/04/2018 03:05 pm

**BP:** 132/82 sitting L arm 12/04/2018 03:05 pm

**Pulse:** 67 bpm 12/04/2018 03.05 pm

**O2Sat:** 98% Room Air at Rest 12/04/2018 03:06 pm

**T:** 98.8 F° oral (37.11 C) 12/04/2018 03:06 pm

**Ht:** 5 ft 2 in (157.48 cm) 12/04/2018 03:06 pm

**BMI:** 23.6 12/04/2018 03:06 pm

### Measurements

None recorded.

### Allergies

Reviewed Allergies
NKDA

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **amLODIPine 5 mg tablet**<br>Take 1 tablet(s) every day by oral route for 30 days. | 11/16/18 | filled |
| **citalopram 20 mg tablet**<br>Take 1 tablet(s) every day by oral route for 30 days. | 11/16/18 | filled |
| **ferrous sulfate 325 mg (65 mg iron) tablet**<br>Take 1 tablet(s) twice a day by oral route. | 12/04/18 | entered |
| **metoprolol tartrate 50 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 30 days. | 11/16/18 | filled |
| **omeprazole 20 mg capsule,delayed release**<br>Take 1 capsule(s) twice a day by oral route. | 12/04/18 | prescribed |
| **pantoprazole 40 mg tablet,delayed release**<br>Take 1 tablet(s) every day by oral route. | 12/04/18 | entered |

### Problems

Reviewed Problems

301813690220001

5120190312164524

**Lincoln/Lee 1716**

Merit Health Medical Group - 1860 CHADWICK DRIVE SUITE 351, JACKSON MS 39204-3472

## LEE, KATONIA (id #2631971, dob:

### Family History

Reviewed Family History
Paternal Aunt                           - Diabetes mellitus
Mother                                  - Myocardial infarction
Father                                  - Hypertensive disorder

### Social History

Reviewed Social History
Smoking Status: Never smoker
Non-smoker
Alcohol intake: None

### Surgical History

Reviewed Surgical History
- Caesarean Section - x2
- Esophagogastroduodenoscopy - 11/08/2018 - Dr. Smith-Vaniz, MD

### Past Medical History

Reviewed Past Medical History
Acid reflux (GERD): Y
Gastic Ulers: Y
Hypertension: Y

### Screening

None recorded.

### ROS

None recorded.

### Physical Exam

None recorded.

### Assessment / Plan

SEE ATTACHED NOTE.

**1. Duodenal ulcer disease** - CHANGE PROTONIX 40MG QD TO OMEPRAZOLE 20MG BID.
REPEAT CT-ABD/PELVIS W/ CONTRAST ON 12/17/18.
    K26.9: Duodenal ulcer, unspecified as acute or chronic, without hemorrhage or perforation
- omeprazole 20 mg capsule,delayed release - Take 1 capsule(s) twice a day by oral route.    Qty: 60 capsule(s)    Refills: 5
    Pharmacy: WALMART PHARMACY 816

**2. Anemia**
    D64.9: Anemia, unspecified
- CBC W/ DIFF

**3. Backache**
    M54.9: Dorsalgia, unspecified
- CMP, SERUM OR PLASMA

CBC W/ DIFF
- Results:
    - WBC: ul
    - MO: %
    - GR: %
    - LY#: ul
    - MO#: ul
    - GR#: ul
    - RBC: ul
    - HBG: g/dl
    - HCT: %
    - MCV: fl
    - MCH: g/dl
    - MCHC: pg
    - RDW: %
    - PLT: ul
    - MPV: fl
    - LY: %

CMP, SERUM OR PLASMA
- Results:
    - TP: g/dl

**Lincoln/Lee 1717**

Merit Health Medical Group • 1860 CHADWICK DRIVE SUITE 351, JACKSON MS 39204-3472

## LEE, KATONIA (id #2631971, dob:

- NA+: mmol/l
- K+: mmol/l
- TCO2: mmol/l
- CL-: mmol/l
- GLU: mg/dl
- CA: mg/dl
- BUN: mg/dl
- CRE: md/dl
- EGFR: ml/min
- ALP: u/l
- ALT: u/l
- AST: u/l
- TBIL: mg/dl
- ALB: g/dl

**Patient Instructions**
TRY NEW MED CHANGE AND REPORT
AFTER CT SCAN.

Return to Office
None recorded.

Amendment Sign-Off
Encounter signed-off by George Smith Vaniz, MD, 12/05/2018.

Encounter performed and documented by George Smith Vaniz, MD
Encounter reviewed & signed by George Smith Vaniz, MD on 12/05/2018 at 8:55am
Amendment closed by George Smith Vaniz, MD on 12/05/2018 at 8:58am



3-12-2019                                      301813690220001                            5120190312164524

**Lincoln/Lee 1718**

Merit Health Medical Group • 1860 CHADWICK DRIVE SUITE 351, JACKSON MS 39204-3472

## LEE, KATONIA (id #2631971, dob:

Progress Note
#21267679

ALLERGIES: _NKDA_    NAME: _Katonia Lee_    DATE: _10/4/18_

D.O.B.: _____    AGE: _48_

B/P _132/82_    DX _Gastric ulcers_    MEDS _(See List)_
P _67_                HTN
T _98.9_              GERD
WT _129_
HT _5'3"_                                  Pharmacy:
O²SAT _98%_                                W/a Mart / Brookhaven
BMI _23.6_                                 *SGD on 11/8/18*

CC: _Hospital f/u - GI Bleeding @ Merit Central D/C 11/16/18_
ROS: GEN:OK:_____ Pt. c/o vision Problems.
HEENT: HA,DIZZY:_____ back pains from mid-thoracic
NT:_____ to lower back; on/off
CR, CHEST PAIN, SOB, COUGH, EDEMA:_____ bil. chest pains. s/s start
_____ after med changes in
GI: IND, HTBURN, DIARRHEA, CONSTIPATION, N-V:_____ hospital.

GU: DYSURIA, NOCTUEIA:_____
OB/GYN:_____
MI: JOINT PAIN: _____
NEURO:_____
GEN: _____
HEENT: _____
NT:_____ NV:_____ CAROTID:_____ THYROID:_____
HEART:_____
LUNGS:_____
ABD:_____
GU:_____
EXT:_____
NEURO:_____
☐ All other systems have been checked and there are no remarkable changes since the patient's last visit.
IMPRESSION:_____

DIST: _____

M.D. SIGNATURE: _____

**Lincoln/Lee 1719**

Merit Health Medical Group • 1860 CHADWICK DRIVE SUITE 351, JACKSON MS 39204-3472

**LEE, KATONIA (id #2631971, dob:**

3-12-2019

301813690220001

5120190312164524

**Lincoln/Lee 1720**

GASTROENTEROLOGY CONSULT NOTE for LEE, KATONIA    (49yo F) #2631971
E#2631929

From:MeritHealth Family Medicine   6013768114   11/16/2019 12:12   #426 P.009/008
18-11-14 07:10 PM   T:George Smith Vanir MD P:Merit Health Central 601-276-1000   Page 1 of 3

MERIT HEALTH CENTRAL
1850 CHADWICK DRIVE
JACKSON, MS 38204
601-376-1000

CONSULTATION

Patient: LEE, KATONIA
MRN: 787202                    Account Number: 4611137
DOB:       9                  AGE: 49    Gender: F
Room: 2255                    Bed: A
Admit Date: 11/08/2018         Date of Service: 11/08/2018
Attending Physician: MICHAEL BOOKHARDT   PCP:
Dictated by: George T. Smith Vaniz, MD

DATE OF CONSULTATION: 11/08/2018 (dictation from handwritten note of that date).

HISTORY OF PRESENT ILLNESS: Katonia is a 49-year-old female with nausea, vomiting, weight loss with abnormal CT scan and severe anemia and now vomiting. Question of pancreatic mass on CT.

PAST SURGICAL HISTORY: C-section x2.

HABITS: No alcohol or tobacco.

SOCIAL HISTORY: Married, with 2 children.

ALLERGIES: NONE.

MEDICATIONS: None.

REVIEW OF SYSTEMS: The patient has been under great deal of stress last few months. Her mother died last year. Her husband's vision is decreased. She has lost 30 plus pounds. HEENT: No headaches or dizziness. CARDIORESPIRATORY: No chest pain, shortness of breath. GASTROINTESTINAL: See present illness. GENITOURINARY: Unremarkable. OB/GYN: Gravida 2, para 2. Musculoskeletal: No joint abnormalities. NEUROPSYCHIATRIC: Depressed and weak.

PHYSICAL EXAMINATION:
GENERAL: Reveals a 49-year-old female, slightly overweight.
VITAL SIGNS: Blood pressure 114/62, pulse 114, afebrile.
HEENT: Extraocular muscles intact. Posterior pharynx okay.
NECK: Supple.
CARDIAC: Regular sinus rhythm.
LUNGS: Breath sounds are decreased.
ABDOMEN: Palpable mass and distention in the upper abdomen. Bowel sounds decreased. Tenderness in the upper abdomen.
EXTREMITIES: Good pulses. No edema. No lateralizing neurological deficits.

LABORATORY DATA: CT scan reveals probable mass in the upper abdomen, etiology unknown. CBC reveals severe anemia. CMP is relatively normal.

IMPRESSION:
1. Upper gastrointestinal bleed.
2. Weight loss.
3. Abnormal CT scan.

Page 1 of 2

**Lincoln/Lee 1721**

GASTROENTEROLOGY CONSULT NOTE for LEE, KATONIA        (49yo F) #2631971
E#2631929

From:MeritHealth Family Medicine        8012702114            11/18/2018 12:12        #426 P.004/008
16-21-14 07:20 PM        T:George Smith Vaniz MD PriMerit Health Central 601-376-1906        Page  3 of 3

CONSULTATION

Patient: LEE, KATONIA
DOB:
MRN: 787202
Acct #: 4611137
Date of Service: 11/06/2018


4. Depression.

RECOMMENDATIONS AND PLAN: Admit to ICU. IV fluids blood, H2 blockers when stable EGD. Probable biopsy of the abdominal lesion.


George T. Smith Vaniz, MD

DD: 11/14/2018 6:49:35 PM
DT: 11/14/2018 7:19:06 PM
TID: 182182313

CC:  George Smith Vaniz, MD

Page 2 of 2

3-12-2019                    301813690220001                    5120190312164524

**Lincoln/Lee 1722**

CT, ABDOMEN + PELVIS, W/ CONTRAST for LEE, KATONIA        (49yo F) #2631971
E#2631929

| Ordering Provider | GEORGE SMITH VANIZ, MD | Performing facility | CENTRAL MISSISSIPPI MEDICAL CTR (RADIOLOGY) |
|---|---|---|---|
| Reported Date | 12/17/2018 10:24 | Accession ID | 15981652 |
| Performed Date | 12/17/2018 09:50 | | |

R10.9/K26.9
UNSPECIFIED ABD PAIN
Procedure Acknowledge Date: 12/17/2018 09:50 AM

Clinical Information: UNSPECIFIED ABD PAIN

EXAM:  CT abdomen and pelvis with contrast.

PRIORS:  11/12/2018

FINDINGS:
Contiguous axial images from the mid thorax through the proximal thighs were performed after the administration of IV contrast.

Again seen is a large (8.7 cm) cavitary mass which appears significantly thick-walled and contains central gas as well as contrast, which appears to be oral contrast as the cavity appears to connect to the lumen of the duodenum. The mass is not clearly separable from the pancreatic neck and produces significant mass effect upon the inferior vena cava and mild mass effect upon the portal vein and adjacent portions of the liver. The spleen, adrenal glands, kidneys and gallbladder appear unremarkable. Bowel loops are normal in caliber. No free air or free fluid is seen in the peritoneal cavity. Abdominal aorta is normal in size.

Within the pelvis, there is a 4.6 cm exophytic mass extending anteriorly from the left side of the uterine fundus. Pelvic organs are otherwise unremarkable. The appendix appears normal. Bony pelvis appears intact.

IMPRESSION:

Thick-walled cavitary soft tissue mass measuring approximately 8.7 cm in greatest diameter in the region of the pancreas and duodenum. This contains gas and contrast and appears to connect to the duodenal lumen. Mass also produces mass effect upon surrounding structures, including partial compression of the inferior vena cava. Findings are highly suggestive of malignancy of either pancreatic or duodenal origin.

This CT exam was performed using one or more of the following dose reduction techniques: Automated exposure control, adjustment of mA and/or KV according to patient size, and/or use of iterative reconstruction technique.

Electronically signed by:  Dr Derek Dyess, MD on 12/17/2018 10:24 AM

DT: 12/17/2018 10:18 AM    Dictated By: DYESS, DEREK S. MD
DF: 12/17/2018 10:24 AM    Signed By: DYESS, DEREK S. MD


Supporting Provider(s):

Ordering Provider: GEORGE SMITH-VANIZ
Result Copies To:
Attending Doctor: GEORGE SMITH-VANIZ
Referring Doctor:
Consulting Doctor:
Admitting Doctor:
Other Healthcare Provider:

3-12-2019                    301813690220001                    5120190312164524

**Lincoln/Lee 1723**

CT, ABDOMEN + PELVIS, W/ CONTRAST for LEE, KATONIA                    (49yo F) #2631971
E#2631929

3-12-2019                                              301813690220001                                              5120190312164524

**Lincoln/Lee 1724**

CT, ABDOMEN + PELVIS, W/ CONTRAST for LEE, KATONIA          (49yo F) #2631971
E#2631929

Fax Server                    12/17/2018 11:42:31 AM   PAGE   2/003   Fax Server

**Radiology Results**

**Merit Health Central**

**Patient Name: LEE, KATONIA**

| | | | | | |
|---|---|---|---|---|---|
| **DOB:** | , | **Age:** 49 Y | **Patient Status:** | O | **Patient Type:** O |
| **Visit #:** | 7011559 | **Sex:** F | **Patient Location:** | CAT | |
| **Acc.:** | 15981652 | | **Completed:** | 12/17/2018 | |
| **Exam:** | (848) CTABDPBW - | - CT ABD AND PELVIS W CONTRAST | | | |

**Requesting Provider:** SMITH-VANIZ, GEORGE T, MD          **MRN/Pt Num:** 0000787202

**Attending Provider:**  SMITH-VANIZ, GEORGE, MD
1860 CHADWICK DR STE 353
JACKSON, MS 39204

**Diagnostic Report Text:**

Clinical Information: UNSPECIFIED ABD PAIN

EXAM: CT abdomen and pelvis with contrast.

PRIORS: 11/12/2018

FINDINGS:
Contiguous axial images from the mid thorax through the proximal thighs were performed after the administration of IV contrast.

Again seen is a large (8.7 cm) cavitary mass which appears significantly thick-walled and contains central gas as well as contrast, which appears to be oral contrast as the cavity appears to connect to the lumen of the duodenum. The mass is not clearly separable from the pancreatic neck and produces significant mass effect upon the inferior vena cava and mild mass effect upon the portal vein and adjacent portions of the liver. The spleen, adrenal glands, kidneys and gallbladder appear unremarkable. Bowel loops are normal in caliber. No free air or free fluid is seen in the peritoneal cavity. Abdominal aorta is normal in size.

Within the pelvis, there is a 4.6 cm exophytic mass extending anteriorly from the left side of the uterine fundus. Pelvic organs are otherwise unremarkable. The appendix appears normal. Bony pelvis appears intact.

IMPRESSION:

Thick-walled cavitary soft tissue mass measuring approximately 8.7 cm in greatest diameter in the region of the pancreas and duodenum. This contains gas and contrast and appears to connect to the duodenal lumen. Mass also produces mass effect upon surrounding structures, including partial compression of the inferior vena cava. Findings are highly suggestive of malignancy of either pancreatic or duodenal origin.

This CT exam was performed using one or more of the following dose reduction techniques: Automated exposure control, adjustment of mA and/or KV according to patient size, and/or use of iterative reconstruction technique.

Electronically signed by: Dr Derek Dyess, MD on 12/17/2018 10:24 AM

12/17/2018 10:41 AM CST                    HMA_DiagnosticReportBatch.rpt                    Page 1 of 1

3-12-2019                              301813690220001                              5120190312164524

**Lincoln/Lee 1725**

CT, ABDOMEN + PELVIS, W/ CONTRAST for LEE, KATONIA         (49yo F) #2631971
E#2631929



**Lincoln/Lee 1726**

# FAX TRANSMITTAL

Date **3-15-19**

Subject **Doctor Visit 8-11-19**

To **Sedgwick**

Fax Number **859-264-4372**

From **Katonia Lee**

Phone Number _____

Total Pages **2**

Comments _____

_____

_____

_____

**PAGE 01/03**      VAN CLEAVE LIBRARY      6016455662      03:45      02/08/2019

Error in fax transmission.
ERROR CODE ( 700 )

| DATE/TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| March 15, 2019 3:37:06 PM EDT | 6016455662 | 142 | 3 | Failed to |

301813690220001

** INBOUND NOTIFICATION : FAX RECEIVED WITH ERRORS **

# AFTER VISIT SUMMARY


**Ochsner**
Healthcare With Peace Of Mind

**Katonia Lee** DoB:          📅 3/11/2019  9:00 AM   📍 Ochsner Cancer Center-Baton Rouge 225-761-5410

## Instructions

Your personalized instructions can be found at the end of this document.

 Today's medication changes

　　⬤ START taking:
　　　**predniSONE** 20 MG tablet (DELTASONE)

Accurate as of 3/11/19 10:51 AM.
**Review your updated medication list below.**

 Pick up these medications at Ochsner Pharmacy O'Neal

azithromycin • predniSONE • sulfamethoxazole-trimethoprim 800-160mg
Address:  16777 Medical Center Dr Ste 103, BATON ROUGE LA 70816
Hours:    Mon-Fri, 8a-5:30p
Phone:    225-754-5160

## What's Next

**MAR 20 2019**   Non-Fasting Lab
Wednesday March 20 7:30 AM
　　Ochsner Medical Center - Baton Rouge
　　17050 Medical Center Drive
　　Baton Rouge LA 70816-3221

Arrive at check-in approximately 15 minutes before your scheduled appointment time. Bring all outside medical records and imaging, along with a list of your current medications and insurance card.

**MAR 20 2019**   Established Patient Visit with Long H Dang, MD
Wednesday March 20 8:20 AM
　　Baton Rouge - Hematology Oncology
　　17050 Medical Center Drive
　　Baton Rouge LA 70816-3221
　　225-761-5410

Arrive at check-in approximately 15 minutes before your scheduled appointment time. Bring all outside medical records and imaging, along with a list of your current medications and insurance card.

## Today's Visit

You were seen on Monday March 11, 2019. The following issue was addressed: Diffuse large B-cell lymphoma, unspecified body region.

 **Blood Pressure** 117/70     **Pulse** 69

Medications Given
- acetaminophen (TYLENOL) last given at 9:11 AM for Diffuse large B-cell lymphoma, unspecified body region
- cyclophosphamide (CYTOXAN) chemo injection 1 g for Diffuse large B-cell lymphoma, unspecified body region
- diphenhydramine stopped at 9:35 AM for Diffuse large B-cell lymphoma, unspecified body region
- DOXOrubicin (ADRIAMYCIN) stopped at 10:24 AM for Diffuse large B-cell lymphoma, unspecified body region
- famotidine (PF) last given at 9:12 AM for Diffuse large B-cell lymphoma, unspecified body region
- palonosetron (ALOXI) 0.25 mg with dexamethasone (DECADRON) IVPB stopped at 9:59 AM for Diffuse large B-cell lymphoma, unspecified body region
- pegfilgrastim (NEULASTA (ON BODY INJECTOR)) last given at 10:50 AM for Diffuse large B-cell lymphoma, unspecified body region
- rituxan hycela (RITUXAN HYCELA) last given at 10:03 AM for Diffuse large B-cell lymphoma, unspecified body region
- vinCRIStine (ONCOVIN) injection stopped at 10:30 AM for Diffuse large B-cell lymphoma, unspecified body region

3-15-2019                                        301813690220001                                5220190315023086

02/08/2019  03:45    6016455662    VAN CLEAVE LIBRARY    PAGE  02/03

**Lincoln/Lee 1728**

3-15-2019

301813690220001

5220190315023086

**Lincoln/Lee 1729**

Attention:

--------------------------------------------------------

An error was detected during transmission.
There <u>may</u> be pages missing from this fax.

**Lincoln/Lee 1730**

```
                 ** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

TIME RECEIVED                    REMOTE CSID           DURATION   PAGES     STATUS
April 1, 2019 3:02:41 PM EDT     Ochsner Fax Server    206        9         Received
```
Ochsner Fax Server      4/1/2019 1:59:17 PM   PAGE    1/009    Fax Server



**To: 918592644372**

Company:

Fax: 918592644372

Phone:

**From: 1032316**

Fax:

Phone: +1 (225) 754-5079

E-mail: holly.roubique@ochsner.org

**NOTES:**

**Date and time of transmission:** Monday, April 1, 2019 1:59:08 PM
**Number of pages including this cover sheet:** 09

4-1-2019                    301813690220001                    5220190401021553

**Lincoln/Lee 1731**


## Ochsner™
Medical Center – Baton Rouge

# Fax

Date: *[handwritten] 4/1/19*

To:

Company:

Fax:

Phone:

Subject:

Special Instructions: *[handwritten] Receipt Request (KL)*

From: *[handwritten] To Sedgwick*

Department:

Fax: *[handwritten] 864-264-4372*

Phone:

Number of pages (including cover sheet): *[handwritten] 8*

### Hematology/Oncology

**Daphne Caldwell, RN, OCN**
**Tameka Martin, RN, BSN**
**Stacy May, RN**
**Torri McClendon, RN**
**Kellie Myers, RN, BSN, OCN**
**Lindsey Olinde, RN**
**Chelsea Pierre, RN, BSN**
**Erin Ringo, RN, BSN**
**Holly Hutchinson, RN**
**Michelle Thibodeaux, RN, BSN**
**Brooke Worthy, LPN**

Ochsner Medical Center – Baton Rouge, a part of Ochsner Clinic Foundation

17000 Medical Center Drive ▪ Baton Rouge, LA 70816 ▪ phone 225-752-2470 ▪ fax 225-000-0000 ▪ www.ochsner.org

IF THERE ARE ANY PROBLEMS WITH THIS TRANSMISSION, PLEASE CALL IMMEDIATELY. THANK YOU.

CONFIDENTIALITY NOTICE: The accompanying facsimile is intended solely for the use of the recipient designated above. Document(s) transmitted herewith may contain information that is confidential and privileged. Delivery, distribution or dissemination of this communication other than to the intended recipient is strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone

4-1-2019                                    301813690220001                                    5220190401021553

**Lincoln/Lee 1732**

# AFTER VISIT SUMMARY



**Katonia Lee** DoB:     📅 4/1/2019 9:30 AM   📍 Ochsner Cancer Center-Baton Rouge 225-761-5410

## Instructions

Your personalized instructions can be found at the end of this document.

 **Today's medication changes**

⊕ START taking:
**oxyCODONE 5 MG immediate release tablet (ROXICODONE)**
Started by: Ronald D Delrie Jr, MD
Replaces oxyCODONE 10 mg 12 hr tablet

**predniSONE 20 MG tablet (DELTASONE)**

**zolpidem 5 MG Tab (AMBIEN)**
Started by: Ronald D Delrie Jr, MD

⊗ STOP taking:
**oxyCODONE 10 mg 12 hr tablet (OXYCONTIN)**
Stopped by: Ronald D Delrie Jr, MD
Replaced by oxyCODONE 5 MG immediate release tablet

Accurate as of 4/1/19 12:56 PM.
**Review your updated medication list below.**

Pick up these medications at Ochsner Pharmacy O'Neal
oxyCODONE • predniSONE • zolpidem
Address: 16777 Medical Center Dr Ste 103, BATON ROUGE LA 70816
Hours: Mon-Fri, 8a-5:30p
Phone: 225-754-5160

## What's Next

APR 2 2019   Fl IV Cont No Fast
Tuesday April 2 11:30 AM

Ochsner Medical Center - BR
17000 Medical Center Drive
Baton Rouge LA
70816-3246
225-752-2470

1. Patient needs to be without solid foods after midnight the night before the exam.
2. Clear liquids up 2 hrs prior to test.
3. Meds and current Lab work must be reviewed with Radiology prior to scheduling the test.
Prepay due: $0.00

## Today's Visit



You were seen on Monday April 1, 2019. The following issue was addressed: Lymphoma related to acquired immunodeficiency syndrome (AIDS).

**Blood Pressure** 124/79    **Pulse** 72

### Medications Given

acetaminophen (TYLENOL) Last given at 9:41 AM for Lymphoma related to acquired immunodeficiency syndrome (AIDS)

cyclophosphamide (CYTOXAN) chemo injection 1 g Stopped at 12:38 PM for Lymphoma related to acquired immunodeficiency syndrome (AIDS)

diphenhydramine Stopped at 10:46 AM for Lymphoma related to acquired immunodeficiency syndrome (AIDS)

DOXOrubicin (ADRIAMYCIN) Stopped at 11:30 AM for Lymphoma related to acquired immunodeficiency syndrome (AIDS)

famotidine (PF) Last given at 9:42 AM for Lymphoma related to acquired immunodeficiency syndrome (AIDS)

palonosetron (ALOXI) 0.25 mg with dexamethasone (DECADRON) IVPB Stopped at 10:08 AM for Lymphoma related to acquired immunodeficiency syndrome (AIDS)

pegfilgrastim (NEULASTA (ON BODY INJECTOR)) Last given at 12:35 PM for Lymphoma related to acquired immunodeficiency syndrome (AIDS)

rituxan hycela (RITUXAN HYCELA) Last given at 11:02 AM for Lymphoma related to acquired immunodeficiency syndrome (AIDS)

vinCRIStine (ONCOVIN) injection Stopped at 11:36 AM for Lymphoma related to acquired immunodeficiency syndrome (AIDS)

Katonia Lee (MRN: 2325810) • Printed at 4/1/19 12:56 PM                    Page 1 of 7   Epic

Ochsner Fax Server    4/1/2019 1:59:17 PM    PAGE 3/009    Fax Server
**Lincoln/Lee 1733**

## What's Next (continued)

APR 16 2019 — **Follow Up with John O Nnadi, MD**
Tuesday April 16 9:00 AM

Premium United Care, LLC
16777 Medical Center Drive
BATON ROUGE LA 70816-3246
225-304-6663

Arrive at check-in approximately 15 minutes before your scheduled appointment time. Bring all outside medical records and imaging, along with a list of your current medications and insurance card.
Prepay due: Estimate unavailable

APR 17 2019 — **Pet CT Whole Body**
Wednesday April 17 12:45 PM

Baton Rouge
17050 Medical Center Drive
Baton Rouge LA 70816-3221
225-761-5380

You have been scheduled for a PET scan. Do not eat or drink anything (except non-flavored water) 6 hours prior to your appointment. After you receive an intravenous injection of a PET tracer, you will sit in a quiet area for one hour. This gives time for the tracer to circulate. The actual scan take approximately 45 minutes.
Prepay due: Estimate unavailable

APR 22 2019 — **Non-Fasting Lab**
Monday April 22 8:15 AM

High Grove - Laboratory
10310 The Grove Blvd
Baton Rouge LA 70836-6455
225-761-5389

Arrive at check-in approximately 15 minutes before your scheduled appointment time. Bring all outside medical records and imaging, along with a list of your current medications and insurance card.
Prepay due: Estimate unavailable

APR 22 2019 — **Established Patient Visit with Long H Dang, MD**
Monday April 22 8:40 AM

High Grove - Hematology Oncology
10310 The Grove Blvd
Baton Rouge LA 70836-6455
225-761-5200

Arrive at check-in approximately 15 minutes before your scheduled appointment time. Bring all outside medical records and imaging, along with a list of your current medications and insurance card.
Prepay due: Estimate unavailable

APR 22 2019 — **Infusion 300 Min**
Monday April 22 9:00 AM

High Grove - Chemo Infusion
10310 The Grove Blvd
Baton Rouge LA 70836-6455
225-761-5200

Arrive at check-in approximately 15 minutes before your scheduled appointment time. Bring all outside medical records and imaging, along with a list of your current medications and insurance card.
Prepay due: Estimate unavailable

**Showing your appointments through April 22, 2019. You have more appointments scheduled after these.**

## ✎ Diagnoses this Visit

| | Comments |
|---|---|
| Lymphoma related to acquired immunodeficiency syndrome (AIDS) - Primary | |

## Allergies as of 4/1/2019

No Known Allergies

Katonia Lee (MRN: 2325810) • Printed at 4/1/19 12:56 PM

4-1-2019                301813690220001                5220190401021553
Ochsner Fax Server    4/1/2019 1:59:17 PM  PAGE  4/009  Fax Server

**Lincoln/Lee 1734**

# Safely Managing Opioid Medication at Home

We want to provide you with quality care and help you feel comfortable. With your healthcare provider, pain may be reduced safely and effectively. You have an important role in managing your pain. Please speak up with any concerns you have.

Opioids are a narcotic medicine to help reduce pain. These are some generic and brand names you may have heard of:

- Hydrocodone (Vicodin and Norco)
- Hydromorphone (Dilaudid)
- Oxycodone (Percocet and OxyContin)
- Morphine Sulfate (MS Contin)
- Tramadol (Ultram)
- Fentanyl Patch (Duragesic patch)

The side effects of opioid medication include:

- constipation
- severe sleepiness
- nausea or vomiting
- respiratory problems
- slow breathing
- sweating and itching

## Carefully Follow These Instructions When Prescribed An Opioid Medication:

**PAIN MANAGEMENT**
- Only take the opioid medication dosage and times given by your healthcare provider.
- See your healthcare provider if your opioid medication is not reducing your pain or if you think you need a different medication.
- Combining opioids with other medications such as anxiety pills (Xanax, Ativan, and Valium), seizure medications, sleeping pills, or muscle relaxers can cause life threatening side effects when not properly monitored by your healthcare provider.
- DO NOT use alcohol or illegal drugs (including marijuana) with opioids. This can seriously harm your body.
- DO NOT cut pills or tablets in half or chew in your mouth.
- Patients age 65 years or older and those with obstructive sleep apnea have a greater risk of opioid overdose.
- Tell your provider of current or past abuse of prescription drugs, illegal drugs, excessive alcohol use or if you ever had a medication overdose.

> **IMPORTANT: If you have a known history of a mental health condition or substance abuse, this can increase your risk of becoming addicted to opioid pain medication.**

**SAFE STORAGE**
- Safe guard your prescription. It will not be replaced if lost or stolen.
- Keep this medicine safely locked and away from children.
- DO NOT give or sell opioids to another person. It is against the law.

**ACTIVITY**
- Opioid medication may impair your ability to drive or operate machinery.
- Do not perform these activities until you know how the opioid medication affects you.

**PREGNANCY**
- Take precautions to prevent becoming pregnant while taking opioids.
- Tell your healthcare provider immediately if you become pregnant while taking opioids.

Revised: 08/2018

Katonia Lee (MRN: 2325810) • Printed at 4/1/19 12:56 PM

Page 3 of 7   Epic

4-1-2019          301813690220001          5220190401021553

Ochsner Fax Server    4/1/2019 1:59:17 PM    PAGE 5/009    Fax Server

**Lincoln/Lee 1735**

## Your Medication List as of 4/1/19 12:56 PM

ⓘ Always use your most recent med list


**allopurinol** 300 MG tablet
Commonly known as: ZYLOPRIM
CONTINUE Quantity: 30 tablet
Signed by: Stephanie M Cook, NP

Take 1 tablet (300 mg total) by mouth once daily.
**According to our records, you may have been taking this medication differently.**

---


**amLODIPine** 5 MG tablet
Commonly known as: NORVASC
CONTINUE

Take 5 mg by mouth once daily.

---


**azithromycin** 600 MG Tab
Commonly known as: ZITHROMAX
CONTINUE Quantity: 12 tablet
Signed by: Long H Dang, MD

Take 1 tablet (600 mg total) by mouth every 7 days.

---


**BIKTARVY** 50-200-25 mg per tablet
Generic drug: bictegrav-emtricit-tenofov ala
CONTINUE Quantity: 30 tablet
Signed by: John O Nnadi, MD

Take 1 tablet by mouth once daily.
**According to our records, you may have been taking this medication differently.**

---


**citalopram** 20 MG tablet
Commonly known as: CELEXA
CONTINUE

Take 20 mg by mouth once daily.

---


**ferrous gluconate** 324 mg (37.5 mg iron) Tab
CONTINUE

Take 1 tablet by mouth 2 (two) times daily.

---


**metoprolol tartrate** 50 MG tablet
Commonly known as: LOPRESSOR
CONTINUE

Take 50 mg by mouth 2 (two) times daily.

---


**omeprazole** 20 MG capsule
Commonly known as: PRILOSEC
CONTINUE

Take 20 mg by mouth 2 (two) times daily.

---


**ondansetron** 8 MG Tbdl
Commonly known as: ZOFRAN-ODT
CONTINUE Quantity: 20 tablet
Signed by: Cheree S Bodden, NP

Take 1 tablet (8 mg total) by mouth every 6 (six) hours as needed.

---

**Lincoln/Lee 1736**

## Your Medication List (continued) as of 4/1/19 12:56 PM

 **oxyCODONE** 5 MG immediate release tablet
Commonly known as: ROXICODONE
START Quantity: 60 tablet
Signed by: Ronald D Delrie Jr, MD
Started by: Ronald D Delrie Jr, MD

Take 2 tablets (10 mg total) by mouth every 6 (six) hours as needed for Pain.
Replaces: **oxyCODONE 10 mg 12 hr tablet**

---

 **predniSONE** 20 MG tablet
Commonly known as: DELTASONE
START Quantity: 15 tablet
Signed by: Ronald D Delrie Jr, MD

Take 3 tablets (60 mg total) by mouth once daily, for 5 days

---

 **prochlorperazine** 10 MG tablet
Commonly known as: COMPAZINE
CONTINUE Quantity: 30 tablet
Signed by: Cheree S Bodden, NP

Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed.

---

 **sulfamethoxazole-trimethoprim 800-160mg** 800-160 mg Tab
CONTINUE Commonly known as: BACTRIM DS
Quantity: 30 tablet
Signed by: Long H Dang, MD

Take 1 tablet by mouth once daily.

---

 **zolpidem** 5 MG Tab
Commonly known as: AMBIEN
START Quantity: 30 tablet
Signed by: Ronald D Delrie Jr, MD
Started by: Ronald D Delrie Jr, MD

Take 1 tablet (5 mg total) by mouth nightly as needed.

.

Katonia Lee (MRN: 2325810) • Printed at 4/1/19 12:56 PM

4-1-2019                                         301813690220001                                      5220190401021553
Ochsner Fax Server        4/1/2019 1:59:17 PM PAGE 7/009       Fax Server

**Lincoln/Lee 1737**

## Instructions

Baton Rouge-Chemotherapy Infusion Center
9001 Summa Ave
17050 Medical Center Drive
225.761.5410 phone    225.761.5514 fax
Hours of Operation: Monday- Friday 8:00am- 5:00pm
**After hours phone 225.761.5410**
Hematology / Oncology Physicians on call

**Dr. Brooks**
**Dr. Fabrega**
**Dr. Vasireddy**
**Dr. Delrie**

**Please call with any concerns regarding your appointment today.**
**Support Groups/Classes**

**Support groups and classes are being offered at the**
**Ochsner BR Cancer Center and Summa!!**

**"Cooking with Cancer" (Nutrition Class):** Second Wednesday of each month
at noon at the Cancer Center.
**Metastatic Support Group:** Third Tuesday of each month
at noon at the Cancer Center.
**Next Steps Class/Group:** Second and fourth Thursday of each month at noon at the Cancer Center.
**Hope Chest (Breast Cancer Support Group):** First Tuesday of each month
at 5:30pm at the High Grove location.
**Kelli's Kloset Mobile:** Cancer Center: Second and third Tuesday of each month from 7:30am - 2pm.
High Grove: First and fourth Tuesday of each month from 7:30am - 2pm

**If you are interested in attending or would like more information please ask our social workers or your nurse!**

## Ochsner On Call

**Ochsner On Call Nurse Care Line - 24/7 Assistance**
Unless otherwise directed by your provider, please contact Ochsner On-Call, our nurse care line that is available for 24/7 assistance.

Registered nurses in the Ochsner On Call Center provide: appointment scheduling, clinical advisement, health education, and other advisory services.
Call: **1-800-231-5257 (toll free)**

4-1-2019                    301813690220001                    5220190401021553

Ochsner Fax Server    4/1/2019 1:59:17 PM  PAGE  8/009  Fax Server

**Lincoln/Lee 1738**

## Language Assistance Services

ATTENTION: Language assistance services are available, free of charge. Please call 1-800-928-6247.

ATENCIÓN: Si habla español, tiene a su disposición servicios gratuitos de asistencia lingüística. Llame al 1-800-928-6247.

CHÚ Ý: Nếu bạn nói Tiếng Việt, có các dịch vụ hỗ trợ ngôn ngữ miễn phí dành cho bạn. Gọi số 1-800-928-6247.

Ochsner Cancer Center-Baton Rouge complies with applicable Federal civil rights laws and does not discriminate on the basis of race, color, national origin, age, disability, or sex.

Katonia Lee (MRN: 2325810) • Printed at 4/1/19 12:56 PM

Page 7 of 7    *Epic*

Lincoln/Lee 1739

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| April 22, 2019 1:10:23 PM EDT | Ochsner Fax Server | 88 | 3 | Received |

Ochsner Fax Server    4/22/2019 12:08:56 PM   PAGE   1/003   Fax Server



# FAX

**To: 18592644372**

Company:
Fax: 18592644372
Phone:

**From: tamartin**

Fax:
Phone:
E-mail: tamartin@ochsner.org

## NOTES:

**Date and time of transmission:** Monday, April 22, 2019 12:08:48 PM
**Number of pages including this cover sheet:** 03

4-22-2019                    301813690220001                    5220190422014067

**Lincoln/Lee 1740**

Ochsner Fax Server   4/22/2019 12:08:56 PM   PAGE   2/003   Fax Server

# AFTER VISIT SUMMARY

 **Katonia Lee** DoB

📅 4/22/2019 9:00 AM   ♀ The Grove - Chemo Infusion 225-761-5200

**Ochsner**
Healthcare With Peace Of Mind

## Instructions

Today's medication changes

⬥ CHANGE how you take:
**ondansetron** 8 MG Tbdl (ZOFRAN-ODT)
Changed by: Long H Dang, MD

**prochlorperazine** 10 MG tablet (COMPAZINE)
Changed by: Long H Dang, MD

**zolpidem** 5 MG Tab (AMBIEN)
Changed by: Long H Dang, MD

Accurate as of 4/22/19 12:01 PM.
**Review your updated medication list below.**

 Pick up these medications at Ochsner Pharmacy High Grove
ondansetron • prochlorperazine • promethazine • zolpidem

| | |
|---|---|
| Address: | 10310 The Grove Blvd, BATON ROUGE LA 70836 |
| Hours: | Mon-Fri, 8a-5:30p |
| Phone: | 225-761-5905 |

## Today's Visit

You were seen on Monday April 22, 2019. The following issue was addressed: Lymphoma related to acquired immunodeficiency syndrome (AIDS).

BMI
**24.11**

Weight
**131 lb 13.4 oz**

Height
**5' 2"**

**Lincoln/Lee 1741**

## Today's Visit (continued)

### Medications Given

acetaminophen (TYLENOL) Last given at 9:21 AM for Lymphoma related to acquired immunodeficiency syndrome (AIDS)

cyclophosphamide (CYTOXAN) chemo injection 1 g Stopped at 12:00 PM for Lymphoma related to acquired immunodeficiency syndrome (AIDS)

diphenhydrAMINE (BENADRYL) injection Stopped at 9:48 AM for Lymphoma related to acquired immunodeficiency syndrome (AIDS)

DOXOrubicin (ADRIAMYCIN) Stopped at 10:38 AM for Lymphoma related to acquired immunodeficiency syndrome (AIDS)

famotidine (PEPCID) Stopped at 9:47 AM for Lymphoma related to acquired immunodeficiency syndrome (AIDS)

palonosetron (ALOXI) 0.25 mg with dexamethasone (DECADRON) IVPB Stopped at 10:12 AM for Lymphoma related to acquired immunodeficiency syndrome (AIDS)

pegfilgrastim (NEULASTA (ON BODY INJECTOR)) Last given at 11:54 AM for Lymphoma related to acquired immunodeficiency syndrome (AIDS)

rituxan hycela (RITUXAN HYCELA) Last given at 10:17 AM for Lymphoma related to acquired immunodeficiency syndrome (AIDS)

vinCRIStine (ONCOVIN) injection Stopped at 10:46 AM for Lymphoma related to acquired immunodeficiency syndrome (AIDS)

## What's Next

**APR 23 2019** FI IV Cont No Fast
Tuesday April 23 11:30 AM

Ochsner Medical Center - BR
17000 Medical Center Drive
Baton Rouge LA 70816-3246
225-752-2470

1. Patient needs to be without solid foods after midnight the night before the exam.
2. Clear liquids up 2 hrs prior to test.
3. Meds and current Lab work must be reviewed with Radiology prior to scheduling the test.

**APR 30 2019** ERCP (ENDOSCOPIC RETROGRADE CHOLANGIOPANCREATOGRAPHY) with Janak N Shah, MD

NOMH ENDO (2ND FLR)
1514 JEFFERSON HWY
NEW ORLEANS LA 70121

**MAY 13 2019** Non-Fasting Lab
Monday May 13 8:00 AM

Ochsner Medical Center - Baton Rouge
17050 Medical Center Drive
Baton Rouge LA 70816-3221

Arrive at check-in approximately 15 minutes before your scheduled appointment time. Bring all outside medical records and imaging, along with a list of your current medications and insurance card.

**MAY 13 2019** Established Patient Visit with Long H Dang, MD
Monday May 13 9:00 AM

Baton Rouge - Hematology Oncology
17050 Medical Center Drive
Baton Rouge LA 70816-3221
225-761-5410

Arrive at check-in approximately 15 minutes before your scheduled appointment time. Bring all outside medical records and imaging, along with a list of your current medications and insurance card.

**MAY 13 2019** Infusion 4.5 Hours
Monday May 13 9:30 AM

Ochsner Cancer Center-Baton Rouge
17050 Medical Center Drive
Baton Rouge LA 70816-3221
225-761-5410

Arrive at check-in approximately 15 minutes before your scheduled appointment time. Bring all outside medical records and imaging, along with a list of your current medications and insurance card.

**Showing your appointments through May 13, 2019. You have more appointments scheduled after these.**

---

Katonia Lee (MRN: 2325810) • Printed at 4/22/19 12:01 PM

Page 2 of 6   **Epic**

**Lincoln/Lee 1742**

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| May 7, 2019 12:42:20 PM EDT | 6016455662 | 81 | 2 | Received |

05-07-19;12:38PM;Centreville Library                          ;6016455662          #  1/  2

# DISCHARGE INSTRUCTIONS



**Ochsner**
Healthcare With Peace Of Mind®

**Katonia Lee** Date of birth:          📅 4/30/2019   📍 Ochsner Medical Center-JeffHwy

## Instructions

 No changes were made to your medications.

## Current Visit

### Past and Present Procedures (4/30/2019 to Today)

| Date | Procedures | Providers | |
|---|---|---|---|
| 4/30/2019 | Ercp (Endoscopic Retrograde Cholangiopancreatography) - Left | Janak N. Shah, MD | ↗ Open case |

🍽 Diet instructions
Diet general

 Other instructions
Call MD for: persistent nausea and vomiting

Call MD for: severe uncontrolled pain

Call MD for: temperature >100.4

## What's next

| MAY 13 | Non-Fasting Lab Monday May 13, 2019 8:00 AM Prepay due: Estimate unavailable | Ochsner Medical Center - Baton Rouge 17050 Medical Center Drive Baton Rouge LA 70816-3221 |
|---|---|---|
| | Established Patient Visit with Long H Dang, MD Monday May 13, 2019 9:00 AM Prepay due: Estimate unavailable | BR Cancer Center - Hematology Oncology 17050 Medical Center Drive Baton Rouge LA 70816-3221 225-761-5410 |

### Your Next Steps

📍 Go
MAY 13  Non-Fasting Lab 8:00 AM
Ochsner Medical Center - Baton Rouge
17050 Medical Center Drive
Baton Rouge LA 70816-3221

You have more appointments on this date.
Please review your full appointment list.

**Lincoln/Lee 1743**

05-07-19;12:38PM;Centreville Library                                    ;6016455662        # 2/ 2

## What's next (continued)

| | | |
|---|---|---|
| | Infusion 4.5 Hours<br>Monday May 13, 2019 9:30 AM<br>Prepay due: Estimate unavailable | Ochsner Cancer Center-Baton Rouge<br>17050 Medical Center Drive<br>Baton Rouge LA 70816-3221<br>225-761-5410 |
| MAY<br>14 | Cardiac Blood Pool Imaging<br>Tuesday May 14, 2019 9:00 AM<br>Prepay due: Estimate unavailable | The Grove - Nuclear Medicine<br>10310 The Grove Blvd<br>Baton Rouge LA 70836-6455<br>225-761-5380 |
| | FI IV Cont No Fast<br>Tuesday May 14, 2019 11:30 AM<br>Prepay due: $0.00 | Ochsner Medical Center - BR<br>17000 Medical Center Drive<br>Baton Rouge LA 70816-3246<br>225-752-2470 |
| JUN<br>4 | FI IV Cont No Fast<br>Tuesday Jun 4, 2019 11:30 AM<br>Prepay due: Estimate unavailable | Ochsner Medical Center - BR<br>17000 Medical Center Drive<br>Baton Rouge LA 70816-3246<br>225-752-2470 |
| JUL<br>22 | Follow Up with John O Nnadi, MD<br>Monday Jul 22, 2019 9:30 AM<br>Prepay due: Estimate unavailable | Premium United Care, LLC<br>16777 Medical Center Drive<br>BATON ROUGE LA 70816-3246<br>225-304-6663 |

## You are allergic to the following

No active allergies

## Your Latest Vitals

| | | | |
|---|---|---|---|
| Blood Pressure<br>118/75 | BMI<br>23.78 | Weight<br>130 lb | Height<br>5' 2" |
| Temperature (Temporal)<br>99.1 °F | Pulse<br>101 | Respiration<br>16 | Oxygen Saturation<br>100% |
| BSA<br>1.61 m² | | | |

## 🏥 Treatment Team

| Provider | Role | Specialty |
|---|---|---|
| **Surgeon** | | |
| Janak N. Shah, MD | Surgeon | Gastroenterology |
| **Admitting Provider** | | |
| Janak N. Shah, MD | Admitting Provider | Gastroenterology |
| **Attending Provider** | | |
| Janak N. Shah, MD | Attending Provider | Gastroenterology |

**Lincoln/Lee 1744**

Job Description
## Assistant Manager



This position is responsible for assisting in the operation of a facility. An individual in this position will be expected to perform additional job related responsibilities and duties as assigned and/or as necessary.

## Essential Functions

*An individual must be able to successfully perform the essential functions of this position with or without a reasonable accommodation.*

Provides supervision and development opportunities for hourly Associates in assigned area by hiring, training, mentoring, assigning duties, evaluating performance, providing recognition, and ensuring diversity awareness.

Upholds the Company's Open Door Policy by meeting with Associates and listening to concerns, researching issues, reviewing Company policies and procedures, and providing resolutions for Associates, including proactively seeking out Associate comments and concerns by meeting with Associates in their work areas.

Ensures compliance with Company policies and procedures by holding hourly Associates accountable; analyzing and interpreting reports; implementing and monitoring asset protection and safety controls; maintaining quality assurance standards; overseeing safety and operational reviews; developing and implementing action plans to correct deficiencies; and providing direction and guidance on executing Company programs and strategic initiatives.

Drives the financial performance of assigned area by ensuring that sales and profit goals are achieved and implements plans to correct any deficiencies.

Models, enforces, and provides direction and guidance to hourly Associates on proper Customer service approaches and techniques to ensure Customer needs, complaints, and issues are successfully resolved within Company guidelines and standards.

Participates in community outreach programs, and encourages and supports hourly Associates in serving as good members of the community.

Drives sales in assigned area by ensuring effective merchandise presentation, including accurate and competitive pricing, proper signing, in-stock and inventory levels, budgeting and forecasting sales, and assessing economic trends and community needs.

## Competencies

*An individual must be proficient in each of the competencies listed below to successfully perform the responsibilities of this position.*

Drives Store Experience - Encourages Associates to identify and communicate ideas that will improve the products and services provided to local Customers, such as in the Front-End or on the sales floor, and takes action to implement these ideas. Anticipates external factors (for example, weather, gas prices, local events) and uses this information to plan for Customer traffic and sales volumes. Applies information about competitor prices, products, displays, and change initiatives to upgrade knowledge related to own functional areas, ensure everyday low prices, and make improvements in the Store. Models and teaches Associates how to develop and implement new ways to provide a convenient, safe, and pleasant shopping experience for Customers. Challenges Associates to identify and apply methods for resolving Customer complaints and assists them with addressing difficult or complex issues.

Manages Merchandising Operations - Demonstrates and communicates solid working knowledge of merchandising products, equipment, and procedures. Monitors merchandising timelines and ensures timelines are met for products, fixtures, displays, modulars, layouts, and floorplans. Ensures merchandising operations and Store standards are aligned with Company standards and Customer expectations. Evaluates and responds to Customer and Associate issues related to advising on, maintaining, procuring, displaying, and presenting merchandise. Educates and trains Associates on merchandise planning and improvement processes (for example, seasonal events, item merchandising, feature productivity) and monitors Associate implementation of these practices in order to achieve business goals and objectives.

Customer/Member Centered: Focus on the Customer/Member - Reviews customer/member-focused data and adjusts performance to address findings. Promotes and supports associate efforts to exceed customer/member expectations. Informs associates on how to identify and locate resources to meet the diverse needs of customers/members.

Judgment: Use Appropriate Judgment - Identifies, reviews, and applies policies and procedures to make informed judgments. Identifies and uses facts, information, and expertise to set priorities and make informed decisions. Uses data and evidence to determine the causes of problems and develop solutions to address them.

Execution and Results: Manage Execution and Results - Holds associates accountable for completing work within expectations and time requirements. Plans and manages own and others'  time, based on business priorities, and follows up to ensure all work requirements are completed in a timely and accurate manner. Identifies and obtains the resources needed to complete projects. Encourages associates to strive for excellence, efficiency, and quality in work practices.

Planning and Improvement: Plan and Pursue Team-Based Improvement - Coordinates and aligns planning with organizational initiatives and direction. Looks at work plans and makes changes, as needed, to achieve team or work group objectives. Sets realistic timelines for goal accomplishment. Improves work processes and practices to increase performance and results.

Influence and Communicate: Increase Commitment - Promotes ideas and links them to business needs and benefits. Builds trusting, cooperative relationships and alliances with others, inside and outside of the organization. Effectively communicates clear, up-to-date information on business

**Lincoln/Lee 1745**

Job Description
## Assistant Manager



plans and priorities (for example, change initiatives). Shares experience and ideas with associates across the organization.

Ethics and Compliance: Manage Ethics and Compliance - Instructs associates on how to act in accordance with policies and procedures, and supports their efforts in doing so. Ensures associates demonstrate the highest standards of integrity and ethics in work situations. Corrects ethical and compliance issues, enforcing compliance and administering appropriate consequences as needed.

Adaptability: Quickly Adapt - Demonstrates creativity and strength in the face of change, obstacles, and adversity. Adapts to competing demands and shifting priorities. Updates knowledge and skills to handle new complexities, challenges, and responsibilities. Seeks exposure to new ideas and perspectives. Helps associates adjust to and develop the capabilities needed to implement organizational change initiatives.

Talent: Supervise Associates - Provides specific, honest, accurate, and timely feedback on associate performance. Assigns tasks to associates that fit their skill levels and maximize team performance. Uses people processes (for example, selection, development, performance evaluation) to ensure effective associate performance. Recruits and hires the associates needed to meet business requirements. Teaches, guides, and assists in the development of associates.

## Physical Activities
*The following physical activities are necessary to perform one or more essential functions of this position.*

Observes associate, customer, or supplier behavior.

Enters and locates information on computer.

Presents information to small or large groups and individuals.

Communicates effectively in person or by using telecommunications equipment.

Creates documents, reports, etc., using a writing instrument (such as a pencil or pen) or computer.

Grasps, turns, and manipulates objects of varying size and weight, requiring fine motor skills and hand-eye coordination.

Visually verifies information, often in small print.

Reads information, often in small print.

Visually locates merchandise and other objects.

Visually inspects equipment.

Moves, lifts, carries, and places merchandise and supplies weighing up to 25 pounds without assistance.

## Travel
*Traveling is necessary to perform one or more essential functions of this position.*

Travels domestically to and from multiple facilities or work-sites during the workday.

Works or trains at multiple facilities or distant locations. (Travel of extended duration, meaning seven days or more, is not required, except for management training and emergency situations.)

## Work Environment
*Working in the following environment is necessary to perform one or more of the essential functions of this position.*

Works overnight and on varying shifts as required.

## Entry Requirements
### Minimum Qualifications
- 2 or more years of college; OR 1 year retail experience and 1 year supervisory experience; OR 2 years general work experience and 1 year supervisory experience

### Preferred Qualifications
- 2 or more years general work experience supervising 5 or more direct reports to include the responsibility of performance management, mentoring, hiring, and firing

**Lincoln/Lee 1746**

Job Description
**Assistant Manager**

Walmart

**Signature**

I have read and understand the essential functions for this position and certify that:

_____ I have the ability to perform the essential functions of this position either with or without a reasonable accommodation.

_____ I do not have the ability to perform the essential functions of this position either with or without a reasonable accommodation.

_____          _____          _____
Associate/Applicant Printed Name          Associate/Applicant Signature          Date

**Lincoln/Lee 1747**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MS. KATONIA LEE

**Lincoln/Lee 1748**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 334-7428

June 4, 2019

Ms. Katonia Lee

RE:     Long Term Disability (LTD) Benefits
        Walmart, Inc.
        Claim #: 8892419

Dear Ms. Katonia Lee:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability ("LTD") benefits under the Walmart, Inc. Associates' Health and Welfare Plan ("LTD Policy").  We are writing in reference to your claim for LTD benefits under the LTD Policy.

Your claim has been assigned to Brittany Stockhausen for continued case management.  If you have any questions about your LTD benefits, please call Brittany Stockhausen at (877) 353-6404 Ext 18185.

We received your completed initial claim forms on May 31, 2019.  Before we can make a determination on your claim, we have requested additional information to determine if you qualify for LTD benefits.

To consider your claim for LTD benefits, we are requesting that you  provide us with medical information.

On June 3, 2019, we contacted Dr. Greg Oden, Oschner Cancer Center Baton Rouge, and Dr. George Smith-Vaniz requesting the following information:

office visit notes, hospital notes, operative report, referrals, physical therapy notes, psychology notes, pain management notes, treatment plans, and all abnormal exam results from November 1, 2018 through the present

A condition for LTD benefits is that you provide proof of disability.  Proof must be provided by July 17, 2019.  Your cooperation in providing the requested information is essential to our claims investigation.

If there are any other attending physicians or specialists, including physical therapy providers, please

1  of  2

**Lincoln/Lee 1749**

have them forward all of your medical records pertinent to your diagnosis supporting your claim for LTD benefits under the Policy.  It is important that you immediately provide your  assigned case manager with the name and contact information of these providers.

This information, as well as information from any other treating provider not listed above, is due no later than 45 days from the date of this letter, July 17, 2019.

To expedite the eligibility process, we ask that you  follow up with all of your treating providers to ensure the information necessary to make a determination on your  eligibility for LTD benefits is timely submitted.   A determination of eligibility cannot be made without the requested information. Please contact me if you have any questions regarding the eligibility requirement for LTD benefits under the Policy.

If you have any questions about your LTD benefits or the review for continued eligibility, please feel free to contact me. Additionally, information regarding your LTD benefit payments can also be obtained 24 hours a day, 7 days a week through our My Lincoln Portal$^{SM}$ system accessed through Walmartone.com.

Sincerely,

Brittany Stockhausen
LTD Specialist I
Phone No.: (877) 353-6404 Ext. 18185
Secure Fax No.: (603) 334-7428

**Lincoln/Lee 1750**



Lincoln/Lee 1751



**Lincoln/Lee 1752**

05-31-19;12:07PM;Centreville Library                                    ;6016455662                    #  17/10

## ACTIVITIES QUESTIONNAIRE


Lincoln Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return To:** Erin Wells
_____   *page 1 of 3*

EMPLOYEE/CLAIMANT NAME: Katonia Lee

CLAIM NO: 8892419 _____    DATE OF BIRTH: _____

EMPLOYER/SPONSOR: Walmart, Inc.

## TO BE COMPLETED BY THE CLAIMANT:

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company.

How long are you able to:

sit _1-2 hours_    stand _1 hour_    walk _5-10 minutes_

How many hours a day do you:

sit _4-6 hours_    stand _1 hour_    walk _5-10 minutes_

Do you take a nap during the day?

Yes __✓__    No _____

If Yes, for how long? _2-3 hours_    At what time of the day? _any time_

How many hours a day do you spend in bed? _6-8 hours_

Do you require any assistive devices such as a:

cane _____ walker _____ crutches _____    wheelchair _____    other _____

How long are you able to sit in a car? _20-30 minutes_

Do you hold a valid driver's license?

Yes __✓__    No _____

If No, please explain: _____

If Yes, how long are you able to drive a car? _Can't drive due to medication_

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you? _by phone_

Do you have children?

Yes __✓__    No _____    If Yes, what are their dates of birth  .  ,      .  ,

Do you need help caring for your children?

Yes _____    No __✓__

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes _____    No __✓__    If Yes, please explain _____

How many times a day do you leave the house during the week? _1-2_

On the weekends? _1_

How often do you run errands? _I don't run errands_

Please describe what errands you most commonly run: _____

**Lincoln/Lee 1753**

05-31-19;12:07PM;Centreville Library                    ;6016455662              #  27  10



| | ACTIVITIES QUESTIONNAIRE |
|---|---|
| | page 2 of 3 |

How often do you get outdoors? **Only to visit doctor**

Are you left or right hand dominant?        Left _____    Right ✓

Are you able to work in your garden?        Yes _____    No ✓

Are you able to work on your house?         Yes _____    No ✓

Are you able to wash your car?              Yes _____    No ✓

How much time is spent daily on your home computer?
✓ None _____  0-1 hours _____  1-2 hours _____  2-3 hours _____  3+ hours

How much time is spent weekly on your home computer?
✓ None _____  0-1 hours _____  1-2 hours _____  2-3 hours _____  3+ hours

What activities do you perform on your home computer.  Please check all that apply:
_____ Pay bills _____ Read news/articles _____ Use search engines _____ Send emails
_____ Visit chat rooms _____ Photos  Other: _____

What computer software applications do you utilize.  Please check all that apply:
_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics
_____ Photo software (Photoshop) _____ Programming  Other: _____

Do you have a working home copy machine/fax machine? _____ Yes ✓ No

If yes, please explain purpose and usage: _____

The following questions intend to identify whether or not you are able to independently conduct routine daily activities.  If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | daughter | NO |
| Carrying groceries into the house | daughter | NO |
| Cooking meals | father | NO |
| Cleaning after meals | daughter | NO |
| Cleaning bathrooms | daughter | NO |
| Vacuuming | daughter | NO |
| Doing the laundry | daughter & myself | NO |
| Opening and responding to mail | daughter | NO |
| Managing your finances | daughter | NO |
| Balancing your checkbook | daughter | NO |
| Bathing yourself | myself | NO |
| Styling your own hair | myself | NO |
| Getting dressed | myself | NO |
| Going up and down stairs | myself | YES holding on to someone |

Have you been confined to a hospital within the last 12 months? Yes _____   No ✓

If Yes, please provide reason and hospital contact Information: _____

**Lincoln/Lee 1754**

05-31-19;12:07PM;Centreville Library                    ;6016455662          #  37/10

# Lincoln
**Financial Group®**

<div style="border:1px solid">ACTIVITIES QUESTIONNAIRE<br>page 3 of 3</div>

How often do you travel or take vacation? _I don't travel_

Where do you go?  How do you get there (transportation method)? ___

Are you able to pursue your hobbies?  Yes ___  No ✓
If Yes, please describe ___

Do you participate in an exercise program?  Yes ___  No ✓
If Yes, please describe ___

Do you do any Volunteer work?  Yes ___  No ✓
If Yes:
how many hours per day? ___
how many hours per week? ___
for whom? ___

Are you working for wages?  Yes ___  No ✓
If Yes, please provide employer's name ___

**Describe in your own words, what prevents you from engaging in any gainful employment.**
_Cant sit and stand for long periods of time due to medication._

**Please describe your daily routine:** (if more space is needed, please use the back of this form)
_Wake up, wash my face, brush my teeth, try to watch TV but drift off falling asleep, sleep most of the day_

Is there a daytime number where you can be reached in the event we have any questions regarding your responses? ___

In the event we cannot reach you, please provide an alternate contact's name and telephone number. ___

**Upon completion of this form, please sign and date below and return in the envelope provided to you.  Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records.  A photo static copy of this form will be as valid as the original.  I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: _Katonia Lee_   Date: _5-29-19_

Signature: _Katonia Lee_

**Lincoln/Lee 1755**

05-31-19;12:07PM;Centreville Library                                          ;6016455662           #  47  10



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:
  * My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
  * Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
  * Information concerning Social Security benefits, including any records pertaining to me and my dependents
**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _Katonia Lee_

Name of legal representative, if applicable (print) _____   Relationship _____

Signature of claimant or legal representative _Katonia Lee_

Date of Birth: ___        _____ Claim Number: _8892419_ Date: _5-29-19_

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2018

**Lincoln/Lee 1756**

05-31-19;12:07PM;Centreville Library                                    ;6016455662              #  5/ 10



## CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return To:** Erin Wells

| | |
|---|---|
| **EMPLOYEE/CLAIMANT NAME:** Katonia Lee | |
| **CLAIM NO:** 8892419 | |
| **EMPLOYER/SPONSOR:** Walmart, Inc. | **DATE OF BIRTH:** |

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 11/08/2018 to present . *If additional space is needed, please use a separate sheet of paper.*

### MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:

Name: Merit Health
Specialty:
Address: Jackson, MS

Telephone No. :(   )_____ Fax No. :(   )

Name: Baptist Hospital
Specialty:
Address: Jackson, MS

Telephone No. :(   )_____ Fax No. :(   )

Name: Ochner
Specialty:
Address: Baton Rouge, LA

Telephone No. :(   )_____ Fax No. :(   )

Name:
Specialty:
Address:

Telephone No. :(   )_____ Fax No. :(   )

### MEDICAL INSURANCE CARRIER(S):

Name: Walmart
Specialty:
Address:

Telephone No. :(   )_____ Fax No. :(   )

Name:
Specialty:
Address:

Telephone No. :(   )_____ Fax No. :(   )

### PHARMACY(S):

Name: Walmart
Specialty:
Address: Zachary, LA

Telephone No. :(   )_____ Fax No. :(   )

Name: Ochner
Specialty:
Address: Baton Rouge, LA

Telephone No. :(   )_____ Fax No. :(   )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: Katonia Lee _____ DATE: 5-29-19

**Lincoln/Lee 1757**

05-31-19;12:07PM;Centreville Library                                    ;6016455662         #  6/ 10

# CLAIMANT SUPPLEMENTARY STATEMENT

 **Lincoln** Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

Return to: Erin Wells

| EMPLOYEE/CLAIMANT NAME: Katonia Lee | CLAIM #: 8892419 |
|---|---|
| EMPLOYER: Walmart, Inc. | DATE OF BIRTH: |

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address |
|---|---|---|
| Katonia Lee | | |

| Street Address | City | State WA | ZIP Code |
|---|---|---|---|

| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status Married |
|---|---|---|

| Spouse's Full Name and Date of Birth Mirkus Robinson | Number of Children 2 | Dates of Birth of Children |
|---|---|---|

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Mirkus Robinson     Relationship to you? husband     Tel #

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? NO

Do you hold a professional license? If yes, for what purpose? NO

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. NO

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. NO

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| | ✓ | Wages/ Income/ Money/ Unemployment | $ | | | |
| | ✓ | Social Security (disability or retirement) | $ | | | |
| | ✓ | Social Security (for your spouse/dependents) | $ | | | |
| | ✓ | Short Term Disability or State Disability | $ | | | |
| | ✓ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| | ✓ | Workers' Compensation | $ | | | |
| | ✓ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| | ✓ | Other income/money/benefit (describe) | | | | |

If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.

EMPLOYEE'S PRINTED NAME: Katonia Lee

DATE: 5-29-19     EMPLOYEE'S SIGNATURE: Katonia Lee

DP 409

**Lincoln/Lee 1758**

05-31-19;12:07PM;Centreville Library                    ;6016455662          #  7/ 10



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

### AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)   _Katonia Lee_____

Name of legal representative, if applicable (print) _____   Relationship _____

Signature of claimant or legal representative   _Katonia Lee_____

Date of Birth: ____    _____   Claim Number: __8892419___   Date: __5-29-19_____

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.Psychotherapy.2015

**Lincoln/Lee 1759**

05-31-19;12:07PM;Centreville Library                    ;6016455662        #  8/ 10



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## RESPONSE COVERSHEET

In order to facilitate accurate and timely processing of this claim, please include this cover sheet along with your response to this request.

**PLEASE USE BLACK INK WHEN COMPLETING FORMS.**

**Document Type:** Medical

**Claim Number:** 8892419

**Employee/Claimant Name:** Katonia Lee

**Provider's Name:** Katonia Lee

**Lincoln/Lee 1760**

05-31-19;12:07PM;Centreville Library                    ;6016455662         #  9/ 10

# Resources *for* Living.

Some days it can be tough to manage the competing priorities in our lives, and keep it all running smoothly. If you need help with everyday issues that are becoming a little hard to handle, or you find yourself in a crisis situation, we're here for you.

Resources For Living is a confidential round-the-clock service that helps employees and their families balance the demands of work, life and personal issues.

We can offer support and resources for your concerns around parenting issues, work-related situations, relationship problems, substance abuse or even self-improvement.

Services are available to you and anyone in your household. Your program offers short-term counseling with a licensed clinician for you and each household member.

## Work, life and everything in-between
Sometimes life can become work and work can become your life. Either way, we're here to help you balance the two. Maybe you just need someone to talk to about a recent transition or conflict at work, or maybe you're looking for some guidance with your personal relationships.

Just a call or click away, we can confidentially discuss your situation and help you find resources and information on issues including:

- Mental health and well-being
- Personal and professional relationships
- Substance abuse
- Family life
- Daily stress

## Confidential conversations
When you call us, a trained professional will confidentially help you assess your needs. You'll receive in the moment support to help you handle life's challenges. And it's all available from the comfort and privacy of your own home — or anywhere else you choose.

## Ready when you are
We're available whenever you are. We're here 24 hours a day, 7 days a week. If it's not convenient to call, you can find resources and self-help tools for your personal, family and work-related concerns on the member website.

There is no charge to you or your family for using the service. If you choose to use any referrals to additional resources, their charges, if any, would be your responsibility. Check your company benefits plan for coverage of those additional services.

### Confidential services available 24 hours a day, 7 days a week
### at:
### 1-800-825-3555 or www.rfl.com

**The EAP is administered by Resources For Living.**
This material is for informational purposes only. All calls are confidential, except as required by law (i.e., when a person's emotional condition is a threat to himself/herself or others, or there is suspected child, spousal or elder abuse, or abuse to people with disabilities). Services are available to you and your household members, including dependent children up to age 26, whether they live at home or not.

Information is believed to be accurate as of the production date; however, it is subject to change.
©2012 Resources For Living44.03.438.1-WM A (11/12)

**Lincoln/Lee 1761**

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

## TO BE COMPLETED BY EMPLOYEE:

| YOUR SPOUSE: | YOUR DOMESTIC PARTNER: |
|---|---|
| Name: Nicolas Robinson | Name: |
| Address: | Address: |
| Telephone Number: | Telephone Number: |

**CHILDREN:** List ALL children. Use reverse side if necessary.

| Name: Barton Parks | Date of Birth: |
|---|---|
| Address: | |
| Telephone Number: | |

| Name: Malcah Lucas | Date of Birth: |
|---|---|
| Address: | |
| Telephone Number: | |

| Name: | Date of Birth: |
|---|---|
| Address: | |
| Telephone Number: | |

**GUARDIANSHIP:** For all children under age 18 listed above:

| Name: |
|---|
| Address: |
| Telephone Number: |

DO YOU HAVE A WILL?   YES ____ NO ✓          DO YOU HAVE A TRUST?   YES ____ NO ✓

## ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:

| Name of Executor or Administrator: |
|---|
| Address: |
| Telephone Number: |

The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photocopy of this form will be as valid as the original.

DATE: 5/29/19          EMPLOYEE'S PRINTED NAME: Katonia Lee

EMPLOYEE'S SIGNATURE: Katonia Lee

**Lincoln/Lee 1762**

05-31-19;12:07PM;Centreville Library                                    ;6016455662              # 47 10



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

### AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) __Katonia Lee__

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative __Katonia Lee__

Date of Birth: __ _____ Claim Number: __8892419__ Date: __5-29-19__

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2018

**Lincoln/Lee 1763**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)  Katonia Lee

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative  Katonia Lee

Date of Birth: _____   _____ Claim Number: __8892419__ Date: __5-29-19__

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.Psychotherapy.2015

**Lincoln/Lee 1764**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216


MS. KATONIA LEE

**Lincoln/Lee 1765**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

May 16, 2019

Ms. Katonia Lee

RE:     Long Term Disability (LTD) Benefits
        Walmart, Inc.
        Claim #: 8892419

Dear Ms. Katonia Lee:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Walmart, Inc.'s Associates' Health and Welfare Plan ("LTD Policy"). We are writing in reference to your claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by May 29, 2019.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Leah Vasquez
LTD Specialist I
On Behalf Of: Erin Wells
Phone No.: (877) 353-6404 Ext. 18254
Secure Fax No.: (877) 353-6412

Attachments:   8892419-ACKNOWLEDGE-FREEFORM-04.16.2019

1  of  1

**Lincoln/Lee 1766**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MS. KATONIA LEE

**Lincoln/Lee 1767**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

April 16, 2019

Ms. Katonia Lee

RE:    Long Term Disability (LTD) Benefits
       Walmart, Inc.
       Claim #: 8892419

Dear Ms. Katonia Lee:

Sedgwick Claim Management Services, Inc. and Liberty Life Assurance Company of Boston (Liberty) are jointly responsible for managing Short Term Disability (STD) and Long Term Disability (LTD) benefits under the Wal-Mart Stores, Inc. Associates Health and Welfare Plan. The Plan provides STD benefits for a maximum of 26 weeks after completion of a 7 day elimination period. The LTD policy has an Elimination Period (referenced as "waiting period" in your Associate Benefits Book) of 26 weeks or the end of your STD benefits, whichever is longer.

Sedgwick has notified us that you have been out of work and receiving STD benefits. These benefits will end on or about May 8, 2019, should your disabling condition continue through the maximum benefit period. Therefore, if your disabling condition extends beyond May 8, 2019, your LTD Elimination Period will be satisfied as of this date. If your STD benefits extend beyond this date, your LTD Elimination Period will also be extended accordingly.

If you believe that your disability will prevent you from returning to work on or before May 8, 2019, and you wish to pursue LTD benefits, please complete the following forms and fax them back to my attention at (877)-353-6412, mail them in the enclosed envelope, or email them to WMRTcsu@lfg.com by May 14, 2019

- Authorization to Obtain and Release Information
- Authorization to Obtain and Release Information – Medical
- Activities Questionnaire
- Claimant Information Form
- Claimant Supplementary Statement
- Copy of your Driver's License
- Survivor/Estate Information Form

1  of  2

**Lincoln/Lee 1768**

Please note that receipt of STD benefits does not mean that your LTD benefits will be approved. Eligibility requirements for LTD benefits differ from those for STD benefits. Consequently, we may request additional information to determine if you qualify for LTD benefits.

If you will be returning to work on or before May 8, 2019, or you do not wish to pursue a claim for LTD benefits, please contact me at the number below.

If you have any questions, require additional information, experience a change in your medical condition or a change in your return to work plans, please contact the Walmart Disability Service Center at Liberty at 877-353-6404 Monday through Friday 7:00 AM – 5:00 PM Central Time. Additionally, please see enclosure for important information regarding your Employee Assistance Program (EAP), administered by Resources for Living.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erin Wells
Technical  Assistant II
Phone No.: (877) 353-6404 Ext. 18254
Secure Fax No.: (877) 353-6412

Attachments:    Activities Questionnaire Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Authorization
Response Coversheet
Resources for Living
Survivor / Estate Information Form

**Lincoln/Lee 1769**

## ACTIVITIES QUESTIONNAIRE



<div align="right">

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

</div>

**Return To:** Erin Wells _____

*page 1 of 3*

---

EMPLOYEE/CLAIMANT NAME: Katonia Lee _____

CLAIM NO: 8892419 _____      DATE OF BIRTH: _____

EMPLOYER/SPONSOR: Walmart, Inc. _____

---

### TO BE COMPLETED BY THE CLAIMANT:

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company.

How long are you able to:

    sit _____    stand _____    walk _____

How many hours a day do you:

    sit _____    stand _____    walk _____

Do you take a nap during the day?

    Yes_____    No  _____

    If Yes, for how long? _____    At what time of the day?_____

How many hours a day do you spend in bed?_____

Do you require any assistive devices such as a:

    cane _____    walker_____    crutches _____    wheelchair _____    other_____

How long are you able to sit in a car?_____

Do you hold a valid driver's license?

    Yes_____    No  _____

    If No, please explain: _____

    If Yes, how long are you able to drive a car?_____

    **Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

---

Do you have children?

    Yes_____    No _____    If Yes, what are their dates of birth _____

        Do you need help caring for your children?

    Yes _____    No _____

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

    Yes_____    No _____    If Yes, please explain _____

How many times a day do you leave the house during the week? _____

    On the weekends? _____

How often do you run errands? _____

Please describe what errands you most commonly run: _____

---

<div align="right">

**Lincoln/Lee 1770**

</div>



How often do you get outdoors? _____

Are you left or right hand dominant?    Left _____    Right _____

Are you able to work in your garden?    Yes _____    No _____

Are you able to work on your house?    Yes _____    No _____

Are you able to wash your car?    Yes _____    No _____

How much time is spent daily on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

How much time is spent weekly on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

What activities do you perform on your home computer.   Please check all that apply:

_____ Pay bills _____ Read news/articles _____ Use search engines _____ Send emails

_____ Visit chat rooms _____ Photos   Other: _____

What computer software applications do you utilize.  Please check all that apply:

_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics

_____ Photo software (Photoshop) _____ Programming Other: _____

Do you have a working home copy machine/fax machine? _____ Yes _____ No

If yes, please explain purpose and usage: _____

The following questions intend to identify whether or not you are able to_independently_ conduct routine daily

activities.  If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | _____ | _____ |
| Carrying groceries into the house | _____ | _____ |
| Cooking meals | _____ | _____ |
| Cleaning after meals | _____ | _____ |
| Cleaning bathrooms | _____ | _____ |
| Vacuuming | _____ | _____ |
| Doing the laundry | _____ | _____ |
| Opening and responding to mail | _____ | _____ |
| Managing your finances | _____ | _____ |
| Balancing your checkbook | _____ | _____ |
| Bathing yourself | _____ | _____ |
| Styling your own hair | _____ | _____ |
| Getting dressed | _____ | _____ |
| Going up and down stairs | _____ | _____ |

Have you been confined to a hospital within the last 12 months? Yes _____    No _____

If Yes, please provide reason and hospital contact Information: _____

_____

**Lincoln/Lee 1771**



How often do you travel or take vacation? _____

Where do you go?  How do you get there (transportation method)? _____

_____

Are you able to pursue your hobbies?                Yes _____        No _____

If Yes, please describe _____

Do you participate in an exercise program?          Yes _____        No _____

If Yes, please describe _____

Do you do any Volunteer work?                       Yes _____        No _____

If Yes:

    how many hours per day?  _____

    how many hours per week?_____

    for whom? _____

Are you working for wages?                          Yes _____        No _____

If Yes, please provide employer's name  _____

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

_____

_____

_____

_____

_____

_____

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

_____

_____

_____

_____

_____

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

_____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

_____

\*\*Upon completion of this form, please sign and date below and return in the envelope provided to you.  Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records.  A photo static copy of this form will be as valid as the original.  I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: _____        Date: _____

Signature: _____

**Lincoln/Lee 1772**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

   * My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
   * Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
   * Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization.  If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration.  The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)    _____

Name of legal representative, if applicable (print) _____    Relationship _____

Signature of claimant or legal representative    _____

Date of Birth: __    _____    Claim Number: __8892419____    Date: _____

### A copy of this authorization will be considered as valid as the original.

pg. 1  Authorization-Standard-2018

**Lincoln/Lee 1773**



## CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return To:** Erin Wells

EMPLOYEE/CLAIMANT NAME: Katonia Lee

CLAIM NO: 8892419

EMPLOYER/SPONSOR: Walmart, Inc.                DATE OF BIRTH:

**TO BE COMPLETED BY EMPLOYEE:**

Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 11/08/2018 to present . *If additional space is needed, please use a separate sheet of paper.*

### MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:

Name: _____    Name: _____
Specialty: _____    Specialty: _____
Address: _____    Address: _____
_____    _____
Telephone No. :(___) _____ Fax No. :(___) _____    Telephone No. :(___) _____ Fax No. :(___) _____

Name: _____    Name: _____
Specialty: _____    Specialty: _____
Address: _____    Address: _____
_____    _____
Telephone No. :(___) _____ Fax No. :(___) _____    Telephone No. :(___) _____ Fax No. :(___) _____

### MEDICAL INSURANCE CARRIER(S):

Name: _____    Name: _____
Specialty: _____    Specialty: _____
Address: _____    Address: _____
_____    _____
Telephone No. :(___) _____ Fax No. :(___) _____    Telephone No. :(___) _____ Fax No. :(___) _____

### PHARMACY(S):

Name: _____    Name: _____
Specialty: _____    Specialty: _____
Address: _____    Address: _____
_____    _____
Telephone No. :(___) _____ Fax No. :(___) _____    Telephone No. :(___) _____ Fax No. :(___) _____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: _____    DATE: _____

**Lincoln/Lee 1774**

# CLAIMANT SUPPLEMENTARY STATEMENT



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return to:** Erin Wells

**EMPLOYEE/CLAIMANT NAME:** Katonia Lee                **CLAIM #:** 8892419

**EMPLOYER:** Walmart, Inc.                              **DATE OF BIRTH:**

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name                          Relationship to you?                          Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (disability or retirement) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Short Term Disability or State Disability | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Workers' Compensation | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Other income/money/benefit (describe) _____ | _____ | _____ | _____ | _____ |

If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.

**EMPLOYEE'S PRINTED NAME:** _____

**DATE:** _____    **EMPLOYEE'S SIGNATURE:** _____

DP 409

**Lincoln/Lee 1775**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____

Date of Birth: ___ _____ Claim Number: __8892419__ Date: _____

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.Psychotherapy.2015

**Lincoln/Lee 1776**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## RESPONSE COVERSHEET

**In order to facilitate accurate and timely processing of this claim, please include this cover sheet along with your response to this request.**

**PLEASE USE BLACK INK WHEN COMPLETING FORMS.**

**Document Type:** Medical

**Claim Number:** 8892419

**Employee/Claimant Name:** Katonia Lee

**Provider's Name:** Katonia Lee

**Lincoln/Lee 1777**

# Resources *for* Living®

Some days it can be tough to manage the competing priorities in our lives, and keep it all running smoothly. If you need help with everyday issues that are becoming a little hard to handle, or you find yourself in a crisis situation, we're here for you.

Resources For Living is a confidential round-the-clock service that helps employees and their families balance the demands of work, life and personal issues.

We can offer support and resources for your concerns around parenting issues, work-related situations, relationship problems, substance abuse or even self-improvement.

Services are available to you and anyone in your household. Your program offers short-term counseling with a licensed clinician for you and each household member.

**Work, life and everything in-between**
Sometimes life can become work and work can become your life. Either way, we're here to help you balance the two. Maybe you just need someone to talk to about a recent transition or conflict at work, or maybe you're looking for some guidance with your personal relationships.

Just a call or click away, we can confidentially discuss your situation and help you find resources and information on issues including:

- Mental health and well-being
- Personal and professional relationships
- Substance abuse
- Family life
- Daily stress

**Confidential conversations**
When you call us, a trained professional will confidentially help you assess your needs. You'll receive in the moment support to help you handle life's challenges. And it's all available from the comfort and privacy of your own home — or anywhere else you choose.

**Ready when you are**
We're available whenever you are. We're here 24 hours a day, 7 days a week. If it's not convenient to call, you can find resources and self-help tools for your personal, family and work-related concerns on the member website.

There is no charge to you or your family for using the service. If you choose to use any referrals to additional resources, their charges, if any, would be your responsibility. Check your company benefits plan for coverage of those additional services.

<div align="center">

Confidential services available 24 hours a day, 7 days a week
at:
**1-800-825-3555 or www.rfl.com**

</div>

**The EAP is administered by Resources For Living.**
This material is for informational purposes only. All calls are confidential, except as required by law (i.e., when a person's emotional condition is a threat to himself/herself or others, or there is suspected child, spousal or elder abuse, or abuse to people with disabilities). Services are available to you and your household members, including dependent children up to age 26, whether they live at home or not.

Information is believed to be accurate as of the production date; however, it is subject to change.
©2012 Resources For Living44.03.438.1-WM A (11/12)

**Lincoln/Lee 1778**

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

## TO BE COMPLETED BY EMPLOYEE:

**YOUR SPOUSE:**                                    **YOUR DOMESTIC PARTNER:**

| Name: | Name: |
|---|---|
| Address: | Address: |
| | |
| | |
| | |
| Telephone Number: | Telephone Number: |

**CHILDREN:** List ALL children.  Use reverse side if necessary.

| Name: | Date of Birth: |
|---|---|
| Address: | |
| | |
| | |
| | |
| Telephone Number: | |

| Name: | Date of Birth: |
|---|---|
| Address: | |
| | |
| | |
| | |
| Telephone Number: | |

| Name: | Date of Birth: |
|---|---|
| Address: | |
| | |
| | |
| | |
| Telephone Number: | |

**GUARDIANSHIP:** For all children under age 18 listed above:

| Name: |
|---|
| Address: |
| |
| |
| |
| Telephone Number: |

DO YOU HAVE A WILL?   YES ____  NO ____                    DO YOU HAVE A TRUST?   YES____  NO____

**ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:**

| Name of Executor or Administrator: |
|---|
| Address: |
| |
| |
| |
| Telephone Number: |

The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.  A photocopy of this form will be as valid as the original.

DATE:_____    EMPLOYEE'S PRINTED NAME:_____

EMPLOYEE'S SIGNATURE:_____

**Lincoln/Lee 1779**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MS. KATONIA LEE

**Lincoln/Lee 1780**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

April 16, 2019

Ms. Katonia Lee

RE:    Long Term Disability (LTD) Benefits
       Walmart, Inc.
       Claim #: 8892419

Dear Ms. Katonia Lee:

Sedgwick Claim Management Services, Inc. and Liberty Life Assurance Company of Boston (Liberty) are jointly responsible for managing Short Term Disability (STD) and Long Term Disability (LTD) benefits under the Wal-Mart Stores, Inc. Associates Health and Welfare Plan. The Plan provides STD benefits for a maximum of 26 weeks after completion of a 7 day elimination period. The LTD policy has an Elimination Period (referenced as "waiting period" in your Associate Benefits Book) of 26 weeks or the end of your STD benefits, whichever is longer.

Sedgwick has notified us that you have been out of work and receiving STD benefits. These benefits will end on or about May 8, 2019, should your disabling condition continue through the maximum benefit period. Therefore, if your disabling condition extends beyond May 8, 2019, your LTD Elimination Period will be satisfied as of this date. If your STD benefits extend beyond this date, your LTD Elimination Period will also be extended accordingly.

If you believe that your disability will prevent you from returning to work on or before May 8, 2019, and you wish to pursue LTD benefits, please complete the following forms and fax them back to my attention at (877)-353-6412, mail them in the enclosed envelope, or email them to WMRTcsu@lfg.com by May 14, 2019

- Authorization to Obtain and Release Information
- Authorization to Obtain and Release Information – Medical
- Activities Questionnaire
- Claimant Information Form
- Claimant Supplementary Statement
- Copy of your Driver's License
- Survivor/Estate Information Form

1  of 2

**Lincoln/Lee 1781**

Please note that receipt of STD benefits does not mean that your LTD benefits will be approved. Eligibility requirements for LTD benefits differ from those for STD benefits. Consequently, we may request additional information to determine if you qualify for LTD benefits.

If you will be returning to work on or before May 8, 2019, or you do not wish to pursue a claim for LTD benefits, please contact me at the number below.

If you have any questions, require additional information, experience a change in your medical condition or a change in your return to work plans, please contact the Walmart Disability Service Center at Liberty at 877-353-6404 Monday through Friday 7:00 AM – 5:00 PM Central Time. Additionally, please see enclosure for important information regarding your Employee Assistance Program (EAP), administered by Resources for Living.

If you have any questions regarding this matter, please contact me.

Sincerely,

Erin Wells
Technical  Assistant II
Phone No.: (877) 353-6404 Ext. 18254
Secure Fax No.: (877) 353-6412

Attachments:   Activities Questionnaire Form
                Authorization - Medical
                Claimant Information Form
                Claimant Supplementary Statement
                Authorization
                Response Coversheet
                Resources for Living
                Survivor / Estate Information Form

**Lincoln/Lee 1782**

## ACTIVITIES QUESTIONNAIRE



<div align="right">

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

</div>

**Return To:** Erin Wells

*page 1 of 3*

---

EMPLOYEE/CLAIMANT NAME:  Katonia Lee

CLAIM NO:  8892419                                    DATE OF BIRTH:

EMPLOYER/SPONSOR: Walmart, Inc.

---

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company.

How long are you able to:

sit _____    stand _____    walk _____

How many hours a day do you:

sit _____    stand _____    walk _____

Do you take a nap during the day?

Yes_____    No  _____

If Yes, for how long? _____    At what time of the day?_____

How many hours a day do you spend in bed?_____

Do you require any assistive devices such as a:

cane _____    walker_____    crutches _____    wheelchair _____    other _____

How long are you able to sit in a car?_____

Do you hold a valid driver's license?

Yes_____    No  _____

If No, please explain: _____

If Yes, how long are you able to drive a car?_____

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

_____

Do you have children?

Yes_____    No _____    If Yes, what are their dates of birth _____

Do you need help caring for your children?

Yes _____    No _____

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes_____    No _____    If Yes, please explain _____

How many times a day do you leave the house during the week? _____

On the weekends?_____

How often do you run errands? _____

Please describe what errands you most commonly run: _____

---

<div align="right">

**Lincoln/Lee 1783**

</div>



How often do you get outdoors? _____

Are you left or right hand dominant?          Left _____     Right _____

Are you able to work in your garden?          Yes _____     No _____

Are you able to work on your house?          Yes _____     No _____

Are you able to wash your car?          Yes _____     No _____

How much time is spent daily on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

How much time is spent weekly on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

What activities do you perform on your home computer.   Please check all that apply:
_____ Pay bills _____ Read news/articles _____ Use search engines _____ Send emails
_____ Visit chat rooms _____ Photos   Other: _____

What computer software applications do you utilize.  Please check all that apply:
_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics
_____ Photo software (Photoshop) _____ Programming Other: _____

Do you have a working home copy machine/fax machine? _____ Yes _____ No

If yes, please explain purpose and usage: _____

The following questions intend to identify whether or not you are able to independently conduct routine daily activities.  If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | _____ | _____ |
| Carrying groceries into the house | _____ | _____ |
| Cooking meals | _____ | _____ |
| Cleaning after meals | _____ | _____ |
| Cleaning bathrooms | _____ | _____ |
| Vacuuming | _____ | _____ |
| Doing the laundry | _____ | _____ |
| Opening and responding to mail | _____ | _____ |
| Managing your finances | _____ | _____ |
| Balancing your checkbook | _____ | _____ |
| Bathing yourself | _____ | _____ |
| Styling your own hair | _____ | _____ |
| Getting dressed | _____ | _____ |
| Going up and down stairs | _____ | _____ |

Have you been confined to a hospital within the last 12 months? Yes _____     No _____

If Yes, please provide reason and hospital contact Information: _____

_____

_____

**Lincoln/Lee 1784**



How often do you travel or take vacation?  _____

Where do you go?  How do you get there (transportation method)?  _____

_____

Are you able to pursue your hobbies?            Yes  _____       No  _____

If Yes, please describe  _____

Do you participate in an exercise program?       Yes  _____       No  _____

If Yes, please describe  _____

Do you do any Volunteer work?                   Yes  _____       No  _____

If Yes:

    how many hours per day?  _____

    how many hours per week?_____

    for whom?  _____

Are you working for wages?                      Yes  _____       No  _____

If Yes, please provide employer's name  _____

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

_____

_____

_____

_____

_____

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

_____

_____

_____

_____

_____

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

_____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

_____

**Upon completion of this form, please sign and date below and return in the envelope provided to you.  Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records.  A photo static copy of this form will be as valid as the original.  I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: _____        Date: _____

Signature: _____

**Lincoln/Lee 1785**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

### AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:**  Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.

* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization.  If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration.  The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)  _____

Name of legal representative, if applicable (print)  _____   Relationship  _____

Signature of claimant or legal representative  _____

Date of Birth: _____   Claim Number:  __8892419___   Date:  _____

**A copy of this authorization will be considered as valid as the original.**

pg. 1  Authorization-Standard-2018

**Lincoln/Lee 1786**

# CLAIMANT INFORMATION FORM



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return To:** Erin Wells

EMPLOYEE/CLAIMANT NAME: Katonia Lee

CLAIM NO: 8892419

EMPLOYER/SPONSOR: Walmart, Inc.          DATE OF BIRTH:

**TO BE COMPLETED BY EMPLOYEE:**

Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 11/08/2018 to present . *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: _____          Name: _____
Specialty: _____          Specialty: _____
Address: _____          Address: _____
_____          _____
Telephone No. :(___)_____ Fax No. :(___)_____          Telephone No. :(___)_____ Fax No. :(___)_____

Name: _____          Name: _____
Specialty: _____          Specialty: _____
Address: _____          Address: _____
_____          _____
Telephone No. :(___)_____ Fax No. :(___)_____          Telephone No. :(___)_____ Fax No. :(___)_____

**MEDICAL INSURANCE CARRIER(S):**

Name: _____          Name: _____
Specialty: _____          Specialty: _____
Address: _____          Address: _____
_____          _____
Telephone No. :(___)_____ Fax No. :(___)_____          Telephone No. :(___)_____ Fax No. :(___)_____

**PHARMACY(S):**

Name: _____          Name: _____
Specialty: _____          Specialty: _____
Address: _____          Address: _____
_____          _____
Telephone No. :(___)_____ Fax No. :(___)_____          Telephone No. :(___)_____ Fax No. :(___)_____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: _____ DATE: _____

**Lincoln/Lee 1787**

# CLAIMANT SUPPLEMENTARY STATEMENT



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return to:**  Erin Wells

**EMPLOYEE/CLAIMANT NAME:**  Katonia Lee      **CLAIM #:** 8892419
**EMPLOYER:** Walmart, Inc.      **DATE OF BIRTH:**_____

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |

| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |
|---|---|---|

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name                                   Relationship to you?                              Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation  Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $_____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (disability or retirement) | $_____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $_____ | _____ | _____ | _____ |
| ☐ | ☐ | Short Term Disability or  State Disability | $_____ | _____ | _____ | _____ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $_____ | _____ | _____ | _____ |
| ☐ | ☐ | Workers' Compensation | $_____ | _____ | _____ | _____ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $_____ | _____ | _____ | _____ |
| ☐ | ☐ | Other income/money/benefit  (describe)_____ | _____ | _____ | _____ | _____ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** _____

**DATE:** _____      **EMPLOYEE'S SIGNATURE:** _____

DP 409

**Lincoln/Lee 1788**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

### AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:**  Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization.  If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration.  The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____

Date of Birth: _____ Claim Number: __8892419___ Date: _____

### A copy of this authorization will be considered as valid as the original

pg. 1 LMB.Psychotherapy.2015

**Lincoln/Lee 1789**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## RESPONSE COVERSHEET

**In order to facilitate accurate and timely processing of this claim, please include this cover sheet along with your response to this request.**

**PLEASE USE BLACK INK WHEN COMPLETING FORMS.**

**Document Type:** Medical

**Claim Number:** 8892419

**Employee/Claimant Name:** Katonia Lee

**Provider's Name:** Katonia Lee

**Lincoln/Lee 1790**

# Resources *for* Living ®

Some days it can be tough to manage the competing priorities in our lives, and keep it all running smoothly. If you need help with everyday issues that are becoming a little hard to handle, or you find yourself in a crisis situation, we're here for you.

Resources For Living is a confidential round-the-clock service that helps employees and their families balance the demands of work, life and personal issues.

We can offer support and resources for your concerns around parenting issues, work-related situations, relationship problems, substance abuse or even self-improvement.

Services are available to you and anyone in your household. Your program offers short-term counseling with a licensed clinician for you and each household member.

**Work, life and everything in-between**
Sometimes life can become work and work can become your life. Either way, we're here to help you balance the two. Maybe you just need someone to talk to about a recent transition or conflict at work, or maybe you're looking for some guidance with your personal relationships.

Just a call or click away, we can confidentially discuss your situation and help you find resources and information on issues including:

- Mental health and well-being
- Personal and professional relationships
- Substance abuse
- Family life
- Daily stress

**Confidential conversations**
When you call us, a trained professional will confidentially help you assess your needs. You'll receive in the moment support to help you handle life's challenges. And it's all available from the comfort and privacy of your own home — or anywhere else you choose.

**Ready when you are**
We're available whenever you are. We're here 24 hours a day, 7 days a week. If it's not convenient to call, you can find resources and self-help tools for your personal, family and work-related concerns on the member website.

There is no charge to you or your family for using the service. If you choose to use any referrals to additional resources, their charges, if any, would be your responsibility. Check your company benefits plan for coverage of those additional services.

<div align="center">

Confidential services available 24 hours a day, 7 days a week
at:
**1-800-825-3555 or www.rfl.com**

</div>

**The EAP is administered by Resources For Living.**
This material is for informational purposes only. All calls are confidential, except as required by law (i.e., when a person's emotional condition is a threat to himself/herself or others, or there is suspected child, spousal or elder abuse, or abuse to people with disabilities). Services are available to you and your household members, including dependent children up to age 26, whether they live at home or not.

Information is believed to be accurate as of the production date; however, it is subject to change.
©2012 Resources For Living 44.03.438.1-WM A (11/12)

**Lincoln/Lee 1791**

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

**TO BE COMPLETED BY EMPLOYEE:**

**YOUR SPOUSE:**                              **YOUR DOMESTIC PARTNER:**

| Name: | Name: |
|---|---|
| Address: | Address: |
| | |
| | |
| | |
| Telephone Number: | Telephone Number: |

**CHILDREN:  List ALL children.  Use reverse side if necessary.**

| Name: | Date of Birth: |
|---|---|
| Address: | |
| | |
| | |
| | |
| Telephone Number: | |

| Name: | Date of Birth: |
|---|---|
| Address: | |
| | |
| | |
| | |
| Telephone Number: | |

| Name: | Date of Birth: |
|---|---|
| Address: | |
| | |
| | |
| | |
| Telephone Number: | |

**GUARDIANSHIP:  For all children under age 18 listed above:**

| Name: |
|---|
| Address: |
| |
| |
| |
| Telephone Number: |

**DO YOU HAVE A WILL?   YES \_\_\_\_  NO \_\_\_\_**          **DO YOU HAVE A TRUST?   YES\_\_\_\_  NO\_\_\_\_**

**ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:**

| Name of Executor or Administrator: |
|---|
| Address: |
| |
| |
| |
| Telephone Number: |

**The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor,  files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable  under law.  A photocopy of this form will be as valid as the original.**

**DATE:_____          EMPLOYEE'S PRINTED NAME:_____**

**EMPLOYEE'S SIGNATURE:_____**

**Lincoln/Lee 1792**

**n0220444**

––––––––

| | |
|---|---|
| **From:** | Jernigan, David |
| **Sent:** | Monday, April 15, 2019 8:05:01 AM |
| **To:** | WMRTCSU |
| **Subject:** | - Walmart LTD Claim Creation Request for KATONIA LEE, WIN: 100427377 |

Please create a new **LTD** Claim based on the information provided:

**Triage Status:** Review 08
**SSN:**
**Last Name:** LEE
**First Name:** KATONIA
**WIN:** 100427377
**Address:**
**Address:**
**City:**
**State:**
**Zip:**
**Phone:**
**Cell Phone:**
**Claimant Email:**
**DOH:** 12/8/2006
**LDW:** 11/7/2018
**DOD:** 11/08/2018
**Approve Through Date:** 04/22/2019
**STD Max Date:** 05/08/2019
**LTD Max Date:** 12/5/2036
**Work State:** MS
**ICD Code:** k26.0
**ICD Description:** Acute duodenal ulcer with hemorrhage
**ICD 2 Code:**
**ICD 2 Description:** Pneumonitis due to inhalation of food and vomit
**Work Related:** n
**Medical Auth Recvd:** No
**Job Description:** Asst Mgr-WM
**Loc Code:** B
**Escalation Date:** 4/11/2019
**Days of Benefits:** 147
**LTD Effective Date:**
**HR LTD Benefit Plan:** 5
**LTD Class:** C2
**Pre X:** No
**Product Coverage:** LTD
**Plan Type:** LTDC2
**Assc Status Code:** A

**Lincoln/Lee 1793**

**Sys1 Effective Date:** 10/10/2008
**RTW Status:** LEAVE WITH PAY_EE TYPE_R
**Late Enrollee:**
**Manual Work:** N
**Relapse Claim:** N
**Benefit Begin Date:**

If you have further questions, please contact your Manager.


Claims Reporting Analytics
Email: ClaimsReportingAnalytics@lfg.com

**Lincoln/Lee 1794**

```
PCCI                         PERSONAL   CHOICE   INQUIRY1        04/15/19      08:57:23
  SSN:                   Work State: MS  Work Store: 01025      Pay Frequency: 2
  BID: 00000000 W      Plan Year: 2018  Division: 01  Store: 01025 Status: 6 F
Name: LEE, KATONIA                           Sex: F    Age: 49    BirthDate:
Addr:                                  Hire Date: 12/08/06       Term Date: 00/00/00
                                       Expat: N                  Peak Time: 00/00/00
                      WIN: 100427377  Family Chg: 00/00/00      Reason Code:    AE
ASC HEALTH FLAG: N LAST UPDT: 11/03/11    SPO HEALTH FLAG: N LAST UPDT: 11/03/11
BROKER    ID: 0010 CODE: HSAQ    NAME: HSA PLAN
PROVIDER ID: 2200 CODE: UHCPPO NAME: UnitedHealthcare PPO
Pln Rsp Wait Late Cov Beg     Orig Cov    Arr Canc    Cov End    Chg Id    Chg Date
MED DY00  90   Y  01/01/14    01/01/10    00/00/00    00/00/00   BE625     10/11/17
HSA $     30.00   HealthEquity    ACTIVE AT FIN. INST.
VIS 2D     0      01/01/18    01/01/14    00/00/00    00/00/00   WEBSITE   10/29/17
DEN 2C    90   Y  01/01/09    01/01/09    00/00/00    00/00/00   BE625     10/11/17
ALI 3     90      10/28/17    05/26/07    00/00/00    00/00/00   BE621     10/31/17
ADD 4D    90      01/01/14    01/01/08    00/00/00    00/00/00   BE625     10/11/17
DLI 4E    90      10/17/18    01/01/08    00/00/00    00/00/00   BE621     10/18/18
STD 7    365   N  03/01/16    03/01/16    00/00/00    00/00/00   BE625     10/11/17
LTD 5    365   N  01/01/16    10/10/08    00/00/00    00/00/00   BE625     10/11/17
STP
ENTER=Rtrv  PF4=IEHS/EBH   PF5=SUPI   PF6=Commt   PF7=Bwd   PF9=IEHI   PF11=LFHI
** Multiple BIDs in Oscar for associate. Please remove duplicate(s) **
***  Comments Exist  ***                                                  BE815
TI
                          »                                    0   2.8   A
```

Lincoln/Lee 1795

```
PCCI                          PERSONAL   CHOICE   INQUIRY1      04/15/19      08:58:13
 SSN:                 Work State: MS  Work Store: 01025      Pay Frequency: 2
 BID: 00000000 W    Plan Year: 2017  Division: 01  Store: 01025 Status: 6 F
 Name: LEE, KATONIA                        Sex: F    Age: 49    BirthDate:
 Addr:                           Hire Date: 12/08/06       Term Date: 00/00/00
                                 Expat: N                  Peak Time: 00/00/00
              WIN: 100427377  Family Chg: 00/00/00      Reason Code:     AE
ASC HEALTH FLAG: N LAST UPDT: 11/03/11   SPO HEALTH FLAG: N LAST UPDT: 11/03/11
BROKER    ID: 0010 CODE: HSAQ    NAME: HSA PLAN
PROVIDER ID: 2200 CODE: UHCPPO NAME: UnitedHealthcare PPO
```

| Pln | Rsp | Wait | Late | Cov Beg | Orig Cov | Arr Canc | Cov End | Chg Id | Chg Date |
|-----|-----|------|------|---------|----------|----------|---------|--------|----------|
| MED | DY00 | 90 | Y | 01/01/14 | 01/01/10 | 00/00/00 | 00/00/00 | BE625 | 10/12/16 |
| HSA | $ | 30.00 | | HealthEquity | | ACTIVE AT FIN. | INST. | | |
| VIS | 2C | 0 | | 01/01/14 | 01/01/14 | 00/00/00 | 00/00/00 | BE625 | 10/12/16 |
| DEN | 2C | 90 | Y | 01/01/09 | 01/01/09 | 00/00/00 | 00/00/00 | BE625 | 10/12/16 |
| ALI | 3 | 90 | | 10/28/17 | 05/26/07 | 00/00/00 | 00/00/00 | BE201 | 10/30/17 |
| ADD | 4D | 90 | | 01/01/14 | 01/01/08 | 00/00/00 | 00/00/00 | BE625 | 10/12/16 |
| DLI | 4D | 90 | | 11/04/10 | 01/01/08 | 00/00/00 | 00/00/00 | BE625 | 10/12/16 |
| STD | 7 | 365 | N | 03/01/16 | 03/01/16 | 00/00/00 | 00/00/00 | BE625 | 10/12/16 |
| LTD | 5 | 365 | N | 01/01/16 | 10/10/08 | 00/00/00 | 00/00/00 | BE625 | 10/12/16 |
| STP | | | | | | | | | |

```
ENTER=Rtrv  PF4=IEHS/EBH   PF5=SUPI   PF6=Commt   PF7=Bwd   PF9=IEHI   PF11=LFHI
** Multiple BIDs in Oscar for associate.  Please remove duplicate(s) **
***  Comments Exist   ***                                             BE815
 I
                              »                       D   2.8   A
```

Lincoln/Lee 1796