UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

KATONIA LEE,
PLAINTIFF

v.                                                        CIVIL ACTION NO.
                                                     5:22-cv-05075-TLB-CDC

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,
DEFENDANT

### JOINT NOTICE OF SETTLEMENT

Plaintiff Katonia Lee and Defendant Lincoln National Life Assurance Company of Boston hereby give notice that this case has settled.  The parties are working on finalizing settlement documents at this time.  The parties will, as soon as possible, file a Stipulation of Dismissal with the Court to dismiss this case with prejudice.

Dated this 14th day of December, 2022.

Respectfully submitted,


 /s/ J. Price McNamara
J. Price McNamara
Bar Nos: LA 20291 & TX 24084626
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
Telephone: 225-201-8311
Facsimile: 225-612-6973
Email:  price@jpricemcnamara.com

And

s/John Thomas Boyd Jr.
JOHN THOMAS BOYD JR.
TX Bar No.: 02772300
WHITE, HANNA & BOYD, PLLC
600 South Tyler Street, Suite 1810
Amarillo, Texas 79101
Telephone: 806-379-6416
Facsimile: 806-379-8504
Email:  tom@whblaw.org

ATTORNEYS FOR PLAINTIFF


**AND**


LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main:  (214) 579-9319
Fax:  (469) 444-6456
Email:  iwana@rademaekerslaw.com

By:   /s/ Iwana Rademaekers
        Iwana Rademaekers, Esq.
        Texas Bar No. 16452560

ATTORNEY FOR DEFENDANT


**2**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Arkansas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Iwana Rademaekers
Email: iwana@rademaekerslaw.com

December 15, 2022                              /s/ John Price McNamara
Date                                          John Price McNamara

3